Exhibit 9

Page 1

```
 1
 2          IN THE UNITED STATES DISTRICT COURT
 3              DISTRICT OF NEW JERSEY
 4                    -  -  -
 5   IN RE JOHNSON & JOHNSON TALCUM      MDL No.
 6   POWDER PRODUCTS MARKETING,          16-2738
 7   SALES PRACTICES, AND PRODUCTS       (MAS)(RLS)
 8   LIABILITY LITIGATION
 9                    -  -  -
10   This Document Relates to:
11   Gallardo v. Johnson & Johnson, et al.,
12   3:18-CV-10840
13                    -  -  -
14                  June 7, 2024
15                    -  -  -
16         Deposition of KEVIN HOLCOMB, M.D.,
17   held at One Manhattan West, New York,
18   New York, commencing at 9:00 a.m. EDT,
19   on the above date, before Marie Foley,
20   a Registered Merit Reporter, Certified
21   Realtime Reporter and Notary Public.
22                    -  -  -
23            GOLKOW, a Veritext Division
24        877.370.3377 ph | 917.591.5672 fax
25
```

Page 2

```
1
2   A P P E A R A N C E S:
3
4   ON BEHALF OF PLAINTIFF ANNA GALLARDO:
5   BEASLEY ALLEN LAW FIRM
6   BY: MARGARET M. THOMPSON, ESQUIRE, of counsel
7      P. LEIGH O'DELL, ESQUIRE
8      218 Commerce Street
9      P.O. Box 4160
10     Montgomery, Alabama  36103-4160
11     PHONE: 800.898.2034
12     EMAIL: Margaret.thompson@beasleyallen.com
13        leigh.odell@beasleyallen.com
14
15
16  ON BEHALF OF DEFENDANT JOHNSON & JOHNSON:
17  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
18  BY: JESSICA DAVIDSON, ESQUIRE
19     One Manhattan West
20     New York, New York  10001-8602
21     PHONE: 212.735.3000
22     EMAIL: Jessica.davidson@skadden.com
23
24
25
```

Page 3

```
1
2
3   ALSO PRESENT VIA ZOOM:
4
5   ON BEHALF OF PLAINTIFF STEERING COMMITTEE
6   AND THE MDL:
7   ASHCRAFT & GEREL
8   BY: MICHELLE A. PARFITT, ESQUIRE
9      1825 K Street NW, Suite 700
10     Washington, DC 20006
11     PHONE: 202.783.6400
12
13
14
15  ON BEHALF OF PERSONAL CARE PRODUCTS
16  COUNCIL:
17  REILLY, McDEVITT & HENRICH, P.C.
18  BY: GINO P. MECOLI, ESQUIRE
19     3 Executive Campus
20     Suite 310
21     Cherry Hill, New Jersey  08002
22     PHONE: 856.317.7188
23     EMAIL: Gmecoli@rmh-law.com
24
25
```

Page 4

```
1
2              - - -
3          TRANSCRIPT INDEX
4                  PAGE
5   APPEARANCES....................... 2 - 3
6   INDEX OF EXHIBITS................. 5 - 12
7   EXAMINATION OF KEVIN HOLCOMB, M.D.:
8   BY:  MS. THOMPSON................. 14
9   BY:  MS. DAVIDSON................. 435
10  AFTERNOON SESSION................. 232
11  SIGNATURE PAGE.................... 438
12  ERRATA............................ 439
13  REPORTER'S CERTIFICATE........... 440
14
15  EXHIBITS WITH ORIGINAL TRANSCRIPT
16
17              - - -
18
19
20
21
22
23
24
25
```

Page 5

```
1
2              - - -
3          E X H I B I T S
4              - - -
5   NO.       DESCRIPTION              PAGE
6   Holcomb     Expert Report of Kevin      18
7   Exhibit 1   Holcomb, M.D., FACOG -
8               May 28, 2024
9
10  Holcomb     Redline version of Expert    18
11  Exhibit 2   Report of Kevin Holcomb, M.D.,
12              FACOG - May 28, 2024
13
14  Holcomb     Notice of Oral Deposition of  19
15  Exhibit 3   Kevin Holcomb, M.D., FACOG
16              and Duces Tecum
17
18  Holcomb     Materials Reviewed and       23
19  Exhibit 4   Considered
20
21  Holcomb     Kevin Holcomb, M.D. CV -     24
22  Exhibit 5   July 19, 2023
23
24  Holcomb     Website printout "The Facts  27
25  Exhibit 6   On Talcum Powder Safety"
```

Page 6

1
2            - - -
3         E X H I B I T S
4            - - -
5    NO.        DESCRIPTION            PAGE
6    Holcomb      Guide to Learning in        73
7    Exhibit 7    Gynecologic Oncology - ABO+G
8            4/2018
9
10   Holcomb      Burke article - 2023        79
11   Exhibit 8
12
13   Holcomb      Second Amended Rule 26      116
14   Exhibit 9    Expert Report of Judith
15           Wolf, MD - May 28, 2024
16
17   Holcomb      Level of Evidence Provided  153
18   Exhibit 10   By U.S. Preventative
19           Services Task Force
20
21   Holcomb      Harris article - 2001       155
22   Exhibit 11
23
24
25

Page 8

1
2            - - -
3         E X H I B I T S
4            - - -
5    NO.        DESCRIPTION            PAGE
6    Holcomb      NIH PDQ             192
7    Exhibit 16
8
9    Holcomb      Figure 1: Meta-Analyses and  193
10   Exhibit 17   Pooled Analyses
11
12   Holcomb      Figure 2: Case-Control and   193
13   Exhibit 18   Cohort Studies
14
15   Holcomb      Woolen article - 2022        210
16   Exhibit 19
17
18   Holcomb      O'Brien article - 2020       216
19   Exhibit 20
20
21   Holcomb      Woolen article tables        216
22   Exhibit 21
23
24
25

Page 7

1
2            - - -
3         E X H I B I T S
4            - - -
5    NO.        DESCRIPTION            PAGE
6    Holcomb      FDA news release "Baby       166
7    Exhibit 12   powder manufacturer
8            voluntarily recalls products
9            for asbestos" - October 18,
10           2019
11
12   Holcomb      Executive Summary           170
13   Exhibit 13   Preliminary Recommendations
14           on Testing Methods For
15           Asbestos in Talc and
16           Consumer Products Containing
17           Talc - January 6, 2020
18
19   Holcomb      FDA document "Talc" - April  177
20   Exhibit 14   5, 2024
21
22   Holcomb      Slomovitz article - 2020     190
23   Exhibit 15
24
25

Page 9

1
2            - - -
3         E X H I B I T S
4            - - -
5    NO.        DESCRIPTION            PAGE
6    Holcomb      Comment & Response Genital   221
7    Exhibit 22   Powder Use and Ovarian Cancer
8            JAMA May 26, 2020
9
10   Holcomb      O'Brien article - 2021       224
11   Exhibit 23
12
13   Holcomb      O'Brien article - 2024       269
14   Exhibit 24
15
16   Holcomb      Harris article - 2024        277
17   Exhibit 25
18
19   Holcomb      ASCO press release May 15,   304
20   Exhibit 26   2024
21
22   Holcomb      ACOG Talc Use and Ovarian    320
23   Exhibit 27   Cancer - September 11, 2017
24
25

Page 10

```
 1
 2           - - -
 3        E X H I B I T S
 4           - - -
 5   NO.     DESCRIPTION          PAGE
 6   Holcomb    ACOG Ovarian Cancer      320
 7   Exhibit 28  Frequently Asked Questions
 8
 9   Holcomb    Government of Canada      321
10   Exhibit 29  Screening Assessment
11            Environment and Climate
12            Change Canada April 2021,
13            Bates P1.00000272.0001-071
14
15   Holcomb    GeneDx report 3/4/2014,   341
16   Exhibit 30  Bates
17            GALLARDO_ANNA_DRMUTCH_00001-
18            004
19
20   Holcomb    Barnes-Jewish Hospital    353
21   Exhibit 31  Washington University
22            Medical Center Surgical
23            Pathology Report 7/25/2013,
24            Bates
25            GALLARDO_ANNA_BJH_00033-037
```

Page 11

```
 1
 2           - - -
 3        E X H I B I T S
 4           - - -
 5   NO.     DESCRIPTION          PAGE
 6   Holcomb    BJC Patient Chart 7/25/2013,  356
 7   Exhibit 32  Bates
 8            GALLARDO_ANNA_BJH_00011-014
 9
10   Holcomb    Expert report of John J.    359
11   Exhibit 33  Godleski, M.D. -
12            July 21, 2021
13
14   Holcomb    Expert report of William E.  377
15   Exhibit 34  Longo, Ph.D.
16
17   Holcomb    Phung article - 2022      401
18   Exhibit 35
19
20   Holcomb    Hurwitz article - 2022     415
21   Exhibit 36
22
23
24
25
```

Page 12

```
 1
 2           - - -
 3        E X H I B I T S
 4           - - -
 5   NO.     DESCRIPTION          PAGE
 6   Holcomb    Sanchez-Prieto article -    425
 7   Exhibit 37  2022
 8
 9      (REPORTER'S NOTE:  All quotations from
         exhibits are reflected in the manner
10       in which they were read into the
         record and do not necessarily denote
11       an exact quote from the document.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 13

```
 1
 2   DEPOSITION SUPPORT INDEX
 3
 4   DIRECTION TO WITNESS NOT TO ANSWER
 5   Page  Line
 6    88    11
 7
 8
 9   REQUEST FOR PRODUCTION OF DOCUMENTS
10   Page  Line
11    - -none- -
12
13
14   STIPULATIONS
15   Page  Line
16    - -none- -
17
18
19   QUESTIONS MARKED
20   Page  Line
21    - -none- -
22
23
24
25
```

4 (Pages 10 - 13)

Page 14

1
2          - - -
3          8:46 a.m.
4      New York, New York
5          - - -
6      THE STENOGRAPHER:  If I could
7  ask you to raise your right hand,
8  please.
9      Do you swear or affirm the
10  testimony you give will be the truth,
11  the whole truth, and nothing but the
12  truth today?
13      THE WITNESS:  I do.
14      THE STENOGRAPHER:  Thank you.
15          - - -
16  KEVIN HOLCOMB, M.D., the Witness herein,
17  having been first duly sworn by a
18  Notary Public in and of the State of
19  New York, was examined and testified
20  as follows:
21  EXAMINATION BY
22  MS. THOMPSON:
23      Q.   Good morning, Dr. Holcomb.
24      A.   Good morning.
25      Q.   My name is Margaret Thompson,

Page 15

1  and I'll be asking you questions today.
2      You've previously testified in
3  deposition trial in this litigation,
4  correct?
5      A.   Correct.
6      Q.   So you know what the process is
7  here, right?
8      A.   Correct.
9      Q.   This is my opportunity to
10  understand the opinions that you will be
11  providing at trial as far as how you
12  arrived at those opinions.
13      Fair enough?
14      A.   Fair enough.
15      Q.   When were you first asked to
16  give opinions in this litigation?
17      A.   In this specific case?
18      Q.   In the Johnson & Johnson Talcum
19  Powder first.
20      A.   I think it was -- I think it was
21  around 2019.  I'm sorry, I don't remember
22  the exact date.
23      Q.   And who contacted you, do you
24  remember?

Page 16

1
2      A.   I'm sorry, I don't remember the
3  name of the lawyer I first spoke with.
4      Q.   A Johnson & Johnson lawyer?
5      A.   I believe they worked with an
6  outside firm like -- I don't remember
7  which firm.
8      Q.   Okay.
9      And do you remember what you
10  were asked to do?
11      A.   Yes, I was asked to review the
12  literature on talc and its relationship to
13  ovarian cancer and offer an opinion as to
14  whether I felt it was causative or could
15  contribute to someone developing ovarian
16  cancer.
17      Q.   Did you have an opinion on that
18  issue prior to being contacted by the
19  lawyer representing Johnson & Johnson?
20      A.   Yes, I had a general feeling,
21  based on my training and up until that
22  point, that it was not a causative agent.
23      Q.   And do you know where or how the
24  lawyer that contacted you would have
25  gotten your name?

Page 17

1
2      A.   Yes, I do remember.  It was --
3  it was a -- lawyer who actually was a
4  neighbor of mine.
5      Q.   Okay.
6      A.   Who at a Christmas party came up
7  that I was a gynecologic oncologist.  So I
8  guess they assumed I would have an opinion
9  on this.
10      Q.   Did you discuss at the cocktail
11  party what your opinions would be?
12      A.   No.
13      Q.   Just that you were a
14  gynecologist and he or she might be more
15  interested in talking to you more?
16      A.   Yes.
17      Q.   Okay.
18      You initially submitted a report
19  in this case in 2019, correct?
20      A.   Correct.
21      Q.   And then you submitted a amended
22  report just recently dated February -- May
23  28th, 2024.  Is that right?
24      A.   Correct.
25      MS. THOMPSON:  I'll mark as

5 (Pages 14 - 17)

Page 18

1
2    Exhibit 1 the current report.
3         (Holcomb Exhibit 1, Expert
4    Report of Kevin Holcomb, MD, FACOG -
5    May 28, 2024, was marked for
6    identification, as of this date.)
7         MS. THOMPSON:  We've redlined
8    the previous report in case we need to
9    refer to any changes that have been
10   made since the first report, and that
11   will be Exhibit 2.
12        (Holcomb Exhibit 2, redline
13   version of Expert Report of Kevin
14   Holcomb, MD, FACOG - May 28, 2024, was
15   marked for identification, as of this
16   date.)
17   BY MS. THOMPSON:
18   Q.   And this report submitted the
19   end of May contains your general opinions
20   regarding the relationship between talc
21   and ovarian cancer, correct?
22   A.   Correct.
23   Q.   As well as your opinions
24   relating to the plaintiff Anna Gallardo,
25   correct?

Page 19

1
2    A.   Correct.
3         (Holcomb Exhibit 3, Notice of
4    Oral Deposition of Kevin Holcomb, MD,
5    FACOG and Duces Tecum, was marked for
6    identification, as of this date.)
7    BY MS. THOMPSON:
8    Q.   Have you seen this document,
9    which will be Exhibit 3, the Notice of
10   Deposition?
11   A.   I don't believe so.
12   Q.   The Notice of Deposition asked
13   you to bring documents with you to address
14   certain questions.
15        Did you bring anything with you
16   today?
17        MS. DAVIDSON:  So, we did check
18   to make sure that there are no
19   responsive documents.  I just want to
20   make that clear.  He's not the lawyer.
21   It's all legalese, that's why.
22        There was nothing responsive
23   besides his report.
24        And I think there was a
25   follow-up question asking if he had

Page 20

1
2    submitted any invoices yet, but --
3         THE WITNESS:  No, I haven't.
4         MS. DAVIDSON:  -- Dr. Holcomb is
5    derelict.  Please put that in the
6    record.  He's derelict in sending us
7    invoices.  We have not gotten an
8    invoice yet, and that would have been
9    the one responsive document, and we
10   don't have an invoice yet.
11   BY MS. THOMPSON:
12   Q.   From counsel, will you admit
13   that you're derelict with your invoices?
14   A.   I stand as accused, yes.
15   Q.   So you have not submitted any
16   invoices at least since the last time we
17   met with you for deposition?
18   A.   That's true.
19   Q.   Can you estimate how many hours
20   you have spent let's start with the
21   Johnson & Johnson litigation as a whole?
22   A.   You mean including the last case
23   and this?
24   Q.   Yes.
25   A.   I don't remember exactly how

Page 21

1
2    many hours the last time.
3         Up until this point, I'd say
4    it's probably in the area of 50 hours all
5    together.
6    Q.   In the entire litigation?
7    A.   No, I don't remember, to be
8    honest, how much from the last time.
9    Q.   So from between 2019 and today,
10   you approximate 50 hours?
11   A.   Yes.
12   Q.   And that would include updating
13   your expert report, correct?
14   A.   That would.
15   Q.   And that would include reviewing
16   Ms. Gallardo's medical records, correct?
17   A.   That would.
18   Q.   And that would include reviewing
19   new literature, correct?
20   A.   That would, yes.
21   Q.   What are you currently charging
22   per hour?
23   A.   $1,000 per hour.
24   Q.   How did you prepare for the
25   deposition today?

6 (Pages 18 - 21)

Page 22

1
2      A.   I -- other than doing the things
3   that you mentioned, I also reviewed the
4   deposition of Ms. Gallardo, her husband's
5   deposition, Dr. Mutch's deposition.  I
6   re-read my own report numerous times.
7   Other than updating on the newer
8   literature, I had to go back and refresh
9   my memory on the existing literature.
10     Q.   And would that be included in
11  the 50 hours as well?
12     A.   Yes.
13     Q.   Did you meet with the attorneys
14  in preparation for the deposition?
15     A.   I did.
16     Q.   And when was that?
17     A.   One time earlier this week and
18  one time maybe about a week prior to that.
19     Q.   And how much time did you spend
20  with them over those two meetings?
21     A.   About three hours all together.
22     Q.   Did you meet in person?
23     A.   No.  It was Zoom.
24     Q.   Zoom on both meetings?
25     A.   Both meetings.

Page 23

1
2      Q.   Have you been disclosed in any
3   other cases other than Ms. Gallardo and
4   the MDL?
5      A.   No.
6      Q.   Have your opinions changed at
7   all since the first time you were
8   contacted in approximately 2019?
9      A.   Not substantially, no.
10         MS. THOMPSON:  I'm going to mark
11  what is titled "Materials Reviewed And
12  Considered."  That would be Exhibit 4.
13         (Holcomb Exhibit 4, Materials
14     Reviewed and Considered, was marked
15     for identification, as of this date.)
16  BY MS. THOMPSON:
17     Q.   Who prepared this list?
18     A.   The actual preparation of this
19  is the lawyers.  I didn't prepare the
20  list.
21     Q.   And who is responsible for
22  finding the articles or documents on this
23  list?
24     A.   That was done both myself and
25  the lawyers.

Page 24

1
2      Q.   Did you review any Johnson &
3   Johnson documents, company documents?
4      A.   No.
5      Q.   Did you ask to review any
6   Johnson & Johnson's company documents?
7      A.   No.
8          MS. THOMPSON:  Exhibit 5 is your
9   CV.
10         (Holcomb Exhibit 5, Kevin
11     Holcomb, MD CV - July 19, 2023, was
12     marked for identification, as of this
13     date.)
14  BY MS. THOMPSON:
15     Q.   And you have had some changes in
16  your CV since 2019, correct?
17     A.   Correct.
18     Q.   And this is an updated CV?
19     A.   Yes, it is.
20     Q.   And your position professionally
21  has changed, correct?
22     A.   Correct.
23     Q.   What's your current position job
24  title?
25     A.   So, my academic title is I'm

Page 25

1
2   professor of clinical obstetrics and
3   gynecology in the Department of Obstetrics
4   and Gynecology at Weill Cornell Medical
5   Center.  I am now vice-chair of gynecology
6   in the department, and I also serve as
7   associate dean of admissions for the
8   medical college.
9      Q.   So I assume that takes up a fair
10  amount of your time in administrative
11  duties.  Would that be correct?
12     A.   That's correct.
13     Q.   And I believe that's the reason
14  that you amended your report to say much
15  of your time rather than the majority of
16  your time is spent in clinical practice,
17  correct?
18     A.   That's correct.
19     Q.   Are you still seeing new GYN
20  cancer patients?
21     A.   I am.
22     Q.   When was the last time you saw a
23  new ovarian cancer patient?
24     A.   Last week.
25     Q.   When was the last time you did a

7 (Pages 22 - 25)

Page 26

1
2  ovarian cancer surgery?
3      A.   Maybe three weeks ago.
4      Q.   Have you ever published any
5  articles on talc and ovarian cancer?
6      A.   No.
7      Q.   Have you ever published any
8  articles relating to risk factors of
9  ovarian cancer?
10     A.   No.
11     Q.   Have you ever written any
12  articles on asbestos?
13     A.   No.
14     Q.   Are you familiar with the
15  Johnson & Johnson website?
16     A.   No.
17     Q.   Never visited it?
18     A.   I don't believe so, no.
19     Q.   Are you familiar with the "Facts
20  About Talc" portion of Johnson & Johnson's
21  website?
22     A.   No.
23     Q.   Never visited?
24     A.   No.
25          MS. THOMPSON:  Exhibit 6 is a

Page 27

1
2      webpage from Johnson & Johnson's
3      website on facts about -- this is the
4      "Facts About Talc."
5          (Holcomb Exhibit 6, website
6      printout "The Facts on Talcum Powder
7      Safety", was marked for
8      identification, as of this date.)
9  BY MS. THOMPSON:
10     Q.   This is a portion of it called
11  "The Facts on Talcum Powder Safety."
12          You've never seen this before?
13     A.   No.
14     Q.   Would this be relevant to your
15  opinions?
16     A.   No.
17     Q.   Look through this a minute,
18  since you've never seen it.  I'm going to
19  ask you some questions.
20     A.   I don't need to read the whole
21  thing.
22          MS. DAVIDSON:  I don't know
23      where you're going with this, but
24      Leigh was very strong with our experts
25      that they were only to be deposed on

Page 28

1
2      things that changed in their expert
3      reports.  This has nothing to do --
4          MS. THOMPSON:  Well, this is new
5      since he was deposed last time.
6          MS. DAVIDSON:  Excuse me, I'm
7      not done.
8          MS. THOMPSON:  I'm sorry.
9          MS. DAVIDSON:  This has nothing
10     to do with anything in his expert
11     report.  He did not read Johnson &
12     Johnson documents.  He is an expert on
13     GYN oncology, not on company websites.
14     He's not testifying about the company
15     website.  This has absolutely nothing
16     to do with amendments to his report.
17     And Leigh would never have let me ask
18     questions about something like this
19     when we were questioning witnesses.
20          So I'm going to object to any
21     line of questioning on this.
22          MS. THOMPSON:  Okay, that's
23     fine.
24          MS. DAVIDSON:  So, I mean --
25          MS. THOMPSON:  This is related

Page 29

1
2      to his reliance materials.
3          You're not instructing him not
4      to --
5          MS. DAVIDSON:  His new reliance
6      materials or his old reliance
7      materials?
8          MS. THOMPSON:  Old and new.
9      New.
10          MS. DAVIDSON:  What new reliance
11     materials is this related to?
12          MS. THOMPSON:  I'm going to show
13     that he has not looked at the evidence
14     that Johnson & Johnson says will
15     inform his opinions.
16          MS. DAVIDSON:  Well --
17          MS. O'DELL:  He's never been
18     examined on this topic and he --
19          MS. DAVIDSON:  That doesn't
20     matter to me.  You said anything that
21     they could have been examined only,
22     Leigh.
23          MS. O'DELL:  That's not
24     accurate.
25          MS. DAVIDSON:  I have it in my

8 (Pages 26 - 29)

Page 30

1
2  head that you said that at the
3  depositions I took.
4        MS. O'DELL:  I don't believe
5  that.
6        MS. THOMPSON:  We can look at
7  the depositions.
8        MS. O'DELL:  This website has
9  been materially changed since he was
10 deposed in 2019 which was --
11       MS. DAVIDSON:  But this website
12 has nothing to do with his opinions.
13       MS. O'DELL:  That's up to us.
14       MS. DAVIDSON:  No, it's up to
15 you.
16       You specifically said they can
17 only be deposed on changes made to
18 their report.
19       MS. O'DELL:  This is new.
20       MS. THOMPSON:  Jessica, you can
21 object.  Your objection is to form,
22 object to form.
23       MS. DAVIDSON:  No, I will listen
24 to -- I'll give you two more questions
25 on this, but I am going to shut it

Page 31

1
2  down because --
3        MS. THOMPSON:  You're going to
4  tell him not to answer the questions?
5        MS. DAVIDSON:  Well, that's what
6  you guys did.
7        MS. O'DELL:  Let me make the
8  record clear.
9        That is not what those
10 objections were.  Our experts had been
11 deposed numerous times.  Dr. Holcomb,
12 you know, has not been deposed since
13 2019, and we're entitled to ask him
14 anything about new materials since
15 2019.
16       So, please proceed.
17 BY MS. THOMPSON:
18    Q.   On the third page of this
19 document titled "Talc is Safe."
20       Do you agree with Johnson &
21 Johnson that talc is safe?
22       MS. DAVIDSON:  Objection.
23       THE WITNESS:  Are you
24 instructing me not to answer?
25       MS. DAVIDSON:  You can answer.

Page 32

1
2  BY MS. THOMPSON:
3     Q.   No, you answer.
4     A.   I do.
5     Q.   Do you agree with the statement
6  under "Talc is Safe":  Research, clinical
7  evidence, and nearly 40 years of studies
8  by independent medical experts around the
9  world continue to support the safety of
10 talc.
11       Do you agree with that
12 statement?
13       MS. DAVIDSON:  Objection.
14    A.   I do.
15    Q.   Do you agree with the statement:
16 Talc does not cause cancer?
17       MS. DAVIDSON:  Objection.
18    A.   I do.
19    Q.   Do you agree with the statement:
20 The National Cancer Institute's Physician
21 Data Query Editorial Board concluded that
22 the weight of evidence does not support an
23 association between perineal talc exposure
24 and increased risk of ovarian cancer?
25    A.   I agree.

Page 33

1
2        MS. DAVIDSON:  That relates to
3  the NCI PDQ which he was deposed about
4  the first time.
5        MS. THOMPSON:  I'm talking about
6  the website, Jessica.
7        MS. DAVIDSON:  No, you're
8  talking about --
9        MS. THOMPSON:  Are you
10 instructing him not to?
11       MS. DAVIDSON:  Margaret.
12       MS. THOMPSON:  Then you can
13 object to form and let me continue or
14 we're not going to be out by 5:30.
15       MS. DAVIDSON:  Margaret, that's
16 not what Leigh did.  Go back and read
17 Leigh's objections, Leigh's
18 paragraph-long objections when my
19 witnesses -- when I was taking
20 depositions, Leigh had paragraph-long
21 objections about questions I asked,
22 that were actually legitimate, saying
23 that they treaded on old material.
24 And what's good is good for the
25 gander.

9 (Pages 30 - 33)

Page 34

1
2        So please be careful and tailor
3    your questions to the revised report
4    and the changes --
5        MS. THOMPSON:  And new material.
6        MS. DAVIDSON:  -- since he
7    changed his report.
8        The NCI PDQ is not new material.
9        MS. THOMPSON:  Do you want to
10    look at the changes in his report?
11    Which are extensive, much more
12    extensive than any of our experts on
13    almost every topic.
14        MS. O'DELL:  Let me just say
15    this.  As you know, the PDQ has been
16    changed multiple times since 2019.
17    He's going to be asked about it today,
18    so let's just -- you know, if you're
19    going instruct him not to answer
20    questions about the PDQ --
21        MS. DAVIDSON:  That's fine.
22        MS. O'DELL:  -- then we're going
23    to get the judge on the phone.
24        So let's continue.
25        MS. THOMPSON:  We're trying to

Page 35

1
2    get out by 5:30, Dr. Holcomb.
3    BY MS. THOMPSON:
4    Q.    On the next page:  We continue
5    to use talc in our products because
6    decades of science have reaffirmed its
7    safety.
8        Do you agree with that
9    statement?
10    A.    I do.
11    Q.    Do you agree with:  The weight
12    of the science does not support any claim
13    that our talc products cause cancer?
14    A.    I do.
15    Q.    The next paragraph:  Thousands
16    of tests repeatedly confirm that our
17    consumer talc products do not contain
18    asbestos?
19        MS. DAVIDSON:  Objection.
20    That's outside the --
21    BY MS. THOMPSON:
22    Q.    Do you know anything about
23    thousands of tests that confirm that the
24    products do not contain asbestos?
25    A.    No.

Page 36

1
2        MS. DAVIDSON:  Objection.
3    BY MS. THOMPSON:
4    Q.    Do you know any --
5        MS. DAVIDSON:  Whoa, whoa, whoa,
6    whoa, whoa.  You got to give me time
7    to object.
8        THE WITNESS:  I'm sorry.
9        MS. DAVIDSON:  That is outside
10    the scope of your opinions.  And
11    you're not giving me time to object.
12        She's asking the questions at
13    you fast and furiously.  You're
14    answering fast and furiously.  There
15    is no chance for me to object.
16        MS. O'DELL:  Please don't coach
17    your witness.
18        MS. DAVIDSON:  I'm not.
19        MS. O'DELL:  Yes, you are.
20        MS. DAVIDSON:  How did I coach
21    my witness?
22        MS. O'DELL:  Let's proceed.
23        MS. DAVIDSON:  Excuse me.  I
24    have been interrupted already six
25    times in this deposition.

Page 37

1
2        Please make sure that I have
3    time to object.  Thank you.
4    BY MS. THOMPSON:
5    Q.    Is the presence of asbestos in
6    talcum powder products part of your
7    opinions?
8        MS. DAVIDSON:  Objection.  Again
9    this goes back to questions that he
10    could have been asked, and I believe
11    was asked, in 2019.  You are literally
12    doing the very thing --
13        MS. THOMPSON:  He has new
14    opinions on asbestos in his report.
15        MS. DAVIDSON:  You are literally
16    doing the thing that Leigh criticized
17    me for doing.
18        MS. O'DELL:  That's incorrect.
19        MS. DAVIDSON:  And I am going to
20    object.
21        Go ahead and answer it, Dr.
22    Holcomb.
23        MS. THOMPSON:  If you could just
24    object and we can move on, that would
25    be helpful to get out on time.

10 (Pages 34 - 37)

Page 38

1
2    A.   If I can just clarify something.
3        You mentioned thousands of
4 tests. I have to be --
5    Q.   There's not a question on the
6 table, Dr. Holcomb.
7    A.   Well, I want to go back and
8 clarify something you asked me before.
9        You asked me about thousands of
10 tests, was I aware of asbestos testing,
11 and I have to be honest with you, I am
12 aware that there was recent testing of
13 talcum products saying that there was no
14 asbestos in them, the most recent testing.
15 So when you said "thousands," I don't know
16 how many were done in that. I just know
17 it has been tested recently and not been
18 show to contain asbestos.
19    Q.   Okay. Well, we're actually
20 going to get to the testing recently, and
21 I think you're actually incorrect in that
22 statement, but we're going to get to that
23 later.
24        Have you seen any tests that are
25 positive for asbestos from Johnson &

Page 39

1
2 Johnson's documents?
3        MS. DAVIDSON:  Objection. He
4 said he's never looked at a Johnson &
5 Johnson document.
6        MS. THOMPSON:  And so he can
7 answer it no, he's not aware of any.
8    A.   I'm not aware of any.
9        MS. DAVIDSON:  This is
10 completely outside the scope of his
11 opinions.
12        MS. THOMPSON:  If you'll just
13 let me -- object. Object.
14        Asbestos is part of his
15 opinions.
16 BY MS. THOMPSON:
17    Q.   On this website it states:
18 Johnson uses only pure pharmaceutical
19 grade talc.
20        Do you know what pure
21 pharmaceutical grade talc is?
22        MS. DAVIDSON:  Objection.
23    A.   You know, I -- I just have to
24 say the line of questioning here as far
25 as -- I want to clarify my -- I do get a

Page 40

1
2 chance to answer your question.
3    Q.   If you answer the question. Not
4 if you don't.
5    A.   I want to answer the question.
6        MS. DAVIDSON:  Excuse me.
7 Please, Margaret.
8    A.   You're asking me about what is
9 in talcum powder, and I -- my
10 understanding is that I was asked to give
11 an opinion as to whether Johnson &
12 Johnson's product is associated with an
13 increased risk of cancer, that it causes
14 or contributes to cancer. So I just want
15 to say generally, we can go along this
16 line of questioning, but my opinion is
17 whatever is in that bottle that has been
18 subjected to decades of testing does not
19 increase the risk of ovarian cancer.
20        So I'm happy to go back and
21 forth about what is in the bottle, what's
22 on the website. It's -- it's not a --
23 it's not impacting my opinions.
24    Q.   Okay.
25    A.   My opinions is based on the

Page 41

1
2 literature.
3    Q.   Okay. But I'm asking you
4 questions about the Johnson & Johnson
5 website right now, all right. And I'm
6 going to be asking you questions about the
7 literature too, so we're not going to
8 neglect that.
9        In the blue box on this website
10 I think on the next page it says:  Don't
11 take our word for it. Explore the facts
12 and make up your own mind.
13        Do you see that?
14    A.   I do see that.
15        MS. DAVIDSON:  Objection. This
16 is so outside the scope of his
17 opinions as a GYN oncologist.
18        MS. THOMPSON:  It is not.
19        MS. DAVIDSON:  Yes, it is. This
20 has nothing to do with his opinions.
21 This has nothing to do with his
22 report. And this could have been
23 asked of him in 2019.
24        MS. O'DELL:  This report wasn't
25 the same in 2019.

11 (Pages 38 - 41)

Page 42

1
2      MS. THOMPSON:  This wasn't --
3      MS. O'DELL:  Excuse me.  Forgive
4  me, Margaret.
5      MS. DAVIDSON:  First of all,
6  you're quite correct, this isn't your
7  deposition.
8  BY MS. THOMPSON:
9  Q.  Did you --
10      MS. DAVIDSON:  Excuse me, I'm
11  still talking.
12      MS. THOMPSON:  Well, I didn't
13  know you were still talking.  I
14  thought you were just objecting.
15      MS. DAVIDSON:  These are not
16  appropriate questions, Margaret.
17      Why don't you ask him about his
18  report, about gynecologic oncology,
19  and about the science?
20      MS. THOMPSON:  I'm asking him
21  about the Johnson & Johnson website to
22  see if he agrees with what is on the
23  Johnson & Johnson website.  I think
24  it's totally appropriate and his
25  opinions relate to it.

Page 43

1
2  BY MS. THOMPSON:
3  Q.  Do you know how many documents
4  are in "Explore the Facts"?
5      MS. DAVIDSON:  Objection.
6  A.  I have not seen this website
7  before, so I would not --
8  Q.  Then say "I don't know."  Okay.
9      There are 5,000--
10      MS. DAVIDSON:  Excuse me.
11  Excuse me.
12      You just interrupted him in the
13  middle of a sentence.  This is getting
14  out of control.
15      MS. THOMPSON:  We will not
16  finish today, Jessica.
17      MS. DAVIDSON:  Margaret, you
18  need to take a deep breath and you
19  need to let this witness finish --
20      MS. THOMPSON:  I think you need
21  to take a deep breath.
22      MS. DAVIDSON:  You need to let
23  this witness --
24      MS. THOMPSON:  I will let the
25  witness answer my questions.

Page 44

1
2      MS. DAVIDSON:  Excuse me.
3  You've now interrupted me too.
4      You need to let each of us
5  finish a sentence.  A sentence
6  finishes when there's a period, not in
7  the middle of the sentence.
8      Dr. Holcomb has been interrupted
9  now five or six times.  It is
10  disrespectful to him.  And he was in
11  the middle of answering a question.
12      It's also harder for the court
13  reporter.
14      Were you done?  Do you even know
15  what you were saying at this point?
16  A.  No, I -- I was saying that I
17  already stated that I've not visited the
18  website, so there would be no way that I
19  would note how many papers are in this tab
20  that leads somewhere else.
21      And so I do feel like this line
22  of questioning is sort of going in
23  circles.  I've not visited this website.
24  Q.  It's very simple to just answer
25  a question yes or no, and we can move on

Page 45

1
2  very quickly.
3      So, you have not seen any of the
4  5,000 documents that are on the Johnson &
5  Johnson website that says explore the
6  facts and make up your mind, correct?
7  A.  If I don't know what --
8      MS. DAVIDSON:  Excuse me.
9      Objection; asked and answered.
10      You got to let me object.
11      THE WITNESS:  Sure.
12      MS. DAVIDSON:  And he just
13  answered that question, Margaret.  So
14  I don't know why you're asking it
15  again.  You asked that very question.
16  He just answered it.  If you want the
17  same answer again, go ahead.
18  BY MS. THOMPSON:
19  Q.  You can answer.
20  A.  Because I don't know what --
21  I've not been to this website.  I don't
22  know where it's leading, so I can't tell
23  you if I've seen any of the papers because
24  I've given you my reliance list and you
25  know what papers I've read that impact my

12 (Pages 42 - 45)

Page 46

1  opinions. Whether that's attached to
2  something I've never seen before, you know
3  that I don't know what's attached. I've
4  already answered that question.
5    Q.  Let's go to your report.
6        Who wrote this report?
7    A.  I did.
8    Q.  Who wrote the amendments to this
9  report?
10   A.  Amendments?
11   Q.  The statements in your amended
12 report.
13   A.  I did.
14   Q.  And every word of the report --
15   A.  Every word.
16   Q.  -- are yours?
17   A.  Yes.
18   Q.  Tell me the process that you
19 used when you were writing this report.
20   A.  Could you be a little bit more
21 clear what you mean "process"?
22   Q.  Did you do it by hand? Did you
23 do it by word processing? How did you
24 find the literature that -- how did you
25

Page 47

1  decide what to include?
2        Just a short narrative on your
3  process in writing this report.
4    A.  So, a big chunk of the
5  literature I was already familiar with
6  from my last report, and then I did
7  literature searches to see what was new.
8  The lawyers had provided a list of things
9  that were new. In reading some of those
10 papers, I also went into bibliographies
11 and if anything that was new there. And I
12 did not write it by hand. I typed it into
13 Microsoft Word as I was going along. And
14 just reading, I was updating things from
15 my old report that have changed. Like you
16 mentioned one thing about my role in the
17 medical college.
18   Q.  On page 2 of your current
19 report.
20     MS. DAVIDSON: Are you looking
21   at the clean or the redline?
22     MS. THOMPSON: We'll just use
23   the non-redlined report unless I say
24   otherwise.
25

Page 48

1
2      MS. DAVIDSON: Do you have an
3    extra copy?
4      THE STENOGRAPHER: (Handing to
5    counsel.)
6      MS. DAVIDSON: Thank you very
7    much.
8  BY MS. THOMPSON:
9    Q.  In your previous report, in this
10 one you state on page 2 that you "do not
11 inquire and have never inquired about
12 prior talc use, nor do I recommend against
13 it for my ovarian cancer patients."
14     Is that still the case.
15   A.  That's still the case.
16   Q.  And "I know of no one in my
17 division or specialty who does so."
18     Is that still the case?
19   A.  That is.
20   Q.  You know no one in the GYN
21 oncology specialty that inquires about
22 talc use or recommends their patients
23 don't use it?
24   A.  Outside of this litigation and
25 reading expert reports, I had never met

Page 49

1
2  anybody in GYN oncology who did this
3  through all my years of training.
4    Q.  Well, we'll be looking at a lot
5  of literature today with a lot of authors,
6  and I'll be asking you that question as we
7  go through the literature.
8    A.  I'm okay with that.
9    Q.  Because that is a very bold
10 statement, you would agree?
11   A.  I would agree.
12   Q.  And do you have any way of
13 knowing that there's no one in your
14 specialty that inquires or recommends
15 against using talc?
16   A.  It is my statement that --
17     MS. DAVIDSON: Objection.
18   A.  -- I don't know of anyone or
19 it's a statement that there is no one?
20   Q.  Well, it's "I know of no one."
21     Do you have any way of
22 knowing --
23   A.  That I don't know of anyone?
24     I'm pretty sure that I would
25 know who I know.

13 (Pages 46 - 49)

Page 50

1
2    Q.   Okay.
3         And you also say that this is in
4    keeping with the recommendations of SGO
5    and ACOG that offer practice guidelines
6    for the specialty.
7         Is that still your opinion?
8    A.   Yes, it is.
9    Q.   Is it your opinion that SGO and
10   ACOG offer practice guidelines regarding
11   talc use?
12   A.   ACOG offers guidelines about
13   early detection or prevention of ovarian
14   cancer, and I was -- and so it's not
15   specific to talc.  It's on the whole care
16   of a woman with ovarian cancer.
17   Q.   But you will agree that neither
18   SGO or ACOG has issued a practice
19   guideline on talc use?
20   A.   Not specifically on talc use.
21        My opinion of what ACOG and SGO
22   are saying comes from other sources, which
23   are in my reliance list.  We can get to
24   them, I'm sure.
25   Q.   And both ACOG and SGO do have

Page 51

1
2    procedures, clinical review committees,
3    that issue public statements on clinical
4    issues of interest, correct?
5    A.   Yes.
6    Q.   And neither of them have issued
7    any statement of that to that effect on
8    talc?
9    A.   That's true.  And I take that as
10   proof that they're not concerned about the
11   cause of talc because where they have
12   issues with things that cause cancer, they
13   very clearly state their opinion.
14   Q.   Is it your opinion that the
15   reason that SGO and ACOG have not made a
16   specific statement as to risks of talc is
17   because they don't think it is?
18   A.   Yes, that's my opinion.
19   Q.   Are you aware of any other
20   reasons that they could not -- that they
21   would not make that kind of statement?
22        MS. DAVIDSON:  Objection; calls
23   for speculation.
24   A.   I have to say that I think any
25   reasonable physician would assume that the

Page 52

1
2    American College of Obstetrics and
3    Gynecology and the Society of GYN
4    Oncology, if they felt that the deadliest
5    GYN malignancy was caused by something
6    that could easily be recommended against
7    would rush to clearly make a statement to
8    advise practicing GYN oncologists like
9    myself to speak to our patients about
10   their use of talc and to recommend against
11   it.
12        And if your question is why
13   didn't they do that and you want me to
14   speculate why they didn't do it, yes, I
15   feel pretty confident to speculate that
16   they didn't do that because they're not
17   concerned because I think they are
18   concerned about women's lives.
19   Q.   Does Johnson & Johnson
20   contribute financially to ACOG and SGO?
21        MS. DAVIDSON:  Objection.
22   A.   I -- I assume that they probably
23   do.
24   Q.   Could that be a reason that ACOG
25   and SGO are reluctant to publish a

Page 53

1
2    statement regarding talc use and ovarian
3    cancer?
4    A.   I think that insinuation is
5    extremely insulting, and I'll tell you
6    why.  Because before this litigation
7    around this area began, folks like myself,
8    the leadership of SGO, the leadership of
9    ACOG, we've been taking care of women with
10   ovarian cancer for years, and for you to
11   insinuate that financial contributions
12   have caused ACOG and SGO to sell out the
13   women of America I find quite insulting.
14   Q.   Could there be any political
15   reasons that SGO and ACOG would be
16   hesitant to publish a statement about talc
17   use and ovarian cancer?
18   A.   I'm just as insulted by that
19   question for all the same reasons.
20        And on top of it, no, I can't
21   think of any.
22   Q.   Would there be any fear of
23   repercussions or litigation from Johnson &
24   Johnson if ACOG and SGO were to publish a
25   statement on talc use and ovarian cancer?

14 (Pages 50 - 53)

Page 54

1
2    A.   ACOG and SGO have clearly said
3  that they do not feel that the evidence
4  after 40 years supports that ovarian
5  cancer is caused by talc.
6    Q.   Where do they say that?
7    A.   It says that the evidence is
8  inconclusive that it is not -- it's not an
9  established risk factor because the weight
10 of the evidence does not support that.
11   Q.   Where do they say that?
12   A.   Well, it's in William Burke's
13 statement that the paper, the white paper
14 that was written which was both SGO and
15 ACOG members taking part in it.
16   Q.   The Burke paper has one sentence
17 about talc, doesn't it?
18   A.   I'd have to go back through and
19 see how many sentences are about it, but
20 I --
21   Q.   Does it say anything about talc
22 is safe?
23       MS. DAVIDSON:  Excuse me.  He
24    was in the middle of a sentence.
25       MS. THOMPSON:  Okay.  I'm sorry,

Page 55

1
2  sometimes I think he's finished and
3  he's still going.  I'm intentionally
4  interrupting him.
5       MS. DAVIDSON:  This is not an
6    argument.  This is a deposition.
7       MS. O'DELL:  Please.
8  BY MS. THOMPSON:
9    Q.   Go ahead.
10   A.   I think the way I look at this
11 topic, and any topic of a potential
12 substance that's been studied with
13 relationship to cancer, you can look at it
14 as if all of these substances are
15 dangerous until proven safe, or you can
16 look at it that things are considered safe
17 until they're proven to increase the risk
18 of a cancer, to be associated with or have
19 some evidence or causality.
20       So whenever a group, whether
21 it's the NCI, ACOG, SGO, says that the
22 evidence does not support an association
23 between talc use and ovarian cancer, my
24 interpretation that they're saying it's
25 safe.  And then on top of it, they don't

Page 56

1
2  issue any advice against the use of this
3  thing.  And so I think it's very common
4  sense to say that these organizations feel
5  it's safe because if they didn't, they
6  would issue advice against its use, and
7  they would recommend that we ask patients
8  about its use and recommend against it.
9       So yes, I think it's -- I think
10 they're saying it's safe by all those
11 things.
12   Q.   Does the ACOG actually say talc
13 is safe?
14       MS. DAVIDSON:  Objection.
15   A.   I'm explaining already --
16   Q.   That's a yes/no question.
17       Does ACOG say talc is safe?
18   A.   ACOG doesn't make a statement
19 that it's safe or not safe.
20   Q.   Does ACOG say that there is no
21 evidence that talc is associated with
22 ovarian cancer?
23   A.   No.  They would not say that
24 because there's a weight of evidence, over
25 40 years there's a number of studies, and

Page 57

1
2  to say that there is no evidence suggests
3  that no study has ever shown this.  But
4  what they're saying is when we weigh all
5  of the evidence, we say that it does not
6  lead to a conclusion.  You cannot conclude
7  from this evidence that ovarian cancer is
8  caused by talc.
9    Q.   And I understand that Dr.
10 Holcomb is saying that.
11   A.   No, no, I'm saying this is
12 what --
13   Q.   No, let me finish.
14   A.   Okay.
15   Q.   I didn't have a question.
16   A.   Okay.
17   Q.   I'm asking does ACOG say there's
18 decades of literature and we do not think
19 there's a connection between talcum powder
20 use and talc?  Anything other than leaving
21 it off a list?
22   A.   I'd have to go back and read the
23 ACOG statement.
24       THE WITNESS:  Do I have it?
25   Q.   But you don't know --

15 (Pages 54 - 57)

Page 58

1
2    A.    Do we have it in the records?
3    Q.    Jessica can ask you that.
4        You don't know off the top of
5    your head whether ACOG says there's no
6    association of talc with ovarian cancer or
7    talc is safe, either of those statements?
8    A.    If it's okay for me to
9    paraphrase, since I don't have the exact
10   paper in front of me and I don't have a
11   photographic memory, my memory is that
12   they say the weight of the evidence does
13   not support a connection between ovarian
14   cancer and talc use.
15       If you give me the report, I can
16   show you what's I'm basing that.
17   Q.    Your report?
18   A.    No, the -- you're asking me
19   specifically what is said by ACOG.
20   Q.    Well, I can't show it to you
21   'cause I don't -- they don't say that. So
22   how am I going to show that to you?
23   A.    You're asking me about my
24   opinion, my interpretation of what ACOG is
25   saying, and I'm telling you I don't have

Page 59

1
2    it in front of me so I can't say exactly
3    the wording.
4        My interpretation of what
5    they're saying is that there's 40 years of
6    literature on this topic and it's not
7    strong enough to say that talc is unsafe,
8    that it is associated with ovarian cancer.
9    And that's all that we're talking about.
10   So if it's not associated with ovarian
11   cancer, then that's whether you're saying
12   it's safe or not.
13   Q.    I'm just asking what you're --
14   A.    I think I've --
15   Q.    -- referring to to give that you
16   impression.
17   A.    I just answered the question.
18       MS. DAVIDSON: He told you he's
19   referring to ACOG statements. He
20   doesn't have it in front of him.
21       If you'd like to put in front of
22   him ACOG statements --
23       MS. THOMPSON: I don't know if
24   there's ACOG statements.
25       MS. DAVIDSON: You're not aware

Page 60

1
2    of ACOG ever making a statement?
3        MS. THOMPSON: That their 40
4    year -- decades of safety information?
5        MS. DAVIDSON: I'm pretty sure
6    he cited an ACOG statement in his
7    materials reviewed.
8    BY MS. THOMPSON:
9    Q.    Okay. Let's go to your
10   materials reviewed, Dr. Holcomb.
11       Can you find the statement from
12   ACOG --
13   A.    One second, I don't have it yet.
14   Q.    -- that you're referring to?
15   A.    One second. I don't have it
16   yet.
17   Q.    And I'll ask the same for ACOG
18   if you want to look at the same time for
19   that statement.
20       MS. THOMPSON: Just while he's
21   looking, he can look for the
22   statements from both SGO and ACOG that
23   he's referred to on his reliance list.
24   A.    The first thing I will point to
25   is the paper by Burke that you mentioned

Page 61

1
2    earlier which has both ACOG and SGO
3    members participating on that white paper
4    where they say the evidence is
5    inconclusive that it --
6    Q.    Okay. Well, we have Burke, and
7    that's not what it says. But we'll get to
8    that.
9    A.    Sure.
10   Q.    We can get to Burke.
11   A.    And then I'm going to tell you
12   where ACOG is, one second.
13       (Pause.)
14       You asked me about SGO as well
15   or just ACOG?
16   Q.    Both.
17   A.    So 133 SGO ovarian cancer risk
18   factors.
19   Q.    And you're aware that ovarian
20   cancer risk factors just does not --
21       MS. DAVIDSON: He's in the
22   middle of answering.
23   BY MS. THOMPSON:
24   Q.    Were you in the middle of
25   answering, Dr. Holcomb?

16 (Pages 58 - 61)

Page 62

1
2       MS. DAVIDSON:  Yes.
3       MS. THOMPSON:  He can speak for
4   himself, Jessica.
5   BY MS. THOMPSON:
6    Q.   Were you in the middle of
7   answering that question?
8    A.   Yes, I was saying that the SGO
9   risk factors does not include talc as a
10  risk factor.
11   Q.   It does not include talc as a
12  risk factor.
13       Does it say that there are
14  decades of information and there's no
15  evidence to show that talc is a risk
16  factor for ovarian cancer?
17   A.   It says that SGO does not
18  consider talc a risk factor for ovarian
19  cancer.
20   Q.   It doesn't include it on the
21  list, right?
22   A.   So you agree that they -- well,
23  I'm being asked the question.
24   Q.   I --
25   A.   So yes, I assume that it

Page 63

1
2   means they do not consider --
3       MS. DAVIDSON:  He's testifying.
4   BY MS. THOMPSON:
5    Q.   But is there any statement as to
6   the safety of talc?
7    A.   I think we're going around in
8   circles a bit about this because --
9    Q.   Just answer the question.
10   A.   I'm trying to give you my
11  explanation.
12       If something is not a risk
13  factor, if it's not considered a risk
14  factor for this disease, then it's safe.
15  So you're asking me do they specifically
16  say it's safe, but they're saying --
17  they're not saying it's a risk factor.  So
18  if they're saying that it's safe.  If it's
19  not a risk factor, it's safe.
20   Q.   And you're aware of dozens of
21  other places where talc is listed as a
22  risk factor, correct?
23   A.   No, I'm not aware of dozens of
24  other places.
25   Q.   Okay.  Well, we'll go through

Page 64

1
2   some of those later today.
3    A.   Sure.
4       So, but we're speaking about SGO
5   and ACOG, and I'm saying SGO, ACOG,
6   National Cancer Institute, all of them --
7    Q.   Okay.
8    A.   -- say that there is not
9   conclusive evidence, that there's
10  insufficient evidence to consider talc as
11  something that contributes to or causes
12  ovarian cancer, and it is my
13  interpretation that if it is not thought
14  to contribute to or cause ovarian cancer
15  that it is safe.
16   Q.   All right.  If you can really
17  try to answer the question, okay.
18   A.   I thought I was.
19   Q.   Just listen to the question and
20  answer it.
21   A.   Sure, I'll listen again.
22   Q.   Is there an affirmative
23  statement on ACOG or SGO that there are
24  decades of literature and articles on talc
25  and we have determined that the evidence

Page 65

1
2   is inconclusive or we have determined that
3   it is not a risk factor, an affirmative
4   statement to that effect?
5       MS. DAVIDSON:  Objection; asked
6    and answered.
7    A.   Yeah, I've already answered the
8   question.
9    Q.   What is your answer?
10   A.   That they're saying it is not a
11  risk factor so --
12   Q.   Is that an affirmative statement
13  if it's left off the list?
14       MS. DAVIDSON:  I'm sorry,
15  Margaret, you really have to --
16       MS. THOMPSON:  I just want him
17  to answer my question.
18       MS. DAVIDSON:  Margaret, you've
19  now interrupted the witness and you
20  interrupted --
21       MS. THOMPSON:  You've
22  interrupted me.
23       MS. DAVIDSON:  No, I didn't
24  interrupt you.  You interrupted me.
25       THE WITNESS:  Yeah, I --

17 (Pages 62 - 65)

Page 66

1
2          MS. DAVIDSON:  Excuse me.
3          THE WITNESS:  Sorry.
4          MS. THOMPSON:  You interrupted
5     your witness.
6          MS. DAVIDSON:  Excuse me.
7          Leigh, you are the most polite
8     plaintiff's lawyer.  You never
9     interrupt.
10          Can you please ask your
11     co-counsel to stop interrupting the
12     witness?
13          I think we need to have a reset
14     here.  Everybody needs to take a deep
15     breath and stop interrupting.
16          Dr. Holcomb was in the middle of
17     answering.  If you're frustrated with
18     his answer, just write down your
19     frustration until the sentence is
20     finished.
21          MS. O'DELL:  All right.  That's
22     not helpful.  Please.
23          MS. DAVIDSON:  Now you're
24     interrupting me, Leigh, and you never
25     do that.

Page 67

1
2          MS. O'DELL:  Let's take a break.
3          MS. DAVIDSON:  You want to take
4     a five-minute break?
5          MS. O'DELL:  Just two minutes.
6     We'll walk to the bathroom and come
7     back.
8          MS. DAVIDSON:  Okay, great.
9     Because this is really getting off the
10     rails.
11          MS. O'DELL:  It is not,
12     actually.  You keep saying that,
13     Jessica.  It's not off the rails.
14     We're certainly not being
15     disrespectful.  So don't suggest that
16     it was.
17          (Recess taken.)
18     BY MS. THOMPSON:
19     Q.    Dr. Holcomb, listen to my
20     question and try to answer it.  I'm not
21     asking for an interpretation.  I'm just
22     asking a basic question.
23          Does SGO have an affirmative
24     statement on their website that says talc
25     is safe?

Page 68

1
2          MS. DAVIDSON:  Objection; asked
3     and answered.
4     A.    Again I interpret that statement
5     as an affirmative statement.  You're
6     asking -- so in my opinion, yes, because
7     they're not going to list everything that
8     they don't think causes ovarian cancer.
9     They're not going to say that peanuts
10     don't cause ovarian cancer.  They're not
11     going to say that hair dye does not cause
12     ovarian cancer.  If they think something
13     causes ovarian cancer, they're going to
14     say it.
15          And I know you're asking me and
16     I know what you want to hear, but I'm
17     telling you that if they don't list it as
18     a risk factor, I think -- I interpret that
19     as a affirmative statement of its safety.
20     Its absence, in my interpretation, is an
21     affirmative statement of a safety.
22          They don't say roller-skating is
23     associated with ovarian cancer.  I assume
24     that they think roller-skating is safe.
25     Q.    Are there 50 studies about

Page 69

1
2     roller skating and ovarian cancer?
3     A.    Even -- and that is an even
4     stronger point.  The fact that there's all
5     this data on talc and they still don't
6     mention talc, because you're right,
7     there's more studies on talc than roller
8     skating and ovarian cancer.  And talc is
9     not listed.  So I interpret that as an
10     affirmative statement.
11     Q.    With the public attention, would
12     it be helpful to doctors and patients for
13     ACOG to make a statement that talc is
14     safe?
15          MS. DAVIDSON:  Objection.
16     A.    I don't think of -- I don't
17     think medical societies and doctors
18     outside of this world of litigation play
19     in the realm that you all play in.  We
20     make statements based on literature and --
21     and, you know, when you hear a doctor
22     making justifications for what they're
23     doing based on litigation, sort of like
24     the introduction for Penninkilampi.  We're
25     going to get to the literature later.  But

18 (Pages 66 - 69)

Page 70

1
2  when you see people bringing up litigation
3  as their reasoning for how they take care
4  of patients, I think there's something
5  wrong with that.
6        So no, I don't think that they
7  should feel pressured in this environment
8  to make statements to play in this realm
9  of litigation.
10     Q.   Is there an affirmative
11  statement from ACOG that talc is safe?
12  Not your interpretation.  Is there an
13  affirmative statement on ACOG's website
14  that talc is safe?
15        MS. DAVIDSON:  I'm going to
16     object.  This has been asked and
17     answered multiple times.
18     A.   I've answered yes, that, in my
19  interpretation, that is an affirmative
20  statement.
21     Q.   And that goes for both ACOG and
22  SGO, you think there's an affirmative
23  statement on their websites that talc is
24  safe?
25     A.   I've explained this, yes.

Page 71

1
2        And I'm sorry that I just looked
3  at my reliance list, and I didn't add
4  ACOG's 2017 statement on ovarian cancer,
5  which I should have.  I looked through
6  this list and I don't see it.  But in that
7  statement --
8     Q.   Are you talking about the Hal
9  Lawrence statement --
10     A.   No.
11     Q.   What 2017 statement on --
12        MS. DAVIDSON:  We'll do an
13     amended reliance list.  I don't know
14     why it's not on there.
15  BY MS. THOMPSON:
16     Q.   But you will agree that there's
17  nothing on your materials reviewed and
18  considered that has a statement from ACOG
19  or SGO that talc is safe, correct?
20        MS. DAVIDSON:  Objection.
21     A.   I've already answered this
22  question.
23     Q.   I don't believe you have, but
24  we'll never get out of here if we continue
25  on, so we'll move on.

Page 72

1
2        And you were very involved with
3  the fellowship program at your
4  institution, correct?
5     A.   Correct.
6     Q.   And I am sure you are familiar
7  with the Guide to Learning in Gynecologic
8  Oncology published by ABO+G?
9     A.   I'm aware of it, yes.
10     Q.   Do you have your fellows follow
11  the guidelines in the Guide to Learning so
12  they're prepared for their board
13  examination?
14     A.   I -- I'd have to look at it to
15  tell you whether -- you know, I'd have to
16  see it in front of me.  It's not on my
17  reliance list, so I can't say I know
18  everything that's in it.
19     Q.   Do you know that talc and
20  asbestos are considered environmental
21  contaminants and there's a relationship
22  with ovarian cancer?
23        MS. DAVIDSON:  Objection.
24     A.   No, I'm not aware.  I don't have
25  the -- the paper in front of me, and I'm

Page 73

1
2  not sure what it says.
3        Would you like me to read it?
4        (Holcomb Exhibit 7, Guide to
5     Learning in Gynecologic Oncology -
6     ABO+G 4/2018, was marked for
7     identification, as of this date.)
8  BY MS. THOMPSON:
9     Q.   If you'll turn to page 13 under
10  the heading --
11        MS. DAVIDSON:  Can I get one?
12        MS. O'DELL:  Sure, sorry
13     (hamding).
14        MS. DAVIDSON:  Thanks, Leigh.
15  BY MS. THOMPSON:
16     Q.   What is this document that I
17  just gave you?
18     A.   It says "Guide to Learning in
19  Gynecologic Oncology" from ABO+G.
20     Q.   Have you ever seen this before?
21     A.   I'm aware of the Guide to
22  Learning.  I'm not sure of this specific
23  version.  This is my first time --
24     Q.   Have you seen any version --
25     A.   Yes.

19 (Pages 70 - 73)

Page 74

1
2    Q.   -- in the last ten years?
3    A.   Yes, I have.
4    Q.   If you'll turn to page 13.
5    A.   Yes.
6    Q.   "Carcinogenesis Invasion
7  Metastasis" is the title, correct?
8    A.   Yes.
9    Q.   And the terminal objective is
10 that fellows should understand the current
11 theories of carcinogenesis including the
12 effects of environment, family history,
13 and viral factors, correct?
14   A.   Yes.
15   Q.   And under B(e):  Environmental
16 contaminants such as the relationship of
17 talc and asbestos to ovarian and other
18 malignancies and smoking to lower genital
19 tract cancer.
20   A.   Yes.
21   Q.   Is it your opinion that ABO+G
22 put this in there so that the fellows
23 would be taught that there's no
24 relationship between talc and asbestos to
25 ovarian cancers?

Page 75

1
2    A.   No.  I think that ABO+G is
3  saying that fellows should be familiar
4  with the literature, the body of
5  literature examining the relationship
6  between talc and ovarian cancer.
7    Q.   Is there anything else on these
8  risk factors list that is not something
9  that's related?
10       MS. DAVIDSON:  Objection.
11       I don't understand your
12   question.
13   A.   Yeah, I'm a little confused by
14 the question.
15   Q.   Are there other things that you
16 would consider in the same category as
17 talc and asbestos, they're just wanting
18 you to know about the literature, but
19 there's actually no relationship?
20   A.   They have herpes here.  I'm not
21 sure which GYN malignancy herpes causes.
22   Q.   We'll move on.
23       Did you teach your fellows to
24 look at the literature on talc and
25 asbestos and make up their own minds?

Page 76

1
2        MS. DAVIDSON:  Objection.
3    A.   Yes, I have.  I have -- I had to
4  think about it.  I give a lecture on
5  ovarian cancer and I do mention, A, that
6  I'm involved as an expert; and B, I discuss
7  my interpretation of the literature.  But
8  I always encourage them in all the areas
9  that I speak on to do their own
10 examination as well.
11   Q.   But you're quite confident that
12 none of them ever ask their patients about
13 talc use or discuss that there may be a
14 relationship?
15   A.   I've never seen it mentioned in
16 a note.  I've never seen it -- I've never
17 seen it mentioned in a progress note nor
18 anybody do it in front of me.  So I have
19 no reason to believe that is occurring.
20   Q.   Were you finished?  I'm sorry.
21   A.   I am.
22   Q.   And you said that Burke provides
23 a statement that talc use is safe,
24 correct?
25   A.   I said Burke --

Page 77

1
2        MS. DAVIDSON:  Objection;
3    misstates his testimony.
4        You got to give me that one
5    little chance.
6        THE WITNESS:  Sorry.
7        MS. DAVIDSON:  I know
8    everybody's excited to answer
9    questions and get out of here today.
10   A.   Again, I said that Burke made a
11 statement saying that evidence is
12 insufficient to conclude that talc causes
13 ovarian cancer or contributes to it.
14   Q.   And from that statement, you're
15 saying that Burke is saying that there's
16 no association and talc is safe because of
17 that, correct?
18       MS. DAVIDSON:  Objection;
19   misstates his testimony.
20       MS. THOMPSON:  I believe that's
21   what he's been telling me.
22 BY MS. THOMPSON:
23   Q.   Is that what you've been telling
24 me all morning, that if there's --
25   A.   I'm telling you that Burke comes

20 (Pages 74 - 77)

Page 78

1
2  to the conclusion that weighing the
3  totality of the evidence, that there is
4  not conclusive evidence that talc causes
5  ovarian cancer or contributes to it.
6      Q.   And if the evidence to Burke is
7  not conclusive, to you, you're
8  interpreting that as there's no
9  association and talc is safe?
10     A.   Until there's an proven
11  association, yes, it is my interpretation
12  that talc is safe.
13     Q.   So with a cosmetic, is it your
14  opinion that it's assumed safe until
15  proven otherwise?
16     A.   If there is a body of literature
17  around the area that's already been
18  examined and someone takes that body of
19  literature and then says, after looking at
20  all this literature, "I don't find
21  conclusive evidence that this causes
22  ovarian cancer," I interpret that as them
23  saying as of today in 2024, this is safe.
24  That based on 40 years of literature, this
25  is not a proven risk factor for ovarian

Page 79

1
2  cancer.
3      Q.   So 40 years of literature that's
4  inconclusive, in your mind, means talc is
5  safe?
6      A.   No.  I think that for them to
7  say that they're not including this is
8  more than just saying -- and thank you for
9  clarifying because it's actually a
10  stronger statement than just saying it's
11  inconclusive.  They're saying that it is
12  not a risk factor, established risk factor
13  for ovarian cancer.
14     MS. THOMPSON:  Okay.  Let's
15  mark --
16     A.   Because there's no evidence to
17  do that.
18     MS. THOMPSON:  Let's mark Burke
19  and just see what Burke says.
20     (Holcomb Exhibit 8, Burke
21  article - 2023, was marked for
22  identification, as of this date.)
23  BY MS. THOMPSON:
24     Q.   Why did you put Burke on your
25  additional reliance list?

Page 80

1
2      MS. DAVIDSON:  I'm sorry, was
3  that a question?
4      MS. THOMPSON:  Yeah.
5  BY MS. THOMPSON:
6      Q.   Why did you put Burke on your
7  additional reliance list?
8      A.   I think it's an important paper.
9  It's a statement that was -- I think it's
10  an important piece of literature and that
11  it is, you know, an assessment of the
12  totality of the literature on the topic.
13     Q.   All right.  We'll mark Burke and
14  just read what Burke says about talc.
15     If you'll turn to page 183.  And
16  the statement is:  Our review found
17  heterogeneity in the studies --
18     A.   I'm not sure where we are.
19     Q.   Page 183.
20     A.   Can you tell me what side?
21     Q.   The last paragraph -- the first
22  paragraph, last sentence before
23  "hormonal."
24     (Reading) Our review found
25  heterogeneity in the studies on the use of

Page 81

1
2  talcum powder and ovarian cancer risk.
3      And there's a parentheses with
4  Appendix 3.
5      A.   Right.
6      Q.   Is that the statement you're
7  referring to that Burke concludes that
8  talc is safe because of the 40 years of
9  evidence?
10     A.   No.  It's when you go into that
11  appendix.
12     Q.   Did you look in the appendix?
13     A.   Yes.
14     Q.   Is there anything about talc in
15  the appendix?
16     A.   Yes.
17     Q.   You'll have to show that to me,
18  because there is not --
19     A.   Yeah, I want --
20     Q.   -- with the copy that I pulled.
21     A.   Do you have a copy of the
22  appendix?
23     Q.   I'm not sure, but I -- I don't.
24     MS. O'DELL:  We'll look for the
25  appendix.

21 (Pages 78 - 81)

Page 82

1
2      THE WITNESS:  Please do.
3      MS. THOMPSON:  And you can give
4  me the appendix when Jessica questions
5  you since that was on the additional
6  reliance.
7      MS. DAVIDSON:  I'm not planning
8  to question him.  I want him to get on
9  his boat.
10     MS. THOMPSON:  Okay.  Well, I
11 will represent with the appendix that
12 were included with the article, there
13 was no mention of talc in the
14 appendices.  And I could be proven
15 wrong.
16  A.   So you think that after the
17 statement about talc they say see the
18 appendix and you say the appendix has
19 nothing to do with talc?
20  Q.   It does not.  It may have things
21 to do with the rest of the paragraph, but
22 not about talc.  And that's the only
23 mention of talc in the Burke article.
24  A.   Okay.
25     THE WITNESS:  She's completely

Page 83

1
2  wrong about that.
3  BY MS. THOMPSON:
4  Q.   You say this question about talc
5  and its relationship to ovarian cancer is
6  about product liability and not patient
7  safety.
8      Is that your opinion?
9  A.   No.
10  Q.   I think those are your exact
11 words in your report.
12     So it's not about product
13 liability?
14  A.   I don't impugn the integrity of
15 the doctors who have examined the
16 association of talc and ovarian cancer.
17     What I'm saying is that -- I
18 mean, if we're going to get into Ms.
19 Gallardo's story later, but I just want
20 to, if I may, what I'm saying is that
21 after receiving excellent medical care in
22 the hands of Dr. Mutch, a leader in GYN
23 oncology, no one told this woman to stop
24 using talcum powder.  She found out about
25 the association between talcum powder and

Page 84

1
2  ovarian cancer on a commercial about a
3  lawsuit.  That is the summary of my
4  feeling on the topic.
5      I think that this woman, after
6  being in the hands of people who tried to
7  save her life, and apparently did so
8  successfully, no one mentioned to her
9  about talc and so she heard about a legal
10 case.
11     MS. THOMPSON:  I'll object to
12 that entire answer as being
13 non-responsive.
14  Q.   Please try to listen to the
15 question and answer it.  We are going to
16 talk about Ms. Gallardo, and I want you to
17 answer the questions about Ms. Gallardo
18 too, but that's the purpose of today, for
19 me to ask questions and for you to answer
20 the question.
21     Okay?
22  A.   You asked me about how I see the
23 relationship between litigation and talc,
24 and I used Ms. Gallardo as an example, and
25 you're telling me that I shouldn't do

Page 85

1
2  that.
3  Q.   No, I asked you do you state in
4  your report that this litigation is about
5  product liability.
6  A.   This litigation is about product
7  liability?  Isn't this litigation about
8  product liability?
9  Q.   Is the science about product
10 liability?
11  A.   Can you show me where I say
12 that?
13  Q.   (Reading) Much of the debate on
14 the role of genital talc use in the
15 carcinogenesis of ovarian cancer remains
16 in the realm of product liability.
17  A.   Much of the debate remains in
18 this realm.  I would say there's more
19 being discussed about talc and ovarian
20 cancer in the realm of litigation than
21 there is in the realm of science and
22 training and taking care of patients.
23  Q.   When was the first lawsuit filed
24 for ovarian cancer and talc use?
25  A.   I don't know.

22 (Pages 82 - 85)

Page 86

1
2    Q.    2014, would that sound right to
3  you?
4        MS. DAVIDSON:  Objection.  He
5    just said he doesn't know.
6    A.   I don't -- I don't know.
7    Q.   Okay.  I'll give you a
8  hypothetical that it was 2014.
9        You would agree with me that
10 there was literature and studies prior to
11 2014 beginning in the 1960s and '70s,
12 right?
13       MS. DAVIDSON:  Objection.
14   A.   Now that you mention 2014, you
15 have perked my memory, and I do remember
16 reading the Schildkraut paper that they
17 show that 2014 was an important point.
18 That there were more cases associated with
19 talc use after 2014 than before, which I
20 think, sort of, proves my point that the
21 litigation has impacted this whole
22 discussion about talc.
23       But the statement that there's
24 more activity in the realm of litigation
25 than there is in the realm of training and

Page 87

1
2  taking care of women with ovarian cancer,
3  I stand by that statement.
4    Q.   And you do know that Schildkraut
5  found that a statistically significant
6  increased risk before and after 2014,
7  correct?
8        MS. DAVIDSON:  This is literally
9    Leigh was very --
10       MS. THOMPSON:  He brought it up,
11   not me.
12       MS. DAVIDSON:  It doesn't
13   matter.  This is what Leigh was very
14   careful to say that we could not ask
15   questions about studies before.
16       Also, I know you asked a
17   hypothetical about whether the
18   litigation started before 2014, but
19   there were talc cases before 2014.  So
20   I don't think it's fair to ask
21   hypotheticals to a witness, who's not
22   a lawyer, about litigation that are
23   false.
24 BY MS. THOMPSON:
25   Q.   You agree with me there were

Page 88

1
2  plenty of studies before 2014 regarding
3  talc and ovarian cancer?
4    A.   Yes.
5    Q.   Whose responsibility is it to
6  ensure that a cosmetic product is safe?
7        MS. DAVIDSON:  Objection.
8        I don't really -- he's a GYN
9    oncologist.  He's here to testify.
10   That's outside the scope.
11       I'm actually going to tell him
12   not to answer that.
13       MS. THOMPSON:  Well, he says
14   there's no public program dedicated to
15   the eradication of genital talc use.
16 BY MS. THOMPSON:
17   Q.   Are public health programs
18 responsible for --
19       MS. DAVIDSON:  That's just
20   outside the scope of his knowledge or
21   experience.
22       MS. O'DELL:  She wasn't finished
23   with her question.
24       MS. DAVIDSON:  Yeah, but I
25   wasn't finished with my objection.

Page 89

1
2        MS. O'DELL:  I think you were.
3        MS. THOMPSON:  I believe you
4    interrupted me, Jessica.
5  BY MS. THOMPSON:
6    Q.   You state in your report:  There
7  is no public health program dedicated to
8  the eradication of genital talc use.
9        Are public health programs
10 responsible for ensuring safety of a
11 cosmetic product?
12   A.   Public health programs aren't
13 responsible.  Public health programs are
14 in response to -- into improving the
15 health of the public.  And when there are
16 recognized threats to public health, there
17 are often in response to that public
18 health programs.
19       And I guess since you're
20 bringing up my statement there, what I was
21 saying was that when cigarette smoking is
22 identified as a risk for lung cancer,
23 there are efforts to make Americans stop
24 smoking.  When obesity is recognized as a
25 risk factor for cancers, there's public

23 (Pages 86 - 89)

Page 90

1
2  health efforts to decrease obesity.
3      I'm not aware of any public
4  health programs dedicated to the
5  eradication of talc use.
6      MS. THOMPSON: That was all
7  non-responsive to my question.
8      Q.  Who is responsible for the
9  safety of a cosmetic product, or you don't
10 know?
11     A.  I was instructed not to answer
12 that question.
13     Q.  I don't believe so.  I believe
14 there's an objection, but you can still
15 answer.
16     MS. DAVIDSON: I mean, I think
17 it's outside the scope of the -- of a
18 GYN oncologist.  He is a doctor.  His
19 expertise is in treating women with
20 cancer.  It's not even so much that
21 I'm instructing him.  It's just that
22 it's not within the scope of his
23 opinions.  I don't even know how he
24 could answer that question.
25

Page 91

1
2  BY MS. THOMPSON:
3      Q.  Can you answer that question?
4      A.  No, I can't.
5      Q.  But you're the dean of a medical
6  school.  You're familiar with regulatory
7  agencies, correct?
8      MS. DAVIDSON: Objection. This
9  is just --
10     A.  I'm an associate dean of
11 admissions, to be clear.
12     And no, that is not part of what
13 I do on a daily basis.  Taking care of
14 patients and educating --
15     Q.  So the answer is just simply "I
16 don't know" and that's fine.  Correct?
17     MS. DAVIDSON: No.
18     Q.  Who is responsible --
19     MS. DAVIDSON: Please do not put
20 words -- I'm objecting.
21     MS. THOMPSON: Wait.
22     MS. DAVIDSON: You asked a
23 question.  Now you're asking a second
24 question.  So before you get to your
25 second question, I'm going to object

Page 92

1
2      to your first question, which he
3      hasn't even answered yet and now
4      you've just asked a second question.
5  BY MS. THOMPSON:
6      Q.  Did you answer my question that
7  you had?  And I'm going to ask you another
8  question.
9      MS. DAVIDSON: You said the
10     answer to your question is simply "I
11     don't know, right?"  And then I'm
12     objecting to that question because
13     that's not what he said.  He said,
14     "That's not within my expertise."
15     MS. THOMPSON: He could testify
16     for himself, Jessica.
17 BY MS. THOMPSON:
18     Q.  Do you know from a regulatory
19 standpoint who is responsible for ensuring
20 the safety of a cosmetic product?
21     A.  That is outside my expertise.
22     Q.  Okay.  So that's very simple, a
23 simple answer to the question.  Thank you.
24     A.  You're welcome.
25     Q.  So you know nothing -- well,

Page 93

1
2  I'll ask it this way.
3      Is asbestos allowed in any
4  product in the United States?
5      A.  I'm really not an expert on
6  products and what's in the -- that
7  question is also outside my expertise.
8      Q.  And so your answer would be "I
9  don't know"?
10     A.  It's outside my expertise, is my
11 answer.
12     Q.  Doesn't that mean you don't
13 know?
14     MS. DAVIDSON: Objection.
15     You do not have to answer
16     questions with Ms. Thompson's words.
17     THE WITNESS: I understand.
18 BY MS. THOMPSON:
19     Q.  It's out of your expertise
20 whether asbestos is allowed in U.S.
21 products?
22     A.  My answer is I wouldn't be -- I
23 shouldn't be expected to know.  It's
24 outside my expertise.
25     Q.  Is asbestos allowed in cosmetic

24 (Pages 90 - 93)

Page 94

1
2  products?
3      A.   It's outside my expertise.
4      Q.   Do you know if a cosmetic
5  product is adulterated if it contains
6  asbestos?
7      A.   That's outside of my expertise.
8      Q.   All right.  Let's go to your
9  report, page 3 Summary of Opinions.
10         And I really do want to hone in
11  on your opinions because that's what we're
12  here today about.  This is a relatively
13  short paragraph that discusses lots of
14  things, but I want to glean from it your
15  actual opinions.
16         So, when you say, "The best
17  science indicates that genital talc use is
18  not associated with, much less does it
19  cause, an increased risk of ovarian
20  cancer," are you saying that talc use is
21  safe?
22         And before you answer that
23  question, can we just between us stipulate
24  that if I say "talc" we're talking about
25  talcum powder products used in the genital

Page 95

1
2  area, and in this case those talcum powder
3  products are Johnson's Baby Powder and Shower to Shower and we're
4  Powder and Shower to Shower and we're
5  talking about epithelial ovarian cancer,
6  no other kinds of cancer?  Fair enough?
7      A.   Yes.
8         MS. DAVIDSON:  So when you say
9  "talc" you mean cosmetic talc?
10         MS. THOMPSON:  When I say
11  "talc," I mean talcum powder products.
12         MS. DAVIDSON:  Cosmetic talcum
13  powder products.
14         MS. THOMPSON:  Well, cosmetic
15  talc could be a different word.  But
16  the talcum powder products
17  manufactured and sold by Johnson &
18  Johnson.
19  BY MS. THOMPSON:
20      Q.   Fair enough?
21      A.   Fair enough.
22      Q.   You knew what I meant, right?
23      A.   I think the -- the -- my opinion
24  on this topic is based on the literature,
25  which we're going to get into, and much of

Page 96

1
2  that literature does not specify which
3  product.
4         So, you know, that was my
5  hesitation in answering because it's
6  impossible for me to say in most of these
7  studies what products people were using.
8  It was only Perren in 2016 that specified.
9      Q.   Fair enough.
10         And you in your report say
11  "talc" and I say "talc," but we're
12  referring to talcum powder products.
13      A.   But you just asked me to
14  stipulate that when I say "talc" in my
15  report that I'm only speaking about
16  Johnson & Johnson.
17      Q.   Well, in this litigation,
18  Johnson & Johnson is the only talcum
19  powder product that we're addressing,
20  correct?
21      A.   Right.  But in my report --
22         MS. DAVIDSON:  So, I'm a little
23  bit confused because I think you're
24  making this very complicated,
25  Margaret, because you're saying, "Can

Page 97

1
2  we stipulate that when I say talc
3  we're talking about Johnson's baby
4  powder," but I don't know how we can
5  stipulate to that in this deposition
6  because I assume we're talking about
7  the literature, and in the literature
8  we have no idea what women used.  So I
9  don't think that stipulation going to
10  work.
11         MS. THOMPSON:  All right.  So in
12  every instance we'll say "talcum
13  powder products including Johnson's
14  Baby Powder and Shower to Shower used
15  in the genital area and causing
16  epithelial ovarian cancer," okay.
17  That's fine too.
18         There are just lots of
19  references where he just says "talc,"
20  and I think it's easier to say he's
21  talking about talcum powder products
22  used genitally than going through all
23  that.
24         And we talk about talc is safe
25  and Johnson & Johnson talks about talc

25 (Pages 94 - 97)

Page 98

1
2    is safe.  I was just trying to shorten
3    that process.
4  BY MS. THOMPSON:
5    Q.   But if there's any question, we
6  can be more specific about what we're
7  talking about.  And for sure if we're
8  talking about something other than
9  Johnson's talcum powder products and used
10  genitally and causing ovarian cancer, we
11  can specify for sure.
12        MS. DAVIDSON:  So I don't
13    understand what you just said.
14        MS. O'DELL:  Why don't you just
15    ask a question?
16        MS. DAVIDSON:  I don't
17    understand.
18  BY MS. THOMPSON:
19    Q.   Dr. Holcomb, do you understand
20  what I'm saying?
21        MS. DAVIDSON:  Excuse me.
22    A.   Not completely.
23    Q.   So, when you say "talc is safe,"
24  what are you talking about?
25    A.   I -- can I propose a

Page 99

1
2  stipulation?
3    Q.   No.
4    A.   No, okay.
5        What I'm talking about are the
6  products that we use in the body of
7  literature in the last 40 years.
8        So when I say "talc," my opinion
9  on this is based on the results of the
10  epidemiology.  And so that's what I'm
11  referring to when I say "talc."
12    Q.   So we can say talcum powder
13  products without specifying Johnson &
14  Johnson?
15    A.   You could.
16    Q.   Okay.
17        And when we "the use of talc,"
18  can we say that's the genital use of talc?
19  We're not talking about diapering or men
20  using talc or anything other than women
21  using talc in the genital area, correct?
22    A.   When you say "genital area,"
23  because my report goes through many uses
24  of talc, I refer to, you know, diaphragms,
25  I refer to condoms, I refer to dusting of

Page 100

1
2  the genital area.  So I just want to make
3  sure when you're saying we're only going
4  to talk about dusting of the genital area.
5    Q.   No, I'm talking about the
6  using -- we'll just try to be specific in
7  every instance.
8    A.   Okay.
9    Q.   So, when you make the statement
10  about talc use is not associated, much
11  less it causes, you're talking about
12  genital talc use and you're talking about
13  epithelial ovarian cancer, right?
14    A.   Yes.
15    Q.   And based on what you're saying
16  this morning, you and I can interpret that
17  statement as your opinion that talc is
18  safe, right?
19    A.   Yes.
20    Q.   And then you go on to say that:
21  The plaintiff's experts' hypotheses
22  regarding biological plausibility ignore a
23  host of contradictory studies.
24        Well, it's not just plaintiff's
25  experts' hypotheses, is it?

Page 101

1
2    A.   My statement was just about the
3  plaintiffs.
4    Q.   Okay.
5    A.   I'm not sure of other folks.  I
6  reviewed the plaintiffs' deposition, the
7  experts' deposition.
8    Q.   And you reviewed the literature
9  as well?
10    A.   Yes.
11    Q.   And you will agree that that is
12  provided as a possible biologic mechanism
13  in numerous settings, right?
14    A.   I'm saying -- let me just read
15  my statement again.
16        Can you point me to where you're
17  speaking?
18    Q.   Top of page 4.
19        And what we're doing here is
20  just me trying to get your opinions down.
21    A.   (Witness reads document.)
22        No, no, that's -- it's very
23  clear what I'm saying.  I say their
24  hypotheses ignore a host of contradictory
25  studies.

26 (Pages 98 - 101)

Page 102

1
2      You had a question about that
3  statement?
4      Q.   Yeah.  I said there are many
5  other sources besides just plaintiff
6  experts that also provide a biologic
7  plausibility statement consistent with the
8  plaintiff's experts, right?
9      A.   If that's the case, then they
10  would also be ignoring contradictory
11  studies as well.  I'm only speaking about
12  the plaintiff's.
13      Q.   Okay.
14      And you'll agree with me that
15  almost every epidemiological study gives
16  the same biologic plausibility argument
17  that plaintiff's experts do, wouldn't you?
18      A.   I'm sorry, repeat the question.
19      Q.   Doesn't almost every
20  epidemiological study mention the
21  possibility at least of talc migrating to
22  the ovaries and creating inflammation and
23  that being a mechanism for the
24  carcinogenesis of talc?
25      MS. DAVIDSON:  Objection.

Page 103

1
2      A.   I don't know if everyone does.
3      Q.   I said many do.
4      A.   Many do.
5      Q.   Okay.  All right.
6      So it's not just the plaintiff's
7  experts that came up with that.  That's my
8  question.
9      A.   When you say "came up with
10  that," what do you mean?  'Cause there's
11  theories and there's proven theories.
12      So if you're saying -- are you
13  saying that there are many people who have
14  proven the theory that talc causes
15  inflammation that causes ovarian cancer?
16  I would disagree with that statement.
17      Q.   I just said nothing about that.
18      A.   So maybe I misheard you.
19      Q.   Okay.
20      My question was there are others
21  besides plaintiff experts that have that
22  hypothesis, correct?
23      A.   A hypothesis is a theory, yes.
24      Q.   I am using the word
25  "hypothesis."

Page 104

1
2      MS. DAVIDSON:  Hey, hey, the
3  court reporter and I, I'm speaking on
4  your behalf, I hope that's okay, both
5  beseech you not to speak over each
6  other.
7      MS. THOMPSON:  We'll do our
8  best.
9      MS. DAVIDSON:  I hope this isn't
10  your best.
11  BY MS. THOMPSON:
12      Q.   So my question to you is what,
13  first of all, what is your definition of
14  "plausibility" that you used in this
15  sentence?
16      MS. DAVIDSON:  Objection.
17      A.   A biologic plausibility is, to
18  me it's just the -- from the statement --
19  from the standpoint of, like, a Bradford
20  Hill standpoint.  It's just you have to
21  have an explanation that at least is
22  possible.
23      Q.   Okay.
24      And when I looked it up, I came
25  up with those same.  It's believable.

Page 105

1
2      Would you agree?
3      A.   No.
4      Q.   Is that a synonym for plausible
5  is believable?
6      A.   So you can propose a hypothesis
7  and then you can study it.  If you still
8  believe it after you studied it when the
9  evidence says that's not the case, then
10  that's not plausible anymore.  If you
11  propose a hypothesis with no data, anybody
12  can do that, but once you have studied it
13  and you still hold this belief, that's
14  where I'm disagreeing.  I'm saying that's
15  not plausible to me anymore.
16      Q.   Okay.
17      So is it your opinion, and again
18  I'm just trying to get your opinions
19  clear --
20      A.   I think they're pretty clear,
21  but I want to clarify it.
22      Q.   Okay.
23      So, is your opinion that the
24  mechanism by which talc could cause
25  ovarian cancer is not plausible?

27 (Pages 102 - 105)

Page 106

1
2    A.    That's -- that's my opinion.
3    Q.    Okay.  That's -- those are just
4  what I'm trying to pin down.
5    A.    Yes.
6    Q.    Okay.  So we don't need you to
7  repeat.  You gave me what your opinion
8  was.  Because when you say that
9  plaintiff's expert's hypothesis, I want to
10  know Dr. Holcomb's opinion.
11    A.    Well, I want to clarify again.
12        Are you saying the hypothesis is
13  not plausible?  Because any hypothesis is
14  plausible.  Any question is worth looking
15  at.
16        I'm saying a belief that the
17  literature supports that this is the
18  cause, that's what I'm disagreeing with.
19    Q.    Okay.  Let me just repeat, make
20  sure I have it.
21        Is this your opinion:  The
22  mechanism by which talcum powder use could
23  cause ovarian cancer is not plausible?
24    A.    You know, I think I should
25  clarify because one of the things I'm

Page 107

1
2  learning about this whole process is being
3  really, really clear about what I'm saying
4  here.  And you use the term "hypothesis"
5  and maybe that's not the most clear thing.
6        What I'm really trying to get
7  across is that when I read the plaintiff's
8  expert's opinions that talc causing
9  ovarian cancer by inflammation, I don't
10  think that's plausible.  I shouldn't have
11  used the term "hypothesis" here because
12  that's just a theory.  Anybody can propose
13  a theory.
14        I'm saying holding on to that
15  theory and believing it after you've done
16  the literature and don't have proof of it
17  and then saying "I look at this literature
18  and say this is proven," that's -- that's
19  what I disagree with.  And maybe I wasn't
20  as clear in my writing there.
21    Q.    Is it your opinion that
22  ascension of talc particles applied to the
23  perineum reaching the tubes, ovaries, and
24  peritoneum, is that plausible?
25    A.    I want to go back again to

Page 108

1
2  plausible and proven.
3        The fact that talc could get
4  there you can say is plausible and then
5  you do studies on it, and I'm saying after
6  the study's done, because you want to know
7  about my opinions, my opinions are not
8  based on theories.  They're based on the
9  literature that address those theories.
10  And I'm saying that there's inconclusive
11  evidence in the literature that talc has
12  the ability to reach the ovaries.  There's
13  some studies that have shown in animal
14  studies that it can, some studies in
15  humans.  But in -- under normal situations
16  where we're talking about dusting, which
17  is the most common use, that talc is able
18  to reach the ovaries, I'm not convinced of
19  that based on the literature.
20    Q.    Okay.  But I'm asking you not
21  that you're convinced, but after reviewing
22  the literature, is the mechanism of
23  migration of talc particles to the tubes,
24  ovaries, and peritoneal cavity plausible?
25    A.    So again, something is

Page 109

1
2  plausible, by anything is plausible, but
3  is there sufficient evidence to suggest
4  that that's what happens, I'm saying --
5  see, I -- you're asking me questions, but
6  I'm trying to be very, very clear about my
7  opinions, but I don't think my opinions
8  are acceptable to you.  So you keep asking
9  me in different ways, and I'm saying that
10  plausible as a theory, anything is
11  plausible.  But when you look at the body
12  of the literature where my opinions are
13  based, there isn't good evidence, there
14  isn't strong evidence that this happens.
15        And we can -- I'm sure we're
16  going to get into the different studies,
17  whether we're talking about monkeys or
18  rats or women, and we can go through each
19  one of those studies, but I'm saying as a
20  whole, when you take all of that into
21  account, I don't think that there is good
22  evidence that talc is able to get from
23  someone's perineum to their ovaries.
24    Q.    Okay.  Listen to my question,
25  please.  I'm not talking about proof.  I'm

28 (Pages 106 - 109)

Page 110

1
2 not talking about convincing Dr. Holcomb.
3 I'm not talking about studies that say
4 different things.
5        What I'm asking you in your
6 definition of plausible, which you gave me
7 meant possible, is the ability of talc
8 particles to reach, applied to the
9 perineum, the ability to reach the tubes,
10 ovaries, and peritoneum, is that
11 plausible?  Is it possible?
12    A.    Again, anything is possible.
13 Once it's been studied, you have a
14 difference of opinion.
15        So you're asking me to say can
16 you give me your opinion before you read
17 any studies on this.  Because no, that's
18 what you're asking.  You're saying is it
19 plausible.  And anything is plausible, but
20 what's more important, I thought I was
21 here to give you my opinion based on the
22 literature.  Do I think that talc applied
23 to the perineum gets to the ovary, and
24 that's where I'm saying no, I don't have
25 evidence to suggest that's the case.  But

Page 111

1
2 you're asking me to say well, how did you
3 feel before you read anything on this
4 topic.  Because to be perfectly honest,
5 this is -- I read all this literature in
6 preparation for this.  This is not part of
7 normal training for GYN oncology.  We've
8 already covered that.
9        So I'm a little confused.
10 You're asking me to answer that question
11 before I -- almost like what was your
12 opinion before you read any of this
13 literature.  I read this literature with
14 an open mind.  I said it is possible, and
15 then I read the literature and then I left
16 with do you think this is what happened,
17 and I -- and I walked away saying no, I
18 don't see evidence, after all these
19 studies and animal models and human
20 models, to say that this is -- I think
21 this is what's going on, I think that talc
22 is going and ascending.
23        So I hope I'm -- I'm not trying
24 to be evasive, but I think your
25 questioning is a little bit misleading

Page 112

1
2 because you're trying to get a statement
3 about what I thought before I read this
4 thing.  I went into it with an open mind,
5 and I said it is plausible.  And then I
6 read the literature and I said I don't
7 think that's what happens.
8    Q.    Okay.  Let me clarify then.
9 Every question I ask you today I want to
10 know what your opinion is today after
11 you've read all the literature and
12 considered it carefully.  I do not want to
13 hear any opinions that you had before you
14 wrote your report.
15        Is that clear?
16    A.    Okay.
17    Q.    So let me just -- and I'm not
18 trying to get a certain answer from you.
19 I want what your opinion is.  That's
20 what's important to me.
21    A.    Yes.
22    Q.    Is that clear?
23    A.    Yes.
24    Q.    So, my question is is it
25 possible, after looking at all the

Page 113

1
2 literature, for talc applied to the
3 perineum for the particles to reach the
4 tubes, ovaries, and peritoneum?
5    A.    Can I --
6        MS. DAVIDSON:  Objection; asked
7    and answered.
8    A.    Yeah, it -- I've already
9 answered this.  We're sort of going around
10 in circles here because I think, and I do
11 think you want a certain answer, because
12 what you want is that after reviewing the
13 literature, you can say without a doubt
14 this is impossible, this cannot happen,
15 and -- and so because that's when you're
16 saying plausible you're saying possible.
17 That means there is no situation that I
18 would read the literature and come out
19 with the idea that says it is impossible
20 for talc to get to the ovaries.  That's
21 what you're asking.  And there's no read
22 of literature, you can never have enough
23 literature that should -- would make you
24 be able to make that statement.
25    Q.    Okay.  Let's try it to a

29 (Pages 110 - 113)

Page 114

1
2 reasonable degree of medical certainty.
3 That's what all your opinions are based
4 on, correct?
5     A.   I'm more comfortable there.
6     Q.   Okay.  We'll make it easier.
7         To a reasonable degree of
8 medical certainty, is it your opinion that
9 particles applied to the perineum do not
10 reach the tubes, ovaries, and peritoneum?
11     MS. DAVIDSON:  Objection; asked
12 and answered.
13     A.   Yes, to a degree of medical
14 certainty, yes.
15     Q.   Okay.  And we can, with all your
16 answers, assume that you're talking to a
17 reasonable degree of medical certainty.
18 We're not talking about proof here.
19         Okay?
20     A.   Okay.
21     Q.   Have there been any studies
22 since 2019 that state that talc applied to
23 the peritoneum cannot reach the tubes,
24 ovaries, and peritoneal cavity that you're
25 aware of?

Page 115

1
2     A.   You said peritoneum?
3     Q.   Yes.
4     A.   You mean perineum.  I shouldn't
5 tell you what you mean, but --
6     Q.   No, I said applied to the
7 perineum, can we --
8     A.   You said peritoneum.
9     Q.   Okay.  Just for your
10 information, I'm a gynecologist as well.
11     A.   I know, but it's being recorded,
12 so I want it to be accurate.
13     Q.   I apologize if I said
14 peritoneum.  I think it would be clear
15 that we're talking, and I want to just say
16 talc, but we're going to say applied to
17 the perineum.
18         So, have there been any studies
19 since 2019 that talc applied to the
20 perineum cannot reach the tubes, ovaries,
21 and peritoneal cavity, that you're aware
22 of?
23     A.   No.
24     Q.   Are you aware of any study that
25 says talc applied to the perineum does not

Page 116

1
2 reach the tubes, ovaries, or peritoneal
3 cavity ever published?
4     A.   I know of no study that's ever
5 been set up to ever come to that
6 conclusion.  So it's an impossible
7 conclusion for a study to reach.
8     Q.   Okay.
9         Well, let's go to your criticism
10 of Dr. Wolf's discussion of migration.
11 And you discuss actual migration.
12     MS. THOMPSON:  This is Dr.
13 Wolf's amended report we'll mark as
14 Exhibit 9.
15         (Holcomb Exhibit 9, Second
16 Amended Rule 26 Expert Report of
17 Judith Wolf, MD - May 28, 2024, was
18 marked for identification, as of this
19 date.)
20 BY MS. THOMPSON:
21     Q.   You discuss Dr. Wolf's opinions
22 on migration on page 19 of your report, if
23 you want to go there.
24     A.   Yes.
25     Q.   And you state that -- Dr. Wolf

Page 117

1
2 has a complete section on page 13 of her
3 report about migration and transport of
4 talc through the genital tract, correct?
5     A.   Can I get to it?
6     Q.   On page 13.
7     A.   Okay.
8     Q.   Is there anything in that
9 discussion that you think is inaccurate in
10 the description of the studies?
11     MS. DAVIDSON:  Can you --
12     A.   You're saying anything in?
13     Q.   Page 14.
14         Have you identified anything in
15 Dr. Wolf's discussion that's inaccurate?
16     MS. DAVIDSON:  Just page 14?
17     MS. THOMPSON:  Page 13, 14, and
18 15 in her discussion on migration and
19 transport.
20     A.   I'd have to read it.
21         You want me to read the whole
22 thing and I'll get back to you?  Or let me
23 read it again and I'll answer that
24 question for you.
25     Q.   Sure.  I mean, I believe you

30 (Pages 114 - 117)

Page 118

1  read that when you wrote your report.
2      A.   I don't have a photographic
3  memory, so you --
4      Q.   Yeah, you can look at it.
5      A.   Okay.
6          (Witness reads document.)
7          I will change, in the first
8  paragraph I already found an issue.  It
9  says, she's talking about the open system:
10  As such, it is universally accepted in the
11  gynecologic community that substance
12  migrate and/or transported in both
13  directions.
14         And I would say "can be" only
15  because this idea of a open system, yes,
16  it is open, almost like plumbing, from the
17  perineum -- from the vagina to the
18  peritoneal cavity, but there are natural
19  barriers.  So I would say that it is
20  generally accepted that substances can
21  migrate or -- not that anything placed in
22  the vagina migrates up.  Because that's
23  what I took it as.
24     Q.   Anything else?

Page 119

1
2      A.   Let me finish.  I'm just getting
3  started.
4          (Witness reads document.)
5      Q.   And I'm looking for inaccuracies
6  on the reporting of the studies.
7      A.   Yeah, I would agree with the
8  first -- this is going to take a while.
9          She uses motile sperm as
10  evidence to support migration or transport
11  of talc particles and fibers, and sperm
12  have a flagellum, they have a tail.  So
13  I'm not sure why you would take that as
14  proof.  We already know it's an open
15  system.  So something that has a tail
16  that's using energy to move upward as an
17  example of the proof that talc could go
18  up, I would disagree with that.
19     Q.   Did you read what she actually
20  says?  Did she saying about --
21     A.   She said --
22         MS. DAVIDSON:  Hold on.  You
23  asked him a question.  You asked him
24  to identify the inaccuracies.  He
25  needs to go through 13 to 15, identify

Page 120

1
2      the inaccuracies, then you can ask
3      follow-up questions.
4          MS. THOMPSON:  No, I'm going to
5      ask about the first inaccuracy he
6      identified.  I can do that.
7          MS. DAVIDSON:  No, no, wait a
8      minute.  That wasn't your question.
9          Your question was, "Tell me all
10      the inaccuracies."
11         MS. THOMPSON:  I said, "Can you
12      identify inaccuracies?"
13         Okay.  Withdraw it.
14         MS. DAVIDSON:  He's going to go
15      through 13 to 15, identify everything.
16      Because otherwise we're going to have
17      another interruption fest.
18         THE WITNESS:  (Witness reads
19      document.)
20     A.   So, her first statement is that
21      evidence to support the migration of talc
22      particles is -- includes, and she goes
23      from one to seven, and I would say that it
24      is an open system, so because one thing
25      can go through is not proof that all

Page 121

1
2  things can go through.  So I don't think
3  that supports.  This -- these -- 1 to 7
4  support that it's an open system, which I
5  don't disagree with.
6          So the only thing that I think
7  she gets into that would support whether
8  talc can do it starts at 8.  So I just
9  want to say that.
10         If you want to ask me a question
11  about that, I'm going to read 8 then.
12         Should I read 8 to tell you what
13  I thought?
14     Q.   Yes.  I thought you were
15  finished.
16     A.   No, I just wanted to make sure I
17  mentioned 7.  They're all interesting
18  things, but they don't really talk about
19  talc.
20         (Witness reads document.)
21     Q.   And again I'm looking for
22  inaccuracies in her reporting, not whether
23  you agree or disagree.
24     A.   Yeah, no, it's an inaccuracy to
25  say that these are supporting talc.

Page 122

1
2    Q.   Okay.
3         MS. DAVIDSON:  Guys, I don't
4    know how many more times I can ask
5    that we have a proper record where you
6    let him finish his answers.
7         I feel like I'm dealing with
8    children here.
9         MS. THOMPSON:  And that is
10   disrespectful, Jessica.
11        MS. O'DELL:  That's not
12   necessary.  It's not going to help
13   this going forward.
14        He's responding to the
15   questions.  She's going to ask the
16   questions.  Let's keep it moving.
17        THE WITNESS:  (Witness reads
18   document.)
19   A.   She makes a statement:  The
20   migration of particles, including
21   constituents of talcum powder products
22   from the perineum to the upper genital
23   tract, tubes and ovaries is a key element
24   in the mechanism by which talcum powder
25   products cause ovarian cancer.  And then

Page 123

1
2    she goes on to say:  The evidence
3    supporting this process is robust.  And --
4    and I would disagree with that statement.
5         And:  Universally accepted by
6    the medical community.  Because is she
7    saying both transport is generally
8    accepted that it happens and that talc
9    causes ovarian cancer, she gives a
10   citation which I'm not sure what the
11   citation is, but the two statements she
12   made before that I don't think that the
13   evidence is robust, nor do I think this is
14   generally accepted by the medical
15   community.
16   Q.   You would agree with me that
17   those are Dr. Wolf's opinions?
18        Are you finished with your
19   answer?
20   A.   Yeah.
21   Q.   Thank you.
22        MS. DAVIDSON:  You're finished?
23   You're done with the whole --
24   A.   Well, I think you want to stop
25   at migration, right?

Page 124

1
2    Q.   You would agree with the
3    statements you just made are Dr. Wolf's
4    opinions, correct?
5    A.   I was reviewing this to see what
6    I disagreed with her opinions, no?
7    Q.   No.  My question was
8    inaccuracies in the report of the studies.
9    A.   Yeah, she's saying there's
10   robust evidence in reporting the studies.
11   She's not citing any studies.  She's
12   saying there's robust evidence, and I'm
13   saying I disagree with that.
14   Q.   Well, if she's not reciting a
15   study, we're assuming that's Dr. Wolf's
16   opinion, okay?
17   A.   I was assuming that Dr. Wolf's
18   opinions are based on literature, like
19   mine are.  Is that the case?
20   Q.   Well, the citation on that is
21   from the FDA that states:  The potential
22   for particulates to migrate from the
23   perineum and the vagina to the peritoneal
24   cavity is indisputable.
25   A.   Again, just because one thing

Page 125

1
2    can make it through does not mean that
3    talc does.
4    Q.   Okay.  I want to go to your
5    report on page 26, and you say:  The
6    reliance on studies showing migration
7    of --
8    A.   I've got to go back to 6.
9    Q.   Okay.  26 of your report.
10   A.   26, all right.
11   Q.   Middle paragraph:  Reliance on
12   studies showing migration of motile sperm
13   and bacteria is misplaced because the
14   movement of these substances is obviously
15   and starkly different from any purported
16   mobility of talc.
17        Does Dr. Wolf or any of the
18   plaintiff experts say that, state that
19   migration of motile sperm and bacteria is
20   evidence for migration of talc particles?
21   A.   Yes.
22   Q.   Where?
23   A.   Dr. Wolf mentions that sperm is
24   a example.  She goes on to mention about
25   that sperm and -- but she -- yes, so if

32 (Pages 122 - 125)

Page 126

1
2  your question is does she mention that
3  sperm, alive motile sperm being able to
4  ascend is evidence, yes, that is the first
5  statement she makes.
6      Q.   Well, let's read her sentence:
7  Sperm move more quickly through the
8  genital tract than would be predicted from
9  innate motility indicating a transport
10 mechanism.
11      Is that what she says?
12     A.   Yes.
13     Q.   All right.  That's different
14 from saying that because motile sperm can
15 get to the ovaries, talc particles can,
16 isn't it?
17     A.   That is.
18     Q.   Okay.
19          And when she discusses dead
20 sperm, dead sperm don't have a motile
21 flagellae, do they?
22     A.   No.
23     Q.   And talc particle -- sorry,
24 sperm particles like a sperm head without
25 a tail, that doesn't have innate motility,

Page 127

1  does it?
2      A.   No.  In general, any proof that
3  sperm can get to the tubes and ovaries,
4  which we all know it does or we would die
5  out as a people, does not prove that talc
6  does.
7          But if your point is that her
8  argument is based on dead sperm, motile
9  sperm and this and this, you're right.
10 And my report just said motile sperm.
11     Q.   Okay, but --
12     A.   But sperm in general, dead,
13 alive, blind, can see, them being able to
14 ascend is not proof that talc is able to.
15 And I don't take that as support that talc
16 does.
17     Q.   Okay.
18     A.   I think that should be limited
19 to the literature on talc in specific.
20     Q.   But you agree that that's not
21 what Dr. Wolf is stating?
22     A.   No, she's stating that sperm
23 being able to reach, and in particular
24 dead sperm or immobile sperm if you'd like

Page 128

1
2  to even say that, being able to reach is
3  evidence that talc can reach.
4      Q.   Yes.  And she --
5      A.   And I disagree with that.
6      Q.   You can disagree.  That's Dr.
7  Wolf's opinion, and I'm not trying to get
8  you to agree with Dr. Wolf.
9      A.   I just want to clarify.
10     Q.   I just want to make sure what
11 you say in your report is accurate.
12          And does Dr. Wolf mention
13 anything at all about bacteria?
14     A.   I'd have to go back to that.
15     Q.   In the what you just read, is
16 there any mention of bacteria?
17     A.   I don't remember seeing that.
18          Can you remind me of the page
19 number?
20          MS. O'DELL:  14.
21          THE WITNESS:  Thank you.
22          (Witness reads document.)
23     A.   No, I don't see it.
24     Q.   So what we've been trying to do
25 is hone in on your opinions, and let me

Page 129

1
2  know if these are correct.
3          Talc is safe to use on the
4  perineum.
5      A.   Yes.
6      Q.   It does not cause ovarian
7  cancer.
8      A.   Yes.
9      Q.   After your review of the medical
10 literature, to a reasonable degree of
11 medical certainty, you do not think that
12 particles applied to the perineum reach
13 the tubes, ovaries, and peritoneal cavity.
14     A.   I don't believe talc does.
15     Q.   Talc particles, correct.
16          Or asbestos.
17     A.   I don't believe I made a
18 statement on asbestos.
19     Q.   Okay.  Let me ask you about
20 asbestos.
21     A.   I don't remember reading any
22 literature on asbestos transport.
23     Q.   Do you have an opinion about
24 whether asbestos can reach the ovaries?
25     A.   Again, my opinion's all based on

33 (Pages 126 - 129)

Page 130

1    literature I've read. So I don't have an
2    opinion outside of literature.
3        Q.   Have you seen literature that
4    indicates that asbestos fibers can reach
5    ovaries?
6        A.   I haven't.
7        Q.   You haven't looked at articles
8    that have demonstrated talc in tissue of
9    ovaries -- I'm sorry, asbestos in the
10   tissue of ovaries?
11       A.   No, I haven't --
12       Q.   Or lymph nodes?
13       A.   My opinion is based on the
14   literature of talc products, including
15   Johnson & Johnson as we said earlier.
16       Q.   So you would have no opinion as
17   to whether asbestos fibers or particles
18   can reach the ovaries without seeing the
19   literature?
20       A.   No.
21       Q.   Okay.
22            And is it also your opinion that
23   the mechanism of a chronic inflammatory
24   response in the ovaries leading to the
25

Page 131

1    development of cancer is not, to a
2    reasonable degree of medical certainty,
3    possible?
4        MS. DAVIDSON: Objection.
5        A.   I want to clarify --
6        MS. DAVIDSON: Asked and
7    answered and confusing.
8    BY MS. THOMPSON:
9        Q.   Okay. State it in your own
10   words.
11           I'd rather have your opinion in
12   your own words anyway.
13       A.   I don't believe that the theory
14   of chronic inflammation, to the degree
15   that it's been studied, supports the
16   concept that, I'm not convinced, I have
17   not seen any studies showing that chronic
18   inflammation from talc, if it exists, is
19   genotoxic, causes mutations, causes
20   malignant transformation. I don't have
21   that opinion, no.
22       Q.   Is asbestos genotoxic?
23       A.   Actually, I don't know.
24       Q.   And would you put that theory of
25

Page 132

1    chronic inflammation in the same category
2    as migration, that after your review, it's
3    not plausible, to a reasonable degree of
4    medical certainty?
5        A.   I would say it's unproven.
6    It's -- the -- the literature I've looked
7    at has not shown the ability of talc to
8    cause chronic inflammation and that
9    chronic inflammation to cause
10   carcinogenesis.
11       Q.   Does it have to be proven to be
12   plausible?
13       A.   I think you have to have some
14   evidence.
15           No. When you say proven meaning
16   do you have to have a study that showed
17   malignant transformation, that would be --
18   that would be, you know, the best. That
19   would be the strongest evidence. But if
20   you're saying that, you know, talcum
21   powder increases CA-125 levels and this is
22   evidence that it causes cancer or things
23   that I've seen in some of the studies
24   offered as proof, I don't think that's

Page 133

1    plausible. I don't think that that's a --
2    an understanding of what you've shown in
3    that study.
4        Q.   Can you point -- if you'd look
5    at your materials relied upon, can you
6    point me to any article that gives those
7    same opinions that you've given me today?
8    One article.
9        A.   That says what?
10       Q.   That says talc is safe, that
11   talc particles more likely than not do not
12   reach the tubes, ovaries, and peritoneal
13   cavity, and the theory of chronic
14   inflammation is -- there's not enough
15   evidence for you to accept that as a
16   theory.
17       MS. DAVIDSON: Objection.
18       A.   Again, my opinion is based on
19   the totality of the -- you're asking me to
20   cherry-pick. I've spent hours reviewing
21   this totality of the evidence, and you're
22   asking me is there any single paper that
23   says this or says that. That's not what
24   my opinions are based on.
25

34 (Pages 130 - 133)

Page 134

1
2        My opinions are based on the
3  totality. I'm looking at all of these
4  topics. So in migration, there's, you
5  know, there's at least ten studies that
6  I've looked at in animals and humans, and
7  this is what -- what is basing my opinion.
8  And if it was so easy that there was a
9  single study that I could point to and say
10  this is the one study that definitively
11  says this can or cannot happen, it would
12  take a lot less time to prepare for
13  something like this.
14      Q.  I understand. There are a
15  hundred studies.
16      A.  But you keep asking me for a
17  singular thing. Point to a study is just
18  what you just asked me to do.
19      Q.  Let me finish my question.
20      A.  Yes.
21      Q.  There are a hundred studies.
22  I'm asking is there one of them that you
23  read and said, "This states my opinions"?
24      A.  How is that different from what
25  I just said?

Page 135

1
2        I just said that after the
3  totality of looking at this literature,
4  you're asking me to point to the
5  material -- the reliance list and point to
6  a single study that says a certain thing.
7  And then when I say that's impossible, you
8  turn around and ask me to do it again.
9      Q.  Okay. Let me just make sure my
10  question is clear.
11        Is there a study that you could
12  point to out of the hundred that would,
13  whether it's a review article, a study,
14  anything, that would provide the opinions
15  that you've given me this morning? I'm
16  not asking you for only one. If there are
17  15, show me the 15.
18        I'm just asking you out of those
19  hundred, is there a study that you said, I
20  read that and this is just exactly what I
21  believe? And if there's not, that's fine
22  to say, "I don't remember one or" --
23      A.  It's not that I don't remember
24  one. It's that you're asking for a single
25  study that could answer this complex

Page 136

1
2  question, or any of these complex
3  questions. And we don't change practice,
4  we don't change our beliefs on a single
5  study. And if you do that, you're a bad
6  doctor. If you change -- if you read one
7  study and you said, I believe this first
8  and I read one study and now I believe
9  that, you change your opinions too
10  quickly. You need to read the whole body
11  of literature.
12        And so, I cannot point to a
13  single thing on my reliance list and say
14  that is the thing that I relied solely on.
15      Q.  Is there anything on your
16  reliance list -- let's break it down.
17        Is there anything on your
18  reliance list that says talc is safe,
19  affirmative statement "talc is safe"?
20      A.  You know, I -- I feel like we've
21  been down this road before.
22        I don't know how to make it more
23  clear of my feelings about it.
24        If a -- if a paper, even a
25  position paper where they've looked at,

Page 137

1
2  and I know you say Burke doesn't do this,
3  but you're going to check that appendix
4  and you're going to see that they do.
5      Q.  I believe you're going to check
6  the appendix.
7      A.  And you'll see because I just
8  looked at it. And they come to the
9  conclusion that talc is not a risk factor
10  for ovarian cancer. And you say to me
11  does that mean it's safe, and I answered
12  yes, in my interpretation that means it's
13  safe. That's going to be the case at
14  9 a.m.; it's going to be the case at
15  9:30 a.m.; it's going to be the case at
16  10:30 a.m. No matter how many times you
17  ask me, it's the case because it's what I
18  believe. I'm not going to change that
19  answer.
20      Q.  I do not want you to change any
21  answers.
22      A.  Then why do you keep asking me?
23      Q.  I just want you to answer my
24  questions instead of going off on
25  tangents.

35 (Pages 134 - 137)

Page 138

1
2        But let's move on.  Let's go to
3   your report page 8 where you have the
4   pyramid of evidence.
5        And I notice from your footnote
6   that you visited this on May 13, 2024 in
7   preparation of your report, correct?
8   A.   That's correct.
9   Q.   And this pyramid that you
10  included is from the Center For
11  Evidence-Based Management, correct?
12  A.   Yes.
13       MS. DAVIDSON:  Wait, was this
14  pyramid in his original report?
15       MS. THOMPSON:  He updated it.
16       MS. DAVIDSON:  What do you mean
17  by "he updated it"?
18  BY MS. THOMPSON:
19  Q.   And you say --
20       MS. O'DELL:  He put a new one
21  in.
22       MS. DAVIDSON:  It's a different
23  pyramid?
24       THE WITNESS:  No, it's the same.
25       MS. THOMPSON:  But he updated

Page 139

1
2   the footnote on it.  So I'm allowed to
3   ask him about why he did that.
4        MS. DAVIDSON:  Why he changed
5   the footnote?
6   BY MS. THOMPSON:
7   Q.   Doctor --
8        MS. DAVIDSON:  Is that your
9   question, why he changed the footnote?
10       MS. THOMPSON:  I'm asking the
11  questions, Jessica.
12       MS. DAVIDSON:  No, Margaret.
13  I'm sorry, Leigh was really, really
14  very conservative about what could be
15  asked.  And if all that changed was
16  the footnote because the reference was
17  clarified, you cannot ask about this
18  hierarchy of evidence, no.
19       And yes, I am going to tell him
20  not to answer.  If all that was
21  changed was footnote to clarify where
22  this came from.
23       Is that the only change?  Let's
24  look at the redline.
25

Page 140

1
2   BY MS. THOMPSON:
3   Q.   Did you go to the website to --
4        MS. DAVIDSON:  Hold on.  Hold
5   on.  Hold on.
6        MS. THOMPSON:  He accessed the
7   website.
8        MS. DAVIDSON:  So what?  That's
9   absurd.
10       MS. O'DELL:  Hang on.
11       MS. DAVIDSON:  No, no, no.
12  Leigh, you did not let your witnesses
13  answer questions about stuff that was
14  there before.
15       MS. O'DELL:  Just let me --
16       MS. DAVIDSON:  No, let's look
17  and see if this changed.  I'm looking
18  to see if this changed.
19       So this is it?  It's the same
20  thing?
21       What changed?  I'm trying to see
22  what changed.
23       All that changed was the date.
24  BY MS. THOMPSON:
25  Q.   You visited the Center For

Page 141

1
2   Evidence-Based Management on May 13, 2024,
3   correct?
4        MS. DAVIDSON:  Wait a minute.
5   Wait a minute.  Wait a minute.
6        No, no, no, no.  He is not being
7   questioned on this.  Absolutely not.
8        MS. THOMPSON:  You're going to
9   instruct him not to answer what he
10  found on the website that he accessed
11  May 13th, 2024 on the Center For
12  Evidence-Based Management?
13       MS. DAVIDSON:  So, this is a
14  site-checking fix to a footnote
15  because it was updated to make sure
16  this was still on the website.  That
17  is a site-checking fix.
18       MS. O'DELL:  He can testify to
19  that if that's what it was.
20       MS. DAVIDSON:  There is
21  absolutely no basis to be questioning
22  him.
23       MS. O'DELL:  You can't testify.
24       MS. DAVIDSON:  I am not
25  testifying, Leigh, but you were so

36 (Pages 138 - 141)

Page 142

1
2    dogged about, and I can pull up your
3    long paragraphs that said, no, no, no.
4        You're going to let me finish
5    because I let you finish when you went
6    on about this for paragraphs where you
7    said you had ample opportunity in 2019
8    to question Dr. Clarke-Pearson on this
9    topic.
10        And I'm not going to let you
11    question him about it again.  You were
12    so dogged about it.
13        And he is not answering
14    questions about this, period.
15        MS. O'DELL:  Listen, the
16    objections I made were based on
17    previously published articles that
18    were not updated in any way.  And if
19    he's got a new citation in there --
20        MS. DAVIDSON:  It is not a new
21    citation.  It is a site check fix
22    because --
23        MS. O'DELL:  She can ask him if
24    he went to the website in 2024.
25    That's not going back, Jessica.  That

Page 143

1
2    is not the same as what my objection
3    was.
4        And we're entitled to inquire
5    anything that he's done since 2019.
6    That's clearly what the rules are.
7        MS. DAVIDSON:  Okay.
8        So, Dr. Holcomb --
9        MS. O'DELL:  Let's see this,
10    Jessica.  Margaret will confine her
11    questions to what's happened since
12    2019.  Those are the rules, we
13    understand that.  And let's just see
14    if we can move on.
15        MS. DAVIDSON:  Okay.
16    BY MS. THOMPSON:
17    Q.   Did you go to the Center For
18    Evidence-Based Management on May 13th,
19    2024?
20        MS. DAVIDSON:  So, I'm going
21    to -- no, no, no.  I want to make
22    something clear.  And I think I am
23    correct about this.
24        Let's go off the record for a
25    moment.

Page 144

1
2        MS. THOMPSON:  No.
3        MS. DAVIDSON:  No, I'd like to
4    go off the record for a moment.
5        MS. O'DELL:  No, we're still in
6    this query.
7        MS. THOMPSON:  We're in the
8    middle of a question.
9        MS. O'DELL:  Exactly.
10        MS. DAVIDSON:  Go ahead.  I just
11    want to make sure that he gives an
12    accurate response.
13        And I am honestly not sure
14    because Dr. Holcomb wrote his report,
15    but we did have a paralegal site check
16    the footnotes, and I don't know, and I
17    don't know if he knows, whether he put
18    that in there or that was something
19    when I had a paralegal site check the
20    footnotes.  That is the one thing that
21    we did have a paralegal site check the
22    footnotes and I don't want to put him
23    in a position where he doesn't know if
24    that was something the paralegal did.
25        So I am just telling you that.

Page 145

1
2    We had a paralegal when he was done
3    with his report site check the
4    footnotes.  So that's why I want to be
5    very frank about that and clear about
6    that.
7        And so, to me the last visited
8    thing strikes me as a Google thing,
9    and that's why I don't think this is a
10    fair question.
11        So I don't know if you checked
12    that or if we had a paralegal check
13    that that was still there.
14        MS. O'DELL:  He can answer the
15    question.
16        MS. DAVIDSON:  All right.  Go
17    ahead.
18    A.   Actually, I don't remember the
19    exact date, but I do remember looking back
20    at this website.  I just don't remember --
21    Q.   In the preparation of your
22    report?
23    A.   Yeah.
24    Q.   Did you read what was on the
25    website in addition to just looking at the

37 (Pages 142 - 145)

Page 146

1
2  pyramid?
3      A.   I -- I did read -- I -- I read
4  it again, yeah.
5      Q.   Okay.  So I'm going to ask you
6  about what was on that website when you
7  reviewed it in preparation of this report,
8  okay?
9          MS. DAVIDSON:  Was that already
10  on the website in 2019?
11         MS. THOMPSON:  I don't know.  I
12  looked at it currently to see what --
13         MS. DAVIDSON:  Unless it was
14  added to the website, no.  Because if
15  an expert re-read Penninkilampi in
16  preparation of his report, you didn't
17  let me ask new questions.
18         MR. O'DELL:  But this is a 2024
19  website five years after he originally
20  cited it.
21         MS. DAVIDSON:  But that makes no
22  difference.
23         MR. O'DELL:  Excuse me, I'm not
24  finished.
25         That's materially from the

Page 147

1
2  objections I made when you have a
3  publication that was published in 2018
4  and had not changed at all.
5          So it's a living site, I'm
6  assuming, and he looked at it
7  recently.
8          MS. DAVIDSON:  It is the exact
9  same thing.  The fact that it's on a
10  website as opposed to in an article,
11  it is exact same thing.
12  BY MS. THOMPSON:
13      Q.   Do you remember reading --
14         MS. DAVIDSON:  Excuse me.
15         You could have asked about this
16  in 2019 if this was on the website in
17  2019.  Unless this was added to the
18  website since 2019, this is an
19  inappropriate question.
20  BY MS. THOMPSON:
21      Q.   Do you remember reading, when
22  you went back to this website, the
23  statement from the Center For
24  Evidence-Based Management:  In recent
25  decades a great deal of scientific

Page 148

1
2  research has been carried out involving
3  issues relevant to management practice.
4  Topics include downsizing, motivating
5  employees, setting goals, encouraging
6  entrepreneurship, managing mergers, using
7  financial incentives, conducting
8  management training, improving
9  performance, and selecting and evaluating
10  employees.
11         Do you remember seeing that --
12      A.   It sounds familiar.
13      Q.   -- on that website?
14      A.   It sounds familiar.
15         MS. DAVIDSON:  Objection.
16         If you want to show him that.
17         MS. THOMPSON:  He said it sounds
18  familiar.
19  BY MS. THOMPSON:
20      Q.   Would you like to see that just
21  so you can --
22      A.   Is that your only question?
23      Q.   Yeah, I just asked if you
24  remembered seeing that.
25         And when you went to the Center

Page 149

1
2  For Evidence-Based Management, CEBMA, did
3  you also search the Center For
4  Evidence-Based Medicine?
5      A.   No.
6      Q.   Rather than Management.
7      A.   No.
8      Q.   Why did you choose Management
9  instead of the Center For Evidence-Based
10  Medicine which is at Oxford and
11  world-renowned and respected?
12         MS. DAVIDSON:  Objection.
13      A.   I don't recall how I got to this
14  specific website.  I probably was looking
15  for a graphic on the levels of evidence
16  and Google'd "levels of evidence."
17         To be honest, I didn't pick one
18  over the other.  This is the one that came
19  in 2019, that's the one I included.
20      Q.   Did you pick it because it has
21  case studies listed below cohort studies?
22         MS. DAVIDSON:  Objection.
23         Wait a minute.  Wait a minute.
24         No.  This is exactly what I said
25  you can't question about.  This was

38 (Pages 146 - 149)

Page 150

1
2      what was in 2019.  He was asked about
3      that, this hierarchy of evidence.
4      Even Leigh just admitted you can't ask
5      about that.  No.
6          MS. THOMPSON:  I'll withdraw the
7      question.
8          MS. DAVIDSON:  Okay, great.
9  BY MS. THOMPSON:
10     Q.   You're familiar with the U.S.
11 Preventative Services Task Force, correct?
12     A.   I'm familiar with the
13 organization, yes.
14     Q.   Are you familiar with the levels
15 of evidence?
16         MS. DAVIDSON:  This is
17     exhausting.  We did the levels of
18     evidence --
19 BY MS. THOMPSON:
20     Q.   Have you reviewed in the past
21 five years the U.S. Preventative Task
22 Force Levels of Evidence for publications
23 or otherwise?
24     A.   Not that I recall.
25     Q.   Would you know that most

Page 151

1
2  journals consider the Levels of Evidence
3  as furnished by the U.S. Preventative Task
4  Force in evaluating the quality of
5  studies?
6          MS. DAVIDSON:  So I'm going to
7      object to any questions about the
8      Levels of Evidence that could have
9      been asked in 2019, which is exactly
10     what plaintiffs did when I was
11     deposing plaintiff's experts.
12         And I don't mean to be a pain in
13     the neck, but this is exactly what was
14     done to me and every single question
15     was objected to, and I found it very
16     difficult to conduct the depositions,
17     but the rules of the road have to be
18     the same for the goose and the gander.
19 BY MS. THOMPSON:
20     Q.   Have you seen the Levels of
21 Evidence from the United States
22 Preventative Services Task Force in
23 literature relating to talc in the last
24 five years?
25         THE WITNESS:  Can I answer?

Page 152

1
2          MS. DAVIDSON:  Anything in the
3      last five years you can answer.
4      A.   No.
5      Q.   So that was not something you
6  used in considering evidence provided in
7  the studies that you reviewed on talc in
8  the last five years?
9      A.   If I haven't reviewed it, I
10 didn't use it, no.
11     Q.   Well, you may have known about
12 it.
13         MS. DAVIDSON:  Objection.
14 BY MS. THOMPSON:
15     Q.   Did you --
16     A.   I did not see --
17     Q.   Do you know what the Levels of
18 Evidence are by the U.S. Preventative
19 Services Task Force so that you could
20 apply them to the literature in the last
21 five years on talc?
22         MS. DAVIDSON:  Objection.
23     A.   I -- there are multiple
24 different versions of this levels of
25 evidence, and I'm waiting to get into

Page 153

1
2  whatever you're heading to.
3          So, there's U.S. Preventative
4  Task Force has one.  Clearly there's a
5  Center For Evidence-Based Medicine has
6  one.  Evidence-Based Management has one.
7  They all -- but in general, they list
8  evidence based on their risk of bias.
9          And so, I'm assuming you're
10 heading somewhere, and we can get to the
11 exact questions you would like to get to.
12         MS. THOMPSON:  Let's mark this
13     as Exhibit 10.
14         (Holcomb Exhibit 10, Level of
15     Evidence Provided By U.S. Preventative
16     Services Task Force, was marked for
17     identification, as of this date.)
18 BY MS. THOMPSON:
19     Q.   Is this the Levels of Evidence
20 used by ACOG when they do their clinical
21 practice guidelines?
22         MS. DAVIDSON:  So, I'm going to
23     object to this exhibit because -- oh,
24     I see.  You've got a cite here.
25     A.   Your question was?

39 (Pages 150 - 153)

Page 154

1
2      MS. DAVIDSON:  Wait a minute.
3      So is this Exhibit 10?
4      And this taken from an article,
5  or what's it from?
6      MS. THOMPSON:  I can give you
7  the article too.
8      MS. DAVIDSON:  'Cause it's just,
9  like, you can't see what this is.
10      MS. THOMPSON:  Well, I'm happy
11  to give the article.
12  BY MS. THOMPSON:
13  Q.   But my question was is that the
14  Levels of Evidence chart that's used by
15  ACOG and SGO in their clinical guideline
16  reviews?
17      MS. DAVIDSON:  Hold on,
18  Margaret.
19      Are we marking as Exhibit 11 the
20  "Current Methods of the U.S.
21  Preventative Services Task Force" by
22  Russell Harris?
23      MS. THOMPSON:  Yes.
24      MS. DAVIDSON:  Okay.  We're not
25  getting a clear record here.

Page 155

1
2      So that's going to be
3  Exhibit 11.
4      (Holcomb Exhibit 11, Harris
5  article - 2001, was marked for
6  identification, as of this date.)
7      MS. DAVIDSON:  Do you need a
8  minute to look at both of these?
9  A.   Your question is -- what was
10  your question?
11  Q.   Is this the Level of Evidence
12  chart that's used by SGO and ACOG, and
13  many journals for that matter, when
14  evaluating evidence?
15  A.   I wouldn't know.  I don't know
16  if they use this one specifically.
17      This is my first time seeing
18  this paper.
19  Q.   So as chairman of GYN
20  oncology --
21  A.   I'm not chairman of GYN
22  oncology.
23  Q.   You were in the past, correct?
24  A.   There is no chairman of GYN
25  oncology.

Page 156

1
2  Q.   What do you call your head of
3  GYN oncology?
4  A.   Why don't we just move on to the
5  question?
6  Q.   Well, I want to say it
7  correctly.
8  A.   I was the director of a division
9  of GYN oncology.
10  Q.   I'll correct that to division
11  director of GYN oncology involved with
12  fellowship training.
13      You stated in your report that
14  you were very involved in the research
15  coming out of your department, correct?
16  A.   Yes.
17  Q.   But you've never seen this
18  before?
19  A.   I wouldn't say I've never seen
20  it before.
21      I don't know if I've -- this is
22  not part of my reliance.  So, you know,
23  you're asking me have I ever seen this.
24  Quite possibly.  This is what SGO uses.  I
25  read GYN Oncology which is the journal of

Page 157

1
2  SGO, it's probably been mentioned there.
3  But, you know, this is not what I reviewed
4  for this purpose.
5      MS. DAVIDSON:  I don't
6  understand something.  I asked you,
7  Margaret, where this comes from and
8  you said it comes from this, but this
9  has a cite that says Berge and this
10  has a cite that says Harris, and I
11  don't understand what the two have
12  anything to do with each other.
13  This -- this graphic is not in this
14  article.
15      This article has a discussion of
16  criteria for grading case-control
17  studies on page 27, but it doesn't
18  have this (indicating).
19      So I don't know what you're
20  talking about.
21      MS. THOMPSON:  It's on page 26,
22  Hierarchy of Research Design,
23  published by the U.S. Preventative
24  Services Task Force.
25      MS. DAVIDSON:  So why do you

Page 158

1
2  have this cite on this page? That's
3  not the cite from there.
4      MS. THOMPSON: Because that came
5  from the U.S. Preventative Services
6  Task Force directly.
7      MS. DAVIDSON: I'm sorry, so
8  what's Berge Allan?
9      MS. O'DELL: Listen, I think
10 that she's finished with the inquiry.
11 Let's move on.
12     MS. DAVIDSON: Wait a minute.
13 We have an incorrect record.
14     MS. O'DELL: No, we don't. You
15 can follow up if you think the record
16 is unclear.
17     MS. THOMPSON: You said I'm not
18 accurate.
19     MS. DAVIDSON: Well, something's
20 strange here.
21     MS. THOMPSON: You can ask about
22 it if you want to clarify.
23     MS. DAVIDSON: Well, I need to
24 object to the exhibit because it's --
25 this exhibit says that this comes from

Page 159

1
2  a paper called Berge and this paper's
3  called Harris.
4      MS. THOMPSON: Okay.
5  BY MS. THOMPSON:
6      Q.  I've given you two documents.
7  One is a chart of the U.S. Preventative
8  Services Task Force Levels of Evidence,
9  and I've also given you an article from
10 the United States Preventative Services
11 Task Force that gives much more detail on
12 the levels of evidence and how they
13 establish them and how they use them to
14 evaluate studies.
15     You can use either chart or
16 both, but I think you said you're not
17 really familiar with that Level of
18 Evidence chart, correct?
19     MS. DAVIDSON: Objection;
20 misstates his testimony.
21 BY MS. THOMPSON:
22     Q.  Have I misstated your testimony,
23 Dr. Holcomb?
24     A.  I said I have not reviewed this.
25     Q.  Okay, thank you.

Page 160

1
2      Is it your opinion that studies
3  that may show a positive association but
4  are not statistically significant are
5  negative studies?
6      A.  Yes.
7      Q.  Are you an epidemiologist, Dr.
8  Holcomb?
9      A.  No.
10     Q.  Do you know that that opinion is
11 contrary to what is accepted in the field
12 of epidemiology?
13     MS. DAVIDSON: Objection.
14     A.  This sounds very familiar to the
15 2019, but I went down this line of
16 questioning then. And since 2019 'til
17 now, I've yet to see a journal who would
18 accept a paper with no statistical
19 analysis, where you did not set a priority
20 what you consider statistical
21 significance.
22     So I remember in 2019 being told
23 that that whole concept was going to go
24 away, that there were all these experts
25 who disagreed with this concept of

Page 161

1
2  statistical significance, and I just want
3  to let you know in 2024, that concept is
4  alive, it's well, it's in every journal.
5      Q.  I don't think I asked you a
6  question that --
7      MS. DAVIDSON: Dr. Holcomb,
8  thank you for reminding me, but he's
9  making a very good point, which is
10 you're asking him the same questions
11 in 2019, which is exactly what Leigh
12 did not let me do with plaintiff's
13 experts, and I know it's probably so
14 super annoying to have an objection to
15 every question. Welcome to my life
16 because that's what happened to me.
17 BY MS. THOMPSON:
18     Q.  Doctor --
19     MS. DAVIDSON: I'm sorry, I'm
20 still talking.
21     MS. THOMPSON: I know you are.
22 You may continue.
23     MS. DAVIDSON: Thank you. Thank
24 you for the permission.
25     So please, you can't ask him

41 (Pages 158 - 161)

Page 162

1
2    questions like that.  The way I had to
3    do it in the depositions was I had to
4    make sure that every single question
5    was limited to the last five years,
6    was about the last five years, or was
7    about specific revisions to the
8    expert's reports, and I did that.
9    I listened to Leigh's objections and I
10   tailored my depositions to those
11   limitations.
12   BY MS. THOMPSON:
13   Q.   Dr. Holcomb, you reviewed new
14   literature from 2019 that you included in
15   your 2024 report, correct?
16   A.   Correct.
17   Q.   Is it still your opinion that
18   any study that showed an association but
19   was not statistically significant,
20   according to a confidence interval or
21   p-value, is it still your opinion that
22   that would be considered a negative study
23   by yourself?
24   A.   That's still my opinion, yes.
25   Q.   Thank you.

Page 163

1
2        Is it your opinion that FDA has
3    concluded in the last five years that talc
4    is safe?
5        MS. DAVIDSON:  Objection.
6    A.   I'm going to go back to the FDA
7    statement because my memory is that the
8    FDA basically says the same thing that SGO
9    and all the others say.  They're saying
10   basically there's not enough evidence to
11   consider it a risk factor or a cause of
12   ovarian cancer.  And we've been around
13   this multiple times whether that is a
14   statement of safety, and I've already said
15   I consider that a statement of safety.
16       So yes, I would say that is my
17   opinion that FDA considers talc safe.
18   Q.   Okay.  And that is true in 2024,
19   correct?
20   A.   It's true in 2024 because I can
21   go to a store and buy talc.  And so if the
22   FDA felt that this was an unsafe product,
23   there would be a move against being able
24   to obtain that product.  If there was
25   proven evidence, and I can think of a

Page 164

1
2    number of things that have been pulled off
3    the market because of evidence that it
4    wasn't safe.
5    Q.   You can buy Johnson's Baby
6    Powder with talc at the store?
7    A.   Not because FDA pulled it off.
8    Q.   FDA pulled Johnson's Baby Powder
9    off the shelves?
10       MS. DAVIDSON:  Objection.
11   That's not what he said.
12   A.   I said not because.  You're
13   asking me what --
14   Q.   If I misunderstood you, I just
15   need clarification.
16   A.   No problem.
17   Q.   So I'm confused now.
18       You said you can buy talcum
19   powder off the shelf.
20   A.   I'm saying the FDA has never
21   made a move to remove talcum powder from
22   the shelves because it was deemed not to
23   be safe.
24   Q.   Does FDA regulate cosmetics?
25   A.   I already stated that's outside

Page 165

1
2    of my --
3    Q.   So you don't know whether FDA
4    could remove baby powder from shelves?
5        MS. DAVIDSON:  Objection.
6    A.   No.
7    Q.   Do you know that FDA found
8    asbestos in Johnson's Baby Powder in 2019?
9        MS. DAVIDSON:  Objection.
10   A.   No.
11   Q.   Is it your belief that FDA did
12   not find asbestos in Johnson's Baby Powder
13   in 2019?
14       MS. DAVIDSON:  Objection.
15   A.   It's my belief that it doesn't
16   matter.  My -- going back to the beginning
17   of my summary statements and opinions,
18   whatever is in that bottle that people are
19   using that has led to the literature over
20   the last four decades, you can argue
21   whether it's asbestos laden, whether it's
22   not, it's -- it's -- I'm just saying that
23   whatever's in that bottle I don't believe
24   causes cancer.  And no, I don't -- so
25   this -- this -- I'll let you continue your

42 (Pages 162 - 165)

Page 166

1  line of questioning.
2      Q.   And so it does not matter
3  whether there's asbestos in the product or
4  not in forming your opinions?
5      A.   No.
6      Q.   Do you know that there was a
7  recall on baby powder, because FDA found
8  asbestos in Johnson's Baby Powder?
9          MS. DAVIDSON:  Objection.
10     A.   I was not aware of that.
11         MS. THOMPSON:  Are we up to
12  Exhibit 12?
13     (Holcomb Exhibit 12, FDA news
14     release "Baby powder manufacturer
15     voluntarily recalls products for
16     asbestos" - October 18, 2019, was
17     marked for identification, as of this
18     date.)
19  BY MS. THOMPSON:
20     Q.   So, Dr. Holcomb, you've been
21  working on this litigation for several
22  years, correct?
23     A.   Mm-hm.
24     Q.   But you were not aware that FDA

Page 167

1  found asbestos in Johnson's Baby Powder
2  and Johnson recalled those lots?
3      A.   No, I was not aware.
4          MS. DAVIDSON:  Objection.  You
5      misstate the evidence.  It's one lot.
6      You said lots, plural.  This
7      says lot, singular.
8  BY MS. THOMPSON:
9      Q.   In that lot in which FDA found
10  asbestos, you were not aware of that?
11     A.   No.
12     Q.   The lawyers representing Johnson
13  & Johnson did not tell you that
14  information?
15         MS. DAVIDSON:  Objection.  My
16     conversations with Dr. Holcomb are
17     privileged.
18  BY MS. THOMPSON:
19     Q.   Okay.  You don't have to answer
20  that.
21         Did you do any research yourself
22  to see whether FDA had tested any baby
23  powder for asbestos after you started
24  working on this litigation?

Page 168

1          MS. DAVIDSON:  Objection.
2      A.   Again, I was asked to review the
3  literature to come up with an opinion of
4  whether talc products, including Johnson &
5  Johnson products, increase the risk of
6  ovarian cancer.
7          So no, my opinions are based on,
8  again, the 40 years of epidemiologic
9  literature on that topic.
10     Q.   Assuming with me that baby
11  powder can contain asbestos, does that
12  change your opinions as to the
13  plausibility of mechanism --
14     A.   Not really.
15     Q.   -- if it reaches the ovaries?
16     A.   No.
17     Q.   Why not?
18         MS. DAVIDSON:  Objection.
19     A.   Because while I -- I know that
20  some may consider heavy occupational
21  exposure to asbestos a risk factor for
22  ovarian cancer, and IARC definitely does,
23  although, you know, there's real questions
24  about the ability to distinguish

Page 169

1  mesothelioma from ovarian cancer at that
2  time, I don't know of any evidence, and I
3  did review that literature based on
4  whether or not environmental exposure to
5  asbestos has increased the risk of ovarian
6  cancer.
7          So, you know, I -- I'm not
8  surprised that Johnson & Johnson would
9  pull a lot that has found to have asbestos
10  if they believe that to be true, but that
11  doesn't inform my opinion as far as its
12  risk of causing ovarian cancer because
13  that opinion is based on, again, the body
14  of literature of epidemiologic studies
15  spanning decades.
16     Q.   Okay.  My question was does
17  influence your opinion as to the possible
18  mechanism if there is asbestos in baby
19  powder for causing cancer?
20         MS. DAVIDSON:  Objection; asked
21     and answered.
22  BY MS. THOMPSON:
23     Q.   The mechanism.
24     A.   No.

43 (Pages 166 - 169)

Page 170

1
2      MS. DAVIDSON:  Objection.
3      Sorry, I can't tell when the
4   question ends.
5      THE WITNESS:  Sorry.
6      MS. DAVIDSON:  I'm objecting
7   asked and answered.  I don't know if
8   the question was done, but you
9   answered, so maybe the question was
10   done.
11 BY MS. THOMPSON:
12   Q.   Have you seen the interagency
13 working group white paper on asbestos
14 testing?
15   A.   No, I don't believe so.
16   Q.   Published in 2020?
17      MS. THOMPSON:  We'll mark this
18   Exhibit 13.
19      (Holcomb Exhibit 13, Executive
20   Summary Preliminary Recommendations on
21   Testing Methods For Asbestos in Talc
22   and Consumer Products Containing
23   Talc - January 6, 2020, was marked for
24   identification, as of this date.)
25

Page 171

1
2 BY MS. THOMPSON:
3   Q.   Have you seen this?  This is the
4 executive summary of a much longer white
5 paper.
6      MS. DAVIDSON:  I'm going to
7   object to any questioning on this
8   topic.  Dr. Holcomb is not an expert
9   in asbestos testing.  This is totally
10   outside of scope of his opinions.
11      MS. THOMPSON:  I don't intend to
12   ask him about the testing.  I intend
13   to ask him about the health hazards.
14 BY MS. THOMPSON:
15   Q.   Are you an expert in health
16 hazards from environmental substances?
17      MS. DAVIDSON:  Objection.
18   A.   No.
19      MS. DAVIDSON:  I don't even know
20   what that means.
21 BY MS. THOMPSON:
22   Q.   You don't have yourself a --
23   A.   In general?  With regard to GYN
24 oncology, yes.
25   Q.   Okay.

Page 172

1
2   A.   But your question was very
3 broad, and I don't consider myself an
4 expert overall.
5   Q.   Is it your intention to not
6 testify as to whether asbestos can cause
7 ovarian cancer?
8   A.   It would be -- if asked at a
9 trial does asbestos cause ovarian cancer,
10 I would say there's been evidence that
11 heavy occupational exposure.  So if I had
12 a patient who told me she was making gas
13 masks made of asbestos, if I had a patient
14 tell me she was working in an asbestos
15 cement factory, I would tell them to stop
16 working in those places.
17   Q.   Is there evidence of
18 environmental, community, or perineal talc
19 exposure with asbestos causing ovarian
20 cancer?
21   A.   I don't know -- I've already
22 shared my general opinion that talc
23 doesn't cause ovarian cancer.
24   Q.   Okay.
25   A.   So I would -- I would say no.

Page 173

1
2      If you're saying there's
3 asbestos in talc, then I would say that
4 "Apparently that's not enough to cause
5 ovarian cancer because the body of
6 literature doesn't support that that
7 causes ovarian cancer.
8   Q.   You're familiar with IARC 2012?
9   A.   Yes.
10   Q.   You reviewed it?
11   A.   Yes.
12   Q.   Did you review it again for this
13 deposition?
14   A.   No.
15   Q.   Is it your opinion --
16      MS. DAVIDSON:  Wait a minute.
17   Wait a minute.  He was questioned
18   about IARC 2012 a hundred times.
19      MS. THOMPSON:  Well, he just
20   gave an inaccurate opinion about what
21   it says.  I can't ask him --
22      MS. DAVIDSON:  You cannot ask
23   him about IARC 2012.
24      No, you cannot.
25

44 (Pages 170 - 173)

Page 174

1
2  BY MS. THOMPSON:
3      Q.   Okay.  Is it your opinion --
4          MS. DAVIDSON:  I just said no,
5  you cannot ask him about that.
6          MS. THOMPSON:  You didn't even
7  hear my question, Jessica?
8          MS. DAVIDSON:  It doesn't
9  matter, if it's about IARC 2012, it's
10  out.
11          MS. THOMPSON:  How do you know
12  it's about IARC 2012?
13          MS. DAVIDSON:  It's not?  Great.
14  BY MS. THOMPSON:
15      Q.   Is it your opinion that all the
16  literature, including multiple studies
17  since 2019, only address heavy
18  occupational exposure of asbestos as
19  causative of ovarian cancer?
20      A.   Can you repeat the question?
21      Q.   Is it your opinion that studies
22  published since 2019 on the topic of
23  asbestos and ovarian cancer only address
24  heavy occupational exposure?
25          MS. DAVIDSON:  Objection.

Page 175

1
2      A.   I didn't review the literature
3  on asbestos.
4      Q.   You did not review any
5  literature since 2019 on asbestos and
6  ovarian cancer?
7      A.   No.
8      Q.   You did review Slomovich paper,
9  right?
10      A.   Yes.
11      Q.   Why did you pick Slomovich
12  specifically?
13      A.   To be honest, it's largely
14  because I came across the paper because
15  I -- I know him personally.  I used to
16  work with him.  So I found it interesting
17  that he was writing on this topic.
18      Q.   But that didn't prompt you to
19  look and see if there's other literature
20  on the same topic other than Dr.
21  Slomovich?
22      A.   Again I put in lots of hours
23  preparing for this deposition to give my
24  opinion about talc, cosmetic talc, just
25  like it says to stipulate that.  And so

Page 176

1
2  no, I did not spend a lot of time studying
3  asbestos.  I figured whatever's in that
4  bottle that people are using, that's what
5  I'm studying.  And there's been studies
6  since my last deposition on that topic of
7  talc, and that's what I focused on.
8      Q.   Okay.  I am going to ask you if
9  you looked at these other papers.  I know
10  you said you didn't look at anything, but
11  you did look at Slomovich, so I'm --
12          MS. DAVIDSON:  Is Slomovitz on
13  his reliance list?
14          MS. THOMPSON:  Yes.  It's in his
15  report.
16          MS. DAVIDSON:  Are these other
17  papers on his reliance list?
18          MS. THOMPSON:  They're not, but
19  I'm going to see if he reviewed the
20  other papers on asbestos.
21          MS. DAVIDSON:  That aren't on
22  his reliance list?
23          MS. THOMPSON:  No, because they
24  don't say what he wants them to say,
25  but they're still fair game.

Page 177

1
2          MS. DAVIDSON:  Okay.
3          Is this a good time for a break?
4  We've been going like an
5  hour-and-a-half, I think.
6          MS. THOMPSON:  That's fine.
7          (Recess taken.)
8  BY MS. THOMPSON:
9      Q.   Dr. Holcomb, before the break,
10  we were talking about FDA and statements
11  they've made about talc.  We're going to
12  go back to that, if that's okay with you.
13          If you'll return, well, we're
14  going to regardless.  If you'll turn to
15  page 9 of your report.  You added the last
16  part of the second paragraph on that page
17  that:  The FDA had performed a non-biased
18  review of the epidemiology with the
19  conclusions.
20          Is this the --
21          MS. THOMPSON:  Let's mark this
22  as Exhibit 14.
23          (Holcomb Exhibit 14, FDA
24  document "Talc" - April 5, 2024, was
25  marked for identification, as of this

45 (Pages 174 - 177)

Page 178

1
2      date.)
3   BY MS. THOMPSON:
4      Q.   Is this the document that you're
5   referring to?
6           That's what I came up with --
7      A.   I reviewed it online, so I'm
8   just trying to make sure it's the same
9   thing.  It looks like a little different.
10     Q.   -- when I went to your site.
11          MS. DAVIDSON:  What did you ask?
12          MS. THOMPSON:  Is this the
13     document that's citing on page 9 of
14     his report in footnote 37 updated
15     April 5th, 2024, FDA talc.
16          MS. DAVIDSON:  Footnote 57?
17          MS. THOMPSON:  37.
18     A.   I'm not sure because I don't see
19   the statement that I mention that I had a
20   quotation.
21     Q.   I believe it's in there.
22          That's not what I'm going to ask
23   you about.
24     A.   That's the only reason why I'm
25   questioning if it's the same.

Page 179

1
2      Q.   It's on the second page.
3      A.   On the second page, let me see.
4      Q.   But when you say that, I'm just
5   asking you if this was the document that
6   you obtained online from FDA titled "Talc"
7   updated April 5th, 2024.
8      A.   Yes, I believe so.
9      Q.   Did you review this whole
10  document?
11     A.   Yes.
12     Q.   And this is the document that
13  led you to believe that FDA had concluded
14  that talc is safe, correct?
15          MS. DAVIDSON:  Objection.
16     A.   I quoted what I thought FDA was
17  saying.
18     Q.   Okay.
19     A.   I pulled it directly from them.
20     Q.   All right.
21          Did you look at anything else
22  from FDA?
23     A.   Unless I quoted FDA again, I
24  don't believe so.
25     Q.   Okay.

Page 180

1
2           So we know that you did not look
3   at the 2019 testing finding asbestos and
4   the recall, correct?
5      A.   Right.
6      Q.   And we've previously marked the
7   Executive Summary from the working group,
8   if that's Exhibit 13, if you could pull
9   that up.
10     A.   Sure.
11     Q.   And you have not seen this,
12  correct?
13     A.   No.
14     Q.   This is a document from FDA who
15  performed a working group on asbestos in
16  consumer products with representatives
17  from eight federal agencies.
18          You see that?
19     A.   Yes.
20     Q.   And if you look at footnote 2,
21  the eight federal agencies are listed.
22          What are those?
23     A.   The FDA, the NIOSH, the NIH, the
24  NIEHS, OSHA.  Want me to read them all?
25     Q.   Yeah, go ahead and read them

Page 181

1
2   all.
3      A.   EPA, CPSC, NIST, USGS.
4      Q.   And the IWGACP, in the first
5   paragraph was formed in response to
6   reports that the presence of asbestos in
7   talc-containing cosmetic products with
8   talc being the presumptive source of
9   asbestos.
10          Did I read that correctly, that
11  that's the reason IWGACP was formed?
12     A.   Give me one second 'cause I
13  haven't seen this before.
14          (Witness reads document.)
15          Yes.
16     Q.   And it further goes on to state
17  in the introductory paragraph that since
18  2017, there have been several voluntary
19  recalls of cosmetic products by retailers
20  in the U.S. and globally, Canada,
21  Netherlands, Taiwan, due to the presence
22  of asbestos.
23          That's what this document
24  states, correct?
25     A.   Correct.

46 (Pages 178 - 181)

Page 182

1
2    Q.   And also the U.S., we learned,
3  recalled -- had a recall of Johnson's Baby
4  Powder in 2019 because of asbestos
5  finding, correct?
6    A.   The U.S., you mean Johnson &
7  Johnson pulled because of that lot, that's
8  what you mean by the U.S.?
9    Q.   Yes.
10    A.   Yes.
11    Q.   In the United States there was a
12  recall by Johnson & Johnson of a -- of
13  their baby powder that was found to
14  contain asbestos.
15    A.   I assume that lot was in the
16  U.S. I don't -- I don't -- I don't know.
17    Q.   And it goes on to say that raw
18  material, in the connected paragraph, raw
19  material talc is obtained from mines that
20  may also contain asbestos and related
21  minerals.
22       Do you have any understanding of
23  the raw material talc also containing
24  asbestos and related materials?
25    A.   I'm not really a -- an expert on

Page 183

1
2  mining.
3    Q.   Okay.  And the removal of -- it
4  states:  The removal of asbestos by
5  purification of talc ores is extremely
6  difficult.
7       And would you say the same thing
8  about that statement?
9       MS. DAVIDSON:  Again I'm going
10  to object.
11       I don't know why you're
12  questioning him about this.  He's a
13  GYN oncologist.  I just think you're
14  so far afield from his areas of
15  expertise or his opinions.  I mean, if
16  you want to keep asking him questions
17  that he keep objecting to and he keeps
18  telling you are outside his area of
19  expertise and that's how you want to
20  use your seven hours, I mean, I guess
21  go ahead, but I'm going to object over
22  and over that you're just not asking
23  questions that are anywhere within the
24  scope of his opinions or his
25  expertise.

Page 184

1
2       MS. THOMPSON:  Well, if you
3  would please just object to form, it
4  will go much faster.  And it is my
5  deposition.
6       MS. DAVIDSON:  Your
7  co-counsel --
8  BY MS. THOMPSON:
9    Q.   In the third --
10       MS. DAVIDSON:  I'm sorry, I'm
11  responding to that.
12       Your co-counsel didn't object to
13  form.
14  BY MS. THOMPSON:
15    Q.   In the third paragraph it
16  states:  The health hazards associated
17  with asbestos are well-documented.
18       Do you agree with that?
19       MS. DAVIDSON:  Again I have
20  said --
21       MS. THOMPSON:  Object to form.
22       MS. DAVIDSON:  -- this is
23  outside the scope --
24       MS. THOMPSON:  Health hazards of
25  asbestos are outside his areas --

Page 185

1
2  that's fine.  If you want to say the
3  health effects of asbestos are outside
4  of your --
5       MS. DAVIDSON:  He --
6       MS. THOMPSON:  Let me finish,
7  Jessica.
8       MS. DAVIDSON:  No, because you
9  didn't let me finish my objection.  I
10  don't think it counts as me
11  interrupting you when I'm interrupting
12  your interruption of me.
13       He has offered an expert opinion
14  about talc and allegations that talc
15  can cause ovarian cancer with Ms.
16  Gallardo.
17       Dr. Holcomb is a GYN oncologist.
18  He has tremendous expertise on GYN
19  oncology.
20       You are asking him questions
21  that are outside his area of expertise
22  on a document you haven't even given
23  him a chance to read.  So yes, I am
24  going to object.
25  BY MS. THOMPSON:

47 (Pages 182 - 185)

Page 186

1
2      Q.   Dr. Holcomb, is the statement:
3  The health hazards associated with
4  asbestos are well-documented, is that out
5  of your area of expertise?
6      A.   Yeah, I would have to say it is
7  because -- yeah, it is.
8      Q.   Okay.
9          The second sentence in that:
10 There is general agreement among U.S.
11 federal agencies, most developed nations,
12 and the World Health Organization that
13 there is no safe level of asbestos
14 exposure.
15         Do you agree with that
16 statement?
17         MS. DAVIDSON:  Again, you
18 have -- there are asbestos --
19         MS. O'DELL:  Object to the form.
20         MS. DAVIDSON:  Leigh, you never
21 did that.  Not one time.
22         MS. THOMPSON:  Yes, she did.  I
23 was there.
24         MS. DAVIDSON:  You were not
25 there.  You were not at a single

Page 187

1
2  deposition I took.
3         MS. THOMPSON:  I have been.
4         MS. DAVIDSON:  You were not at a
5  single deposition I have taken in the
6  last year.
7         MS. THOMPSON:  I was at CP.
8         MS. O'DELL:  That's not
9  relevant.
10         Let's please move on.
11         MS. DAVIDSON:  No, excuse me.
12         MS. O'DELL:  It's not relevant.
13 State your objection.
14         MS. DAVIDSON:  You have asbestos
15 experts in this litigation.  He is not
16 designated as an expert on asbestos,
17 and this is outside the scope of his
18 opinions.
19         Also as Leigh would have said,
20 you could have asked him about
21 asbestos in 2019 and probably did.
22         MS. THOMPSON:  I'm asking him
23 about the executive summary of the
24 inter-agency working group on consumer
25 products dated January 6, 2020.

Page 188

1
2  BY MS. THOMPSON:
3      Q.   Dr. Holcomb, do you want me to
4  read that statement again?
5      A.   Sure.
6      Q.   There is general agreement among
7  U.S. federal agencies, most developed
8  nations, and the World Health
9  Organization, that there is no safe level
10 of asbestos exposure.
11         Do you agree with that
12 statement?
13     A.   I don't really have an opinion.
14 It's outside my expertise.
15     Q.   That's a perfectly appropriate
16 answer.
17     A.   I think --
18     Q.   And if you look further into the
19 executive summary of the white paper, it
20 does go into testing methodology,
21 definitions of asbestos, reportable
22 measurements.
23         Would you say that you are not
24 an expert in any of those areas?
25     A.   I would.

Page 189

1
2      Q.   Did you understand my question?
3      A.   I did.
4      Q.   We talked about the Slomovich
5  paper that you read because you know Dr.
6  Slomovitch and it was of interest, I
7  believe you said.
8      A.   Slomovitz, just, it's T-Z.
9      Q.   Thank you, Slomovitz.
10     A.   Yeah.
11     Q.   If there were other papers on
12 the topic of asbestos and ovarian cancer
13 published since 2019 that are not on your
14 reliance list, may I assume that you did
15 not review those papers?
16     A.   You can assume that.
17     Q.   Did you understand my question?
18     A.   I did.
19     Q.   And are you aware that the
20 authors of the Slomovitz paper are
21 consultants for Johnson & Johnson?
22     A.   No.
23     Q.   Would it surprise you?
24     A.   No.
25         MS. THOMPSON:  Let's go ahead

48 (Pages 186 - 189)

Page 190

1
2    and mark the Slomovitz paper
3    Exhibit 15.
4        (Holcomb Exhibit 15, Slomovitz
5    article - 2020, was marked for
6    identification, as of this date.)
7    BY MS. THOMPSON:
8    Q.    In the first sentence of the
9    Slomovitz paper says: Asbestos recently
10   returned to the spotlight when Johnson &
11   Johnson halted sales of baby powder due to
12   lawsuits claiming that the talc in baby
13   powder may have been contaminated with
14   asbestos which has been linked to the risk
15   of ovarian cancer development.
16       Would you agree that that
17   opening statement would lead you to
18   believe that the paper was written in
19   response to the litigation with talcum
20   powder?
21   A.    I would assume that that was
22   part of the motivation for writing this,
23   that it was in public discourse because of
24   that, yes.
25   Q.    Sure.

Page 191

1
2        Does this paper, in your
3    opinion, conclude that talc-containing
4    asbestos is safe?
5        MS. DAVIDSON: Objection.
6    A.    I don't think that's what the
7    study was about. No, there's no way that
8    this study could conclude that.
9    Q.    So you're not saying that this
10   would -- this paper would support your
11   opinions that talc are safe?
12       MS. DAVIDSON: Objection.
13   That's a different --
14   A.    This --
15       MS. DAVIDSON: Mischaracterizes
16   his testimony.
17   BY MS. THOMPSON:
18   Q.    I'm trying to understand your
19   testimony, Dr. Holcomb. I don't want to
20   misstate.
21   A.    This study could not refute more
22   support my feeling about talc.
23   Q.    Okay. So it does not refute,
24   and it does not support, either one.
25   Okay.

Page 192

1
2        You refer frequently to the NCI
3    PDQ, correct?
4    A.    Yes.
5    Q.    And the PDQ was updated in March
6    of 2024, correct? I think it's the
7    version that you referred to in your
8    report. So hopefully --
9    A.    Yes.
10   Q.    -- we won't have any objections
11   to using that updated PDQ.
12       MS. THOMPSON: We'll mark the
13   updated PDQ dated March 3, 2024
14   Exhibit 16.
15       (Holcomb Exhibit 16, NIH PDQ,
16   was marked for identification, as of
17   this date.)
18       MS. THOMPSON: And we're going
19   to talk about the PDQ and the
20   literature cited in the PDQ, but I'd
21   also like to mark Forrest plots that
22   have been updated and validated at
23   trial for easy reference.
24       This Forrest plot is the
25   Meta-Analysis and Pooled Analysis as

Page 193

1
2    Exhibit 17.
3        (Holcomb Exhibit 17, Figure 1:
4    Meta-Analyses and Pooled Analyses, was
5    marked for identification, as of this
6    date.)
7        MS. THOMPSON: And this one is
8    the Case-Control as Exhibit 18.
9        (Holcomb Exhibit 18, Figure 2:
10   Case-Control and Cohort Studies, was
11   marked for identification, as of this
12   date.)
13       MS. DAVIDSON: Did you identify
14   the sources for these?
15       MS. THOMPSON: The Forrest plots
16   have been used by both plaintiffs and
17   defendants in trial.
18       MS. DAVIDSON: I understand. I
19   just want for the record for Figure 1
20   and Figure 2 -- this is just a bigger
21   version, for those of us with bad
22   eyes. Thank you for that. I
23   appreciate that. Although they have
24   different page numbers, weirdly.
25       They seem to be identical, but

49 (Pages 190 - 193)

Page 194

1
2    can you just identify what papers they
3    come from?
4        MS. THOMPSON: The Forrest plots
5    are in all of our experts' reports,
6    and they were prepared by Dr. McTernan.
7        MS. DAVIDSON: So this is 113
8    and this is 10. These are from expert
9    reports; they're not from published
10   papers.
11       MS. THOMPSON: They're not from
12   published papers, but they are correct
13   and they have been used by both
14   plaintiffs and defendants.
15       MS. DAVIDSON: Is this from a
16   published paper or an expert report,
17   Figure 1?
18       MS. O'DELL: It's from an expert
19   report, just like Margaret said.
20       MS. DAVIDSON: No, no, no, she
21   was talking about this (indicating).
22       MS. THOMPSON: All of those
23   Forrest plots were from expert
24   reports.
25       MS. DAVIDSON: So Figure 1 and

Page 195

1
2    Figure 2 are from plaintiff expert
3    reports.
4        MS. THOMPSON: Yes.
5        MS. DAVIDSON: Okay. I just
6    want to understand. Thank you.
7        MS. O'DELL: Dr. Wolf's report,
8    first report.
9    BY MS. THOMPSON:
10       Q.   And you've seen these, Dr.
11   Holcomb, in Dr. Wolf's report, correct?
12       A.   Correct.
13       Q.   Do you have any reason to
14   question the accuracy of these Forrest
15   plots?
16       MS. DAVIDSON: I mean, I'm going
17   to object to that question.
18       MS. THOMPSON: Okay.
19       MS. DAVIDSON: Unless he sits
20   down with the papers, he has no way to
21   know that. That's a silly question.
22       MS. THOMPSON: Well, you seem to
23   be suggesting that because they were
24   from plaintiffs' reports that they
25   might not be accurate, was the

Page 196

1
2    impression I got.
3    BY MS. THOMPSON:
4        Q.   Let's just assume these are
5    accurate, okay.
6        Are you okay assuming they're
7    accurate and if you can later prove
8    they're not?
9        A.   Why not.
10       Q.   I'm just trying to get you out.
11       MS. DAVIDSON: We're all for
12   that.
13   BY MS. THOMPSON:
14       Q.   Let's turn to the PDQ. And I
15   understand that the section that you are
16   most interested in begins on page 21 of 27
17   "Perineal Talc Exposure."
18       If you want to turn to that.
19       A.   Yes.
20       Q.   Do you know who the author of
21   this section of the PDQ is?
22       A.   I don't remember. I do --
23       Q.   Is it listed in the -- after or
24   with the section?
25       A.   Actually, it's not listed here.

Page 197

1
2        Q.   Do you know if there was any
3    influence from Johnson & Johnson on the
4    NCI PDQ?
5        A.   No.
6        Q.   You would agree that this is not
7    a comprehensive review, wouldn't you?
8        MS. DAVIDSON: Objection.
9        A.   What's your definition of
10   "comprehensive"?
11       Q.   What's your definition of
12   "comprehensive"?
13       A.   Well, this is a -- it seems
14   pretty comprehensive.
15       Q.   Well, it's about one-page long,
16   right?
17       A.   It's not the length of it; it's
18   how many papers are being considered.
19       Q.   And there are seven papers
20   considered?
21       A.   Because they're, sort of,
22   weighing heavily on the meta-analysis.
23       Q.   I didn't ask you that.
24       There are seven studies cited,
25   correct?

50 (Pages 194 - 197)

Page 198

1
2     A.   Including, you know, thousands
3  of -- I mean, thousands of women in
4  multiple studies, yes.  But I -- your
5  question to me does this look
6  comprehensive, I'd have to look through it
7  again, but it seems pretty comprehensive.
8     Q.   It's certainly not as
9  comprehensive as your expert report, is
10  it?
11     A.   This is not addressing -- my
12  expert report went through my experience
13  and it went through the epidemiology and
14  it went through -- this is just addressing
15  one aspect of my report, so.
16     Q.   Okay.  That's fine.
17        You believe this is a
18  comprehensive report?
19     A.   It seems fairly comprehensive,
20  yeah.
21     Q.   I just want your answers.
22     A.   I'm just offering them.
23     Q.   Okay, good.
24        You would agree that it's not
25  peer-reviewed, correct?

Page 199

1
2     A.   I would agree.
3     Q.   And you would agree that there's
4  a specific statement that this -- that the
5  PDQ does not represent the policy of the
6  NIH and NCI, correct?
7     A.   A policy?
8     Q.   I'm using their words, but I can
9  point you to that.
10     A.   I wouldn't take this review of
11  the literature to represent a policy, no.
12  They're not suggesting any action or thing
13  that would be outlined in a policy.  So I
14  wouldn't assume that.
15     Q.   Okay.
16        Do you think this is a statement
17  of the opinions of NIH and NCI?
18     A.   I would think so, yes.
19     Q.   So the statement that says:  The
20  summary reflects an independent review of
21  the literature and does not represent a
22  policy statement of the NCI or the
23  National Institutes of Health --
24     A.   Can you show me where that is?
25     Q.   Page 25.

Page 200

1
2     A.   25, I'm sorry.  Give me one
3  second.
4     Q.   At the bottom.
5        And it states:  This summary is
6  reviewed regularly and updated as
7  necessary by the PDQ Screening and
8  Prevention Editorial Board which is
9  editorially independent of the NCI.
10        Does it state that?
11     A.   Yes.
12     Q.   (Reading) And the summary
13  reflects an independent review of the
14  literature and does not represent a policy
15  statement of the NCI or National
16  Institutes of Health.
17        That's at least what it states.
18     A.   Yes.
19     Q.   Is there anywhere that it states
20  "contained in the PDQ are the opinions of
21  the NIH or NCI"?
22     A.   No.  The NIH doesn't -- the NIH
23  doesn't -- can't speak as a organization
24  for everybody in the NIH, or the NCI.
25  They put together editorial boards that --

Page 201

1
2  so I believe this editorial board was
3  convened by the NIH just like the last
4  thing you showed me on talc was convened
5  of those eight agencies, you know.  That
6  agency is not making the statement.  They
7  convene a board in the same way.  This is
8  common.
9     Q.   Understand.
10        And just above that "Reviewers
11  and Update" it also states that it does
12  not provide formal guidelines or
13  recommendations for making healthcare
14  decisions.
15        That's what it states, correct?
16     A.   Yes.
17     Q.   On the next page, 26, it says:
18  Some of the reference citations in this
19  summary are accompanied by a level of
20  evidence designation.
21        Do you know what designation
22  system NCI uses?
23     A.   No, I'm not exactly sure which
24  one they use.
25     Q.   (Reading) These designations are

51 (Pages 198 - 201)

Page 202

1
2  intended to help readers assess the
3  strength of the evidence supporting the
4  use of specific interventions or
5  approaches.
6      A.   Sure.
7      Q.   (Reading) The PDQ Screening and
8  Prevention Editorial Board uses a formal
9  evidence ranking system in developing its
10  level of evidence designations.
11      Was there a level of evidence
12  designation attributed to the seven
13  citations accompanying the "Perineal Talc
14  Exposure"?
15      MS. DAVIDSON:  So, I'm going to
16  object to this --
17      MS. O'DELL:  She's not finished
18  with her question.
19      MS. DAVIDSON:  Yes, she was.
20  She's done.
21      MS. O'DELL:  I think you cut her
22  off at the end.
23      MS. THOMPSON:  You did.
24      MS. DAVIDSON:  I did not cut her
25  off.  Her question was done.

Page 203

1
2      I'm going to object to these
3  questions for the same reason Leigh
4  objected when I asked questions just
5  like about 2019 because this was a
6  question that could have been asked in
7  2019.
8      MS. THOMPSON:  Okay.  I was
9  trying to give Dr. Holcomb a
10  background for the question I have
11  about the updated PDQ.
12      MS. DAVIDSON:  That wasn't
13  background.  That was a question.
14      MS. THOMPSON:  It was, as to the
15  whether the level of evidence was
16  applied to the seven references in the
17  March '24 updated PDQ.
18      MS. DAVIDSON:  That question
19  about levels of evidence could have
20  been asked in 2019.
21      MS. THOMPSON:  But I'm asking if
22  these were applied to the -- the
23  levels of evidence.  I assume that he
24  would want to know that the PDQ does
25  apply levels of evidence, and as to

Page 204

1
2      who wrote the updated.
3  BY MS. THOMPSON:
4      Q.   But continue, Dr. Holcomb.
5      A.   To be fair, I -- you said that
6  they only mentioned a few studies, and I
7  think if they convened an editorial board
8  to review this topic and these are the
9  studies that they chose, yeah, I'm going
10  to assume that they considered the highest
11  level of evidence.  I don't think that
12  they would choose lower evidence studies
13  and leave off the high evidence studies to
14  reach their conclusion.
15      Q.   Okay.
16      So you would assume that the
17  seven studies that they decided to include
18  were high level studies?
19      A.   I think that they -- you know, I
20  think what a lot of times these
21  organizations do, and -- and Burke did it
22  as well you'll see when you get to that
23  appendix, they -- they will look at pooled
24  analysis and meta-analysis in the -- I
25  think in the essence of time, they're

Page 205

1
2  looking at these pooled studies to come up
3  with a -- with a recommendation.  But I
4  don't see a specific attribution of a
5  level of evidence.
6      Q.   Okay.  That was just my
7  question.
8      Have you ever been on the NCI
9  board?
10      A.   No.
11      Q.   Have you had a leadership
12  position in SGO or ACOG since 2019?
13      A.   Yes.
14      Q.   What position?
15      A.   I was the chair of the Coding
16  and Reimbursement Task Force at SGO.
17      Q.   Was that on your CV?
18      A.   Yeah.
19      Q.   Missed it.
20      If there was a member of the
21  editorial board that has knowledge of how
22  these topics are assigned and stated that
23  there's one person assigned to write this,
24  would you have any reason to question
25  that?

52 (Pages 202 - 205)

Page 206

1
2    A.   I'm sorry, can you repeat the --
3        MS. DAVIDSON: Objection.
4    A.   -- question?
5    Q.   Yeah, it was confusing.
6        If there was a member of the
7    editorial board that has knowledge of how
8    these topics are assigned and that person
9    states that they're assigned to one person
10   to write, would you have reason to
11   question that knowledge?
12       MS. DAVIDSON: Objection.
13   A.   I -- I really don't understand.
14       Would I have reason to question
15   who they assign to write this?
16   Q.   That one person wrote it, not
17   that the editorial board convened and
18   writing it collectively.
19   A.   I'm sure the editorial board
20   reviewed it together, but if one person is
21   assigned to actually write the draft, no,
22   that makes sense. That seems like the
23   more efficient way to do it.
24   Q.   Okay. That's only my question.
25   A.   I'm just answering your

Page 207

1
2    question.
3        MS. THOMPSON: Jessica, you
4    really don't have to laugh when you
5    object. I think that's disrespectful.
6    BY MS. THOMPSON:
7    Q.   Okay. Let's go through the
8    papers that the editorial board actually
9    cites.
10       MS. DAVIDSON: We're only going
11   to go through papers after 2019.
12       MS. THOMPSON: We're going
13   through the ones that are cited by the
14   updated NCI.
15       MS. DAVIDSON: No, we're only
16   going to go through the ones after
17   2019. That was the rule that we went
18   by when I was deposing plaintiff's
19   experts.
20       MS. THOMPSON: You are saying
21   that --
22       MS. DAVIDSON: Yep, that's what
23   I was limited to. 100 percent I was
24   limited to only papers after 2019 in
25   deposition after deposition over the

Page 208

1
2    last few months.
3        So you can ask about Woolen.
4    Have at it.
5        And I think maybe the
6    published --
7        MS. THOMPSON: O'Brien is on
8    there as well.
9        MS. DAVIDSON: The published
10   Tarer. Wasn't the published Tarer
11   after 2019? I think it was.
12       MS. O'DELL: So, there are
13   several studies that are after 2019,
14   as you know. So not just Woolen.
15       MS. DAVIDSON: Great.
16       MS. O'DELL: But I think on here
17   it's Woolen.
18   No, it's not.
19       MS. DAVIDSON: Okay, great.
20       MS. O'DELL: And the difference
21   in the situation is Dr. Holcomb, as
22   you know, was not deposed in 2021. He
23   was not deposed --
24       MS. DAVIDSON: That's what I'm
25   saying, anything after 2019.

Page 209

1
2        MS. O'DELL: So I'm just saying
3    your recitation is incorrect.
4        MS. DAVIDSON: It's not a
5    different situation. You also had
6    somebody who wasn't deposed since
7    2019.
8        Was Clarke-Pearson since 2019?
9        MS. O'DELL: No.
10       MS. THOMPSON: No. He had two
11   whole days in 2020.
12       MS. O'DELL: He's been deposed
13   multiple times.
14       MS. DAVIDSON: It was somebody
15   else.
16       Mormon. It was Mormon who also
17   hasn't been deposed since 2019.
18   BY MS. THOMPSON:
19   Q.   Let's look at the O'Brien paper
20   in 2020, Dr. Holcomb, is since you were
21   deposed the last time, correct?
22   A.   Which paper?
23   Q.   The O'Brien to Roger Harris in
24   2020. We're going to talk about that
25   separately.

53 (Pages 206 - 209)

Page 210

1
2      MS. THOMPSON:  But let's talk
3   about the Woolen paper.
4      (Holcomb Exhibit 19, Woolen
5   article - 2022, was marked for
6   identification, as of this date.)
7   BY MS. THOMPSON:
8      Q.   The Woolen paper was published
9   in the Journal of Internal Medicine,
10  correct?
11     A.   Correct.
12     Q.   That's a peer-reviewed journal,
13  correct?
14     A.   It is.
15     Q.   Do you know of Dr. Smith-Bindman?
16     A.   No.
17     Q.   Have you read any of her other
18  studies, that you're aware of?
19     A.   Not that I'm aware of, no.
20     Q.   Are you aware of the paper that
21  concluded that --
22     A.   We're not talking about Woolen
23  anymore?  We're talking about a different
24  paper?
25     Q.   I'm talking about Dr.

Page 211

1
2   Smith-Bindman.
3      A.   Okay.  You jumped.
4      Q.   Are you aware of the paper that
5   established that ultrasound was, routine
6   ultrasound was not indicated in ovarian
7   cancer?
8      MS. DAVIDSON:  Objection.
9      A.   I'm not familiar with the paper
10  you're describing.
11     Q.   Okay.  We'll move on.
12     A.   Okay.
13     Q.   So, the Woolen paper looked at
14  frequent users of talcum powder, correct?
15     A.   By their definition, yes.
16     Q.   And it included both cohort and
17  case-control studies, correct?
18     A.   Correct.
19     Q.   And the paper concluded that
20  there was an increased risk of ovarian
21  cancer with women who used talcum powder,
22  correct?
23     A.   Yes.  By their definition of
24  frequent.
25     Q.   Right.  We're just talking about

Page 212

1
2   the authors' conclusion right now.
3      A.   That was their conclusion.
4      Q.   And the authors at least stated
5   that the results support women avoiding
6   the frequent use of talcum powder in the
7   perineal area, the authors' conclusions,
8   correct?
9      MS. DAVIDSON:  Are you pointing
10  to specific language?
11     A.   I don't have the exact -- do you
12  have it?
13     Q.   You should have it.
14     MS. O'DELL:  It was just marked.
15     A.   This is it.  Thank you.
16     Q.   And the last sentence:  These
17  results support women avoiding the --
18     A.   This suggests.
19     Q.   I'm just reading.
20     A.   And your statement was where?
21     Q.   I'm looking at the Conclusions
22  and Implications, the last sentence.
23     A.   Conclusions and Implications.
24     Q.   And my question is these authors
25  concluded that these results support women

Page 213

1
2   avoiding the frequent use of talcum powder
3   in the perineal area.
4      A.   I'm just looking for that.  I
5   don't -- I'm looking for where you're
6   getting that from.
7      MS. DAVIDSON:  On the very last
8   page.
9      THE WITNESS:  Last page of the
10  paper.
11  BY MS. THOMPSON:
12     Q.   Of the paper.
13     A.   I'm sorry.
14     Right.  In this analysis of
15  pooled data from ten case-control studies
16  and a single cohort study, yes, they
17  reached that conclusion based on that,
18  right.
19     Q.   That's my only question.
20     And you would disagree with that
21  policy?
22     A.   Well, I -- I have a lot of
23  problems with the paper itself.
24     Q.   I'm not asking you a question
25  about your problems with the paper.

54 (Pages 210 - 213)

Page 214

1
2    A.   You just asked me --
3         MS. DAVIDSON:  Hold on.  He was
4    in the middle of a sentence and you
5    interrupted him.  You just can't do
6    that.  And Leigh wouldn't ever, ever
7    let me do that when your witnesses
8    were testifying.  And I got exercised
9    just like you did.
10        So let's let Dr. Holcomb finish
11   answering the question.
12        You were saying you have a lot
13   of problems.  Finish your answer.
14   A.   Yeah, whether or not these
15   conclusions are valid is based on this
16   study I would disagree with the
17   conclusions because of all the falsehood
18   that I have with the study.
19   Q.   And I'll strike that answer
20   because my question was did the authors
21   conclude?
22   A.   The authors did conclude that.
23   Q.   And you would disagree with that
24   conclusion, correct?
25   A.   For all the reasons I just

Page 215

1
2    stated.
3    Q.   Okay.
4         All right.  Let's go to the
5    O'Brien studies.
6         And you did review the O'Brien
7    paper in 2020, correct?
8    A.   Correct.
9    Q.   And the O'Brien paper in 2024?
10   A.   Correct.
11   Q.   And so those are both since
12   you've been deposed, correct?
13   A.   Correct.
14   Q.   And those are both included in
15   your updated report, correct?
16   A.   Correct.
17        Can I put these away, or do I
18   still need these?
19   Q.   Well, your counsel said we
20   cannot use the information from them
21   unless it's --
22   A.   Okay.
23   Q.   I thought it would be a fast way
24   to look at the odds ratios of the PDQ, but
25   we're not going to do it.

Page 216

1
2         MS. DAVIDSON:  So, I'm not his
3    counsel.  I'm counsel for J&J.
4         And I never said that.  But we
5    can continue.
6         MS. THOMPSON:  Counsel sitting
7    beside you.
8         We'll mark the O'Brien 2020
9    paper.
10        (Holcomb Exhibit 20, O'Brien
11   article - 2020, was marked for
12   identification, as of this date.)
13        MS. THOMPSON:  And we'll mark
14   the tables accompanying the O'Brien
15   2020 paper as Exhibit 21.
16        (Holcomb Exhibit 21, Woolen
17   article tables, was marked for
18   identification, as of this date.)
19   BY MS. THOMPSON:
20   Q.   If you look at the authors of
21   this paper, there are ten authors.  Katie
22   O'Brien is the lead author.
23        Where does Katie O'Brien work,
24   do you know?
25   A.   It says she's the epidemiology

Page 217

1
2    branch of the National Institute of
3    Environmental Health Sciences, Research
4    Triangle Park, North Carolina.
5    Q.   And is the NIEHS an agency under
6    the Health and Human Services umbrella?
7    A.   I -- I'm not sure.
8    Q.   Was NIEHS part of the
9    interagency working group that we just
10   looked at sponsored by FDA?
11   A.   They were.
12   Q.   And do you recognize other names
13   as authors on this paper?
14   A.   When you say "recognize," as?
15   Q.   Do you know these other authors
16   or recognize their names?
17   A.   No.
18   Q.   Do you know that Britton Trabert
19   is at NIH?
20   A.   I don't know the name, so I
21   wouldn't know where they worked.
22   Q.   And you do recognize that NIH,
23   NCI, and other government agencies do have
24   researchers and scientists working for the
25   agency, correct?

55 (Pages 214 - 217)

Page 218

1
2    A.    Yes.
3    Q.    And they do studies and publish
4    papers, correct?
5    A.    Yes.
6    Q.    And what is the O'Brien study?
7    How would you describe it?
8    A.    I would disguise -- describe it
9    as a pooled analysis from four large
10   U.S.-based cohorts, the Nurses' Health
11   Study, the Nurses' Health Study 2, the
12   Sister Study, and the Women's Health
13   Initiative Observational Study Enrollment
14   that looked at ever, long-term, and
15   frequent use of powder in the genital area
16   to look at the association of powder use
17   in the genital area with the risk of
18   ovarian cancer.
19   Q.    And why is it important to pool
20   cohort studies?
21   A.    It increases the number of -- of
22   observations and, sort of, strengthens the
23   study by increasing the numbers.
24   Q.    Would you agree that cohort
25   studies, particularly with a rare disease

Page 219

1
2    like ovarian cancer, are frequently
3    underpowered?
4    A.    Frequently underpowered.
5         MS. DAVIDSON:  Objection.
6    A.    Yeah, I would say power is a
7    concern of cohort studies.  I don't know
8    if I would say they're frequently
9    underpowered.  I would say power is a
10   concern of cohort studies because they
11   tend to be smaller.
12   Q.    Okay.  I'll rephrase the
13   question.  That's a good point.
14        Is power sometimes a concern
15   with cohort studies?
16        MS. DAVIDSON:  Objection.
17   A.    Yes.
18   Q.    And did you understand my
19   question?
20   A.    I did.
21   Q.    That was better than the
22   previous one?
23   A.    Yes.
24   Q.    Thank you.
25        And that becomes more of an

Page 220

1
2    issue when you have a condition that
3    you're looking at like ovarian cancer,
4    which you describe as a relatively rare
5    disease, right?
6    A.    Yes.
7    Q.    So let's go ahead and look at
8    the tables.
9         Supplementary table 1 is
10   Exhibit 21.
11   A.    I'm sorry?
12   Q.    Underneath you.
13   A.    Yes.
14   Q.    And I didn't intentionally
15   highlight it, but it is.
16        And it looks at all women.  And
17   the hazard ratio with daily users is 1.27.
18        That's statistically
19   significant, correct?
20   A.    Yes.
21   Q.    Was Ms. Gallardo a daily user?
22   A.    I have to go back to my report.
23   I know she said about --
24   Q.    We can do that when we talk
25   about her specifically if you don't

Page 221

1
2    remember.
3    A.    I don't specifically remember.
4    Q.    And women with patent fallopian
5    tubes daily users, what was the adjusted
6    hazard ratio?
7    A.    It's 1.4.
8    Q.    Statistically significant,
9    correct?
10   A.    Correct.
11   Q.    Dr. Holcomb, that's of interest
12   to you, correct?
13   A.    Yes.
14   Q.    Did Ms. Gallardo have patent
15   fallopian tubes, or do you remember?
16   A.    She did.
17        And, yes, this is from the first
18   Nurses' Health Study, yes.
19        MS. THOMPSON:  I'd like for you
20   to look at Exhibit 22.
21        (Holcomb Exhibit 22,
22        Comment & Response Genital Powder Use
23        and Ovarian Cancer, was marked for
24        identification, as of this date.)
25

56 (Pages 218 - 221)

Page 222

1
2  BY MS. THOMPSON:
3      Q.   Have you seen these --
4      A.   No.
5      Q.   -- Comment and Response to the
6  O'Brien 2020 paper?
7      A.   No.
8      Q.   Do you want to take a minute to
9  look at those?
10     A.   Do you want me to look at the
11  whole thing, or is there a specific
12  area --
13     Q.   I'll ask you questions, but
14  since you have not seen this before, if
15  you'd like to look at it first, I think
16  that would be appropriate.
17     A.   Sure.
18        (Witness reads document.)
19     Q.   Are you ready?
20        MS. DAVIDSON:  Of course not.
21     A.   You want me to read this,
22  correct?
23        I have no idea what you're going
24  to ask me.
25        MS. THOMPSON:  Then let's go off

Page 223

1  the record, please, Marie.
2        MS. DAVIDSON:  Wait a minute.  I
3  think the rule is that you go off the
4  record if he's reading something from
5  his reliance list, but not you go off
6  the record if he's reading something
7  not on his reliance list.
8        MS. O'DELL:  That's not --
9        MS. DAVIDSON:  That's how we've
10  always followed it.
11        MS. O'DELL:  That's not a rule
12  I'm aware of.
13        It's 12:23.  I know you have a
14  call at 12:30.  Do you want to --
15        MS. DAVIDSON:  I have a better
16  idea.  Why don't you question him on
17  something else, and he'll read this on
18  lunch so we can use this six minutes.
19        MS. THOMPSON:  It won't take me
20  six minutes, but I'd hate to move to a
21  whole 'nother topic.
22        MS. DAVIDSON:  Can you question
23  him on something else and he'll read
24  this on lunch?  Is that a good idea so

Page 224

1  we can make the most use of our time
2  today?
3        MS. O'DELL:  I don't know that
4  that's a good idea, but if you would
5  read that during lunch.
6        THE WITNESS:  Certainly.
7        MS. THOMPSON:  Exhibit 23.
8        (Holcomb Exhibit 23, O'Brien
9  article - 2021, was marked for
10  identification, as of this date.)
11  BY MS. THOMPSON:
12     Q.   You were aware that Dr. O'Brien
13  and her team, in addition to looking at
14  ovarian cancer, looked at uterine cancer
15  and cervical cancer, correct?
16     A.   I'm not aware of this study.
17     Q.   Did you know that --
18     A.   I did.  I was aware that only
19  from the O'Brien study we'll get to later
20  because they included analysis on uterine
21  cancer and breast cancer.  So I knew they
22  were at least looking at uterine cancer.
23     Q.   And this one was published in
24  2020?

Page 225

1
2     A.   I'm not -- I haven't read this
3  paper.
4     Q.   Let's just read the abstract on
5  this one.
6        So you did not know that O'Brien
7  and her colleagues looked at other
8  gynecologic cancers as well as ovarian in
9  the pooled cohort study?
10        MS. DAVIDSON:  Objection.  That
11  misstates his testimony.  He said he
12  knew they did, but he didn't read it.
13  BY MS. THOMPSON:
14     Q.   I thought you said you didn't
15  know in 2020.  You only knew in 2024, the
16  Sister Study.
17     A.   No, that's true.  I did not know
18  at the time in 2020 that they looked at
19  this.
20     Q.   Okay.
21        So just so we're clear on that,
22  you did not know that Dr. O'Brien and her
23  co-authors looked at uterine cancer and
24  cervical cancer with the same pooled
25  cohort group that was published with

57 (Pages 222 - 225)

Page 226

1
2  ovarian?
3      A.   I was asked to review the
4  literature to offer an opinion on ovarian
5  cancer.  So this would have been outside
6  that opinion.
7          So no, I was not aware.
8      Q.   And that's fine.  I'm not
9  suggesting you should have.  I'm just
10  asking if you had.
11          But if you read the abstract,
12  and I don't think you need to read this
13  entire paper, but the abstract says:  When
14  powder is applied to the genital area, it
15  has the potential to reach internal
16  reproductive organs and promote
17  carcinogenesis by irritating and inflaming
18  exposed tissue.
19          So at least these authors don't
20  propose that as a hypothesis; they propose
21  it as something that happens, correct?
22      A.   No, no, that's completely
23  misunderstanding of what they're saying.
24  Which gives me a chance to clarify I just
25  want to say that is not what they're

Page 227

1
2  saying.  That is your interpretation of
3  this.  There is a difference between
4  possibility and plausibility.  And I'm
5  glad this came up because I -- I realized
6  earlier when we were speaking about this,
7  they're saying it has the potential.  That
8  means it's possible to do these things.
9          Earlier you asked me about
10  things that are plausible and I said
11  anything's plausible, and I misspoke
12  because anything's possible, but plausible
13  comes with proof.
14          So when they said it has the
15  potential, once you have an open system,
16  anything has the potential of getting
17  there.  Whether it's plausible is based on
18  the data.  So you can say talc has the
19  possibility of getting to the ovaries, the
20  possibility of causing inflammation,
21  possibility of causing ovarian cancer, and
22  then you do studies and determine whether
23  that's plausible.  So they're only talking
24  about the potential.
25      Q.   Okay.

Page 228

1
2      A.   That's clear?
3      Q.   I want to make sure I am clear
4  on this because I think this is important
5  to you.
6          So when they say:  When powder
7  is applied to the genital area, it has the
8  potential to reach internal reproductive
9  organs and promote carcinogenesis by
10  irritating and inflaming exposed tissue.
11          That's what they say, correct?
12      A.   Again they're saying the
13  potential.  That is --
14      Q.   I'm just asking if they say
15  that.
16      A.   You're reading it and of course
17  that's exactly what they wrote.
18      Q.   I know.  I'm going to ask you
19  follow-up questions.
20      A.   Sure.  Please do.
21      Q.   I just want the record to
22  reflect what the authors state.
23          Would it be your opinion that
24  that would indicate it's possible?
25      A.   In the -- yes, they're saying

Page 229

1
2  that it is possible.  It has the potential
3  because it's an open system.
4      Q.   And I'm just wanting your
5  answer.  I'm not wanting you to say one
6  thing or another.
7          Do you understand that?  Because
8  I feel like you feel like I'm arguing with
9  you.
10      A.   No, no, you have to acknowledge
11  the fact that you started off by wanting
12  me to agree with you that these authors
13  believe that this happened.  I don't know
14  how you came to that conclusion from what
15  they wrote.  So it's not unreasonable for
16  me to believe that there's certain things
17  that you want me to say because you
18  started off so far out there.
19      Q.   Well, it's the first sentence in
20  the abstract.
21      A.   But you read it completely
22  wrong.  So I got to believe -- anyway, we
23  should move on.
24      Q.   If I read it wrong, that was my
25  mistake.

58 (Pages 226 - 229)

Page 230

1
2        But it is the first sentence in
3   the abstract, so I would interpret that as
4   the authors believing that it can happen.
5      A.   If they believed -- they're
6   saying potential.
7      Q.   Okay.
8      A.   Potential, yes.
9      Q.   That's what the authors say.
10     A.   I was just -- I don't want to
11  speak over one another, but I just want to
12  again say the difference between possible
13  and plausible, I don't think I was very
14  clear earlier, and I just want to use this
15  opportunity to say I believe that yes,
16  they're saying it's possible.  I don't
17  think that they're saying from that
18  statement it's plausible.
19     Q.   Okay.  And I was going to ask
20  you that exact question.
21        So in Dr. Holcomb's mind, you
22  would say that statement means it's
23  possible, but not plausible?
24     A.   They're not saying whether it's
25  plausible.  They're just saying it's

Page 231

1
2   possible.
3      Q.   Okay.
4      A.   It's my opinion that the
5   literature does not support that it's
6   plausible.
7      Q.   Okay.
8        So they're saying it's possible,
9   but you do not think they would say it was
10  plausible, or you're just not saying it's
11  plausible?
12        MS. DAVIDSON:  Objection.
13     A.   They're not saying either way
14  whether they consider it plausible.  I'm
15  telling you that it's my opinion that it's
16  not.
17     Q.   Okay.  It's your opinion that
18  it's not plausible?
19     A.   They're not offering an opinion
20  on whether it's plausible.  They don't use
21  the word "plausible."  They say
22  "potential."
23     Q.   Okay.  We'll just leave it at
24  what they say.
25        And then if you go down in the

Page 232

1
2   abstract, and this is all we're going to
3   do, they found that there was no
4   association between ever genital area
5   powder use and a uterine cancer, correct?
6   It's a ratio of 1.01 and not statistically
7   significant?
8      A.   That's true.
9      Q.   And so you would agree that
10  there's no association from their uterine
11  cancer paper, correct?
12     A.   I would agree.
13        MS. THOMPSON:  All right.
14        MS. DAVIDSON:  Lunch?
15        (Luncheon recess taken.)
16           - - -
17     A F T E R N O O N   S E S S I O N
18           - - -
19        MS. THOMPSON:  I want to correct
20  one thing for the record.  Exhibit 21
21  I believe I said those were O'Brien
22  tables.  I just want to correct that
23  those are actually tables from Woolen.
24        THE WITNESS:  I see.
25        MS. THOMPSON:  And I don't need

Page 233

1
2   to ask any additional questions.  I
3   think it's just the data, but I did
4   want to correct that.
5   BY MS. THOMPSON:
6      Q.   When we left off, I believe we
7   were going to talk about the letters in
8   reply on the O'Brien 2020 paper.
9        If recall bias existed, why was
10  the association stronger for particular
11  histologic types of ovarian cancer and no
12  association seen with cornstarch use in
13  one case-control study?
14     A.   So, I'm not familiar with the
15  one --
16        MS. DAVIDSON:  Objection.
17        THE WITNESS:  Sorry.
18        MS. DAVIDSON:  Go ahead.
19     A.   I'm not familiar with the one
20  case-control study.  But my review of the
21  literature, the case-control studies have
22  come to different conclusions about what
23  histologic types are at increased risk.
24  There's been studies that said mainly
25  serous.  There's been studies that said

59 (Pages 230 - 233)

Page 234

1
2  it's mainly -- a study at least saying
3  mucinous or endometrioid.  So it hasn't
4  been consistent as far as the cell type
5  that's consistent with talc.
6      Q.   Have you seen any articles that
7  show a statistically significant increase
8  with mucinous ovarian cancer?
9      A.   Yes.  I mention in my report.
10  Let me go back to it.  I've got to go find
11  it.
12      (Pause.)
13      Yeah, there's Mills 2004.
14      Q.   Any others that you're aware of?
15      A.   No.
16      Q.   Any other meta-analyses?
17      A.   Meta-analysis on mucinous?
18      Q.   Meta-analyses that found an
19  increased risk of mucinous cancer.
20      A.   No.  That's just the one I
21  noticed.  I don't know there are others.
22  That's the one I cited.
23      Q.   Wouldn't you agree that if
24  recall bias was responsible for the
25  increased risk, that it would not -- you

Page 235

1
2  would not be able to distinguish between
3  different types of cancers, right?
4      MS. DAVIDSON:  Objection.
5  BY MS. THOMPSON:
6      Q.   Different types of ovarian
7  cancer.
8      A.   No, the -- there could be recall
9  bias in addition to covariants that could
10  be impacting, and how those could interact
11  I don't know.
12      So, you know, I wouldn't
13  necessarily agree with that.
14      Q.   I think if I didn't say I meant
15  to say recall can't be totally
16  responsible --
17      A.   No.
18      Q.   -- for the case-control findings
19  if there's a clear-cut difference between
20  histologic types, right?
21      MS. DAVIDSON:  Objection.
22      A.   Yeah, I want to go back to that
23  clear-cut difference between histologic
24  types again.
25      I just gave you all -- it's

Page 236

1
2  Cramer and Gertig believe serous.  Harlow
3  identified endometrioid tumors as being
4  the largest association, and I believe
5  we're going to talk about Harlow in a bit.
6  And then Mills said mucinous.  So I'm
7  saying it isn't consistent.
8      Q.   I said if there was a finding.
9  Listen to the question.
10      I said if there was a finding,
11  if there were differences between
12  histologic types, then recall bias would
13  not be --
14      A.   So you --
15      Q.   You could not blame recall bias
16  for the case-control increased risk.
17      A.   I just want to make sure I'm
18  clear.  You'd like me to say in a world
19  where the literature doesn't have what the
20  literature has, where there are different
21  studies saying different histologic types,
22  you could not explain it completely with
23  recall bias.
24      So you're saying in that
25  universe where that was the case?  Yes.

Page 237

1
2      MS. DAVIDSON:  Objection;
3  incomplete hypothetical.
4  BY MS. THOMPSON:
5      Q.   First of all, I don't want you
6  to say anything.
7      A.   No, no, you want me to answer --
8      MS. O'DELL:  Please, sir.
9      THE WITNESS:  I'm sorry.
10  BY MS. THOMPSON:
11      Q.   I want you to give your opinions
12  and answer the questions.
13      A.   But you're asking me to make an
14  assumption.  You said if there is a
15  clear-cut difference in histologic types
16  and I've already showed you through the
17  data that it isn't clear-cut.  You're
18  saying that you want me to hypothesize
19  that in that situation, recall bias
20  couldn't explain it, and I'm just
21  wondering why you're asking the question
22  because I just said in the real world that
23  we live based on the data, and I've cited
24  them, it isn't clear-cut.
25      Q.   Has anyone in this litigation,

60 (Pages 234 - 237)

Page 238

1
2  that you're aware of, given an opinion
3  that talcum powder can cause mucinous
4  cancer, ovarian cancer?
5      A.   Has anybody?
6      Q.   In this litigation, any expert,
7  plaintiff expert.
8      A.   I wouldn't know.
9          My reliance list and -- and who
10 I'm quoting, I quoted a study that did.
11 Are you questioning whether that exists?
12     Q.   I would have to go back on
13 Mills.  I know that none of the
14 meta-analyses or the cohort, Schildkraut,
15 all the case controls in the last 20 years
16 have not shown an increased risk with
17 mucinous.
18     A.   But I'm saying that someone did
19 a case-control study and came to the
20 conclusion that the increased risk was
21 most notable for mucinous.  Other people
22 did case-control studies and said it's
23 most notable for endometrioid, and other
24 people did studies that said it's
25 high-grade serous, other people said it's

Page 239

1
2  low-grade serous.
3          I mentioned in my report that
4  there are distinct histologic gene
5  mutations that define these different
6  types.  And so what -- and that was part
7  of the reason why I just want to, on the
8  basis of science, had doubts about one
9  toxic, if you want to say, exposure could
10 cause all these different types because we
11 now understand the heterogeneous nature of
12 epithelial ovarian cancer.
13     Q.   Are you finished?
14     A.   Yes, I am.
15     Q.   I don't believe that answered my
16 question, but we'll go ahead and move on.
17         Is there any evidence of
18 association of genital talcum powder use
19 with vulvar cancer?
20     A.   I don't know of any studies on
21 the topic.  I don't know if it's been
22 studied.
23     Q.   So you don't know whether
24 there's evidence, or would you say there's
25 no evidence of an association with talcum

Page 240

1
2  powder use with a vulvar cancer?
3      A.   I'm saying I don't know if it's
4  been studied.
5      Q.   Is there any evidence of genital
6  talcum powder use and vaginal cancer?
7      A.   I don't know if it's been
8  studied.
9      Q.   Is there any evidence of an
10 association with talcum powder use and
11 cervical cancer?
12     A.   Not that I've seen.
13     Q.   We just saw O'Brien with uterine
14 cancer.
15     A.   That's why I answered that one
16 differently than the others because I have
17 seen data on that.
18     Q.   And the data that you've seen on
19 uterine is that there is no association?
20     A.   The data I've seen, yes.
21     Q.   And with vulvar, vaginal, and
22 cervical cancer, you don't know that it's
23 been studied; you have not seen any
24 studies?
25     A.   That's not what I said.

Page 241

1
2      Q.   It's not?
3      A.   No.
4          I said I've not seen any data on
5  vulvar and vaginal.  But you just showed
6  me a paper before lunch that had cervix
7  included.
8      Q.   All right.
9          So, so far no data that you've
10 seen on vulvar and vaginal?
11     A.   As far as I know, it's not been
12 studied.
13     Q.   Yeah, that's all I meant.
14 That's all I'm asking you.  I'm not
15 looking for an answer.  I'm looking for an
16 answer, but I'm not looking for a
17 particular answer.
18         Cervix and uterine, the data
19 that you have seen shows no association.
20 Would that be fair?
21     A.   That's fair.
22     Q.   Are you aware of any studies
23 that have looked at genital talc use and
24 bladder cancer?
25     A.   I'm not aware of any.

61 (Pages 238 - 241)

Page 242

1
2    Q.    Are you aware of any studies
3  that have looked at genital talcum powder
4  use and colorectal cancer?
5    A.    I'm not aware of any.
6    Q.    Have you looked at any -- have
7  you seen any studies that have looked at
8  an association with genital talcum powder
9  use and breast cancer?
10    A.    Yes.
11    Q.    And what study is that?
12    A.    O'Brien '24 included breast as
13  well.
14    Q.    And what did O'Brien 2024 find
15  as far as breast cancer?
16    A.    They saw no association.
17    Q.    And 2024 saw no association with
18  uterine cancer as well, correct?
19    A.    Correct.
20    Q.    Have you seen any study showing
21  a relationship with genital talcum powder
22  use and non-epithelial ovarian cancer?
23    A.    I'm not aware of any data.  I
24  have not read any studies on that.
25    Q.    Are you aware of any studies on

Page 243

1
2  any other types of gynecological or cancer
3  associated with genital talcum powder use?
4    A.    I'm sorry, can you repeat the
5  question?
6    Q.    Yeah, sure.
7        Are you aware of any studies
8  that show an association with genital
9  talcum powder use and gynecological
10  cancers other than epithelial ovarian
11  cancer or fallopian cancer and primary
12  perineal cancer?
13    A.    No.
14    Q.    I'm asking you questions from
15  Dr. Cramer's comment to Dr. O'Brien's
16  paper, and Dr. Cramer asks how would
17  either a case or a control participant
18  forget daily use of talc for decades, the
19  time period of exposure in which the risk
20  lies?
21        Do you have an answer to Dr.
22  Cramer?
23    A.    Well, I don't think it's likely
24  that people would forget decades of daily
25  use.  I do think it's -- and I don't think

Page 244

1
2  Dr. Cramer knows exactly where the risk
3  would lie as far as frequency and, you
4  know -- and so, yeah, it's probably more
5  likely somebody with lesser frequent use
6  might forget, but I think the -- the
7  existence of recall bias is not made up.
8  I think it -- I mentioned Schildkraut
9  earlier.  Yeah, and I think it's been
10  well-studied, exactly the things that
11  actually impact recall bias have been
12  clearly studied and established.
13        So I hear what Dr. Cramer's
14  saying, but I don't know if he's trying to
15  discount to saying recall bias doesn't
16  really exist, or if he's saying recall
17  bias couldn't play a role in this disease.
18    Q.    And it may be either one.
19        But you'd agree recall bias
20  would be more apt to occur in women who
21  are answering an ever-use question than a
22  daily-use question?
23    A.    What people are using daily I
24  think could be impacted.  A woman's using
25  cornstarch daily who then remembers it

Page 245

1
2  being a talcum -- a talc-containing
3  product, I could see that easily being
4  made -- depending on, you know, the
5  importance of what the gain was from --
6  that's been one of the things that have
7  been shown to impact the likelihood of
8  there being recall bias.
9        So I still think recall bias can
10  explain some of the findings in
11  case-control studies.
12    Q.    Wouldn't the use of cornstarch
13  product reduce the incidence of ovarian
14  cancer, not increase, if there's a recall
15  bias question?
16    A.    But if a woman has ovarian
17  cancer and then says, you know, "I used
18  talcum" -- she used cornstarch, but she
19  says later "I used talcum powder," that
20  may have nothing to do with her cancer,
21  but she then answers "I was using talcum
22  powder that time," then it would go down
23  as an exposed case.
24    Q.    Okay.
25        Let's look at Dr. Harlow and Dr.

62 (Pages 242 - 245)

Page 246

1
2  Rothman's letter to the editor. And they
3  argue -- do you know who Dr. Rothman is in
4  particular?
5      A.   Rothman, no.
6          I believe Harlow, is he an -- a
7  plaintiff's expert?
8      Q.   Both of them are plaintiff
9  experts, but --
10     A.   I'm not familiar with them.
11     Q.   More than plaintiff expert, Dr.
12 Harlow did publish one of the papers on
13 talc.
14     A.   Yeah.
15     Q.   Are you aware of that?
16     A.   Yeah.
17     Q.   And Dr. Rothman has written the
18 textbook on epidemiology and his name is
19 well-recognized.
20     A.   Yeah, I just mentioned that
21 Harlow is one of those that said a
22 case-control study that showed
23 endometrioid adenocarcinoma was more
24 common as far as being associated with
25 talc. So I'm aware of Dr. Harlow.

Page 247

1
2      Q.   And they actually question the
3  interpretation that a 13 percent increased
4  risk of ovarian cancer among women with
5  intact genital tracts who use powder
6  should be -- they contend that a 13
7  percent increased risk in a pooled cohort
8  study should be taken as evidence of an
9  effect.
10         Do you disagree with that?
11     A.   I think that a priority when you
12 set a -- a limit, and this is the 95
13 percent confidence interval limit, to say
14 I want to consider something an effect
15 when I've ruled out this finding by chance
16 down to 5 percent. I'm comfortable with
17 saying this is an effect when there's a
18 less than 5 percent or less chance that
19 this is just due by chance. That's when I
20 consider it an effect.
21         Can you discount everything?
22 No.
23         But, and again this is one of
24 the reasons why I was, sort of, going back
25 and forth earlier about pointing to a

Page 248

1
2  singular study that says these things,
3  because no singular study should be
4  definitive. But if you have repeated
5  studies that don't reach that point, it
6  makes you less confident that that's a
7  real effect. If you have repeated studies
8  that are positive in this association but
9  don't reach this level of confidence that
10 you set in your paper, I didn't tell them
11 to set it, they set it, and it's not
12 reached repeatedly, that makes me lose
13 confidence in the finding.
14     Q.   Okay.
15         Well, I can't show you those
16 Forrest plots, but wouldn't you also
17 expect half of the studies to show a
18 decreased risk and half show an increased
19 risk if you have 40 studies?
20     A.   Not if you have recall bias. If
21 recall bias is biased towards finding a
22 difference and it's playing a role in, to
23 some degree, in a number of studies, you
24 would expect to see similar, unless some
25 populations have more, you know, a

Page 249

1
2  susceptibility, I guess, to recall bias.
3          I don't know much about the data
4  on that.
5      Q.   So you would disagree then with
6  Dr. Harlow, Murray, and Rothman that a 13
7  percent increased risk of ovarian cancer
8  among women with intact genital tracts
9  should be taken as evidence of an effect?
10     A.   I think the -- you're taking one
11 bit of their argument out of the context.
12 What -- the reason why I think the -- the
13 authors question the significance of their
14 finding is, as you know, well, in the test
15 of heterogeneity, when they looked at the
16 risk of women with intact and closed
17 systems, there was no difference between
18 the two, and no statistically significant
19 difference between the two. And I think
20 that's why Dr. Harlow is saying this is
21 definitely an impact.
22         But then when you look at other
23 findings, you have to say well, did
24 that -- did the heterogeneity there, the
25 test for heterogeneity, did that increase

Page 250

1
2  your confidence in the finding or did it
3  decrease the confidence in the findings.
4  I would think it decreases your confidence
5  in the findings.
6     Q.   Okay.  Well, let's look at what
7  Dr. O'Brien and Dr. Wentzensen, Dr.
8  Wentzensen is with NIH NCI, correct, and
9  Dr. O'Brien is with NIEHS, a division of
10  the federal government HSS Services.
11     And Dr. O'Brien says:  We
12  completely agree with Dr. Harlow and
13  colleagues that our results, particularly
14  the analyses limited to women with intact
15  reproductive tracts, should not be
16  discounted because of lack of statistical
17  significance.
18     So you're disagreeing with not
19  only Drs. Harlow, Rothman, but you're
20  disagreeing with Dr. O'Brien too, correct?
21     MS. DAVIDSON:  Objection.
22     A.   I think what she's saying is you
23  shouldn't be discounted solely for a lack
24  of significance.
25     This is a post-hoc analysis of

Page 251

1
2  intact versus patent systems, but they can
3  be discounted for other reasons outside of
4  just the lack of significance.  It can be
5  discounted because in those women who have
6  non-patent systems, you don't know when
7  the systems became non-patent.  You have
8  no idea, in an exposure, when that
9  happened.  Did that just happen; did she
10  have a hysterectomy after 25 years
11  exposure?  So you can discount it.
12     And I think that Dr. O'Brien's
13  being very polite to Dr. Cramer and Dr.
14  Harlow, but I'll acknowledge that Dr.
15  O'Brien didn't go back and change a word
16  of the paper.  It's not retracted.  It's
17  not amended.  It's not changed.  She
18  clearly stands by the findings of her
19  paper.
20     And, you know, they hand out a
21  difference of opinion, and I don't know if
22  it's related to the fact that they're
23  plaintiff's experts.  But, I don't know,
24  but there's definitely a difference of
25  opinion there.

Page 252

1
2     And so this whole idea of the
3  patent track versus non-patent tracks,
4  it's an interesting thing, and I think
5  it's something we should include in our
6  studies, but it's problematic.  You don't
7  know when these interruptions of the
8  person's tract came and how it impacted
9  exposure.
10     Q.   And that entire answer was
11  non-responsive, but I let you finish --
12     A.   Thank you.
13     Q.   -- because I didn't ask anything
14  about that.
15     You think there's a difference
16  of opinion when Dr. O'Brien says:  We
17  completely agree with Dr. Harlow.
18     That represents a difference
19  much opinion, in your view?
20     A.   Well, keep reading, it should
21  not be discounted solely on the lack of
22  statistically significant.
23     Q.   Is the word "solely" there?
24     A.   Are they saying it shouldn't be
25  discounted on anything else?

Page 253

1
2     Let me go back to the wording.
3     Q.   Let me read it again.
4     MS. DAVIDSON:  Well, why don't
5  you just point him so he can follow
6  along?
7     MS. THOMPSON:  I think he knows
8  where it is.
9     A.   Yes, should not be discounted
10  because of a lack of statistical
11  significance.  That's all they're saying.
12  They're saying that is not a reason alone.
13  That's the only thing they mention here.
14  You can say they don't mention the word
15  "alone," but they don't mention anything
16  else.
17     Q.   So you're saying that what
18  they're saying is it should be discounted,
19  just not for a lack of statistical
20  significance, for some other reason?
21     A.   I think they're saying you're
22  right, a 13 percent change, and it's not
23  statistically significant, in this one
24  study is not a reason -- and I've already
25  stated this earlier.  It's not

64 (Pages 250 - 253)

Page 254

1
2  inconsistent with what I said earlier.
3  One study should not change your mind
4  completely about a topic. There's got to
5  be repeated studies on the topic.
6          There's -- I mean, we're going
7  to get to Bradford Hill at some point, but
8  this is what the consistently part of
9  Bradford Hill is about. And she's saying,
10  and being very polite to say, I'm not
11  saying to discount this based on the lack
12  of statistical significance. There's
13  another study of, you know, heterogeneity,
14  and that pokes holes in her level of
15  confidence, I guess, in this topic.
16      Q.   Okay. Well, let's go to the
17  next paragraph see if you still believe
18  that.
19          In the last sentence: We agree
20  that the positive association among women
21  with patent reproductive tracts is
22  consistent with the hypothesis that there
23  is an association between genital use and
24  talcum powder -- sorry, genital powder use
25  and ovarian cancer.

Page 255

1
2      A.   But that's just stating the
3  obvious, right. The hypothesis is a
4  theory. Are we -- I don't know if you
5  agree with -- a hypothesis is a theory.
6  It's not proven. It's a theory.
7          She's saying that if can show an
8  increased risk with patent, it would
9  support, because the whole -- the whole
10  theory of talc is based on this ability to
11  get to the ovaries and then cause cancer
12  and all those things, and now we're back
13  into possible versus plausible.
14          But, yeah, that's a obvious
15  statement what she just said.
16      Q.   Okay. I'm not back into
17  possible/plausible. You may be.
18      A.   I want to then.
19      Q.   But let's move on to O'Brien '24
20  if you don't believe that.
21          So it's your opinion that
22  O'Brien 2020, the pooled study of cohorts,
23  does not indicate an increased risk among
24  women with patent reproductive track?
25      A.   I believe that O'Brien 2020 said

Page 256

1
2  that there was an increased risk among
3  women with patent tracks and that the
4  difference between the -- the risk between
5  those with patent tracks and those with
6  non-patent tracks who didn't have an
7  increased risk was the same. So yes, and
8  you may say well, that's contradictory;
9  how can those two be the same. And I'm
10  saying that that pokes holes in my
11  confidence of the finding because those
12  are two contradictory findings.
13      Q.   And you are aware that in all
14  women, there was an increased risk that
15  was 0.99 on the confidence interval, but
16  you're still saying that was a negative
17  result?
18          MS. DAVIDSON: Objection.
19      A.   You said 0.99 is a increased
20  risk?
21      Q.   No. The increased risk was --
22  I'd have to pull that out, but it was very
23  close to statistically significant and the
24  risk was increased.
25      A.   Can you point to that? I want

Page 257

1
2  to -- you're asking me to agree with the
3  statement.
4      Q.   I want to move on, but let's
5  look.
6          MS. O'DELL: Exhibit 20, I
7  believe.
8  BY MS. THOMPSON:
9      Q.   The estimated risk of 1.08 with
10  a 95 percent confidence interval of 0.99
11  to 0.117. And then with patent --
12      A.   Where are we now? I'm confused.
13          MS. O'DELL: I think it's
14  Exhibit 20.
15      Q.   Exhibit 20.
16          MS. O'DELL: The O'Brien papers.
17      Q.   The 2020 O'Brien paper.
18      A.   Thank you.
19      Q.   And we can just look at the
20  abstract because both of the data points
21  are there.
22          (Reading) The hazard ratio ever
23  users and never users among all cases was
24  1.08 with a 95 percent confidence interval
25  at 0.99 to 1.17.

65 (Pages 254 - 257)

Page 258

1
2    A.   Right.
3         And -- and --
4    Q.   And use with -- there's no
5    question yet.
6    A.   Sorry.
7    Q.   And the use with women with a
8    patent reproductive tract was 1.13 with a
9    confidence interval 1.01 to 1.26.
10        Are you saying that the
11   difference between those pokes holes in
12   your confidence of the study?
13   A.   I'm saying when they did a test
14   for interaction comparing women with and
15   without patent -- I guess the question I
16   would -- that I ask myself, 'cause I'm not
17   a statistician, we've already established
18   that.  These authors went to an extra step
19   to do a test of interaction, and you have
20   to ask yourself why did they do that extra
21   step?  If they were so convinced with this
22   finding, why did they go that extra step
23   to look at interaction?  Because they
24   thought there's some chance that the
25   finding that they're seeing may not be as

Page 259

1
2    significant as it appears on the surface.
3    And so they take this extra step, and they
4    say the p-value for the interaction
5    comparing women with and without
6    reproductive tracts was 0.15, which was
7    not statistically significant.  And I -- I
8    just -- I -- I assume they did that for a
9    reason.  I don't think they added that
10   just to take up more space in the paper.
11   Q.   Is it your opinion that O'Brien
12   and the authors of the 2020 paper do not
13   think there's an increased risk with
14   patent reproductive tract?
15   A.   When I go to conclusions and
16   relevance, they don't even mention it.  So
17   I have to believe yes, that they don't
18   believe that.  Because that would be a
19   really important thing to mention after
20   you did all this work and then you get to
21   your conclusion and you don't even mention
22   it.
23        It's not a conclusion of their
24   study, let me just put it that way.
25   Q.   Why do you say that?

Page 260

1
2    A.   Because I just read the
3    conclusions and the relevance.  This is
4    the authors saying this is our conclusion
5    and this is the relevance of all this work
6    we just did, and if that was an important
7    finding, I'm assuming they would say that
8    that was a relevant finding and they would
9    add it in the relevance statement.
10   Q.   And then you would just ignore
11   the rest of the paper and --
12   A.   They didn't mention it.
13   Q.   I didn't finish.
14   A.   Sorry.
15   Q.   And O'Brien's reply that it was
16   statistically significant?
17   A.   Again you're focusing on this
18   one test and not looking at the follow
19   tests.  And I would pose the same question
20   why do you think they did not mention it
21   in their conclusions and relevance, and
22   why did they do the test for
23   heterogeneity?  To look at interaction.
24   They did the extra test because they're
25   good scientists and they want to make sure

Page 261

1
2    that one test result is explored.
3         And this is what people do.
4    They don't just take one answer.  They
5    want consistency.  They want to ask that
6    question from different angles and see
7    that they get the same answer.  If you ask
8    the question coming from the right and you
9    get one answer and you ask it coming from
10   the left and you get another answer, it is
11   what it is.  They raise the comment.
12   They've then done a further test, found no
13   statistical significance and didn't
14   mention it in their conclusions and
15   relevance.
16        So when you ask me did they
17   think that this was real, it's not
18   mentioned in the conclusion.
19   Q.   And they don't mention in the
20   conclusion that it's not statistically
21   significant in the total population
22   either, do they?
23   A.   I'm sorry, repeat that.
24   Q.   They don't mention the results
25   of either in the conclusions?

66 (Pages 258 - 261)

Page 262

1
2          MS. DAVIDSON:  So, wait a
3     minute.
4          You're looking at the conclusion
5     of the article.
6          You're looking at the conclusion
7     of the abstract, and you're talking
8     past each other.
9     BY MS. THOMPSON:
10    Q.   Are you looking at the
11    conclusion of the abstract?
12    A.   Yes.
13    Q.   Okay.  The conclusion of the
14    abstract is the risk among women with a
15    patent reproductive tract was 1.13
16    statistically significant.
17    A.   The conclusion of the abstract?
18    Are we looking at Number 20 Exhibit?
19    Q.   Yes.
20    A.   Are you reading Conclusions and
21    Relevance?
22    Q.   They don't -- okay.  And then
23    they say it's underpowered for a small
24    risk, correct?
25    A.   That's a whole nother topic.

Page 263

1
2     Q.   Okay.  We're not going to get
3     into that topic.
4          All right.  If there's any
5     question about what Dr. O'Brien thinks,
6     let's go to 2024.
7     A.   Sure.
8     Q.   So, you would just discount her
9     reply to the letters that there is a
10    statistical increased risk and she did not
11    think it should be discounted not being
12    statistically significant?
13    A.   Again, I think she was
14    acknowledging what she had already shown
15    in her paper, and she's saying that alone
16    should not be discounted, but in the end
17    after further statistical testing, she did
18    not find that as relevant.  She had an
19    opportunity to state the relevance of that
20    finding.
21    Q.   Do you know that Wentzensen and
22    O'Brien published a review article after
23    this paper where they acknowledged that
24    there was a small increased risk
25    demonstrated?

Page 264

1
2     A.   They're only stating the
3     obvious.  Their study did show this small
4     increased risk.  But then again you're
5     looking for consistency.  The risk
6     increases there.  Then they did a test to
7     look for the interaction of patency.  Is a
8     risk of increase of non-patent and the
9     risk increase from patent different, and
10    they said actually there is no difference
11    between these two groups.
12         So I'm saying for consistency's
13    sake, if it's real, you should be able to
14    see it no matter how you study is it.  If
15    it's real, you'll see it in case-control
16    studies.  If it's real, you'll see it in
17    cohort studies.  If it's real, you'll see
18    it when you just look at this this way,
19    when you do tests of heterogeneity.
20    That's what scientists do.  They look at,
21    and that's again why I can't point to one
22    paper as stating my feeling.  I'm looking,
23    I'm triangulating all the data, and there
24    was a lack of consistency in that paper,
25    and I think that's why O'Brien didn't put

Page 265

1
2     it in the relevance and the conclusions,
3     and that's why I think after all that
4     being polite and saying yes, you're right,
5     we have all these problems with cohort
6     studies, she did not go back and change a
7     word of her study.
8          MS. THOMPSON:  That was
9     non-responsive to my question.
10         MS. DAVIDSON:  Court Reporter,
11    maybe it's just me, and if so, that's
12    fine, but is everybody talking too
13    fast?
14         THE STENOGRAPHER:  Yes.
15         MS. DAVIDSON:  You're asking the
16    questions so fast I can't even hear
17    your questions.
18         And you're talking so fast I
19    can't even hear your answers.
20    BY MS. THOMPSON:
21    Q.   Would you agree that the other
22    interpretation that Dr. Wentzensen and
23    O'Brien took following the publication of
24    this paper was that they're both
25    significant, not that they're both not

67 (Pages 262 - 265)

Page 266

1  significant?
2    A.  I didn't understand your
3  question, I'm sorry.
4    Q.  If there's no difference between
5  the whole population and patent
6  reproductive tracts like you're saying,
7  that doesn't mean that patent reproductive
8  tracts should be discounted.  It could be
9  that the ever use should be closer to the
10  patent reproductive tract?
11    A.  I think you have to look at the
12  sub-analysis in the big picture of what
13  they were trying to answer.  They set out
14  to answer if we pooled all of the cohort
15  studies, which they apparently feel are
16  stronger studies, could you with that
17  pooled analysis show that talc use is
18  associated with ovarian cancer.  In the
19  end, they came to the conclusion that it
20  was not.  They mentioned that yes, maybe
21  this is underpowered, but their conclusion
22  was that it's not.
23        You're now in the weeds about
24  patent versus non-patent, but it was

Page 267

1  overall in their opinion a trial that came
2  to the conclusion that talc is not
3  associated with ovarian cancer.
4    Q.  Okay.  But there are -- you
5  didn't review the Wentzensen/O'Brien paper
6  that discussed this paper published two
7  years later?
8    A.  No.
9    Q.  Then you would know that they
10  concluded that it was a risk.
11        Do they say anything in this
12  paper about it being weak?
13    A.  What being weak?
14    Q.  The results, the association.
15  Or are those your words in your report?
16    A.  You mean the level of
17  association?
18    Q.  Yes.
19    A.  I don't know if they use that
20  term.  I'd have to read through it.
21        It's probably mine.
22    Q.  Okay.
23        All right.  Let's move to 2024.
24    MS. DAVIDSON:  Wait a minute.

Page 268

1
2    MS. O'DELL:  If you have a
3  issue, Jessica, you can deal with it
4  on redirect.
5    MS. DAVIDSON:  No, because --
6    MS. O'DELL:  No, this is not an
7  objection.
8    MS. DAVIDSON:  No, because
9  Margaret said something false.
10  Margaret said that he didn't look at
11  the Wentzensen/O'Brien review paper,
12  and it's on his reliance list.
13    MS. THOMPSON:  Well, I'd asked
14  him if he did and he said no.
15    THE WITNESS:  I didn't remember.
16    MS. THOMPSON:  So I didn't give
17  any false testimony.  He may not
18  remember looking at it.
19    A.  In the future, I will look at my
20  reliance list.
21    Q.  Okay.
22    A.  Because clearly there's a lot of
23  things I reviewed.  So in the rapid fire
24  of questions, I had forgot that I --
25    Q.  But my question was just did you

Page 269

1  review it.
2    A.  My fault.
3    Q.  Let's look at O'Brien 2024.
4        And in the same vein --
5    A.  Do we have a copy?
6    (Holcomb Exhibit 24, O'Brien
7    article - 2024, was marked for
8    identification, as of this date.)
9  BY MS. THOMPSON:
10    Q.  Are you ready?
11    A.  Yes.
12    Q.  In the same vein of conclusions
13  that the authors make, their conclusions
14  are that there was a range of positive
15  association with genital talc use and
16  ovarian cancer between 1.17 and 3.34,
17  correct?
18    A.  I just want to clarify.
19        If you want to talk about the
20  conclusions, they do say:  Corrected
21  results support a positive association.
22        So they're saying their
23  conclusion, yes, we can get into this
24  further, but corrected results showed this

Page 270

1
2  positive --
3      Q.  But that's what this paper's all
4  about, correct?
5      A.  Well, no.  They included data
6  without corrections.
7      Q.  Okay.
8          What was the study?
9      A.  What was the study?
10     Q.  Yes.
11     A.  So, this is an update from a
12  Sister Study.  So the Sister Study, as you
13  know, I think it was started -- they asked
14  questions between 2003 and 2009 was the
15  initial follow-up, but I think this is the
16  first time where they actually included
17  follow-up questionnaire that was sent in
18  2017-2019.
19         So this is an interesting
20  statistical study because it's -- some of
21  it it's prospective, but the most recent
22  data is retrospective.
23     Q.  So when the authors, and we have
24  a large array of authors again from NIH,
25  NIEHS, when the -- and where is this paper

Page 271

1
2  published?
3      A.  JCO.
4      Q.  And are you familiar with the
5  Journal of Clinical Oncology?
6      A.  Yes.
7      Q.  And it's the journal for the
8  American Society of Clinical Oncologists,
9  correct?
10     A.  Yes.
11     Q.  Are you a member of that group?
12     A.  No.
13     Q.  Have you been to any of their
14  meetings?
15     A.  No.
16     Q.  Is it a well-regarded
17  professional association of clinical
18  oncologists?
19     A.  It is.
20     Q.  And you are a clinical
21  oncologist, correct?
22     A.  I am.
23     Q.  Going with their conclusion,
24  that you wanted to do with the first
25  paper:  Although results show how

Page 272

1
2  differential recall would upwardly bias
3  estimates, corrected results support a
4  positive association between use of
5  intimate care products, including genital
6  talc and ovarian cancer.
7          Are you suggesting that the
8  authors don't believe that their paper
9  showed a positive association between
10  intimate care products and ovarian cancer?
11         MS. DAVIDSON:  Objection to that
12  question.
13     A.  No.  What happened in the study
14  was that the authors had to correct
15  because of a large amount of missing data,
16  and they're saying based on their
17  corrections, you see this positive
18  association.  And they believe that if you
19  correct the way they corrected, you'll see
20  this positive association.  I believe they
21  believe that.  That's why they concluded
22  that.
23     Q.  Okay.
24         So you do agree that the authors
25  believe that --

Page 273

1
2      A.  The authors are the ones who --
3      Q.  -- just Dr. Holcomb does not?
4      A.  The authors are the ones who
5  came up with these corrections.  You said
6  that's what this paper's all about, but in
7  fact, they do offer some analyses without
8  corrected data.  And unfortunately, this
9  study, you know, you -- this is a
10  prospective study followed women for a
11  long time, a lot of effort.  I'm sure a
12  lot of money went into this.  But
13  unfortunately, almost a quarter of the
14  women didn't answer the questionnaire.  So
15  there was a huge dropout of information,
16  and this was their attempt to save this
17  study by imputing data where it was
18  missing or contradictory.
19         And if you then look at their
20  corrected model, so you have to say we
21  agree that these are acceptable ways to
22  handle this, you're going to find a
23  positive association.
24         My issues with this paper is how
25  they went about dealing with the fact

Page 274

1
2  that, unfortunately, they lost such a
3  large number of patients.
4      Q.   And my question didn't ask you
5  anything about that.  So I'll move to
6  strike that answer.
7          They state on page 13:  Our
8  findings of a positive association between
9  genital talc use and ovarian cancer are
10 consistent with previous studies.
11         Do you disagree with the
12 authors' statement?
13     A.   I'm sorry, I just want to check
14 something.
15     Q.   Page 13, second paragraph.
16     A.   Page 13, second paragraph.
17         It starts with "The association
18 between genital talc"?
19     Q.   The second full paragraph:  Our
20 findings of a positive association between
21 genital talc use and ovarian cancer are
22 consistent with previous studies.
23         Do you disagree with the
24 authors' statement?
25     A.   Yeah, that's way too broad.

Page 275

1
2  It's consistent with some prior studies.
3      Q.   Okay.  But the authors make the
4  statement --
5      A.   You're asking me if I agree with
6  it.
7      Q.   And so you disagree?
8      A.   Yes.  I just said I think that
9  this is overly broad.  It is consistent
10 with some studies.
11     Q.   Okay.  That was the question.
12     A.   That was the answer.
13     Q.   And then it says:  Results from
14 the previous analysis suggest age 20 to 39
15 years may be a window of susceptibility
16 which is consistent with previous studies
17 that considered ages of use.
18         Do you also disagree with that
19 conclusion by the authors?
20     A.   Hold on one second.
21         (Witness reads document.)
22         I'm sorry, I have to go back to
23 answer your question whether the
24 association being small was my opinion or
25 theirs.  I just want to -- since we're in

Page 276

1
2  this section, the hazard of prospective
3  cohorts, so it's dealing with O'Brien
4  2021, indicated a positive albeit small
5  association.
6          So I just want to say the
7  opinion of that being small wasn't just my
8  own.  It was theirs as well.
9          So, to go to your next question.
10     Q.   Let me respond to that.
11         I asked you if the association
12 was weak.
13     A.   No, small.  They didn't say
14 weak, you're right.  They said small.
15     Q.   And you would just agree now
16 that they do state in 2024 that the
17 results in 2020 were small?
18     A.   Yes.
19     Q.   Okay.
20         But there was positive results,
21 correct?
22     A.   No.  No.  They're talking about
23 the -- now you're using another word
24 "positive," which they didn't say.
25     Q.   Okay.

Page 277

1
2      A.   It's that 1.08 was the not
3  statistically significant.  So they didn't
4  call it positive.  They just said it was
5  small.
6      Q.   They said a small risk?
7      A.   Right.
8      Q.   They didn't say it was negative
9  or a non-risk, did they?
10     A.   They said a small, and that's
11 the only way to describe it.
12     Q.   Okay, a small risk.  All right.
13         Let's go to the editorial that
14 accompanied the O'Brien 2024 study.  And
15 this was written by Dr. Harris.
16         Do you know where Dr. Harris --
17     A.   Can I get a copy of that?
18         (Holcomb Exhibit 25, Harris
19     article - 2024, was marked for
20     identification, as of this date.)
21 BY MS. THOMPSON:
22     Q.   Ready?
23     A.   No.  I'm trying to remember if
24 I've seen this before if it was on my
25 reliance list.

70 (Pages 274 - 277)

Page 278

1
2    Q.   Well, that was going to be my
3    question.
4        Have you seen this paper?
5        MS. DAVIDSON:  This is the
6    editorial that accompanied O'Brien 24?
7        MS. THOMPSON:  Correct.
8        MS. DAVIDSON:  This is the
9    editorial that was in the same
10   journal.
11       THE WITNESS:  But I don't
12   remember if I -- I don't think so.
13   BY MS. THOMPSON:
14   Q.   Okay.  Let's look at this paper.
15       The authors of this paper, the
16   first author is --
17       MS. DAVIDSON:  Wait a minute.
18   Do you want to read this?
19       Are you going to ask him
20   questions?
21   A.   If you're about to start asking
22   me questions.
23       MS. DAVIDSON:  So then why don't
24   we give him a minute.
25       MS. THOMPSON:  Okay.  We can go

Page 279

1
2    off the record.
3        MS. DAVIDSON:  Why don't we just
4    take our break.
5        MS. THOMPSON:  I'd rather move
6    on if it needs to be on the record.
7        MS. O'DELL:  Just a suggestion.
8        Dr. Holcomb, you stated there
9    was a 2017 ACOG document that you rely
10   on.  It's not on your materials list
11   but you rely on in this case.
12       During the break, if we're going
13   to take a little break, could you
14   provide that to us so we have an
15   opportunity to examine you on that
16   document?
17       THE WITNESS:  Okay.
18       MS. O'DELL:  If there is.  I
19   didn't see it on the list.  We haven't
20   seen it.  If there is something, we'd
21   like to explore it.
22       THE WITNESS:  I'll take a look
23   for it.
24       Are we taking a break now?
25       MS. O'DELL:  It's up to

Page 280

1
2    Margaret.
3        MS. THOMPSON:  Well, I feel like
4    we're in the middle of a topic area.
5    If it's only been 45 minutes, I'd
6    rather stay on.
7        MS. DAVIDSON:  But if he's going
8    to read it --
9        MS. THOMPSON:  He can read it,
10   it's only two pages.
11       MS. DAVIDSON:  Do you want him
12   to sit here and read it on the record?
13       MS. THOMPSON:  If that's what he
14   wants to do.
15       MS. DAVIDSON:  That's fine.
16       So I guess we're still on the
17   record.
18       THE WITNESS:  (Witness reads
19   document.)
20       Okay.  I'm ready.
21   BY MS. THOMPSON:
22   Q.   This paper was discussed in Dr.
23   Wolf's expert report, was it not?
24   A.   Possibly.  I don't remember.
25   Q.   She devoted a whole paragraph to

Page 281

1
2    this paper.
3        Did you see that?
4        MS. DAVIDSON:  Wait a minute.
5        MS. O'DELL:  Is there an
6    objection?
7        MS. DAVIDSON:  I just need to
8    think for a moment.
9        (Pause.)
10       MS. O'DELL:  You may answer the
11   question.
12       MS. DAVIDSON:  Plaintiff's
13   reports were due on the same day as
14   his report, right?  He wouldn't have
15   seen it before he submitted his
16   report.  The reports were due the same
17   day.
18       This is a trick question.
19       MS. O'DELL:  That was not the
20   question.
21       MS. DAVIDSON:  Okay.
22       Just it wasn't in the report,
23   the original Wolf report.
24   BY MS. THOMPSON:
25   Q.   Did you know that this editorial

71 (Pages 278 - 281)

Page 282

1
2  journal accompanied the article?
3     A.   No, I'm not familiar with it.
4        Well, now I'm familiar with it,
5  so yes.
6     Q.   Did you look -- Dr. Wolf's
7  expert report was on your amended reliance
8  list.  So you did see it, didn't you?
9     A.   I don't remember particularly
10  whether I saw it or not.
11     Q.   But you did see her third
12  amended expert report?
13     A.   Yes.
14     Q.   And this was discussed in that
15  report.  You don't remember seeing it
16  though, correct?
17     A.   I -- I don't remember if I saw
18  it or not.
19     Q.   Okay.
20        Wouldn't it be something that
21  would be important to you?
22     A.   I'm happy to discuss it now, if
23  you'd like.
24     Q.   That wasn't my question.
25        Wouldn't this, the discussion of

Page 283

1
2  this editorial in Dr. Wolf's expert
3  report, be something important to you?
4     A.   Editorials are someone's
5  statement of opinion.  If it's of
6  importance, not really.
7        My opinions are based on my
8  assessment of the literature, not
9  someone's opinions of the literature.
10     Q.   You didn't think it would be
11  worth reading?
12     A.   If you'd like to ask me more
13  questions about it, I'm happy to.
14     Q.   You did not think it would be
15  worth reading; is that correct?
16        MS. DAVIDSON:  Objection.
17  That's absurd.  He just said that he
18  didn't remember that it existed.
19        Like, you're just putting words
20  in his mouth and mischaracterizing his
21  testimony.
22  BY MS. THOMPSON:
23     Q.   Well, there were not very many
24  additions to Dr. Wolf's report, were
25  there, her amended report?

Page 284

1
2     A.   I don't remember how many there
3  were.
4     Q.   I believe there are two
5  paragraphs.
6        Okay.  We'll move on.
7     A.   I think that's a good idea.
8     Q.   All right.  I'll ask you some
9  questions on this.
10        And these authors are from
11  reputable institutions, correct?
12     A.   Let me check and see where
13  they're from.
14     Q.   Harvard School of Public Health,
15  University of Washington, Fred
16  Hutchinson's Cancer Center Seattle.
17     A.   Yes, I agree.
18     Q.   And these authors describe the
19  findings in the paper.  Going to the last
20  paragraph on the first page, the authors
21  state:  After accounting for potential
22  biases, O'Brien et al. report a
23  significant increase in ovarian cancer
24  risk for genital powder use with effect
25  estimates that are in the range with

Page 285

1
2  previous studies.
3        Is that what the authors of this
4  editorial conclude?
5     A.   Can you tell me where that comes
6  from again?  You were just reading from?
7     Q.   Last paragraph on the first
8  page.
9     A.   Yeah, that's what they state.
10     Q.   Okay.
11        And they also state the end of
12  that paragraph that:  Even with
13  misreporting of the exposure, i.e. genital
14  powder use in half the cases, a
15  significant increase in ovarian cancer
16  risk is still observed adding support to
17  the plausibility of a true association
18  between genital powder use and ovarian
19  cancer risk.
20        That's what these authors
21  conclude, correct?
22     A.   After stating "while the degree
23  of bias is unknown, the reader can make
24  their own assessment about the reasonable
25  range of realistic risk based on the

72 (Pages 282 - 285)

Page 286

1
2  misclassification scenarios provided.
3        So yes, after saying that each
4  reader can decide whether they think
5  there's a reasonable, they say with their
6  corrections, that leads to the conclusion
7  that you stated. After someone has
8  decided that those are reasonable. And I
9  assume they put that statement in there
10  for a reason.
11    Q.  I just asked you if that's what
12  the authors concluded.
13    A.  I just wanted to give a fuller
14  picture of what they were concluding
15  because you left out the statement right
16  before it.
17    Q.  I could have read the entire
18  paragraph. I'll be happy to read the
19  entire paper if you want me to.
20        Let's go to the takeaway.
21    A.  Sure.
22    Q.  I'll read the entire thing.
23        Or why don't you read the entire
24  thing?
25    A.  So, the takeaway of this

Page 287

1
2  editorial, this piece --
3    Q.  You can just read it, Dr.
4  Holcomb.
5    A.  (Reading) In the article that
6  accompanies this editorial, O'Brien et al.
7  use a variety of methods to address the
8  impact of bias on the association between
9  intimate care products and hormonal
10  related cancers, observing that genital
11  powder use and douching were each
12  associated with ovarian cancer risk even
13  after accounting for multiple bias
14  scenarios. Given that genital powder use
15  and douching are modifiable exposures,
16  potentially associated with a highly fatal
17  disease, these data suggest that people at
18  risk for ovarian cancer, particularly
19  those in their 20s and 30s, should be made
20  aware of the potential risk.
21    Q.  So the authors of this editorial
22  conclude in the takeaway that people at
23  risk for ovarian cancer, particularly
24  those in their 20s and 30s, should be made
25  aware of the potential risk of talcum

Page 288

1
2  powder use, correct?
3    A.  Yes. And I have to say this --
4  this really decreases my confidence in
5  their findings because based on one study
6  with imputed data because of missing
7  information, what they call assessing for
8  bias is only done mainly, and they say why
9  they're doing it. They say it's important
10  that we do this because there was
11  misclass -- there was contradictions,
12  people saying they were exposed and they
13  weren't, people saying they weren't
14  exposed and they were, and there was a
15  high amount of missing information. And
16  in fact, both of those situations were
17  more prominent in the group of women with
18  incident cancers, and so we had to make
19  these changes to address this.
20        And then they're saying off of
21  this data with these imputed scenarios
22  that you can decide are reasonable or not,
23  which they say, we should change practice
24  and start telling women about the risk of
25  talc based on this study.

Page 289

1
2        I completely disagree with that.
3        MS. THOMPSON: And I'll object
4  to that entire answer as being
5  non-responsive to any question,
6  because I just asked you what these
7  authors concluded.
8    Q.  Are you sure it's not that
9  you've lost confidence because they
10  disagree with you?
11    A.  I'm sorry, say this again?
12    Q.  Did you say you lose confidence
13  because they don't agree with Dr. Holcomb?
14    A.  I just clearly explained why I
15  disagreed with it.
16    Q.  Then say that's not correct?
17    A.  That's not correct. But you
18  told me that I did not answer the question
19  you wanted and then you went and asked me
20  the very next thing, and I'm sorry that I
21  jumped ahead, but I went and explained why
22  I didn't agree.
23    Q.  It wasn't the question I want.
24  It's the question I asked. So if you just
25  listen to the question and try --

Page 290

1
2    A.    And I'll wait for it.
3    Q.    And if you have something else
4  you want to add, you can do that when the
5  lawyer sitting next to you asks questions,
6  which she'll have the opportunity to do.
7    A.    Yes, ma'am.
8    Q.    I can assume that you have not
9  changed in your practice based on the
10  O'Brien 2024 paper or the editorial,
11  correct?
12    A.    No.
13    Q.    And you said you weren't aware
14  of any doctor, scientist that would advise
15  patients not to use talc, correct?
16    A.    I said I know of no GYN
17  oncologist that I work with or that I've
18  trained who do this.
19        Now, if an epidemiologist from
20  Fred Hutchinson's Cancer Center wants to
21  make recommendations on GYN oncology
22  practice or gynecology practice above the
23  recommendations of ACOG, 'cause ACOG
24  doesn't say to ask about talc use, then
25  that's fine.  But no, I -- I don't take my

Page 291

1
2  lead from a sole epidemiologist from one
3  cancer center, or even a group.
4    Q.    Let's look at these authors.
5        Are they relying on one study, a
6  sole cancer researcher from one center?
7  Is that your analysis of this study?
8    A.    They feel that this study is so
9  supportive of this concept that we should
10  change practice.
11        So no, I don't think that
12  they're making this decision just on this
13  one paper.  I have to assume that it's
14  just like I have my opinion based on the
15  summary of the data, they're making it on
16  a summary of the data as well.  But I'd
17  have to say I find that unreasonable given
18  the fact that I don't see the support
19  leading into this paper.  I walk into this
20  paper with a series of case-control
21  studies about which half of them find a
22  statistically significant association with
23  ovarian cancer and the other half don't,
24  and then a number of prospective studies
25  that all say that they weren't before you

Page 292

1
2  had to impute data from missing data.  And
3  so how you could walk out of that totality
4  of evidence saying start telling women
5  about the risk of talc, that's what I
6  disagree with.
7    Q.    But you will agree that there
8  are numerous references in the
9  epidemiological literature from many
10  authors that express their concern and
11  advise the public that women should be
12  informed, or did you not see any of those?
13    A.    I have to say even O'Brien 2024,
14  they -- they clearly state we are not
15  saying there's a causal relationship
16  between this and we are not implicating
17  any given substance in causing a cancer.
18  I mean, they go out of their way to say
19  this.
20        So when you say there's all
21  these -- people have done these studies,
22  no, I'm not aware and I think it would be
23  inappropriate for them to walk out of this
24  study and say you should change practice
25  on this -- or, you know, based on this.

Page 293

1
2        And O'Brien didn't say that in
3  their own.  They say look, we're not
4  saying that this is causal.
5        So when you -- when you say that
6  people should be made aware of their risk,
7  it's assuming that you've proven that
8  there's a risk from the use of this
9  substance, and you can say this study
10  found if you do these things we found
11  this.  That's not a statement of truth.
12  That's not saying we feel that there is a
13  causal relationship between talcum powder
14  use and ovarian cancer.  There still could
15  be confounders.
16    Q.    There's not even a chance that
17  there's a causal relationship, in your
18  mind?
19    A.    There's insufficient --
20        MS. DAVIDSON:  Objection.
21        THE WITNESS:  Sorry.
22        MS. DAVIDSON:  That's
23  mischaracterizing his testimony.
24        MS. THOMPSON:  I'm asking.
25

74 (Pages 290 - 293)

Page 294

1
2   BY MS. THOMPSON:
3       Q.   Is there even a chance?
4       A.   I'm saying that there's
5   insufficient evidence at this time to
6   reach this conclusion that talcum powder
7   contributes to or causes ovarian cancer.
8   I say a hundred percent I feel that the
9   data is insignificant -- inconclusive at
10  this point.  You could not make that
11  reasonable -- you can't reasonably make
12  that jump.
13      Q.   I want to ask the question
14  again, see if you can answer it.
15          Is there even a chance, in your
16  opinion, that talcum powder use could
17  cause ovarian cancer in some women?
18      A.   There is no --
19          MS. DAVIDSON:  I'm going to
20  object.  This question has been asked
21  and answered literally 30 to 35 times
22  today.  And I'm not sure why we're
23  doing it for a 36th.
24          MS. THOMPSON:  The record will
25  show that that's not true.

Page 295

1
2          MS. DAVIDSON:  If you want to go
3   ahead and do it again.
4   BY MS. THOMPSON:
5       Q.   I'll ask the question.
6       A.   I know the question.  I can
7   answer it.
8       Q.   Okay.
9       A.   There is no chance that you can
10  look at the totality of the evidence and
11  conclude that talcum powder, within a
12  reasonable degree of medical certainty,
13  caused somebody's ovarian cancer.  I don't
14  think that that's a reasonable thing.  I
15  don't think that anybody who looks at this
16  totality should come to that.  I think to
17  come to that conclusion, it would really
18  take a selective picking of the data to
19  come to that conclusion.
20      Q.   Let's ask that same question
21  with "could contribute," and would your
22  answer be the same?
23      A.   Same answer.
24      Q.   Let's go to the press release.
25          Well, these authors, Dr. Terry,

Page 296

1
2   Dr. O'Brien, Dr. Wentzensen, this isn't
3   the only study they published, is it?
4       A.   No.
5       Q.   All of those authors, and more
6   on that paper, have published numerous
7   studies on this topic, correct?
8       A.   Yes.
9       Q.   So they're not basing their
10  opinions on one study, are they?
11      A.   In my opinion, they're basing
12  their opinions on multiple studies that
13  suffer from very similar weaknesses.  And
14  yes, you can do the same thing over and
15  over again and it's not surprising that
16  you come to the same result.  If you
17  compare 24 case-control studies and then
18  throw in three, four cohort studies and
19  come out with this result and then you do
20  the same thing three years later and come
21  out with the same result or very similar,
22  it's not surprising.
23          And yes, it's not the first
24  paper they've written, but they're basing
25  their opinions on repeated rehashing of,

Page 297

1
2   to me, similar data with similar
3   weaknesses.
4       Q.   And looking at the literature as
5   a whole, there are dozens, if not
6   hundreds, of authors on these papers that
7   conclude that there's an association
8   between genital talcum powder use and
9   ovarian cancer, correct?
10      A.   They conclude in that paper --
11  in this -- yes, they're concluding in this
12  paper we did it.  But I want to go back
13  again to what O'Brien and -- they say.
14  Even those -- they say exactly what you're
15  saying.  They're saying in this study, we
16  find this.  And then go out of their way
17  to say we are not saying that there's a
18  causal relationship between talc and
19  ovarian cancer.  And I think they go out
20  of their way to say because they don't
21  want their words to be misused in
22  situations like this.
23      Q.   Okay.  That's just your opinion,
24  Dr. Holcomb.  There's nothing in the
25  article -- first of all, I didn't ask any

Page 298

1  question about that.  But second of all,
2  you wouldn't have any way of knowing what
3  these authors had in their mind as to what
4  would happen in a situation like this,
5  would you?
6      A.  I have no idea why they would
7  make the statement that there is no causal
8  relationship based on the studies.
9      Q.   Have you talked to any of these
10  authors?
11      A.  No.  I'm going just on the words
12  that they've written.
13      Q.  Or emailed any of these authors?
14      A.  I'm just going on what they
15  wrote.
16      Q.   Have you emailed NIH, NIEHS, or
17  any of these institutions where these
18  authors work?
19      A.   Their papers spoke for
20  themselves.  I didn't feel that there was
21  any additional information that I can get.
22  They clearly stated their materials and
23  methods.  They clearly stated their
24  background and rationale, their discussion
25

Page 299

1  sections.  There was no reason for me to
2  reach out to them.
3      Q.   Give me a name of an author that
4  you think agrees with you on this subject.
5          MS. DAVIDSON:  Objection.
6  BY MS. THOMPSON:
7      Q.   Any researcher, any scientist.
8          MS. DAVIDSON:  Objection.
9      A.   Okay.  We mentioned the Burke
10  study.
11          The white paper's not a study,
12  it's a review of the literature and comes
13  to the conclusion that says that there's
14  heterogeneity in the data and there's
15  insufficient evidence to suggest that
16  there's an association.
17          The author who wrote, you said
18  it's just an editorial board, but it's
19  an -- it's a --
20          (Phone interruption.)
21          THE WITNESS:  I'm sorry.
22          MS. DAVIDSON:  Do you need to
23  take that?
24          THE WITNESS:  I just need to see

Page 300

1      that it's not an emergency.
2          (Discussion held off the
3      record.)
4          THE WITNESS:  Sorry about that.
5  BY MS. THOMPSON:
6      Q.   So is it your opinion that Dr.
7  Burke believed that talc is safe?
8      A.   It is my opinion that -- I'm not
9  going to put words in Dr. Burke's mouth.
10  I believe that Dr. Burke believes that the
11  data is insufficient to conclude that
12  talcum powder -- I believe that Dr. Burke
13  disagrees with your experts.  I believe he
14  doesn't believe that the data supports an
15  association or a causal relationship
16  between talcum powder and ovarian cancer.
17      Q.   Does Dr. Burke actually state
18  that --
19      A.   He's the first author in a paper
20  that says this.  I wouldn't be first
21  author in a paper that made that statement
22  and I disagreed with it.
23      Q.   Well, Dr. Burke actually states
24  in the paper --

Page 301

1          MS. THOMPSON:  We marked Burke,
2  didn't we?
3      A.  Do you have the appendix?
4      Q.  I want to look at the paper
5  first.
6      A.   But the paper has one statement,
7  just like you said.  Because you didn't
8  go -- I know you didn't look at it because
9  you said it doesn't say anything about
10  talc, but if you go into the appendix,
11  they get into it deeper.  They go into the
12  meta-analysis.
13      Q.   Yeah, and we did find that.  And
14  so you can come back with what that
15  actually says.
16          It's your testimony that
17  represents the opinions of ACOG, correct?
18      A.   No, I didn't say that.
19          MS. DAVIDSON:  That's not what
20  he said.
21      A.   I said ACOG had members on this
22  group that was convened and it was
23  supported by, I believe, the CDC and SGO
24  had membership there, ACOG had membership,

76 (Pages 298 - 301)

Page 302

1
2  I didn't say that they spoke for the ACOG.
3      Q.   I'm sorry, I thought you were
4  using that as evidence that ACOG had a
5  position on talcum powder and ovarian
6  cancer.
7      A.   No.
8      Q.   So you will agree, though, with
9  Burke's paper the only thing that's stated
10  is, in the paper, our review found
11  heterogeneity in the studies on the use of
12  talcum powder and ovarian cancer risk.
13      Correct?
14      A.   Can you -- I've -- you're really
15  doing a disservice to the work they did
16  because they covered a lot of statements,
17  and what they did was they added these
18  appendicis to get into the meat of the
19  topics.  And you keep on going to the
20  superficial 10,000 foot view of this one
21  statement, and if you would once let's go
22  and see what they say after it, 'cause
23  they review all the data there and he says
24  what I'm saying.
25      MS. DAVIDSON:  Doctor, it's

Page 303

1
2      their deposition.  They don't want to
3      show it to you, it's fine.
4  BY MS. THOMPSON:
5      Q.   I could ask the questions.
6      A.   Okay.  I'm sorry, but it's like
7  you keep saying this and that's part of
8  the paper, the appendix is part of the
9  paper.
10      Q.   If you want to come back to it,
11  we can.
12      MS. DAVIDSON:  Is this a good
13      time for a break?  We can get you the
14      ACOG thing?
15      MS. THOMPSON:  Let's just finish
16      the O'Brien thing.
17  BY MS. THOMPSON:
18      Q.   Did you review the press release
19  from the American Society of Clinical
20  Oncologists that came out the same day as
21  the O'Brien paper?
22      A.   No.
23      Q.   Why not?
24      A.   No, I think I have seen that.  I
25  did see it.

Page 304

1
2      MS. THOMPSON:  Mark this as 26.
3      (Holcomb Exhibit 26, ASCO press
4      release May 15, 2024, was marked for
5      identification, as of this date.)
6  BY MS. THOMPSON:
7      Q.   And did you --
8      A.   I need to see it again.  Just
9  one moment.
10      (Pause.)
11      Q.   Since you've already read this,
12  I assume you don't need to re-read the
13  whole thing.
14      And ASCO, we determined, is the
15  American Society of Clinical Oncologists,
16  a respectable organization.
17      A.   Right.
18      Q.   And it describes the paper
19  published by O'Brien and colleagues,
20  correct?
21      A.   Yes.
22      Q.   And it actually interviews a
23  doctor that was not on the paper, correct?
24      A.   Are you talking about Fumiko
25  Chino?

Page 305

1
2      Q.   Yes.
3      A.   Yes.
4      Q.   And Fumiko Chino states:  This
5  study underscores the potential risks
6  associated with intimate care products,
7  particularly genital talc.  The evidence
8  adds to a growing body of literature that
9  suggests such products could contribute to
10  an increased risk of ovarian cancer,
11  especially among frequent users and those
12  using these products in their 20s and 30s.
13      Correct?  That's what Dr. Chino,
14  how Dr. Chino describes the study,
15  correct?
16      A.   Dr. Chino describes the study --
17  I have to say I found this really
18  interesting that out of all the experts,
19  they picked a radiologist oncologist.
20  Radiation oncology is almost never used in
21  ovarian cancer.  So it's strange -- yes,
22  this is what Dr. Chino says, who is
23  someone who does not treat, I can promise
24  you, ovarian cancer regularly because
25  radiation is not used in ovarian cancer.

77 (Pages 302 - 305)

Page 306

1
2        So yes, that's the statement of
3    this ASCO expert, but I'm not sure how he
4    became an expert in a disease that he
5    barely treats.  But yes.
6        Q.    Dr. Holcomb, I didn't ask you
7    anything about your impression of Dr.
8    Chino.  I just asked if that was what Dr.
9    Chino stated in this press release from
10    ASCO.
11        A.    That is what Dr. Chino stated.
12        Q.    Okay.  If we can just, kind of,
13    stick to the questions, we've got a better
14    chance of getting you out on time.
15        MS. DAVIDSON:  We're getting him
16    out at seven hours, regardless of
17    whether you like his answers or not.
18        MS. THOMPSON:  Well, then we'll
19    come back.
20    BY MS. THOMPSON:
21        Q.    And the takeaway from a official
22    press release from the American Society of
23    Clinical Oncologists, correct?
24        A.    Right.
25        Q.    That's what this is.  It's a

Page 307

1
2    official position in a press release of
3    the organization.
4        A.    Where is that?
5        Q.    Have you ever seen the ASCO
6    Perspective before?
7        A.    No, what you're saying this is
8    an official opinion of ASCO?
9        Q.    Yes.
10        A.    Where does it say that?
11        Q.    If you look at the website,
12    which you apparently didn't, their
13    Perspective, the ASCO Perspective --
14        A.    Right.
15        Q.    -- is a position statement by
16    ASCO.
17        A.    And -- and so the significance
18    of this is that this underscores the need
19    for further research and potential
20    reevaluation of these products' safety.
21    So this --
22        Q.    Let me ask the questions,
23    please, Dr. Holcomb.
24        MS. DAVIDSON:  Please don't
25    interrupt him.

Page 308

1
2        MS. THOMPSON:  Well, he just
3    started on something that there wasn't
4    even a question on the table.
5    BY MS. THOMPSON:
6        Q.    I asked if you knew if this was
7    a official statement by ASCO as to their
8    position.
9        MS. DAVIDSON:  If you want to
10    show him something what it means that
11    this paper says ASCO Perspective, feel
12    free to show that to him.
13        MS. THOMPSON:  I just asked him
14    if he knew.
15        A.    I would need to see that.
16        Q.    Okay.  I don't have it with me.
17        The main takeaway is:  Genital
18    talc was found to be positively associated
19    with the risk of ovarian cancer across
20    multiple scenarios even after adjusting
21    for potential reporting biases in its
22    classification.  The association was
23    particularly strong among women who used
24    talc frequently or especially during
25    periods of significant hormonal changes or

Page 309

1
2    reproductive activity.
3        So the ASCO perspective takeaway
4    is what I just read, correct?
5        A.    From what I can gather, this is
6    just a summary of the findings of a study.
7    I mean, when you're saying it's the ASCO
8    perspective, it is just what the authors
9    said.  They're just repeating back what
10    the authors said.
11        So I'm not sure in any way how
12    this is ASCO weighing in.
13        Q.    Does ASCO write a perspective
14    and do a press release on every paper
15    published in the journal?
16        A.    No.
17        Q.    So they singled out this paper
18    to make a statement on their perspective,
19    ASCO perspective.  It's not Dr. Chino's
20    perspective, correct?
21        A.    It -- what I'm arguing --
22        Q.    Is that correct?
23        A.    They have stated they're just
24    choosing.  They would think this is of
25    interest, I'm assuming.  I don't know why

78 (Pages 306 - 309)

Page 310

1
2  they chose this, but I don't believe they
3  chose it because they're saying as an
4  organization we agree with this study.
5  They clearly decided to publish it. They
6  think it would be of public interest and
7  of interest of scientists. They're in the
8  business of getting people to read their
9  journal.
10      This is a hot topic. I would
11  make a perspective about it too.
12     Q. So you don't think this ASCO
13  perspective is saying it agrees with the
14  O'Brien study?
15     A. No.
16     Q. Okay. Let's continue on then.
17     A. They're saying -- giving the
18  findings of the study. They're not making
19  a statement that they agree with it.
20      Show me where it says they agree
21  with it.
22     Q. (Reading) These findings
23  contribute significant insights into the
24  ongoing debate about the safety of
25  intimate care products and underscore the

Page 311

1
2  need for further research and potential
3  reevaluation of these products' safety.
4      You don't think that's making a
5  statement, ASCO is making a statement
6  there?
7     A. I don't think this is ASCO
8  saying that they think that talc causes or
9  is associated with ovarian cancer. I
10  think they say hey, here's an interesting
11  study. It adds important insights, more
12  research needs to be done.
13      More research on the topic would
14  not need to be done if this was such a
15  definitive study showing that talc use,
16  particularly in women in 20s and 30s, so
17  you -- you gave me before a opinion piece
18  where the person reads the study and says
19  hey, doctors need to start speaking to
20  patients about that. These -- this piece
21  says we need to do more research.
22     Q. Okay. Let's keep on then if you
23  still don't think this is a statement by
24  ASCO.
25      MS. DAVIDSON: Objection to the

Page 312

1
2     editorializing.
3  BY MS. THOMPSON:
4     Q. It goes on to say: A new study
5  published today in the Journal of Clinical
6  Oncology provides compelling evidence that
7  genital talc use is associated with an
8  increased risk of ovarian cancer.
9      You don't think it's a statement
10  by ASCO?
11     A. I guess it depends what you mean
12  by "compelling."
13      Is it interesting? I found it
14  very interesting. I thought it was
15  compelling, not that I was compelled to
16  believe what they were saying, but it's
17  sort of like how do you handle missing
18  information in a study? What can be done
19  when the study's been weakened by 25
20  percent of the people not asking? And you
21  may want to call it bias analyses, but it
22  was done for a reason. It was done and
23  they say themselves why they did this
24  study, why all these things -- because
25  keep in mind, without the corrections,

Page 313

1
2  there was no increased risk of ovarian
3  cancer --
4     Q. 50 percent --
5     A. There was no increased risk.
6  I'm saying there was no statistically
7  significant increased risk. In fact, it
8  looked very much like the original Sister
9  Study. There was a slight increased risk
10  from then, but no statistically
11  significant increased risk for ever users
12  versus non-users.
13      And then they say we have to do
14  these special things, these scenarios to
15  make up for the fact that we're missing so
16  much data and the number of women with
17  incident cancers is overrepresented in
18  this undefined group.
19      Now you want to sell it as well,
20  this is all about just a bias analyses.
21  But we know why you did these analyses.
22  If you had had -- when Gates updated
23  Gertig, 95 percent of the people answered
24  the question there. They had no reason to
25  do imputing data because people answered.

79 (Pages 310 - 313)

Page 314

```
1
2   They asked people before they got the
3   disease, so they didn't have to have
4   question of whether there was going to be
5   recall bias.
6          These folks did a couple of
7   things differently. I understand it's
8   compelling, it's interesting, but they
9   introduce recall bias by asking people
10  again, unsurprisingly they got
11  contradictions and then they had a huge
12  amount of missing data. And I'm just
13  saying from my opinion overall, this one
14  study can never be something that you
15  weigh that heavily. It's really
16  interesting and I find it compelling in
17  that way, but it is really to me a -- and
18  I'm sure you probably have epidemiologists
19  to discuss this further, but it's a, you
20  know, an attempt to try to salvage a study
21  where you lost a lot of information.
22  Q.   Are you finished?
23  A.   I am.
24       MS. THOMPSON:  I'll object to
25  everything in that answer as not being
```

Page 315

```
1
2   responsive to the question.
3        But I'll ask another question.
4   Q.   Does compelling mean interesting
5   to you in the scientific and medical
6   world?
7   A.   I think in this case, they're
8   saying this is compelling in that it
9   showed a increased risk if you do these
10  things. Whether they're saying -- you
11  take ASCO's statement here to say we as an
12  organization agree with this. Because I
13  think it would be followed by some
14  statement like the opinion piece. I think
15  the opinion piece that you did, the
16  editorial, was someone saying, I believe
17  this, I believe this and I think there
18  should be an action attached to this.
19       ASCO is saying, We need more
20  research. And so yes, they're compelled,
21  not compelled to a point of saying we need
22  to change and start speaking to people
23  about the risk of talc. We just should be
24  compelled to do more research.
25  Q.   Dr. Holcomb, I'm trying not to
```

Page 316

```
1
2   interrupt you.
3   A.   I'm sorry.
4   Q.   But we're also not -- can't
5   finish if an answer to a yes-or-no
6   question runs on for five, ten, fifteen
7   minutes. So it's in your best interests,
8   as to all of us --
9   A.   I don't think any of my answers
10  have run even close to five minutes.
11       MS. DAVIDSON:  That's correct.
12  I was about to say that.
13       Is it time for a break?
14       MS. THOMPSON:  Let me finish
15  with one document, please.
16  BY MS. THOMPSON
17  Q.   Okay.  Let's go on.
18       The extensive analysis, and this
19  is ASCO now talking, this isn't the
20  authors, is it?  Is it the authors of the
21  paper?
22  A.   No, ma'am.  No.
23  Q.   Okay.
24       This extensive analysis --
25  A.   Can you show me where you are?
```

Page 317

```
1
2   Q.   The second page top, right after
3   "compelling," which to you means
4   interesting.
5        (Reading) This extensive
6   analysis part of the Sister Study cohort
7   revisits the association between intimate
8   care products and cancer incorporating
9   rigorous adjustments for biases that might
10  have affected earlier studies.
11       That's what ASCO concludes from
12  the study, correct?
13  A.   I'm not sure -- I have to go
14  back and find out what ASCO perspectives
15  are. I apologize. I don't know if this
16  is a statement on the part of ASCO.
17       Was this written by one person?
18  I -- I don't know what this means.
19       I disagree with that statement.
20  Rigorous adjustments, I'm not sure what
21  they mean by rigorous.
22  Q.   Okay.  Let's just move on.
23       In this paper, it mentions that
24  ASCO is supported by the research program
25  at National Institute of Environmental
```

80 (Pages 314 - 317)

Page 318

1
2  Health Sciences and National Institutes of
3  Health at the bottom of that page,
4  correct?
5     A.   Yes.
6     Q.   And the key findings are that
7  genital talc use or douching weren't
8  associated with breast and uterine cancer,
9  correct?
10       Under "Key Findings."
11       No association with breast and
12  uterine, correct?
13     A.   Yes.
14     Q.   But under "Key Findings," there
15  was persistent positive association
16  between genital talc use and ovarian
17  cancer with the highest risk observed in
18  frequent and long-term users.
19       That's what ASCO says in this
20  perspective, right?
21     A.   Yes.  With the --
22     Q.   And released to the press --
23     A.   Yes.
24     Q.   -- as an ASCO statement,
25  correct?

Page 319

1
2     A.   Correct.
3     Q.   All right.
4       MS. DAVIDSON:  Now?
5       MS. THOMPSON:  I have one more
6  O'Brien exhibit.
7       MS. DAVIDSON:  Can we do that
8  after the break?
9       MS. THOMPSON:  Yeah, we can
10  wait.
11       MS. O'DELL:  Let's take a
12  five-minute break.
13       MS. DAVIDSON:  Thank you.
14       (Recess taken.)
15       MS. THOMPSON:  So, we've been
16  trying to accommodate your schedule --
17       THE WITNESS:  Thank you,
18  appreciate it.
19       MS. THOMPSON:  -- Dr. Holcomb,
20  but we were going to take a five
21  minute break and it's been over 30
22  minutes.  I just want that to be on
23  record.
24       MS. DAVIDSON:  We've been gone
25  30 minutes?

Page 320

1
2       MS. O'DELL:  You've been gone 32
3  minutes.
4       MS. THOMPSON:  You brought two
5  documents in after the break.
6       MS. DAVIDSON:  Really?
7       THE WITNESS:  What time did we
8  leave?
9       MS. THOMPSON:  2:36.
10       THE WITNESS:  I apologize.
11       MS. DAVIDSON:  Well, I had
12  someone print those.  I guess it took
13  longer than I thought.
14       MS. THOMPSON:  We'll mark this
15  2017 ACOG document titled "Talc Use
16  and Ovarian Cancer."
17       (Holcomb Exhibit 27, ACOG Talc
18  Use and Ovarian Cancer - September 11,
19  2017, was marked for identification,
20  as of this date.)
21       MS. THOMPSON:  And the
22  Exhibit 28 will be ACOG titled
23  "Ovarian Cancer."
24       (Holcomb Exhibit 28, ACOG
25  Ovarian Cancer Frequently Asked

Page 321

1
2  Questions, was marked for
3  identification, as of this date.)
4  BY MS. THOMPSON
5     Q.   Dr. Holcomb, Exhibits 27 and 28,
6  those are the correct numbers of those,
7  are documents that you produced to us
8  after the break, correct?
9     A.   Correct.
10       MS. THOMPSON:  Let's mark 29 --
11       MS. DAVIDSON:  And I'll get you
12  a revised materials considered list
13  just so everything is correct.
14       (Holcomb Exhibit 29, Government
15  of Canada Screening Assessment
16  Environment and Climate Change Canada
17  April 2021, Bates P1.00000272.0001-071,
18  was marked for identification, as of
19  this date.)
20  BY MS. THOMPSON:
21     Q.   Dr. Holcomb, are you familiar
22  with the document that was just marked
23  Exhibit 30, the final assessment of Health
24  Canada?
25     A.   Yes.

81 (Pages 318 - 321)

Page 322

1
2    Q.    And when you were deposed in
3  2019, there was only a draft assessment,
4  correct?
5    A.    Yes.
6    Q.    Would you agree that Health
7  Canada performed a comprehensive review of
8  the issue of talcum powder use and ovarian
9  cancer?
10      MS. DAVIDSON:  Objection.
11    A.    Yes, it seemed to be pretty
12  comprehensive.
13    Q.    There are 250 references,
14  correct?
15    A.    Mm-hm.
16    Q.    It's peer-reviewed; is that
17  correct?
18    A.    I don't -- I don't know,
19  actually.
20    Q.    You don't have to look at it.
21  I'll represent that it is.
22    A.    Peer-reviewed by who?
23    Q.    You can just say you don't know.
24    A.    No, you just made a claim that
25  it was peer-reviewed.  I'm asking who

Page 323

1  reviewed this.
2    Q.    If you will turn to page 2, the
3  first full paragraph:  The human health
4  portion of this assessment has undergone
5  external peer review.
6    A.    By who?
7    Q.    I'm just asking you does the
8  document say it --
9    A.    Yes.
10    Q.    -- underwent an external peer
11  review?
12    A.    It does mention it went through
13  a peer review without mentioning who the
14  peers are.
15    Q.    And in that third paragraph on
16  page 1, the screening assessment includes
17  a consideration of information on chemical
18  properties, environmental fate, hazards,
19  uses and exposures, including additional
20  information submitted by stakeholders.
21      Are you aware that Johnson &
22  Johnson submitted information to Health
23  Canada after the initial assessment for
24  them to consider?

Page 324

1
2    A.    I'm not aware.
3    Q.    And you disagree with the
4  conclusions of Health Canada; am I
5  correct?
6    A.    Yes.
7    Q.    We're going to move to Ms.
8  Gallardo.  If you want to turn in your
9  report to page 29.
10    A.    Yes.
11    Q.    And that's where your discussion
12  begins, correct?
13    A.    It does.
14    Q.    Describe to me the process that
15  you underwent in evaluating Ms. Gallardo's
16  case in terms of whether talcum powder
17  could contribute to her ovarian cancer
18  diagnosis.
19    A.    So, given the fact that my
20  opinion from the general causation is that
21  talcum powder doesn't cause ovarian cancer
22  in any person, my evaluation of Ms.
23  Gallardo was limited to understanding her
24  history, so reading through the medical
25  records to find out how she presented, how

Page 325

1
2  she was diagnosed, but to really focus in
3  on what risk factors, established risk
4  factors, either things that increased her
5  risk or things that were generally
6  accepted to decrease her risk were
7  present.
8    Q.    How many cases would you
9  estimate that you've reviewed in this
10  litigation, plaintiff cases?
11    A.    Two, I believe.  This is the
12  second.
13    Q.    Did you review only one
14  plaintiff in the Ingham trial?
15    A.    That's all I remember.
16    Q.    Can you envision any plaintiff
17  whose history would cause you to determine
18  that talcum powder was a contributing
19  cause of her cancer?
20    A.    I don't believe -- no, I don't
21  believe talcum powder contributes to the
22  risk of ovarian cancer.
23    Q.    So regardless of who the
24  plaintiff is, you would not be of an
25  opinion that talcum powder use could

82 (Pages 322 - 325)

Page 326

1
2  contribute to her ovarian cancer, correct?
3      A.   That's correct.
4      Q.   I believe you testified that Ms.
5  Gallardo did not have any other known risk
6  factors --
7      A.   I testified?
8      Q.   Sorry.  You included in your
9  report that she did not have any other
10  risk factors.
11      A.   No, I didn't say that.
12      Q.   Her reproductive history did
13  not -- she did not have any risk factors.
14      A.   Do you consider --
15          MS. DAVIDSON:  Hold on.
16          If you're reading from his
17      report, can you just make sure --
18          MS. THOMPSON:  Let's go.
19          THE WITNESS:  Yeah.
20  BY MS. THOMPSON:
21      Q.   What risk factors did you
22  identify in Ms. Gallardo?
23          Let's ask it another way.
24          MS. DAVIDSON:  Perfect.  I won't
25      object to that.

Page 327

1
2      A.   So let me just go through, okay.
3          So, she had used hormone
4  replacement therapy, which is associated.
5  She --
6      Q.   Let me ask a question.
7      A.   Yes.
8      Q.   Is combined hormonal therapy
9  associated with an increased risk of
10  ovarian cancer?
11      A.   I'd have to go back and check to
12  see if combined as well.
13      Q.   Are you aware of studies that
14  show that progesterone and combined
15  estrogen therapy is actually a protective
16  factor for ovarian cancer?
17      A.   Well, progesterone and oral
18  contraceptives in general are protective.
19  But I don't know if what you're asking me
20  is the case, that in combined hormone
21  replacement that is protective.
22      Q.   So you're not aware of any
23  studies that show that combined menopausal
24  hormone replacement actually results in a
25  decreased risk of ovarian cancer?

Page 328

1
2          MS. DAVIDSON:  Objection.
3          If you're referring to a
4      specific study, please identify it.
5          MS. THOMPSON:  I'm just asking
6      if he's seen any studies.
7      A.   I'm not aware of any particular
8  studies.
9      Q.   All right.
10          Did you finish your answer about
11  whether she had other risk factors?  Let's
12  go back.  I think I may have interrupted
13  you there.
14      A.   So, she also had a finding of
15  endosalpingiosis on her surgical
16  pathology, and that has been mentioned as
17  something that increases your risk of
18  ovarian cancer as well.
19          Let me just make sure I've
20  gotten --
21      Q.   You're of the opinion that
22  endosalpingiosis increases the risk of
23  ovarian cancer?
24      A.   I'm saying it's been shown.  If
25  you're asking me -- I'm looking at all

Page 329

1
2  things that somebody mentioned in the
3  literature, and that was one of the
4  things.
5      Q.   Do you have a reference for
6  that?
7      A.   I do.  It's in my report, but I
8  can find it for you.
9          It's 160, so it's Hermens et
10  al., Increased association of ovarian
11  cancer in women with histological proven
12  endosalpingiosis, Cancer Epidemiology
13  2020.
14      Q.   Okay.
15          Anything else?
16      A.   I mean, it's generally a
17  disease, epithelial ovarian cancer is a
18  disease of postmenopausal women.  She's a
19  couple of years younger but in the age
20  range of when you'd expect to see
21  epithelial ovarian cancer.
22          As far as her genetic risks, I
23  don't -- I can't really speak to that.
24  She's not shown to have any cancer
25  predisposition syndromes that have been

83 (Pages 326 - 329)

Page 330

1
2  proven, but as my report states, the
3  testing she had then is not as extensive
4  as what we would do now.
5      Let me see if there was anything
6  else.
7      Let's see. She has one child.
8  She breastfed, but only for, like, six
9  weeks. So it's hard to know if it had an
10 impact -- breast-feeding can help to
11 decrease your risk of ovarian cancer. I'm
12 not sure if six weeks of breast-feeding
13 would do that.
14     I think that's about it.
15 Q.    You do agree that ovarian cancer
16 is multifactorial, correct?
17     MS. DAVIDSON: Objection.
18 A.    I don't know what you mean by
19 "multifactorial."
20 Q.    You've never seen descriptions
21 of ovarian cancer as being a
22 multifactorial cancer that's caused by
23 many factors typically?
24     MS. DAVIDSON: Objection.
25 A.    I -- I don't know -- as a GYN

Page 331

1
2  oncologist, I don't know what causes
3  ovarian cancer. Outside of genetic
4  predisposition syndromes.
5      We can talk about things that
6  are associated with risk, but to say that
7  something is multifactorial suggests that
8  you know multiple things that cause it.
9  Q.    And you'd agree that not all
10 women even with a BRCA1 or 2 mutation get
11 ovarian cancer?
12 A.    No.
13 Q.    And you --
14 A.    I do agree.
15 Q.    And you've never seen any
16 literature that say even women with BRCA
17 mutation have to have some other factor
18 contributing that causes them to get
19 ovarian cancer?
20 A.    Can you repeat --
21     MS. DAVIDSON: Objection;
22 misstates his testimony.
23 A.    If you could just repeat.
24     MS. THOMPSON: What was the
25 objection? I'm sorry?

Page 332

1
2      MS. DAVIDSON: You're misstating
3  his testimony.
4      MS. THOMPSON: I don't think I
5  stated his testimony, but let's ask
6  the question again.
7  A.    Could you restate the question?
8  Q.    You agree that not all women
9  with BRCA1 or 2 mutations get ovarian
10 cancer, correct?
11 A.    I agree.
12 Q.    And have you seen literature
13 that states that women with BRCA1 or 2
14 mutations have to have something else that
15 contributes to their development of
16 ovarian cancer?
17 A.    No.
18 Q.    Never seen literature to that
19 effect?
20 A.    That someone has to have when
21 you say "something else," I'm assuming you
22 mean that there's another causative agent
23 of ovarian cancer that has to interact
24 with BRCA to cause ovarian cancer.
25 Q.    Yes.

Page 333

1
2  A.    No.
3  Q.    Never seen any literature to
4  that effect?
5  A.    No.
6      MS. THOMPSON: Is that funny,
7  Jessica?
8      MS. DAVIDSON: I didn't laugh.
9      MS. THOMPSON: Yes, you did.
10     MS. DAVIDSON: Actually, you've
11 laughed multiple times in this
12 deposition.
13     And I don't even know what
14 you're taking about.
15     MS. THOMPSON: Well, it's not
16 my --
17     MS. DAVIDSON: You're laughing
18 right now.
19     I didn't know that we were
20 starting to put people's expressions
21 on the record.
22     MS. THOMPSON: Well, when you're
23 laughing at a question of mine --
24     MS. DAVIDSON: I'm not laughing
25 at all.

84 (Pages 330 - 333)

Page 334

1
2    MS. THOMPSON:  -- I don't
3    appreciate it.
4    MS. DAVIDSON:  Okay.
5    BY MS. THOMPSON:
6    Q.   Are you assuming then that there
7    is one and only one cause of a woman's
8    ovarian cancer?
9    A.   I don't know --
10    MS. DAVIDSON:  Objection.  That
11    also misstates his testimony.
12    A.   Yeah.
13    MS. THOMPSON:  I'm asking the
14    question.  I didn't say anything about
15    what his testimony was.
16    MS. DAVIDSON:  Well, you say
17    "are you assuming," then suggesting
18    that based on what you just --
19    BY MS. THOMPSON"
20    Q.   You can answer the question, Dr.
21    Holcomb.
22    A.   I don't know of any other
23    causative agents of ovarian cancer other
24    than genetic mutations.
25    Q.   Okay.

Page 335

1
2    So in your opinion, a genetic --
3    a deleterious genetic mutation is the only
4    factor that you could say causes ovarian
5    cancer?
6    A.   That's true.
7    Q.   Is it the only factor that could
8    contribute to a woman's development of
9    ovarian cancer?
10    MS. DAVIDSON:  Objection.
11    A.   Can contribute?
12    Q.   Could contribute, yes.
13    A.   Just by nature of the fact that
14    women without genetic mutations get
15    ovarian cancer, yes, there must be other
16    things that can contribute to the risk of
17    ovarian cancer.
18    Q.   What would those be?
19    A.   I don't know what they are.  I
20    just know what things are associated with
21    the risk of ovarian cancer.  But you're
22    asking about causality, I'm assuming.
23    Q.   I'm asking if there's anything
24    other than a mutation that you could
25    identify as a contributing cause to a

Page 336

1
2    woman's development of ovarian cancer.
3    MS. DAVIDSON:  Objection; asked
4    and answered.
5    A.   Yeah, I -- nothing further from
6    what I've already explained to you.
7    Q.   And so I'm confused.  What was
8    the answer that you gave?
9    A.   I said that I'm aware of things
10    that are risk factors, but how those risk
11    factors tie into contributing to ovarian
12    cancer I don't think it is not known.
13    Q.   Okay.
14    So there could be other risk
15    factors, but none of those you would
16    identify as a contributing cause.  Am I
17    understanding that correctly?
18    A.   You keep on saying cause and I'm
19    spraying risk factors from cause.
20    So for me, for something to
21    contribute, it has to have a explanation
22    of how it causes, along with something
23    else.  So I can say that early menarche or
24    late menopause is associated with an
25    increased risk.  How that causes ovarian

Page 337

1
2    cancer I don't know.
3    Q.   Do you mean that somatic
4    mutations can cause ovarian cancer?
5    A.   Yes.
6    Q.   What would be an example?
7    A.   A somatic BRCA mutation.
8    Q.   Do you believe that
9    environmental agents of any type can cause
10    somatic mutations?
11    A.   I don't know of any
12    environmental exposures that have been
13    shown to be genotoxic.
14    Q.   What about asbestos?
15    A.   You asked that earlier and I
16    said I'm not aware of how asbestos causes
17    genotoxicity.
18    Q.   You agree that Ms. Gallardo, I
19    think you testified earlier, according to
20    her deposition, used daily genital powder
21    for 20 years, correct?
22    A.   That's what she reports, yes.
23    Q.   And would you agree that that's
24    approximately 7,300 applications?
25    MS. DAVIDSON:  Objection.

85 (Pages 334 - 337)

Page 338

1
2      A.   I don't know how many times she
3   used it a day.
4      Q.   So it could be more than that if
5   she used it more than once a day?
6      A.   I guess.
7      Q.   But if you multiply once a day
8   for 20 years, I believe it would come out
9   to something around 7300?
10      A.   If you want me to do the
11   calculation, I can.
12      Q.   No.
13          Does that sound right?
14      A.   I have no idea, honestly.  I'd
15   have to do the calculation.  You might be
16   better at math than I am.  I can't do that
17   one in my head.
18      Q.   Okay.
19          And it's your opinion that --
20   fibroids are not related to ovarian
21   cancer.  Do you have an opinion as to
22   whether fibroids are related to ovarian
23   cancer?
24      A.   I don't believe they are.
25      Q.   An endometrial polyp is not

Page 339

1
2   related to ovarian cancer?
3      A.   I don't believe it is.
4      Q.   Did you see any record in Ms.
5   Gallardo's case of a history of --
6      A.   Can I go back and clarify what I
7   just said about an endometrial polyp?
8   'Cause you didn't specify what's in the
9   polyp.
10      Q.   A benign endometrial polyp.
11      A.   Yes, I agree.
12      Q.   That was a good correction.
13          Ms. Gallardo had no history of
14   endometriosis in her medical records,
15   correct?
16      A.   That is correct.
17          I would just like to say,
18   though, that most women with endometriosis
19   have no record of endometriosis.  It's a
20   histologically confirmed diagnosis.  So
21   she has none -- I know of no search for it
22   before.
23      Q.   And did she have any histologic
24   confirmation of endometriosis in her
25   medical record?

Page 340

1
2      A.   In her medical record, no.
3      Q.   Did she have any family history
4   that would place her at a higher risk of
5   ovarian cancer, that you're aware of?
6      A.   Her family history, other than
7   renal cell carcinoma which can be part of
8   Lynch syndrome, but the multiple myeloma,
9   not that I'm aware of.
10      Q.   And Ms. Gallardo --
11          MS. DAVIDSON:  I believe he was
12      in the middle of a sentence.
13      A.   Yeah, the -- the multiple
14   myeloma and the other -- I forgot the
15   other --
16      Q.   Was she tested for Lynch
17   syndrome on her gene panel?
18      A.   She was.
19      Q.   So we can rule out Lynch
20   syndrome, correct?
21      A.   Yes.
22      Q.   And she did have genetic
23   testing, correct?
24      A.   She did.
25          MS. THOMPSON:  Let's go ahead

Page 341

1
2   and mark this.
3          (Holcomb Exhibit 30, GeneDx
4   report 3/4/2014, Bates
5   GALLARDO_ANNA_DRMUTCH_00001-004, was
6   marked for identification, as of this
7   date.) Oncology genetic test report,
8   Bates.
9   BY MS. THOMPSON:
10      Q.   Her genetic testing was
11   performed in 2014, correct?
12      A.   Yes.
13      Q.   And this was an eleven-gene
14   panel from Onco GeneDx.
15          Are you familiar with that
16   genetic testing company?
17      A.   I'm familiar with the company,
18   yes.
19      Q.   And Dr. Mutch, her primary
20   oncologist, GYN oncologist, ordered the
21   genetic testing, correct?
22      A.   This says David Mutch ordered
23   it.
24      Q.   And do you know Dr. Mutch?
25      A.   Not personally, but I know of

86 (Pages 338 - 341)

Page 342

1
2  him.
3      Q.    And the results were described
4  as negative, correct?
5      A.    Yes.
6      Q.    No reportable variants were
7  detected by the sequencing in any of the
8  genes on this panel, correct?
9      A.    Yes, that's correct.
10         This is a endometrial cancer
11  panel.
12     Q.    Was that an appropriate panel to
13  order by Dr. Mutch?
14     A.    Well, seeing that the woman had
15  ovarian cancer, I would think he would
16  choose an ovarian cancer panel.
17         And I don't know if GeneDx's
18  ovarian cancer panel at the time had the
19  genes that I feel are missing from her
20  assessment.
21     Q.    Can you think of any reason Dr.
22  Mutch would have ordered a panel that
23  didn't include the genes that he would be
24  worried about with an ovarian cancer?
25         MS. DAVIDSON:  Objection.  This

Page 343

1
2      just calls for speculation.
3      A.    I have no idea why Dr. Mutch
4  ordered a endometrial cancer panel for an
5  ovarian cancer patient.
6      Q.    Okay.
7         Do you know if there's any
8  difference between the endometrial cancer
9  panel and an ovarian cancer panel in 2014
10  with this company?
11     A.    I don't know.
12     Q.    Okay.
13         Do you have any evidence that
14  Ms. Gallardo had a genetic cause of her
15  ovarian cancer?
16     A.    Any evidence saying she did?
17  No.  As I mentioned, it's just not
18  complete.
19     Q.    And you stated in your report
20  that her genetic testing does not rule out
21  a hereditary cause of her ovarian cancer,
22  correct?
23     A.    That's true.
24     Q.    Could you say to a reasonable
25  degree of medical certainty that she does

Page 344

1
2  have a hereditary cause regardless of the
3  gene testing?
4      A.    I'm sorry, repeat the question
5  again.
6      Q.    Could you say to a reasonable
7  degree of medical certainty that she has a
8  hereditary cause for her ovarian cancer?
9      A.    No.  I would just say she needs
10  to be tested for it.
11     Q.    Okay.
12         And it would be unlikely that
13  she has a deleterious variant on her
14  retesting?
15     A.    Well, 15 to 20 percent of
16  ovarian cancers are thought to be due to
17  genetic predisposition syndromes now.  So
18  I guess it depends on your definition of
19  "unlikely."  That's high enough for it to
20  be recommended that every woman with
21  epithelial ovarian cancer gets a genetic
22  panel for ovarian predisposition
23  syndromes.
24     Q.    And how many of those 15 to 20
25  percent are BRCA1 and 2?

Page 345

1
2      A.    That accounts for probably 60 or
3  70 percent.
4      Q.    And Lynch added to that?
5      A.    Yeah.
6         Actually, I -- let me go back to
7  my report 'cause I think I address the
8  numbers 'cause I think I get into it.
9         Can I go back to the beginning?
10  Because I don't remember the exact numbers
11  off the top, but I can go back and tell
12  you.
13         Well, actually, I don't put the
14  numbers down.
15         I'm not exactly sure.
16     Q.    The majority would be covered
17  with BRCA and Lynch of the 15 to 20
18  percent.
19         Would you agree with that?
20     A.    I would agree.
21     Q.    Turn to page 33.
22     A.    Of?
23     Q.    Of your report.
24     A.    My report.
25     Q.    Sorry.

Page 346

1
2      And the last paragraph on that
3  page, you make the statement midway
4  through the last paragraph on the page:
5  Dr. Wolf's report suffers from several
6  logical fallacies, the most severe of
7  which is the belief that all cancer must
8  have an identifiable cause.
9      My first question is did you
10  write that sentence?
11  A.   I did.
12  Q.   I had never seen "suffers from
13  logical fallacies" in any kind of medical
14  statement.  That's why I was asking.
15      Where does Dr. Wolf state that
16  she believes that all cancer must have an
17  identifiable cause?  Where in her report?
18  A.   I'd have to go back through her
19  report again.
20  Q.   Because that's not cited.
21  A.   Okay.
22      Which --
23  Q.   It's Exhibit 9.
24  A.   Let me go back, sorry.
25      (Pause.)

Page 347

1
2  Q.   I'll represent that Dr. Wolf
3  does not state that cancer must have an
4  identifiable cause.
5      Do you want to continue looking?
6  A.   Yeah, I don't remember her
7  saying that specifically.  I was, I think,
8  making an overall assessment that she
9  seemed to, in my opinion, feel like the
10  fact that there was no identifiable cause
11  as a support for the fact that talc must
12  cause it, and I just assumed that someone
13  must believe that there must be a cause if
14  you then say well, there's no, you know,
15  known causes here, it must be this.  I
16  assume that means you believe there has to
17  be an identifiable cause.  But I don't
18  remember her saying in one sentence.  It
19  was my deduction from her reasoning.  It
20  was my interpretation of her reasoning.
21  Q.   So you just guessed that Dr.
22  Wolf believed that all cancer must have an
23  identifiable cause and that was a logical
24  fallacy without being able to point me to
25  anything that she states in her report

Page 348

1
2  that would support that?
3  A.   Like I said --
4      MS. DAVIDSON:  Excuse me.  I'm
5  going to object.  That is a gross
6  mischaracterization of his testimony.
7  BY MS. THOMPSON
8  Q.   Okay.
9      Tell me what in her report --
10      MS. DAVIDSON:  He said it was a
11  deduction, and you said it was a
12  guess.
13  BY MS. THOMPSON:
14  Q.   Okay.
15      Are deduction and guess don't
16  mean the same thing?
17      MS. DAVIDSON:  No, they don't.
18  A.   No.
19  Q.   All right.
20      MS. O'DELL:  Object to form,
21  please.
22  BY MS. THOMPSON:
23  Q.   What was the deduction based on?
24  A.   My interpretation for her
25  reasoning was if I can't identify a

Page 349

1
2  specific risk factor that I think caused
3  this ovarian cancer, that talc is then a
4  likely cause because there has to be --
5  and that becomes my interpretation that
6  says well, then there must be an
7  explanation.
8  Q.   I'm just looking for anything in
9  her report that you could point to me that
10  would allow you to deduce that.
11      And you're calling it a severe
12  logical fallacy, which is a pretty brash
13  characterization of her testimony, or her
14  report, in my opinion.
15      Would you like to have someone
16  say you made a -- you suffered from
17  logical fallacy?
18      MS. DAVIDSON:  Is that a
19  question you're actually asking?
20      MS. THOMPSON:  Yeah.
21  BY MS. THOMPSON:
22  Q.   Would you like someone to say
23  that?
24  A.   That's not --
25      MS. DAVIDSON:  I'm going to

88 (Pages 346 - 349)

Page 350

1
2    object to that question. I think
3    that's not relevant to his opinions.
4        But if you want to answer it,
5    you can.
6    BY MS. THOMPSON:
7    Q. I'm just looking for what in
8    Dr. --
9        MS. O'DELL: Object to the form.
10    And let her ask the question.
11        MS. DAVIDSON: Leigh, do you
12    commit to objecting to the form in
13    every deposition we ever take of your
14    witnesses going forward? Would you
15    like to commit on the record to that?
16    If not, I'll continue.
17        Dr. Holcomb has stated multiple
18    times that he deduced from the fact
19    that she assumes that talc caused it.
20    Absent some other cause, that was his
21    deduction. You don't like that
22    answer, we can move on.
23        MS. THOMPSON: I'm asking him to
24    point me even to that statement.
25    A. It was a general assessment of

Page 351

1
2    her -- there was no one specific
3    statement. This was my interpretation of
4    her reasoning.
5    Q. Okay.
6        And then you also go on to state
7    in that same paragraph: This is not
8    consistent with sound medical or
9    scientific practice.
10        What does "this" refer to in
11    that paragraph?
12    A. Can you show me where we're
13    talking about?
14    Q. Same paragraph. Last paragraph
15    on page 33, next to last sentence.
16    A. Right.
17    Q. (Reading) This is not consistent
18    with sound medical or scientific practice.
19        What are you referring to
20    "this"?
21    A. The belief that a cancer has to
22    have an identified cause.
23    Q. And does Dr. Wolf say anywhere
24    in her report that cancer has to have an
25    identifiable cause?

Page 352

1
2    A. We've already been there. I've
3    answered that question.
4    Q. Okay.
5        And you believe, without being
6    able to point me to any statement in her
7    report, that she did not exercise
8    consistent opinions that are consistent
9    with sound medical or scientific practice?
10    A. Yeah, I've already answered the
11    question.
12    Q. Okay.
13        So you believe that Dr. Wolf's
14    report -- do you know Dr. Wolf?
15    A. Not personally.
16    Q. Do you know Dr. Wolf's résumé?
17    A. Doctor?
18    Q. Wolf's résumé.
19    A. No.
20    Q. Did you look up Dr. Wolf's CV?
21    A. Dr. Wolf provided a lot of
22    information on her opinions in this
23    specific topic. I don't see how her CV
24    was going to inform me any further than
25    that.

Page 353

1
2    Q. It wouldn't matter to you where
3    she trained, her status, her position, her
4    research, anything?
5    A. I worked in some pretty
6    impressive medical centers and I've come
7    across people of all stripes. So no.
8    Q. And it's your opinion, having
9    read Dr. Wolf's report, that it suffers
10    from logical fallacies and it's not
11    consistent with sound medical or
12    scientific practice, that's your opinion?
13    A. Yes.
14    Q. All right.
15        You reviewed the pathology
16    report in this --
17    A. I did.
18    Q. In Ms. Gallardo's case, correct?
19    A. I did.
20        (Holcomb Exhibit 31,
21    Barnes-Jewish Hospital Washington
22    University Medical Center Surgical
23    Pathology Report 7/25/2013, Bates
24    GALLARDO_ANNA_BJH_00033-037, was
25    marked for identification, as of this

89 (Pages 350 - 353)

Page 354

1
2    date.)
3    BY MS. THOMPSON:
4        Q.    And do you have any reason to
5    question the pathologic diagnosis from
6    Barnes-Jewish and Washington University
7    Medical Center?
8        A.    No.
9        Q.    And I believe that we've
10   discussed the pathology, including the
11   endosalpingiosis and the metastatic
12   endometrioid, carcinoma, you don't have
13   any reason to disagree with the pathology
14   report.
15            And you reviewed the
16   operative --
17       A.    I just want to say one thing as
18   far as agreeing or disagreeing. What's
19   mentioned, I have no reason to disagree
20   with what's mentioned.
21           But I think it's fair to say
22   that going back to the question of
23   endometriosis, there is such a tight tie
24   between pelvic peritoneal endometriosis
25   and her specific type of ovarian cancer.

Page 355

1
2    The omission of a statement about
3    endometriosis, in my personal opinion,
4    happens all the time. We present cases at
5    our tumor board weekly where we review
6    their path. It's not mentioned on the
7    pathology report and I see in tumor board
8    this patient has endometriosis, and when I
9    ask the pathologist is there any
10   endometriosis, they'll often say oh, yeah,
11   there was endometriosis, because they
12   didn't find that it was clinically
13   significant to mention at the time.
14       Q.    And Dr. Mutch also did not see
15   any endometriosis visually during the
16   procedure?
17       A.    Endometriosis is one of those
18   diseases that has no correlation with the
19   amount you see and the amount of symptoms
20   somebody has. We are not very good, this
21   is generally accepted, at identifying
22   endometriosis. So yes, I -- you know, I
23   don't know what Dr. Mutch saw. I can't
24   even speculate. He's staging an ovarian
25   cancer patient. I don't think he would be

Page 356

1
2    looking for endometriosis.
3        Q.    Okay. That's not responsive to
4    my question, and my question is did --
5        A.    You asked me did he --
6        Q.    Is there evidence that Dr. Mutch
7    saw endometriosis in his operative report?
8    Let's ask that.
9        A.    There's no evidence in his path
10   report -- in his operative report.
11       Q.    That's my only question.
12           MS. THOMPSON: This is 32, the
13       operative report.
14           (Holcomb Exhibit 32, BJC Patient
15       Chart 7/25/2013, Bates
16       GALLARDO_ANNA_BJH_00011-014, was
17       marked for identification, as of this
18       date.)
19           MS. DAVIDSON: If you have an
20       amendment to an answer, you can give
21       it.
22       A.    I don't think Dr. Mutch
23   mentioned that he saw endosalpingiosis
24   either. So when you say did he see
25   endosalpingiosis, he makes no mention of

Page 357

1
2    it, and yet his biopsy showed it. My
3    guess is that was a random biopsy that
4    happened to show endosalpingiosis. So I
5    just want to verify when you say did he
6    mention seeing something, there can be
7    things present or absent and there's no
8    mention of it in the op note.
9        Q.    Did you review Dr. Godleski's
10   report for Ms. Gallardo? I don't believe
11   it's on your reliance list.
12       A.    The pathologist you mean?
13           MS. DAVIDSON: I'm sorry, can
14       you ask the question again?
15   BY MS. THOMPSON:
16       Q.    Yes, Dr. Godleski's report on
17   Ms. Gallardo.
18       A.    Outside of his path report.
19   When you say --
20       Q.    Godleski, the plaintiff expert
21   pathologist.
22       A.    No, I don't believe I did.
23       Q.    Why not?
24       A.    I'm not sure.
25       Q.    Do you know that he produced a

Page 358

1
2  report specific to Anna Gallardo?
3      A.  Well, it's if it's not on my
4  reliance list, then I don't think so, no.
5      Q.  Did Johnson & Johnson tell you
6  there was a report from Dr. Godleski
7  regarding Anna Gallardo's, his examination
8  of Anna Gallardo's pathology?
9      A.  Not that I recall.
10     Q.  Have you seen other cases where
11  Dr. Godleski has --
12     A.  You know, now it's sounding
13  familiar.  Is he the -- he's looking at
14  fibers and things like that?  Is he a
15  specialist at looking for polarized light
16  and electron microscopy?
17     Q.  He's a pathologist --
18     A.  But that was -- I do remember
19  seeing a -- it's not on my reliance list.
20  I remember seeing a report with someone
21  saying whether or not they saw --
22         MS. DAVIDSON:  I thought we
23     shared it.  It may be a mistake, but I
24     thought we shared it.  There's been so
25     many experts, I may have made a

Page 359

1
2     mistake.
3         MS. THOMPSON:  This is a pretty
4     important report.
5         We'll mark this as Exhibit 33.
6         (Holcomb Exhibit 33, expert
7     report of John J. Godleski, M.D. -
8     July 21, 2021, was marked for
9     identification, as of this date.)
10     A.  When you mentioned the name, I
11  was aware that he was a pathologist before
12  you mentioned it.  So I do believe I must
13  have seen this.
14     Q.  Well, you now have the report in
15  your hand.
16         Have you seen it?
17     A.  Honestly, I'm trying to remember
18  if I saw this myself or it was just
19  mentioned in others' reports.
20         I was aware of this report, the
21  findings of this report.  I don't remember
22  if I read this report or it was just
23  mentioned in other experts' depositions.
24     Q.  If you saw it in other expert
25  reports, wouldn't you want to have seen it

Page 360

1
2  yourself?
3      A.  I may have.  I don't remember.
4      Q.  You don't remember seeing this
5  report?
6      A.  No.
7      Q.  Okay.  Let's --
8      A.  The findings are familiar to me,
9  but I don't remember seeing -- some of the
10  findings are familiar.
11     Q.  Well, let's go over the
12  findings.
13     A.  Sure.
14     Q.  Dr. Godleski found talc fibers
15  in the pathologic tissue, correct?
16         MS. DAVIDSON:  Objection.
17     A.  What he's describing as talc
18  fibers, yes.
19     Q.  Okay.
20         Page 4.  Dr. Godleski states
21  that:  Particles fibers were confirmed to
22  be talc.  The talc fibers identified all
23  met the accepted criteria for a fiber of
24  length to width ratio of greater than --
25         MS. DAVIDSON:  Can you show us

Page 361

1
2     where you're reading?
3         MS. THOMPSON:  Bottom of page 4.
4  BY MS. THOMPSON:
5      Q.  The last three lines of page 4:
6  The talc fibers identified all met the
7  accepted criteria for a fiber of length to
8  width ratio of greater than 3 to 1 and
9  approximately parallel size as well as the
10  accepted atomic weight percent ratio of
11  0.645.
12         That's what Godleski says that
13  he found in Ms. Gallardo's tissue,
14  correct?
15     A.  That's what he says he found,
16  yes.
17     Q.  And he also listed 30 tremolite
18  fragments and a fiber listed in Table 2 on
19  page 6.
20         What is tremolite?
21         MS. DAVIDSON:  Objection.
22     A.  That's outside my expertise.
23  I'm not a mineralogist and specialist.
24         MS. DAVIDSON:  You guys are
25     going to be deposing Dr. Felix.

91 (Pages 358 - 361)

Page 362

1
2      MS. THOMPSON:  I'm asking Dr.
3  Holcomb.
4      MS. DAVIDSON:  I understand.
5  BY MS. THOMPSON:
6      Q.  So you didn't review this
7  report?
8      A.  I don't --
9      MS. DAVIDSON:  He didn't say
10  that.
11      A.  Actually, the more I'm looking
12  at this, to be honest, it's very familiar
13  to me, that --
14      Q.  Okay.
15      So you may have reviewed this
16  report?
17      A.  Yes.
18      Q.  Did you have any curiosity as to
19  what tremolite was and maybe I should look
20  this up?
21      A.  Not really.  It wasn't -- and
22  the reason why it wasn't very interesting
23  to me is because I had already reviewed
24  the literature on whether or not you find
25  talc fibers or not and whether it's

Page 363

1
2  related to a woman's use of talc and the
3  Heller study that showed that there was no
4  correlation between the two, and the
5  general fact that you can try to control
6  for contamination, but you can't really
7  explain how a talc fiber that you found is
8  found in tissue.
9      Q.  Is tremolite found in pathology
10  labs?
11      A.  I have -- I have -- I have no
12  idea if what he found is tremolite or if
13  it's found in -- in -- in labs.  I have no
14  idea.
15      Q.  You have no idea whether
16  tremolite --
17      A.  Yes.
18      Q.  -- is found in labs?
19      A.  Yes, I don't.
20      Q.  And you don't know what
21  tremolite is?
22      A.  I believe it's an asbestiform
23  particle.
24      Q.  Okay.
25      And it would not be compelling

Page 364

1
2  to you if Ms. Gallardo had asbestos in her
3  tissue?
4      A.  No.
5      Q.  Dr. Godleski goes on to say that
6  finding of -- in the paragraph on the same
7  page that begins "The technique used."
8  Towards the ends of that paragraph:  The
9  finding of 15 talc --
10      A.  I'm sorry, which page are we on
11  again?
12      Q.  We're on 6.
13      (Reading) The finding of 15 talc
14  fibers is particularly significant in that
15  the IARC lists talc fibers as a Group 1
16  cancerogenic.
17      If you read this report, would
18  that be interesting to you to check if
19  talc fibers are listed by IARC as a Group
20  1 carcinogen?
21      MS. DAVIDSON:  Objection.
22      A.  If I'm assuming that this fiber
23  got there through cosmetic talc use, no,
24  it wouldn't be of interest to me.
25      If I had in her history that she

Page 365

1
2  had heavy occupational exposure to
3  asbestos it would, because in that
4  scenario, it's been suggested that
5  asbestos can cause ovarian cancer.  I
6  don't know of any other data saying
7  asbestos causes ovarian cancer from any
8  other way that, according to her history,
9  she could have been exposed.
10      So no, a finding of 15 --
11  what -- what Dr. Godleski is saying, he's
12  saying because women who had heavy
13  occupational exposure had an increased
14  risk of cancer with this, that means that
15  any particle found means that that must
16  have caused her ovarian cancer.
17      Q.  I think we discussed earlier
18  that IARC does not limit the
19  carcinogenicity of asbestos and talc
20  fibers to occupational exposure, much less
21  heavy occupational exposure, does it?
22      MS. DAVIDSON:  Objection.
23      A.  So, IARC, if you look at the
24  studies that they quote --
25      Q.  I'm --

92 (Pages 362 - 365)

Page 366

1
2    A.   I want to finish my -- I'm
3  sorry, you brought it up.
4    Q.   I asked you what IARC says.
5         MS. DAVIDSON:  I'm sorry,
6    Margaret, you're not going to be this
7    rude.
8  BY MS. THOMPSON:
9    Q.   Okay.  Go ahead.
10    A.   This is in the IARC report.  The
11  IARC report quotes data on environmental
12  exposure from asbestos.  And none of those
13  reached statistical significance.  They
14  are not saying that there is an increased
15  risk in any of those studies.
16        Does IARC mention that as part
17  of the reasons why they're saying this?
18  Yes.  But do they have data in their
19  report that shows that environmental
20  exposure increased it?  No.  I haven't --
21  no, they don't.  I haven't reviewed it
22  since the last time, but I'm a hundred
23  percent sure I remember looking for that
24  and I was confused why IARC included this
25  group of data that actually didn't show an

Page 367

1
2  increased risk as part of the confirmation
3  on asbestos.
4    Q.   Okay.  That was non-responsive.
5  My question was what did IARC conclude?
6        MS. DAVIDSON:  Objection.
7  BY MS. THOMPSON:
8    Q.   What does IARC conclude, not
9  what Dr. Holcomb concludes.
10        What did IARC conclude?
11    A.   IARC concluded that asbestos
12  is -- can cause ovarian cancer.
13    Q.   Okay.
14        And IARC did not limit it to
15  heavy occupational exposure, did it?
16    A.   IARC's data that they came to
17  that conclusion was based on a number of
18  studies.  Out of those studies, the only
19  studies that showed a significant
20  increased risk of ovarian cancer were
21  those with occupational exposure.
22    Q.   Can you listen to my question,
23  Dr. Holcomb?
24    A.   Yes.
25    Q.   I asked what did IARC conclude,

Page 368

1
2  not what studies showed and statistical
3  significance.
4        Did IARC conclude that asbestos
5  and talc fibers are a Group 1 carcinogen
6  and cause ovarian cancer?
7        MS. DAVIDSON:  Objection.
8    A.   I've already answered that.
9        MS. DAVIDSON:  Wait a minute.
10    Objection.
11        What do you mean by "talc
12  fibers"?  I mean, like --
13        MS. THOMPSON:  Talc in an
14    asbestiform habit.  I'm assuming Dr.
15    Holcomb doesn't know what that means.
16  BY MS. THOMPSON:
17    Q.   Do you know what talc in an
18  asbestiform habit means?
19    A.   I've already -- I'm proud to
20  admit I'm not a mineralogist.  And I'm
21  glad you've done a lot of research in this
22  area and you're very well-versed in this,
23  but I take care of women with ovarian
24  cancer and try to save their lives, and
25  no, I don't study this the way you do.

Page 369

1
2  And you're very proud that you know this,
3  and I'm happy for you.  But I don't know
4  what it is.
5        You can ask me a whole lot of
6  questions about minerals and particle
7  sizes; it's not my expertise.
8    Q.   I was trying to just ask you
9  what IARC concluded.
10    A.   I answered that.
11    Q.   So what is key to you when
12  considering whether asbestos could cause
13  ovarian cancer is whether there has been
14  heavy occupational exposure.  Is that a
15  correct statement of your opinion?
16    A.   I want to explain my opinion.
17  If I can get two seconds, I promise not to
18  take five minutes.
19        If IARC comes to the conclusion
20  that asbestos can cause ovarian cancer,
21  yes, I want to see under what conditions
22  IARC found that it did.  And then in their
23  report, an IARC report, they mention and
24  the only studies they mention that
25  significantly increased the risk of

93 (Pages 366 - 369)

Page 370

1
2  ovarian cancer were occupational
3  exposures.
4      Q.    So when you say did they say
5  that it can cause ovarian cancer, yes,
6  based on this literature.
7      Q.    We mentioned earlier a number of
8  studies published in the last five years
9  that you didn't review, correct?
10     A.    I don't know what you mean.
11 There have been lots of studies I haven't
12 reviewed.  What studies are you referring
13 to?
14     Q.    Regarding asbestos and ovarian
15 cancer.
16     A.    Yes.
17     Q.    Okay.
18     A.    You mentioned -- I don't know
19 which ones you're talking about.
20     Q.    Did you review the Kim study?
21     A.    I don't know what Kim study
22 you're referring to.
23     Q.    Okay.
24          Did you review the Nowak study?
25     A.    I don't know the Nowak study

Page 371

1
2  that you're referring to.
3      Q.    You asked me what those studies
4  were.  I'm --
5      A.    Nowak is not one person.
6  There's lots of studies by people named
7  Nowak.
8          What study are you referring to?
9      Q.    They're not on your reliance
10 list and you told me --
11     A.    You asked me if I've reviewed
12 them.  So where are the papers that you're
13 asking me about?
14     Q.    I asked if I could assume that
15 if it wasn't on your reliance list you
16 hadn't reviewed it.  We'll just stick with
17 that.  And then you asked me what the
18 studies were, but we'll just go with I was
19 just curious why it was important to you
20 what IARC looked at in 2012, but you did
21 not look at the studies in the last five
22 years.
23          We can move on.
24          So, last sentence in Dr.
25 Godleski's report:  Therefore, based on

Page 372

1
2  the findings of this case, it can be
3  stated to a reasonable degree of medical
4  certainty that the talc and tremolite
5  particles fibers found in the tissues of
6  Ms. Gallardo --
7      A.    I apologize, where are you
8  reading?
9      Q.    The last sentence of the report.
10     A.    Last sentence of the report,
11 okay.
12         MS. DAVIDSON:  Last page.
13         THE WITNESS:  Thank you.
14 BY MS. THOMPSON:
15     Q.    I'll read it again:  Therefore,
16 based on the findings of this case, it can
17 be stated to a reasonable degree of
18 medical certainty that the talc and
19 tremolite particles fibers found in the
20 tissues of Ms. Gallardo are contributory
21 evidence for a causal link between the
22 presence of these materials and the
23 development of her ovarian cancer.
24         Will you disagree with Dr.
25 Godleski's conclusions from his analysis?

Page 373

1
2         MS. DAVIDSON:  Objection.
3      A.    If I understand his statement,
4  he's saying just the mere presence is
5  evidence of a contributory or causal link,
6  and I would have to disagree with that.
7      Q.    You're not a pathologist, are
8  you?
9      A.    We've established that.
10     Q.    I think we established that
11 you're not an epidemiologist, but you're
12 not a pathologist either, correct?
13     A.    No, I'm not.
14     Q.    You read Dr. Mutch's deposition,
15 correct?
16     A.    Correct.
17     Q.    I believe you stated that Dr.
18 Mutch agreed with you regarding causation,
19 correct?
20     A.    Do you have a copy of his --
21 before I answer the question?
22     Q.    You don't remember?
23     A.    I -- I know what his
24 deposition --
25         MS. DAVIDSON:  Please let him

94 (Pages 370 - 373)

Page 374

1
2    finish.  It's not that hard.
3        A.   No, I -- if we were going to get
4    into the deposition, I would just like to
5    have a copy of it to refer back to.
6            My -- my recollection is that he
7    does not believe that talc caused or
8    contributed to Ms. Gallardo's ovarian
9    cancer.  So to that degree, yes, I believe
10   we're in agreement.
11       Q.   And right now I'm just asking
12   you about your recollection.
13           Do you recollect what Dr. Mutch
14   testified to if tremolite was found in Ms.
15   Gallardo's tissue?
16       A.   I -- I don't know what Dr. Mutch
17   testified to, but I'm pretty sure he's not
18   a pathologist, just like I'm not either.
19       Q.   Okay.
20           So you don't remember anything
21   that would change your mind --
22       A.   No.
23       Q.   -- regarding anything.  All
24   right.
25           Did you review Dr. Longo's

Page 375

1
2    report in the Gallardo case?
3        A.   I have to look and see.
4        Q.   I'll represent it's not on your
5    reliance list.
6        A.   I don't think -- I don't believe
7    so.
8            MS. THOMPSON:  Was that a
9    mistake on that one too, Jessica?
10           MS. DAVIDSON:  Excuse me.
11           MS. THOMPSON:  Well, you wanted
12   to --
13           MS. DAVIDSON:  That misstates
14   what I said before, number one.
15           Number two --
16           MS. THOMPSON:  I don't think it
17   misstates what you said.
18           MS. DAVIDSON:  It does misstate
19   what I said.
20           MS. THOMPSON:  What did you say?
21   Let's clarify it on the reason
22   why Godleski --
23           MS. DAVIDSON:  I do believe, as
24   Dr. Holcomb said earlier, he does
25   think that he saw this, right?

Page 376

1
2            MS. THOMPSON:  He just said he
3    doesn't think he saw it.
4        A.   No, this, I said I was familiar
5    with a lot of things being said.  And I
6    wasn't familiar with a lot of things -- as
7    soon as you said Godleski, I said he's a
8    pathologist.  How would I know that?
9        Q.   Okay.
10           Do you remember reviewing Dr.
11   Longo's report regarding Ms. Gallardo?
12       A.   I don't remember based on the
13   name what report it is.  If you -- I don't
14   know if Dr. Longo's a pathologist, a
15   mineralogist, a GYN oncologist.  You can't
16   say the name.  I know you're very familiar
17   with this case, but if you just say the
18   name, I don't know whose report you're
19   referring to.
20       Q.   Did you see a reference in Dr.
21   Wolf's report to Dr. Longo's analysis of
22   the exposure that Ms. Gallardo had from
23   talcum powder?
24       A.   I don't recall.
25       Q.   You don't recall whether you saw

Page 377

1
2    it or not or you don't recall --
3        A.   I don't recall whether I saw it
4    or not.
5        Q.   -- seeing it?
6            So you may have seen it?
7        A.   Yeah, I don't recall if I saw
8    it.
9            MS. THOMPSON:  Let's mark this
10   Exhibit 34.
11           (Holcomb Exhibit 34, expert
12   report of William E. Longo, Ph.D., was
13   marked for identification, as of this
14   date.)
15   BY MS. THOMPSON:
16       Q.   Does this report look familiar?
17   Does this look familiar, Dr. Holcomb?
18       A.   The report doesn't look
19   familiar.  And the name Longo sounds
20   familiar, but I don't remember seeing
21   this.
22       Q.   Okay.
23           It's not on your reliance list.
24   So like the studies, can we assume that
25   you did not see it if it's not on your

95 (Pages 374 - 377)

Page 378

1
2  reliance list and you don't recognize it?
3      A.   I -- I don't remember if I've
4  seen it or not.  If you ask me questions,
5  it might stir my memory, like this last
6  report did.
7      Q.   Okay.
8          MS. DAVIDSON:  Are you asking
9  questions about this?
10         MS. THOMPSON:  Yes.
11         MS. DAVIDSON:  So should he read
12 it?
13         MS. THOMPSON:  No, I'm going to
14 ask questions about it.
15         MS. DAVIDSON:  Well, he can't
16 answer questions about it unless he
17 reads it.
18         MS. THOMPSON:  Well, he should
19 have read it before he came in today.
20         MS. DAVIDSON:  Excuse me?  Why
21 should he have read it before he came
22 in today if it's not on his reliance
23 list?
24 BY MS. THOMPSON:
25     Q.   Would it have been relevant on

Page 379

1
2  your opinions on Ms. Gallardo --
3          MS. DAVIDSON:  How would he know
4  if it would be relevant if he didn't
5  see it?
6          MS. THOMPSON:  Okay.  Read it.
7  Off the record.
8          MS. DAVIDSON:  Wait, why are we
9  going off the record?
10         MS. THOMPSON:  If he's going to
11 read a long report that was disclosed
12 in all the expert reports that has
13 direct relevance to Ms. Gallardo's
14 case, then we can go off the record if
15 he needs to read this.
16         MS. O'DELL:  It's two pages
17 relevant to --
18         MS. DAVIDSON:  She just said it
19 was a long report.
20         MS. THOMPSON:  Well, he wanted
21 to read the entire report.
22         MS. O'DELL:  Let's go off the
23 record then.
24         MS. DAVIDSON:  We're going to
25 take a break 'cause your rudeness to

Page 380

1
2  this witness is not acceptable to me.
3          MS. THOMPSON:  Giving Longo --
4  wait a minute.
5          I want to understand that you're
6  saying that giving Dr. Longo's
7  case-specific report on the plaintiff
8  that Dr. Holcomb is giving opinions on
9  is inappropriate?
10         MS. DAVIDSON:  No.  I was
11 talking about the way you're speaking
12 to the witness is incredibly rude.
13 And we're going to take a break right
14 now.
15         MS. O'DELL:  There's nothing on
16 the record that's been rude to Dr.
17 Holcomb.  I think he's aware of that.
18         THE WITNESS:  I would disagree.
19 There have been --
20         MS. THOMPSON:  Is this going to
21 be five minutes or 35 minutes?
22         THE WITNESS:  We'll be five
23 minutes.
24         (Recess taken.)
25

Page 381

1
2  BY MS. THOMPSON:
3      Q.   Dr. Holcomb, what did you
4  discuss with the lawyer sitting next to
5  you on the break?
6      A.   I basically read my -- this
7  report.
8      Q.   You read the Longo report on the
9  break?
10     A.   Not the whole thing.  I just
11 went to Gallardo.
12     Q.   And did you discuss the report
13 with Jessica?
14     A.   I asked her questions like they
15 say 8.2 grams per application.  I was just
16 curious to say it says it's based on J&J's
17 own studies.  I'm just wondering one
18 person's shaker of a bottle, how does that
19 equal out.  And she said it was based on
20 the studies.  So I asked her well, is
21 there a study that says how much is in
22 somebody's hands.  I was just curious
23 about the numbers.
24     Q.   Okay.
25         So when Jessica asked for a

96 (Pages 378 - 381)

Page 382

1
2 break, the break consisted of reading and
3 discussing the Longo report, correct?
4       MS. DAVIDSON: No.
5     A.  Yeah.
6       MS. DAVIDSON: Not discussing
7   it.
8     A.  Not discussing it, but I just
9 read that.
10      MS. THOMPSON: He said he asked
11  you questions.
12      MS. DAVIDSON: It was that one
13  question. It was a rhetorical
14  question, how does anybody know how
15  much talc a woman uses, don't people
16  use different amounts of talc.
17 BY MS. THOMPSON:
18    Q.  Was there an answer to the
19 question?
20      MS. DAVIDSON: The answer was I
21  have absolutely no idea how you would
22  not how much talc a person uses.
23      It was a rhetorical question.
24      MS. THOMPSON: That's all I
25  asked.

Page 383

1
2       MS. DAVIDSON: There was no
3   discussion of the substance of the
4   paper.
5       MS. O'DELL: Other than that.
6       MS. DAVIDSON: I don't think
7   that's --
8       MS. O'DELL: Let's move on.
9       MS. DAVIDSON: It was a
10  rhetorical question. We were joking
11  around about it.
12      MS. O'DELL: We have limited
13  time here.
14 BY MS. THOMPSON:
15    Q.  Dr. Holcomb, if you'll turn to
16 page 13 in the report.
17    A.  Yes.
18    Q.  And I'm really not going to ask
19 you any opinions about Dr. Longo's testing
20 methods. I just want to have you on the
21 record what Dr. Longo found.
22      Is that fair?
23    A.  So you're testing my reading.
24      Yes.
25    Q.  Because you've already testified

Page 384

1
2 that you're not an expert in asbestos
3 testing, correct?
4     A.  Correct.
5     Q.  And you agree with Dr. Longo's
6 analysis that Ms. Gallardo began using at
7 age 16 and stopped at 36 and that
8 consisted of 20 years of using it every
9 day?
10    A.  Yes.
11    Q.  From her deposition testimony,
12 correct?
13    A.  Yes.
14    Q.  And she also stated in her
15 deposition testimony that Dr. Longo
16 records that she put a few shakes of
17 Johnson's Baby Powder on her genital area,
18 then put it in her hand and then padded it
19 in her genital area and basically used it
20 all over on the other parts of her body.
21      Do you remember that testimony
22 from Ms. Gallardo?
23    A.  I do.
24    Q.  And on the next page, page 14,
25 Dr. Longo does a calculation based on

Page 385

1
2 which mine the talcum powder came from
3 from 1968 to 1988.
4       Do you see that?
5     A.  Yes.
6     Q.  And he does a calculation of 20
7 years, 52 weeks, 6 days a week of 6,240
8 total.
9       Do you have any reason to doubt
10 that calculation?
11    A.  No.
12    Q.  And then in the Vermont source
13 talcum powder, he does a similar 62 -- let
14 me backtrack.
15      In the text above the
16 calculation, using Johnson & Johnson's
17 data on the dosage that a woman uses
18 getting perineal application, I don't
19 expect you to have seen that or understand
20 it, but he comes up with that would be 8.2
21 grams per application is what Dr. Longo
22 uses in his calculation, correct?
23    A.  That's true.
24    Q.  And using 8.2 grams with 6,240
25 applications would be 51,000 grams of

97 (Pages 382 - 385)

Page 386

1
2  Johnson's Baby Powder used over this time
3  period.
4        Do you agree with that
5  calculation?
6     A.   I can do it really fast.
7        (Pause.)
8        Yes.
9     Q.   And then Dr. Longo goes on to
10  divide the grams by how many grams in an
11  ounce and arrives at 1,827 ounces of
12  Johnson's Baby Powder.
13        Is that what Dr. Longo
14  calculates?
15     A.   That's what he does.
16     Q.   And then he goes on that his
17  testing has shown 76 percent of these two
18  groups of samples were positive for
19  amphibole asbestos and/or chrysotile.
20        That's what Dr. Longo states,
21  correct?
22     A.   Let me just go back to where he
23  says that again.
24     Q.   The last sentence.
25     A.   (Witness reads document.)

Page 387

1
2     Q.   I'm just asking what Dr. Longo
3  says in his report.
4     A.   It's confusing, one, because he
5  says these two groups of samples, but he
6  says three non-historical, 36 historical
7  and 15 historical Vermont and then he says
8  these two groups. So I'm not sure what
9  are the two groups when he just mentioned
10  three. I don't understand who are the
11  three he's talking about -- or these two.
12     Q.   Okay.
13        If you could turn to table 1,
14  the next to the last page, how the
15  calculations are made as far as the
16  amount.
17     A.   Are we talking about table 1?
18     Q.   Yes.
19     A.   Yes.
20     Q.   J&J Application Exposure
21  Studies.
22        And you would agree that Ms.
23  Gallardo is a female, correct?
24     A.   Yes.
25     Q.   And the 8.2 grams was at least

Page 388

1
2  what Dr. Longo determined would be the
3  best approximation to what Ms. Gallardo
4  used with the description that she
5  provided in her deposition?
6        I'm just asking you that's what
7  Dr. Longo decided.
8     A.   This is what Dr. Longo said,
9  yes.
10     Q.   I'm not asking you whether you
11  agree or would interpret the same.
12     A.   So is this -- this is a test of
13  my reading ability, or?
14     Q.   I'm just asking questions.
15     A.   Okay.
16     Q.   I'm not testing anyone's reading
17  ability. I totally assume you can read.
18        Let's go to your expert report
19  page 22. And the first full paragraph you
20  state: There is no doubt that talc can
21  induce a local inflammatory response in
22  sufficient doses.
23        So is it your opinion that a
24  pleurodesis dose causes a local
25  inflammatory reaction?

Page 389

1
2     A.   Yes.
3     Q.   Okay.
4        And is it your opinion, because
5  of the studies that you cite in that same
6  paragraph, that that amount of talc used
7  in a pleurodesis dosage, if it were going
8  to cause cancer, would be a sufficient
9  amount?
10     A.   No.
11     Q.   Then why did you state that the
12  studies that say that amount does not lead
13  to cancer --
14     A.   Can I ask you one more time
15  exactly where you are?
16     Q.   I'm in the paragraph on
17  pleurodesis.
18     A.   Okay.
19        And your question now is?
20     Q.   You have testified that the
21  pleurodesis dose is enough to cause a
22  local inflammatory response, correct?
23     A.   Yes.
24     Q.   And this inflammatory response
25  has been recognized for decades, correct?

98 (Pages 386 - 389)

Page 390

1
2     A.   Yes.
3     Q.   What's the average life
4  expectancy after pleurodesis?
5     A.   For what reason?
6     Q.   Across the board.
7     A.   I don't know.  Pleurodesis is
8  used for malignant and non-malignant
9  reasons.  So I don't know what percentage
10  is used.
11     Q.   Would you agree that the
12  majority are for malignant reasons?
13     A.   I -- no, I don't know if that's
14  the case.  I mean, I -- the patients get
15  pleurodesis effusions from non-malignant
16  causes as well.
17     Q.   Have you looked at any
18  literature that looks at all comers
19  receiving pleurodesis and what the average
20  life expectancy is?
21     A.   All comers?
22     Q.   Everyone who gets pleurodesis,
23  malignant and non-malignant.
24     A.   If they mention the average
25  survival, I don't know what it is.

Page 391

1
2     Q.   Would approximately 13 months be
3  a surprise?
4     A.   I'm not -- I don't -- I don't
5  know what the number is.  You're asking me
6  would I be surprised, I just don't know
7  what it is.
8     Q.   And what is the average number
9  of pleurodesis procedures a typical
10  patient would undergo?
11     A.   I don't know.
12     Q.   One?
13     A.   I don't know what the average
14  number would be.
15     Q.   Five?
16     A.   I don't know what the average
17  number would be.
18        MS. DAVIDSON:  Objection; asked
19     and answered.
20  BY MS. THOMPSON:
21     Q.   You don't have any idea?
22        MS. DAVIDSON:  Objection; asked
23     and answered twice.
24     A.   You're asking for all people who
25  get pleurodesis what's the average number,

Page 392

1
2  and I don't know what the average number
3  would be.
4     Q.   Okay.  All right.  "I don't
5  know" is a perfectly fine answer.
6        So you've established that the
7  pleurodesis procedure involves the direct
8  injection of 0.5 to 10 grams of talc
9  directly into the cavity surrounding the
10  lungs, correct?
11     A.   Yes.
12     Q.   Is it your opinion that the
13  dosage to the lungs with pleurodesis would
14  be greater than that with a woman who uses
15  talcum powder on her genitalia for decades
16  daily?
17        MS. DAVIDSON:  Objection.
18     A.   I have no opinion.
19     Q.   You have no opinion --
20     A.   No.
21     Q.   -- on that?
22     A.   I -- I don't even -- we've gone
23  through migration and I told you all the
24  issues I had with -- so you're asking me
25  to estimate how much talc gets from the

Page 393

1
2  perineum to the peritoneum and I've
3  already told you that I'm not convinced it
4  does.
5     Q.   Do you have any information as
6  to whether occupational exposure would
7  result in a greater ovarian load than
8  perineal application of talc would?
9     A.   What are we talking about, an
10  occupational exposure of?
11     Q.   Well, you've made a big point
12  that ovarian cancer is only caused by
13  asbestos if there's occupational exposure.
14     A.   I said that ovarian cancer --
15  the only data I know linking asbestos
16  exposure to ovarian cancer has been in the
17  setting of occupational exposure, yes.
18     Q.   Let's just calculate how, using
19  Longo's data, how much exposure there
20  would be to a woman using daily talc for
21  20 years compared to pleurodesis, okay?
22     A.   No, I want to clarify.
23        Are you assuming that everything
24  she put, her 8.2, all get to the
25  peritoneal cavity?

99 (Pages 390 - 393)

Page 394

1
2    Q.   No.
3    A.   How much are you talking about?
4    Q.   I'm just talking about her
5    exposure.
6    A.   But you're talking about to the
7    ovaries.  How much exposure to her ovaries
8    is what we're talking about, not how much
9    exposure to the perineum.
10    Q.   Does talc as pleurodesis, all of
11    it get to the ovaries?
12    A.   No, you're really confused about
13    what I'm saying.
14        All of it gets to the
15    perineum -- sorry, to the pleurae.  It's
16    put into the pleurae directly.  So 100
17    percent of the talc is put into the
18    pleurae.
19        You're asking me to compare how
20    much is dusted on the outside and gets to
21    the -- to compare.
22    Q.   Fair enough.  I'm not assuming
23    that all of it gets there.
24    A.   How much gets there?
25    Q.   We're just doing a calculation

Page 395

1
2    compared to the application of talc on the
3    perineum compared to pleurodesis.
4        And I'll ask the questions and
5    you just have to answer them to the best
6    of your ability.
7    A.   Okay.
8    Q.   Is it your opinion that talcum
9    powder used daily over decades in the
10    genital area would be insufficient to
11    cause inflammatory response in the
12    ovaries?
13    A.   Repeat the question one more
14    time for me.
15    Q.   Is it your opinion that despite
16    the fact this a woman is using talcum
17    powder daily over decades, that the
18    exposure to talcum powder would be
19    insufficient to cause an inflammatory
20    response in the ovaries?
21    A.   I have no idea how much talcum
22    powder, if it can even get to the ovaries,
23    and how much would get there.  So I can't
24    offer an opinion about whether it would be
25    sufficient to cause an inflammatory

Page 396

1
2    reaction.
3    Q.   So no opinion?
4    A.   I -- I don't know -- I mean, the
5    literature on migration, I've already
6    written in my report, is inconsistent.
7    Q.   It's really fine to say that "I
8    don't have an opinion on that."
9    A.   I'm explaining why -- to say "I
10    don't have an opinion" can be taken as
11    I've never thought of this, or I don't
12    have an opinion because I've thought about
13    it and the literature doesn't allow me to
14    have an opinion.
15        I just want to distinguish
16    between I just don't have the thought or I
17    thought about it and I can't answer that
18    question.
19    Q.   Okay.
20        And you're aware that scientists
21    and researchers have proposed that talc
22    pleurodesis not be used in non-malignant
23    plural effusion treatment because of the
24    risk of asbestos exposure.  Are you aware
25    of that literature?

Page 397

1
2        MS. DAVIDSON:  Objection.
3    A.   I've seen the recommendation.  I
4    don't know, to be honest, what it's based,
5    and I don't believe it's based on proof
6    that pleurodesis causes mesothelioma.
7    Q.   Would that have been of interest
8    to you in your opinions that you gave her
9    with pleurodesis?
10    A.   If pleurodesis caused
11    mesothelioma, not really because we're
12    talking about ovarian cancer, not
13    mesothelioma.
14    Q.   Okay.
15        So the dose in your report is
16    0.5 to 10 grams, correct?
17    A.   Correct.
18    Q.   And if we assume that Ms.
19    Gallardo had 6,240 applications, what Dr.
20    Longo stated in his report and you agreed
21    to, correct?
22    A.   Yeah, that's what he said in his
23    report.
24    Q.   And he calculated that that
25    would represent 51,000 grams --

100 (Pages 394 - 397)

Page 398

1
2      A.   Correct.
3      Q.   -- of talc applied to the
4  perineum, right?
5      A.   Right.
6      Q.   This, just a calculation, that
7  this would be 2,428 times the average
8  pleurodesis dose.
9      A.   You can't -- again I think I was
10  pretty clear about this.  Your assumption
11  in your calculation is that all of this is
12  going through, and I started off very
13  early this morning we were talking about
14  natural barriers.  The female genital
15  tract is not built so that anything makes
16  its way to the vagina can get inside the
17  peritoneal cavity.  Can you imagine the
18  havoc that would be reeked if that was the
19  case?
20      So I have no idea if talc is
21  able to get to the ovaries.
22      You're asking me to compare
23  exposures, and here's a problem with the
24  whole literature on this topic, looking
25  for dose response curves, to be honest, is

Page 399

1
2  that you can apply something to the
3  perineum.  You have no idea if and how
4  much is getting there.  So we can do this
5  practice, but you can't equate the two.
6      Q.   Dr. Holcomb, I didn't ask you
7  anything about dose response.  Please just
8  answer my question.  I'm asking relatively
9  short, simple questions partly in an
10  effort to get you out of here.  So I know
11  you want to say things --
12      A.   If I can --
13      Q.   Let me finish.  I know you want
14  to say things, but if you would just
15  answer my question, I would appreciate it.
16      A.   If I could answer --
17      Q.   So that answer was
18  non-responsive to the question.
19      A.   If I could --
20      Q.   There's no question on the table
21  right now.
22      As a J&J expert in this
23  litigation, is it your opinion that Ms.
24  Gallardo's exposure of 51,000 grams to the
25  perineum would not cause an inflammatory

Page 400

1
2  response?
3      A.   It's my opinion that a dose of
4  that amount would not cause ovarian
5  cancer.  I don't know if --
6      Q.   My question was an inflammatory
7  response.
8      A.   I don't have proof that it even
9  got to the ovaries.
10      So no, it is my opinion that --
11  I don't have an opinion on inflammatory
12  response.  I have an opinion on whether it
13  causes cancer.
14      Q.   Okay.
15      So you have no opinion as to
16  whether talcum powder causes an
17  inflammatory response in the ovary?
18      A.   No, I don't have an opinion
19  about that.
20      Q.   Okay.
21      One way or the other, no
22  opinion?
23      A.   No.
24      Q.   Okay.
25      I'm going to ask you about just

Page 401

1
2  a few articles that have been published
3  since your 2019 deposition.
4      A question for you.  Have you
5  testified, outside of the talcum powder
6  litigation, as an expert witness in the
7  past four years?
8      A.   No.
9      Q.   No depositions and no trial
10  testimony?
11      A.   None.
12      MS. THOMPSON:  Let's mark 35.
13      (Holcomb Exhibit 35, Phung
14      article - 2022, was marked for
15      identification, as of this date.)
16  BY MS. THOMPSON:
17      Q.   Did you review the Phung paper
18  "Effects of risk factors of ovarian cancer
19  in women with and without endometriosis"?
20      A.   You know, unfortunately, I
21  didn't look at any of these papers on
22  paper.  It was all on my computer, so it
23  looks slightly different when you present
24  it this way.
25      Q.   Fair enough.

101 (Pages 398 - 401)

Page 402

1
2          (Pause.)
3     A.   No.
4     Q.   So the Phung paper is a
5  publication by the Ovarian Cancer
6  Association Consortium.
7          Are you familiar with that
8  organization?
9     A.   Yes.
10    Q.   And the paper is published in
11 Fert. and Ster.
12         Are you familiar with that
13 journal?
14    A.   What was the name?
15    Q.   Fertility and Sterility.
16    A.   Yes, I am.
17    Q.   And Fertility and Sterility is
18 the journal for the reproductive and
19 infertility subspecialty group of OB-GYN,
20 correct?
21    A.   Yes.
22    Q.   If we look at the authors, I
23 believe there's approximately 25 authors
24 on this paper.  And Britton Trabert we've
25 already discussed is at NIH.  You see Dr.

Page 403

1
2  Terry, Dr. Cramer, Dr. Harris, Andy
3  Berchuck at Duke.
4          Do you know Andy Berchuck?
5     A.   I do.
6     Q.   And this paper looked at the
7  risk of patients with endometriosis
8  developing ovarian cancer and whether
9  combined with other risk factors it
10 increased the risk.
11         And if you look at page 2,
12 second column at the top of the partial
13 paragraph it begins "Differences possibly
14 because of small sample size."
15         Do you see where I am?
16    A.   Yes.
17    Q.   Just above "Materials and
18 Methods."  And beginning:  Our analysis
19 considers ten well-established ovarian
20 cancer risk factors including BMI, talcum
21 powder, i.e. talc use, family history of
22 ovarian cancer, non-steroidal
23 anti-inflammatory drug (NSAID) use,
24 breast-feeding, hormonal oral
25 contraceptive use, parity tubal ligation,

Page 404

1  menopausal hormonal therapy use, estrogen
2  only therapy, and estrogen-progesterone
3  therapy and aging menarche.
4          Did I read that correctly?
5     A.   You did.
6     Q.   So at least these authors in
7  this paper recognize talc use as one of
8  ten well-established ovarian cancer risk
9  factors, correct?
10    A.   Yeah, they call it
11 well-established.  And there's other
12 things on this list that they're calling
13 well-established, not just talc.
14    Q.   I'm just asking --
15    A.   They do.
16    Q.   -- these authors include --
17    A.   They include it as
18 well-established, even though I disagree
19 with that.
20    Q.   Okay.  And I understand you
21 disagree.  I'm talking about the authors
22 of this paper.
23    A.   Yes, these authors use that
24 term.

Page 405

1
2     Q.   So there are other researchers
3  out there that believe that talcum powder
4  is a well-established risk factor,
5  correct?
6          MS. DAVIDSON:  Objection; asked
7  and answered.
8     A.   There are clearly people outside
9  of the -- I would say that this opinion is
10 outside the generally accepted.  They're
11 calling it well-established, and I already
12 showed you that ACOG doesn't consider it
13 well-established and NCI doesn't consider
14 it well-established and SGO doesn't
15 consider it well-established.  And some of
16 these folks are members of these
17 organizations.  So they're part of
18 organizations that have publications
19 saying that they don't accept it as
20 well-established and yet they published
21 that it's well-established.
22         So yes, they hold this opinion.
23 I would say they're out on an island with
24 this opinion.
25    Q.   Okay.  And we've talked about

102 (Pages 402 - 405)

Page 406

1
2  the hundreds of authors --
3     A.   Do you mean how many doctors in
4  ACOG compared to --
5     Q.   Have you --
6        MS. DAVIDSON:  We're doing this
7     again talking over each other.
8  BY MS. THOMPSON:
9     Q.   Have you surveyed any of those
10  doctors as to their opinions on talc?
11     A.   Just the ones that I work with.
12     Q.   So only the doctors in your
13  department, correct?
14     A.   Yes.  And I have yet to find
15  anybody who disagrees with ACOG and NCI
16  and SGO.
17     Q.   Let's look at the discussion on
18  page 5:  For these authors -- Andy
19  Berchuck, is he outside the
20  well-establishment of ACOG and SGO?
21     A.   Clearly with this opinion he is.
22  We just talked about this.  He says that
23  NSAIDs are well-established --
24     Q.   In general, is Andy Berchuck
25  considered to be outside of the

Page 407

1
2  establishment in the GYN oncology field?
3        MS. DAVIDSON:  I'm going to
4     object to that question.
5        THE WITNESS:  I can answer now?
6        MS. DAVIDSON:  I don't know what
7     it means.
8     A.   I don't know what you mean by
9  "in general."
10        What I'm saying in specific to
11  this opinion that you're pointing to, he
12  is well outside of the general feeling.
13  There is no -- there is no major body that
14  you pointed to, that I've pointed to that
15  says that talc is a well-established risk
16  factor for ovarian cancer.
17     Q.   And that would go for every
18  author listed on this paper?
19     A.   If Andy Berchuck agrees with
20  this and if all the other authors agree
21  with that statement, 'cause I haven't had
22  a chance to query them, yes, I would say
23  they are outside the mainstream with this
24  belief that this is a well-established
25  risk factor.

Page 408

1
2     Q.   And would that apply to any
3  other article on your reliance list or
4  discussed today or in your report?
5     A.   Would what apply?
6     Q.   Let me finish my question.
7     A.   Sure.
8     Q.   Would that apply to any other
9  author that's on a paper that says talcum
10  powder is a risk factor for ovarian
11  cancer?
12     A.   Any author who says that talcum
13  powder is a well-established risk factor
14  is outside the mainstream, yes.
15     Q.   Every author that's published an
16  article --
17     A.   Every author that says that
18  talcum powder is a well-established risk
19  factor for ovarian cancer is outside the
20  mainstream by my definition of being
21  mainstream being the bodies that we
22  respect and trust to educate patients and
23  doctors on topics.  And I know of none
24  that say that talcum powder use is an
25  established, a well-established, I'm using

Page 409

1
2  the word that they're using, a
3  well-established risk factor for ovarian
4  cancer.
5     Q.   Other than authors that are on
6  multiple papers that consider talc a
7  well-established risk factor?
8        MS. DAVIDSON:  Objection.
9     A.   What's the question?
10     Q.   Have you looked at the Wu
11  papers?
12     A.   You're again mentioning just a
13  name.  And I'm sure I read papers by
14  authors with the last name Wu, so if you
15  have a specific paper --
16     Q.   We'll move on.
17        MS. DAVIDSON:  You just
18     interrupted him.  Literally he's in
19     the middle of a sentence.
20        Guys, you got to stop.  And when
21     I say guys, that's not fair because I
22     think Dr. Holcomb is trying not to
23     interrupt you, but you are just
24     mercifully interrupting him.
25        MS. O'DELL:  I think, to be

Page 410

1
2    fair, both of them have been
3    interrupting each other. So if you
4    can just try.
5        MS. THOMPSON: We will.
6    BY MS. THOMPSON:
7    Q. Can you go to the discussion of
8    this paper published by ASRM of 25 authors
9    of which many are well-regarded in the
10   field, correct?
11   A. I just want to clarify, this is
12   the journal of the ASRM. It is published
13   by Fertility and Sterility. It is not
14   published by ASRM.
15   Q. Okay.
16       Would you often hear GYN
17   Oncology is published by SGO?
18   A. But we don't say that a paper
19   written in GYN Oncology was published by
20   SGO.
21   Q. All right. It's the journal of
22   the society, excuse me.
23       Let's go to the discussion on
24   page 5. Starting in the middle of the
25   second paragraph: Because inflammation

Page 411

1
2    plays a role in the development of many
3    cancers, including ovarian cancer, the
4    increased risk observed specifically among
5    women with endometriosis --
6    A. I just want to see -- I'm sorry.
7    Because -- in the discussion I'm looking
8    for this.
9        Can you tell me which paragraph
10   you're reading from?
11   Q. Second paragraph in the
12   discussion halfway down.
13       MS. DAVIDSON: All right. I
14   just want to make the point that Dr.
15   Holcomb pointed out this was not on
16   his reliance list. He hasn't read
17   this paper. So if you're just going
18   to pull out sentences from it and read
19   them to him, he's not going to be able
20   to offer cogent --
21       MS. O'DELL: Please don't coach
22   him. Object to the form.
23       MS. DAVIDSON: Oh, my God,
24   Leigh. Come on.
25       MS. O'DELL: That paper is

Page 412

1
2    discussed at length in --
3        MS. THOMPSON: If he had
4    searched the topic, this paper would
5    have shown.
6        MS. DAVIDSON: Excuse me, I'm in
7    the middle of my sentence. I've just
8    been interrupted by both of you.
9        Dr. Holcomb, if you like to ask
10   him substantive questions, he probably
11   would like to read this and let's see
12   what you have to ask him.
13   BY MS. THOMPSON:
14   Q. I'm going to ask you the
15   question.
16   A. Sure.
17   Q. In that second paragraph of the
18   discussion: Because inflammation plays a
19   role in the development of many cancers,
20   including ovarian cancer, the increased
21   risk observed specifically among women
22   with endometriosis is plausible...
23       And this is talking about the
24   relationship with obesity.
25       ... because overweight women

Page 413

1
2    with endometriosis may have higher levels
3    of inflammation.
4        Did I read that sentence
5    correctly?
6    A. You read that correctly.
7    Q. And it goes on to say: Both
8    endometriotic foci and adipose tissues
9    produce pro-inflammatory cytokines,
10   including TNF-alpha 1, L1 and IL6. These
11   pro-inflammatory cytokines have been shown
12   to increase the risk of ovarian cancers as
13   they promote the synthesis of
14   prostaglandins, which in turns inhibit
15   cell differentiation and apoptosis and
16   enhances invasion and androgenesis. This
17   is what these authors describe as an
18   inflammatory mechanism for endometriosis
19   and obesity.
20       Correct?
21   A. This is what they mention, yes.
22   This is what they say.
23   Q. And this would also be in line,
24   reading on, with our observation of a
25   higher risk associated with genital talc

104 (Pages 410 - 413)

Page 414

1
2 use for women with endometriosis since
3 inflammation has been proposed as a
4 possible biologic mechanism for talc's
5 association with ovarian cancer.
6         And my question --
7     A.   That's what they wrote.
8     Q.   My question to you is these
9 authors, 25 authors, including very
10 well-regarded researchers in the field,
11 have included this in their paper
12 published in Fert. and Ster, correct?
13    A.   These 25 authors have
14 correctly -- what you said is correct,
15 they have included that.
16    Q.   All right.  That is my question.
17        And you disagree with everything
18 that I just read; is that correct?
19    A.   Yeah, I do.
20    Q.   I wanted to give you the
21 opportunity to say that.
22        You included the Hurwitz -- two
23 Hurwitz papers in your discussion of the
24 effect of anti-inflammatory agents with
25 ovarian cancer.

Page 415

1
2         Do you recall that?
3     A.   Yes.
4         MS. THOMPSON:  We'll mark as
5     Exhibit 36.
6         (Holcomb Exhibit 36, Hurwitz
7     article - 2022, was marked for
8     identification, as of this date.)
9 BY MS. THOMPSON:
10    Q.   You included two prior Hurwitz
11 papers, but not this 2022 paper that the
12 title is "Modification of the Association
13 Between Frequent Aspirin Use and Ovarian
14 Cancer Risk, a Meta-Analysis Using
15 Individual Level Data From Two Ovarian
16 Cancer Consortia."
17        Have you seen this paper.
18    A.   No, I don't believe so.
19    Q.   This paper also published in the
20 Journal of Clinical Oncology, correct?
21    A.   Yes.
22    Q.   And it has 25 authors, many of
23 the names we've talked about today,
24 correct?
25    A.   Correct.

Page 416

1
2     Q.   We've talked about Dr. Harris,
3 right?
4     A.   Yes, we have.
5     Q.   Dr. Schildkraut, right?
6     A.   Yes.
7     Q.   Dr. Berchuck?
8     A.   Yes.
9     Q.   Dr. Wentzensen?
10    A.   Yes.
11    Q.   Dr. O'Brien?
12    A.   Yes.
13    Q.   Dr. Wu?
14    A.   Yes.
15    Q.   Dr. Tworoger?
16    A.   Yes.
17    Q.   And Dr. Trabert at NIH?
18    A.   Yes.
19    Q.   And those are all names that
20 you're familiar with from your review of
21 the literature on talc, correct?
22    A.   Yes.
23    Q.   And the conclusions of this
24 paper published in 2022 are, conclusion in
25 the abstract:  This study, the largest to

Page 417

1
2 date on aspirin use and ovarian cancer,
3 provides evidence that frequent aspirin
4 use is associated with lower ovarian
5 cancer risk regardless of the presence of
6 most ovarian cancer risk factors.
7         That's the conclusion of these
8 25 authors, correct?
9     A.   That is the conclusion.
10    Q.   And if we go to the
11 introduction, halfway through the first
12 paragraph the authors state:  Chronic
13 inflammation likely plays a role -- a key
14 role in ovarian carcinogenesis as factors
15 associated with epithelial disruption from
16 ovulation --
17        MS. DAVIDSON:  Wait.  Do you
18    know where she is?
19        THE WITNESS:  Yeah.
20        MS. DAVIDSON:  Okay, great.
21        MS. THOMPSON:  Middle of the
22    first paragraph.
23        MS. DAVIDSON:  I'm sorry?
24        MS. THOMPSON:  Middle of the
25    first paragraph.

105 (Pages 414 - 417)

Page 418

1
2        THE WITNESS:  No, no, it's
3   just --
4        MS. DAVIDSON:  You read so fast.
5        THE WITNESS:  I wanted to see
6   what they were citing.
7   A.   Okay.  Yes, a 1999 paper.  Okay.
8   Q.   And these authors conclude
9   chronic inflammation likely plays a key
10  role in ovarian carcinogenesis.
11       Is that the statement they make?
12  A.   Yes, based on a citation from a
13  1999 paper.  Yes, that is their statement.
14  Q.   And based on this paper that
15  they've just written, if you look to their
16  conclusions, they suggest that primary
17  prevention of ovarian cancer is an added
18  benefit of frequent aspirin use that could
19  be incorporated into composite
20  risk-benefit calculations.
21       Correct?
22  A.   Yeah, they're saying that this
23  is a proof of principle that it could be
24  used in --
25  Q.   But in your report, you used the

Page 419

1
2   Hurwitz papers as evidence that the
3   inflammation isn't involved with ovarian
4   cancer, correct?
5   A.   No, I -- I said that there's
6   inconsistency in the data.  In fact, I
7   quote some studies saying that aspirin can
8   reduce the risk of ovarian cancer, and I
9   quote some studies saying NSAIDs can as
10  well, and other studies saying NSAIDs
11  can't but aspirin can.  I was just
12  pointing out inconsistency.  This adds to
13  the literature of an inconsistent
14  literature.  And I think that's why they
15  say that it's a proof of principle.  The
16  it's not proof.  It's a proof of principle
17  that maybe we can later.  They're saying
18  aspirationally, maybe this is something we
19  could do in the future.
20  Q.   Okay.
21       But you have two Hurwitz papers
22  in your report that have been replaced by
23  this "Modification of the Association,"
24  correct?
25  A.   My report admits that --

Page 420

1
2        MS. DAVIDSON:  Objection.
3        I don't know what you mean by
4   "replaced."
5        MS. THOMPSON:  Well, the title
6   of the paper is "Modification of the
7   Association" by the same author of the
8   two previous papers that --
9   A.   I -- I don't think they're
10  saying we're modifying what we said
11  earlier.
12       MS. DAVIDSON:  Correct.
13  A.   They're saying how does -- how
14  does frequent aspirin use modify these
15  other risk factors.
16       MS. DAVIDSON:  Yes.
17  BY MS. THOMPSON:
18  Q.   Okay.
19       But it's different from what
20  you've included in your report, correct?
21  A.   No.  No, my report, if I may
22  read, I said one group found no evidence
23  between aspirin and ovarian cancer and
24  didn't find an evidence of an association
25  between non-aspirin, NSAID use and ovarian

Page 421

1
2   cancer.  On the other hand, another study
3   did report a moderate risk reduction for
4   aspirin use but found no risk for NSAID.
5        This is not inconsistent with my
6   report.  I'm saying that there's data
7   saying one and there's data saying the
8   other.  And you've provided more evidence
9   of another paper saying the other.
10  It's -- it's -- all I'm saying is there's
11  inconsistency in the data on this topic,
12  and this is not a definitive answer.  It
13  adds to the literature.
14  Q.   Okay.
15       And because there's not a
16  definitive answer, you do not believe that
17  chronic inflammation plays a role in the
18  carcinogenesis of the ovarian cancer?
19       MS. DAVIDSON:  Objection.  That
20  misstates his testimony.
21  BY MS. THOMPSON:
22  Q.   Okay.
23       Then tell me your testimony.  I
24  don't want to --
25  A.   No, I didn't offer an opinion

Page 422

1
2  whether I thought inflammation could cause
3  ovarian cancer.  I don't know.
4     Q.   What is your opinion?
5     A.   I don't know.
6     Q.   Your opinion is you don't know
7  whether chronic inflammation can cause
8  ovarian cancer?
9     A.   Yeah.  These --
10    Q.   Have you --
11    A.   If I can finish.
12        These studies of NSAIDs and
13  aspirin use are sort of indirect studies
14  of whether an anti-inflammatory could
15  affect ovarian cancer rates.
16        And yes, they are focusing in on
17  this inflammatory -- chronic inflammation,
18  which is a theory that's out there in the
19  literature.
20        What I'm saying is that I have
21  not seen where chronic inflammatory states
22  have been shown to cause malignant
23  transformation of cancer cells.
24    Q.   Can chronic inflammation cause
25  epigenetic changes?

Page 423

1
2     A.   Chronic inflammation can cause
3  cancer, don't get me wrong.
4        I'm saying just because it can
5  cause cancer in one place in the body does
6  not mean that if it happens in another
7  place in the body, it causes.
8        So yes, it can cause epigenetic,
9  it can cause -- but the question that I'm
10  answering is in ovarian cancer, can
11  chronic inflammation cause ovarian cancer,
12  and I say it's a theory at this point.
13  It's not proven.
14    Q.   Okay.
15        Did you do a search for the
16  relationship between chronic inflammation
17  and ovarian cancer as part of the
18  preparation of your report?
19    A.   I don't remember doing a
20  specific search on that topic.
21    Q.   Would that have been important
22  in your report to understand how chronic
23  inflammation can cause ovarian cancer?
24    A.   I want to --
25        MS. DAVIDSON:  Objection.

Page 424

1
2     A.   Yeah, I just want to explain
3  how -- how I looked at this topic.
4     Q.   Will you just answer my
5  question?  I don't want to interrupt you,
6  but I do want you to answer my question so
7  we can leave.
8     A.   There's different levels of
9  importance, so when you say you're looking
10  for a yes-no answer what look important
11  and not important, and I just want to
12  clarify that I start off by looking at the
13  epidemiologic data to see if there's a
14  strength of association and if there's
15  consistency.  And then I'm looking at
16  mechanistic expectation explanations, and
17  from my report you can see I'm telling you
18  I don't think we've taken care of the
19  first two very important Bradford Hill
20  criteria.  But I say let's talk about the
21  talc theory.  And I go through migration
22  and I go through inflammation.  But the
23  strongest opinion I have on this topic is
24  that there's not strong enough
25  epidemiologic data, despite what your --

Page 425

1
2  the authors said in that it's generally
3  accepted that talc does not cause is not a
4  well-established risk factor.  That's the
5  general feeling.
6        So this whole idea of
7  inflammation, can inflammation cause
8  ovarian cancer, can talc cause ovarian
9  inflammation I find interesting, but it's
10  in the background of a lack of consistency
11  and strength of association.
12        MS. THOMPSON:  Okay.  I have one
13    more article to show you.
14        And that answer was
15    non-responsive to any question on the
16    table.
17        (Holcomb Exhibit 37,
18    Sanchez-Prieto article - 2022, was
19    marked for identification, as of this
20    date.)
21  BY MS. THOMPSON:
22    Q.   Have you seen this paper, Dr.
23  Holcomb?
24    A.   No, I don't believe I have.
25    Q.   It's Gynecologic Oncology

Page 426

1  Reports Journal that you review?
2      A.  That I review --
3      Q.  That you review -- that you read
4  on a regular basis?
5      A.  Not on a regular basis, but I
6  do.
7      Q.  And you agree it's a companion
8  journal to Gynecologic Oncology?
9      A.  It is, mainly for case reports.
10     Q.  And you don't remember seeing
11  this --
12     A.  No.
13     Q.  -- this article published in
14  2022, all right.
15         Let's look at the abstract:  The
16  risk and protective factors of ovarian
17  cancer suggest that its etiology is
18  multifactorial.
19         You weren't familiar with that
20  term when I mentioned it before, correct?
21         MS. DAVIDSON:  Objection.
22     A.  I'm sorry, can you show me where
23  it says this?
24     Q.  The second sentence of the

Page 427

1  abstract.
2      A.  (Witness reads document.)
3         Yeah, I'm not sure -- I don't
4  understand what they mean by that.
5      Q.  And you haven't seen it other
6  places before, I think you've already
7  testified.
8      A.  Yes.
9      Q.  Going down a little bit further,
10  it says:  At sites of inflammation -- and
11  the title of the article is
12  "Etiopathogenesis of ovarian cancer, an
13  inflammaging entity."
14     A.  There's a question mark.
15     Q.  What does etiopathogenesis mean?
16     A.  The beginning, etiology.  It's
17  etiology of pathogenesis.
18         I'm not sure why they chose to
19  use both words put together.
20     Q.  Okay.
21         And this paper, at least, in the
22  third paragraph of the introduction:
23  Inflammation has been considered a key
24  mechanism for carcinogenesis after

Page 428

1  detecting leukocytes in cancer tissue.
2  Inflammation can mediate and stimulate the
3  production of tumor-promoting compounds,
4  including cytokines.  Et cetera.  These
5  compounds can contribute to cell
6  proliferation, malignant transformation,
7  cancer development.  With three
8  references.
9         Are you familiar with any of the
10  references to that statement?
11     A.  I'm still trying -- I'm just
12  trying to catch up with you, I'm sorry.
13     Q.  Okay.
14         MS. DAVIDSON:  Do you need a
15  minute to look at this paper?
16         THE WITNESS:  It's kind of fast
17  coming at me of things I haven't read
18  before.
19         MS. DAVIDSON:  Why don't we take
20  a few minutes for him to look at this
21  paper, which is the same courtesy I
22  extended to your experts.
23         MS. O'DELL:  Well, let's go off
24  the record, which is what we did every

Page 429

1  time our experts reviewed.
2         (Recess taken.)
3  BY MS. THOMPSON:
4      Q.  The third paragraph in the
5  introduction says:  Inflammation has been
6  considered a key mechanism for
7  carcinogenesis.
8         And then it continues with the
9  rest of the paragraph that I don't think I
10  need to read.
11     A.  But I would like to make mention
12  'cause I looked at that citation.  They
13  say "consider key mechanisms for
14  carcinogenesis," and then they quote
15  Browning et al.
16         When you go to Browning et al.,
17  you see that this says IL 6 and ovarian
18  cancer inflammatory cytokines and the
19  promotion of metastasis.  So the citation
20  is actually about something that
21  can promote metastasis, not the start of a
22  cancer.
23     Q.  Well, we would have to read the
24  whole article to know that, wouldn't we?

108 (Pages 426 - 429)

Page 430

1
2    A.   Yeah, but just I'm going with
3 the name in the article.
4    Q.   Let's go to the next sentence.
5       MS. DAVIDSON:  You just
6    interrupted him again.
7 BY MS. THOMPSON:
8    Q.   (Reading) These compounds can
9 contribute to cell proliferation,
10 malignant transformation and cancer
11 development.
12       And there are three citations
13 there.
14       Are you familiar with any of
15 those citations?
16    A.   I'll let you know.
17    Q.   Savant --
18    A.   Give me a second.  I'll let you
19 know.  (Witness reads document.)
20       No, the Savant study, I don't
21 know if I'm just familiar with this -- the
22 author's name or that specific study.  I'd
23 have to pull the paper up to know.
24    Q.   And that study was included in
25 other experts' reports.  That may be where

Page 431

1
2 you recognize it.
3       The next sentence says:  Among
4 other factors, such as hereditary,
5 environmental, and lifestyle factors,
6 inflammation is an important risk factor
7 for ovarian cancer.
8       Do you disagree with that?
9    A.   Yes.
10    Q.   And looking on the second page,
11 the Figure 1, and if you'll look at that
12 diagram, and it does say it's a
13 hypothesis, so you don't need to conclude
14 that in your answer.  But it shows talc
15 exposure going from the perineum into the
16 vagina into the uterus and into the
17 fallopian tube, correct?
18    A.   Infections or talc exposure,
19 yes.
20    Q.   And then it shows inflammation
21 once it reaches that point, correct?
22    A.   I have to tell you just looking
23 at this picture I can't tell if they're
24 saying talc is causing inflammation
25 because it also says infections going up,

Page 432

1
2 if it's both can cause it.  I'm sure in
3 the text it says, but I can't tell from
4 the picture whether they're saying both
5 can or just one.
6    Q.   Well, let's read on page 3.
7       MS. DAVIDSON:  I am really going
8    to object to the pressure that is
9    being put on Dr. Holcomb to answer
10    questions about a paper he has not
11    read with insufficient time to read
12    it.
13 BY MS. THOMPSON:
14    Q.   Okay.  Read the paper and tell
15 me when you're ready, Dr. Holcomb.
16       MS. O'DELL:  We'll go off the
17    record.
18       (Recess taken.)
19       MS. THOMPSON:  I won't ask any
20    more questions.  I'll reserve my six
21    minutes time.
22       MS. DAVIDSON:  You're not going
23    to ask any more questions?
24       MS. THOMPSON:  No.  I would like
25    Leigh and I to make our flights.

Page 433

1
2       MS. DAVIDSON:  I need two
3    minutes.
4       MS. THOMPSON:  And the article's
5    in evidence.
6       (Recess taken.)
7 BY MS. THOMPSON:
8    Q.   Dr. Holcomb, if I ask you if
9 this is what the authors state and whether
10 you agree with it or not, can you answer
11 that question without --
12    A.   When you say "if," if this is
13 what the authors state.
14    Q.   I'm going to read something and
15 say is this is what the authors state and
16 ask you agree with it or not, can you just
17 give that answer?
18    A.   Yes, I can do that.
19    Q.   Because if it's going to be a
20 long answer, I'd rather not go.
21    A.   If you're just asking me if this
22 is what the author state, that's obvious.
23 I can say yes, that is what's on the
24 paper.
25    Q.   Okay.  We'll, we haven't done

109 (Pages 430 - 433)

Page 434

1  that too often.
2
3        We're back on the Sanchez-Prieto
4  article that you read thoroughly, correct?
5    A.   Almost finished, yes.
6    Q.   Okay. Let's go to page 3. The
7  bottom paragraph on that page: Another
8  example of an inflammatory factor involved
9  in the carcinogenesis of ovarian cancer is
10  the use of talcum powder in the genital
11  area. Talc, along with associated
12  components such as asbestos or quartz,
13  which are known carcinogens and can
14  contaminate talc products, might ascend
15  through the genital tract and irritate the
16  epithelial lining of the fallopian tubes
17  or ovaries. This could possibly trigger
18  an inflammatory response that may promote
19  carcinogenesis. Taken together,
20  epidemiological data suggest that there
21  may be a small positive association
22  between the use of genital powder and
23  ovarian cancer. Citing Wentzensen and
24  O'Brien.
25        Did these authors choose to

Page 435

1
2  include that paragraph in their paper?
3    A.   You read the paragraph
4  correctly.
5    Q.   So the authors included it in
6  their paper?
7    A.   You read it correctly, yes.
8    Q.   I'm going to guess that's the
9  same thing.
10        Do you agree with anything in
11  that paragraph?
12    A.   It would take too long to
13  explain why I disagree. So I'm going to
14  say -- your question do I agree with
15  anything? I'll say no.
16        MS. THOMPSON: All right.
17  That's it.
18  EXAMINATION BY
19  MS. DAVIDSON:
20    Q.   Dr. Holcomb, did the authors of
21  this paper reach any sort of conclusions
22  about inflammation?
23    A.   No, they just posed a number of
24  interesting theories.
25    Q.   Is inflammaging a recognized

Page 436

1
2  concept in the scientific community that
3  you've heard about in your practice?
4    A.   I have not -- I have not heard
5  the term. This is my first time seeing
6  that.
7    Q.   Is it fair to say that this is a
8  thought piece where the authors are
9  proposing some sort of possible role
10  and -- this paper proposes a hypothesis,
11  right?
12    A.   Yes. The authors admit
13  themselves this is all a hypothesis and
14  theory.
15    Q.   Are you aware of any scientific
16  evidence that chronic inflammation can
17  cause malignant transformation of ovarian
18  or fallopian tube cells?
19    A.   I know of none.
20        MS. DAVIDSON: I don't think I
21  have any other questions.
22        MS. THOMPSON: I have no further
23  questions.
24        (Deposition adjourned at
25  approximately 5:22 p.m. EDT)

Page 437

1
2        INSTRUCTIONS TO WITNESS
3
4        Please read your deposition over
5  carefully and make any necessary
6  corrections. You should state the
7  reason in the appropriate space on the
8  errata sheet for any corrections that
9  are made.
10        After doing so, please sign the
11  errata sheet and date it. It will be
12  attached to your deposition.
13        It is imperative that you return
14  the original errata sheet to the
15  deposing attorney within thirty (30)
16  days of receipt of the deposition
17  transcript by you. If you fail to do
18  so, the deposition transcript may be
19  deemed to be accurate and may be used
20  in court.
21
22
23
24
25

Page 438

1
2      A C K N O W L E D G M E N T
3
4   STATE OF            )
5                    :ss
6   COUNTY OF          )
7
8       I, KEVIN HOLCOMB, M.D., hereby
9   certify that I have read the transcript of
10  my testimony taken under oath in my
11  deposition of June 7, 2024; that the
12  transcript is a true and complete record
13  of my testimony, and that the answers on
14  the record as given by me are true and
15  correct.
16
17
18  _____
        KEVIN HOLCOMB, M.D.
19
20  Signed and subscribed to before me this
21  _____ day of _____, 20__.
22
23  _____
24  Notary Public, State of
25

Page 440

1
2      C E R T I F I C A T E
3       I, MARIE FOLEY, Registered Merit
4   Reporter, Certified Realtime Reporter, and
5   Notary Public for the State of New York,
6   do hereby certify that prior to the
7   commencement of the examination, KEVIN
8   HOLCOMB, M.D., was duly sworn by me to
9   testify to the truth, the whole truth and
10  nothing but the truth.
11      I DO FURTHER CERTIFY that the foregoing
12  is a verbatim transcript of the testimony
13  as taken stenographically by me at the time,
14  place and on the date hereinbefore set forth,
15  to the best of my ability.
16      I DO FURTHER CERTIFY that I am neither
17  a relative nor employee nor attorney nor
18  counsel of any of the parties to this action,
19  and that I am neither a relative nor employee
20  of such attorney or counsel, and that I am
21  not financially interested in the action.

22  _____
    COURT REPORTER
23  Registered Merit Reporter
    Certified Realtime Reporter
24  Notary Public
    Dated: June 12, 2024
25

Page 439

1
2      E R R A T A
3   PAGE/LINE/   CHANGE   /   REASON
4   ___/___/_____/_____
5   ___/___/_____/_____
6   ___/___/_____/_____
7   ___/___/_____/_____
8   ___/___/_____/_____
9   ___/___/_____/_____
10  ___/___/_____/_____
11  ___/___/_____/_____
12  ___/___/_____/_____
13  ___/___/_____/_____
14  ___/___/_____/_____
15  ___/___/_____/_____
16  ___/___/_____/_____
17  ___/___/_____/_____
18  ___/___/_____/_____
19  ___/___/_____/_____
20  ___/___/_____/_____
21  ___/___/_____/_____
22  ___/___/_____/_____
23  ___/___/_____/_____
24  ___/___/_____/_____
25  ___/___/_____/_____

Page 441

1
2      LAWYER'S NOTES
3   PAGE / LINE
4   ___/___/_____
5   ___/___/_____
6   ___/___/_____
7   ___/___/_____
8   ___/___/_____
9   ___/___/_____
10  ___/___/_____
11  ___/___/_____
12  ___/___/_____
13  ___/___/_____
14  ___/___/_____
15  ___/___/_____
16  ___/___/_____
17  ___/___/_____
18  ___/___/_____
19  ___/___/_____
20  ___/___/_____
21  ___/___/_____
22  ___/___/_____
23  ___/___/_____
24  ___/___/_____
25  ___/___/_____

111 (Pages 438 - 441)

**[& - 2]**                                                                      Page 1

| **&** |
| --- |
| **&**  1:5,11 2:16 |
| 2:17 3:7,17 9:6 |
| 15:19 16:4,19 |
| 20:21 24:2,6 |
| 26:15,20 27:2 |
| 28:11 29:14 |
| 31:20 38:25 |
| 39:4 40:11 41:4 |
| 42:21,23 45:4 |
| 52:19 53:23 |
| 95:3,17 96:16 |
| 96:18 97:25 |
| 99:13 130:16 |
| 167:14 168:5 |
| 169:9 182:6,12 |
| 189:21 190:10 |
| 197:3 221:22 |
| 323:22 358:5 |
| 385:16 |

| **0** |
| --- |
| **0.117.**  257:11 |
| **0.15**  259:6 |
| **0.5**  392:8 |
| 397:16 |
| **0.645.**  361:11 |
| **0.99**  256:15,19 |
| 257:10,25 |
| **00001**  10:17 |
| **00001-004** |
| 341:5 |
| **00011-014**  11:8 |
| 356:16 |
| **00033-037** |
| 10:25 353:24 |

**004**  10:18
**08002**  3:21

| **1** |
| --- |
| **1**  5:7 8:9 18:2,3 |
| 121:3 193:3,19 |
| 194:17,25 |
| 220:9 323:17 |
| 361:8 364:15 |
| 364:20 368:5 |
| 387:13,17 |
| 413:10 431:11 |
| **1,000**  21:23 |
| **1,827**  386:11 |
| **1.01**  232:6 |
| 258:9 |
| **1.08**  257:9,24 |
| 277:2 |
| **1.13**  258:8 |
| 262:15 |
| **1.17**  269:17 |
| **1.17.**  257:25 |
| **1.26.**  258:9 |
| **1.27.**  220:17 |
| **1.4.**  221:7 |
| **10**  6:18 153:13 |
| 153:14 154:3 |
| 194:8 392:8 |
| 397:16 |
| **10,000**  302:20 |
| **100**  207:23 |
| 394:16 |
| **10001-8602** |
| 2:20 |
| **10840**  1:12 |

**10:30**  137:16
**11**  6:22 9:23
13:6 154:19
155:3,4 320:18
**113**  194:7
**116**  6:13
**12**  4:6 7:7
166:13,14
440:24
**125**  132:22
**12:23**  223:14
**12:30**  223:15
**13**  7:13 73:9
74:4 117:2,6,17
119:25 120:15
138:6 141:2
170:18,19
180:8 247:3,6
249:6 253:22
274:7,15,16
383:16 391:2
**133**  61:17
**13th**  141:11
143:18
**14**  4:8 7:20
117:13,16,17
128:20 177:22
177:23 384:24
**15**  7:23 9:19
117:18 119:25
120:15 135:17
135:17 190:3,4
304:4 344:15
344:24 345:17
364:9,13
365:10 387:7

**153**  6:17
**155**  6:21
**16**  8:7 192:14
192:15 384:7
**16-2738**  1:6
**160**  329:9
**166**  7:6
**17**  8:10 193:2,3
**170**  7:12
**177**  7:19
**18**  5:6,10 7:9
8:13 166:17
193:8,9
**1825**  3:9
**183**  80:15,19
**19**  5:14,22 8:16
24:11 116:22
210:4
**190**  7:22
**192**  8:6
**193**  8:9,12
**1960s**  86:11
**1968**  385:3
**1988**  385:3
**1999**  418:7,13

| **2** |
| --- |
| **2**  4:5 5:11 8:12 |
| 18:11,12 47:19 |
| 48:10 180:20 |
| 193:9,20 195:2 |
| 218:11 323:3 |
| 331:10 332:9 |
| 332:13 344:25 |
| 361:18 403:11 |

**[2,428 - 29]**

Page 2

| | | | |
|---|---|---|---|
| **2,428** 398:7 | 142:7 143:5,12 | **2022** 8:15 11:17 | **216** 8:18,21 |
| **20** 8:19 216:10 | 146:10 147:16 | 11:20 12:7 | **218** 2:8 |
| 238:15 257:6 | 147:17,18 | 210:5 401:14 | **22** 9:7 221:20 |
| 257:14,15 | 149:19 150:2 | 415:7,11 | 221:21 388:19 |
| 262:18 275:14 | 151:9 160:15 | 416:24 425:18 | **221** 9:6 |
| 337:21 338:8 | 160:16,22 | 426:15 | **224** 9:10 |
| 344:15,24 | 161:11 162:14 | **2023** 5:22 6:10 | **23** 5:18 9:11 |
| 345:17 384:8 | 165:8,13 | 24:11 79:21 | 224:8,9 |
| 385:6 393:21 | 166:17 174:17 | **2024** 1:14 5:8 | **232** 4:10 |
| 438:21 | 174:22 175:5 | 5:12 6:15 7:20 | **24** 5:21 9:14 |
| **20006** 3:10 | 180:3 182:4 | 9:13,16,20 | 203:17 242:12 |
| **2001** 6:21 155:5 | 187:21 189:13 | 17:23 18:5,14 | 255:19 269:7 |
| **2003** 270:14 | 203:5,7,20 | 78:23 116:17 | 278:6 296:17 |
| **2004** 234:13 | 205:12 207:11 | 138:6 141:2,11 | **25** 9:17 199:25 |
| **2009** 270:14 | 207:17,24 | 142:24 143:19 | 200:2 251:10 |
| **2012** 173:8,18 | 208:11,13,25 | 146:18 161:3 | 277:18 312:19 |
| 173:23 174:9 | 209:7,8,17 | 162:15 163:18 | 402:23 410:8 |
| 174:12 371:20 | 322:3 401:3 | 163:20 177:24 | 414:9,13 |
| **2014** 86:2,8,11 | **202.783.6400** | 178:15 179:7 | 415:22 417:8 |
| 86:14,17,19 | 3:11 | 192:6,13 215:9 | **250** 322:13 |
| 87:6,18,19 88:2 | **2020** 7:17,22 | 225:15 242:14 | **26** 6:13 9:8,20 |
| 341:11 343:9 | 8:18 9:8 170:16 | 242:17 263:6 | 116:16 125:5,9 |
| **2016** 96:8 | 170:23 187:25 | 267:24 269:4,8 | 125:10 157:21 |
| **2017** 9:23 71:4 | 190:5 209:11 | 276:16 277:14 | 201:17 304:2,3 |
| 71:11 181:18 | 209:20,24 | 277:19 290:10 | **269** 9:13 |
| 279:9 320:15 | 215:7 216:8,11 | 292:13 304:4 | **27** 5:24 9:23 |
| 320:19 | 216:15 222:6 | 438:11 440:24 | 157:17 196:16 |
| **2017-2019** | 224:25 225:15 | **20s** 287:19,24 | 320:17 321:5 |
| 270:18 | 225:18 233:8 | 305:12 311:16 | **277** 9:16 |
| **2018** 147:3 | 255:22,25 | **21** 8:22 11:12 | **28** 5:8,12 6:15 |
| **2019** 7:10 15:22 | 257:17 259:12 | 196:16 216:15 | 10:7 18:5,14 |
| 17:19 21:9 23:8 | 276:17 329:13 | 216:16 220:10 | 116:17 320:22 |
| 24:16 30:10 | **2021** 9:10 10:12 | 232:20 359:8 | 320:24 321:5 |
| 31:13,15 34:16 | 11:12 208:22 | **210** 8:15 | **28th** 17:23 |
| 37:11 41:23,25 | 224:10 276:4 | **212.735.3000** | **29** 10:10 321:10 |
| 114:22 115:19 | 321:17 359:8 | 2:21 | 321:14 324:9 |

**[2:36 - a.m.]**                                                                 Page 3

| | | | |
|---|---|---|---|
| **2:36**  320:9 | **36**  11:21 384:7 | **5,000**  43:9 45:4 | **73**  6:6 |

**3**

| | | | |
|---|---|---|---|
| **3**  3:19 4:5 5:15 | 387:6 415:5,6 | **50**  21:4,10 | **7300**  338:9 |
| 19:3,9 81:4 | **36103-4160** | 22:11 68:25 | **76**  386:17 |
| 94:9 192:13 | 2:10 | 313:4 | **79**  6:10 |
| 361:8 432:6 | **36th**  294:23 | **51,000**  385:25 | |

**8**

| | | | |
|---|---|---|---|
| 434:6 | **37**  12:7 178:14 | 397:25 399:24 | **8**  6:11 79:20 |
| **3.34**  269:17 | 178:17 425:17 | **52**  385:7 | 121:8,11,12 |
| **3/4/2014**  10:15 | **377**  11:14 | **57**  178:16 | 138:3 |
| 341:4 | **3843**  440:21 | **5:22**  436:25 | **8.2**  381:15 |
| **30**  10:16 294:21 | **39**  275:14 | **5:30**  33:14 35:2 | 385:20,24 |
| 319:21,25 | **3:18**  1:12 | **5th**  178:15 | 387:25 393:24 |

**4**

| | | | |
|---|---|---|---|
| 321:23 341:3 | | 179:7 | **800.898.2034** |
| 361:17 437:15 | **4**  5:19 23:12,13 | | 2:11 |

**6**

| | | | |
|---|---|---|---|
| **304**  9:19 | 101:18 360:20 | | **856.317.7188** |
| **30s**  287:19,24 | 361:3,5 | **6**  5:25 7:17 | 3:22 |
| 305:12 311:16 | **4/2018**  6:8 73:6 | 26:25 27:5 | **877.370.3377** |
| **31**  10:21 353:20 | **40**  32:7 54:4 | 125:8 170:23 | 1:24 |
| **310**  3:20 | 56:25 59:5 60:3 | 187:25 361:19 | **88**  13:6 |
| **32**  11:7 320:2 | 78:24 79:3 81:8 | 364:12 385:7 | **8:46**  14:3 |

**9**

| | | | |
|---|---|---|---|
| 356:12,14 | 99:7 168:9 | 429:18 | **9**  6:14 116:14 |
| **320**  9:22 10:6 | 248:19 | **6,240**  385:7,24 | 116:15 137:14 |
| **321**  10:9 | **401**  11:17 | 397:19 | 177:15 178:13 |
| **33**  11:11 345:21 | **415**  11:20 | **60**  345:2 | 346:23 |
| 351:15 359:5,6 | **4160**  2:9 | **62**  385:13 | **917.591.5672** |

**7**

| | | | |
|---|---|---|---|
| **34**  11:15 377:10 | **425**  12:6 | | 1:24 |
| 377:11 | **435**  4:9 | **7**  1:14 6:7 73:4 | **95**  247:12 |
| **341**  10:15 | **438**  4:11 | 121:3,17 | 257:10,24 |
| **35**  11:18 294:21 | **439**  4:12 | 438:11 | 313:23 |
| 380:21 401:12 | **440**  4:13 | **7,300**  337:24 | **9:00**  1:18 |
| 401:13 | **45**  280:5 | **7/25/2013**  10:23 | **9:30**  137:15 |

**5**

| | | | |
|---|---|---|---|
| **353**  10:20 | | 11:6 353:23 | **a** |
| **356**  11:6 | **5**  4:6 5:22 7:20 | 356:15 | **a.m.**  1:18 14:3 |
| **359**  11:10 | 24:8,10 177:24 | **70**  345:3 | 137:14,15,16 |
| | 247:16,18 | **700**  3:9 | |
| | 406:18 410:24 | **70s**  86:11 | |

[ability - address]                                                  Page 4

**ability**  108:12
110:7,9 132:8
168:25 255:10
388:13,17
395:6 440:15
**able**  108:17
109:22 113:24
126:3 127:14
127:15,24
128:2 163:23
235:2 264:13
347:24 352:6
398:21 411:19
**abo**  6:7 72:8
73:6,19 74:21
75:2
**above**  1:19
201:10 290:22
385:15 403:17
**absence**  68:20
**absent**  350:20
357:7
**absolutely**
28:15 141:7,21
382:21
**abstract**  225:4
226:11,13
229:20 230:3
232:2 257:20
262:7,11,14,17
416:25 426:16
427:2
**absurd**  140:9
283:17
**academic**  24:25

**accept**  133:16
160:18 405:19
**acceptable**
109:8 273:21
380:2
**accepted**
118:11,21
123:5,8,14
160:11 325:6
355:21 360:23
361:7,10
405:10 425:3
**accessed**  140:6
141:10
**accommodate**
319:16
**accompanied**
201:19 277:14
278:6 282:2
**accompanies**
287:6
**accompanying**
202:13 216:14
**account**  109:21
**accounting**
284:21 287:13
**accounts**  345:2
**accuracy**
195:14
**accurate**  29:24
115:12 128:11
144:12 158:18
195:25 196:5,7
437:19
**accused**  20:14

**acknowledge**
229:10 251:14
**acknowledged**
263:23
**acknowledging**
263:14
**acog**  9:22 10:6
50:5,10,12,18
50:21,25 51:15
52:20,24 53:9
53:12,15,24
54:2,15 55:21
56:12,17,18,20
57:17,23 58:5
58:19,24 59:19
59:22,24 60:2,6
60:12,17,22
61:2,12,15 64:5
64:5,23 69:13
70:11,21 71:18
153:20 154:15
155:12 205:12
279:9 290:23
290:23 301:18
301:22,25
302:2,4 303:14
320:15,17,22
320:24 405:12
406:4,15,20
**acog's**  70:13
71:4
**action**  199:12
315:18 440:18
440:21
**activity**  86:24
309:2

**actual**  23:18
94:15 116:11
**actually**  17:3
33:22 38:19,21
56:12 67:12
75:19 79:9
88:11 119:19
131:24 145:18
196:25 206:21
207:8 232:23
244:11 247:2
264:10 270:16
300:18,24
301:16 304:22
322:19 327:15
327:24 333:10
345:6,13
349:19 362:11
366:25 429:21
**add**  71:3 260:9
290:4
**added**  146:14
147:17 177:15
259:9 302:17
345:4 418:17
**adding**  285:16
**addition**  145:25
224:14 235:9
**additional**
79:25 80:7 82:5
233:2 298:22
323:20
**additions**
283:24
**address**  19:13
108:9 174:17

**[address - american]** Page 5

174:23 287:7
288:19 345:7
**addressing**
96:19 198:11
198:14
**adds** 305:8
311:11 419:12
421:13
**adenocarcino...**
246:23
**adipose** 413:8
**adjourned**
436:24
**adjusted** 221:5
**adjusting**
308:20
**adjustments**
317:9,20
**administrative**
25:10
**admissions**
25:7 91:11
**admit** 20:12
368:20 436:12
**admits** 419:25
**admitted** 150:4
**adulterated**
94:5
**advice** 56:2,6
**advise** 52:8
290:14 292:11
**affect** 422:15
**affected** 317:10
**affirm** 14:9
**affirmative**
64:22 65:3,12

67:23 68:5,19
68:21 69:10
70:10,13,19,22
136:19
**afield** 183:14
**afternoon** 4:10
**age** 275:14
329:19 384:7
**agencies** 91:7
180:17,21
186:11 188:7
201:5 217:23
**agency** 187:24
201:6 217:5,25
**agent** 16:22
332:22
**agents** 334:23
337:9 414:24
**ages** 275:17
**aging** 404:4
**ago** 26:3
**agree** 31:20
32:5,11,15,19
32:25 35:8,11
49:10,11 50:17
62:22 71:16
86:9 87:25
101:11 102:14
105:2 119:7
121:23 123:16
124:2 127:21
128:8 184:18
186:15 188:11
190:16 197:6
198:24 199:2,3
218:24 229:12

232:9,12
234:23 235:13
244:19 250:12
252:17 254:19
255:5 257:2
265:21 272:24
273:21 275:5
276:15 284:17
289:13,22
292:7 302:8
310:4,19,20
315:12 322:6
330:15 331:9
331:14 332:8
332:11 337:18
337:23 339:11
345:19,20
384:5 386:4
387:22 388:11
390:11 407:20
426:8 433:10
433:16 435:10
435:14
**agreed** 373:18
397:20
**agreeing**
354:18
**agreement**
186:10 188:6
374:10
**agrees** 42:22
299:5 310:13
407:19
**ahead** 37:21
45:17 55:9
144:10 145:17

180:25 183:21
189:25 220:7
233:18 239:16
289:21 295:3
340:25 366:9
**al** 1:11 284:22
287:6 329:10
429:16,17
**alabama** 2:10
**albeit** 276:4
**alive** 126:3
127:14 161:4
**allan** 158:8
**allegations**
185:14
**allen** 2:5
**allow** 349:10
396:13
**allowed** 93:3,20
93:25 139:2
**alpha** 413:10
**amended** 6:13
17:21 25:14
46:12 71:13
116:13,16
251:17 282:7
282:12 283:25
**amendment**
356:20
**amendments**
28:16 46:9,11
**america** 53:13
**american** 52:2
271:8 303:19
304:15 306:22

**americans**
89:23
**amount** 25:10
272:15 288:15
314:12 355:19
355:19 387:16
389:6,9,12
400:4
**amounts**
382:16
**amphibole**
386:19
**ample** 142:7
**analyses** 8:9,10
193:4,4 234:16
234:18 238:14
250:14 273:7
312:21 313:20
313:21
**analysis** 160:19
192:25,25
197:22 204:24
204:24 213:14
218:9 224:21
234:17 250:25
266:13,18
275:14 291:7
301:13 316:18
316:24 317:6
372:25 376:21
384:6 403:18
415:14
**androgenesis**
413:16
**andy** 403:2,4
406:18,24

407:19
**angles** 261:6
**animal** 108:13
111:19
**animals** 134:6
**anna** 2:4 10:17
10:25 11:8
18:24 341:5
353:24 356:16
358:2,7,8
**annoying**
161:14
**answer** 13:4
31:4,24,25 32:3
34:19 37:21
39:7 40:2,3,5
43:25 44:24
45:17,19 63:9
64:17,20 65:9
65:17 66:18
67:20 77:8
84:12,15,17,19
88:12 90:11,15
90:24 91:3,15
92:6,10,23 93:8
93:11,15,22
94:22 111:10
112:18 113:11
117:23 123:19
135:25 137:19
137:23 139:20
140:13 141:9
145:14 151:25
152:3 167:20
188:16 214:13
214:19 229:5

237:7,12
241:15,16,17
243:21 252:10
261:4,7,9,10
266:14,15
273:14 274:6
275:12,23
281:10 289:4
289:18 294:14
295:7,22,23
314:25 316:5
328:10 334:20
336:8 350:4,22
356:20 373:21
378:16 382:18
382:20 392:5
395:5 396:17
399:8,15,16,17
407:5 421:12
421:16 424:4,6
424:10 425:14
431:14 432:9
433:10,17,20
**answered** 45:9
45:13,16 46:5
59:17 65:6,7
68:3 70:17,18
71:21 92:3
113:7,9 114:12
131:8 137:11
169:22 170:7,9
239:15 240:15
294:21 313:23
313:25 336:4
352:3,10 368:8
369:10 391:19

391:23 405:7
**answering**
36:14 44:11
61:22,25 62:7
66:17 96:5
142:13 206:25
214:11 244:21
423:10
**answers** 114:16
122:6 137:21
198:21 245:21
265:19 306:17
316:9 438:13
**anti** 403:23
414:24 422:14
**anybody** 49:2
76:18 105:11
107:12 238:5
295:15 382:14
406:15
**anymore**
105:10,15
210:23
**anyone's**
388:16
**anything's**
227:11,12
**anyway** 131:13
229:22
**apologize**
115:13 317:15
320:10 372:7
**apoptosis**
413:15
**apparently**
84:7 173:4

**[apparently - asbestos]** Page 7

266:16 307:12

**appearances**
4:5

**appears** 259:2

**appendices**
82:14

**appendicis**
302:18

**appendix** 81:4
81:11,12,15,22
81:25 82:4,11
82:18,18 137:3
137:6 204:23
301:4,11 303:8

**application**
381:15 385:18
385:21 387:20
393:8 395:2

**applications**
337:24 385:25
397:19

**applied** 107:22
110:8,22 113:2
114:9,22 115:6
115:16,19,25
129:12 203:16
203:22 226:14
228:7 398:3

**apply** 152:20
203:25 399:2
408:2,5,8

**appreciate**
193:23 319:18
334:3 399:15

**approaches**
202:5

**appropriate**
42:16,24
188:15 222:16
342:12 437:7

**approximate**
21:10

**approximately**
23:8 337:24
361:9 391:2
402:23 436:25

**approximation**
388:3

**april** 7:19 10:12
177:24 178:15
179:7 321:17

**apt** 244:20

**area** 21:4 53:7
78:17 95:2
97:15 99:21,22
100:2,4 183:18
185:21 186:5
212:7 213:3
218:15,17
222:12 226:14
228:7 232:4
280:4 368:22
384:17,19
395:10 434:11

**areas** 76:8
183:14 184:25
188:24

**argue** 165:20
246:3

**arguing** 229:8
309:21

**argument** 55:6
102:16 127:9
249:11

**arps** 2:17

**array** 270:24

**arrived** 15:13

**arrives** 386:11

**article** 6:10,21
7:22 8:15,18,21
9:10,13,16
11:17,20 12:6
79:21 82:12,23
133:7,9 135:13
147:10 154:4,7
154:11 155:5
157:14,15
159:9 190:5
210:5 216:11
216:17 224:10
262:5 263:22
269:8 277:19
282:2 287:5
297:25 401:14
408:3,16 415:7
425:13,18
426:14 427:12
429:25 430:3
434:4

**article's** 433:4

**articles** 23:22
26:5,8,12 64:24
130:8 142:17
234:6 401:2

**asbestiform**
363:22 368:14
368:18

**asbestos** 7:9,15
26:12 35:18,24
37:5,14 38:10
38:14,18,25
39:14 72:20
74:17,24 75:17
75:25 93:3,20
93:25 94:6
129:16,18,20
129:22,24
130:5,10,18
131:23 165:8
165:12,21
166:4,9,17
167:2,11,24
168:12,22
169:6,10,19
170:13,21
171:9 172:6,9
172:13,14,19
173:3 174:18
174:23 175:3,5
176:3,20 180:3
180:15 181:6,9
181:22 182:4
182:14,20,24
183:4 184:17
184:25 185:3
186:4,13,18
187:14,16,21
188:10,21
189:12 190:9
190:14 191:4
337:14,16
364:2 365:3,5,7
365:19 366:12

**[asbestos - associated]**                                                    Page 8

367:3,11 368:4
369:12,20
370:14 384:2
386:19 393:13
393:15 396:24
434:12
**ascend**  126:4
127:15 434:14
**ascending**
111:22
**ascension**
107:22
**asco**  9:19 304:3
304:14 306:3
306:10 307:5,8
307:13,16
308:7,11 309:3
309:7,12,13,19
310:12 311:5,7
311:24 312:10
315:19 316:19
317:11,14,16
317:24 318:19
318:24
**asco's**  315:11
**ashcraft**  3:7
**asked**  10:7
15:16 16:10,11
19:12 33:21
34:17 37:10,11
38:8,9 40:10
41:23 45:9,15
61:14 62:23
65:5 68:2 70:16
84:22 85:3
87:16 91:22

92:4 96:13
113:6 114:11
119:23,23
131:7 134:18
139:15 147:15
148:23 150:2
151:9 157:6
161:5 168:3
169:21 170:7
172:8 187:20
203:4,6,20
214:2 226:3
227:9 268:13
270:13 276:11
286:11 289:6
289:19,24
294:20 306:8
308:6,13 314:2
320:25 336:3
337:15 356:5
366:4 367:25
371:3,11,14,17
381:14,20,25
382:10,25
391:18,22
405:6
**asking**  15:2
19:25 36:12
40:8 41:3,6
42:20 45:14
49:6 57:17
58:18,23 59:13
63:15 67:21,22
68:6,15 91:23
108:20 109:5,8
110:5,15,18

111:2,10
113:21 133:20
133:23 134:16
134:22 135:4
135:16,18,24
137:22 139:10
156:23 161:10
164:13 179:5
183:16,22
185:20 187:22
203:21 213:24
226:10 228:14
237:13,21
241:14 243:14
257:2 265:15
275:5 278:21
293:24 312:20
314:9 322:25
323:8 327:19
328:5,25
334:13 335:22
335:23 346:14
349:19 350:23
362:2 371:13
374:11 378:8
387:2 388:6,10
388:14 391:5
391:24 392:24
394:19 398:22
399:8 404:15
433:21
**asks**  243:16
290:5
**aspect**  198:15
**aspirationally**
419:18

**aspirin**  415:13
417:2,3 418:18
419:7,11
420:14,23,25
421:4 422:13
**asrm**  410:8,12
410:14
**assess**  202:2
**assessing**  288:7
**assessment**
10:10 80:11
283:8 285:24
321:15,23
322:3 323:5,17
323:24 342:20
347:8 350:25
**assign**  206:15
**assigned**  205:22
205:23 206:8,9
206:21
**associate**  25:7
91:10
**associated**
40:12 55:18
56:21 59:8,10
68:23 86:18
94:18 100:10
184:16 186:3
243:3 246:24
266:19 267:4
287:12,16
305:6 308:18
311:9 312:7
318:8 327:4,9
331:6 335:20
336:24 413:25

| | | | |
|---|---|---|---|
| 417:4,15 | 62:25 68:23 | **attorneys** 22:13 | 309:8,10 |
| 434:11 | 97:6 114:16 | **attributed** | 316:20,20 |
| **association** | 182:15 189:14 | 202:12 | 402:22,23 |
| 32:23 55:22 | 189:16 190:21 | **attribution** | 404:7,17,22,24 |
| 58:6 77:16 78:9 | 196:4 199:14 | 205:4 | 406:2,18 |
| 78:11 83:16,25 | 203:23 204:10 | **author** 196:20 | 407:20 409:5 |
| 160:3 162:18 | 204:16 259:8 | 216:22 278:16 | 409:14 410:8 |
| 218:16 232:4 | 286:9 290:8 | 299:4,18 | 413:17 414:9,9 |
| 232:10 233:10 | 291:13 304:12 | 300:20,22 | 414:13 415:22 |
| 233:12 236:4 | 347:16 371:14 | 407:18 408:9 | 417:8,12 418:8 |
| 239:18,25 | 377:24 388:17 | 408:12,15,17 | 425:2 433:9,13 |
| 240:10,19 | 397:18 | 420:7 433:22 | 433:15 434:25 |
| 241:19 242:8 | **assumed** 17:8 | **author's** 430:22 | 435:5,20 436:8 |
| 242:16,17 | 78:14 347:12 | **authors** 49:5 | 436:12 |
| 243:8 248:8 | **assumes** 350:19 | 189:20 212:2,4 | **average** 390:3 |
| 254:20,23 | **assuming** | 212:7,24 | 390:19,24 |
| 267:15,18 | 124:15,17 | 214:20,22 | 391:8,13,16,25 |
| 269:16,22 | 147:6 153:9 | 216:20,21 | 392:2 398:7 |
| 271:17 272:4,9 | 168:11 196:6 | 217:13,15 | **avoiding** 212:5 |
| 272:18,20 | 260:7 293:7 | 225:23 226:19 | 212:17 213:2 |
| 273:23 274:8 | 309:25 332:21 | 228:22 229:12 | **aware** 38:10,12 |
| 274:17,20 | 334:6,17 | 230:4,9 249:13 | 39:7,8 51:19 |
| 275:24 276:5 | 335:22 364:22 | 258:18 259:12 | 59:25 61:19 |
| 276:11 285:17 | 368:14 393:23 | 260:4 269:14 | 63:20,23 72:9 |
| 287:8 291:22 | 394:22 | 270:23,24 | 72:24 73:21 |
| 297:7 299:17 | **assumption** | 272:8,14,24 | 90:3 114:25 |
| 300:16 308:22 | 237:14 398:10 | 273:2,4 274:12 | 115:21,24 |
| 317:7 318:11 | **atomic** 361:10 | 274:24 275:3 | 166:11,25 |
| 318:15 329:10 | **attached** 46:2,4 | 275:19 278:15 | 167:4,11 |
| 402:6 414:5 | 315:18 437:12 | 284:10,18,20 | 189:19 210:18 |
| 415:12 419:23 | **attempt** 273:16 | 285:3,20 | 210:19,20 |
| 420:7,24 | 314:20 | 286:12 287:21 | 211:4 223:13 |
| 424:14 425:11 | **attention** 69:11 | 289:7 291:4 | 224:13,17,19 |
| 434:21 | **attorney** | 292:10 295:25 | 226:7 234:14 |
| **assume** 25:9 | 437:15 440:17 | 296:5 297:6 | 238:2 241:22 |
| 51:25 52:22 | 440:20 | 298:4,11,14,19 | 241:25 242:2,5 |

[aware - believe]                                                          Page 10

242:23,25
243:7 246:15
246:25 256:13
287:20,25
290:13 292:22
293:6 323:22
324:2 327:13
327:22 328:7
336:9 337:16
340:5,9 359:11
359:20 380:17
396:20,24
436:15

**b**

**b**   5:3 6:3 7:3
8:3 9:3 10:3
11:3 12:3 74:15
76:6
**baby**   7:6 95:3
97:3,14 164:5,8
165:4,8,12
166:8,9,15
167:2,23
168:11 169:19
182:3,13
190:11,12
384:17 386:2
386:12
**back**   22:8 33:16
37:9 38:7 40:20
54:18 57:22
67:7 107:25
117:22 125:8
128:14 142:25
145:19 147:22

163:6 165:16
177:12 220:22
234:10 235:22
238:12 247:24
251:15 253:2
255:12,16
265:6 275:22
297:12 301:15
303:10 306:19
309:9 317:14
327:11 328:12
339:6 345:6,9
345:11 346:18
346:24 354:22
374:5 386:22
434:3
**background**
203:10,13
298:25 425:10
**backtrack**
385:14
**bacteria**   125:13
125:19 128:13
128:16
**bad**   136:5
193:21
**barely**   306:5
**barnes**   10:20
353:21 354:6
**barriers**   118:20
398:14
**based**   16:21
40:25 69:20,23
78:24 95:24
99:9 100:15
108:8,8,19

109:13 110:21
114:3 124:18
127:9 129:25
130:14 133:19
133:25 134:2
138:11 141:2
141:12 142:16
143:18 147:24
149:2,4,9 153:5
153:6,8 168:8
169:4,14
213:17 214:15
218:10 227:17
237:23 254:11
255:10 272:16
283:7 285:25
288:5,25 290:9
291:14 292:25
298:9 334:18
348:23 367:17
370:6 371:25
372:16 376:12
381:16,19
384:25 397:4,5
418:12,14
**basic**   67:22
**basically**   163:8
163:10 381:6
384:19
**basing**   58:16
134:7 296:9,11
296:24
**basis**   91:13
141:21 239:8
426:5,6

**bates**   10:13,16
10:24 11:7
321:17 341:4,8
353:23 356:15
**bathroom**   67:6
**beasley**   2:5
**beasleyallen....**
2:12,13
**began**   53:7
384:6
**beginning**
86:11 165:16
345:9 403:18
427:17
**begins**   196:16
324:12 364:7
403:13
**behalf**   2:4,16
3:5,15 104:4
**belief**   105:13
106:16 165:11
165:15 346:7
351:21 407:24
**beliefs**   136:4
**believable**
104:25 105:5
**believe**   16:5
19:11 25:13
26:18 30:4
37:10 71:23
76:19 77:20
89:3 90:13,13
105:8 117:25
129:14,17
131:14 135:21
136:7,8 137:5

**[believe - break]**                                                                    Page 11

137:18 165:23
169:11 170:15
178:21 179:8
179:13,24
189:7 190:18
198:17 201:2
229:13,16,22
230:15 232:21
233:6 236:2,4
239:15 246:6
254:17 255:20
255:25 257:7
259:17,18
272:8,18,20,21
272:25 284:4
300:11,13,14
300:15 301:24
310:2 312:16
315:16,17
325:11,20,21
326:4 337:8
338:8,24 339:3
340:11 347:13
347:16 352:5
352:13 354:9
357:10,22
359:12 363:22
373:17 374:7,9
375:6,23 397:5
402:23 405:3
415:18 421:16
425:24
**believed**  230:5
300:8 347:22
**believes**  300:11
346:16

**believing**
107:15 230:4
**benefit**  418:18
418:20
**benign**  339:10
**berchuck**  403:3
403:4 406:19
406:24 407:19
416:7
**berge**  157:9
158:8 159:2
**beseech**  104:5
**best**  94:16
104:8,10
132:19 316:7
388:3 395:5
440:15
**better**  219:21
223:16 306:13
338:16
**bias**  153:8
233:9 234:24
235:9 236:12
236:15,23
237:19 244:7
244:11,15,17
244:19 245:8,9
245:15 248:20
248:21 249:2
272:2 285:23
287:8,13 288:8
312:21 313:20
314:5,9
**biased**  177:17
248:21

**biases**  284:22
308:21 317:9
**bibliographies**
47:11
**big**  47:5 266:13
393:11
**bigger**  193:20
**bindman**
210:15 211:2
**biologic**  101:12
102:6,16
104:17 414:4
**biological**
100:22
**biopsy**  357:2,3
**bit**  46:21 63:8
96:23 111:25
236:5 249:11
427:10
**bjc**  11:6 356:14
**bjh**  10:25 11:8
353:24 356:16
**bladder**  241:24
**blame**  236:15
**blind**  127:14
**blue**  41:9
**bmi**  403:20
**board**  32:21
72:12 200:8
201:2,7 202:8
204:7 205:9,21
206:7,17,19
207:8 299:19
355:5,7 390:6
**boards**  200:25

**boat**  82:9
**bodies**  408:21
**body**  75:4
78:16,18 99:6
109:11 136:10
169:14 173:5
305:8 384:20
407:13 423:5,7
**bold**  49:9
**bottle**  40:17,21
165:18,23
176:4 381:18
**bottom**  200:4
318:3 361:3
434:7
**box**  2:9 41:9
**bradford**
104:19 254:7,9
424:19
**branch**  217:2
**brash**  349:12
**brca**  331:16
332:24 337:7
345:17
**brca1**  331:10
332:9,13
344:25
**break**  67:2,4
136:16 177:3,9
279:4,12,13,24
303:13 316:13
319:8,12,21
320:5 321:8
379:25 380:13
381:5,9 382:2,2

| breast 224:22 | c | cancer 9:7,23 | 173:5,7 174:19 |
|---|---|---|---|
| 242:9,12,15 | c 2:2 438:2 | 10:6 16:13,16 | 174:23 175:6 |
| 318:8,11 | 440:2,2 | 18:21 25:20,23 | 185:15 189:12 |
| 330:10,12 | ca 132:22 | 26:2,5,9 32:16 | 190:15 211:7 |
| 403:24 | calculate | 32:20,24 35:13 | 211:21 218:18 |
| breastfed 330:8 | 393:18 | 40:13,14,19 | 219:2 220:3 |
| breath 43:18,21 | calculated | 48:13 50:14,16 | 221:23 224:15 |
| 66:15 | 397:24 | 51:12 53:3,10 | 224:15,16,22 |
| bring 19:13,15 | calculates | 53:17,25 54:5 | 224:22,23 |
| bringing 70:2 | 386:14 | 55:13,18,23 | 225:23,24 |
| 89:20 | calculation | 56:22 57:7 58:6 | 226:5 227:21 |
| britton 217:18 | 338:11,15 | 58:14 59:8,11 | 232:5,11 |
| 402:24 | 384:25 385:6 | 61:17,20 62:16 | 233:11 234:8 |
| broad 172:3 | 385:10,16,22 | 62:19 64:6,12 | 234:19 235:7 |
| 274:25 275:9 | 386:5 394:25 | 64:14 68:8,10 | 238:4,4 239:12 |
| brought 87:10 | 398:6,11 | 68:12,13,23 | 239:19 240:2,6 |
| 320:4 366:3 | calculations | 69:2,8 71:4 | 240:11,14,22 |
| browning | 387:15 418:20 | 72:22 74:19 | 241:24 242:4,9 |
| 429:16,17 | call 156:2 | 75:6 76:5 77:13 | 242:15,18,22 |
| built 398:15 | 223:15 277:4 | 78:5,22 79:2,13 | 243:2,11,11,12 |
| burke 6:10 | 288:7 312:21 | 81:2 83:5,16 | 245:14,17,20 |
| 54:16 60:25 | 404:11 | 84:2 85:15,20 | 247:4 249:7 |
| 61:6,10 76:22 | called 27:10 | 85:24 87:2 88:3 | 254:25 255:11 |
| 76:25 77:10,15 | 159:2,3 | 89:22 90:20 | 266:19 267:4 |
| 77:25 78:6 | calling 349:11 | 94:20 95:5,6 | 269:17 272:6 |
| 79:18,19,20,24 | 404:13 405:11 | 97:16 98:10 | 272:10 274:9 |
| 80:6,13,14 81:7 | calls 51:22 | 100:13 103:15 | 274:21 284:16 |
| 82:23 137:2 | 343:2 | 105:25 106:23 | 284:23 285:15 |
| 204:21 299:10 | campus 3:19 | 107:9 122:25 | 285:19 287:12 |
| 300:8,11,13,18 | canada 10:9,12 | 123:9 129:7 | 287:18,23 |
| 300:24 301:2 | 181:20 321:15 | 131:2 132:23 | 290:20 291:3,6 |
| burke's 54:12 | 321:16,24 | 137:10 163:12 | 291:23 292:17 |
| 300:10 302:9 | 322:7 323:24 | 165:24 168:7 | 293:14 294:7 |
| business 310:8 | 324:4 | 168:23 169:2,7 | 294:17 295:13 |
| buy 163:21 | | 169:13,20 | 297:9,19 |
| 164:5,18 | | 172:7,9,20,23 | 300:17 302:6 |

302:12 305:10
305:21,24,25
308:19 311:9
312:8 313:3
317:8 318:8,17
320:16,18,23
320:25 322:9
324:17,21
325:19,22
326:2 327:10
327:16,25
328:18,23
329:11,12,17
329:21,24
330:11,15,21
330:22 331:3
331:11,19
332:10,16,23
332:24 334:8
334:23 335:5,9
335:15,17,21
336:2,12 337:2
337:4 338:21
338:23 339:2
340:5 342:10
342:15,16,18
342:24 343:4,5
343:8,9,15,21
344:8,21 346:7
346:16 347:3
347:22 349:3
351:21,24
354:25 355:25
365:5,7,14,16
367:12,20
368:6,24

369:13,20
370:2,5,15
372:23 374:9
389:8,13
393:12,14,16
397:12 400:5
400:13 401:18
402:5 403:8,20
403:22 404:9
407:16 408:11
408:19 409:4
411:3 412:20
414:5,25
415:14,16
417:2,5,6
418:17 419:4,8
420:23 421:2
421:18 422:3,8
422:15,23
423:3,5,10,11
423:17,23
425:8 426:18
427:13 428:2,8
429:19,23
430:10 431:7
434:9,23
**cancerogenic**
364:16
**cancers**   74:25
89:25 225:8
235:3 243:10
287:10 288:18
313:17 344:16
411:3 412:19
413:12

**carcinogen**
364:20 368:5
**carcinogenesis**
74:6,11 85:15
102:24 132:11
226:17 228:9
417:14 418:10
421:18 427:25
429:8,15 434:9
434:19
**carcinogenicity**
365:19
**carcinogens**
434:13
**carcinoma**
340:7 354:12
**care**   3:15 50:15
53:9 70:3 83:21
85:22 87:2
91:13 272:5,10
287:9 305:6
310:25 317:8
368:23 424:18
**careful**   34:2
87:14
**carefully**
112:12 437:5
**carolina**   217:4
**carried**   148:2
**case**   8:12 15:18
17:19 18:8
20:22 48:14,15
48:18 84:10
95:2 102:9
105:9 110:25
124:19 137:13

137:14,15,17
149:21 157:16
193:8,10
211:17 213:15
233:13,20,21
235:18 236:16
236:25 238:15
238:19,22
243:17 245:11
245:23 246:22
264:15 279:11
291:20 296:17
315:7 324:16
327:20 339:5
353:18 372:2
372:16 375:2
376:17 379:14
380:7 390:14
398:19 426:10
**cases**   23:3
86:18 87:19
257:23 285:14
325:8,10 355:4
358:10
**catch**   428:13
**category**   75:16
132:2
**causal**   292:15
293:4,13,17
297:18 298:8
300:16 372:21
373:5
**causality**   55:19
335:22
**causation**
324:20 373:18

**[causative - changed]**                                          Page 14

| | | | |
|---|---|---|---|
| **causative** 16:14 | 399:25 400:4 | **cavity** 108:24 | **certified** 1:20 |
| 16:22 174:19 | 407:21 422:2,7 | 114:24 115:21 | 440:4,23 |
| 332:22 334:23 | 422:22,24 | 116:3 118:19 | **certify** 438:9 |
| **cause** 32:16 | 423:2,5,8,9,11 | 124:24 129:13 | 440:6,11,16 |
| 35:13 51:11,12 | 423:23 425:3,7 | 133:14 392:9 | **cervical** 224:16 |
| 58:21 64:14 | 425:8 429:13 | 393:25 398:17 | 225:24 240:11 |
| 68:10,11 94:19 | 432:2 436:17 | **cdc** 301:24 | 240:22 |
| 103:10 105:24 | **caused** 52:5 | **cebma** 149:2 | **cervix** 241:6,18 |
| 106:18,23 | 53:12 54:5 57:8 | **cell** 234:4 340:7 | **cetera** 428:5 |
| 122:25 129:6 | 295:13 330:22 | 413:15 428:6 | **chair** 25:5 |
| 132:9,10 154:8 | 349:2 350:19 | 430:9 | 205:15 |
| 163:11 172:6,9 | 365:16 374:7 | **cells** 422:23 | **chairman** |
| 172:23 173:4 | 393:12 397:10 | 436:18 | 155:19,21,24 |
| 181:12 185:15 | **causes** 40:13 | **cement** 172:15 | **chance** 36:15 |
| 238:3 239:10 | 64:11 68:8,13 | **center** 10:22 | 40:2 77:5 |
| 255:11 258:16 | 75:21 77:12 | 25:5 138:10 | 185:23 226:24 |
| 290:23 294:17 | 78:4,21 100:11 | 140:25 141:11 | 247:15,18,19 |
| 302:22 324:21 | 103:14,15 | 143:17 147:23 | 258:24 293:16 |
| 325:17,19 | 123:9 131:20 | 148:25 149:3,9 | 294:3,15 295:9 |
| 331:8 332:24 | 131:20 132:23 | 153:5 284:16 | 306:14 407:22 |
| 334:7 335:25 | 165:24 173:7 | 290:20 291:3,6 | **change** 10:12 |
| 336:16,18,19 | 294:7 311:8 | 353:22 354:7 | 118:8 136:3,4,6 |
| 337:4,9 339:8 | 331:2,18 335:4 | **centers** 353:6 | 136:9 137:18 |
| 343:14,21 | 336:22,25 | **certain** 19:14 | 137:20 139:23 |
| 344:2,8 345:7,8 | 337:16 347:15 | 112:18 113:11 | 168:13 251:15 |
| 346:8,17 347:4 | 365:7 388:24 | 135:6 229:16 | 253:22 254:3 |
| 347:10,12,13 | 390:16 397:6 | **certainly** 67:14 | 265:6 288:23 |
| 347:17,23 | 400:13,16 | 198:8 224:7 | 291:10 292:24 |
| 349:4 350:20 | 423:7 | **certainty** 114:2 | 315:22 321:16 |
| 351:22,25 | **causing** 97:15 | 114:8,14,17 | 374:21 439:3 |
| 365:5 367:12 | 98:10 107:8 | 129:11 131:3 | **changed** 23:6 |
| 368:6 369:12 | 169:13,20 | 132:5 295:12 | 24:21 28:2 30:9 |
| 369:20 370:5 | 172:19 227:20 | 343:25 344:7 | 34:7,16 47:16 |
| 379:25 389:8 | 227:21 292:17 | 372:4,18 | 139:4,9,15,21 |
| 389:21 395:11 | 431:24 | **certificate** 4:13 | 140:17,18,21 |
| 395:19,25 | | | 140:22,23 |

**[changed - cohort]**

147:4 251:17
290:9
**changes** 18:9
24:15 30:17
34:4,10 288:19
308:25 422:25
**characterizati...**
349:13
**charging** 21:21
**chart** 11:6
154:14 155:12
159:7,15,18
356:15
**check** 19:17
137:3,5 142:21
144:15,19,21
145:3,12
274:13 284:12
327:11 364:18
**checked** 145:11
**checking**
141:14,17
**chemical**
323:18
**cherry** 3:21
133:21
**child** 330:7
**children** 122:8
**chino** 304:25
305:4,13,14,16
305:22 306:8,9
306:11
**chino's** 309:19
**choose** 149:8
204:12 342:16
434:25

**choosing**
309:24
**chose** 204:9
310:2,3 427:19
**christmas** 17:6
**chronic** 130:24
131:15,18
132:2,9,10
133:14 417:12
418:9 421:17
422:7,17,21,24
423:2,11,16,22
436:16
**chrysotile**
386:19
**chunk** 47:5
**cigarette** 89:21
**circles** 44:23
63:8 113:10
**citation** 123:10
123:11 124:20
142:19,21
418:12 429:13
429:20
**citations**
201:18 202:13
430:12,15
**cite** 153:24
157:9,10 158:2
158:3 389:5
**cited** 60:6
146:20 192:20
197:24 207:13
234:22 237:23
346:20

**cites** 207:9
**citing** 124:11
178:13 418:6
434:23
**claim** 35:12
322:24
**claiming**
190:12
**clarification**
164:15
**clarified** 139:17
**clarify** 38:2,8
39:25 105:21
106:11,25
112:8 128:9
131:6 139:21
158:22 226:24
269:19 339:6
375:21 393:22
410:11 424:12
**clarifying** 79:9
**clarke** 142:8
209:8
**classification**
308:22
**clean** 47:22
**clear** 19:20
31:8 46:22
91:11 101:23
105:19,20
107:3,5,20
109:6 112:15
112:22 115:14
135:10 136:23
143:22 145:5
154:25 225:21

228:2,3 230:14
235:19,23
236:18 237:15
237:17,24
398:10
**clearly** 51:13
52:7 54:2 143:6
153:4 244:12
251:18 268:22
289:14 292:14
298:23,24
310:5 405:8
406:21
**climate** 10:11
321:16
**clinical** 25:2,16
32:6 51:2,3
153:20 154:15
271:5,8,17,20
303:19 304:15
306:23 312:5
415:20
**clinically**
355:12
**close** 256:23
316:10
**closed** 249:16
**closer** 266:10
**coach** 36:16,20
411:21
**cocktail** 17:10
**coding** 205:15
**cogent** 411:20
**cohort** 8:13
149:21 193:10
211:16 213:16

[cohort - conclusion]                                                    Page 16

218:20,24
219:7,10,15
225:9,25
238:14 247:7
264:17 265:5
266:15 296:18
317:6
**cohorts**  218:10
255:22 276:3
**colleagues**
225:7 250:13
304:19
**collectively**
206:18
**college**  25:8
47:18 52:2
**colorectal**
242:4
**column**  403:12
**combined**
327:8,12,14,20
327:23 403:9
**come**  67:6
113:18 116:5
137:8 168:4
194:3 205:2
233:22 295:16
295:17,19
296:16,19,20
301:15 303:10
306:19 338:8
353:6 411:24
**comers**  390:18
390:21
**comes**  50:22
77:25 157:7,8

158:25 227:13
285:5 299:13
369:19 385:20
**comfortable**
114:5 247:16
**coming**  156:15
261:8,9 428:18
**commencem...**
440:7
**commencing**
1:18
**comment**  9:6
221:22 222:5
243:15 261:11
**commerce**  2:8
**commercial**
84:2
**commit**  350:12
350:15
**committee**  3:5
**committees**
51:2
**common**  56:3
108:17 201:8
246:24
**community**
118:12 123:6
123:15 172:18
436:2
**companion**
426:8
**company**  24:3
24:6 28:13,14
341:16,17
343:10

**compare**
296:17 394:19
394:21 398:22
**compared**
393:21 395:2,3
406:4
**comparing**
258:14 259:5
**compelled**
312:15 315:20
315:21,24
**compelling**
312:6,12,15
314:8,16 315:4
315:8 317:3
363:25
**complete**  117:2
343:18 438:12
**completely**
39:10 82:25
98:22 226:22
229:21 236:22
250:12 252:17
254:4 289:2
**complex**  135:25
136:2
**complicated**
96:24
**components**
434:12
**composite**
418:19
**compounds**
428:4,6 430:8
**comprehensive**
197:7,10,12,14

198:6,7,9,18,19
322:7,12
**computer**
401:22
**concept**  131:17
160:23,25
161:3 291:9
436:2
**concern**  219:7
219:10,14
292:10
**concerned**
51:10 52:17,18
**conclude**  57:6
77:12 191:3,8
214:21,22
285:4,21
287:22 295:11
297:7,10
300:12 367:5,8
367:10,25
368:4 418:8
431:13
**concluded**
32:21 163:3
179:13 210:21
211:19 212:25
267:11 272:21
286:12 289:7
367:11 369:9
**concludes**  81:7
317:11 367:9
**concluding**
286:14 297:11
**conclusion**  57:6
78:2 116:6,7

**[conclusion - contamination]**                                    Page 17

137:9 204:14
212:2,3 213:17
214:24 229:14
238:20 259:21
259:23 260:4
261:18,20
262:4,6,11,13
262:17 266:20
266:22 267:3
269:24 271:23
275:19 286:6
294:6 295:17
295:19 299:14
367:17 369:19
416:24 417:7,9
**conclusions**
177:19 212:7
212:21,23
214:15,17
233:22 259:15
260:3,21
261:14,25
262:20 265:2
269:13,14,21
324:4 372:25
416:23 418:16
435:21
**conclusive** 64:9
78:4,7,21
**condition** 220:2
**conditions**
369:21
**condoms** 99:25
**conduct** 151:16
**conducting**
148:7

**confidence**
162:20 247:13
248:9,13 250:2
250:3,4 254:15
256:11,15
257:10,24
258:9,12 288:4
289:9,12
**confident** 52:15
76:11 248:6
**confine** 143:10
**confirm** 35:16
35:23
**confirmation**
339:24 367:2
**confirmed**
339:20 360:21
**confounders**
293:15
**confused** 75:13
96:23 111:9
164:17 257:12
336:7 366:24
394:12
**confusing**
131:8 206:5
387:4
**connected**
182:18
**connection**
57:19 58:13
**conservative**
139:14
**consider** 62:18
63:2 64:10
75:16 151:2

160:20 163:11
163:15 168:21
172:3 231:14
247:14,20
323:25 326:14
405:12,13,15
409:6 429:14
**consideration**
323:18
**considered**
5:19 23:12,14
55:16 63:13
71:18 72:20
112:12 162:22
197:18,20
204:10 275:17
321:12 406:25
427:24 429:7
**considering**
152:6 369:12
**considers**
163:17 403:19
**consisted** 382:2
384:8
**consistency**
261:5 264:5,24
424:15 425:10
**consistency's**
264:12
**consistent**
102:7 234:4,5
236:7 254:22
274:10,22
275:2,9,16
351:8,17 352:8
352:8 353:11

**consistently**
254:8
**consortia**
415:16
**consortium**
402:6
**constituents**
122:21
**consultants**
189:21
**consumer** 7:16
35:17 170:22
180:16 187:24
**contacted**
15:24 16:18,24
23:8
**contain** 35:17
35:24 38:18
168:12 182:14
182:20
**contained**
200:20
**containing** 7:16
170:22 181:7
182:23 191:3
245:2
**contains** 18:19
94:5
**contaminants**
72:21 74:16
**contaminate**
434:14
**contaminated**
190:13
**contamination**
363:6

**[contend - correct]**                                                                   Page 18

| | | | |
|---|---|---|---|
| **contend**   247:6 | 332:15 | 374:5 | 211:14,17,18 |
| **context**   249:11 | **contributing** | **cornell**   25:4 | 211:22 212:8 |
| **continue**   32:9 | 325:18 331:18 | **cornstarch** | 214:24 215:7,8 |
| 33:13 34:24 | 335:25 336:11 | 233:12 244:25 | 215:10,12,13 |
| 35:4 71:24 | 336:16 | 245:12,18 | 215:15,16 |
| 161:22 165:25 | **contributions** | **correct**   15:5,6,9 | 217:25 218:4 |
| 204:4 216:5 | 53:11 | 17:19,20,24 | 220:19 221:9 |
| 310:16 347:5 | **contributory** | 18:21,22,25 | 221:10,12 |
| 350:16 | 372:20 373:5 | 19:2 21:13,16 | 222:22 224:16 |
| **continues**   429:9 | **control**   8:12 | 21:19 24:16,17 | 226:21 228:11 |
| **contraceptive** | 43:14 157:16 | 24:21,22 25:11 | 232:5,11,19,22 |
| 403:25 | 193:8,10 | 25:12,17,18 | 233:4 242:18 |
| **contraceptives** | 211:17 213:15 | 42:6 45:6 51:4 | 242:19 250:8 |
| 327:18 | 233:13,20,21 | 63:22 71:19 | 250:20 262:24 |
| **contradictions** | 235:18 236:16 | 72:4,5 74:7,13 | 269:18 270:4 |
| 288:11 314:11 | 238:19,22 | 76:24 77:17 | 271:9,21 |
| **contradictory** | 243:17 245:11 | 87:7 91:7,16 | 272:14,19 |
| 100:23 101:24 | 246:22 264:15 | 96:20 99:21 | 276:21 278:7 |
| 102:10 256:8 | 291:20 296:17 | 103:22 114:4 | 282:16 283:15 |
| 256:12 273:18 | 363:5 | 117:4 124:4 | 284:11 285:21 |
| **contrary** | **controls**   238:15 | 129:2,15 138:7 | 288:2 289:16 |
| 160:11 | **convene**   201:7 | 138:8,11 141:3 | 289:17 290:11 |
| **contribute** | **convened**   201:3 | 143:23 150:11 | 290:15 296:7 |
| 16:15 52:20 | 201:4 204:7 | 155:23 156:10 | 297:9 301:18 |
| 64:14 295:21 | 206:17 301:23 | 156:15 159:18 | 302:13 304:20 |
| 305:9 310:23 | **conversations** | 162:15,16 | 304:23 305:13 |
| 324:17 326:2 | 167:17 | 163:19 166:23 | 305:15 306:23 |
| 335:8,11,12,16 | **convinced** | 179:14 180:4 | 309:4,20,22 |
| 336:21 428:6 | 108:18,21 | 180:12 181:24 | 316:11 317:12 |
| 430:9 | 131:17 258:21 | 181:25 182:5 | 318:4,9,12,25 |
| **contributed** | 393:3 | 192:3,6 194:12 | 319:2 321:6,8,9 |
| 374:8 | **convincing** | 195:11,12 | 321:13 322:4 |
| **contributes** | 110:2 | 197:25 198:25 | 322:14,17 |
| 40:14 64:11 | **copy**   48:3 81:20 | 199:6 201:15 | 324:5,12 326:2 |
| 77:13 78:5 | 81:21 269:6 | 209:21 210:10 | 326:3 330:16 |
| 294:7 325:21 | 277:17 373:20 | 210:11,13 | 332:10 337:21 |

**[correct - data]**                                                      Page 19

| | | | d |
|---|---|---|---|
| 339:15,16 | **correctly** 156:7 | **cp** 187:7 | **d** 438:2 |
| 340:20,23 | 181:10 336:17 | **cpsc** 181:3 | **daily** 91:13 |
| 341:11,21 | 404:5 413:5,6 | **cramer** 236:2 | 220:17,21 |
| 342:4,8,9 | 414:14 435:4,7 | 243:16,22 | 221:5 243:18 |
| 343:22 353:18 | **correlation** | 244:2 251:13 | 243:24 244:22 |
| 360:15 361:14 | 355:18 363:4 | 403:2 | 244:23,25 |
| 369:15 370:9 | **cosmetic** 78:13 | **cramer's** | 337:20 392:16 |
| 373:12,15,16 | 88:6 89:11 90:9 | 243:15 244:13 | 393:20 395:9 |
| 373:19 382:3 | 92:20 93:25 | **creating** 102:22 | 395:17 |
| 384:3,4,12 | 94:4 95:9,12,14 | **criteria** 157:16 | **dangerous** |
| 385:22 386:21 | 175:24 181:7 | 360:23 361:7 | 55:15 |
| 387:23 389:22 | 181:19 364:23 | 424:20 | **data** 32:21 69:5 |
| 389:25 392:10 | **cosmetics** | **criticism** 116:9 | 105:11 213:15 |
| 397:16,17,21 | 164:24 | **criticized** 37:16 | 227:18 233:3 |
| 398:2 402:20 | **council** 3:16 | **curiosity** | 237:17,23 |
| 404:10 405:5 | **counsel** 2:6 | 362:18 | 240:17,18,20 |
| 406:13 410:10 | 20:12 48:5 | **curious** 371:19 | 241:4,9,18 |
| 413:20 414:12 | 66:11 184:7,12 | 381:16,22 | 242:23 249:3 |
| 414:14,18 | 215:19 216:3,3 | **current** 18:2 | 257:20 264:23 |
| 415:20,24,25 | 216:6 440:18 | 24:23 47:19 | 270:5,22 |
| 416:21 417:8 | 440:20 | 74:10 154:20 | 272:15 273:8 |
| 418:21 419:4 | **counts** 185:10 | **currently** 21:21 | 273:17 287:17 |
| 419:24 420:12 | **county** 438:6 | 146:12 | 288:6,21 |
| 420:20 426:21 | **couple** 314:6 | **curves** 398:25 | 291:15,16 |
| 431:17,21 | 329:19 | **cut** 202:21,24 | 292:2,2 294:9 |
| 434:4 438:15 | **course** 222:20 | 235:19,23 | 295:18 297:2 |
| **corrected** | 228:16 | 237:15,17,24 | 299:15 300:12 |
| 269:21,25 | **court** 1:2 44:12 | **cv** 1:12 5:21 | 300:15 302:23 |
| 272:3,19 273:8 | 104:3 265:10 | 24:9,11,16,18 | 313:16,25 |
| 273:20 | 437:20 440:22 | 205:17 352:20 | 314:12 365:6 |
| **correction** | **courtesy** | 352:23 | 366:11,18,25 |
| 339:12 | 428:22 | **cytokines** 413:9 | 367:16 385:17 |
| **corrections** | **covariants** | 413:11 428:5 | 393:15,19 |
| 270:6 272:17 | 235:9 | 429:19 | 415:15 419:6 |
| 273:5 286:6 | **covered** 111:8 | | |
| 312:25 437:6,8 | 302:16 345:16 | | |

**[data - davidson]** Page 20

| | | | |
|---|---|---|---|
| 421:6,7,11 | 36:2,5,9,18,20 | 140:4,8,11,16 | 193:13,18 |
| 424:13,25 | 36:23 37:8,15 | 141:4,13,20,24 | 194:7,15,20,25 |
| 434:20 | 37:19 39:3,9,22 | 142:20 143:7 | 195:5,16,19 |
| **date** 1:19 15:23 | 40:6 41:15,19 | 143:15,20 | 196:11 197:8 |
| 18:6,16 19:6 | 42:5,10,15 43:5 | 144:3,10 | 202:15,19,24 |
| 23:15 24:13 | 43:10,17,22 | 145:16 146:9 | 203:12,18 |
| 27:8 73:7 79:22 | 44:2 45:8,12 | 146:13,21 | 206:3,12 |
| 116:19 140:23 | 47:21 48:2,6 | 147:8,14 | 207:10,15,22 |
| 145:19 153:17 | 49:17 51:22 | 148:15 149:12 | 208:9,15,19,24 |
| 155:6 166:19 | 52:21 54:23 | 149:22 150:8 | 209:4,14 211:8 |
| 170:24 178:2 | 55:5 56:14 | 150:16 151:6 | 212:9 213:7 |
| 190:6 192:17 | 59:18,25 60:5 | 152:2,13,22 | 214:3 216:2 |
| 193:6,12 210:6 | 61:21 62:2 63:3 | 153:22 154:2,8 | 219:5,16 |
| 216:12,18 | 65:5,14,18,23 | 154:17,24 | 222:20 223:3 |
| 221:24 224:11 | 66:2,6,23 67:3 | 155:7 157:5,25 | 223:10,16,23 |
| 269:9 277:20 | 67:8 68:2 69:15 | 158:7,12,19,23 | 225:10 231:12 |
| 304:5 320:20 | 70:15 71:12,20 | 159:19 160:13 | 232:14 233:16 |
| 321:3,19 341:7 | 72:23 73:11,14 | 161:7,19,23 | 233:18 235:4 |
| 354:2 356:18 | 75:10 76:2 77:2 | 163:5 164:10 | 235:21 237:2 |
| 359:9 377:14 | 77:7,18 80:2 | 165:5,9,14 | 250:21 253:4 |
| 401:15 415:8 | 82:7 86:4,13 | 166:10 167:5 | 256:18 262:2 |
| 417:2 425:20 | 87:8,12 88:7,19 | 167:16 168:2 | 265:10,15 |
| 437:11 440:14 | 88:24 90:16 | 168:19 169:21 | 267:25 268:5,8 |
| **dated** 17:22 | 91:8,17,19,22 | 170:2,6 171:6 | 272:11 278:5,8 |
| 187:25 192:13 | 92:9 93:14 95:8 | 171:17,19 | 278:17,23 |
| 440:24 | 95:12 96:22 | 173:16,22 | 279:3 280:7,11 |
| **david** 341:22 | 98:12,16,21 | 174:4,8,13,25 | 280:15 281:4,7 |
| **davidson** 2:18 | 102:25 104:2,9 | 176:12,16,21 | 281:12,21 |
| 4:9 19:17 20:4 | 104:16 113:6 | 177:2 178:11 | 283:16 293:20 |
| 27:22 28:6,9,24 | 114:11 117:11 | 178:16 179:15 | 293:22 294:19 |
| 29:5,10,16,19 | 117:16 119:22 | 183:9 184:6,10 | 295:2 299:6,9 |
| 29:25 30:11,14 | 120:7,14 122:3 | 184:19,22 | 299:23 301:20 |
| 30:23 31:5,22 | 123:22 131:5,7 | 185:5,8 186:17 | 302:25 303:12 |
| 31:25 32:13,17 | 133:18 138:13 | 186:20,24 | 306:15 307:24 |
| 33:2,7,11,15 | 138:16,22 | 187:4,11,14 | 308:9 311:25 |
| 34:6,21 35:19 | 139:4,8,12 | 191:5,12,15 | 316:11 319:4,7 |

| | | | |
|---|---|---|---|
| 319:13,24 | 418:4 420:2,12 | **decided** 204:17 | 211:15,23 |
| 320:6,11 | 420:16 421:19 | 286:8 310:5 | 344:18 408:20 |
| 321:11 322:10 | 423:25 426:22 | 388:7 | **definitions** |
| 326:15,24 | 428:15,20 | **decision** 291:12 | 188:21 |
| 328:2 330:17 | 430:5 432:7,22 | **decisions** | **definitive** 248:4 |
| 330:24 331:21 | 433:2 435:19 | 201:14 | 311:15 421:12 |
| 332:2 333:8,10 | 436:20 | **decrease** 90:2 | 421:16 |
| 333:17,24 | **day** 281:13,17 | 250:3 325:6 | **definitively** |
| 334:4,10,16 | 303:20 338:3,5 | 330:11 | 134:10 |
| 335:10 336:3 | 338:7 384:9 | **decreased** | **degree** 114:2,7 |
| 337:25 340:11 | 438:21 | 248:18 327:25 | 114:13,17 |
| 342:25 348:4 | **days** 209:11 | **decreases** 250:4 | 129:10 131:3 |
| 348:10,17 | 385:7 437:16 | 288:4 | 131:15 132:4 |
| 349:18,25 | **dc** 3:10 | **dedicated** 88:14 | 248:23 285:22 |
| 350:11 356:19 | **dead** 126:19,20 | 89:7 90:4 | 295:12 343:25 |
| 357:13 358:22 | 127:9,13,25 | **deduce** 349:10 | 344:7 372:3,17 |
| 360:16,25 | **deadliest** 52:4 | **deduced** 350:18 | 374:9 |
| 361:21,24 | **deal** 147:25 | **deduction** | **deleterious** |
| 362:4,9 364:21 | 268:3 | 347:19 348:11 | 335:3 344:13 |
| 365:22 366:5 | **dealing** 122:7 | 348:15,23 | **demonstrated** |
| 367:6 368:7,9 | 273:25 276:3 | 350:21 | 130:9 263:25 |
| 372:12 373:2 | **dean** 25:7 91:5 | **deemed** 164:22 | **denote** 12:10 |
| 373:25 375:10 | 91:10 | 437:19 | **department** |
| 375:13,18,23 | **debate** 85:13,17 | **deep** 43:18,21 | 25:3,6 156:15 |
| 378:8,11,15,20 | 310:24 | 66:14 | 406:13 |
| 379:3,8,18,24 | **decades** 35:6 | **deeper** 301:12 | **depending** |
| 380:10 382:4,6 | 40:18 57:18 | **defendant** 2:16 | 245:4 |
| 382:12,20 | 60:4 62:14 | **defendants** | **depends** 312:11 |
| 383:2,6,9 | 64:24 147:25 | 193:17 194:14 | 344:18 |
| 391:18,22 | 165:20 169:16 | **define** 239:5 | **deposed** 27:25 |
| 392:17 397:2 | 243:18,24 | **definitely** | 28:5 30:10,17 |
| 405:6 406:6 | 389:25 392:15 | 168:23 249:21 | 31:11,12 33:3 |
| 407:3,6 409:8 | 395:9,17 | 251:24 | 208:22,23 |
| 409:17 411:13 | **decide** 47:2 | **definition** | 209:6,12,17,21 |
| 411:23 412:6 | 286:4 288:22 | 104:13 110:6 | 215:12 322:2 |
| 417:17,20,23 | | 197:9,11 | |

**deposing**
151:11 207:18
361:25 437:15
**deposition** 1:16
5:14 13:2 15:4
19:4,10,12
20:17 21:25
22:4,5,5,14
36:25 42:7 55:6
97:5 101:6,7
173:13 175:23
176:6 184:5
187:2,5 207:25
207:25 303:2
333:12 337:20
350:13 373:14
373:24 374:4
384:11,15
388:5 401:3
436:24 437:4
437:12,16,18
438:11
**depositions**
30:3,7 33:20
151:16 162:3
162:10 359:23
401:9
**derelict** 20:5,6
20:13
**describe** 218:7
218:8 220:4
277:11 284:18
324:14 413:17
**described** 342:3
**describes**
304:18 305:14

305:16
**describing**
211:10 360:17
**description** 5:5
6:5 7:5 8:5 9:5
10:5 11:5 12:5
117:10 388:4
**descriptions**
330:20
**design** 157:22
**designated**
187:16
**designation**
201:20,21
202:12
**designations**
201:25 202:10
**despite** 395:15
424:25
**detail** 159:11
**detected** 342:7
**detecting** 428:2
**detection** 50:13
**determine**
227:22 325:17
**determined**
64:25 65:2
304:14 388:2
**developed**
186:11 188:7
**developing**
16:15 202:9
403:8
**development**
131:2 190:15
332:15 335:8

336:2 372:23
411:2 412:19
428:8 430:11
**devoted** 280:25
**diagnosed**
325:2
**diagnosis**
324:18 339:20
354:5
**diagram**
431:12
**diapering** 99:19
**diaphragms**
99:24
**die** 127:5
**difference**
110:14 146:22
208:20 227:3
230:12 235:19
235:23 237:15
248:22 249:17
249:19 251:21
251:24 252:15
252:18 256:4
258:11 264:10
266:5 343:8
**differences**
236:11 403:13
**different** 95:15
109:9,16 110:4
125:15 126:13
134:24 138:22
152:24 178:9
191:13 193:24
209:5 210:23
233:22 235:3,6

236:20,21
239:5,10 261:6
264:9 382:16
401:23 420:19
424:8
**differential**
272:2
**differentiation**
413:15
**differently**
240:16 314:7
**difficult** 151:16
183:6
**direct** 379:13
392:7
**direction** 13:4
**directions**
118:14
**directly** 158:6
179:19 392:9
394:16
**director** 156:8
156:11
**disagree** 103:16
107:19 119:18
121:5,23 123:4
124:13 128:5,6
213:20 214:16
214:23 247:10
249:5 274:11
274:23 275:7
275:18 289:2
289:10 292:6
317:19 324:3
354:13,19
372:24 373:6

380:18 404:19
404:22 414:17
431:8 435:13
**disagreed** 124:6
160:25 289:15
300:23
**disagreeing**
105:14 106:18
250:18,20
354:18
**disagrees**
300:14 406:15
**disclosed** 23:2
379:11
**discount**
244:15 247:21
251:11 254:11
263:8
**discounted**
250:16,23
251:3,5 252:21
252:25 253:9
253:18 263:11
263:16 266:9
**discourse**
190:23
**discuss** 17:10
76:6,13 116:11
116:21 282:22
314:19 381:4
381:12
**discussed** 85:19
267:7 280:22
282:14 354:10
365:17 402:25
408:4 412:2

**discusses** 94:13
126:19
**discussing**
382:3,6,8
**discussion**
86:22 116:10
117:9,15,18
157:15 282:25
298:25 300:3
324:11 383:3
406:17 410:7
410:23 411:7
411:12 412:18
414:23
**disease** 63:14
218:25 220:5
244:17 287:17
306:4 314:3
329:17,18
**diseases** 355:18
**disguise** 218:8
**disrespectful**
44:10 67:15
122:10 207:5
**disruption**
417:15
**disservice**
302:15
**distinct** 239:4
**distinguish**
168:25 235:2
396:15
**district** 1:2,3
**divide** 386:10
**division** 1:23
48:17 156:8,10

250:9
**doctor** 69:21
90:18 136:6
139:7 161:18
290:14 302:25
304:23 352:17
**doctors** 69:12
69:17 83:15
311:19 406:3
406:10,12
408:23
**document** 1:10
7:19 12:11 19:8
20:9 31:19 39:5
73:16 101:21
118:7 119:4
120:19 121:20
122:18 128:22
177:24 178:4
178:13 179:5
179:10,12
180:14 181:14
181:23 185:22
222:18 275:21
279:9,16
280:19 316:15
320:15 321:22
323:9 386:25
427:3 430:19
**documented**
184:17 186:4
**documents**
13:9 19:13,19
23:22 24:3,3,6
28:12 39:2 43:3
45:4 159:6

320:5 321:7
**dogged** 142:2
142:12
**doing** 22:2
37:12,16,17
69:23 101:19
288:9 294:23
302:15 394:25
406:6 423:19
437:10
**dosage** 385:17
389:7 392:13
**dose** 388:24
389:21 397:15
398:8,25 399:7
400:3
**doses** 388:22
**doubt** 113:13
385:9 388:20
**doubts** 239:8
**douching**
287:11,15
318:7
**downsizing**
148:4
**dozens** 63:20
63:23 297:5
**dr** 14:23 20:4
22:5 31:11 35:2
37:21 38:6 44:8
57:9 60:10
61:25 66:16
67:19 83:22
98:19 106:10
110:2 116:10
116:12,21,25

117:15 123:17
124:3,15,17
125:17,23
127:22 128:6,8
128:12 142:8
143:8 144:14
159:23 160:7
161:7 162:13
166:21 167:17
171:8 175:20
177:9 185:17
186:2 188:3
189:5 191:19
194:6 195:7,10
195:11 203:9
204:4 208:21
209:20 210:15
210:25 214:10
221:11 224:13
225:22 230:21
243:15,15,16
243:21 244:2
244:13 245:25
245:25 246:3
246:11,17,25
249:6,20 250:7
250:7,7,9,11,12
250:20 251:12
251:13,13,14
252:16,17
263:5 265:22
273:3 277:15
277:16 279:8
280:22 282:6
283:2,24 287:3
289:13 295:25

296:2,2 297:24
300:7,10,11,13
300:18,24
305:13,14,16
305:22 306:6,7
306:8,11
307:23 309:19
315:25 319:19
321:5,21
334:20 341:19
341:24 342:13
342:21 343:3
346:5,15 347:2
347:21 350:8
350:17 351:23
352:13,14,16
352:20,21
353:9 355:14
355:23 356:6
356:22 357:9
357:16 358:6
358:11 360:14
360:20 361:25
362:2 364:5
365:11 367:9
367:23 368:14
371:24 372:24
373:14,17
374:13,16,25
375:24 376:10
376:14,20,21
377:17 380:6,8
380:16 381:3
383:15,19,21
384:5,15,25
385:21 386:9

386:13,20
387:2 388:2,7,8
397:19 399:6
402:25 403:2,2
409:22 411:14
412:9 416:2,5,7
416:9,11,13,15
416:17 425:22
432:9,15 433:8
435:20
**draft** 206:21
322:3
**drmutch** 10:17
341:5
**dropout** 273:15
**drs** 250:19
**drug** 403:23
**duces** 5:16 19:5
**due** 181:21
190:11 247:19
281:13,16
344:16
**duke** 403:3
**duly** 14:17
440:8
**dusted** 394:20
**dusting** 99:25
100:4 108:16
**duties** 25:11
**dye** 68:11

**e**

**e** 2:2,2 5:3 6:3
7:3 8:3 9:3 10:3
11:3,14 12:3
74:15 232:17

232:17 377:12
438:2,2 439:2
440:2,2
**earlier** 22:17
61:2 130:16
227:6,9 230:14
244:9 247:25
253:25 254:2
317:10 337:15
337:19 365:17
370:7 375:24
420:11
**early** 50:13
336:23 398:13
**easier** 97:20
114:6
**easily** 52:6
245:3
**easy** 134:8
192:23
**editor** 246:2
**editorial** 32:21
200:8,25 201:2
202:8 204:7
205:21 206:7
206:17,19
207:8 277:13
278:6,9 281:25
283:2 285:4
287:2,6,21
290:10 299:19
315:16
**editorializing**
312:2
**editorially**
200:9

[editorials - established]                                                    Page 25

**editorials**  283:4
**edt**  1:18 436:25
**educate**  408:22
**educating**
 91:14
**effect**  51:7 65:4
 247:9,14,17,20
 248:7 249:9
 284:24 332:19
 333:4 414:24
**effects**  74:12
 185:3 401:18
**efficient**  206:23
**effort**  273:11
 399:10
**efforts**  89:23
 90:2
**effusion**  396:23
**effusions**
 390:15
**eight**  180:17,21
 201:5
**either**  58:7
 159:15 191:24
 231:13 243:17
 244:18 261:22
 261:25 325:4
 356:24 373:12
 374:18
**electron**  358:16
**element**  122:23
**eleven**  341:13
**email**  2:12,22
 3:23
**emailed**  298:14
 298:17

**emergency**
 300:2
**employee**
 440:17,19
**employees**
 148:5,10
**encourage**  76:8
**encouraging**
 148:5
**endometrial**
 338:25 339:7
 339:10 342:10
 343:4,8
**endometrioid**
 234:3 236:3
 238:23 246:23
 354:12
**endometriosis**
 339:14,18,19
 339:24 354:23
 354:24 355:3,8
 355:10,11,15
 355:17,22
 356:2,7 401:19
 403:7 411:5
 412:22 413:2
 413:18 414:2
**endometriotic**
 413:8
**endosalpingi...**
 328:15,22
 329:12 354:11
 356:23,25
 357:4
**ends**  170:4
 364:8

**energy**  119:16
**enhances**
 413:16
**enrollment**
 218:13
**ensure**  88:6
**ensuring**  89:10
 92:19
**entire**  21:6
 84:12 226:13
 252:10 286:17
 286:19,22,23
 289:4 379:21
**entitled**  31:13
 143:4
**entity**  427:14
**entrepreneurs...**
 148:6
**environment**
 10:11 70:7
 74:12 321:16
**environmental**
 72:20 74:15
 169:5 171:16
 172:18 217:3
 317:25 323:19
 337:9,12
 366:11,19
 431:5
**envision**  325:16
**epa**  181:3
**epidemiologic**
 168:9 169:15
 424:13,25
**epidemiologi...**
 102:15,20

**292:9 434:20
**epidemiologist**
 160:7 290:19
 291:2 373:11
**epidemiologi...**
 314:18
**epidemiology**
 99:10 160:12
 177:18 198:13
 216:25 246:18
 329:12
**epigenetic**
 422:25 423:8
**epithelial**  95:5
 97:16 100:13
 239:12 242:22
 243:10 329:17
 329:21 344:21
 417:15 434:16
**equal**  381:19
**equate**  399:5
**eradication**
 88:15 89:8 90:5
**errata**  4:12
 437:8,11,14
**especially**
 305:11 308:24
**esquire**  2:6,7
 2:18 3:8,18
**essence**  204:25
**establish**
 159:13
**established**
 54:9 79:12
 211:5 244:12
 258:17 325:3

[established - exhibit]                                                    Page 26

| | | | |
|---|---|---|---|
| 373:9,10 392:6 | 265:12 | 169:3 172:10 | 435:18 440:7 |
| 403:19 404:9 | **everybody's** | 172:17 201:20 | **examine**  279:15 |
| 404:12,14,19 | 77:8 | 202:3,9,10,11 | **examined**  14:19 |
| 405:4,11,13,14 | **evidence**  6:17 | 203:15,19,23 | 29:18,21 78:18 |
| 405:15,20,21 | 29:13 32:7,22 | 203:25 204:11 | 83:15 |
| 406:23 407:15 | 54:3,7,10 55:19 | 204:12,13 | **examining**  75:5 |
| 407:24 408:13 | 55:22 56:21,24 | 205:5 239:17 | **example**  84:24 |
| 408:18,25,25 | 57:2,5,7 58:12 | 239:24,25 | 119:17 125:24 |
| 409:3,7 425:4 | 61:4 62:15 64:9 | 240:5,9 247:8 | 337:6 434:8 |
| **establishment** | 64:10,25 77:11 | 249:9 292:4 | **excellent**  83:21 |
| 406:20 407:2 | 78:3,4,6,21 | 294:5 295:10 | **excited**  77:8 |
| **estimate**  20:19 | 79:16 81:9 | 299:16 302:4 | **excuse**  28:6 |
| 325:9 392:25 | 105:9 108:11 | 305:7 312:6 | 36:23 40:6 42:3 |
| **estimated** | 109:3,13,14,22 | 343:13,16 | 42:10 43:10,11 |
| 257:9 | 110:25 111:18 | 356:6,9 372:21 | 44:2 45:8 54:23 |
| **estimates**  272:3 | 119:10 120:21 | 373:5 417:3 | 66:2,6 98:21 |
| 284:25 | 123:2,13 | 419:2 420:22 | 146:23 147:14 |
| **estrogen** | 124:10,12 | 420:24 421:8 | 187:11 348:4 |
| 327:15 404:2,3 | 125:20 126:4 | 433:5 436:16 | 375:10 378:20 |
| **et**  1:11 284:22 | 128:3 132:15 | **exact**  12:11 | 410:22 412:6 |
| 287:6 329:9 | 132:20,23 | 15:23 58:9 | **executive**  3:19 |
| 428:5 429:16 | 133:16,22 | 83:10 145:19 | 7:12 170:19 |
| 429:17 | 138:4,11 | 147:8,11 | 171:4 180:7 |
| **etiology**  426:18 | 139:18 141:2 | 153:11 212:11 | 187:23 188:19 |
| 427:17,18 | 141:12 143:18 | 230:20 345:10 | **exercise**  352:7 |
| **etiopathogen...** | 147:24 149:2,4 | **exactly**  20:25 | **exercised**  214:8 |
| 427:13,16 | 149:9,15,16 | 59:2 135:20 | **exhausting** |
| **evaluate**  159:14 | 150:3,15,18,22 | 144:9 149:24 | 150:17 |
| **evaluating** | 151:2,8,21 | 151:9,13 | **exhibit**  5:7,11 |
| 148:9 151:4 | 152:6,18,25 | 161:11 201:23 | 5:15,19,22,25 |
| 155:14 324:15 | 153:5,6,8,15,19 | 228:17 244:2 | 6:7,11,14,18,22 |
| **evaluation** | 154:14 155:11 | 244:10 297:14 | 7:7,13,20,23 |
| 324:22 | 155:14 159:8 | 345:15 389:15 | 8:7,10,13,16,19 |
| **evasive**  111:24 | 159:12,18 | **examination** | 8:22 9:7,11,14 |
| **everybody** | 163:10,25 | 4:7 14:21 72:13 | 9:17,20,23 10:7 |
| 66:14 200:24 | 164:3 167:6 | 76:10 358:7 | 10:10,16,21 |

**[exhibit - express]** Page 27

| | | | |
|---|---|---|---|
| 11:7,11,15,18 | **existed** 233:9 | **expert's** 106:9 | **explanations** |
| 11:21 12:7 18:2 | 283:18 | 107:8 162:8 | 424:16 |
| 18:3,11,12 19:3 | **existence** 244:7 | **expertise** 90:19 | **explore** 41:11 |
| 19:9 23:12,13 | **existing** 22:9 | 92:14,21 93:7 | 43:4 45:5 |
| 24:8,10 26:25 | **exists** 131:19 | 93:10,19,24 | 279:21 |
| 27:5 73:4 79:20 | 238:11 | 94:3,7 183:15 | **explored** 261:2 |
| 116:14,15 | **expect** 248:17 | 183:19,25 | **exposed** 226:18 |
| 153:13,14,23 | 248:24 329:20 | 185:18,21 | 228:10 245:23 |
| 154:3,19 155:3 | 385:19 | 186:5 188:14 | 288:12,14 |
| 155:4 158:24 | **expectancy** | 361:22 369:7 | 365:9 |
| 158:25 166:13 | 390:4,20 | **experts** 27:24 | **exposure** 32:23 |
| 166:14 170:18 | **expectation** | 31:10 32:8 | 168:22 169:5 |
| 170:19 177:22 | 424:16 | 34:12 100:21 | 172:11,19 |
| 177:23 180:8 | **expected** 93:23 | 100:25 101:7 | 174:18,24 |
| 190:3,4 192:14 | **experience** | 102:6,8,17 | 186:14 188:10 |
| 192:15 193:2,3 | 88:21 198:12 | 103:7,21 | 196:17 202:14 |
| 193:8,9 210:4 | **expert** 5:6,10 | 125:18 151:11 | 239:9 243:19 |
| 216:10,15,16 | 6:14 11:10,14 | 160:24 161:13 | 251:8,11 252:9 |
| 220:10 221:20 | 18:3,13 21:13 | 187:15 194:5 | 285:13 365:2 |
| 221:21 224:8,9 | 28:2,10,12 | 207:19 246:9 | 365:13,20,21 |
| 232:20 257:6 | 48:25 76:6 93:5 | 251:23 300:14 | 366:12,20 |
| 257:14,15 | 116:16 146:15 | 305:18 358:25 | 367:15,21 |
| 262:18 269:7 | 171:8,15 172:4 | 359:23 428:23 | 369:14 376:22 |
| 277:18 304:3 | 182:25 185:13 | 429:2 430:25 | 387:20 393:6 |
| 319:6 320:17 | 187:16 188:24 | **explain** 236:22 | 393:10,13,16 |
| 320:22,24 | 194:8,16,18,23 | 237:20 245:10 | 393:17,19 |
| 321:14,23 | 195:2 198:9,12 | 363:7 369:16 | 394:5,7,9 |
| 341:3 346:23 | 238:6,7 246:7 | 424:2 435:13 | 395:18 396:24 |
| 353:20 356:14 | 246:11 280:23 | **explained** 70:25 | 399:24 431:15 |
| 359:5,6 377:10 | 282:7,12 283:2 | 289:14,21 | 431:18 |
| 377:11 401:13 | 306:3,4 357:20 | 336:6 | **exposures** |
| 415:5,6 425:17 | 359:6,24 | **explaining** | 287:15 323:20 |
| **exhibits** 4:6,15 | 377:11 379:12 | 56:15 396:9 | 337:12 370:3 |
| 12:9 321:5 | 384:2 388:18 | **explanation** | 398:23 |
| **exist** 244:16 | 399:22 401:6 | 63:11 104:21 | **express** 292:10 |
| | | 336:21 349:7 | |

[expressions - feel]                                                    Page 28

**expressions**
  333:20
**extended**
  428:23
**extensive**  34:11
  34:12 316:18
  316:24 317:5
  330:3
**external**  323:6
  323:11
**extra**  48:3
  258:18,20,22
  259:3 260:24
**extremely**  53:5
  183:5
**eyes**  193:22

**f**

**f**  232:17 440:2
**facog**  5:7,12,15
  18:4,14 19:5
**fact**  69:4 108:3
  147:9 229:11
  251:22 273:7
  273:25 288:16
  291:18 313:7
  313:15 324:19
  335:13 347:10
  347:11 350:18
  363:5 395:16
  419:6
**factor**  54:9
  62:10,12,16,18
  63:13,14,17,19
  63:22 65:3,11
  68:18 78:25

79:12,12 89:25
137:9 163:11
168:22 327:16
331:17 335:4,7
349:2 405:4
407:16,25
408:10,13,19
409:3,7 425:4
431:6 434:8
**factors**  26:8
  61:18,20 62:9
  74:13 75:8
  325:3,4 326:6
  326:10,13,21
  328:11 330:23
  336:10,11,15
  336:19 401:18
  403:9,20
  404:10 417:6
  417:14 420:15
  426:17 431:4,5
**factory**  172:15
**facts**  5:24 26:19
  27:3,4,6,11
  41:11 43:4 45:6
**fail**  437:17
**fair**  15:14,15
  25:9 87:20 95:6
  95:20,21 96:9
  145:10 176:25
  204:5 241:20
  241:21 354:21
  383:22 394:22
  401:25 409:21
  410:2 436:7

**fairly**  198:19
**fallacies**  346:6
  346:13 353:10
**fallacy**  347:24
  349:12,17
**fallopian**  221:4
  221:15 243:11
  431:17 434:16
  436:18
**false**  87:23
  268:9,17
**falsehood**
  214:17
**familiar**  26:14
  26:19 47:6 72:6
  75:3 91:6
  148:12,14,18
  150:10,12,14
  159:17 160:14
  173:8 211:9
  233:14,19
  246:10 271:4
  282:3,4 321:21
  341:15,17
  358:13 360:8
  360:10 362:12
  376:4,6,16
  377:16,17,19
  377:20 402:7
  402:12 416:20
  426:20 428:10
  430:14,21
**family**  74:12
  340:3,6 403:21
**far**  15:12 39:24
  169:12 183:14

229:18 234:4
241:9,11
242:15 244:3
246:24 329:22
354:18 387:15
**fast**  36:13,14
  215:23 265:13
  265:16,18
  386:6 418:4
  428:17
**faster**  184:4
**fatal**  287:16
**fate**  323:19
**fault**  269:3
**fax**  1:24
**fda**  7:6,19
  124:21 163:2,6
  163:8,17,22
  164:7,8,20,24
  165:3,7,11
  166:8,14,25
  167:10,23
  177:10,17,23
  178:15 179:6
  179:13,16,22
  179:23 180:14
  180:23 217:10
**fear**  53:22
**february**  17:22
**federal**  180:17
  180:21 186:11
  188:7 250:10
**feeding**  330:10
  330:12 403:24
**feel**  44:21 52:15
  54:3 56:4 70:7

**[feel - five]**                                                    Page 29

111:3 122:7
136:20 229:8,8
266:16 280:3
291:8 293:12
294:8 298:21
308:11 342:19
347:9
**feeling**   16:20
84:4 191:22
264:22 407:12
425:5
**feelings**   136:23
**felix**   361:25
**fellows**   72:10
74:10,22 75:3
75:23
**fellowship**   72:3
156:12
**felt**   16:14 52:4
163:22
**female**   387:23
398:14
**fert**   402:11
414:12
**fertility**   402:15
402:17 410:13
**fest**   120:17
**fiber**   360:23
361:7,18 363:7
364:22
**fibers**   119:11
130:5,18
358:14 360:14
360:18,21,22
361:6 362:25
364:14,15,19

365:20 368:5
368:12 372:5
372:19
**fibroids**   338:20
338:22
**field**   160:11
407:2 410:10
414:10
**fifteen**   316:6
**figure**   8:9,12
193:3,9,19,20
194:17,25
195:2 431:11
**figured**   176:3
**filed**   85:23
**final**   321:23
**financial**   53:11
148:7
**financially**
52:20 440:21
**find**   46:25
53:13 60:11
78:20 165:12
234:10 242:14
263:18 273:22
291:17,21
297:16 301:14
314:16 317:14
324:25 329:8
355:12 362:24
406:14 420:24
425:9
**finding**   23:22
180:3 182:5
236:8,10
247:15 248:13

248:21 249:14
250:2 256:11
258:22,25
260:7,8 263:20
328:14 364:6,9
364:13 365:10
**findings**   235:18
245:10 249:23
250:3,5 251:18
256:12 274:8
274:20 284:19
288:5 309:6
310:18,22
318:6,10,14
359:21 360:8
360:10,12
372:2,16
**fine**   28:23
34:21 91:16
97:17 135:21
177:6 185:2
198:16 226:8
265:12 280:15
290:25 303:3
392:5 396:7
**finish**   43:16,19
44:5 57:13
119:2 122:6
134:19 142:4,5
185:6,9 214:10
214:13 252:11
260:13 303:15
316:5,14
328:10 366:2
374:2 399:13
408:6 422:11

**finished**   55:2
66:20 76:20
88:22,25
121:15 123:18
123:22 146:24
158:10 202:17
239:13 314:22
434:5
**finishes**   44:6
**fire**   268:23
**firm**   2:5 16:6,7
**first**   14:17
15:16,20 16:3
18:10 23:7 33:4
42:5 60:24
73:23 80:21
85:23 92:2
104:13 118:8
119:8 120:5,20
126:4 136:7
155:17 181:4
190:8 195:8
221:17 222:15
229:19 230:2
237:5 270:16
271:24 278:16
284:20 285:7
296:23 297:25
300:20,21
301:6 323:4
346:9 388:19
417:11,22,25
424:19 436:5
**five**   44:9 67:4
146:19 150:21
151:24 152:3,8

[five - g]                                                                    Page 30

152:21 162:5,6
163:3 316:6,10
319:12,20
369:18 370:8
371:21 380:21
380:22 391:15
**fix** 141:14,17
142:21
**flagellae** 126:21
**flagellum**
119:12
**flights** 432:25
**flom** 2:17
**foci** 413:8
**focus** 325:2
**focused** 176:7
**focusing** 260:17
422:16
**foley** 1:19
440:3
**folks** 53:7 101:5
314:6 405:16
**follow** 19:25
72:10 120:3
158:15 228:19
253:5 260:18
270:15,17
**followed**
223:11 273:10
315:13
**following**
265:23
**follows** 14:20
**foot** 302:20
**footnote** 138:5
139:2,5,9,16,21

141:14 178:14
178:16 180:20
**footnotes**
144:16,20,22
145:4
**force** 6:19
150:11,22
151:4,22
152:19 153:4
153:16 154:21
157:24 158:6
159:8,11
205:16
**foregoing**
440:11
**forget** 243:18
243:24 244:6
**forgive** 42:3
**forgot** 268:24
340:14
**form** 30:21,22
33:13 184:3,13
184:21 186:19
348:20 350:9
350:12 411:22
**formal** 201:12
202:8
**formed** 181:5
181:11
**forming** 166:5
**forrest** 192:21
192:24 193:15
194:4,23
195:14 248:16
**forth** 40:21
247:25 440:14

**forward** 122:13
350:14
**found** 80:16,24
83:24 87:5
118:9 141:10
151:15 165:7
166:8 167:2,10
169:10 175:16
182:13 232:3
234:18 261:12
293:10,10
302:10 305:17
308:18 312:13
360:14 361:13
361:15 363:7,8
363:9,12,13,18
365:15 369:22
372:5,19
374:14 383:21
420:22 421:4
**four** 165:20
218:9 296:18
401:7
**fragments**
361:18
**frank** 145:5
**fred** 284:15
290:20
**free** 308:12
**frequency**
244:3
**frequent**
211:14,24
212:6 213:2
218:15 244:5
305:11 318:18

415:13 417:3
418:18 420:14
**frequently** 10:7
192:2 219:2,4,8
308:24 320:25
**front** 58:10
59:2,20,21
72:16,25 76:18
**frustrated**
66:17
**frustration**
66:19
**full** 274:19
323:4 388:19
**fuller** 286:13
**fumiko** 304:24
305:4
**funny** 333:6
**furiously** 36:13
36:14
**furnished**
151:3
**further** 181:16
188:18 261:12
263:17 269:25
307:19 311:2
314:19 336:5
352:24 427:10
436:22 440:11
440:16
**future** 268:19
419:19

| g |
|---|

**g** 6:7 72:8 73:6
73:19 74:21

**[g - gmecoli]**                                                      Page 31

| | | | |
|---|---|---|---|
| 75:2 438:2 | 344:3 | 226:14 228:7 | 399:4 |
| **gain** 245:5 | **genedx** 10:15 | 232:4 239:18 | **gino** 3:18 |
| **gallardo** 1:11 | 341:3,14 | 240:5 241:23 | **give** 14:10 |
| 2:4 10:17,25 | **genedx's** | 242:3,8,21 | 15:17 30:24 |
| 11:8 18:24 22:4 | 342:17 | 243:3,8 247:5 | 36:6 40:10 |
| 23:3 84:16,17 | **general** 16:20 | 249:8 254:23 | 58:15 59:15 |
| 84:24 185:16 | 18:19 127:3,13 | 254:24 269:16 | 63:10 76:4 77:4 |
| 220:21 221:14 | 153:7 171:23 | 272:5 274:9,18 | 82:3 86:7 |
| 324:8,23 326:5 | 172:22 186:10 | 274:21 284:24 | 110:16,21 |
| 326:22 337:18 | 188:6 324:20 | 285:13,18 | 154:6,11 |
| 339:13 340:10 | 327:18 350:25 | 287:10,14 | 175:23 181:12 |
| 341:5 343:14 | 363:5 406:24 | 297:8 305:7 | 200:2 203:9 |
| 353:24 356:16 | 407:9,12 425:5 | 308:17 312:7 | 237:11 268:16 |
| 357:10,17 | **generally** 40:15 | 318:7,16 | 278:24 286:13 |
| 358:2 364:2 | 118:21 123:7 | 337:20 384:17 | 299:4 356:20 |
| 372:6,20 375:2 | 123:14 325:5 | 384:19 395:10 | 414:20 430:18 |
| 376:11,22 | 329:16 355:21 | 398:14 413:25 | 433:17 |
| 379:2 381:11 | 405:10 425:2 | 434:10,15,22 | **given** 45:24 |
| 384:6,22 | **genes** 342:8,19 | **genitalia** | 133:8 135:15 |
| 387:23 388:3 | 342:23 | 392:15 | 159:6,9 185:22 |
| 397:19 | **genetic** 329:22 | **genitally** 97:22 | 238:2 287:14 |
| **gallardo's** | 331:3 334:24 | 98:10 | 291:17 292:17 |
| 21:16 83:19 | 335:2,3,14 | **genotoxic** | 324:19 438:14 |
| 324:15 339:5 | 340:22 341:7 | 131:20,23 | **gives** 102:15 |
| 353:18 358:7,8 | 341:10,16,21 | 337:13 | 123:9 133:7 |
| 361:13 374:8 | 343:14,20 | **genotoxicity** | 144:11 159:11 |
| 374:15 379:13 | 344:17,21 | 337:17 | 226:24 |
| 399:24 | **genital** 9:6 | **gerel** 3:7 | **giving** 36:11 |
| **game** 176:25 | 74:18 85:14 | **gertig** 236:2 | 310:17 380:3,6 |
| **gander** 33:25 | 88:15 89:8 | 313:23 | 380:8 |
| 151:18 | 94:17,25 97:15 | **getting** 43:13 | **glad** 227:5 |
| **gas** 172:12 | 99:18,21,22 | 67:9 119:2 | 368:21 |
| **gates** 313:22 | 100:2,4,12 | 154:25 213:6 | **glean** 94:14 |
| **gather** 309:5 | 117:4 122:22 | 227:16,19 | **globally** 181:20 |
| **gene** 239:4 | 126:8 218:15 | 306:14,15 | **gmecoli** 3:23 |
| 340:17 341:13 | 218:17 221:22 | 310:8 385:18 | |

**[go - good]**                                                                      Page 32

| | | | |
|---|---|---|---|
| **go**   22:8 33:16 | 297:16,19 | 386:9,16 413:7 | 204:9 207:10 |
| 37:21 38:7 | 301:9,11,12 | **going**   23:10 | 207:12,16 |
| 40:15,20 45:17 | 302:21 316:17 | 27:18,23 28:20 | 209:24 215:25 |
| 46:6 49:7 54:18 | 317:13 326:18 | 29:12 30:25 | 222:23 228:18 |
| 55:9 57:22 60:9 | 327:2,11 | 31:3 33:14 | 230:19 232:2 |
| 63:25 81:10 | 328:12 339:6 | 34:17,19,22 | 233:7 236:5 |
| 94:8 100:20 | 340:25 345:6,9 | 37:19 38:20,22 | 247:24 254:6 |
| 107:25 109:18 | 345:11 346:18 | 41:6,7 44:22 | 263:2 271:23 |
| 116:9,23 | 346:24 351:6 | 47:14 55:3 | 273:22 278:2 |
| 119:17,25 | 360:11 366:9 | 58:22 61:11 | 278:19 279:12 |
| 120:14,25 | 371:18 379:14 | 63:7 68:7,9,11 | 280:7 284:19 |
| 121:2 125:4,8 | 379:22 386:22 | 68:13 69:25 | 294:19 298:12 |
| 128:14 138:2 | 388:18 407:17 | 70:15 83:18 | 298:15 300:10 |
| 140:3 143:17 | 410:7,23 | 84:15 88:11 | 302:19 314:4 |
| 143:24 144:4 | 417:10 424:21 | 91:25 92:7 | 319:20 324:7 |
| 144:10 145:16 | 424:22 428:24 | 95:25 97:9,22 | 348:5 349:25 |
| 160:23 163:6 | 429:17 430:4 | 100:3 109:16 | 350:14 352:24 |
| 163:21 177:12 | 432:16 433:20 | 111:21,22 | 354:22 361:25 |
| 180:25 183:21 | 434:6 | 113:9 115:16 | 366:6 374:3 |
| 184:4 188:20 | **goals**   148:5 | 119:8 120:4,14 | 378:13 379:9 |
| 189:25 207:7 | **god**   411:23 | 120:16 121:11 | 379:10,24 |
| 207:11,16 | **godleski**   11:11 | 122:12,13,15 | 380:13,20 |
| 215:4 220:7,22 | 357:20 358:6 | 137:3,4,5,13,14 | 383:18 389:7 |
| 222:25 223:4,6 | 358:11 359:7 | 137:15,18,24 | 398:12 400:25 |
| 231:25 233:18 | 360:14,20 | 139:19 141:8 | 407:3 411:17 |
| 234:10,10 | 361:12 364:5 | 142:4,10,25 | 411:19 412:14 |
| 235:22 238:12 | 365:11 375:22 | 143:20 146:5 | 427:10 430:2 |
| 239:16 245:22 | 376:7 | 151:6 153:22 | 431:15,25 |
| 251:15 253:2 | **godleski's** | 155:2 160:23 | 432:7,22 |
| 254:16 258:22 | 357:9,16 | 163:6 165:16 | 433:14,19 |
| 259:15 263:6 | 371:25 372:25 | 171:6 176:8,19 | 435:8,13 |
| 265:6 275:22 | **goes**   37:9 70:21 | 177:4,11,14 | **golkow**   1:23 |
| 276:9 277:13 | 99:23 120:22 | 178:22 183:9 | **good**   14:23,24 |
| 278:25 286:20 | 123:2 125:24 | 183:21 185:24 | 33:24,24 |
| 292:18 295:2 | 181:16 182:17 | 192:18 195:16 | 109:13,21 |
| 295:24 297:12 | 312:4 364:5 | 202:15 203:2 | 161:9 177:3 |

**[good - harlow]**

198:23 219:13
223:25 224:5
260:25 284:7
303:12 339:12
355:20
**google** 145:8
**google'd** 149:16
**goose** 151:18
**gotten** 16:25
20:7 328:20
**government**
10:9 217:23
250:10 321:14
**grade** 39:19,21
238:25 239:2
**grading** 157:16
**grams** 381:15
385:21,24,25
386:10,10
387:25 392:8
397:16,25
399:24
**graphic** 149:15
157:13
**great** 67:8
147:25 150:8
174:13 208:15
208:19 417:20
**greater** 360:24
361:8 392:14
393:7
**gross** 348:5
**group** 55:20
170:13 180:7
180:15 187:24
217:9 225:25

271:11 288:17
291:3 301:23
313:18 364:15
364:19 366:25
368:5 402:19
420:22
**groups** 264:11
386:18 387:5,8
387:9
**growing** 305:8
**guess** 17:8
89:19 183:20
249:2 254:15
258:15 280:16
312:11 320:12
338:6 344:18
348:12,15
357:3 435:8
**guessed** 347:21
**guide** 6:6 72:7
72:11 73:4,18
73:21
**guideline** 50:19
154:15
**guidelines** 50:5
50:10,12 72:11
153:21 201:12
**guys** 31:6 122:3
361:24 409:20
409:21
**gyn** 25:19 28:13
41:17 48:20
49:2 52:3,5,8
75:21 83:22
88:8 90:18
111:7 155:19

155:21,24
156:3,9,11,25
171:23 183:13
185:17,18
290:16,21
330:25 341:20
376:15 402:19
407:2 410:16
410:19
**gynecologic** 6:7
17:7 42:18 72:7
73:5,19 118:12
225:8 425:25
426:9
**gynecological**
243:2,9
**gynecologist**
17:14 115:10
**gynecology**
25:3,4,5 52:3
290:22

**h**

**h** 5:3 6:3 7:3
8:3 9:3 10:3
11:3 12:3
**habit** 368:14,18
**hair** 68:11
**hal** 71:8
**half** 177:5
248:17,18
285:14 291:21
291:23
**halfway** 411:12
417:11

**halted** 190:11
**hamding** 73:13
**hand** 14:7
46:23 47:13
251:20 359:15
384:18 421:2
**handing** 48:4
**handle** 273:22
312:17
**hands** 83:22
84:6 381:22
**hang** 140:10
**happen** 113:14
134:11 230:4
251:9 298:5
**happened**
111:16 143:11
161:16 229:13
251:9 272:13
357:4
**happens** 109:4
109:14 112:7
123:8 226:21
355:4 423:6
**happy** 40:20
154:10 282:22
283:13 286:18
369:3
**hard** 330:9
374:2
**harder** 44:12
**harlow** 236:2,5
245:25 246:6
246:12,21,25
249:6,20
250:12,19

**[harlow - holcomb]**                                                      Page 34

| | | | |
|---|---|---|---|
| 251:14 252:17 | **healthcare** | 264:19 299:15 | 339:13 340:3,6 |
| **harris** 6:21 | 201:13 | 302:11 | 364:25 365:8 |
| 9:16 154:22 | **hear** 68:16 | **heterogeneous** | 403:21 |
| 155:4 157:10 | 69:21 112:13 | 239:11 | **hm** 166:24 |
| 159:3 209:23 | 174:7 244:13 | **hey** 104:2,2 | 322:15 |
| 277:15,16,18 | 265:16,19 | 311:10,19 | **hoc** 250:25 |
| 403:2 416:2 | 410:16 | **hierarchy** | **holcomb** 1:16 |
| **harvard** 284:14 | **heard** 84:9 | 139:18 150:3 | 4:7 5:6,7,10,11 |
| **hate** 223:21 | 436:3,4 | 157:22 | 5:14,15,18,21 |
| **havoc** 398:18 | **heavily** 197:22 | **high** 204:13,18 | 5:21,24 6:6,10 |
| **hazard** 220:17 | 314:15 | 238:25 288:15 | 6:13,17,21 7:6 |
| 221:6 257:22 | **heavy** 168:21 | 344:19 | 7:12,19,22 8:6 |
| 276:2 | 172:11 174:17 | **higher** 340:4 | 8:9,12,15,18,21 |
| **hazards** 171:13 | 174:24 365:2 | 413:2,25 | 9:6,10,13,16,19 |
| 171:16 184:16 | 365:12,21 | **highest** 204:10 | 9:22 10:6,9,15 |
| 184:24 186:3 | 367:15 369:14 | 318:17 | 10:20 11:6,10 |
| 323:19 | **held** 1:17 300:3 | **highlight** | 11:14,17,20 |
| **he'll** 223:18,24 | **heller** 363:3 | 220:15 | 12:6 14:16,23 |
| **head** 30:2 58:5 | **help** 122:12 | **highly** 287:16 | 18:3,4,12,14 |
| 126:24 156:2 | 202:2 330:10 | **hill** 3:21 104:20 | 19:3,4 20:4 |
| 338:17 | **helpful** 37:25 | 254:7,9 424:19 | 23:13 24:10,11 |
| **heading** 73:10 | 66:22 69:12 | **histologic** | 27:5 31:11 35:2 |
| 153:2,10 | **henrich** 3:17 | 233:11,23 | 37:22 38:6 44:8 |
| **health** 88:17 | **hereditary** | 235:20,23 | 57:10 60:10 |
| 89:7,9,12,13,15 | 343:21 344:2,8 | 236:12,21 | 61:25 66:16 |
| 89:16,18 90:2,4 | 431:4 | 237:15 239:4 | 67:19 73:4 |
| 171:13,15 | **hereinbefore** | 339:23 | 79:20 98:19 |
| 184:16,24 | 440:14 | **histological** | 110:2 116:15 |
| 185:3 186:3,12 | **hermens** 329:9 | 329:11 | 143:8 144:14 |
| 188:8 199:23 | **herpes** 75:20,21 | **histologically** | 153:14 155:4 |
| 200:16 217:3,6 | **hesitant** 53:16 | 339:20 | 159:23 160:8 |
| 218:10,11,12 | **hesitation** 96:5 | **historical** 387:6 | 161:7 162:13 |
| 221:18 284:14 | **heterogeneity** | 387:6,7 | 166:14,21 |
| 318:2,3 321:23 | 80:17,25 | **history** 74:12 | 167:17 170:19 |
| 322:6 323:4,23 | 249:15,24,25 | 324:24 325:17 | 171:8 177:9,23 |
| 324:4 | 254:13 260:23 | 326:12 339:5 | 185:17 186:2 |

**[holcomb - identifiable]**                                    Page 35

188:3 190:4
191:19 192:15
193:3,9 195:11
203:9 204:4
208:21 209:20
210:4 214:10
216:10,16
221:11,21
224:9 269:7
273:3 277:18
279:8 287:4
289:13 297:24
304:3 306:6
307:23 315:25
319:19 320:17
320:24 321:5
321:14,21
334:21 341:3
350:17 353:20
356:14 359:6
362:3 367:9,23
368:15 375:24
377:11,17
380:8,17 381:3
383:15 399:6
401:13 409:22
411:15 412:9
415:6 425:17
425:23 432:9
432:15 433:8
435:20 438:8
438:18 440:8
**holcomb's**
106:10 230:21
**hold** 105:13
119:22 140:4,4

140:5 154:17
214:3 275:20
326:15 405:22
**holding** 107:14
**holes** 254:14
256:10 258:11
**hone** 94:10
128:25
**honest** 21:8
38:11 111:4
149:17 175:13
362:12 397:4
398:25
**honestly** 144:13
338:14 359:17
**hope** 104:4,9
111:23
**hopefully** 192:8
**hormonal**
80:23 287:9
308:25 327:8
403:24 404:2
**hormone** 327:3
327:20,24
**hospital** 10:20
353:21
**host** 100:23
101:24
**hot** 310:10
**hour** 21:22,23
177:5
**hours** 20:19
21:2,4,10 22:11
22:21 133:21
175:22 183:20
306:16

**hss** 250:10
**huge** 273:15
314:11
**human** 111:19
217:6 323:4
**humans** 108:15
134:6
**hundred**
134:15,21
135:12,19
173:18 294:8
366:22
**hundreds** 297:6
406:2
**hurwitz** 11:20
414:22,23
415:6,10 419:2
419:21
**husband's** 22:4
**hutchinson's**
284:16 290:20
**hypotheses**
100:21,25
101:24
**hypothesis**
103:22,23,25
105:6,11 106:9
106:12,13
107:4,11
226:20 254:22
255:3,5 431:13
436:10,13
**hypothesize**
237:18
**hypothetical**
86:8 87:17

237:3
**hypotheticals**
87:21
**hysterectomy**
251:10

**i**

**i.e.** 285:13
403:21
**iarc** 168:23
173:8,18,23
174:9,12
364:15,19
365:18,23
366:4,10,11,16
366:24 367:5,8
367:10,11,14
367:25 368:4
369:9,19,22,23
371:20
**iarc's** 367:16
**idea** 97:8
113:19 118:16
222:23 223:17
223:25 224:5
251:8 252:2
284:7 298:7
338:14 343:3
363:12,14,15
382:21 391:21
395:21 398:20
399:3 425:6
**identical**
193:25
**identifiable**
346:8,17 347:4

**[identifiable - inconsistent]**                                    Page 36

347:10,17,23
351:25
**identification**
18:6,15 19:6
23:15 24:12
27:8 73:7 79:22
116:18 153:17
155:6 166:18
170:24 177:25
190:6 192:16
193:5,11 210:6
216:12,18
221:24 224:11
269:9 277:20
304:5 320:19
321:3,18 341:6
353:25 356:17
359:9 377:13
401:15 415:8
425:19
**identified** 89:22
117:14 120:6
236:3 351:22
360:22 361:6
**identify** 119:24
119:25 120:12
120:15 193:13
194:2 326:22
328:4 335:25
336:16 348:25
**identifying**
355:21
**ignore** 100:22
101:24 260:10
**ignoring**
102:10

**il** 429:18
**il6** 413:10
**imagine** 398:17
**immobile**
127:25
**impact** 45:25
244:11 245:7
249:21 287:8
330:10
**impacted** 86:21
244:24 252:8
**impacting**
40:23 235:10
**imperative**
437:13
**implicating**
292:16
**implications**
212:22,23
**importance**
245:5 283:6
424:9
**important** 80:8
80:10 86:17
110:20 112:20
218:19 228:4
259:19 260:6
282:21 283:3
288:9 311:11
359:4 371:19
423:21 424:10
424:11,19
431:6
**impossible** 96:6
113:14,19
116:6 135:7

**impression**
59:16 196:2
306:7
**impressive**
353:6
**improving**
89:14 148:8
**impugn** 83:14
**impute** 292:2
**imputed** 288:6
288:21
**imputing**
273:17 313:25
**inaccuracies**
119:5,24 120:2
120:10,12
121:22 124:8
**inaccuracy**
120:5 121:24
**inaccurate**
117:9,15
173:20
**inappropriate**
147:19 292:23
380:9
**incentives**
148:7
**incidence**
245:13
**incident** 288:18
313:17
**include** 21:12
21:15,18 47:2
62:9,11,20
148:4 204:17
252:5 342:23

404:17,18
435:2
**included** 22:10
82:12 138:10
149:19 162:14
211:16 215:14
224:21 241:7
242:12 270:5
270:16 326:8
366:24 414:11
414:15,22
415:10 420:20
430:24 435:5
**includes** 120:22
323:17
**including** 20:22
74:11 79:7
97:13 122:20
130:15 168:5
174:16 198:2
272:5 323:20
354:10 403:20
411:3 412:20
413:10 414:9
428:5
**incomplete**
237:3
**inconclusive**
54:8 61:5 65:2
79:4,11 108:10
294:9
**inconsistency**
419:6,12
421:11
**inconsistent**
254:2 396:6

[inconsistent - instance]                                                Page 37

419:13 421:5
**incorporated**
  418:19
**incorporating**
  317:8
**incorrect**  37:18
  38:21 158:13
  209:3
**increase**  40:19
  55:17 168:6
  234:7 245:14
  249:25 264:8,9
  284:23 285:15
  413:12
**increased**  32:24
  40:13 87:6
  94:19 169:6
  211:20 233:23
  234:19,25
  236:16 238:16
  238:20 247:3,7
  248:18 249:7
  255:8,23 256:2
  256:7,14,19,21
  256:24 259:13
  263:10,24
  264:4 305:10
  312:8 313:2,5,7
  313:9,11 315:9
  325:4 327:9
  329:10 336:25
  365:13 366:14
  366:20 367:2
  367:20 369:25
  403:10 411:4
  412:20

**increases**
  132:22 218:21
  264:6 328:17
  328:22
**increasing**
  218:23
**incredibly**
  380:12
**independent**
  32:8 199:20
  200:9,13
**index**  4:3,6 13:2
**indicate**  228:24
  255:23
**indicated**  211:6
  276:4
**indicates**  94:17
  130:5
**indicating**
  126:9 157:18
  194:21
**indirect**  422:13
**indisputable**
  124:24
**individual**
  415:15
**induce**  388:21
**infections**
  431:18,25
**infertility**
  402:19
**inflaming**
  226:17 228:10
**inflammaging**
  427:14 435:25

**inflammation**
  102:22 103:15
  107:9 131:15
  131:19 132:2,9
  132:10 133:15
  227:20 410:25
  412:18 413:3
  414:3 417:13
  418:9 419:3
  421:17 422:2,7
  422:17,24
  423:2,11,16,23
  424:22 425:7,7
  425:9 427:11
  427:24 428:3
  429:6 431:6,20
  431:24 435:22
  436:16
**inflammatory**
  130:24 388:21
  388:25 389:22
  389:24 395:11
  395:19,25
  399:25 400:6
  400:11,17
  403:23 413:9
  413:11,18
  414:24 422:14
  422:17,21
  429:19 434:8
  434:18
**influence**
  169:18 197:3
**inform**  29:15
  169:12 352:24

**information**
  60:4 62:14
  115:10 167:15
  215:20 273:15
  288:7,15
  298:22 312:18
  314:21 323:18
  323:21,23
  352:22 393:5
**informed**
  292:12
**ingham**  325:14
**inhibit**  413:14
**initial**  270:15
  323:24
**initially**  17:18
**initiative**
  218:13
**injection**  392:8
**innate**  126:9,25
**inquire**  48:11
  143:4
**inquired**  48:11
**inquires**  48:21
  49:14
**inquiry**  158:10
**inside**  398:16
**insights**  310:23
  311:11
**insignificant**
  294:9
**insinuate**  53:11
**insinuation**
  53:4
**instance**  97:12
  100:7

institute  64:6
217:2 317:25
institute's
32:20
institutes
199:23 200:16
318:2
institution  72:4
institutions
284:11 298:18
instruct  34:19
141:9
instructed
90:11
instructing
29:3 31:24
33:10 90:21
instructions
437:2
insufficient
64:10 77:12
293:19 294:5
299:16 300:12
395:10,19
432:11
insulted  53:18
insulting  53:5
53:13
intact  247:5
249:8,16
250:14 251:2
integrity  83:14
intend  171:11
171:12
intended  202:2

intention  172:5
intentionally
55:3 220:14
inter  187:24
interact  235:10
332:23
interaction
258:14,19,23
259:4 260:23
264:7
interagency
170:12 217:9
interest  51:4
189:6 221:11
309:25 310:6,7
364:24 397:7
interested
17:15 196:16
440:21
interesting
121:17 175:16
252:4 270:19
305:18 311:10
312:13,14
314:8,16 315:4
317:4 362:22
364:18 425:9
435:24
interests  316:7
internal  210:9
226:15 228:8
interpret  68:4
68:18 69:9
78:22 100:16
230:3 388:11

interpretation
55:24 58:24
59:4 64:13
67:21 68:20
70:12,19 76:7
78:11 137:12
227:2 247:3
265:22 347:20
348:24 349:5
351:3
interpreting
78:8
interrupt  65:24
66:9 307:25
316:2 409:23
424:5
interrupted
36:24 43:12
44:3,8 65:19,20
65:22,24 66:4
89:4 214:5
328:12 409:18
412:8 430:6
interrupting
55:4 66:11,15
66:24 185:11
185:11 409:24
410:3
interruption
120:17 185:12
299:21
interruptions
252:7
interval  162:20
247:13 256:15
257:10,24

258:9
interventions
202:4
interviews
304:22
intimate  272:5
272:10 287:9
305:6 310:25
317:7
introduce
314:9
introduction
69:24 417:11
427:23 429:6
introductory
181:17
invasion  74:6
413:16
invoice  20:8,10
invoices  20:2,7
20:13,16
involved  72:2
76:6 156:11,14
419:3 434:8
involves  392:7
involving  148:2
irritate  434:15
irritating
226:17 228:10
island  405:23
issue  16:18 51:3
56:2,6 118:9
220:2 268:3
322:8
issued  50:18
51:6

**[issues - know]**                                                          Page 39

**issues** 51:4,12
  148:3 273:24
  392:24
**iwgacp** 181:4
  181:11

### j

**j** 11:10 359:7
**j&j** 216:3
  387:20 399:22
**j&j's** 381:16
**jama** 9:8
**january** 7:17
  170:23 187:25
**jco** 271:3
**jersey** 1:3 3:21
**jessica** 2:18
  30:20 33:6
  43:16 58:3 62:4
  67:13 82:4 89:4
  92:16 122:10
  139:11 142:25
  143:10 174:7
  185:7 207:3
  268:3 333:7
  375:9 381:13
  381:25
**jessica.davids...**
  2:22
**jewish** 10:20
  353:21 354:6
**job** 24:23
**john** 11:10
  359:7
**johnson** 1:5,5
  1:11,11 2:16,16

15:19,19 16:4,4
  16:19,19 20:21
  20:21 24:2,3,6
  26:15,15,20
  27:2 28:11,12
  29:14,14 31:20
  31:21 38:25
  39:4,5 40:11
  41:4,4 42:21,21
  42:23,23 45:4,5
  52:19,19 53:23
  53:24 95:3,17
  95:18 96:16,16
  96:18,18 97:25
  97:25 99:13,14
  130:16,16
  167:3,13,14
  168:5,6 169:9,9
  182:6,7,12,12
  189:21,21
  190:10,11
  197:3,3 323:22
  323:23 358:5,5
  385:16
**johnson's** 24:6
  26:20 27:2 39:2
  39:18 40:12
  95:3 97:3,13
  98:9 164:5,8
  165:8,12 166:9
  167:2 182:3
  384:17 385:16
  386:2,12
**joking** 383:10
**journal** 156:25
  160:17 161:4

210:9,12 271:5
  271:7 278:10
  282:2 309:15
  310:9 312:5
  402:13,18
  410:12,21
  415:20 426:2,9
**journals** 151:2
  155:13
**judge** 34:23
**judith** 6:14
  116:17
**july** 5:22 11:12
  24:11 359:8
**jump** 294:12
**jumped** 211:3
  289:21
**june** 1:14
  438:11 440:24
**justifications**
  69:22

### k

**k** 3:9 438:2
**katie** 216:21,23
**keep** 67:12
  109:8 122:16
  134:16 137:22
  183:16,17
  252:20 302:19
  303:7 311:22
  312:25 336:18
**keeping** 50:4
**keeps** 183:17
**kevin** 1:16 4:7
  5:6,11,15,21

14:16 18:4,13
  19:4 24:10
  438:8,18 440:7
**key** 122:23
  318:6,10,14
  369:11 417:13
  418:9 427:24
  429:7,14
**kim** 370:20,21
**kind** 51:21
  306:12 346:13
  428:17
**kinds** 95:6
**knew** 95:22
  224:22 225:12
  225:15 308:6
  308:14
**know** 15:7
  16:23 27:22
  31:12 34:15,18
  35:22 36:4
  38:15,16 39:20
  39:23 42:13
  43:3,8 44:14
  45:7,14,20,22
  45:25 46:3,4
  48:16,20 49:18
  49:20,23,25,25
  57:25 58:4
  59:23 68:15,16
  69:21 71:13
  72:15,17,19
  75:18 77:7
  80:11 85:25
  86:5,6 87:4,16
  90:10,23 91:16

**[know - lawyer's]**

Page 40

| | | | |
|---|---|---|---|
| 92:11,18,25 | 224:4,18 225:6 | 355:23 357:25 | **l1** 413:10 |
| 93:9,13,23 94:4 | 225:15,17,22 | 358:12 363:20 | **labs** 363:10,13 |
| 96:4 97:4 99:24 | 228:18 229:13 | 365:6 368:15 | 363:18 |
| 103:2 106:10 | 234:21 235:11 | 368:17 369:2,3 | **lack** 250:16,23 |
| 106:24 108:6 | 235:12 238:8 | 370:10,18,21 | 251:4 252:21 |
| 112:10 115:11 | 238:13 239:20 | 370:25 373:23 | 253:10,19 |
| 116:4 119:14 | 239:21,23 | 374:16 376:8 | 254:11 264:24 |
| 122:4 127:5 | 240:3,7,22 | 376:14,16,18 | 425:10 |
| 129:2 131:24 | 241:11 244:4 | 379:3 382:14 | **laden** 165:21 |
| 132:19,21 | 244:14 245:4 | 390:7,9,13,25 | **language** |
| 134:5 136:20 | 245:17 246:3 | 391:5,6,11,13 | 212:10 |
| 136:22 137:2 | 248:25 249:3 | 391:16 392:2,5 | **large** 218:9 |
| 144:16,17,23 | 249:14 251:6 | 393:15 396:4 | 270:24 272:15 |
| 145:11 146:11 | 251:20,21,23 | 397:4 399:10 | 274:3 |
| 150:25 152:17 | 252:7 254:13 | 399:13 400:5 | **largely** 175:13 |
| 155:15,15 | 255:4 263:21 | 401:20 403:4 | **largest** 236:4 |
| 156:21,22 | 267:10,20 | 407:6,8 408:23 | 416:25 |
| 157:3,19 | 270:13 273:9 | 417:18 420:3 | **late** 336:24 |
| 160:10 161:3 | 277:16 281:25 | 422:3,5,6 | **laugh** 207:4 |
| 161:13,21 | 290:16 292:25 | 429:25 430:16 | 333:8 |
| 165:3,7 166:7 | 295:6 301:9 | 430:19,21,23 | **laughed** 333:11 |
| 168:20,24 | 309:25 313:21 | 436:19 | **laughing** |
| 169:3,8 170:7 | 314:20 317:15 | **knowing** 49:13 | 333:17,23,24 |
| 171:19 172:21 | 317:18 322:18 | 49:22 298:3 | **law** 2:5 |
| 174:11 175:15 | 322:23 327:19 | **knowledge** | **law.com** 3:23 |
| 176:9 180:2 | 330:9,18,25 | 88:20 205:21 | **lawrence** 71:9 |
| 182:16 183:11 | 331:2,8 333:13 | 206:7,11 | **lawsuit** 84:3 |
| 189:5 195:21 | 333:19 334:9 | **known** 152:11 | 85:23 |
| 196:20 197:2 | 334:22 335:19 | 326:5 336:12 | **lawsuits** 190:12 |
| 198:2 201:5,21 | 335:20 337:2 | 347:15 434:13 | **lawyer** 16:3,4 |
| 203:24 204:19 | 337:11 338:2 | **knows** 144:17 | 16:19,24 17:3 |
| 208:14,22 | 339:21 341:24 | 244:2 253:7 | 19:20 66:8 |
| 210:15 216:24 | 341:25 342:17 | | 87:22 290:5 |
| 217:15,18,20 | 343:7,11 | **l** | 381:4 |
| 217:21 219:7 | 347:14 352:14 | **l** 438:2 | **lawyer's** 441:2 |
| 220:23 223:14 | 352:16 355:22 | | |

| | | | |
|---|---|---|---|
| **lawyers**  23:19 | 140:12 141:25 | **liability**  1:8 | **linking**  393:15 |
| 23:25 47:9 | 150:4 161:11 | 83:6,13 85:5,7 | **list**  23:17,20,23 |
| 167:13 | 186:20 187:19 | 85:8,10,16 | 45:24 47:9 |
| **lead**  57:6 | 203:3 214:6 | **lie**  244:3 | 50:23 57:21 |
| 190:17 216:22 | 350:11 411:24 | **lies**  243:20 | 60:23 62:21 |
| 291:2 389:12 | 432:25 | **life**  84:7 161:15 | 65:13 68:7,17 |
| **leader**  83:22 | **leigh's**  33:17,17 | 390:3,20 | 71:3,6,13 72:17 |
| **leadership**  53:8 | 162:9 | **lifestyle**  431:5 | 75:8 79:25 80:7 |
| 53:8 205:11 | **leigh.odell**  2:13 | **ligation**  403:25 | 135:5 136:13 |
| **leading**  45:22 | **length**  197:17 | **light**  358:15 | 136:16,18 |
| 130:25 291:19 | 360:24 361:7 | **likelihood** | 153:7 176:13 |
| **leads**  44:20 | 412:2 | 245:7 | 176:17,22 |
| 286:6 | **lesser**  244:5 | **likely**  133:12 | 189:14 223:6,8 |
| **learned**  182:2 | **letter**  246:2 | 243:23 244:5 | 238:9 268:12 |
| **learning**  6:6 | **letters**  233:7 | 349:4 417:13 | 268:20 277:25 |
| 72:7,11 73:5,18 | 263:9 | 418:9 | 279:10,19 |
| 73:22 107:2 | **leukocytes** | **limit**  247:12,13 | 282:8 321:12 |
| **leave**  204:13 | 428:2 | 365:18 367:14 | 357:11 358:4 |
| 231:23 320:8 | **level**  6:17 | **limitations** | 358:19 371:10 |
| 424:7 | 153:14 155:11 | 162:11 | 371:15 375:5 |
| **leaving**  57:20 | 159:17 186:13 | **limited**  127:19 | 377:23 378:2 |
| **lecture**  76:4 | 188:9 201:19 | 162:5 207:23 | 378:23 404:13 |
| **led**  165:19 | 202:10,11 | 207:24 250:14 | 408:3 411:16 |
| 179:13 | 203:15 204:11 | 324:23 383:12 | **listed**  63:21 |
| **left**  65:13 | 204:18 205:5 | **line**  13:5,10,15 | 69:9 149:21 |
| 111:15 233:6 | 248:9 254:14 | 13:20 28:21 | 180:21 196:23 |
| 261:10 286:15 | 267:17 415:15 | 39:24 40:16 | 196:25 361:17 |
| **legal**  84:9 | **levels**  132:22 | 44:21 160:15 | 361:18 364:19 |
| **legalese**  19:21 | 149:15,16 | 166:2 413:23 | 407:18 |
| **legitimate** | 150:14,17,22 | 439:3 441:3 | **listen**  30:23 |
| 33:22 | 151:2,8,20 | **lines**  361:5 | 64:19,21 67:19 |
| **leigh**  2:7 27:24 | 152:17,24 | **lining**  434:16 | 84:14 109:24 |
| 28:17 29:22 | 153:19 154:14 | **link**  372:21 | 142:15 158:9 |
| 33:16,20 37:16 | 159:8,12 | 373:5 | 236:9 289:25 |
| 66:7,24 73:14 | 203:19,23,25 | **linked**  190:14 | 367:22 |
| 87:9,13 139:13 | 413:2 424:8 | | |

**[listened - looked]**                                                    Page 42

| | | | |
|---|---|---|---|
| **listened** 162:9 | 199:11,21 | **living** 147:5 | 139:24 140:16 |
| **lists** 364:15 | 200:14 226:4 | **llp** 2:17 | 155:8 175:19 |
| **literally** 37:11 | 231:5 233:21 | **load** 393:7 | 176:10,11 |
| 37:15 87:8 | 236:19,20 | **local** 388:21,24 | 179:21 180:2 |
| 294:21 409:18 | 283:8,9 292:9 | 389:22 | 180:20 188:18 |
| **literature** 16:12 | 297:4 299:13 | **logical** 346:6,13 | 198:5,6 204:23 |
| 21:19 22:8,9 | 305:8 329:3 | 347:23 349:12 | 209:19 215:24 |
| 41:2,7 46:25 | 331:16 332:12 | 349:17 353:10 | 216:20 218:16 |
| 47:6,8 49:5,7 | 332:18 333:3 | **long** 33:18,20 | 220:7 221:20 |
| 57:18 59:6 | 362:24 370:6 | 142:3 197:15 | 222:9,10,15 |
| 64:24 69:20,25 | 390:18 396:5 | 218:14 273:11 | 245:25 249:22 |
| 75:4,5,18,24 | 396:13,25 | 318:18 379:11 | 250:6 257:5,19 |
| 76:7 78:16,19 | 398:24 416:21 | 379:19 433:20 | 258:23 260:23 |
| 78:20,24 79:3 | 419:13,14 | 435:12 | 264:7,18,20 |
| 80:10,12 86:10 | 421:13 422:19 | **longer** 171:4 | 266:12 268:10 |
| 95:24 96:2 97:7 | **litigation** 1:8 | 320:13 | 268:19 269:4 |
| 97:7 99:7 101:8 | 15:4,17 20:21 | **longo** 11:15 | 273:19 278:14 |
| 106:17 107:16 | 21:6 48:24 53:6 | 377:12,19 | 279:22 282:6 |
| 107:17 108:9 | 53:23 69:18,23 | 380:3 381:8 | 291:4 293:3 |
| 108:11,19,22 | 70:2,9 84:23 | 382:3 383:21 | 295:10 301:5,9 |
| 109:12 110:22 | 85:4,6,7,20 | 384:15,25 | 307:11 322:20 |
| 111:5,13,13,15 | 86:21,24 87:18 | 385:21 386:9 | 352:20 362:19 |
| 112:6,11 113:2 | 87:22 96:17 | 386:13,20 | 365:23 371:21 |
| 113:13,18,22 | 166:22 167:25 | 387:2 388:2,7,8 | 375:3 377:16 |
| 113:23 124:18 | 187:15 190:19 | 397:20 | 377:17,18 |
| 127:20 129:10 | 237:25 238:6 | **longo's** 374:25 | 401:21 402:22 |
| 129:22 130:2,3 | 325:10 399:23 | 376:11,14,21 | 403:11 406:17 |
| 130:4,15,20 | 401:6 | 380:6 383:19 | 418:15 424:10 |
| 132:7 135:3 | **little** 46:21 | 384:5 393:19 | 426:16 428:16 |
| 136:11 151:23 | 75:13 77:5 | **look** 27:17 30:6 | 428:21 431:11 |
| 152:20 162:14 | 96:22 111:9,25 | 34:10 55:10,13 | **looked** 29:13 |
| 165:19 168:4 | 178:9 279:13 | 55:16 60:18,21 | 39:4 71:2,5 |
| 168:10 169:4 | 427:10 | 72:14 75:24 | 104:24 130:8 |
| 169:15 173:6 | **live** 237:23 | 81:12,24 | 132:7 134:6 |
| 174:16 175:2,5 | **lives** 52:18 | 107:17 109:11 | 136:25 137:8 |
| 175:19 192:20 | 368:24 | 118:5 133:5 | 146:12 147:6 |

**[looked - malignant]**                                                              Page 43

176:9 211:13
217:10 218:14
224:15 225:7
225:18,23
241:23 242:3,6
242:7 249:15
313:8 371:20
390:17 403:6
409:10 424:3
429:13
**looking**  47:21
49:4 60:21
78:19 106:14
112:25 119:5
121:21 134:3
135:3 140:17
145:19,25
149:14 205:2
212:21 213:4,5
220:3 224:14
224:23 241:15
241:15,16
260:18 262:4,6
262:10,18
264:5,22
268:18 297:4
328:25 347:5
349:8 350:7
356:2 358:13
358:15 362:11
366:23 398:24
411:7 424:9,12
424:15 431:10
431:22
**looks**  178:9
220:16 295:15

390:18 401:23
**lose**  248:12
289:12
**lost**  274:2 289:9
314:21
**lot**  49:4,5
134:12 167:6,8
167:10 169:10
176:2 182:7,15
204:20 213:22
214:12 268:22
273:11,12
302:16 314:21
352:21 368:21
369:5 376:5,6
**lots**  94:13 97:18
167:3,7 175:22
370:11 371:6
**low**  239:2
**lower**  74:18
204:12 417:4
**lunch**  223:19
223:25 224:6
232:14 241:6
**luncheon**
232:15
**lung**  89:22
**lungs**  392:10,13
**lymph**  130:13
**lynch**  340:8,16
340:19 345:4
345:17

---
**m**
---
**m**  2:6 438:2

**m.d.**  1:16 4:7
5:7,11,15,21
11:11 14:16
359:7 438:8,18
440:8
**ma'am**  290:7
316:22
**made**  18:10
30:17 51:15
77:10 123:12
124:3 129:17
142:16 147:2
164:21 172:13
177:11 244:7
245:4 287:19
287:24 293:6
300:22 322:24
349:16 358:25
387:15 393:11
437:9
**main**  308:17
**mainstream**
407:23 408:14
408:20,21
**major**  407:13
**majority**  25:15
345:16 390:12
**make**  19:18,20
31:7 37:2 41:12
45:6 51:21 52:7
56:18 69:13,20
70:8 75:25
89:23 100:2,9
106:19 113:23
113:24 114:6
121:16 125:2

128:10 135:9
136:22 141:15
143:21 144:11
162:4 178:8
224:2 228:3
236:17 237:13
260:25 269:14
275:3 285:23
288:18 290:21
294:10,11
298:8 309:18
310:11 313:15
326:17 328:19
346:3 411:14
418:11 429:12
432:25 437:5
**makes**  122:19
126:5 146:21
206:22 248:6
248:12 356:25
398:15
**making**  60:2
69:22 96:24
161:9 172:12
201:6,13
291:12,15
310:18 311:4,5
347:8
**malignancies**
74:18
**malignancy**
52:5 75:21
**malignant**
131:21 132:18
390:8,8,12,15
390:23,23

**[malignant - mechanism]**                                              Page 44

| | | | |
|---|---|---|---|
| 396:22 422:22 | 153:12 170:17 | 182:18,19,23 | 254:6 266:8 |
| 428:7 430:10 | 177:21 190:2 | **materially** 30:9 | 267:17 292:18 |
| 436:17 | 192:12,21 | 146:25 | 309:7 312:11 |
| **management** | 216:8,13 304:2 | **materials** 5:18 | 315:4 317:21 |
| 138:11 141:2 | 320:14 321:10 | 23:11,13 29:2,6 | 329:16 330:18 |
| 141:12 143:18 | 341:2 359:5 | 29:7,11 31:14 | 332:22 337:3 |
| 147:24 148:3,8 | 377:9 401:12 | 60:7,10 71:17 | 348:16 357:12 |
| 149:2,6,8 153:6 | 415:4 427:15 | 133:6 182:24 | 368:11,12 |
| **managing** | **marked** 13:19 | 279:10 298:23 | 370:10 390:14 |
| 148:6 | 18:5,15 19:5 | 321:12 372:22 | 396:4 406:3 |
| **manhattan** | 23:14 24:12 | 403:17 | 407:8 420:3 |
| 1:17 2:19 | 27:7 73:6 79:21 | **math** 338:16 | 423:6 427:5,16 |
| **manner** 12:9 | 116:18 153:16 | **matter** 29:20 | **meaning** |
| **manufactured** | 155:5 166:18 | 87:13 137:16 | 132:16 |
| 95:17 | 170:23 177:25 | 155:13 165:16 | **means** 63:2 |
| **manufacturer** | 180:6 190:5 | 166:3 174:9 | 79:4 113:17 |
| 7:7 166:15 | 192:16 193:5 | 264:14 353:2 | 137:12 171:20 |
| **march** 192:5,13 | 193:11 210:5 | **mcdevitt** 3:17 | 227:8 230:22 |
| 203:17 | 212:14 216:11 | **mcternan** | 308:10 317:3 |
| **margaret** 2:6 | 216:17 221:23 | 194:6 | 317:18 347:16 |
| 14:25 33:11,15 | 224:10 269:8 | **md** 6:15 18:4 | 365:14,15 |
| 40:7 42:4,16 | 277:19 301:2 | 18:14 19:4 | 368:15,18 |
| 43:17 45:13 | 304:4 320:19 | 24:11 116:17 | 407:7 |
| 65:15,18 96:25 | 321:2,18,22 | **mdl** 1:5 3:6 | **meant** 95:22 |
| 139:12 143:10 | 341:6 353:25 | 23:4 | 110:7 235:14 |
| 154:18 157:7 | 356:17 359:8 | **meagher** 2:17 | 241:13 |
| 194:19 268:9 | 377:13 401:14 | **mean** 20:22 | **measurements** |
| 268:10 280:2 | 415:7 425:19 | 28:24 46:22 | 188:22 |
| 366:6 | **market** 164:3 | 83:18 90:16 | **meat** 302:18 |
| **margaret.tho...** | **marketing** 1:6 | 93:12 95:9,11 | **mechanism** |
| 2:12 | **marking** | 103:10 115:4,5 | 101:12 102:23 |
| **marie** 1:19 | 154:19 | 117:25 125:2 | 105:24 106:22 |
| 223:2 440:3 | **mas** 1:7 | 137:11 138:16 | 108:22 122:24 |
| **mark** 17:25 | **masks** 172:13 | 151:12 182:6,8 | 126:10 130:24 |
| 23:10 79:15,18 | **material** 33:23 | 183:15,20 | 168:14 169:19 |
| 80:13 116:13 | 34:5,8 135:5 | 195:16 198:3 | 169:24 413:18 |

**[mechanism - mills]**                                                      Page 45

414:4 427:25
429:7
**mechanisms**
429:14
**mechanistic**
424:16
**mecoli**   3:18
**mediate**   428:3
**medical**   10:22
21:16 25:4,8
32:8 47:18
69:17 83:21
91:5 114:2,8,13
114:17 123:6
123:14 129:9
129:11 131:3
132:5 295:12
315:5 324:24
339:14,25
340:2 343:25
344:7 346:13
351:8,18 352:9
353:6,11,22
354:7 372:3,18
**medicine**   149:4
149:10 153:5
210:9
**meet**   22:13,22
**meetings**   22:20
22:24,25
271:14
**member**   205:20
206:6 271:11
**members**   54:15
61:3 301:22
405:16

**membership**
301:25,25
**memory**   22:9
58:11,11 86:15
118:4 163:7
378:5
**men**   99:19
**menarche**
336:23 404:4
**menopausal**
327:23 404:2
**menopause**
336:24
**mention**   69:6
76:5 82:13,23
86:14 102:20
125:24 126:2
128:12,16
178:19 234:9
253:13,14,15
259:16,19,21
260:12,20
261:14,19,24
323:13 355:13
356:25 357:6,8
366:16 369:23
369:24 390:24
413:21 429:12
**mentioned**   22:3
38:3 47:17
60:25 76:15,17
84:8 121:17
157:2 204:6
239:3 244:8
246:20 261:18
266:21 299:10

328:16 329:2
343:17 354:19
354:20 355:6
356:23 359:10
359:12,19,23
370:7,18 387:9
426:21
**mentioning**
323:14 409:12
**mentions**
125:23 317:23
**mercifully**
409:24
**mere**   373:4
**mergers**   148:6
**merit**   1:20
440:3,23
**mesothelioma**
169:2 397:6,11
397:13
**met**   20:17
48:25 360:23
361:6
**meta**   8:9
192:25 193:4
197:22 204:24
234:16,17,18
238:14 301:13
415:14
**metastasis**   74:7
429:20,22
**metastatic**
354:11
**methodology**
188:20

**methods**   7:14
154:20 170:21
287:7 298:24
383:20 403:18
**michelle**   3:8
**microscopy**
358:16
**microsoft**   47:14
**middle**   43:13
44:7,11 54:24
61:22,24 62:6
66:16 125:11
144:8 214:4
280:4 340:12
409:19 410:24
412:7 417:21
417:24
**midway**   346:3
**migrate**   118:13
118:22 124:22
**migrates**
118:23
**migrating**
102:21
**migration**
108:23 116:10
116:11,22
117:3,18
119:10 120:21
122:20 123:25
125:6,12,19,20
132:3 134:4
392:23 396:5
424:21
**mills**   234:13
236:6 238:13

[mind - movement]                                                                           Page 46

| | | | |
|---|---|---|---|
| **mind** 41:12 | 428:21 432:21 | **misstating** | **mormon** |
| 45:6 79:4 | 433:3 | 332:2 | 209:16,16 |
| 111:14 112:4 | **mischaracteri...** | **mistake** 229:25 | **morning** 14:23 |
| 230:21 254:3 | 348:6 | 358:23 359:2 | 14:24 77:24 |
| 293:18 298:4 | **mischaracteri...** | 375:9 | 100:16 135:15 |
| 312:25 374:21 | 191:15 | **misunderstan...** | 398:13 |
| **minds** 75:25 | **mischaracteri...** | 226:23 | **motile** 119:9 |
| **mine** 17:4 | 283:20 293:23 | **misunderstood** | 125:12,19 |
| 124:19 267:22 | **misclass** 288:11 | 164:14 | 126:3,14,20 |
| 333:23 385:2 | **misclassificat...** | **misused** 297:21 | 127:9,11 |
| **mineralogist** | 286:2 | **mm** 166:24 | **motility** 126:9 |
| 361:23 368:20 | **misheard** | 322:15 | 126:25 |
| 376:15 | 103:18 | **mobility** 125:16 | **motivating** |
| **minerals** | **misleading** | **model** 273:20 | 148:4 |
| 182:21 369:6 | 111:25 | **models** 111:19 | **motivation** |
| **mines** 182:19 | **misplaced** | 111:20 | 190:22 |
| **mining** 183:2 | 125:13 | **moderate** 421:3 | **mouth** 283:20 |
| **minute** 27:17 | **misreporting** | **modifiable** | 300:10 |
| 67:4 120:8 | 285:13 | 287:15 | **move** 37:24 |
| 141:4,5,5 | **missed** 205:19 | **modification** | 44:25 71:25 |
| 149:23,23 | **missing** 272:15 | 415:12 419:23 | 75:22 119:16 |
| 154:2 155:8 | 273:18 288:6 | 420:6 | 126:7 138:2 |
| 158:12 173:16 | 288:15 292:2 | **modify** 420:14 | 143:14 156:4 |
| 173:17 222:8 | 312:17 313:15 | **modifying** | 158:11 163:23 |
| 223:3 262:3 | 314:12 342:19 | 420:10 | 164:21 187:10 |
| 267:25 278:17 | **misspoke** | **moment** 143:25 | 211:11 223:21 |
| 278:24 281:4 | 227:11 | 144:4 281:8 | 229:23 239:16 |
| 319:12,21 | **misstate** 167:6 | 304:9 | 255:19 257:4 |
| 368:9 380:4 | 191:20 375:18 | **money** 273:12 | 267:24 274:5 |
| 428:16 | **misstated** | **monkeys** | 279:5 284:6 |
| **minutes** 67:5 | 159:22 | 109:17 | 317:22 324:7 |
| 223:19,21 | **misstates** 77:3 | **montgomery** | 350:22 371:23 |
| 280:5 316:7,10 | 77:19 159:20 | 2:10 | 383:8 409:16 |
| 319:22,25 | 225:11 331:22 | **months** 208:2 | **movement** |
| 320:3 369:18 | 334:11 375:13 | 391:2 | 125:14 |
| 380:21,21,23 | 375:17 421:20 | | |

**[moving - nih]**                                                         Page 47

| | | | |
|---|---|---|---|
| **moving** 122:16 | **myeloma** 340:8 | 250:8 405:13 | **netherlands** |
| **mucinous** | 340:14 | 406:15 | 181:21 |
| 234:3,8,17,19 | **n** | **nearly** 32:7 | **never** 26:17,23 |
| 236:6 238:3,17 | | **necessarily** | 27:12,18 28:17 |
| 238:21 | **n** 2:2 232:17,17 | 12:10 235:13 | 29:17 39:4 46:3 |
| **multifactorial** | 232:17 438:2,2 | **necessary** | 48:11,25 66:8 |
| 330:16,19,22 | **name** 14:25 | 122:12 200:7 | 66:24 71:24 |
| 331:7 426:19 | 16:3,25 217:20 | 437:5 | 76:15,16,16 |
| **multiple** 34:16 | 246:18 299:4 | **neck** 151:13 | 113:22 156:17 |
| 70:17 152:23 | 359:10 376:13 | **need** 18:8 27:20 | 156:19 164:20 |
| 163:13 174:16 | 376:16,18 | 43:18,19,20,22 | 186:20 216:4 |
| 198:4 209:13 | 377:19 402:14 | 44:4 66:13 | 257:23 305:20 |
| 287:13 296:12 | 409:13,14 | 106:6 136:10 | 314:14 330:20 |
| 308:20 331:8 | 430:3,22 | 155:7 158:23 | 331:15 332:18 |
| 333:11 340:8 | **named** 371:6 | 164:15 215:18 | 333:3 346:12 |
| 340:13 350:17 | **names** 217:12 | 226:12 232:25 | 396:11 |
| 409:6 | 217:16 415:23 | 281:7 299:23 | **new** 1:3,17,18 |
| **multiply** 338:7 | 416:19 | 299:25 304:8 | 2:20,20 3:21 |
| **murray** 249:6 | **narrative** 47:3 | 304:12 307:18 | 14:4,4,19 21:19 |
| **mutation** | **national** 32:20 | 308:15 311:2 | 25:19,23 28:4 |
| 331:10,17 | 64:6 199:23 | 311:14,19,21 | 29:5,8,9,10 |
| 335:3,24 337:7 | 200:15 217:2 | 315:19,21 | 30:19 31:14 |
| **mutations** | 317:25 318:2 | 428:15 429:11 | 34:5,8 37:13 |
| 131:20 239:5 | **nations** 186:11 | 431:13 433:2 | 47:8,10,12 |
| 332:9,14 | 188:8 | **needs** 66:14 | 138:20 142:19 |
| 334:24 335:14 | **natural** 118:19 | 119:25 279:6 | 142:20 146:17 |
| 337:4,10 | 398:14 | 311:12 344:9 | 162:13 312:4 |
| **mutch** 83:22 | **nature** 239:11 | 379:15 | 440:5 |
| 341:19,22,24 | 335:13 | **negative** 160:5 | **newer** 22:7 |
| 342:13,22 | **nci** 33:3 34:8 | 162:22 256:16 | **news** 7:6 |
| 343:3 355:14 | 55:21 192:2 | 277:8 342:4 | 166:14 |
| 355:23 356:6 | 197:4 199:6,17 | **neglect** 41:8 | **niehs** 180:24 |
| 356:22 373:18 | 199:22 200:9 | **neighbor** 17:4 | 217:5,8 250:9 |
| 374:13,16 | 200:15,21,24 | **neither** 50:17 | 270:25 298:17 |
| **mutch's** 22:5 | 201:22 205:8 | 51:6 440:16,19 | **nih** 8:6 180:23 |
| 373:14 | 207:14 217:23 | | 192:15 199:6 |

**[nih - object]**                                                                   Page 48

199:17 200:21
200:22,22,24
201:3 217:19
217:22 250:8
270:24 298:17
402:25 416:17
**niosh** 180:23
**nist** 181:3
**nodes** 130:13
**non** 47:24
84:13 90:7
177:17 242:22
251:6,7 252:3
252:11 256:6
264:8 265:9
266:25 277:9
289:5 313:12
367:4 387:6
390:8,15,23
396:22 399:18
403:22 420:25
425:15
**normal** 108:15
111:7
**north** 217:4
**notable** 238:21
238:23
**notary** 1:21
14:18 438:24
440:5,24
**note** 12:9 44:19
76:16,17 357:8
**notes** 441:2
**nother** 223:22
262:25

**notice** 5:14 19:3
19:9,12 138:5
**noticed** 234:21
**nowak** 370:24
370:25 371:5,7
**nsaid** 403:23
420:25 421:4
**nsaids** 406:23
419:9,10
422:12
**number** 56:25
128:19 164:2
218:21 248:23
262:18 274:3
291:24 313:16
367:17 370:7
375:14,15
391:5,8,14,17
391:25 392:2
435:23
**numbers**
193:24 218:23
321:6 345:8,10
345:14 381:23
**numerous** 22:6
31:11 101:13
292:8 296:6
**nurses** 218:10
218:11 221:18
**nw** 3:9

**o**

**o** 232:17,17,17
438:2
**o'brien** 8:18
9:10,13 208:7

209:19,23
215:5,6,9 216:8
216:10,14,22
216:23 218:6
222:6 224:9,13
224:20 225:6
225:22 232:21
233:8 240:13
242:12,14
250:7,9,11,20
251:15 252:16
255:19,22,25
257:16,17
259:11 263:5
263:22 264:25
265:23 267:6
268:11 269:4,7
276:3 277:14
278:6 284:22
287:6 290:10
292:13 293:2
296:2 297:13
303:16,21
304:19 310:14
319:6 416:11
434:24
**o'brien's**
243:15 251:12
260:15
**o'dell** 2:7 29:17
29:23 30:4,8,13
30:19 31:7
34:14,22 36:16
36:19,22 37:18
41:24 42:3 55:7
66:21 67:2,5,11

73:12 81:24
88:22 89:2
98:14 122:11
128:20 138:20
140:10,15
141:18,23
142:15,23
143:9 144:5,9
145:14 146:18
146:23 158:9
158:14 186:19
187:8,12
194:18 195:7
202:17,21
208:12,16,20
209:2,9,12
212:14 223:9
223:12 224:4
237:8 257:6,13
257:16 268:2,6
279:7,18,25
281:5,10,19
319:11 320:2
348:20 350:9
379:16,22
380:15 383:5,8
383:12 409:25
411:21,25
428:24 432:16
**oath** 438:10
**ob** 402:19
**obesity** 89:24
90:2 412:24
413:19
**object** 28:20
30:21,22 33:13

**[object - okay]**                                                    Page 49

| | | | |
|---|---|---|---|
| 36:7,11,15 37:3 | 104:16 113:6 | 397:2 405:6 | 369:14 370:2 |
| 37:20,24 39:13 | 114:11 131:5 | 409:8 420:2 | 393:6,10,13,17 |
| 39:13 45:10 | 133:18 143:2 | 421:19 423:25 | **occur**  244:20 |
| 70:16 84:11 | 148:15 149:12 | 426:22 | **occurring** |
| 91:25 151:7 | 149:22 152:13 | **objections** | 76:19 |
| 153:23 158:24 | 152:22 159:19 | 31:10 33:17,18 | **october**  7:9 |
| 171:7 183:10 | 160:13 161:14 | 33:21 142:16 | 166:17 |
| 183:21 184:3 | 163:5 164:10 | 147:2 162:9 | **odds**  215:24 |
| 184:12,21 | 165:5,9,14 | 192:10 | **offer**  16:13 |
| 185:24 186:19 | 166:10 167:5 | **objective**  74:9 | 50:5,10 226:4 |
| 195:17 202:16 | 167:16 168:2 | **observation** | 273:7 395:24 |
| 203:2 207:5 | 168:19 169:21 | 413:24 | 411:20 421:25 |
| 289:3 294:20 | 170:2 171:17 | **observational** | **offered**  132:25 |
| 314:24 326:25 | 174:25 179:15 | 218:13 | 185:13 |
| 348:5,20 350:2 | 185:9 187:13 | **observations** | **offering**  198:22 |
| 350:9 407:4 | 191:5,12 197:8 | 218:22 | 231:19 |
| 411:22 432:8 | 206:3,12 211:8 | **observed** | **offers**  50:12 |
| **objected** | 219:5,16 | 285:16 318:17 | **official**  306:21 |
| 151:15 203:4 | 225:10 231:12 | 411:4 412:21 | 307:2,8 308:7 |
| **objecting**  42:14 | 233:16 235:4 | **observing** | **oh**  153:23 |
| 91:20 92:12 | 235:21 237:2 | 287:10 | 355:10 411:23 |
| 170:6 183:17 | 250:21 256:18 | **obstetrics**  25:2 | **okay**  16:8 17:5 |
| 350:12 | 268:7 272:11 | 25:3 52:2 | 17:17 28:22 |
| **objection**  30:21 | 281:6 283:16 | **obtain**  163:24 | 38:19 40:24 |
| 31:22 32:13,17 | 293:20 299:6,9 | **obtained**  179:6 | 41:3 43:8 49:8 |
| 35:19 36:2 37:8 | 311:25 322:10 | 182:19 | 50:2 54:25 |
| 39:3,22 41:15 | 328:2 330:17 | **obvious**  255:3 | 57:14,16 58:8 |
| 43:5 45:9 49:17 | 330:24 331:21 | 255:14 264:3 | 60:9 61:6 63:25 |
| 51:22 52:21 | 331:25 334:10 | 433:22 | 64:7,17 67:8 |
| 56:14 65:5 68:2 | 335:10 336:3 | **obviously** | 79:14 82:10,24 |
| 69:15 71:20 | 337:25 342:25 | 125:14 | 84:21 86:7 |
| 72:23 75:10 | 360:16 361:21 | **occupational** | 92:22 97:16 |
| 76:2 77:2,18 | 364:21 365:22 | 168:21 172:11 | 99:4,16 100:8 |
| 86:4,13 88:7,25 | 367:6 368:7,10 | 174:18,24 | 101:4 102:13 |
| 90:14 91:8 | 373:2 391:18 | 365:2,13,20,21 | 103:5,19 104:4 |
| 93:14 102:25 | 391:22 392:17 | 367:15,21 | 104:23 105:16 |

**[okay - opinion]**                                                      Page 50

| | | | |
|---|---|---|---|
| 105:22 106:3,6 | 250:6 254:16 | 396:19 397:14 | 171:24 185:19 |
| 106:19 108:20 | 255:16 262:13 | 400:14,20,24 | 271:5 290:21 |
| 109:24 112:8 | 262:22 263:2 | 404:21 405:25 | 305:20 312:6 |
| 112:16 113:25 | 267:5,23 | 410:15 417:20 | 341:7 407:2 |
| 114:6,15,19,20 | 268:21 270:7 | 418:7,7 419:20 | 410:17,19 |
| 115:9 116:8 | 272:23 275:3 | 420:18 421:14 | 415:20 425:25 |
| 117:7 118:6 | 275:11 276:19 | 421:22 423:14 | 426:9 |
| 120:13 122:2 | 276:25 277:12 | 425:12 427:21 | **ones** 207:13,16 |
| 124:16 125:4,9 | 278:14,25 | 428:14 432:14 | 273:2,4 370:19 |
| 126:18 127:12 | 279:17 280:20 | 433:25 434:6 | 406:11 |
| 127:18 129:19 | 281:21 282:19 | **old** 29:6,8 33:23 | **ongoing** 310:24 |
| 130:22 131:10 | 284:6 285:10 | 47:16 | **online** 178:7 |
| 135:9 143:7,15 | 295:8 297:23 | **omission** 355:2 | 179:6 |
| 146:5,8 150:8 | 299:10 303:6 | **once** 105:12 | **op** 357:8 |
| 154:24 159:4 | 306:12 308:16 | 110:13 227:15 | **open** 111:14 |
| 159:25 163:18 | 310:16 311:22 | 302:21 338:5,7 | 112:4 118:10 |
| 167:20 169:17 | 316:17,23 | 431:21 | 118:16,17 |
| 171:25 172:24 | 317:22 327:2 | **onco** 341:14 | 119:14 120:24 |
| 174:3 176:8 | 329:14 334:4 | **oncologist** 17:7 | 121:4 227:15 |
| 177:2,12 | 334:25 336:13 | 41:17 88:9 | 229:3 |
| 179:18,25 | 338:18 343:6 | 90:18 183:13 | **opening** 190:17 |
| 183:3 186:8 | 343:12 344:11 | 185:17 271:21 | **operative** |
| 191:23,25 | 346:21 348:8 | 290:17 305:19 | 354:16 356:7 |
| 195:5,18 196:5 | 348:14 351:5 | 331:2 341:20 | 356:10,13 |
| 196:6 198:16 | 352:4,12 356:3 | 341:20 376:15 | **opinion** 16:13 |
| 198:23 199:15 | 360:7,19 | **oncologists** | 16:17 17:8 |
| 203:8 204:15 | 362:14 363:24 | 52:8 271:8,18 | 40:11,16 50:7,9 |
| 205:6 206:24 | 366:9 367:4,13 | 303:20 304:15 | 50:21 51:13,14 |
| 207:7 208:19 | 370:17,23 | 306:23 | 51:18 58:24 |
| 211:3,11,12 | 372:11 374:19 | **oncology** 6:7 | 68:6 74:21 |
| 215:3,22 | 376:9 377:22 | 28:13 42:18 | 78:14 83:8 |
| 219:12 225:20 | 378:7 379:6 | 48:21 49:2 52:4 | 95:23 99:8 |
| 227:25 230:7 | 381:24 387:12 | 72:8 73:5,19 | 100:17 105:17 |
| 230:19 231:3,7 | 388:15 389:3 | 83:23 111:7 | 105:23 106:2,7 |
| 231:17,23 | 389:18 392:4 | 155:20,22,25 | 106:10,21 |
| 245:24 248:14 | 393:21 395:7 | 156:3,9,11,25 | 107:21 110:14 |

**[opinion - ovarian]**                                             Page 51

| | | | |
|---|---|---|---|
| 110:16,21 | 388:23 389:4 | 191:11 199:17 | **originally** |
| 111:12 112:10 | 392:12,18,19 | 200:20 237:11 | 146:19 |
| 112:19 114:8 | 395:8,15,24 | 283:7,9 296:10 | **osha**  180:24 |
| 124:16 128:7 | 396:3,8,10,12 | 296:12,25 | **ounce**  386:11 |
| 129:23 130:3 | 396:14 399:23 | 301:18 350:3 | **ounces**  386:11 |
| 130:14,17,23 | 400:3,10,11,12 | 352:8,22 379:2 | **outlined**  199:13 |
| 131:12,22 | 400:15,18,22 | 380:8 383:19 | **outside**  16:6 |
| 133:19 134:7 | 405:9,22,24 | 397:8 406:10 | 35:20 36:9 |
| 160:2,10 | 406:21 407:11 | **opportunity** | 39:10 41:16 |
| 162:17,21,24 | 421:25 422:4,6 | 15:10 142:7 | 48:24 69:18 |
| 163:2,17 168:4 | 424:23 | 230:15 263:19 | 88:10,20 90:17 |
| 169:12,14,18 | **opinion's** | 279:15 290:6 | 92:21 93:7,10 |
| 172:22 173:15 | 129:25 | 414:21 | 93:24 94:3,7 |
| 173:20 174:3 | **opinions**  15:11 | **opposed**  147:10 | 130:3 164:25 |
| 174:15,21 | 15:13,17 17:11 | **oral**  5:14 19:4 | 171:10 183:18 |
| 175:24 185:13 | 18:19,23 23:6 | 327:17 403:24 | 184:23,25 |
| 188:13 191:3 | 27:15 29:15 | **order**  342:13 | 185:3,21 |
| 226:4,6 228:23 | 30:12 36:10 | **ordered**  341:20 | 187:17 188:14 |
| 231:4,15,17,19 | 37:7,14 39:11 | 341:22 342:22 | 226:5 251:3 |
| 238:2 251:21 | 39:15 40:23,25 | 343:4 | 331:3 357:18 |
| 251:25 252:16 | 41:17,20 42:25 | **ores**  183:5 | 361:22 394:20 |
| 252:19 255:21 | 46:2 90:23 94:9 | **organization** | 401:5 405:8,10 |
| 259:11 267:2 | 94:11,15 | 150:13 186:12 | 406:19,25 |
| 275:24 276:7 | 101:20 105:18 | 188:9 200:23 | 407:12,23 |
| 283:5 291:14 | 107:8 108:7,7 | 304:16 307:3 | 408:14,19 |
| 294:16 296:11 | 109:7,7,12 | 310:4 315:12 | **ovarian**  9:7,22 |
| 297:23 300:7,9 | 112:13 114:3 | 402:8 | 10:6 16:13,15 |
| 307:8 311:17 | 116:21 123:17 | **organizations** | 18:21 25:23 |
| 314:13 315:14 | 124:4,6,18 | 56:4 204:21 | 26:2,5,9 32:24 |
| 315:15 324:20 | 128:25 133:8 | 405:17,18 | 40:19 48:13 |
| 325:25 328:21 | 133:25 134:2 | **organs**  226:16 | 50:13,16 53:2 |
| 335:2 338:19 | 134:23 135:14 | 228:9 | 53:10,17,25 |
| 338:21 347:9 | 136:9 165:17 | **original**  4:15 | 54:4 55:23 |
| 349:14 353:8 | 166:5 168:8,13 | 138:14 281:23 | 56:22 57:7 58:6 |
| 353:12 355:3 | 171:10 183:15 | 313:8 437:14 | 58:13 59:8,10 |
| 369:15,16 | 183:24 187:18 | | 61:17,19 62:16 |

| | | | |
|---|---|---|---|
| 62:18 64:12,14 | 272:6,10 274:9 | 368:23 369:13 | 130:25 133:13 |
| 68:8,10,12,13 | 274:21 284:23 | 369:20 370:2,5 | 168:16 227:19 |
| 68:23 69:2,8 | 285:15,18 | 370:14 372:23 | 255:11 394:7,7 |
| 71:4 72:22 | 287:12,18,23 | 374:8 393:7,12 | 394:11 395:12 |
| 74:17,25 75:6 | 291:23 293:14 | 393:14,16 | 395:20,22 |
| 76:5 77:13 78:5 | 294:7,17 | 397:12 400:4 | 398:21 400:9 |
| 78:22,25 79:13 | 295:13 297:9 | 401:18 402:5 | 434:17 |
| 81:2 83:5,16 | 297:19 300:17 | 403:8,19,22 | **ovary** 110:23 |
| 84:2 85:15,19 | 302:5,12 | 404:9 407:16 | 400:17 |
| 85:24 87:2 88:3 | 305:10,21,24 | 408:10,19 | **overall** 172:4 |
| 94:19 95:5 | 305:25 308:19 | 409:3 411:3 | 267:2 314:13 |
| 97:16 98:10 | 311:9 312:8 | 412:20 413:12 | 347:8 |
| 100:13 103:15 | 313:2 318:16 | 414:5,25 | **overly** 275:9 |
| 105:25 106:23 | 320:16,18,23 | 415:13,15 | **overrepresent...** |
| 107:9 122:25 | 320:25 322:8 | 417:2,4,6,14 | 313:17 |
| 123:9 129:6 | 324:17,21 | 418:10,17 | **overweight** |
| 137:10 163:12 | 325:22 326:2 | 419:3,8 420:23 | 412:25 |
| 168:7,23 169:2 | 327:10,16,25 | 420:25 421:18 | **ovulation** |
| 169:6,13 172:7 | 328:18,23 | 422:3,8,15 | 417:16 |
| 172:9,19,23 | 329:10,17,21 | 423:10,11,17 | **own** 22:6 41:12 |
| 173:5,7 174:19 | 330:11,15,21 | 423:23 425:8,8 | 75:25 76:9 |
| 174:23 175:6 | 331:3,11,19 | 426:17 427:13 | 131:10,13 |
| 185:15 189:12 | 332:9,16,23,24 | 429:18 431:7 | 276:8 285:24 |
| 190:15 211:6 | 334:8,23 335:4 | 434:9,23 | 293:3 381:17 |
| 211:20 218:18 | 335:9,15,17,21 | 436:17 | **oxford** 149:10 |
| 219:2 220:3 | 336:2,11,25 | **ovaries** 102:22 | **p** |
| 221:23 224:15 | 337:4 338:20 | 107:23 108:12 | **p** 2:2,2,7 3:18 |
| 225:8 226:2,4 | 338:22 339:2 | 108:18,24 | 162:21 259:4 |
| 227:21 233:11 | 340:5 342:15 | 109:23 110:10 | **p.c.** 3:17 |
| 234:8 235:6 | 342:16,18,24 | 113:4,20 | **p.m.** 436:25 |
| 238:4 239:12 | 343:5,9,15,21 | 114:10,24 | **p.o.** 2:9 |
| 242:22 243:10 | 344:8,16,21,22 | 115:20 116:2 | **p1.00000272...** |
| 245:13,16 | 349:3 354:25 | 122:23 126:15 | 10:13 321:17 |
| 247:4 249:7 | 355:24 365:5,7 | 127:4 129:13 | **padded** 384:18 |
| 254:25 266:19 | 365:16 367:12 | 129:24 130:6 | |
| 267:4 269:17 | 367:20 368:6 | 130:10,11,19 | |

**[page - paragraph]**                                                   Page 53

| | | | |
|---|---|---|---|
| **page**  4:4,11 5:5 | **pain**  151:12 | 267:6,7,13 | 436:10 |
| 6:5 7:5 8:5 9:5 | **panel**  340:17 | 268:11 270:25 | **paper's**  159:2 |
| 10:5 11:5 12:5 | 341:14 342:8 | 271:25 272:8 | 270:3 273:6 |
| 13:5,10,15,20 | 342:11,12,16 | 273:24 278:4 | 299:12 |
| 31:18 35:4 | 342:18,22 | 278:14,15 | **papers**  44:19 |
| 41:10 47:19 | 343:4,9,9 | 280:22 281:2 | 45:23,25 47:11 |
| 48:10 73:9 74:4 | 344:22 | 284:19 286:19 | 176:9,17,20 |
| 80:15,19 94:9 | **paper**  54:13,13 | 290:10 291:13 | 189:11,15 |
| 101:18 116:22 | 54:16 58:10 | 291:19,20 | 194:2,10,12 |
| 117:2,6,13,16 | 60:25 61:3 | 296:6,24 | 195:20 197:18 |
| 117:17 125:5 | 72:25 80:8 | 297:10,12 | 197:19 207:8 |
| 128:18 138:3 | 86:16 133:23 | 300:20,22,25 | 207:11,24 |
| 157:17,21 | 136:24,25 | 301:5,7 302:9 | 218:4 246:12 |
| 158:2 177:15 | 155:18 159:2 | 302:10 303:8,9 | 257:16 297:6 |
| 177:16 178:13 | 160:18 170:13 | 303:21 304:18 | 298:20 371:12 |
| 179:2,3 193:24 | 171:5 175:8,14 | 304:23 308:11 | 401:21 409:6 |
| 196:16 197:15 | 188:19 189:5 | 309:14,17 | 409:11,13 |
| 199:25 201:17 | 189:20 190:2,9 | 316:21 317:23 | 414:23 415:11 |
| 213:8,9 274:7 | 190:18 191:2 | 383:4 401:17 | 419:2,21 420:8 |
| 274:15,16 | 191:10 194:16 | 401:22 402:4 | **paragraph** |
| 284:20 285:8 | 209:19,22 | 402:10,24 | 33:18,20 35:15 |
| 317:2 318:3 | 210:3,8,20,24 | 403:6 404:8,23 | 80:21,22 82:21 |
| 323:3,17 324:9 | 211:4,9,13,19 | 407:18 408:9 | 94:13 118:9 |
| 345:21 346:3,4 | 213:10,12,23 | 409:15 410:8 | 125:11 177:16 |
| 351:15 360:20 | 213:25 215:7,9 | 410:18 411:17 | 181:5,17 |
| 361:3,5,19 | 216:9,15,21 | 411:25 412:4 | 182:18 184:15 |
| 364:7,10 | 217:13 222:6 | 414:11 415:11 | 254:17 274:15 |
| 372:12 383:16 | 225:3 226:13 | 415:17,19 | 274:16,19 |
| 384:24,24 | 232:11 233:8 | 416:24 418:7 | 280:25 284:20 |
| 387:14 388:19 | 241:6 243:16 | 418:13,14 | 285:7,12 |
| 403:11 406:18 | 248:10 251:16 | 420:6 421:9 | 286:18 323:4 |
| 410:24 431:10 | 251:19 257:17 | 425:22 427:22 | 323:16 346:2,4 |
| 432:6 434:6,7 | 259:10,12 | 428:16,22 | 351:7,11,14,14 |
| 439:3 441:3 | 260:11 263:15 | 430:23 432:10 | 364:6,8 388:19 |
| **pages**  280:10 | 263:23 264:22 | 432:14 433:24 | 389:6,16 |
| 379:16 | 264:24 265:24 | 435:2,6,21 | 403:13 410:25 |

**[paragraph - people]**                                                    Page 54

411:9,11
412:17 417:12
417:22,25
427:23 429:5
429:10 434:7
435:2,3,11
**paragraphs**
142:3,6 284:5
**paralegal**
144:15,19,21
144:24 145:2
145:12
**parallel**   361:9
**paraphrase**
58:9
**parentheses**
81:3
**parfitt**   3:8
**parity**   403:25
**park**   217:4
**part**   37:6 39:14
54:15 91:12
111:6 156:22
177:16 190:22
217:8 239:6
254:8 303:7,8
317:6,16 340:7
366:16 367:2
405:17 423:17
**partial**   403:12
**participant**
243:17
**participating**
61:3
**particle**   126:23
363:23 365:15

369:6
**particles**
107:22 108:23
110:8 113:3
114:9 119:11
120:22 122:20
125:20 126:15
126:24 129:12
129:15 130:18
133:12 360:21
372:5,19
**particular**
127:24 233:10
241:17 246:4
328:7
**particularly**
218:25 250:13
282:9 287:18
287:23 305:7
308:23 311:16
364:14
**particulates**
124:22
**parties**   440:18
**partly**   399:9
**parts**   384:20
**party**   17:6,11
**past**   150:20
155:23 262:8
401:7
**patency**   264:7
**patent**   221:4,14
251:2,6,7 252:3
252:3 254:21
255:8,24 256:3
256:5,6 257:11

258:8,15
259:14 262:15
264:8,9 266:6,8
266:11,25,25
**path**   355:6
356:9 357:18
**pathogenesis**
427:18
**pathologic**
354:5 360:15
**pathologist**
355:9 357:12
357:21 358:17
359:11 373:7
373:12 374:18
376:8,14
**pathology**
10:23 328:16
353:15,23
354:10,13
355:7 358:8
363:9
**patient**   11:6
25:23 83:6
172:12,13
343:5 355:8,25
356:14 391:10
**patients**   25:20
48:13,22 52:9
56:7 69:12 70:4
76:12 85:22
91:14 274:3
290:15 311:20
390:14 403:7
408:22

**pause**   61:13
234:12 281:9
304:10 346:25
386:7 402:2
**pdq**   8:6 33:3
34:8,15,20
192:3,5,11,13
192:15,19,20
196:14,21
197:4 199:5
200:7,20 202:7
203:11,17,24
215:24
**peanuts**   68:9
**pearson**   142:8
209:8
**peer**   198:25
210:12 322:16
322:22,25
323:6,11,14
**peers**   323:15
**pelvic**   354:24
**penninkilampi**
69:24 146:15
**people**   70:2
84:6 96:7
103:13 127:6
165:18 176:4
238:21,24,25
243:24 244:23
261:3 287:17
287:22 288:12
288:13 292:21
293:6 310:8
312:20 313:23
313:25 314:2,9

**[people - plausibility]**                                                Page 55

315:22 353:7
371:6 382:15
391:24 405:8
**people's** 333:20
**percent** 207:23
247:3,7,13,16
247:18 249:7
253:22 257:10
257:24 294:8
312:20 313:4
313:23 344:15
344:25 345:3
345:18 361:10
366:23 386:17
394:17
**percentage**
390:9
**perfect** 326:24
**perfectly** 111:4
188:15 392:5
**performance**
148:9
**performed**
177:17 180:15
322:7 341:11
**perineal** 32:23
172:18 196:17
202:13 212:7
213:3 243:12
385:18 393:8
**perineum**
107:23 109:23
110:9,23 113:3
114:9 115:4,7
115:17,20,25
118:18 122:22

124:23 129:4
129:12 393:2
394:9,15 395:3
398:4 399:3,25
431:15
**period** 44:6
142:14 243:19
386:3
**periods** 308:25
**peritoneal**
108:24 114:24
115:21 116:2
118:19 124:23
129:13 133:13
354:24 393:25
398:17
**peritoneum**
107:24 110:10
113:4 114:10
114:23 115:2,8
115:14 393:2
**perked** 86:15
**permission**
161:24
**perren** 96:8
**persistent**
318:15
**person** 22:22
205:23 206:8,9
206:16,20
311:18 317:17
324:22 371:5
382:22
**person's** 252:8
381:18

**personal** 3:15
355:3
**personally**
175:15 341:25
352:15
**perspective**
307:6,13,13
308:11 309:3,8
309:13,18,19
309:20 310:11
310:13 318:20
**perspectives**
317:14
**ph** 1:24
**ph.d.** 11:15
377:12
**pharmaceutical**
39:18,21
**phone** 2:11,21
3:11,22 34:23
299:21
**photographic**
58:11 118:3
**phung** 11:17
401:13,17
402:4
**physician** 32:20
51:25
**pick** 133:21
149:17,20
175:11
**picked** 305:19
**picking** 295:18
**picture** 266:13
286:14 431:23
432:4

**piece** 80:10
287:2 311:17
311:20 315:14
315:15 436:8
**pin** 106:4
**place** 340:4
423:5,7 440:14
**placed** 118:22
**places** 63:21,24
172:16 427:7
**plaintiff** 2:4 3:5
18:24 102:5
103:21 125:18
195:2 238:7
246:8,11
325:10,14,16
325:24 357:20
380:7
**plaintiff's** 66:8
100:21,24
102:8,12,17
103:6 106:9
107:7 151:11
161:12 207:18
246:7 251:23
281:12
**plaintiffs** 101:3
101:6 151:10
193:16 194:14
195:24
**planning** 82:7
**plausibility**
100:22 102:7
102:16 104:14
104:17 168:14
227:4 285:17

[plausible - possible]                                                Page 56

**plausible**  105:4
105:10,15,25
106:13,14,23
107:10,24
108:2,4,24
109:2,2,10,11
110:6,11,19,19
112:5 113:16
132:4,13 133:2
227:10,11,12
227:17,23
230:13,18,23
230:25 231:6
231:10,11,14
231:18,20,21
255:13,17
412:22
**play**  69:18,19
70:8 244:17
**playing**  248:22
**plays**  411:2
412:18 417:13
418:9 421:17
**please**  14:8
20:5 31:16 34:2
36:16 37:2 40:7
55:7 66:10,22
82:2 84:14
91:19 109:25
161:25 184:3
187:10 223:2
228:20 237:8
307:23,24
316:15 328:4
348:21 373:25
399:7 411:21

437:4,10
**plenty**  88:2
**pleurae**  394:15
394:16,18
**pleurodesis**
388:24 389:7
389:17,21
390:4,7,15,19
390:22 391:9
391:25 392:7
392:13 393:21
394:10 395:3
396:22 397:6,9
397:10 398:8
**plot**  192:24
**plots**  192:21
193:15 194:4
194:23 195:15
248:16
**plumbing**
118:17
**plural**  167:7
396:23
**point**  16:22
21:3 44:15
60:24 69:4
86:17,20
101:16 127:8
133:5,7 134:9
134:17 135:4,5
135:12 136:12
161:9 199:9
219:13 248:5
253:5 254:7
256:25 264:21
294:10 315:21

347:24 349:9
350:24 352:6
393:11 411:14
423:12 431:21
**pointed**  407:14
407:14 411:15
**pointing**  212:9
247:25 407:11
419:12
**points**  257:20
**pokes**  254:14
256:10 258:11
**polarized**
358:15
**policy**  199:5,7
199:11,13,22
200:14 213:21
**polite**  66:7
251:13 254:10
265:4
**political**  53:14
**polyp**  338:25
339:7,9,10
**pool**  218:19
**pooled**  8:10
192:25 193:4
204:23 205:2
213:15 218:9
225:9,24 247:7
255:22 266:15
266:18
**population**
261:21 266:6
**populations**
248:25

**portion**  26:20
27:10 323:5
**pose**  260:19
**posed**  435:23
**position**  24:20
24:23 136:25
144:23 205:12
205:14 302:5
307:2,15 308:8
353:3
**positive**  38:25
160:3 248:8
254:20 269:15
269:22 270:2
272:4,9,17,20
273:23 274:8
274:20 276:4
276:20,24
277:4 318:15
386:18 434:21
**positively**
308:18
**possibility**
102:21 227:4
227:19,20,21
**possible**  101:12
104:22 110:7
110:11,12
111:14 112:25
113:16 131:4
169:18 227:8
227:12 228:24
229:2 230:12
230:16,23
231:2,8 255:13
255:17 414:4

[possible - prieto]                                                      Page 57

436:9
**possibly**  156:24
  280:24 403:13
  434:17
**post**  250:25
**postmenopau...**
  329:18
**potential**  55:11
  124:21 226:15
  227:7,15,16,24
  228:8,13 229:2
  230:6,8 231:22
  284:21 287:20
  287:25 305:5
  307:19 308:21
  311:2
**potentially**
  287:16
**powder**  1:6
  5:25 7:7 9:7
  15:20 27:6,11
  37:6 40:9 57:19
  81:2 83:24,25
  94:25 95:2,4,11
  95:13,16 96:12
  96:19 97:4,13
  97:14,21 98:9
  99:12 106:22
  122:21,24
  132:22 164:6,8
  164:19,21
  165:4,8,12
  166:8,9,15
  167:2,24
  168:12 169:20
  182:4,13

190:11,13,20
211:14,21
212:6 213:2
218:15,16
221:22 226:14
228:6 232:5
238:3 239:18
240:2,6,10
242:3,8,21
243:3,9 245:19
245:22 247:5
254:24,24
284:24 285:14
285:18 287:11
287:14 288:2
293:13 294:6
294:16 295:11
297:8 300:13
300:17 302:5
302:12 322:8
324:16,21
325:18,21,25
337:20 376:23
384:17 385:2
385:13 386:2
386:12 392:15
395:9,17,18,22
400:16 401:5
403:21 405:3
408:10,13,18
408:24 434:10
434:22
**power**  219:6,9
  219:14
**practice**  25:16
  50:5,10,18

136:3 148:3
153:21 288:23
290:9,22,22
291:10 292:24
351:9,18 352:9
353:12 399:5
436:3
**practices**  1:7
**practicing**  52:8
**predicted**  126:8
**predisposition**
  329:25 331:4
  344:17,22
**preliminary**
  7:13 170:20
**preparation**
  22:14 23:18
  111:6 138:7
  145:21 146:7
  146:16 423:18
**prepare**  21:24
  23:19 134:12
**prepared**  23:17
  72:12 194:6
**preparing**
  175:23
**presence**  37:5
  181:6,21
  372:22 373:4
  417:5
**present**  3:3
  325:7 355:4
  357:7 401:23
**presented**
  324:25

**press**  9:19
  295:24 303:18
  304:3 306:9,22
  307:2 309:14
  318:22
**pressure**  432:8
**pressured**  70:7
**presumptive**
  181:8
**pretty**  49:24
  52:15 60:5
  105:20 197:14
  198:7 322:11
  349:12 353:5
  359:3 374:17
  398:10
**preventative**
  6:18 150:11,21
  151:3,22
  152:18 153:3
  153:15 154:21
  157:23 158:5
  159:7,10
**prevention**
  50:13 200:8
  202:8 418:17
**previous**  18:8
  48:9 219:22
  274:10,22
  275:14,16
  285:2 420:8
**previously**  15:3
  142:17 180:6
**prieto**  12:6
  425:18 434:3

**[primary - proven]**                                                    Page 58

| | | | |
|---|---|---|---|
| **primary** 243:11 | **process** 15:7 | 311:3 317:8 | 127:3,15 |
| 341:19 418:16 | 46:19,22 47:4 | 434:14 | 132:25 227:13 |
| **principle** | 98:3 107:2 | **professional** | 397:5 400:8 |
| 418:23 419:15 | 123:3 324:14 | 271:17 | 418:23 419:15 |
| 419:16 | **processing** | **professionally** | 419:16,16 |
| **print** 320:12 | 46:24 | 24:20 | **proper** 122:5 |
| **printout** 5:24 | **produce** 413:9 | **professor** 25:2 | **properties** |
| 27:6 | **produced** 321:7 | **progesterone** | 323:19 |
| **prior** 16:18 | 357:25 | 327:14,17 | **propose** 98:25 |
| 22:18 48:12 | **product** 40:12 | 404:3 | 105:6,11 |
| 86:10 275:2 | 83:6,12 85:5,6 | **program** 72:3 | 107:12 226:20 |
| 415:10 440:6 | 85:8,9,16 88:6 | 88:14 89:7 | 226:20 |
| **priority** 160:19 | 89:11 90:9 | 317:24 | **proposed** |
| 247:11 | 92:20 93:4 94:5 | **programs** | 396:21 414:3 |
| **privileged** | 96:3,19 163:22 | 88:17 89:9,12 | **proposes** |
| 167:18 | 163:24 166:4 | 89:13,18 90:4 | 436:10 |
| **pro** 413:9,11 | 245:3,13 | **progress** 76:17 | **proposing** |
| **probably** 21:4 | **production** | **proliferation** | 436:9 |
| 52:22 149:14 | 13:9 428:4 | 428:7 430:9 | **prospective** |
| 157:2 161:13 | **products** 1:6,7 | **prominent** | 270:21 273:10 |
| 187:21 244:4 | 3:15 7:8,16 | 288:17 | 276:2 291:24 |
| 267:22 314:18 | 35:5,13,17,24 | **promise** 305:23 | **prostaglandins** |
| 345:2 412:10 | 37:6 38:13 93:6 | 369:17 | 413:14 |
| **problem** | 93:21 94:2,25 | **promote** | **protective** |
| 164:16 398:23 | 95:3,11,13,16 | 226:16 228:9 | 327:15,18,21 |
| **problematic** | 96:7,12 97:13 | 413:13 429:22 | 426:17 |
| 252:6 | 97:21 98:9 99:6 | 434:18 | **proud** 368:19 |
| **problems** | 99:13 122:21 | **promoting** | 369:2 |
| 213:23,25 | 122:25 130:15 | 428:4 | **prove** 127:6 |
| 214:13 265:5 | 166:16 168:5,6 | **promotion** | 196:7 |
| **procedure** | 170:22 180:16 | 429:20 | **proven** 55:15 |
| 355:16 392:7 | 181:7,19 | **prompt** 175:18 | 55:17 78:10,15 |
| **procedures** | 187:25 272:5 | **proof** 51:10 | 78:25 82:14 |
| 51:2 391:9 | 272:10 287:9 | 107:16 109:25 | 103:11,14 |
| **proceed** 31:16 | 305:6,9,12 | 114:18 119:14 | 107:18 108:2 |
| 36:22 | 307:20 310:25 | 119:17 120:25 | 132:12,16 |

**[proven - question]**                                                     Page 59

163:25 255:6
293:7 329:11
330:2 423:13
**proves** 86:20
**provide** 102:6
135:14 201:12
279:14
**provided** 6:17
47:9 101:12
152:6 153:15
286:2 352:21
388:5 421:8
**provides** 76:22
312:6 417:3
**providing**
15:12
**public** 1:21
14:18 51:3
69:11 88:14,17
89:7,9,12,13,15
89:16,17,25
90:3 190:23
284:14 292:11
310:6 438:24
440:5,24
**publication**
147:3 265:23
402:5
**publications**
150:22 405:18
**publish** 52:25
53:16,24 218:3
246:12 310:5
**published** 26:4
26:7 72:8 116:3
142:17 147:3

157:23 170:16
174:22 189:13
194:9,12,16
208:6,9,10
210:8 224:24
225:25 263:22
267:7 271:2
296:3,6 304:19
309:15 312:5
370:8 401:2
402:10 405:20
408:15 410:8
410:12,14,17
410:19 414:12
415:19 416:24
426:14
**pull** 142:2
169:10 180:8
256:22 411:18
430:23
**pulled** 81:20
164:2,7,8
179:19 182:7
**pure** 39:18,20
**purification**
183:5
**purported**
125:15
**purpose** 84:18
157:4
**put** 20:5 59:21
74:22 79:24
80:6 91:19
131:25 138:20
144:17,22
175:22 200:25

215:17 259:24
264:25 286:9
300:10 333:20
345:13 384:16
384:18 393:24
394:16,17
427:20 432:9
**putting** 283:19
**pyramid** 138:4
138:9,14,23
146:2

---

**q**

**quality** 151:4
**quarter** 273:13
**quartz** 434:12
**query** 32:21
144:6 407:22
**question** 19:25
38:5 40:2,3,5
44:11,25 45:13
45:15 46:5 49:6
52:12 53:19
56:16 57:15
59:17 62:7,23
63:9 64:17,19
65:8,17 67:20
67:22 71:22
75:12,14 80:3
82:8 83:4 84:15
84:20 88:23
90:7,12,24 91:3
91:23,24,25
92:2,4,6,8,10
92:12,23 93:7
94:23 98:5,15

102:2,18 103:8
103:20 104:12
106:14 109:24
111:10 112:9
112:24 117:24
119:23 120:8,9
121:10 124:7
126:2 134:19
135:10 136:2
139:9 142:8,11
144:8 145:10
145:15 147:19
148:22 149:25
150:7 151:14
153:25 154:13
155:9,10 156:5
161:6,15 162:4
169:17 170:4,8
170:9 172:2
174:7,20 189:2
189:17 195:14
195:17,21
198:5 202:18
202:25 203:6
203:10,13,18
205:7,24 206:4
206:11,14,24
207:2 212:24
213:19,24
214:11,20
219:13,19
223:17,23
230:20 236:9
237:21 239:16
243:5 244:21
244:22 245:15

**[question - reach]**                                              Page 60

| | | | |
|---|---|---|---|
| 247:2 249:13 | 425:15 427:15 | 265:16,17 | **rails**  67:10,13 |
| 258:5,15 | 433:11 435:14 | 268:24 270:14 | **raise**  14:7 |
| 260:19 261:6,8 | **questioned** | 278:20,22 | 261:11 |
| 263:5 265:9 | 141:7 173:17 | 283:13 284:9 | **random**  357:3 |
| 266:4 268:25 | **questioning** | 290:5 303:5 | **range**  269:15 |
| 272:12 274:4 | 28:19,21 39:24 | 306:13 307:22 | 284:25 285:25 |
| 275:11,23 | 40:16 44:22 | 321:2 369:6 | 329:20 |
| 276:9 278:3 | 111:25 141:21 | 378:4,9,14,16 | **ranking**  202:9 |
| 281:11,18,20 | 160:16 166:2 | 381:14 382:11 | **rapid**  268:23 |
| 282:24 289:5 | 171:7 178:25 | 388:14 395:4 | **rare**  218:25 |
| 289:18,23,24 | 183:12 238:11 | 399:9 412:10 | 220:4 |
| 289:25 294:13 | **questionnaire** | 432:10,20,23 | **rates**  422:15 |
| 294:20 295:5,6 | 270:17 273:14 | 436:21,23 | **rather**  25:15 |
| 295:20 298:2 | **questions**  10:7 | **quickly**  45:2 | 131:12 149:6 |
| 308:4 313:24 | 13:19 15:2 | 126:7 136:10 | 279:5 280:6 |
| 314:4 315:2,3 | 19:14 27:19 | **quite**  42:6 | 433:20 |
| 316:6 327:6 | 28:18 30:24 | 53:13 76:11 | **ratio**  220:17 |
| 332:6,7 333:23 | 31:4 33:21 34:3 | 156:24 | 221:6 232:6 |
| 334:14,20 | 34:20 36:12 | **quotation** | 257:22 360:24 |
| 344:4 346:9 | 37:9 41:4,6 | 178:20 | 361:8,10 |
| 349:19 350:2 | 42:16 43:25 | **quotations**  12:9 | **rationale** |
| 350:10 352:3 | 77:9 82:4 84:17 | **quote**  12:11 | 298:25 |
| 352:11 354:5 | 84:19 87:15 | 365:24 419:7,9 | **ratios**  215:24 |
| 354:22 356:4,4 | 93:16 109:5 | 429:15 | **rats**  109:18 |
| 356:11 357:14 | 120:3 122:15 | **quoted**  179:16 | **raw**  182:17,18 |
| 367:5,22 | 122:16 136:3 | 179:23 238:10 | 182:23 |
| 373:21 382:13 | 137:24 139:11 | **quotes**  366:11 | **reach**  108:12 |
| 382:14,19,23 | 140:13 142:14 | **quoting**  238:10 | 108:18 110:8,9 |
| 383:10 389:19 | 143:11 146:17 | **r** | 113:3 114:10 |
| 395:13 396:18 | 151:7 153:11 | | 114:23 115:20 |
| 399:8,15,18,20 | 161:10 162:2 | **r**  2:2 232:17 | 116:2,7 127:24 |
| 400:6 401:4 | 168:24 183:16 | 439:2,2 440:2 | 128:2,3 129:12 |
| 407:4 408:6 | 183:23 185:20 | **radiation** | 129:24 130:5 |
| 409:9 412:15 | 203:3,4 222:13 | 305:20,25 | 130:19 133:13 |
| 414:6,8,16 | 228:19 233:2 | **radiologist** | 204:14 226:15 |
| 423:9 424:5,6 | 237:12 243:14 | 305:19 | 228:8 248:5,9 |

**[reach - reason]**                                                                 Page 61

| | | | |
|---|---|---|---|
| 294:6 299:3 | 229:21,24 | 252:20 257:22 | 139:13 159:17 |
| 435:21 | 242:24 253:3 | 262:20 283:11 | 168:15 182:25 |
| **reached** 213:17 | 260:2 267:21 | 283:15 285:6 | 188:13 206:13 |
| 248:12 366:13 | 278:18 280:8,9 | 287:5 310:22 | 207:4 244:16 |
| **reaches** 168:16 | 280:12 286:17 | 317:5 324:24 | 259:19 283:6 |
| 431:21 | 286:18,22,23 | 326:16 351:17 | 288:4 295:17 |
| **reaching** | 287:3 304:11 | 361:2 364:13 | 302:14 305:17 |
| 107:23 | 304:12 309:4 | 372:8 382:2 | 314:15,17 |
| **reaction** 388:25 | 310:8 353:9 | 383:23 388:13 | 320:6 325:2 |
| 396:2 | 359:22 364:17 | 388:16 411:10 | 329:23 362:21 |
| **read** 12:10 22:6 | 372:15 373:14 | 413:24 430:8 | 363:6 383:18 |
| 27:20 28:11 | 378:11,19,21 | **reads** 101:21 | 386:6 394:12 |
| 33:16 45:25 | 379:6,11,15,21 | 118:7 119:4 | 396:7 397:11 |
| 57:22 73:3 | 381:6,8 382:9 | 120:18 121:20 | 432:7 |
| 80:14 101:14 | 388:17 404:5 | 122:17 128:22 | **realm** 69:19 |
| 107:7 110:16 | 409:13 411:16 | 181:14 222:18 | 70:8 85:16,18 |
| 111:3,5,12,13 | 411:18 412:11 | 275:21 280:18 | 85:20,21 86:24 |
| 111:15 112:3,6 | 413:4,6 414:18 | 311:18 378:17 | 86:25 |
| 112:11 113:18 | 418:4 420:22 | 386:25 427:3 | **realtime** 1:21 |
| 113:21 117:20 | 426:4 428:18 | 430:19 | 440:4,23 |
| 117:21,23 | 429:11,24 | **ready** 222:19 | **reason** 25:13 |
| 118:2 119:19 | 432:6,11,11,14 | 269:11 277:22 | 51:15 52:24 |
| 121:11,12 | 433:14 434:4 | 280:20 432:15 | 76:19 178:24 |
| 126:6 128:15 | 435:3,7 437:4 | **reaffirmed** | 181:11 195:13 |
| 130:2 134:23 | 438:9 | 35:6 | 203:3 205:24 |
| 135:20 136:6,8 | **reader** 285:23 | **real** 168:24 | 206:10,14 |
| 136:10 145:24 | 286:4 | 237:22 248:7 | 239:7 249:12 |
| 146:3,3,15 | **readers** 202:2 | 261:17 264:13 | 253:12,20,24 |
| 156:25 180:24 | **reading** 47:10 | 264:15,16,17 | 259:9 286:10 |
| 180:25 181:10 | 47:15 48:25 | **realistic** 285:25 | 299:2 312:22 |
| 185:23 188:4 | 80:24 85:13 | **realized** 227:5 | 313:24 342:21 |
| 189:5 210:17 | 86:16 129:21 | **really** 64:16 | 354:4,13,19 |
| 222:21 223:18 | 147:13,21 | 65:15 67:9 88:8 | 362:22 375:21 |
| 223:24 224:6 | 200:12 201:25 | 93:5 94:10 | 385:9 390:5 |
| 225:2,4,12 | 202:7 212:19 | 107:3,3,6 | 437:7 439:3 |
| 226:11,12 | 223:5,7 228:16 | 121:18 139:13 | |

[reasonable - refute]                                                        Page 62

reasonable
  51:25 114:2,7
  114:17 129:10
  131:3 132:4
  285:24 286:5,8
  288:22 294:11
  295:12,14
  343:24 344:6
  372:3,17
reasonably
  294:11
reasoning  70:3
  347:19,20
  348:25 351:4
reasons  51:20
  53:15,19
  214:25 247:24
  251:3 366:17
  390:9,12
recall  149:13
  150:24 166:8
  180:4 182:3,12
  233:9 234:24
  235:8,15
  236:12,15,23
  237:19 244:7
  244:11,15,16
  244:19 245:8,9
  245:14 248:20
  248:21 249:2
  272:2 314:5,9
  358:9 376:24
  376:25 377:2,3
  377:7 415:2
recalled  167:3
  182:3

recalls  7:8
  166:16 181:19
receipt  437:16
receiving  83:21
  390:19
recent  38:12,14
  147:24 270:21
recently  17:22
  38:17,20 147:7
  190:9
recess  67:17
  177:7 232:15
  319:14 380:24
  429:3 432:18
  433:6
recitation
  209:3
reciting  124:14
recognize
  217:12,14,16
  217:22 378:2
  404:8 431:2
recognized
  89:16,24
  246:19 389:25
  435:25
recollect
  374:13
recollection
  374:6,12
recommend
  48:12 52:10
  56:7,8
recommendat...
  205:3 397:3

recommendat...
  7:13 50:4
  170:20 201:13
  290:21,23
recommended
  52:6 344:20
recommends
  48:22 49:14
record  12:10
  20:6 31:8 122:5
  143:24 144:4
  154:25 158:13
  158:15 193:19
  223:2,5,7
  228:21 232:20
  279:2,6 280:12
  280:17 294:24
  300:4 319:23
  333:21 339:4
  339:19,25
  340:2 350:15
  379:7,9,14,23
  380:16 383:21
  428:25 432:17
  438:12,14
recorded
  115:11
records  21:16
  58:2 324:25
  339:14 384:16
redirect  268:4
redline  5:10
  18:12 47:22
  139:24
redlined  18:7
  47:24

reduce  245:13
  419:8
reduction
  421:3
reeked  398:18
reevaluation
  307:20 311:3
refer  18:9
  99:24,25,25
  192:2 351:10
  374:5
reference
  139:16 192:23
  201:18 329:5
  376:20
references
  97:19 203:16
  292:8 322:13
  428:9,11
referred  60:23
  192:7
referring  59:15
  59:19 60:14
  81:7 96:12
  99:11 178:5
  328:3 351:19
  370:12,22
  371:2,8 376:19
reflect  228:22
reflected  12:9
reflects  199:20
  200:13
refresh  22:8
refute  191:21
  191:23

**[regard - repeated]**                                          Page 63

| | | | |
|---|---|---|---|
| **regard** 171:23 | **relating** 18:24 | 50:23 60:23 | 282:9,15,17 |
| **regarded** | 26:8 151:23 | 71:3,13 72:17 | 283:18 284:2 |
| 271:16 410:9 | **relationship** | 79:25 80:7 82:6 | 325:15 345:10 |
| 414:10 | 16:12 18:20 | 125:6,11 135:5 | 347:6,18 |
| **regarding** | 55:13 72:21 | 136:13,16,18 | 358:18,20 |
| 18:20 50:10 | 74:16,24 75:5 | 156:22 176:13 | 359:17,21 |
| 53:2 88:2 | 75:19 76:14 | 176:17,22 | 360:3,4,9 |
| 100:22 358:7 | 83:5 84:23 | 189:14 223:6,8 | 366:23 373:22 |
| 370:14 373:18 | 242:21 292:15 | 238:9 268:12 | 374:20 376:10 |
| 374:23 376:11 | 293:13,17 | 268:20 277:25 | 376:12 377:20 |
| **regardless** | 297:18 298:9 | 282:7 357:11 | 378:3 384:21 |
| 177:14 306:16 | 300:16 412:24 | 358:4,19 371:9 | 423:19 426:11 |
| 325:23 344:2 | 423:16 | 371:15 375:5 | **remembered** |
| 417:5 | **relative** 440:17 | 377:23 378:2 | 148:24 |
| **registered** 1:20 | 440:19 | 378:22 408:3 | **remembers** |
| 440:3,23 | **relatively** 94:12 | 411:16 | 244:25 |
| **regular** 426:5,6 | 220:4 399:8 | **relied** 133:6 | **remind** 128:18 |
| **regularly** 200:6 | **release** 7:6 9:19 | 136:14 | **reminding** |
| 305:24 | 166:15 295:24 | **reluctant** 52:25 | 161:8 |
| **regulate** 164:24 | 303:18 304:4 | **rely** 279:9,11 | **removal** 183:3 |
| **regulatory** 91:6 | 306:9,22 307:2 | **relying** 291:5 | 183:4 |
| 92:18 | 309:14 | **remains** 85:15 | **remove** 164:21 |
| **rehashing** | **released** 318:22 | 85:17 | 165:4 |
| 296:25 | **relevance** | **remember** | **renal** 340:7 |
| **reilly** 3:17 | 259:16 260:3,5 | 15:22,25 16:2,6 | **renowned** |
| **reimbursement** | 260:9,21 | 16:9 17:2 20:25 | 149:11 |
| 205:16 | 261:15 262:21 | 21:7 86:15 | **repeat** 102:18 |
| **relate** 42:25 | 263:19 265:2 | 128:17 129:21 | 106:7,19 |
| **related** 28:25 | 379:13 | 135:22,23 | 174:20 206:2 |
| 29:11 75:9 | **relevant** 27:14 | 145:18,19,20 | 243:4 261:23 |
| 182:20,24 | 148:3 187:9,12 | 147:13,21 | 331:20,23 |
| 251:22 287:10 | 260:8 263:18 | 148:11 160:22 | 344:4 395:13 |
| 338:20,22 | 350:3 378:25 | 196:22 221:2,3 | **repeated** 248:4 |
| 339:2 363:2 | 379:4,17 | 221:15 268:15 | 248:7 254:5 |
| **relates** 1:10 | **reliance** 29:2,5 | 268:18 277:23 | 296:25 |
| 33:2 | 29:6,10 45:24 | 278:12 280:24 | |

**[repeatedly - researchers]** Page 64

| | | | |
|---|---|---|---|
| **repeatedly** | 145:22 146:7 | 371:25 372:9 | 379:12 426:2 |
| 35:16 248:12 | 146:16 156:13 | 372:10 375:2 | 426:10 430:25 |
| **repeating** 309:9 | 162:15 176:15 | 376:11,13,18 | **represent** 82:11 |
| **repercussions** | 177:15 178:14 | 376:21 377:12 | 199:5,11,21 |
| 53:23 | 192:8 194:16 | 377:16,18 | 200:14 322:21 |
| **rephrase** | 194:19 195:7,8 | 378:6 379:11 | 347:2 375:4 |
| 219:12 | 195:11 198:9 | 379:19,21 | 397:25 |
| **replaced** | 198:12,15,18 | 380:7 381:7,8 | **representatives** |
| 419:22 420:4 | 215:15 220:22 | 381:12 382:3 | 180:16 |
| **replacement** | 234:9 239:3 | 383:16 387:3 | **representing** |
| 327:4,21,24 | 267:16 280:23 | 388:18 396:6 | 16:19 167:13 |
| **reply** 233:8 | 281:14,16,22 | 397:15,20,23 | **represents** |
| 260:15 263:9 | 281:23 282:7 | 408:4 418:25 | 252:18 301:18 |
| **report** 5:6,11 | 282:12,15 | 419:22,25 | **reproductive** |
| 6:14 10:15,23 | 283:3,24,25 | 420:20,21 | 226:16 228:8 |
| 11:10,14 17:18 | 284:22 324:9 | 421:3,6 423:18 | 250:15 254:21 |
| 17:22 18:2,4,8 | 326:9,17 329:7 | 423:22 424:17 | 255:24 258:8 |
| 18:10,13,18 | 330:2 341:4,7 | **reportable** | 259:6,14 |
| 19:23 21:13 | 343:19 345:7 | 188:21 342:6 | 262:15 266:7,8 |
| 22:6 25:14 | 345:23,24 | **reporter** 1:20 | 266:11 309:2 |
| 28:11,16 30:18 | 346:5,17,19 | 1:21 44:13 | 326:12 402:18 |
| 34:3,7,10 37:14 | 347:25 348:9 | 104:3 265:10 | **reputable** |
| 41:22,24 42:18 | 349:9,14 | 440:4,4,22,23 | 284:11 |
| 46:6,7,10,13,15 | 351:24 352:7 | 440:23 | **request** 13:9 |
| 46:20 47:4,7,16 | 352:14 353:9 | **reporter's** 4:13 | **research** 32:6 |
| 47:20,24 48:9 | 353:16,23 | 12:9 | 148:2 156:14 |
| 58:15,17 83:11 | 354:14 355:7 | **reporting** 119:6 | 157:22 167:22 |
| 85:4 89:6 94:9 | 356:7,10,10,13 | 121:22 124:10 | 217:3 307:19 |
| 96:10,15,21 | 357:10,16,18 | 308:21 | 311:2,12,13,21 |
| 99:23 112:14 | 358:2,6,20 | **reports** 28:3 | 315:20,24 |
| 116:13,16,22 | 359:4,7,14,20 | 48:25 162:8 | 317:24 353:4 |
| 117:3 118:2 | 359:21,22 | 181:6 194:5,9 | 368:21 |
| 124:8 125:5,9 | 360:5 362:7,16 | 194:24 195:3 | **researcher** |
| 127:11 128:11 | 364:17 366:10 | 195:24 281:13 | 291:6 299:8 |
| 138:3,7,14 | 366:11,19 | 281:16 337:22 | **researchers** |
| 144:14 145:3 | 369:23,23 | 359:19,25 | 217:24 396:21 |

| | | | |
|---|---|---|---|
| 405:2 414:10 | **rest** 82:21 | 204:8 215:6 | 124:5 133:21 |
| **reserve** 432:20 | 260:11 429:10 | 226:3 233:20 | 376:10 |
| **reset** 66:13 | **restate** 332:7 | 263:22 267:6 | **reviews** 154:16 |
| **respect** 408:22 | **result** 256:17 | 268:11 269:2 | **revised** 34:3 |
| **respectable** | 261:2 296:16 | 299:13 302:10 | 321:12 |
| 304:16 | 296:19,21 | 302:23 303:18 | **revisions** 162:7 |
| **respected** | 393:7 | 322:7 323:6,12 | **revisits** 317:7 |
| 149:11 | **results** 99:9 | 323:14 325:13 | **rhetorical** |
| **respond** 276:10 | 212:5,17,25 | 355:5 357:9 | 382:13,23 |
| **responding** | 250:13 261:24 | 362:6 370:9,20 | 383:10 |
| 122:14 184:11 | 267:15 269:22 | 370:24 374:25 | **right** 14:7 15:8 |
| **response** 9:6 | 269:25 271:25 | 401:17 416:20 | 17:23 41:5,5 |
| 89:14,17 | 272:3 275:13 | 426:2,3,4 | 62:21 64:16 |
| 130:25 144:12 | 276:17,20 | **reviewed** 5:18 | 66:21 69:6 |
| 181:5 190:19 | 327:24 342:3 | 22:3 23:11,14 | 80:13 81:5 86:2 |
| 221:22 222:5 | **retailers** 181:19 | 60:7,10 71:17 | 86:12 92:11 |
| 388:21 389:22 | **retesting** | 101:6,8 146:7 | 94:8 95:22 |
| 389:24 395:11 | 344:14 | 150:20 152:7,9 | 96:21 97:11 |
| 395:20 398:25 | **retracted** | 157:3 159:24 | 100:13,18 |
| 399:7 400:2,7 | 251:16 | 162:13 173:10 | 101:13 102:8 |
| 400:12,17 | **retrospective** | 176:19 178:7 | 103:5 123:25 |
| 434:18 | 270:22 | 198:25 200:6 | 125:10 126:13 |
| **responsibility** | **return** 177:13 | 206:20 210:12 | 127:10 145:16 |
| 88:5 | 437:13 | 268:23 322:16 | 175:9 179:20 |
| **responsible** | **returned** | 322:22,25 | 180:5 197:16 |
| 23:21 88:18 | 190:10 | 323:2 325:9 | 211:25 212:2 |
| 89:10,13 90:8 | **review** 16:11 | 353:15 354:15 | 213:14,18 |
| 91:18 92:19 | 24:2,5 51:2 | 362:15,23 | 215:4 220:5 |
| 234:24 235:16 | 80:16,24 129:9 | 366:21 370:12 | 232:13 235:3 |
| **responsive** | 132:3 135:13 | 371:11,16 | 235:20 241:8 |
| 19:19,22 20:9 | 168:3 169:4 | 429:2 | 253:22 255:3 |
| 84:13 90:7 | 173:12 175:2,4 | **reviewers** | 258:2 261:8 |
| 252:11 265:9 | 175:8 177:18 | 201:10 | 263:4 265:4 |
| 289:5 315:2 | 179:9 189:15 | **reviewing** | 267:24 276:14 |
| 356:3 367:4 | 197:7 199:10 | 21:15,18 | 277:7,12 |
| 399:18 425:15 | 199:20 200:13 | 108:21 113:12 | 281:14 284:8 |

**[right - safe]**

Page 66

286:15 304:17
306:24 307:14
317:2 318:20
319:3 328:9
333:18 338:13
348:19 351:16
353:14 374:11
374:24 375:25
380:13 392:4
398:4,5 399:21
410:21 411:13
414:16 416:3,5
426:15 435:16
436:11
**rigorous** 317:9
317:20,21
**risk** 26:8 32:24
40:13,19 54:9
55:17 61:17,20
62:9,10,12,15
62:18 63:12,13
63:17,19,22
65:3,11 68:18
75:8 78:25
79:12,12 81:2
87:6 89:22,25
94:19 137:9
153:8 163:11
168:6,22 169:6
169:13 190:14
211:20 218:17
233:23 234:19
234:25 236:16
238:16,20
243:19 244:2
247:4,7 248:18

248:19 249:7
249:16 255:8
255:23 256:2,4
256:7,14,20,21
256:24 257:9
259:13 262:14
262:24 263:10
263:24 264:4,5
264:8,9 267:11
277:6,9,12
284:24 285:16
285:19,25
287:12,18,20
287:23,25
288:24 292:5
293:6,8 302:12
305:10 308:19
312:8 313:2,5,7
313:9,11 315:9
315:23 318:17
325:3,3,5,6,22
326:5,10,13,21
327:9,25
328:11,17,22
330:11 331:6
335:16,21
336:10,10,14
336:19,25
340:4 349:2
365:14 366:15
367:2,20
369:25 396:24
401:18 403:7,9
403:10,20
404:9 405:4
407:15,25

408:10,13,18
409:3,7 411:4
412:21 413:12
413:25 415:14
417:5,6 418:20
419:8 420:15
421:3,4 425:4
426:17 431:6
**risks** 51:16
305:5 329:22
**rls** 1:7
**rmh** 3:23
**road** 136:21
151:17
**robust** 123:3,13
124:10,12
**roger** 209:23
**role** 47:17
85:14 244:17
248:22 411:2
412:19 417:13
417:14 418:10
421:17 436:9
**roller** 68:22,24
69:2,7
**rothman** 246:3
246:5,17 249:6
250:19
**rothman's**
246:2
**routine** 211:5
**rude** 366:7
380:12,16
**rudeness**
379:25

**rule** 6:13
116:16 207:17
223:4,12
340:19 343:20
**ruled** 247:15
**rules** 143:6,12
151:17
**run** 316:10
**runs** 316:6
**rush** 52:7
**russell** 154:22
**résumé** 352:16
352:18

**s**

**s** 2:2 5:3 6:3 7:3
8:3 9:3 10:3
11:3 12:3
232:17,17,17
**safe** 31:19,21
32:6 54:22
55:15,16,25
56:5,10,13,17
56:19,19 58:7
59:12 63:14,16
63:18,19 64:15
67:25 68:24
69:14 70:11,14
70:24 71:19
76:23 77:16
78:9,12,14,23
79:5 81:8 88:6
94:21 97:24
98:2,23 100:18
129:3 133:11
136:18,19

**[safe - says]**                                                                                   Page 67

| | | | |
|---|---|---|---|
| 137:11,13 | 50:22 55:24 | 234:2 236:7,21 | 421:6,7,7,9,10 |
| 163:4,17 164:4 | 56:10 57:4,10 | 236:24 237:18 | 422:20 423:4 |
| 164:23 179:14 | 57:11 58:25 | 238:18 240:3 | 431:24 432:4 |
| 186:13 188:9 | 59:5,11 62:8 | 244:14,15,16 | **says** 29:14 |
| 191:4,11 300:8 | 63:16,17,18 | 247:17 249:20 | 41:10 45:5 54:7 |
| **safety** 5:25 27:7 | 64:5 65:10 | 250:22 252:24 | 55:21 58:5 61:7 |
| 27:11 32:9 35:7 | 67:12 75:3 | 253:11,12,17 | 62:17 67:24 |
| 60:4 63:6 68:19 | 77:11,15,15 | 253:18,21 | 73:2,18 78:19 |
| 68:21 83:7 | 78:23 79:8,10 | 254:9,11 255:7 | 79:19 80:14 |
| 89:10 90:9 | 79:11 83:17,20 | 256:10,16 | 88:13 97:19 |
| 92:20 163:14 | 89:21 94:20 | 258:10,13 | 105:9 113:19 |
| 163:15 307:20 | 96:25 98:20 | 260:4 263:15 | 115:25 118:10 |
| 310:24 311:3 | 100:3,15 | 264:12 265:4 | 119:20 126:11 |
| **sake** 264:13 | 101:14,23 | 266:7 269:23 | 133:10,11,24 |
| **sales** 1:7 190:11 | 103:12,13 | 272:16 286:3 | 133:24 134:11 |
| **salvage** 314:20 | 105:14 106:12 | 288:12,13,20 | 135:6 136:18 |
| **sample** 403:14 | 106:16 107:3 | 292:4,15 293:4 | 157:9,10 |
| **samples** 386:18 | 107:14,17 | 293:12 294:4 | 158:25 163:8 |
| 387:5 | 108:5,10 109:4 | 297:15,15,17 | 167:8 173:21 |
| **sanchez** 12:6 | 109:9,19 | 302:24 303:7 | 175:25 190:9 |
| 425:18 434:3 | 110:18,24 | 307:7 309:7 | 199:19 201:17 |
| **savant** 430:17 | 111:17 113:16 | 310:3,13,17 | 216:25 226:13 |
| 430:20 | 113:16 117:12 | 311:8 312:16 | 245:17,19 |
| **save** 84:7 | 119:20 123:7 | 313:6 314:13 | 248:2 250:11 |
| 273:16 368:24 | 124:9,12,13 | 315:8,10,16,19 | 252:16 275:13 |
| **saw** 25:22 | 126:14 132:21 | 315:21 328:24 | 299:14 300:21 |
| 240:13 242:16 | 163:9 164:20 | 336:18 343:16 | 301:16 302:23 |
| 242:17 282:10 | 165:22 173:2 | 347:7,18 | 305:22 308:11 |
| 282:17 355:23 | 179:17 191:9 | 358:21 365:6 | 310:20 311:18 |
| 356:7,23 | 207:20 208:25 | 365:11,12 | 311:21 318:19 |
| 358:21 359:18 | 209:2 214:12 | 366:14,17 | 341:22 349:6 |
| 359:24 375:25 | 226:23 227:2,7 | 373:4 380:6 | 361:12,15 |
| 376:3,25 377:3 | 228:12,25 | 394:13 405:19 | 366:4 381:16 |
| 377:7 | 230:6,16,17,24 | 407:10 418:22 | 381:21 386:23 |
| **saying** 33:22 | 230:25 231:8 | 419:7,9,10,17 | 387:3,5,6,7 |
| 38:13 44:15,16 | 231:10,13 | 420:10,13 | 406:22 407:15 |

**[says - seen]** Page 68

| | | | |
|---|---|---|---|
| 408:9,12,17 | 183:24 184:23 | 128:23 137:4,7 | 155:17 258:25 |
| 426:24 427:11 | 187:17 | 140:17,18,21 | 282:15 342:14 |
| 429:6,18 431:3 | **screening** 10:10 | 143:9,13 | 357:6 358:19 |
| 431:25 432:3 | 200:7 202:7 | 146:12 148:20 | 358:20 360:4,9 |
| **scenario** 365:4 | 321:15 323:17 | 152:16 153:24 | 377:5,20 |
| **scenarios** 286:2 | **search** 149:3 | 154:9 160:17 | 426:11 436:5 |
| 287:14 288:21 | 339:21 423:15 | 167:23 175:19 | **seem** 193:25 |
| 308:20 313:14 | 423:20 | 176:19 178:18 | 195:22 |
| **schedule** | **searched** 412:4 | 179:3 180:18 | **seemed** 322:11 |
| 319:16 | **searches** 47:8 | 204:22 205:4 | 347:9 |
| **schildkraut** | **seattle** 284:16 | 232:24 245:3 | **seems** 197:13 |
| 86:16 87:4 | **second** 6:13 | 248:24 254:17 | 198:7,19 |
| 238:14 244:8 | 60:13,15 61:12 | 261:6 264:14 | 206:22 |
| 416:5 | 91:23,25 92:4 | 264:15,16,17 | **seen** 19:8 27:12 |
| **school** 91:6 | 116:15 177:16 | 272:17,19 | 27:18 38:24 |
| 284:14 | 179:2,3 181:12 | 279:19 281:3 | 43:6 45:3,23 |
| **science** 35:6,12 | 186:9 200:3 | 282:8,11 | 46:3 73:20,24 |
| 42:19 85:9,21 | 274:15,16,19 | 284:12 291:18 | 76:15,16,17 |
| 94:17 239:8 | 275:20 298:2 | 292:12 294:14 | 130:4 131:18 |
| **sciences** 217:3 | 317:2 325:12 | 299:25 302:22 | 132:24 151:20 |
| 318:2 | 403:12 410:25 | 303:25 304:8 | 156:17,19,23 |
| **scientific** | 411:11 412:17 | 308:15 327:12 | 170:12 171:3 |
| 147:25 315:5 | 426:25 430:18 | 329:20 330:5,7 | 180:11 181:13 |
| 351:9,18 352:9 | 431:10 | 339:4 352:23 | 195:10 222:3 |
| 353:12 436:2 | **seconds** 369:17 | 355:7,14,19 | 222:14 233:12 |
| 436:15 | **section** 117:2 | 356:24 369:21 | 234:6 240:12 |
| **scientist** 290:14 | 196:15,21,24 | 375:3 376:20 | 240:17,18,20 |
| 299:8 | 276:2 | 377:25 379:5 | 240:23 241:4 |
| **scientists** | **sections** 299:2 | 385:4 402:25 | 241:10,19 |
| 217:24 260:25 | **see** 41:13,14 | 403:15 411:6 | 242:7,20 |
| 264:20 310:7 | 42:22 47:8 | 412:11 418:5 | 277:24 278:4 |
| 396:20 | 54:19 70:2 71:6 | 424:13,17 | 279:20 281:15 |
| **scope** 36:10 | 72:16 79:19 | 429:18 | 303:24 307:5 |
| 39:10 41:16 | 82:17 84:22 | **seeing** 25:19 | 328:6 330:20 |
| 88:10,20 90:17 | 109:5 111:18 | 128:17 130:19 | 331:15 332:12 |
| 90:22 171:10 | 124:5 127:14 | 148:11,24 | 332:18 333:3 |

**[seen - signature]** Page 69

346:12 358:10
359:13,16,25
377:6 378:4
385:19 397:3
415:17 422:21
425:22 427:6
**selecting** 148:9
**selective** 295:18
**sell** 53:12
313:19
**sending** 20:6
**sense** 56:4
206:22
**sent** 270:17
**sentence** 43:13
44:5,5,7 54:16
54:24 66:19
80:22 104:15
126:6 186:9
190:8 212:16
212:22 214:4
229:19 230:2
254:19 340:12
346:10 347:18
351:15 371:24
372:9,10
386:24 409:19
412:7 413:4
426:25 430:4
431:3
**sentences** 54:19
411:18
**separately**
209:25
**september** 9:23
320:18

**sequencing**
342:7
**series** 291:20
**serous** 233:25
236:2 238:25
239:2
**serve** 25:6
**services** 6:19
150:11 151:22
152:19 153:16
154:21 157:24
158:5 159:8,10
217:6 250:10
**session** 4:10
**set** 116:5
160:19 247:12
248:10,11,11
266:14 440:14
**setting** 148:5
393:17
**settings** 101:13
**seven** 120:23
183:20 197:19
197:24 202:12
203:16 204:17
306:16
**several** 166:22
181:18 208:13
346:5
**severe** 346:6
349:11
**sgo** 50:4,9,18
50:21,25 51:15
52:20,25 53:8
53:12,15,24
54:2,14 55:21

60:22 61:2,14
61:17 62:8,17
64:4,5,23 67:23
70:22 71:19
154:15 155:12
156:24 157:2
163:8 205:12
205:16 301:24
405:14 406:16
406:20 410:17
410:20
**shaker** 381:18
**shakes** 384:16
**shared** 172:22
358:23,24
**she'll** 290:6
**sheet** 437:8,11
437:14
**shelf** 164:19
**shelves** 164:9
164:22 165:4
**short** 47:3
94:13 399:9
**shorten** 98:2
**show** 29:12
38:18 58:16,20
58:22 62:15
81:17 85:11
86:17 135:17
148:16 160:3
199:24 234:7
243:8 248:15
248:17,18
255:7 264:3
266:18 271:25
294:25 303:3

308:10,12
310:20 316:25
327:14,23
351:12 357:4
360:25 366:25
425:13 426:23
**showed** 132:17
162:18 201:4
237:16 241:5
246:22 269:25
272:9 315:9
357:2 363:3
367:19 368:2
405:12
**shower** 95:4,4
97:14,14
**showing** 125:6
125:12 131:18
242:20 311:15
**shown** 57:3
108:13 132:8
133:3 238:16
245:7 263:14
328:24 329:24
337:13 386:17
412:5 413:11
422:22
**shows** 241:19
366:19 431:14
431:20
**shut** 30:25
**side** 80:20
**sign** 437:10
**signature** 4:11
440:21

**[signed - sorry]**                                                          Page 70

signed   438:20
significance
  160:21 161:2
  249:13 250:17
  250:24 251:4
  253:11,20
  254:12 261:13
  307:17 366:13
  368:3
significant   87:5
  160:4 162:19
  220:19 221:8
  232:7 234:7
  249:18 252:22
  253:23 256:23
  259:2,7 260:16
  261:21 262:16
  263:12 265:25
  266:2 277:3
  284:23 285:15
  291:22 308:25
  310:23 313:7
  313:11 355:13
  364:14 367:19
significantly
  369:25
silly   195:21
similar   248:24
  296:13,21
  297:2,2 385:13
simple   44:24
  92:22,23 399:9
simply   91:15
  92:10
single   133:23
  134:9 135:6,24

136:4,13
  151:14 162:4
  186:25 187:5
  213:16
singled   309:17
singular   134:17
  167:8 248:2,3
sir   237:8
sister   218:12
  225:16 270:12
  270:12 313:8
  317:6
sit   280:12
site   141:14,17
  142:21 144:15
  144:19,21
  145:3 147:5
  178:10
sites   427:11
sits   195:19
sitting   216:6
  290:5 381:4
situation
  113:17 208:21
  209:5 237:19
  298:5
situations
  108:15 288:16
  297:22
six   36:24 44:9
  223:19,21
  330:8,12
  432:20
size   361:9
  403:14

sizes   369:7
skadden   2:17
skadden.com
  2:22
skating   68:22
  68:24 69:2,8
slate   2:17
slight   313:9
slightly   401:23
slomovich
  175:8,11,21
  176:11 189:4
slomovitch
  189:6
slomovitz   7:22
  176:12 189:8,9
  189:20 190:2,4
  190:9
small   262:23
  263:24 264:3
  275:24 276:4,7
  276:13,14,17
  277:5,6,10,12
  403:14 434:21
smaller   219:11
smith   210:15
  211:2
smoking   74:18
  89:21,24
societies   69:17
society   52:3
  271:8 303:19
  304:15 306:22
  410:22
sold   95:17

sole   291:2,6
solely   136:14
  250:23 252:21
  252:23
somatic   337:3,7
  337:10
somebody
  209:6,14 244:5
  329:2 355:20
somebody's
  295:13 381:22
someone's
  109:23 283:4,9
something's
  158:19
soon   376:7
sorry   15:22
  16:2 28:8 36:8
  54:25 65:14
  66:3 71:2 73:12
  76:20 77:6 80:2
  102:18 126:23
  130:10 139:13
  158:7 161:19
  170:3,5 184:10
  200:2 206:2
  213:13 220:11
  233:17 237:9
  243:4 254:24
  258:6 260:14
  261:23 266:4
  274:13 275:22
  289:11,20
  293:21 299:22
  300:5 302:3
  303:6 316:3

**[sorry - stated]**

326:8 331:25
344:4 345:25
346:24 357:13
364:10 366:3,5
394:15 411:6
417:23 426:23
428:13
**sort**  44:22
69:23 86:20
113:9 197:21
218:22 247:24
312:17 422:13
435:21 436:9
**sound**  86:2
338:13 351:8
351:18 352:9
353:11
**sounding**
358:12
**sounds**  148:12
148:14,17
160:14 377:19
**source**  181:8
385:12
**sources**  50:22
102:5 193:14
**space**  259:10
437:7
**spanning**
169:16
**speak**  52:9 62:3
76:9 104:5
200:23 230:11
329:23
**speaking**  64:4
96:15 101:17

102:11 104:3
227:6 311:19
315:22 380:11
**special**  313:14
**specialist**
358:15 361:23
**specialty**  48:17
48:21 49:14
50:6
**specific**  15:18
50:15 51:16
73:22 98:6
100:6 127:20
149:14 162:7
199:4 202:4
205:4 212:10
222:11 328:4
349:2 351:2
352:23 354:25
358:2 380:7
407:10 409:15
423:20 430:22
**specifically**
30:16 50:20
58:19 63:15
155:16 175:12
220:25 221:3
347:7 411:4
412:21
**specified**  96:8
**specify**  96:2
98:11 339:8
**specifying**
99:13
**speculate**  52:14
52:15 355:24

**speculation**
51:23 343:2
**spend**  22:19
176:2
**spent**  20:20
25:16 133:21
**sperm**  119:9,11
125:12,19,23
125:25 126:3,3
126:7,14,20,20
126:24,24
127:4,9,10,11
127:13,23,25
127:25
**spoke**  16:3
298:20 302:2
**sponsored**
217:10
**spotlight**
190:10
**spraying**
336:19
**ss**  438:5
**staging**  355:24
**stakeholders**
323:21
**stand**  20:14
87:3
**standpoint**
92:19 104:19
104:20
**stands**  251:18
**starkly**  125:15
**start**  20:20
278:21 288:24
292:4 311:19

315:22 424:12
429:22
**started**  87:18
119:3 167:24
229:11,18
270:13 308:3
398:12
**starting**  333:20
410:24
**starts**  121:8
274:17
**state**  14:18
48:10 51:13
85:3 89:6
114:22 116:25
125:18 131:10
181:16 187:13
200:10 228:22
263:19 274:7
276:16 284:21
285:9,11
292:14 300:18
346:15 347:3
351:6 388:20
389:11 417:12
433:9,13,15,22
437:6 438:4,24
440:5
**stated**  44:17
156:13 164:25
205:22 212:4
215:2 253:25
279:8 286:7
298:23,24
302:9 306:9,11
309:23 332:5

**[stated - strengthens]**

343:19 350:17
372:3,17
373:17 384:14
397:20
**statement**   32:5
32:12,15,19
35:9 38:22
49:10,16,19
51:7,16,21 52:7
53:2,16,25
54:13 56:18
57:23 60:2,6,11
60:19 63:5
64:23 65:4,12
67:24 68:4,5,19
68:21 69:10,13
70:11,13,20,23
71:4,7,9,11,18
76:23 77:11,14
79:10 80:9,16
81:6 82:17
86:23 87:3
89:20 100:9,17
101:2,15 102:3
102:7 103:16
104:18 112:2
113:24 120:20
122:19 123:4
126:5 129:18
136:19 147:23
163:7,14,15
178:19 183:8
186:2,16 188:4
188:12 190:17
199:4,16,19,22
200:15 201:6

212:20 230:18
230:22 255:15
257:3 260:9
274:12,24
275:4 283:5
286:9,15
293:11 298:8
300:22 301:7
302:21 306:2
307:15 308:7
309:18 310:19
311:5,5,23
312:9 315:11
315:14 317:16
317:19 318:24
346:3,14
350:24 351:3
352:6 355:2
369:15 373:3
407:21 418:11
418:13 428:11
**statements**
46:12 51:3 58:7
59:19,22,24
60:22 69:20
70:8 123:11
124:3 165:17
177:10 302:16
**states**   1:2 39:17
93:4 124:21
134:23 151:21
159:10 181:24
182:11 183:4
184:16 200:5
200:17,19
201:11,15

206:9 300:24
305:4 330:2
332:13 347:25
360:20 386:20
422:21
**stating**   127:22
127:23 255:2
264:2,22
285:22
**statistical**
160:18,20
161:2 250:16
253:10,19
254:12 261:13
263:10,17
270:20 366:13
368:2
**statistically**
87:5 160:4
162:19 220:18
221:8 232:6
234:7 249:18
252:22 253:23
256:23 259:7
260:16 261:20
262:16 263:12
277:3 291:22
313:6,10
**statistician**
258:17
**status**   353:3
**stay**   280:6
**steering**   3:5
**stenographer**
14:6,14 48:4
265:14

**stenographic...**
440:13
**step**   258:18,21
258:22 259:3
**ster**   402:11
414:12
**sterility**   402:15
402:17 410:13
**steroidal**
403:22
**stick**   306:13
371:16
**stimulate**   428:3
**stipulate**   94:23
96:14 97:2,5
175:25
**stipulation**   97:9
99:2
**stipulations**
13:14
**stir**   378:5
**stop**   66:11,15
83:23 89:23
123:24 172:15
409:20
**stopped**   384:7
**store**   163:21
164:6
**story**   83:19
**strange**   158:20
305:21
**street**   2:8 3:9
**strength**   202:3
424:14 425:11
**strengthens**
218:22

**[strike - subspecialty]**

| | | | |
|---|---|---|---|
| **strike** 214:19 | 151:5 152:7 | 370:8,11,12 | 277:14 288:5 |
| 274:6 | 157:17 159:14 | 371:3,6,18,21 | 288:25 291:5,7 |
| **strikes** 145:8 | 160:2,5 169:15 | 377:24 381:17 | 291:8 292:24 |
| **stripes** 353:7 | 174:16,21 | 381:20 387:21 | 293:9 296:3,10 |
| **strong** 27:24 | 176:5 193:10 | 389:5,12 419:7 | 297:15 299:11 |
| 59:7 109:14 | 197:24 198:4 | 419:9,10 | 299:12 305:5 |
| 308:23 424:24 | 204:6,9,12,13 | 422:12,13 | 305:14,16 |
| **stronger** 69:4 | 204:17,18 | **study** 57:3 | 309:6 310:4,14 |
| 79:10 233:10 | 205:2 208:13 | 102:15,20 | 310:18 311:11 |
| 266:17 | 210:18 211:17 | 105:7 115:24 | 311:15,18 |
| **strongest** | 213:15 215:5 | 116:4,7 124:15 | 312:4,18,24 |
| 132:20 424:23 | 218:3,20,25 | 132:17 133:4 | 313:9 314:14 |
| **studied** 55:12 | 219:7,10,15 | 134:9,10,17 | 314:20 317:6 |
| 105:8,12 | 227:22 233:21 | 135:6,11,13,19 | 317:12 328:4 |
| 110:13 131:16 | 233:24,25 | 135:25 136:5,7 | 363:3 368:25 |
| 239:22 240:4,8 | 236:21 238:22 | 136:8 162:18 | 370:20,21,24 |
| 240:23 241:12 | 238:24 239:20 | 162:22 191:7,8 | 370:25 371:8 |
| 244:10,12 | 240:24 241:22 | 191:21 213:16 | 381:21 416:25 |
| **studies** 8:13 | 242:2,7,24,25 | 214:16,18 | 421:2 430:20 |
| 32:7 56:25 | 243:7 245:11 | 218:6,11,11,12 | 430:22,24 |
| 68:25 69:7 | 248:5,7,17,19 | 218:13,23 | **study's** 108:6 |
| 80:17,25 86:10 | 248:23 252:6 | 221:18 224:17 | 312:19 |
| 87:15 88:2 96:7 | 254:5 264:16 | 224:20 225:9 | **studying** 176:2 |
| 100:23 101:25 | 264:17 265:6 | 225:16 233:13 | 176:5 |
| 102:11 108:5 | 266:16,17 | 233:20 234:2 | **stuff** 140:13 |
| 108:13,14,14 | 274:10,22 | 238:10,19 | **sub** 266:13 |
| 109:16,19 | 275:2,10,16 | 242:11,20 | **subject** 299:5 |
| 110:3,17 | 285:2 291:21 | 246:22 247:8 | **subjected** 40:18 |
| 111:19 114:21 | 291:24 292:21 | 248:2,3 253:24 | **submitted** |
| 115:18 117:10 | 296:7,12,17,18 | 254:3,13 | 17:18,21 18:18 |
| 119:6 124:8,10 | 298:9 302:11 | 255:22 258:12 | 20:2,15 281:15 |
| 124:11 125:6 | 317:10 327:13 | 259:24 264:3 | 323:21,23 |
| 125:12 131:18 | 327:23 328:6,8 | 264:14 265:7 | **subscribed** |
| 132:24 134:5 | 365:24 366:15 | 270:8,9,12,12 | 438:20 |
| 134:15,21 | 367:18,18,19 | 270:20 272:13 | **subspecialty** |
| 149:21,21 | 368:2 369:24 | 273:9,10,17 | 402:19 |

[substance - systems]                                          Page 74

| | | | |
|---|---|---|---|
| **substance** | **suite** 3:9,20 | 131:16 300:15 | **surface** 259:2 |
| 55:12 118:12 | **summary** 7:12 | **sure** 19:18 37:2 | **surgery** 26:2 |
| 292:17 293:9 | 84:3 94:9 | 45:11 49:24 | **surgical** 10:22 |
| 383:3 | 165:17 170:20 | 50:24 60:5 61:9 | 328:15 353:22 |
| **substances** | 171:4 180:7 | 64:3,21 72:6 | **surprise** 189:23 |
| 55:14 118:21 | 187:23 188:19 | 73:2,12,22 | 391:3 |
| 125:14 171:16 | 199:20 200:5 | 75:21 80:18 | **surprised** 169:9 |
| **substantially** | 200:12 201:19 | 81:23 98:7,11 | 391:6 |
| 23:9 | 291:15,16 | 100:3 101:5 | **surprising** |
| **substantive** | 309:6 | 106:20 109:15 | 296:15,22 |
| 412:10 | **super** 161:14 | 117:25 119:13 | **surrounding** |
| **successfully** | **superficial** | 121:16 123:10 | 392:9 |
| 84:8 | 302:20 | 128:10 135:9 | **surveyed** 406:9 |
| **suffer** 296:13 | **supplementary** | 141:15 144:11 | **survival** 390:25 |
| **suffered** 349:16 | 220:9 | 144:13 162:4 | **susceptibility** |
| **suffers** 346:5 | **support** 13:2 | 178:8,18 | 249:2 275:15 |
| 346:12 353:9 | 32:9,22 35:12 | 180:10 188:5 | **swear** 14:9 |
| **sufficient** 109:3 | 54:10 55:22 | 190:25 201:23 | **sworn** 14:17 |
| 388:22 389:8 | 58:13 119:10 | 202:6 206:19 | 440:8 |
| 395:25 | 120:21 121:4,7 | 217:7 222:17 | **symptoms** |
| **suggest** 67:15 | 127:16 173:6 | 228:3,20 | 355:19 |
| 109:3 110:25 | 191:10,22,24 | 236:17 243:6 | **syndrome** |
| 275:14 287:17 | 212:5,17,25 | 260:25 263:7 | 340:8,17,20 |
| 299:16 418:16 | 231:5 255:9 | 273:11 286:21 | **syndromes** |
| 426:18 434:20 | 269:22 272:3 | 289:8 294:22 | 329:25 331:4 |
| **suggested** | 285:16 291:18 | 306:3 309:11 | 344:17,23 |
| 365:4 | 347:11 348:2 | 314:18 317:13 | **synonym** 105:4 |
| **suggesting** | **supported** | 317:20 326:17 | **synthesis** |
| 195:23 199:12 | 301:24 317:24 | 328:19 330:12 | 413:13 |
| 226:9 272:7 | **supporting** | 345:15 357:24 | **system** 118:10 |
| 334:17 | 121:25 123:3 | 360:13 366:23 | 118:16 119:15 |
| **suggestion** | 202:3 | 374:17 387:8 | 120:24 121:4 |
| 279:7 | **supportive** | 408:7 409:13 | 201:22 202:9 |
| **suggests** 57:2 | 291:9 | 412:16 427:4 | 227:15 229:3 |
| 212:18 305:9 | **supports** 54:4 | 427:19 432:2 | **systems** 249:17 |
| 331:7 | 106:17 121:3 | | 251:2,6,7 |

| t | | | |
|---|---|---|---|
| **t**  5:3 6:3 7:3 8:3 | 369:18 379:25 | 64:24 67:24 | 125:20 126:15 |
| 9:3 10:3 11:3 | 380:13 428:20 | 69:5,6,7,8,13 | 126:23 127:6 |
| 12:3 189:8 | 435:12 | 70:11,14,23 | 127:15,16,20 |
| 232:17 438:2 | **takeaway** | 71:19 72:19 | 128:3 129:3,14 |
| 439:2 440:2,2 | 286:20,25 | 74:17,24 75:6 | 129:15 130:9 |
| **tab**  44:19 | 287:22 306:21 | 75:17,24 76:13 | 130:15 131:19 |
| **table**  38:6 | 308:17 309:3 | 76:23 77:12,16 | 132:8 133:11 |
| 220:9 308:4 | **taken**  67:17 | 78:4,9,12 79:4 | 133:12 136:18 |
| 361:18 387:13 | 154:4 177:7 | 80:14 81:8,14 | 136:19 137:9 |
| 387:17 399:20 | 187:5 232:15 | 82:13,17,19,22 | 151:23 152:7 |
| 425:16 | 247:8 249:9 | 82:23 83:4,16 | 152:21 163:3 |
| **tables**  8:21 | 319:14 380:24 | 84:9,23 85:14 | 163:17,21 |
| 216:14,17 | 396:10 424:18 | 85:19,24 86:19 | 164:6 168:5 |
| 220:8 232:22 | 429:3 432:18 | 86:22 87:19 | 170:21,23 |
| 232:23 | 433:6 434:19 | 88:3,15 89:8 | 172:18,22 |
| **tail**  119:12,15 | 438:10 440:13 | 90:5 94:17,20 | 173:3 175:24 |
| 126:25 | **takes**  25:9 | 94:24 95:9,9,11 | 175:24 176:7 |
| **tailor**  34:2 | 78:18 | 95:15 96:11,11 | 177:11,24 |
| **tailored**  162:10 | **talc**  7:15,17,19 | 96:14 97:2,19 | 178:15 179:6 |
| **taiwan**  181:21 | 9:22 16:12 | 97:24,25 98:23 | 179:14 181:7,8 |
| **take**  41:11 | 18:20 26:5,20 | 99:8,11,17,18 | 182:19,23 |
| 43:18,21 51:9 | 27:4 31:19,21 | 99:20,21,24 | 183:5 185:14 |
| 66:14 67:2,3 | 32:6,10,16,23 | 100:10,12,17 | 185:14 190:12 |
| 70:3 109:20 | 35:5,13,17 | 102:21,24 | 191:3,11,22 |
| 119:8,13 | 39:19,21 48:12 | 103:14 105:24 | 196:17 201:4 |
| 127:16 134:12 | 48:22 49:15 | 107:8,22 108:3 | 202:13 227:18 |
| 199:10 222:8 | 50:11,15,19,20 | 108:11,17,23 | 234:5 241:23 |
| 223:20 259:3 | 51:8,11,16 | 109:22 110:7 | 243:18 245:2 |
| 259:10 261:4 | 52:10 53:2,16 | 110:22 111:21 | 246:13,25 |
| 279:4,13,22 | 53:25 54:5,17 | 113:2,20 | 255:10 266:18 |
| 290:25 295:18 | 54:21 55:23 | 114:22 115:16 | 267:3 269:16 |
| 299:24 315:11 | 56:12,17,21 | 115:19,25 | 272:6 274:9,18 |
| 319:11,20 | 57:8,20 58:6,7 | 117:4 119:11 | 274:21 288:25 |
| 350:13 368:23 | 58:14 59:7 62:9 | 119:17 120:21 | 290:15,24 |
| | 62:11,15,18 | 121:8,19,25 | 292:5 297:18 |
| | 63:6,21 64:10 | 123:8 125:3,16 | 300:8 301:11 |

**[talc - ten]**                                                    Page 76

| | | | |
|---|---|---|---|
| 305:7 308:18 | 97:21 98:9 | 406:22 415:23 | 153:16 154:21 |
| 308:24 311:8 | 99:12 106:22 | 416:2 | 157:24 158:6 |
| 311:15 312:7 | 122:21,24 | **talking** 17:15 | 159:8,11 |
| 315:23 318:7 | 132:21 164:18 | 33:5,8 42:11,13 | 205:16 |
| 318:16 320:15 | 164:21 190:19 | 59:9 71:8 94:24 | **taught** 74:23 |
| 320:17 347:11 | 211:14,21 | 95:5 97:3,6,21 | **teach** 75:23 |
| 349:3 350:19 | 212:6 213:2 | 98:7,8,24 99:5 | **team** 224:14 |
| 360:14,17,22 | 238:3 239:18 | 99:19 100:5,11 | **technique** |
| 360:22 361:6 | 239:25 240:6 | 100:12 108:16 | 364:7 |
| 362:25 363:2,7 | 240:10 242:3,8 | 109:17,25 | **tecum** 5:16 |
| 364:9,13,15,19 | 242:21 243:3,9 | 110:2,3 114:16 | 19:5 |
| 364:23 365:19 | 245:2,18,19,21 | 114:18 115:15 | **tell** 31:4 45:22 |
| 368:5,11,13,17 | 254:24 287:25 | 118:10 157:20 | 46:19 53:5 |
| 372:4,18 374:7 | 293:13 294:6 | 161:20 177:10 | 61:11 72:15 |
| 382:15,16,22 | 294:16 295:11 | 194:21 210:22 | 80:20 88:11 |
| 388:20 389:6 | 297:8 300:13 | 210:23,25 | 115:5 120:9 |
| 392:8,25 393:8 | 300:17 302:5 | 211:25 227:23 | 121:12 139:19 |
| 393:20 394:10 | 302:12 322:8 | 262:7 265:12 | 167:14 170:3 |
| 394:17 395:2 | 324:16,21 | 265:18 276:22 | 172:14,15 |
| 396:21 398:3 | 325:18,21,25 | 304:24 316:19 | 248:10 285:5 |
| 398:20 403:21 | 376:23 385:2 | 351:13 370:19 | 345:11 348:9 |
| 404:8,14 | 385:13 392:15 | 380:11 387:11 | 358:5 411:9 |
| 406:10 407:15 | 395:8,16,18,21 | 387:17 393:9 | 421:23 431:22 |
| 409:6 413:25 | 400:16 401:5 | 394:3,4,6,8 | 431:23 432:3 |
| 416:21 424:21 | 403:20 405:3 | 397:12 398:13 | 432:14 |
| 425:3,8 431:14 | 408:9,12,18,24 | 404:22 406:7 | **telling** 58:25 |
| 431:18,24 | 434:10 | 412:23 429:21 | 68:17 77:21,23 |
| 434:11,14 | **talk** 84:16 | **talks** 97:25 | 77:25 84:25 |
| **talc's** 414:4 | 97:24 100:4 | **tangents** | 144:25 183:18 |
| **talcum** 1:5 5:25 | 121:18 192:19 | 137:25 | 231:15 288:24 |
| 15:19 27:6,11 | 209:24 210:2 | **tarer** 208:10,10 | 292:4 424:17 |
| 37:6 38:13 40:9 | 220:24 233:7 | **target** 419:17 | **ten** 74:2 134:5 |
| 57:19 81:2 | 236:5 269:20 | **task** 6:19 | 213:15 216:21 |
| 83:24,25 94:25 | 331:5 424:20 | 150:11,21 | 316:6 403:19 |
| 95:2,11,12,16 | **talked** 189:4 | 151:3,22 | 404:9 |
| 96:12,18 97:12 | 298:10 405:25 | 152:19 153:4 | |

**[tend - think]**                                                                 Page 77

| | | | |
|---|---|---|---|
| **tend** 219:11 | 301:17 331:22 | 319:13,17 | 286:22,24 |
| **term** 107:4,11 | 332:3,5 334:11 | 372:13 | 289:20 295:14 |
| 218:14 267:21 | 334:15 348:6 | **thanks** 73:14 | 296:14,20 |
| 318:18 404:25 | 349:13 384:11 | **theirs** 275:25 | 302:9 303:14 |
| 426:21 436:5 | 384:15,21 | 276:8 | 303:16 304:13 |
| **terminal** 74:9 | 401:10 421:20 | **theories** 74:11 | 348:16 354:17 |
| **terms** 324:16 | 421:23 438:10 | 103:11,11 | 381:10 435:9 |
| **terry** 295:25 | 438:13 440:12 | 108:8,9 435:24 | **things** 22:2 |
| 403:2 | **testing** 7:14 | **theory** 103:14 | 28:2 47:9,15 |
| **test** 249:14,25 | 38:10,12,14,20 | 103:23 107:12 | 51:12 55:16 |
| 258:13,19 | 40:18 170:14 | 107:13,15 | 56:11 75:15 |
| 260:18,22,24 | 170:21 171:9 | 109:10 131:14 | 82:20 94:14 |
| 261:2,12 264:6 | 171:12 180:3 | 131:25 133:14 | 106:25 110:4 |
| 341:7 388:12 | 188:20 263:17 | 133:17 255:4,5 | 121:2,18 |
| **tested** 38:17 | 330:3 340:23 | 255:6,10 | 132:23 164:2 |
| 167:23 340:16 | 341:10,16,21 | 422:18 423:12 | 227:8,10 |
| 344:10 | 343:20 344:3 | 424:21 436:14 | 229:16 244:10 |
| **testified** 14:19 | 383:19,23 | **therapy** 327:4 | 245:6 248:2 |
| 15:3 326:4,7 | 384:3 386:17 | 327:8,15 404:2 | 255:12 268:23 |
| 337:19 374:14 | 388:16 | 404:3,4 | 293:10 312:24 |
| 374:17 383:25 | **tests** 35:16,23 | **thing** 27:21 | 313:14 314:7 |
| 389:20 401:5 | 38:4,10,24 | 37:12,16 47:17 | 315:10 325:4,5 |
| 427:8 | 260:19 264:19 | 56:3 60:24 | 329:2,4 331:5,8 |
| **testify** 88:9 | **text** 385:15 | 107:5 112:4 | 335:16,20 |
| 92:15 141:18 | 432:3 | 117:22 120:24 | 336:9 357:7 |
| 141:23 172:6 | **textbook** | 121:6 124:25 | 358:14 376:5,6 |
| 440:9 | 246:18 | 134:17 135:6 | 399:11,14 |
| **testifying** 28:14 | **thank** 14:14 | 136:13,14 | 404:13 428:18 |
| 63:3 141:25 | 37:3 48:6 79:8 | 140:20 144:20 | **think** 15:21,21 |
| 214:8 | 92:23 123:21 | 145:8,8 147:9 | 19:24 38:21 |
| **testimony** | 128:21 159:25 | 147:11 163:8 | 41:10 42:23 |
| 14:10 77:3,19 | 161:8,23,23 | 178:9 183:7 | 43:20 51:17,24 |
| 159:20,22 | 162:25 189:9 | 199:12 201:4 | 52:17 53:4,21 |
| 191:16,19 | 193:22 195:6 | 222:11 229:6 | 55:2,10 56:3,9 |
| 225:11 268:17 | 212:15 219:24 | 232:20 252:4 | 56:9 57:18 |
| 283:21 293:23 | 252:12 257:18 | 253:13 259:19 | 59:14 63:7 |

**[think - thompson]**                                                      Page 78

| | | | |
|---|---|---|---|
| 66:13 68:8,12 | 243:25,25 | 383:6 398:9 | 82:3,10 83:3 |
| 68:18,24 69:16 | 244:6,8,9,24 | 409:22,25 | 84:11 87:10,24 |
| 69:17 70:4,6,22 | 245:9 247:11 | 419:14 420:9 | 88:13,16 89:3,5 |
| 75:2 76:4 79:6 | 249:10,12,19 | 424:18 427:7 | 90:6 91:2,21 |
| 80:8,9 82:16 | 250:4,22 | 429:10 436:20 | 92:5,15,17 |
| 83:10 84:5 | 251:12 252:4 | **thinks**  263:5 | 93:18 95:10,14 |
| 86:20 87:20 | 252:15 253:7 | **third**  31:18 | 95:19 97:11 |
| 89:2 90:16 | 253:21 257:13 | 184:9,15 | 98:4,18 104:7 |
| 95:23 96:23 | 259:9,13 | 282:11 323:16 | 104:11 116:12 |
| 97:9,20 105:20 | 260:20 261:17 | 427:23 429:5 | 116:20 117:17 |
| 106:24 107:10 | 263:11,13 | **thirty**  437:15 | 120:4,11 122:9 |
| 109:7,21 | 264:25 265:3 | **thompson**  2:6 | 131:9 138:15 |
| 110:22 111:16 | 266:12 270:13 | 4:8 14:22,25 | 138:18,25 |
| 111:20,21,24 | 270:15 275:8 | 17:25 18:7,17 | 139:6,10 140:2 |
| 112:7 113:10 | 278:12 281:8 | 19:7 20:11 | 140:6,24 141:8 |
| 113:11 115:14 | 283:10,14 | 23:10,16 24:8 | 143:16 144:2,7 |
| 117:9 121:2,6 | 284:7 286:4 | 24:14 26:25 | 146:11 147:12 |
| 123:12,13,24 | 291:11 292:22 | 27:9 28:4,8,22 | 147:20 148:17 |
| 127:19 129:11 | 295:14,15,16 | 28:25 29:8,12 | 148:19 150:6,9 |
| 132:14,25 | 297:19 299:5 | 30:6,20 31:3,17 | 150:19 151:19 |
| 133:2 143:22 | 303:24 309:24 | 32:2 33:5,9,12 | 152:14 153:12 |
| 145:9 158:9,15 | 310:6,12 311:4 | 34:5,9,25 35:3 | 153:18 154:6 |
| 159:16 161:5 | 311:7,8,10,23 | 35:21 36:3 37:4 | 154:10,12,23 |
| 163:25 177:5 | 312:9 315:7,13 | 37:13,23 39:6 | 157:21 158:4 |
| 183:13 185:10 | 315:14,17 | 39:12,16 41:18 | 158:17,21 |
| 188:17 191:6 | 316:9 328:12 | 42:2,8,12,20 | 159:4,5,21 |
| 192:6 199:16 | 330:14 332:4 | 43:2,15,20,24 | 161:17,21 |
| 199:18 202:21 | 336:12 337:19 | 45:18 47:23 | 162:12 166:12 |
| 204:7,11,19,20 | 342:15,21 | 48:8 54:25 55:8 | 166:20 167:9 |
| 204:25 207:5 | 345:7,8 347:7 | 59:23 60:3,8,20 | 167:19 169:23 |
| 208:5,11,16 | 349:2 350:2 | 61:23 62:3,5 | 170:11,17 |
| 222:15 223:4 | 354:21 355:25 | 63:4 65:16,21 | 171:2,11,14,21 |
| 226:12 228:4 | 356:22 358:4 | 66:4 67:18 | 173:19 174:2,6 |
| 230:13,17 | 365:17 373:10 | 71:15 73:8,15 | 174:11,14 |
| 231:9 233:3 | 375:6,16,25 | 77:20,22 79:14 | 176:14,18,23 |
| 235:14 243:23 | 376:3 380:17 | 79:18,23 80:4,5 | 177:6,8,21 |

**[thompson - tissue]**                                                                 Page 79

| | | | |
|---|---|---|---|
| 178:3,12,17 | 294:2,24 295:4 | 415:9 417:21 | **tight** 354:23 |
| 184:2,8,14,21 | 299:7 300:6 | 417:24 420:5 | **time** 20:16 21:2 |
| 184:24 185:6 | 301:2 303:4,15 | 420:17 421:21 | 21:8 22:17,18 |
| 185:25 186:22 | 303:17 304:2,6 | 425:12,21 | 22:19 23:7 |
| 187:3,7,22 | 306:18,20 | 429:4 430:7 | 25:10,15,16,22 |
| 188:2 189:25 | 308:2,5,13 | 432:13,19,24 | 25:25 28:5 33:4 |
| 190:7 191:17 | 312:3 314:24 | 433:4,7 435:16 | 36:6,11 37:3,25 |
| 192:12,18 | 316:14,16 | 436:22 | 60:18 73:23 |
| 193:7,15 194:4 | 319:5,9,15,19 | **thompson's** | 134:12 155:17 |
| 194:11,22 | 320:4,9,14,21 | 93:16 | 169:3 176:2 |
| 195:4,9,18,22 | 321:4,10,20 | **thoroughly** | 177:3 186:21 |
| 196:3,13 | 326:18,20 | 434:4 | 204:25 209:21 |
| 202:23 203:8 | 328:5 331:24 | **thought** 42:14 | 224:2 225:18 |
| 203:14,21 | 332:4 333:6,9 | 64:13,18 | 243:19 245:22 |
| 204:3 207:3,6 | 333:15,22 | 110:20 112:3 | 270:16 273:11 |
| 207:12,20 | 334:2,5,13,19 | 121:13,14 | 294:5 303:13 |
| 208:7 209:10 | 340:25 341:9 | 179:16 215:23 | 306:14 316:13 |
| 209:18 210:2,7 | 348:7,13,22 | 225:14 258:24 | 320:7 342:18 |
| 213:11 216:6 | 349:20,21 | 302:3 312:14 | 355:4,13 |
| 216:13,19 | 350:6,23 354:3 | 320:13 344:16 | 366:22 383:13 |
| 221:19 222:2 | 356:12 357:15 | 358:22,24 | 386:2 389:14 |
| 222:25 223:20 | 359:3 361:3,4 | 396:11,12,16 | 395:14 429:2 |
| 224:8,12 | 362:2,5 366:8 | 396:17 422:2 | 432:11,21 |
| 225:13 232:13 | 367:7 368:13 | 436:8 | 436:5 440:13 |
| 232:19,25 | 368:16 372:14 | **thousands** | **times** 22:6 |
| 233:5 235:5 | 375:8,11,16,20 | 35:15,23 38:3,9 | 31:11 34:16 |
| 237:4,10 253:7 | 376:2 377:9,15 | 38:15 198:2,3 | 36:25 44:9 |
| 257:8 262:9 | 378:10,13,18 | **threats** 89:16 | 70:17 122:4 |
| 265:8,20 | 378:24 379:6 | **three** 22:21 | 137:16 163:13 |
| 268:13,16 | 379:10,20 | 26:3 296:18,20 | 173:18 204:20 |
| 269:10 277:21 | 380:3,20 381:2 | 361:5 387:6,10 | 209:13 294:21 |
| 278:7,13,25 | 382:10,17,24 | 387:11 428:8 | 333:11 338:2 |
| 279:5 280:3,9 | 383:14 391:20 | 430:12 | 350:18 398:7 |
| 280:13,21 | 401:12,16 | **throw** 296:18 | **tissue** 130:9,11 |
| 281:24 283:22 | 406:8 410:5,6 | **tie** 336:11 | 226:18 228:10 |
| 289:3 293:24 | 412:3,13 415:4 | 354:23 | 360:15 361:13 |

[tissue - truth]                                                    Page 80

363:8 364:3
374:15 428:2
**tissues** 372:5,20
413:8
**title** 24:24,25
74:7 415:12
420:5 427:12
**titled** 23:11
31:19 179:6
320:15,22
**tnf** 413:10
**today** 14:12
15:2 19:16 21:9
21:25 34:17
43:16 49:5 64:2
77:9 78:23
84:18 94:12
112:9,10 133:8
224:3 294:22
312:5 378:19
378:22 408:4
415:23
**together** 21:5
22:21 200:25
206:20 427:20
434:19
**told** 59:18
83:23 160:22
172:12 289:18
371:10 392:23
393:3
**took** 30:3
118:24 187:2
265:23 320:12
**top** 53:20 55:25
58:4 101:18

317:2 345:11
403:12
**topic** 29:18
34:13 55:11,11
59:6 80:12 84:4
95:24 111:4
142:9 168:10
171:8 174:22
175:17,20
176:6 189:12
204:8 223:22
239:21 254:4,5
254:15 262:25
263:3 280:4
296:7 310:10
311:13 352:23
398:24 412:4
421:11 423:20
424:3,23
**topics** 134:4
148:4 205:22
206:8 302:19
408:23
**total** 261:21
385:8
**totality** 78:3
80:12 133:20
133:22 134:3
135:3 292:3
295:10,16
**totally** 42:24
171:9 235:15
388:17
**towards** 248:21
364:8

**toxic** 239:9
**trabert** 217:18
402:24 416:17
**track** 252:3
255:24
**tracks** 252:3
256:3,5,6
**tract** 74:19
117:4 122:23
126:8 252:8
258:8 259:14
262:15 266:11
398:15 434:15
**tracts** 247:5
249:8 250:15
254:21 259:6
266:7,9
**trained** 290:18
353:3
**training** 16:21
49:3 85:22
86:25 111:7
148:8 156:12
**transcript** 4:3
4:15 437:17,18
438:9,12
440:12
**transformation**
131:21 132:18
422:23 428:7
430:10 436:17
**transport** 117:3
117:19 119:10
123:7 126:9
129:22

**transported**
118:13
**treaded** 33:23
**treat** 305:23
**treating** 90:19
**treatment**
396:23
**treats** 306:5
**tremendous**
185:18
**tremolite**
361:17,20
362:19 363:9
363:12,16,21
372:4,19
374:14
**trial** 15:4,12
172:9 192:23
193:17 267:2
325:14 401:9
**triangle** 217:4
**triangulating**
264:23
**trick** 281:18
**tried** 84:6
**trigger** 434:17
**true** 20:18 51:9
163:18,20
169:11 225:17
232:8 285:17
294:25 335:6
343:23 385:23
438:12,14
**trust** 408:22
**truth** 14:10,11
14:12 293:11

**[truth - university]**                                                    Page 81

| | | **u** | **understand** |
|---|---|---|---|
| 440:9,9,10 | 177:14 196:14 | | 15:11 57:9 |
| **try**  64:17 67:20 | 196:18 323:3 | **u.s.**  6:18 93:20 | 74:10 75:11 |
| 84:14 100:6 | 324:8 345:21 | 150:10,21 | 93:17 98:13,17 |
| 113:25 289:25 | 383:15 387:13 | 151:3 152:18 | 98:19 134:14 |
| 314:20 363:5 | **turns**  413:14 | 153:3,15 | 143:13 157:6 |
| 368:24 410:4 | **twice**  391:23 | 154:20 157:23 | 157:11 189:2 |
| **trying**  34:25 | **two**  22:20 30:24 | 158:5 159:7 | 189:17 191:18 |
| 63:10 98:2 | 67:5 123:11 | 181:20 182:2,6 | 193:18 195:6 |
| 101:20 105:18 | 157:11 159:6 | 182:8,16 | 196:15 201:9 |
| 106:4 107:6 | 209:10 249:18 | 186:10 188:7 | 206:13 219:18 |
| 109:6 111:23 | 249:19 256:9 | 218:10 | 229:7 239:11 |
| 112:2,18 128:7 | 256:12 264:11 | **ultrasound** | 266:3 314:7 |
| 128:24 140:21 | 267:7 280:10 | 211:5,6 | 362:4 373:3 |
| 178:8 191:18 | 284:4 320:4 | **umbrella**  217:6 | 380:5 385:19 |
| 196:10 203:9 | 325:11 363:4 | **unclear**  158:16 | 387:10 404:21 |
| 244:14 266:14 | 369:17 375:15 | **undefined** | 423:22 427:5 |
| 277:23 315:25 | 379:16 386:17 | 313:18 | **understanding** |
| 319:16 359:17 | 387:5,8,9,11 | **under**  32:6 73:9 | 40:10 133:3 |
| 369:8 409:22 | 399:5 414:22 | 74:15 108:15 | 182:22 324:23 |
| 428:12,13 | 415:10,15 | 217:5 318:10 | 336:17 |
| **tubal**  403:25 | 419:21 420:8 | 318:14 369:21 | **underwent** |
| **tube**  431:17 | 424:19 433:2 | 438:10 | 323:11 324:15 |
| 436:18 | **tworoger** | **undergo**  391:10 | **unfortunately** |
| **tubes**  107:23 | 416:15 | **undergone** | 273:8,13 274:2 |
| 108:23 110:9 | **type**  234:4 | 323:5 | 401:20 |
| 113:4 114:10 | 337:9 354:25 | **underneath** | **united**  1:2 93:4 |
| 114:23 115:20 | **typed**  47:13 | 220:12 | 151:21 159:10 |
| 116:2 122:23 | **types**  233:11,23 | **underpowered** | 182:11 |
| 127:4 129:13 | 235:3,6,20,24 | 219:3,4,9 | **universally** |
| 133:13 221:5 | 236:12,21 | 262:23 266:22 | 118:11 123:5 |
| 221:15 434:16 | 237:15 239:6 | **underscore** | **universe** |
| **tumor**  355:5,7 | 239:10 243:2 | 310:25 | 236:25 |
| 428:4 | **typical**  391:9 | **underscores** | **university** |
| **tumors**  236:3 | **typically** | 305:5 307:18 | 10:21 284:15 |
| **turn**  73:9 74:4 | 330:23 | | 353:22 354:6 |
| 80:15 135:8 | | | |

[unknown - vagina]                                                    Page 82

| | | | |
|---|---|---|---|
| **unknown** | 88:15 89:8 90:5 | 320:15,18 | **uses** 39:18 |
| 285:23 | 94:17,20 99:6 | 322:8 325:25 | 99:23 119:9 |
| **unproven** | 99:17,18 | 363:2 364:23 | 156:24 201:22 |
| 132:6 | 100:10,12 | 382:16 403:21 | 202:8 323:20 |
| **unreasonable** | 106:22 107:4 | 403:23,25 | 382:15,22 |
| 229:15 291:17 | 108:17 129:3 | 404:2,8,24 | 385:17,22 |
| **unsafe** 59:7 | 152:10 155:16 | 408:24 414:2 | 392:14 |
| 163:22 | 159:13,15 | 415:13 417:2,4 | **usgs** 181:3 |
| **unsurprisingly** | 183:20 201:24 | 418:18 420:14 | **using** 49:15 |
| 314:10 | 202:4 212:6 | 420:25 421:4 | 83:24 96:7 |
| **update** 201:11 | 213:2 215:20 | 422:13 427:20 | 99:20,21 100:6 |
| 270:11 | 218:15,16 | 434:10,22 | 103:24 119:16 |
| **updated** 24:18 | 221:22 223:19 | **used** 46:20 | 148:6 165:19 |
| 138:15,17,25 | 224:2 230:14 | 84:24 94:25 | 176:4 192:11 |
| 141:15 142:18 | 231:20 232:5 | 97:8,14,22 98:9 | 199:8 244:23 |
| 178:14 179:7 | 233:12 239:18 | 104:14 107:11 | 244:24 245:21 |
| 192:5,11,13,22 | 240:2,6,10 | 152:6 153:20 | 276:23 302:4 |
| 200:6 203:11 | 241:23 242:4,9 | 154:14 155:12 | 305:12 384:6,8 |
| 203:17 204:2 | 242:22 243:3,9 | 175:15 193:16 | 385:16,24 |
| 207:14 215:15 | 243:18,25 | 194:13 211:21 | 393:18,20 |
| 313:22 | 244:5,21,22 | 245:17,18,19 | 395:16 408:25 |
| **updating** 21:12 | 245:12 247:5 | 305:20,25 | 409:2 415:14 |
| 22:7 47:15 | 254:23,24 | 308:23 327:3 | **uterine** 224:15 |
| **upper** 122:22 | 258:4,7 266:10 | 337:20 338:3,5 | 224:21,23 |
| **upward** 119:16 | 266:18 267:20 | 364:7 384:19 | 225:23 232:5 |
| **upwardly** | 269:16 272:4 | 386:2 388:4 | 232:10 240:13 |
| 272:2 | 274:9,21 | 389:6 390:8,10 | 240:19 241:18 |
| **use** 9:7,22 35:5 | 275:17 284:24 | 395:9 396:22 | 242:18 318:8 |
| 47:23 48:12,22 | 285:14,18 | 418:24,25 | 318:12 |
| 48:23 50:11,19 | 287:7,11,14 | 437:19 | **uterus** 431:16 |
| 50:20 52:10 | 288:2 290:15 | **user** 220:21 | **v** |
| 53:2,17,25 | 290:24 293:8 | **users** 211:14 | |
| 55:23 56:2,6,8 | 293:14 294:16 | 220:17 221:5 | **v** 1:11 |
| 57:20 58:14 | 297:8 302:11 | 257:23,23 | **vagina** 118:18 |
| 76:13,23 80:25 | 311:15 312:7 | 305:11 313:11 | 118:23 124:23 |
| 85:14,24 86:19 | 318:7,16 | 313:12 318:18 | 398:16 431:16 |

**[vaginal - way]**                                                    Page 83

| | | | |
|---|---|---|---|
| **vaginal** 240:6 | **voluntary** | 112:9,12,19 | 295:2 297:12 |
| 240:21 241:5 | 181:18 | 113:11,12 | 297:21 301:5 |
| 241:10 | **vulvar** 239:19 | 115:12,15 | 303:2,10 308:9 |
| **valid** 214:15 | 240:2,21 241:5 | 116:23 117:21 | 312:21 313:19 |
| **validated** | 241:10 | 121:9,10 | 319:22 324:8 |
| 192:22 | **w** | 123:24 125:4 | 338:10 347:5 |
| **value** 162:21 | | 128:9,10 131:6 | 350:4 354:17 |
| 259:4 | **w** 438:2 | 137:20,23 | 357:5 359:25 |
| **variant** 344:13 | **wait** 91:21 | 143:21 144:11 | 366:2 369:16 |
| **variants** 342:6 | 120:7 138:13 | 144:22 145:4 | 369:21 380:5 |
| **variety** 287:7 | 141:4,5,5 | 148:16 156:6 | 383:20 393:22 |
| **vein** 269:5,13 | 149:23,23 | 158:22 161:2 | 396:15 399:11 |
| **verbatim** | 154:2 158:12 | 180:24 183:16 | 399:13 410:11 |
| 440:12 | 173:16,17 | 183:19 185:2 | 411:6,14 |
| **verify** 357:5 | 223:3 262:2 | 188:3 191:19 | 421:24 423:24 |
| **veritext** 1:23 | 267:25 278:17 | 193:19 195:6 | 424:2,5,6,11 |
| **vermont** | 281:4 290:2 | 196:18 198:21 | **wanted** 121:16 |
| 385:12 387:7 | 319:10 368:9 | 203:24 222:8 | 271:24 286:13 |
| **versed** 368:22 | 379:8 380:4 | 222:10,21 | 289:19 375:11 |
| **version** 5:10 | 417:17 | 223:15 226:25 | 379:20 414:20 |
| 18:13 73:23,24 | **waiting** 152:25 | 228:3,21 | 418:5 |
| 192:7 193:21 | **walk** 67:6 | 229:17 230:10 | **wanting** 75:17 |
| **versions** 152:24 | 291:19 292:3 | 230:11,14 | 229:4,5,11 |
| **versus** 251:2 | 292:23 | 232:19,22 | **wants** 176:24 |
| 252:3 255:13 | **walked** 111:17 | 233:4 235:22 | 280:14 290:20 |
| 266:25 313:12 | **want** 19:19 | 236:17 237:5,7 | **washington** |
| **vice** 25:5 | 34:9 38:7 39:25 | 237:11,18 | 3:10 10:21 |
| **view** 252:19 | 40:5,14 45:16 | 239:7,9 247:14 | 284:15 353:21 |
| 302:20 | 52:13 60:18 | 255:18 256:25 | 354:6 |
| **viral** 74:13 | 65:16 67:3 | 257:4 260:25 | **way** 44:18 |
| **visited** 26:17,23 | 68:16 81:19 | 261:5,5 269:19 | 49:12,21 55:10 |
| 44:17,23 138:6 | 82:8 83:19 | 269:20 274:13 | 93:2 142:18 |
| 140:25 145:7 | 84:16 94:10,14 | 275:25 276:6 | 162:2 191:7 |
| **visually** 355:15 | 100:2 105:21 | 278:18 280:11 | 195:20 201:7 |
| **voluntarily** 7:8 | 106:9,11 | 286:19 289:23 | 206:23 215:23 |
| 166:16 | 107:25 108:6 | 290:4 294:13 | 231:13 259:24 |

**[way - wolf's]**                                                                 Page 84

| | | | |
|---|---|---|---|
| 264:18 272:19 | 45:21 67:24 | 289:19,21 | 128:22 138:24 |
| 274:25 277:11 | 70:13 140:3,7 | 323:13 381:11 | 151:25 170:5 |
| 292:18 297:16 | 141:10,16 | **wentzensen** | 181:14 213:9 |
| 297:20 298:3 | 142:24 145:20 | 250:7,8 263:21 | 222:18 224:7 |
| 309:11 314:17 | 145:25 146:6 | 265:22 267:6 | 232:24 233:17 |
| 326:23 365:8 | 146:10,14,19 | 268:11 296:2 | 237:9 268:15 |
| 368:25 380:11 | 147:10,16,18 | 416:9 434:23 | 275:21 278:11 |
| 398:16 400:21 | 147:22 148:13 | **west**   1:17 2:19 | 279:17,22 |
| 401:24 | 149:14 307:11 | **whatever's** | 280:18,18 |
| **ways**   109:9 | **websites**   28:13 | 165:23 176:3 | 293:21 299:22 |
| 273:21 | 70:23 | **white**   54:13 | 299:25 300:5 |
| **we've**   18:7 53:9 | **weeds**   266:24 | 61:3 170:13 | 319:17 320:7 |
| 111:7 128:24 | **week**   22:17,18 | 171:4 188:19 | 320:10 326:19 |
| 136:20 163:12 | 25:24 385:7 | 299:12 | 372:13 380:2 |
| 177:4 180:6 | **weekly**   355:5 | **whoa**   36:5,5,5,6 | 380:12,18,22 |
| 223:10 258:17 | **weeks**   26:3 | 36:6 | 386:25 401:6 |
| 306:13 319:15 | 330:9,12 385:7 | **width**   360:24 | 407:5 417:19 |
| 319:24 352:2 | **weigh**   57:4 | 361:8 | 418:2,5 427:3 |
| 354:9 373:9 | 314:15 | **william**   11:14 | 428:17 430:19 |
| 392:22 402:24 | **weighing**   78:2 | 54:12 377:12 | 437:2 |
| 405:25 415:23 | 197:22 309:12 | **window**   275:15 | **witnesses**   28:19 |
| 416:2 424:18 | **weight**   32:22 | **withdraw** | 33:19 140:12 |
| **weak**   267:13,14 | 35:11 54:9 | 120:13 150:6 | 214:7 350:14 |
| 276:12,14 | 56:24 58:12 | **witness**   13:4 | **wolf**   6:15 |
| **weakened** | 361:10 | 14:13,16 20:3 | 116:17,25 |
| 312:19 | **weill**   25:4 | 31:23 36:8,17 | 125:17,23 |
| **weaknesses** | **weirdly**   193:24 | 36:21 43:19,23 | 127:22 128:8 |
| 296:13 297:3 | **welcome**   92:24 | 43:25 45:11 | 128:12 281:23 |
| **webpage**   27:2 | 161:15 | 57:24 65:19,25 | 346:15 347:2 |
| **website**   5:24 | **went**   47:11 | 66:3,5,12 77:6 | 347:22 351:23 |
| 26:15,21 27:3,5 | 112:4 142:5,24 | 82:2,25 87:21 | 352:14,21 |
| 28:15 30:8,11 | 147:22 148:25 | 93:17 101:21 | **wolf's**   116:10 |
| 33:6 39:17 | 160:15 178:10 | 118:7 119:4 | 116:13,21 |
| 40:22 41:5,9 | 198:12,13,14 | 120:18,18 | 117:15 123:17 |
| 42:21,23 43:6 | 207:17 258:18 | 121:20 122:17 | 124:3,15,17 |
| 44:18,23 45:5 | 273:12,25 | 122:17 128:21 | 128:7 195:7,11 |

**[wolf's - yeah]**                                                                      Page 85

280:23 282:6
283:2,24 346:5
352:13,16,18
352:20 353:9
376:21
**woman**  50:16
83:23 84:5
245:16 342:14
344:20 382:15
385:17 392:14
393:20 395:16
**woman's**
244:24 334:7
335:8 336:2
363:2
**women**  53:9,13
87:2 90:19 97:8
99:20 109:18
198:3 211:21
212:5,17,25
220:16 221:4
244:20 247:4
249:8,16
250:14 251:5
254:20 255:24
256:3,14 258:7
258:14 259:5
262:14 273:10
273:14 288:17
288:24 292:4
292:11 294:17
308:23 311:16
313:16 329:11
329:18 331:10
331:16 332:8
332:13 335:14

339:18 365:12
368:23 401:19
411:5 412:21
412:25 414:2
**women's**  52:18
218:12
**wondering**
237:21 381:17
**woolen**  8:15,21
208:3,14,17
210:3,4,8,22
211:13 216:16
232:23
**word**  41:11
46:15,16,24
47:14 95:15
103:24 231:21
251:15 252:23
253:14 265:7
276:23 409:2
**wording**  59:3
253:2
**words**  83:11
91:20 93:16
131:11,13
199:8 267:16
283:19 297:21
298:12 300:10
427:20
**work**  97:10
175:16 216:23
259:20 260:5
290:17 298:19
302:15 406:11
**worked**  16:5
217:21 353:5

**working**  166:22
167:25 170:13
172:14,16
180:7,15
187:24 217:9
217:24
**world**  32:9
69:18 149:11
186:12 188:8
236:18 237:22
315:6
**worried**  342:24
**worth**  106:14
283:11,15
**write**  47:13
66:18 205:23
206:10,15,21
309:13 346:10
**writing**  46:20
47:4 107:20
175:17 190:22
206:18
**written**  26:11
54:14 190:18
246:17 277:15
296:24 298:13
317:17 396:6
410:19 418:15
**wrong**  70:5
82:15 83:2
229:22,24
423:3
**wrote**  46:7,9
112:14 118:2
144:14 204:2
206:16 228:17

229:15 298:16
299:18 414:7
**wu**  409:10,14
416:13

**x**

**x**  5:3 6:3 7:3 8:3
9:3 10:3 11:3
12:3

**y**

**yeah**  65:7,25
75:13 80:4
81:19 88:24
102:4 113:8
118:5 119:7
121:24 123:20
124:9 145:23
146:4 148:23
180:25 186:6,7
189:10 198:20
204:9 205:18
206:5 214:14
219:6 234:13
235:22 241:13
243:6 244:4,9
246:14,16,20
255:14 274:25
285:9 301:14
319:9 326:19
334:12 336:5
340:13 345:5
347:6 349:20
352:10 355:10
377:7 382:5
397:22 404:11
414:19 417:19

**[yeah - zoom]**                                                Page 86

418:22 422:9
424:2 427:4
430:2
**year**   60:4 187:6
**years**   32:7 49:3
53:10 54:4
56:25 59:5 74:2
78:24 79:3 81:8
99:7 146:19
150:21 151:24
152:3,8,21
162:5,6 163:3
166:23 168:9
238:15 251:10
267:8 275:15
296:20 329:19
337:21 338:8
370:8 371:22
384:8 385:7
393:21 401:7
**yep**   207:22
**york**   1:17,18
2:20,20 14:4,4
14:19 440:5
**younger**   329:19

**z**

**z**   189:8
**zoom**   3:3 22:23
22:24

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.