**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) |

*THIS DOCUMENT RELATES TO ALL CASES*

### CERTIFICATION OF P. LEIGH O'DELL, ESQ.

P. Leigh O'Dell, ESQ., hereby certifies as follows:

1. I am an attorney at law and member of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I was appointed as Plaintiffs' Co-Lead Counsel to represent all Plaintiffs. I submit this Certification based on personal knowledge in support of the Motion of the Plaintiffs' Steering Committee's to Exclude the Opinions of Drs. Juan Felix and Teri Longacre.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Curriculum Vitae of Dr. John Godleski.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Deposition transcript of Dr. Juan Felix, dated June 22, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Trial Testimony of Dr. Teri Longacre, *Kleiner v. J&J, et al*, Sept. 13, 2021.

Dated: July 23, 2024                     */s/P. Leigh O'Dell*
                                                          P. LEIGH O'DELL