Exhibit 2



Page 1

1              UNITED STATES DISTRICT COURT

2                 DISTRICT OF NEW JERSEY

3        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

4     IN RE:   JOHNSON & JOHNSON TALCUM POWDER

      PRODUCTS MARKETING, SALES PRACTICES, AND

5     PRODUCTS LIABILITY LITIGATION

6                     MDL No. 16-2738(MAS)(RLS)

7        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

8

9

              DEPOSITION OF JUAN FELIX, MD

10

        TAKEN AT: Medical College of Wisconsin

11       LOCATED AT: 8701 Watertown Plank Road

                    Milwaukee, WI

12

                   June 22, 2024

13              9:08 a.m. to 5:12 p.m.

14          REPORTED BY ANITA KORNBURGER

             REGISTERED PROFESSIONAL REPORTER

15

16

17

        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

18

19

20

21

22

23

24

25

Page 2

1        A P P E A R A N C E S
2    BEASLEY ALLEN, by
     Mr. David Dearing
3    218 Commerce St
     Montgomery, AL, 36104
4    334-269-2343
     david.dearing@beasleyallen.com
5    Appearing on behalf of the Plaintiffs.
6    SHOOK, HARDY & BACON, by
     Mr. Mark Hegarty
7    2555 Grand Boulevard
     Kansas City, MO 64108
8    816.474.6550
     mhegarty@shb.com
9    Appearing on behalf of the Defendants.
10   REILLY, MCDEVITT HENRICH, by
     Mr. Paul Smyth
11   3 Executive Campus, Suite 310
     Cherry Hill, NJ 08002
12   856.317.7180
     psmyth@rmh-law.com
13   Appearing by Zoom on behalf of the Defendants.
14
          I N D E X
15
16   Examination by              Page
17   Mr. Dearing. . . . . . . . . . . . . .4
     Mr. Hegarty. . . . . . . . . . . . .253
18   Mr. Dearing. . . . . . . . . . . . .278
19
20
21
22
23
24
25

Page 3

1        E X H I B I T S
2                                Page
     Exhibit No.  Description        Identified
3
       1     Anatomic diagram of the
4            female reproductive tract. . . . . .78
5      2     Cross-section of the female
             reproductive tract. . . . . . . . . 79
6
       3     Study by Dr. Sandra McDonald. . . . 85
7
       4     Invoices pertaining to Carl. . . . 160
8
       5     Providence Holy Cross Medical
9            Center pathology report. . . . . . 167
10     6     Brandi Carl report. . . . . . . . .207
11     7     Balderrama report. . . . . . . . .207
12     8     Rausa report. . . . . . . . . . .207
13     9     Converse report. . . . . . . . .207
14     10    Gallardo report. . . . . . . . . .207
15     11    Judkins report. . . . . . . . . .207
16     12    Bondurant report. . . . . . . . .207
17     13    Ms. Gallardo's surgical pathology
             report. . . . . . . . . . . . . .227
18
       14    Different copy of Ms. Gallardo's
19           surgical pathology report. . . . . 229
20
       (Original exhibits attached to original transcript.
21        Copies provided to all counsel.)
22
23
24
25

Page 4

1        TRANSCRIPT OF PROCEEDINGS
2        JUAN FELIX, MD, called as a witness
3    herein, having been first duly sworn on oath,
4    was examined and testified as follows:
5        E X A M I N A T I O N
6  BY MR. DEARING:
7    Q.  Good morning, Dr. Felix.
8    A.  Good morning.
9    Q.  For efficiency, as I just explained off
10   the record, I'm going to start with just some
11   general questions that I believe apply to all seven
12   cases.  And then I'll eventually move into more
13   case-specific questions.  But of course I'll tell
14   you when I'm transitioning to something case
15   specific so that no one is confused.
16       And when I just generally refer to
17   these cases or these seven cases, I'm referring to
18   Carl, Balderrama, Rausa, Converse, Judkins,
19   Gallardo, and Bondurant, those seven.
20       These initial questions, like I said,
21   are general in nature.  But if you think you need
22   to make a distinction with regard to your answer to
23   a specific case, please tell me you're making the
24   distinction or you're referring to a specific case.
25   Otherwise I'm going to presume that your answers

Page 5

1    cover all of them.
2    A.  Very well.
3    Q.  Okay.  So let's start with the deposition
4    itself.  How much time did you spend preparing for
5    the deposition?
6    A.  Probably in the neighborhood of ten to
7    twelve hours.
8    Q.  And that covers all seven --
9    A.  Yes.
10   Q.  -- clients?
11   A.  Yes.
12   Q.  Was some of that time meeting with
13   lawyers?
14   A.  The meeting with attorneys were in
15   addition to the twelve hours.
16   Q.  Okay.  How many hours did you spend
17   meeting with attorneys to prepare for the
18   deposition?
19   A.  Probably a total of three hours.
20   Q.  And did the attorneys provide you any
21   documents to review in preparation for the
22   deposition?
23   A.  They did -- well, they provided me with
24   the reports that I authored.  They just put them in
25   convenient folders.

2 (Pages 2 - 5)

Page 6

1    Q.   Right.
2    A.   Save me time.
3    Q.   We do that.  We're big on binders.
4    A.   Yeah.
5    Q.   Okay.  Did they provide you any medical
6  records or did you already have them?
7    A.   I had the medical records for all seven
8  of these patients.
9    Q.   Okay.  What about any studies?  Did they
10  provide you with any studies in preparation for
11  today?
12    A.   They did not.  Most of the studies that I
13  relied on either were provided to me by the
14  attorneys many years ago or were the product of
15  literature searches on my part.
16    Q.   Did they at some point show you the
17  notice of deposition that was served in this case?
18    A.   Yes.
19    Q.   In that notice we requested that you
20  provide several things, namely, invoices for each
21  case, but we were only provided invoices in one
22  case, in the Carl case.  Is that because you don't
23  have them or were unable to produce them or what?
24    A.   So I don't personally invoice.  My wife
25  keeps tally of my hours.  And she invoices.  And

Page 7

1  these cases are so -- some of these cases are so
2  old that when I asked her, hey, did you prepare
3  invoices, she said it would take me a week to be
4  able to invoice these cases.  And I said, well,
5  don't worry about it.  We'll do it after the
6  deposition.
7    Q.   Okay.  What's your wife's name?
8    A.   Betsy.  B-E-T-S-Y.
9    Q.   Felix?
10    A.   Yes.
11    Q.   So are you saying that you just haven't
12  issued any invoices in the last few years or so in
13  these cases except for Carl?
14    A.   That's correct.
15    MR. DEARING:  And Mark, we would still
16  like to get the old invoices at some point.
17    MR. HEGARTY:  Yeah, we were intending to
18  provide all invoices for the seven cases.  We
19  provided those that have been created.
20    MR. DEARING:  The only --
21    MR. HEGARTY:  There are no others that
22  have been created for these seven cases besides
23  those we provided to you.
24    THE WITNESS:  I think there are three
25  invoices that we --

Page 8

1    MR. HEGARTY:  We provided three invoices.
2    MR. DEARING:  They were all for the Carl
3  case, though.
4    MR. HEGARTY:  I can look at them just to
5  confirm that, but you probably have copies --
6    MR. DEARING:  We're going to go over
7  them.
8    MR. HEGARTY:  Okay.
9    MR. DEARING:  I was just curious why
10  there weren't --
11    MR. HEGARTY:  That's because they have
12  not been created.
13    MR. DEARING:  Okay.
14  BY MR. DEARING:
15    Q.   So to be clear, you've never billed for
16  that time in the other MDL cases?
17    A.   I have not yet, no.
18    Q.   Okay.  And Balderrama has been around as
19  long as Carl.  Have you invoiced anything in that
20  case?
21    A.   Not that I'm aware of, no.
22    Q.   Ever in the last seven, eight years since
23  it's been created?
24    A.   Correct.
25    Q.   So I've deposed you a few times in the

Page 9

1  past, and I'm going to try not to go back over
2  things I've already deposed you on.  But let me
3  just ask you now, since I haven't deposed you in a
4  while, how much time do you spend actually caring
5  for patients, in other words, reviewing surgical
6  slides?
7    A.   I spend probably eight hours a day doing
8  patient care.
9    Q.   And as a pathologist, do you actually
10  meet with patients or is that mostly done outside
11  their presence, the work you do?
12    A.   Since I have been at Medical College of
13  Wisconsin, I have only interacted once or twice
14  with a patient in a role as a cytologist -- that's
15  C-Y-T-O -- doing a fine needle aspiration.  In my
16  prior job I used to interact with patients on a
17  daily basis.  But here at MCW, that ceased.
18    Q.   Okay.  And how long have you been here at
19  MCW?
20    A.   Seven-and-a-half years.
21    Q.   Are most of your interactions with other
22  pathologists or surgeons, or what?
23    A.   Yes, I interact with other pathologists
24  in my role as a chief of anatomic pathology, both
25  administratively and as a colleague, meaning

3 (Pages 6 - 9)

Page 10

1 looking at cases that are difficult for them. But
2 I also interact with surgeons mostly in the
3 department of ob/gyn, but also in the department of
4 surgical oncology.
5     Q.   Has the -- I'm sorry, your title is chief
6 of pathology?
7     A.   Chief of anatomic pathology. Two
8 branches of pathology, anatomic and clinical.
9 Clinical pathology is laboratory medicine.
10     Q.   Right.
11     A.   That does all the blood work, urine,
12 fluids. And I did not train in that area. I
13 limited my training to the anatomic pathology.
14     Q.   Does anatomic pathology include autopsy
15 service, that kind of thing?
16     A.   Yes. I am actually the director of
17 autopsy at MCW right now.
18     Q.   So does -- does an anatomical pathologist
19 do surgical pathology review --
20     A.   Yes.
21     Q.   -- in cancer patients?
22     A.   Yes.
23     Q.   And as the chief of anatomical pathology,
24 are you actually reviewing slides on a day-to-day
25 basis from -- straight from the surgeon, or do you

Page 11

1 only review when another pathologist comes to you
2 and says hey, I need help with this?
3     A.   So currently I am the only
4 fellowship-trained ob/gyn trained pathologist at
5 MCW. So I review all of the ob/gyn pathology cases
6 that come into the laboratory every day.
7     Q.   So you said you spend about eight hours a
8 day looking at slides; is that right?
9     A.   Well, I also participate in the autopsy.
10 So, for example, yesterday we started an autopsy at
11 ten and finished at twelve. And prior to that I
12 was doing -- picking out slides from cases in the
13 past to send out to molecular -- molecular labs
14 such as Foundation or Caris. I have -- we have to
15 look through the case and pick the best slide to
16 send to those -- to those laboratories. And that
17 takes about an hour to an hour and a half every
18 day.
19     Q.   What do those laboratories do?
20     A.   They do next generation sequencing of the
21 tumors in order to provide information for possible
22 personalized therapies. Then after my autopsy, I
23 sat down with the fellow in ob/gyn pathology and
24 looked at all of the cases for the day. There were
25 about 45, 50 cases yesterday. So that took us to

Page 12

1 about five o'clock.
2     Q.   Okay. About how much time is typical, if
3 there is such a thing, to look at the slides from
4 an ovarian cancer case to diagnose it?
5     A.   Right. So it almost always takes between
6 20 and 40 minutes to go through the entire case.
7     Q.   And as a rule you're not typically
8 polarizing those slides, are you?
9     A.   As a general rule, I do not use polarized
10 microscopy to look at ovarian cancer, correct. Let
11 me modify my answer. In cases where there's very
12 extensive disease that's very obvious, it may take
13 as little as ten minutes.
14     Q.   Okay.
15     A.   Okay. Because you just put the slide on
16 and --
17     Q.   You know it when you see it?
18     A.   Yeah.
19     Q.   Are you presently working on any
20 publications or projects that you intend to
21 publish?
22     A.   Yes.
23     Q.   Can you tell me about those?
24     A.   Yeah. Most -- most of them are in two
25 groups of topics. One of them is in the work that

Page 13

1 I do for cervical cancer prevention in countries of
2 low income. We have two manuscripts that are
3 currently being prepared. One of them is a really
4 revolutionary publication that will probably change
5 the way we treat cervical cancer, resulting from
6 clinical trials that we've done. So those are
7 summaries of clinical trials in cervical cancer
8 prevention.
9         The other group of publications is in
10 the field of COVID. When COVID hit in 2020, I was
11 the only pathologist who agreed to do COVID
12 autopsies. And I took the opportunity to start a
13 biorepository of tissues. And I have -- I did
14 about 80 COVID autopsies. The first 20 I obtained
15 frozen tissue from most major organs.
16         So now I am collaborating with basic
17 scientists. The closest collaboration that I have
18 is with Ivor Benjamin, I-V-O-R, and we are looking
19 at some -- and I won't lie to you, I don't know the
20 name of the molecules -- but some molecules that
21 are profibrotic, meaning they tend to increase the
22 fibrosis in organs, using my samples.
23         So we've already published two
24 articles in there -- in that topic. And I am
25 listed in two grant applications for that. So

4 (Pages 10 - 13)

Page 14

1 those are the two major areas.
2    Q.  I'd love to spend some time picking your
3 brain about all that, but I need to move on.  I
4 look forward to reading it.
5        So you're not presently working on any
6 projects for publication involving ovarian cancer?
7    A.  I am not.
8    Q.  Some time ago you and I got into a
9 lengthy discussion about cervical cancer.  And I
10 believe you opined that the only cause of cervical
11 cancer is HPV; is that right?
12    A.  By far the predominant cause of cervical
13 cancer is HPV.  There are rare, non-HPV-associated
14 cervical cancers.  Those are a very special type of
15 cervical cancer called gastric adenocarcinomas.
16 And they represent .1 percent of all cervical
17 cancers.
18    Q.  Gastric meaning derived from the
19 digestion system?
20    A.  No.  It's a horrible name to have given
21 them.  They used to be called adenoma malignum.
22 Then they changed the name to minimal deviation
23 adenocarcinomas.  And then the WHO, in all their
24 wisdom, termed them gastric because some of the
25 mucin that is produced by these cancers were

Page 15

1 similar to the mucin in gastric adenocarcinomas.
2 But it confuses a lot of people, including
3 pathologists.
4    Q.  It's probably the same person that named
5 endometrioid carcinoma, 'cause -- never mind.
6        Is it fair to say most of your
7 clinical research at this time involves cervical
8 cancer and the COVID work that you're doing?
9    A.  Currently, yes.
10    Q.  And has that been true for the past,
11 what, four, five years?
12    A.  You're correct, yes.
13    Q.  In the past five years have you ever
14 given any kind of presentation that included the
15 topic of causes of ovarian cancer?
16    A.  Yes.  I teach medical students at the
17 Medical College of Wisconsin, and there's an annual
18 lecture on ovarian cancer in which I -- I outline
19 the major associations to ovarian cancer.
20    Q.  Is that a one-day lecture or multiple
21 days or --
22    A.  For ovarian cancer, it's a one-hour
23 lecture.
24    Q.  One hour.
25    A.  Yeah.

Page 16

1    Q.  Cover a lot of ground in one hour.
2    A.  Yeah.  They have been reducing the
3 didactic content of medical school to the point
4 that if you -- students relied only on what is
5 being taught in lecture, they would be lay people,
6 not doctors.  But that is a personal opinion.
7    Q.  I understand.  Are those lectures ever
8 transcribed?  Are they in written form anywhere?
9    A.  Yes.  They are -- they are -- I created a
10 PowerPoint presentation that is -- that is
11 available to all the medical students through the
12 MCW website.  I don't know whether it's available
13 to the public.
14    Q.  Okay.
15    A.  But, I mean, I could provide you with
16 that PowerPoint.  Not all of the information that I
17 speak is in the slides, but --
18    Q.  Right.
19    A.  -- it's a -- it's a format for me to
20 follow.
21    Q.  Would it be fair to say that it's a
22 cursory review of ovarian cancer given the fact you
23 only have an hour to give it?
24        MR. HEGARTY:  Objection to the form.
25        THE WITNESS:  It is a -- it is an outline

Page 17

1 of ovarian cancers meant to guide the students'
2 search into ovarian cancer.
3 BY MR. DEARING:
4    Q.  And does the issue of -- is the issue of
5 genital talc use incorporated in that presentation
6 at all?
7    A.  It is not.
8    Q.  Are there any environmental factors that
9 you include as risk factors for ovarian cancer?
10    A.  Environmental, would that include
11 medications or hormones?
12    Q.  Well, often when I see a list of risk
13 factors for ovarian cancer, it'll say environmental
14 exposures, and it's a very general term.  But I
15 would open it as general as you want to make it.
16    A.  I discuss hormones in relationship to
17 ovarian cancer.  Basically my opinion, or my
18 teaching to the medical students, is that ovarian
19 cancer has a very low, if any, association with
20 hormone exposure.  So other than that, I can't
21 think of an environmental exposure to speak of.
22    Q.  And is that across all histologies?
23    A.  That is across all histologies, yes.
24    Q.  So if you have very little patient
25 interaction at MCW, is it fair to say that you

5 (Pages 14 - 17)

Page 18

1 never talk to patients about what caused their
2 cancer?
3     A.  I do not at MCW, no.
4     Q.  Is it also true that determining the
5 cause of a women's cancer is just not part of your
6 normal care and treatment of the patient?
7     A.  We're speaking strictly of ovarian?
8     Q.  Yes.
9     A.  No, because the laboratory performs
10 studies, genetic studies.  So for example, if a
11 woman has a BRCA1 or BRCA2 mutation, I would opine
12 that that mutation was probably the cause of her
13 cancer.  Sorry, let me just make sure I'm on mute.
14     Q.  Okay.  And if you need to take a call at
15 any time, I --
16     A.  No, that's fine.
17     Q.  I don't mind taking a break.
18         So aside from genetic screening and
19 studying germline mutations, do you ever consider
20 any other causes of ovarian cancer or do you ever
21 try to discern the cause of any of your patient's
22 ovarian cancers?
23         MR. HEGARTY:  Objection to form.
24         THE WITNESS:  No.  Ovarian cancer, like
25 most solid tumors, the vast majority of them occur

Page 19

1 sporadically.  So that is the most common cause of
2 their cancer.
3 BY MR. DEARING:
4     Q.  So let me just ask you.  In your opinion,
5 are there any known causes of ovarian cancer?
6     A.  Yes.  I think I discussed the genetic
7 mutations in the cancer genes.  Also probably the
8 most common cause for ovarian cancer in most solid
9 tumors is mismatched repair gene -- mismatched
10 repair gene overwhelming -- or overwhelming
11 gene -- mismatch repair genes from normal cell
12 division.
13     Q.  And the mismatch repair gene disruption
14 is because of some kind of DNA damage typically,
15 isn't it?
16     A.  So every time a cell divides, the
17 machinery of the cell has to copy the entire genome
18 of that cell, which basically has all of the DNA
19 that is within every one of our cells.  Needless to
20 say, that is an immense amount of copying, and
21 there are mistakes made.
22         So there are four base pairs:
23 adenine, guanine, cytosine, uracil in the case of
24 RNA, and those are basically put down in a row by a
25 molecule called the polymerase.  And every once in

Page 20

1 a while, instead of putting an A, an adenine, it
2 puts down a G line.  That is a -- that is a
3 mismatch.
4         But there's another molecule that
5 follows called a mismatch repair molecule.  And it
6 detects the fact that there's a G instead of an A,
7 and it knocks off the G and puts in an A.  And all
8 of this is occurring at vertiginous speed.
9         If there are too many mistakes, or
10 even if there aren't too many mistakes, but the
11 mismatch repair protein doesn't detect the error,
12 that base pair will remain in the daughter cell.
13 And that -- most of the time it doesn't matter,
14 because that base pair will either create a
15 nonviable cell, meaning it was in a gene that was
16 so critical that the cell dies, or it is silent.
17         It doesn't matter because it occurred
18 in a piece of DNA that wasn't transcribed, but
19 occasionally it will result in a mutation that
20 gives the cell an advantage.  And those are called
21 mutations that will progress towards
22 immortalization of the cell.
23         And following immortalization, that
24 cell will continue to have mistakes and turn into a
25 cancer cell.  So that is the most common cause of

Page 21

1 cancer.
2         And this is all really outlined
3 beautifully in a publication by an Italian author
4 called Tomasetti in a landmark publication.  And
5 I'm forgetting the title of that.  But if you -- if
6 you put that into -- into PubMed, it'll pop out
7 pretty high on the list.
8     Q.  As I understand it, isn't it true that
9 the BRCA1 and BRCA2 mutations directly impact this
10 mismatch repair gene?  In other words, it disrupts
11 the repair mechanism?
12     A.  The way BRCA1 and BRCA2 mutations work is
13 that they are antioncogenes.  They slow down the
14 rate of replication.  By slowing down the rate of
15 replication, you actually cause the mismatch repair
16 proteins to be able to handle the work.  But if you
17 accelerate replication, the odds of getting a
18 mutation are much, much higher.  So that's the way
19 most cancers are caused.
20         I'll give you an example in my field.
21 Cervical cancer.  Human papilloma virus has a
22 protein that stops two antioncogenes.  If you take
23 a normal cervical cell, the rate replication is
24 once every probably couple of weeks.  If you
25 introduce HPV, the rate of replication is every six

6 (Pages 18 - 21)

Page 22

1 hours. So all of a sudden you have increased the
2 probabilities of getting a mutation many-fold.
3 Q. Okay. Is it true that the main driving
4 cause of a repair disruption is some damage to the
5 DNA of a cell?
6 A. I'm not sure I can answer that. I'll
7 give you --
8 Q. Let me ask it a different way. I
9 understand that constant replication may have its
10 own inborn mismatch mistakes, I'll call them, and
11 they just happen. But they also occur sometimes
12 when they're -- when the DNA is damaged, which
13 affects its ability to properly replicate or
14 affects apoptosis, where it doesn't die on its own
15 because it was improperly replicated. Is that a
16 fair statement?
17     MR. HEGARTY: Objection to the form.
18     THE WITNESS: Yes, there are what are
19 called mismatch repair gene mutations, which are
20 mutations to the DNA. And the mutations occur in
21 the genes that produce the proteins that repair
22 mismatch based pairs. If a person has a mismatch
23 repair gene mutation, they have a much higher risk
24 of acquiring cancers. And, for example, in
25 endometrial cancer and in colon cancer, mismatch

Page 23

1 repair gene mutations are, A, common, and a common
2 cause of those cancers.
3 BY MR. DEARING:
4 Q. I've seen studies where reactive oxygen
5 species can damage DNA in a way that may affect
6 proper replication. Do you agree that that's a
7 possibility as well?
8     MR. HEGARTY: Objection to the form.
9     THE WITNESS: That has been demonstrated
10 in cell cultures. To the best of my knowledge, it
11 has not been replicated in animals or humans. It
12 is an interesting phenomenon because reactive
13 oxygen species can alter DNA. The question is how
14 do -- how do reactive oxygen species access the
15 DNA.
16 BY MR. DEARING:
17 Q. Okay. Do you have an opinion about
18 whether that is true biologically, that reactive
19 oxygen species can damage DNA which can cause
20 disruption in proper replication?
21 A. In cell culture I do believe that's true.
22 I don't think it's been demonstrated in animals.
23 Q. Right. But one of the advantages of
24 being an expert witness is you're allowed to offer
25 opinions about things. Do you think that that's a

Page 24

1 reasonable process that could take place in humans?
2     MR. HEGARTY: Objection to form.
3     THE WITNESS: So one of the things that I
4 try to do as a -- as you mentioned, as an expert,
5 is not speculate, because speculation means that
6 I'm just guessing.
7 BY MR. DEARING:
8 Q. Right.
9 A. So there are some topics that I just
10 can't say yes or no to, and this is one of them.
11 Q. Well, is there any reason to think that
12 because it's been demonstrated in a cell culture,
13 it would not operate that way in a human body?
14 A. There are many reasons.
15 Q. Okay.
16 A. So in a cell culture you have a static
17 situation, where you put the source of reactive
18 oxygen species right on top of the cells and it
19 remains there. In an animal, there's blood flow,
20 there's oncotic pressures that -- that prevent
21 things from going into cells or out of cells.
22 There are so many factors that can't be replicated
23 from in a static cell culture environment that
24 would make that information a very valuable piece
25 of information.

Page 25

1     Reactive oxygen species alters DNA in
2 cell culture, but how can we design a study to show
3 that it does so in animals. And that's -- that's
4 where I don't think it's been done yet.
5 BY MR. DEARING:
6 Q. Right. It seems to me that that would be
7 impossible to do.
8 A. Oh, I mean in -- we do horrible things to
9 laboratory animals. I'm pretty sure that we could.
10 Q. I've also read -- and I've heard
11 testimony about -- situations where molecules
12 or -- I'm trying to think of the right
13 word -- materials, can attach themselves to a DNA
14 helix and cause damage. For example, I was
15 cross-examining -- or deposing Dr. Chodash
16 (phonetic). Do you know Dr. Chodash -- Dr. Chodash
17 at Penn? He's a cell biologist.
18 A. I don't know him.
19 Q. Well, we had a long conversation in a
20 deposition about tobacco and lung cancer. And he
21 was trying to explain to me the current thinking of
22 how tobacco smoke in the context of tobacco causes
23 lung cancer. And he said there are -- there are
24 carcinogenic molecules in tobacco smoke that
25 actually attach to the DNA which cause considerable

7 (Pages 22 - 25)

Page 26

1 damage, which starts oncogenesis.
2        First of all, do you agree with that
3 notion about tobacco, or is that beyond your field
4 of study?
5        MR. HEGARTY: Objection to form.
6        THE WITNESS: Yeah, it's way beyond my
7 field of study. I had a -- early on a colleague
8 who -- who had a grant in tobacco smoke as related
9 to carcinogenesis, and I sat in many of his
10 laboratory meetings because I was cloning a gene
11 for him. And he basically was studying tobacco
12 glycoproteins as a toxin to cells.
13        So his point of view was that these
14 tobacco glycoproteins cause injury to the cell
15 itself. Injury to cells causes increased
16 replication. Increased replication causes mismatch
17 repair, which causes mutations, which causes
18 cancer. That was his line. I am completely
19 unaware -- and doesn't mean it's not true --
20 unaware of tobacco proteins or -- sticking to DNA.
21 BY MR. DEARING:
22     Q. Okay. With regard to ovarian cancer, do
23 you believe that oncogenesis occurs when the cell
24 is damaged somehow and then it causes this
25 irregular replication and eventually transforms

Page 27

1 into a clinical?
2     A. So no.
3     Q. It's never as simple as my questions, but
4 I'm trying to --
5     A. I will explain.
6     Q. Okay.
7     A. So the current hypothesis on ovarian
8 carcinogenesis is that ovarian cancer starts in
9 epithelium of the fallopian tube. Now, there are
10 two sources of fallopian tube epithelium. One of
11 them obviously in the fallopian tube. The second
12 is inside of the ovary. Every time the ovary
13 ovulates, it opens up. And the fallopian tube
14 usually sits right on top of the ovary because it
15 has to catch the egg as it comes out.
16        And as the ovary -- as the egg is
17 expelled, there's a lot of hemorrhage. There's a
18 lot of fibrin to stop the bleeding. And fibrin is
19 like glue. And occasionally it'll pinch off a
20 little piece of fallopian tube epithelium, and that
21 piece of fallopian tube epithelium will be
22 incorporated inside of the ovary. Those are called
23 inclusions in the ovary.
24        Fallopian tube epithelium is -- has
25 estrin receptors. And once inside of the ovary,

Page 28

1 that fallopian tube epithelium is exposed to
2 pharmacologic levels of estrogen. So a woman will
3 have 325 micrograms per deciliter of estrogen. The
4 ovary will have 25,000 micrograms per deciliter
5 because it's generating it there, and it leaches
6 out into the circulation of the woman.
7        That incredibly high level of
8 estrogen -- estrogen is a mitogen, meaning it
9 causes the epithelium to replicate -- starts
10 causing that little inclusion to -- the cells
11 inside that inclusion to replicate. And as we
12 discussed several times already in this
13 conversation, increases replication, increases the
14 chance of mismatched repairs, and the possibility
15 that that cell will become immortalized and
16 cancerous. So that's the way cancer can start
17 inside the ovary.
18        Cancer in the fallopian tube -- even
19 though there's a lot of people who claim that all
20 of it starts in the fallopian tube -- is really, in
21 my opinion, mostly in patients who have inherited
22 mutations. So BRCA -- most of the cancers in BRCA
23 in women start in the fallopian tube, and that's
24 because they already have one gene down, one
25 allele -- there's two alleles -- and to get both of

Page 29

1 them you only need one mutation.
2        So that's -- that's the reason it
3 starts in the fallopian tube because there's so
4 many cells in the fallopian tube.
5     Q. So I need to unpack that a little bit.
6 So it seems inconsistent with regard to the
7 inclusion phenomenon when you said a few minutes
8 ago that most ovarian cancers are not influenced by
9 hormones. So there seems to be a -- maybe I'm not
10 understanding it right, but --
11        MR. HEGARTY: Object to form.
12        THE WITNESS: By external hormones.
13 BY MR. DEARING:
14     Q. By external hormones.
15     A. Correct.
16     Q. Okay.
17     A. And may I qualify that?
18     Q. Yeah.
19     A. So when you -- when you administer
20 hormones to a woman, you're basically administering
21 the levels of in the circulation. In the ovary,
22 the levels are just astronomically high.
23     Q. Is it fair to say that serous carcinoma
24 of the ovary is not thought to be influenced by
25 hormones?

8 (Pages 26 - 29)

Page 30

1    A.  Because 70 percent of all ovarian cancer
2  is serous, the answer is yes, it's influenced by
3  the hormones -- pharmacologic levels of hormones in
4  the ovary.
5    Q.  And that would just apply to the
6  inclusion cancer, not so much those in the
7  fallopian tube?
8    A.  Well, if you look at the -- at the
9  literature, most fallopian tube cancers begin in
10  the fimbriae.  And the fimbriae is sitting right on
11  top of the ovary, which has all that amount of
12  hormone.  So it -- in my opinion, it does influence
13  those in the fallopian tube as well.
14    Q.  Since 75 or 80 percent of ovarian cancers
15  are serous?
16    A.  I said 70, but go ahead.
17    Q.  Oh, I'm sorry.  Okay, we'll use your
18  numbers.  Assuming 70 percent of ovarian cancers
19  are serous, do you have an opinion as to what
20  percentage of those actually start in the fallopian
21  tube?
22    A.  Yes, I have an opinion.  If we're talking
23  about non-BRCA mutants, probably 90 percent of them
24  start in the ovary.  Only ten percent at the most
25  start in the fallopian tube.  If we're talking

Page 31

1  about BRCA mutants, the proportion is almost
2  exactly reversed.  About 80 percent will start in
3  the fallopian tube and 20 percent in the ovary.
4    Q.  Is it fair to say that only about five
5  percent of ovarian cancers -- I'm sorry -- only
6  five percent of women diagnosed with ovarian cancer
7  carry the BRCA1 and BRCA2 mutation?
8    A.  You know, I haven't -- I haven't thought
9  about the numbers lately, but I think it's higher
10  than five percent.
11    Q.  Well, I've read that only -- only
12  15 percent or so of all ovarian cancers are thought
13  to be derived from genetic predisposition or -- or
14  inherited mutations.  Is that a fair number?
15    MR. HEGARTY:  Objection to the form.
16    THE WITNESS:  I'm going to check my
17  report, because I comment on that in my report.
18  BY MR. DEARING:
19    Q.  Okay.  I didn't remember that.  Is there
20  one -- is there a report you're going to first?
21    A.  It's in all of them, so...
22    Q.  Okay.  All right.
23    MR. HEGARTY:  I can show him where I
24  think he wants to look at.
25    MR. DEARING:  Sure.  Of course.

Page 32

1    MR. HEGARTY:  Turn the next page.
2    MR. DEARING:  Which report are you
3  looking at?
4    THE WITNESS:  This is the Converse, but
5  it's present in all of them.
6  BY MR. DEARING:
7    Q.  Okay.
8    A.  It's the first few paragraphs.
9    Q.  First few paragraphs of what section?  Of
10  the whole thing?
11    A.  It would be in the --
12    MR. HEGARTY:  Above the brief clinical
13  history part.
14    MR. DEARING:  Okay.
15    THE WITNESS:  So almost 25 percent of
16  women diagnosed with ovarian cancer carry germline
17  mutations in cancer susceptibility genes, including
18  BRCA1 and BRCA2.
19  BY MR. DEARING:
20    Q.  Okay.
21    A.  BRCA1 and BRCA2 account for approximately
22  15 percent of germline mutations, with the other
23  cancer-associating genes -- and then I give a list
24  of -- a long list accounting for the rest.
25    Q.  Right.  So 15 percent of 25 percent is

Page 33

1  what percent to the overall population of women
2  with cancer?
3    A.  No, I think 15 percent of all women with
4  ovarian cancer carry germline mutations in BRCA1
5  and BRCA2.
6    Q.  Okay.  This says 25 percent of women
7  diagnosed with ovarian cancer carry germline
8  mutations.  And then it says approximately
9  15 percent of germline mutations -- I'm
10  sorry -- BRCA1 and BRCA2 account for approximately
11  15 percent of germline mutations.  So aren't you
12  talking about 15 percent of the 25 percent?
13    A.  The way I worded it, that would be it.
14  But I'm pretty sure it's 15 percent of all germline
15  mutations.
16    Q.  Okay.  That's where I got my five
17  percent.  It's actually 3.5, 3.7 percent.  Okay.
18    So I understand that all ovarian
19  cancers are caused by some kind of genetic defect,
20  whether it's a mismatch, replication, or something.
21  And as I understand your testimony, in your
22  opinion, the only known cause of that mismatch
23  carcinogenesis is an inherited mutation; right?
24    MR. HEGARTY:  Objection to the form.
25  BY MR. DEARING:

9 (Pages 30 - 33)

Page 34

1    Q.   Other than the fact that it can happen on
2 its own sporadically, the only known cause of the
3 damage is an inherited gene mutation?
4         MR. HEGARTY:  Object to the form.
5         THE WITNESS:  The only association strong
6 enough to -- to claim that it's causal is a -- a
7 mutation in one of those genes, yes.
8 BY MR. DEARING:
9    Q.   And when you're discerning the cause in
10 an association that's strong enough, what would be
11 a relative risk range where you think, okay, now
12 that's a causal association?
13         MR. HEGARTY:  Objection to the form.
14         THE WITNESS:  I -- I've tried to make
15 that assessment.  I don't think there is a line
16 anywhere.  I think that associations that are above
17 two or three are very strong associations that are
18 worth investigating.  But again, there is no line.
19 There are very, very strong associations that turn
20 out to be nothing.
21 BY MR. DEARING:
22    Q.   Right.
23    A.   Like --
24    Q.   You talked about that in your report.
25    A.   Correct.  And then there are associations

Page 35

1 like the association with BRCA.  You were talking
2 its either five or 15 percent.  It's really low,
3 right?  It's very, very low.  But somebody chased
4 it, and it was true.  So it can be -- you know, a
5 15 percent is -- is a relative risk of 1.15.
6         So -- so -- and that's the problem
7 with biology.  It's not physics where you can have
8 a number.  It's -- it's biology.
9    Q.   And I appreciate that.  That's why I
10 asked you sort of a range.
11    A.   Yeah.
12    Q.   But you think a two- to three-fold
13 increased risk is a strong association?
14    A.   I believe that it -- certainly a three
15 increase in relative risk is a strong association.
16    Q.   How would you characterize a doubling of
17 a risk, a twofold increased risk?
18    A.   A doubling of the risk?
19    Q.   Right.  So you're talking about three,
20 but I'm going down to two.  How would you
21 characterize two as far as a strength of
22 association?
23    A.   And again, I'm not a statistician, so
24 this is an opinion.  I would say it's
25 indeterminate.

Page 36

1    Q.   Even at two percent is indeterminate?
2         MR. HEGARTY:  Objection to form.
3         THE WITNESS:  Yeah.  It's a weak
4 association.  Indeterminate meaning I wouldn't --
5 if I was in Vegas, I wouldn't bet on it.
6 BY MR. DEARING:
7    Q.   So is there a degree of certainty that
8 you would require before you would acknowledge or
9 agree that something is likely to be a cause of a
10 particular cancer?
11    A.   So it is my opinion that associations are
12 extremely important to know about so that you can
13 investigate it.  In and by itself, an association
14 is not causal.  Obviously if you ever got an
15 association where a hundred percent of people got
16 something, whereas if they didn't have it,
17 zero percent would get it, then I would say yeah,
18 that's causal.  But other than that, you have to
19 prove it.  And to prove it, you have to show a
20 mechanism.  And that's the way science should work.
21    Q.   Right.  I guess what we're talking about
22 here is assessment of risk.  And so if you're
23 looking at a relative risk, let's say in the 1.5 to
24 two range, would you think that that risk warrants
25 further investigation?

Page 37

1         MR. HEGARTY:  Objection to form.
2         THE WITNESS:  Yes.  I think any risk
3 is -- is -- warrants further investigation.
4 BY MR. DEARING:
5    Q.   And if that risk proved to be, after
6 further investigation, truly between a 1.5 and two
7 relative risk, if that risk was associated with a
8 commercial product, do you think that that would
9 warrant a warning to the user of that product?
10         MR. HEGARTY:  Objection to the form.
11 Calls for speculation.
12         THE WITNESS:  So when you say further
13 investigation shows that there's still a 1.5 risk,
14 that doesn't make sense.  Because further
15 investigation needs to show a cause, either a
16 biologic or a physical cause.  Exposure to
17 radiation gives you certain types of cancers.
18 There's an association with that.  Then you go to
19 the laboratory or to the clinic -- no,
20 laboratory -- and you say why would it cause
21 cancer.  And then you see that radiation causes
22 direct damage to DNA.  Now you have the
23 association, hey, people exposed to radiation get
24 cancer.  Go into the laboratory and you say hey,
25 when you look at the cells that are exposed to

Page 38

1 radiation, they have DNA damage. Now you've linked
2 the risk to a cause. And that's what you need to
3 say that something is causal.
4 BY MR. DEARING:
5    Q. Well, isn't it true that scientists went
6 years, maybe decades, looking at tobacco and lung
7 cancer before they realized how it was causing lung
8 cancer, but the association was clear decades
9 before the how was ever proven; right?
10       MR. HEGARTY: Objection to the form.
11       THE WITNESS: I don't think -- and I
12 don't know enough history on tobacco to say that
13 you're right or wrong, but the toxins in tobacco
14 smoke were shown very early in the process, and
15 whether they were hiding it or whether they were
16 not motivated to pursue it -- after all, four out
17 of every five doctors smoked Clarks.
18 BY MR. DEARING:
19    Q. Have you ever published or lectured on
20 any topics associated with talcum powder?
21    A. I have not.
22    Q. You mentioned briefly some epidemiology
23 studies in your report. But in my opinion, there's
24 not a lot of depth to the explanation. Are you
25 intending to offer epidemiology opinions at trial?

Page 39

1       MR. HEGARTY: Objection to the form.
2       THE WITNESS: I'm -- I'm only going to
3 opine that prospective studies carry more
4 credibility than retrospective studies, and
5 that -- and that the prospective studies that have
6 been done regarding talcum ovarian cancer failed to
7 show an association.
8 BY MR. DEARING:
9    Q. Okay. Have you taken courses in
10 epidemiology?
11    A. I took one in medical school.
12    Q. Right.
13    A. That's about it.
14    Q. Okay. What is the source of your opinion
15 that prospective studies are more reliable than
16 retrospective studies?
17    A. It's not me saying that. When you
18 look at levels of -- it was in the front of my
19 mind, and -- levels of evidence. There's five
20 levels of evidence. I believe the most robust is a
21 double blind prospective randomized study. That's
22 the panacea, right? Nobody knows anything until
23 the very end, and then you find out whether
24 something had to do with an effect.
25       After that, the fourth level is

Page 40

1 prospective studies that are not blinded or -- but
2 they are randomized. And then after that is
3 prospective studies that are not randomized. And
4 then after that is retrospective studies, and then
5 after that is opinion, or something along those
6 lines.
7    Q. Where would you rate meta-analyses and
8 systematic reviews?
9    A. Because I'm not an epidemiologist, I
10 don't have the knowledge base to place it. Because
11 meta-analyses are actually a relatively new thing.
12 And some people think that they are very high in
13 the level of evidence, and some people basically
14 think well, garbage in, garbage out, right?
15       If you have 100 really bad studies and
16 you put them all together, does that give you a
17 really good study? So my opinion is guarded
18 regarding meta-analyses. Obviously, there
19 are -- there are some meta-analyses that have
20 proven true by doing a randomized double blind
21 study and the same result occurs.
22       And a very good friend of mine,
23 Malcolm Pike, gave an entire lecture regarding a
24 bunch of retrospective meta-analyses that predicted
25 the outcome of a prospective randomized study. But

Page 41

1 others don't. So it just depends. And I -- I
2 think that generalizing meta-analyses as better or
3 worse is not a very good practice.
4    Q. The last question asked what was the
5 source of your opinions about this. You said these
6 aren't my opinions, and you told us about the
7 levels. But where are you getting this information
8 from?
9    A. These are published. And I -- I can't
10 quote you the article, but these are well-respected
11 epidemiologists who got together and formulated
12 these five levels of evidence. And -- and most
13 people follow them.
14       And if you look at guidelines, for
15 example -- so I worked at one point with the
16 American Society of Colposcopy and Cervical
17 Pathology, and I was on the high-grade dysplasia
18 committee, and we published guidelines. If a woman
19 has a PAP smear that's like this, what should you
20 do. And then we would say you should biopsy
21 through colposcopy, and then we would state level
22 of evidence. Level of evidence is -- level for
23 evidence or whatever. Because there are
24 prospective trials showing that cytology predicts
25 pre-cancer.

11 (Pages 38 - 41)

Page 42

1    So those are -- most of the guidelines
2 will have levels of evidence. So if you go to any
3 of the large societies that publish guidelines,
4 they will use those five categories.
5    Q.  Well, would you agree that epidemiology,
6 like most areas of science, is an evolving science?
7 In other words, what people thought 30 years ago
8 may not be how they think about something now?
9       MR. HEGARTY:  Objection to the form.
10       THE WITNESS:  I -- I agree with your
11 comment. All science evolves as knowledge becomes
12 available. And if it doesn't, then you're just
13 being dumb about it.
14 BY MR. DEARING:
15    Q.  I saw in your CV that you actually
16 participated in a case control study. And before I
17 ask you -- on ovarian cancer. And before I ask you
18 about that, would you agree with me that case
19 control studies, despite where they may fall on
20 this hierarchal of evidence, can provide very
21 useful, helpful information with regard to
22 associations?
23    A.  There's no --
24       MR. HEGARTY:  Objection to the form.
25       THE WITNESS:  There's no question that

Page 43

1 that's true. They provide very useful information.
2 And in fact, case control studies are probably the
3 beginning of most fact-finding journeys in
4 medicine.
5 BY MR. DEARING:
6    Q.  Is it true also that case control studies
7 can often formulate or postulate an association
8 faster than a cohort study because you don't have
9 to wait for the end disease to occur years down the
10 road?
11       MR. HEGARTY:  Objection to the form.
12       THE WITNESS:  That is correct. That's
13 one of the advantage of case cohort studies.
14 BY MR. DEARING:
15    Q.  Back to what started this whole thing.
16 Other than just a statement about the hierarchal
17 reliability of case control versus cohort studies,
18 do you intend to discuss any of the specific
19 detailed epidemiology studies that you mention in
20 your report at trial?
21       MR. HEGARTY:  Objection to form.
22       THE WITNESS:  I do not intend to do so,
23 no.
24 BY MR. DEARING:
25    Q.  'Cause both sides will be calling

Page 44

1 epidemiologists to do that?
2    A.  Hopefully.
3    Q.  It won't be me.
4       I see you brought materials with you
5 today. You have several binders. Were those
6 provided to you by the lawyers?
7    A.  Yes, they were provided to me by the
8 attorneys for the defense. The materials that
9 refer to my opinions were authored by me. The
10 materials that I referred to were authored by your
11 experts also.
12    Q.  Okay.
13    A.  But they're in there.
14    Q.  Oh, the plaintiff expert reports are in
15 the binders?
16    A.  Yeah. Yes.
17    Q.  I mentioned this before, but we were sent
18 some very large data files two days ago that I
19 assume are mostly photomicrographs. But because of
20 the volume of the data, we were unable to download
21 them and get them opened in any useable way. Did
22 you bring photomicrographs with you in addition to
23 the ones that are already incorporated into your
24 reports?
25    A.  I did not.

Page 45

1    Q.  Okay.
2    A.  The -- the files that you're referring to
3 are accessible. And I can almost certainly
4 download one, maybe. This is an air book computer,
5 and they're fairly limited storage space. The
6 files are usually one-and-a-half gigabytes in size.
7 But the -- basically those files -- each file
8 represent one glass slide of the surgical pathology
9 case of that patient.
10       So in the case of Ms. Balderrama,
11 which I actually -- I don't have yet, it would be
12 about a hundred of them, a hundred slides.
13    Q.  Okay. What do you mean you don't have
14 yet?
15    A.  They're currently being -- I'm maybe not
16 remembering right, but I have one case that's
17 currently being digitized.
18    Q.  Okay.
19    A.  And it's not in my computer file yet. If
20 it becomes important for you to see those, we can
21 walk to my office, which is about a five-minute
22 walk, and I can show you all of them in my desktop.
23       MR. DEARING:  Well, more importantly than
24 me being able to see them is us being able to
25 attach relevant photomicrographs as exhibits to

12 (Pages 42 - 45)

Page 46

1 this deposition. But what I could do is I'd like
2 to just reserve the ability to examine the doctor
3 at some future date when we actually have the
4 photomicrographs, if it's necessary, to point out
5 relevant features that he thinks bear on our
6 clients' conditions.
7        MR. HEGARTY: We're agreeable to cross
8 that bridge if we ever come to it --
9        MR. DEARING: Okay.
10       MR. HEGARTY: -- through discussions
11 between the parties.
12       MR. DEARING: Okay. I'm confident we can
13 work it out, so...
14 BY MR. DEARING:
15    Q. Do you know how Johnson & Johnson ever
16 learned your name as far as before they approached
17 you about investigating this talc ovarian cancer
18 issue?
19       MR. HEGARTY: Objection to form. Also, I
20 know you're not meaning intentionally -- or
21 misrepresenting. Johnson & Johnson did not
22 approach --
23       MR. DEARING: Let me re-ask the question.
24 Thank you.
25 BY MR. DEARING:

Page 47

1    Q. Do you know how the lawyers for Johnson &
2 Johnson got your name to approach you about
3 possibly being an expert witness in this
4 litigation?
5        MR. HEGARTY: I'll object and instruct
6 you not to respond to the extent that would require
7 you to disclose information that the attorneys
8 provided to you as part of the -- of our
9 communications. But if you can answer apart from
10 anything you were told or you learned from our
11 discussions with counsel, then you can answer.
12       THE WITNESS: I am not completely certain
13 about how they learned from me, other than at the
14 time I was working very closely with Bob Kerman,
15 and I know Bob has been an expert for the defense.
16 And my -- my best guess is that Bob gave them my
17 name as a possible expert.
18 BY MR. DEARING:
19    Q. Okay. Have you ever been a paid speaker
20 for Johnson & Johnson or any Johnson & Johnson
21 company?
22    A. I have not.
23    Q. Have you ever received any contributions
24 or funding or research grants from Johnson &
25 Johnson or any of their companies?

Page 48

1    A. I have not.
2    Q. As you sit here today, can you tell me as
3 best that you can recall what other corporations
4 you have testified on behalf of?
5        MR. HEGARTY: And that would be limited,
6 as Mr. Dearing's question said, to those where
7 you've actually testified versus those that you
8 might have consulted with but were never disclosed
9 as an expert and never testified for.
10       THE WITNESS: So I -- other than Johnson
11 & Johnson, Phillip Morris, and maybe another of the
12 tobacco companies.
13 BY MR. DEARING:
14    Q. That's all? I used to have a longer
15 list, but I didn't bring it.
16    A. Yeah, I think as far as product liability
17 that's it. I mean, Johnson & Johnson and
18 Phillip and the tobacco companies.
19    Q. And you were first retained by the
20 lawyers for Johnson & Johnson about ten years ago.
21 Does that sound right?
22    A. Yeah, I think the first case was 2012.
23 So a little bit more than ten years ago.
24    Q. Well, if the first case was in 2012, were
25 you retained before 2012?

Page 49

1    A. Probably, but I -- no exact memory of it.
2 The only way I figured out 2012 is we went back in
3 the records and saw that it was 2012.
4    Q. It feels like a lifetime to me --
5    A. Yeah.
6    Q. -- it's been going on.
7    A. I mean, I was young back then.
8    Q. Same. In those twelve years or so has
9 Johnson & Johnson's lawyers ever provided you with
10 any internal company documents to review?
11    A. They have not. The way that I have seen
12 internal company documents is when -- when you show
13 them to me. Or not you, but --
14    Q. On cross-examination?
15    A. -- the attorney -- the attorneys show
16 them to me, yes.
17    Q. So the only corporate documents you've
18 ever seen from Johnson -- strike that.
19       So the only Johnson & Johnson
20 corporate documents you've ever seen are those that
21 were shown to you as part of cross-examination in a
22 trial?
23    A. That is correct, or deposition.
24    Q. There are reference lists attached to all
25 of your reports. Did you prepare that reference --

13 (Pages 46 - 49)

Page 50

1 those reference lists?
2    A.  Yes.
3    Q.  And do you rely on all of those
4 references in forming your opinions?
5    A.  I used those references to form my
6 opinions.  I'm not -- I guess using them to form my
7 opinion and relying on them could be synonyms.  But
8 I think the legal term "rely" brings some luggage
9 with it.
10    Q.  Okay.  Not trying to sneak luggage in on
11 you.
12    A.  Okay.
13    Q.  Have you read everything that's on your
14 reference list?
15    A.  Yes.  At one point or another I've read
16 every single one of those articles, which made me a
17 lot of money.
18    Q.  Right.  One more question about the
19 epidemiology.  You list several epidemiology
20 studies and articles in your reference list.  But
21 would you agree with me that epidemiology studies
22 don't really inform your pathology opinions in
23 these cases?
24    A.  You're --
25       MR. HEGARTY:  Objection to the form.

Page 51

1       THE WITNESS:  So they inform it a little
2 bit.
3 BY MR. DEARING:
4    Q.  Okay.
5    A.  In other words, epidemiologic studies say
6 there's an association between talc and ovarian
7 cancer.  So I go to the microscope and I say well,
8 is there any evidence that there's talc present in
9 the ovary while the ovary was vital, meaning in the
10 person's body.  So in that way it does influence
11 me, because -- I look at ovaries very, very
12 differently since we began this litigation process.
13    Q.  Okay.  I believe you've testified years
14 ago, maybe more recently, that you actually learned
15 about the effects of talc in the human body in
16 medical school; is that right?
17       MR. HEGARTY:  Objection to the form.
18       THE WITNESS:  It is likely so, yes.
19 BY MR. DEARING:
20    Q.  Did you have any opinions about talcum
21 powder and ovarian cancer before the lawyers for
22 Johnson & Johnson approached you about serving as
23 an expert in this litigation?
24    A.  To tell you the truth, it never crossed
25 my mind, because I know what talc does inside the

Page 52

1 body.  And I saw it a couple of times in -- in
2 ovaries very early on in my training.  Back then
3 there was still women who had been -- undergone
4 surgery, and surgeons had powdered gloves.  So I
5 saw the sequela of talc in the female pelvis in
6 probably a handful of cases.
7       So I know what it -- what it does.  So
8 it never crossed my mind that it would be a cause
9 of ovarian cancer.  And then I -- I started reading
10 more and more about it and -- and -- and formed
11 opinions about it.
12    Q.  Is it your opinion or even common
13 knowledge that talc exposure in the pelvis
14 will -- will initiate or cause an inflammatory
15 reaction?
16       MR. HEGARTY:  Objection to the form.
17       THE WITNESS:  A very specific
18 inflammatory reaction, absolutely.
19 BY MR. DEARING:
20    Q.  And what specific reaction are you
21 referring to?
22    A.  It will form a foreign body reaction.
23    Q.  And those foreign body reactions would
24 include macrophage activity, granulomas --
25 granulomatis activity, and even multi-nucleated

Page 53

1 giant cell activity?
2       MR. HEGARTY:  Object to the form.
3       THE WITNESS:  So it will cause what
4 in -- in pathology and medicine is called a
5 granulomatous reaction.  Granulomatous --
6 granulomas are formed by three types of cells, two
7 of which are very closely related.  One of them is
8 a macrophage.  The other one is the foreign body
9 giant cell.  I'm sorry.  One of them is the
10 microphage.  The other one is the multinucleated
11 giant cell.  And the third is the lymphocyte, okay?
12       Now, there are two types of
13 granulomas.  There are immune granulomas, which are
14 generated by -- most of them -- infectious organism
15 such as tuberculosis or fungi, and then there's the
16 foreign body granulomas which are formed by foreign
17 bodies.
18 BY MR. DEARING:
19    Q.  Is it true to say that granulomas are
20 essentially a conglomeration of macrophages all
21 coming together?
22       MR. HEGARTY:  Objection to the form.
23       THE WITNESS:  It is -- it is a -- your
24 description very much describes what a granuloma
25 is.

14 (Pages 50 - 53)

Page 54

1  BY MR. DEARING:
2     Q.  When you were observing those effects of
3  talc in the female pelvis, did you ever actually
4  look at the talc particles that were left behind?
5     A.  Yes.
6     Q.  And would you agree with me that those
7  talc particles -- the size of those talc particles
8  would dictate the type of response?  In other
9  words, if the particle left behind was five microns
10 in diameter, that would most likely attract a
11 macrophage.  If it was a hundred microns in
12 diameter, that might attract something larger.
13 Would you agree?
14       MR. HEGARTY:  Objection to the form.
15       THE WITNESS:  As a general rule, that is
16 correct.  But I have seen foreign body granuloma
17 with foreign body giant cells in particles as small
18 as three microns.  And I have photographs of that.
19 So -- so as a general rule, the smaller particles
20 are phagocytized by macrophages.  The larger
21 particles cannot be phagocytized because they're
22 too large for the macrophage to engulf the
23 particle, so then that causes a granuloma.
24 BY MR. DEARING:
25    Q.  Okay.  Is it also true that sometimes

Page 55

1  macrophages die during the phagocytosis process for
2  whatever reason, either they can't adequately
3  sequester and phagocytize the particle or the
4  particles's just too big?
5        MR. HEGARTY:  Objection to form.
6        THE WITNESS:  You are correct,
7  there -- there is a phag -- a macrophage can die in
8  the process of phagocytosis.
9  BY MR. DEARING:
10    Q.  And when that occurs, more macrophages
11 typically come to take its place; is that right?
12    A.  Yes.  A naked particle cannot exist
13 without a foreign body reaction to it.
14    Q.  But wouldn't you agree that there may be
15 a transition period where a macrophage dies,
16 another macrophage has not taken it up yet, and the
17 particle is just sitting there by itself?
18       MR. HEGARTY:  Objection to the form.
19       THE WITNESS:  Yeah, I -- I -- I'm not
20 sure anybody can answer that question because
21 usually it's not just one macrophage that shows up.
22 When there's a foreign body, probably thousands of
23 macrophages are -- are around.  Will there be a
24 point of a macrophage dies where that particle is
25 exposed to tissue itself?  Likely.  Likely.  But

Page 56

1  not for very long.
2  BY MR. DEARING:
3     Q.  Do you agree that once tissue's removed
4  from the body, all inflammatory processes, all
5  macrophages, everything just stops?
6     A.  You are --
7     Q.  In other words, the cells die and nothing
8  else happens?
9     A.  You are correct.  Within probably seconds
10 of the organ being devitalized, those processes
11 will stop.
12    Q.  Is it also true that macrophages may be
13 attracted to dead cancer cells?
14    A.  Absolutely.
15    Q.  And it's not uncommon to actually see a
16 macrophage sequester a dead cancer cell; right?
17    A.  The macrophages engulf the rest of the
18 cells.  Once the cell dies, most of the time it
19 fragments and then the macrophage will eat the
20 fragments of the -- of the dead cell.
21    Q.  When you are looking at surgical slides
22 from an ovarian cancer patient under routine
23 microscopy, do you typically observe macrophages,
24 or is that something you're just not looking for?
25    A.  Oh, no, we look for it very carefully for

Page 57

1  a variety of reasons.  Many cases of ovarian
2  cancer today, as opposed to 30 years ago, have
3  what -- have undergone what's called neoadjuvant
4  chemotherapy, where the woman receives chemo before
5  the surgery.  And actually one of the parameters
6  that is non-optional in our synoptic forms is the
7  effect of chemotherapy on the tumor.  And we
8  measure that predominantly by the presence of
9  macrophages.
10       So then -- in the case a woman will
11 have received chemotherapy and we'll see massive
12 amounts of macrophages and only a little bit of
13 tumor then we -- we categorize that as an excellent
14 response.  If there are some macrophages but a lot
15 of tumor left, we'll say moderate response.  And if
16 we can't see any evidence of macrophages, we'll say
17 minimal response.
18       I'll -- I'll categorize it by saying
19 that it's -- that it's not a perfect attempt to
20 categorize the effect of chemotherapy on the tumor
21 because there are cases where radiologically the
22 woman had large ascites, an enormous amount of
23 carcino -- carcinomatosis in the omentum and
24 peritoneum, and at the time of surgery, there's
25 very little tumor.  And we'll look at it under the

15 (Pages 54 - 57)

1 microscope and there won't be a single macrophage.
2 And I can't explain that, but it happens.  So --
3 and, again, biology, it's not physics.
4       Q.  In cases where women have not had
5 neoadjuvant chemotherapy are you also looking for
6 macrophages in typical cervical slides?
7       A.  Yes.  So tumors will have a cell turnover
8 for a variety of reasons.  Some people use the term
9 they outgrow their blood supply and large areas of
10 that tumor become necrotic.  So we -- we will
11 frequently find macrophages.
12          The other thing that -- that a lot of
13 people don't know is that just because a woman has
14 cancer doesn't mean she may not have other
15 diseases.  And in -- in my practice I have
16 discovered at least five women who have had -- who
17 had tuberculosis in addition to their ovarian
18 cancer.  And I found that out because there were
19 granulomas, and I stained them, and there were
20 microbacteria in them, so...
21          And that can be really important
22 because -- particularly if she hasn't received
23 neoadjuvant chemotherapy and she has tuberculosis,
24 and then you give her chemotherapy and you make her
25 immune deficient, she can die of the tuberculosis.

1 So -- so it's really important for us to look at.
2       Q.  I appreciate that.  And that sort of
3 seems like cutting-edge pathology.  But based on
4 your experience as a pathologist -- and you've
5 worked other places.  I know you were at USC for a
6 long time -- isn't it true that most surgical
7 pathologists, when they're looking, spending a few
8 minutes to diagnose a patient, that they're not
9 looking for macrophages in those slides?
10      MR. HEGARTY:  Objection to form.
11      THE WITNESS:  So it depends on the level
12 of macrophages, okay?  Most even community
13 pathologists, if they find increased numbers of
14 macrophages, they will not only detect it, but
15 likely try to find an explanation for it.  And
16 there are things called xanthomonas reactions that
17 are associated with genetic conditions that -- that
18 are important to detect, so...
19          And again, another example, there
20 are macrophages in virtually every tissue that we
21 examine as pathologists.  And it's normal to expect
22 a macrophage in a tissue section.  If it's the
23 level -- if it's at the level of what is normally
24 found in tissue, most pathologists will not focus
25 on it.

1 BY MR. DEARING:
2       Q.  Is it also true that most pathologists,
3 surgical pathologists, will not polarize the slides
4 when they're looking at the surgical slides?
5       MR. HEGARTY:  Objection to form.
6       THE WITNESS:  Not unless there's a reason
7 to.  And the reason would be granuloma.
8       MR. DEARING:  Okay.  We've been going
9 about an hour and a half.  Does anybody need a
10 break?
11      MR. HEGARTY:  Yeah, I could use a short
12 break.
13      MR. DEARING:  Okay.
14          (Break taken.)
15 BY MR. DEARING:
16      Q.  We were talking about the inflammatory
17 reactions on the pelvis left by -- or caused by the
18 talc left behind from abdominal surgeries.  And my
19 question is, you said you observed granulomas and
20 granulomatous reactions.  Do you have any opinion
21 about whether a chronic inflammation like that in
22 the pelvis can cause metaplasia or -- can initiate
23 a cancer process?
24      MR. HEGARTY:  Objection to the form.
25      THE WITNESS:  I do have an opinion.

1 BY MR. DEARING:
2       Q.  What is that opinion?
3       A.  Granulomatous inflammation has not been
4 associated with carcinoma.
5       Q.  What negative health effects can a
6 chronic inflammatory reaction cause in the pelvis?
7       MR. HEGARTY:  Objection to form.
8 BY MR. DEARING:
9       Q.  If any?
10      A.  Yes.  It can cause and it does cause
11 adhesions, meaning one organ sticks to another.
12 Adhesions are a source of pelvic pain in women.  It
13 is also a cause of infertility.  So pain and
14 infertility are the two sequela of talc-induced
15 chronic inflammation.
16      Q.  Do you know about how many hours you've
17 spent researching before you conclude that talc can
18 cause cancer?  You know what, let me ask a
19 pre-cursor question to that.  I'm sorry.
20          Is it your opinion that talc exposure
21 cannot cause any kind of cancer anywhere in the
22 body?
23      A.  That is my opinion in the -- in the parts
24 of the body that I'm aware talc has been used.
25      Q.  Okay.  And do you know how much time you

Page 62

1 spent researching to come to that conclusion?
2     A.  Many, many, many hours.
3     Q.  Did you research that issue prior to
4 being retained by the lawyers for Johnson &
5 Johnson?
6     A.  No.  Not to any depth, no.
7     Q.  So then after you were retained by the
8 lawyers for Johnson & Johnson, is it fair to say
9 that's when you first started investigating whether
10 talc can cause cancer in the parts of the body that
11 you're familiar with?
12         MR. HEGARTY:  Objection, form.
13         THE WITNESS:  In an organized fashion,
14 yes.
15 BY MR. DEARING:
16     Q.  And do you know how many hours of
17 research you conducted before you reached a final
18 conclusion that talc can't cause cancer?
19     A.  I mean, if you look at my reliance list,
20 it -- it -- I've read all of those articles to make
21 sure that I was not opining without basis.  So
22 probably, you know, a hundred hours.
23     Q.  Did you have any preconceived notions
24 about the idea when Johnson & Johnson lawyers first
25 approached you, the idea being whether talc can

Page 63

1 initiate or cause ovarian cancers?
2         MR. HEGARTY:  Objection to the form.
3         THE WITNESS:  As I mentioned earlier, it
4 never occurred to me.
5 BY MR. DEARING:
6     Q.  Are the administrators of the Medical
7 College of Wisconsin aware of the fact that you're
8 offering opinion testimony in this ongoing
9 litigation?
10     A.  They're aware that I do medicolegal
11 consulting.
12     Q.  Okay.  Do you ever have to run your
13 opinions by anyone at the Medical College of
14 Wisconsin before you go under oath offering them
15 somewhere?
16     A.  I do not.
17     Q.  Is there a process at MCW whereby you
18 advise the administration that you're doing legal
19 work for a company?
20     A.  Yes.  There is an annual conflict of
21 interest disclosure that I fill out in which I put
22 all of the -- not all of them, but the law firms
23 that I work with and the issues that they -- that
24 are involved.
25     Q.  Okay.  Have you discussed your

Page 64

1 talc-related opinions with any of your colleagues
2 here?
3     A.  No, not with any -- I may have mentioned
4 it in casual conversation, but not as a topic of
5 interest -- sorry, not as a topic of medical
6 discussion.  I may have said, yeah, I'm -- I'm
7 going to be -- I'm examining this case that relates
8 to talc and ovarian cancer.
9     Q.  Okay.  But not substantively about your
10 opinions?
11     A.  Correct.
12     Q.  Have you ever showed anyone here your
13 expert report?
14     A.  Anyone at MCW?
15     Q.  Yes.
16     A.  No.
17     Q.  What about when you were at USC, did you
18 ever show any of your colleagues there your expert
19 reports?
20     A.  No.
21     Q.  Has the topic of genital talc use in
22 ovarian cancer ever come up in your rounds or tumor
23 boards or group meetings?
24     A.  It has not.
25     Q.  Have you ever published on anything

Page 65

1 related to the causes or risk factors of ovarian
2 cancer?
3     A.  Yes.
4     Q.  Do you remember what that publication
5 was?  Was it more than one?
6     A.  Yes.  So I worked with a colleague whose
7 name was Louis DuBeau, B-E-A-U.  And we looked at
8 several genes regarding ovarian cancer and their
9 role in ovarian carcinogenesis.
10     Q.  Do you know when that publication was?
11     A.  It was in -- I don't remember.  I can --
12     Q.  Is it on your -- is it on your CV?
13     A.  It's on my CV, yes.
14     Q.  Okay.  Might be easier for you to find it
15 than me.  If you can just direct me to it.
16     A.  Sure.  So reference number 21, the
17 potential role of inactivated X chromosome in
18 ovarian epithelial tumor development.
19     Q.  Okay.  I don't see Dr. DuBeau's name.
20     A.  He's --
21     Q.  Oh, yes, I do.  Yes, I do.
22     A.  He was the senior author.
23     Q.  Is that the only publication?
24     A.  No, the one beneath it as well.  And then
25 24, alterations in DNA methylation are early but

17 (Pages 62 - 65)

Page 66

1 not initial events in ovarian tumorigenesis. Then
2 27, this is with Michael Press, WAF1/CIP1, gene
3 polymorphisms, an expression in carcinomas of the
4 breasts, ovary, and endometrium.
5        So I became involved in all of these
6 publications because of my expertise in
7 diagnostics. So as you probably heard, properly
8 classifying tumors is pretty important when you're
9 trying to determine if something causes it or not.
10    Q. Right. Was that your role for the most
11 part in these publications is diagnosing or
12 classifying the tumors?
13    A. Well, at the time I also had a molecular
14 biology laboratory, so I may have done some of the
15 tests in the lab. 34 is another example.
16       MR. HEGARTY: Do you want him to keep
17 going, David?
18 BY MR. DEARING:
19    Q. I mean, I don't want to spend a lot of
20 time on it, but if any jump out at you, I'd like to
21 know about it, particularly with regard to risk
22 factors in ovarian cancer.
23    A. 35, imbalanced expression of inhibin and
24 activin subunits in primary epithelial ovarian
25 cancer.

Page 67

1    Q. Let me ask you this. What about in the
2 past ten years, have you published anything on
3 ovarian cancer?
4    A. Not to my knowledge, no.
5    Q. Do you have any opinions as to what may
6 cause primary peritoneal cancer, or would it be the
7 same causes we've already discussed for ovarian
8 cancer?
9    A. It would be the same causes, in my
10 opinion.
11    Q. Is it your opinion that most primary
12 peritoneal cancers also derive from the fallopian
13 tube?
14    A. From fallopian tube epithelium, yes.
15 Well, there's -- there's -- the serous ones will be
16 from fallopian tube epithelium. The endometrial
17 ones will be from endometriosis.
18    Q. You've opined that talc cannot cause any
19 type of ovarian cancer. Is that opinion based on
20 your opinion that talc can't reach the ovaries, or
21 that talc doesn't affect the tissue in a way that
22 might cause cancer when it gets to the ovaries?
23       MR. HEGARTY: Objection to form.
24       THE WITNESS: Both.
25 BY MR. DEARING:

Page 68

1    Q. Both. Okay. So have you read studies
2 supporting the idea that chronic inflammation can
3 ultimately lead to cancer?
4    A. Yes, I have read many studies that
5 indicate that.
6    Q. And do you agree that chronic
7 inflammation does cause some types of cancer?
8    A. Yes.
9    Q. I think you mentioned a few in your
10 report.
11    A. Correct. And again, chronic inflammation
12 is a very good term, but it is frequently misused
13 because there are many types of chronic
14 inflammation. There's chronic inflammation that
15 causes cell death in tissues, and there's chronic
16 inflammation that does very little in tissue, or
17 practically nothing. So those are two very
18 different types of chronic inflammation.
19    Q. Which type of chronic inflammation would
20 include the reactive oxygen species being released
21 in an amount that would damage DNA and cause
22 improper replication?
23    A. Again --
24       MR. HEGARTY: Objection, form.
25       THE WITNESS: Again, reactive oxygen

Page 69

1 species damaging DNA have been shown only in cell
2 culture. So there hasn't been shown to -- have not
3 been proven in live organisms. The type of
4 inflammation that causes cancer is long-term
5 destructive inflammation.
6 BY MR. DEARING:
7    Q. Long-term destructive, that's what
8 chronic means; right?
9    A. No, chronic means that it's not acute.
10 It means that it's been there for a long time.
11    Q. Okay. Is chronic, as you're using it,
12 does that mean that it's an ongoing process?
13    A. That is correct.
14    Q. And I think we're using it the same way.
15    A. I don't think so.
16    Q. We'll see. Well, you would agree with
17 me, wouldn't you, that there are many credentialed
18 scientists who do believe that chronic inflammation
19 can cause cell damage that results in
20 carcinogenesis?
21       MR. HEGARTY: Objection to form.
22       THE WITNESS: All of us believe that.
23 BY MR. DEARING:
24    Q. Do you believe that there are reputable
25 scientists that believe that that occurs in the

18 (Pages 66 - 69)

Page 70

1  female reproductive tract and, in particular, the
2  ovaries and fallopian tube?
3       MR. HEGARTY:  Objection to form.
4       THE WITNESS:  There are some scientists,
5  physicians who believe that there are some types of
6  inflammatory processes that increase the risk of
7  cancer such as pelvic inflammatory disease or upper
8  genital tract infection, has a slight association
9  with increased ovarian cancer.
10 BY MR. DEARING:
11      Q.  Would you agree with me that some studies
12 do demonstrate a statistically significant increase
13 of ovarian cancer of women who use talc in the
14 genital area?
15      MR. HEGARTY:  Objection to the form.
16      THE WITNESS:  There are cohort studies
17 that arrive at that conclusion.
18 BY MR. DEARING:
19      Q.  Do you agree that if talc were to reach
20 the fallopian tube or ovaries, that you would
21 expect some type of inflammatory reaction by the
22 ovary or fallopian tube tissue?
23      A.  By necessity, yes.
24      Q.  And would you agree that if the
25 inflammatory response could not adequately

Page 71

1  remediate the exposure, that the inflammatory
2  response could become chronic, in other words,
3  long-term and ongoing?
4       MR. HEGARTY:  Objection to form.
5       THE WITNESS:  The foreign body reaction,
6  which is the form of chronic inflammation that you
7  expect with talc, would be ongoing for a very long
8  time.
9  BY MR. DEARING:
10      Q.  And scientists and physicians refer to
11 that ongoing response, or that ongoing process, as
12 a chronic inflammation; right?
13      MR. HEGARTY:  Objection to the form.
14      THE WITNESS:  A chronic foreign body
15 inflammation.
16 BY MR. DEARING:
17      Q.  Just making sure I'm using it correctly.
18 Words matter, so I want to get them right.
19      A.  Sure.
20      Q.  So is it your opinion that Johnson's
21 talc-based baby powder is completely safe for women
22 to use in the perineum?
23      A.  Yes.
24      Q.  And is your opinion about Johnson's baby
25 powder without regard to anything that may be in

Page 72

1  the talcum powder?
2       MR. HEGARTY:  Objection to form.
3       THE WITNESS:  Yes.
4  BY MR. DEARING:
5       Q.  Do you have any opinions about whether
6  Johnson's baby powder has ever contained asbestos?
7       A.  I have read reports that it found
8  asbestos in talcum powder.
9       Q.  Do you have any opinions yourself as to
10 whether the product has contained asbestos in the
11 past?  And I'm only saying the past, because it's
12 not on the market now.  So at any time.
13      A.  Because of those reports that have been
14 done, yes, they -- it probably did contain trace
15 amounts of asbestos.
16      Q.  Have you ever seen any testing results
17 from those tests testing the product for asbestos?
18      A.  I have not witnessed the -- the testing
19 results personally, no.
20      Q.  So when you say you have read reports,
21 are you talking about reports that were just in the
22 general --
23      A.  In summaries --
24      Q.  -- media?
25      A.  In summaries like IARC.

Page 73

1       Q.  Okay.  Did you ever -- I'm sorry.
2           You testified a while ago that you've
3  not seen any Johnson & Johnson documents other than
4  the ones that have been shown to you during
5  cross-examination, either in a deposition or trial.
6  But did you ever ask to see any documents from
7  Johnson & Johnson?
8       A.  No, I did not.
9       Q.  So if it was established that Johnson's
10 baby powder did in fact have asbestos in it, is it
11 still your opinion that it's safe for women to use
12 in the perineum?
13      MR. HEGARTY:  Objection to form.
14      THE WITNESS:  Yes.
15 BY MR. DEARING:
16      Q.  What if it was established that the
17 talcum powder had carcinogenic heavy metals like
18 chromium or nickel or arsenic or lead or all of
19 them, would that affect your opinion about whether
20 talcum powder is safe to use in the genital area?
21      MR. HEGARTY:  Objection to form.
22      THE WITNESS:  No.  And may I please
23 explain it?
24 BY MR. DEARING:
25      Q.  Of course.

19 (Pages 70 - 73)

Page 74

1    A.  There is a minimum level of exposure that
2  must be exceeded before something is unsafe.  So
3  cosmic radiation, which we are being blasted with
4  right now, is highly carcinogenic.  Actually flight
5  attendants have a four-fold increase in breast
6  cancer because they're -- they don't have the
7  atmosphere to protect from many hours each day.
8           You and I are being affected by it but
9  it doesn't increase our risk of cancer.  Similarly,
10  if they take your lungs or part of your bladder and
11  they grind it up and look for asbestos, they will
12  find it.  There is a base exposure that we are all
13  constantly exposed to that makes us inhale
14  asbestos.
15           There's -- there's probably -- we can
16  detect lead in your body if we looked hard enough.
17  But it's not going to affect you because it's in
18  such small amounts.  Even plutonium, if in small
19  enough amount, will not adversely affect you.  So
20  those are the reasons why I don't believe that any
21  of those things, if they find minimal trace amounts
22  of talcum powder, would be adverse to your health.
23    Q.  Well, would you agree with me that
24  regulatory agencies have stated that there is no
25  safe level of exposure to asbestos?

Page 75

1        MR. HEGARTY:  Objection to form.
2        THE WITNESS:  Well, if a regulatory
3  agency said that, then they don't look at the
4  science.  Because we all have asbestos in our
5  bodies.  And as a matter of fact, they -- when you
6  do asbestos studies, you compare it to the -- to
7  the base background level of asbestos to see if
8  it's elevated.
9  BY MR. DEARING:
10    Q.  So do you disagree with the statement
11  that there is no safe level of exposure?
12    A.  Yes, I disagree with that statement.
13    Q.  Is there some level of asbestos and
14  talcum powder that would change your opinion about
15  the safety of powder applied to the genital area
16  for women?
17        MR. HEGARTY:  Objection to form.
18  BY MR. DEARING:
19    Q.  For example, if one percent of the
20  contents of a bottle of Johnson's baby powder was
21  chrysotile or tremolite asbestos, would your
22  opinion still be that talcum powder was safe for
23  women to use in the perineum?
24        MR. HEGARTY:  Object to the form.  Calls
25  for speculation.

Page 76

1        THE WITNESS:  Yeah.  I mean, it's a crazy
2  question.  The levels of asbestos detected in
3  talcum powder are parts per million, not
4  percentages.  So it's -- it's just a -- it's a
5  theoretical assumption that I wouldn't know how to
6  approach.
7  BY MR. DEARING:
8    Q.  It is a hypothetical for sure.  So you
9  don't know what your answer would be if it were
10  established that one percent of the contents of a
11  Johnson's baby powder bottle contained asbestos?
12        MR. HEGARTY:  Objection, form.
13        THE WITNESS:  I have no idea what
14  asbestos on the skin would do.  I don't -- I don't
15  know that.  So I can't have an opinion about it.
16  BY MR. DEARING:
17    Q.  Well, is it your opinion that talcum
18  powder applied to the perineum cannot enter the
19  vagina?
20    A.  Likely not in clinically significant
21  amounts, no.
22    Q.  Can you quantify what you mean by
23  clinically significant amount?
24    A.  Well, I mean if -- if -- if talcum powder
25  hit the mucosa of the vagina, it would likely do

Page 77

1  nothing there because the squamous epithelium would
2  not allow entry of the talc into the submucosa.
3  From examining tens of thousands, hundreds -- maybe
4  reaching 100,000 cervixes, endometrium, fallopian
5  tubes and ovaries, I don't find it there.  So I
6  know that it doesn't go there in a quantity
7  sufficient to elicit a reaction.
8    Q.  Would that be true also if there were
9  asbestos fibers that were applied to the perineum
10  and it reached the internal structures of the
11  vagina?
12    A.  Well, my experience is the same.  I have
13  not seen asbestos in cervix, endometrium, fallopian
14  tubes or ovaries.
15    Q.  Well, hypothetically then, if asbestos
16  were in the powder that was able to be introduced
17  in the vagina, wouldn't you expect there to be some
18  kind of reaction to the asbestos?
19    A.  No, because the asbestos would have to
20  get into the submucosa.  That's why -- that's why
21  you --
22    Q.  Tell me where, anatomically, the
23  submucosa is that you're referring to.
24    A.  Certainly.  So --
25    Q.  Actually, I have a document.  I finally

20 (Pages 74 - 77)

Page 78

1 get to mark an exhibit. Exhibit 1. Sorry, this is
2 probably elementary to you, but I'm still learning
3 it.
4        So I'm marking as Exhibit 1 what I
5 believe is an anatomic diagram of the female
6 reproductive tract. Does that look like an
7 accurate diagram?
8    A. It's an adequate representation of the
9 genital tract, yes.
10    Q. Is it accurate? I mean --
11        MR. HEGARTY: Objection to form.
12 BY MR. DEARING:
13    Q. As far as diagrams go. I know in the
14 body things are different, but --
15    A. It shows the structures in a -- in an
16 adequate way.
17    Q. Okay. I just have to prove --
18    A. The ovaries --
19    Q. -- in order to use it, I have to prove
20 that it adequately represents what it says it
21 represents. So does that adequately represent an
22 image of the female reproductive tract?
23    A. Yes.
24    Q. Now tell me what mucosa you're referring
25 to. Where is that?

Page 79

1    A. The mucosa is the dark pink colored part
2 of the drawing here --
3    Q. Okay.
4    A. -- of the vagina. The submucosa in the
5 cut section would be the lighter pink.
6        MR. DEARING: Let me mark a second
7 diagram as Exhibit 2.
8 BY MR. DEARING:
9    Q. So this is a cross-section of the
10 anatomy. Would you agree that that's an accurate
11 depiction of the cross-section of the female
12 reproductive tract?
13    A. Yes.
14    Q. Okay. Does that show the mucosa that
15 you're talking about?
16    A. Yes.
17    Q. Okay. Can you show me in that diagram?
18    A. It is the one that's pointing by vagina.
19    Q. Okay.
20    A. The best way to show you the equivalence
21 is if you just touch the inside of your cheek,
22 that's like touching the mucosa of the vagina.
23    Q. Okay.
24    A. Okay? And then the submucosa you would
25 have to scrape the lining off, which would cause a

Page 80

1 little bit of bleeding, and that's the submucosa.
2 That's where all the blood vessels that
3 feed -- keep the mucosa healthy are.
4        So -- so the -- squamous epithelium is
5 the epithelium that we all have that's very
6 protective. It's designed to be tough, not let
7 things come out of the body or not let things get
8 into the body. That's why you can take a shower
9 and not bloat, right, because the skin doesn't let
10 the water go inside of you. The same thing with
11 the vagina. It protects. It doesn't allow things
12 to get inside of the body.
13    Q. Okay. But we do know things get inside
14 the body from the vagina; right?
15        MR. HEGARTY: Objection to form.
16        THE WITNESS: Yes, but -- but not into
17 the vagina itself. Not into the submucosa of the
18 vagina. You're referring to the travel up the
19 genital tract.
20 BY MR. DEARING:
21    Q. Well, sure, so I'm just thinking -- I
22 mean, sperm, obviously, doesn't get trapped in the
23 mucosa.
24    A. Correct.
25    Q. It's able to travel all the way to the

Page 81

1 fallopian tube to the uterus.
2    A. Correct.
3    Q. And also as I understand it -- we may
4 talk more about it in a little while -- in the case
5 of endometriosis, do you agree that endometriosis
6 primarily occurs when uterine tissue is sloughed
7 off or somehow removed and travels the same path
8 through the fallopian tube and implants on the
9 ovary?
10        MR. HEGARTY: Objection to form.
11        THE WITNESS: That is the leading
12 hypothesis for endometriosis.
13 BY MR. DEARING:
14    Q. And the mechanism or the -- the --
15 obviously uterine epithelium doesn't have motility,
16 so it has to get there somehow. Is that by
17 retrograde menstruation, in your opinion?
18        MR. HEGARTY: Objection to form.
19        THE WITNESS: Retrograde menstruation
20 caused by uterine contraction, yes.
21 BY MR. DEARING:
22    Q. And so would you also agree that -- well,
23 that the uterine tissue that sloughs off -- is that
24 the right medical term? What happens to that?
25    A. It is a slough-off.

21 (Pages 78 - 81)

Page 82

1    Q.  Okay.
2    A.  It's a --
3    Q.  Does it get trapped in the mucosa
4 as -- the vaginal mucosa as well, or is it able to
5 pass through that?  I know it's already above it,
6 but --
7    A.  It will not be able to penetrate the
8 vaginal mucosa.
9    Q.  Okay.  So I'm not sure why we're talking
10 about the vaginal mucosa.
11    A.  Because -- because I don't see talc
12 anywhere in the genital tract.  And I look at 50
13 samples a day.
14    Q.  Oh, I see.  Okay.  Well --
15    A.  You asked me initially --
16    Q.  Right.
17    A.  -- if I thought that talc from the
18 perineum could get into the vagina.  And I said not
19 in clinically significant ways.  But if you put
20 talc in the vagina, it wouldn't do anything because
21 the squamous epithelium is protective.  It wouldn't
22 let the talc go into the body there.  Does it go up
23 the genital tract?  The answer is no.
24    Q.  So if talc were to be introduced into the
25 vagina and could pass the mucosa, would you expect

Page 83

1 it to be able to travel through the fallopian tube
2 much the way endometrial tissue does during
3 retrograde menstruation?
4       MR. HEGARTY:  Objection to form.
5       THE WITNESS:  I would not expect it to do
6 that.
7 BY MR. DEARING:
8    Q.  Why wouldn't it?
9    A.  Because if it did, I would see it.  I
10 don't see it.  Nobody else sees it either.  Nobody
11 reports talc in tissues of the genital tract.  I
12 don't find a single report in the world literature
13 about talc being present in tissues of the genital
14 tract.  Now I'm not talking about --
15    Q.  You actually cite studies that show that.
16       MR. HEGARTY:  Let him finish his answer.
17 Were you finished?
18 BY MR. DEARING:
19    Q.  I'm sorry.  I didn't mean to cut you off.
20    A.  I know that there are people who grind up
21 the tissues of the genital tract and find talc.  I
22 know that there are people who do SDS whatever
23 testing on -- on -- on tissue blocks that claim
24 that they find -- and they do probably find -- some
25 talc.  But it wasn't there when the -- when the

Page 84

1 tissue was vital.
2    Q.  Well, you agree that there are published
3 studies that show talc in ovarian and fallopian
4 tube tissue that are within macrophages that are --
5    A.  No.
6    Q.  -- published in the literature.
7    A.  Nope.
8       MR. HEGARTY:  Objection to form.
9       THE WITNESS:  Not in ovary or fallopian
10 tube.  If they are published studies that show it
11 in a lymph node in the pelvis, but not in the ovary
12 or fallopian tube.
13 BY MR. DEARING:
14    Q.  How, in your opinion, did the talcum get
15 to the pelvic lymph nodes?
16    A.  Well, they didn't show that it was talc,
17 by the way.  They just saw particles within
18 macrophages of a lymph node.  There is no evidence
19 that those particles were talc.
20       So how do particles get into a lymph
21 node, into a pelvic lymph node?  They can go in
22 through abrasion to the perineum, an abrasion in
23 the upper thigh.
24    (Exhibit 3 marked for identification.)
25 BY MR. DEARING:

Page 85

1    Q.  I'm showing you what's been marked as
2 Exhibit 3, which is a study by Dr. Sandra McDonald
3 and other folks.  And you cite this study in your
4 report.  And you cite it actually in all of your
5 reports, specifically where you make the same
6 statement.  Let me find it.  It's in the paragraph
7 above the observational data paragraphs.  And you
8 state --
9    A.  Page?
10    Q.  Well, I'm looking at the Carl report.
11    A.  Yes.  Oh, okay.
12    Q.  The Carl report.  But you say it in all
13 of your reports.
14    A.  Okay.
15    Q.  So the study we're referring to is called
16 Migration of Talc From the Perineum to Multiple
17 Pelvic Organ Sites, five case studies with
18 correlative light and scanning electron microscopy
19 by Dr. McDonald and five other physicians and
20 scientists, right?  And it was published in the
21 American Journal of Clinical Pathology in 2019.
22 And you cite to this in every one of your reports;
23 right?
24    A.  Yes.
25    Q.  And you cite to it behind the sentence

22 (Pages 82 - 85)

Page 86

1 that says, "Studies reporting talc particles in
2 gynecologic tissue are also unconvincing as they
3 fail to corroborate their findings with the
4 expected histological response to talc, which is
5 necessary to rule out specimen contamination as a
6 likely alternative explanation to their findings."
7        And then you testified just now that
8 not a single report has demonstrated talc in
9 macrophages in the ovaries or lymph nodes.
10   A.  I said ovaries or fallopian tubes.
11   Q.  Or fallopian tubes.  I'm sorry.  So first
12 of all, are you familiar with this study?
13   A.  Yes.
14   Q.  You've obviously read it because you cite
15 it in every report; right?
16   A.  Yes, I'm very familiar with it.
17   Q.  Okay.  If you would -- well, the
18 objective of this study, as stated in the abstract,
19 says that genital talc use is associated with
20 increased risk of ovarian carcinoma in
21 epidemiologic studies.  Finding talc in pelvic
22 tissues in women with ovarian carcinoma who have
23 used talc is important in documenting exposure and
24 assessing talc's biologic potential, but
25 tissue-based morphology studies have been rarely

Page 87

1 reported.
2        And then the method is important.
3 Because they say we report five patients -- I'm
4 sorry -- five patient cases with documented
5 perineal talc exposure or use, each of whom had
6 talc both by polarized light and scanning electron
7 microscopy in multiple pelvic sites distant from
8 the perineum.
9        And then the results state, "Talc
10 particles were found in exposed patients typically
11 within two or more of the following locations:
12 pelvic region lymph nodes, cervix, uterine corpus,
13 fallopian tubes, and ovaries."
14        And then I want to direct your
15 attention specifically to image 4C, which is on
16 page -- and incidentally, as the authors describe,
17 the talc particles were studied not just by
18 polarized light and microscopy, but by scanning
19 electron microscopy with EDX, energy-dispersive
20 x-ray spectroscopy, I think is how you pronounce
21 that.  Anyway, the point is, it's a process by
22 which talc particles can be definitively
23 identified; right?
24   MR. HEGARTY:  Object to the form.
25 BY MR. DEARING:

Page 88

1   Q.  I know SEM is not your expertise, but you
2 agree that SEM with EDX capability can identify
3 particles like talc?
4        MR. HEGARTY:  Objection to the form.
5        THE WITNESS:  It can identify that
6 they're in the proper ratio, which the person who
7 does this is just Dr. Godleski, gives himself a
8 five percent wiggle room.  Remember what I said,
9 biology's not physics.
10 BY MR. DEARING:
11   Q.  Right.
12   A.  This is physics.  If the thing doesn't
13 hit it perfectly, then you're not sure that it's
14 talc.
15   Q.  Well, you would agree with me that five
16 percent -- actually ten percent -- is accepted in
17 particle identification, a ten percent variance?
18   A.  By whom?  Accepted by whom?
19        MR. HEGARTY:  Objection.
20 BY MR. DEARING:
21   Q.  By experts in the field of particle
22 identification.
23        MR. HEGARTY:  Objection to form.
24        THE WITNESS:  I -- again, I'm not an
25 expert in the area, so I'm not going to -- I'm not

Page 89

1 going to -- to absolutely say that it's not
2 accurate.  But in my opinion, if you are saying
3 that something is a mineral, an exact mineral, that
4 mineral should be spot on in its composition, not a
5 little bit.
6 BY MR. DEARING:
7   Q.  Well, let's -- hold that thought.  Let's
8 talk about this study.
9   A.  Okay.
10   Q.  Then I'll come back to that, okay?
11 'Cause that's an important point.  But for purposes
12 of these questions, unless you're going to say this
13 is not talc that he's finding, I want to ask you
14 specifically about image 4C.  Are you able to find
15 it yet?
16   A.  Yeah, I have it.
17   Q.  It says, "Scanning electron microscopy,
18 SEM, at 500 times magnification with back-scattered
19 electron imaging from the same general area as in A
20 and B in that same image, but a different
21 histologic section showing numerous back-scattered
22 electron-positive particulates within the cytoplasm
23 of macrophages similar to A, the majority of which
24 has a spectrum characteristic of talc."
25        So would you agree with me that at

23 (Pages 86 - 89)

Page 90

1 least in that image, these scientists are saying
2 they have identified talc within the cytoplasm of
3 macrophages in that tissue?
4        MR. HEGARTY:  Object to form.
5        THE WITNESS:  Okay.  In the -- in the H
6 and E section, which is 4E, I will agree that those
7 particles are within macrophages.  In the SEM,
8 which is F, you can't tell those particles are in
9 macrophages.
10 BY MR. DEARING:
11       Q.   Which image are you looking at?  I'm
12 looking at --
13       A.   This one.
14       Q.   -- four --
15       A.   Four?
16       Q.   C.
17       A.   Oh.
18       Q.   4C is where I'm starting.  We'll get to
19 the others.  But 4C is where I'm starting.  That's
20 where I just read from.
21       A.   Right.  So 4C, you can't tell that that's
22 a macrophage.
23       Q.   Well, the scientists thought they could
24 tell it was a macrophage.  They published in --
25       MR. HEGARTY:  Objection to form.

Page 91

1        THE WITNESS:  Well, they --
2 BY MR. DEARING:
3        Q.   So you disagree with the scientists that
4 published this paper?  They're saying it's a
5 macrophage and they're wrong?
6        A.   I -- I say that they can't tell that
7 those particles are inside a macrophage.
8        Q.   Well, you would -- would you agree with
9 me that you're not an SEM expert?
10       A.   I am not.
11       Q.   An expert in scanning electron
12 microscopy?
13       A.   I'm not an expert.
14       Q.   Would you also agree with me then, or do
15 you know, that when you're actually looking through
16 the -- when you're actually looking at the SEM
17 image on the computer, that it looks different than
18 the two-dimensional photograph you're looking at in
19 a published paper; right?
20       MR. HEGARTY:  Objection to form.
21       THE WITNESS:  It does not, because SEM is
22 a two-dimensional mode of viewing tissue.  You are
23 only looking at the surface.
24 BY MR. DEARING:
25       Q.   So it's your --

Page 92

1        A.   A scanning electron microscopy looks only
2 at the surface.  It cannot look below the surface
3 of the tissue.
4        Q.   Actually, a variable pressure SEM does
5 look below the surface of the tissue.
6        MR. HEGARTY:  Objection.
7 BY MR. DEARING:
8        Q.   Do you know what a variable pressure SEM
9 is?
10       MR. HEGARTY:  Objection to the form.
11       THE WITNESS:  I am not.
12 BY MR. DEARING:
13       Q.   Okay.  Do you know that Dr. Godleski and
14 his team are using variable pressure scanning
15 electron microscopy to make these observations?
16       MR. HEGARTY:  Objection to form.
17       THE WITNESS:  I am completely unaware of
18 that.
19 BY MR. DEARING:
20       Q.   Okay.  But it's your opinion that these
21 authors got this wrong and that those -- those
22 particles that they are saying in image 4C are in
23 the cytoplasm of a macrophage are not?
24       A.   Well, they -- they might be, but they
25 can't say that because it's a two-dimensional mode

Page 93

1 of evaluating the tissue.  And by the way,
2 the -- Dr. Godleski finds more non-talc particles
3 than talc particles in every single --
4        Q.   True.
5        A.   -- study that they make.
6        Q.   True.  He doesn't hide that.  In every
7 report he issues he identifies everything.
8        A.   So statistically it's more likely those
9 particles that we see in the H&E slides are not
10 talc.  They're something else.
11       Q.   I understand.  But the particles he's
12 identified by scanning electron microscopy, which
13 he says is in these macrophages, he is saying is
14 talc.  Well, not him, the authors, Dr. McDonald and
15 Dr. Fan.  By the way, do you know Dr. Fan, the
16 microscopist from Brown?
17       A.   I don't.
18       MR. HEGARTY:  Objection to form.
19 BY MR. DEARING:
20       Q.   Do you know Dr. Welch?  He's a gyn -- was
21 a gyn pathologist.
22       A.   I knew him, yes.
23       Q.   Okay.  And you know who Dr. Dave Cramer
24 is; right?
25       A.   Yes.

24 (Pages 90 - 93)

Page 94

1    Q.  If you would also look at image 4F, which
2  is in the next page, I think.  Yep.  And the
3  authors there say that SEM from the same general
4  area as D and E, but in a different -- different
5  histologic section, showed numerous back-scattered
6  electron-positive particulates within the cytoplasm
7  of macrophages similar to C, and the majority
8  having a spectrum characteristic of talc.
9        Is it your opinion that those
10 images -- that the image 4F is not showing
11 particles in a mac -- in macrophages?
12   A.  I'm saying that the mode of examining it
13 can't definitively say that, no.  Yeah, that's what
14 I'm saying.
15   Q.  So you think that, although you're not an
16 expert in the field of scanning electron
17 microscopy, that you know more about this or you're
18 able to have more accurate observations than the
19 experts in the field of scanning electron
20 microscopy?
21      MR. HEGARTY:  Objection to form.
22      THE WITNESS:  I can give you my opinion.
23 BY MR. DEARING:
24   Q.  Okay.  So as I understand it, you're not
25 saying they're wrong, you're just saying they can't

Page 95

1  tell.  Is that what you're saying?
2      MR. HEGARTY:  Objection to form.
3      THE WITNESS:  Correct.
4  BY MR. DEARING:
5    Q.  Okay.  You think that the American
6  Journal of Clinical Pathology is a reputable
7  journal, don't you?  You've published in it,
8  haven't you?
9    A.  I'm very close friends with the editor in
10 chief.
11   Q.  Right.  It's one of the best journals in
12 the field, isn't it?
13   A.  It's -- it's highly regarded.
14   Q.  And of course this is a peer-reviewed
15 publication; right?
16   A.  Yes.
17   Q.  Which means other peers in the specialty
18 of the authors have reviewed this paper before it
19 was allowed to be accepted to be published; right?
20   A.  Yes.
21   Q.  Would you also look at image 5H?  There
22 the authors write, again, another example of
23 particulates within the cytoplasm of macrophages.
24   A.  Same answer.
25   Q.  And is it your opinion that you don't

Page 96

1  know whether those particles are within a
2  macrophage?
3    A.  Correct.
4    Q.  But you agree with me that the authors
5  and the experts in the scanning electron microscopy
6  state that they are?
7      MR. HEGARTY:  Objection to form.
8      THE WITNESS:  They do state that, yes.
9  BY MR. DEARING:
10   Q.  And then would you look at image 7D?  And
11 again, the authors write that this image shows
12 numerous backscattered electron-positive particles
13 within the cytoplasm of a macrophage.
14   A.  Same answer.
15   Q.  Okay.  Looking at 7D and the way those
16 particles are aligned in sort of a uniformed,
17 encompassed fashion, doesn't it appear to you that
18 those are macrophage because of the way they are
19 and they're not just scattered amongst the tissue?
20      MR. HEGARTY:  Objection to form.
21      THE WITNESS:  There are many images that
22 have been offered by these authors, both H&E and
23 SEM, that appear aggregated but not within the
24 cytoplasm of the cell in the H&E.  And I -- so I
25 can't tell.

Page 97

1  BY MR. DEARING:
2    Q.  Well, let me ask you this.  Whether you
3  can tell definitively or not, doesn't the image in
4  7D at least look like particles in a macrophage?
5  Isn't that what you would expect it to look like?
6      MR. HEGARTY:  Objection to form.
7      THE WITNESS:  I -- I -- so if you look at
8  the H&E images -- so if you look at 4B, one of
9  those cells is a macrophage and clearly has
10 particles in its cytoplasm.
11 BY MR. DEARING:
12   Q.  Which one?
13   A.  Yes, I have it -- I gave you the wrong
14 image.
15   Q.  I agree with you on 4B, but --
16   A.  No, it was -- it's -- I mean, it -- the
17 magnification on some of these is just too small
18 for me to see.  So there are images in here where
19 you have particles in macrophages, mainly in the
20 lymph node.  It's not surprising.  The lymph node
21 is where all the small particles are taken.
22   Q.  Okay.  So back to what started this
23 dialogue was you made the comment that there are no
24 publications that show talc in the macrophages of
25 ovarian and fallopian tube tissue; right?

25 (Pages 94 - 97)

Page 98

1    A.  I said --
2         MR. HEGARTY:  Objection to form.
3         THE WITNESS:  -- no reports of foreign
4    body reaction to talc in ovaries or fallopian
5    tubes.
6    BY MR. DEARING:
7    Q.  So it's not that that hasn't been
8    reported in the literature, it's that you don't
9    necessarily agree with what their opinions are in
10   the published literature; right?
11        MR. HEGARTY:  Objection to form.
12        THE WITNESS:  They don't show the right
13   reaction to talc.  They're -- they're basically
14   taking particles that are likely contaminants, that
15   are in the surfaces of the ovary and tube, or
16   perineum -- they don't even have it in the ovary
17   itself.  They say adjacent tissue -- and they're
18   saying that -- that is evidence that there
19   was -- that there was migration of talc.  I
20   disagree with this paper, and I disagree with their
21   conclusions.
22   BY MR. DEARING:
23   Q.  But the statement that there are no
24   publications that demonstrate that --
25   A.  That demonstrate the foreign body

Page 99

1    reaction.  They don't show a foreign body reaction
2    here.
3    Q.  Okay.  Well, you just said that there's
4    an H&E slide photo micrograph that shows particles
5    in a macrophage.
6    A.  In a lymph node, yes.
7    Q.  In a lymph node.  Okay.
8    A.  Yeah.
9    Q.  If those particles were talc, you would
10   agree that that is an inflammatory reaction to talc
11   in the lymph node; right?
12        MR. HEGARTY:  Objection to form.
13        THE WITNESS:  In the hypothetical that
14   those were talc, then it would be a foreign body
15   reaction to the talc, yes.
16   BY MR. DEARING:
17   Q.  Okay.
18   A.  An appropriate reaction.
19   Q.  Okay.  And I promised I'd come back to
20   this.  You were talking about particle
21   identification and whether a ten percent variance
22   in the anatomic ratio between magnesium and silicon
23   is acceptable in the field.  And I want to direct
24   you to another study that you cited in every one of
25   your reports, in the same string cite, to the

Page 100

1    statement that I just read about in your report,
2    you say, "Studies reporting talc particles in
3    gynecologic tissues are also unconvincing as they
4    fail to corroborate their findings with the
5    expected histological response to talc, which is
6    necessary to rule out specimen contamination as a
7    likely alternative explanation for their findings."
8         And you cite McDonald 2019 in
9    Ultrastructural Pathology.  Well, first of all,
10   McDonald 2019 in Ultrastructural Pathology isn't
11   even about what that sentence, is it?  This is a
12   copy of that study.
13        And if you recall, in that study, the
14   scientists looked at Johnson's baby powder under a
15   scanning electron microscope to discern what the
16   variations were in the magnesium and silicon
17   ratios.  And they determined that a .05 percent, or
18   .05 or a five percent variance, is conservative, to
19   say the least, in determining whether the particles
20   are talc.  Do you remember that from that study?
21        MR. HEGARTY:  Objection to form.
22        THE WITNESS:  I'm sorry, I have to read
23   it.
24   BY MR. DEARING:
25   Q.  Take your time.

Page 101

1    A.  Yes, the authors themselves say is
2    reasonably close.  So, I mean --
3    Q.  What is reasonably close?
4    A.  That's what they state.  This standard
5    deviation, da, da, da, da, the current use, plus or
6    minus five percent diagnostic range, is thus
7    reasonably close to this study's whatever range.
8    Q.  Reasonably close to what they actually
9    observed in Johnson's baby powder is what you're
10   saying; right?
11        MR. HEGARTY:  Objection to form.
12   BY MR. DEARING:
13   Q.  So what they did, if you'll recall from
14   the study, is they looked at Johnson's baby powder
15   under a scanning electron microscope, saw the
16   variation in the talc particles of the magnesium
17   and silicon ratio, and then compared that to the
18   particles they were finding in tissue of women who
19   used Johnson's baby powder, and they were comparing
20   the two.
21   A.  I'm going to go on the record as saying I
22   accept their plus or minus five percent, okay?  So
23   we don't have to argue about it.
24   Q.  I wish you had led with that.  We're not
25   arguing.  I just want to make sure we're being

26 (Pages 98 - 101)

Page 102

1 accurate here. But you cite that for this
2 proposition in your report about studies reporting
3 talc particles in gynecologic tissues are
4 unconvincing and fail to corroborate their
5 findings. But this study doesn't really address
6 that statement, does it?
7          MR. HEGARTY: Objection to form.
8 BY MR. DEARING:
9     Q. I mean, you can disagree with me, but --
10    A. I'd rather not.
11    Q. You know what, I'll withdraw that
12 question. It's not necessary. You don't have to
13 spend time on it.
14          I will point out one other cite of
15 that list of studies. For that same proposition
16 you cite Campion 2018, and I don't have that with
17 me. But if you'll recall, Campion 2018 was a
18 comparison of Raman's spectroscopy identification
19 of talc with Dr. Godleski's SEM identification of
20 talc, and found that they were identical. Do you
21 remember that?
22    A. I don't --
23          MR. HEGARTY: Objection to form.
24          THE WITNESS: -- off the top of my head.
25 BY MR. DEARING:

Page 103

1     Q. Do you know anything about Raman
2 spectroscopy?
3     A. Very little.
4     Q. Do you understand that Raman spectroscopy
5 is probably the most precise way to identify a
6 particle because it is able to identify the unique
7 way that the atoms are reacting to each other in a
8 unique signature that each different element has?
9          MR. HEGARTY: Objection to form.
10 BY MR. DEARING:
11    Q. That's all I understand about it, so --
12    A. I think your description is about as
13 vague as I would be able to --
14    Q. Okay.
15    A. -- give it.
16    Q. The point is, you cite Campion 2018. And
17 I'm asking, I guess, if you remember that that was
18 a comparison study, sort of a proof of method
19 study, that compared SEM identification of talc in
20 this .05 variance and Raman spectroscopy
21 identification of talc, and they -- and it
22 established that the SEM was just as accurate as
23 the Raman. Do you remember that about that study?
24          MR. HEGARTY: Objection to form.
25          THE WITNESS: I actually don't remember

Page 104

1 it.
2 BY MR. DEARING:
3     Q. Okay.
4     A. Off the top of my head.
5     Q. It's a study I'd like to forget.
6     A. Yeah.
7     Q. Because it blows my mind. In this
8 McDonald study and lots of others, one of the
9 things they discussed here is the morphology of
10 talc. Are you familiar with the different
11 morphologies of talc, in other words, that talc is
12 found in both a plate form and a fibrous form?
13          MR. HEGARTY: Objection, form.
14          THE WITNESS: I am familiar with that,
15 yes.
16 BY MR. DEARING:
17    Q. Have you ever looked at Johnson's baby
18 powder under a microscope?
19    A. I have not looked at Johnson's baby
20 powder under a microscope.
21    Q. Have you ever seen photomicrographs of
22 Johnson's baby powder under a microscope other than
23 those that are contained in this McDonald study?
24    A. I have seen representations of
25 talc -- microscopic representations of talc, yes.

Page 105

1 And I have seen actual talc in tissues as well.
2     Q. I'm referring specifically to Johnson's
3 baby powder, though. Have you seen Johnson's baby
4 powder, the talc -- have you observed Johnson's
5 talc-based baby powder under a microscope?
6     A. I have not.
7     Q. We were talking about endometriosis, and
8 before that we were talking about macrophages. Let
9 me ask you this.
10         If endometrial cells were to slough
11 off from the uterus, they'd be transported and
12 implanted on the ovary, or I guess even hung up in
13 the epithelial tissue of the fallopian tube,
14 wouldn't that attract macrophages because it's a
15 cell that shouldn't be there -- or it's a tissue
16 that shouldn't be there?
17         MR. HEGARTY: Objection to form.
18         THE WITNESS: It does not need to attract
19 macrophages, no.
20 BY MR. DEARING:
21    Q. Does it occasionally attract macrophages?
22    A. Yes, if the endometriosis bleeds.
23    Q. Okay. I should have been more general.
24 Does it attract any kind of inflammatory mediators,
25 whether lymphocyte, anything?

27 (Pages 102 - 105)

Page 106

1    A.  Rarely.  Most of the time it's just
2  sitting in the tissue.
3    Q.  Isn't it true that endometriosis is a
4  condition that occurs when endometrial tissue is
5  sloughed off and then later implanted in parts of
6  the body that it doesn't belong, causing some kind
7  of reaction?
8    A.  That is the favored hypothesis.  There
9  are other hypotheses, but that is the favored
10  hypothesis and the mechanism that I believe causes
11  endometriosis.
12    Q.  And what kind of reaction occurs when
13  those cells are displaced and implant somewhere
14  else?
15    A.  The types of reactions are varied.
16  Sometimes you can't see a reaction at all, so you
17  just -- you're looking at the tissue and then you
18  run into an endometrial gland with stroma.  The
19  tissue surrounding it maintains its normal
20  appearance, no inflammation, no deviance from its
21  normal appearance.
22        Other times -- and this is
23  frequent -- you will be looking at tissue and find
24  the endometrial gland and endometrial stroma, and
25  there would be a fibrous reaction to it.  So let's

Page 107

1  say that you found it in the pelvic adipose tissue,
2  fatty tissue of the pelvis.  You will see adipose
3  tissue which is fat.  And then you would get to the
4  endometriotic gland and it would be surrounded by
5  fibrous tissue which doesn't belong there.
6    Q.  Is it the fibrous tissue that causes the
7  adhesions we were talking about earlier?
8    A.  It is the reaction -- the fibrotic
9  reaction to endometriosis that causes adhesions.
10    Q.  And does that endometrial tissue response
11  also occur on the ovary?
12    A.  It does.
13    Q.  You've opined that endometriosis is a
14  risk factor for endometrial carcinoma of the ovary.
15  How does it transition from endometriosis to
16  endometrioid carcinoma?
17    A.  So it's a complex series of genetic
18  anomalies.  Many, if not most endometriosis have
19  some of the same mutations that are found in
20  endometrial carcinoma.  I believe it's ARIDA1 and
21  PIC3A mutations are frequently found in
22  endometriosis.  Those are abnormal mutations that
23  are associated with cancer.
24        So we know that for whatever reason,
25  this endometrium that is retrogradely menstruated

Page 108

1  onto the pelvis acquires these mutations which are
2  not normally seen in parietal endometrium in the
3  uterus.
4        So once you start getting accumulating
5  mutations, it's -- it's very easy to understand
6  that it will progress to carcinoma.  Now, what
7  percentage of women with endometriosis develop
8  endometrioma carcinoma?  Not close to half of them.
9  But some of them do.
10    Q.  You mentioned that surgical glove
11  manufacturers stopped dusting their gloves with
12  talc decades ago because it was leaving talc inside
13  the body and causing inflammatory reactions.  Are
14  you aware that the condom industry stopped dusting
15  condoms with talc decades ago as well for much the
16  same reason?
17      MR. HEGARTY:  Objection to form.
18      THE WITNESS:  Well, they stopped dusting
19  with talc, but not for the same reason.
20  BY MR. DEARING:
21    Q.  Why do you think the condom industry
22  stopped dusting their condoms with talc?
23    A.  I have no idea.  I'm not an expert in
24  condoms.
25    Q.  Would you expect condoms to introduce

Page 109

1  talc into the female reproductive tract if they
2  were dusted with talc?
3    A.  I would not expect that to happen.
4    Q.  That because you think the talc would not
5  escape the mucosa that you described before?
6    A.  It would not go into the upper genital
7  tract.
8    Q.  If talc could somehow reach the uterus,
9  would you agree that it could be transported the
10  same way endometrial tissue can be transported, and
11  implant on the ovaries --
12      MR. HEGARTY:  Objection to form.
13  BY MR. DEARING:
14    Q.  -- to retrograde menstruation?
15    A.  No.  The ability of the female genital
16  tract to allow things into the -- into the upper
17  genital tract is extremely selective.
18    Q.  How so?
19    A.  Well, to remain as a viable species, it
20  needs to allow sperm to go up.  But --
21    Q.  But if it was extremely selective -- I'm
22  sorry.  Go ahead.  It shouldn't allow endometrial
23  tissue to go up because it's damaging.
24    A.  Well, the endometrial's already up.  It's
25  already in the cavity.

28 (Pages 106 - 109)

Page 110

1    Q.  Okay.
2    A.  There's no cervical barrier for that to
3  retrograde menstruate.
4    Q.  Okay.
5    A.  As you might be aware or not, but I'll
6  make you aware --
7    Q.  Presume I'm not.
8    A.  -- there are ten to the ninth to ten to
9  the twelfth bacteria in the vagina.  The
10  endometrium is sterile.  Why don't bacteria go into
11  the plump?  Well, it's very selective, right?  It
12  doesn't allow certain things to go up.  One of the
13  things that it doesn't allow to go up would be
14  talc.  Because hundreds of thousands of people use
15  talc, or used to use talc in their -- in their
16  perineal area, and we did not see talc granulomas
17  anywhere.
18    Q.  I think the question is how does it
19  prevent the talc from going up, or how does it
20  prevent the bacteria from going up?
21    A.  It is a wonderful biological process that
22  we can't explain.  But what we do know is it
23  doesn't happen.  I mean, you can't -- you can't say
24  that bacteria go into the endometrial cavity when
25  we know that the endometrial cavity is sterile.

Page 111

1    Q.  Well, some viruses do, don't they?
2    A.  And some bacteria occasionally do also.
3  Like gonorrhea is very good at that.  But it
4  probably doesn't go up the cervix.  It probably
5  goes around into the tissues.  So, anyway, needless
6  to say, the genital tract wouldn't survive if
7  bacteria could go up the cervix.
8    Q.  Okay.  So your opinion is talc cannot
9  migrate from the vagina to the reproductive tract,
10  but you're not sure why?
11    MR. HEGARTY:  Objection to form.
12    THE WITNESS:  Correct.  I haven't studied
13  it.  I know -- I've read many animal studies that
14  have tried to -- to get talc to go up the upper
15  genital tract, and most of them have failed, even
16  though they inject it into the fornix and even into
17  the uterus.
18  BY MR. DEARING:
19    Q.  Well, you agree there are some human
20  studies that actually show that carbon particles,
21  for example, were used that did migrate.  You may
22  take exception to how they were introduced into the
23  body, but you would agree that there are at least
24  some studies that purport to show that particles
25  can migrate to the ovaries?

Page 112

1    A.  Some --
2    MR. HEGARTY:  Objection to form.
3    THE WITNESS:  Some particles have been
4  shown to migrate.
5  BY MR. DEARING:
6    Q.  Okay.  You state in all these reports
7  that the talc found -- well, let me just ask you.
8    Isn't it true that if talc can be found in a
9  macrophage, that cannot be the product of
10  contamination?
11    A.  You are correct.
12    MR. HEGARTY:  Objection to form.
13  BY MR. DEARING:
14    Q.  I'm sorry about this.  I don't remember
15  where we landed.  Do you believe that environmental
16  factors can play a role in the development of
17  epithelial cancers?
18    MR. HEGARTY:  Objection to form.
19  BY MR. DEARING:
20    Q.  We started the conversation.  I honestly
21  don't remember where we ended up.
22    A.  Environmental factors.  I think if
23  a -- the answer is no, I don't -- I don't believe
24  environmental factors.  One of the things that I
25  was going to speculate was maybe ionizing

Page 113

1  radiation.
2    Q.  Right.
3    A.  But women are treated with radiation for
4  cervical cancer and they don't develop ovarian
5  cancer.  So it's unlikely to happen.
6    Q.  Do you agree that one of the protective
7  factors for ovarian cancer is tubal ligation?
8    A.  Yes.
9    Q.  What is your opinion as to how tubal
10  ligation is protective?  Someone opined it prevents
11  environmental exposures from transversing the
12  fallopian tubes.  But I assume you have a different
13  take?
14    MR. HEGARTY:  Objection to form.
15    THE WITNESS:  Oh, it could be many
16  reasons.  It could -- for one thing, tubal ligation
17  arrests the motility of the fallopian tube.  It
18  interferes with the motility of the fallopian tube.
19  Therefore it could -- it could possibly prevent
20  more tubal cells to enter the ovary.  That's a
21  possible mechanism.  I'm speculating now, because
22  I've not studied this.  But it doesn't have to be
23  prevention of environmental factors from getting
24  into the ovary.
25  BY MR. DEARING:

29 (Pages 110 - 113)

Page 114

1    Q.   Well, because of what you said about
2 environmental factors, you don't believe that
3 tubal ligation prevents environmental exposures
4 from -- from transversing the fallopian tubes
5 because they weren't doing that anyway; right?
6         MR. HEGARTY:  Objection.
7         THE WITNESS:  Correct.
8 BY MR. DEARING:
9    Q.   So in your opinion the reason tubal
10 ligations are protective against ovarian cancer is
11 because a tubal ligation will prevent tubal cells
12 from transversing the fallopian tube and implanting
13 on the ovary or thereabout?
14        MR. HEGARTY:  Objection to form.
15        THE WITNESS:  I speculate --
16        MR. HEGARTY:  Go ahead.
17        THE WITNESS:  I speculate that that may
18 be one of the factors, yes.
19 BY MR. DEARING:
20    Q.   Can you think of any other reason why
21 that might be protective?
22    A.   I -- I cannot.  And I have to confess I
23 haven't thought that much about it.
24    Q.   Would you agree with me that Blaustein's
25 pathology textbook, the pathology of the female

Page 115

1 genital tract, is an authoritative, reliable source
2 for female pathology issues?
3         MR. HEGARTY:  Objection to form.
4         THE WITNESS:  That's another term that
5 carries a lot of luggage, authoritative.  So I
6 think it is -- I think that it is a respected
7 source of information.  It is extremely
8 educational.  It is the book -- the textbook that I
9 prefer to use to confirm my opinions on things,
10 yes.
11 BY MR. DEARING:
12    Q.   Because there was an objection to that
13 question, let me ask it a different way.
14        What is your opinion -- I'm sorry, you
15 may just repeat yourself, but what is your opinion
16 about Blaustein's Pathology of the Female Genital
17 Tract?
18    A.   I think it is a -- an excellent,
19 comprehensive textbook that is highly respected.
20    Q.   Are there any other pathology textbooks
21 that you would defer to if you had a question and
22 you feel like you need to do a little research?
23    A.   Sure, there's one by Oliva.
24    Q.   How do you spell that?
25    A.   O-L-I-V-A, that is quite good.  Gosh, I

Page 116

1 have four or five of them sitting on my shelf.
2    Q.   What about other sources besides
3 textbooks?  Where would you go to -- to research a
4 particular issue in GYN pathology?
5    A.   I use the search engine PubMed on a daily
6 basis.
7    Q.   Any other sources specifically that you
8 would consider reliable that you would go to for
9 questions you might have?
10    A.   Not that I can think of.  I mean,
11 Blaustein's is -- is very comprehensive and -- and
12 well edited throughout the years.  So -- so I -- I
13 rely on it for most of the diagnostic issues that
14 come up that I have -- that I'm not completely
15 certain about.
16        MR. DEARING:  Okay.  It's noon.  Do you
17 guys want to keep going or take a short break for
18 lunch?
19        MR. HEGARTY:  Probably take a short
20 break.  Not for lunch, but it's time to take a
21 short break.
22        MR. DEARING:  Okay.
23        (Break taken.)
24 BY MR. DEARING:
25    Q.   Doctor, let me switch gears a little bit.

Page 117

1 Just a few more general topics, and then we'll move
2 on to specific cases.  But I want to ask you some
3 questions about asbestos.
4        Do you intend to offer any opinions
5 about asbestos and whether it can contribute to
6 cause ovarian cancer?
7         MR. HEGARTY:  Objection to form.
8         THE WITNESS:  Yes.  I intend to render
9 the opinion that asbestos does not cause epithelium
10 ovarian cancer.
11 BY MR. DEARING:
12    Q.   Do you consider yourself an expert in the
13 field of asbestos?
14    A.   I do not.  I consider myself a
15 pathologist who's experienced in neoplasms caused
16 by asbestos.
17    Q.   Have you ever published on any topics
18 associated with asbestos and the types of cancer
19 that it causes?
20    A.   I have not.
21    Q.   You agree that asbestos is a known human
22 carcinogen?
23    A.   I agree.
24    Q.   Have you ever lectured on
25 asbestos-related conditions?

30 (Pages 114 - 117)

Page 118

1    A.  I have not.
2    Q.  Have you ever diagnosed anyone with an
3 asbestos-related condition?
4    A.  Many times.
5    Q.  Have you ever diagnosed anyone with
6 peritoneal mesothelioma?
7    A.  Yes.
8    Q.  And tell me, how do you define a
9 ferruginous body?
10    A.  Ferruginous body is a microscopic
11 particle.  It is long.  When stained with
12 hematoxylin and eosin, it stains dark purple-black.
13 It has a geography to it, so usually it contains
14 wider areas interspersed with narrow areas
15 interspersed with wider areas.  So it's -- and it's
16 a long particle.
17    Q.  Does the way that a ferruginous body
18 forms depend on the morphology of the asbestos
19 fiber itself?  In other words, ferruginous bodies
20 are formed around asbestos fibers; right?
21    A.  Correct.
22    Q.  And so the shape of the ferruginous body,
23 for example, the morphology, is dependent upon the
24 shape of morphology of the asbestos fiber itself;
25 right?

Page 119

1    A.  Yes.
2    Q.  Do ferruginous bodies form wherever
3 asbestos is found in the body?
4    A.  Yes.
5    Q.  And they're called ferruginous bodies
6 because it's iron that actually forms around the
7 asbestos fiber; right?
8    A.  Correct.
9    Q.  Are ferruginous bodies birefringent?
10    A.  No.
11    Q.  Where all have you observed ferruginous
12 bodies in your career?
13    A.  Where?
14    Q.  Where, like what -- in what organs?  I
15 know the lung, obviously.
16    A.  The pleura.
17    Q.  The pleura.
18    A.  Have I seen it in lung?  I don't remember
19 if I've seen it in lung, but the pleura for sure,
20 and peritoneum.
21    Q.  So if a ferruginous body is forming in
22 the peritoneum, presumably the peritoneum had
23 asbestos exposure.  How did asbestos get into the
24 peritoneum, in your opinion?
25    A.  So -- and these are explanations that

Page 120

1 have been given to me by experts in the field.
2 Because of the shape of the asbestos fiber, it is
3 thought to be able to traverse the diaphragm and
4 reach the peritoneum.
5    Q.  What would be the source of exposure?
6    A.  Inhalation.
7    Q.  So you say someone else essentially told
8 you that.  Do you have any opinions yourself, or
9 are you just relying on what those experts told you
10 as to how it got there?
11    A.  I don't have any personal experience
12 doing research in the matter.
13    Q.  Would you expect asbestos and ovarian
14 tissue to form ferruginous bodies as well?
15    A.  Yes.
16    Q.  You said that talc found in these
17 plaintiffs' tissues must be contamination.  Is that
18 also your opinion about asbestos?  If asbestos was
19 found in the gynecologic tissue of these
20 plaintiffs, is it your opinion that that's also
21 contamination?
22        MR. HEGARTY:  Objection to form.
23        THE WITNESS:  I haven't heard of asbestos
24 being found in these tissues, so I -- I don't know
25 what I would think.

Page 121

1 BY MR. DEARING:
2    Q.  If inhaled asbestos can reach the
3 peritoneum, can it also reach the ovaries?
4        MR. HEGARTY:  Objection to form.
5        THE WITNESS:  Theoretically, yes.
6 BY MR. DEARING:
7    Q.  Hospital labs like yours are not
8 contaminated with asbestos, are they, as a general
9 rule?
10    A.  There's probably a level of environmental
11 asbestos that would be impossible to reduce to
12 zero.  That being said, it is a very, very, very
13 tiny amount.
14    Q.  Is the amount so small that it's not
15 likely to end up on a tissue block?
16        MR. HEGARTY:  Objection to form.
17 BY MR. DEARING:
18    Q.  Or in a tissue block, I should say.
19    A.  Unlikely to end up in a tissue block from
20 environmental exposure.
21    Q.  What is your opinion as to what types of
22 cancer is caused by asbestos?
23    A.  There's an increase -- obviously, the
24 number one type is mesothelioma, but there is an
25 increase in epithelial lung cancer when exposed to

31 (Pages 118 - 121)

Page 122

1  asbestos.
2      Q.  Are epithelial cells in the lung similar
3  morphologically and organically to epithelial cells
4  of the ovary?
5      A.  No, they're extremely different.
6      Q.  Okay.  You've testified that asbestos can
7  cause peritoneal carcinomas; right?
8      A.  Mesothelioma.
9      Q.  Mesothelioma.  And lung mesothelioma.
10  Can asbestos cause cancer anywhere else in the
11  body, in your opinion?
12      A.  Not that I've heard of.
13      Q.  Well, are you aware that IARC has stated
14  that asbestos can cause ovarian cancer?
15         MR. HEGARTY:  Objection to form.
16  BY MR. DEARING:
17      Q.  You know who IARC is?
18      A.  Yeah, yeah.  They are basing that on an
19  article that misclassifies ovarian tumors.
20      Q.  So you're aware they made the statement?
21      A.  Yeah.
22      Q.  You just disagree?
23      A.  I disagree with a lot of things that IARC
24  says.  I wouldn't be drinking coffee if I believed
25  IARC.

Page 123

1      Q.  We all take calculated risks.
2         Do you know why asbestos is carcinogenic,
3  in other words, how it causes cancer?
4      A.  Yes.
5      Q.  Can you enlighten me?
6      A.  Sure.  The -- it causes persistent cell
7  destruction.
8      Q.  Okay.
9      A.  Persistent cell destruction means
10  persistent increased cellular reproductive tract,
11  which means increase in mutations.
12      Q.  How does it do that?
13      A.  Physically.
14      Q.  So the morphology physically damages or
15  kills cells?
16      A.  Correct.  It punctures cells.
17      Q.  Would it have to actually damage the DNA
18  of the cell in order to cause the reproductive
19  tract problem, or just killing the cell itself is
20  encouraging more cells to be created?
21      A.  Correct, it's killing the cell, causing
22  the cells around it to replicate to cover that
23  defect.  That's what causes it.  The asbestos
24  itself does not alter DNA.
25      Q.  Does the asbestos invoke an inflammatory

Page 124

1  reaction?
2      A.  Yes.
3      Q.  Okay.  Is that also part of the
4  carcinogenesis?
5         MR. HEGARTY:  Objection to form.
6  BY MR. DEARING:
7      Q.  For example, I imagine one of the cells
8  it kills is a macrophage; right?
9      A.  Yes, it kills many macrophages.  But
10  the -- but the tissues through which it traverse
11  are mainly mesothelial lined, and that's where the
12  neoplasia really occurs.
13      Q.  So are you saying the asbestos fiber is
14  mobile, it is moving and killing cells, or that
15  cells are attracted to it and --
16      A.  No, the -- the asbestos fibers are not
17  motile, but they move due to their shape.
18      Q.  And they're just killing cells as they
19  go?
20      A.  I -- that is the accepted theory.
21      Q.  And is that true of a single asbestos
22  fiber?
23         MR. HEGARTY:  Objection to form.
24  BY MR. DEARING:
25      Q.  In other words, sometimes asbestos fibers

Page 125

1  are found in bundles.  Sometimes they're found
2  individually.  Can you differentiate whether a
3  single asbestos fiber can cause the kind of cell
4  damage you're talking about?
5      A.  It can.  But again, you're dealing with
6  statistics and probabilities, right?  So if you
7  have one fiber killing X number of cells, what are
8  the odds that a mutation will take place versus if
9  you have 10,000 asbestos fibers killing cells.  And
10  I think that's why people who have environmental
11  exposure are the ones who are at risk for these
12  tumors, whereas people like you and me who
13  undoubtedly have asbestos in our bodies, don't.
14  Because one -- one fiber just -- the probabilities
15  are stacked against it.
16      Q.  And I'm not suggesting just one fiber in
17  the body is all there was.  I'm just saying an
18  individual fiber.  There may be millions of them.
19  But an individual fiber as it travels is doing this
20  kind of cell damage that you're describing?
21      A.  Yes.
22      Q.  Okay.  Is there anything about the
23  chemical composition of asbestos that's
24  carcinogenic, or is it just morphology, or do we
25  know?

32 (Pages 122 - 125)

Page 126

1    A.   As far as I know, it's only the
2  morphology.
3    Q.   So you mentioned that IARC got it wrong
4  because of a misclassification.  Can you explain
5  what you mean by that?
6    A.   Yeah.  The study that found that asbestos
7  caused epithelial ovarian cancer did not -- did
8  not -- they got their information mainly from
9  cancer registry.  So they didn't review those
10  tumors.  I believe years later they did a
11  retrospective analysis of those tumors with
12  immunochemistry and found that most of them were
13  mesotheliomas.
14    Q.   Of the ovary?
15    A.   Yes.
16    Q.   Okay.  How do you distinguish a
17  mesothelioma of the ovary as opposed to an
18  epithelial ovarian cancer?
19    A.   So in some instances you can do it with
20  morphology alone, but in some instances you
21  actually have to use immunohistochemistry which was
22  not available when they published that article.
23    Q.   Would your typical hospital pathologist
24  or community pathologist looking at surgical slides
25  immediately be able to differentiate between an

Page 127

1  ovarian mesothelioma and ovarian carcinoma?
2    A.   Like I said, in some instances it's quite
3  easy.  So in the -- in the spindle mesotheliomas,
4  you don't see that kind of morphology in ovarian
5  cancer, but in the papillary mesotheliomas they can
6  look very similar to serous carcinomas, in which
7  case you would do immunohistochemistry.
8         Immunohistochemistry today is
9  available to pathologists in all hospitals and
10  labs.  And, gosh, I don't -- I would say probably
11  99 percent of ovarian carcinomas have a -- undergo
12  an extensive panel of immunohistochemistry.
13    Q.   So serous carcinoma makes up what,
14  probably 80 percent of ovarian cancers that are
15  diagnosed?
16    A.   70 is the number that I rely on.
17    Q.   And then a high percentage of that
18  70 percent are papillary serous carcinomas; right?
19    A.   You know, they've stopped classifying
20  them as papillary versus nonpapillary.
21    Q.   Well, I was just asking because if
22  a pathologist -- a surgical pathologist is looking
23  at papillary series --  papillary serous carcinoma,
24  is it possible that they will misdiagnose that when
25  it might really be a papillary mesothelioma in the

Page 128

1  ovary?
2         MR. HEGARTY:  Object to the form.
3         THE WITNESS:  It's very possible, yes.
4  BY MR. DEARING:
5    Q.   Since you're an anatomic pathologist, can
6  you walk me through anatomically how inhaled
7  asbestos fibers could reach the peritoneum and
8  potentially the ovary?
9    A.   So we know that it reaches -- it
10  penetrates and passes through the tissue because it
11  has to for inhaled asbestos to reach the pleura.
12    Q.   Okay.
13    A.   Most mesotheliomas of the chest occur in
14  the parietal pleura, which is the chest wall side
15  rather than the lung side.  You can get
16  mesothelioma starting on the lung side, but most
17  are actually parietal pleura.  So it has to go into
18  the bronchus, to the air sacs of the lung.  Once
19  it's in the air sacs of the lung, it has to move
20  out of the lung through the visceral pleura, which
21  is the lining that covers the lung, and go to the
22  parietal pleura, which covers the chest wall.  So
23  we know it can do that.
24         And in industrial exposures sometimes
25  very easy to find ferruginous bodies in the

Page 129

1  parietal pleura.  Similarly, it can leave the lung,
2  traverse the diaphragm, and enter the peritoneal
3  cavity.
4    Q.   So it's not traveling through lymphatic
5  space, it's piercing tissue and going through
6  tissue itself?
7    A.   That is the theory, yes.
8    Q.   Well, could it also travel through
9  lymphatic channels?
10         MR. HEGARTY:  Objection to form.
11         THE WITNESS:  Yeah, I -- I don't think it
12  could because of its shape.  It would get stuck a
13  lot.
14  BY MR. DEARING:
15    Q.   I know I've bounced around this next
16  topic a little bit.  I'm sorry, I need to put it in
17  a more organized way, so I'm just going to ask you
18  some questions.
19         It's true that you don't consider
20  yourself an expert in the field of SEM EDX; right?
21    A.   Right.
22    Q.   And you also don't consider yourself an
23  expert in the field of transmission of electron
24  microscopy and EDX; correct?
25    A.   Correct.

33 (Pages 126 - 129)

Page 130

1    Q.  And I think you said also you don't
2  consider yourself an expert in Raman spectroscopy?
3    A.  Correct again.
4    Q.  And you have no training in any of those
5  three microscopy techniques?
6    A.  I have training in transmission
7  electromicroscopy as part of diagnosing tumors.
8  Haven't used it in decades.
9    Q.  I've been told it's changed some over the
10  decades.  It's improved.
11       MR. HEGARTY:  Objection to form.
12       THE WITNESS:  TEM -- TEM hasn't changed
13  that much.  My renal pathologist uses it every day.
14  BY MR. DEARING:
15    Q.  In every report you address
16  Dr. Godleski's findings.  And to be clear, it's not
17  your testimony that he did not identify talc
18  properly; right?
19    A.  Correct.
20       MR. HEGARTY:  Objection to form.
21  BY MR. DEARING:
22    Q.  That was a double negative.  You're not
23  testifying or opining that he misidentified
24  particles as talc; correct?
25       MR. HEGARTY:  Objection, form.

Page 131

1       THE WITNESS:  I am not.
2  BY MR. DEARING:
3    Q.  The same would apply to asbestos.  If he
4  identified asbestos, you're not challenging that
5  identification, are you?
6       MR. HEGARTY:  Objection, form.
7       THE WITNESS:  I would not challenge it.
8  BY MR. DEARING:
9    Q.  The Medical College of Wisconsin and its
10  affiliated hospitals and labs, they have scanning
11  electron microscopy capability; right?
12    A.  Yes.
13    Q.  And I think you just said you also use
14  TEM in these facilities; right?
15    A.  Yes.
16    Q.  And they have highly skilled, qualified
17  microscopists to operate them?
18    A.  Yes.
19    Q.  And you didn't consult with any other
20  microscopists or pathologists about any of the
21  tissue that you reviewed in these cases; right?
22    A.  I have not.
23    Q.  Okay.  Let's start looking at some
24  specific reports.  If we can, let's start with
25  Brandi Carl.

Page 132

1       MR. DEARING:  And I e-mailed Susan the
2  list, the order.
3       MR. HEGARTY:  Yeah.
4       MR. DEARING:  I'm not married --
5       MR. HEGARTY:  We have it.  Yeah, you
6  don't have to be married to that order.  You can go
7  in whatever order you want.
8       MR. DEARING:  I was going to say, if you
9  wanted a specific order --
10       MR. HEGARTY:  No, that's fine.
11       MR. DEARING:  All right.  Let's start
12  with Brandi Carl then.
13  BY MR. DEARING:
14    Q.  First of all, does your report contain
15  all of your opinions that you intend to offer in
16  this case?
17    A.  Unless asked something that would -- that
18  would prompt my -- an opinion that is -- that I
19  haven't thought of, yes, it contains my opinions.
20    Q.  Are there any other materials that are
21  not listed on your reference list that you're
22  relying on for your opinions in this matter?
23    A.  No.
24    Q.  What did Johnson & Johnson lawyers ask
25  you to do in this case?

Page 133

1    A.  They asked me to look at the pathology of
2  Ms. Carl's tumor and see if there was any evidence
3  that there was talc present in her tissues that
4  could have influenced the genesis of this tumor.
5    Q.  In your opinion, did Ms. Carl's
6  cancer -- strike that.
7       In your opinion, was Mrs. Carl's
8  cancer properly diagnosed by her treating
9  pathologist?
10    A.  Yes.
11    Q.  Do you disagree with any of the
12  statements or opinions of Ms. Carl's treating
13  pathologist?
14       MR. HEGARTY:  Objection.
15  BY MR. DEARING:
16    Q.  Incidentally, I have all the pathology
17  reports with me if you need to look at any of them.
18    A.  Yes, I did not believe that
19  Ms. Carl's -- Ms. Carl had invasive implants.  I
20  thought her implants were noninvasive.
21    Q.  What's the basis of your opinion?
22    A.  The morphology of the implants.
23    Q.  That's something you actually observed on
24  the slides?
25    A.  Yes.

34 (Pages 130 - 133)

Page 134

1    Q.  Is there anything else -- any other
2  pathology opinions that you disagree with?
3    A.  Yes.  I disagreed with microinvasion.  I
4  thought it was just a serous borderline.
5    Q.  Okay.  Incidentally, what's the
6  difference between micropapillary serous borderline
7  and papillary serous?
8    A.  There's an important distinction.
9  Micropapillary refers to a very specific
10  morphologic trait where instead of the tumor having
11  hierarchal branching, meaning thicker papillae
12  leading to thinner papillae, the micropapillary
13  borderlines contain mainly the same size papillae.
14  And these papillae, instead of having just a single
15  or a few layers of cells, contain very, very tall
16  accumulations of epithelium.
17        This morphologic appearance correlates
18  with invasive implants in the peritoneum.  It's not
19  necessary sequela of the micropapillary, but more
20  the percentage of micropapillary tumors with
21  invasive implants is much, much higher than that of
22  a serous borderline papillary tumor.
23    Q.  It's your opinion that she had a serous
24  borderline tumor that was not invasive; is that
25  right?

Page 135

1    A.  Correct.
2    Q.  Is there any clinical significance to
3  that distinction with regard to treatment or
4  outcomes?
5    A.  Yes.  Microinvasive borderlines have the
6  same prognosis as borderline tumors.  They would
7  not be -- should not be treated differently.
8  Invasive implants, on the other hand, change the
9  therapy for the patient.
10    Q.  So invasive borderline tumors, do they
11  require more aggressive treatment?
12    A.  So you -- you said invasive.  I used the
13  term microinvasive, which is what the pathologist
14  called it.
15    Q.  Okay.
16    A.  Microinvasive borderlines do not require
17  additional therapy.
18    Q.  Okay.  So is there any clinical
19  distinction between serous borderline and
20  microinvasive serous borderline?
21    A.  There is a distinction in that the
22  microinvasive is actually invading.  But that
23  invasion, if it's smaller than, I think it's two
24  millimeters, does not alter the prognosis of the
25  patient, therefore does not require therapy.

Page 136

1    Q.  Okay.  So the purpose of you making that
2  distinction is just you observed it differently, is
3  that all?
4    A.  Correct.
5    Q.  Okay.  Are you saying that it -- well,
6  let me just ask you.  Do you think that she
7  received proper care and treatment?
8    A.  So she received Taxol copper
9  platinum, likely because of the invasive implants.
10  She -- you can offer an advanced stage serous
11  borderline tumor without invasive implants
12  chemotherapy, but some people would actually
13  observe instead of treat.  But she received
14  accepted treatment for her tumor.
15    Q.  Very delicately stated.
16    A.  I would not be able to say that was
17  wrong.
18    Q.  I understand.
19    A.  It's not.  Because some oncologists will
20  treat.  Some oncologists will observe.
21    Q.  So the only practical distinction between
22  your diagnosis and the treating pathologist's is if
23  it is invasive, then Taxol copper platinum may be
24  the proper course.  If it's not invasive, then it
25  may be something you just remove and observe?

Page 137

1    A.  Or give chemo to.  So we're talking about
2  not the tumor itself, but the implants.
3    Q.  Okay.
4    A.  Okay.  If a pathologist -- if I diagnose
5  somebody with invasive implants, I would say that
6  95 to 99 percent of oncologists would give
7  chemotherapy.  If I diagnose somebody with
8  noninvasive implants, I would say maybe half of the
9  oncologists would watch.
10    Q.  Okay.
11    A.  So -- but again, both are accepted ways
12  of managing your patient.
13    Q.  Is there anything else -- any other
14  pathological opinions that you disagree with?
15    A.  No.
16    Q.  What is your understanding of Ms. Carl's
17  usage of Johnson's baby powder or talcum powder
18  products, or do you know?
19    A.  I don't remember.
20    Q.  Do you think that's information you had
21  at one time, or is that not relevant to your
22  opinions?
23    A.  It's not relevant to my opinion.
24    Q.  Did you make any new slides from
25  Ms. Carl's tissue, or did you review surgical

35 (Pages 134 - 137)

Page 138

1  slides that already existed?
2      A.  I reviewed surgical slides that already
3  existed.
4      Q.  And did you study the tissue blocks that
5  were made in her case?
6      A.  I did not.
7      Q.  Did the lawyers even send you the tissue
8  blocks in this case?
9      A.  No.
10     Q.  Did you request to see them?
11     A.  No.
12     Q.  I guess, let me just ask you across the
13 board.  Did they send you tissue blocks in any of
14 these cases, any of these seven?  And if you
15 prefer, I'll ask you for each one, but --
16     A.  No, no, no.  I'm just trying to think.  I
17 did not receive tissue blocks on any of these
18 cases.
19     Q.  Okay.  Did you request tissue blocks?
20     A.  I did not.
21     Q.  Is that because you didn't think you
22 would find anything useful in the tissue blocks?
23     A.  Correct.  I'm a firm believer that the
24 representative section adequately allows me to
25 diagnose the conditions that the patient has.

Page 139

1      Q.  You would agree with me, wouldn't you,
2  that Dr. Godleski provided to the Johnson & Johnson
3  lawyers, and presumably to you, the precise
4  locations of particles that he identified in tissue
5  blocks; right?
6          MR. HEGARTY:  Objection to form.
7  BY MR. DEARING:
8      Q.  And told you what blocks they came from,
9  obviously?
10     A.  Yes, he provided the blocks where it came
11 from.
12     Q.  And also in the data that he provided
13 showed the exact coordinates of where those
14 particles were located, right, by SEM?
15     A.  I was actually unaware of that.
16     Q.  Okay.  Well, assuming that he provided
17 the coordinates and the blocks, isn't it true that
18 you could have asked colleagues in the SEM
19 department here to look at the same blocks and look
20 at the exact same particles that Dr. Godleski
21 looked at?
22     A.  But I wouldn't need to do that.
23     Q.  Right.  I know you felt like you didn't
24 need to, but you could have done that, couldn't
25 you, if you wanted to?

Page 140

1      A.  For what purpose?
2      Q.  Whatever purpose you wanted.  I'm just
3  asking if it could be done.
4      A.  It could be done, yeah, sure.
5      Q.  Okay.  Looking specifically at your
6  report -- let me just ask you.  Can you estimate
7  about how many different cases you've reviewed for
8  Johnson & Johnson -- or for the lawyers for Johnson
9  & Johnson over the past --
10     A.  Twelve years.
11     Q.  -- twelve years since you got involved in
12 this litigation?
13     A.  I would say in the neighborhood of 30.
14     Q.  I can identify probably 15 off the top of
15 my head that actually went to trial or -- actually,
16 more than that.  Well, 30 is your number, you
17 think?
18     A.  About, yeah.  I mean, it's an estimate.
19     Q.  You state in here in the first paragraph
20 of your report, and first paragraph of every
21 report, one of the things that you looked at is
22 whether there's histologic evidence supporting
23 internal exposure to talc-based body powder.  And
24 then later on you say there is not.
25          Isn't it true that you have never once

Page 141

1  said that there is histologic evidence supporting
2  internal exposure to talcum-based baby powder in
3  any of the cases that you've looked at for the
4  lawyers for Johnson & Johnson?
5      A.  There's no evidence for it being talc;
6  correct.  There are, I believe, two cases in this
7  group where I see particles and macrophages in
8  lymph nodes.
9      Q.  What is the mean age of women with serous
10 borderline tumors?  I know the mean age for serous
11 carcinomas, for high-grade serous, is 65 or so, but
12 I didn't see -- and maybe there isn't one.
13     A.  It's two decades earlier in life.  So
14 it's in the fifth decade of life.
15     Q.  So women in their 50s typically?
16     A.  Women in their 40s.
17     Q.  In their 40s.
18     A.  Yeah.
19     Q.  There seems to be about a 20-year
20 disparity between high-grade serous carcinoma, the
21 mean age of women at 65, and low-grade serous
22 carcinoma, age 43.  What's the explanation for the
23 disparity?
24     A.  They're two different, entirely
25 different, tumor processes.  And I don't know -- I

36 (Pages 138 - 141)

Page 142

1 don't think anybody knows why the high-grade serous
2 carcinoma doesn't happen earlier. But certainly
3 neoplasms are different enough to not be
4 surprising -- for it not to be surprising that they
5 differ in many aspects.
6    Q. What is it about low-grade serous
7 carcinomas that cause them to be found in much
8 younger women.
9    A. That they occur sooner.
10    Q. Well, I know. But why are they occurring
11 sooner than high-grade serous?
12    A. It likely has to do with the mutations
13 that they develop that -- that manifest themselves
14 earlier in life.
15    Q. In your high-grade serous carcinoma
16 paragraph, you don't mention STIC lesions. Is it
17 your opinion that most serous carcinomas began in
18 the fallopian tube, or is that an outdated theory?
19      MR. HEGARTY: Objection to form.
20 BY MR. DEARING:
21    Q. Or you just disagree with it?
22    A. I am in the camp that believes that most
23 ovarian carcinomas occur -- start in the ovary from
24 fallopian tube epithelium.
25    Q. Okay. That's different than a STIC

Page 143

1 lesion; right?
2    A. It is different than a STIC lesion.
3    Q. It's S-T-I-C.
4      In your opinion, what is the
5 carcinogenesis of serous borderline tumors? In
6 other words, how are they formed?
7    A. They form after serous cells within the
8 ovary undergo several types of mutations, and those
9 would be BRAF and KRAS mutations.
10    Q. Any idea what causes those mutations?
11    A. Likely just mismatch repair gene
12 deficiencies.
13    Q. You say in the second paragraph on
14 page 4, "Like most cancers, ovarian cancers develop
15 as a result of genetic mutations, whether inherited
16 or acquired. To date, old age, family history of
17 ovarian or breast cancer, and inherited mutations
18 in known cancer susceptibility genes, are the
19 strongest risk factors associated with the
20 development of ovarian cancer."
21      When you say family history of ovarian
22 and breast cancer, you're referring to first-degree
23 relatives; correct?
24    A. First and second.
25    Q. Oh, you're including second-degree?

Page 144

1    A. Yeah.
2    Q. Then you say -- well, in that first
3 sentence you said, "Like most cancers, ovarian
4 cancers develop as a result of genetic mutations
5 whether inherited or acquired." By acquired, are
6 you referring to sporadic mutations?
7    A. Yes.
8    Q. You're not including environmental
9 exposure in acquired mutations; is that right?
10    A. I am not.
11    Q. You discuss later on on that page
12 Ms. Carl's family history. And you state that
13 Ms. Carl's family history includes a maternal
14 grandmother with lung and/or pancreatic cancer, and
15 a maternal grandfather with stomach or esophageal
16 cancer. You would agree with me that neither of
17 those cancers likely contributed to Ms. Carl's
18 ovarian cancer; correct?
19    A. I do agree with you.
20    Q. To state it another way, neither of those
21 cancers of her relatives increase her risk of
22 getting ovarian cancer; correct?
23    A. Correct.
24    Q. You state her medical history is
25 significant for nulliparity, infertility, pelvic

Page 145

1 endometriosis and obesity. Would you agree with me
2 that none of those medical findings likely
3 contributed to her serous borderline tumor?
4    A. I don't agree with you. So parity
5 influences ovarian cancer.
6    Q. Okay. So the fact that she had no
7 children put her at a higher risk of this
8 borderline tumor.
9    A. At a slightly higher risk, yes.
10    Q. And do you know what that relative higher
11 risk is?
12    A. Not off the top of my head.
13    Q. Would you agree that infertility, pelvic
14 endometriosis, and obesity, did not likely
15 contribute to her ovarian cancer?
16    A. Yes, I agree.
17    Q. The next sentence says, "Genetic
18 counseling and testing to determine potential
19 hereditary factors contributing to Ms. Carl's
20 development of serous borderline tumor was
21 recommended but not done." I couldn't find where
22 that was recommended. Do you know who recommended
23 that she get genetic testing?
24    A. One of her treating physicians.
25    Q. Because my understanding was her treating

37 (Pages 142 - 145)

Page 146

1 physician said because it was a borderline tumor,
2 he wasn't going to recommend testing.
3        MR. HEGARTY: Objection to form.
4        THE WITNESS: Yeah, it was one of her
5 treating clinicians.
6 BY MR. DEARING:
7    Q.  You don't remember which one?
8    A.  I don't.
9    Q.  Okay.  I couldn't tell from those cites
10 which one.  Anyway.  As you sit here now, you don't
11 know who made that recommendation?
12    A.  I don't remember, no.
13    Q.  The next section is your examination of
14 the pathology slides section.  And you state that,
15 "My review of the slides reveals that Ms. Carl's
16 tumor is a serous borderline tumor with
17 micropapillary features and noninvasive
18 desmoplastic and nondesmoplastic implants."
19        I have to admit, I have not seen that
20 term before.  What is desmoplastic and
21 nondesmoplastic?
22    A.  So desmoplasia is the reaction of the
23 tissue around the implant.  And it is a fibrous
24 reaction.  A lot of extracellular collagen.  The
25 importance of that is that invasion -- I'm

Page 147

1 sorry -- desmoplasia is something that occurs when
2 some tumors invade.
3    Q.  Okay.
4    A.  Which is likely what made the treating
5 pathologist believe that it was an invasive
6 implant.  But desmoplastic implants are well
7 described in the literature, and there are
8 morphologic features that separate it from invasive
9 implants.
10    Q.  Are desmoplastic and nondesmoplastic
11 findings related to inflammation at all?
12    A.  No.
13    Q.  You state she had non-invasive
14 desmoplastic implants, and that her tumor was
15 disseminated at the time of the surgery.  Are these
16 observations made from your review of slides or
17 review of the path report, or both?
18    A.  They are strictly made from my review of
19 the slides.
20    Q.  The end of the first full paragraph on
21 page 5 is a statement that you actually say in all
22 of these reports.  It says, "As expected, such
23 particles are rarely encountered in some of
24 Ms. Carl's pathology slides, but these particles
25 are not confirmed to be talc and are not

Page 148

1 demonstrably in the plane of or associated with
2 tissue, and uniformly lack the expected tissue
3 reaction that would corroborate a true foreign body
4 exposure."
5        You say, "As expected such particles
6 are rarely encountered in some of Ms. Carl's
7 pathology slides."  For some reason that statement
8 doesn't make sense to me.  Can you explain that?
9 Are you saying it is rarely encountered?
10    A.  That means that there's not a lot of
11 them.
12    Q.  Okay.  Well, if talc is ubiquitous in the
13 tissue processing -- I'm sorry.  If talc is
14 ubiquitous in the labs and in tissue processing,
15 wouldn't you expect to see talc on every
16 histological slide?
17    A.  You pretty much see them on most
18 histological slides when you look for them.
19    Q.  So that's not really rarely encountered.
20 That's frequently encountered; right?
21    A.  Well, it's rarely encountered on a single
22 slide.
23    Q.  Meaning?
24    A.  There's not a lot of particles per
25 slides.

Page 149

1    Q.  Okay.  Meaning only a few particles per
2 slide?
3    A.  Correct.
4    Q.  But you would likely find them on almost
5 every slide, is what you're saying?
6    A.  Correct.
7    Q.  Okay.  Just didn't understand that part
8 there.
9        In the first footnote on page 5 you
10 mention the pleurodesis.  You say, "This property
11 of talc is why it has been used for decades to
12 obliterate the pleural space in patients with
13 recurrent pleural effusions."
14        Would you agree with me that
15 pharmaceutical grade talc is what's used in talc
16 pleurodesis procedures?
17    A.  I believe so, yes.
18    Q.  Or medical grade?
19    A.  I believe so.
20    Q.  And do you understand that there's a
21 difference between pharmaceutical or medical grade
22 talc and cosmetic grade talc?
23    A.  Yes.
24        MR. HEGARTY: Objection to form.
25        THE WITNESS: There are differences

38 (Pages 146 - 149)

Page 150

1 between the two.
2 BY MR. DEARING:
3    Q.  One of those differences would be the
4 size of the talc particles; right?
5    A.  Yes, the mean size of pharmaceutical
6 grade talc is larger than the mean size of cosmetic
7 talc, but there's overlap.
8    Q.  Exactly.  And the reason you want to use
9 larger talc particles in talc pleurodesis is you're
10 trying to invoke that inflammatory reaction that
11 includes the granulomas and the giant cells, right,
12 to fill the pleural space.  So the larger the talc,
13 the more of the inflammatory -- or the greater the
14 inflammatory response; correct?
15        MR. HEGARTY:  Objection to form.
16        THE WITNESS:  I'm not certain that that
17 is correct, because cosmetic talc does elicit a
18 foreign body reaction, including granulomatous
19 inflammation.
20 BY MR. DEARING:
21    Q.  But you know cosmetic talc also elicits a
22 lesser inflammatory reaction like a macrophage
23 reaction; right?
24        MR. HEGARTY:  Objection to form.
25        THE WITNESS:  Yes.  So the cosmetic talc

Page 151

1 ranges in size from slightly over a micron to up to
2 30 microns.  Anything under five will more likely
3 be phagocytized by a macrophage.  Anything over
4 five will form a granulomatous reaction.
5 BY MR. DEARING:
6    Q.  Okay.  Of course presumably, medical
7 grade talc or pharmaceutical grade talc doesn't
8 contain asbestos; right?
9        MR. HEGARTY:  Objection to form.
10        THE WITNESS:  Does not contain
11 significant amount of asbestos; correct.
12 BY MR. DEARING:
13    Q.  And would you describe the inflammatory
14 reaction in the pleurodesis procedure as an acute
15 reaction as opposed to a chronic reaction or acute
16 inflammation versus chronic inflammation?
17    A.  No, it does not cause acute inflammation.
18    Q.  Okay.  How would you describe the
19 inflammation it causes?
20    A.  It causes foreign body granulomatous
21 reaction.
22    Q.  Is it an ongoing reaction, or once the
23 pleural spaces are filled -- well, let me ask you.
24 Does the degree of reaction depend on the amount of
25 talc injected into the -- or the talc slurry

Page 152

1 injected into the space?
2    A.  Yes, it would.  Obviously there's enough
3 talc to obliterate the entire pleural space, so
4 it's -- if there -- if you just put in a couple of
5 droplets, it wouldn't obliterate the space.
6    Q.  And my point of asking is once the space
7 is obliterated, the inflammation curtails; right?
8    A.  No, the inflammation remains static, and
9 it remains static for pretty much the lifetime of
10 the patient.
11    Q.  And most of those patients that get the
12 pleurodesis procedure are already in end stage of
13 disease; right?
14        MR. HEGARTY:  Objection to form.
15        THE WITNESS:  That's -- that is -- I
16 don't have the statistics, but a very common reason
17 to perform pleurodesis are pulmonary blebs from
18 patients with emphysema.  And those patients are
19 not end stage at all.  And there's publications
20 with follow-up of over 20 years on some of these
21 patients.
22 BY MR. DEARING:
23    Q.  Well, some of them aren't.  But would you
24 agree most of the patients that undergo pleurodesis
25 are end stage disease?

Page 153

1        MR. HEGARTY:  Objection to form.
2        THE WITNESS:  I don't know the answer
3 to that question.  I don't know how many are
4 for -- for malignant infusions versus how many are
5 for pulmonary blebs.
6 BY MR. DEARING:
7    Q.  Since your specialty is gynecologic
8 pathology, do you have a lot of personal experience
9 with pleurodesis in pulmonary pathology?
10    A.  I've ran -- I've run into, it's either
11 three or four cases in which I performed an autopsy
12 on a patient who had undergone pleurodesis.
13    Q.  And that -- that experience with those
14 three or four patients, is that what you're relying
15 on for your opinions about the -- whether the
16 inflammatory reaction is acute or chronic or -- or
17 granulomatous?
18        MR. HEGARTY:  Objection to form.
19        THE WITNESS:  So I rely on the literature
20 as well.  The literature -- nowhere in the
21 literature does it state that you get acute
22 inflammation when you -- when you expose body
23 tissues to talc.  And the literature does state
24 that when granulomas are seen many years after the
25 formation of -- of the granulomatous reaction

39 (Pages 150 - 153)

Page 154

1  which --
2  BY MR. DEARING:
3    Q.  But I'm referring to pleurodesis right
4  now.
5    A.  Yes.
6    Q.  Okay.
7    A.  So both the literature and my experience
8  is that the granulomas are long term.
9    Q.  Isn't it true that most patients who
10  undergo talc pleurodesis already have some type of
11  cancer?
12      MR. HEGARTY:  Objection, asked and
13  answered.
14  BY MR. DEARING:
15    Q.  No, I said end stage disease before.
16  This is a little different.
17    A.  So I -- anybody who has a malignant
18  infusion is close -- very close to being end stage.
19      But to answer that question, again, I
20  don't know the percentage of cases that undergo
21  talc pleurodesis who are malignant.  It could be
22  more than 50 percent.  It could be less than
23  50 percent.  I just don't know.
24    Q.  Okay.  Incidentally, while we're talking
25  about particle sizes, surgical gloves were dusted

Page 155

1  with industrial grade talc; right?
2    A.  I don't know.
3      MR. HEGARTY:  Objection.
4      THE WITNESS:  I don't know the answer to
5  that question.
6  BY MR. DEARING:
7    Q.  Okay.  At the bottom of page 6 of this
8  report you state that the talc use and ovarian
9  cancer might be coincidental.  And you say, for
10  example, if the precursor lesions of ovarian cancer
11  caused perineal itching, women might use talc in an
12  attempt to soothe the discomfort.
13      What precursor lesions to ovarian
14  cancer might cause itching?  What are you talking
15  about?
16    A.  The earlier forms of -- of cell change
17  that don't acquire the final mutation that causes
18  it to be cancer.
19    Q.  That causes itching sometimes?
20    A.  It is clearly speculative here.
21    Q.  Okay.
22    A.  I'm just saying as an example, a
23  hypothetical.
24    Q.  I didn't know if that was something that
25  you encountered in your practice.

Page 156

1    A.  No.
2    Q.  That's why I was asking.
3    A.  No.
4    Q.  I'm sorry that wasn't very clear.  So
5  this hypothetical of perineal itching as a
6  precursor that leads to ovarian cancer, that's not
7  anything you've actually experienced in your
8  clinical practice; right?
9    A.  Correct.  It's a hypothetical.
10    Q.  At the top of page 7, you mention
11  Dr. Wolf and her opinions.
12    A.  Yes.
13    Q.  And you state, "When evaluating cohort
14  studies, there is no association between talc use
15  and the development of ovarian cancer."  And you
16  cite O'Brien 2020.
17      Would your opinions about talc and
18  ovarian cancer be different if there was a cohort
19  study that showed an association between talc use
20  and development of ovarian cancer?
21    A.  No.
22      MR. HEGARTY:  Objection to form.  Calls
23  for speculation.
24  BY MR. DEARING:
25    Q.  So your opinions about talc and ovarian

Page 157

1  cancer are independent of the epidemiology studies;
2  right?
3      MR. HEGARTY:  Objection to form.
4      THE WITNESS:  Correct.
5  BY MR. DEARING:
6    Q.  Further down in that paragraph you state,
7  "The absence of foreign body responses to tens of
8  thousands of ovaries examined by me and numerous
9  other gynecologic pathologist colleagues, despite
10  the common use of perineal talc, is evidence that
11  perineal talc does not reach the ovaries in any
12  clinically significant quantity."  What do you mean
13  by "clinically significant quantity"?
14    A.  A quantity that would cause a reaction of
15  the body to it.
16    Q.  Okay.  So you don't seem to be saying
17  that perineal talc application cannot reach the
18  ovaries at all.  You're saying it cannot reach the
19  ovaries in any clinically significant quantity;
20  right?
21      MR. HEGARTY:  Objection, form.
22  BY MR. DEARING:
23    Q.  In other words, are you saying some
24  particles might get there?
25    A.  Anything is possible.  If it -- if any

40 (Pages 154 - 157)

Page 158

1 particle of talc gets there, it doesn't do
2 anything.
3      Q.   Okay.  You state in the next paragraph,
4 where you are discussing Dr. Godleski's findings,
5 you state, in the next to the last sentence in that
6 paragraph that it's important to note that the
7 particle, which is at least 350 microns in its
8 largest dimension, is not contained within a
9 macrophage.  Is that a typo, or did you mean to say
10 350 microns?
11      A.   No, that's not a typo.
12      Q.   Okay.  Well, you wouldn't expect to find
13 a 350 micron particle in a macrophage, would you?
14      A.   You would not.  But then I go on in that
15 sentence to say that -- or otherwise associated
16 with a foreign body reaction.
17      Q.   You've stated in this report and in
18 previous testimony that talc found by
19 Dr. Godleski is most likely contamination that
20 occurs during the tissue process -- tissue
21 paraffination -- paraf -- am I saying that right?
22      A.   Just say processing.
23      Q.   When tissue is being processed.  That was
24 a horrible -- I'm going to start that over.
25           You've stated in your report, you've

Page 159

1 testified that the talc found by Dr. Godleski is
2 most likely to be the product of lab contamination
3 that occurred during tissue processing.
4           Part of that process is the tissue
5 being dehydrated and then paraffinized.  How does
6 talc infiltrate that process?  In other words,
7 where does the talc contamination occur during that
8 process that would result in talc actually being in
9 the corpus of the tissue?
10      A.   Sure.  So when -- when the tissue is
11 dehydrated with serial dilutions of alcohol, and
12 then the alcohol is removed by using an organic
13 solvent, xylene, the membranes of the cells become
14 permeable and allow the passage of paraffin.  We
15 know that paraffin is contaminated with particles.
16 Commercial paraffin contains numerous particles,
17 including talc.
18      Q.   Is that published somewhere?  I mean, how
19 do you know that?
20      A.   It's in the product inserts.
21      Q.   Okay.
22      A.   So when the tissue goes from xylene to
23 xylene plus paraffin, you basically can permeate
24 the entire thing with particles.
25      Q.   Okay.  One of the things you provided

Page 160

1 with your reports is your litigation history over
2 the preceding four years.  And would you say that
3 those four years would be consistent with the
4 average of years that you've testified over the
5 past 20 years?
6      A.   It's changed somewhat.
7      Q.   How about just in the past twelve years,
8 are you -- is your annual litigation work about the
9 same?
10      A.   Very similar, yes.
11      Q.   With an exception for the COVID year
12 but -- okay.
13      (Exhibit 4 marked for identification.)
14 BY MR. DEARING:
15      Q.   I'm showing you what I'm marking as
16 Exhibit Number 4, which are the invoices that I
17 received pertaining to Ms. Carl's case.
18           And do these accurately reflect the
19 amount of time and income you have received from
20 your work on the Carl case as best as you and your
21 wife can recall?
22      A.   Yes, up to February of 2024.
23      Q.   Okay.  Does any of the income you earned
24 in this litigation go to the Medical College of
25 Wisconsin?

Page 161

1      A.   No.
2      Q.   Does it go to anyone other than you?
3      A.   Well, I have a corporation.
4      Q.   Okay.
5      A.   And it would -- with which I pay
6 employees.
7      Q.   Okay.  I'm not aware of that.  Can you
8 tell me about that?  What's the name of your
9 corporation?
10      A.   It's called Women's Pathology Services,
11 LLC.
12      Q.   What is the business of that corporation?
13      A.   It is -- it handles all of my medicolegal
14 work as well as pharmaceutical trials.  I think
15 that's basically it.
16      Q.   So the income derived from litigation
17 goes -- is paid to the corporation.  And then does
18 the corporation pay you a salary, or how does that
19 work?
20      A.   Correct, yes, it does.  I take it as
21 income.
22      Q.   Okay.  Is your wife an employee of the
23 corporation?
24      A.   Yes.
25      Q.   Do you have other employees?

41 (Pages 158 - 161)

Page 162

1    A.  My daughters work -- work for me
2  sometimes.
3    Q.  Are they pathologists?
4    A.  No.
5    Q.  What kind of work do they do for you?
6    A.  They -- they will sometimes summarize
7  records for me.  One of my daughters is a nurse.
8  She's very adept at going through medical records.
9    Q.  Did your daughters do any work in these
10  seven cases?
11    A.  I don't think so.  Most of the work that
12  they do is on birth injury.
13    Q.  How much do you think Johnson & Johnson
14  or their lawyers have paid you for your litigation
15  work since you started twelve or so years ago?
16    A.  It's possibly in the neighborhood of
17  getting close to a million dollars.
18    Q.  And any idea about how much of
19  outstanding work exists that you haven't been paid
20  for?  In other words, about how much do they owe
21  you now that you haven't invoiced for?
22    A.  Oh, I have no idea.  Yeah, I --
23    Q.  I assume you plan to invoice them for the
24  work in these seven cases that you haven't billed
25  them for yet?

Page 163

1    A.  Yes, I do plan on doing that.
2    MR. DEARING:  Mark, I would just request
3  that we get provided with those invoices should
4  they ever be made.
5    MR. HEGARTY:  We will provide those
6  invoices.
7    THE WITNESS:  While you look, I'm going
8  to take a couple minutes' break to run to the
9  restroom.
10    MR. HEGARTY:  Let's go off the record.
11    (Break taken.)
12  BY MR. DEARING:
13    Q.  So the last question I wanted to ask you
14  about Carl is whether you have copies of any chain
15  of custody documents related to the slides.  I
16  don't, or I'd show them to you.  I don't know that
17  any exist.  I'm just asking.
18    A.  I'm pretty sure they do exist.
19    Q.  Okay.
20    A.  I don't have them with me.
21    Q.  That was one of the things we asked to be
22  produced in the notice of deposition, so I would
23  ask that they get produced if they -- if you have
24  them.  I don't have any.
25    MR. HEGARTY:  You're talking about any

Page 164

1  chain of custody documents, copies of which that
2  Dr. Felix still has?
3    MR. DEARING:  Yes, if he made copies of
4  any them, or if you guys have them.  I don't know
5  if there is one even.  But if there is one, I'd
6  like to see a copy of it.  I don't know who's
7  actually maintaining it.
8    MR. HEGARTY:  We'll follow up on that.
9    MR. DEARING:  Okay.  I know sometimes we
10  don't have chain of custody forms.  And maybe we
11  don't in this one, 'cause it was a long time ago.
12  BY MR. DEARING:
13    Q.  In the -- in your CV, at the end of your
14  CV -- I mentioned I was going to ask you about the
15  case control study of ovarian cancer that you
16  worked on.  It shows the dates of 1993.  It's in
17  your grants section.
18    A.  My what?
19    Q.  Research grants that you received.  You
20  identify a case control study of ovarian cancer.
21  My pages to your CV aren't numbered, but it's sort
22  of right in the middle.  Anyway, you received $1.5
23  million, looks like, from the NCI.  Do you see what
24  I'm referring to?
25    A.  Yeah, I was just co-investigator on that.

Page 165

1  I did not receive a million and a half.
2    Q.  So what was that case control study
3  about?  That's really my question.
4    A.  I believe it was about borderline tumors.
5  Jesus, it was so long ago.
6    Q.  Do you know if it was ever published, any
7  results were ever published?
8    A.  I'm sure there were some results
9  published.  My role was in -- basically doing
10  a -- if memory serves me, is doing a validation of
11  diagnoses on a -- I believe ten percent of the
12  cases they were able to retrieve.
13    Q.  Okay.
14    A.  Just to confirm the histology.
15    Q.  Moving to the next case, Diana
16  Balderrama.  First let me ask you:  Does your
17  report contain all of your opinions that you intend
18  to offer in this case?
19    A.  Yes.
20    Q.  Are there any materials not listed on
21  your reference list that you're relying on for your
22  opinions in this case?
23    A.  No.
24    Q.  And in your opinion, was Ms. Balderrama's
25  cancer properly diagnosed by her treating

42 (Pages 162 - 165)

Page 166

1 pathologist?
2    A.  Kind of.
3    Q.  Can you explain that?
4    A.  So the treating pathologist diagnosed her
5 endometrial cancer, and the treating pathologist
6 diagnosed her ovarian cancer, and then was
7 noncommittal as to whether it was a single tumor
8 versus synchronous primaries.  And so it is my
9 opinion that that is highly likely that this is a
10 metastatic endometrial cancer for a variety of
11 reasons.
12    Q.  When you say the pathologist was
13 noncommittal, they did ultimately opine that these
14 were synchronous tumors; right?
15    A.  I -- let me find the report.  Yeah, I
16 don't think that the pathologist -- I don't think
17 she definitively diagnosed it as synchronous.  She
18 said the lack of ovarian endometriosis would favor
19 secondary involvement from an endometrial tumor,
20 while the overall size of the ovarian neoplasm and
21 unilateral involvement of the ovary would suggest a
22 primary independent ovarian neoplasm.  So she's
23 noncommittal.
24    Q.  In the microscopic description section of
25 the pathology report, she goes through section A

Page 167

1 and describes the right fallopian tube and ovary
2 with an endometrioid adenocarcinoma.  And then she,
3 in section B, describing the uterus and
4 endometrium, she refers to an endometrioid
5 adenocarcinoma.  And below that she writes
6 synchronous neoplasm, and she describes the acidic
7 fluid and other things.
8    A.  I'm sorry, what page is that?
9    Q.  Well, the same page you were just reading
10 from.  Hold on.  And then at the bottom -- so this
11 is where you were just reading from.  If you go
12 down to the bottom, there's A and B.  And the next
13 page is where B continues.
14    A.  My report is formatted differently than
15 yours.
16    Q.  Okay.
17    A.  May I see?
18    Q.  Sure.  Let me mark this one as an
19 exhibit, and I'll give you this one.
20        (Exhibit 5 marked for identification.)
21 BY MR. DEARING:
22    Q.  So I'm marking as Exhibit 5 the
23 Providence Holy Cross Medical Center pathology
24 report, which has a Bates stamp on it of
25 DBalderramaPL-PHCMC-000183.

Page 168

1    A.  Okay.
2    Q.  And you can see where she's writing in
3 the section B of the microscopic description and
4 diagnosis, she makes reference to synchronous
5 neoplasm.  So isn't she committing, by doing that,
6 to say that these are most likely synchronous
7 tumors?
8    A.  I mean, in one part of her report she
9 says she can't be sure, and --
10    Q.  Right.  Do you recall seeing in other
11 parts of the medical records where the treating
12 surgeon opined that these were synchronous tumors?
13    A.  I do recall reading that, several people
14 who referred to it as synchronous, yes.
15    Q.  So is it your opinion that they
16 just -- they got it wrong?
17    A.  Yes.  It is not -- if you read the latest
18 treaties on this, there is -- there is no certainty
19 as to the -- as to the classification of
20 synchronous versus metastatic.  There are criteria
21 that, when fulfilled, lead you to say one versus
22 the other.  The criteria include to have it
23 synchronous, it must be less than half mononuclear
24 invasion.
25    Q.  Isn't this right on that?

Page 169

1    A.  Dr. Sampson diagnoses it as outer half
2 greater than 50 percent.  Then she -- the other
3 criteria is that it's not -- it's stage -- it can't
4 be disseminated or have involvement of other
5 organs.  Her cervix is involved, so that would make
6 her a stage two endometrial cancer.  And because of
7 those two reasons, I would classify it as a
8 metastatic endometrial cancer of the ovary.
9    Q.  Isn't the degree of invasion sort of
10 right on the dividing line?  In other words --
11    A.  It's greater than 50 percent.  So these
12 are not -- these are not optional criteria.  These
13 are -- FIGO defines it as 50.0001 percent invasion
14 is outer half.
15    Q.  Okay.
16    A.  Okay?  So it's -- it's sort of like a
17 501, two, or three.  You can't say 501 to two.
18    Q.  Is it fair to say that the hospital
19 pathologist interpreted the degree of invasion
20 different than you did?
21    A.  No, her degree of invasion is 1.2 out of
22 2.2, greater than 50 percent.  That would be on the
23 same place where she calls it synchronous.
24    Q.  Okay.  Let me ask you about endometrial
25 carcinomas.  Type one, the distinction between

43 (Pages 166 - 169)

Page 170

1  endometrial carcinomas between type one and type
2  two occurs in order to distinguish which tumors are
3  influenced by hormones; right?  In other words,
4  type ones are typically influenced by hormones,
5  type twos are not?
6      MR. HEGARTY:  Objection to form.
7      THE WITNESS:  Right.
8  BY MR. DEARING:
9      Q.  And type one endometrial carcinomas,
10  which would include endometrioid carcinomas, are
11  thought to be influenced by estrogen and other
12  hormones; right?
13     A.  Correct.
14     Q.  And first let me ask you:  It's my
15  understanding that that may be somewhat of an
16  antiquated distinction or maybe even a distinction
17  without as much relevance now as it was when it
18  first came out.  Do you agree with that suggestion?
19     A.  No.
20     Q.  Okay.  Good.  Are endometrioid ovarian
21  cancers susceptible to hormones the way
22  endometrial -- endometrioid endometrial cancers
23  are?
24     A.  Less well proven, but likely.
25     Q.  Serous endometrial cancers are type two;

Page 171

1  correct?
2      A.  Correct.
3      Q.  In other words, they're not thought to be
4  very influenced by hormones; correct?
5      A.  Correct.
6      Q.  I'll follow up with that in a minute.  So
7  it's your opinion in Balderrama that she doesn't
8  have an ovarian cancer at all, she just has a
9  metastasized endometrial cancer that metastasized
10  to the ovary?
11     A.  That's correct.
12     Q.  And your support for that conclusion is
13  the criteria that you just went through a minute
14  ago?
15     A.  Yes.
16     Q.  She was diagnosed at age 37.  Would you
17  agree with me that that's 20 years or so younger
18  than the mean age of a woman diagnosed with
19  endometrioid carcinomas --
20     A.  Yes.
21     Q.  -- of the ovary?
22     A.  Yes.
23     Q.  Okay.  Is there a mean age of women
24  diagnosed with endometrioid endometrial carcinomas?
25     A.  Yes.  It's also -- it's also in the 50s.

Page 172

1      Q.  You stated that her Ms. Balderrama's
2  medical history is significant for obesity,
3  infertility, probable polycystic ovarian syndrome,
4  left salpingectomy due to ectopic pregnancy, and
5  five hysteroscopies with endometrial biopsy.  Does
6  any of her medical history as it's described there
7  increase her risk of getting endometrioid ovarian
8  carcinoma, even though I know you're saying that's
9  not what she has.  I guess we can break that down.
10      Do you think obesity is a risk factor
11  for endometrioid ovarian cancer?
12     A.  Not to my awareness.
13     Q.  What about infertility?  Is infertility a
14  risk factor for endometrioid adenocarcinoma cancer
15  of the ovary?
16     A.  I don't think so, so.
17     Q.  What about polycystic ovarian syndrome?
18     A.  It is not.
19     Q.  Do you believe that obesity is a risk
20  factor for endometrial -- endometrioid endometrial
21  carcinoma?
22     A.  Yes.
23     Q.  And is that because obese woman have
24  excess estrogen, typically?
25     A.  Yes.

Page 173

1      Q.  Because estrogen of being stored in the
2  fat cells and that kind of thing.
3      A.  Yeah, so -- yes.
4      Q.  And I'm simplifying that --
5      A.  Yes, you are.
6      Q.  -- much more than it probably is, but...
7      What about those other medical
8  findings, the infertility, polycystic ovarian
9  syndrome, did those increase her risk of
10  endometrial cancer?
11     A.  Yes.
12     Q.  All of them?  Well, infertility did.
13     A.  Well, because a significant percentage of
14  infertility people have polycystic ovary disease or
15  are obese, the association is present with
16  infertility.
17     Q.  So the infertility may be attributed to
18  those other things which make it a risk factor for
19  uterine cancer.
20     A.  You are correct.  Which is the bugger
21  about associations.
22     Q.  You talk about her family history here,
23  that she has a maternal aunt with possible uterine
24  cancer, and a maternal great aunt or great
25  grandmother with breast cancer.  Neither of those

44 (Pages 170 - 173)

Page 174

1 two family member cancers increased her risk of
2 ovarian cancer, did they?
3     A.  No.
4     Q.  And you state that she had no genetic
5 testing; right?
6     A.  Correct.
7     Q.  If she had a full panel of genetic
8 testing which proved to be negative, would that
9 influence your opinion about her condition at all?
10     A.  No.
11     Q.  You just described the criteria that's
12 used in your opinion to determine whether this
13 ovarian tumor is truly an ovarian cancer or whether
14 it's metastasis from the uterus.  Were there any
15 other observations or considerations that you
16 recognized or identified that led to that
17 conclusion, or are you basing it solely on the
18 criteria that you described?
19     MR. HEGARTY:  Objection to form.
20     THE WITNESS:  I am basing it on the
21 criteria.  It is now well established that whether
22 the tumors -- synchronous tumors of the uterus and
23 ovary, although they behave in two different ways,
24 the molecular biology of these tumors show that
25 they're all endometrial metastasis.

Page 175

1 BY MR. DEARING:
2     Q.  So are you saying it's not possible at
3 all that her endometrial tumor could be an ovarian
4 metastasis?
5     A.  Correct.
6     Q.  Does that just never happen?  Why --
7     A.  It just -- yeah, it -- it just doesn't
8 happen.
9     Q.  Okay.  Do you have any opinions about how
10 she developed metastatic tumor on her ovary from
11 the endometrium?
12     A.  Sure.  There's several roots for it.  One
13 of them is direct spread through the fallopian
14 tubes.
15     Q.  The same way endometriosis would spread?
16     A.  Correct.  And then the other would be
17 through lymphatics.
18     Q.  Would you agree with me that there is no
19 evidence of metastasis anywhere else in her tissue?
20     A.  To the cervix.
21     Q.  Oh, there was metastasis to the cervix?
22     A.  Yes.
23     Q.  Did you look at those slides --
24     A.  Yes.
25     Q.  -- specifically?  You also say that other

Page 176

1 findings include a focus of endometriosis in the
2 left ovary that was not originally detected.  If
3 your opinion is that this was a metastasis of the
4 endometrium, the endometriosis did not contribute
5 to cause that cancer; correct?
6     A.  Correct.
7     Q.  I don't know how clear that question was.
8 Let me ask a simpler way.  Is it your opinion that
9 her endometriosis -- strike that.
10     Did Ms. Balderrama's endometriosis
11 contribute to cause her cancer?
12     A.  No.
13     Q.  Thank you.  Should have started with that
14 one.  I'm getting tired already.
15     In preparing your report or reaching
16 these opinions, did you read any other expert
17 reports, defense expert reports?
18     A.  No.
19     MR. HEGARTY:  On that point, David, we
20 didn't provide Dr. Felix with Dr. Cramer's reports,
21 and he's not had a chance yet to read through
22 those.  And we anticipate that he would -- he will
23 comment on Dr. Cramer's reports as he's commented
24 on Dr. Wolf and Dr. Clarke-Pearson's reports via
25 supplemental report.

Page 177

1     And obviously, to the extent that
2 we do that and you need some time to ask Dr. Felix
3 about his review of that -- Dr. Cramer's reports in
4 this case and what he wrote, then we will, I'm
5 sure, come to an accommodation about that.
6     MR. DEARING:  Okay.  Thank you.
7     MR. HEGARTY:  So, yeah, we have provided
8 to Dr. Felix Dr. Cramer's report.
9     THE WITNESS:  I think he said defense.
10     MR. DEARING:  I did say defense, but I
11 was going to ask plaintiff.
12     MR. HEGARTY:  You're right.  I jumped the
13 gun.
14     MR. DEARING:  That's okay.
15 BY MR. DEARING:
16     Q.  And with regard to plaintiff expert
17 reports, you've read Dr. Godleski's report; right?
18     A.  Correct.
19     Q.  And you've not had a chance to read
20 Dr. Cramer's report but you intend to?
21     A.  Yes.
22     Q.  You state in this middle paragraph on
23 page 5, "Within the last ten years, molecular
24 genetic data have accumulated to support the
25 current understanding that the vast majority of

45 (Pages 174 - 177)

Page 178

1 these synchronous primary tumors are clonal in
2 nature and represent metastatic endometrial
3 cancer."
4           Isn't it true that you can't
5 definitively establish clonal cells without doing
6 clonal testing?
7     A.  That's what they did.
8     Q.  Right.  But that wasn't done in this
9 case --
10    A.  Oh, no, not in this case.
11    Q.  -- in Balderrama.
12    A.  I'm sorry.  Yes.
13    Q.  You state that these metastatic
14 endometrial tumors behave clinically like low-stage
15 neoplasms and carry a better prognosis than typical
16 stage 3A metastatic uterine carcinomas.  Then you
17 say, "This may be due to restricted dissemination
18 of tumor cells through fallopian tubes rather than
19 metastasis through myometrial or lymphovascular
20 invasion."  Can you just explain that sentence for
21 me?  What is restricting dissemination through
22 fallopian tubes?
23    A.  I'm sorry, I didn't -- I hope I didn't
24 say that.  No.  What I'm saying in that sentence is
25 that the different behavior, meaning if they're all

Page 179

1 metastatic because of clonal determinations, all of
2 them are clonal, then why do they behave
3 differently.  And the reason these authors
4 postulated was that it was probably because the
5 tumor cells went to the ovary through the fallopian
6 tube rather than metastases through lymphatic or
7 hematogenous spread.  So that may explain why these
8 tumors behaved better than stage three endometrial
9 cancer.
10    Q.  How is the method by which they got there
11 make any difference in how they behave or respond?
12    A.  Because dissemination to lymph nodes and
13 other organs occurs in -- with endometrial cancer
14 occurs almost exclusively by lymphatics.  If the
15 tumor has not learned how to get into lymphatics,
16 then it will not metastasize.  But if it does go
17 into the ovary through the fallopian tube, it
18 didn't need to learn how to metastasize yet.
19    Q.  Well, obviously those tumor cells don't
20 have a means of motility, so are they swept up into
21 the fallopian tube the same way through retrograde
22 menstruation, or how do they get there?
23    A.  Correct, through retrograde menstruation.
24    Q.  Okay.
25    A.  By the way, tumor cells are motile.

Page 180

1     Q.  Really?
2     A.  Yeah.
3     Q.  How do they move?
4     A.  Through -- through cell membrane
5 undulations.  There's actually assays that you can
6 do to test for that.
7     Q.  Okay.  I learn something every
8 deposition.
9     A.  Me too.
10    Q.  To be clear, is it your opinion that the
11 endometrial cancer metastasized to the ovary
12 through the fallopian tubes, or do we not know?
13    A.  I do not know.  In this case I know that
14 I did not find lymph vascular space involved in the
15 tumor.  So possibly, but I -- you don't need to
16 detect lymph -- sorry.  You can have cases in which
17 you cannot see lymph vascular space involvement in
18 the uterus where metastases to lymph nodes and
19 other organs are present.
20    Q.  Are you able to opine one way or the
21 other which method of transport was most likely
22 given the facts of this case?
23    A.  I cannot.
24    Q.  In your general section entitled talc and
25 ovarian cancer on page 7, the first sentence of

Page 181

1 that section states that while some retrospective
2 case control studies have suggested a weak
3 association between perineal talc exposure and
4 ovarian cancers, others have not.
5           And my question is just in the world
6 of epidemiology, weak is sort of a term of art.
7 What -- what relative risk or hazard ratios are you
8 considering weak?
9     A.  Under two.
10    Q.  Anything under two is weak?
11    A.  Yes.
12    Q.  And then anything over two, would that be
13 moderate or strong or --
14        MR. HEGARTY:  Object to form.
15        THE WITNESS:  Yeah, moderate or
16 indeterminate.
17 BY MR. DEARING:
18    Q.  Okay.  So in your opinion any relative
19 risk under two is weak?
20    A.  Yes.
21    Q.  Okay.  Have you done any of the research
22 involving endocrine disrupting chemicals and their
23 association with uterine cancers?
24    A.  No.  I don't even know what an endocrine
25 disrupting chemical is.

46 (Pages 178 - 181)

Page 182

1    Q.   Okay.  In the next section on page 9 is
2  where you start responses to plaintiff experts.
3  And this section really is just in response to
4  Dr. Godleski's findings.
5          In most and possibly all of these
6  reports you make the statement that none of this
7  birefringent material was subjected to SEM EDS
8  analysis to determine if it is compositionally
9  consistent with talc or if, more likely, it is
10  consistent with the 477 non-talc particles
11  identified by SEM EDS in Ms. Balderrama's two
12  pathology specimens.
13          If talc is ubiquitous, why is it more
14  likely that those particles, those birefringent
15  particles, are not talc?
16    A.   Okay, so you've used that term several
17  times, ubiquitous.
18    Q.   Right.
19    A.   What -- what are you -- what are you
20  intending to mean by that?
21    Q.   Let me just ask it more generally.  Why
22  is it more likely -- why are you using the phrase
23  "more likely" there to describe that the
24  birefringent particles are more likely the non-talc
25  particles versus talc?

Page 183

1    A.   By Dr. Godleski's own data.  His -- his
2  -- he discovered more non-talc particles than talc
3  particles.
4    Q.   Did you look at his data to read what
5  those non-talc particles were?
6    A.   I don't think he discloses that in his
7  report.
8    Q.   I don't know if it's in his report.  It's
9  usually in his data, though, that we send with the
10  report, the data files.
11          So -- well, let me ask you.  When you
12  were provided Dr. Godleski's report, were you also
13  provided the Dropbox link that had all of his data
14  files in it?
15    A.   I don't believe so.
16    Q.   Okay.  Would that be true of all these
17  cases?
18    A.   I know that I received additional images,
19  but I don't think I saw raw data.
20    Q.   Okay.  Like SEM spectra, you don't think
21  you've looked at those?
22    A.   Only the ones in his report.
23    Q.   Okay.  Well, I was going to ask you
24  whether examples of those other 40 -- 477 non-talc
25  particles are things that you would typically find

Page 184

1  in a pathology lab that would contaminate tissue
2  the way you say talc is a contaminant.  But without
3  knowing what those particles are, I guess you can't
4  answer that question.
5    A.   I can't.
6    Q.   So logistically, or just practically
7  speaking, when Johnson & Johnson's attorneys
8  provide you with Dr. Godleski's report, do
9  they -- are they not also providing you all of the
10  data points that -- that were provided to them?  In
11  other words, do you just get that report e-mailed
12  to you, or how does that work?
13    A.   Yeah, I don't remember whether it was in
14  a Box file or whether it was sent to me by e-mail.
15  I just don't remember.  Likely in a Box file, it's
16  been their habit and custom.
17    Q.   A box file.  You mean Dropbox, or are you
18  talking about a hard copy?
19    A.   Well, there's Dropbox and Box.  They're
20  similar file sharing.
21    Q.   But you're talking about electronic
22  transmission --
23    A.   Yes.
24    Q.   -- not hard copies.  Okay.  Do you have
25  any way of opining whether those 477 non-talc

Page 185

1  particles are lab contaminants?
2    A.   They would have to be because there is no
3  foreign body reaction to them.
4    Q.   Well --
5    A.   So the -- so they can't be -- have been
6  particles acquired by the patient while the ovary
7  was vital, meaning not removed.
8    Q.   So presumably we're talking about
9  exogenous materials here as these contaminants,
10  exogenous meaning they're not naturally occurring
11  inside the body?
12    A.   Correct.
13    Q.   Would you agree with me that there are
14  endogenous materials that would evoke an
15  inflammatory reaction like macrophages?  And we
16  mentioned one of them already, dead cancer cells.
17    A.   Yes.
18    Q.   Calcium, for example, may elicit an
19  inflammatory reaction; right?
20    A.   Most calcium deposits do not elicit an
21  inflammatory reaction.
22    Q.   Okay.  What about the presence of iron,
23  would iron in an adequate quantity elicit an
24  inflammatory response?
25    A.   Some forms of iron would, yes.  And he

47 (Pages 182 - 185)

Page 186

1 does provide some -- some information about that in
2 his report. He says a total of 486 particles were
3 found, and analyzed tissues may have carbonaceous
4 material detected in backscatter electron
5 microscopy mode.
6    Q. Right. Most of the carbon he's referring
7 to is endogenous; right?
8       MR. HEGARTY: Objection to form.
9 BY MR. DEARING:
10    Q. I mean, tissue is made up mostly of
11 carbon, isn't it?
12    A. Not -- not elemental carbon, though.
13    Q. Okay.
14    A. Dr. Godleski's making assumptions in that
15 paragraph.
16    Q. Which paragraph?
17    A. The one that I was reading from.
18    Q. What do you mean? Can you just tell me
19 what --
20    A. Sure. He says the fact that
21 calcification is frequently found in ovarian cancer
22 and often readily seen by line microscopy supports
23 the likelihood of many particles having that
24 composition. I mean, the calcification seen in
25 ovarian cancer are -- are not refringent.

Page 187

1    Q. Okay. I thought he was talking about
2 SEM. Particles identified by SEM, not birefringent
3 particles.
4    A. Well, the ones that he's -- does SEM on
5 are refringent.
6    Q. Can you see refringence in SEM?
7    A. No.
8    Q. Okay. So he's identifying particles with
9 SEM, but he's not commenting on their refringent
10 properties; right?
11       MR. HEGARTY: Objection to form.
12       THE WITNESS: He does both. He comments
13 on the refringence on the H&E, and then he comments
14 on the composition by SEM.
15 BY MR. DEARING:
16    Q. Right. But the particles he's
17 identifying as calcium he's identifying by SEM,
18 which are not birefringent and not polarized;
19 right?
20    A. Well, he says carbonaceous, not carbon;
21 right? Yes.
22    Q. Well, I thought you were talking about
23 calcium. Okay, let me move on.
24       Would you agree that microscopists'
25 ability to see and evaluate the depth and

Page 188

1 orientation and cellular contents is better when
2 you're actually looking into the micrograph -- I
3 mean looking into the microscope as opposed to when
4 you're looking at a two-dimensional micrograph?
5    A. Yes.
6    Q. At the bottom of page 9 in that paragraph
7 you state, "Dr. Godleski uses SEM to determine the
8 relative chemical composition of particulate
9 material on the surface of the processed tissue
10 specimens."
11       And I've already suggested to you
12 that's not what he's doing, that he's using
13 pressure -- variable pressure SEM to look below the
14 surface. Then you say, "His SEM images do not
15 provide enough detail to identify the nature of the
16 cells present in any of the particulate matter --
17 particulate material being analyzed."
18       Would you agree that looking directly
19 at the SEM images as they occur in the instrument
20 will give you a more detailed and better vantage
21 point than looking at two-dimensional photographs?
22       MR. HEGARTY: Objection to form.
23       THE WITNESS: I don't know.
24 BY MR. DEARING:
25    Q. We did not receive any invoices

Page 189

1 associated with the Balderrama case. This case has
2 been pending for many years. Have you invoiced the
3 lawyers for Johnson & Johnson at all in this case
4 yet?
5    A. Not to the best of my knowledge, no.
6    Q. Do you know when you first started
7 working on this Balderrama report?
8    A. I don't recall.
9    Q. Would it have been in the last two years,
10 or did you start in eight years ago or so when
11 we first started litigating Balderrama?
12    A. Was this part of the MDL group?
13    Q. Nope.
14    A. No.
15    Q. This is a New Jersey state court?
16       MR. HEGARTY: You don't need to look
17 anything up right now, but --
18       THE WITNESS: Yeah, I don't recall.
19 BY MR. DEARING:
20    Q. Do you recall whether you participated in
21 a Kemp hearing, which is a -- like a Daubert
22 hearing in New Jersey, in Atlantic City?
23    A. No, I did not.
24    Q. So as you sit here now, to your
25 knowledge, you've never created any invoices in the

48 (Pages 186 - 189)

Page 190

1 Balderrama case?
2    A.  Correct.
3    Q.  Did the lawyers for Johnson & Johnson
4 send you the tissue blocks associated with
5 Ms. Balderrama's case?
6    A.  They did not.
7    Q.  Did you request to see them?
8    A.  I did not.
9    Q.  Did you maintain any copies of the chain
10 of custody paperwork that traveled with the slides?
11    A.  I don't remember.
12    Q.  Okay.  Moving on to Ms. Rausa.  And for
13 your reference, the rest of these cases are in the
14 MDL.
15    A.  Okay.  Thank you.
16    Q.  The first two were in New Jersey state
17 court.
18        So first, does your report contain all
19 of your opinions that you intend to offer in this
20 case?
21    A.  Yes.
22    Q.  Are there any materials not listed on
23 your reference list that you're relying on for your
24 opinions in this matter?
25    A.  No.

Page 191

1    Q.  And what did Johnson & Johnson's lawyers
2 ask you to do in this case?
3    A.  They asked me to examine the pathology
4 for -- to determine tumor type, stage, and whether
5 there was any evidence that talc may have
6 contributed to the genesis of the neoplasm.
7    Q.  In your opinion, was Ms. Rausa's cancer
8 properly diagnosed by her treating pathologist?
9    A.  I'll take one second here, please.  Yes,
10 they did.
11    Q.  And do you disagree with any of the
12 statements and opinions of Ms. Rausa's treating
13 pathologist?
14    A.  I did not.
15    Q.  I should ask that more broadly.  Do you
16 disagree with any of the statements or opinions of
17 any Ms. Rausa's treating physicians?
18    A.  Not that I can recollect.
19    Q.  In her clinical history, you state that
20 she was diagnosed with stage 3A2 high-grade serous
21 carcinoma of her right and left ovaries.  Is that
22 your understanding of her diagnosis?  In other
23 words, do you agree with that diagnosis?
24    A.  Yes.
25    Q.  Okay.  Later in that same paragraph you

Page 192

1 state that genetic panel testing did not identify
2 known pathogenic germline mutations, though she was
3 found to have a variant of uncertain significance.
4        Would you agree that nothing in her
5 panel testing or tumor testing showed that she has
6 a genetic mutation or any other finding known to
7 increase her risk of ovarian cancer?
8    A.  Correct.
9    Q.  You state that her family history is
10 unremarkable for cancer.  Is it a fair statement to
11 say that there's nothing in her family history
12 that, as far as you know, would have increased her
13 risk of ovarian cancer?
14    A.  That is correct.
15    Q.  To your knowledge, does she have any
16 co-morbidities or other health conditions that may
17 have increased her risk of getting high-grade
18 serous carcinoma?
19    A.  No.
20    Q.  You make this recurring sentence in your
21 reports on page 5, second paragraph, about three or
22 four sentences in, you say, "In the absence of an
23 associated foreign body reaction, including the
24 presence of foreign body giant cells and/or
25 particle-laden macrophages, foreign materials in

Page 193

1 processed histology specimens is widely agreed by
2 pathologists to be simple particulate contaminant
3 introduced into the tissue at the time of surgical
4 removal and/or tissue processing for histologic
5 examination."
6        When you say it's widely agreed, what
7 source are you relying on for that, or is that just
8 your personal experience?
9    A.  Yes, it's my -- my conversation with
10 many -- many, many pathology colleagues.
11    Q.  Can you point to any publications
12 that -- or sources -- that suggest that if talc is
13 found in tissue where there's no evidence of
14 foreign body reaction, it has to be contamination?
15    A.  I have referenced articles in which the
16 authors state that there must -- that talc elicits
17 a foreign body reaction.  So if you don't see a
18 foreign body reaction, then it has to have gotten
19 in the tissue after it was devitalized.
20    Q.  You go on to say, "The only foreign
21 particles identified within macrophages in
22 Ms. Rausa's histology specimens were observed
23 sequestered within the cytoplasm of macrophages in
24 the left external iliac and periaortic lymph
25 nodes."  Was that an observation of her clinical

49 (Pages 190 - 193)

Page 194

1 pathologist?
2    A.  You mean the pathologist at the
3 hospital --
4    Q.  Yes.
5    A.  -- the treating?  No, it was not.
6    Q.  Okay.  So that was -- was that an
7 observation you made?
8    A.  Yes.
9    Q.  Where is the left external iliac and
10 periaortic lymph nodes?
11    A.  The external iliac artery vein in the
12 lymphatic chain is the -- a branch of the aorta.
13 It goes from common iliac to external iliac, which
14 goes to perfuse the leg, and the internal iliac
15 that goes to perfuse bladder, part of the rectum,
16 and the genital organs.  So it is in the external
17 iliac would be the divergence of the common iliac
18 to the internal that would go towards the leg.
19    Q.  Okay.  So does the pelvic -- does the
20 pelvis drain into those lymphatic -- those lymph
21 nodes?
22    A.  Parts of the pelvis can.  The external
23 iliac usually associated with -- with vulva, vagina
24 and cervix more than with uterus and ovary.  Those
25 would have more of a tendency to go to the internal

Page 195

1 iliac.  They can also both go to the common iliac,
2 and they can both go to the periaortic.
3    Q.  Did you polarize those particles?
4    A.  Yes.
5    Q.  Were they birefringent?
6    A.  Yes, they were refringent.
7    Q.  Do you have an opinion about how they got
8 there?
9    A.  I have opinions on how they can get
10 there.  So they can get there through abrasions of
11 the skin of the perineum, vulva.  They can be
12 particles that -- that were put there in the pelvis
13 for some reason.
14    Q.  Do you have an opinion about how these
15 particular particles got there?
16    A.  I have no certainty as to how they got
17 there, no.
18    Q.  On page 7 in the top paragraph where
19 you're discussing Dr. Clarke-Pearson's
20 opinions -- that's Clarke, C-L-A-R-K-E, hyphen
21 P-E-A-R-S-O-N -- you reference the O'Brien 2020
22 study.  And as I recall, that's a study that relied
23 on the sister study data; right?
24    A.  I believe so, yes.
25    Q.  The sister study being a study of women

Page 196

1 whose sister was -- had a confirmed diagnosis of
2 breast cancer; right?
3    A.  Correct.
4    Q.  And that's a pretty large database, isn't
5 it?
6    A.  It's not as large as the women's health
7 initiative, but it's fairly large.
8    Q.  I mean, since you cited that study in
9 every report, do you believe that -- that that
10 database that that study derives from is a -- is a
11 good and reliable database?
12    MR. HEGARTY:  Objection to form.
13    THE WITNESS:  I think it's as good as it
14 gets.
15 BY MR. DEARING:
16    Q.  Okay.  Do you think the authors with
17 Dr. O'Brien -- do you think Dr. O'Brien and her
18 co-authors are able to fully evaluate and interpret
19 the data gathered from the sister study?
20    MR. HEGARTY:  Objection to form.  Calls
21 for speculation.
22    THE WITNESS:  Well, they did.
23 BY MR. DEARING:
24    Q.  Right.  But you think they did it well?
25 I mean, you trust their opinions about it?  'Cause

Page 197

1 you cite to them.
2    A.  Yes, I know one of those authors very
3 well.  He's a very responsible, careful person.
4    Q.  Which one do you know?
5    A.  Nico Winstonson.
6    Q.  Winstonson.  Okay.  In the next one you
7 state, "When evaluating the prospective cohort
8 studies, there is no association between talc use
9 and the development of ovarian cancer."  I've
10 already asked you that question.
11    In Ms. Rausa's case, those particles
12 that you identified in macrophages were
13 birefringent.  Is it possible those are talc
14 particles?
15    A.  Anything is possible.  They could be talc
16 particles, sure.
17    Q.  So when you say in the same paragraph, "I
18 have not encountered talc foreign body reactions
19 since surgeons stopped using talc and other
20 powders," is that partly because you've never
21 identified the particle itself that was associated
22 with the reaction like the particle that was
23 engulfed by a macrophage?
24    A.  Because I didn't what?
25    Q.  So you're saying --

50 (Pages 194 - 197)

Page 198

1    MR. HEGARTY: Object to form.
2 BY MR. DEARING:
3    Q.  You write, "Despite the common use of
4 perineal talc, I have not encountered talc foreign
5 body reactions since surgeons stopped using talc
6 and other powders as lubricants for surgical
7 gloves."
8         But you testified in Ms. Rausa's case
9 you did identify foreign particles that were
10 birefringent in macrophages.  But you say --
11    A.  In the lymph node.
12    A.  In the lymph node.
13    A.  So I was referring, but with that
14 sentence, as to my examination of tens of thousands
15 of ovaries.
16    Q.  So in the tens of thousands of ovaries
17 you've looked at, you've never seen a foreign
18 particle sequestered by a macrophage, or you have,
19 or a granuloma?
20    A.  Not something that could be talc.  I've
21 seen it to -- I've seen it to suture material.
22 I've seen it to teratomatous components.  But not
23 something that would be consistent with talc.
24    Q.  Well, using a routine light microscope,
25 the only thing you could say about the particle

Page 199

1 that was consistent with talc is that it might be
2 birefringent if you polarized it; right?
3    A.  Correct, but -- well, that it
4 could -- yeah.  And then it had the right
5 appearance, right?
6    Q.  So are you saying that you've never seen
7 a foreign particle in the gynecologic tissue that
8 was associated with a foreign body reaction?
9    A.  No, I just said that I have, but
10 not -- but not refringent particles that would be
11 consistent with talc.
12    Q.  Okay.  But you would agree that you
13 haven't polarized most of the slides you study;
14 right?
15    A.  I don't need to.  Because if there's no
16 reaction to it, then you wouldn't --
17    Q.  Okay, we're -- I think we're talking in
18 circles.  I'm trying to clarify what your testimony
19 is.
20         Are you saying that in your vast
21 experience you have not observed a particle except
22 for -- and I don't consider suture material a
23 particle.  I'm just talking about a -- for purposes
24 of this question, it's a foreign particle, not
25 suture material, not anything endogenous.  Are you

Page 200

1 saying you've never encountered a foreign particle
2 in gyn tissue associated with an inflammatory
3 response to it or a foreign body reaction?
4    MR. HEGARTY: Objection to form.
5    THE WITNESS: Correct.
6 BY MR. DEARING:
7    Q.  Okay.  Well, at least not since surgeons
8 stopped dusting their gloves with talc?
9    A.  Correct.
10    Q.  You state also in that same paragraph a
11 little further down, "Cell culture studies of
12 potential cancer-causing inflammatory mediators
13 must be validated in animal models and humans
14 before any causal assumptions can be made."
15         Animal models maybe, but you can't do
16 a cell culture in a human where the potential
17 outcome may be cancer; right?  That's a nonstarter.
18    A.  There's accidental exposures too.
19 We've -- we have done many studies in humans that
20 have been exposed to potentially carcinogenic
21 materials that are acquired by the human by
22 accidental exposure.  So you don't need to do a
23 prospective study exposing the human, but you can
24 certainly evaluate humans who have been exposed.
25    Q.  How could a woman have been accidentally

Page 201

1 exposed to talc such that it would be implanted in
2 her -- on her ovary or fallopian tube?
3    A.  I don't think --
4    MR. HEGARTY: Objection to form.
5    THE WITNESS: -- she can.
6 BY MR. DEARING:
7    Q.  Right.  So that's a human experiment that
8 can never happen?
9    A.  Correct.
10    Q.  All right.  So by that logic you're
11 saying these cell culture studies can never be
12 validated by human study?
13    A.  Not after the exposure of the ovaries to
14 dusted gloves.
15    Q.  Okay.  We requested -- as we've
16 discussed -- in our notice of deposition that you
17 provide invoices for this case.  And we didn't
18 receive any.  Does that mean that no invoices have
19 been created in this case?
20    A.  That's correct.
21    Q.  Do you know whether you retained a copy
22 of the chain of custody forms that traveled with
23 these slides?  And I'll tell you with the MDL
24 cases, there are chain of custody forms with all of
25 them.

51 (Pages 198 - 201)

Page 202

1      A.  I don't recall, but likely yes.  And I
2  did not bring them with me.
3      Q.  Did you -- I'm sorry.  Strike that.
4          Did the lawyers for Johnson & Johnson
5  send you any of Ms. Rausa's tissue blocks?
6      A.  They did not.
7      Q.  Did you request any of her tissue blocks?
8      A.  I did not.
9      Q.  Do you have any opinions as to what
10 caused Ms. Rausa's ovarian cancer?
11     A.  Yes.
12     Q.  What is that opinion?
13     A.  I believe that Ms. Rausa's cancer is a
14 sporadic ovarian -- high-grade serous ovarian
15 cancer.
16     Q.  By sporadic, do you mean it was caused by
17 irregular replication of cells?
18     A.  Mistake in the replication of cells.
19     Q.  And is it your opinion that she has no
20 risk factors for ovarian cancer?
21     A.  Yes.
22     Q.  Okay.  Next case is Converse.
23         THE WITNESS:  I'm going to take three
24 minutes.
25         MR. DEARING:  All right.

Page 203

1          (Break taken.)
2  BY MR. DEARING:
3      Q.  Doctor, if you would now look at your
4  Converse report.
5      A.  Yes.
6      Q.  Incidentally -- well, does your report
7  contain all of your opinions you intend to offer in
8  this case?
9      A.  Yes.
10     Q.  Are there any materials not listed on
11 your reference list that you're relying on for your
12 opinions in this matter?
13     A.  No.
14     Q.  And what exactly did Johnson & Johnson's
15 lawyers ask you to do in this case?
16     A.  I was asked to evaluate the pathology of
17 Ms. Converse's ovarian tumor, classify it, classify
18 it, and determine if any foreign material may have
19 contributed to the genesis of her neoplasm.
20     Q.  In your opinion, did Ms. Converse's --
21 was Ms. Converse's cancer properly diagnosed by her
22 treating pathologist?
23     A.  Yes, it was.
24     Q.  Do you disagree with any of the
25 statements or opinions of any of Ms. Converse's

Page 204

1  treating physicians, including her pathologist?
2      A.  No, not that I recollect.
3      Q.  Is the -- I'm sorry.  Strike that.  Is
4  Ms. Converse's usage of Johnson's baby powder
5  relevant to your opinions in this case?
6      A.  It is not.
7      Q.  Did you identify any risk factors for
8  Ms. Converse that may have contributed to her
9  ovarian cancer?  Just specifically you say her
10 family history includes breast cancer diagnosed in
11 her mother at age 46, as well as in a paternal aunt
12 in her 70s, and a paternal cousin in her 40s.  And
13 then pancreatic cancer in her maternal grandmother
14 at age 87, non-Hodgkin's lymphoma diagnosed in a
15 maternal uncle in his 70s, and lung cancer in her
16 father in his 80s.
17     A.  That's --
18     Q.  Do any of those family histories place
19 Ms. Converse at an increased risk of getting clear
20 cell carcinoma of the ovary?
21     A.  Well, her -- her -- her two factors that
22 would increase the risk of ovarian cancer in her
23 case would be the fact that she's an Ashkenazi Jew,
24 and that her mother had breast cancer at age 46.
25     Q.  Is her mother's breast cancer a risk

Page 205

1  factor specifically for clear cell carcinoma or is
2  it a risk factor for just ovarian cancers in
3  general?
4      A.  It's a risk factor for ovarian cancer in
5  general.
6      Q.  There are no studies that suggest that a
7  patient's mother's breast cancer increases her risk
8  of clear cell carcinoma, is there?
9      A.  Yeah, I don't -- I don't remember whether
10 they exclude clear cell from any cancer.  So when
11 lumped into a pool, I'm not sure that you can say
12 that it -- it doesn't have some influence.  But the
13 percentage of clear cell carcinomas -- the
14 percentage of ovarian cancer that is -- are
15 composed of clear cell carcinomas is small.
16     Q.  Right.
17     A.  So the data obviously is more predictive
18 of serous carcinomas.
19     Q.  Do you know why Ashkenazi Jewish ancestry
20 increases a women's risk of ovarian cancer?
21     A.  They have more inherited -- inherited
22 mutations.
23     Q.  And of course you're aware that
24 Ms. Converse got a full panel genetic testing done;
25 right?

52 (Pages 202 - 205)

Page 206

1    A.  Correct.
2    Q.  And would you agree that her panel
3  testing showed that -- I'm sorry.  Strike that.
4        Would you agree that her genetic
5  testing failed to identify any detectable
6  pathogenic mutations?
7    A.  I agree.
8    Q.  And that her -- do you agree that her
9  genetic testing did not show any germline mutations
10  or any other findings that are known to increase a
11  women's risk for ovarian cancer?
12    A.  I agree.
13    Q.  The germline mutations that increase a
14  woman of Ashkenazi descent's risk of ovarian cancer
15  are included in these panel testings; right?
16    A.  I believe so, yes.
17    Q.  Right?
18    A.  Of the known ones.
19    Q.  And she tested negative for all of them;
20  correct?
21    A.  Correct.
22    Q.  On page 5, under the photographs in your
23  report, you state that areas of Ms. Converse's
24  tumor had definitive evidence of non-neoplastic
25  endometriotic tumor within the cystic.

Page 207

1        MR. DEARING:  And at this point I need to
2  take a pause.  Let's go off the record for a
3  second.
4        (Break taken.)
5        MR. DEARING:  Back on the record.  I'm
6  going to mark as Exhibit 6 your Brandi Carl report.
7        (Exhibit 6 marked for identification.)
8        MR. DEARING:  And Exhibit 7 is going to
9  be the Balderrama report.  Number 8 will be the
10  Rausa report.  Except that I'm missing part of it.
11  I'm going to mark this as 8, but this is just the
12  appendixes.  The substance of his report I'll have
13  to come back to it.  Anyway, 8 will be the Rausa
14  report.
15        9 will be Converse.  10 will be
16  Gallardo.  11 will be Judkins.  12 will be
17  Bondurant.  Okay.
18  BY MR. DEARING:
19    Q.  And going back to Converse now, on page 5
20  of your report, you state that, "Areas of
21  Ms. Converse's tumor had definitive evidence of
22  non-neoplastic endometriotic tissue within the
23  cystic tumor.  Is that non-neoplastic endometriotic
24  tumor pictured in one of the pictures on page 5?
25    A.  No, it's pictured on page 6, 7, 8 and 9.

Page 208

1    Q.  Okay.  Can I get you to use my copy of
2  your report that's marked as Exhibit Number 9 --
3    A.  Yes, you may.
4    Q.  And can you -- I know you've circled it
5  with the computer.  On figure two on page 6 you
6  state, "Low magnification view of the section of
7  Ms. Converse's clear cell carcinoma.  The circled
8  area contains a fossa of endometriosis."
9        Can you be more specific in that
10  circle and identify where the endometriosis is?
11    A.  Yes, I can.
12    Q.  I'm just going to watch.
13    A.  I will point with arrows.  The inside of
14  this cystic space --
15    Q.  Okay.
16    A.  -- is partly depicted in the high
17  magnification below.
18    Q.  Okay.  And which part of that circle on
19  top is the bottom photograph?  'Cause I couldn't
20  tell.  Nothing looked oriented like that to me.
21    A.  I believe it's near this arrow.
22    Q.  You're pointing to the upper left-hand
23  corner --
24    A.  Yes.
25    Q.  -- arrow?  You say you believe.  Are you

Page 209

1  certain that that's part of it?
2    A.  Well --
3    Q.  'Cause it doesn't look like that to me,
4  but --
5    A.  It's within this -- it's within this
6  cystic space for sure.
7    Q.  Then looking -- looking at the bottom
8  photo, can you identify the part of it that is an
9  endometrioid epithelium?
10    A.  Yes, I can.
11    Q.  Could you circle what that looks like?
12    A.  Okay.  The endometriosis epithelium.  You
13  want me to circle to it?
14    Q.  Or put an arrow.
15    A.  It's this part over here.  The entire
16  lining of it.  It's a little interrupted there, but
17  it continues there.
18    Q.  Okay.  Actually, let's do this.  Let me
19  give you my highlighter.  That might be easier now
20  that you circled it.
21    A.  Too late.
22    Q.  Okay.
23    A.  It's actually more accurate with a pen.
24    Q.  Okay.  And then can you identify the
25  endometrioid stroma?

53 (Pages 206 - 209)

Page 210

1    A.  Yes.  It's most prominent over here, but
2  it's present throughout.
3    Q.  For the record, you're using arrows to --
4    A.  Oh, yes.
5    Q.  -- identify the endometrioid stroma.
6  Okay.  You can leave it there.  I can see it.
7    A.  This is the best area.
8    Q.  You also reference on page 5, "These
9  findings indicate that the cyst in which
10  Ms. Converse developed clear cell carcinoma began
11  as an endometrioma, and that her cancer arose
12  within and from it."
13       Is that endometrioma tissue where the
14  cancer arose, is that what you were identifying?  I
15  mean, have you circled that part of it or --
16    A.  Yes, part of it.  This would be -- if you
17  looked at only this image, this cystic space here,
18  and this higher magnification appearance, you would
19  call that endometrioma, not clear cell carcinoma.
20    Q.  Okay.
21    A.  It has no feature of malignancy.  It has
22  no clear cytoplasm.
23    Q.  And so how do you know that the clear
24  cell carcinoma began as an endometrioma and that
25  her cancer arose from it?

Page 211

1    A.  Well, if you -- if you look at image
2  figure number six -- I'm sorry, seven and
3  eight -- we have the transition between the
4  endometrioma and the clear cell carcinoma.
5    Q.  Okay.  Can you circle where that -- or
6  highlight, or however you want to do it.
7    A.  So the highlighted area is endometrioma,
8  whereas from here on you start seeing more
9  proliferative-type epithelium, meaning it's
10  stratifying, becoming -- there are more cells per
11  area.  And then a few cells later, the cells start
12  acquiring cleared cytoplasm.  And then a few
13  microns away you start getting malignant change of
14  the epithelial cells as the nucleus and cytoplasm
15  are cleared -- sorry -- the nucleus and large and
16  cytoplasm cleared.
17    Q.  Okay.  On page 7 you mention
18  hemosiderin-laden macrophages.  Can you just
19  identify where those are in figure four?
20    A.  Yes.  It's much easier in the colored
21  photographs, but there, there, over here.
22    Q.  Okay.  How do you know that that's
23  hemosiderin?
24    A.  By its morphological appearance.
25    Q.  What is hemosiderin?

Page 212

1    A.  Hemosiderin is one of the -- the
2  composition products of blood.
3    Q.  So what is it about a hemosiderin that
4  would attract a macrophage?
5    A.  Oh, certain types of -- of ferric ions
6  are viewed as foreign body.
7    Q.  What's the size of those hemosiderin
8  molecules or particles?
9    A.  Oh, they can be tiny, sub-one micron.
10  Seldom do they get -- would they even come close to
11  being a micron.
12    Q.  It's a protein, hemosiderin?
13    A.  Yes.
14    Q.  The endometriosis -- sorry if I missed
15  this.  The endometriotic tissue within the cystic
16  tumor, is that on the ovary?
17    A.  Yes.
18    Q.  So the endometriotic tissue that got
19  there, did it get there the same way that
20  endometriosis occurs --
21    A.  Yes.
22    Q.  -- that we've been discussing?  So why is
23  it that sometimes it forms a cyst and sometimes it
24  forms endometriosis?
25    A.  We don't know.

Page 213

1    Q.  Did Ms. Converse's treating pathologist
2  make any reference to endometriotic tissue being
3  associated with the cyst and her endometriosis
4  endometrioid -- I mean her clear cell carcinoma?
5    A.  She does not.
6    Q.  But you're looking at the same slides
7  that she looked at; right?
8    A.  Yes.  The important diagnosis is the
9  clear cell carcinoma.
10    Q.  But like you said before, it is also
11  important to diagnose endometriosis or similar
12  co-morbidities if they exist; right?
13    A.  In my opinion, it is important, but
14  clearly there's a clear cell carcinoma in that
15  cyst.  You can -- most pathologists will mention,
16  you know, arising in the endometrioma.  But some
17  pathologists may not think that that's important.
18    Q.  Did Ms. Converse's use of Johnson's baby
19  powder impact your opinion at all in this case?
20    A.  No.
21    Q.  Did you make any new slides in this case?
22    A.  I did not.
23    Q.  Did the lawyers for Johnson & Johnson
24  send you the tissue blocks in this case?
25    A.  They did not.

54 (Pages 210 - 213)

Page 214

1    Q.  Did you request the tissue blocks?
2    A.  I did not.
3    Q.  Do you intend to comment on any other
4 slides or features that aren't articulated in your
5 report and in those photomicrographs?
6    A.  I do not intend to do that.
7    Q.  Is the endometriotic cyst considered a
8 type of endometriosis, or it's just sometimes the
9 endometrial tissue forms a cyst and sometimes it
10 forms an endometriosis?
11    A.  There were several publications in the
12 early 2000s -- actually, it was probably in the
13 1990s -- that suggested that endometriomas were
14 clonal versus endometriosis not being clonal.  But
15 there were very few, and they were never followed
16 up or confirmed.  I have not done any personal
17 research on it.  So...
18    Q.  To your knowledge, did Ms. Converse have
19 any risk factors for endo?
20    A.  The only risk factor for endometriosis is
21 transverse vaginal septum or imperforate hymen.  To
22 the best of my knowledge, I don't think she had
23 either.
24    Q.  Okay.  Moving on to Judkins.  I'm sorry,
25 let me back up.  One more question on Converse.

Page 215

1 Did you prepare any invoices --
2    A.  I did not.
3    Q.  -- in Converse?
4    A.  I have not.
5    Q.  Okay.  Does your report contain all of
6 your opinions you intend to offer in this case?
7    A.  Yes.
8    Q.  Are there any materials not listed on
9 your reference list that you're relying on for your
10 opinions in this matter?
11    A.  No.
12    Q.  And what did the Johnson & Johnson
13 lawyers ask you to do in this case?
14    A.  They asked me to evaluate the pathology
15 slides and determine a tumor, tumor type, tumor
16 stage, and whether there was any foreign material
17 that could have contributed to the genesis of the
18 neoplasm.
19    Q.  Incidentally, the -- in your report you
20 say the third thing they asked you to do was
21 provide your expert opinion on the hypothesized
22 link between the peritoneal use of talc and the
23 development of ovarian cancer in general, and
24 specifically in this case.  Your answer to that is
25 always no, right, in each of these reports?

Page 216

1    A.  Can you repeat that?  I'm sorry, I was a
2 little distracted.
3       MR. HEGARTY:  Object to the form.
4 BY MR. DEARING:
5    Q.  Sure.  You start every report by
6 saying -- by identifying the scope of the report.
7 And you state that you were asked to provide your
8 expert opinion on, number one, diagnosis; number
9 two, whether there is histologic evidence
10 supporting internal exposure to talc-based body
11 powder; and, three, the hypothesized link between
12 perineal use of talc and the development of ovarian
13 cancer in general, and specifically as it pertains
14 to Ms. Judkins' ovarian cancer case.
15       The answer to number three you know
16 before you even write the first word of your
17 report; right?  I mean, it's always the same no
18 matter what the slides show?
19       MR. HEGARTY:  Objection to form.
20       THE WITNESS:  That's because the slides
21 always show an absence of tissue reaction to
22 foreign particles in the ovaries or tubes.
23 BY MR. DEARING:
24    Q.  And for that matter, the answer to number
25 two is always the same as well, isn't it, that

Page 217

1 whether there's histologic evidence supporting
2 internal exposure to talc-based body powder.  If
3 your opinion is talc can't get to the ovaries and
4 fallopian tube, your answer's always going to be
5 the same; right?  You don't even have to look at
6 slides?
7    A.  Well, I'm perfectly willing to have my
8 mind changed.  To do that I must see evidence,
9 though.
10    Q.  Does Ms. Judkins' use of Johnson's baby
11 powder in any way influence your opinions in this
12 case?
13    A.  It does not.
14    Q.  In your opinion, was Ms. Judkins' cancer
15 properly diagnosed by her treating pathologist,
16 that being high-grade serous carcinoma of the right
17 ovary?
18    A.  Yes, it was correctly diagnosed.
19    Q.  And do you disagree with any of the
20 statements or opinions of Ms. Judkins' treating
21 physicians?
22    A.  Not that I can recall.
23    Q.  In her brief clinical history section you
24 state that her family history is unremarkable
25 except for a paternal great aunt with breast cancer

55 (Pages 214 - 217)

Page 218

1  and a maternal uncle with kidney and bladder
2  cancer. Would you agree that both of those two
3  family cancers did not -- I'm sorry. Strike that.
4       Do you agree that neither of those
5  family cancers increased Ms. Judkins' risk of
6  ovarian cancer?
7    A. Agree.
8    Q. And she also had full panel genetic
9  testing; correct?
10    A. Yes.
11    Q. And do you agree that the genetic testing
12  did not reveal any germline mutations or other
13  findings known to increase a woman's risk of
14  ovarian cancer?
15    A. I agree.
16    Q. Do you agree that Ms. Judkins has no
17  recognized risk factors for high-grade serous
18  carcinoma of the ovary?
19    A. Other than age, no.
20    Q. The question was do you agree, and you
21  said other than age, no.
22    A. Oh, I'm sorry. You're right.
23    Q. I know what you're trying to say.
24    A. Let me set the record straight.
25    Q. Did you recognize any risk factors for

Page 219

1  high-grade serous ovarian cancer in Ms. Judkins'
2  medical records?
3    A. Only her age.
4    Q. I don't believe Mark would ever try to
5  twist that statement at trial, but it won't be Mark
6  at trial, so possibly.
7       You state in the first paragraph of
8  the examination of the pathology slide section the
9  slides revealed high-grade serous carcinoma arising
10  in the right ovary and involving the serosa of the
11  fallopian tube. Can you just describe what that
12  means?
13    A. Yes. As you look at it in your diagram,
14  the serosa of the fallopian tube is the outer layer
15  of the fallopian tube, or the outside of the
16  fallopian tube.
17    Q. Okay. When you say it involves that, are
18  there adhesions of the tumor?
19    A. There's a tumor growing on it.
20    Q. Okay. Is that detached from the tumor
21  growing on the ovary, or is the tumor so big it's
22  touching both?
23    A. It's hard to say from the sections. So
24  let's see if they describe it in the pathology
25  report. They did not describe it. So just from

Page 220

1  the sections, I can't tell whether there is direct
2  contact, direct growth, or whether it was
3  dissemination to the surface of the fallopian tube.
4    Q. Okay. You go on to state that in the
5  next sentence, the tumor exhibits areas of necrosis
6  and aggregates of the foamy histiocytes. Those
7  histiocytes, is that an inflammatory reaction to
8  the dead cancer cells, the necrosis you're
9  referring to?
10    A. Yes.
11    Q. And I should ask, the necrosis, is that
12  necrosis of the tumor or healthy tissue?
13    A. It is necrosis of the tumor.
14    Q. I don't recall, do you know whether she
15  had neoadjuvant chemotherapy?
16    A. I don't believe she did.
17    Q. Necrosis is something that occurs in
18  tumors. That's just a normal process. Sometimes
19  the cancer cells do just die at some point
20  whether -- if they're not vascularized properly or
21  something adequately?
22    A. There can be a number of reasons that
23  tumor cells undergo necrosis. One of them is what
24  you said, which is the theory of outgrew its blood
25  supply. The second reason could be torsion of the

Page 221

1  ovary.
2    Q. Okay.
3    A. And ovarian tumors put the woman at
4  risk -- at higher risk of ovarian torsion.
5    Q. Okay. You can't tell by looking at
6  slides whether that torsion existed in this case,
7  can you?
8    A. I would not be able to, no.
9    Q. But these aggregates of foamy
10  histiocytes, that's an inflammatory reaction;
11  right?
12    A. It is a very specific type of
13  inflammatory reaction, yes.
14    Q. You go on to state that Ms. Judkins'
15  tumor was an HGSC, high-grade serous carcinoma, of
16  the usual type, and was not associated with
17  granulomatous inflammation or a foreign body
18  reaction. And I guess my question is, how do you
19  know that?
20    A. Morphologically it's very, very easy to
21  determine both granulomatous reactions --
22  granulomatous inflammation, excuse me -- for
23  foreign body reactions.
24    Q. But if that tumor was formed by or
25  associated with an inflammatory foreign body

56 (Pages 218 - 221)

Page 222

1 reaction, wouldn't the evidence of that be subsumed
2 in the tumor?
3    A. Subsumed. You --
4    Q. Yeah. So the tumor is --
5        MR. HEGARTY: Objection. Go ahead.
6        THE WITNESS: Can you define subsumed?
7 BY MR. DEARING:
8    Q. So the tumor is new growth; right?
9    A. Yes.
10    Q. So if that new growth was instigated by
11 an inflammatory reaction, say a foreign body
12 reaction, it would grow up around it and evidence
13 of the carcinogenesis would be obliterated; right?
14        MR. HEGARTY: Objection to form.
15        THE WITNESS: No, I don't think the tumor
16 would destroy a foreign body reaction.
17 BY MR. DEARING:
18    Q. So in your opinion, if that tumor was
19 initiated by a foreign body reaction, you would be
20 able to locate the foreign body? I mean, you think
21 it's that obvious?
22    A. Sure, yes.
23    Q. Okay. You also state that although
24 birefringent particles can be observed in
25 Ms. Judkins' histology slides under polarized

Page 223

1 light, these particles are not demonstrably within
2 macrophages or associated with a foreign body
3 reaction. When you say not demonstrably within
4 macrophages, does that mean you just -- you don't
5 see them within the macrophages?
6    A. Correct.
7    Q. Do you have an opinion as to what caused
8 Ms. Judkins' high-grade serous carcinoma of the
9 right ovary?
10    A. Yes, I believe it was a sporadic cancer.
11    Q. Did you make any new slides in
12 Ms. Judkins' case.
13    A. I did not.
14    Q. Did Johnson & Johnson's lawyers send you
15 Ms. Judkins' tissue blocks?
16    A. They did not.
17    Q. Did you request to see the blocks?
18    A. I did not.
19    Q. Do you intend to comment on any other
20 slides or other features of any other slides in
21 this case?
22    A. Only those that are present in my report.
23    Q. Prior to the deposition we asked that you
24 produce invoices in this case for your work done
25 for the Johnson & Johnson lawyers, and you did not

Page 224

1 produce any. That because none have been created
2 yet?
3    A. You are correct.
4    Q. Do you know whether you retained a copy
5 of the chain of custody forms that traveled with
6 the slides that you reviewed for this case?
7    A. Very likely, but I neglected to bring it
8 to this deposition.
9    Q. Okay. We can move on to Gallardo.
10 Anybody need to take a break?
11    A. I'm good to go.
12    Q. To begin with, does your report contain
13 all of your opinions you intend to offer in this
14 case?
15    A. Yes, it does.
16    Q. Are there any materials not listed on
17 your reference list that you're relying on for your
18 opinions in this matter?
19    A. There are not.
20    Q. And what did Johnson & Johnson's lawyers
21 ask you to do in this case?
22    A. They asked me to evaluate the pathology
23 of Ms. Gallardo and to determine the type of cancer
24 that she had, and the stage, as well as to assess
25 whether there was any external particles that may

Page 225

1 have contributed to the genesis of her neoplasm.
2    Q. Do you believe that Ms. Gallardo's cancer
3 was properly diagnosed by her treating physicians?
4    A. Yes.
5    Q. Do you disagree with any of the
6 statements or opinions of any of Ms. Gallardo's
7 treating physicians?
8    A. Not to the best of my recollection, no.
9    Q. Does the degree of usage of Johnson's
10 baby powder by Ms. Gallardo in any way impact your
11 opinions in this case?
12    A. It does not.
13    Q. Is it your opinion that Ms. Gallardo had
14 stage two endometrioid ovarian carcinoma?
15    A. Yes.
16    Q. With regard to her family history, you
17 state that her family history includes multiple
18 myeloma diagnosed in her father, leukemia in a
19 maternal half-brother and a maternal aunt, and
20 kidney cancer in a maternal uncle. Do you agree
21 that none of those family cancers contributed to
22 cause Ms. Gallardo's stage two endometrioid ovarian
23 cancer?
24    A. I agree.
25    Q. You're also aware that Ms. Gallardo

57 (Pages 222 - 225)

1 underwent a full panel genetic testing?

2    A.   Yes.

3    Q.   And do you agree that that testing did
4 not identify any pathogenic mutations?

5    A.   I agree.

6        MR. HEGARTY:  Objection to form.

7 BY MR. DEARING:

8    Q.   And do you agree that that panel testing
9 failed to show any genetic mutations found that are
10 known to increase a woman's risk of ovarian cancer?

11    A.   I agree.

12    Q.   Let me ask that in a different way.  Do
13 you agree that her panel testing showed that there
14 are no genetic mutations found that are known to
15 increase a woman's risk of ovarian cancer?

16    A.   I agree.

17    Q.   And I should have mentioned this, but her
18 endometrioid adenocarcinoma was bilateral, in other
19 words, involved both ovaries; correct?

20    A.   Yes.

21    Q.   You state on page 5 at the top that as
22 with many endometrioid carcinomas, Ms. Gallardo's
23 endometrioid adenocarcinoma occurred in the
24 background of endometriosis best appreciated in
25 sections of her right ovary.  But there are no

1 photographs in this report.  Did you photograph
2 that background of endometriosis?

3    A.   I did not.

4    Q.   Is that something you actually observed
5 in her slides or something you're speculating
6 about?

7    A.   No, I -- I observed it.

8    Q.   Any reason why you didn't photograph it
9 like you did in the other cases?

10    A.   I guess I didn't feel I needed it in this
11 instance.  It wasn't -- it was not arising directly
12 from the focus of endometriosis.  There was just
13 the focus of endometriosis was present.

14    Q.   Well, do you think that her endometriosis
15 contributed to cause her endometrioid
16 adenocarcinoma?

17    A.   Yes.

18    Q.   And do you agree that Ms. Gallardo's
19 pathologist didn't make mention of this tumor
20 occurring in the background of endometriosis?

21    A.   (No answer given.)

22    Q.   I'm going to go ahead and introduce
23 Exhibit 13, which is Ms. Gallardo's surgical
24 pathology report.

25        (Exhibit 13 marked for identification.)

1    Q.   So I'm marking plaintiff's Exhibit 13,
2 which is the Gallardo pathology report.  I think
3 we're looking at the same report.  I don't have any
4 reason to think we're not, but I didn't see any
5 mention of endometriosis?

6    A.   I don't see it either.  There are errors
7 in this report.  I'm pretty sure it's in this one
8 as well.  Oh.  Oh, this is -- this is not nice.  So
9 in this copy that I have, this format, there is a
10 microscopic description that contradicts the
11 diagnosis, but it is gone from this report.

12    Q.   Well, that's tricky.

13    A.   Yeah, isn't it?  That --

14    Q.   Let me see if I have another copy of that
15 report.

16    A.   Yeah, I don't know how this -- how this
17 was printed, but it was -- it's clearly a
18 different -- is it a different format.  It's
19 definitely formatted differently.  And the
20 microscopic description differs between the two.

21    Q.   Well, that's unfortunate.

22    A.   They probably noticed it and amended the
23 report, but they should have mentioned that.

24    Q.   Let me just see if I have another copy.

25    A.   While you do that, I'm going to go to the

1 bathroom.  I apologize.

2        (Break taken.)

3        MR. DEARING:  For the record, I'm marking
4 as plaintiff's Exhibit 14 a different copy of the
5 pathology report that Mr. Hegerty was kind enough
6 to share with me.  And these two reports are
7 different.  There's a different entry in one
8 section of it.

9 BY MR. DEARING:

10    Q.   So Doctor, let me just get you to
11 explain, what is the difference in these two
12 reports?  And then you can tell me what the
13 significance is.

14    A.   The difference in the two reports is that
15 the microscopic description in the second copy, the
16 one that you marked, contains a comment saying
17 sections show high-grade serous carcinoma involving
18 both ovaries and present on the surface of one of
19 the ovaries.  The right fallopian tube shows serous
20 tubal intraepithelial carcinoma with invasion.
21 This could be considered as a precursor lesion in
22 this neoplasm.

23        The report that you handed me says,
24 "Microscopic description and comment.  Microscopic
25 examination substantiates the above diagnosis."  I

58 (Pages 226 - 229)

Page 230

1 notice that the -- the report -- the person
2 responsible for the report, his name is Horacio
3 Maluf. The comment -- microscopic description and
4 comment -- was written by Reza Alaghehbandan.
5 Sorry.
6    Q. Could this just be a mistake?
7    A. You want me to give you my best
8 hypothesis of what happened?
9    Q. I would.
10   A. Yes. I believe Reza is a resident who
11 wrote the comment. And before the -- Dr. Maluf
12 signed off the report, and Dr. Maluf forgot to take
13 it out before signing it out.
14   Q. Is it possible she's talking about a
15 different case entirely? Because she's calling it
16 high-grade serous carcinoma.
17   A. Yeah. Well, the Reza could be a
18 man-person.
19   Q. Oh, true. Okay. The person.
20   A. What's the date of execution of this
21 report?
22      MR. HEGARTY: Now you're looking at
23 Exhibit 13; correct?
24 BY MR. DEARING:
25   Q. Well, so this one -- yeah, so this one is

Page 231

1 reported five days --
2    A. Later.
3    Q. The one without the comment is reported
4 five days --
5    A. Later.
6    Q. -- later than the one with the comment.
7 So it was taken out.
8    A. Yeah, it was taken out.
9    Q. So there was probably an error.
10   A. Correct. It is an endometrioid
11 carcinoma. You asked me if I disagreed with
12 anything in the report, and I just noticed that,
13 and I go ipes.
14   Q. To be clear, you observed no serous
15 features in these tumors?
16   A. I observed no serous carcinomas.
17   Q. All right. That was interesting.
18   A. Sneaky.
19   Q. The question that led to all of that was
20 there's no evidence of endometriosis or no mention
21 of endometriosis in the pathology reports; correct?
22   A. Correct.
23   Q. And you observed it but didn't photograph
24 it?
25   A. Correct.

Page 232

1    Q. Because you didn't think it was
2 necessary?
3    A. Correct.
4    Q. Don't you think it would be easier for us
5 to evaluate your opinion if you took a picture of
6 the endometriosis that you -- that this tumor is
7 arising from?
8    A. It might be useful for another
9 pathologist to confirm that.
10   Q. Right. Not me.
11   A. But that other pathologist should be
12 perfectly capable of looking at a slide and finding
13 it.
14   Q. Well, can you at least identify which
15 slide it is you made that observation in?
16   A. Best appreciated in sections of her right
17 ovary.
18   Q. There's probably more than one slide of
19 the right ovary; right?
20   A. So it would be B18.
21   Q. Slide B18 shows the background of
22 endometriosis?
23   A. Correct.
24   Q. And what does that mean that there's a
25 background of endometriosis, just that there's an

Page 233

1 endometriosis present in the vicinity of the tumor?
2    A. In the genital tract, yes. And that
3 those associations between endometriosis and
4 endometrioid carcinomas and endometriosis and clear
5 cell carcinomas all use that -- that term in the
6 background of, meaning most of the time when a
7 tumor arises in an endometrioma, you can't see
8 endometrioma left in there anymore. It's overgrown
9 by tumor.
10      But in some instances it's -- like two
11 cases ago -- we can see normal endometrioma left.
12 But if there's endometriosis elsewhere in the
13 pelvis, the assumption is that the tumor arose in
14 one of those fossa.
15   Q. Well, you go on to identify a dozen or
16 more other organ sites in the last part of that
17 paragraph. I'm not going to read them all, but you
18 include the cervix, the uterus, the tubes. There
19 was no, no endometriosis in any of those organ
20 sites, was there?
21   A. No.
22   Q. So the only endometriosis you found was
23 in her right ovary; correct?
24   A. Correct.
25   Q. So her right ovary, in your opinion, had

59 (Pages 230 - 233)

Page 234

1 evidence of endometriosis?
2    A.  Yes.
3    Q.  And it had an endometrioid adenocarcinoma
4 as well.  The left ovary did not -- did not have
5 any evidence of endometriosis?
6    A.  Correct.
7    Q.  But the left ovary did have an
8 endometrioid adenocarcinoma; correct?
9    A.  Correct.
10    Q.  So is it your opinion that if you find
11 endometrioid adenocarcinoma, and you find
12 endometriosis in her gynecologic tissue, the
13 endometriosis must have caused the endometrioid
14 carcinoma?
15    A.  The endometrioid carcinoma arose in a
16 focus of endometriosis.
17    Q.  Okay.  What does that mean?  Does that
18 mean that the endometriosis caused it, or
19 contributed to cause it, or what?
20    A.  It arose from it.  So you don't -- you
21 don't have it normally endometriotic tissue in the
22 pelvis or the ovary.  It's not -- normal woman
23 don't have that.
24    Q.  Okay.
25    A.  There are fossa in the endometriosis, in

Page 235

1 the pelvis or ovary, in women who have
2 endometriosis.  Sorry, let me repeat that.  There
3 are foci in the endometriotic tissue in women who
4 have endometriosis.  If the tumor that arises in
5 the endometrioid, it had to arise from
6 endometriotic tissue.  So that's why there's
7 that -- that association exists.
8    Q.  Well, the right area -- sorry.  The right
9 ovary and the left ovary are significantly
10 anatomically apart.  So my question is, how do you
11 know that the endometrioid carcinoma of the left
12 ovary arose out of endometriosis when they're not
13 even near each other?
14        MR. HEGARTY:  Objection, form.
15 BY MR. DEARING:
16    Q.  In other words, there's no evidence of
17 endometriosis in the left ovary.
18    A.  Correct.  But -- but that ovary was
19 almost entirely replaced.
20    Q.  So you're saying it may have been there
21 at some point and we can't see it?
22    A.  Correct.
23    Q.  Okay.  Can you estimate what percentage
24 of endometrioid carcinomas occur unrelated to
25 endometriosis?

Page 236

1    A.  I don't believe that they do.
2    Q.  Okay.  So --
3    A.  Either endometriosis or endometrioma.
4    Q.  Okay.  So is it your opinion that any
5 time an endometrioid carcinoma of the ovary is
6 formed, it has to have derived from endometriotic
7 tissue, whether it's endometriosis or an
8 endometriotic cyst?
9    A.  That is my opinion.
10    Q.  A hundred percent, all the time?
11    A.  Yes.
12    Q.  Do you have any source for that opinion,
13 or is that just based on your experience?
14    A.  There -- you mean a hundred percent of
15 them being --
16    Q.  Yeah.  I know there are studies that show
17 an association between endometriosis and
18 endometrioid carcinomas.  I'm not aware of a source
19 that says that all endometrioid carcinomas are
20 formed from endometriotic tissue, whether it's --
21    A.  Yeah, I -- that is such an obvious
22 deduction that I'm not sure anybody would have
23 bothered to publish it.  It's just because tumors
24 arise from epithelium, whatever epithelium, right?
25 It has to arise in the epithelium that gives it its

Page 237

1 histogenesis.  So serous carcinomas arise from the
2 serous cells in the fallopian tube, whether it's in
3 the fallopian tube itself or whether the serous
4 cells get into the ovary.  Endometrioid tumors have
5 to be -- have to arise in endometriotic tissue.
6    Q.  Okay.  So the term endometrioid isn't
7 just describing the morphology or what the cells
8 look like, it's actually describing the origin
9 cells?
10    A.  Yes.
11    Q.  Okay.  On page 8 of your report where you
12 are discussing Dr. Godleski's findings --
13    A.  Yes.
14    Q.  -- at the top you say, "The only foreign
15 particles photographed by Dr. Godleski that cannot
16 be dismissed as processing artifact are those
17 within macrophages of the right iliac lymph node,"
18 which is the same location we talked about earlier;
19 right?
20    A.  Yes.
21    Q.  And you actually observed those particles
22 yourself in macrophages in the slides?
23    A.  Yes.
24    Q.  And the right iliac lymph node drains
25 from the pelvis; right?

60 (Pages 234 - 237)

Page 238

1    A.  Or external genitalia and upper thigh as
2  well.
3    Q.  Can you describe how -- Well, strike
4  that.
5         You go on to say that none of the
6  other birefringent material in figure two is
7  present within the cytoplasm of macrophages or any
8  other cell type.  And none of this material is
9  associated with a foreign body reaction which is
10  consistent with simple postsurgical contaminant
11  introduced in the specimens when the tissues were
12  surgically removed from Ms. Gallardo and then
13  handled, grossed, and processed for histology
14  review.
15         Further, the foreign particles shown
16  in the bottom right panel of figure two are not
17  associated with chronic inflammation as claimed by
18  Dr. Godleski.
19         In your opinion, what is shown in
20  figure two that you're describing right there?
21    A.  An aggregate of cells that I'm not sure
22  what they are from the photograph.
23    Q.  Could they be macrophages?
24    A.  They don't look like macrophages, no.
25  They look like either epithelial cells or

Page 239

1  lymphocytes.
2    Q.  And do they have birefringent particles
3  in them or associated with them?
4    A.  They're associated with them.  I don't
5  think they're in them.  There's several particles
6  that are clearly outside of any cytoplasm, just
7  lying on the tissue.
8    Q.  You say, "The photographed cells are
9  polymorphonuclear leukocytes."
10    A.  Okay.  So it's acute inflammatory cells.
11  I must have written that by looking at the
12  microscopic section rather than -- than the
13  photograph.
14    Q.  Those are acute inflammatory cells?
15    A.  Correct.
16    Q.  Can you describe what mechanism
17  distinguishes between just your normal inflammatory
18  reaction and an acute reaction?  Is that because of
19  the volume or the number of cells?
20    A.  No, it's the type of cell.  So --
21    Q.  Right.
22    A.  -- a polymor --
23    Q.  Go ahead.  I'm sorry.
24    A.  A polymorphonuclear leukocyte is a very
25  specific type of cell.  It differs completely from

Page 240

1  a macrophage or a lymphocyte.
2    Q.  But what determines whether the response
3  is a PMN or whether it's a macrophage?
4    A.  PMNs are -- have a nonspecific response
5  to -- usually to bacteria, but they could also be
6  present after tissue injury, whereas macrophages
7  are much more specific molecules that are attracted
8  by -- by signals from the -- from the surrounding
9  tissue.
10    Q.  Do the PMNs appear to be associated with
11  those particles?
12    A.  Yeah, they are clustered together with
13  these particles.
14    Q.  Do you think the particles attracted the
15  PMNs?
16    A.  I doubt it.
17    Q.  Or are the PMNs responding to the
18  presence of the particles?
19         MR. HEGARTY:  Objection to form.
20         THE WITNESS:  I think their clustering is
21  coincidental, to tell you the truth.
22  BY MR. DEARING:
23    Q.  I guess anecdotally, if you have a
24  cluster of foreign particles such as in that
25  diagram, wouldn't that attract PMNs?

Page 241

1    A.  No.  I mean -- no.  So it would attract
2  macrophages if they were there while the tissue was
3  vital.
4    Q.  So you think it's just coincidence that
5  the PMNs exist in that space and the particles just
6  landed on top of them --
7    A.  Yeah.  I mean --
8    Q.  -- but nowhere else?
9    A.  Well, no, that's not true.  They're
10  scattered --
11    Q.  There are a few others --
12    A.  Yeah.
13    Q.  -- but they're definitely gathered up on
14  top of it.
15    A.  Yeah.  And it may be that the PMNs are a
16  little stickier.
17    Q.  Okay.  How do the PMNs differ in
18  appearance from macrophages?
19    A.  PMNs have a lobulated nucleus, usually
20  three distinct lobules.  The macrophage nucleus is
21  round and single.
22    Q.  Okay.  Did you identify any risk factors
23  for Ms. Gallardo that may have contributed to cause
24  her ovarian cancer?
25    A.  Other than her age, no.

61 (Pages 238 - 241)

Page 242

1    Q.  Did Johnson & Johnson's lawyers send you
2  any of Ms. Gallardo's tissue blocks?
3    A.  They did not.
4    Q.  Did you ask to see any of her tissue
5  blocks?
6    A.  I did not.
7    Q.  Do you intend to comment on any other
8  slides other than B18 that you discussed
9  previously --
10    MR. HEGARTY:  Objection to form.
11  BY MR. DEARING:
12    Q.  -- during your testimony at trial.
13    A.  Well, I intend to discuss all of the
14  slides in her case.
15    Q.  Did you take photos of any of the slides?
16    A.  I did not.
17    Q.  Have you produced any invoices in this
18  case?
19    A.  I have not.
20    Q.  And to your knowledge, did you retain any
21  of the chain of custody documents?
22    A.  Again, likely, but I didn't bring it to
23  the deposition by omission.
24    Q.  Okay.  We're going to Ms. Bondurant.
25  First off, does this report contain all of your

Page 243

1  opinions that you intend to offer in this case?
2    A.  It does.
3    Q.  Are there any materials not listed on
4  your reference list that you're relying on for your
5  opinions in this case?
6    A.  I am not.
7    Q.  And what did the Johnson & Johnson
8  lawyers ask you to do in this case?
9    A.  They asked me to examine Ms. Bondurant's
10  pathology slides and determine what kind of tumor
11  she had, and what stage it was, and if there were
12  any foreign material that could have contributed to
13  her tumor.
14    Q.  In your opinion, did Ms. Bondurant's
15  doctors properly diagnose her cancer?
16    A.  Yes.
17    Q.  Do you disagree with any of the
18  statements or opinions of Ms. Bondurant's treating
19  physicians?
20    A.  May I modify my answer to that?
21    Q.  Of course.
22    A.  They -- the doctors at Tulane, the
23  pathologists there, called it high-grade carcinoma
24  with clear cell features.  I went a little bit
25  further than that and called it clear cell

Page 244

1  carcinoma.
2    Q.  Is there a distinction?
3    A.  Some people believe that you can have
4  tumors with clear cell features that are not clear
5  cell carcinomas or pure clear cell carcinomas.  In
6  this instance, all I had was one needle core
7  biopsy, and the entirety needle core was, in my
8  opinion, clear cell carcinoma.
9    Q.  Okay.
10    A.  To answer your second question, I did not
11  disagree with any of her clinical doctors.
12    Q.  Okay.  Near the bottom of page 4 you say,
13  "On 3/28/19, a CT-guided needle biopsy of a
14  possible liver mass reported metastatic high-grade
15  clear cell adenocarcinoma consistent with Mullerian
16  origin."  Is that a metastasis from the ovarian
17  cancer?
18    A.  Yes.
19    Q.  Is that what that's from?  On the next
20  page you describe her family -- her medical history
21  as significant for tubal ligation, hysterectomy for
22  fibroid uterus and endometriosis, and three
23  C-sections.  In your opinion, did anything in that
24  medical history contribute to cause her clear cell
25  carcinoma?

Page 245

1    A.  Yes, her endometriosis.
2    Q.  Do you believe that all clear cell
3  carcinomas are caused by endometriosis?
4    A.  They're not caused by it.  They arise
5  from it.
6    Q.  Okay.  So your opinion is that all
7  endometrioid ovarian carcinomas and all clear cell
8  ovarian carcinomas arise from endometriosis?
9    A.  Endometriosis or endometrioma.
10    Q.  Without exception?
11    A.  In my mind, without exception.
12    Q.  Her family history includes ovarian
13  cancer from of a maternal great aunt, breast cancer
14  of a mother and maternal aunt, and prostate or
15  pancreatic cancer from a maternal uncle,
16  non-Hodgkin's lymphoma from a brother, lymphoma of
17  a maternal grandmother, lung cancer from a brother
18  and other relatives, throat cancer from an uncle.
19    In your opinion, did any of those
20  family cancers contribute to cause her clear cell
21  carcinomas?
22    A.  Well, her history of -- of ovarian cancer
23  and maternal great aunt breast cancer and mother
24  and maternal aunts would seem to -- would increase
25  the risk that she would develop ovarian cancer.

62 (Pages 242 - 245)

Page 246

1    Q.  Well --
2    A.  That's one first -- one first-degree and
3  two second-degree relatives.
4    Q.  Right.  Do you know whether -- well,
5  first of all, you don't know the histology or the
6  subtype of ovarian cancer that her maternal great
7  aunt had, do you?
8    A.  I do not.
9    Q.  Do you know whether if it was serous
10  carcinoma, which would make up a significant
11  percentage of the ovarian cancers, if her maternal
12  great aunt had the most common ovarian cancer,
13  serous carcinoma, would that have contributed to
14  cause her endometriosis in your opinion?
15        MR. HEGARTY:  Objection to form.
16  BY MR. DEARING:
17    Q.  Or put her at greater risk of
18  endometrioid carcinoma?  Let me start over.
19    A.  Clear cell carcinomas.
20    Q.  Let me start that all over.  You can tell
21  it's the last one.
22        Is it true that we don't know what
23  type of ovarian cancer Ms. Bondurant's maternal
24  great aunt had?
25    A.  That is correct.

Page 247

1    Q.  You agree that by far the most common
2  type of ovarian cancer is serous ovarian cancer?
3    A.  Agree as well.
4    Q.  If she had -- the maternal great aunt had
5  serous ovarian cancer, would that have increased
6  Ms. Bondurant's risk of getting clear cell
7  carcinomas?
8        MR. HEGARTY:  Objection, form.
9        THE WITNESS:  The -- the studies
10  associating family history to ovarian carcinoma
11  does not divide those carcinomas by cell type.
12  They just say increase the risk of ovarian cancer.
13  Again, because clear cell carcinomas constitute
14  such a small percentage of ovarian carcinomas, it
15  would be extremely difficult to ascertain whether
16  there is an received risk of those or not.
17        So the only statement that I can
18  make is that it puts Ms. Bondurant at an increased
19  risk for ovarian cancer.  And that's as specific as
20  I can get.
21  BY MR. DEARING:
22    Q.  But it seems to me if all clear cell
23  carcinomas arise from endometriosis, how could a
24  family history of a great aunt's ovarian cancer
25  increase her risk of getting that clear cell

Page 248

1  carcinoma from that endometriosis?
2    A.  I -- family history doesn't specify a
3  mechanism.  So it just basically says you're more
4  likely to get cancer.
5    Q.  Do you believe clear cell carcinomas are
6  influenced by hormones?  Carcinomas of the ovary.
7    A.  They should not.
8    Q.  Typically -- is it fair to say that
9  typically they are not?
10    A.  Correct.
11    Q.  And to be clear, none of those other
12  cancers mentioned in her family history, other than
13  her mother's and her maternal great aunt's, are
14  likely to have contributed to her clear cell
15  carcinomas; right?
16    A.  Correct.
17    Q.  Moving down to the next section where you
18  examined the pathology slides, there was one slide
19  available for review; correct?
20    A.  That is correct.
21    Q.  Did that one slide have any evidence of
22  endometriosis in it?
23    A.  No.
24    Q.  So your opinion that Ms. Bondurant's
25  clear cell carcinoma arose from endometriosis is

Page 249

1  based solely on the fact that, in your opinion, all
2  clear cell carcinomas arise from endometriosis;
3  correct?
4    A.  Well, it also derives from her own
5  personal history of having endometriosis.
6    Q.  Right.  Okay.  But you saw no evidence of
7  endometriosis in that slide that you studied?
8    A.  In that one needle core biopsy, no.  By
9  the way, there were more than one slide, but they
10  were recuts that were stained for
11  immunohistochemistry.  So --
12    Q.  Do you know how many slides you reviewed
13  in all?  I couldn't really tell --
14    A.  Seven, including the H&E.
15    Q.  Okay.  You state that the morphologic and
16  immunohistochemical findings are diagnostic of a
17  clear cell carcinoma of Mullerian origin.  What
18  does Mullerian origin mean?
19    A.  The Mullerian tract is the embryologic
20  origin of the fallopian tubes, uterus, cervix, and
21  vagina.
22    Q.  Embryologic?  In other words --
23    A.  Yes.
24    Q.  -- formed as an embryo?
25    A.  Yeah.  So how can I describe this?  The

63 (Pages 246 - 249)

Page 250

1 embryo starts forming structures in its abdomen,
2 okay? There are two major tubal systems, systems
3 of tubes. One of them is the Wolffian duct. The
4 Wolffian duct gives genesis to the kidneys,
5 ureters, bladder, and in the male -- both male and
6 female -- to the rete testes in the part of the
7 male, rete ovaria in the part of the female, as
8 well as the epididymis in the male, or the mucinous
9 breast in the female, and then the vas. All of
10 those arise from the Wolffian -- I'm sorry -- from
11 the Wolffian duct.
12      The Mullerian duct, which exists only
13 in the women, gives genesis to the fallopian tubes,
14 the uterus, the cervix, and the vagina. So when
15 you say Mullerian origin, it means it was either a
16 vaginal/cervical/uterine or fallopian tube
17 epithelium origin.
18   Q.  So it was deriving from those organs.
19   A.  The cell types of those organs.
20   Q.  Right. But not in utero; right? I mean,
21 it was as a mature adult.
22   A.  You're correct.
23   Q.  You're just describing the organs from
24 which it derived.
25   A.  Right. And the reason you use Mullerian

Page 251

1 origin is to distinguish it from clear cell
2 carcinomas of the kidney.
3   Q.  So even though it's of Mullerian origin,
4 how does the Mullerian origin relate to the
5 background of endometriosis?
6   A.  Endometriosis is Mullerian origin.
7   Q.  As well.
8   A.  As well.
9   Q.  Okay. If there were blocks available in
10 this case, you would not have looked at them, would
11 you?
12   A.  I would not have.
13   Q.  Nor would you have asked for them?
14   A.  No.
15   Q.  When you say that -- on page 7 you state
16 that this clear cell carcinoma arose within the
17 background of preexisting endometriosis. That's
18 based solely on the medical history that she had
19 endometriosis in the '80s, and then the fact of
20 your opinion that all clear cells arise from
21 endometriosis?
22   A.  Correct.
23   Q.  Okay. Endometriosis does resolve
24 sometimes, doesn't it?
25   A.  Almost never.

Page 252

1   Q.  So if a lady gets it in -- you know, in
2 the '80s, she is likely to still have it in 2020?
3   A.  Yes. It can -- it can become dormant,
4 not cause symptoms. And part of the therapy for
5 symptomatic endometriosis is to various -- they use
6 various tactics, most of them hormonal -- either
7 give the woman a lot of progesterone to stop the
8 proliferation and attempt to put it into a dormant
9 condition. There are some people who give chemical
10 castration drugs to have the ovaries not secrete
11 any estrogen. So -- so it can -- it can be put to
12 sleep or become less symptomatic. And in some
13 women, it stays dormant. In most women, it does
14 not.
15   Q.  And by not being dormant, you mean that
16 once the endometrial cells relocate to some organ
17 where they shouldn't be, they then replicate where
18 they are?
19   A.  Again, they can in some -- in some people
20 there's tiny foci. In other women, there's many
21 large foci. It's really dependent on the case.
22 There's a lot of variation.
23   Q.  Did you generate any invoices in the
24 Bondurant case?
25   A.  I did not yet, no.

Page 253

1   Q.  And do you know whether you retained a
2 copy of the chain of custody for the slides?
3   A.  Almost without question. I just
4 neglected to bring it to this deposition.
5      MR. DEARING:  All right. We can take
6 another break, and then I'll just look at my notes
7 and see if I forgot anything.
8      (Break taken.)
9      MR. DEARING:  I don't have any other
10 questions.
11      E X A M I N A T I O N
12 BY MR. HEGARTY:
13   Q.  Good afternoon, Dr. Felix.
14   A.  Good afternoon.
15   Q.  I have some follow-up areas that will
16 track Mr. Dearing's examination of you over the
17 last several hours.
18      You were asked about whether, in your
19 current practice, you meet with patients to discuss
20 your review and analysis of their tissue or their
21 cytology. But do you -- and you mentioned that you
22 typically do not meet with the patients, or rarely
23 have met with the patients that you've -- since
24 you've been at the Medical College of Wisconsin; is
25 that correct?

64 (Pages 250 - 253)

Page 254

1  A.  Correct, yes.
2  Q.  But with regard to their treating
3 physicians, do you regularly interact with the
4 doctors who are treating the patients for their
5 ovarian and other gynecologic cancer with respect
6 to your review and analysis of their tissue or
7 cytology?
8  A.  Yes, almost on a daily basis.
9  Q.  Can you describe for us just briefly how
10 those interactions occur, or what transpires?
11  A.  They can occur -- a law went into effect
12 that the minute you enter a medical record, it must
13 be accessible to the patient.  Patients have
14 software called MyChart.  So every time that
15 there's cancer, and I look into the provider and
16 it's not an oncologist where I know that the
17 person's expecting a cancer diagnosis if they went
18 to an oncologist -- but for every general gyn will
19 get a phone call from me to discuss the case.  And
20 it usually involves a little education, because
21 general ob/gyns are not very familiar with
22 malignancies.
23       So that's the number -- most common
24 interaction that I have.  And that occurs almost on
25 a daily basis.  Then I discuss cases at the time of

Page 255

1 tumor board.  And -- and in those tumor boards I
2 very frequently will -- will make observations that
3 aren't -- my observation's intended to make the
4 clinician do something that they weren't planning
5 on doing.  So I interact a lot with them.
6  Q.  Can you give us an example of where your
7 comments at a tumor board may lead the clinician to
8 do something that they weren't planning on doing?
9  A.  Yes.  So the pathology report, the last
10 one that I remember, it was squamous cell
11 carcinoma.  Maximum depth of invasion point was one
12 millimeter.  But then it was present at the margin.
13       And when they were discussing the case
14 they said, oh, it's one millimeter.  We can just do
15 a simple hysterectomy.  Oh, no, no, no, no, no.
16 It's one millimeter, but it could be much, much
17 deeper because it's at the margin.  So basically I
18 went -- I basically asked them, to be completely
19 safe and not do a cut-through hysterectomy, you
20 should probably do a cold biopsy.  So I
21 strong-armed them into doing a cold biopsy.
22  Q.  You indicated earlier in your testimony
23 that as a general rule you do not use polarized
24 light microscopy when you're looking at a tissue
25 removed from a patient that potentially has ovarian

Page 256

1 cancer and making that diagnosis.
2       When, over the course of your career,
3 when and in what circumstances do you use polarized
4 light microscopy?
5  A.  I use it every time I have granulomatous
6 inflammation or an unusual grouping of macrophages.
7 In both of those situations, I will polarize the
8 tissue.
9  Q.  You indicated that you're not currently
10 working on any publications that discuss ovarian
11 cancer, but what are you doing on a weekly basis
12 with regard to reviewing and diagnosing ovarian
13 cancer?
14  A.  Currently I'm the only gyn pathologist at
15 MCW, so I see every ovarian cancer that comes out.
16 I see actually all of the gyn pathology samples
17 that come out of the ORs, or clinics.  So I'm
18 getting help, thank goodness.  I'm getting two
19 people who are fellowship trained in gyn.  So that
20 will provide some relief.  But I expect one of
21 them, at least, to show me everything.
22  Q.  Approximately how many new ovarian cancer
23 cases do you diagnose on a weekly basis?
24  A.  It varies from week to week, but I would
25 say that an average of two to three a week.

Page 257

1  Q.  And with regard to those two to three a
2 week over the course of the month, which would add
3 up to be maybe twelve, are some of those the type
4 of cancer we've been talking about today, serous
5 endometrioid and clear cell?
6  A.  Yeah, most of them are serous.  We do get
7 a fair amount of clear cell in Wisconsin for some
8 unusual reason.
9  Q.  You were asked by Mr. Dearing, counsel
10 for the plaintiffs in these cases, about the known
11 causes of ovarian cancer.  And you talked about
12 gene mutations, and then later on you started
13 discussing with regard to the individual patients'
14 endometriosis.  Is endometriosis a known cause of
15 certain types of ovarian cancer?
16  A.  It is not the cause of ovarian cancer.
17 It is the tissue of origin of ovarian cancer.
18  Q.  That may be the better way to put it.
19 When you talked to us earlier about clear cell and
20 endometriotic endometrioid carcinomas arising out
21 of endometriosis or an endometriotic cyst; is that
22 correct?
23  A.  That's correct, yes.
24  Q.  In one instance you showed us that, but
25 is this arising out of a -- a trans --

65 (Pages 254 - 257)

Page 258

1    A.  Transition?
2    Q.  -- transition of endometriosis or of
3  endometriotic cyst to either clear cell or
4  endometrioid carcinoma?
5    A.  Correct.
6    Q.  Also cancer of the ovary, as we talked
7  about with regard to Ms. Balderrama, can be a
8  metastasis from uterine cancer; correct?
9    A.  Correct.
10    Q.  And with regard to these origins of
11  ovarian cancer, you talked about those, including
12  gene mutations in your reports; correct?
13    A.  Yes.
14    Q.  You were asked some questions about
15  reactive oxygen species.  With regard to reactive
16  oxygen species, are those created by the body in
17  response to exercise, for example?
18    A.  You can -- you can get reactive oxygen
19  species because of exercise, yes.
20    Q.  I guess put it another way:  Reactive
21  oxygen species are a normal part of human
22  physiology, and the body then deals with those
23  reactive oxygen species -- let me start over again.
24        Reactive oxygen species are a normal
25  part of human physiology; correct?

Page 259

1    A.  Correct.
2    Q.  You were asked about whether you'll offer
3  opinions regarding the epidemiologic literature as
4  it relates to talcum powder use and ovarian cancer.
5  To the extent that you would offer such opinions,
6  those are set out in your expert reports for the
7  cases we talked about today; correct?
8    A.  Correct.
9    Q.  You were asked about the type of
10  inflammatory response that foreign particles,
11  including talc, can cause in tissue.  And those
12  are, as you identified, granulomatous for foreign
13  body response.  Recall testifying to that?
14    A.  Yes.
15    Q.  You were also asked about whether you had
16  reached any conclusions prior to being contacted by
17  Johnson & Johnson's counsel with regard to any
18  relationship between talc and ovarian cancer.
19  Certainly prior to being contacted by counsel for
20  Johnson & Johnson you were aware of the process we
21  just talked about of the body forming a -- or
22  having a foreign body or granulomatous response to
23  particles in tissue; correct?
24    A.  Yes.
25        MR. DEARING:  Object to form.  Leading.

Page 260

1  BY MR. HEGARTY:
2    Q.  Were you also aware that such a response
3  does not cause any form of cancer?
4        MR. DEARING:  Objection, form.
5        THE WITNESS:  Not to my knowledge.
6  BY MR. HEGARTY:
7    Q.  So prior to being contacted by counsel
8  for Johnson & Johnson, it was your belief and
9  understanding that granulomas and foreign body
10  responses don't increase the risk of cancer or
11  cancer does not develop from such a response;
12  correct?
13        MR. DEARING:  Objection to form.
14  Leading.
15        THE WITNESS:  Correct.
16  BY MR. HEGARTY:
17    Q.  And that your opinions in these cases
18  that talcum powder use does not cause ovarian
19  cancer are based on all of the authorities you cite
20  in your reports, which include the epidemiologic
21  studies, the cell studies and animal studies; is
22  that correct?
23    A.  Yes.
24    Q.  You were asked about a type of long-term
25  destructive inflammation that has been linked to

Page 261

1  certain types of cancer.  Can you describe for us
2  what that long-term destructive inflammation looks
3  like?
4    A.  Yes.  So in that long-term inflammation
5  you get constant tissue destruction and constant
6  tissue regeneration.  And it is that regeneration
7  that prompts or makes mutations more likely.
8    Q.  And is that constant destruction and
9  regeneration visible under the microscope?
10    A.  It's very easily visible.
11    Q.  And what cancers are associated with
12  that kind of destruction that happens from
13  long-term -- certain types of long-term
14  inflammation?
15    A.  The best known are colon cancers arising
16  in ulcerative colitis, where the inflammatory
17  response constantly destroys the colonic mucosa.
18  And eventually I think the risk of developing colon
19  cancer up to age 60 is, like, 95 percent.  So
20  almost a certainty.
21    Q.  Okay.  And in the pathology slides you
22  look at on a daily basis, are you looking for that
23  and other types of inflammation, including that
24  could be characterized as -- as a foreign body
25  response or a granulomatous reaction?

66 (Pages 258 - 261)

Page 262

1    A.   Yes.  Again, the reason for that is
2  granulomas can be foreign body granulomas, but they
3  can also be infectious granulomas.  And it's very
4  important to identify the infectious ones.
5    Q.   You were asked some questions by
6  Mr. Dearing about whether you had seen reports of
7  asbestos in talcum powder.  Do you recall those
8  questions?
9    A.   Yes.
10    Q.   I believe you had indicated, in response
11  to at least one of those -- one of the questions in
12  this line of questions, that talcum powder probably
13  did contain some level of asbestos.  You were not
14  talking about Johnson's baby powder; correct?
15         MR. DEARING:  Objection, form.
16         THE WITNESS:  I was not talking about any
17  specific brand of talcum powder.
18  BY MR. HEGARTY:
19    Q.   You have never seen reports of Johnson's
20  baby powder containing any levels of asbestos;
21  correct?
22         MR. DEARING:  Objection, form.
23         THE WITNESS:  I have -- I don't recollect
24  ever seeing a report saying that Johnson's product,
25  Johnson & Johnson baby powder, had asbestos.

Page 263

1  BY MR. HEGARTY:
2    Q.   And it's not your opinion in these cases
3  that Johnson's baby powder has ever contained any
4  amount of asbestos; correct?
5         MR. DEARING:  Objection, form.
6         THE WITNESS:  It is not my opinion.
7  BY MR. HEGARTY:
8    Q.   In fact, when you were talking about
9  reports of asbestos in talc, you made specific
10  reference to the IARC monograph talking about -- or
11  the IARC monographs you had read; correct?
12    A.   Correct.
13    Q.   And in those IARC monographs, they don't
14  specifically refer to the source of the talc that
15  they're talking about; correct?
16    A.   That is correct as well.
17    Q.   When you were talking about the asbestos
18  in talc, you were talking about over the course of
19  the -- the use of talc at whatever -- whatever
20  standards that -- whether it's industrial or other
21  standards -- that you have seen reports and perhaps
22  did believe as to certain of those reports, that
23  some types of talc over the years have contained
24  some amounts of asbestos?
25    A.   Correct.

Page 264

1    Q.   You were asked about the anatomical
2  descriptions of the reproductive tract shown in
3  Exhibits 3 and 4.  Do we have Exhibits 3 and 4
4  there?  Now, with regard to those anatomical
5  descriptions in those exhibits --
6    A.   This is 1 and 2.
7    Q.   I'm sorry, 1 and 2.  You were asked about
8  the anatomical diagrams shown in Exhibit 1 and 2.
9  Do each of those anatomical diagrams show a vagina
10  that's open like an open tube?
11    A.   Yes.
12    Q.   Is that a proper anatomical description
13  of what the vagina looks like?
14    A.   It is not.
15    Q.   Okay.  What does the vagina look like?
16    A.   The vagina is a potential space.  So the
17  walls of the vagina touch each other.
18    Q.   The anatomical description marked as
19  Exhibit 1 and 2 also show an open uterine cavity,
20  and also show an open fallopian tube.  Is that what
21  they appear in real life?
22    A.   No.  The endometrium touches -- the
23  anterior endometrium touches the posterior
24  endometrium.  So again, it's a potential space.
25    Q.   With regard to the fallopian tube, it's

Page 265

1  not a clear tube like a straw; correct?
2    A.   Correct.  It's full of fimbriae -- plica,
3  which is the mucosa of the fallopian tube.
4    Q.   You were asked about Exhibit Number 3,
5  which is one of the McDonald studies.
6    A.   Yes.
7    Q.   If you could find Exhibit Number 3 there.
8  I have just a couple of follow-up questions.
9         With regard to Exhibit Number 3, the
10  McDonald study, is Dr. Godleski and his co-authors
11  doing the same thing -- reporting on the same thing
12  in this study that Dr. Godleski reported on in a
13  number of the cases we talked about today?
14         MR. DEARING:  Objection, form.
15         THE WITNESS:  I'm sorry, can you repeat
16  that question?
17  BY MR. HEGARTY:
18    Q.   Sure.  Is what Dr. Godleski and his
19  co-authors are doing in this study essentially the
20  same thing that Dr. Godleski has done in his
21  reports for a number of the cases we talked about
22  today?
23    A.   Yes.
24         MR. DEARING:  Objection, form.
25  BY MR. HEGARTY:

67 (Pages 262 - 265)

Page 266

1    Q.  In other words, did he essentially apply
2  the same methodologies in this McDonald study as he
3  applied in the reports that we talked about today?
4    A.  That is correct.
5    Q.  And is it your understanding that in the
6  McDonald study, he reported on five patients who
7  are also litigation plaintiffs in cases involving
8  talc and ovarian cancer?
9      MR. DEARING:  Objection, form.
10     THE WITNESS:  I've been informed of that,
11 yes.
12 BY MR. HEGARTY:
13    Q.  As in his reports, Dr. Godleski and the
14 co-authors don't show any particles
15 identified -- don't prove that any particles -- let
16 me start over again.
17        With regard to Dr. Godleski's and his
18 co-authors in the McDonald paper, they do not show
19 that any of the particles that they identified by
20 PLM are talc; correct?
21    A.  Correct.
22    Q.  That's also what -- that's also the same
23 thing that Dr. Godleski says in the cases we talked
24 about today, that the -- that he cannot identify
25 the particles he reports on as being birefringent

Page 267

1  by PRM talc.  You understand that?
2    A.  Yes.
3    Q.  And with regard to your response to the
4  McDonald study, does that -- does your response
5  track your response to what Dr. Godleski has done
6  in all the reports we talked about today?
7      MR. DEARING:  Objection, form.
8  BY MR. HEGARTY:
9    Q.  Does that make sense?
10   A.  Yes.
11   Q.  In the McDonald study, did Dr. Godleski
12 or his co-authors report on any foreign body
13 response or granulomatous to any particles?
14   A.  The only foreign body response would be
15 phagocytosis of particles by macrophages.
16   Q.  Did he and his authors report any
17 granulomatous or foreign body giant cells?
18   A.  They did not.
19   Q.  And with regard to the particles that you
20 identified as being in macrophages in the cases we
21 talked about today, those particles cannot be
22 identified as talc; correct?
23   A.  Correct.
24   Q.  You were also asked about Dr. Godleski's
25 plus or minus five percent factor in identifying

Page 268

1  talc in tissue.  Have you seen that plus or minus
2  five percent variance used by any other author in
3  any other published, peer-reviewed publication?
4    A.  Not that I'm aware of, no.
5    Q.  You were asked about whether you would
6  have opinions about asbestos and whether it can
7  cause ovarian cancer, and you provided those
8  opinions to Mr. Dearing.  If you pull out just one
9  of your reports -- it can be the Carl report.
10   A.  Okay.
11   Q.  If you turn over to page 5.  In footnote
12 two, you specifically reference a couple of
13 authorities that you rely upon, among others, for
14 your opinion that asbestos exposure does not cause
15 ovarian cancer.  Those authorities are particularly
16 the Reid 2011 paper and the Slomovitz 2020 paper?
17   A.  Correct.
18   Q.  You were asked about your lab and the
19 extent of any asbestos in that lab.  And you talked
20 about the potential for asbestos in your lab.
21        Are you able to say that the
22 laboratories that process the tissues that we've
23 talked about here today have the same, perhaps,
24 limitation of asbestos as your lab does here?
25   A.  Yes.  Asbestos is pretty much everywhere.

Page 269

1    Q.  But can you -- I know you can talk about
2  your -- the asbestos potential for your lab here in
3  Wisconsin, but can you talk about the asbestos
4  potential in the labs of the -- of the hospitals
5  that processed the tissues that we've been talking
6  about here today?
7    A.  I can.
8    Q.  Have you -- have you been in each of
9  those labs?
10   A.  I have not.
11   Q.  So are you able to comment about those
12 labs as you're able to comment here about your lab?
13   A.  Yes.  In general, all laboratories suffer
14 from the same condition.  Construction will
15 inevitably leave trace asbestos fibers behind.
16   Q.  And some labs may have more asbestos
17 fibers than others; correct?
18   A.  They may, uh-huh.
19   Q.  It can depend on the age of the
20 laboratory; correct?
21   A.  Yes.
22   Q.  It can depend on the level of
23 construction that has gone on in and around the
24 hospital complex where the lab is; correct?
25   A.  Correct.

68 (Pages 266 - 269)

Page 270

1    Q.   You were asked about whether you were
2  challenging Dr. Godleski's finding of talc by SEM
3  and EDX, that is, are you saying that he
4  misidentified the particles as talc.  But are
5  you -- but are you challenging in these cases his
6  conclusions that whatever he has seen came from the
7  patient's use of Johnson's baby powder?
8         MR. DEARING:  Objection, form.
9         THE WITNESS:  Can you repeat that --
10  rephrase it?
11  BY MR. HEGARTY:
12    Q.   Sure.  Do you remember being asked about
13  whether you're taking issue with Dr. Godleski's
14  finding of talc in tissue, that is, saying that he
15  misidentified the particles as talc.  Do you
16  remember being asked those questions?
17    A.   Yes.
18    Q.   But are you challenging, though,
19  Dr. Godleski's conclusions from those findings that
20  the particles he has seen came from the patient's
21  use of Johnson's baby powder prior to their
22  surgery?
23    A.   I am challenging that, yes.
24    Q.   And as far as the particles that
25  Dr. Godleski did detect by SEM EDX, whether they're

Page 271

1  talc or otherwise, in your opinion, where did those
2  particles come from?
3    A.   They likely came from processing.
4    Q.   And in particular, as far as likely
5  coming from processing, your reports say that that
6  processing includes the handling, grossing and
7  the -- and preparing the slides using molten
8  paraffin wax; correct?
9    A.   Correct.
10    Q.   You were asked, as we talked about each
11  of the plaintiff's cases today, what you were asked
12  to do by Johnson & Johnson's counsel.  And in each
13  case does your report set out on the very first
14  paragraph what you were asked to do?
15    A.   Yes.
16    Q.   And then does the report that follows
17  flow from what you were asked to do?
18    A.   Yes.
19    Q.   You were asked in each of these -- as to
20  each of the cases whether the plaintiff's use of
21  Johnson's baby powder was necessary for your
22  opinions in this case.  In each of the -- in each
23  case we talked about here today, did you read the
24  plaintiff's deposition testimony?
25    A.   Yes, in most of them.

Page 272

1    Q.   That would include any patient's
2  description of their baby powder use; correct?
3    A.   Yes, it -- I was asked whether it
4  mattered to my opinion, and I said no.
5    Q.   And why does it not -- why does the
6  specifics of each of the patient's use of Johnson's
7  baby powder not matter to your opinions?
8    A.   Because I don't find talcum powder
9  associated with a foreign body reaction in any of
10  them.  So it doesn't matter to me whether they used
11  a little or a lot.  To me, nothing got up.
12    Q.   You had mentioned that particles greater
13  than five microns or greater will cause a
14  granulomatous reaction; is that correct?
15    A.   Correct.
16    Q.   And in fact in some of the cases we
17  talked about, Dr. Godleski in his images showed
18  particles that sometimes were well in excess of
19  five microns?
20    A.   Correct.
21    Q.   And in any of those cases were -- was
22  there a granulomatous reaction?
23    A.   No.
24    Q.   What does that tell you?
25    A.   It tells me that that particle was not

Page 273

1  there while the organ was vital.
2    Q.   You were asked about the invoices in
3  Exhibit Number 4.  Were some of the items that you
4  invoiced in Exhibit Number 4 your expenses?
5    A.   Yes.
6    Q.   Is that simply paying you back for
7  expenses that you incurred?
8    A.   Yes.
9    Q.   As to Ms. Balderrama, you were asked
10  about the basis for your conclusion that
11  her -- that the carcinoma found in her ovary was a
12  metastasis from the endometrium.  Do you recall
13  being asked about that?
14    A.   Yes.
15    Q.   Do those bases include her clinical
16  history of having complex hydroplasia?  And feel
17  free to look at your report.
18    A.   No, I'm very aware of that.  But yes, I
19  mean, meaning that -- that her endometrial cancer
20  started in her uterus, yes.
21    Q.   And is having a clinical history of
22  complex hyperplasia consistent with her ultimately
23  developing endometrial carcinoma?
24    A.   Yes, complex hyperplasia with atypia is
25  the precursor lesion to endometrial cancer.

69 (Pages 270 - 273)

Page 274

1    Q.  Do you also base your opinions that
2  Ms. Balderrama's ovarian tumor was a metastasis
3  from her endometrial tumor on the medical
4  literature that discusses simultaneous endometrial
5  and ovarian tumors?
6    A.  Yes.
7    Q.  And does that include the medical
8  literature that has looked at the molecular genetic
9  data?  In particular you make reference in your
10 report about that in the last ten years, molecular
11 genetic damage has accumulated to support the
12 current understanding that the vast majority of
13 these synchronous primary tumors are clonal in
14 nature and represent metastatic endometrial cancer.
15 You cite Verrick, among other authorities.
16      Are you also relying on those
17 authorities for your opinions as to Ms. Balderrama?
18   A.  Yes.
19   Q.  You were asked some questions about the
20 2020 O'Brien study.  Do you recall being asked
21 about that study?
22   A.  Yes.
23   Q.  In particular you were asked about the
24 sister study part of O'Brien 2020.  Do you recall
25 that?

Page 275

1    A.  Yes.
2    Q.  Does O'Brien 2020 also include as
3  its -- its data from the women's health
4  initiative and the nurses' health study?
5    A.  It does.
6    Q.  So does O'Brien -- do the inclusions from
7  the -- by the O'Brien authors include the sister
8  study -- or stem from their review of the sister
9  study, women's health study, and women's health
10 initiative data?
11   A.  Correct.
12   Q.  You were also asked questions as to each
13 plaintiff we talked about today as to the cause of
14 that plaintiff's cancer.  Do you recall those
15 questions?
16   A.  Yes.
17   Q.  And does your report -- or do your
18 reports in these cases set out your causation
19 opinions?
20   A.  Yes.
21   Q.  And is one of those opinions that talc
22 use did not play a role in the development of each
23 plaintiff's ovarian cancer?
24   A.  Yes.
25   Q.  And where indicated in your reports, was

Page 276

1  the -- the diagnosis of endometriosis -- or let me
2  ask it a different way.
3      Where indicated in your reports in
4  those patients that had clear cell endometrioid
5  carcinoma, did those cancers arise out of
6  endometriosis in each case?
7    A.  Yes.
8    Q.  And is it your opinion in each case that
9  the etiology of the endometrioid and clear cell
10 carcinomas was endometriosis?
11   A.  Yes.
12   Q.  And with regard to what you were asked to
13 do in this case, were you asked to review all the
14 medical records and comment on or provide testimony
15 about all of the plaintiffs' medical conditions and
16 risk factors?
17   A.  I -- I mean, I did it.  I tried to do it.
18   Q.  But were you specifically asked to take
19 an in-depth look at all the risk factors of each
20 plaintiff, look at all the medical records, and
21 comment on each potential risk factor?
22   A.  No.
23   Q.  So to the extent that a plaintiff in
24 these cases has a genetic mutation or other
25 recognized risk factor that should be considered in

Page 277

1  determining the etiology of that plaintiff's
2  cancer, you were not asked to consider and provide
3  testimony about such factors -- such risk factors
4  beyond what's in your report; correct?
5      MR. DEARING:  Objection, form.  Leading.
6      THE WITNESS:  Correct.
7  BY MR. HEGARTY:
8    Q.  And with regard to the variants of
9  unknown significance that we talked about in some
10 of the reports, does that mean that the data is
11 not -- is just not sufficient yet to determine
12 whether those variants are associated with an
13 increased risk of ovarian cancer?
14   A.  That is correct.  Usually it means
15 there's insufficient data.
16   Q.  And do any of the tests that we talked
17 about here today, that is the genetic tests, rule
18 out that the patient had a genetic mutation that,
19 whether known or unknown, that could be related to
20 their developing ovarian cancer?
21   A.  It does not rule it out completely, no.
22      MR. HEGARTY:  Let's go off the record.
23 Give me about five minutes.
24      (Break taken.)
25      MR. HEGARTY:  Those are all the questions

70 (Pages 274 - 277)

Page 278

1 I have for you, Dr. Felix.  Thank you.
2          E X A M I N A T I O N
3 BY MR. DEARING:
4      Q.  I just have one.  You mentioned that when
5 you observed granulomatous inflammation in slides,
6 that's when you decide to polarize them.  Why do
7 you polarize them?
8      A.  Because if it's a foreign particle, I
9 don't have to do infectious disease stains.
10      Q.  So if it polarizes, that tells you it's a
11 foreign particle?
12      A.  It's a foreign body granuloma, yes.
13      Q.  There are lots of foreign particles that
14 don't have birefringence properties, though; right?
15      A.  I beg your pardon?
16      Q.  There are lots of foreign particles that
17 aren't birefringent; right?
18      A.  Correct.  If they -- they usually will be
19 visible by H&E, the ones that are not refringent.
20 But if they're not visible by H&E, and they're not
21 refringent, then I'll get the stain.
22          MR. DEARING:  Okay.  That's all I have.
23          MR. HEGARTY:  Thank you.  We will read
24 and sign.
25          (Deposition concluded at 5:12 p.m.)

Page 279

1 STATE OF WISCONSIN  )
                      ) ss.
2 COUNTY OF MILWAUKEE )
3      I, ANITA KORNBURGER, Registered
4 Professional Reporter and Notary Public in and
5 for the State of Wisconsin, do hereby certify
6 that the preceding deposition was recorded by
7 me and reduced to writing under my personal
8 direction.
9      I further certify that said deposition was
10 taken at 8701 Watertown Plank Road, Milwaukee,
11 Wisconsin, on June 22, 2024, commencing at 9:08
12 a.m. and concluding at 5:12 p.m.
13      I further certify that I am not a relative
14 or employee or attorney or counsel of any of
15 the parties, or a relative or employee of such
16 attorney or counsel, or financially interested
17 directly or indirectly in this action.
18      In witness whereof, I have hereunto set my
19 hand and affixed my seal of office at
20 Milwaukee, Wisconsin, this 11th day of July,
21 2024.

22 _____
    ANITA KORNBURGER, RPR - Notary Public
23
    My commission expires May 24, 2025.
24
25

Page 280

1          DEPOSITION ERRATA SHEET
2
3      DECLARATION UNDER PENALTY OF PERJURY
4 I declare under penalty of perjury
5 that I have read the entire transcript of
6 my deposition taken in the captioned matter
7 or the same has been read to me, and
8 the same is true and accurate, save and
9 except for changes and/or corrections, if
10 any, as indicated by me on the DEPOSITION
11 ERRATA SHEET attached, with the understanding
12 that I offer these changes as if still under
13 oath.
14      Signed on the _____ day of
15 _____, 2024.
16
17 _____
18      Juan Felix, MD
19
20
21
22
23
24
25

71 (Pages 278 - 280)

**[& - 5]**                                                                     Page 1

## &

**&**   1:4 2:6 46:15
46:21 47:1,20
47:20,24 48:11
48:17,20 49:9
49:19 51:22
62:4,8,24 73:3
73:7 132:24
139:2 140:8,9
141:4 162:13
184:7 189:3
190:3 191:1
202:4 203:14
213:23 215:12
223:14,25
224:20 242:1
243:7 259:17
259:20 260:8
262:25 271:12

## 0

**000183**   167:25
**05**   100:17,18
103:20
**08002**   2:11

## 1

**1**   3:3 14:16 78:1
78:4 264:6,7,8
264:19
**1.15.**   35:5
**1.2**   169:21
**1.5**   36:23 37:6
37:13 164:22
**10**   3:14 207:15

**10,000**   125:9
**100**   40:15
**100,000**   77:4
**11**   3:15 207:16
**11th**   279:20
**12**   3:16 207:16
**13**   3:17 227:23
227:25 228:1
230:23
**14**   3:18 229:4
**15**   31:12 32:22
32:25 33:3,9,11
33:12,14 35:2,5
140:14
**16-2738**   1:6
**160**   3:7
**167**   3:9
**1990s**   214:13
**1993**   164:16

## 2

**2**   3:5 79:7 264:6
264:7,8,19
**2.2**   169:22
**20**   12:6 13:14
31:3 141:19
152:20 160:5
171:17
**2000s**   214:12
**2011**   268:16
**2012**   48:22,24
48:25 49:2,3
**2018**   102:16,17
103:16
**2019**   85:21
100:8,10

**2020**   13:10
156:16 195:21
252:2 268:16
274:20,24
275:2
**2024**   1:12
160:22 279:11
279:21 280:15
**2025**   279:23
**2051**   279:21
**207**   3:10,11,12
3:13,14,15,16
**21**   65:16
**218**   2:3
**22**   1:12 279:11
**227**   3:17
**229**   3:19
**24**   65:25 279:23
**25**   32:15,25
33:6,12
**25,000**   28:4
**253**   2:17
**2555**   2:7
**27**   66:2
**278**   2:18

## 3

**3**   2:11 3:6 84:24
85:2 264:3,3
265:4,7,9
**3.5**   33:17
**3.7**   33:17
**3/28/19**   244:13
**30**   42:7 57:2
140:13,16
151:2

**310**   2:11
**325**   28:3
**334-269-2343**
2:4
**34**   66:15
**35**   66:23
**350**   158:7,10,13
**36104**   2:3
**37**   171:16
**3a**   178:16
**3a2**   191:20

## 4

**4**   2:17 3:7
143:14 160:13
160:16 244:12
264:3,3 273:3,4
**40**   12:6 183:24
**40s**   141:16,17
204:12
**43**   141:22
**45**   11:25
**46**   204:11,24
**477**   182:10
183:24 184:25
**486**   186:2
**4b**   97:8,15
**4c**   87:15 89:14
90:18,19,21
92:22
**4e**   90:6
**4f**   94:1,10

## 5

**5**   3:8 147:21
149:9 167:20
167:22 177:23

**[5 - action]**                                                                 Page 2

192:21 206:22
207:19,24
210:8 226:21
268:11
**50**   11:25 82:12
154:22,23
169:2,11,22
**50.0001**   169:13
**500**   89:18
**501**   169:17,17
**50s**   141:15
171:25
**5:12**   1:13
278:25 279:12
**5h**   95:21

**6**

**6**   3:10 155:7
207:6,7,25
208:5
**60**   261:19
**64108**   2:7
**65**   141:11,21

**7**

**7**   3:11 156:10
180:25 195:18
207:8,25
211:17 251:15
**70**   30:1,16,18
127:16,18
**70s**   204:12,15
**75**   30:14
**78**   3:4
**79**   3:5
**7d**   96:10,15
97:4

**8**

**8**   3:12 207:9,11
207:13,25
237:11
**80**   13:14 30:14
31:2 127:14
**80s**   204:16
251:19 252:2
**816.474.6550**
2:8
**85**   3:6
**856.317.7180**
2:12
**87**   204:14
**8701**   1:11
279:10

**9**

**9**   3:13 182:1
188:6 207:15
207:25 208:2
**90**   30:23
**95**   137:6 261:19
**99**   127:11 137:6

**a**

**a.m.**   1:13
279:12
**abdomen**   250:1
**abdominal**
60:18
**ability**   22:13
46:2 109:15
187:25
**able**   7:4 21:16
45:24,24 77:16

80:25 82:4,7
83:1 89:14
94:18 103:6,13
120:3 126:25
136:16 165:12
180:20 196:18
221:8 222:20
268:21 269:11
269:12
**abnormal**
107:22
**above**   32:12
34:16 82:5 85:7
229:25
**abrasion**   84:22
84:22
**abrasions**
195:10
**absence**   157:7
192:22 216:21
**absolutely**
52:18 56:14
89:1
**abstract**   86:18
**accelerate**
21:17
**accept**   101:22
**acceptable**
99:23
**accepted**   88:16
88:18 95:19
124:20 136:14
137:11
**access**   23:14
**accessible**   45:3
254:13

**accidental**
200:18,22
**accidentally**
200:25
**accommodati...**
177:5
**account**   32:21
33:10
**accounting**
32:24
**accumulated**
177:24 274:11
**accumulating**
108:4
**accumulations**
134:16
**accurate**   78:7
78:10 79:10
89:2 94:18
102:1 103:22
209:23 280:8
**accurately**
160:18
**acidic**   167:6
**acknowledge**
36:8
**acquire**   155:17
**acquired**
143:16 144:5,5
144:9 185:6
200:21
**acquires**   108:1
**acquiring**
22:24 211:12
**action**   279:17

| | | | |
|---|---|---|---|
| **activin** 66:24 | **additional** | **admit** 146:19 | **aggressive** |
| **activity** 52:24 | 135:17 183:18 | **adult** 250:21 | 135:11 |
| 52:25 53:1 | **address** 102:5 | **advanced** | **ago** 6:14 14:8 |
| **actual** 105:1 | 130:15 | 136:10 | 29:8 42:7 44:18 |
| **actually** 9:4,9 | **adenine** 19:23 | **advantage** | 48:20,23 51:14 |
| 10:16,24 21:15 | 20:1 | 20:20 43:13 | 57:2 73:2 |
| 25:25 30:20 | **adenocarcino...** | **advantages** | 108:12,15 |
| 33:17 40:11 | 167:2,5 172:14 | 23:23 | 162:15 164:11 |
| 42:15 45:11 | 226:18,23 | **adverse** 74:22 | 165:5 171:14 |
| 46:3 48:7 51:14 | 227:16 234:3,8 | **adversely** 74:19 | 189:10 233:11 |
| 54:3 56:15 57:5 | 234:11 244:15 | **advise** 63:18 | **agree** 23:6 26:2 |
| 74:4 77:25 | **adenocarcino...** | **affect** 23:5 | 36:9 42:5,10,18 |
| 83:15 85:4 | 14:15,23 15:1 | 67:21 73:19 | 50:21 54:6,13 |
| 88:16 91:15,16 | **adenoma** 14:21 | 74:17,19 | 55:14 56:3 68:6 |
| 92:4 101:8 | **adept** 162:8 | **affected** 74:8 | 69:16 70:11,19 |
| 103:25 111:20 | **adequate** 78:8 | **affects** 22:13,14 | 70:24 74:23 |
| 119:6 123:17 | 78:16 185:23 | **affiliated** | 79:10 81:5,22 |
| 126:21 128:17 | **adequately** | 131:10 | 84:2 88:2,15 |
| 133:23 135:22 | 55:2 70:25 | **affixed** 279:19 | 89:25 90:6 91:8 |
| 136:12 139:15 | 78:20,21 | **afternoon** | 91:14 96:4 |
| 140:15,15 | 138:24 220:21 | 253:13,14 | 97:15 98:9 |
| 147:21 156:7 | **adhesions** | **age** 141:9,10,21 | 99:10 109:9 |
| 159:8 164:7 | 61:11,12 107:7 | 141:22 143:16 | 111:19,23 |
| 180:5 188:2 | 107:9 219:18 | 171:16,18,23 | 113:6 114:24 |
| 209:18,23 | **adipose** 107:1,2 | 204:11,14,24 | 117:21,23 |
| 214:12 227:4 | **adjacent** 98:17 | 218:19,21 | 139:1 144:16 |
| 237:8,21 | **administer** | 219:3 241:25 | 144:19 145:1,4 |
| 256:16 | 29:19 | 261:19 269:19 | 145:13,16 |
| **acute** 69:9 | **administering** | **agencies** 74:24 | 149:14 152:24 |
| 151:14,15,17 | 29:20 | **agency** 75:3 | 170:18 171:17 |
| 153:16,21 | **administration** | **aggregate** | 175:18 185:13 |
| 239:10,14,18 | 63:18 | 238:21 | 187:24 188:18 |
| **add** 257:2 | **administrativ...** | **aggregated** | 191:23 192:4 |
| **addition** 5:15 | 9:25 | 96:23 | 199:12 206:2,4 |
| 44:22 58:17 | **administrators** | **aggregates** | 206:7,8,12 |
| | 63:6 | 220:6 221:9 | 218:2,4,7,11,15 |

**[agree - applied]**                                                    Page 4

218:16,20
225:20,24
226:3,5,8,11,13
226:16 227:18
247:1,3
**agreeable**  46:7
**agreed**  13:11
193:1,6
**ahead**  30:16
109:22 114:16
222:5 227:22
239:23
**air**  45:4 128:18
128:19
**al**  2:3
**alaghehbandan**
230:4
**alcohol**  159:11
159:12
**aligned**  96:16
**allele**  28:25
**alleles**  28:25
**allen**  2:2
**allow**  77:2
80:11 109:16
109:20,22
110:12,13
159:14
**allowed**  23:24
95:19
**allows**  138:24
**alter**  23:13
123:24 135:24
**alterations**
65:25

**alternative**
86:6 100:7
**alters**  25:1
**amended**
228:22
**american**  41:16
85:21 95:5
**amount**  19:20
30:11 57:22
68:21 74:19
76:23 121:13
121:14 151:11
151:24 160:19
257:7 263:4
**amounts**  57:12
72:15 74:18,21
76:21 263:24
**analyses**  40:7
40:11,18,19,24
41:2
**analysis**  126:11
182:8 253:20
254:6
**analyzed**  186:3
188:17
**anatomic**  3:3
9:24 10:7,8,13
10:14 78:5
99:22 128:5
**anatomical**
10:18,23 264:1
264:4,8,9,12,18
**anatomically**
77:22 128:6
235:10

**anatomy**  79:10
**ancestry**
205:19
**anecdotally**
240:23
**animal**  24:19
111:13 200:13
200:15 260:21
**animals**  23:11
23:22 25:3,9
**anita**  1:14
279:3,22
**annual**  15:17
63:20 160:8
**anomalies**
107:18
**answer**  4:22
12:11 22:6 30:2
47:9,11 55:20
76:9 82:23
83:16 95:24
96:14 112:23
153:2 154:19
155:4 184:4
215:24 216:15
216:24 227:21
243:20 244:10
**answer's**  217:4
**answered**
154:13
**answers**  4:25
**anterior**  264:23
**anticipate**
176:22
**antioncogenes**
21:13,22

**antiquated**
170:16
**anybody**  55:20
60:9 142:1
154:17 224:10
236:22
**anymore**  233:8
**anyway**  87:21
111:5 114:5
146:10 164:22
207:13
**aorta**  194:12
**apart**  47:9
235:10
**apologize**  229:1
**apoptosis**  22:14
**appear**  96:17
96:23 240:10
264:21
**appearance**
106:20,21
134:17 199:5
210:18 211:24
241:18
**appearing**  2:5,9
2:13
**appendixes**
207:12
**application**
157:17
**applications**
13:25
**applied**  75:15
76:18 77:9
266:3

[apply - associated]                                                    Page 5

| | | | |
|---|---|---|---|
| **apply** 4:11 30:5 | 257:25 261:15 | 120:2,13,18,18 | 260:24 262:5 |
| 131:3 266:1 | **armed** 255:21 | 120:23 121:2,8 | 264:1,7 265:4 |
| **appreciate** 35:9 | **arose** 210:11,14 | 121:11,22 | 267:24 268:5 |
| 59:2 | 210:25 233:13 | 122:1,6,10,14 | 268:18 270:1 |
| **appreciated** | 234:15,20 | 123:2,23,25 | 270:12,16 |
| 226:24 232:16 | 235:12 248:25 | 124:13,16,21 | 271:10,11,14 |
| **approach** 46:22 | 251:16 | 124:25 125:3,9 | 271:17,19 |
| 47:2 76:6 | **arrests** 113:17 | 125:13,23 | 272:3 273:2,9 |
| **approached** | **arrive** 70:17 | 126:6 128:7,11 | 273:13 274:19 |
| 46:16 51:22 | **arrow** 208:21 | 131:3,4 151:8 | 274:20,23 |
| 62:25 | 208:25 209:14 | 151:11 262:7 | 275:12 276:12 |
| **appropriate** | **arrows** 208:13 | 262:13,20,25 | 276:13,18 |
| 99:18 | 210:3 | 263:4,9,17,24 | 277:2 |
| **approximately** | **arsenic** 73:18 | 268:6,14,19,20 | **asking** 103:17 |
| 32:21 33:8,10 | **art** 181:6 | 268:24,25 | 127:21 140:3 |
| 256:22 | **artery** 194:11 | 269:2,3,15,16 | 152:6 156:2 |
| **area** 10:12 | 194:18 | **ascertain** | 163:17 |
| 70:14 73:20 | **article** 41:10 | 247:15 | **aspects** 142:5 |
| 75:15 88:25 | 122:19 126:22 | **ascites** 57:22 | **aspiration** 9:15 |
| 89:19 94:4 | **articles** 13:24 | **ashkenazi** | **assays** 180:5 |
| 110:16 208:8 | 50:16,20 62:20 | 204:23 205:19 | **assess** 224:24 |
| 210:7 211:7,11 | 193:15 | 206:14 | **assessing** 86:24 |
| 235:8 | **articulated** | **aside** 18:18 | **assessment** |
| **areas** 14:1 42:6 | 214:4 | **asked** 7:2 35:10 | 34:15 36:22 |
| 58:9 118:14,14 | **artifact** 237:16 | 41:4 82:15 | **associated** |
| 118:15 206:23 | **asbestos** 72:6,8 | 132:17 133:1 | 14:13 37:7 |
| 207:20 220:5 | 72:10,15,17 | 139:18 154:12 | 38:20 59:17 |
| 253:15 | 73:10 74:11,14 | 163:21 191:3 | 61:4 86:19 |
| **argue** 101:23 | 74:25 75:4,6,7 | 197:10 203:16 | 107:23 117:18 |
| **arguing** 101:25 | 75:13,21 76:2 | 215:14,20 | 143:19 148:1 |
| **arida1** 107:20 | 76:11,14 77:9 | 216:7 223:23 | 158:15 189:1 |
| **arises** 233:7 | 77:13,15,18,19 | 224:22 231:11 | 190:4 192:23 |
| 235:4 | 117:3,5,9,13,16 | 243:9 251:13 | 194:23 197:21 |
| **arising** 213:16 | 117:18,21,25 | 253:18 255:18 | 199:8 200:2 |
| 219:9 227:11 | 118:3,18,20,24 | 257:9 258:14 | 213:3 221:16 |
| 232:7 257:20 | 119:3,7,23,23 | 259:2,9,15 | 221:25 223:2 |

[associated - background]                                    Page 6

238:9,17 239:3
239:4 240:10
261:11 272:9
277:12
**associating**
32:23 247:10
**association**
17:19 34:5,10
34:12 35:1,13
35:15,22 36:4
36:13,15 37:18
37:23 38:8 39:7
43:7 51:6 70:8
156:14,19
173:15 181:3
181:23 197:8
235:7 236:17
**associations**
15:19 34:16,17
34:19,25 36:11
42:22 173:21
233:3
**assume** 44:19
113:12 162:23
**assuming** 30:18
139:16
**assumption**
76:5 233:13
**assumptions**
186:14 200:14
**astronomically**
29:22
**atlantic** 189:22
**atmosphere**
74:7

**atoms** 103:7
**attach** 25:13,25
45:25
**attached** 3:20
49:24 280:11
**attempt** 57:19
155:12 252:8
**attendants** 74:5
**attention** 87:15
**attorney** 49:15
279:14,16
**attorneys** 5:14
5:17,20 6:14
44:8 47:7 49:15
184:7
**attract** 54:10
54:12 105:14
105:18,21,24
212:4 240:25
241:1
**attracted** 56:13
124:15 240:7
240:14
**attributed**
173:17
**atypia** 273:24
**aunt** 173:23,24
204:11 217:25
225:19 245:13
245:14,23
246:7,12,24
247:4
**aunt's** 247:24
248:13
**aunts** 245:24

**author** 21:3
65:22 268:2
**authored** 5:24
44:9,10
**authoritative**
115:1,5
**authorities**
260:19 268:13
268:15 274:15
274:17
**authors** 87:16
92:21 93:14
94:3 95:18,22
96:4,11,22
101:1 179:3
193:16 196:16
196:18 197:2
265:10,19
266:14,18
267:12,16
275:7
**autopsies** 13:12
13:14
**autopsy** 10:14
10:17 11:9,10
11:22 153:11
**available** 16:11
16:12 42:12
126:22 127:9
248:19 251:9
**average** 160:4
256:25
**aware** 8:21
61:24 63:7,10
108:14 110:5,6
122:13,20

161:7 205:23
225:25 236:18
259:20 260:2
268:4 273:18
**awareness**
172:12

**b**

**b** 3:1 7:8 65:7
89:20 167:3,12
167:13 168:3
**b18** 232:20,21
242:8
**baby** 71:21,24
72:6 73:10
75:20 76:11
100:14 101:9
101:14,19
104:17,19,22
105:3,3,5
137:17 141:2
204:4 213:18
217:10 225:10
262:14,20,25
263:3 270:7,21
271:21 272:2,7
**back** 9:1 43:15
49:2,7 52:2
89:10,18,21
94:5 97:22
99:19 207:5,13
207:19 214:25
273:6
**background**
75:7 226:24
227:2,20

**[background - biology's]**                                                              Page 7

232:21,25
233:6 251:5,17
**backscatter**
186:4
**backscattered**
96:12
**bacon**  2:6
**bacteria**  110:9
110:10,20,24
111:2,7 240:5
**bad**  40:15
**balderrama**
3:11 4:18 8:18
45:10 165:16
171:7 178:11
189:1,7,11
190:1 207:9
258:7 273:9
274:17
**balderrama's**
165:24 172:1
176:10 182:11
190:5 274:2
**barrier**  110:2
**base**  19:22
20:12,14 40:10
74:12 75:7
274:1
**based**  22:22
59:3 67:19
71:21 86:25
105:5 140:23
141:2 216:10
217:2 236:13
249:1 251:18
260:19

**bases**  273:15
**basic**  13:16
**basically**  17:17
19:18,24 26:11
29:20 40:13
45:7 98:13
159:23 161:15
165:9 248:3
255:17,18
**basing**  122:18
174:17,20
**basis**  9:17
10:25 62:21
116:6 133:21
254:8,25
256:11,23
261:22 273:10
**bates**  167:24
**bathroom**
229:1
**bear**  46:5
**beasley**  2:2
**beasleyallen....**
2:4
**beautifully**
21:3
**becoming**
211:10
**beg**  278:15
**began**  51:12
142:17 210:10
210:24
**beginning**  43:3
**behalf**  2:5,9,13
48:4

**behave**  174:23
178:14 179:2
179:11
**behaved**  179:8
**behavior**
178:25
**belief**  260:8
**believe**  4:11
14:10 23:21
26:23 35:14
39:20 51:13
69:18,22,24,25
70:5 74:20 78:5
106:10 107:20
112:15,23
114:2 126:10
133:18 141:6
147:5 149:17
149:19 165:4
165:11 172:19
183:15 195:24
196:9 202:13
206:16 208:21
208:25 219:4
220:16 223:10
225:2 230:10
236:1 244:3
245:2 248:5
262:10 263:22
**believed**  122:24
**believer**  138:23
**believes**  142:22
**belong**  106:6
107:5
**beneath**  65:24

**benjamin**  13:18
**best**  11:15
23:10 47:16
48:3 79:20
95:11 160:20
189:5 210:7
214:22 225:8
226:24 230:7
232:16 261:15
**bet**  36:5
**betsy**  7:8
**better**  41:2
178:15 179:8
188:1,20
257:18
**beyond**  26:3,6
277:4
**big**  6:3 55:4
219:21
**bilateral**  226:18
**billed**  8:15
162:24
**binders**  6:3
44:5,15
**biologic**  37:16
86:24
**biological**
110:21
**biologically**
23:18
**biologist**  25:17
**biology**  35:7,8
58:3 66:14
174:24
**biology's**  88:9

**[biopsy - brandi]** Page 8

**biopsy** 41:20
172:5 244:7,13
249:8 255:20
255:21
**biorepository**
13:13
**birefringence**
278:14
**birefringent**
119:9 182:7,14
182:24 187:2
187:18 195:5
197:13 198:10
199:2 222:24
238:6 239:2
266:25 278:17
**birth** 162:12
**bit** 29:5 48:23
51:2 57:12 80:1
89:5 116:25
129:16 243:24
**black** 118:12
**bladder** 74:10
194:15 218:1
250:5
**blasted** 74:3
**blaustein's**
114:24 115:16
116:11
**blebs** 152:17
153:5
**bleeding** 27:18
80:1
**bleeds** 105:22
**blind** 39:21
40:20

**blinded** 40:1
**bloat** 80:9
**block** 121:15,18
121:19
**blocks** 83:23
138:4,8,13,17
138:19,22
139:5,8,10,17
139:19 190:4
202:5,7 213:24
214:1 223:15
223:17 242:2,5
251:9
**blood** 10:11
24:19 58:9 80:2
212:2 220:24
**blows** 104:7
**board** 138:13
255:1,7
**boards** 64:23
255:1
**bob** 47:14,15,16
**bodies** 53:17
75:5 118:19
119:2,5,9,12
120:14 125:13
128:25
**body** 24:13
51:10,15 52:1
52:22,23 53:8
53:16 54:16,17
55:13,22 56:4
61:22,24 62:10
71:5,14 74:16
78:14 80:7,8,12
80:14 82:22

98:4,25 99:1,14
106:6 108:13
111:23 118:9
118:10,17,22
119:3,21
122:11 125:17
140:23 148:3
150:18 151:20
153:22 157:7
157:15 158:16
185:3,11
192:23,24
193:14,17,18
197:18 198:5
199:8 200:3
212:6 216:10
217:2 221:17
221:23,25
222:11,16,19
222:20 223:2
238:9 258:16
258:22 259:13
259:21,22
260:9 261:24
262:2 267:12
267:14,17
272:9 278:12
**bondurant** 3:16
4:19 207:17
242:24 247:18
252:24
**bondurant's**
243:9,14,18
246:23 247:6
248:24

**book** 45:4 115:8
**borderline**
134:4,6,22,24
135:6,10,19,20
136:11 141:10
143:5 145:3,8
145:20 146:1
146:16 165:4
**borderlines**
134:13 135:5
135:16
**bothered**
236:23
**bottle** 75:20
76:11
**bottom** 155:7
167:10,12
188:6 208:19
209:7 238:16
244:12
**boulevard** 2:7
**bounced**
129:15
**box** 184:14,15
184:17,19
**braf** 143:9
**brain** 14:3
**branch** 194:12
**branches** 10:8
**branching**
134:11
**brand** 262:17
**brandi** 3:10
131:25 132:12
207:6

**[brca - cancer]**                                                    Page 9

**brca** 28:22,22
  30:23 31:1 35:1
**brca1** 18:11
  21:9,12 31:7
  32:18,21 33:4
  33:10
**brca2** 18:11
  21:9,12 31:7
  32:18,21 33:5
  33:10
**break** 18:17
  60:10,12,14
  116:17,20,21
  116:23 163:8
  163:11 172:9
  203:1 207:4
  224:10 229:2
  253:6,8 277:24
**breast** 74:5
  143:17,22
  173:25 196:2
  204:10,24,25
  205:7 217:25
  245:13,23
  250:9
**breasts** 66:4
**bridge** 46:8
**brief** 32:12
  217:23
**briefly** 38:22
  254:9
**bring** 44:22
  48:15 202:2
  224:7 242:22
  253:4

**brings** 50:8
**broadly** 191:15
**bronchus**
  128:18
**brother** 225:19
  245:16,17
**brought** 44:4
**brown** 93:16
**bugger** 173:20
**bunch** 40:24
**bundles** 125:1
**business** 161:12

| **c** |
| --- |

**c** 2:1 9:15 90:16
  94:7 143:3
  195:20 244:23
**calcification**
  186:21,24
**calcium** 185:18
  185:20 187:17
  187:23
**calculated**
  123:1
**call** 18:14 22:10
  210:19 254:19
**called** 4:2 14:15
  14:21 19:25
  20:5,20 21:4
  22:19 27:22
  53:4 57:3 59:16
  85:15 119:5
  135:14 161:10
  243:23,25
  254:14

**calling** 43:25
  230:15
**calls** 37:11
  75:24 156:22
  169:23 196:20
**camp** 142:22
**campion**
  102:16,17
  103:16
**campus** 2:11
**cancer** 10:21
  12:4,10 13:1,5
  13:7 14:6,9,11
  14:13,15 15:8
  15:15,18,19,22
  16:22 17:2,9,13
  17:17,19 18:2,5
  18:13,20,24
  19:2,5,7,8
  20:25 21:1,21
  22:25,25 25:20
  25:23 26:18,22
  27:8 28:16,18
  30:1,6 31:6
  32:16,17,23
  33:2,4,7 36:10
  37:21,24 38:7,8
  39:6 41:25
  42:17 46:17
  51:7,21 52:9
  56:13,16,22
  57:2 58:14,18
  60:23 61:18,21
  62:10,18 64:8
  64:22 65:2,8
  66:22,25 67:3,6

67:8,19,22 68:3
  68:7 69:4 70:7
  70:9,13 74:6,9
  107:23 113:4,5
  113:7 114:10
  117:6,10,18
  121:22,25
  122:10,14
  123:3 126:7,9
  126:18 127:5
  133:6,8 143:17
  143:18,20,22
  144:14,16,18
  144:22 145:5
  145:15 154:11
  155:9,10,14,18
  156:6,15,18,20
  157:1 164:15
  164:20 165:25
  166:5,6,10
  169:6,8 171:8,9
  172:11,14
  173:10,19,24
  173:25 174:2
  174:13 176:5
  176:11 178:3
  179:9,13
  180:11,25
  185:16 186:21
  186:25 191:7
  192:7,10,13
  196:2 197:9
  200:12,17
  202:10,13,15
  202:20 203:21
  204:9,10,13,15

[cancer - carl]                                                                    Page 10

| | | | |
|---|---|---|---|
| 204:22,24,25 | **cancerous** | 65:9 69:20 | **carcinomas** |
| 205:4,7,10,14 | 28:16 | 124:4 143:5 | 66:3 122:7 |
| 205:20 206:11 | **cancers** 14:14 | 222:13 | 127:6,11,18 |
| 206:14 210:11 | 14:17,25 17:1 | **carcinogenic** | 141:11 142:7 |
| 210:14,25 | 18:22 21:19 | 25:24 73:17 | 142:17,23 |
| 215:23 216:13 | 22:24 23:2 | 74:4 123:2 | 169:25 170:1,9 |
| 216:14 217:14 | 28:22 29:8 30:9 | 125:24 200:20 | 170:10 171:19 |
| 217:25 218:2,6 | 30:14,18 31:5 | **carcinoma** 15:5 | 171:24 178:16 |
| 218:14 219:1 | 31:12 33:19 | 29:23 61:4 | 205:13,15,18 |
| 220:8,19 | 37:17 63:1 | 86:20,22 | 226:22 231:16 |
| 223:10 224:23 | 67:12 112:17 | 107:14,16,20 | 233:4,5 235:24 |
| 225:2,20,23 | 127:14 143:14 | 108:6,8 127:1 | 236:18,19 |
| 226:10,15 | 143:14 144:3,4 | 127:13,23 | 237:1 244:5,5 |
| 241:24 243:15 | 144:17,21 | 141:20,22 | 245:3,7,8,21 |
| 244:17 245:13 | 170:21,22,25 | 142:2,15 172:8 | 246:19 247:7 |
| 245:13,15,17 | 174:1 181:4,23 | 172:21 191:21 | 247:11,13,14 |
| 245:18,22,23 | 205:2 218:3,5 | 192:18 204:20 | 247:23 248:5,6 |
| 245:25 246:6 | 225:21 245:20 | 205:1,8 208:7 | 248:15 249:2 |
| 246:12,23 | 246:11 248:12 | 210:10,19,24 | 251:2 257:20 |
| 247:2,2,5,12,19 | 261:11,15 | 211:4 213:4,9 | 276:10 |
| 247:24 248:4 | 276:5 | 213:14 217:16 | **carcinomatosis** |
| 254:5,15,17 | **capability** 88:2 | 218:18 219:9 | 57:23 |
| 256:1,11,13,15 | 131:11 | 221:15 223:8 | **care** 9:8 18:6 |
| 256:22 257:4 | **capable** 232:12 | 225:14 229:17 | 136:7 |
| 257:11,15,16 | **captioned** | 229:20 230:16 | **career** 119:12 |
| 257:17 258:6,8 | 280:6 | 231:11 234:14 | 256:2 |
| 258:11 259:4 | **carbon** 111:20 | 234:15 235:11 | **careful** 197:3 |
| 259:18 260:3 | 186:6,11,12 | 236:5 243:23 | **carefully** 56:25 |
| 260:10,11,19 | 187:20 | 244:1,8,25 | **caring** 9:4 |
| 261:1,19 266:8 | **carbonaceous** | 246:10,13,18 | **caris** 11:14 |
| 268:7,15 | 186:3 187:20 | 247:10 248:1 | **carl** 3:7,10 4:18 |
| 273:19,25 | **carcino** 57:23 | 248:25 249:17 | 6:22 7:13 8:2 |
| 274:14 275:14 | **carcinogen** | 251:16 255:11 | 8:19 85:10,12 |
| 275:23 277:2 | 117:22 | 258:4 273:11 | 131:25 132:12 |
| 277:13,20 | **carcinogenesis** | 273:23 276:5 | 133:19 160:20 |
| | 26:9 27:8 33:23 | | 163:14 207:6 |

[carl - causing]                                                          Page 11

| | | | |
|---|---|---|---|
| 268:9 | 215:6,13,24 | 272:21 275:18 | 176:11 196:25 |
| **carl's** 133:2,5,7 | 216:14 217:12 | 276:24 | 208:19 209:3 |
| 133:12,19 | 221:6 223:12 | **castration** | 225:22 227:15 |
| 137:16,25 | 223:21,24 | 252:10 | 234:19 241:23 |
| 144:12,13,17 | 224:6,14,21 | **casual** 64:4 | 244:24 245:20 |
| 145:19 146:15 | 225:11 230:15 | **catch** 27:15 | 246:14 252:4 |
| 147:24 148:6 | 242:14,18 | **categories** 42:4 | 257:14,16 |
| 160:17 | 243:1,5,8 | **categorize** | 259:11 260:3 |
| **carries** 115:5 | 251:10 252:21 | 57:13,18,20 | 260:18 268:7 |
| **carry** 31:7 | 252:24 254:19 | **causal** 34:6,12 | 268:14 272:13 |
| 32:16 33:4,7 | 255:13 271:13 | 36:14,18 38:3 | 275:13 |
| 39:3 178:15 | 271:22,23 | 200:14 | **caused** 18:1 |
| **case** 4:13,14,23 | 276:6,8,13 | **causation** | 21:19 33:19 |
| 4:24 6:17,21,22 | **cases** 4:12,17 | 275:18 | 60:17 81:20 |
| 6:22 8:3,20 | 4:17 7:1,1,4,13 | **cause** 14:10,12 | 117:15 121:22 |
| 11:15 12:4,6 | 7:18,22 8:16 | 15:5 18:5,12,21 | 126:7 155:11 |
| 19:23 42:16,18 | 10:1 11:5,12,24 | 19:1,8 20:25 | 202:10,16 |
| 43:2,6,13,17 | 11:25 12:11 | 21:15 22:4 23:2 | 223:7 234:13 |
| 45:9,10,16 | 50:23 52:6 57:1 | 23:19 25:14,25 | 234:18 245:3,4 |
| 48:22,24 57:10 | 57:21 58:4 87:4 | 26:14 33:22 | **causes** 15:15 |
| 64:7 81:4 85:17 | 117:2 131:21 | 34:2,9 36:9 | 18:20 19:5 |
| 127:7 132:16 | 138:14,18 | 37:15,16,20 | 25:22 26:15,16 |
| 132:25 138:5,8 | 140:7 141:3,6 | 38:2 43:25 52:8 | 26:17,17,24 |
| 160:17,20 | 153:11 154:20 | 52:14 53:3 | 28:9 37:21 |
| 164:15,20 | 162:10,24 | 60:22 61:6,10 | 54:23 65:1 66:9 |
| 165:2,15,18,22 | 165:12 180:16 | 61:10,13,18,21 | 67:7,9 68:15 |
| 177:4 178:9,10 | 183:17 190:13 | 62:10,18 63:1 | 69:4 106:10 |
| 180:13,22 | 201:24 227:9 | 67:6,18,22 68:7 | 107:6,9 117:19 |
| 181:2 189:1,1,3 | 233:11 254:25 | 68:21 69:19 | 123:3,6,23 |
| 190:1,5,20 | 256:23 257:10 | 79:25 89:11 | 143:10 151:19 |
| 191:2 197:11 | 259:7 260:17 | 117:6,9 122:7 | 151:20 155:17 |
| 198:8 201:17 | 263:2 265:13 | 122:10,14 | 155:19 257:11 |
| 201:19 202:22 | 265:21 266:7 | 123:18 125:3 | **causing** 28:10 |
| 203:8,15 204:5 | 266:23 267:20 | 142:7 151:17 | 38:7 106:6 |
| 204:23 213:19 | 270:5 271:11 | 155:14 157:14 | 108:13 123:21 |
| 213:21,24 | 271:20 272:16 | 164:11 176:5 | 200:12 |

**[cavity - chemotherapy]**                                      Page 12

**cavity** 109:25 110:24,25 129:3 264:19
**ceased** 9:17
**cell** 19:11,16,17 19:18 20:12,15 20:16,20,22,24 20:25 21:23 22:5 23:10,21 24:12,16,23 25:2,17 26:14 26:23 28:15 53:1,9,11 56:16 56:18,20 58:7 68:15 69:1,19 96:24 105:15 123:6,9,18,19 123:21 125:3 125:20 155:16 180:4 200:11 200:16 201:11 204:20 205:1,8 205:10,13,15 208:7 210:10 210:19,24 211:4 213:4,9 213:14 233:5 238:8 239:20 239:25 243:24 243:25 244:4,5 244:5,8,15,24 245:2,7,20 246:19 247:6 247:11,13,22 247:25 248:5 248:14,25

249:2,17 250:19 251:1 251:16 255:10 257:5,7,19 258:3 260:21 276:4,9
**cells** 19:19 24:18,21,21 26:12,15 28:10 29:4 37:25 53:6 54:17 56:7,13 56:18 97:9 105:10 106:13 113:20 114:11 122:2,3 123:15 123:16,20,22 124:7,14,15,18 125:7,9 134:15 143:7 150:11 159:13 173:2 178:5,18 179:5 179:19,25 185:16 188:16 192:24 202:17 202:18 211:10 211:11,11,14 220:8,19,23 237:2,4,7,9 238:21,25 239:8,10,14,19 251:20 252:16 267:17
**cellular** 123:10 188:1
**center** 3:9 167:23

**certain** 37:17 47:12 110:12 116:15 150:16 209:1 212:5 257:15 261:1 261:13 263:22
**certainly** 35:14 45:3 77:24 142:2 200:24 259:19
**certainty** 36:7 168:18 195:16 261:20
**certify** 279:5,9 279:13
**cervical** 13:1,5 13:7 14:9,10,12 14:14,15,16 15:7 21:21,23 41:16 58:6 110:2 113:4 250:16
**cervix** 77:13 87:12 111:4,7 169:5 175:20 175:21 194:24 233:18 249:20 250:14
**cervixes** 77:4
**chain** 163:14 164:1,10 190:9 194:12 201:22 201:24 224:5 242:21 253:2
**challenge** 131:7

**challenging** 131:4 270:2,5 270:18,23
**chance** 28:14 176:21 177:19
**change** 13:4 75:14 135:8 155:16 211:13
**changed** 14:22 130:9,12 160:6 217:8
**changes** 280:9 280:12
**channels** 129:9
**characteristic** 89:24 94:8
**characterize** 35:16,21
**characterized** 261:24
**chased** 35:3
**check** 31:16
**cheek** 79:21
**chemical** 125:23 181:25 188:8 252:9
**chemicals** 181:22
**chemo** 57:4 137:1
**chemotherapy** 57:4,7,11,20 58:5,23,24 136:12 137:7 220:15

cherry 2:11
chest 128:13,14
128:22
chief 9:24 10:5
10:7,23 95:10
children 145:7
chodash 25:15
25:16,16
chromium
73:18
chromosome
65:17
chronic 60:21
61:6,15 68:2,6
68:11,13,14,15
68:18,19 69:8,9
69:11,18 71:2,6
71:12,14
151:15,16
153:16 238:17
chrysotile
75:21
cip1 66:2
circle 208:10,18
209:11,13
211:5
circled 208:4,7
209:20 210:15
circles 199:18
circulation
28:6 29:21
circumstances
256:3
cite 83:15 85:3
85:4,22,25
86:14 99:25

100:8 102:1,14
102:16 103:16
156:16 197:1
260:19 274:15
cited 99:24
196:8
cites 146:9
city 2:7 189:22
claim 28:19
34:6 83:23
claimed 238:17
clarify 199:18
clarke 176:24
195:19,20
clarks 38:17
classification
168:19
classify 169:7
203:17
classifying 66:8
66:12 127:19
clear 8:15 38:8
130:16 156:4
176:7 180:10
204:19 205:1,8
205:10,13,15
208:7 210:10
210:19,22,23
211:4 213:4,9
213:14 231:14
233:4 243:24
243:25 244:4,4
244:5,8,15,24
245:2,7,20
246:19 247:6
247:13,22,25

248:5,11,14,25
249:2,17 251:1
251:16,20
257:5,7,19
258:3 265:1
276:4,9
cleared 211:12
211:15,16
clearly 97:9
155:20 213:14
228:17 239:6
clients 5:10
46:6
clinic 37:19
clinical 10:8,9
13:6,7 15:7
27:1 32:12
85:21 95:6
135:2,18 156:8
191:19 193:25
217:23 244:11
273:15,21
clinically 76:20
76:23 82:19
157:12,13,19
178:14
clinician 255:4
255:7
clinicians 146:5
clinics 256:17
clonal 178:1,5,6
179:1,2 214:14
214:14 274:13
cloning 26:10
close 95:9 101:2
101:3,7,8 108:8

154:18,18
162:17 212:10
closely 47:14
53:7
closest 13:17
cluster 240:24
clustered
240:12
clustering
240:20
coffee 122:24
cohort 43:8,13
43:17 70:16
156:13,18
197:7
coincidence
241:4
coincidental
155:9 240:21
cold 255:20,21
colitis 261:16
collaborating
13:16
collaboration
13:17
collagen 146:24
colleague 9:25
26:7 65:6
colleagues 64:1
64:18 139:18
157:9 193:10
college 1:10
9:12 15:17 63:7
63:13 131:9
160:24 253:24

**[colon - considered]**                                                      Page 14

**colon**  22:25
  261:15,18
**colonic**  261:17
**colored**  79:1
  211:20
**colposcopy**
  41:16,21
**come**  11:6 46:8
  55:11 62:1
  64:22 80:7
  89:10 99:19
  116:14 177:5
  207:13 212:10
  256:17 271:2
**comes**  11:1
  27:15 256:15
**coming**  53:21
  271:5
**commencing**
  279:11
**comment**  31:17
  42:11 97:23
  176:23 214:3
  223:19 229:16
  229:24 230:3,4
  230:11 231:3,6
  242:7 269:11
  269:12 276:14
  276:21
**commented**
  176:23
**commenting**
  187:9
**comments**
  187:12,13
  255:7

**commerce**  2:3
**commercial**
  37:8 159:16
**commission**
  279:23
**committee**
  41:18
**committing**
  168:5
**common**  19:1,8
  20:25 23:1,1
  52:12 152:16
  157:10 194:13
  194:17 195:1
  198:3 246:12
  247:1 254:23
**communicati...**
  47:9
**community**
  59:12 126:24
**companies**
  47:25 48:12,18
**company**  47:21
  49:10,12 63:19
**compare**  75:6
**compared**
  101:17 103:19
**comparing**
  101:19
**comparison**
  102:18 103:18
**completely**
  26:18 47:12
  71:21 92:17
  116:14 239:25
  255:18 277:21

**complex**  107:17
  269:24 273:16
  273:22,24
**components**
  198:22
**composed**
  205:15
**composition**
  89:4 125:23
  186:24 187:14
  188:8 212:2
**compositiona...**
  182:8
**comprehensive**
  115:19 116:11
**computer**  45:4
  45:19 91:17
  208:5
**conclude**  61:17
**concluded**
  278:25
**concluding**
  279:12
**conclusion**  62:1
  62:18 70:17
  171:12 174:17
  273:10
**conclusions**
  98:21 259:16
  270:6,19
**condition**  106:4
  118:3 174:9
  252:9 269:14
**conditions**  46:6
  59:17 117:25
  138:25 192:16

**276:15
**condom**  108:14
  108:21
**condoms**
  108:15,22,24
  108:25
**conducted**
  62:17
**confess**  114:22
**confident**  46:12
**confirm**  8:5
  115:9 165:14
  232:9
**confirmed**
  147:25 196:1
  214:16
**conflict**  63:20
**confused**  4:15
**confuses**  15:2
**conglomeration**
  53:20
**conservative**
  100:18
**consider**  18:19
  116:8 117:12
  117:14 129:19
  129:22 130:2
  199:22 277:2
**considerable**
  25:25
**considerations**
  174:15
**considered**
  214:7 229:21
  276:25

[considering - correct]                                              Page 15

considering
  181:8
consistent
  160:3 182:9,10
  198:23 199:1
  199:11 238:10
  244:15 273:22
constant   22:9
  261:5,5,8
constantly
  74:13 261:17
constitute
  247:13
construction
  269:14,23
consult   131:19
consulted   48:8
consulting
  63:11
contact   220:2
contacted
  259:16,19
  260:7
contain   72:14
  132:14 134:13
  134:15 151:8
  151:10 165:17
  190:18 203:7
  215:5 224:12
  242:25 262:13
contained   72:6
  72:10 76:11
  104:23 158:8
  263:3,23
containing
  262:20

contains   118:13
  132:19 159:16
  208:8 229:16
contaminant
  184:2 193:2
  238:10
contaminants
  98:14 185:1,9
contaminate
  184:1
contaminated
  121:8 159:15
contamination
  86:5 100:6
  112:10 120:17
  120:21 158:19
  159:2,7 193:14
content   16:3
contents   75:20
  76:10 188:1
context   25:22
continue   20:24
continues
  167:13 209:17
contraction
  81:20
contradicts
  228:10
contribute
  117:5 145:15
  176:4,11
  244:24 245:20
contributed
  144:17 145:3
  191:6 203:19
  204:8 215:17

225:1,21
  227:15 234:19
  241:23 243:12
  246:13 248:14
contributing
  145:19
contributions
  47:23
control   42:16
  42:19 43:2,6,17
  164:15,20
  165:2 181:2
convenient
  5:25
conversation
  25:19 28:13
  64:4 112:20
  193:9
converse   3:13
  4:18 32:4
  202:22 203:4
  204:8,19
  205:24 207:15
  207:19 210:10
  214:18,25
  215:3
converse's
  203:17,20,21
  203:25 204:4
  206:23 207:21
  208:7 213:1,18
coordinates
  139:13,17
copies   3:21 8:5
  163:14 164:1,3
  184:24 190:9

copper   136:8
  136:23
copy   3:18 19:17
  100:12 164:6
  184:18 201:21
  208:1 224:4
  228:9,14,24
  229:4,15 253:2
copying   19:20
core   244:6,7
  249:8
corner   208:23
corporate
  49:17,20
corporation
  161:3,9,12,17
  161:18,23
corporations
  48:3
corpus   87:12
  159:9
correct   7:14
  8:24 12:10
  15:12 29:15
  34:25 43:12
  49:23 54:16
  55:6 56:9 64:11
  68:11 69:13
  80:24 81:2 95:3
  96:3 111:12
  112:11 114:7
  118:21 119:8
  123:16,21
  129:24,25
  130:3,19,24
  135:1 136:4

**[correct - cutting]**                                    Page 16

138:23 141:6
143:23 144:18
144:22,23
149:3,6 150:14
150:17 151:11
156:9 157:4
161:20 170:13
171:1,2,4,5,11
173:20 174:6
175:5,16 176:5
176:6 177:18
179:23 185:12
190:2 192:8,14
196:3 199:3
200:5,9 201:9
201:20 206:1
206:20,21
218:9 223:6
224:3 226:19
230:23 231:10
231:21,22,25
232:3,23
233:23,24
234:6,8,9
235:18,22
239:15 246:25
248:10,16,19
248:20 249:3
250:22 251:22
253:25 254:1
257:22,23
258:5,8,9,12,25
259:1,7,8,23
260:12,15,22
262:14,21
263:4,11,12,15

263:16,25
265:1,2 266:4
266:20,21
267:22,23
268:17 269:17
269:20,24,25
271:8,9 272:2
272:14,15,20
275:11 277:4,6
277:14 278:18
**corrections**
280:9
**correctly**  71:17
217:18
**correlates**
134:17
**correlative**
85:18
**corroborate**
86:3 100:4
102:4 148:3
**cosmetic**
149:22 150:6
150:17,21,25
**cosmic**  74:3
**counsel**  3:21
47:11 257:9
259:17,19
260:7 271:12
279:14,16
**counseling**
145:18
**countries**  13:1
**county**  279:2
**couple**  21:24
52:1 152:4

163:8 265:8
268:12
**course**  4:13
31:25 73:25
95:14 136:24
151:6 205:23
243:21 256:2
257:2 263:18
**courses**  39:9
**court**  1:1
189:15 190:17
**cousin**  204:12
**cover**  5:1 16:1
123:22
**covers**  5:8
128:21,22
**covid**  13:10,10
13:11,14 15:8
160:11
**cramer**  93:23
**cramer's**
176:20,23
177:3,8,20
**crazy**  76:1
**create**  20:14
**created**  7:19,22
8:12,23 16:9
123:20 189:25
201:19 224:1
258:16
**credentialed**
69:17
**credibility**  39:4
**criteria**  168:20
168:22 169:3
169:12 171:13

174:11,18,21
**critical**  20:16
**cross**  3:5,8
25:15 46:7
49:14,21 73:5
79:9,11 167:23
**crossed**  51:24
52:8
**ct**  244:13
**culture**  23:21
24:12,16,23
25:2 69:2
200:11,16
201:11
**cultures**  23:10
**curious**  8:9
**current**  25:21
27:7 101:5
177:25 253:19
274:12
**currently**  11:3
13:3 15:9 45:15
45:17 256:9,14
**cursor**  61:19
**cursory**  16:22
**curtails**  152:7
**custody**  163:15
164:1,10
190:10 201:22
201:24 224:5
242:21 253:2
**custom**  184:16
**cut**  79:5 83:19
255:19
**cutting**  59:3

[cv - dearing]                                                                    Page 17

cv  42:15 65:12
  65:13 164:13
  164:14,21
cyst  210:9
  212:23 213:3
  213:15 214:7,9
  236:8 257:21
  258:3
cystic  206:25
  207:23 208:14
  209:6 210:17
  212:15
cytologist  9:14
cytology  41:24
  253:21 254:7
cytoplasm
  89:22 90:2
  92:23 94:6
  95:23 96:13,24
  97:10 193:23
  210:22 211:12
  211:14,16
  238:7 239:6
cytosine  19:23

**d**

d  2:14 94:4
da  101:5,5,5,5
daily  9:17
  116:5 254:8,25
  261:22
damage  19:14
  22:4 23:5,19
  25:14 26:1 34:3
  37:22 38:1
  68:21 69:19

123:17 125:4
125:20 274:11
damaged  22:12
  26:24
damages
  123:14
damaging  69:1
  109:23
dark  79:1
  118:12
data  44:18,20
  85:7 139:12
  177:24 183:1,4
  183:9,10,13,19
  184:10 195:23
  196:19 205:17
  274:9 275:3,3
  275:10 277:10
  277:15
database  196:4
  196:10,11
date  46:3
  143:16 230:20
dates  164:16
daubert  189:21
daughter  20:12
daughters
  162:1,7,9
dave  93:23
david  2:2 66:17
  176:19
david.dearing
  2:4
day  9:7 10:24
  10:24 11:6,8,18
  11:24 15:20

74:7 82:13
130:13 279:20
280:14
days  15:21
  44:18 231:1,4
dbalderramapl
  167:25
dead  56:13,16
  56:20 185:16
  220:8
dealing  125:5
deals  258:22
dearing  2:2,17
  2:18 4:6 7:15
  7:20 8:2,6,9,13
  8:14 17:3 19:3
  23:3,16 24:7
  25:5 26:21
  29:13 31:18,25
  32:2,6,14,19
  33:25 34:8,21
  36:6 37:4 38:4
  38:18 39:8
  42:14 43:5,14
  43:24 45:23
  46:9,12,14,23
  46:25 47:18
  48:13 51:3,19
  52:19 53:18
  54:1,24 55:9
  56:2 60:1,8,13
  60:15 61:1,8
  62:15 63:5
  66:18 67:25
  69:6,23 70:10
  70:18 71:9,16

72:4 73:15,24
75:9,18 76:7,16
78:12 79:6,8
80:20 81:13,21
83:7,18 84:13
84:25 87:25
88:10,20 89:6
90:10 91:2,24
92:7,12,19
93:19 94:23
95:4 96:9 97:1
97:11 98:6,22
99:16 100:24
101:12 102:8
102:25 103:10
104:2,16
105:20 108:20
109:13 111:18
112:5,13,19
113:25 114:8
114:19 115:11
116:16,22,24
117:11 121:1,6
121:17 122:16
124:6,24 128:4
129:14 130:14
130:21 131:2,8
132:1,4,8,11,13
133:15 139:7
142:20 146:6
150:2,20 151:5
151:12 152:22
153:6 154:2,14
155:6 156:24
157:5,22
160:14 163:2

**[dearing - descriptions]**                                          Page 18

163:12 164:3,9
164:12 167:21
170:8 175:1
177:6,10,14,15
181:17 186:9
187:15 188:24
189:19 196:15
196:23 198:2
200:6 201:6
202:25 203:2
207:1,5,8,18
216:4,23 222:7
222:17 226:7
229:3,9 230:24
235:15 240:22
242:11 246:16
247:21 253:5,9
257:9 259:25
260:4,13 262:6
262:15,22
263:5 265:14
265:24 266:9
267:7 268:8
270:8 277:5
278:3,22
**dearing's** 48:6
253:16
**death** 68:15
**decade** 141:14
**decades** 38:6,8
108:12,15
130:8,10
141:13 149:11
**decide** 278:6
**deciliter** 28:3,4

**declaration**
280:3
**declare** 280:4
**deduction**
236:22
**deeper** 255:17
**defect** 33:19
123:23
**defendants** 2:9
2:13
**defense** 44:8
47:15 176:17
177:9,10
**defer** 115:21
**deficiencies**
143:12
**deficient** 58:25
**define** 118:8
222:6
**defines** 169:13
**definitely**
228:19 241:13
**definitive**
206:24 207:21
**definitively**
87:22 94:13
97:3 166:17
178:5
**degree** 36:7
143:22,25
151:24 169:9
169:19,21
225:9 246:2,3
**dehydrated**
159:5,11

**delicately**
136:15
**demonstrably**
148:1 223:1,3
**demonstrate**
70:12 98:24,25
**demonstrated**
23:9,22 24:12
86:8
**department**
10:3,3 139:19
**depend** 118:18
151:24 269:19
269:22
**dependent**
118:23 252:21
**depends** 41:1
59:11
**depicted** 208:16
**depiction** 79:11
**deposed** 8:25
9:2,3
**deposing** 25:15
**deposition** 1:9
5:3,5,18,22
6:17 7:6 25:20
46:1 49:23 73:5
163:22 180:8
201:16 223:23
224:8 242:23
253:4 271:24
278:25 279:6,9
280:1,6,10
**deposits** 185:20
**depth** 38:24
62:6 187:25

255:11 276:19
**derive** 67:12
**derived** 14:18
31:13 161:16
236:6 250:24
**derives** 196:10
249:4
**deriving** 250:18
**descent's**
206:14
**describe** 87:16
151:13,18
182:23 219:11
219:24,25
238:3 239:16
244:20 249:25
254:9 261:1
**described** 109:5
147:7 172:6
174:11,18
**describes** 53:24
167:1,6
**describing**
125:20 167:3
237:7,8 238:20
250:23
**description** 3:2
53:24 103:12
166:24 168:3
228:10,20
229:15,24
230:3 264:12
264:18 272:2
**descriptions**
264:2,5

**[design - differentiate]**                                           Page 19

| | | | |
|---|---|---|---|
| **design** 25:2 | 191:4 203:18 | **diagnosed** 31:6 | **diana** 165:15 |
| **designed** 80:6 | 215:15 221:21 | 32:16 33:7 | **diaphragm** |
| **desktop** 45:22 | 224:23 243:10 | 118:2,5 127:15 | 120:3 129:2 |
| **desmoplasia** | 277:11 | 133:8 165:25 | **dictate** 54:8 |
| 146:22 147:1 | **determined** | 166:4,6,17 | **didactic** 16:3 |
| **desmoplastic** | 100:17 | 171:16,18,24 | **die** 22:14 55:1,7 |
| 146:18,20 | **determines** | 191:8,20 | 56:7 58:25 |
| 147:6,10,14 | 240:2 | 203:21 204:10 | 220:19 |
| **despite** 42:19 | **determining** | 204:14 217:15 | **dies** 20:16 |
| 157:9 198:3 | 18:4 100:19 | 217:18 225:3 | 55:15,24 56:18 |
| **destroy** 222:16 | 277:1 | 225:18 | **differ** 142:5 |
| **destroys** 261:17 | **develop** 108:7 | **diagnoses** | 241:17 |
| **destruction** | 113:4 142:13 | 165:11 169:1 | **difference** |
| 123:7,9 261:5,8 | 143:14 144:4 | **diagnosing** | 134:6 149:21 |
| 261:12 | 245:25 260:11 | 66:11 130:7 | 179:11 229:11 |
| **destructive** | **developed** | 256:12 | 229:14 |
| 69:5,7 260:25 | 175:10 210:10 | **diagnosis** | **differences** |
| 261:2 | **developing** | 136:22 168:4 | 149:25 150:3 |
| **detached** | 261:18 273:23 | 191:22,23 | **different** 3:18 |
| 219:20 | 277:20 | 196:1 213:8 | 22:8 68:18 |
| **detail** 188:15 | **development** | 216:8 228:11 | 78:14 89:20 |
| **detailed** 43:19 | 65:18 112:16 | 229:25 254:17 | 91:17 94:4,4 |
| 188:20 | 143:20 145:20 | 256:1 276:1 | 103:8 104:10 |
| **detect** 20:11 | 156:15,20 | **diagnostic** | 113:12 115:13 |
| 59:14,18 74:16 | 197:9 215:23 | 101:6 116:13 | 122:5 140:7 |
| 180:16 270:25 | 216:12 275:22 | 249:16 | 141:24,25 |
| **detectable** | **deviance** | **diagnostics** | 142:3,25 143:2 |
| 206:5 | 106:20 | 66:7 | 154:16 156:18 |
| **detected** 76:2 | **deviation** 14:22 | **diagram** 3:3 | 169:20 174:23 |
| 176:2 186:4 | 101:5 | 78:5,7 79:7,17 | 178:25 226:12 |
| **detects** 20:6 | **devitalized** | 219:13 240:25 | 228:18,18 |
| **determinations** | 56:10 193:19 | **diagrams** 78:13 | 229:4,7,7 |
| 179:1 | **diagnose** 12:4 | 264:8,9 | 230:15 276:2 |
| **determine** 66:9 | 59:8 137:4,7 | **dialogue** 97:23 | **differentiate** |
| 145:18 174:12 | 138:25 213:11 | **diameter** 54:10 | 125:2 126:25 |
| 182:8 188:7 | 243:15 256:23 | 54:12 | |

[differently - doing]                                                      Page 20

**differently**
51:12 135:7
136:2 167:14
179:3 228:19
**differs** 228:20
239:25
**difficult** 10:1
247:15
**digestion** 14:19
**digitized** 45:17
**dilutions**
159:11
**dimension**
158:8
**dimensional**
91:18,22 92:25
188:4,21
**direct** 37:22
65:15 87:14
99:23 175:13
220:1,2
**direction** 279:8
**directly** 21:9
188:18 227:11
279:17
**director** 10:16
**disagree** 75:10
75:12 91:3
98:20,20 102:9
122:22,23
133:11 134:2
137:14 142:21
191:11,16
203:24 217:19
225:5 243:17
244:11

**disagreed** 134:3
231:11
**discern** 18:21
100:15
**discerning** 34:9
**disclose** 47:7
**disclosed** 48:8
**discloses** 183:6
**disclosure**
63:21
**discomfort**
155:12
**discovered**
58:16 183:2
**discuss** 17:16
43:18 144:11
242:13 253:19
254:19,25
256:10
**discussed** 19:6
28:12 63:25
67:7 104:9
201:16 242:8
**discusses** 274:4
**discussing**
158:4 195:19
212:22 237:12
255:13 257:13
**discussion** 14:9
64:6
**discussions**
46:10 47:11
**disease** 12:12
43:9 70:7
152:13,25
154:15 173:14

278:9
**diseases** 58:15
**dismissed**
237:16
**disparity**
141:20,23
**dispersive**
87:19
**displaced**
106:13
**disrupting**
181:22,25
**disruption**
19:13 22:4
23:20
**disrupts** 21:10
**disseminated**
147:15 169:4
**dissemination**
178:17,21
179:12 220:3
**distant** 87:7
**distinct** 241:20
**distinction** 4:22
4:24 134:8
135:3,19,21
136:2,21
169:25 170:16
170:16 244:2
**distinguish**
126:16 170:2
251:1
**distinguishes**
239:17
**distracted**
216:2

**district** 1:1,2
**divergence**
194:17
**divide** 247:11
**divides** 19:16
**dividing** 169:10
**division** 19:12
**dna** 19:14,18
20:18 22:5,12
22:20 23:5,13
23:15,19 25:1
25:13,25 26:20
37:22 38:1
65:25 68:21
69:1 123:17,24
**doctor** 46:2
116:25 203:3
229:10
**doctors** 16:6
38:17 243:15
243:22 244:11
254:4
**document**
77:25
**documented**
87:4
**documenting**
86:23
**documents**
5:21 49:10,12
49:17,20 73:3,6
163:15 164:1
242:21
**doing** 9:7,15
11:12 15:8
40:20 63:18

**[doing - elevated]**                                                    Page 21

114:5 120:12
125:19 163:1
165:9,10 168:5
178:5 188:12
255:5,8,21
256:11 265:11
265:19
**dollars** 162:17
**dormant** 252:3
252:8,13,15
**double** 39:21
40:20 130:22
**doubling** 35:16
35:18
**doubt** 240:16
**download**
44:20 45:4
**dozen** 233:15
**dr** 3:6 4:7 25:15
25:16,16 65:19
85:2,19 88:7
92:13 93:2,14
93:15,15,20,23
102:19 130:16
139:2,20
156:11 158:4
158:19 159:1
164:2 169:1
176:20,20,23
176:24,24
177:2,3,8,8,17
177:20 182:4
183:1,12 184:8
186:14 188:7
195:19 196:17
196:17 230:11

230:12 237:12
237:15 238:18
253:13 265:10
265:12,18,20
266:13,17,23
267:5,11,24
270:2,13,19,25
272:17 278:1
**drain** 194:20
**drains** 237:24
**drawing** 79:2
**drinking**
122:24
**driving** 22:3
**dropbox** 183:13
184:17,19
**droplets** 152:5
**drugs** 252:10
**dubeau** 65:7
**dubeau's** 65:19
**duct** 250:3,4,11
250:12
**due** 124:17
172:4 178:17
**duly** 4:3
**dumb** 42:13
**dusted** 109:2
154:25 201:14
**dusting** 108:11
108:14,18,22
200:8
**dysplasia** 41:17

**e**

**e** 2:1,1,14 3:1
4:5 7:8 65:7

90:6 94:4 132:1
184:11,14
195:20,21
253:11 278:2
**earlier** 63:3
107:7 141:13
142:2,14
155:16 237:18
255:22 257:19
**early** 26:7
38:14 52:2
65:25 214:12
**earned** 160:23
**easier** 65:14
209:19 211:20
232:4
**easily** 261:10
**easy** 108:5
127:3 128:25
221:20
**eat** 56:19
**ectopic** 172:4
**edge** 59:3
**edited** 116:12
**editor** 95:9
**eds** 182:7,11
**education**
254:20
**educational**
115:8
**edx** 87:19 88:2
129:20,24
270:3,25
**effect** 39:24
57:7,20 254:11

**effects** 51:15
54:2 61:5
**efficiency** 4:9
**effusions**
149:13
**egg** 27:15,16
**eight** 8:22 9:7
11:7 189:10
211:3
**either** 6:13
20:14 35:2
37:15 55:2 73:5
83:10 153:10
214:23 228:6
236:3 238:25
250:15 252:6
258:3
**electromicros...**
130:7
**electron** 85:18
87:6,19 89:17
89:19,22 91:11
92:1,15 93:12
94:6,16,19 96:5
96:12 100:15
101:15 129:23
131:11 186:4
**electronic**
184:21
**element** 103:8
**elemental**
186:12
**elementary**
78:2
**elevated** 75:8

[elicit - enter]                                                                    Page 22

| | | | |
|---|---|---|---|
| **elicit** 77:7 | 107:10,14,20 | 276:4,9 | 246:14 247:23 |
| 150:17 185:18 | 109:10,22 | **endometrioma** | 248:1,22,25 |
| 185:20,23 | 110:24,25 | 108:8 210:11 | 249:2,5,7 251:5 |
| **elicits** 150:21 | 166:5,10,19 | 210:13,19,24 | 251:6,17,19,21 |
| 193:16 | 169:6,8,24 | 211:4,7 213:16 | 251:23 252:5 |
| **embryo** 249:24 | 170:1,9,22,22 | 233:7,8,11 | 257:14,14,21 |
| 250:1 | 170:25 171:9 | 236:3 245:9 | 258:2 276:1,6 |
| **embryologic** | 171:24 172:5 | **endometriomas** | 276:10 |
| 249:19,22 | 172:20,20 | 214:13 | **endometriotic** |
| **emphysema** | 173:10 174:25 | **endometriosis** | 107:4 206:25 |
| 152:18 | 175:3 178:2,14 | 67:17 81:5,5,12 | 207:22,23 |
| **employee** | 179:8,13 | 105:7,22 106:3 | 212:15,18 |
| 161:22 279:14 | 180:11 214:9 | 106:11 107:9 | 213:2 214:7 |
| 279:15 | 252:16 273:19 | 107:13,15,18 | 234:21 235:3,6 |
| **employees** | 273:23,25 | 107:22 108:7 | 236:6,8,20 |
| 161:6,25 | 274:3,4,14 | 145:1,14 | 237:5 257:20 |
| **encompassed** | **endometrial's** | 166:18 175:15 | 257:21 258:3 |
| 96:17 | 109:24 | 176:1,4,9,10 | **endometrium** |
| **encountered** | **endometrioid** | 208:8,10 | 66:4 77:4,13 |
| 147:23 148:6,9 | 15:5 107:16 | 209:12 212:14 | 107:25 108:2 |
| 148:19,20,21 | 167:2,4 170:10 | 212:20,24 | 110:10 167:4 |
| 155:25 197:18 | 170:20,22 | 213:3,11 214:8 | 175:11 176:4 |
| 198:4 200:1 | 171:19,24 | 214:10,14,20 | 264:22,23,24 |
| **encouraging** | 172:7,11,14,20 | 226:24 227:2 | 273:12 |
| 123:20 | 209:9,25 210:5 | 227:12,13,14 | **energy** 87:19 |
| **ended** 112:21 | 213:4 225:14 | 227:20 228:5 | **engine** 116:5 |
| **endo** 214:19 | 225:22 226:18 | 231:20,21 | **engulf** 54:22 |
| **endocrine** | 226:22,23 | 232:6,22,25 | 56:17 |
| 181:22,24 | 227:15 231:10 | 233:1,3,4,12,19 | **engulfed** |
| **endogenous** | 233:4 234:3,8 | 233:22 234:1,5 | 197:23 |
| 185:14 186:7 | 234:11,13,15 | 234:12,13,16 | **enlighten** 123:5 |
| 199:25 | 235:5,11,24 | 234:18,25 | **enormous** |
| **endometrial** | 236:5,18,19 | 235:2,4,12,17 | 57:22 |
| 22:25 67:16 | 237:4,6 245:7 | 235:25 236:3,7 | **enter** 76:18 |
| 83:2 105:10 | 246:18 257:5 | 236:17 244:22 | 113:20 129:2 |
| 106:4,18,24,24 | 257:20 258:4 | 245:1,3,8,9 | 254:12 |

[entire - excess]                                                    Page 23

**entire**  12:6
   19:17 40:23
   152:3 159:24
   209:15 280:5
**entirely**  141:24
   230:15 235:19
**entirety**  244:7
**entitled**  180:24
**entry**  77:2
   229:7
**environment**
   24:23
**environmental**
   17:8,10,13,21
   112:15,22,24
   113:11,23
   114:2,3 121:10
   121:20 125:10
   144:8
**eosin**  118:12
**epidemiologic**
   51:5 86:21
   259:3 260:20
**epidemiologist**
   40:9
**epidemiologi...**
   41:11 44:1
**epidemiology**
   38:22,25 39:10
   42:5 43:19
   50:19,19,21
   157:1 181:6
**epididymis**
   250:8
**epithelial**  65:18
   66:24 105:13

   112:17 121:25
   122:2,3 126:7
   126:18 211:14
   238:25
**epithelium**  27:9
   27:10,20,21,24
   28:1,9 67:14,16
   77:1 80:4,5
   81:15 82:21
   117:9 134:16
   142:24 209:9
   209:12 211:9
   236:24,24,25
   250:17
**equivalence**
   79:20
**errata**  280:1,11
**error**  20:11
   231:9
**errors**  228:6
**escape**  109:5
**esophageal**
   144:15
**essentially**
   53:20 120:7
   265:19 266:1
**establish**  178:5
**established**
   73:9,16 76:10
   103:22 174:21
**estimate**  140:6
   140:18 235:23
**estrin**  27:25
**estrogen**  28:2,3
   28:8,8 170:11
   172:24 173:1

   252:11
**etiology**  276:9
   277:1
**evaluate**  187:25
   196:18 200:24
   203:16 215:14
   224:22 232:5
**evaluating**  93:1
   156:13 197:7
**events**  66:1
**eventually**  4:12
   26:25 261:18
**evidence**  39:19
   39:20 40:13
   41:12,22,22,23
   42:2,20 51:8
   57:16 84:18
   98:18 133:2
   140:22 141:1,5
   157:10 175:19
   191:5 193:13
   206:24 207:21
   216:9 217:1,8
   222:1,12
   231:20 234:1,5
   235:16 248:21
   249:6
**evoke**  185:14
**evolves**  42:11
**evolving**  42:6
**exact**  49:1 89:3
   139:13,20
**exactly**  31:2
   150:8 203:14
**examination**
   2:16 49:14,21

   73:5 146:13
   193:5 198:14
   219:8 229:25
   253:16
**examine**  46:2
   59:21 191:3
   243:9
**examined**  4:4
   157:8 248:18
**examining**
   25:15 64:7 77:3
   94:12
**example**  11:10
   18:10 21:20
   22:24 25:14
   41:15 59:19
   66:15 75:19
   95:22 111:21
   118:23 124:7
   155:10,22
   185:18 255:6
   258:17
**examples**
   183:24
**exceeded**  74:2
**excellent**  57:13
   115:18
**except**  7:13
   199:21 207:10
   217:25 280:9
**exception**
   111:22 160:11
   245:10,11
**excess**  172:24
   272:18

exclude  205:10
exclusively
    179:14
excuse  221:22
execution
    230:20
executive  2:11
exercise  258:17
    258:19
exhibit  3:2 78:1
    78:1,4 79:7
    84:24 85:2
    160:13,16
    167:19,20,22
    207:6,7,8 208:2
    227:23,25
    228:1 229:4
    230:23 264:8
    264:19 265:4,7
    265:9 273:3,4
exhibits  3:20
    45:25 220:5
    264:3,3,5
exist  55:12
    163:17,18
    213:12 241:5
existed  138:1,3
    221:6
exists  162:19
    235:7 250:12
exogenous
    185:9,10
expect  59:21
    70:21 71:7
    77:17 82:25
    83:5 97:5

108:25 109:3
120:13 148:15
158:12 256:20
expected  86:4
    100:5 147:22
    148:2,5
expecting
    254:17
expelled  27:17
expenses  273:4
    273:7
experience  59:4
    77:12 120:11
    153:8,13 154:7
    193:8 199:21
    236:13
experienced
    117:15 156:7
experiment
    201:7
expert  23:24
    24:4 44:14 47:3
    47:15,17 48:9
    51:23 64:13,18
    88:25 91:9,11
    91:13 94:16
    108:23 117:12
    129:20,23
    130:2 176:16
    176:17 177:16
    215:21 216:8
    259:6
expertise  66:6
    88:1
experts  44:11
    88:21 94:19

96:5 120:1,9
182:2
expires  279:23
explain  25:21
    27:5 58:2 73:23
    110:22 126:4
    148:8 166:3
    178:20 179:7
    229:11
explained  4:9
explanation
    38:24 59:15
    86:6 100:7
    141:22
explanations
    119:25
expose  153:22
exposed  28:1
    37:23,25 55:25
    74:13 87:10
    121:25 200:20
    200:24 201:1
exposing
    200:23
exposure  17:20
    17:21 37:16
    52:13 61:20
    71:1 74:1,12,25
    75:11 86:23
    87:5 119:23
    120:5 121:20
    125:11 140:23
    141:2 144:9
    148:4 181:3
    200:22 201:13
    216:10 217:2

268:14
exposures
    17:14 113:11
    114:3 128:24
    200:18
expression  66:3
    66:23
extensive  12:12
    127:12
extent  47:6
    177:1 259:5
    268:19 276:23
external  29:12
    29:14 193:24
    194:9,11,13,16
    194:22 224:25
    238:1
extracellular
    146:24
extremely
    36:12 109:17
    109:21 115:7
    122:5 247:15

**f**

f  90:8
facilities  131:14
fact  16:22 20:6
    34:1 43:2,3
    63:7 73:10 75:5
    145:6 186:20
    204:23 249:1
    251:19 263:8
    272:16
factor  107:14
    172:10,14,20

**[factor - field]**                                                    Page 25

173:18 205:1,2
205:4 214:20
267:25 276:21
276:25
**factors** 17:8,9
17:13 24:22
65:1 66:22
112:16,22,24
113:7,23 114:2
114:18 143:19
145:19 202:20
204:7,21
214:19 218:17
218:25 241:22
276:16,19
277:3,3
**facts** 180:22
**fail** 86:3 100:4
102:4
**failed** 39:6
111:15 206:5
226:9
**fair** 15:6 16:21
17:25 22:16
29:23 31:4,14
62:8 169:18
192:10 248:8
257:7
**fairly** 45:5
196:7
**fall** 42:19
**fallopian** 27:9
27:10,11,13,20
27:21,24 28:1
28:18,20,23
29:3,4 30:7,9

30:13,20,25
31:3 67:12,14
67:16 70:2,20
70:22 77:4,13
81:1,8 83:1
84:3,9,12 86:10
86:11 87:13
97:25 98:4
105:13 113:12
113:17,18
114:4,12
142:18,24
167:1 175:13
178:18,22
179:5,17,21
180:12 201:2
217:4 219:11
219:14,15,16
220:3 229:19
237:2,3 249:20
250:13,16
264:20,25
265:3
**familiar** 62:11
86:12,16
104:10,14
254:21
**family** 143:16
143:21 144:12
144:13 173:22
174:1 192:9,11
204:10,18
217:24 218:3,5
225:16,17,21
244:20 245:12
245:20 247:10

247:24 248:2
248:12
**fan** 93:15,15
**far** 14:12 35:21
46:16 48:16
78:13 126:1
192:12 247:1
270:24 271:4
**fashion** 62:13
96:17
**faster** 43:8
**fat** 107:3 173:2
**father** 204:16
225:18
**fatty** 107:2
**favor** 166:18
**favored** 106:8,9
**feature** 210:21
**features** 46:5
146:17 147:8
214:4 223:20
231:15 243:24
244:4
**february**
160:22
**feed** 80:3
**feel** 115:22
227:10 273:16
**feels** 49:4
**felix** 1:9 4:2,7
7:9 164:2
176:20 177:2,8
253:13 278:1
280:18
**fellow** 11:23

**fellowship** 11:4
256:19
**felt** 139:23
**female** 3:4,5
52:5 54:3 70:1
78:5,22 79:11
109:1,15
114:25 115:2
115:16 250:6,7
250:9
**ferric** 212:5
**ferruginous**
118:9,10,17,19
118:22 119:2,5
119:9,11,21
120:14 128:25
**fiber** 118:19,24
119:7 120:2
124:13,22
125:3,7,14,16
125:18,19
**fibers** 77:9
118:20 124:16
124:25 125:9
128:7 269:15
269:17
**fibrin** 27:18,18
**fibroid** 244:22
**fibrosis** 13:22
**fibrotic** 107:8
**fibrous** 104:12
106:25 107:5,6
146:23
**field** 13:10
21:20 26:3,7
88:21 94:16,19

[field - foreign]                                                          Page 26

| | | | |
|---|---|---|---|
| 95:12 99:23 | 265:7 272:8 | 216:16 219:7 | 164:8 171:6 |
| 117:13 120:1 | **finding** 43:3 | 242:25 246:2,2 | 253:15 265:8 |
| 129:20,23 | 86:21 89:13 | 246:5 271:13 | **followed** |
| **fifth** 141:14 | 101:18 192:6 | **five** 12:1 15:11 | 214:15 |
| **figo** 169:13 | 232:12 270:2 | 15:13 31:4,6,10 | **following** 20:23 |
| **figure** 208:5 | 270:14 | 33:16 35:2 | 87:11 |
| 211:2,19 238:6 | **findings** 86:3,6 | 38:17 39:19 | **follows** 4:4 20:5 |
| 238:16,20 | 100:4,7 102:5 | 41:12 42:4 | 271:16 |
| **figured** 49:2 | 130:16 145:2 | 45:21 54:9 | **footnote** 149:9 |
| **file** 45:7,19 | 147:11 158:4 | 58:16 85:17,19 | 268:11 |
| 184:14,15,17 | 173:8 176:1 | 87:3,4 88:8,15 | **foreign** 52:22 |
| 184:20 | 182:4 206:10 | 100:18 101:6 | 52:23 53:8,16 |
| **files** 44:18 45:2 | 210:9 218:13 | 101:22 116:1 | 53:16 54:16,17 |
| 45:6,7 183:10 | 237:12 249:16 | 151:2,4 172:5 | 55:13,22 71:5 |
| 183:14 | 270:19 | 231:1,4 266:6 | 71:14 98:3,25 |
| **fill** 63:21 | **finds** 93:2 | 267:25 268:2 | 99:1,14 148:3 |
| 150:12 | **fine** 9:15 18:16 | 272:13,19 | 150:18 151:20 |
| **filled** 151:23 | 132:10 | 277:23 | 157:7 158:16 |
| **fimbriae** 30:10 | **finish** 83:16 | **flight** 74:4 | 185:3 192:23 |
| 30:10 265:2 | **finished** 11:11 | **flow** 24:19 | 192:24,25 |
| **final** 62:17 | 83:17 | 271:17 | 193:14,17,18 |
| 155:17 | **firm** 138:23 | **fluid** 167:7 | 193:20 197:18 |
| **finally** 77:25 | **firms** 63:22 | **fluids** 10:12 | 198:4,9,17 |
| **financially** | **first** 4:3 13:14 | **foamy** 220:6 | 199:7,8,24 |
| 279:16 | 26:2 31:20 32:8 | 221:9 | 200:1,3 203:18 |
| **find** 39:23 | 32:9 48:19,22 | **foci** 235:3 | 212:6 215:16 |
| 58:11 59:13,15 | 48:24 62:9,24 | 252:20,21 | 216:22 221:17 |
| 65:14 74:12,21 | 86:11 100:9 | **focus** 59:24 | 221:23,25 |
| 77:5 83:12,21 | 132:14 140:19 | 176:1 227:12 | 222:11,16,19 |
| 83:24,24 85:6 | 140:20 143:22 | 227:13 234:16 | 222:20 223:2 |
| 89:14 106:23 | 143:24 144:2 | **fold** 22:2 35:12 | 237:14 238:9 |
| 128:25 138:22 | 147:20 149:9 | 74:5 | 238:15 240:24 |
| 145:21 149:4 | 165:16 170:14 | **folders** 5:25 | 243:12 259:10 |
| 158:12 166:15 | 170:18 180:25 | **folks** 85:3 | 259:12,22 |
| 180:14 183:25 | 189:6,11 | **follow** 16:20 | 260:9 261:24 |
| 234:10,11 | 190:16,18 | 41:13 152:20 | 262:2 267:12 |

**[foreign - full]**                                                    Page 27

| | | | |
|---|---|---|---|
| 267:14,17 | 102:23 103:9 | 267:7 270:8 | 120:16,19,24 |
| 272:9 278:8,11 | 103:24 104:12 | 277:5 | 125:1,1 126:6 |
| 278:12,13,16 | 104:12,13 | **format** 16:19 | 126:12 142:7 |
| **forget** 104:5 | 105:17 108:17 | 228:9,18 | 158:18 159:1 |
| **forgetting** 21:5 | 109:12 111:11 | **formation** | 186:3,21 192:3 |
| **forgot** 230:12 | 112:2,12,18 | 153:25 | 193:13 226:9 |
| 253:7 | 113:14 114:14 | **formatted** | 226:14 233:22 |
| **form** 16:8,24 | 115:3 117:7 | 167:14 228:19 | 273:11 |
| 18:23 22:17 | 119:2 120:14 | **formed** 52:10 | **foundation** |
| 23:8 24:2 26:5 | 120:22 121:4 | 53:6,16 118:20 | 11:14 |
| 29:11 31:15 | 121:16 122:15 | 143:6 221:24 | **four** 15:11 |
| 33:24 34:4,13 | 124:5,23 128:2 | 236:6,20 | 19:22 38:16 |
| 36:2 37:1,10 | 129:10 130:11 | 249:24 | 74:5 90:14,15 |
| 38:10 39:1 42:9 | 130:20,25 | **forming** 50:4 | 116:1 153:11 |
| 42:24 43:11,21 | 131:6 139:6 | 119:21 250:1 | 153:14 160:2,3 |
| 46:19 50:5,6,25 | 142:19 143:7 | 259:21 | 192:22 211:19 |
| 51:17 52:16,22 | 146:3 149:24 | **forms** 57:6 | **fourth** 39:25 |
| 53:2,22 54:14 | 150:15,24 | 118:18 119:6 | **fragments** |
| 55:5,18 59:10 | 151:4,9 152:14 | 155:16 164:10 | 56:19,20 |
| 60:5,24 61:7 | 153:1,18 | 185:25 201:22 | **free** 273:17 |
| 62:12 63:2 | 156:22 157:3 | 201:24 212:23 | **frequent** |
| 67:23 68:24 | 157:21 170:6 | 212:24 214:9 | 106:23 |
| 69:21 70:3,15 | 174:19 181:14 | 214:10 224:5 | **frequently** |
| 71:4,6,13 72:2 | 186:8 187:11 | **formulate** 43:7 | 58:11 68:12 |
| 73:13,21 75:1 | 188:22 196:12 | **formulated** | 107:21 148:20 |
| 75:17,24 76:12 | 196:20 198:1 | 41:11 | 186:21 255:2 |
| 78:11 80:15 | 200:4 201:4 | **fornix** 111:16 | **friend** 40:22 |
| 81:10,18 83:4 | 216:3,19 | **forward** 14:4 | **friends** 95:9 |
| 84:8 87:24 88:4 | 222:14 226:6 | **fossa** 208:8 | **front** 39:18 |
| 88:23 90:4,25 | 235:14 240:19 | 233:14 234:25 | **frozen** 13:15 |
| 91:20 92:10,16 | 242:10 246:15 | **found** 58:18 | **fulfilled** 168:21 |
| 93:18 94:21 | 247:8 259:25 | 59:24 72:7 | **full** 147:20 |
| 95:2 96:7,20 | 260:3,4,13 | 87:10 102:20 | 174:7 205:24 |
| 97:6 98:2,11 | 262:15,22 | 104:12 107:1 | 218:8 226:1 |
| 99:12 100:21 | 263:5 265:14 | 107:19,21 | 265:2 |
| 101:11 102:7 | 265:24 266:9 | 112:7,8 119:3 | |

**[fully - go]**                                                                                 Page 28

**fully** 196:18
**funding** 47:24
**fungi** 53:15
**further** 36:25
37:3,6,12,14
157:6 200:11
238:15 243:25
279:9,13
**future** 46:3

**g**

**g** 20:2,6,7
**gallardo** 3:14
4:19 207:16
224:9,23
225:10,13,25
228:2 238:12
241:23
**gallardo's** 3:17
3:18 225:2,6,22
226:22 227:18
227:23 242:2
**garbage** 40:14
40:14
**gastric** 14:15
14:18,24 15:1
**gathered**
196:19 241:13
**gears** 116:25
**gene** 19:9,10,11
19:13 20:15
21:10 22:19,23
23:1 26:10
28:24 34:3 66:2
143:11 257:12
258:12

**general** 4:11,21
12:9 17:14,15
54:15,19 72:22
89:19 94:3
105:23 117:1
121:8 180:24
205:3,5 215:23
216:13 254:18
254:21 255:23
269:13
**generalizing**
41:2
**generally** 4:16
182:21
**generate**
252:23
**generated**
53:14
**generating** 28:5
**generation**
11:20
**genes** 19:7,11
22:21 32:17,23
34:7 65:8
143:18
**genesis** 133:4
191:6 203:19
215:17 225:1
250:4,13
**genetic** 18:10
18:18 19:6
31:13 33:19
59:17 107:17
143:15 144:4
145:17,23
174:4,7 177:24

192:1,6 205:24
206:4,9 218:8
218:11 226:1,9
226:14 274:8
274:11 276:24
277:17,18
**genital** 17:5
64:21 70:8,14
73:20 75:15
78:9 80:19
82:12,23 83:11
83:13,21 86:19
109:6,15,17
111:6,15 115:1
115:16 194:16
233:2
**genitalia** 238:1
**genome** 19:17
**geography**
118:13
**germline** 18:19
32:16,22 33:4,7
33:9,11,14
192:2 206:9,13
218:12
**getting** 21:17
22:2 41:7 108:4
113:23 144:22
162:17 172:7
176:14 192:17
204:19 211:13
247:6,25
256:18,18
**giant** 53:1,9,11
54:17 150:11
192:24 267:17

**gigabytes** 45:6
**give** 16:23
21:20 22:7
32:23 40:16
58:24 94:22
103:15 137:1,6
167:19 188:20
209:19 230:7
252:7,9 255:6
277:23
**given** 14:20
15:14 16:22
120:1 180:22
227:21
**gives** 20:20
37:17 88:7
236:25 250:4
250:13
**gland** 106:18
106:24 107:4
**glass** 45:8
**glove** 108:10
**gloves** 52:4
108:11 154:25
198:7 200:8
201:14
**glue** 27:19
**glycoproteins**
26:12,14
**go** 8:6 9:1 12:6
30:16 37:18,24
42:2 51:7 63:14
77:6 78:13
80:10 82:22,22
84:21 101:21
109:6,20,22,23

**[go - growth]**

Page 29

110:10,12,13
110:24 111:4,7
111:14 114:16
116:3,8 124:19
128:17,21
132:6 158:14
160:24 161:2
163:10 167:11
179:16 193:20
194:18,25
195:1,2 207:2
220:4 221:14
222:5 224:11
227:22 228:25
231:13 233:15
238:5 239:23
277:22
**godleski** 88:7
92:13 93:2
139:2,20
158:19 159:1
188:7 237:15
238:18 265:10
265:12,18,20
266:13,23
267:5,11
270:25 272:17
**godleski's**
102:19 130:16
158:4 177:17
182:4 183:1,12
184:8 186:14
237:12 266:17
267:24 270:2
270:13,19

**goes** 111:5
159:22 161:17
166:25 194:13
194:14,15
**going** 4:10,25
8:6 9:1 24:21
31:16,20 35:20
39:2 49:6 60:8
64:7 66:17
74:17 88:25
89:1,12 101:21
110:19,20
112:25 116:17
129:5,17 132:8
146:2 158:24
162:8 163:7
164:14 177:11
183:23 202:23
207:6,8,11,19
208:12 217:4
227:22 228:25
233:17 242:24
**gonorrhea**
111:3
**good** 4:7,8
40:17,22 41:3
68:12 111:3
115:25 170:20
196:11,13
224:11 253:13
253:14
**goodness**
256:18
**gosh** 115:25
127:10

**gotten** 193:18
**grade** 41:17
141:11,20,21
142:1,6,11,15
149:15,18,21
149:22 150:6
151:7,7 155:1
191:20 192:17
202:14 217:16
218:17 219:1,9
221:15 223:8
229:17 230:16
243:23 244:14
**grand** 2:7
**grandfather**
144:15
**grandmother**
144:14 173:25
204:13 245:17
**grant** 13:25
26:8
**grants** 47:24
164:17,19
**granuloma**
53:24 54:16,23
60:7 198:19
278:12
**granulomas**
52:24 53:6,13
53:13,16,19
58:19 60:19
110:16 150:11
153:24 154:8
260:9 262:2,2,3
**granulomatis**
52:25

**granulomatous**
53:5,5 60:20
61:3 150:18
151:4,20
153:17,25
221:17,21,22
256:5 259:12
259:22 261:25
267:13,17
272:14,22
278:5
**great** 173:24,24
217:25 245:13
245:23 246:6
246:12,24
247:4,24
248:13
**greater** 150:13
169:2,11,22
246:17 272:12
272:13
**grind** 74:11
83:20
**grossed** 238:13
**grossing** 271:6
**ground** 16:1
**group** 13:9
64:23 141:7
189:12
**grouping** 256:6
**groups** 12:25
**grow** 222:12
**growing** 219:19
219:21
**growth** 220:2
222:8,10

| | | | |
|---|---|---|---|
| **guanine** 19:23 | **habit** 184:16 | **healthy** 80:3 | 91:20 92:6,10 |
| **guarded** 40:17 | **half** 9:20 11:17 | 220:12 | 92:16 93:18 |
| **guess** 36:21 | 45:6 60:9 108:8 | **heard** 25:10 | 94:21 95:2 96:7 |
| 47:16 50:6 | 137:8 165:1 | 66:7 120:23 | 96:20 97:6 98:2 |
| 103:17 105:12 | 168:23 169:1 | 122:12 | 98:11 99:12 |
| 138:12 172:9 | 169:14 225:19 | **hearing** 189:21 | 100:21 101:11 |
| 184:3 221:18 | **hand** 135:8 | 189:22 | 102:7,23 103:9 |
| 227:10 240:23 | 208:22 279:19 | **heavy** 73:17 | 103:24 104:13 |
| 258:20 | **handed** 229:23 | **hegarty** 2:6,17 | 105:17 108:17 |
| **guessing** 24:6 | **handful** 52:6 | 7:17,21 8:1,4,8 | 109:12 111:11 |
| **guide** 17:1 | **handle** 21:16 | 8:11 16:24 | 112:2,12,18 |
| **guided** 244:13 | **handled** 238:13 | 18:23 22:17 | 113:14 114:6 |
| **guidelines** | **handles** 161:13 | 23:8 24:2 26:5 | 114:14,16 |
| 41:14,18 42:1,3 | **handling** 271:6 | 29:11 31:15,23 | 115:3 116:19 |
| **gun** 177:13 | **happen** 22:11 | 32:1,12 33:24 | 117:7 120:22 |
| **guys** 116:17 | 34:1 109:3 | 34:4,13 36:2 | 121:4,16 |
| 164:4 | 110:23 113:5 | 37:1,10 38:10 | 122:15 124:5 |
| **gyn** 10:3 11:4,5 | 142:2 175:6,8 | 39:1 42:9,24 | 124:23 128:2 |
| 11:23 93:20,21 | 201:8 | 43:11,21 46:7 | 129:10 130:11 |
| 116:4 200:2 | **happened** | 46:10,19 47:5 | 130:20,25 |
| 254:18 256:14 | 230:8 | 48:5 50:25 | 131:6 132:3,5 |
| 256:16,19 | **happens** 56:8 | 51:17 52:16 | 132:10 133:14 |
| **gynecologic** | 58:2 81:24 | 53:2,22 54:14 | 139:6 142:19 |
| 86:2 100:3 | 261:12 | 55:5,18 59:10 | 146:3 149:24 |
| 102:3 120:19 | **hard** 74:16 | 60:5,11,24 61:7 | 150:15,24 |
| 153:7 157:9 | 184:18,24 | 62:12 63:2 | 151:9 152:14 |
| 199:7 234:12 | 219:23 | 66:16 67:23 | 153:1,18 |
| 254:5 | **hardy** 2:6 | 68:24 69:21 | 154:12 155:3 |
| **gyns** 254:21 | **hazard** 181:7 | 70:3,15 71:4,13 | 156:22 157:3 |
| **h** | **head** 102:24 | 72:2 73:13,21 | 157:21 163:5 |
| **h** 3:1 90:5 | 104:4 140:15 | 75:1,17,24 | 163:10,25 |
| **h&e** 93:9 96:22 | 145:12 | 76:12 78:11 | 164:8 170:6 |
| 96:24 97:8 99:4 | **health** 61:5 | 80:15 81:10,18 | 174:19 176:19 |
| 187:13 249:14 | 74:22 192:16 | 83:4,16 84:8 | 177:7,12 |
| 278:19,20 | 196:6 275:3,4,9 | 87:24 88:4,19 | 181:14 186:8 |
| | 275:9 | 88:23 90:4,25 | 187:11 188:22 |

[hegarty - huh]                                                Page 31

189:16 196:12
196:20 198:1
200:4 201:4
216:3,19 222:5
222:14 226:6
230:22 235:14
240:19 242:10
246:15 247:8
253:12 260:1,6
260:16 262:18
263:1,7 265:17
265:25 266:12
267:8 270:11
277:7,22,25
278:23
**hegerty** 229:5
**helix** 25:14
**help** 11:2
256:18
**helpful** 42:21
**hematogenous**
179:7
**hematoxylin**
118:12
**hemorrhage**
27:17
**hemosiderin**
211:18,23,25
212:1,3,7,12
**henrich** 2:10
**hereditary**
145:19
**hereunto**
279:18
**hey** 7:2 11:2
37:23,24

**hgsc** 221:15
**hide** 93:6
**hiding** 38:15
**hierarchal**
42:20 43:16
134:11
**high** 21:7 28:7
29:22 40:12
41:17 127:17
141:11,20
142:1,11,15
191:20 192:17
202:14 208:16
217:16 218:17
219:1,9 221:15
223:8 229:17
230:16 243:23
244:14
**higher** 21:18
22:23 31:9
134:21 145:7,9
145:10 210:18
221:4
**highlight** 211:6
**highlighted**
211:7
**highlighter**
209:19
**highly** 74:4
95:13 115:19
131:16 166:9
**hill** 2:11
**histiocytes**
220:6,7 221:10
**histogenesis**
237:1

**histologic** 89:21
94:5 140:22
141:1 193:4
216:9 217:1
**histological**
86:4 100:5
148:16,18
**histologies**
17:22,23
**histology**
165:14 193:1
193:22 222:25
238:13 246:5
**histories**
204:18
**history** 32:13
38:12 143:16
143:21 144:12
144:13,24
160:1 172:2,6
173:22 191:19
192:9,11
204:10 217:23
217:24 225:16
225:17 244:20
244:24 245:12
245:22 247:10
247:24 248:2
248:12 249:5
251:18 273:16
273:21
**hit** 13:10 76:25
88:13
**hodgkin's**
204:14 245:16

**hold** 89:7
167:10
**holy** 3:8 167:23
**honestly** 112:20
**hope** 178:23
**hopefully** 44:2
**horacio** 230:2
**hormonal**
252:6
**hormone** 17:20
30:12
**hormones**
17:11,16 29:9
29:12,14,20,25
30:3,3 170:3,4
170:12,21
171:4 248:6
**horrible** 14:20
25:8 158:24
**hospital** 121:7
126:23 169:18
194:3 269:24
**hospitals** 127:9
131:10 269:4
**hour** 11:17,17
15:22,24 16:1
16:23 60:9
**hours** 5:7,15,16
5:19 6:25 9:7
11:7 22:1 61:16
62:2,16,22 74:7
253:17
**hpv** 14:11,13
14:13 21:25
**huh** 269:18

**human** 21:21
24:13 51:15
111:19 117:21
200:16,21,23
201:7,12
258:21,25
**humans** 23:11
24:1 200:13,19
200:24
**hundred** 36:15
45:12,12 54:11
62:22 236:10
236:14
**hundreds** 77:3
110:14
**hung** 105:12
**hydroplasia**
273:16
**hymen** 214:21
**hyperplasia**
273:22,24
**hyphen** 195:20
**hypotheses**
106:9
**hypothesis** 27:7
81:12 106:8,10
230:8
**hypothesized**
215:21 216:11
**hypothetical**
76:8 99:13
155:23 156:5,9
**hypothetically**
77:15
**hysterectomy**
244:21 255:15

255:19
**hysteroscopies**
172:5

**i**

**iarc** 72:25
122:13,17,23
122:25 126:3
263:10,11,13
**idea** 62:24,25
68:2 76:13
108:23 143:10
162:18,22
**identical**
102:20
**identification**
84:24 88:17,22
99:21 102:18
102:19 103:19
103:21 131:5
160:13 167:20
207:7 227:25
**identified** 3:2
87:23 90:2
93:12 131:4
139:4 174:16
182:11 187:2
193:21 197:12
197:21 259:12
266:15,19
267:20,22
**identifies** 93:7
**identify** 88:2,5
103:5,6 130:17
140:14 164:20
188:15 192:1

198:9 204:7
206:5 208:10
209:8,24 210:5
211:19 226:4
232:14 233:15
241:22 262:4
266:24
**identifying**
187:8,17,17
210:14 216:6
267:25
**iliac** 193:24
194:9,11,13,13
194:14,17,17
194:23 195:1,1
237:17,24
**image** 78:22
87:15 89:14,20
90:1,11 91:17
92:22 94:1,10
95:21 96:10,11
97:3,14 210:17
211:1
**images** 94:10
96:21 97:8,18
183:18 188:14
188:19 272:17
**imagine** 124:7
**imaging** 89:19
**imbalanced**
66:23
**immediately**
126:25
**immense** 19:20
**immortalizati...**
20:22,23

**immortalized**
28:15
**immune** 53:13
58:25
**immunoche...**
126:12
**immunohisto...**
249:16
**immunohisto...**
126:21 127:7,8
127:12 249:11
**impact** 21:9
213:19 225:10
**imperforate**
214:21
**implant** 106:13
109:11 146:23
147:6
**implanted**
105:12 106:5
201:1
**implanting**
114:12
**implants** 81:8
133:19,20,22
134:18,21
135:8 136:9,11
137:2,5,8
146:18 147:6,9
147:14
**importance**
146:25
**important**
36:12 45:20
58:21 59:1,18
66:8 86:23 87:2

**[important - inflammatory]**                                    Page 33

89:11 134:8
158:6 213:8,11
213:13,17
262:4
**importantly**
45:23
**impossible** 25:7
121:11
**improper** 68:22
**improperly**
22:15
**improved**
130:10
**inactivated**
65:17
**inborn** 22:10
**incidentally**
87:16 133:16
134:5 154:24
203:6 215:19
**include** 10:14
17:9,10 52:24
68:20 168:22
170:10 176:1
233:18 260:20
272:1 273:15
274:7 275:2,7
**included** 15:14
206:15
**includes** 144:13
150:11 204:10
225:17 245:12
271:6
**including** 15:2
32:17 143:25
144:8 150:18

159:17 192:23
204:1 249:14
258:11 259:11
261:23
**inclusion** 28:10
28:11 29:7 30:6
**inclusions**
27:23 275:6
**income** 13:2
160:19,23
161:16,21
**inconsistent**
29:6
**incorporated**
17:5 27:22
44:23
**increase** 13:21
35:15 70:6,12
74:5,9 121:23
121:25 123:11
144:21 172:7
173:9 192:7
204:22 206:10
206:13 218:13
226:10,15
245:24 247:12
247:25 260:10
**increased** 22:1
26:15,16 35:13
35:17 59:13
70:9 86:20
123:10 174:1
192:12,17
204:19 218:5
247:5,18
277:13

**increases** 28:13
28:13 205:7,20
**incredibly** 28:7
**incurred** 273:7
**independent**
157:1 166:22
**indeterminate**
35:25 36:1,4
181:16
**indicate** 68:5
210:9
**indicated**
255:22 256:9
262:10 275:25
276:3 280:10
**indirectly**
279:17
**individual**
125:18,19
257:13
**individually**
125:2
**induced** 61:14
**industrial**
128:24 155:1
263:20
**industry**
108:14,21
**inevitably**
269:15
**infection** 70:8
**infectious**
53:14 262:3,4
278:9
**infertility** 61:13
61:14 144:25

145:13 172:3
172:13,13
173:8,12,14,16
173:17
**infiltrate** 159:6
**inflammation**
60:21 61:3,15
68:2,7,11,14,14
68:16,18,19
69:4,5,18 71:6
71:12,15
106:20 147:11
150:19 151:16
151:16,17,19
152:7,8 153:22
221:17,22
238:17 256:6
260:25 261:2,4
261:14,23
278:5
**inflammatory**
52:14,18 56:4
60:16 61:6 70:6
70:7,21,25 71:1
99:10 105:24
108:13 123:25
150:10,13,14
150:22 151:13
153:16 185:15
185:19,21,24
200:2,12 220:7
221:10,13,25
222:11 239:10
239:14,17
259:10 261:16

**influence** 30:12
51:10 174:9
205:12 217:11
**influenced** 29:8
29:24 30:2
133:4 170:3,4
170:11 171:4
248:6
**influences**
145:5
**inform** 50:22
51:1
**information**
11:21 16:16
24:24,25 41:7
42:21 43:1 47:7
115:7 126:8
137:20 186:1
**informed**
266:10
**infusion** 154:18
**infusions** 153:4
**inhalation**
120:6
**inhale** 74:13
**inhaled** 121:2
128:6,11
**inherited** 28:21
31:14 33:23
34:3 143:15,17
144:5 205:21
205:21
**inhibin** 66:23
**initial** 4:20 66:1
**initially** 82:15

**initiate** 52:14
60:22 63:1
**initiated** 222:19
**initiative** 196:7
275:4,10
**inject** 111:16
**injected** 151:25
152:1
**injury** 26:14,15
162:12 240:6
**inserts** 159:20
**inside** 27:12,22
27:25 28:11,17
51:25 79:21
80:10,12,13
91:7 108:12
185:11 208:13
**instance** 227:11
244:6 257:24
**instances**
126:19,20
127:2 233:10
**instigated**
222:10
**instruct** 47:5
**instrument**
188:19
**insufficient**
277:15
**intend** 12:20
43:18,22 117:4
117:8 132:15
165:17 177:20
190:19 203:7
214:3,6 215:6
223:19 224:13

242:7,13 243:1
**intended** 255:3
**intending** 7:17
38:25 182:20
**intentionally**
46:20
**interact** 9:16
9:23 10:2 254:3
255:5
**interacted** 9:13
**interaction**
17:25 254:24
**interactions**
9:21 254:10
**interest** 63:21
64:5
**interested**
279:16
**interesting**
23:12 231:17
**interferes**
113:18
**internal** 49:10
49:12 77:10
140:23 141:2
194:14,25
216:10 217:2
**interpret**
196:18
**interpreted**
169:19
**interrupted**
209:16
**interspersed**
118:14,15

**intraepithelial**
229:20
**introduce**
21:25 108:25
227:22
**introduced**
77:16 82:24
111:22 193:3
238:11
**invade** 147:2
**invading**
135:22
**invasion** 135:23
146:25 168:24
169:9,13,19,21
178:20 229:20
255:11
**invasive** 133:19
134:18,21,24
135:8,10,12
136:9,11,23,24
137:5 147:5,8
147:13
**investigate**
36:13
**investigating**
34:18 46:17
62:9
**investigation**
36:25 37:3,6,13
37:15
**investigator**
164:25
**invoice** 6:24 7:4
162:23

**[invoiced - kind]**                                          Page 35

**invoiced** 8:19
  162:21 189:2
  273:4
**invoices** 3:7
  6:20,21,25 7:3
  7:12,16,18,25
  8:1 160:16
  163:3,6 188:25
  189:25 201:17
  201:18 215:1
  223:24 242:17
  252:23 273:2
**invoke** 123:25
  150:10
**involved** 63:24
  66:5 140:11
  169:5 180:14
  226:19
**involvement**
  166:19,21
  169:4 180:17
**involves** 15:7
  219:17 254:20
**involving** 14:6
  181:22 219:10
  229:17 266:7
**ionizing** 112:25
**ions** 212:5
**ipes** 231:13
**iron** 119:6
  185:22,23,25
**irregular** 26:25
  202:17
**issue** 17:4,4
  46:18 62:3
  116:4 270:13

**issued** 7:12
**issues** 63:23
  93:7 115:2
  116:13
**it'll** 17:13 21:6
  27:19
**italian** 21:3
**itching** 155:11
  155:14,19
  156:5
**items** 273:3
**ivor** 13:18

**j**

**jersey** 1:2
  189:15,22
  190:16
**jesus** 165:5
**jew** 204:23
**jewish** 205:19
**job** 9:16
**johnson** 1:4,4
  46:15,15,21,21
  47:1,2,20,20,20
  47:20,24,25
  48:10,11,17,17
  48:20,20 49:9
  49:18,19,19
  51:22,22 62:4,5
  62:8,8,24,24
  73:3,3,7,7
  132:24,24
  139:2,2 140:8,8
  140:8,9 141:4,4
  162:13,13
  184:7 189:3,3

190:3,3 191:1
202:4,4 203:14
213:23,23
215:12,12
223:14,25,25
224:20 242:1
243:7,7 259:17
259:20,20
260:8,8 262:25
262:25 271:12
**johnson's** 49:9
  71:20,24 72:6
  73:9 75:20
  76:11 100:14
  101:9,14,19
  104:17,19,22
  105:2,3,4
  137:17 184:7
  191:1 203:14
  204:4 213:18
  217:10 223:14
  224:20 225:9
  242:1 259:17
  262:14,19,24
  263:3 270:7,21
  271:12,21
  272:6
**journal** 85:21
  95:6,7
**journals** 95:11
**journeys** 43:3
**juan** 1:9 4:2
  280:18
**judkins** 3:15
  4:18 207:16
  214:24 216:14

217:10,14,20
218:5,16 219:1
221:14 222:25
223:8,12,15
**july** 279:20
**jump** 66:20
**jumped** 177:12
**june** 1:12
  279:11

**k**

**k** 195:20
**kansas** 2:7
**keep** 66:16 80:3
  116:17
**keeps** 6:25
**kemp** 189:21
**kerman** 47:14
**kidney** 218:1
  225:20 251:2
**kidneys** 250:4
**killing** 123:19
  123:21 124:14
  124:18 125:7,9
**kills** 123:15
  124:8,9
**kind** 10:15
  15:14 19:14
  33:19 61:21
  77:18 105:24
  106:6,12 125:3
  125:20 127:4
  162:5 166:2
  173:2 229:5
  243:10 261:12

**[knew - learn]**                                                                                                  Page 36

| | | | |
|---|---|---|---|
| **knew** 93:22 | 172:8 176:7 | **kornburger** | **larger** 54:12,20 |
| **knocks** 20:7 | 180:12,13,13 | 1:14 279:3,22 | 150:6,9,12 |
| **know** 12:17 | 181:24 183:8 | **kras** 143:9 | **largest** 158:8 |
| 13:19 16:12 | 183:18 188:23 | **l** | **late** 209:21 |
| 25:16,18 31:8 | 189:6 192:12 | | **lately** 31:9 |
| 35:4 36:12 | 197:2,4 201:21 | **l** 115:25 195:20 | **latest** 168:17 |
| 38:12 46:15,20 | 205:19 208:4 | **lab** 66:15 159:2 | **law** 63:22 |
| 47:1,15 51:25 | 210:23 211:22 | 184:1 185:1 | 254:11 |
| 52:7 58:13 59:5 | 212:25 213:16 | 268:18,19,20 | **law.com** 2:12 |
| 61:16,18,25 | 216:15 218:23 | 268:24 269:2 | **lawyers** 5:13 |
| 62:16,22 65:10 | 220:14 221:19 | 269:12,24 | 44:6 47:1 48:20 |
| 66:21 76:5,9,15 | 224:4 228:16 | **laboratories** | 49:9 51:21 62:4 |
| 77:6 78:13 | 235:11 236:16 | 11:16,19 | 62:8,24 132:24 |
| 80:13 82:5 | 246:4,5,9,22 | 268:22 269:13 | 138:7 139:3 |
| 83:20,22 88:1 | 249:12 252:1 | **laboratory** 10:9 | 140:8 141:4 |
| 91:15 92:8,13 | 253:1 254:16 | 11:6 18:9 25:9 | 162:14 189:3 |
| 93:15,20,23 | 269:1 | 26:10 37:19,20 | 190:3 191:1 |
| 94:17 96:1 | **knowing** 184:3 | 37:24 66:14 | 202:4 203:15 |
| 102:11 103:1 | **knowledge** | 269:20 | 213:23 215:13 |
| 107:24 110:22 | 23:10 40:10 | **labs** 11:13 | 223:14,25 |
| 110:25 111:13 | 42:11 52:13 | 121:7 127:10 | 224:20 242:1 |
| 119:15 120:24 | 67:4 189:5,25 | 131:10 148:14 | 243:8 |
| 122:17 123:2 | 192:15 214:18 | 269:4,9,12,16 | **lay** 16:5 |
| 125:25 126:1 | 214:22 242:20 | **lack** 148:2 | **layer** 219:14 |
| 127:19 128:9 | 260:5 | 166:18 | **layers** 134:15 |
| 128:23 129:15 | **known** 19:5 | **laden** 192:25 | **leaches** 28:5 |
| 137:18 139:23 | 33:22 34:2 | 211:18 | **lead** 68:3 73:18 |
| 141:10,25 | 117:21 143:18 | **lady** 252:1 | 74:16 168:21 |
| 142:10 145:10 | 192:2,6 206:10 | **landed** 112:15 | 255:7 |
| 145:22 146:11 | 206:18 218:13 | 241:6 | **leading** 81:11 |
| 150:21 153:2,3 | 226:10,14 | **landmark** 21:4 | 134:12 259:25 |
| 154:20,23 | 257:10,14 | **large** 42:3 | 260:14 277:5 |
| 155:2,4,24 | 261:15 277:19 | 44:18 54:22 | **leads** 156:6 |
| 159:15,19 | **knows** 39:22 | 57:22 58:9 | **learn** 179:18 |
| 163:16 164:4,6 | 142:1 | 196:4,6,7 | 180:7 |
| 164:9 165:6 | | 211:15 252:21 | |

**learned** 46:16
47:10,13 51:14
179:15
**learning** 78:2
**leave** 129:1
210:6 269:15
**leaving** 108:12
**lecture** 15:18
15:20,23 16:5
40:23
**lectured** 38:19
117:24
**lectures** 16:7
**led** 101:24
174:16 231:19
**left** 54:4,9
57:15 60:17,18
172:4 176:2
191:21 193:24
194:9 208:22
233:8,11 234:4
234:7 235:9,11
235:17
**leg** 194:14,18
**legal** 50:8 63:18
**lengthy** 14:9
**lesion** 143:1,2
229:21 273:25
**lesions** 142:16
155:10,13
**lesser** 150:22
**leukemia**
225:18
**leukocyte**
239:24

**leukocytes**
239:9
**level** 28:7 39:25
40:13 41:21,22
41:22 59:11,23
59:23 74:1,25
75:7,11,13
121:10 262:13
269:22
**levels** 28:2
29:21,22 30:3
39:18,19,20
41:7,12 42:2
76:2 262:20
**liability** 1:5
48:16
**lie** 13:19
**life** 141:13,14
142:14 264:21
**lifetime** 49:4
152:9
**ligation** 113:7
113:10,16
114:3,11
244:21
**ligations** 114:10
**light** 85:18 87:6
87:18 198:24
223:1 255:24
256:4
**lighter** 79:5
**likelihood**
186:23
**likely** 36:9
51:18 54:10
55:25,25 59:15

76:20,25 86:6
93:8 98:14
100:7 121:15
136:9 142:12
143:11 144:17
145:2,14 147:4
149:4 151:2
158:19 159:2
166:9 168:6
170:24 180:21
182:9,14,22,23
182:24 184:15
202:1 224:7
242:22 248:4
248:14 252:2
261:7 271:3,4
**limitation**
268:24
**limited** 10:13
45:5 48:5
**line** 20:2 26:18
34:15,18
169:10 186:22
262:12
**lined** 124:11
**lines** 40:6
**lining** 79:25
128:21 209:16
**link** 183:13
215:22 216:11
**linked** 38:1
260:25
**list** 17:12 21:7
32:23,24 48:15
50:14,19,20
62:19 102:15

132:2,21
165:21 190:23
203:11 215:9
224:17 243:4
**listed** 13:25
132:21 165:20
190:22 203:10
215:8 224:16
243:3
**lists** 49:24 50:1
**literature** 6:15
30:9 83:12 84:6
98:8,10 147:7
153:19,20,21
153:23 154:7
259:3 274:4,8
**litigating**
189:11
**litigation** 1:5
47:4 51:12,23
63:9 140:12
160:1,8,24
161:16 162:14
266:7
**little** 12:13
17:24 27:20
28:10 29:5
48:23 51:1
57:12,25 68:16
80:1 81:4 89:5
103:3 115:22
116:25 129:16
154:16 200:11
209:16 216:2
241:16 243:24
254:20 272:11

[live - lymphovascular]                                                      Page 38

| | | | |
|---|---|---|---|
| **live**  69:3 | 127:6 133:1,17 | 230:22 232:12 | 128:15,16,18 |
| **liver**  244:14 | 139:19,19 | 239:11 255:24 | 128:19,20,21 |
| **llc**  161:11 | 148:18 163:7 | 261:22 | 129:1 144:14 |
| **lobulated** | 175:23 183:4 | **looks**  91:17 | 204:15 245:17 |
| 241:19 | 188:13 189:16 | 92:1 164:23 | **lungs**  74:10 |
| **lobules**  241:20 | 203:3 209:3 | 209:11 261:2 | **lying**  239:7 |
| **locate**  222:20 | 211:1 217:5 | 264:13 | **lymph**  84:11,15 |
| **located**  1:11 | 219:13 237:8 | **lot**  15:2 16:1 | 84:18,20,21 |
| 139:14 | 238:24,25 | 27:17,18 28:19 | 86:9 87:12 |
| **location**  237:18 | 253:6 254:15 | 38:24 50:17 | 97:20,20 99:6,7 |
| **locations**  87:11 | 261:22 264:15 | 57:14 58:12 | 99:11 141:8 |
| 139:4 | 273:17 276:19 | 66:19 115:5 | 179:12 180:14 |
| **logic**  201:10 | 276:20 | 122:23 129:13 | 180:16,17,18 |
| **logistically** | **looked**  11:24 | 146:24 148:10 | 193:24 194:10 |
| 184:6 | 65:7 74:16 | 148:24 153:8 | 194:20 198:11 |
| **long**  8:19 9:18 | 100:14 101:14 | 252:7,22 255:5 | 198:12 237:17 |
| 25:19 32:24 | 104:17,19 | 272:11 | 237:24 |
| 56:1 59:6 69:4 | 139:21 140:21 | **lots**  104:8 | **lymphatic** |
| 69:7,10 71:3,7 | 141:3 183:21 | 278:13,16 | 129:4,9 179:6 |
| 118:11,16 | 198:17 208:20 | **louis**  65:7 | 194:12,20 |
| 154:8 164:11 | 210:17 213:7 | **love**  14:2 | **lymphatics** |
| 165:5 260:24 | 251:10 274:8 | **low**  13:2 17:19 | 175:17 179:14 |
| 261:2,4,13,13 | **looking**  10:1 | 35:2,3 141:21 | 179:15 |
| **longer**  48:14 | 11:8 13:18 32:3 | 142:6 178:14 | **lymphocyte** |
| **look**  8:4 11:15 | 36:23 38:6 | 208:6 | 53:11 105:25 |
| 12:3,10 14:4 | 56:21,24 58:5 | **lubricants** | 240:1 |
| 30:8 31:24 | 59:7,9 60:4 | 198:6 | **lymphocytes** |
| 37:25 39:18 | 85:10 90:11,12 | **luggage**  50:8,10 | 239:1 |
| 41:14 51:11 | 91:15,16,18,23 | 115:5 | **lymphoma** |
| 54:4 56:25 | 96:15 106:17 | **lumped**  205:11 | 204:14 245:16 |
| 57:25 59:1 | 106:23 126:24 | **lunch**  116:18 | 245:16 |
| 62:19 74:11 | 127:22 131:23 | 116:20 | **lymphovascu...** |
| 75:3 78:6 82:12 | 140:5 188:2,3,4 | **lung**  25:20,23 | 178:19 |
| 92:2,5 94:1 | 188:18,21 | 38:6,7 119:15 | |
| 95:21 96:10 | 209:7,7 213:6 | 119:18,19 | |
| 97:4,5,7,8 | 221:5 228:3 | 121:25 122:2,9 | |

[m - material]                                                              Page 39

| m | | | |
|---|---|---|---|
| **m** 4:5 253:11 278:2 | 197:12 198:10 211:18 223:2,4 223:5 237:17 237:22 238:7 238:23,24 240:6 241:2,18 256:6 267:15 267:20 | **majority** 18:25 89:23 94:7 177:25 274:12 | **malignum** 14:21 |
| **mac** 94:11 | | **make** 4:22 17:15 18:13 24:24 34:14 37:14 58:24 62:20 85:5 92:15 93:5 94:18 101:25 110:6 137:24 148:8 169:5 173:18 179:11 182:6 192:20 213:2,21 223:11 227:19 246:10 247:18 255:2,3 267:9 274:9 | **maluf** 230:3,11 230:12 |
| **machinery** 19:17 | | | **man** 230:18 |
| **macrophage** 52:24 53:8 54:11,22 55:7 55:15,16,21,24 56:16,19 58:1 59:22 90:22,24 91:5,7 92:23 96:2,13,18 97:4 97:9 99:5 112:9 124:8 150:22 151:3 158:9,13 197:23 198:18 212:4 240:1,3 241:20 | **made** 19:21 50:16 97:23 122:20 138:5 146:11 147:4 147:16,18 163:4 164:3 186:10 194:7 200:14 232:15 263:9 | | **managing** 137:12 |
| | | | **manifest** 142:13 |
| | | | **manufacturers** 108:11 |
| | | | **manuscripts** 13:2 |
| | | | **margin** 255:12 255:17 |
| | **magnesium** 99:22 100:16 101:16 | | **mark** 2:6 7:15 78:1 79:6 163:2 167:18 207:6 207:11 219:4,5 |
| | **magnification** 89:18 97:17 208:6,17 210:18 | **makes** 74:13 127:13 168:4 261:7 | **marked** 84:24 85:1 160:13 167:20 207:7 208:2 227:25 229:16 264:18 |
| **macrophages** 53:20 54:20 55:1,10,23 56:5 56:12,17,23 57:9,12,14,16 58:6,11 59:9,12 59:14,20 84:4 84:18 86:9 89:23 90:3,7,9 93:13 94:7,11 95:23 97:19,24 105:8,14,19,21 124:9 141:7 185:15 192:25 193:21,23 | **mail** 184:14 | **making** 4:23 71:17 136:1 186:14 256:1 | **market** 72:12 |
| | **mailed** 132:1 184:11 | **malcolm** 40:23 | **marketing** 1:4 |
| | **main** 22:3 | **male** 250:5,5,7 250:8 | **marking** 78:4 160:15 167:22 228:1 229:3 |
| | **maintain** 190:9 | **malignancies** 254:22 | **married** 132:4 132:6 |
| | **maintaining** 164:7 | **malignancy** 210:21 | **mas** 1:6 |
| | **maintains** 106:19 | **malignant** 153:4 154:17 154:21 211:13 | **mass** 244:14 |
| | **major** 13:15 14:1 15:19 250:2 | | **massive** 57:11 |
| | | | **material** 182:7 186:4 188:9,17 |

**[material - memory]**                                                      Page 40

| | | | |
|---|---|---|---|
| 198:21 199:22 | **mcdonald** 3:6 | 188:3 194:2 | **medical** 1:10 |
| 199:25 203:18 | 85:2,19 93:14 | 196:8,25 | 3:8 6:5,7 9:12 |
| 215:16 238:6,8 | 100:8,10 104:8 | 201:18 202:16 | 15:16,17 16:3 |
| 243:12 | 104:23 265:5 | 210:15 213:4 | 16:11 17:18 |
| **materials** 25:13 | 265:10 266:2,6 | 216:17 222:20 | 39:11 51:16 |
| 44:4,8,10 | 266:18 267:4 | 223:4 232:24 | 63:6,13 64:5 |
| 132:20 165:20 | 267:11 | 234:17,18 | 81:24 131:9 |
| 185:9,14 | **mcw** 9:17,19 | 236:14 241:1,7 | 144:24 145:2 |
| 190:22 192:25 | 10:17 11:5 | 249:18 250:20 | 149:18,21 |
| 200:21 203:10 | 16:12 17:25 | 252:15 273:19 | 151:6 160:24 |
| 215:8 224:16 | 18:3 63:17 | 276:17 277:10 | 162:8 167:23 |
| 243:3 | 64:14 256:15 | **meaning** 9:25 | 168:11 172:2,6 |
| **maternal** | **md** 1:9 4:2 | 13:21 14:18 | 173:7 219:2 |
| 144:13,15 | 280:18 | 20:15 28:8 36:4 | 244:20,24 |
| 173:23,24 | **mdl** 1:6 8:16 | 46:20 51:9 | 251:18 253:24 |
| 204:13,15 | 189:12 190:14 | 61:11 134:11 | 254:12 274:3,7 |
| 218:1 225:19 | 201:23 | 148:23 149:1 | 276:14,15,20 |
| 225:19,20 | **mean** 16:15 | 178:25 185:7 | **medications** |
| 245:13,14,15 | 25:8 26:19 | 185:10 211:9 | 17:11 |
| 245:17,23,24 | 45:13 48:17 | 233:6 273:19 | **medicine** 10:9 |
| 246:6,11,23 | 49:7 58:14 | **means** 24:5 | 43:4 53:4 |
| 247:4 248:13 | 62:19 66:19 | 69:8,9,10 95:17 | **medicolegal** |
| **matter** 20:13 | 69:12 76:1,22 | 123:9,11 | 63:10 161:13 |
| 20:17 71:18 | 76:24 78:10 | 148:10 179:20 | **meet** 9:10 |
| 75:5 120:12 | 80:22 83:19 | 219:12 250:15 | 253:19,22 |
| 132:22 188:16 | 97:16 101:2 | 277:14 | **meeting** 5:12 |
| 190:24 203:12 | 102:9 110:23 | **meant** 17:1 | 5:14,17 |
| 215:10 216:18 | 116:10 126:5 | **measure** 57:8 | **meetings** 26:10 |
| 216:24 224:18 | 140:18 141:9 | **mechanism** | 64:23 |
| 272:7,10 280:6 | 141:10,21 | 21:11 36:20 | **member** 174:1 |
| **mattered** 272:4 | 150:5,6 157:12 | 81:14 106:10 | **membrane** |
| **mature** 250:21 | 158:9 159:18 | 113:21 239:16 | 180:4 |
| **maximum** | 168:8 171:18 | 248:3 | **membranes** |
| 255:11 | 171:23 182:20 | **media** 72:24 | 159:13 |
| **mcdevitt** 2:10 | 184:17 186:10 | **mediators** | **memory** 49:1 |
| | 186:18,24 | 105:24 200:12 | 165:10 |

[menstruate - mineral]                                                    Page 41

**menstruate**
  110:3
**menstruated**
  107:25
**menstruation**
  81:17,19 83:3
  109:14 179:22
  179:23
**mention**  43:19
  142:16 149:10
  156:10 211:17
  213:15 227:19
  228:5 231:20
**mentioned**  24:4
  38:22 44:17
  63:3 64:3 68:9
  108:10 126:3
  164:14 185:16
  226:17 228:23
  248:12 253:21
  272:12 278:4
**mesothelial**
  124:11
**mesothelioma**
  118:6 121:24
  122:8,9,9
  126:17 127:1
  127:25 128:16
**mesotheliomas**
  126:13 127:3,5
  128:13
**met**  253:23
**meta**  40:7,11
  40:18,19,24
  41:2

**metals**  73:17
**metaplasia**
  60:22
**metastases**
  179:6 180:18
**metastasis**
  174:14,25
  175:4,19,21
  176:3 178:19
  244:16 258:8
  273:12 274:2
**metastasize**
  179:16,18
**metastasized**
  171:9,9 180:11
**metastatic**
  166:10 168:20
  169:8 175:10
  178:2,13,16
  179:1 244:14
  274:14
**method**  87:2
  103:18 179:10
  180:21
**methodologies**
  266:2
**methylation**
  65:25
**mhegarty**  2:8
**michael**  66:2
**microbacteria**
  58:20
**micrograms**
  28:3,4
**micrograph**
  99:4 188:2,4

**microinvasion**
  134:3
**microinvasive**
  135:5,13,16,20
  135:22
**micron**  151:1
  158:13 212:9
  212:11
**microns**  54:9
  54:11,18 151:2
  158:7,10
  211:13 272:13
  272:19
**micropapillary**
  134:6,9,12,19
  134:20 146:17
**microphage**
  53:10
**microscope**
  51:7 58:1
  100:15 101:15
  104:18,20,22
  105:5 188:3
  198:24 261:9
**microscopic**
  104:25 118:10
  166:24 168:3
  228:10,20
  229:15,24,24
  230:3 239:12
**microscopist**
  93:16
**microscopists**
  131:17,20
  187:24

**microscopy**
  12:10 56:23
  85:18 87:7,18
  87:19 89:17
  91:12 92:1,15
  93:12 94:17,20
  96:5 129:24
  130:5 131:11
  186:5,22
  255:24 256:4
**middle**  164:22
  177:22
**migrate**  111:9
  111:21,25
  112:4
**migration**
  85:16 98:19
**millimeter**
  255:12,14,16
**millimeters**
  135:24
**million**  76:3
  162:17 164:23
  165:1
**millions**  125:18
**milwaukee**
  1:11 279:2,10
  279:20
**mind**  15:5
  18:17 39:19
  51:25 52:8
  104:7 217:8
  245:11
**mine**  40:22
**mineral**  89:3,3
  89:4

**[minimal - mutations]**                                    Page 42

**minimal** 14:22
57:17 74:21
**minimum** 74:1
**minus** 101:6,22
267:25 268:1
**minute** 45:21
171:6,13
254:12
**minutes** 12:6
12:13 29:7 59:8
163:8 202:24
277:23
**misclassificat...**
126:4
**misclassifies**
122:19
**misdiagnose**
127:24
**misidentified**
130:23 270:4
270:15
**mismatch**
19:11,13 20:3,5
20:11 21:10,15
22:10,19,22,22
22:25 26:16
33:20,22
143:11
**mismatched**
19:9,9 28:14
**misrepresenti...**
46:21
**missed** 212:14
**missing** 207:10
**mistake** 202:18
230:6

**mistakes** 19:21
20:9,10,24
22:10
**misused** 68:12
**mitogen** 28:8
**mo** 2:7
**mobile** 124:14
**mode** 91:22
92:25 94:12
186:5
**models** 200:13
200:15
**moderate** 57:15
181:13,15
**modify** 12:11
243:20
**molecular**
11:13,13 66:13
174:24 177:23
274:8,10
**molecule** 19:25
20:4,5
**molecules**
13:20,20 25:11
25:24 212:8
240:7
**molten** 271:7
**money** 50:17
**monograph**
263:10
**monographs**
263:11,13
**mononucleal**
168:23
**montgomery**
2:3

**month** 257:2
**morbidities**
192:16 213:12
**morning** 4:7,8
**morphologic**
134:10,17
147:8 249:15
**morphological**
211:24
**morphologic...**
122:3 221:20
**morphologies**
104:11
**morphology**
86:25 104:9
118:18,23,24
123:14 125:24
126:2,20 127:4
133:22 237:7
**morris** 48:11
**mother** 204:11
204:24 245:14
245:23
**mother's**
204:25 205:7
248:13
**motile** 124:17
179:25
**motility** 81:15
113:17,18
179:20
**motivated**
38:16
**move** 4:12 14:3
117:1 124:17
128:19 180:3

**month** 187:23 224:9
**moving** 124:14
165:15 190:12
214:24 248:17
**mucin** 14:25
15:1
**mucinous**
250:8
**mucosa** 76:25
78:24 79:1,14
79:22 80:3,23
82:3,4,8,10,25
109:5 261:17
265:3
**mullerian**
244:15 249:17
249:18,19
250:12,15,25
251:3,4,6
**multi** 52:25
**multinucleated**
53:10
**multiple** 15:20
85:16 87:7
225:17
**mutants** 30:23
31:1
**mutation** 18:11
18:12 20:19
21:18 22:2,23
29:1 31:7 33:23
34:3,7 125:8
155:17 192:6
276:24 277:18
**mutations**
18:19 19:7

[mutations - noncommittal]    Page 43

20:21 21:9,12
22:19,20,20
23:1 26:17
28:22 31:14
32:17,22 33:4,8
33:9,11,15
107:19,21,22
108:1,5 123:11
142:12 143:8,9
143:10,15,17
144:4,6,9 192:2
205:22 206:6,9
206:13 218:12
226:4,9,14
257:12 258:12
261:7
**mute**  18:13
**mychart**
254:14
**myeloma**
225:18
**myometrial**
178:19

### n

**n**  2:1,14 4:5,5
195:21 253:11
253:11 278:2,2
**naked**  55:12
**name**  7:7 13:20
14:20,22 46:16
47:2,17 65:7,19
161:8 230:2
**named**  15:4
**narrow**  118:14

**naturally**
185:10
**nature**  4:21
178:2 188:15
274:14
**nci**  164:23
**near**  208:21
235:13 244:12
**necessarily**
98:9
**necessary**  46:4
86:5 100:6
102:12 134:19
232:2 271:21
**necessity**  70:23
**necrosis**  220:5
220:8,11,12,13
220:17,23
**necrotic**  58:10
**need**  4:21 11:2
14:3 18:14 29:1
29:5 38:2 60:9
105:18 115:22
129:16 133:17
139:22,24
177:2 179:18
180:15 189:16
199:15 200:22
207:1 224:10
**needed**  227:10
**needle**  9:15
244:6,7,13
249:8
**needless**  19:19
111:5

**needs**  37:15
109:20
**negative**  61:5
130:22 174:8
206:19
**neglected**  224:7
253:4
**neighborhood**
5:6 140:13
162:16
**neither**  144:16
144:20 173:25
218:4
**neoadjuvant**
57:3 58:5,23
220:15
**neoplasia**
124:12
**neoplasm**
166:20,22
167:6 168:5
191:6 203:19
215:18 225:1
229:22
**neoplasms**
117:15 142:3
178:15
**neoplastic**
206:24 207:22
207:23
**never**  8:15 15:5
18:1 27:3 48:8
48:9 51:24 52:8
63:4 140:25
175:6 189:25
197:20 198:17

199:6 200:1
201:8,11
214:15 251:25
262:19
**new**  1:2 40:11
137:24 189:15
189:22 190:16
213:21 222:8
222:10 223:11
256:22
**nice**  228:8
**nickel**  73:18
**nico**  197:5
**ninth**  110:8
**nj**  2:11
**node**  84:11,18
84:21,21 97:20
97:20 99:6,7,11
198:11,12
237:17,24
**nodes**  84:15
86:9 87:12
141:8 179:12
180:18 193:25
194:10,21
**non**  14:13
30:23 57:6 93:2
147:13 182:10
182:24 183:2,5
183:24 184:25
204:14 206:24
207:22,23
245:16
**noncommittal**
166:7,13,23

**nondesmopla...** 146:18,21 147:10
**noninvasive** 133:20 137:8 146:17
**nonpapillary** 127:20
**nonspecific** 240:4
**nonstarter** 200:17
**nonviable** 20:15
**noon** 116:16
**nope** 84:7 189:13
**normal** 18:6 19:11 21:23 59:21 106:19 106:21 220:18 233:11 234:22 239:17 258:21 258:24
**normally** 59:23 108:2 234:21
**notary** 279:4 279:22
**note** 158:6
**notes** 253:6
**notice** 6:17,19 163:22 201:16 230:1
**noticed** 228:22 231:12

**notion** 26:3
**notions** 62:23
**nucleated** 52:25
**nucleus** 211:14 211:15 241:19 241:20
**nulliparity** 144:25
**number** 31:14 35:8 65:16 121:24 125:7 127:16 140:16 160:16 207:9 208:2 211:2 216:8,8,15,24 220:22 239:19 254:23 265:4,7 265:9,13,21 273:3,4
**numbered** 164:21
**numbers** 30:18 31:9 59:13
**numerous** 89:21 94:5 96:12 157:8 159:16
**nurse** 162:7
**nurses** 275:4

**o**

**o** 4:5 9:15 13:18 115:25 195:21 253:11 278:2

**o'brien** 156:16 195:21 196:17 196:17 274:20 274:24 275:2,6 275:7
**o'clock** 12:1
**oath** 4:3 63:14 280:13
**ob** 10:3 11:4,5 11:23 254:21
**obese** 172:23 173:15
**obesity** 145:1 145:14 172:2 172:10,19
**object** 29:11 34:4 47:5 53:2 75:24 87:24 90:4 128:2 181:14 198:1 216:3 259:25
**objection** 16:24 18:23 22:17 23:8 24:2 26:5 31:15 33:24 34:13 36:2 37:1 37:10 38:10 39:1 42:9,24 43:11,21 46:19 50:25 51:17 52:16 53:22 54:14 55:5,18 59:10 60:5,24 61:7 62:12 63:2 67:23 68:24 69:21 70:3,15

71:4,13 72:2 73:13,21 75:1 75:17 76:12 78:11 80:15 81:10,18 83:4 84:8 88:4,19,23 90:25 91:20 92:6,10,16 93:18 94:21 95:2 96:7,20 97:6 98:2,11 99:12 100:21 101:11 102:7 102:23 103:9 103:24 104:13 105:17 108:17 109:12 111:11 112:2,12,18 113:14 114:6 114:14 115:3 115:12 117:7 120:22 121:4 121:16 122:15 124:5,23 129:10 130:11 130:20,25 131:6 133:14 139:6 142:19 146:3 149:24 150:15,24 151:9 152:14 153:1,18 154:12 155:3 156:22 157:3 157:21 170:6 174:19 186:8

**[objection - okay]**

Page 45

187:11 188:22
196:12,20
200:4 201:4
216:19 222:5
222:14 226:6
235:14 240:19
242:10 246:15
247:8 260:4,13
262:15,22
263:5 265:14
265:24 266:9
267:7 270:8
277:5
**objective**  86:18
**obliterate**
149:12 152:3,5
**obliterated**
152:7 222:13
**observation**
193:25 194:7
232:15
**observation's**
255:3
**observational**
85:7
**observations**
92:15 94:18
147:16 174:15
255:2
**observe**  56:23
136:13,20,25
**observed**  60:19
101:9 105:4
119:11 133:23
136:2 193:22
199:21 222:24

227:4,7 231:14
231:16,23
237:21 278:5
**observing**  54:2
**obtained**  13:14
**obvious**  12:12
222:21 236:21
**obviously**  27:11
36:14 40:18
80:22 81:15
86:14 119:15
121:23 139:9
152:2 177:1
179:19 205:17
**occasionally**
20:19 27:19
105:21 111:2
**occur**  18:25
22:11,20 43:9
107:11 128:13
142:9,23 159:7
188:19 235:24
254:10,11
**occurred**  20:17
63:4 159:3
226:23
**occurring**  20:8
142:10 185:10
227:20
**occurs**  26:23
40:21 55:10
69:25 81:6
106:4,12
124:12 147:1
158:20 170:2
179:13,14

212:20 220:17
254:24
**odds**  21:17
125:8
**offer**  23:24
38:25 117:4
132:15 136:10
165:18 190:19
203:7 215:6
224:13 243:1
259:2,5 280:12
**offered**  96:22
**offering**  63:8
63:14
**office**  45:21
279:19
**oh**  25:8 30:17
44:14 56:25
65:21 82:14
85:11 90:17
113:15 143:25
162:22 175:21
178:10 210:4
212:5,9 218:22
228:8,8 230:19
255:14,15
**okay**  5:3,16 6:5
6:9 7:7 8:8,13
8:18 9:18 12:2
12:14,15 16:14
18:14 22:3
23:17 24:15
26:22 27:6
29:16 30:17
31:19,22 32:7
32:14,20 33:6

33:16,17 34:11
39:9,14 44:12
45:1,13,18 46:9
46:12 47:19
50:10,12 51:4
51:13 53:11
54:25 59:12
60:8,13 61:25
63:12,25 64:9
65:14,19 68:1
69:11 73:1
78:17 79:3,14
79:17,19,23,24
80:13 82:1,9,14
85:11,14 86:17
89:9,10 90:5
92:13,20 93:23
94:24 95:5
96:15 97:22
99:3,7,17,19
101:22 103:14
104:3 105:23
110:1,4 111:8
112:6 116:16
116:22 122:6
123:8 124:3
125:22 126:16
127:21 128:12
131:23 134:5
135:15,18
136:1,5 137:3,4
137:10 138:19
139:16 140:5
142:25 145:6
146:9 147:3
148:12 149:1,7

**[okay - opinions]**

| | | | |
|---|---|---|---|
| 151:6,18 154:6 | 234:24 235:23 | 206:18 262:4 | 95:25 111:8 |
| 154:24 155:7 | 236:2,4 237:6 | 278:19 | 113:9 114:9 |
| 155:21 157:16 | 237:11 239:10 | **ongoing** 63:8 | 115:14,15 |
| 158:3,12 | 241:17,22 | 69:12 71:3,7,11 | 117:9 119:24 |
| 159:21,25 | 242:24 244:9 | 71:11 151:22 | 120:18,20 |
| 160:12,23 | 244:12 245:6 | **open** 17:15 | 121:21 122:11 |
| 161:4,7,22 | 249:6,15 250:2 | 264:10,10,19 | 132:18 133:5,7 |
| 163:19 164:9 | 251:9,23 | 264:20 | 133:21 134:23 |
| 165:13 167:16 | 261:21 264:15 | **opened** 44:21 | 137:23 142:17 |
| 168:1 169:15 | 268:10 278:22 | **opens** 27:13 | 143:4 165:24 |
| 169:16,24 | **old** 7:2,16 | **operate** 24:13 | 166:9 168:15 |
| 170:20 171:23 | 143:16 | 131:17 | 171:7 174:9,12 |
| 175:9 177:6,14 | **oliva** 115:23 | **opine** 18:11 | 176:3,8 180:10 |
| 179:24 180:7 | **omentum** | 39:3 166:13 | 181:18 191:7 |
| 181:18,21 | 57:23 | 180:20 | 195:7,14 |
| 182:1,16 | **omission** | **opined** 14:10 | 202:12,19 |
| 183:16,20,23 | 242:23 | 67:18 107:13 | 203:20 213:13 |
| 184:24 185:22 | **once** 9:13 19:25 | 113:10 168:12 | 213:19 215:21 |
| 186:13 187:1,8 | 21:24 27:25 | **opining** 62:21 | 216:8 217:3,14 |
| 187:23 190:12 | 56:3,18 108:4 | 130:23 184:25 | 222:18 223:7 |
| 190:15 191:25 | 128:18 140:25 | **opinion** 16:6 | 225:13 232:5 |
| 194:6,19 | 151:22 152:6 | 17:17 19:4 | 233:25 234:10 |
| 196:16 197:6 | 252:16 | 23:17 28:21 | 236:4,9,12 |
| 199:12,17 | **oncogenesis** | 30:12,19,22 | 238:19 243:14 |
| 200:7 201:15 | 26:1,23 | 33:22 35:24 | 244:8,23 245:6 |
| 202:22 207:17 | **oncologist** | 36:11 38:23 | 245:19 246:14 |
| 208:1,15,18 | 254:16,18 | 39:14 40:5,17 | 248:24 249:1 |
| 209:12,18,22 | **oncologists** | 50:7 52:12 | 251:20 263:2,6 |
| 209:24 210:6 | 136:19,20 | 60:20,25 61:2 | 268:14 271:1 |
| 210:20 211:5 | 137:6,9 | 61:20,23 63:8 | 272:4 276:8 |
| 211:17,22 | **oncology** 10:4 | 67:10,11,19,20 | **opinions** 23:25 |
| 214:24 215:5 | **oncotic** 24:20 | 71:20,24 73:11 | 38:25 41:5,6 |
| 219:17,20 | **ones** 44:23 | 73:19 75:14,22 | 44:9 50:4,6,22 |
| 220:4 221:2,5 | 67:15,17 73:4 | 76:15,17 81:17 | 51:20 52:11 |
| 222:23 224:9 | 125:11 170:4 | 84:14 89:2 | 63:13 64:1,10 |
| 230:19 234:17 | 183:22 187:4 | 92:20 94:9,22 | 67:5 72:5,9 |

98:9 115:9
117:4 120:8
132:15,19,22
133:12 134:2
137:14,22
153:15 156:11
156:17,25
165:17,22
175:9 176:16
190:19,24
191:12,16
195:9,20
196:25 202:9
203:7,12,25
204:5 215:6,10
217:11,20
224:13,18
225:6,11 243:1
243:5,18 259:3
259:5 260:17
268:6,8 271:22
272:7 274:1,17
275:19,21
**opportunity**
13:12
**opposed**  57:2
126:17 151:15
188:3
**optional**  57:6
169:12
**order**  11:21
78:19 123:18
132:2,6,7,9
170:2
**organ**  56:10
61:11 85:17

233:16,19
252:16 273:1
**organic**  159:12
**organically**
122:3
**organism**  53:14
**organisms**  69:3
**organized**
62:13 129:17
**organs**  13:15
13:22 119:14
169:5 179:13
180:19 194:16
250:18,19,23
**orientation**
188:1
**oriented**  208:20
**origin**  237:8
244:16 249:17
249:18,20
250:15,17
251:1,3,4,6
257:17
**original**  3:20,20
**originally**
176:2
**origins**  258:10
**ors**  256:17
**outcome**  40:25
200:17
**outcomes**  135:4
**outdated**
142:18
**outer**  169:1,14
219:14

**outgrew**  220:24
**outgrow**  58:9
**outline**  15:18
16:25
**outlined**  21:2
**outside**  9:10
219:15 239:6
**outstanding**
162:19
**ovaria**  250:7
**ovarian**  12:4,10
14:6 15:15,18
15:19,22 16:22
17:1,2,9,13,17
17:18 18:7,20
18:22,24 19:5,8
26:22 27:7,8
29:8 30:1,14,18
31:5,6,12 32:16
33:4,7,18 39:6
42:17 46:17
51:6,21 52:9
56:22 57:1
58:17 63:1 64:8
64:22 65:1,8,9
65:18 66:1,22
66:24 67:3,7,19
70:9,13 84:3
86:20,22 97:25
113:4,7 114:10
117:6,10
120:13 122:14
122:19 126:7
126:18 127:1,1
127:4,11,14
142:23 143:14

143:17,20,21
144:3,18,22
145:5,15 155:8
155:10,13
156:6,15,18,20
156:25 164:15
164:20 166:6
166:18,20,22
170:20 171:8
172:3,7,11,17
173:8 174:2,13
174:13 175:3
180:25 181:4
186:21,25
192:7,13 197:9
202:10,14,14
202:20 203:17
204:9,22 205:2
205:4,14,20
206:11,14
215:23 216:12
216:14 218:6
218:14 219:1
221:3,4 225:14
225:22 226:10
226:15 241:24
244:16 245:7,8
245:12,22,25
246:6,11,12,23
247:2,2,5,10,12
247:14,19,24
254:5 255:25
256:10,12,15
256:22 257:11
257:15,16,17
258:11 259:4

**[ovarian - paragraphs]**                                    Page 48

259:18 260:18
266:8 268:7,15
274:2,5 275:23
277:13,20
**ovaries**  51:11
52:2 67:20,22
70:2,20 77:5,14
78:18 86:9,10
87:13 98:4
109:11 111:25
121:3 157:8,11
157:18,19
191:21 198:15
198:16 201:13
216:22 217:3
226:19 229:18
229:19 252:10
**ovary**  27:12,12
27:14,16,22,23
27:25 28:4,17
29:21,24 30:4
30:11,24 31:3
51:9,9 66:4
70:22 81:9 84:9
84:11 98:15,16
105:12 107:11
107:14 113:20
113:24 114:13
122:4 126:14
126:17 128:1,8
142:23 143:8
166:21 167:1
169:8 171:10
171:21 172:15
173:14 174:23
175:10 176:2

179:5,17
180:11 185:6
194:24 201:2
204:20 212:16
217:17 218:18
219:10,21
221:1 223:9
226:25 232:17
232:19 233:23
233:25 234:4,7
234:22 235:1,9
235:9,12,17,18
236:5 237:4
248:6 258:6
273:11
**overall**  33:1
166:20
**overgrown**
233:8
**overlap**  150:7
**overwhelming**
19:10,10
**ovulates**  27:13
**owe**  162:20
**own**  22:10,14
34:2 183:1
249:4
**oxygen**  23:4,13
23:14,19 24:18
25:1 68:20,25
258:15,16,18
258:21,23,24

**p**

**p**  2:1,1 195:21

**p.m.**  1:13
278:25 279:12
**page**  2:16 3:2
32:1 85:9 87:16
94:2 143:14
144:11 147:21
149:9 155:7
156:10 167:8,9
167:13 177:23
180:25 182:1
188:6 192:21
195:18 206:22
207:19,24,25
208:5 210:8
211:17 226:21
237:11 244:12
244:20 251:15
268:11
**pages**  164:21
**paid**  47:19
161:17 162:14
162:19
**pain**  61:12,13
**pair**  20:12,14
**pairs**  19:22
22:22
**panacea**  39:22
**pancreatic**
144:14 204:13
245:15
**panel**  127:12
174:7 192:1,5
205:24 206:2
206:15 218:8
226:1,8,13
238:16

**pap**  41:19
**paper**  91:4,19
95:18 98:20
266:18 268:16
268:16
**paperwork**
190:10
**papillae**  134:11
134:12,13,14
**papillary**  127:5
127:18,20,23
127:23,25
134:7,22
**papilloma**
21:21
**paraf**  158:21
**paraffin**  159:14
159:15,16,23
271:8
**paraffination**
158:21
**paraffinized**
159:5
**paragraph**  85:6
140:19,20
142:16 143:13
147:20 157:6
158:3,6 177:22
186:15,16
188:6 191:25
192:21 195:18
197:17 200:10
219:7 233:17
271:14
**paragraphs**
32:8,9 85:7

**parameters**
57:5
**pardon** 278:15
**parietal** 108:2
128:14,17,22
129:1
**parity** 145:4
**part** 6:15 18:5
32:13 47:8
49:21 66:11
74:10 79:1
124:3 130:7
149:7 159:4
168:8 189:12
194:15 207:10
208:18 209:1,8
209:15 210:15
210:16 233:16
250:6,7 252:4
258:21,25
274:24
**participate**
11:9
**participated**
42:16 189:20
**particle** 54:9,23
55:3,12,17,24
88:17,21 99:20
103:6 118:11
118:16 154:25
158:1,7,13
192:25 197:21
197:22 198:18
198:25 199:7
199:21,23,24
200:1 272:25

278:8,11
**particles** 54:4,7
54:7,17,19,21
84:17,19,20
86:1 87:10,17
87:22 88:3 90:7
90:8 91:7 92:22
93:2,3,9,11
94:11 96:1,12
96:16 97:4,10
97:19,21 98:14
99:4,9 100:2,19
101:16,18
102:3 111:20
111:24 112:3
130:24 139:4
139:14,20
141:7 147:23
147:24 148:5
148:24 149:1
150:4,9 157:24
159:15,16,24
182:10,14,15
182:24,25
183:2,3,5,25
184:3 185:1,6
186:2,23 187:2
187:3,8,16
193:21 195:3
195:12,15
197:11,14,16
198:9 199:10
212:8 216:22
222:24 223:1
224:25 237:15
237:21 238:15

239:2,5 240:11
240:13,14,18
240:24 241:5
259:10,23
266:14,15,19
266:25 267:13
267:15,19,21
270:4,15,20,24
271:2 272:12
272:18 278:13
278:16
**particles's** 55:4
**particular**
36:10 70:1
116:4 195:15
271:4 274:9,23
**particularly**
58:22 66:21
268:15
**particulate**
188:8,16,17
193:2
**particulates**
89:22 94:6
95:23
**parties** 46:11
279:15
**partly** 197:20
208:16
**parts** 61:23
62:10 76:3
106:5 168:11
194:22
**pass** 82:5,25
**passage** 159:14

**passes** 128:10
**past** 9:1 11:13
15:10,13 67:2
72:11,11 140:9
160:5,7
**paternal**
204:11,12
217:25
**path** 81:7
147:17
**pathogenic**
192:2 206:6
226:4
**pathological**
137:14
**pathologist** 9:9
10:18 11:1,4
13:11 59:4
93:21 117:15
126:23,24
127:22,22
128:5 130:13
133:9,13
135:13 137:4
147:5 157:9
166:1,4,5,12,16
169:19 191:8
191:13 194:1,2
203:22 204:1
213:1 217:15
227:19 232:9
232:11 256:14
**pathologist's**
136:22
**pathologists**
9:22,23 15:3

[pathologists - perineum]    Page 50

59:7,13,21,24
60:2,3 127:9
131:20 162:3
193:2 213:15
213:17 243:23
**pathology** 3:9
3:17,19 9:24
10:6,7,8,9,13
10:14,19,23
11:5,23 41:17
45:8 50:22 53:4
59:3 85:21 95:6
100:9,10
114:25,25
115:2,16,20
116:4 133:1,16
134:2 146:14
147:24 148:7
153:8,9 161:10
166:25 167:23
182:12 184:1
191:3 193:10
203:16 215:14
219:8,24
224:22 227:24
228:2 229:5
231:21 243:10
248:18 255:9
256:16 261:21
**patient** 9:8,14
17:24 18:6 45:9
56:22 59:8 87:4
135:9,25
137:12 138:25
152:10 153:12
185:6 254:13

255:25 277:18
**patient's** 18:21
205:7 270:7,20
272:1,6
**patients** 6:8 9:5
9:10,16 10:21
18:1 28:21 87:3
87:10 149:12
152:11,18,18
152:21,24
153:14 154:9
253:19,22,23
254:4,13
257:13 266:6
276:4
**paul** 2:10
**pause** 207:2
**pay** 161:5,18
**paying** 273:6
**pearson's**
176:24 195:19
**peer** 95:14
268:3
**peers** 95:17
**pelvic** 61:12
70:7 84:15,21
85:17 86:21
87:7,12 107:1
144:25 145:13
194:19
**pelvis** 52:5,13
54:3 60:17,22
61:6 84:11
107:2 108:1
194:20,22
195:12 233:13

234:22 235:1
237:25
**pen** 209:23
**penalty** 280:3,4
**pending** 189:2
**penetrate** 82:7
**penetrates**
128:10
**penn** 25:17
**people** 15:2
16:5 28:19
36:15 37:23
40:12,13 41:13
42:7 58:8,13
83:20,22
110:14 125:10
125:12 136:12
168:13 173:14
244:3 252:9,19
256:19
**percent** 14:16
30:1,14,18,23
30:24 31:2,3,5
31:6,10,12
32:15,22,25,25
33:1,3,6,9,11
33:12,12,14,17
33:17 35:2,5
36:1,15,17
75:19 76:10
88:8,16,16,17
99:21 100:17
100:18 101:6
101:22 127:11
127:14,18
137:6 154:22

154:23 165:11
169:2,11,13,22
236:10,14
261:19 267:25
268:2
**percentage**
30:20 108:7
127:17 134:20
154:20 173:13
205:13,14
235:23 246:11
247:14
**percentages**
76:4
**perfect** 57:19
**perfectly** 88:13
217:7 232:12
**perform** 152:17
**performed**
153:11
**performs** 18:9
**perfuse** 194:14
194:15
**periaortic**
193:24 194:10
195:2
**perineal** 87:5
110:16 155:11
156:5 157:10
157:11,17
181:3 198:4
216:12
**perineum**
71:22 73:12
75:23 76:18
77:9 82:18

84:22 85:16
87:8 98:16
195:11
**period** 55:15
**peritoneal** 67:6
67:12 118:6
122:7 129:2
215:22
**peritoneum**
57:24 119:20
119:22,22,24
120:4 121:3
128:7 134:18
**perjury** 280:3,4
**permeable**
159:14
**permeate**
159:23
**persistent**
123:6,9,10
**person** 15:4
22:22 88:6
197:3 230:1,18
230:19
**person's** 51:10
254:17
**personal** 16:6
120:11 153:8
193:8 214:16
249:5 279:7
**personalized**
11:22
**personally** 6:24
72:19
**pertaining** 3:7
160:17

**pertains** 216:13
**phag** 55:7
**phagocytize**
55:3
**phagocytized**
54:20,21 151:3
**phagocytosis**
55:1,8 267:15
**pharmaceutical**
149:15,21
150:5 151:7
161:14
**pharmacologic**
28:2 30:3
**phcmc** 167:25
**phenomenon**
23:12 29:7
**phillip** 48:11,18
**phone** 254:19
**phonetic** 25:16
**photo** 99:4
209:8
**photograph**
91:18 208:19
227:1,8 231:23
238:22 239:13
**photographed**
237:15 239:8
**photographs**
54:18 188:21
206:22 211:21
227:1
**photomicrogr...**
44:19,22 45:25
46:4 104:21
214:5

**photos** 242:15
**phrase** 182:22
**physical** 37:16
**physically**
123:13,14
**physician** 146:1
**physicians** 70:5
71:10 85:19
145:24 191:17
204:1 217:21
225:3,7 243:19
254:3
**physics** 35:7
58:3 88:9,12
**physiology**
258:22,25
**pic3a** 107:21
**pick** 11:15
**picking** 11:12
14:2
**picture** 232:5
**pictured**
207:24,25
**pictures** 207:24
**piece** 20:18
24:24 27:20,21
**piercing** 129:5
**pike** 40:23
**pinch** 27:19
**pink** 79:1,5
**place** 24:1
40:10 55:11
125:8 169:23
204:18
**places** 59:5

**plaintiff** 44:14
177:11,16
182:2 275:13
276:20,23
**plaintiff's**
228:1 229:4
271:11,20,24
275:14,23
277:1
**plaintiffs** 2:5
120:17,20
257:10 266:7
276:15
**plan** 162:23
163:1
**plane** 148:1
**plank** 1:11
279:10
**planning** 255:4
255:8
**plate** 104:12
**platinum** 136:9
136:23
**play** 112:16
275:22
**please** 4:23
73:22 191:9
**pleura** 119:16
119:17,19
128:11,14,17
128:20,22
129:1
**pleural** 149:12
149:13 150:12
151:23 152:3

**[pleurodesis - predominant]**    Page 52

**pleurodesis**
149:10,16
150:9 151:14
152:12,17,24
153:9,12 154:3
154:10,21
**plica** 265:2
**plm** 266:20
**plump** 110:11
**plus** 101:5,22
159:23 267:25
268:1
**plutonium**
74:18
**pmn** 240:3
**pmns** 240:4,10
240:15,17,25
241:5,15,17,19
**point** 6:16 7:16
16:3 26:13
41:15 46:4
50:15 55:24
87:21 89:11
102:14 103:16
152:6 176:19
188:21 193:11
207:1 208:13
220:19 235:21
255:11
**pointing** 79:18
208:22
**points** 184:10
**polarize** 60:3
195:3 256:7
278:6,7

**polarized** 12:9
87:6,18 187:18
199:2,13
222:25 255:23
256:3
**polarizes**
278:10
**polarizing** 12:8
**polycystic**
172:3,17 173:8
173:14
**polymerase**
19:25
**polymor**
239:22
**polymorphisms**
66:3
**polymorphon...**
239:9,24
**pool** 205:11
**pop** 21:6
**population** 33:1
**positive** 89:22
94:6 96:12
**possibility** 23:7
28:14
**possible** 11:21
47:17 113:21
127:24 128:3
157:25 173:23
175:2 197:13
197:15 230:14
244:14
**possibly** 47:3
113:19 162:16
180:15 182:5

219:6
**posterior**
264:23
**postsurgical**
238:10
**postulate** 43:7
**postulated**
179:4
**potential** 65:17
86:24 145:18
200:12,16
264:16,24
268:20 269:2,4
276:21
**potentially**
128:8 200:20
255:25
**powder** 1:4
38:20 51:21
71:21,25 72:1,6
72:8 73:10,17
73:20 74:22
75:14,15,20,22
76:3,11,18,24
77:16 100:14
101:9,14,19
104:18,20,22
105:3,4,5
137:17,17
140:23 141:2
204:4 213:19
216:11 217:2
217:11 225:10
259:4 260:18
262:7,12,14,17
262:20,25

263:3 270:7,21
271:21 272:2,7
272:8
**powdered** 52:4
**powders**
197:20 198:6
**powerpoint**
16:10,16
**practical**
136:21
**practically**
68:17 184:6
**practice** 41:3
58:15 155:25
156:8 253:19
**practices** 1:4
**pre** 41:25 61:19
**preceding**
160:2 279:6
**precise** 103:5
139:3
**preconceived**
62:23
**precursor**
155:10,13
156:6 229:21
273:25
**predicted** 40:24
**predictive**
205:17
**predicts** 41:24
**predisposition**
31:13
**predominant**
14:12

**[predominantly - progress]**                                        Page 53

**predominantly**
  57:8
**preexisting**
  251:17
**prefer**  115:9
  138:15
**pregnancy**
  172:4
**preparation**
  5:21 6:10
**prepare**  5:17
  7:2 49:25 215:1
**prepared**  13:3
**preparing**  5:4
  176:15 271:7
**presence**  9:11
  57:8 185:22
  192:24 240:18
**present**  32:5
  51:8 83:13
  133:3 173:15
  180:19 188:16
  210:2 223:22
  227:13 229:18
  233:1 238:7
  240:6 255:12
**presentation**
  15:14 16:10
  17:5
**presently**  12:19
  14:5
**press**  66:2
**pressure**  92:4,8
  92:14 188:13
  188:13

**pressures**  24:20
**presumably**
  119:22 139:3
  151:6 185:8
**presume**  4:25
  110:7
**pretty**  21:7
  25:9 33:14 66:8
  148:17 152:9
  163:18 196:4
  228:7 268:25
**prevent**  24:20
  110:19,20
  113:19 114:11
**prevention**
  13:1,8 113:23
**prevents**
  113:10 114:3
**previous**
  158:18
**previously**
  242:9
**primaries**
  166:8
**primarily**  81:6
**primary**  66:24
  67:6,11 166:22
  178:1 274:13
**printed**  228:17
**prior**  9:16
  11:11 62:3
  223:23 259:16
  259:19 260:7
  270:21
**prm**  267:1

**probabilities**
  22:2 125:6,14
**probable**  172:3
**probably**  5:6
  5:19 8:5 9:7
  13:4 15:4 18:12
  19:7 21:24
  30:23 43:2 49:1
  52:6 55:22 56:9
  62:22 66:7
  72:14 74:15
  78:2 83:24
  103:5 111:4,4
  116:19 121:10
  127:10,14
  140:14 173:6
  179:4 214:12
  228:22 231:9
  232:18 255:20
  262:12
**problem**  35:6
  123:19
**procedure**
  151:14 152:12
**procedures**
  149:16
**proceedings**
  4:1
**process**  24:1
  38:14 51:12
  55:1,8 60:23
  63:17 69:12
  71:11 87:21
  110:21 158:20
  159:4,6,8
  220:18 259:20

  268:22
**processed**
  158:23 188:9
  193:1 238:13
  269:5
**processes**  56:4
  56:10 70:6
  141:25
**processing**
  148:13,14
  158:22 159:3
  193:4 237:16
  271:3,5,6
**produce**  6:23
  22:21 223:24
  224:1
**produced**  14:25
  163:22,23
  242:17
**product**  6:14
  37:8,9 48:16
  72:10,17 112:9
  159:2,20
  262:24
**products**  1:4,5
  137:18 212:2
**professional**
  1:14 279:4
**profibrotic**
  13:21
**progesterone**
  252:7
**prognosis**  135:6
  135:24 178:15
**progress**  20:21
  108:6

**[projects - question]**                                                                Page 54

| | | | |
|---|---|---|---|
| **projects**  12:20 14:6 | **prostate**  245:14 | 183:13 184:10 268:7 | **pulmonary** 152:17 153:5,9 |
| **proliferation** 252:8 | **protect**  74:7 | **providence**  3:8 167:23 | **punctures** 123:16 |
| **proliferative** 211:9 | **protective**  80:6 82:21 113:6,10 114:10,21 | **provider** 254:15 | **pure**  244:5 |
| **prominent** 210:1 | **protects**  80:11 | **providing** 184:9 | **purple**  118:12 |
| **promised**  99:19 | **protein**  20:11 21:22 212:12 | **psmyth**  2:12 | **purport**  111:24 |
| **prompt**  132:18 | **proteins**  21:16 22:21 26:20 | **public**  16:13 279:4,22 | **purpose**  136:1 140:1,2 |
| **prompts**  261:7 | **prove**  36:19,19 78:17,19 266:15 | **publication** 13:4 14:6 21:3 21:4 65:4,10,23 95:15 268:3 | **purposes**  89:11 199:23 |
| **pronounce** 87:20 | **proved**  37:5 174:8 | **publications** 12:20 13:9 66:6 66:11 97:24 98:24 152:19 193:11 214:11 256:10 | **pursue**  38:16 |
| **proof**  103:18 | **proven**  38:9 40:20 69:3 170:24 | | **put**  5:24 12:15 19:24 21:6 24:17 40:16 63:21 82:19 129:16 145:7 152:4 195:12 209:14 221:3 246:17 252:8 252:11 257:18 258:20 |
| **proper**  23:6,20 88:6 136:7,24 264:12 | **provide**  5:20 6:5,10,20 7:18 11:21 16:15 42:20 43:1 163:5 176:20 184:8 186:1 188:15 201:17 215:21 216:7 256:20 276:14 277:2 | **publish**  12:21 42:3 236:23 | |
| **properly**  22:13 66:7 130:18 133:8 165:25 191:8 203:21 217:15 220:20 225:3 243:15 | | **published** 13:23 38:19 41:9,18 64:25 67:2 84:2,6,10 85:20 90:24 91:4,19 95:7,19 98:10 117:17 126:22 159:18 165:6,7,9 268:3 | **puts**  20:2,7 247:18 |
| **properties** 187:10 278:14 | | | **putting**  20:1 |
| **property** 149:10 | | | **q** |
| **proportion** 31:1 | | | **qualified** 131:16 |
| **proposition** 102:2,15 | **provided**  3:21 5:23 6:13,21 7:19,23 8:1 44:6,7 47:8 49:9 139:2,10 139:12,16 159:25 163:3 177:7 183:12 | **pubmed**  21:6 116:5 | **qualify**  29:17 |
| **prospective** 39:3,5,15,21 40:1,3,25 41:24 197:7 200:23 | | **pull**  268:8 | **quantify**  76:22 |
| | | | **quantity**  77:6 157:12,13,14 157:19 185:23 |
| | | | **question**  23:13 41:4 42:25 |

**[question - really]**                                                    Page 55

46:23 48:6
50:18 55:20
60:19 61:19
76:2 102:12
110:18 115:13
115:21 153:3
154:19 155:5
163:13 165:3
176:7 181:5
184:4 197:10
199:24 214:25
218:20 221:18
231:19 235:10
244:10 253:3
265:16
**questions**  4:11
4:13,20 27:3
89:12 116:9
117:3 129:18
253:10 258:14
262:5,8,11,12
265:8 270:16
274:19 275:12
275:15 277:25
**quite**  115:25
127:2
**quote**  41:10

**r**

**r**  2:1 13:18
195:20,21
**radiation**  37:17
37:21,23 38:1
74:3 113:1,3
**radiologically**
57:21

**raman**  103:1,4
103:20,23
130:2
**raman's**  102:18
**ran**  153:10
**randomized**
39:21 40:2,3,20
40:25
**range**  34:11
35:10 36:24
101:6,7
**ranges**  151:1
**rare**  14:13
**rarely**  86:25
106:1 147:23
148:6,9,19,21
253:22
**rate**  21:14,14
21:23,25 40:7
**rather**  102:10
128:15 178:18
179:6 239:12
**ratio**  88:6 99:22
101:17
**ratios**  100:17
181:7
**rausa**  3:12 4:18
190:12 207:10
207:13
**rausa's**  191:7
191:12,17
193:22 197:11
198:8 202:5,10
202:13
**raw**  183:19

**ray**  87:20
**reach**  67:20
70:19 109:8
120:4 121:2,3
128:7,11
157:11,17,18
**reached**  62:17
77:10 259:16
**reaches**  128:9
**reaching**  77:4
176:15
**reacting**  103:7
**reaction**  52:15
52:18,20,22
53:5 55:13 61:6
70:21 71:5 77:7
77:18 98:4,13
99:1,1,10,15,18
106:7,12,16,25
107:8,9 124:1
146:22,24
148:3 150:10
150:18,22,23
151:4,14,15,15
151:21,22,24
153:16,25
157:14 158:16
185:3,15,19,21
192:23 193:14
193:17,18
197:22 199:8
199:16 200:3
216:21 220:7
221:10,13,18
222:1,11,12,16
222:19 223:3

238:9 239:18
239:18 261:25
272:9,14,22
**reactions**  52:23
59:16 60:17,20
106:15 108:13
197:18 198:5
221:21,23
**reactive**  23:4
23:12,14,18
24:17 25:1
68:20,25
258:15,15,18
258:20,23,24
**read**  25:10
31:11 50:13,15
62:20 68:1,4
72:7,20 86:14
90:20 100:1,22
111:13 168:17
176:16,21
177:17,19
183:4 233:17
263:11 271:23
278:23 280:5,7
**readily**  186:22
**reading**  14:4
52:9 167:9,11
168:13 186:17
**real**  264:21
**realized**  38:7
**really**  13:3 21:2
28:20 35:2
40:15,17 50:22
58:21 59:1
102:5 124:12

[really - regulatory]                                                    Page 56

127:25 148:19
165:3 180:1
182:3 249:13
252:21
**reason**  24:11
29:2 55:2 60:6
60:7 107:24
108:16,19
114:9,20 148:7
150:8 152:16
179:3 195:13
220:25 227:8
228:4 250:25
257:8 262:1
**reasonable**
24:1
**reasonably**
101:2,3,7,8
**reasons**  24:14
57:1 58:8 74:20
113:16 166:11
169:7 220:22
**recall**  48:3
100:13 101:13
102:17 160:21
168:10,13
189:8,18,20
195:22 202:1
217:22 220:14
259:13 262:7
273:12 274:20
274:24 275:14
**receive**  138:17
165:1 188:25
201:18

**received**  47:23
57:11 58:22
136:7,8,13
160:17,19
164:19,22
183:18 247:16
**receives**  57:4
**recently**  51:14
**receptors**  27:25
**recognize**
218:25
**recognized**
174:16 218:17
276:25
**recollect**
191:18 204:2
262:23
**recollection**
225:8
**recommend**
146:2
**recommendat...**
146:11
**recommended**
145:21,22,22
**record**  4:10
101:21 163:10
207:2,5 210:3
218:24 229:3
254:12 277:22
**recorded**  279:6
**records**  6:6,7
49:3 162:7,8
168:11 219:2
276:14,20

**rectum**  194:15
**recurrent**
149:13
**recurring**
192:20
**recuts**  249:10
**reduce**  121:11
**reduced**  279:7
**reducing**  16:2
**refer**  4:16 44:9
71:10 263:14
**reference**  49:24
49:25 50:1,14
50:20 65:16
132:21 165:21
168:4 190:13
190:23 195:21
203:11 210:8
213:2 215:9
224:17 243:4
263:10 268:12
274:9
**referenced**
193:15
**references**  50:4
50:5
**referred**  44:10
168:14
**referring**  4:17
4:24 45:2 52:21
77:23 78:24
80:18 85:15
105:2 143:22
144:6 154:3
164:24 186:6
198:13 220:9

**refers**  134:9
167:4
**reflect**  160:18
**refringence**
187:6,13
**refringent**
186:25 187:5,9
195:6 199:10
278:19,21
**regard**  4:22
26:22 29:6
42:21 66:21
71:25 135:3
177:16 225:16
254:2 256:12
257:1,13 258:7
258:10,15
259:17 264:4
264:25 265:9
266:17 267:3
267:19 276:12
277:8
**regarded**  95:13
**regarding**  39:6
40:18,23 65:8
259:3
**regeneration**
261:6,6,9
**region**  87:12
**registered**  1:14
279:3
**registry**  126:9
**regularly**  254:3
**regulatory**
74:24 75:2

**[reid - report]**                                                                           Page 57

| | | | |
|---|---|---|---|
| **reid** 268:16 | **relief** 256:20 | 255:25 | 64:13 68:10 |
| **reilly** 2:10 | **relocate** 252:16 | **renal** 130:13 | 83:12 85:4,10 |
| **relate** 251:4 | **rely** 50:3,8 | **render** 117:8 | 85:12 86:8,15 |
| **related** 26:8 | 116:13 127:16 | **repair** 19:9,10 | 87:3 93:7 100:1 |
| 53:7 64:1 65:1 | 153:19 268:13 | 19:11,13 20:5 | 102:2 130:15 |
| 117:25 118:3 | **relying** 50:7 | 20:11 21:10,11 | 132:14 140:6 |
| 147:11 163:15 | 120:9 132:22 | 21:15 22:4,19 | 140:20,21 |
| 277:19 | 153:14 165:21 | 22:21,23 23:1 | 147:17 155:8 |
| **relates** 64:7 | 190:23 193:7 | 26:17 143:11 | 158:17,25 |
| 259:4 | 203:11 215:9 | **repairs** 28:14 | 165:17 166:15 |
| **relationship** | 224:17 243:4 | **repeat** 115:15 | 166:25 167:14 |
| 17:16 259:18 | 274:16 | 216:1 235:2 | 167:24 168:8 |
| **relative** 34:11 | **remain** 20:12 | 265:15 270:9 | 176:15,25 |
| 35:5,15 36:23 | 109:19 | **rephrase** | 177:8,17,20 |
| 37:7 145:10 | **remains** 24:19 | 270:10 | 183:7,8,10,12 |
| 181:7,18 188:8 | 152:8,9 | **replaced** | 183:22 184:8 |
| 279:13,15 | **remediate** 71:1 | 235:19 | 184:11 186:2 |
| **relatively** 40:11 | **remember** | **replicate** 22:13 | 189:7 190:18 |
| **relatives** | 31:19 65:4,11 | 28:9,11 123:22 | 196:9 203:4,6 |
| 143:23 144:21 | 88:8 100:20 | 252:17 | 206:23 207:6,9 |
| 245:18 246:3 | 102:21 103:17 | **replicated** | 207:10,12,14 |
| **released** 68:20 | 103:23,25 | 22:15 23:11 | 207:20 208:2 |
| **relevance** | 112:14,21 | 24:22 | 214:5 215:5,19 |
| 170:17 | 119:18 137:19 | **replication** | 216:5,6,17 |
| **relevant** 45:25 | 146:7,12 | 21:14,15,17,23 | 219:25 223:22 |
| 46:5 137:21,23 | 184:13,15 | 21:25 22:9 23:6 | 224:12 227:1 |
| 204:5 | 190:11 205:9 | 23:20 26:16,16 | 227:24 228:2,3 |
| **reliability** | 255:10 270:12 | 26:25 28:13 | 228:7,11,15,23 |
| 43:17 | 270:16 | 33:20 68:22 | 229:5,23 230:1 |
| **reliable** 39:15 | **remembering** | 202:17,18 | 230:2,12,21 |
| 115:1 116:8 | 45:16 | **report** 3:9,10 | 231:12 237:11 |
| 196:11 | **removal** 193:4 | 3:11,12,13,14 | 242:25 255:9 |
| **reliance** 62:19 | **remove** 136:25 | 3:15,16,17,19 | 262:24 267:12 |
| **relied** 6:13 16:4 | **removed** 56:3 | 31:17,17,20 | 267:16 268:9 |
| 195:22 | 81:7 159:12 | 32:2 34:24 | 271:13,16 |
| | 185:7 238:12 | 38:23 43:20 | 273:17 274:10 |

**[report - reviewed]**                                                          Page 58

275:17 277:4
**reported**  1:14
87:1 98:8 231:1
231:3 244:14
265:12 266:6
**reporter**  1:14
279:4
**reporting**  86:1
100:2 102:2
265:11
**reports**  5:24
44:14,24 49:25
64:19 72:7,13
72:20,21 83:11
85:5,13,22 98:3
99:25 112:6
131:24 133:17
147:22 160:1
176:17,17,20
176:23,24
177:3,17 182:6
192:21 215:25
229:6,12,14
231:21 258:12
259:6 260:20
262:6,19 263:9
263:21,22
265:21 266:3
266:13,25
267:6 268:9
271:5 275:18
275:25 276:3
277:10
**represent**  14:16
45:8 78:21
178:2 274:14

**representation**
78:8
**representations**
104:24,25
**representative**
138:24
**represents**
78:20,21
**reproductive**
3:4,5 70:1 78:6
78:22 79:12
109:1 111:9
123:10,18
264:2
**reputable**
69:24 95:6
**request**  138:10
138:19 163:2
190:7 202:7
214:1 223:17
**requested**  6:19
201:15
**require**  36:8
47:6 135:11,16
135:25
**research**  15:7
47:24 62:3,17
115:22 116:3
120:12 164:19
181:21 214:17
**researching**
61:17 62:1
**reserve**  46:2
**resident**  230:10
**resolve**  251:23

**respect**  254:5
**respected**  41:10
115:6,19
**respond**  47:6
179:11
**responding**
240:17
**response**  54:8
57:14,15,17
70:25 71:2,11
86:4 100:5
107:10 150:14
182:3 185:24
200:3 240:2,4
258:17 259:10
259:13,22
260:2,11
261:17,25
262:10 267:3,4
267:5,13,14
**responses**
157:7 182:2
260:10
**responsible**
197:3 230:2
**rest**  32:24
56:17 190:13
**restricted**
178:17
**restricting**
178:21
**restroom**  163:9
**result**  20:19
40:21 143:15
144:4 159:8

**resulting**  13:5
**results**  69:19
72:16,19 87:9
165:7,8
**retain**  242:20
**retained**  48:19
48:25 62:4,7
201:21 224:4
253:1
**rete**  250:6,7
**retrieve**  165:12
**retrograde**
81:17,19 83:3
109:14 110:3
179:21,23
**retrogradely**
107:25
**retrospective**
39:4,16 40:4,24
126:11 181:1
**reveal**  218:12
**revealed**  219:9
**reveals**  146:15
**reversed**  31:2
**review**  5:21
10:19 11:1,5
16:22 49:10
126:9 137:25
146:15 147:16
147:17,18
177:3 238:14
248:19 253:20
254:6 275:8
276:13
**reviewed**  95:14
95:18 131:21

**[reviewed - run]**                                                                    Page 59

| | | | |
|---|---|---|---|
| 138:2 140:7 | 118:25 119:7 | 222:13 223:9 | 226:15 241:22 |
| 224:6 249:12 | 122:7 124:8 | 226:25 229:19 | 245:25 246:17 |
| 268:3 | 125:6 127:18 | 231:17 232:10 | 247:6,12,16,19 |
| **reviewing**  9:5 | 129:20,21 | 232:16,19,19 | 247:25 260:10 |
| 10:24 256:12 | 130:18 131:11 | 233:23,25 | 261:18 276:16 |
| **reviews**  40:8 | 131:14,21 | 235:8,8 236:24 | 276:19,21,25 |
| **revolutionary** | 132:11 134:25 | 237:17,19,24 | 277:3,13 |
| 13:4 | 139:5,14,23 | 237:25 238:16 | **risks**  123:1 |
| **reza**  230:4,10 | 143:1 144:9 | 238:20 239:21 | **rls**  1:6 |
| 230:17 | 148:20 150:4 | 246:4 248:15 | **rmh**  2:12 |
| **right**  6:1 10:10 | 150:11,23 | 249:6 250:20 | **rna**  19:24 |
| 10:17 11:8 12:5 | 151:8 152:7,13 | 250:20,25 | **road**  1:11 43:10 |
| 14:11 16:18 | 154:3 155:1 | 253:5 278:14 | 279:10 |
| 23:23 24:8,18 | 156:8 157:2,20 | 278:17 | **robust**  39:20 |
| 25:6,12 27:14 | 158:21 164:22 | **risk**  17:9,12 | **role**  9:14,24 |
| 29:10 30:10 | 166:14 167:1 | 22:23 34:11 | 65:9,17 66:10 |
| 31:22 32:25 | 168:10,25 | 35:5,13,15,17 | 112:16 165:9 |
| 33:23 34:22 | 169:10 170:3,7 | 35:17,18 36:22 | 275:22 |
| 35:3,19 36:21 | 170:12 174:5 | 36:23,24 37:2,5 | **room**  88:8 |
| 38:9,13 39:12 | 177:12,17 | 37:7,7,13 38:2 | **roots**  175:12 |
| 39:22 40:14 | 178:8 182:18 | 65:1 66:21 70:6 | **round**  241:21 |
| 45:16 48:21 | 185:19 186:6,7 | 74:9 86:20 | **rounds**  64:22 |
| 50:18 51:16 | 187:10,16,19 | 107:14 125:11 | **routine**  56:22 |
| 55:11 56:16 | 187:21 189:17 | 143:19 144:21 | 198:24 |
| 66:10 69:8 | 191:21 195:23 | 145:7,9,11 | **row**  19:24 |
| 71:12,18 74:4 | 196:2,24 199:2 | 172:7,10,14,19 | **rpr**  279:22 |
| 80:9,14 81:24 | 199:4,5,14 | 173:9,18 174:1 | **rule**  12:7,9 |
| 82:16 85:20,23 | 200:17 201:7 | 181:7,19 192:7 | 54:15,19 86:5 |
| 86:15 87:23 | 201:10 202:25 | 192:13,17 | 100:6 121:9 |
| 88:11 90:21 | 205:16,25 | 202:20 204:7 | 255:23 277:17 |
| 91:19 93:24 | 206:15,17 | 204:19,22,25 | 277:21 |
| 95:11,15,19 | 213:7,12 | 205:2,4,7,20 | **run**  63:12 |
| 97:25 98:10,12 | 215:25 216:17 | 206:11,14 | 106:18 153:10 |
| 99:11 101:10 | 217:5,16 | 214:19,20 | 163:8 |
| 110:11 113:2 | 218:22 219:10 | 218:5,13,17,25 | |
| 114:5 118:20 | 221:11 222:8 | 221:4,4 226:10 | |

**[s - seen]**

| s | | | |
|---|---|---|---|
| **s** 2:1 3:1 7:8 | 158:21 172:8 | **scope** 216:6 | 45:20,24 56:15 |
| 143:3 195:21 | 175:2 178:24 | **scrape** 79:25 | 57:11,16 65:19 |
| **sacs** 128:18,19 | 197:25 199:6 | **screening** 18:18 | 69:16 73:6 75:7 |
| **safe** 71:21 | 199:20 200:1 | **sds** 83:22 | 82:11,14 83:9 |
| 73:11,20 74:25 | 201:11 216:6 | **seal** 279:19 | 83:10 93:9 |
| 75:11,22 | 229:16 235:20 | **search** 17:2 | 97:18 106:16 |
| 255:19 | 262:24 270:3 | 116:5 | 107:2 110:16 |
| **safety** 75:15 | 270:14 | **searches** 6:15 | 127:4 133:2 |
| **salary** 161:18 | **says** 11:2 33:6,8 | **second** 27:11 | 138:10 141:7 |
| **sales** 1:4 | 78:20 86:1,19 | 79:6 143:13,24 | 141:12 148:15 |
| **salpingectomy** | 89:17 93:13 | 143:25 191:9 | 148:17 164:6 |
| 172:4 | 122:24 145:17 | 192:21 207:3 | 164:23 167:17 |
| **samples** 13:22 | 147:22 168:9 | 220:25 229:15 | 168:2 180:17 |
| 82:13 256:16 | 186:2,20 | 244:10 246:3 | 187:6,25 190:7 |
| **sampson** 169:1 | 187:20 229:23 | **secondary** | 193:17 210:6 |
| **sandra** 3:6 85:2 | 236:19 248:3 | 166:19 | 217:8 219:24 |
| **sat** 11:23 26:9 | 266:23 | **seconds** 56:9 | 223:5,17 228:4 |
| **save** 6:2 280:8 | **scanning** 85:18 | **secrete** 252:10 | 228:6,14,24 |
| **saw** 42:15 49:3 | 87:6,18 89:17 | **section** 3:5 32:9 | 233:7,11 |
| 52:1,5 84:17 | 91:11 92:1,14 | 59:22 79:5,9,11 | 235:21 242:4 |
| 101:15 183:19 | 93:12 94:16,19 | 89:21 90:6 94:5 | 253:7 256:15 |
| 249:6 | 96:5 100:15 | 138:24 146:13 | 256:16 |
| **saying** 7:11 | 101:15 131:10 | 146:14 164:17 | **seeing** 168:10 |
| 39:17 57:18 | **scattered** 89:18 | 166:24,25 | 211:8 262:24 |
| 72:11 89:2 90:1 | 89:21 94:5 | 167:3 168:3 | **seem** 157:16 |
| 91:4 92:22 | 96:19 241:10 | 180:24 181:1 | 245:24 |
| 93:13 94:12,14 | **school** 16:3 | 182:1,3 208:6 | **seems** 25:6 29:6 |
| 94:25,25 95:1 | 39:11 51:16 | 217:23 219:8 | 29:9 59:3 |
| 98:18 101:10 | **science** 36:20 | 229:8 239:12 | 141:19 247:22 |
| 101:21 124:13 | 42:6,6,11 75:4 | 248:17 | **seen** 23:4 49:11 |
| 125:17 136:5 | **scientists** 13:17 | **sections** 219:23 | 49:18,20 54:16 |
| 148:9 149:5 | 38:5 69:18,25 | 220:1 226:25 | 72:16 73:3 |
| 155:22 157:16 | 70:4 71:10 | 229:17 232:16 | 77:13 104:21 |
| 157:18,23 | 85:20 90:1,23 | 244:23 | 104:24 105:1,3 |
| | 91:3 100:14 | **see** 12:17 17:12 | 108:2 119:18 |
| | | 37:21 44:4 | 119:19 146:19 |

**[seen - shows]**

Page 61

153:24 186:22
186:24 198:17
198:21,21,22
199:6 262:6,19
263:21 268:1
270:6,20
**sees** 83:10
**seldom** 212:10
**selective** 109:17
109:21 110:11
**sem** 88:1,2
89:18 90:7 91:9
91:16,21 92:4,8
94:3 96:23
102:19 103:19
103:22 129:20
139:14,18
182:7,11
183:20 187:2,2
187:4,6,9,14,17
188:7,13,14,19
270:2,25
**send** 11:13,16
138:7,13 183:9
190:4 202:5
213:24 223:14
242:1
**senior** 65:22
**sense** 37:14
148:8 267:9
**sent** 44:17
184:14
**sentence** 85:25
100:11 144:3
145:17 158:5
158:15 178:20

178:24 180:25
192:20 198:14
220:5
**sentences**
192:22
**separate** 147:8
**septum** 214:21
**sequela** 52:5
61:14 134:19
**sequencing**
11:20
**sequester** 55:3
56:16
**sequestered**
193:23 198:18
**serial** 159:11
**series** 107:17
127:23
**serosa** 219:10
219:14
**serous** 29:23
30:2,15,19
67:15 127:6,13
127:18,23
134:4,6,7,22,23
135:19,20
136:10 141:9
141:10,11,20
141:21 142:1,6
142:11,15,17
143:5,7 145:3
145:20 146:16
170:25 191:20
192:18 202:14
205:18 217:16
218:17 219:1,9

221:15 223:8
229:17,19
230:16 231:14
231:16 237:1,2
237:3 246:9,13
247:2,5 257:4,6
**served** 6:17
**serves** 165:10
**service** 10:15
**services** 161:10
**serving** 51:22
**set** 218:24
259:6 271:13
275:18 279:18
**seven** 4:11,17
4:19 5:8 6:7
7:18,22 8:22
9:20 138:14
162:10,24
211:2 249:14
**several** 6:20
28:12 44:5
50:19 65:8
143:8 168:13
175:12 182:16
214:11 239:5
253:17
**shape** 118:22
118:24 120:2
124:17 129:12
**share** 229:6
**sharing** 184:20
**shb.com** 2:8
**sheet** 280:1,11
**shelf** 116:1

**shook** 2:6
**short** 60:11
116:17,19,21
**show** 6:16 25:2
31:23 36:19
37:15 39:7
45:22 49:12,15
64:18 79:14,17
79:20 83:15
84:3,10,16
97:24 98:12
99:1 111:20,24
163:16 174:24
206:9 216:18
216:21 226:9
229:17 236:16
256:21 264:9
264:19,20
266:14,18
**showed** 64:12
94:5 139:13
156:19 192:5
206:3 226:13
257:24 272:17
**shower** 80:8
**showing** 41:24
85:1 89:21
94:10 160:15
**shown** 38:14
49:21 69:1,2
73:4 112:4
238:15,19
264:2,8
**shows** 37:13
55:21 78:15
96:11 99:4

**[shows - somebody]**                                      Page 62

164:16 229:19
232:21
**side** 128:14,15
128:16
**sides** 43:25
**sign** 278:24
**signals** 240:8
**signature** 103:8
279:21
**signed** 230:12
280:14
**significance**
135:2 192:3
229:13 277:9
**significant**
70:12 76:20,23
82:19 144:25
151:11 157:12
157:13,19
172:2 173:13
244:21 246:10
**significantly**
235:9
**signing** 230:13
**silent** 20:16
**silicon** 99:22
100:16 101:17
**similar** 15:1
89:23 94:7
122:2 127:6
160:10 184:20
213:11
**similarly** 74:9
129:1
**simple** 27:3
193:2 238:10

255:15
**simpler** 176:8
**simplifying**
173:4
**simply** 273:6
**simultaneous**
274:4
**single** 50:16
58:1 83:12 86:8
93:3 124:21
125:3 134:14
148:21 166:7
241:21
**sister** 195:23,25
196:1,19
274:24 275:7,8
**sit** 48:2 146:10
189:24
**sites** 85:17 87:7
233:16,20
**sits** 27:14
**sitting** 30:10
55:17 106:2
116:1
**situation** 24:17
**situations**
25:11 256:7
**six** 21:25 211:2
**size** 45:6 54:7
134:13 150:4,5
150:6 151:1
166:20 212:7
**sizes** 154:25
**skilled** 131:16
**skin** 76:14 80:9
195:11

**sleep** 252:12
**slide** 11:15
12:15 45:8 99:4
148:16,22
149:2,5 219:8
232:12,15,18
232:21 248:18
248:21 249:7,9
**slides** 9:6 10:24
11:8,12 12:3,8
16:17 45:12
56:21 58:6 59:9
60:3,4 93:9
126:24 133:24
137:24 138:1,2
146:14,15
147:16,19,24
148:7,18,25
163:15 175:23
190:10 199:13
201:23 213:6
213:21 214:4
215:15 216:18
216:20 217:6
219:9 221:6
222:25 223:11
223:20,20
224:6 227:5
237:22 242:8
242:14,15
243:10 248:18
249:12 253:2
261:21 271:7
278:5
**slight** 70:8

**slightly** 145:9
151:1
**slomovitz**
268:16
**slough** 81:25
105:10
**sloughed** 81:6
106:5
**sloughs** 81:23
**slow** 21:13
**slowing** 21:14
**slurry** 151:25
**small** 54:17
74:18,18 97:17
97:21 121:14
205:15 247:14
**smaller** 54:19
135:23
**smear** 41:19
**smoke** 25:22,24
26:8 38:14
**smoked** 38:17
**smyth** 2:10
**sneak** 50:10
**sneaky** 231:18
**societies** 42:3
**society** 41:16
**software**
254:14
**solely** 174:17
249:1 251:18
**solid** 18:25 19:8
**solvent** 159:13
**somebody** 35:3
137:5,7

**[somewhat - standard]**                                                Page 63

**somewhat**
160:6 170:15
**sooner** 142:9,11
**soothe** 155:12
**sorry** 10:5
18:13 30:17
31:5 33:10 53:9
61:19 64:5 73:1
78:1 83:19
86:11 87:4
100:22 109:22
112:14 115:14
129:16 147:1
148:13 156:4
167:8 178:12
178:23 180:16
202:3 204:3
206:3 211:2,15
212:14 214:24
216:1 218:3,22
230:5 235:2,8
239:23 250:10
264:7 265:15
**sort** 35:10 59:2
96:16 103:18
164:21 169:9
169:16 181:6
**sound** 48:21
**source** 24:17
39:14 41:5
61:12 115:1,7
120:5 193:7
236:12,18
263:14
**sources** 27:10
116:2,7 193:12

**space** 45:5
129:5 149:12
150:12 152:1,3
152:5,6 180:14
180:17 208:14
209:6 210:17
241:5 264:16
264:24
**spaces** 151:23
**speak** 16:17
17:21
**speaker** 47:19
**speaking** 18:7
184:7
**special** 14:14
**specialty** 95:17
153:7
**species** 23:5,13
23:14,19 24:18
25:1 68:20 69:1
109:19 258:15
258:16,19,21
258:23,24
**specific** 4:13,15
4:23,24 43:18
52:17,20 117:2
131:24 132:9
134:9 208:9
221:12 239:25
240:7 247:19
262:17 263:9
**specifically**
85:5 87:15
89:14 105:2
116:7 140:5
175:25 204:9

205:1 215:24
216:13 263:14
268:12 276:18
**specifics** 272:6
**specify** 248:2
**specimen** 86:5
100:6
**specimens**
182:12 188:10
193:1,22
238:11
**spectra** 183:20
**spectroscopy**
87:20 102:18
103:2,4,20
130:2
**spectrum** 89:24
94:8
**speculate** 24:5
112:25 114:15
114:17
**speculating**
113:21 227:5
**speculation**
24:5 37:11
75:25 156:23
196:21
**speculative**
155:20
**speed** 20:8
**spell** 115:24
**spend** 5:4,16
9:4,7 11:7 14:2
66:19 102:13
**spending** 59:7

**spent** 61:17
62:1
**sperm** 80:22
109:20
**spindle** 127:3
**sporadic** 144:6
202:14,16
223:10
**sporadically**
19:1 34:2
**spot** 89:4
**spread** 175:13
175:15 179:7
**squamous** 77:1
80:4 82:21
255:10
**ss** 279:1
**st** 2:3
**stacked** 125:15
**stage** 136:10
152:12,19,25
154:15,18
169:3,6 178:14
178:16 179:8
191:4,20
203:17 215:16
224:24 225:14
225:22 243:11
**stain** 278:21
**stained** 58:19
118:11 249:10
**stains** 118:12
278:9
**stamp** 167:24
**standard** 101:4

[standards - studies]                                                        Page 64

**standards**
263:20,21
**start**  4:10 5:3
13:12 28:16,23
30:20,24,25
31:2 108:4
131:23,24
132:11 142:23
158:24 182:2
189:10 211:8
211:11,13
216:5 246:18
246:20 258:23
266:16
**started**  11:10
43:15 52:9 62:9
97:22 112:20
162:15 176:13
189:6,11
257:12 273:20
**starting**  90:18
90:19 128:16
**starts**  26:1 27:8
28:9,20 29:3
250:1
**state**  41:21 85:8
87:9 96:6,8
101:4 112:6
140:19 144:12
144:20,24
146:14 147:13
153:21,23
155:8 156:13
157:6 158:3,5
174:4 177:22
178:13 188:7

189:15 190:16
191:19 192:1,9
193:16 197:7
200:10 206:23
207:20 208:6
216:7 217:24
219:7 220:4
221:14 222:23
225:17 226:21
249:15 251:15
279:1,5
**stated**  74:24
86:18 122:13
136:15 158:17
158:25 172:1
**statement**
22:16 43:16
75:10,12 85:6
98:23 100:1
102:6 122:20
147:21 148:7
182:6 192:10
219:5 247:17
**statements**
133:12 191:12
191:16 203:25
217:20 225:6
243:18
**states**  1:1 181:1
**static**  24:16,23
152:8,9
**statistically**
70:12 93:8
**statistician**
35:23

**statistics**  125:6
152:16
**stays**  252:13
**stem**  275:8
**sterile**  110:10
110:25
**stic**  142:16,25
143:2
**stickier**  241:16
**sticking**  26:20
**sticks**  61:11
**stomach**  144:15
**stop**  27:18
56:11 252:7
**stopped**  108:11
108:14,18,22
127:19 197:19
198:5 200:8
**stops**  21:22
56:5
**storage**  45:5
**stored**  173:1
**straight**  10:25
218:24
**stratifying**
211:10
**straw**  265:1
**strength**  35:21
**strictly**  18:7
147:18
**strike**  49:18
133:6 176:9
202:3 204:3
206:3 218:3
238:3

**string**  99:25
**stroma**  106:18
106:24 209:25
210:5
**strong**  34:5,10
34:17,19 35:13
35:15 181:13
255:21
**strongest**
143:19
**structures**
77:10 78:15
250:1
**stuck**  129:12
**students**  15:16
16:4,11 17:1,18
**studied**  87:17
111:12 113:22
249:7
**studies**  6:9,10
6:12 18:10,10
23:4 38:23 39:3
39:4,5,15,16
40:1,3,4,15
42:19 43:2,6,13
43:17,19 50:20
50:21 51:5 68:1
68:4 70:11,16
75:6 83:15 84:3
84:10 85:17
86:1,21,25
100:2 102:2,15
111:13,20,24
156:14 157:1
181:2 197:8
200:11,19

201:11 205:6
236:16 247:9
260:21,21,21
265:5
**study** 3:6 25:2
26:4,7 39:21
40:17,21,25
42:16 43:8 85:2
85:3,15 86:12
86:18 89:8 93:5
99:24 100:12
100:13,20
101:14 102:5
103:18,19,23
104:5,8,23
126:6 138:4
156:19 164:15
164:20 165:2
195:22,22,23
195:25,25
196:8,10,19
199:13 200:23
201:12 265:10
265:12,19
266:2,6 267:4
267:11 274:20
274:21,24
275:4,8,9,9
**study's** 101:7
**studying** 18:19
26:11
**sub** 212:9
**subjected** 182:7
**submucosa**
77:2,20,23 79:4
79:24 80:1,17

**substance**
207:12
**substantiates**
229:25
**substantively**
64:9
**subsumed**
222:1,3,6
**subtype** 246:6
**subunits** 66:24
**sudden** 22:1
**suffer** 269:13
**sufficient** 77:7
277:11
**suggest** 166:21
193:12 205:6
**suggested**
181:2 188:11
214:13
**suggesting**
125:16
**suggestion**
170:18
**suite** 2:11
**summaries**
13:7 72:23,25
**summarize**
162:6
**supplemental**
176:25
**supply** 58:9
220:25
**support** 171:12
177:24 274:11
**supporting**
68:2 140:22

141:1 216:10
217:1
**supports**
186:22
**sure** 18:13 22:6
25:9 31:25
33:14 55:20
62:21 65:16
71:17,19 76:8
80:21 82:9
88:13 101:25
111:10 115:23
119:19 123:6
140:4 159:10
163:18 165:8
167:18 168:9
175:12 177:5
186:20 197:16
205:11 209:6
216:5 222:22
228:7 236:22
238:21 265:18
270:12
**surface** 91:23
92:2,2,5 188:9
188:14 220:3
229:18
**surfaces** 98:15
**surgeon** 10:25
168:12
**surgeons** 9:22
10:2 52:4
197:19 198:5
200:7
**surgeries** 60:18

**surgery** 52:4
57:5,24 147:15
270:22
**surgical** 3:17
3:19 9:5 10:4
10:19 45:8
56:21 59:6 60:3
60:4 108:10
126:24 127:22
137:25 138:2
154:25 193:3
198:6 227:23
**surgically**
238:12
**surprising**
97:20 142:4,4
**surrounded**
107:4
**surrounding**
106:19 240:8
**survive** 111:6
**susan** 132:1
**susceptibility**
32:17 143:18
**susceptible**
170:21
**suture** 198:21
199:22,25
**swept** 179:20
**switch** 116:25
**sworn** 4:3
**symptomatic**
252:5,12
**symptoms**
252:4

[synchronous - talked]                                                Page 66

| | | | |
|---|---|---|---|
| **synchronous** | 163:11 203:1 | 108:12,12,15 | 216:10,12 |
| 166:8,14,17 | 207:4 229:2 | 108:19,22 | 217:2,3 259:11 |
| 167:6 168:4,6 | 231:7,8 253:8 | 109:1,2,4,8 | 259:18 263:9 |
| 168:12,14,20 | 277:24 279:10 | 110:14,15,15 | 263:14,18,19 |
| 168:23 169:23 | 280:6 | 110:16,19 | 263:23 266:8 |
| 174:22 178:1 | **takes**  11:17 | 111:8,14 112:7 | 266:20 267:1 |
| 274:13 | 12:5 | 112:8 120:16 | 267:22 268:1 |
| **syndrome** | **talc**  17:5 46:17 | 130:17,24 | 270:2,4,14,15 |
| 172:3,17 173:9 | 51:6,8,15,25 | 133:3 140:23 | 271:1 275:21 |
| **synonyms**  50:7 | 52:5,13 54:3,4 | 141:5 147:25 | **talc's**  86:24 |
| **synoptic**  57:6 | 54:7,7 60:18 | 148:12,13,15 | **talcum**  1:4 |
| **system**  14:19 | 61:14,17,20,24 | 149:11,15,15 | 38:20 39:6 |
| **systematic**  40:8 | 62:10,18,25 | 149:22,22 | 51:20 72:1,8 |
| **systems**  250:2,2 | 64:1,8,21 67:18 | 150:4,6,7,9,9 | 73:17,20 74:22 |
| **t** | 67:20,21 70:13 | 150:12,17,21 | 75:14,22 76:3 |
| | 70:19 71:7,21 | 150:25 151:7,7 | 76:17,24 84:14 |
| **t**  3:1 4:5 7:8 | 77:2 82:11,17 | 151:25,25 | 137:17 141:2 |
| 9:15 143:3 | 82:20,22,24 | 152:3 153:23 | 259:4 260:18 |
| 253:11 278:2 | 83:11,13,21,25 | 154:10,21 | 262:7,12,17 |
| **tactics**  252:6 | 84:3,16,19 | 155:1,8,11 | 272:8 |
| **take**  7:3 12:12 | 85:16 86:1,4,8 | 156:14,17,19 | **talk**  18:1 81:4 |
| 18:14 21:22 | 86:19,21,23 | 156:25 157:10 | 89:8 173:22 |
| 24:1 55:11 | 87:5,6,9,17,22 | 157:11,17 | 269:1,3 |
| 74:10 80:8 | 88:3,14 89:13 | 158:1,18 159:1 | **talked**  34:24 |
| 100:25 111:22 | 89:24 90:2 93:2 | 159:6,7,8,17 | 237:18 257:11 |
| 113:13 116:17 | 93:3,10,14 94:8 | 180:24 181:3 | 257:19 258:6 |
| 116:19,20 | 97:24 98:4,13 | 182:9,10,13,15 | 258:11 259:7 |
| 123:1 125:8 | 98:19 99:9,10 | 182:24,25 | 259:21 265:13 |
| 161:20 163:8 | 99:14,15 100:2 | 183:2,2,5,24 | 265:21 266:3 |
| 191:9 202:23 | 100:5,20 | 184:2,25 191:5 | 266:23 267:6 |
| 207:2 224:10 | 101:16 102:3 | 193:12,16 | 267:21 268:19 |
| 230:12 242:15 | 102:19,20 | 197:8,13,15,18 | 268:23 271:10 |
| 253:5 276:18 | 103:19,21 | 197:19 198:4,4 | 271:23 272:17 |
| **taken**  1:10 39:9 | 104:10,11,11 | 198:5,20,23 | 275:13 277:9 |
| 55:16 60:14 | 104:25,25 | 199:1,11 200:8 | 277:16 |
| 97:21 116:23 | 105:1,4,5 | 201:1 215:22 | |

**[talking - think]**                                                   Page 67

**talking**  30:22
30:25 33:12
35:1,19 36:21
60:16 72:21
79:15 82:9
83:14 99:20
105:7,8 107:7
125:4 137:1
154:24 155:14
163:25 184:18
184:21 185:8
187:1,22
199:17,23
230:14 257:4
262:14,16
263:8,10,15,17
263:18 269:5
**tall**  134:15
**tally**  6:25
**taught**  16:5
**taxol**  136:8,23
**teach**  15:16
**teaching**  17:18
**team**  92:14
**techniques**
130:5
**tell**  4:13,23
12:23 48:2
51:24 77:22
78:24 90:8,21
90:24 91:6 95:1
96:25 97:3
118:8 146:9
161:8 186:18
201:23 208:20
220:1 221:5

229:12 240:21
246:20 249:13
272:24
**tells**  272:25
278:10
**tem**  130:12,12
131:14
**ten**  5:6 11:11
12:13 30:24
48:20,23 67:2
88:16,17 99:21
110:8,8 165:11
177:23 274:10
**tend**  13:21
**tendency**
194:25
**tens**  77:3 157:7
198:14,16
**teratomatous**
198:22
**term**  17:14
50:8 58:8 68:12
69:4,7 71:3
81:24 115:4
135:13 146:20
154:8 181:6
182:16 233:5
237:6 260:24
261:2,4,13,13
**termed**  14:24
**test**  180:6
**tested**  206:19
**testes**  250:6
**testified**  4:4
48:4,7,9 51:13
73:2 86:7 122:6

159:1 160:4
198:8
**testifying**
130:23 259:13
**testimony**
25:11 33:21
63:8 130:17
158:18 199:18
242:12 255:22
271:24 276:14
277:3
**testing**  72:16,17
72:18 83:23
145:18,23
146:2 174:5,8
178:6 192:1,5,5
205:24 206:3,5
206:9 218:9,11
226:1,3,8,13
**testings**  206:15
**tests**  66:15
72:17 277:16
277:17
**textbook**
114:25 115:8
115:19
**textbooks**
115:20 116:3
**thank**  46:24
176:13 177:6
190:15 256:18
278:1,23
**theoretical**  76:5
**theoretically**
121:5

**theory**  124:20
129:7 142:18
220:24
**therapies**  11:22
**therapy**  135:9
135:17,25
252:4
**thereabout**
114:13
**thicker**  134:11
**thigh**  84:23
238:1
**thing**  10:15
12:3 32:10
40:11 43:15
58:12 80:10
88:12 113:16
159:24 173:2
198:25 215:20
265:11,11,20
266:23
**things**  6:20 9:2
23:25 24:3,21
25:8 59:16
74:21 78:14
80:7,7,11,13
104:9 109:16
110:12,13
112:24 115:9
122:23 140:21
159:25 163:21
167:7 173:18
183:25
**think**  4:21 7:24
17:21 19:6
23:22,25 24:11

[think - tissues]                                                    Page 68

| | | | |
|---|---|---|---|
| 25:4,12 31:9,24 | **thinks** 46:5 | 72:12 100:25 | 138:19,22 |
| 33:3 34:11,15 | **thinner** 134:12 | 102:13 106:1 | 139:4 146:23 |
| 34:16 35:12 | **third** 53:11 | 116:20 137:21 | 148:2,2,13,14 |
| 36:24 37:2,8 | 215:20 | 147:15 160:19 | 158:20,20,23 |
| 38:11 40:12,14 | **thought** 29:24 | 164:11 177:2 | 159:3,4,9,10,22 |
| 41:2 42:8 48:16 | 31:8,12 42:7 | 193:3 233:6 | 175:19 184:1 |
| 48:22 50:8 68:9 | 82:17 89:7 | 236:5,10 | 186:10 188:9 |
| 69:14,15 87:20 | 90:23 114:23 | 254:14,25 | 190:4 193:3,4 |
| 94:2,15 95:5 | 120:3 132:19 | 256:5 | 193:13,19 |
| 103:12 108:21 | 133:20 134:4 | **times** 8:25 | 199:7 200:2 |
| 109:4 110:18 | 170:11 171:3 | 28:12 52:1 | 202:5,7 207:22 |
| 112:22 114:20 | 187:1,22 | 89:18 106:22 | 210:13 212:15 |
| 115:6,6,18 | **thousands** | 118:4 182:17 | 212:18 213:2 |
| 116:10 120:25 | 55:22 77:3 | **tiny** 121:13 | 213:24 214:1,9 |
| 125:10 129:11 | 110:14 157:8 | 212:9 252:20 | 216:21 220:12 |
| 130:1 131:13 | 198:14,16 | **tired** 176:14 | 223:15 234:12 |
| 135:23 136:6 | **three** 5:19 7:24 | **tissue** 13:15 | 234:21 235:3,6 |
| 137:20 138:16 | 8:1 34:17 35:12 | 55:25 59:20,22 | 236:7,20 237:5 |
| 138:21 140:17 | 35:14,19 53:6 | 59:24 67:21 | 239:7 240:6,9 |
| 142:1 161:14 | 54:18 130:5 | 68:16 70:22 | 241:2 242:2,4 |
| 162:11,13 | 153:11,14 | 81:6,23 83:2,23 | 253:20 254:6 |
| 166:16,16 | 169:17 179:8 | 84:1,4 86:2,25 | 255:24 256:8 |
| 172:10,16 | 192:21 202:23 | 90:3 91:22 92:3 | 257:17 259:11 |
| 177:9 183:6,19 | 216:11,15 | 92:5 93:1 96:19 | 259:23 261:5,6 |
| 183:20 196:13 | 241:20 244:22 | 97:25 98:17 | 268:1 270:14 |
| 196:16,17,24 | 256:25 257:1 | 101:18 105:13 | **tissue's** 56:3 |
| 199:17 201:3 | **throat** 245:18 | 105:15 106:2,4 | **tissues** 13:13 |
| 213:17 214:22 | **time** 5:4,12 6:2 | 106:17,19,23 | 68:15 83:11,13 |
| 222:15,20 | 8:16 9:4 12:2 | 107:1,2,3,5,6 | 83:21 86:22 |
| 227:14 228:2,4 | 14:2,8 15:7 | 107:10 109:10 | 100:3 102:3 |
| 232:1,4 239:5 | 18:15 19:16 | 109:23 120:14 | 105:1 111:5 |
| 240:14,20 | 20:13 27:12 | 120:19 121:15 | 120:17,24 |
| 241:4 261:18 | 47:14 56:18 | 121:18,19 | 124:10 133:3 |
| **thinking** 25:21 | 57:24 59:6 | 128:10 129:5,6 | 153:23 186:3 |
| 80:21 | 61:25 66:13,20 | 131:21 137:25 | 238:11 268:22 |
| | 69:10 71:8 | 138:4,7,13,17 | 269:5 |

**[title - tried]**                                                                Page 69

**title**   10:5 21:5
**tobacco**   25:20
  25:22,22,24
  26:3,8,11,14,20
  38:6,12,13
  48:12,18
**today**   6:11 44:5
  48:2 57:2 127:8
  257:4 259:7
  265:13,22
  266:3,24 267:6
  267:21 268:23
  269:6 271:11
  271:23 275:13
  277:17
**together**   40:16
  41:11 53:21
  240:12
**told**   41:6 47:10
  120:7,9 130:9
  139:8
**tomasetti**   21:4
**took**   11:25
  13:12 39:11
  232:5
**top**   24:18 27:14
  30:11 102:24
  104:4 140:14
  145:12 156:10
  195:18 208:19
  226:21 237:14
  241:6,14
**topic**   13:24
  15:15 64:4,5,21
  129:16

**topics**   12:25
  24:9 38:20
  117:1,17
**torsion**   220:25
  221:4,6
**total**   5:19 186:2
**touch**   79:21
  264:17
**touches**   264:22
  264:23
**touching**   79:22
  219:22
**tough**   80:6
**towards**   20:21
  194:18
**toxin**   26:12
**toxins**   38:13
**trace**   72:14
  74:21 269:15
**track**   253:16
  267:5
**tract**   3:4,5 70:1
  70:8 78:6,9,22
  79:12 80:19
  82:12,23 83:11
  83:14,21 109:1
  109:7,16,17
  111:6,9,15
  115:1,17
  123:10,19
  233:2 249:19
  264:2
**train**   10:12
**trained**   11:4,4
  256:19

**training**   10:13
  52:2 130:4,6
**trait**   134:10
**trans**   257:25
**transcribed**
  16:8 20:18
**transcript**   3:20
  4:1 280:5
**transforms**
  26:25
**transition**
  55:15 107:15
  211:3 258:1,2
**transitioning**
  4:14
**transmission**
  129:23 130:6
  184:22
**transpires**
  254:10
**transport**
  180:21
**transported**
  105:11 109:9
  109:10
**transverse**
  214:21
**transversing**
  113:11 114:4
  114:12
**trapped**   80:22
  82:3
**travel**   80:18,25
  83:1 129:8
**traveled**   190:10
  201:22 224:5

**traveling**   129:4
**travels**   81:7
  125:19
**traverse**   120:3
  124:10 129:2
**treat**   13:5
  136:13,20
**treated**   113:3
  135:7
**treaties**   168:18
**treating**   133:8
  133:12 136:22
  145:24,25
  146:5 147:4
  165:25 166:4,5
  168:11 191:8
  191:12,17
  194:5 203:22
  204:1 213:1
  217:15,20
  225:3,7 243:18
  254:2,4
**treatment**   18:6
  135:3,11 136:7
  136:14
**tremolite**   75:21
**trial**   38:25
  43:20 49:22
  73:5 140:15
  219:5,6 242:12
**trials**   13:6,7
  41:24 161:14
**tricky**   228:12
**tried**   34:14
  111:14 276:17

**[true - two]**                                                    Page 70

**true**   15:10 18:4
    21:8 22:3 23:18
    23:21 26:19
    35:4 38:5 40:20
    43:1,6 53:19
    54:25 56:12
    59:6 60:2 77:8
    93:4,6 106:3
    112:8 124:21
    129:19 139:17
    140:25 148:3
    154:9 178:4
    183:16 230:19
    241:9 246:22
    280:8
**truly**   37:6
    174:13
**trust**   196:25
**truth**   51:24
    240:21
**try**   9:1 18:21
    24:4 59:15
    219:4
**trying**   25:12,21
    27:4 50:10 66:9
    138:16 150:10
    199:18 218:23
**tubal**   113:7,9
    113:16,20
    114:3,9,11,11
    229:20 244:21
    250:2
**tube**   27:9,10,11
    27:13,20,21,24
    28:1,18,20,23
    29:3,4 30:7,9

30:13,21,25
    31:3 67:13,14
    67:16 70:2,20
    70:22 81:1,8
    83:1 84:4,10,12
    97:25 98:15
    105:13 113:17
    113:18 114:12
    142:18,24
    167:1 179:6,17
    179:21 201:2
    217:4 219:11
    219:14,15,16
    220:3 229:19
    237:2,3 250:16
    264:10,20,25
    265:1,3
**tuberculosis**
    53:15 58:17,23
    58:25
**tubes**   77:5,14
    86:10,11 87:13
    98:5 113:12
    114:4 175:14
    178:18,22
    180:12 216:22
    233:18 249:20
    250:3,13
**tulane**   243:22
**tumor**   57:7,13
    57:15,20,25
    58:10 64:22
    65:18 133:2,4
    134:10,22,24
    136:11,14
    137:2 141:25

145:3,8,20
    146:1,16,16
    147:14 166:7
    166:19 174:13
    175:3,10
    178:18 179:5
    179:15,19,25
    180:15 191:4
    192:5 203:17
    206:24,25
    207:21,23,24
    212:16 215:15
    215:15,15
    219:18,19,20
    219:21 220:5
    220:12,13,23
    221:15,24
    222:2,4,8,15,18
    227:19 232:6
    233:1,7,9,13
    235:4 243:10
    243:13 255:1,1
    255:7 274:2,3
**tumorigenesis**
    66:1
**tumors**   11:21
    18:25 19:9 58:7
    66:8,12 122:19
    125:12 126:10
    126:11 130:7
    134:20 135:6
    135:10 141:10
    143:5 147:2
    165:4 166:14
    168:7,12 170:2
    174:22,22,24

178:1,14 179:8
    220:18 221:3
    231:15 236:23
    237:4 244:4
    274:5,13
**turn**   20:24 32:1
    34:19 268:11
**turnover**   58:7
**twelfth**   110:9
**twelve**   5:7,15
    11:11 49:8
    140:10,11
    160:7 162:15
    257:3
**twice**   9:13
**twist**   219:5
**two**   10:7 12:24
    13:2,23,25 14:1
    21:22 27:10
    28:25 34:17
    35:12,20,21
    36:1,24 37:6
    44:18 53:6,12
    61:14 68:17
    87:11 91:18,22
    92:25 101:20
    135:23 141:6
    141:13,24
    150:1 169:6,7
    169:17,17
    170:2,25 174:1
    174:23 181:9
    181:10,12,19
    182:11 188:4
    188:21 189:9
    190:16 204:21

[two - use]                                                                          Page 71

208:5 216:9,25
218:2 225:14
225:22 228:20
229:6,11,14
233:10 238:6
238:16,20
246:3 250:2
256:18,25
257:1 268:12
**twofold** 35:17
**twos** 170:5
**type** 14:14 54:8
67:19 68:19
69:3 70:21
121:24 154:10
169:25 170:1,1
170:4,5,9,25
191:4 211:9
214:8 215:15
221:12,16
224:23 238:8
239:20,25
246:23 247:2
247:11 257:3
259:9 260:24
**types** 37:17
53:6,12 68:7,13
68:18 70:5
106:15 117:18
121:21 143:8
212:5 250:19
257:15 261:1
261:13,23
263:23
**typical** 12:2
58:6 126:23

178:15
**typically** 12:7
19:14 55:11
56:23 87:10
141:15 170:4
172:24 183:25
248:8,9 253:22
**typo** 158:9,11

**u**

**u** 65:7
**ubiquitous**
148:12,14
182:13,17
**uh** 269:18
**ulcerative**
261:16
**ultimately** 68:3
166:13 273:22
**ultrastructural**
100:9,10
**unable** 6:23
44:20
**unaware** 26:19
26:20 92:17
139:15
**uncertain**
192:3
**uncle** 204:15
218:1 225:20
245:15,18
**uncommon**
56:15
**unconvincing**
86:2 100:3
102:4

**under** 56:22
57:25 63:14
100:14 101:15
104:18,20,22
105:5 151:2
181:9,10,19
206:22 222:25
261:9 279:7
280:3,4,12
**undergo** 127:11
143:8 152:24
154:10,20
220:23
**undergone** 52:3
57:3 153:12
**understand**
16:7 21:8 22:9
33:18,21 81:3
93:11 94:24
103:4,11 108:5
136:18 149:7
149:20 267:1
**understanding**
29:10 137:16
145:25 170:15
177:25 191:22
260:9 266:5
274:12 280:11
**underwent**
226:1
**undoubtedly**
125:13
**undulations**
180:5
**unfortunate**
228:21

**uniformed**
96:16
**uniformly**
148:2
**unilateral**
166:21
**unique** 103:6,8
**united** 1:1
**unknown** 277:9
277:19
**unpack** 29:5
**unrelated**
235:24
**unremarkable**
192:10 217:24
**unsafe** 74:2
**unusual** 256:6
257:8
**upper** 70:7
84:23 109:6,16
111:14 208:22
238:1
**uracil** 19:23
**ureters** 250:5
**urine** 10:11
**usage** 137:17
204:4 225:9
**usc** 59:5 64:17
**use** 12:9 17:5
30:17 42:4 58:8
60:11 64:21
70:13 71:22
73:11,20 75:23
78:19 86:19
87:5 101:5
110:14,15

**[use - wait]**                                                               Page 72

115:9 116:5
126:21 131:13
150:8 155:8,11
156:14,19
157:10 197:8
198:3 208:1
213:18 215:22
216:12 217:10
233:5 250:25
252:5 255:23
256:3,5 259:4
260:18 263:19
270:7,21
271:20 272:2,6
275:22
**useable**  44:21
**used**  9:16 14:21
48:14 50:5
61:24 86:23
101:19 110:15
111:21 130:8
135:12 149:11
149:15 174:12
182:16 268:2
272:10
**useful**  42:21
43:1 138:22
232:8
**user**  37:9
**uses**  130:13
188:7
**using**  13:22
50:6 69:11,14
71:17 92:14
159:12 182:22
188:12 197:19

198:5,24 210:3
271:7
**usual**  221:16
**usually**  27:14
45:6 55:21
118:13 183:9
194:23 240:5
241:19 254:20
277:14 278:18
**uterine**  81:6,15
81:20,23 87:12
173:19,23
178:16 181:23
250:16 258:8
264:19
**utero**  250:20
**uterus**  81:1
105:11 108:3
109:8 111:17
167:3 174:14
174:22 180:18
194:24 233:18
244:22 249:20
250:14 273:20

**v**

**v**  13:18 115:25
**vagina**  76:19,25
77:11,17 79:4
79:18,22 80:11
80:14,17,18
82:18,20,25
110:9 111:9
194:23 249:21
250:14 264:9
264:13,15,16

264:17
**vaginal**  82:4,8
82:10 214:21
250:16
**vague**  103:13
**validated**
200:13 201:12
**validation**
165:10
**valuable**  24:24
**vantage**  188:20
**variable**  92:4,8
92:14 188:13
**variance**  88:17
99:21 100:18
103:20 268:2
**variant**  192:3
**variants**  277:8
277:12
**variation**
101:16 252:22
**variations**
100:16
**varied**  106:15
**varies**  256:24
**variety**  57:1
58:8 166:10
**various**  252:5,6
**vas**  250:9
**vascular**
180:14,17
**vascularized**
220:20
**vast**  18:25
177:25 199:20
274:12

**vegas**  36:5
**vein**  194:11
**verrick**  274:15
**versus**  43:17
48:7 125:8
127:20 151:16
153:4 166:8
168:20,21
182:25 214:14
**vertiginous**
20:8
**vessels**  80:2
**viable**  109:19
**vicinity**  233:1
**view**  26:13
208:6
**viewed**  212:6
**viewing**  91:22
**virtually**  59:20
**virus**  21:21
**viruses**  111:1
**visceral**  128:20
**visible**  261:9,10
278:19,20
**vital**  51:9 84:1
185:7 241:3
273:1
**volume**  44:20
239:19
**vulva**  194:23
195:11

**w**

**waf1**  66:2
**wait**  43:9

[walk - witness]                                                    Page 73

**walk**  45:21,22
  128:6
**wall**  128:14,22
**walls**  264:17
**want**  17:15
  66:16,19 71:18
  87:14 89:13
  99:23 101:25
  116:17 117:2
  132:7 150:8
  209:13 211:6
  230:7
**wanted**  132:9
  139:25 140:2
  163:13
**wants**  31:24
**warning**  37:9
**warrant**  37:9
**warrants**  36:24
  37:3
**watch**  137:9
  208:12
**water**  80:10
**watertown**
  1:11 279:10
**wax**  271:8
**way**  13:5 21:12
  21:18 22:8 23:5
  24:13 26:6
  28:16 33:13
  36:20 44:21
  49:2,11 51:10
  67:21 69:14
  78:16 79:20
  80:25 83:2
  84:17 93:1,15

  96:15,18 103:5
  103:7 109:10
  115:13 118:17
  129:17 144:20
  170:21 175:15
  176:8 179:21
  179:25 180:20
  184:2,25
  212:19 217:11
  225:10 226:12
  249:9 257:18
  258:20 276:2
**ways**  82:19
  137:11 174:23
**we've**  13:6,23
  60:8 67:7
  200:19 201:15
  212:22 257:4
  268:22 269:5
**weak**  36:3
  181:2,6,8,10,19
**website**  16:12
**week**  7:3
  256:24,24,25
  257:2
**weekly**  256:11
  256:23
**weeks**  21:24
**welch**  93:20
**went**  38:5 49:2
  140:15 171:13
  179:5 243:24
  254:11,17
  255:18
**whereof**  279:18

**wi**  1:11
**widely**  193:1,6
**wider**  118:14
  118:15
**wife**  6:24
  160:21 161:22
**wife's**  7:7
**wiggle**  88:8
**willing**  217:7
**winstonson**
  197:5,6
**wisconsin**  1:10
  9:13 15:17 63:7
  63:14 131:9
  160:25 253:24
  257:7 269:3
  279:1,5,11,20
**wisdom**  14:24
**wish**  101:24
**withdraw**
  102:11
**witness**  4:2
  7:24 16:25
  18:24 22:18
  23:9,24 24:3
  26:6 29:12
  31:16 32:4,15
  34:5,14 36:3
  37:2,12 38:11
  39:2 42:10,25
  43:12,22 47:3
  47:12 48:10
  51:1,18 52:17
  53:3,23 54:15
  55:6,19 59:11
  60:6,25 62:13

  63:3 67:24
  68:25 69:22
  70:4,16 71:5,14
  72:3 73:14,22
  75:2 76:1,13
  80:16 81:11,19
  83:5 84:9 88:5
  88:24 90:5 91:1
  91:21 92:11,17
  94:22 95:3 96:8
  96:21 97:7 98:3
  98:12 99:13
  100:22 102:24
  103:25 104:14
  105:18 108:18
  111:12 112:3
  113:15 114:7
  114:15,17
  115:4 117:8
  120:23 121:5
  128:3 129:11
  130:12 131:1,7
  146:4 149:25
  150:16,25
  151:10 152:15
  153:2,19 155:4
  157:4 163:7
  170:7 174:20
  177:9 181:15
  187:12 188:23
  189:18 196:13
  196:22 200:5
  201:5 202:23
  216:20 222:6
  222:15 240:20
  247:9 260:5,15

262:16,23
263:6 265:15
266:10 270:9
277:6 279:18
**witnessed**
  72:18
**wolf**  156:11
  176:24
**wolffian**  250:3
  250:4,10,11
**woman**  18:11
  28:2,6 29:20
  41:18 57:4,10
  57:22 58:13
  171:18 172:23
  200:25 206:14
  221:3 234:22
  252:7
**woman's**
  218:13 226:10
  226:15
**women**  28:23
  31:6 32:16 33:1
  33:3,6 52:3
  58:4,16 61:12
  70:13 71:21
  73:11 75:16,23
  86:22 101:18
  108:7 113:3
  141:9,15,16,21
  142:8 155:11
  171:23 195:25
  235:1,3 250:13
  252:13,13,20
**women's**  18:5
  161:10 196:6

205:20 206:11
  275:3,9,9
**wonderful**
  110:21
**word**  25:13
  216:16
**worded**  33:13
**words**  9:5
  21:10 42:7 51:5
  54:9 56:7 71:2
  71:18 104:11
  118:19 123:3
  124:25 143:6
  157:23 159:6
  162:20 169:10
  170:3 171:3
  184:11 191:23
  226:19 235:16
  249:22 266:1
**work**  9:11
  10:11 12:25
  15:8 21:12,16
  36:20 46:13
  63:19,23 160:8
  160:20 161:14
  161:19 162:1,1
  162:5,9,11,15
  162:19,24
  184:12 223:24
**worked**  41:15
  59:5 65:6
  164:16
**working**  12:19
  14:5 47:14
  189:7 256:10

**world**  83:12
  181:5
**worry**  7:5
**worse**  41:3
**worth**  34:18
**write**  95:22
  96:11 198:3
  216:16
**writes**  167:5
**writing**  168:2
  279:7
**written**  16:8
  230:4 239:11
**wrong**  38:13
  91:5 92:21
  94:25 97:13
  126:3 136:17
  168:16
**wrote**  177:4
  230:11

|  |
|---|
| **x** |

**x**  2:14 3:1 4:5
  65:17 87:20
  125:7 253:11
  278:2
**xanthomonas**
  59:16
**xylene**  159:13
  159:22,23

|  |
|---|
| **y** |

**y**  7:8 9:15
**yeah**  6:4 7:17
  12:18,24 15:25
  16:2 26:6 29:18
  35:11 36:3,17

44:16 48:16,22
  49:5 55:19
  60:11 64:6 76:1
  89:16 94:13
  99:8 104:6
  122:18,18,21
  126:6 129:11
  132:3,5 140:4
  140:18 141:18
  144:1 146:4
  162:22 164:25
  166:15 173:3
  175:7 177:7
  180:2 181:15
  184:13 189:18
  199:4 205:9
  222:4 228:13
  228:16 230:17
  230:25 231:8
  236:16,21
  240:12 241:7
  241:12,15
  249:25 257:6
**year**  141:19
  160:11
**years**  6:14 7:12
  8:22 9:20 15:11
  15:13 38:6 42:7
  43:9 48:20,23
  49:8 51:13 57:2
  67:2 116:12
  126:10 140:10
  140:11 152:20
  153:24 160:2,3
  160:4,5,7
  162:15 171:17

**[years - zoom]**

177:23 189:2,9
189:10 263:23
274:10
**yep**  94:2
**yesterday**
  11:10,25
**young**  49:7
**younger**  142:8
  171:17

**z**

**zero**  36:17
  121:12
**zoom**  2:13

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.