# EXHIBIT 1

Judith Wolf, M.D.

```
 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NEW JERSEY
 2

 3   ------------------------------
                                   )
 4   IN RE JOHNSON & JOHNSON       )
     TALCUM POWDER PRODUCTS        )  MDL NO.
 5   MARKETING, SALES PRACTICES,   )  16-2738(FLW)(LHG)
     AND PRODUCTS LIABILITY        )
 6   LITIGATION                    )
                                   )
 7   ------------------------------
 8    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                   STATE OF MISSOURI
 9
     VALERIE SWANN,                )
10                                 )
           Plaintiff,              )
11                                 )  Cause No.
     v.                            )  1422-CC09326-03
12                                 )
     JOHNSON & JOHNSON, et al.,    )
13                                 )
           Defendants.             )
14   _____
15                  — — —
16          Monday, September 13, 2021
                    — — —
17
18       Oral Deposition of JUDITH WOLF, M.D.,
     held at the Fairmont Hotel, 101 Red River
19   Street, Austin, Texas, commencing at
     9:03 a.m. CDT, on the above date, before
20   Michael E. Miller, Fellow of the Academy of
     Professional Reporters, Certified Court
21   Reporter, Registered Diplomate Reporter,
     Certified Realtime Reporter and Notary
22   Public.
23                  — — —
24          GOLKOW LITIGATION SERVICES
         877.370.DEPS | fax 917.591.5672
25             deps@golkow.com
```

Page 2

```
 1   A P P E A R A N C E S:
 2   BEASLEY ALLEN PC
     BY:  MARGARET M. THOMPSON, M.D., ESQUIRE
 3       margaret.thompson@beasleyallen.com
     218 Commerce Street
 4   Montgomery, Alabama 36104
     (334) 269-2343
 5   Counsel for Plaintiffs
 6
     ONDERLAW LLC
 7   BY:  CYNTHIA L. GARBER, ESQUIRE
         garber@onderlaw.com
 8   12 Corporate Plaza Drive
     Suite 275
 9   Newport Beach, California 92660
     (949)688-1799
10   Counsel for Plaintiffs
11
12   ASHCRAFT & GEREL LLP
     BY:  MICHELLE PARFITT, ESQUIRE
13       mparf@aol.com
     1825 K Street NW,
14   Suite 700
     Washington, D.C. 20006
15   (202)783-6400
     Counsel for Plaintiffs
16
17   BLASINGAME BURCH GARRARD & ASHLEY PC
     BY:  SARA SCHRAMM, ESQUIRE
18       sschramm@bbga.com
     440 College Avenue
19   Suite 320
     Athens, Georgia 30601
20   (706)354-4000
     Counsel for Plaintiffs
21
22
23
24
25
```

Page 4

```
 1            INDEX
 2   JUDITH WOLF, M.D.
 3   September 13, 2021
 4
 5   APPEARANCES                              2
 6   PROCEEDINGS                             10
 7
 8   EXAMINATION OF JUDITH WOLF, M.D.:
 9       BY MR. ZELLERS                      10
10
11   CERTIFICATE                            424
12   ERRATA                                 426
13   ACKNOWLEDGMENT OF DEPONENT             427
14   LAWYER'S NOTES                         428
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S:
 2   TUCKER ELLIS LLP
     BY:  MICHAEL C. ZELLERS, ESQUIRE
 3       michael.zellers@tuckerellis.com
     515 South Flower Street
 4   42nd Floor
     Los Angeles, California 90071
 5   (213) 430-3400
     Counsel for Johnson & Johnson Defendants
 6
 7   FAEGRE DRINKER BIDDLE & REATH LLP
     BY:  ERIC M. FRIEDMAN, ESQUIRE
 8       eric.friedman@faegredrinker.com
         (via Zoom)
 9   300 North Meridian Street
     Suite 2500
10   Indianapolis, Indiana 46204
     (317)237-0300
11   Counsel for Johnson & Johnson Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        DEPOSITION EXHIBITS
 2   NUMBER                              MARKED
 3   Wolf-1    Notice of Deposition         12
 4   Wolf-2    Documents Produced by        16
 5            Plaintiffs to Dr. Wolf
 6   Wolf-3    7/2/21 MDL Expert Report     17
 7   Wolf-4    Redline of 7/2/21 Expert     17
 8            Report
 9   Wolf-5    Scientific Literature and    19
10            Other Sources
11   Wolf-6    8/11/21 Bondurant Expert     26
12            Report
13   Wolf-7    7/2/21 Gallardo Expert Report 27
14   Wolf-8    7/2/21 Judkins Expert Report  27
15   Wolf-9    7/16/21 Swann Expert Report   28
16   Wolf-10   Invoices                     29
17   Wolf-11   Summary of Comments on       68
18            IMERYS094601
19   Wolf-12   Summary of Comments on       72
20            IMERYS230366
21   Wolf-13   Excerpt from IARC 2012      123
22   Wolf-14   Excerpt from IARC 2012      157
23   Wolf-15   Complete IARC 2012 Monograph 157
24   Wolf-16   Excerpt from IARC 2010      157
25
```

