# EXHIBIT 5

```
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW JERSEY
 2
 3   -----------------------------
                                  )
 4   IN RE JOHNSON & JOHNSON      )
     TALCUM POWDER PRODUCTS       )   MDL NO.
 5   MARKETING, SALES PRACTICES,  )   16-2738(FLW)(LHG)
     AND PRODUCTS LIABILITY       )
 6   LITIGATION                   )
                                  )
 7   -----------------------------
 8    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                  STATE OF MISSOURI
 9
     VALERIE SWANN,                )
10                                 )
          Plaintiff,               )
11                                 )   Cause No.
     v.                            )   1422-CC09326-03
12                                 )
     JOHNSON & JOHNSON, et al.,    )
13                                 )
          Defendants.              )
14   _____
15                    __ __ __
16          Tuesday, September 14, 2021
                      __ __ __
17
18          Oral Deposition of JUDITH WOLF, M.D.,
     VOLUME 2, held at the Fairmont Hotel, 101 Red
19   River Street, Austin, Texas, commencing at
     8:53 a.m. CDT, on the above date, before
20   Michael E. Miller, Fellow of the Academy of
     Professional Reporters, Certified Court
21   Reporter, Registered Diplomate Reporter,
     Certified Realtime Reporter and Notary
22   Public.
23                    __ __ __
24          GOLKOW LITIGATION SERVICES
          877.370.DEPS | fax 917.591.5672
25              deps@golkow.com
```

Judith Wolf, M.D.

Page 430

```
 1   A P P E A R A N C E S:
 2   BEASLEY ALLEN PC
     BY:  MARGARET M. THOMPSON, M.D., ESQUIRE
 3      margaret.thompson@beasleyallen.com
     218 Commerce Street
 4   Montgomery, Alabama 36104
     (334) 269-2343
 5      Counsel for Plaintiffs
 6
 7   ONDERLAW LLC
     BY:  CYNTHIA L. GARBER, ESQUIRE
 8      garber@onderlaw.com
     12 Corporate Plaza Drive
 9   Suite 275
     Newport Beach, California 92660
10   (949)688-1799
        Counsel for Plaintiffs
11
12   BLASINGAME BURCH GARRARD & ASHLEY PC
     BY:  SARA SCHRAMM, ESQUIRE
13      sschramm@bbga.com
     440 College Avenue
14   Suite 320
     Athens, Georgia 30601
15   (706)354-4000
        Counsel for Plaintiffs
16
17   TUCKER ELLIS LLP
     BY:  MICHAEL C. ZELLERS, ESQUIRE
18      michael.zellers@tuckerellis.com
     515 South Flower Street
19   42nd Floor
     Los Angeles, California 90071
20   (213) 430-3400
        Counsel for Johnson & Johnson Defendants
21
22
23
24
25
```

Page 431

```
 1   A P P E A R A N C E S:
 2   FAEGRE DRINKER BIDDLE & REATH LLP
     BY:  ERIC M. FRIEDMAN, ESQUIRE
 3      eric.friedman@faegredrinker.com
        (via Zoom)
 4   300 North Meridian Street
     Suite 2500
 5   Indianapolis, Indiana 46204
     (317)237-0300
 6      Counsel for Johnson & Johnson Defendants
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 432

```
 1              INDEX
 2           JUDITH WOLF, M.D.
 3         September 14, 2021
 4
 5   A P P E A R A N C E S          430
 6   PROCEEDINGS                    436
 7
 8   EXAMINATION OF JUDITH WOLF, M.D.:
 9      BY MR. ZELLERS             436
10      BY DR. THOMPSON            691
11      BY MR. ZELLERS             709
12      BY DR. THOMPSON            722
13
14   CERTIFICATE                   728
15   ERRATA                   730
16   ACKNOWLEDGMENT OF DEPONENT          731
17   LAWYER'S NOTES                732
18
19
20
21      LITIGATION SUPPORT INDEX       PAGE
22   Instruction Not To Answer          590
23   Instruction Not To Answer          591
24
25
```

Page 433

```
 1           DEPOSITION EXHIBITS
 2   NUMBER                    MARKED
 3   Wolf-40      Medical Record(s),          444
 4           LBONDURANT_PL_00012 -
 5           LBONDURANT_PL_00019
 6   Wolf-41      Medical Record(s),          445
 7           LBONDURANT_MDAMR_01215 -
 8           LBONDURANT_MDAMR_01216
 9   Wolf-42      NCI Definition of Gorlin          452
10           Syndrome
11   Wolf-43      The Association Between Talc      480
12           Use and Ovarian Cancer, by
13           Cramer et al
14   Wolf-44      Genital Powder Use and Risk of   482
15           Ovarian Cancer... by Terry
16           et al
17   Wolf-45      Perineal Talc Use and Ovarian    490
18           Cancer... by Penninkilampi
19           et al
20   Wolf-46      Excerpt from Wolf MDL          496
21           Deposition
22   Wolf-47      Talc, Body Powder and Ovarian    497
23           Cancer... by Wentzensen et al
24
25
```

Page 438

1  although her genetic testing was negative,
2  she did have a family history of [REDACTED] that
3  was significant.
4      Q.    Any other contributing causes
5  for Ms. Bondurant's clear-cell ovarian
6  cancer?
7      A.    She gave a history of
8  [REDACTED], but we don't have any
9  pathology or an operative report from her
10 [REDACTED] when she had had that prior to
11 know whether that was pathologically
12 confirmed, which is -- [REDACTED] is
13 confirmed at the time of surgery.
14     Q.    If, in fact, she did have
15 endometriosis, that would be a contributing
16 cause as well, correct?
17     A.    It would be a risk factor.
18     Q.    Any other contributing causes
19 or -- and let me stop there.
20         We talked yesterday, and I
21 believe you agreed, that there is a
22 difference between a risk factor and cause;
23 is that right?
24     A.    Yes.
25     Q.    You believe that in her case,

Page 439

1  that talcum powder is a substantial
2  contributing cause, correct?
3      A.    Yes.  Yes.
4      Q.    She does have other risk
5  factors which may be contributing causes.
6          Is that a fair summary of your
7  testimony?
8      A.    Well, she had -- her other risk
9  factor that I know for sure that she has was
10 the family history.
11     Q.    And that's the maternal aunt
12 with [REDACTED]; is that right?
13     A.    Yes.
14     Q.    And also a mother that had
15 [REDACTED]?
16     A.    I'm just trying to find her
17 family history in my report.
18     Q.    Page 24, I believe.
19     A.    Yes.  Maternal aunt with
20 [REDACTED] and mother with [REDACTED].
21     Q.    Ms. Bondurant's mother also had
22 an [REDACTED]; is that right?
23     A.    That's no relationship to
24 ovarian cancer.
25     Q.    That is not a risk factor?

Page 440

1      A.    No.  There are 300 -- 300,000
2  women every year in the U.S. who have
3  surgeries for ovarian masses, and 20,000 or
4  21,000 of them are ovarian cancer.  Having a
5  benign mass on your ovary is not a risk
6  factor for ovarian cancer.
7      Q.    And in your view, it's not --
8  well, let me withdraw that.
9          You agree that -- strike that.
10         Do you agree that a
11 first-degree relative with ovarian or breast
12 cancer increases a woman's risk for ovarian
13 cancer?
14     A.    So a first-degree relative with
15 ovarian cancer or a first-degree relative
16 with premenopausal breast cancer does, and so
17 she had -- her aunt would not be a
18 first-degree relative.  Her mother -- I don't
19 know that we know what age her mother was
20 diagnosed with [REDACTED].  I don't have
21 that right in front of me.  I'd have to look
22 through the records again.
23         But those two things, that she
24 has two family members with [REDACTED] and
25 [REDACTED], I think is a risk factor,

Page 441

1  even though her genetic testing is negative.
2      Q.    This family history increases
3  her lifetime risk of ovarian cancer up to two
4  times; is that right?
5      A.    Yes.
6      Q.    Even though Ms. Bondurant
7  tested negative for BRCA, she still was at
8  two times increased risk for ovarian cancer,
9  given her family history of a first-degree
10 relative with [REDACTED] and maternal aunt
11 with [REDACTED], correct?
12         DR. THOMPSON:  Object to form.
13     A.    So given that she has this
14 family history, I think she's still at
15 increased risk.
16 BY MR. ZELLERS:
17     Q.    Her family history would be a
18 significant contributing cause; is that your
19 opinion?
20     A.    It's a risk factor.
21     Q.    All right.  It's a risk factor,
22 and it could be a significant contributing
23 cause, fair?
24     A.    Well, ovarian cancer is a
25 multifactorial disease, and if she had a

Judith Wolf, M.D.

---

Page 462

1  confirmation of that or surgical
2  confirmation.
3      Q.    As we talked yesterday,
4  endometriosis is a risk factor for ovarian
5  cancer; is that right?
6      A.    Endometriosis is a risk factor
7  for ovarian cancer.
8      Q.    You did not include
9  endometriosis as a potential risk factor for
10 Ms. Bondurant because we do not have
11 pathology or an operative report from her
12 ████████████ to confirm this.
13     That's on page 24 of your
14 report.  Is that right?
15         DR. THOMPSON:  Object to form.
16     A.    That's not what I -- it says.
17 I said did she have other risk factors, and I
18 listed endometriosis --
19 BY MR. ZELLERS:
20     Q.    The quote I have on page 24 of
21 your report is you did not include
22 endometriosis as a potential risk factor
23 because, quote:  We do not have pathology or
24 an operative report from her ████████ to
25 confirm this.

---

Page 463

1      Did I miss --
2         DR. THOMPSON:  Object to form.
3  Can you show us the quote?
4      A.    Can you show -- because that's
5  not what it says on my report here.
6  BY MR. ZELLERS:
7      Q.    So I'm looking at page 24,
8  number 7.
