# EXHIBIT 17

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON TALCUM     )
POWDER PRODUCTS MARKETING,         ) MDL NO.
SALES PRACTICIES, AND PRODUCTS     ) 16-2738 (MAS) (RLS)
LIABILITY LITIGATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

JUDITH WOLF, M.D.

APRIL 25, 2024

(VOLUME 2)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION of JUDITH WOLF, M.D., produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on the 25th day of April, 2024, from 8:58 a.m. to 11:16 a.m., before Gabriela S. Silva, CSR, RPR in and for the State of Texas, reported by stenograph, at Aloft Austin Downtown, 109 East 7th Street, Austin, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

## Page 30

```
 1  about probably account for the vast majority of          09:34
 2  inherited ovarian cancers.                               09:34
 3      Q.  From your -- from the research that you did on   09:35
 4  the SDHA and PTCH1 genes, is it your opinion that        09:35
 5  medical science has researched those genes sufficiently  09:35
 6  as it relates to ovarian cancer to rule out that they    09:35
 7  can affect the risk of developing ovarian cancer?        09:35
 8          MRS. O'DELL:  Object to the form.                09:35
 9      A.  It's my opinion that to date there's no          09:35
10  evidence that mutation in SDHA has any increased risk of 09:35
11  ovarian cancer.  It's also my opinion that the PTCH1     09:35
12  gene mutation that she had was a VUS and the vast        09:35
13  majorities, they're not found to be associated with      09:35
14  anything.  And of the pathologic mutations in PTCH1, to  09:35
15  date, there hasn't been any association with ovarian     09:35
16  cancer.  So I think it's highly unlikely.                09:35
17      Q.  (By Mr. Hegarty) When you were doing your        09:35
18  research into those two gene mutations, did you see      09:35
19  whether there has been any analysis done as to those     09:36
20  mutations and ovarian cancer?                            09:36
21      A.  I'm not aware of that.                           09:36
22      Q.  You note in your report for Mrs. Bondurant on    09:36
23  Page 23 that her family history includes a maternal aunt 09:36
24  with █████████ and a mother with █████████               09:36
25  Correct?                                                 09:36
```

## Page 31

```
 1      A.  Yes.                                             09:36
 2      Q.  You go on to say that a family history like      09:36
 3  this was a risk factor for Mrs. Bondurant in developing  09:36
 4  breast cancer up to 2.0 or two times.  Correct?          09:36
 5      A.  Yes.                                             09:36
 6      Q.  I should say two times or 2.0.  Right?           09:36
 7      A.  Correct.                                         09:36
 8      Q.  Based on this risk tied to family history, do    09:36
 9  you agree that it does raise the issue of whether Mrs.   09:36
10  Bondurant has some type of inherited gene mutation       09:36
11  related to ovarian cancer risk?  True?                   09:36
12      A.  It's hard to know.  That could be one reason     09:36
13  for her increased family risk.  It also could be         09:37
14  something else that the family was exposed to that put   09:37
15  them at an increased risk that they were all exposed to. 09:37
16  That's all I can say about it, what's in the literature  09:37
17  about family history when testing is negative and that's 09:37
18  a possibility.                                           09:37
19      Q.  Do you agree that Mrs. Bondurant could have an   09:37
20  inherited gene mutation that she was not tested for back 09:37
21  in 2019?                                                 09:37
22      A.  I think it's unlikely.  It's a possibility, but  09:37
23  I think it's highly unlikely.                            09:37
24      Q.  Is it fair to say that the tests that she had    09:37
25  couldn't rule out a gene mutation being involved in her  09:37
```

## Page 32

```
 1  ovarian cancer?                                          09:37
 2          MRS. O'DELL:  Object to the form.                09:37
 3      A.  The tests that she had tested for 67, which is   09:37
 4  probably the most, one of the most, number of genes that 09:37
 5  we know of at the time she had testing in 2019 that were 09:37
 6  available.                                               09:37
 7          And as I stated before, since we've known        09:37
 8  about these mutations, the vast majority of them are     09:37
 9  inherited ovarian cancers or associated with BRCA1 and   09:38
10  2.  And all the other genes that have been identified    09:38
11  since then account for very small portion of inherited   09:38
12  ovarian cancers.  So could she have a mutation that      09:38
13  wasn't tested for?  It's possible.  Is it likely?  No.   09:38
14      Q.  (By Mr. Hegarty) Do you agree though that based  09:38
15  on your review of Mrs. Bondurant's records, it was       09:38
16  appropriate for her to have genetic testing?             09:38
17      A.  I do think it was appropriate for her to have    09:38
18  genetic testing.  In fact, I refer all of my ovarian     09:38
19  cancer patients today to have genetic testing or at      09:38
20  least offer it to them.                                  09:38
21      Q.  So if she had been your patient at the time of   09:38
22  diagnosis, you would've recommended she have genetic     09:38
23  testing?                                                 09:38
24      A.  I don't remember what year she was diagnosed.    09:38
25  I'm going to say in 2024, I certainly would recommend    09:38
```

