# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Bondurant v. Johnson & Johnson*<br>No. 3:19-cv-14366-MAS-RLS<br><br>*Gallardo v. Johnson & Johnson*<br>No. 3:18-cv-10840-MAS-RLS<br><br>*Judkins v. Johnson & Johnson*<br>No. 3:19-cv-12430-MAS-RLS | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE SPECIFIC CAUSATION OPINIONS OFFERED BY DR. JUDITH WOLF** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order that excludes Dr. Judith Wolf's specific causation opinions with respect to Ms. Bondurant, Ms. Judkins, and Ms. Gallardo; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** as follows:

1. Defendants' Motion to Exclude the Specific Causation Opinions Offered by Dr. Judith Wolf is hereby **GRANTED**;

and

2.  Dr. Judith Wolf's specific causation opinions with respect to Ms. Bondurant, Ms. Judkins, and Ms. Gallardo are hereby excluded.

                                                                _____

                                                                Hon. Michael A. Shipp, U.S.D.J.