Page 250

1  perspective are mutations, but cancerous
2  changes from someone else's perspective might
3  mean that the cells don't necessarily have
4  obvious mutations, but change in the way that
5  the cells grow.
6         So which of those is what
7  you're asking me?
8  BY MR. ZELLERS:
9      Q.   Well, are you making that
10 assumption, that Dr. Saed's research
11 establishes that talc is causing cancerous
12 changes in the cells?  Is that an assumption
13 that you're making to support your opinions
14 in this case?
15        DR. THOMPSON:  Object to form.
16     A.   So these two posters support my
17 opinion that talc causes ovarian cancer.
18 This one by -- showing p53 -- evidence of p53
19 mutation and increased cell growth, and this
20 one by showing anchorage-independence growth.
21        These are a part of the data
22 that supports my opinion that ovarian cancer
23 is -- can be caused by talcum powder.
24 BY MR. ZELLERS:
25     Q.   And you believe an objective

Page 251

1  independent scientist would conclude that
2  there's sufficient information in these two
3  posters to reach that conclusion?
4         DR. THOMPSON:  Object to form.
5      A.   Well, I would say some would
6  and some wouldn't, because scientists all
7  have their own opinion and interpretation.
8  BY MR. ZELLERS:
9      Q.   All right.  You have been asked
10 to render case-specific opinions in
11 Bondurant, Gallardo and Judkins that are
12 pending in the MDL; is that right?
13     A.   Yes.
14     Q.   You've also been asked to
15 render a case-specific opinion in the Swann
16 case pending in Missouri; is that right?
17     A.   Yes.
18     Q.   Since your last deposition, you
19 agree that your professional community
20 organizations and professional organizations
21 have not identified talc as a risk factor for
22 ovarian cancer?
23        DR. THOMPSON:  Object to form.
24     A.   They have not.  As far as I'm
25 aware, none of them have done a complete

Page 252

1  review of or assessment of talc as a risk
2  factor, and they're silent on the issue.
3  BY MR. ZELLERS:
4      Q.   Well, the Society of
5  Gynecologic Oncologists has not identified
6  talc as a risk factor for ovarian cancer,
7  correct?
8         DR. THOMPSON:  Object to form.
9      A.   They have not.
10 BY MR. ZELLERS:
11     Q.   ACOG has not identified talc as
12 a risk factor for ovarian cancer, correct?
13        DR. THOMPSON:  Object to form.
14        MS. GARBER:  Object to the
15 form.
16     A.   They have not, but I'm going to
17 say again that I'm not aware that they've
18 done any kind of review of the literature to
19 determine that.
20 BY MR. ZELLERS:
21     Q.   They're --
22     A.   They're just silent.
23     Q.   The National Cancer Institute
24 has not identified talc as a risk factor for
25 ovarian cancer, correct?

Page 253

1         DR. THOMPSON:  Object to form.
2      A.   They have not.
3  BY MR. ZELLERS:
4      Q.   The National Ovarian Cancer
5  Coalition has not identified talc as a risk
6  factor for ovarian cancer, correct?
7         DR. THOMPSON:  Object to form.
8      A.   They have not.  And that's an
9  advocacy group and they generally follow what
10 the SGO says.
11 BY MR. ZELLERS:
12     Q.   Centers for Disease Control,
13 the CDC, has not identified talc as a risk
14 factor for ovarian cancer; is that right?
15        DR. THOMPSON:  Object to form.
16        MS. GARBER:  Object to the
17 form.
18     A.   They have not.
19 BY MR. ZELLERS:
20     Q.   MD Anderson is where you
21 received training and then practiced for a
22 number of years; is that right?
23     A.   Yes.
24     Q.   MD Anderson has not identified
25 talc as a risk factor for ovarian cancer,

Page 266

1  BY MR. ZELLERS:
2      Q.   You would agree that we cannot
3  identify all the things that cause mutations
4  leading to ovarian cancer, correct?
5           DR. THOMPSON:  Object to form.
6      A.   We cannot, but we also know
7  that age is a risk factor, and age increases
8  mutations, so -- and the older that women
9  get, the more likely they are to get ovarian
10 cancer, as with many cancers, because aging
11 is a risk factor for any cancer.
12 BY MR. ZELLERS:
13     Q.   There's a number of recognized
14 risk factors for ovarian cancer, correct?
15     A.   Yes.
16     Q.   Whether a particular risk
17 factor actually is a cause of a woman's
18 ovarian cancer, we generally just don't know,
19 correct?
20          DR. THOMPSON:  Object to form.
21          MS. GARBER:  Objection.
22     A.   I think that's a hard -- I
23 think it's hard to say.  If somebody is 95
24 and they have no other risk factors and they
25 get ovarian cancer, I'm going to say it's the