9      A.    Yes.
10     Q.    This is Exhibit 6.
11 Endometriosis.  We do not have pathology or
12 an operative report from her hysterectomy to
13 confirm this.
14     Are those your words?
15     A.    Those are my words.  What you
16 said before was that I said I discounted this
17 or I did not consider this because we don't
18 have that.
19     Q.    All right.  So you would
20 include endometriosis as a potential risk
21 factor, fair?
22     A.    So I'm saying that -- I'm
23 saying exactly what she says there.  She
24 gives a history.  I don't have a confirmation
25 of it.  So I don't know whether to include

---

Page 464

1  that or not include that.
2      Q.    Well, you're aware that
3  Ms. Bondurant herself, before she passed,
4  reported that she was diagnosed with
5  ████████████ by Dr. Gardner in 1980,
6  correct?
7      A.    Yes.
8      Q.    She also reported to her
9  gynecologic oncologist, Dr. Shank, that she
10 had a history of ████████████; is that
11 right?
12     A.    Yes.
13     Q.    Wouldn't Ms. Bondurant have
14 been a reliable source of information as to
15 whether she had been diagnosed with
16 ████████████?
17         DR. THOMPSON:  Object to form.
18     A.    The only way to diagnose
19 ████████████ is via surgery, and I'm not
20 aware that she had any surgery in 1980 that
21 would have confirmed that.
22 BY MR. ZELLERS:
23     Q.    So the only legitimate way or
24 viable way to diagnose endometriosis is when
25 a woman has surgery?

---

Page 465

1      A.    In order to diagnose
2  endometriosis, the standard way to diagnose
3  it is to do surgery to look to see if you
4  find it.  In most women that's done via
5  laparoscopy.  Some women have a laparotomy, a
6  bigger incision in the abdomen.
7      There are symptoms of
8  endometriosis, but you can't confirm it
9  without surgery.
10     Q.    So you, as a treating
11 physician, if you had a patient who told you
12 that she had been diagnosed with
13 endometriosis, you would not rely on that and
14 you would not believe that patient unless she
15 showed you or proved it to you in some way
16 with medical records?
17         DR. THOMPSON:  Object to form.
18     A.    I would ask her how was it
19 diagnosed, and if she didn't have a surgical
20 diagnosis, I would assume it was presumed
21 endometriosis without any confirmation.
22 BY MR. ZELLERS:
23     Q.    All right.  Well, neither
24 Dr. Gardner nor Dr. Shank say presumed
25 endometriosis, do they?

---

Judith Wolf, M.D.

Page 466

1    DR. THOMPSON:  Object to form.
2    A.    That's neither here nor there
3 to me.  You asked me what I would do.
4 BY MR. ZELLERS:
5    Q.    All right.  So you would not
6 believe a patient unless they had a surgical
7 record that they had endometriosis?
8    DR. THOMPSON:  Object to form.
9    A.    I would not confirm the
10 diagnosis of endometriosis without -- without
11 surgical intervention to prove it.  I'm not
12 saying the patient is lying.
13    I'm saying that the patient --
14 someone may have told her she had
15 endometriosis, but without surgical
16 confirmation, you can't make the diagnosis.
17 BY MR. ZELLERS:
18    Q.    So if a patient,
19 hypothetically, came to you and said that
20 they had endometriosis --
21    A.    I would ask them how was it
22 diagnosed.
23    Q.    All right.  And if they said I
24 had surgical confirmation, you would accept
25 that?

Page 467

1    A.    Yes.
2    Q.    And if they didn't say they had
3 surgical confirmation, you would reject it
4 and consider them not to be truthful, or at
5 least not to have had a history of
6 endometriosis?
7    DR. THOMPSON:  Object to form.
8    A.    You are putting words in my
9 mouth.  What I said was that I would consider
10 it presumed endometriosis without
11 confirmation.
12 BY MR. ZELLERS:
13    Q.    Would it have been wrong for
14 Dr. Shank to have accepted her history of
15 endometriosis --
16    DR. THOMPSON:  Object to form.
17 BY MR. ZELLERS:
18    Q.    -- without surgical
19 confirmation?
20    DR. THOMPSON:  Object to form.
21    A.    Dr. Shank is free to do
22 whatever he wants in his medical records,
23 and -- and I can't remember if Dr. Shank was
24 her gynecologic oncologist at the time of her
25 diagnosis, but at the time of her diagnosis,

Page 468

1 the most important thing was figuring out
2 what was going on and taking care of her
3 ovarian cancer.
4    And what he or she -- again, I
5 don't know if it's a man or a woman -- put in
6 their chart, I'm not in charge of that.
7 BY MR. ZELLERS:
8    Q.    Same question with Dr. Gardner.
9 It would be --
10    A.    Same answer.
11    Q.    -- wrong -- okay.
12    You do rely on your patients to
13 give you their medical history when they come
14 to see you, correct?
15    A.    Yes.
16    Q.    And do you generally believe
17 women when they give you their medical
18 history?
19    A.    I said it's not that I wouldn't
20 believe someone who told me they had
21 endometriosis.  I would not consider it
22 confirmed unless I had a diagnosis that
23 confirmed it.
24    Q.    And so you would not consider
25 it in a differential diagnosis unless you had

Page 469

1 proof, surgical confirmation of
2 endometriosis?
3    DR. THOMPSON:  Object to form.
4 BY MR. ZELLERS:
5    Q.    Is that your testimony?
6    A.    No.  A differential diagnosis
7 is when somebody has symptoms or findings,
8 clinical findings or symptoms, and you say
9 what could be causing this?  Well, it could
10 be this or this or this.  And if one of those
11 things is endometriosis, the way I would
12 confirm that or rule it out would be surgery.
13 And that is the standard of care.
14    Q.    Do you agree that
15 endometriosis, if, in fact, Ms. Bondurant had
16 endometriosis, would double a woman's risk of
17 clear-cell ovarian cancer?
18    DR. THOMPSON:  Object to form.
19    A.    It increases her risk of
20 ovarian cancer for sure --
21 BY MR. ZELLERS:
22    Q.    Would it --
23    A.    -- endometriosis.
24    Q.    Would it double her risk?
25    A.    The risk is about twice, yes,

Judith Wolf, M.D.

## Page 474

1  just the --
2      A.   No.  Stop.  One second.
3          So there were 49,000 women in
4  the study and 23,000 had ovarian cancer --
5  ovarian endometriosis, so can we round that
6  to half.
7          And so that would be if
8  somewhere between 500,000 and a million women
9  had ovarian endometriosis, then their chances
10 of getting clear-cell ovarian cancer was
11 1,000 times higher than the general
12 population, and we would see a lot more
13 clear-cell ovarian cancer than we do.
14     Q.   You're not disputing the
15 results.  You may be disputing my question
16 and my interpretation of the results, but
17 you're not disputing that, at least according
18 to this article, Deposition Exhibit 37, that
19 regardless of the type of endometriosis, this
20 study found an increased risk of clear-cell
21 ovarian cancer of 5.17, correct?
22     A.   I'm not disputing that result.
23     Q.   And similarly, the authors
24 found an increased risk -- if it was ovarian
25 endometriosis, there was an increased risk of

## Page 475

1  clear-cell ovarian cancer of 10.1, correct?
2          DR. THOMPSON:  Whoa.  You're
3      talking about the risk ratio reported?
4          MR. ZELLERS:  Yes, I'm talking
5      about what the authors found.
6          DR. THOMPSON:  All right.
7          MR. ZELLERS:  The risk --
8          DR. THOMPSON:  Well, you
9      weren't really saying what the authors
10     found.
11         MR. ZELLERS:  I think that was
12     in my question, but if not, that's
13     what I meant.
14     A.   The incidence ratio, yes, was 5
15 for all endometriosis -- types of
16 endometriosis and 10 for ovarian
17 endometriosis.
18 BY MR. ZELLERS:
19     Q.   In terms of an increased risk
20 for clear-cell ovarian cancer, correct?
21     A.   That's correct.
22     Q.   You know from reviewing the
23 literature that endometriosis is associated
24 with a high relative risk, especially or
25 specifically with clear-cell ovarian cancer,

## Page 476

1  correct?
2      A.   So endometriosis overall
3  increases the risk of ovarian cancer about
4  twice.  The types of cancer that happen that
5  arise in association with or in an area of
6  endometriosis more commonly are clear-cell or
7  endometrioid type.
8      Q.   Did you review, in connection
9  with your opinion here, Dr. McTiernan's
10 testimony in the Forrest trial?
11     A.   The Forrest trial?
12     Q.   Yes.
13     A.   Not that I recall.
14     Q.   You do respect Dr. McTiernan as
15 an epidemiologist, correct?
16     A.   Yes.
17     Q.   And you included, I think we
18 discussed yesterday, the Forrest plots in
19 your report?
20     A.   The plots, yeah.
21     Q.   Are you aware that
22 Dr. McTiernan testified that the literature
23 is consistent with a relative risk of 3 for
24 endometriosis and clear-cell ovarian cancer?
25     A.   What -- I'm not aware of that,

## Page 477

1  and I'd like to ask:  What is the Forrest
2  trial?  Is that a paper that I should see?
3      Q.   No.  I'm sorry.  That's a trial
4  much like the Kleiner trial that you
5  testified in.
6      A.   Oh, okay.
7      Q.   Forrest is the name.
8      A.   In my head it was a clinical
9  medical trial.
10     Q.   Understood.
11         You're just unaware of what her
12 testimony was?
13     A.   I'm unaware of her testimony,
14 that's correct.
15     Q.   Does it sound right that the
16 literature is consistent with a relative risk
17 of 3 for endometriosis and clear-cell ovarian
18 cancer?
19     A.   It's somewhere 2 or more.
20     Q.   Okay.  Page 23 of your report
21 says that clear-cell is a histologic subtype
22 associated with genital talcum powder use in
23 multiple studies.
24         Do you see that?
25     A.   Yes.

Judith Wolf, M.D.