## Page 33

```
 1  everyone.                                                09:38
 2      Q.  Please feel free to look at your report.         09:38
 3      A.  Yeah, in 2018, 2018, she was diagnosed in late   09:38
 4  2018.  So I think even at that time, I was recommending  09:39
 5  everyone have genetic testing.                           09:39
 6      Q.  Have you seen patients as follow up to their     09:39
 7  original cancer diagnosis where they had less than full  09:39
 8  panel testing years earlier that you recommend be        09:39
 9  retested with the now full panel testing?                09:39
10      A.  It's a discussion that I've had with a few       09:39
11  patients.  It's a complicated issue, I think, because    09:39
12  oftentimes it's an expensive test that insurance will    09:39
13  pay for a new test.  And if they already have the        09:39
14  diagnosis and they've tested negative for at least BRCA1 09:39
15  and 2, putting them through the cost of a four to        09:39
16  6,000-dollar test may or may not be of benefit.          09:39
17          So it's an individual discussion that I          09:39
18  have with patients and I've had a few go ahead and get   09:39
19  tested and some that don't want to get more testing.     09:39
20      Q.  Turning to Page 22 of Dr. Levy's report, he      09:40
21  discusses his review of Anna Gallardo, the genetic       09:40
22  testing results.  Correct?                               09:40
23      A.  Yes.                                             09:40
24      Q.  I will mark as our next exhibit your report      09:40
25  from Mrs. Gallardo and her genetic test result.          09:40
```

## Page 90

1  Q. And all that is still accurate?                    11:16
2  A. Yes.                                               11:16
3      MR. HEGARTY: Those are all the questions I        11:16
4  have.                                                 11:16
5           RECROSS-EXAMINATION                          11:16
6  BY MRS. O'DELL:                                       11:16
7  Q. One last follow up. In addition to the             11:16
8  specific references in your report to asbestos and    11:16
9  studies that are pinpoint cited or specifically       11:16
10 referenced in the body of your report, do you also rely 11:16
11 on all the literature regarding asbestos as included in 11:16
12 your materials considered?                            11:16
13 A. Yes.                                               11:16
14     MRS. O'DELL: Thank you. Nothing further.          11:16
15     MR. HEGARTY: No further questions.                11:16
16     COURT REPORTER: Mrs. O'Dell, were you
17 going to want a copy of this transcript?
18     MRS. O'DELL: Yes, please.
19     COURT REPORTER: And Mr. Golomb?
20     MR. GOLOMB: I do.
21     (Deposition concluded at 11:16 a.m.)
22         *-*-*SIGNATURE REQUESTED*-*-*
23
24
25

## Page 91

1           CHANGES AND SIGNATURE
2  WITNESS NAME:_____ DATE OF DEPOSITION:_____
3  PAGE LINE    CHANGE            REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

## Page 92

1      I, JUDITH WOLF, M.D., have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5
6      _____
7            JUDITH WOLF, M.D.
8  THE STATE OF _____)
9  COUNTY OF _____)
10     Before me, _____, on
11 this day personally appeared JUDITH WOLF, M.D., known to
12 me (or proved to me under oath or through
13 _____) (description of identity card or
14 other document) to be the person whose name is
15 subscribed to the foregoing instrument and acknowledged
16 to me that they executed the same for the purposes and
17 consideration therein expressed.
18     Given under my hand and seal of office this
19 _____ day of _____, 2024.
20
21
22 _____
23     Notary Public in and for
24     The State of
25

## Page 93

1       IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
2
3  IN RE JOHNSON & JOHNSON TALCUM   )
   POWDER PRODUCTS MARKETING,       ) MDL NO.
4  SALES PRACTICES, AND PRODUCTS    ) 16-2738 (MAS) (RLS)
5           REPORTER'S CERTIFICATION
           DEPOSITION OF JUDITH WOLF, M.D.
6            April 25, 2024
7
       I, Gabriela S. Silva, Certified Shorthand
8  Reporter in and for the State of Texas, hereby certify
   to the following:
9
       That the witness, JUDITH WOLF, M.D., was duly
10 sworn by the officer and that the transcript of the oral
   deposition is a true record of the testimony given by
11 the witness;
12     I further certify that pursuant to FRCP Rule
   30(f)(1) that the signature of the deponent:
13
       __X__ was requested by the deponent or a party
14 before the completion of the deposition and that the
   signature is to be before any notary public and returned
15 within 30 days from date of receipt of the transcript.
   If returned, the attached Changes and Signature Page
16 contains any changes and the reasons therefor;
17     ____ was not requested by the deponent or a party
   before the completion of the deposition.
18
       I further certify that I am neither counsel
19 for, related to, nor employed by any of the parties or
   attorney in the action in which this proceeding was
20 taken, and further that I am not financially or
   otherwise interested in the outcome of the action.
21
22     Certified to by me this _____ day of
       _____, 2024.
23
24     <%23035,Signature%>
25