Page 267

1  fact that she's 95.
2  BY MR. ZELLERS:
3      Q.   But you can't prove that as a
4  cause, can you?
5           DR. THOMPSON:  Object to form.
6      A.   No, I can't prove that as a
7  cause.
8  BY MR. ZELLERS:
9      Q.   You can't exclude a genetic
10 mutation, right?
11     A.   Well, if she has a genetic
12 mutation, it's hard to say for sure that's
13 the cause.
14     Q.   All right.  You're not of the
15 view that scientists completely understand
16 what causes ovarian cancer, correct?
17     A.   I'm not of the view that
18 scientists completely understand almost any
19 human cancer.
20     Q.   If you look at the percentage
21 of ovarian cancers that we think we can
22 reasonably and scientifically attribute to a
23 known cause, that's pretty small, correct?
24          MS. PARFITT:  Objection.
25          DR. THOMPSON:  Object to form.

Page 268

1      A.   So, I mean -- so I think we can
2  assume that 10 to 15% might be related to an
3  inherited mutation and 10% talc and
4  another -- I don't know what percent is age,
5  but since that's a big risk factor, there's
6  some percentage that I would say is age.
7           But, yes, you can't always say
8  a hundred percent for sure what causes what.
9  BY MR. ZELLERS:
10     Q.   Based upon your review of the
11 literature, what is the percentage of cancers
12 that are caused by age, ovarian cancer?
13          DR. THOMPSON:  Object to form.
14     A.   Well, the average age is 62 or
15 63, so I don't know that there's a percentage
16 that's caused by age.
17 BY MR. ZELLERS:
18     Q.   If there are many causes that
19 we cannot identify now today, how can you
20 ever conclude that talc caused an individual
21 woman's ovarian cancer?
22          DR. THOMPSON:  Object to form.
23     A.   Because that is something that
24 we know can cause ovarian cancer, and if
25 somebody used it and it's found in her

Page 269

1  tissues and she used it throughout her
2  reproductive life when her tract was open and
3  it was before she developed ovarian cancer
4  and it's a known cause, then same thing that
5  if somebody has a BRCA mutation and that's
6  the only risk factor that they have, I can
7  say that that's the cause.
8  BY MR. ZELLERS:
9      Q.   You can't say for sure in any
10 individual case, can you, that talc caused
11 ovarian cancer?
12          DR. THOMPSON:  Object to form.
13          MS. GARBER:  Object to the
14 form.
15     A.   That's the only thing -- I'm
16 going to say yes.
17 BY MR. ZELLERS:
18     Q.   That you can tell for sure that
19 a woman who used talc developed ovarian
20 cancer because of the talc use?  That's
21 something you're comfortable that you can
22 tell for sure?
23          DR. THOMPSON:  Objection.
24          MS. GARBER:  Objection.
25     A.   I am comfortable for sure

Page 270

1  saying that if a woman used talc and she --
2  especially when it's found in her tissue,
3  that, yes, that is a cause of her cancer, of
4  her ovarian cancer.
5  BY MR. ZELLERS:
6      Q.   Would you agree that not all
7  women who use talc get ovarian cancer?
8      A.   I would.  And I would agree
9  that all women who have a BRCA mutation don't
10 get ovarian cancer either.
11     Q.   It's certainly possible to have
12 a risk factor for ovarian cancer and not get
13 ovarian cancer, correct?
14     A.   Yes, and it's -- it's possible
15 to have a protective factor against ovarian
16 cancer and still get ovarian cancer.
17     Q.   Put another way:  Just because
18 a woman has a risk factor doesn't mean that
19 that risk factor is going to cause the
20 disease; fair?
21     A.   I think that's putting it
22 another way.  What I said before -- I'm
23 standing by what I said the first time you
24 asked the question.
25     Q.   Sure.  Let me ask a new

Page 271

1  question, then, so we've got a clean record.
2      A.   Okay.
3      Q.   Just because a woman has a risk
4  factor for ovarian cancer, that doesn't mean
5  that that risk factor is going to cause the
6  disease, correct?
7          DR. THOMPSON:  Object to form.
8      A.   So that is true.  A woman can
9  have endometriosis, which is a risk factor,
10 and not get ovarian cancer.
11 BY MR. ZELLERS:
12     Q.   And you could have a risk
13 factor for ovarian cancer and get cancer from
14 something totally different, correct?
15         DR. THOMPSON:  Object to form.
16     A.   That's -- that is a little bit
17 more difficult to conceive.
18 BY MR. ZELLERS:
19     Q.   Really?  That's your testimony?
20         DR. THOMPSON:  Object to form,
21     argumentative.
22 BY MR. ZELLERS:
23     Q.   I don't mean to be
24 argumentative.  Let me ask once again, just
25 to make sure that I understand your answer.