Page 478

1     Q.    What studies support your
2  opinion that clear-cell carcinoma is
3  associated with genital talc use?
4     A.    So in some of the studies,
5  subtypes were separated out and some were
6  not, and, again, clear-cell is not common.
7        In the -- in the Schildkraut
8  study, they lumped clear-cell with
9  endometrioid and other subtypes, and it was
10  increased risk.
11        In the Terry study, which
12  looked at eight studies, there were enough
13  that they were able to show a statistical
14  significant increased risk of, I think, 1.24.
15     Q.    Okay.  Terry is the only study
16  that you reviewed or that you're aware of
17  that shows a statistically significant
18  increased risk for clear-cell ovarian cancer,
19  correct?
20        DR. THOMPSON:  Object to form.
21     A.    As I just said, most of the
22  studies don't have enough or did not separate
23  out clear-cell separately to show a
24  statistical significant increase.
25        The Schildkraut study, when

Page 479

1  they looked at the nonserous together, which
2  I believe were endometrioid, clear-cell or
3  undifferentiated, there was a statistical
4  significance.
5        And the Terry study, which took
6  eight studies and looked at them together,
7  there were close to 200 clear-cells, and
8  there was a statistical significance.
9  BY MR. ZELLERS:
10     Q.    If we're looking at clear-cell
11  ovarian cancer, the only study that shows a
12  statistically significant increased risk for
13  ovarian cancer is the Terry study, correct?
14        DR. THOMPSON:  Object to form.
15     A.    Because there were too few
16  cases in most of the studies, that -- yes.
17  BY MR. ZELLERS:
18     Q.    Are you aware that the Terry
19  study is based on clear-cell data from the
20  New England Consortium?
21     A.    The OCAC Consortium, is that
22  what you're calling the New England
23  Consortium?
24     Q.    Yes.
25     A.    Yes.

Page 480

1     Q.    Have you explored the
2  discrepancy in the clear-cell data that's
3  reported in Terry's paper versus the same
4  data on clear-cell that's reported in the
5  Cramer 2016 study?
6        DR. THOMPSON:  Object to form.
7     A.    No.
8        Can I see those papers?
9  BY MR. ZELLERS:
10     Q.    I have Cramer 2016.  Let's mark
11  that as Exhibit 43.
12        (Whereupon, Deposition Exhibit
13    Wolf-43, The Association Between Talc
14    Use and Ovarian Cancer, by Cramer
15    et al, was marked for identification.)
16        (Comments off the stenographic
17    record.)
18     A.    And the Terry study?  Can I
19  have the Terry study?
20  BY MR. ZELLERS:
21     Q.    I don't believe I have a copy
22  of Terry.
23        THE WITNESS:  Do any of you
24    have the Terry study?
25        ///

Page 481

1  BY MR. ZELLERS:
2     Q.    Let me see if I've got it.
3        So I did not bring a copy of
4  Terry.
5     A.    I need to see them side by side
6  so I can answer questions, comparing them.
7     Q.    Let me ask you some questions,
8  and then if you can't answer the questions
9  because you --
10     A.    I want to see them side by
11  side, so --
12     Q.    Doctor, I'm going to ask you
13  questions.  If you can't answer the question
14  because you don't have the Terry study in
15  front of you, you can tell me you can't
16  answer the question.
17     A.    Okay.
18        DR. THOMPSON:  We'll pull it up
19    on the computer.  Just hold on a
20    minute.
21        THE WITNESS:  Thank you.  Okay.
22        MR. ZELLERS:  All right.
23  BY MR. ZELLERS:
24     Q.    So you now have Terry 2013
25  available to you electronically; is that

Page 510

1 patients, I don't consider each individual
2 patient a Bradford Hill. It's a similar
3 process, but that's not what I would call it.
4 BY MR. ZELLERS:
5     Q.    In Ms. Bondurant's case, what
6 was your methodology for determining that
7 talcum powder was a substantial contributing
8 cause of her clear-cell ovarian cancer?
9     A.    So reviewing everything that I
10 had to review from her, which was medical
11 records, the PPF -- I think it's called a
12 PPF -- her daughter's deposition, all the
13 things that I had to review, and knowing what
14 the risk factors for ovarian cancer are and
15 protective factors are, evaluating those in
16 her case.
17     Q.    Have you reviewed any published
18 medical literature that provides you with a
19 methodology to determine the specific cause
20 of an individual woman's ovarian cancer?
21         DR. THOMPSON: Object to form.
22     A.    So just the tenets of
23 evidence-based medicine, which I think are
24 reviewed -- I looked at before my deposition,
25 reviewing to -- my old deposition, and up to

Page 511

1 date, just to get a definition of what I do
2 every day. I don't generally look that up
3 because it's just something that sort of
4 comes natural after 30 years.
5 BY MR. ZELLERS:
6     Q.    You conducted a differential
7 diagnosis based on a series of questions; is
8 that right?
9     A.    Yes.
10     Q.    And you're the one that came up
11 with those questions, correct?
12     A.    Yes.
13     Q.    Do you agree that a
14 differential diagnosis is a list of possible
15 diseases that could be causing a patient's
16 symptoms?
17         DR. THOMPSON: Object to form.
18     A.    That could be one way of
19 looking at a differential diagnosis, or a
20 list of different risk factors that could be
21 causing a patient's illness.
22 BY MR. ZELLERS:
23     Q.    To perform a differential
24 diagnosis, you have to consider competing
25 diagnoses; is that right?

Page 512

1         DR. THOMPSON: Object to form.
2     A.    All the possibilities, yes.
3 BY MR. ZELLERS:
4     Q.    Isn't the critical component of
5 a differential diagnosis the search for a
6 diagnosis?
7         DR. THOMPSON: Object to form.
8     A.    So the goal in trying to find a
9 diagnosis is, yes, to find out what the
10 diagnosis is, and the goal of finding out a
11 cause would be to see what the risk factors
12 are, to see what's the most likely cause or
13 causes.
14         In a disease like ovarian
15 cancer, it's multifactorial, so there may be
16 multiple risk factors.
17 BY MR. ZELLERS:
18     Q.    The signs and symptoms of
19 ovarian cancer include abdominal distension,
20 bloating, pelvic pressure, generalized
21 wasting of extremities; is that right?
22     A.    So abdominal bloating, pelvic
23 pain/pressure, early satiety, low back pain,
24 fatigue, changes in bowel or bladder
25 function. I wouldn't list wasting of the

Page 513

1 extremities as a common symptom for women
2 with ovarian cancer.
3     Q.    Those signs and symptoms, and
4 in your differential, the competing diagnoses
5 would be bowel obstruction, fibroids,
6 cirrhosis and ovarian cancer; is that right
7 here?
8         DR. THOMPSON: Object to form.
9     A.    The challenge with the symptoms
10 of ovarian cancer is they are quite vague, so
11 it could be as simple as IBS and as
12 complicated as colon cancer, a bladder
13 infection. Multiple things can cause the
14 same symptoms. That's why it's a challenge
15 to find ovarian cancer because the symptoms
16 are so nonspecific.
17 BY MR. ZELLERS:
18     Q.    There's no issue with the
19 diagnosis in Ms. Bondurant's case, though?
20 You agree that she was correctly diagnosed
21 with clear-cell ovarian cancer; is that
22 right?
23     A.    Yes.
24     Q.    When you practiced as a
25 clinician, you wouldn't use a differential

Page 514

1  diagnosis to identify the cause of any
2  woman's ovarian cancer; is that right?
3          DR. THOMPSON:  Object to form.
4          MS. GARBER:  Object to the
5  form.
6      A.    I would use a differential -- I
7  don't know what else to call it other than a
8  differential diagnosis.
9  BY MR. ZELLERS:
10     Q.    As I understand your
11 methodology for determining that talc was the
12 specific cause of Ms. Bondurant's ovarian
13 cancer, what you did is you looked at her
14 other potential risk factors and her talc
15 use; is that right?
16         DR. THOMPSON:  Object to form.
17     A.    I looked at all the medical
18 records that I had available for her, which
19 included her medical history, her risk
20 factors.  I looked at the deposition of her
21 daughter, the PPF, everything that I had
22 available to review to assess.
23 BY MR. ZELLERS:
24     Q.    You did not need, in this case
25 or in any of the cases, a report from

Page 515

1  Dr. Godleski either finding or not finding
2  particles, correct?
3          DR. THOMPSON:  Object to form.
4      A.    In Ms. Bondurant's case, I have
5  not yet seen a report of -- from
6  Dr. Godleski, but as I stated in my report,
7  if there are particles or fibers in her
8  tissue, it would support causation, but I
9  don't think it's a requirement.
10 BY MR. ZELLERS:
11     Q.    The absence of a finding of
12 talc fibers or particles by Dr. Godleski in
13 this or in any case does not negate or change
14 an opinion that you formed as to causation
15 between talc use and a particular woman's
16 ovarian cancer?
17     A.    If the rest of the history of
18 talc usage supported talc, it would not,
19 because Dr. Godleski gets a few blocks from a
20 small amount of the tissue that's removed and
21 never has access to all of the tissue.
22         So the fact that the few blocks
23 that he sees and can analyze doesn't show
24 talc particles or fibers doesn't mean there
25 aren't any there.

Page 516

1      Q.    All right.  You testified to
2  the jury in the Kleiner case that ovarian
3  cancer is multifactorial, correct?
4      A.    Yes.
5      Q.    And you've testified to that in
6  this deposition; is that right?
7      A.    Yes.
8      Q.    In Kleiner, you told the jury
9  that a cell is like a Jenga game.  You pull
10 out a block -- you pull a block out until the
11 tower falls.
12         So talc could be an
13 environmental factor that can pull a block
14 out.  BRCA could be a factor that pulls out
15 another block, until the whole thing falls
16 down.
17         Is that the analogy?
18     A.    Yeah, I was trying to come up
19 with something that -- visual that people
20 could understand the concept of a
21 multifactorial disease.