Page 272

1          So you believe that you can
2  have a risk factor -- well, strike that.
3          You -- it's your testimony that
4  if you have a risk factor for ovarian cancer,
5  that it is not possible to get cancer from
6  something totally different?
7          DR. THOMPSON:  Object to form,
8      misstates --
9      A.   That's not what I said.  That's
10 not what I said.
11 BY MR. ZELLERS:
12     Q.   Let me ask that question.
13         Is it possible to have a risk
14 factor for ovarian cancer and then develop
15 ovarian cancer from something totally
16 different than that risk factor?
17     A.   That's not a risk factor --
18 that's not a known risk factor for ovarian
19 cancer?
20     Q.   That's not a known risk factor.
21     A.   Well --
22         DR. THOMPSON:  Object to form.
23     A.   -- maybe, but what would that
24 be?  I mean, that's information we don't
25 have.

Page 273

1  BY MR. ZELLERS:
2      Q.   Well, there's many
3  undiscovered, unknown genetic mutations,
4  correct?
5      A.   Not as many as there were
6  before the end of the Human Genome Project.
7      Q.   Do you believe that virtually
8  all of the gene mutations that exist have
9  been identified?
10     A.   So are you talking about
11 inherited gene mutations --
12     Q.   Yes.
13     A.   -- or somatic gene mutations?
14     Q.   Inherited.
15     A.   Inherited.
16         I believe that for ovarian
17 cancer, the vast majority have been
18 identified.  There have been more after BRCA1
19 and 2, but still, if you look at the
20 percentages of ovarian cancer that are caused
21 by a hereditary mutation, the vast majority
22 are still BRCA1 and BRCA2; and the more
23 recent ones that they found account for
24 smaller and smaller and smaller numbers of
25 ovarian cancers.

Judith Wolf, M.D.

Page 274

1  Q. In your opinion, are there any
2  undiscovered somatic gene mutations?
3  A. Well, I'm sure there are
4  because there's so many genes and there's so
5  much DNA, and by the time you look at
6  somebody's cancer and try to look at how many
7  somatic mutations there are, there are so
8  many mutations that I think even in one
9  cancer, you can't tell all of them.
10  Q. Would you agree that just
11  because a woman used talc, that fact alone is
12  not enough for you to conclude that talc
13  caused her ovarian cancer? Correct?
14      DR. THOMPSON: Object to form.
15  A. So the use of talc, the patency
16  of her reproductive tract, the timing of the
17  use of talc, the finding of talc in her
18  tissues, I put all of those things together,
19  so it's all of those things.
20  BY MR. ZELLERS:
21  Q. Is the finding of talc in her
22  reproductive tissues important to you in
23  terms of reaching a conclusion that talc
24  caused an individual woman's ovarian cancer?
25      DR. THOMPSON: Object to form.

Page 275

1  A. Finding talc either in her
2  reproductive tract or somewhere in her
3  peritoneal cavity or her pelvic lymph nodes
4  definitely supports my opinion.
5      DR. THOMPSON: Anytime you're
6   ready for a break or maybe I should
7   just say it's a good time as soon as
8   you get to a transition.
9      MR. ZELLERS: Let's take a
10   break now.
11     DR. THOMPSON: Okay. Thanks.
12     MR. ZELLERS: Thank you.
13     (Recess taken, 3:04 p.m. to
14   3:13 p.m. CDT)
15  BY MR. ZELLERS:
16  Q. Dr. Wolf, there is no biomarker
17  that allows you to determine that an
18  individual woman got ovarian cancer from
19  talc; is that right?
20  A. That's correct.
21  Q. In order to come up with or
22  develop a causation opinion, you look at the
23  circumstantial evidence, meaning a woman who
24  has used talc, talc in tissue, an absence of
25  other risk factors; is that correct?