22     Q.    You agree that science doesn't
23 really know what causes ovarian cancer, with
24 the exceptions that we talked about
25 yesterday?  The genetic mutations that I

Page 517

1  believe we agreed were 10 to 15% of the cases
2  of ovarian cancer, talc, which at least
3  Dr. Cramer ascribes 10% of the cases.
4          But other than that, we really
5  don't know what causes ovarian cancer; is
6  that right?
7          DR. THOMPSON:  Object to form.
8      A.    So ovarian cancer, like all
9  cancers, is caused by a series of genetic
10 mutations.  In some cases in ovarian cancer,
11 we know what those mutations are because it's
12 something that the patient inherited.  In
13 many cases, we don't know where those
14 mutations came from.
15         And Dr. Cramer's paper actually
16 said that 10% of ovarian cancers could be
17 prevented if talc use was eliminated, not
18 that it caused 10% of ovarian cancer cases.
19         So we definitely know that
20 ovarian cancer is caused by a series of
21 genetic mutations.  In some cases, we know
22 what caused them; and in some cases, we
23 don't.
24 BY MR. ZELLERS:
25     Q.    If there's a substantial number

Page 518

1  of cases where we don't know the cause of a
2  woman's ovarian cancer -- and let me back up.
3       We agreed, I think, yesterday
4  that a woman can have -- you know, be tested
5  positive for BRCA, but BRCA may not cause her
6  ovarian cancer, correct?
7       A.   Yes.  A mutation of BRCA.
8       Q.   A mutation in BRCA.
9       A woman may use talc or be
10 exposed to talc, but it's possible that talc
11 does not cause her ovarian cancer, correct?
12      A.   It's possible that she uses
13 talc and does not get ovarian cancer.
14      Q.   So given that, how, in any
15 individual woman, can you ever determine the
16 actual cause of her ovarian cancer?
17           DR. THOMPSON:  Object to form.
18      A.   Given what?
19 BY MR. ZELLERS:
20      Q.   Well, a woman can have a risk
21 factor for ovarian cancer and get ovarian
22 cancer from something totally different,
23 correct?
24           DR. THOMPSON:  Object to form.
25      A.   Well, I think -- I thought what

Page 519

1  we were talking about is that a woman can
2  have a risk factor for ovarian cancer and not
3  get ovarian cancer, but if she has that risk
4  factor and she gets ovarian cancer, I would
5  generally attribute that risk factor as part
6  of the reason that she got -- a cause of her
7  cancer.
8  BY MR. ZELLERS:
9       Q.   But we don't know that's true
10 in any individual woman's case; is that
11 right?
12           DR. THOMPSON:  Object to form.
13 BY MR. ZELLERS:
14      Q.   I mean, a woman may have -- and
15 this may go back to the --
16           DR. THOMPSON:  Did you want her
17      to answer that question or not?
18           Well, you went immediately into
19      another question before she answered
20      your first one.  But if you don't want
21      her to answer, that's fine.
22 BY MR. ZELLERS:
23      Q.   Is there a question that you
24 feel is pending you need to answer, Doctor?
25 I don't want to stop you --

Page 520

1           DR. THOMPSON:  I don't care if
2      she answers it, but generally you wait
3      for an answer before you ask another
4      question.  I'm just saying.
5           MR. ZELLERS:  Okay.  Is it okay
6      if we continue?  I mean, the witness
7      and I, I think, are doing okay.
8           DR. THOMPSON:  You don't need
9      my permission to continue.
10          MR. ZELLERS:  Okay.
11 BY MR. ZELLERS:
12      Q.   So, Doctor, I guess let's go
13 back and try to start over here.
14      We talked yesterday that a
15 woman -- a hypothetical woman may have five
16 different risk factors for ovarian cancer and
17 that we don't know specifically which of
18 those risk factors, or if any of those risk
19 factors, actually caused her ovarian cancer.
20      Is that -- that hypothetical
21 is -- can be accurate, correct?
22           DR. THOMPSON:  Object to form.
23           MS. GARBER:  Object to the
24      form.
25      A.   So are you asking me about a

Page 521

1  hypothetical?  I'm not sure what your
2  question is.
3  BY MR. ZELLERS:
4       Q.   Yeah.  Let's talk about a
5  hypothetical here.
6       A.   Yes.
7       Q.   So we have a woman who has
8  hormone replacement therapy, who has age, who
9  has obesity.
10      What are a couple of other risk
11 factors for ovarian cancer that we'll put in
12 our hypothetical?
13      A.   Well, we can give her
14 endometriosis and make her infertile.  How
15 about that?
16      Q.   Hormone replacement therapy,
17 age, obesity, endometriosis?
18      A.   Infertility.
19      Q.   Infertility.
20      If this hypothetical woman with
21 these risk factors develops ovarian cancer,
22 it's impossible to say what the cause of her
23 ovarian cancer is, correct?
24           DR. THOMPSON:  Object to form.
25      A.   I would say that each of those

Page 522

1 things can be a cause of her ovarian cancer.
2 BY MR. ZELLERS:
3    Q.    They can be.  It's possible.
4 But we can't say to a probability which, if
5 any, of those things caused her ovarian
6 cancer, correct?
7         DR. THOMPSON:  Object to form.
8         MS. GARBER:  Object to the
9 form.
10   A.    It would be my assumption that
11 it was all of those things were a cause of
12 her ovarian cancer.
13 BY MR. ZELLERS:
14   Q.    So your methodology and the way
15 you approach these cases is that if a woman
16 has a risk factor for ovarian cancer, you
17 assume that those risk factors actually are
18 contributing causes; is that right?
19   A.    I assume that they may be a
20 contributing cause.
21   Q.    And that's your methodology
22 with respect to talc use?  If a woman has a
23 history of talcum powder use, just as you
24 assume that family history, hormone
25 replacement therapy, age, obesity would be

Page 523

1 contributing causes to her ovarian cancer, if
2 she has talc use, you believe that's a
3 contributing cause as well, fair?
4         DR. THOMPSON:  Object to form.
5   A.    If, in reviewing the whole
6 thing, she -- there was adequate evidence
7 that she had talc use, I would consider that
8 a cause of her cancer.
9 BY MR. ZELLERS:
10   Q.    If she has a family history, if
11 she has hormone replacement therapy, if she
12 has age, if she has obesity that rise to the
13 level of risk factors, you would also say
14 those are contributing causes to her ovarian
15 cancer, correct?
16         DR. THOMPSON:  Object to form.
17   A.    Again, ovarian cancer is
18 multifactorial, so all of those things could
19 be a cause of her cancer.
20 BY MR. ZELLERS:
21   Q.    In your report, you state:  Not
22 everyone who has an inherited BRCA mutation
23 gets ovarian cancer and not everyone who gets
24 ovarian cancer has an inherited BRCA
25 mutation.

Page 524

1         You agree with that, right?
2   A.    Yes.
3   Q.    Let's take BRCA as an example.
4 We know the science on the percentage by
5 which a woman's risk of ovarian cancer is
6 increased if she's BRCA positive, correct?
7   A.    Yes.
8         DR. THOMPSON:  Object to form.
9 BY MR. ZELLERS:
10   Q.    In your report, page 4, you
11 state that if you're BRCA1 -- if a patient is
12 BRCA1, you have a 39 to 40% lifetime risk of
13 developing ovarian cancer, correct?
14   A.    Yes.
15   Q.    If you have BRCA2, you have an
16 11 to 27% increased lifetime risk of ovarian
17 cancer; is that right?
18   A.    Yes.
19         DR. THOMPSON:  Object to form,
20    just by leaving out the gene mutation
21    when you say BRCA1 and BRCA2.
22         MR. ZELLERS:  I'm trying to
23    read from the doctor's report.
24 BY MR. ZELLERS:
25   Q.    Am I reading this inaccurately,

Page 525

1 Doctor?
2         DR. THOMPSON:  Yes.
3   A.    Yes.  It says BRCA1 gene
4 mutation.
5 BY MR. ZELLERS:
6   Q.    So you would like me to amend
7 my statement.
8         If you're a BRCA1 gene
9 mutation, you have a 39 to 46% lifetime risk
10 of developing ovarian cancer, correct?
11   A.    If a woman has, not -- you
12 aren't that mutation.  If you have the
13 mutation.
14   Q.    All right.  And if a woman has
15 a BRCA2 gene mutation, she would have an 11
16 to 27% increased lifetime risk of ovarian
17 cancer; is that right?
18   A.    She would have an 11 to 27%
19 lifetime risk of developing ovarian cancer,
20 not increased lifetime risk, but a lifetime
21 risk.
22   Q.    So if we have a woman who is
23 BRCA-positive, she's at a 40% lifetime risk
24 of ovarian cancer, and you consider BRCA to
25 be a cause of her ovarian cancer; is that

Page 526

1  right?
2      A.   Yes.  If she has ovarian
3  cancer, yes.
4      Q.   Is it your opinion that any
5  individual woman who is BRCA-positive and who
6  gets ovarian cancer, that you don't think the
7  BRCA mutation alone could have caused her
8  ovarian cancer?
9          DR. THOMPSON:  Object to form.
10 BY MR. ZELLERS:
11     Q.   Is that your testimony and
12 opinion?
13         DR. THOMPSON:  Object to form.
14     A.   The inherited gene mutation in
15 one allele of the BRCA gene alone does not
16 cause cancer.
17 BY MR. ZELLERS:
18     Q.   There has to be something else
19 to cause the cancer, ovarian cancer, in this
20 case, in your opinion; is that right?
21         DR. THOMPSON:  Object to form.
22     A.   Yes, that is correct.
23 BY MR. ZELLERS:
24     Q.   If we go back to your analogy
25 that you used in the Kleiner trial, BRCA gene

Page 527

1  mutation is just one of the Jenga pieces,
2  fair?
3      A.   Yeah, one hit, one injury to
4  the cell.