Page 276

1      DR. THOMPSON: Object to form.
2  A. So I look at the entire medical
3  history of the patient and what all her risk
4  factors may or may not be, and any protective
5  factors that she might have, to determine if
6  talc is a cause of her cancer.
7  BY MR. ZELLERS:
8  Q. The more risk factors that a
9  particular woman has, the harder it is to
10  make a definitive opinion with respect to
11  causation and talc?
12     MS. GARBER: Object to the
13   form.
14     DR. THOMPSON: Object to form.
15  A. I think the more risk factors
16  she has, the easier it is to understand why
17  she got ovarian cancer in the first place,
18  because ovarian cancer is multifactorial,
19  right? So if I can identify certain things
20  that might have caused genetic mutations,
21  then it's easier to see why there was cancer.
22  But if there's something that was modifiable
23  that she could change, but she didn't because
24  she didn't know it was something bad that
25  could harm her, you know, that's something to

Page 277

1  consider.
2      So just because a woman has
3  other risk factors doesn't mean that her talc
4  use was not a cause of her cancer.
5  BY MR. ZELLERS:
6  Q. And just because a woman used
7  talc certainly does not mean that she is
8  going to develop ovarian cancer, correct?
9  A. I believe there are many woman
10  who have used talc and have not gotten
11  ovarian cancer. There are many women who
12  have lived to 90 and not gotten ovarian
13  cancer. There are many women who have BRCA
14  mutations that have not gotten ovarian
15  cancer.
16  Q. Generally speaking, there are
17  some number of genetic mutations that are
18  required to cause ovarian cancer; is that
19  correct?
20  A. Yes.
21  Q. You refer to this as the
22  two-hit hypothesis of carcinogenesis; is that
23  right?
24  A. Yes. That's not my term.
25  That's Dr. Knudson's term.

Page 322

1  MR. ZELLERS: We can be off the
2  record.
3  (Recess taken, 4:00 p.m. to
4  4:12 p.m. CDT)
5  BY MR. ZELLERS:
6  Q. Dr. Wolf, are you ready to
7  continue?
8  A. I am.
9  Q. You have prepared case-specific
10 opinions regarding Ms. Anna Gallardo; is that
11 right?
12 A. Yes.
13 Q. We had previously marked her
14 case-specific report as Exhibit 7.
15  MR. ZELLERS: Mr. Court
16 reporter, could you help the witness
17 find Exhibit 7?
18 (Interruption by the
19 stenographer.)
20 A. Got it.
21 BY MR. ZELLERS:
22 Q. The first 20 pages of your
23 report on Ms. Gallardo is the same as the
24 general amended report that we've discussed,
25 Exhibit 3; is that right?

Page 323

1  A. That's correct.
2  Q. I see that you have a binder in
3  front of you.
4  A. Yes.
5  Q. What's contained in your
6  binder? It looks like the case-specific
7  report is first?
8  A. Right, with my -- so the
9  general causation, the case specific, my CV.
10 Q. Is it the same CV as was
11 attached to your general amended report?
12 A. Yes.
13 Q. All right. Tomorrow you're
14 going to bring --
15 A. An updated one.
16 Q. -- an updated one.
17 A. Yeah.
18 Q. What else is contained in your
19 binder?
20 A. The scientific literature list,
21 and then some of her records, her operative
22 report, her genetic testing report, some
23 office visits, her deposition, her plaintiff
24 profile form, her husband's deposition, and
25 Dr. Mutch's deposition.

Page 324

1  Q. Anything else?
2  A. That is all that is in here
3  that I can see.
4  Q. All of those documents are
5  identified in your case-specific report; is
6  that right?
7  A. Yes.
8  Q. It's your opinion that talcum
9  powder was a cause of Ms. Gallardo's
10 endometrioid ovarian cancer; is that right?
11 A. That's correct.
12 Q. If she had never used talc, she
13 never would have gotten ovarian cancer; is
14 that what you're saying?
15  DR. THOMPSON: Object to form.
16 A. That's not what I'm saying.
17 BY MR. ZELLERS:
18 Q. It's possible that she could
19 have developed ovarian cancer even if she had
20 never used talc, based upon your review of
21 the records and the scientific literature; is
22 that right?
23  MS. GARBER: Object to the
24 form.
25 A. So she did use talc and it is