5      Q.   And we talked yesterday that
6  you believe, and I think we looked at
7  Dr. Clarke-Pearson, that it takes at least 10
8  to 15 injuries or mutations to the cell?
9      A.   The literature supports 5 to
10 10.
11     Q.   Does that mean that if a woman
12 is -- strike that.
13         Does that mean that if a woman
14 does have a BRCA gene mutation, that that
15 increase in risk is not high enough to say
16 that BRCA alone caused the woman's ovarian
17 cancer?
18         DR. THOMPSON:  Object to form.
19     A.   I do not understand that
20 question.
21 BY MR. ZELLERS:
22     Q.   So whether it's a BRCA1 gene
23 mutation or a BRCA2 gene mutation, that in
24 and of itself, in your opinion, does not
25 cause a woman's cancer, ovarian cancer.

Page 528

1  There needs to be something more?
2      A.   Yes.
3          DR. THOMPSON:  Object to form.
4      A.   That is true.
5  BY MR. ZELLERS:
6      Q.   Talc -- are you of the view
7  that talc increases a woman's risk of ovarian
8  cancer by 20 to 30%?
9      A.   20 to 40%.
10     Q.   And you consider talcum powder
11 use to be a cause of ovarian cancer, correct?
12     A.   Yes.
13     Q.   Similar to BRCA, it's your
14 opinion that talc alone is not sufficient to
15 cause an individual woman's ovarian cancer,
16 correct?
17     A.   Any risk factor alone that
18 causes only one hit to the cell would not
19 cause ovarian cancer.  My concern about talc
20 is that continued use, long-term use could
21 cause more than one injury to the cell.
22         The BRCA mutation doesn't
23 change over a woman's lifetime; it's that one
24 mutation.  But if you have a continuing
25 injury, then you could have more than one.

Page 529

1      Q.   Generally, is it your opinion
2  that in order for ovarian cancer to be
3  caused, it takes more than talcum powder use?
4          DR. THOMPSON:  Object to form.
5      A.   It takes more than one gene
6  mutation for a normal cell to become a
7  cancerous cell.  My opinion is that talc use
8  could cause one, it could cause two, it could
9  cause more injuries to the cell, and that's
10 going to vary from patient to patient based
11 on her underlying physiology and any other
12 risk factors that she may or may not have.
13 BY MR. ZELLERS:
14     Q.   So in your opinion, in some
15 cases, talc use alone may not be sufficient
16 to cause an individual woman's ovarian
17 cancer; it may require other things, other
18 risk factors?
19     A.   That is not what I said.
20         MS. GARBER:  That's not what
21 she said at all.
22         MR. ZELLERS:  Ms. Garber,
23 please.  You can object to form --
24         MS. GARBER:  Okay.  Object to
25 form.

Page 530

1   MR. ZELLERS:  -- but don't be
2   making comments and shouting out.
3   Okay.
4   MS. GARBER:  Just a total
5   misrepresentation of what she said.  I
6   just blurted it out.  I apologize.
7   DR. THOMPSON:  But you weren't
8   loud, comparatively speaking.
9   BY MR. ZELLERS:
10  Q.    BRCA.
11  A.    BRCA.
12  Q.    Gene mutation.
13  A.    Yes.
14  Q.    And we know that it increases
15  or causes results in a lifetime risk --
16  increased risk of -- depending upon the
17  mutation, of between 11% and 46%, correct?
18  A.    So what that means is that if
19  you have a BRCA1 mutation, by the time you're
20  at age 70, there's around a 40% chance you
21  could have ovarian cancer.
22  If you have a BRCA2 mutation,
23  by the time you get to age 70, there's an 11
24  to 27%.
25  I just picked the middle number

Page 531

1   because I couldn't do the math fast enough in
2   my head.
3   Q.    And, in your opinion, if a
4   woman uses talcum powder for a sufficient
5   amount of time, that woman has an increased
6   risk of ovarian cancer of somewhere between
7   20 and 40%, correct?
8   A.    Yes.
9   Q.    In an individual woman's case,
10  talcum powder use may alone be sufficient to
11  cause ovarian cancer, depending upon the
12  number of genetic mutations that are caused,
13  or the talcum powder use may require
14  additional risk factors in order to cause the
15  ovarian cancer.
16  Is that fair?
17  A.    So the talcum powder use could
18  cause more than one genetic hit to the cell.
19  And each individual woman's background could
20  be different, and what -- her body's reaction
21  to the talcum powder -- so the talcum powder
22  alone can be a cause, and there may be some
23  other risk factor that she has or some other
24  cause.
25  Q.    The talcum powder use would

Page 532

1   need to cause either 5 to 10 hits to the cell
2   or 10 to 15, depending upon how many genetic
3   hits are required to the cells to cause
4   ovarian cancer.
5   Is that your opinion?
6   DR. THOMPSON:  Object to form.
7   A.    Whatever causes the cancer,
8   there has to be 5 to 10 injuries to the cell
9   that result in genetic changes in the cell
10  that can cause -- that cause cancer.
11  BY MR. ZELLERS:
12  Q.    Those hits or injuries to the
13  cell could come from talcum powder use, they
14  could come from BRCA gene mutations, they
15  could come from hormone replacement therapy,
16  family history, age, obesity, correct?
17  A.    So we know that BRCA mutations
18  is one of -- would be one of those hits,
19  right?  Family history could indicate that
20  there's some genetic underlying hit.
21  Endometriosis, like talc, from inflammatory
22  changes could cause a hit or multiple hits.
23  Q.    In Ms. Bondurant's case, is it
24  possible to identify how many other causes of
25  her ovarian cancer were at play other than,

Page 533

1   in your opinion, her talc use?
2   DR. THOMPSON:  Object to form.
3   BY MR. ZELLERS:
4   Q.    And if you don't understand
5   that question, I'll try to do better.
6   A.    Can you try to do better?
7   Q.    Sure.  I will try.
8   A.    You knew when the words were
9   coming out of your mouth, right?
10  Q.    I can't promise.
11  Are there likely other causes
12  of Ms. Bondurant's clear-cell ovarian cancer,
13  in addition to talcum powder use, in your
14  opinion?
15  A.    So in my review of her risk
16  factors and her protective factors, she did
17  have a family history that could increase her
18  risk, so that could also be a cause of her
19  cancer.
20  Q.    Anything else?
21  A.    I think the ███████████████
22  question is still not clear to me because we
23  don't have pathologic confirmation of
24  ████████████
25  Q.    Anything else?

1     DR. THOMPSON:  Object to form.
2 BY MR. ZELLERS:
3     Q.    It may be the smoking that's
4 driving that association.
5     DR. THOMPSON:  Object to form.
6     A.    Or it could be both.  So you
7 would want to assess that in doing a
8 univariant analysis, looking at each
9 individual factor on its own, and a
10 multivariant analysis where you look at the
11 contraindication of all of them to see is one
12 of them still statistically significant in
13 that case.
14 BY MR. ZELLERS:
15     Q.    In our case, your opinion is
16 you don't believe that there is an unknown
17 confounder with talcum powder use as it
18 relates to an association with ovarian
19 cancer?
20     A.    I don't believe anything has
21 been identified since the first publication
22 in the '80s that there's something else
23 that's associated with this that's causing
24 ovarian cancer.
25     And what I mean is talcum

1 powder use has not been found to be
2 associated with a confounder in the 40 years
3 since -- nearly 40 years since it's been
4 found to be associated with ovarian cancer.
5     Q.    All right.  It's possible, but
6 in your opinion unlikely, that Ms. Bondurant
7 could have gotten her ovarian cancer because
8 of a cause that science has yet to discover.
9     Is that a good summary of your
10 opinion --
11     DR. THOMPSON:  Object to form.
12 BY MR. ZELLERS:
13     Q.    -- on that point?
14     A.    No.  On the point of
15 confounding, my point is that as long as
16 we've known of the association between
17 genital powder use and ovarian cancer, there
18 have not been found any confounders that
19 would be the cause versus the genital talcum
20 powder use.
21     Q.    And I'm going to step beyond
22 that.
23     A.    Okay.
24     Q.    We've acknowledged and we've
25 discussed that there may be unknown causes of

1 ovarian cancer, correct?
2     A.    Yes.
3     Q.    And you acknowledge in any
4 woman's case it's possible that their ovarian
5 cancer is caused by an unknown or
6 undiscovered cause, but you believe in
7 Ms. Bondurant's case the likely cause is her
8 talcum powder use?
9     DR. THOMPSON:  Object to form.
10     A.    That a cause of her cancer is
11 talcum powder use.
12 BY MR. ZELLERS:
13     Q.    The route of talcum powder
14 exposure in Ms. Bondurant's case was through
15 migration, correct?
16     A.    Yes.
17     Q.    You believe that her ovarian
18 cancer was caused from talcum powder
19 traveling to her ovary -- well, strike that.
20     We talked yesterday about
21 inhalation with Ms. Gallardo.  Same question
22 with Ms. Bondurant.
23     Do you believe that her ovarian
24 cancer was caused from talcum powder
25 traveling to her ovaries through inhalation?

1     A.    I -- my assessment is that it's
2 from her genital talcum powder use and
3 migration.  Inhalation could be a part of
4 that.
5     Q.    You've not attempted or made
6 any determination of how much talc
7 Ms. Bondurant was exposed to over the period
8 of time she used talcum powder; is that
9 right?
10     DR. THOMPSON:  Object to form.
11     A.    So because what I have on her
12 talcum powder use, it says from infancy to
13 2015, baby powder, and Shower To Shower
14 from '70 to '80.  There's no correlation
15 between infant use of powder and cancer, as
16 far as I'm aware.  And so assuming that she
17 went through menarche around the time of 12,
18 which would be a little older than average,
19 but we'll say 12, and she used it three to
20 five times a week until 2015, but I know she
21 had her tubes tied in 1987 -- I'm doing a lot
22 of math here -- I think it was something like
23 16 years, 15 years of use, and I multiplied
24 that by four if she used it three to five
25 times a week, and it was something like 5600

M...B.