Page 325

1  my opinion that that is a cause of her
2  cancer. There are women who don't use talc
3  who get ovarian cancer.
4  BY MR. ZELLERS:
5  Q. Ms. Gallardo was 60 years old
6  when diagnosed?
7  A. Yes.
8  Q. Could Ms. Gallardo's age have
9  caused her ovarian cancer?
10  MS. GARBER: Object to the
11 form.
12  DR. THOMPSON: Object to form.
13 A. So she is approximately the
14 average age of ovarian cancer, a little
15 younger. Age could be a risk factor,
16 although she's younger than the average age.
17 BY MR. ZELLERS:
18 Q. Could age have caused her
19 ovarian cancer?
20  DR. THOMPSON: Object to form.
21  MS. GARBER: Object to the
22 form.
23 A. Age could be a cause of ovarian
24 cancer in anyone.
25 ///

```
                                             Page 326
 1   BY MR. ZELLERS:
 2       Q.   Including Ms. Gallardo; is that
 3   right?
 4       A.   She -- I feel like it's
 5   unlikely that it was a cause of her ovarian
 6   cancer, as she was younger than the average
 7   age.
 8       Q.   You believe that if a
 9   patient -- or strike that -- if a person, a
10   woman, is 60 years old, that age is unlikely
11   to have caused her ovarian cancer?
12            MS. GARBER:  Object to the
13       form.
14       A.   Age could be a contributing
15   factor to her cancer, but if I were asked to
16   say what caused cancer in someone who is 60,
17   I would not call out her age.
18   BY MR. ZELLERS:
19       Q.   Would age have increased her
20   risk for ovarian cancer?
21       A.   At age 60?  I mean, more than
22   if she were 30.
23       Q.   Would it have increased her
24   risk for more mutations?
25            MS. GARBER:  Object to the
```

```
                                             Page 327
 1       form.
 2            DR. THOMPSON:  Object to form.
 3       A.   So the longer anyone lives, the
 4   greater the chances that they could get more
 5   mutations.
 6   BY MR. ZELLERS:
 7       Q.   Could her use of
 8   █████████ have caused her cancer?
 9            DR. THOMPSON:  Object to form.
10            MS. GARBER:  Object to the
11       form.
12       A.   I'm looking at her use of
13   █████████.
14            (Document review.)
15       A.   For a very short period of
16   time.  I'm not aware that less-than-a-year
17   use of █████████████████████████████ can
18   cause ovarian cancer.
19   BY MR. ZELLERS:
20       Q.   So that's a no, you don't
21   believe that her use of █████████ could
22   have caused or contributed to her ovarian
23   cancer?  Is that your opinion?
24       A.   I do not think it was the cause
25   of her ovarian cancer.
```

```
                                             Page 328
 1       Q.   Was it a risk factor for her
 2   ovarian cancer?
 3       A.   I do not believe her short
 4   period of use of oral hormone replacement
 5   therapy was a risk factor for her ovarian
 6   cancer.
 7       Q.   Could Ms. Gallardo's family
 8   history of ███████ have played a role in her
 9   development of ovarian cancer?
10            DR. THOMPSON:  Object to form.
11       A.   I don't believe that her family
12   history played a role.  She didn't have any
13   history of breast or ovarian cancer in her
14   family.
15   BY MR. ZELLERS:
16       Q.   Father had █████████████,
17   right?
18       A.   Yes.
19       Q.   Uncle had █████████?
20       A.   Yes.
21       Q.   And had █████████?
22       A.   Yes.
23       Q.   Half-brother also had █████████?
24       A.   None of those are associated
25   with an increased risk of ovarian cancer.
```

```
                                             Page 329
 1       Q.   You're familiar with
 2   endometriosis, correct?
 3       A.   Yes.
 4       Q.   You agree that many women with
 5   endometriosis have not been diagnosed with
 6   endometriosis?
 7            DR. THOMPSON:  Object to form.
 8       A.   I don't know how you could
 9   diagnose a woman -- I don't know how you know
10   she has endometriosis unless you've diagnosed
11   that she has endometriosis.
12   BY MR. ZELLERS:
13       Q.   Is, in your experience,
14   endometriosis a condition that may go
15   undiagnosed?
16       A.   Yes, until somebody has surgery
17   and they are found to have endometriosis,
18   which she was not.
19       Q.   Endometriosis is also a risk
20   factor for endometrioid subtype ovarian
21   cancer, correct?
22       A.   Yes.
23       Q.   Do you agree that the signs and
24   symptoms of endometriosis include endometrial
25   polyps, postmenopausal bleeding and chronic
```

Page 398

1 certainty how much talc caused the ovarian
2 cancer versus HRT versus age versus obesity.
3         Is that a fair understanding of
4 your opinion?
5         DR. THOMPSON: Object to form.
6    A.   So it would be my opinion in a
7 hypothetical woman like that that it was
8 likely the combination of those things and
9 that talc was one of those causes, obesity is
10 one of those causes. I can't remember what
11 else you said she had as a cause. Hormone
12 replacement therapy, a cause.
13 BY MR. ZELLERS:
14   Q.   But you would not be able to
15 apportion out or say to what percent any one
16 risk factor may have been a cause in our
17 hypothetical situation; fair?
18   A.   I don't believe that anyone
19 could do that.
20   Q.   Is it impossible to say that
21 known and unknown confounding factors have
22 been identified for ovarian cancer?
23         DR. THOMPSON: Object to form.
24   A.   Is it impossible --
25         ///