Page 550

¹ times that she used it, to try to get an
² assessment of how much she used.
³ BY MR. ZELLERS:
⁴     Q.    And in your view, that amount
⁵ of usage would be a sufficient amount of
⁶ talcum powder to, in your opinion, be a cause
⁷ of her ovarian cancer, correct?
⁸     A.    Certainly that's supported in
⁹ the epidemiologic literature where they
¹⁰ looked at --
¹¹     Q.    We talked yesterday --
¹²     A.    -- women with that much use.
¹³     (Simultaneous discussion
¹⁴     interrupted by the stenographer.)
¹⁵     A.    Where they assessed that -- the
¹⁶ amount of use.  I don't remember my exact
¹⁷ words, but that seems about right.
¹⁸ BY MR. ZELLERS:
¹⁹     Q.    I believe I understand your
²⁰ opinion to be that in a given case, there may
²¹ be an insufficient amount of talcum powder
²² use for you to conclude that the talcum
²³ powder use is a cause of ovarian cancer, but
²⁴ here there's sufficient use; is that right?
²⁵     A.    So it's not just amount of use.

Page 551

¹ It's -- it's is the tract open.  If somebody
² got their tubes tied at 21 and started using
³ talcum powder daily at 28, that would be hard
⁴ for me to make an assessment of use.
⁵     If somebody used talcum powder
⁶ once in their entire life, that would be a
⁷ challenge.
⁸     Q.    And I think we talked yesterday
⁹ that you've looked at some cases and have
¹⁰ determined there's not enough evidence that
¹¹ talcum powder caused ovarian cancer, and
¹² those would be examples of cases, you know,
¹³ hypothetical examples --
¹⁴     A.    Hypothetical.
¹⁵     Q.    -- yes, in which you would not
¹⁶ think there was sufficient use for talcum
¹⁷ powder to be a cause, correct?
¹⁸     A.    That's correct.
¹⁹     Q.    So while you, you know, don't
²⁰ have a precise estimate of the amount of
²¹ talcum powder exposure that Ms. Bondurant
²² had, in your view, she had sufficient
²³ exposure?
²⁴     A.    Yes.
²⁵     Q.    Does it matter to you, when you

Page 552

¹ come up with or develop a case-specific
² opinion, whether a woman alleges that she put
³ the talcum powder on their underwear or if
⁴ they put it on pads or if they actually put
⁵ it on their body?  Does any of that matter to
⁶ you in terms of case-specific opinions?
⁷     DR. THOMPSON:  Object to form.
⁸     A.    You mean put it on their
⁹ genital area as -- directly on their body?
¹⁰ BY MR. ZELLERS:
¹¹     Q.    Yes, as opposed to putting it
¹² on pads or putting it in their underwear.
¹³     A.    Not specifically.
¹⁴     Q.    All of those, if there was
¹⁵ sufficient duration, would be the types of
¹⁶ use that you believe could cause or result in
¹⁷ the migration of the talcum powder to the
¹⁸ fallopian tubes and the ovaries; is that
¹⁹ right?
²⁰     A.    So all of those ways -- and I
²¹ don't -- I wouldn't say it's duration
²² specifically, because some of it is also the
²³ individual patient's reactions to the talc,
²⁴ the body's reaction to it.  Duration is part
²⁵ of that.

Page 553

¹     Q.    So in your opinion, the science
² equally supports the ability of talc applied
³ externally to the underwear to travel to the
⁴ ovaries as it does talc applied to the
⁵ perineum to travel to the ovaries, fair?
⁶     A.    So some of the studies looked
⁷ at those specific questions and others did
⁸ not.  It's my opinion that generally all of
⁹ those would have the same access.
¹⁰     Q.    We talked yesterday about the
¹¹ potential for bias of a woman who's making a
¹² claim, you know, in a case that talcum powder
¹³ use caused ovarian cancer.
¹⁴     I believe your methodology and
¹⁵ the way you approach these cases is to assume
¹⁶ that any of the women who used talcum powder,
¹⁷ to believe their use; is that right?
¹⁸     DR. THOMPSON:  Object to form.
¹⁹     A.    Yes, generally.  If they're
²⁰ deposed, it's under oath, I would assume
²¹ they're telling the truth.
²² BY MR. ZELLERS:
²³     Q.    You do not consider that there
²⁴ may be a bias because a particular patient or
²⁵ plaintiff has brought a lawsuit?  I mean,

Page 570

1    abnormalities that are seen in the different
2    subtypes of epithelial ovarian cancer,
3    high-grade serous, low-grade serous,
4    clear-cell being some of those, the common
5    genetic mutations are different.  Some of
6    them are different, anyway.
7    BY MR. ZELLERS:
8        Q.    But did you make a
9    determination about when it was that
10   Ms. Bondurant's clear-cell carcinoma began to
11   develop?
12       A.    No.  That's a question I get
13   asked all the time and I don't have a good
14   answer for how long -- the cancer from the
15   time it starts until it grows.  Cancers do
16   tend to grow in a logarithmic manner, and so
17   once it starts growing and becomes grossly
18   visible, it seems like it's growing fast.
19   But from the -- from when it starts until --
20   until it becomes a cancer, generally people
21   say one to two years, but I'm not aware of
22   good evidence to support that.
23           What I tell patients is once we
24   know it's there, we don't sit on it and do
25   nothing about it, unless there isn't anything

Page 571

1    we can do about it.
2        Q.    I think I saw in your earlier
3    testimony that you believe the latency period
4    from ovarian cancer can be anywhere from 15
5    to 20 years; is that right?
6        A.    Yes.
7           DR. THOMPSON:  Object to form.
8        A.    That's a different question,
9    though.  That's how long does an exposure
10   that can be carcinogenic, how long does that
11   take until the cancer is there?
12           I think that's a different
13   question than you asked me before.
14   BY MR. ZELLERS:
15       Q.    And that would be -- what you
16   just described would be the latency --
17       A.    No.  What I described is once
18   there's a cancer, how long has it been there
19   until it's found?  That's what I was
20   describing.
21       Q.    And you believe that would be
22   the latency period?
23       A.    No, the latency period is the
24   time of the exposure until the cell becomes
25   cancerous.

Page 572

1        Q.    The latency period you believe
2    is 15 to 20 years?
3        A.    For ovarian cancer, and for
4    most cancers.  And a lot of that data comes
5    from the atomic bombs that were dropped in
6    Japan in World War II and the survivors and
7    the time it took for them to get cancer.
8        Q.    Do you believe that in any
9    individual, in like Ms. Bondurant, for
10   example, that you should discount the
11   previous 10 years before her diagnosis as not
12   contributing to the development of ovarian
13   cancer?
14           DR. THOMPSON:  Object to form.
15       A.    Generally, I would not, because
16   it's continued injuries that could continue
17   to cause mutations.
18           In Ms. Bondurant specifically,
19   she had ███████████ in '87 and her cancer
20   was diagnosed in 2018, so...
21   BY MR. ZELLERS:
22       Q.    All right.  So you would not
23   consider any talcum powder use between 1987
24   and 2018, you know, as causing or
25   contributing to her ovarian cancer, correct?

Page 573

1           DR. THOMPSON:  Object to form.
2        A.    So I believe that the important
3    part of her use was prior to her ████████
4    ███
5    BY MR. ZELLERS:
6        Q.    Prior to 1987?
7        A.    Yes.
8        Q.    Okay.  You were not one of
9    Ms. Bondurant's treating physicians, correct?
10       A.    No, I was not.
11       Q.    You were not involved in any
12   diagnosis or treatment of her ovarian cancer;
13   is that right?
14       A.    No, I was not.
15       Q.    Ms. Bondurant passed away in
16   October of 2020.
17           Did you ever have an
18   opportunity to meet her?
19       A.    I did not.
20       Q.    Have you ever spoken with her
21   husband?
22       A.    No.
23       Q.    Her children?
24       A.    No.
25       Q.    Did you ever make a request to

Page 574

1   the attorneys if you could meet with or speak
2   with Ms. Bondurant's family?
3       A.    No.
4       Q.    Have you ever spoken with any
5   of Ms. Bondurant's treating physicians about
6   her case?
7       A.    No.
8       Q.    Page 30 of your amended report,
9   and I think this will be on your materials
10  list, these are the case-specific materials
11  that you reviewed; is that right?
12          It's not a number, but it comes
13  right after page 29.
14      A.    Yes.
15      Q.    So there are a lot of records
16  here; is that right?
17      A.    Yes.
18      Q.    Did you look at each of the
19  medical records?
20      A.    I did.
21      Q.    I assume that the medical
22  records and that all of these materials were
23  provided to you by counsel; is that right?
24      A.    Yes.
25          MR. ZELLERS:  I have no more

Page 575

1       questions on Bondurant.  We've got two
2       other cases.  You want to take a lunch
3       break and then come back and do those?
4       They will be shorter --
5           Let's go off the record.
6           (Recess taken, 11:43 a.m. to
7       1:02 p.m. CDT)
8   BY MR. ZELLERS:
9       Q.    Dr. Wolf, are you ready to
10  continue?
11      A.    I am.
12      Q.    The third case that you have
13  issued case-specific opinions in is
14  Ms. Judkins' case; is that right?
15      A.    That's correct.
16      Q.    Your case-specific -- well,
17  withdraw that.
18          You have in front of you your
19  case-specific report in the Judkins case that
20  we've marked as Deposition Exhibit 8; is that
21  right?
22      A.    Yes.
23      Q.    The first 21 pages of this
24  report is the same as the general amended
25  report that we have discussed earlier in this

Page 576

1   deposition; is that right?