Page 399

1 BY MR. ZELLERS:
2   Q.   Let me ask a better question.
3         There may be known and there
4 may be unknown confounding factors for
5 ovarian cancer in a given case, correct?
6         DR. THOMPSON: Object to form.
7   A.   Confounding risk factors, is
8 that what you're asking?
9 BY MR. ZELLERS:
10   Q.   Yes, risk factors.
11   A.   Unknown risk factors?
12   Q.   There are unknown risk factors,
13 correct?
14         DR. THOMPSON: Object to form.
15 BY MR. ZELLERS:
16   Q.   Relating to ovarian cancer?
17         DR. THOMPSON: Object to form.
18   A.   I never -- I mean, I --
19 BY MR. ZELLERS:
20   Q.   Let me ask --
21   A.   -- think about risk factors,
22 protective factors. I never assess anyone as
23 what is an unknown risk factor that that
24 person might have.
25   Q.   Let me ask it a different way.

Page 400

1         Many new factors that are
2 possibly involved in ovarian cancer are just
3 being published on in the literature; is that
4 right?
5         DR. THOMPSON: Object to form.
6   A.   Many new factors? I would
7 disagree with that assessment.
8 BY MR. ZELLERS:
9   Q.   New factors --
10         DR. THOMPSON: Object to form.
11 BY MR. ZELLERS:
12   Q.   -- are being published all the
13 time in the literature that are possibly
14 involved with ovarian cancer.
15         DR. THOMPSON: Object to form.
16   A.   Not many that come to mind.
17 BY MR. ZELLERS:
18   Q.   Some?
19         DR. THOMPSON: Object to form.
20   A.   I can't think of a risk factor
21 that I would consider new.
22 BY MR. ZELLERS:
23   Q.   Well, there's literature out
24 that a history of chlamydia could be a risk
25 factor for ovarian cancer, correct?

Page 401

1   A.   Well, that would be a risk
2 factor that would be associated with chronic
3 pelvic inflammatory disease, and that's not
4 new.
5   Q.   So it's been well known that
6 chlamydia -- a history of chlamydia is a risk
7 factor for ovarian cancer?
8   A.   Specifically chlamydia, I'm not
9 sure when that was first published, but I
10 lump chlamydia in chronic pelvic infections,
11 which I believe is what that is associated
12 with.
13   Q.   All right.
14   A.   And that is not new.
15   Q.   The bottom line is: When you
16 do your analysis, do your methodology, you do
17 not consider potential unknown causes or risk
18 factors for ovarian cancer, correct?
19         DR. THOMPSON: Object to form.
20 BY MR. ZELLERS:
21   Q.   You deal with known,
22 established risk factors?
23         DR. THOMPSON: Object to form.
24   A.   Certainly there can always be
25 unknown as yet hypothetical things that at

Page 406

1  BY MR. ZELLERS:
2      Q.   You did not find evidence of
3  talcum powder use in Ms. Gallardo's medical
4  records, correct?
5      A.   No.
6      Q.   Ms. Gallardo's treating
7  physician, Dr. Mutch, testified that he does
8  not recall the topic of Ms. Gallardo's talc
9  use ever coming up.
10     A.   That's correct, to my
11 recollection.  I do have Dr. Mutch's
12 deposition.
13     Q.   My recollection is the same as
14 yours.
15          So Dr. Mutch was not aware that
16 Ms. Gallardo, at least based upon the records
17 you reviewed, was using talcum powder during
18 his ordinary care and treatment of her,
19 correct?
20          DR. THOMPSON:  Object to form.
21     A.   Well, I'm not sure she was
22 using it when -- by the time she saw
23 Dr. Mutch, because she wasn't diagnosed until
24 2013, and she, according to her deposition,
25 had stopped using in 1988.  So it wasn't

Page 407

1  while he was seeing her.
2  BY MR. ZELLERS:
3      Q.   All right.  Bottom line is all
4  of the evidence that you have that
5  Ms. Gallardo used talcum powder for decades
6  comes from the allegations that she's made in
7  the context of this lawsuit; is that correct?
8          DR. THOMPSON:  Object to form.
9          MS. GARBER:  Object to the
10     form.
11     A.   It comes from her plaintiff
12 form, from her deposition, and I believe her
13 husband confirmed it in his deposition.
14 BY MR. ZELLERS:
15     Q.   Is it your opinion that
16 Ms. Gallardo's endometrioid cancer was caused
17 by asbestos?
18          DR. THOMPSON:  Object to form.
19     A.   It's my opinion that her cancer
20 was caused by her use of talcum powder.
21 BY MR. ZELLERS:
22     Q.   Did you do an investigation
23 into whether or not Ms. Gallardo was exposed
24 to asbestos over the course of her lifetime?
25          DR. THOMPSON:  Object to form.