2       A.    Yes.
3       Q.    Are the case-specific opinions
4   that you expect to provide at any trial or
5   hearing in the Judkins matter set forth on
6   pages 21 to 23 of the report, Deposition
7   Exhibit 8?
8       A.    Yes.
9       Q.    It's your opinion that talcum
10  powder was a cause of Ms. Judkins' cancer; is
11  that right?
12      A.    That's correct.
13      Q.    If Ms. Judkins had never used
14  talcum powder, she never would have gotten
15  ovarian cancer; is that what you're saying?
16          DR. THOMPSON:  Object to form.
17      A.    What I'm saying is that
18  Ms. Judkins used talcum powder and she got
19  ovarian cancer, and that is the only risk
20  factor that I could find in her history.  And
21  she used it daily for 46 years.
22  BY MR. ZELLERS:
23      Q.    You're not saying that if she
24  had never used talc, she never would have
25  gotten ovarian cancer, are you?

Page 577

1           DR. THOMPSON:  Object to form.
2       A.    What I'm saying is some women
3   who get ovarian cancer have never used talc,
4   and in Ms. Judkins' case, she got ovarian
5   cancer and she used talc.
6   BY MR. ZELLERS:
7       Q.    Ms. Judkins was 60 years old at
8   her diagnosis?
9       A.    Yes.
10      Q.    Could Ms. Judkins' age -- well,
11  let me withdraw that.
12          Was Ms. Judkins' age a risk
13  factor for ovarian cancer?
14      A.    Advancing age can always be a
15  risk factor.  She is slightly younger than
16  the average age, so I wouldn't separate it
17  out in her case as a risk factor.
18          I think I talked yesterday
19  about an example of ninety -- I've had women
20  in their nineties, and then I would
21  definitely call age a risk factor.
22      Q.    Age generally does increase a
23  woman's risk for mutations, correct?
24      A.    Age increases anyone's risk for
25  mutations.

Page 578

1    Q.   It's your opinion that a
2  60-year old woman, that that is not old
3  enough to be considered a risk factor for
4  ovarian cancer?
5         DR. THOMPSON:  Object to form.
6    A.   I would say that age 60, likely
7  anyone who's lived to 60 years has had some
8  mutations.  In ovarian cancer specifically,
9  60 I don't consider a risk factor, that age
10 of 60 as a risk factor.
11 BY MR. ZELLERS:
12   Q.   All right.  Ms. Judkins at
13 60 years old may have had mutations related
14 to age, but in your view, the mutations, or
15 at least some of the mutations that resulted
16 in her ovarian cancer, were from her talcum
17 powder use?
18   A.   Some of the injuries to her
19 cells that led to cancer, yes.
20   Q.   Did Ms. Judkins have a family
21 history of cancer?
22        And I can show you the
23 plaintiff profile form, if need be.
24   A.   Yes.  She had a maternal uncle
25 with kidney cancer and a paternal great aunt

Page 579

1  with breast cancer.
2    Q.   That family history would be a
3  risk factor for the development of ovarian
4  cancer, correct?
5         DR. THOMPSON:  Object to form.
6    A.   No.  No.  One -- I guess a
7  paternal great aunt would.  A third-degree
8  relative with breast cancer would not.  And
9  the ███████████ on her mother's side would
10 not be related to her -- a risk of ovarian
11 cancer.
12 BY MR. ZELLERS:
13   Q.   Could Ms. Judkins' family
14 history of ██████ have played a role in her
15 development of ovarian cancer?
16        DR. THOMPSON:  Object to form.
17   A.   It's unlikely.
18 BY MR. ZELLERS:
19   Q.   You believe that the route of
20 exposure in Ms. Judkins' case was through
21 migration?
22   A.   Yes.
23   Q.   Do you believe that
24 Ms. Judkins' ovarian cancer was caused from
25 talcum powder traveling to her ovaries

Page 580

1  through inhalation?
2    A.   I can't disprove that.  She
3  applied it to her genital area.  I think that
4  would be the most risk for her exposure.
5    Q.   You do not intend to go in --
6  strike that.
7         You do not intend to testify at
8  trial that her route of exposure was
9  inhalation.  Your testimony will be that her
10 most likely route of exposure was through the
11 genital tract.  Correct?
12        DR. THOMPSON:  Object to form.
13   A.   I believe her most likely route
14 of exposure was through her genital tract.
15 BY MR. ZELLERS:
16   Q.   Just a general question.  You
17 can look at page 12 or 13 of your report
18 here, but one of the articles that you're now
19 citing is the Psooy article.
20        Are you familiar with that,
21 P-S-O-O-Y?
22   A.   Yes.
23   Q.   And in that article, that
24 article demonstrated that bath water can
25 become entrapped in the vagina in females

Page 581

1  with normal anatomy.
2         Is that what you cite it for?
3    A.   Yes.
4    Q.   Would you agree it would be a
5  rare occurrence for a woman to have water
6  trapped in her vagina?
7         DR. THOMPSON:  Object to form.
8    A.   It depends on how long it would
9  be in her vagina, and I don't have an answer
10 to that.
11 BY MR. ZELLERS:
12   Q.   Well, if there's an open
13 system -- and you believe there is an open
14 system, correct?
15   A.   Yes.
16   Q.   Why would water get trapped in
17 the vagina?  Why would it not make its way
18 further up the reproductive tract?
19        DR. THOMPSON:  Object to form.
20   A.   My suspicion is that it doesn't
21 remain entrapped very long and it falls out
22 the vagina.
23 BY MR. ZELLERS:
24   Q.   I understand falling out, but
25 if you're correct and if there is an open

Page 586

1 physically active, and so she was doing some
2 sports and she showered twice a day, she used
3 it twice a day.
4     Q.    As in the other cases, your
5 methodology is to believe the testimony of
6 the plaintiffs with respect to their talcum
7 powder use, correct?
8     A.    Yes.  Again, she was deposed.
9 She was under oath when she gave her
10 deposition, as was, I think, her husband gave
11 a deposition also.  So yes.
12     Q.    Did Ms. Judkins have a personal
13 history of ███?
14     A.    She did.  She had ████████
15 ████████ on her forearm.
16     Q.    There's no mention of her talc
17 use in the medical records; is that right?
18     A.    No, not to my knowledge.
19     Q.    And you did not see anything in
20 the medical records that would evidence a
21 discussion that Ms. Judkins had with her
22 treating physicians about talcum powder use;
23 is that right?
24     A.    I did not see anything.
25     Q.    Did you do any type of

Page 587

1 investigation in terms of whether Ms. Judkins
2 had any exposure or potential exposure to
3 asbestos?
4     DR. THOMPSON:  Object to form.
5     A.    Again, there was a series of
6 questions in her deposition about what kind
7 of work she did, where did she live, was
8 there construction in her home, was there
9 construction around her house.  And there was
10 nothing that indicated to me that she ever
11 had any occupational or long-term exposure to
12 asbestos.
13 BY MR. ZELLERS:
14     Q.    I saw some mention in her
15 deposition about Ms. Judkins and her husband,
16 they purchased a house, they were told the
17 house has an issue with asbestos.  They may
18 have been in the house for a short period of
19 time before the asbestos was removed.
20     Did you see that?
21     A.    Yes.
22     Q.    Would that -- or strike that.
23     Does that impact your opinion
24 at all in this case?
25     A.    No.

Page 588

1     Q.    In Ms. Judkins' case, as in
2 each of the cases we've discussed, there's
3 the potential for unknown causes of ovarian
4 cancer.  But in your view, talcum powder use
5 is a cause of her ovarian cancer, correct?
6     DR. THOMPSON:  Object to form.
7     A.    In my view, after review of all
8 her medical records and her depositions and
9 her forms, that talcum powder is a cause of
10 her ovarian cancer -- her talcum powder use.
11 BY MR. ZELLERS:
12     Q.    All of the questions that I've
13 asked you in the past as to whether you have
14 individual opinions about asbestos or heavy
15 metals or fragrances that may be contained in
16 the talc, your opinion in this case is not as
17 to those specific ingredients, but it's to
18 the ingredients as a whole, the talc, which,
19 in your opinion, in this case caused
20 Ms. Judkins' ovarian cancer, correct?
21     DR. THOMPSON:  Object to form,
22     misstates her testimony.
23     A.    So it's the talc which contains
24 or had been found to contain asbestos talc
25 fibers, the heavy metals, nickel, chromium,

Page 589

1 cobalt that we've talked about, and some
2 irritating fragrance ingredients.
3 BY MR. ZELLERS:
4     Q.    Once again, we have no evidence
5 in Ms. Judkins' case of any samples of the
6 talcum powder she used that you're aware of;
7 is that right?
8     A.    I'm not aware that we have any
9 of the samples of her baby powder that she
10 used.
11     Q.    You have not communicated or
12 talked with Ms. Judkins; is that right?
13     A.    I actually was on a phone call
14 with Ms. Judkins one time.
15     Q.    When was that?
16     A.    About a year and a half ago.
17 It was sometime deep in the pandemic, so...
18     Q.    And for how long did the phone
19 call last?
20     A.    It was with attorneys.  I don't
21 remember how long the phone call was.  Maybe
22 30, 40 minutes.
23     Q.    And what was the purpose of the
24 phone call?
25     DR. THOMPSON:  And I think that

Page 594

1  I've probably seen him socially at meetings
2  once or twice since then.
3      Q.    You have never discussed
4  Ms. Judkins' case or care with him; is that
5  right?
6      A.    That's correct.
7      Q.    Is he aware that you're serving
8  as an expert witness in this case?
9      A.    I do not know.
10     Q.    Is he aware, from any
11 conversations you've had with him, that
12 you're serving as an expert witness in this
13 case?
14     A.    No.
15     Q.    You are -- strike that.
16         You have reviewed a report from
17 Dr. Godleski relating to his particle
18 findings in Ms. Judkins' case, correct?
19     A.    Yes.
20     Q.    Do I understand from your
21 earlier testimony that even without
22 Dr. Godleski's findings, your opinion would
23 still be that Ms. Judkins' talcum powder use
24 was a cause of her ovarian cancer?