Page 408

1      A.   I'm trying to remember what she
2  did for a living and where she lived, but in
3  my recollection of her deposition, there
4  wasn't anything in her background that would
5  have indicated that she was exposed to
6  asbestos outside of in her normal daily life.
7  BY MR. ZELLERS:
8      Q.   Other than review
9  Ms. Gallardo's medical records and
10 deposition, did you do anything to figure out
11 whether or not she could have been exposed to
12 asbestos?
13          DR. THOMPSON:  Object to form.
14     A.   So I'm not sure how I would
15 have done that.
16 BY MR. ZELLERS:
17     Q.   The answer is no, correct?
18     A.   That's correct.
19          DR. THOMPSON:  Object to form.
20          MS. GARBER:  Object to the
21     form.
22          MR. ZELLERS:  Did you get the
23 answer?
24          THE STENOGRAPHER:  I did.
25          ///

Page 409

1  BY MR. ZELLERS:
2      Q.   Is it your opinion that
3  asbestos exposure can cause endometrioid
4  cancer cell -- cancer -- let me withdraw
5  that.
6          Is it your opinion that
7  asbestos exposure can cause endometrioid cell
8  cancer?
9      A.   So it is my opinion that
10 asbestos can cause ovarian cancer.  I am not
11 clear that in IARC '12 they looked at
12 subtypes specifically.
13     Q.   In terms of whether or not
14 Ms. Gallardo had an adequate exposure to
15 asbestos, you know nothing about any exposure
16 to asbestos in Ms. Gallardo's case; is that
17 right?
18          DR. THOMPSON:  Object to form.
19          MS. GARBER:  Object to the
20     form.
21     A.   So --
22 BY MR. ZELLERS:
23     Q.   Let me withdraw and let me ask
24 hopefully a better, easier question.
25          You have no opinion that

Page 422

1  A. The testing today often has
2  more genes, yes.
3  BY MR. ZELLERS:
4  Q. You're aware that
5  Ms. Gallardo's mother had a ▮
6  ▮ in her forties?
7  A. I don't recall that from her
8  records.
9  Q. Do you know whether or not
10 Ms. Gallardo's mother had her ▮ removed
11 during her ▮ ?
12 A. I don't.
13 Q. If she did have her ▮
14 removed, that would prevent her from
15 developing ovarian cancer, correct?
16 A. Most of the time.
17 Q. So we just don't know whether
18 Ms. Gallardo's mother would have developed
19 any type of gynecologic cancer, including
20 ovarian cancer, correct?
21     DR. THOMPSON: Object to form.
22     MS. GARBER: Object to the
23 form.
24 A. We don't know about her
25 ovaries. We know she had here ▮ out.

Page 423

1  We don't know about her ▮ or her
2  ▮ . So I don't think there's
3  any information to add to that one way or
4  another.
5     MR. ZELLERS: All right. Let's
6     end for today. Because we went out of
7     order on this case, I may have a few
8     follow-up questions tomorrow, but I've
9     covered at least the bulk of my
10    questions relating to Ms. Gallardo.
11    So we'll come back in the
12    morning, and we will do the other
13    three cases.
14    THE WITNESS: Okay.
15    MR. ZELLERS: Okay. We're off
16    the record.
17    (Time noted: 6:01 p.m. CDT)
18         --o0o--

Page 424

1           CERTIFICATE
2  I, MICHAEL E. MILLER, Fellow of
   the Academy of Professional Reporters,
3  Registered Diplomate Reporter, Certified
   Realtime Reporter, Certified Court Reporter
4  and Notary Public, do hereby certify that
   prior to the commencement of the examination,
5  JUDITH WOLF, M.D. was duly sworn by me to
   testify to the truth, the whole truth and
6  nothing but the truth.
7      I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
   before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
   ability.
10
       I DO FURTHER CERTIFY that pursuant
11 to FRCP Rule 30, signature of the witness was
   not requested by the witness or other party
12 before the conclusion of the deposition.
13     I DO FURTHER CERTIFY that I am
   neither a relative nor employee nor attorney
14 nor counsel of any of the parties to this
   action, and that I am neither a relative nor
15 employee of such attorney or counsel, and
   that I am not financially interested in the
16 action.
17
18
19 MICHAEL E. MILLER, FAPR, RDR, CRR
   Fellow of the Academy of Professional Reporters
   NCRA Registered Diplomate Reporter
20 NCRA Certified Realtime Reporter
   Certified Court Reporter
21
22 Notary Public in and for the
   State of Texas
23 My Commission Expires: 7/9/2024

   Dated: September 16, 2021
24
25

Page 425

1          INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8      After doing so, please sign the
9  errata sheet and date it.
10     You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14     It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you. If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.