25     A.    Yes, for the reasons I talked

Page 595

1  about before, that I know he only gets a
2  small portion of the tissue to evaluate.
3      Q.    I'm going to mark
4  Dr. Godleski's report in Ms. Judkins' case as
5  Deposition Exhibit 48.
6         (Whereupon, Deposition Exhibit
7         Wolf-48, 6/18/21 Godleski Expert
8         Report re: Judkins, was marked for
9         identification.)
10 BY MR. ZELLERS:
11     Q.    In your report, you do rely on
12 and reference Dr. Godleski's pathology report
13 in forming your case-specific opinions; is
14 that right?
15     A.    Yes.
16     Q.    And I see that on page 22,
17 middle of the page.
18     A.    I see that.
19     Q.    Dr. Godleski looked at eight
20 tissue blocks in Ms. Judkins' case; is that
21 right?
22     A.    Yes.
23     Q.    Those blocks were from
24 Ms. Judkins' right fallopian tube, right
25 pelvic and paraaortic lymph nodes, cervix,

Page 596

1  left ovary and left fallopian tube; is that
2  right?
3         And I'm looking at page 3 of
4  Dr. Godleski's report, and specifically at
5  the second paragraph, first sentence of the
6  second paragraph.
7      A.    Yes.  Yes.
8      Q.    Dr. Godleski found -- withdraw
9  that.
10         You're not a surgical
11 pathologist; is that right?
12     A.    I'm not a surgical pathologist,
13 but I routinely look at surgical pathology
14 for my patients.
15     Q.    All right.  Dr. Godleski found
16 932 particles in the tissue blocks.
17         And I'm looking at page 4.
18     A.    I see that.
19     Q.    Only 17 of those 932 particles
20 were what he reports as nonfibrous talc
21 particles; is that right?
22     A.    He reports 17 were talc
23 particles, yes.
24     Q.    He describes them, at least at
25 the bottom of page 3, as nonfibrous talc

Page 597

1  particles?
2      A.    Yes.
3      Q.    And those were found in only
4  three of the eight blocks he looked at; is
5  that right?
6      A.    Yes.
7         DR. THOMPSON:  Object to form.
8  BY MR. ZELLERS:
9      Q.    483 of the 932 particles had a
10 calcium composition according to
11 Dr. Godleski; is that right?
12     A.    That's right, and that would
13 not be uncommon in ovarian cancer, to find
14 calcium.
15     Q.    And that has nothing to do with
16 whether talc is involved or not, correct?
17     A.    It's a finding that's common in
18 ovarian cancer.
19     Q.    Do you know what kind of
20 particles have a calcium composition?
21         DR. THOMPSON:  Object to form.
22     A.    Well, many things have a
23 calcium composition.  Bone does.  Teeth do.
24 Ovarian cancer makes calcium deposits.
25         ///

Duteen No21-7    M...

Page 634

1 that you believe would be relevant in terms
2 of being a cause of ovarian cancer would be
3 the use prior to 1985; is that right?
4         DR. THOMPSON: Object to form.
5     A.    That's when her tract would be
6 open and the talcum powder could get to her
7 ovaries, yes.
8 BY MR. ZELLERS:
9     Q.    In your report, you rely on
10 Dr. Godleski's pathology report in forming
11 your case-specific opinions; is that right?
12    A.    Yes.
13    Q.    Dr. Godleski looked at tissue
14 blocks in Ms. Swann's case.
15         I'll provide you with
16 Dr. Godleski's report.
17    A.    Thank you.
18    Q.    We'll mark it as Exhibit 51.
19         (Whereupon, Deposition Exhibit
20    Wolf-51, 4/18/19 Godleski Expert
21    Report re: Swann, was marked for
22    identification.)
23 BY MR. ZELLERS:
24    Q.    You have Dr. Godleski's report
25 in front of you; is that right?

Page 635

1     A.    I do.
2     Q.    The tissue blocks that
3 Dr. Godleski looked at in Ms. Swann's case,
4 they were from her right and left ovaries,
5 right fallopian tubes and right pelvic lymph
6 node; is that right?
7     A.    So right and left ovaries and
8 fallopian tubes, so both tubes, I believe.
9     Q.    Looking at page 2 --
10    A.    That's where I'm looking also.
11 Are you at the top of the page or --
12    Q.    Top of the page.
13    A.    Yeah. The right and left
14 ovaries and fallopian tubes, so I assume that
15 means both tubes, and right pelvic lymph
16 node.
17    Q.    Dr. Godleski found 929
18 particles in the tissue blocks, page 4?
19    A.    Yes.
20    Q.    Of the 929 particles that he
21 found, 324 particles had a variety of foreign
22 particles; is that right? And I'm looking at
23 page 4.
24    A.    A variety of constituents
25 indicative of foreign particles, including

Page 636

1 talc, yes.
2     Q.    The two talc particles found in
3 the tissues were in blocks C5 from the left
4 ovary and F1 from the right pelvic lymph
5 node; is that right?
6     A.    Yes.
7     Q.    So as I understand
8 Dr. Godleski's report, only two of the 324
9 foreign particles he found were talc,
10 correct?
11    A.    Two particles were talc, yes.
12    Q.    Two out of the 324 foreign
13 particles?
14    A.    Yes.
15    Q.    Do you have any idea as to how
16 those other 322 foreign particles came to be
17 in Ms. Swann's body?
18    A.    They came in from the outside,
19 like the talc.
20    Q.    You believe that those foreign
21 particles would have traveled up the genital
22 tract into the ovaries and fallopian tubes
23 and pelvic lymph node, correct?
24    A.    I believe they could have, yes.
25    Q.    Do you have any idea what the

Page 637

1 other 322 foreign particles might be?
2     A.    He doesn't give any description
3 about what they were, other than nine other
4 magnesium and silicon particles that were not
5 talc.
6     Q.    So in forming your
7 case-specific opinion here regarding
8 Ms. Swann, you didn't do any investigation
9 into trying to figure out what those other
10 foreign particles were; is that correct?
11    A.    I did not.
12    Q.    Could the other foreign
13 particles have played a role in Ms. Swann's
14 development of ovarian cancer?
15         MS. GARBER: Object to the
16    form.
17         DR. THOMPSON: Object to form.
18    A.    I don't know what the other
19 particles were, and I'm not aware of other
20 foreign particles that are not talc or
21 asbestos or known carcinogens that have been
22 associated with increased risk of ovarian
23 cancer.
24 BY MR. ZELLERS:
25    Q.    Of the 929 particles in the

Page 726

1      MR. ZELLERS:  Objection, form.
2      A.    It includes epithelial ovarian
3  cancer, which would include all subtypes.
4  BY DR. THOMPSON:
5      Q.    And then let's go to another
6  place.  I don't have the page number, so let
7  me look this up real quick.  Okay.
8          DR. THOMPSON:  My Internet went
9  out on me.  Sorry.
10         (Pause.)
11  BY DR. THOMPSON:
12      Q.    Okay.  Let's go to page 43.
13  The paragraph that begins with "Based on the
14  available data."
15      A.    (Nods head.)
16      Q.    Based on the available data,
17  ovarian cancer was identified as a critical
18  health effect for the perineal route of
19  exposure to talc, and a long discussion of
20  why that is.
21          Data from a meta-analysis of
22  epidemiological studies indicate a consistent
23  and statistically significant positive
24  association between perineal exposure to talc
25  and ovarian cancer, with several references.

Page 727

1          Would the ovarian cancer
2  referred to in that clause include all the
3  subtypes of epithelial ovarian cancer?
4          MR. ZELLERS:  Objection, form.
5      A.    Yes, because those papers that
6  they discussed, many of them include all
7  subtypes or don't separate and just call it
8  epithelial ovarian cancer.
9  BY DR. THOMPSON:
10      Q.    And the last sentence:  Given
11  that there's a potential for perineal
12  exposure to talc from the use of various
13  self-care products, a potential concern for
14  human health has been identified.
15          And that would include all the
16  subtypes of epithelial ovarian cancer?
17          MR. ZELLERS:  Objection, form.
18  BY DR. THOMPSON:
19      Q.    Is that right?
20      A.    Yes.
21          DR. THOMPSON:  That's all.
22          MR. ZELLERS:  I have no further
23  questions.  Thank you.
24          THE WITNESS:  Thank you.
25          (Time noted: 4:41 p.m. CDT)

Page 728

1                    CERTIFICATE
2      I, MICHAEL E. MILLER, Fellow of
the Academy of Professional Reporters,
3  Registered Diplomate Reporter, Certified
Realtime Reporter, Certified Court Reporter
4  and Notary Public, do hereby certify that
prior to the commencement of the examination,
5  JUDITH WOLF, M.D. was duly sworn by me to
testify to the truth, the whole truth and
6  nothing but the truth.
7      I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
ability.
10
11      I DO FURTHER CERTIFY that pursuant
to FRCP Rule 30, signature of the witness was
12  not requested by the witness or other party
before the conclusion of the deposition.
13      I DO FURTHER CERTIFY that I am
14  neither a relative nor employee nor attorney
nor counsel of any of the parties to this
15  action, and that I am neither a relative nor
employee of such attorney or counsel, and
16  that I am not financially interested in the
action.
17
18
19  MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
20  NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
21  Certified Court Reporter
22  Notary Public in and for the
State of Texas
23  My Commission Expires:  7/9/2024
24  Dated: September 16, 2021
25

Page 729

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8          After doing so, please sign the
9  errata sheet and date it.
10         You are signing same subject to
11  the changes you have noted on the errata
12  sheet, which will be attached to your
13  deposition.
14         It is imperative that you return
15  the original errata sheet to the deposing
16  attorney within thirty (30) days of receipt
17  of the deposition transcript by you.  If you
18  fail to do so, the deposition transcript may
19  be deemed to be accurate and may be used in
20  court.
21
22
23
24
25