# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION


************************************

MICHAEL BLAES,

                Plaintiff,
                                    Case No.
        v.                      4:14-cv-00213-RLW

JOHNSON & JOHNSON, et al,

                Defendants.

************************************



                CONFIDENTIAL


        DEPOSITION OF JOHN J. GODLESKI, M.D.

            Wednesday, May 27th, 2015

                9:00 a.m.



        Held At:

                Harvard School of Public Health
                665 Huntington Avenue
                Boston, Massachusetts



    REPORTED BY:

    Maureen O'Connor Pollard, RMR, CLR, CSR

Confidential - John J. Godleski, M.D.

## Page 2

APPEARANCES:

FOR THE PLAINTIFF:

R. ALLEN SMITH, ESQ.

   THE SMITH LAW FIRM, PLLC

   681 Towne Center Blvd., Suite B

   Ridgeland, Mississippi 39157

   601-952-1422

   allen@smith-law.org

   -and-

WILLIAM W. BLAIR, ESQ.

   ONDER, SHELTON, O'LEARY & PETERSON LLC

   110 E. Lockwood

   St. Louis, Missouri 63119

   314-963-9000

   blair@onderlaw.com

FOR THE DEFENDANT JOHNSON & JOHNSON:

HUNTER K. AHERN, ESQ.

   SHOOK, HARDY & BACON LLP

   JPMorgan Chase Tower

   600 Travis Street

   Houston, Texas 77002

   713-227-8008

   hahern@shb.com

## Page 3

FOR THE DEFENDANT IMERYS:

   KENNETH J. FERGUSON, ESQ.

   GORDON, REES, SCULLY, MANSUKHANI, LLP

   816 Congress Avenue, Suite 1510

   Austin, Texas 78701

   512-391-0197

   kferguson@gordonrees.com

## Page 4

           INDEX

EXAMINATION                           PAGE

JOHN J. GODLESKI, M.D.

   BY MR. FERGUSON                      6

   BY MS. AHERN                       167

   BY MR. FERGUSON                    198

   BY MR. SMITH                       204

   BY MR. FERGUSON                    208

   BY MS. AHERN                       209


            E X H I B I T S

NO.      DESCRIPTION                  PAGE

1    Dr. Godleski's Curriculum Vitae...... 8

2    Amended Notice to take Oral
     Deposition........................... 9

3    Dr. Godleski's April 3, 2015
     Expert Report....................... 10

4    Pathology Report from St. Mary's
     Health Center, 1/4/15............... 10

5    Document titled Case EDS Analysis
     Report for S08-8716N, 4/1/2015...... 11

6    Three pages of billing information... 12

7    Case List of Testimony.............. 14

8    1/21/15 letter...................... 18

9    4/20/15 e-mail...................... 19

## Page 5

10   4/29/15 letter from Dr. Godleski..... 20

11   All blocks studied under scanning
     electron microscope................. 21

12   Blocks not studied under scanning
     electron microscope................. 22

13   Disk containing all data from
     microscopy.......................... 25

14   Dr. Godleski's bio from the School
     of Public Health website............ 27

15   Cramer, et al article titled
     Presence of Talc in Pelvic Lymph
     Nodes of a Woman With Ovarian
     Cancer and Long-term Genital
     Exposure to Cosmetic Talc........... 69

16   Henderson, et al article titled
     Talc and Carcinoma of the Ovary
     and Cervix.........................143

17   Document titled Cancer Myths,
     Talcum Powder and Cancer, from the
     Cancer Council of Western
     Australia..........................152

18   Printout titled Ovarian Cancer
     Treatment from Brigham & Women's
     Hospital website...................154

**EXHIBITS 11 AND 12 RETAINED BY WITNESS**

Confidential - John J. Godleski, M.D.

Page 6

1      P R O C E E D I N G S
2
3      JOHN J. GODLESKI, M.D.,
4   having been first duly identified and sworn, was
5   examined and testified as follows:
6         DIRECT EXAMINATION
7   BY MR. FERGUSON:
8      Q.   Would you state your full name for the
9   record, please?
10     A.   John Godleski.
11     Q.   And what is your business address,
12  Doctor?
13     A.   665 Huntington Avenue, Boston,
14  Massachusetts.
15     Q.   And who are you employed by?
16     A.   I'm employed by Brigham & Women's
17  Hospital Physicians Organization, and Harvard
18  School of Public Health at Harvard University.
19     Q.   And the building we're in is 665
20  Huntington, which is the Harvard School of
21  Public Health?
22     A.   That's correct.
23     Q.   You have given a deposition before,
24  correct?

Page 7

1      A.   Yes.
2      Q.   On about how many occasions?
3      A.   Maybe 20.
4      Q.   And have those been -- let me try to
5   break those down a little bit.
6         How many of those have been as an
7   expert witness in which you've been retained in
8   a case similar to this one, just an estimate?
9      A.   Probably a half to two-thirds.
10     Q.   And then the remainder are in what
11  circumstance; as a treating physician?
12     A.   Treating physician.
13     Q.   So you obviously know the rules and
14  how these things go with that experience, but
15  let me just go over a couple of things.
16        My name is Ken Ferguson, I represent
17  Imerys, and Ms. Ahern represents Johnson &
18  Johnson.
19        Do you understand that?
20     A.   Yes.  What's Imerys?
21     Q.   Another Defendant in this case.
22     A.   Okay.
23     Q.   I'll be asking you some questions
24  regarding your opinions in this case and your

Page 8

1   report that you've rendered.  Make sure you
2   understand what I'm asking.  If you don't
3   understand my question, which is entirely
4   possible in this context, let me know and I'll
5   restate the question so we can make sure we're
6   communicating properly.  Okay?
7      A.   Okay.
8      Q.   Also make sure you answer everything
9   out loud so it can be taken down by the
10  reporter, who can't take down body language, or
11  at least it forms a challenge for her.  All
12  right?
13     A.   Yes.
14     Q.   Have you brought documents relating to
15  this case with you today?
16     A.   Yes.
17     Q.   Can we just go through those so we
18  know what we have?  It's a little tedious, but
19  that way we'll at least have them identified for
20  the record.
21     A.   Okay.  There's my CV.
22     Q.   All right.
23        (Whereupon, Godleski Exhibit Number 1,
24        Dr. Godleski's Curriculum Vitae, was

Page 9

1        marked for identification.)
2   BY MR. FERGUSON:
3      Q.   I have marked as Exhibit 1 to your
4   deposition your CV.  And is this more or less a
5   current CV?
6      A.   Yes.
7      Q.   It looks like it's dated April 25th,
8   so very recent, right?
9      A.   That's correct.
10     Q.   Let's see what else you have, please.
11     A.   Notice of the deposition.
12     Q.   All right.  I guess just to be
13  complete, I'll mark that even though I already
14  have one, but we have it in case we need it.
15        (Whereupon, Godleski Exhibit Number 2,
16        Amended Notice to take Oral
17        Deposition, was marked for
18        identification.)
19     A.   Okay.  My expert report.
20  BY MR. FERGUSON:
21     Q.   This is your expert report in the
22  Blaes matter, correct?
23     A.   That's correct.
24     Q.   Dated April 3, 2015.  Marking that as

3 (Pages 6 to 9)

Confidential - John J. Godleski, M.D.

Page 10

1  Exhibit 3.
2      (Whereupon, Godleski Exhibit Number 3,
3      Dr. Godleski's April 3, 2015 Expert
4      Report, was marked for
5      identification.)
6      A.   This is the pathology report on
7  Ms. Blaes from the hospital where the surgery
8  was done.
9      MR. FERGUSON:  So pathology report
10  from St. Mary's Health Center is marked as
11  Exhibit 4.
12      (Whereupon, Godleski Exhibit Number 4,
13      Pathology Report from St. Mary's
14      Health Center, 1/4/15, was marked for
15      identification.)
16      A.   This is the summary of materials that
17  are included in the report, as well as discussed
18  in the report, so that where we have examples of
19  -- where I have one example, I have six in
20  there, and so it's a little more complete in
21  terms of the findings.
22  BY MR. FERGUSON:
23      Q.   All right.  When you said "this,"
24  that's entitled "Case EDS Analysis Report for

Page 11

1  S08-8716N," correct?
2      A.   That's correct.
3      Q.   And that's marked as Exhibit 5 to your
4  deposition.
5      (Whereupon, Godleski Exhibit Number 5,
6      Document titled Case EDS Analysis
7      Report for S08-8716N, 4/1/2015, was
8      marked for identification.)
9  BY MR. FERGUSON:
10      Q.   And let me just understand what this
11  is a little bit more.
12      So as I recall, in your report, which
13  we'll talk about later, you specifically discuss
14  and have a spectrum from one particle that you
15  looked at, correct?
16      A.   That's correct.
17      Q.   Is this for that particle only, or
18  does it include the other particles?
19      A.   This has all six particles that are
20  primarily -- that are exclusively talc, and it
21  has examples of particles that were in the other
22  33 that included a talc signal plus other
23  materials.
24      Q.   And we'll get into this later, but

Page 12

1  when you say a talc signal, what do you consider
2  a talc signal in that context?
3      A.   Magnesium silicon in the proper
4  proportions.
5      Q.   All right.  We'll come back to that.
6      What else do you have, sir?
7      A.   I have the billing for doing that
8  work.
9      MR. FERGUSON:  And I'm going to mark
10  as Exhibit 6 your billing information.
11      (Whereupon, Godleski Exhibit Number 6,
12      Three pages of billing information,
13      was marked for identification.)
14      A.   Actually I have two copies of this.
15  It's the same thing.  That is the -- my lab
16  billing, what we provide if somebody asks "what
17  do you charge."
18  BY MR. FERGUSON:
19      Q.   All right.  And is it okay with you if
20  I just include in Exhibit 6 these four pages of
21  billing information?
22      A.   That's fine.
23      Q.   And just --
24      A.   And one of them is just a duplicate,

Page 13

1  so you may want to have only three, and we
2  can --
3      Q.   You're right.  I've turned Exhibit 6
4  into a three page document instead of four.
5      A.   I can put this back.
6      Q.   Now, if you wouldn't mind, let me
7  follow up a little bit on this.
8      Exhibit 6 is entitled "Billing for
9  Case Analysis for SEM Work."  Does this include
10  all of your time that you have put in, or is
11  there another -- would there be other billings
12  that you either have invoiced or will invoice
13  for other than SEM work?
14      A.   Let me just look at that.
15      Q.   Certainly (handing).
16      A.   At this point, this has everything
17  that has been billed on this case.  And going
18  forward, the additional billings will be
19  collecting the materials for this deposition,
20  and this deposition itself.
21      Q.   Okay.  And any estimate as to how many
22  hours, approximately, you have put in that is
23  not included on Exhibit 6 up to the time we
24  started this deposition?

4 (Pages 10 to 13)

Confidential - John J. Godleski, M.D.

Page 14

1      A.   Probably three, three hours or so,
2  four hours maybe.
3      Q.   All right.  Just an estimate.  Okay.
4  Thank you, sir.
5           What else?
6      A.   I have case list of testimony that I
7  provided when I gave my -- provided my expert
8  opinion.  This was something that was asked for.
9           (Whereupon, Godleski Exhibit Number 7,
10          Case List of Testimony, was marked for
11          identification.)
12 BY MR. FERGUSON:
13     Q.   All right.  So Exhibit 7 looks like
14 it's between 2011 and 2015, and includes, it
15 looks like, three depositions and three in-court
16 testimony, correct?
17     A.   That's correct.
18     Q.   All right.  Is there additional -- I
19 understand from what we talked about earlier in
20 terms of the number of depositions, there are
21 additional depositions that you have given, but
22 that would be before this five year or so
23 period, is that correct?
24     A.   That's correct.

Page 15

1      Q.   I guess while I have it here, so I
2  don't forget, Budke, B-U-D-K-E, versus Ethicon
3  where you gave a deposition and in-court
4  testimony, that's a transvaginal mesh case, is
5  that correct?
6      A.   That's correct.  But from my
7  perspective it was a lung pathology case, and
8  that was what I was there to testify to.
9      Q.   Okay.
10     A.   The mesh issues initiated the problem,
11 but the cause of death were pulmonary, so I was
12 there as a pulmonary pathologist.
13     Q.   And your testimony related to a
14 pulmonary embolism, is that correct?
15     A.   No.  That testimony related to the
16 fact that the patient had extensive pneumonia,
17 and the defense was claiming that the patient
18 had Wegener's granulomatosis, which as a
19 pulmonary pathologist I was well-qualified to
20 testify that that wasn't there.
21     Q.   Certainly the testimony in that case
22 was in your primary focus, which is pulmonary
23 issues, right?
24     A.   That's correct.

Page 16

1      Q.   Then DeGeorge versus Holden Oil
2  Company, that was in-court testimony, what was
3  the issue in general in that case, please?
4      A.   The issue there was that the Plaintiff
5  was claiming that the oil company had not
6  properly maintained his oil burner, causing soot
7  to come back into the house, and the oil company
8  said that he was told to cut trees overhanging
9  his chimney, which he never did.  And then the
10 amount of dust that was actually found in his
11 house was commensurate with the house's location
12 next to an expressway.  And his children, in
13 fact, were examined fully at Children's Hospital
14 and found not to have any pulmonary disease, not
15 to have any demonstrable effects of any
16 exposure.
17          And so I was testifying as -- in
18 regard to my environmental expertise with
19 exposure, both within the house, as well as in
20 the environment surrounding the house.
21     Q.   And you were a retained expert in that
22 case?
23     A.   I was a retained expert in that case
24 by the defense.

Page 17

1      Q.   And going back to the Budke versus
2  Ethicon, there you were a retained expert for
3  the Plaintiff, is that correct?
4      A.   That's correct.
5      Q.   The next case that you have deposition
6  and in-court testimony is Berg versus Johnson &
7  Johnson, right?
8      A.   That's correct.
9      Q.   And then the fifth item on here is
10 Caldwell versus Rivers, which was deposition
11 testimony back in 2011.  Can you tell us in
12 general what the issue was in that case?
13     A.   I believe it was a lung cancer case,
14 and diagnosis of the lung cancer.  But it was a
15 long time ago, and I may not recall the details
16 exactly.
17     Q.   And do you recall whether -- was that
18 a medical malpractice case?
19     A.   It was a medical malpractice case, and
20 it was a lung cancer issue.
21     Q.   And were you retained in that case by
22 the Plaintiff, or the Defendant?
23     A.   That case was the Defendant.
24     Q.   So, and I know you have a vague

5 (Pages 14 to 17)

Confidential - John J. Godleski, M.D.

Page 18

1  recollection, was that a treating physician
2  then?
3      A.  No.  I was a pathology expert.  I
4  believe in that case I ended up not testifying
5  in court.  I think I gave a deposition.
6      Q.  That's what it says.
7      A.  Okay.  Yeah, I don't remember much
8  about it.
9      Q.  Okay.
10     A.  But that was in 2011, I believe, and
11  that was within the window that I was asked to
12  provide.
13     Q.  Understood.
14         All right.  Tell us what else you
15  have, please.
16     A.  This is the sheet that came with the
17  slides that I received that was provided by the
18  office that received them and sent them on to
19  me.
20         (Whereupon, Godleski Exhibit Number 8,
21         1/21/15 letter, was marked for
22         identification.)
23  BY MR. FERGUSON:
24     Q.  All right.  And that's Exhibit 8.  And

Page 19

1  that's on the letterhead of a law firm
2  enclosing, it says, pathology reports along with
3  slides and blocks, correct?
4      A.  That's correct.
5      Q.  And we'll talk in a minute about where
6  those are currently.
7      A.  Okay.  And here's an e-mail directing
8  me what to do with the slides.
9         And here's a cover letter that says
10  what I did with the slides, and that they were
11  transferred to that law firm to be transferred
12  to another law firm.
13         (Whereupon, Godleski Exhibit Number 9,
14         4/20/15 e-mail, was marked for
15         identification.)
16  BY MR. FERGUSON:
17     Q.  So Exhibit 9 is the e-mail you
18  referred to to you indicating where you should
19  send the 32 pathology slides.
20     A.  That's correct.  So I no longer have
21  those slides in my possession.
22         I still have the blocks.  And here are
23  the blocks that were provided to me that we
24  didn't further study.  And these are the blocks

Page 20

1  that we studied.  They are still on scanning
2  electron microscopy mounts.
3         And if I can put this in context for a
4  moment, previously we used to put the sections
5  on carbon planchets, and now we're using a new
6  technique where we just use the variable
7  pressure function on our microscope, and that
8  allows us to put the paraffin block into the
9  microscope with no chance of essentially
10  vaporizing paraffin into the microscope and
11  contaminating the microscope.  So we've gone to
12  looking directly at the surface of the block
13  after we've cleaned that, and we describe that
14  in the report.
15         But these are now much more easily
16  handled specimens, and so I could mail them, I
17  could give them to you afterwards.  A lawyer
18  doesn't have to come specifically to my office
19  to take them as they had in the Berg case, for
20  example.
21     Q.  You'd probably rather avoid lawyers
22  coming to your office anyway, right?
23         (Whereupon, Godleski Exhibit Number
24         10, 4/29/15 letter from Dr. Godleski,

Page 21

1         was marked for identification.)
2  BY MR. FERGUSON:
3      Q.  Let me mark as Exhibit 10 the letter
4  you described, which is a letter from you to
5  Kathleen Frazier, correct?
6      A.  That's correct.
7      Q.  Then we can talk about what to do --
8  let me just mark these, and then we can talk
9  about what to do with them.
10         (Whereupon, Godleski Exhibit Number
11         11, All blocks studied under scanning
12         electron microscope, was marked for
13         identification.)
14  BY MR. FERGUSON:
15     Q.  Can I have the little plastic box
16  there?
17     A.  Okay.  And this is sealed with tape,
18  we don't want to open that because we're
19  avoiding any contamination.
20     Q.  I don't even plan to touch it, other
21  than to stick this exhibit sticker on it.
22     A.  Okay.
23     Q.  So Exhibit 11 to your deposition,
24  again tell us briefly what that is.

6 (Pages 18 to 21)

Confidential - John J. Godleski, M.D.

Page 22

1    A.   This is a sealed box containing the
2 paraffin blocks that we studied in the scanning
3 electron microscope.
4    Q.   Then on -- would you mind putting that
5 Exhibit 12 on the -- why don't we do them
6 separately.  Or do you want to do them the same?
7    A.   I can put this inside this bag, and
8 then that will make it simpler.  And the reason
9 the one block is in a separate bag was I
10 initially separated out all of these blocks that
11 were in this bag to be studied by a CM.  This
12 block wasn't.  Those blocks were prepared and
13 studied, this block never was, because we found
14 more than enough.
15    Q.   And let me just clarify that for the
16 record.
17         Exhibit 11 includes all the blocks you
18 actually studied under the scanning electron
19 microscope, correct?
20    A.   Either studied, or were prepared to be
21 studied.
22         (Whereupon, Godleski Exhibit Number
23         12, Blocks not studied under scanning
24         electron microscope, was marked for

Page 23

1         identification.)
2 BY MR. FERGUSON:
3    Q.   All right.  Fair enough.
4         And Exhibit 12 includes blocks that
5 were not studied under the SEM, correct?
6    A.   That's correct.
7         I just wanted to make sure that's, in
8 fact, what it was, and I hadn't made an error
9 and had another block there.  And these were all
10 together, so they're correct.
11    Q.   And Exhibit 12 that we've placed the
12 exhibit sticker on is in a Ziploc bag that's
13 labeled "Biohazard" and has other information on
14 it, correct?
15    A.   That's correct.
16    Q.   And within the bag there are a number
17 of blocks, and then there's also another Ziploc
18 bag with a single block in it.  And tell me
19 again what the significance of the one separate
20 block in the separate Ziploc bag was?
21    A.   That was another block that had been
22 found to have material on polarized light but
23 wasn't further studied.  And, in fact, most of
24 the studies were done on one block where we

Page 24

1 found most of the findings.
2    Q.   Okay.  Why don't you just -- I don't
3 want to mess with those.  Why don't you set
4 those aside in a place you're comfortable with.
5    A.   Let's put them back in here.
6         Okay.  And the last thing that I have
7 is this CD, which has on it all the data from
8 the microscopy, has all the polarized light
9 pictures that I took that are not included in
10 the report.  I have an example in the report.
11 It has all the studies that we did.  You'll see
12 that we did over 300 analyses, and we -- in the
13 report I describe how each of those are -- what
14 the findings of each of those are.
15         And this disk then has the more than
16 300 analyses that we did documenting all the
17 endogenous particulate that we found, as well as
18 the foreign material that we found in this case.
19 So if anybody wants to look at this in all its
20 detail, it's all provided there.
21    Q.   And that -- the disk you're talking
22 about we've marked as Exhibit 13, correct?
23    A.   That's correct.
24

Page 25

1         (Whereupon, Godleski Exhibit Number
2         13, Disk containing all data from
3         microscopy, was marked for
4         identification.)
5 BY MR. FERGUSON:
6    Q.   Would Exhibit 13 include the various
7 spectra for these analyses that were done?
8    A.   Includes every picture, every spectra,
9 every stage location.  You name it, it's there.
10         MR. FERGUSON:  Why don't we take a
11 quick break for a second.
12         (Off the record discussion.)
13         (Attorney Blair now present.)
14 BY MR. FERGUSON:
15    Q.   I think you were just explaining
16 something else regarding the documents.  Go
17 ahead, Doctor.
18    A.   I believe these are all the materials
19 and documents that I have pursuant to the notice
20 of deposition today --
21    Q.   All right.
22    A.   -- where I'm asked for a large number
23 of things, and of those things, this is what I
24 have.

7 (Pages 22 to 25)

Confidential - John J. Godleski, M.D.

Page 26

1    Q.   Is there anything else, Dr. Godleski,
2  that you have reviewed and perhaps not retained
3  a copy of with regard to this case?
4    A.   Not that I can think of.
5    Q.   Other than Exhibit 4, which is a
6  pathology report from St. Mary's Health Center,
7  have you reviewed any other medical records
8  regarding Shaun Blaes?
9    A.   No.
10    Q.   Okay.  As we discussed earlier, we're
11  here at the School of Public Health, correct?
12    A.   That's correct.
13    Q.   And you work as a pathologist in the
14  department of environmental health, is that
15  correct, or did I state that wrong?
16    A.   I would say that in my role here I'm a
17  physician scientist.  I have a electron
18  microscopy lab here at the school, it's the only
19  one in the school.  I do research here.  I teach
20  here.  I teach graduate students.  I have other
21  responsibilities here that don't necessarily
22  involve solely pathology, although my role at
23  both institutions is very much interrelated.
24    Q.   Your title actually is associate

Page 27

1  professor of pathology, though, correct?
2    A.   That's correct.
3    Q.   And is it correct that your research
4  focuses upon the pulmonary and systemic
5  responses to inhaled ambient air particles?
6    A.   Most of my research focuses on that.
7      (Whereupon, Godleski Exhibit Number
8      14, Dr. Godleski's bio from the School
9      of Public Health website, was marked
10      for identification.)
11  BY MR. FERGUSON:
12    Q.   And I didn't invent that phrase, I'm
13  not saying you're saying anything inconsistent
14  with this, but your bio off the website of the
15  School of Public Health specifically says
16  "Dr. Godleski's research focuses upon the
17  pulmonary and systemic responses to inhaled
18  ambient air particles," correct?
19    A.   That's correct.
20    Q.   And obviously pulmonary means lung,
21  correct?
22    A.   That's correct.
23    Q.   And you indicate also in this that
24  your studies use cardiac and pulmonary

Page 28

1  measurements with inhalation exposure, correct?
2  So you're looking at inhalation exposure
3  generally as your research focus?
4    A.   That's correct.
5    Q.   And in looking at your bio here from
6  the School of Public Health, there's no mention
7  in that bio that your research focuses on
8  particles that are not inhaled through the air,
9  correct?
10    A.   Well, you only get so many words.  If
11  you look at my CV, I think it outlines the full
12  breadth of what I do.
13    Q.   Okay.  Obviously we all have limited
14  words, maybe lawyers not so much, but your bio
15  and the words that you selected there certainly
16  do not include any information that your
17  research focuses on particles that are not
18  inhaled through the air?
19    A.   It depends on what you look at.  For
20  example, if you look at the Harvard Catalyst, it
21  describes my EM lab and my facilities and the
22  role that I have in electron microscopy.  This
23  is the -- from the department of environmental
24  health here, which has a focus on inhaled

Page 29

1  particles and ambient environment, and so that's
2  what's emphasized.
3    Q.   And there's certainly no mention in
4  this bio that your research focuses on particles
5  which enter the body through other means other
6  than inhaled, correct?
7    A.   In this bio, that's correct.
8    Q.   And if I wanted to find a bio of you
9  that talked about your research focusing on
10  particles that enter the body through means
11  other than inhalation, where would I find that
12  bio?
13    A.   Well, Harvard Catalyst is one place.
14  Within the department of pathology at Brigham &
15  Women's Hospital, I'm known as the person to go
16  to to identify foreign materials in tissue.
17  I've looked at breast tissue, I've looked at
18  perineal tissue, I've looked at tissues from
19  literally all over the body, skin, as a way of
20  identifying foreign materials from tissues.  So
21  it may not be something that's emphasized in the
22  particular bio that you have, but certainly
23  there's information out there if you look hard
24  enough.  And I'm not looking for business.

8 (Pages 26 to 29)

Confidential - John J. Godleski, M.D.

Page 30

1    Q.   Understood.  Understood.
2         Certainly there's no mention in the
3    bio we looked at that you have a research focus
4    on ovarian cancer, correct?
5    A.   That's correct.
6    Q.   Okay.  And if I look at some of these
7    other bios that you might have out there for
8    Harvard, other than the one from the department
9    of environmental medicine, I'm not going to find
10   any mention that you have a research focus on
11   ovarian cancer specifically, am I?
12   A.   I'm not sure.
13   Q.   You're not sure?
14   A.   No, I'm not sure.  I don't go on-line
15   and check all my bios.
16   Q.   Okay.
17   A.   Very often they're not even put
18   together by me, they're put together by somebody
19   else.
20   Q.   As you sit here, you're not aware of
21   any bios that you have at Harvard that indicate
22   you have a research focus on ovarian cancer, are
23   you?
24   A.   No.  That doesn't say they don't

Page 31

1    exist.
2    Q.   I have looked, and I'll admit probably
3    fairly quickly, at your list of publications, I
4    think there was one on your CV that we've marked
5    here.  Other than the 2007 article that
6    Dr. Cramer authored and you were listed as a
7    co-author, is it true there were no other
8    articles that you've authored or co-authored
9    dealing with ovarian cancer, other than the 2007
10   article with Dr. Cramer?
11   A.   That's correct.
12   Q.   Would it also be true that you don't
13   have -- other than the 2007 article with
14   Dr. Cramer, you have no other articles in your
15   list of publications that deal with any
16   gynecologic cancer?
17   A.   That's probably correct.
18   Q.   And would the same be true for any
19   gynecologic disease, that you have no
20   publications, other than the 2007 article we've
21   referenced, that relate to any gynecologic
22   disease?
23   A.   That's correct.
24   Q.   Obviously you're a pathologist, we've

Page 32

1    been discussing that, correct?
2    A.   Yes.
3    Q.   But you're not a gynecologic
4    pathologist, correct?
5    A.   That's correct.
6    Q.   There are pathologists who specialize
7    in gynecologic pathology, correct?
8    A.   That's correct.
9    Q.   And you're not one of those?
10   A.   No.
11   Q.   You've been asked to look at
12   gynecologic pathology maybe once or twice a year
13   generally, is that right?
14   A.   It's become more frequent.
15   Q.   Okay.  Over your years here at
16   Harvard, one or two times a year, correct?
17   A.   Well, right now I'm looking at a lot
18   more.
19   Q.   In connection with this litigation?
20   A.   In connection with litigation, in
21   connection with studies with Dr. Cramer and
22   Dr. Welch.
23   Q.   Some of which is litigation related?
24   A.   Some which is scientific related.  I

Page 33

1    would say what I'm looking at with them is more
2    scientific related questions.
3    Q.   As a pathologist, you don't treat
4    patients on a day-to-day basis?
5    A.   What do you mean by "treat patients"?
6    Q.   You don't see patients; you see their
7    tissue, correct?
8    A.   That's correct.
9    Q.   You've never treated a woman for
10   ovarian cancer, correct?
11   A.   That's correct.
12   Q.   You're not an epidemiologist, correct?
13   A.   That's correct.
14   Q.   There are people in the world who have
15   advanced degrees in epidemiology, and you're not
16   one of those.  Fair enough?
17   A.   That's right.
18   Q.   And one of your appointments is at
19   Brigham & Women's Hospital, correct?
20   A.   That's my primary appointment.
21   Q.   And if at Brigham & Women's Hospital
22   they have a difficult diagnosis, a difficult
23   issue regarding a diagnosis of the lung, you
24   would be the person they typically come to,

Confidential - John J. Godleski, M.D.

Page 34

1  right?
2      A.   That's correct.
3      Q.   But if the issue is a difficult
4  diagnosis regarding the ovary, you're not the
5  person that they would typically go to, correct?
6      A.   Well, it depends on what it is.  If it
7  had to do with foreign material there, I would
8  definitely be the one that they would come to.
9  On the other hand, if it was to identify an
10  unusual tumor, I would not be the person they
11  would come to.
12      Q.   There's another -- is there another
13  doctor at Brigham & Women's whose primary
14  expertise is gynecologic pathology?
15      A.   Probably about a dozen.
16      Q.   Again, that's not you?  You're not
17  gynecologic pathology?
18      A.   I do not include myself in that dozen.
19      Q.   You've been hired in this case by
20  Mr. Smith and his colleagues to provide your
21  opinion in this case, fair enough?  To analyze
22  information and provide an opinion?
23      A.   That's correct.
24      Q.   Including the writing of this report

Page 35

1  which we've marked as an exhibit, correct?
2      A.   That's correct.
3      Q.   You're being paid for your time?
4      A.   That's correct.
5      Q.   Is it $400 an hour?  Is that correct?
6      A.   That's correct.
7      Q.   And we have the bills in front of us
8  that should encompass anything, but about three
9  or four hours of your time, correct?
10      A.   That's correct.
11      Q.   You also testified and -- did analysis
12  and testified in the Berg case, correct?
13      A.   Correct.
14      Q.   Do you have any recollection as to how
15  much you were paid in connection with your work
16  in the Berg case?  I realize it will just be an
17  estimate, you don't have it in front of you.
18      A.   Yeah, I believe it was about 7 or
19  8,000.
20      Q.   Other than your work in this case and
21  your work in the Berg case, have you done any
22  other work on behalf of attorneys in cases
23  involving a claim that talc was associated with
24  the patient's ovarian cancer?

Page 36

1      A.   Ask that again?
2      Q.   Sure.  It kind of got out of hand
3  there.
4           Are you working on any other cases
5  where you've been hired by attorneys regarding
6  talc and ovarian cancer?
7      A.   Yes.
8      Q.   And can you tell me how many cases
9  you've been consulted in in that regard?
10           MR. SMITH:  Object to form.
11      A.   Maybe 50 or so.
12  BY MR. FERGUSON:
13      Q.   And in those 50 or so cases, were
14  those cases in which Mr. Smith retained you, or
15  is it Mr. Smith and perhaps other attorneys as
16  well?
17      A.   I would say Mr. Smith and people
18  associated, and attorneys associated with
19  Mr. Smith.
20      Q.   Do you know if you have been listed or
21  identified as an expert witness in any of those
22  50 or so cases?
23      A.   I believe so, at least in five or six
24  more.

Page 37

1      Q.   With regard to the cases you've
2  actually been identified in, can you give me the
3  names of those cases?
4           MR. SMITH:  Off the record.
5           MR. FERGUSON:  Yes, that's fine.
6           (Off the record discussion.)
7  BY MR. FERGUSON:
8      Q.   Okay.  Dr. Godleski, your estimate is
9  that you have been retained to consult and
10  perhaps have been listed as an expert witness in
11  a total of 50 or so cases, is that generally
12  correct, as an estimate?
13      A.   That's correct.
14      Q.   And do you have any estimate as to how
15  much time you have spent in total on those 50 or
16  so cases in doing whatever analysis you have
17  done to date?
18      A.   I would -- there's a number of about
19  five or six of these cases where we've done the
20  electron microscopy.  There are probably maybe
21  15 or so where I've done the polarized light
22  studies.  There's another pile that have not
23  been gotten to.  Usually, I can say there's
24  usually a polarized light study of a case such

Confidential - John J. Godleski, M.D.

Page 38

1    as this with this number of slides, it takes me
2    somewhere around two hours.
3        Q.   So with regard to the five or six,
4    again understanding it's an estimate, on which
5    you have done the same analysis that you have
6    done in Blaes and in Berg with SEM, would --
7    just as a ball park estimate as to what your
8    time and invoice or billing would be, would it
9    be similar to Berg and Blaes in those cases?
10       A.   I suspect.
11       Q.   Okay.
12       A.   I don't think we've done any of those
13   bills.
14       Q.   Okay.  And have you done a report,
15   prepared a report in any of those cases that you
16   can recall, any of them, talking about the five
17   or six where you've done the SEM?
18           MR. SMITH:   Object to form.
19       A.   How do you define "report"?  Are you
20   talking about this?
21   BY MR. FERGUSON:
22       Q.   Yes, sir, I am.
23       A.   No, none of them.
24       Q.   So obviously on those five or six, you

Page 39

1    wouldn't have -- whatever time on this invoice
2    is associated with generating a report, you
3    wouldn't have that on those, right?
4        A.   I haven't added up the time on them,
5    and I haven't generated either bills, or I'm
6    working on reports.
7        Q.   On the 15 or so that you've said that
8    you have done polarized light microscopy --
9    right?
10       A.   Yes.
11       Q.   On those, are those sort of in the
12   queue to have the SEM done, or have you looked
13   at those and decided, okay, I'm not going to do
14   SEM on those 15 or so?
15       A.   Most of those are in the situation
16   where we're asking for blocks and trying to get
17   blocks from the pathology department, and
18   pathology departments generally don't like to
19   release blocks, so that often is a
20   time-consuming -- not my time, but it's -- it
21   takes a lot of time to get those blocks, so that
22   -- and very often I would ask for those by phone
23   or by -- usually by phone, but sometimes in an
24   e-mail requesting blocks, requesting someone to

Page 40

1    get the blocks.  And so that those -- that's why
2    I asked you to define "report."  Having
3    identified blocks and asking for them is kind of
4    a step in the process, but it's not the, by any
5    means, the final step.  So there are cases that
6    are in that process.
7        Q.   All right.  And so if I understand you
8    correctly, and please correct me if I'm wrong,
9    these 15 or so, you are intending to do the SEM
10   analysis on them, but you're in the process of
11   obtaining the blocks in order to do that?
12       A.   That's correct.
13       Q.   All right.  So then that leaves out of
14   50 or so, as an estimate, about 30 cases on
15   which you have not done either polarized light
16   microscopy nor SEM, correct?
17       A.   That's correct.
18       Q.   And can you tell me -- and there
19   probably are different levels in the process,
20   but can you tell me on those 30, have you looked
21   at anything on any of those cases, or have you
22   just been consulted about the possibility of
23   doing that later?
24       A.   A lot of them are neatly organized in

Page 41

1    my office to be done.  And generally when I --
2    if I receive slides, I'll look at the report,
3    look to see that the slides are what they say
4    they are, and that's as far as I go.  This is
5    making sure this is a pathology that has an
6    epidemiologic association, and that there are
7    slides there that -- sometimes you're surprised
8    with what's in the bag.
9        Q.   With regard to the other 30 cases, is
10   it your plan -- and I guess things can happen to
11   change your plan, but is your plan with regard
12   to those 30 to have them move, once you have the
13   information you need and the time to get it
14   done, to doing polarized light microscopy and
15   then on to SEM analysis?
16       A.   That's correct.
17       Q.   So your anticipation or your plan
18   would be on these 50 or so cases to do the same
19   sort of analysis you have done with regard to
20   Berg and Blaes, is that right?
21       A.   That's correct.
22       Q.   Now, you've indicated you've been
23   working as retained by Mr. Smith in these.  Are
24   you aware that you've been listed on his website

11  (Pages 38 to 41)

Confidential - John J. Godleski, M.D.

Page 42

1  regarding talc litigation?
2      A.   Yes.
3      Q.   Okay.  And listed under the category
4  of "our experts," both you and Dr. Cramer, have
5  you seen that before?
6      A.   Yes.
7      Q.   Is that -- have you asked anyone to
8  remove you from that website at all?
9      A.   No.
10     Q.   Let me move outside of talc litigation
11 to other litigations.
12          Have you been retained in litigations
13 other than talc in order to provide a report,
14 opinion, and possibly testify?
15     A.   Yes.
16     Q.   Okay.  Tell me what litigation.  We've
17 talked about the fact you testified in a mesh
18 case, right?
19     A.   Mm-hmm.
20     Q.   Is that a yes?
21     A.   Yes.
22     Q.   Were you retained in any other mesh
23 cases other than the one you testified in?
24     A.   No.

Page 43

1      Q.   And you're currently not involved in
2  any mesh cases as a retained expert?
3      A.   No.
4      Q.   What other litigation -- let's talk
5  about your testimony.  In what other litigations
6  have you given testimony in, I guess other than
7  the DeGeorge case we talked about?
8      A.   Well, my lab is probably the only one
9  in this country that routinely does asbestos
10 body counts on lung tissue of patients with
11 mesothelioma, so that those asbestos body counts
12 are done -- as a treating physician, it's done
13 as a clinical test and added to the pathology
14 report of those cases.  Having done that, I then
15 get asked either for the slides, which I'm not
16 counting, but often I'm asked as a treating
17 physician to either give a deposition or to
18 testify as to the findings of those studies in
19 court.
20          So a lot of my testimony, I would say
21 almost all of my testimony as a treating
22 physician is in these asbestos-related cases
23 where it's taking data generated from my
24 laboratory on patients with mesothelioma that

Page 44

1  have had asbestos body determinations.
2      Q.   And you told us earlier that you've
3  been deposed in a total of about, I think you
4  said, about 20 cases, is that right?
5      A.   Yeah, at least.
6      Q.   All right.  And you said that half to
7  two-thirds of those 20 were as a retained
8  expert, as I recall.  Does that sound right?
9      A.   (Nodding in the affirmative).
10     Q.   And the others were as a treating
11 physician?
12     A.   Yeah.
13     Q.   And let's stick with the retained
14 expert issue.  In any other -- have there been
15 asbestos cases where you've been retained as an
16 expert?
17     A.   Yes.
18     Q.   And any estimate about how many of
19 those there have been?  Not necessarily you've
20 been deposed in, but in which you were retained?
21     A.   Generally I try to avoid it, but I do
22 get involved in some asbestos cases as a
23 retained expert, so that there have been maybe a
24 half dozen over the years.

Page 45

1      Q.   And you said you would do asbestos
2  body counts.
3      A.   That's correct.
4      Q.   Okay.  And tell me what that means
5  from the asbestos standpoint.  I don't know much
6  about that.
7      A.   Well, there are -- asbestos fibers
8  often form an iron coating around them that have
9  a distinctive appearance.  When you take a piece
10 of lung, you can digest it in Clorox,
11 essentially is what's used, and then you extract
12 the particulates that are organic, and you are
13 left with the mineral content of the lung.
14 That's put out onto a filter, and you're able to
15 see with light microscopy these asbestos bodies
16 that are asbestos fibers covered with -- coated
17 with iron.  And so that's the determination that
18 we do.  It's a light microscopic procedure.
19 It's relatively quick.  Total time in lab both
20 for -- the digestion can take a couple of days,
21 but the technical time involved with it is
22 relatively short, and that's generally billed
23 just as part of the pathology workup of the
24 case, so that -- but this is something that we

12  (Pages 42 to 45)

Confidential - John J. Godleski, M.D.

---

Page 46

1    do that gets me involved with cases.
2         And it's come about that generally
3    these are -- these have gone from where people
4    were deposing me about it to where they just
5    accept this as a given, and then their experts
6    deal with it and handle it, and so that we are
7    asked for more determinations than I get
8    directly involved with.  And since the report is
9    in the pathology report of the patient, they
10   often don't even need me.  So that's why the
11   number is not as great as the number of times my
12   name comes up in court probably.
13        Is there more -- there's probably
14   another part of this question that I need to
15   answer yet, if I remember now what the question
16   was.
17        Q.   That's fine.
18        A.   I think it had to do with the retained
19   expert, and we've talked about the asbestos.
20        The other retained expert have to do
21   with either my knowledge and expertise in
22   inhalation of particles, or in pulmonary
23   pathology, and so that I get retained as an
24   expert as a pulmonary pathologist in

---

Page 47

1    relationship to lung cancer, pulmonary embolism,
2    pneumonia, other diagnoses of the lung.
3         Q.   Okay.  In what context would that be
4    in, in terms of a medical malpractice?
5         A.   Medical malpractice, yes.
6         Q.   Any estimate as to how many medical
7    malpractice cases -- and I'm trying to
8    distinguish between the cases where you're a
9    treating physician and ones where you're
10   retained as an expert, any estimate about how
11   many cases you were retained as an expert in med
12   mal cases?
13        A.   Almost every one I've done has been as
14   an expert.  I haven't really had any as a
15   treating physician.  I don't know, maybe 10, 15.
16        Q.   And in those medical malpractice
17   cases, in the 10 or 15, in how many cases were
18   you retained by the Plaintiff versus the
19   Defendant?
20        A.   It's more frequently Defendant.
21        Q.   Let's talk about ovarian cancer a
22   little bit.
23        As you've discussed, you don't
24   generally treat ovarian cancer?

---

Page 48

1         A.   That's correct.
2         Q.   You don't generally diagnose ovarian
3    cancer?
4         A.   In my practice at Brigham & Women's
5    Hospital, I'm not -- I am not a gynecologic
6    pathologist.
7         Q.   Are you aware that the cause of most
8    ovarian cancers is unknown?
9         A.   That's a fair statement.
10        Q.   Do you have any knowledge regarding
11   what the risk factors are for ovarian cancer?
12        A.   Yeah.
13        Q.   What are they?
14        A.   Well --
15        Q.   It's not a test, I'm just trying --
16        A.   BRCA1 and 2 gene.  There's certain
17   ethnic groups.  And there's -- endometriosis is
18   a known association.  And talc.
19        Q.   Are you aware that family history of
20   ovarian cancer, breast cancer, or colorectal
21   cancer increases a woman's risk of ovarian
22   cancer?
23        A.   Yes.
24        Q.   Do you have any knowledge as to

---

Page 49

1    whether Ms. Blaes had a family history of breast
2    cancer?
3         A.   No.
4         Q.   And you haven't reviewed any of the
5    medical records, with the exception of
6    Exhibit 4, the pathology report, correct?
7         A.   That's correct.
8         Q.   That's not part of your charge here,
9    to look at medical records and determine what
10   may have been a cause or not of Ms. Blaes's
11   ovarian cancer?
12        A.   That's correct, I don't look at
13   medical records, other than the pathology
14   report.  And the pathology report is necessary
15   not for the diagnosis, I can make that
16   diagnosis, but for the -- to know where the
17   tissue is taken from.  You can't look at a slide
18   and know whether it's a right or left ovary.
19        Q.   Has anyone informed you that records
20   of Mercy Hospital note that Ms. Blaes had a
21   maternal aunt diagnosed with breast cancer at
22   age 40?
23        A.   No.
24        Q.   I understand you haven't looked at the

---

13 (Pages 46 to 49)

Confidential - John J. Godleski, M.D.

Page 50

```
 1    medical records, but sometimes you get
 2    information from other sources.
 3        A.   I have no information on this case.
 4        Q.   And no one indicated to you that
 5    Ms. Blaes had a maternal grandmother who was
 6    diagnosed with breast cancer at age 40?
 7        A.   No.
 8        Q.   In your report, which we'll come back
 9    to in some detail, you have -- I think it's your
10    concluding paragraph, you say that the talc
11    found in this case is evidence for a causal link
12    between the presence of talc and the development
13    of this patient's ovarian cancer.
14            Does that sound like what you said in
15    your report?
16        A.   Yes.
17        Q.   In making that conclusion, did you
18    take Ms. Blaes's family history of breast cancer
19    into account?
20        A.   No.
21        Q.   While we're talking about Ms. Blaes's
22    medicals, let's talk about the pathology report.
23        A.   Okay.
24        Q.   I'm sorry, I forget which exhibit
```

Page 51

```
 1    number that is.
 2        A.   4.
 3        Q.   Give me just a second, I think I've
 4    got a couple copies of that. I know I copied
 5    it, I don't whether it made it into my stuff or
 6    not.
 7            Why don't you just start out, while
 8    I'm looking for that -- and I don't need you to
 9    read it, I can read it, I may not be able to
10    understand it but I can read it, can you tell me
11    what, from your standpoint as a pathologist,
12    understanding you're not a gynecologic
13    pathologist, what were the significant findings
14    in the pathology report?
15        A.   That she has a poorly differentiated
16    serous carcinoma of the ovaries and tube, and
17    that had spread into the abdomen and involved
18    the omentum, the appendix, the spleen, and the
19    liver.
20        Q.   And based on what you saw, did you
21    find anything that you would disagree with from
22    this pathology report, based on your analysis of
23    the tissue itself?
24        A.   No. I probably might have added that
```

Page 52

```
 1    there was a really prominent calcification as
 2    part of the tumor. That happens frequently in
 3    serous carcinomas. This case had a lot of
 4    calcification. I would probably add that
 5    because I knew as we looked at it under the
 6    electron microscope we were always seeing the
 7    calcium, but it was even very visible in the
 8    light microscopy.
 9        Q.   And maybe you've already told me the
10    significance, but what's the significance?
11        A.   Just another feature of serous
12    carcinomas. Not all serous carcinomas have a
13    lot of calcification. This one does.
14        Q.   The pathology report does not say
15    anything about the potential causes or cause of
16    Ms. Blaes's ovarian cancer, does it?
17        A.   No, it documents what's there.
18        Q.   And obviously that's typical with
19    pathology reports; they're not typically going
20    to talk about a cause, correct?
21        A.   Well, not all the time. It depends.
22    What I'm thinking is that if -- for example, in
23    the lung if you have a pneumonia and you see the
24    bacteria, you're talking about the cause. But
```

Page 53

```
 1    in this instance there's not a discussion of the
 2    cause.
 3        Q.   And there's certainly no mention of
 4    talc in the pathology report?
 5        A.   No.
 6        Q.   I may skip around some and come back
 7    to things, so I'm not trying to confuse you, but
 8    I'll move to a little bit different issue here.
 9            With regard to the talc particles that
10    you indicate that you found, it's your opinion
11    that you found talc particles in her ovaries,
12    correct?
13        A.   That's correct.
14        Q.   With respect to the -- and as I
15    recall, there were six particles that you
16    identified as talc, correct?
17        A.   Well, 39.
18        Q.   Okay.
19        A.   Six were talc with no other material.
20        Q.   With regard to the six, let's say, do
21    you know how long those particles had been
22    present in her body?
23        A.   No.
24        Q.   No idea, right?
```

14 (Pages 50 to 53)

Confidential - John J. Godleski, M.D.

Page 54

1    A.   No.
2    Q.   And do you know how those talc
3    particles that you found got into her body?
4    A.   All of the cases that -- by the time
5    they come to me they've been seen by others and
6    there's some assessment of talc use, perineal
7    talc use.  I don't know that information.  But
8    my presumption is that the case has been vetted
9    to the point where when it comes to me nobody is
10   going to put the time and effort in that we're
11   putting in if these cases hadn't been properly
12   vetted.
13   Q.   Okay.  When you say the cases haven't
14   -- they wouldn't get to you if they hadn't been
15   properly vetted, is that vetting by attorneys,
16   or by other physicians, or what are you talking
17   about in terms of vetting process?
18   A.   I assume other experts.
19   Q.   And so if I understand you correctly,
20   you assume, then, that by the time they get to
21   you, other experts have determined that, in
22   fact, there was some talc exposure.  Is that
23   what you're saying?
24   A.   That's correct.

Page 55

1    Q.   Okay.  But as far as what you see and
2    what you know, you really can't tell how that
3    talc got into her body, correct?
4    A.   Well, in some cases I can see the talc
5    in lymphatics of the perineum, and other cases
6    I've seen the talc in the -- within the uterus
7    or within the fallopian tube, so from that
8    perspective, based on the studies that I've been
9    doing, I'm able to see pathways by which the
10   talc can get there.
11   Q.   And you say "studies that I have been
12   doing," what are you referring to?
13   A.   Looking at cases.
14   Q.   Looking at cases in the context of
15   this litigation, correct?
16   A.   Some in context of litigation, others
17   in context of studies with Dr. Cramer and
18   Dr. Welch.
19   Q.   Do you know if you've looked at any --
20   have you looked for talc particles in any
21   patient other than patients who were involved in
22   the litigation, to your knowledge?
23   A.   Yes.
24   Q.   How many?

Page 56

1    A.   40, 50.
2    Q.   And you're looking at 50 or so that
3    are in litigation, correct?
4    A.   Yeah.
5    Q.   So is that a total of 100, or is there
6    overlap?
7    A.   No, about that many.
8    Q.   Are you and Dr. Cramer writing up a
9    paper for this, on this issue?
10   A.   Well, we're collecting data.
11   Q.   You're in the collecting data stage?
12   A.   Yeah.
13   Q.   You haven't submitted anything?
14   A.   No.
15   Q.   Is it your intent to collect data and
16   present a paper?
17   A.   That's the idea.
18   Q.   And would that essentially be a case
19   series?
20   A.   We're looking at it more in terms of
21   how we're finding the talc in the tissues so
22   that it -- we're looking at cases that have been
23   quantified in terms of talc use, and we have the
24   two ends of the spectrum, and we're trying to

Page 57

1    use that as a way of understanding in more
2    detail the question you're asking me, how does
3    it get there.
4    Q.   When you say "the two ends of the
5    spectrum," what are you referring to there?
6    A.   Well, in terms of the documented talc
7    use, documented and quantified.
8    Q.   And you mentioned that, when I asked
9    whether you knew how talc particles got into
10   Ms. Blaes's body, that in some cases you could
11   see a pathway, you would see talc particles in
12   the uterus and the fallopian tubes, in the lymph
13   nodes.  Did you see any of that in her?
14   A.   Yes.
15   Q.   In her analysis?
16   Okay.  And so while you can see a
17   pathway, do you know how those talc particles
18   got into the pathway that you're referring to as
19   well?  Aren't you making -- go ahead, I'm sorry,
20   I don't mean to interrupt.
21   A.   Well, this is what we're looking to
22   determine.  I mean in terms of when you consider
23   it, certainly there's the possibility that they
24   can go up the -- through the cavity of the

Confidential - John J. Godleski, M.D.

Page 58

1  uterus and to the fallopian tube, and we've seen
2  talc in those locations. I think that is often
3  assumed to be the primary way that it gets
4  there, because you have instances where the
5  cervix is open, we know that because women get
6  pregnant, because sperm can get there, we know
7  that women have menses and with that the os of
8  the uterus is open, so there's a possibility of
9  material going in that direction.
10      The one area that has not been
11 well-studied, and I think is very important, is
12 the lymphatics. And one of the things that
13 we've been observing is that when you see a case
14 where there's lymphogenic spread of tumor,
15 especially ovarian tumor, the pattern where you
16 see the tumor in lymphatics is often a pathway
17 of lymphatic connection between the primary
18 tumor and where the tumor cells are going. And
19 I've been very impressed in terms of how close
20 to the surface of the cervix, how close to the
21 surface of the vagina lymphatics are, and so
22 that these connections are very clear in terms
23 of the possibility of these being ways that this
24 material could get in. The fact is that we see

Page 59

1  a lot of foreign material within the perineal
2  tissues, and so we're really trying to
3  understand it and explain it.
4      Q.  There are a number of ways that
5  individuals can be exposed to talc, correct,
6  other than just perineal palpitation?
7      A.  That's correct.
8      Q.  Talc can be inhaled, correct?
9      A.  Yes.
10     Q.  Can you rule out inhalation as the
11 explanation for the particles that you claim you
12 found of talc in Ms. Blaes's body?
13     A.  It's unlikely. In fact, when I did a
14 number of studies where we were looking at
15 prosthetic joints, titanium hips, and looking to
16 where we could then find titanium within the
17 tissues of the body, and it just amazed me to
18 the extent that they could get into the
19 lymphatic system and circulate. And there we
20 had a definite marker of material that was
21 traceable.
22     So it's possible materials can get
23 from one place to another depending on how much
24 material is there, and when a metal hip begins

Page 60

1  to wear, you find the particulate every where,
2  in fact the whole joint area becomes blackened,
3  so that the numbers of particles are in the
4  millions. Similar kinds of things can happen
5  with particles in other areas, and it becomes an
6  understanding of macrophages, macrophage biology
7  as to how these particles are handled locally
8  and distally.
9      Q.  And were you referring to the paper
10 you published back in about 1990 regarding
11 implants and migration of --
12     A.  Of particulate, yeah. I've been
13 studying tissues and material, foreign materials
14 and tissues a long time.
15     Q.  And what you wrote on in 1990 was that
16 those particles moved around the body quite a
17 bit?
18     A.  That's true.
19     Q.  Lay person's language.
20     If I understand what you said with
21 regard to my original question, I believe you
22 indicated that you thought it was unlikely that
23 the talc particles could have been inhaled and
24 ended up in Ms. Blaes's ovaries, but you can't

Page 61

1  rule that out, is that accurate?
2      A.  That's correct. What happens is that
3  as materials come in, and if, for example, in
4  the lung, inhaled materials come into the lung,
5  if they get into the lymphatics they go to
6  regional lymph nodes. So that if you look at a
7  patient's lung that lived in the city or was a
8  smoker, you'd see a lot of black material in
9  their lung tissue, but more importantly you see
10 it in large amounts in their lymph nodes that
11 drain the lung in the chest.
12     We've been finding the same sort of
13 thing in the perineum. If you really want to
14 see the area where there's most talc, if you
15 have lymph nodes on the case, it's more likely
16 than not that you'll find more in the lymph
17 nodes than you'll find in the other tissues,
18 that's because that's the pathway the particles
19 normally take to ultimately reach a site.
20     Depending -- the length of time they
21 can spend in any area really isn't known, but
22 that's the kind of information we'd like to come
23 up with if there's some way we can do that.
24     Q.  Can you rule out ingestion as the

16 (Pages 58 to 61)

Confidential - John J. Godleski, M.D.

Page 62

1    explanation for the particles of talc that you
2    claim to have found?
3        A.    Again, ingestion often depends on the
4    size as to whether it can cross the gut to get
5    into the body.  From the perspective of the
6    lung, we know, for example, that particles that
7    don't go into the lymph nodes, one of the major
8    routes of clearance is what we call mucociliary
9    clearance, and those particles that come up the
10   mucociliary escalator of the lung and bronchi
11   are then swallowed and can be found in the GI
12   tract.
13       A colleague of mine, Wolfgang
14   Kreyling, has really made a career of tracing
15   the clearance of particles throughout the body,
16   and what he finds is that, for example,
17   particles directly deposited in the lung, he'll
18   find a lot of them in the feces.  But you would
19   expect that particles crossing from the feces go
20   in through the liver, and then are stopped in
21   the liver.  In fact, you don't get much in the
22   liver of particles that are cleared out of the
23   lung and go down.  Solubilized material you'll
24   find more frequently in the liver.  But

Page 63

1    insoluble particulate usually will go out
2    through the feces.
3        So it depends on the material to a
4    great extent, but for the most part what goes
5    down through the GI tract doesn't necessarily
6    circulate very well if it's in the form of an
7    insoluble particulate.
8        Q.    Going back to my question, though, you
9    can't rule out ingestion as a possible way that
10   the talc particles that you indicate you found
11   got into her body?
12       A.    No, but I would put it very unlikely.
13       Q.    Certainly you'd agree that it's
14   possible to ingest talc particles from food,
15   drink, or medicines, correct?
16       A.    Yes.
17       Q.    Or even the air, correct?
18       A.    Yeah.
19       Q.    Talc is in a lot of materials?
20       A.    Yes.  We have to be very careful when
21   we're wanting to study talc that we have no
22   contamination from the environment.
23       Q.    Now, when we talk about the particles,
24   as you've been discussing, migrating to

Page 64

1    different parts of the body, is the fact that
2    perineal application at least is close to entry
3    point for the ovaries?  Is that one of the
4    reasons why you believe that that is evidence of
5    a relationship?
6        A.    That's -- well, the main reason that
7    there's a relationship is that it's been
8    studied, and there's been a dose-response
9    relationship established between talc use and
10   development of ovarian cancer.  And it's
11   perineal talc use, not any talc use, that would
12   involve inhalation or other routes.
13       Q.    And you're referring to Dr. Kramer's
14   work?
15       A.    Dr. Kramer's work.
16       Q.    Anybody else you point to who has come
17   to the same conclusion?
18       A.    Yeah, there are several papers.
19   Chang, Hess.  A number of those -- of papers
20   that have come to that conclusion.
21       Q.    And there are a number of papers and
22   institutions who have come to a different
23   conclusion, correct?
24       A.    Not many.

Page 65

1        Q.    Okay.  We can talk about that.
2        Are you aware, Dr. Godleski, that
3    condom manufacturers coated their products with
4    talc for a number of years?
5        A.    Yes.
6        Q.    Do you know whether Mr. and Mrs. Blaes
7    ever used condoms during their marriage?
8        A.    No.
9        Q.    You don't know one way or the other?
10       A.    Don't know.
11       Q.    Wouldn't that be significant to you as
12   far as providing an opinion that your finding
13   talc particles, in your opinion, was evidence to
14   support causation in this case?
15       A.    Well, there's also the issue of
16   whether use of -- the perineal use of talc can
17   be moved further into the vagina with sexual
18   intercourse.
19       Q.    And I'm focused on the talc on the
20   condoms now.  Don't you think it's important to
21   know whether or not Mr. or Mrs. Blaes utilized
22   condoms during their marriage in terms of
23   identifying where the talc that you indicate you
24   found came from?

17  (Pages 62 to 65)

Confidential - John J. Godleski, M.D.

Page 66

1    A.   It's potentially another source.
2    Q.   And certainly since you don't know
3   when this talc was deposited in Ms. Blaes's
4   ovarian tissue, you could not rule out condom
5   use as a source for the talc that you indicate
6   you found, correct?
7    A.   It could contribute.
8    Q.   And has anyone indicated to you that
9   Mr. Blaes testified that he and his wife used
10   condoms for 25 years?
11    A.   No, I don't -- I'm not aware of that.
12    Q.   And as we've been discussing for the
13   last few minutes, you really can't tell from
14   what you saw where the talc that you identified
15   came from, correct?
16        You don't like that question.  Let me
17   try again, okay?
18    A.   Okay.
19    Q.   No problem.
20        We've talked about the fact that you
21   can't rule out inhalation, ingestion, or condom
22   use as a source for the talc particles you've
23   seen, correct?
24    A.   Well, we've said that

Page 67

1   inhalation/ingestion are very unlikely.  The
2   fact that there's condom use that may have talc
3   on the condom may contribute, I can't rule that
4   out as a possibility.
5    Q.   We've been going for about an hour and
6   25 minutes or so.  Why don't we take a brief
7   break and stretch our legs, and then come back
8   and talk some more, okay?
9    A.   Okay.
10        (Whereupon, a recess was taken from
11        10:24 a.m. to 10:31 a.m.)
12   BY MR. FERGUSON:
13    Q.   Dr. Godleski, we've taken a break.
14   Are you ready to proceed?
15    A.   Yes.
16    Q.   You talked earlier about the fact that
17   on occasion, even though you're not a
18   gynecologic pathologist, you are asked to look
19   at ovarian tissue, correct?
20    A.   Yes.
21    Q.   Fair to say that your -- that you
22   would be called in in the situation where you
23   were looking for certain particulate matter with
24   regard to the ovary?

Page 68

1    A.   Yes, that's correct.
2    Q.   You're not an immunologist, correct?
3    A.   No.
4    Q.   Have you ever published any papers on
5   immunology?
6    A.   Well, immunology is a big field.  I've
7   done a lot of papers on macrophage biology, and
8   macrophages are part of immunologic response, so
9   from that perspective you could say I've
10   published on immunology.
11    Q.   Okay.  And we can probably find those
12   if we look at your CV?
13    A.   Yep.
14    Q.   Do you know offhand which ones they
15   are so I don't have to look through them all?
16    A.   There's probably 20 or 30 there.
17    Q.   Okay.  20 or 30 on macrophage biology?
18    A.   Yes.
19    Q.   You made reference a couple of times,
20   Dr. Godleski, to an article that you co-authored
21   with Dr. Cramer in 2007.  I'll mark that as
22   Exhibit 15 to your deposition.
23
24

Page 69

1        (Whereupon, Godleski Exhibit Number
2        15, Cramer, et al article titled
3        Presence of Talc in Pelvic Lymph Nodes
4        of a Woman With Ovarian Cancer and
5        Long-term Genital Exposure to Cosmetic
6        Talc, was marked for identification.)
7   BY MR. FERGUSON:
8    Q.   We'll just talk a little bit about
9   that.
10    A.   Okay.
11    Q.   Now, this is the paper that you were a
12   co-author with Dr. Cramer on that has to do with
13   a case report, correct?
14    A.   That's correct.
15    Q.   In the first paragraph after the
16   abstract you indicate that the "epidemiologic
17   association between the use of cosmetic talc and
18   genital hygiene and ovarian cancer was first
19   described in 1982," correct?
20    A.   That's correct.
21    Q.   And the 1982 article you're referring
22   to is an article by Dr. Cramer, correct?
23    A.   That's correct.
24    Q.   And then that sentence goes on to say,

18  (Pages 66 to 69)

Confidential - John J. Godleski, M.D.

Page 70

1    "and many subsequent studies found talc use to
2    increase risk for ovarian cancer." Correct?
3        A.   Yes.
4        Q.   And then there's a citation, a
5    footnote to that.  If we look back at the last
6    page with the footnote, that cites to one
7    article, which is a 1999 article by Dr. Cramer
8    as lead author, right?
9        A.   Yes.
10       Q.   So fair to say at least in this case
11   report the citation for many subsequent studies
12   finding talc use to increase risk for ovarian
13   cancer is one article, right?  I'm not saying
14   that's all, but that's all you've cited to here?
15       A.   That's correct.
16       Q.   Now, continuing in that paragraph
17   after the sentence we just talked about says
18   "However, the causality of the relationship has
19   been challenged for several reasons," correct?
20       A.   That's correct.
21       Q.   And then the first reason why this has
22   been challenged, according to your article, is
23   "the association is a relatively weak one."
24   Correct?

Page 71

1        A.   That's correct.
2        Q.   Okay.  It says "summary relative risk
3    of approximately 1.3," correct?
4        A.   Mm-hmm.
5        Q.   Yes?
6        A.   Yes.
7        Q.   And you would agree that's a
8    relatively weak association, right?
9        A.   Relative risk of 1.3 is significant,
10   but it is relatively weak, as it says here.
11       Q.   Then the second reason stated in your
12   article as to why the causality of this
13   relationship has been challenged is that "no
14   clear increase in risk with duration of use has
15   been found in most studies," correct?
16       A.   That's what it says.
17       Q.   Okay.  And when you say that's what it
18   says, that's what you said as co-author to this
19   case report, right?
20       A.   Yes.
21       Q.   And then the third reason why the
22   causality has been challenged, according to your
23   article, is that "the ability of talc used in
24   the genital area to enter the pelvic cavity has

Page 72

1    not been conclusively proven," correct?
2        A.   That's correct.
3        Q.   And you would still agree with that,
4    correct?
5        A.   Well, it's something we're still
6    working on.
7        Q.   Look at page, it's the second page of
8    the article, Page 499, you indicate that "X-ray
9    spectroscopy showed a magnesium and silicon
10   signature - compatible with talc," correct?
11       A.   That's correct.
12       Q.   Tell me about that, tell me about what
13   this -- this little spectrum below, tell me what
14   that is.  It's Exhibit -- Figure 2-B.  Explain
15   what that is to me, please.
16       A.   Well, it's an x-ray spectrum.  And
17   what one does is you essentially focus the beam
18   on the particle.  And although the beam is
19   fairly tight, it's not completely, so that you
20   get a little bit of the material around it, so
21   that you get a carbon signal, as you can see in
22   this spectra, the first peak is labeled C, and
23   that's coming from the tissue itself.  And then
24   the next is oxygen, and talc being a magnesium

Page 73

1    silicate it includes some oxygen.  And then you
2    look at the relationship of magnesium and
3    silica, and you can see that it's -- this
4    relationship is what you would expect to see
5    with talc, this has been reported many times,
6    and this is what we look for.
7            It turns out that there's also a
8    slight signal of iron and aluminum in this -- in
9    this spectrum, it's very small.  That can be
10   from surrounding material or some contamination
11   of the talc.
12       Q.   Could iron be endogenous?
13       A.   The iron could certainly be
14   endogenous.
15       Q.   So in order to determine that this is
16   compatible with calc, you look at the spectrum,
17   and you look at the ratio between the silica and
18   the magnesium, correct?
19       A.   That's correct.
20       Q.   All right.  And in this case -- and
21   it's not marked, but just in looking at it, it
22   looks like about 12 to 9, would you agree with
23   that, silicon to magnesium?
24       A.   Yes, roughly so.

19 (Pages 70 to 73)

Confidential - John J. Godleski, M.D.

Page 74

1    Q.   And the ratio, if we do the math,
2 which, of course, I had to do on an iPhone or
3 something of 12 to 9, that's a ratio of 1.33,
4 correct?
5    A.   Okay.
6    Q.   And so that ratio is what you're
7 indicating is consistent with talc, correct?
8    A.   Yes.
9    Q.   So if that ratio were, say, 1 to 1,
10 that would not be compatible with talc, right?
11    A.   Less likely.
12    Q.   Under the section called "Comment" on
13 Page 499, it says "Talc is a hydrous magnesium
14 silicate chemically similar to asbestos but
15 structurally quite different," correct?
16    A.   That's correct.
17    Q.   And certainly you wrote that and agree
18 with it, that talc is structurally quite
19 different from asbestos?
20    A.   Yes.
21    Q.   In this article you also cite to a
22 paper by Heller, Et Al on Page 500, correct?
23    A.   Yes.
24    Q.   And do you recall, maybe not word for

Page 75

1 word, but generally the Heller article?
2    A.   Not at this point.
3    Q.   All right.  But what you all wrote
4 here was that in the Heller paper, they actually
5 evaluated the potential for talc to migrate into
6 the pelvis, correct?
7    A.   Yes.
8    Q.   "By electron microscopy, tissues from
9 5 of 12 women who regularly used talc and 6 of
10 12 who had not were found to have particles
11 consistent with talc," correct?
12    A.   That's correct.
13    Q.   And you state in here that the
14 investigators from the Heller paper "concluded
15 that talc can be found in ovaries but this does
16 not correlate with genital talc use," correct?
17    A.   That's what they concluded.
18    Q.   And, in fact, if we look at their
19 findings, the specific numbers, there was a
20 higher proportion of women who had not regularly
21 used talc who were found to have particles
22 consistent with talc as opposed to women -- let
23 me start over again.  I didn't do that well.
24        5 out of 12 women who regularly used

Page 76

1 talc were found to have particles consistent
2 with talc, correct, in their study?
3    A.   That's correct.
4    Q.   And of the 12 women who did not use
5 talc, there was -- there were more women that
6 did not use talc?
7    A.   There were 6.
8    Q.   There were 6.
9    A.   So it's roughly 50 percent in both.
10    Q.   So at least in their study, clearly
11 women who had not regularly used talc were found
12 to have talc particles, or particles consistent
13 with talc?
14    A.   That's what they found.
15    Q.   And as we've talked about, there are
16 other sources of talc in the ovaries other than
17 perineal application, correct?
18    A.   Yes.
19    Q.   And, in fact, another point of the
20 Heller article is none of these women had
21 ovarian or any other cancer, correct?
22    A.   That's correct.
23    Q.   So again, we had women who were found
24 to have talc in the ovaries, but did not have

Page 77

1 ovarian or any other cancer, right?
2    A.   That's correct.
3    Q.   Okay.  And then back to -- away from
4 the Heller study, back to the statements made by
5 you and your colleagues who wrote this, on
6 Page 500 in the second -- first full paragraph
7 on the second column, you say "Also we are not
8 claiming that a causal relationship between
9 ovarian cancer and talc use is proven for this
10 case or in general," correct?
11    A.   Well, for one case you can't make that
12 claim and expect to get it published.
13    Q.   And it says "we are not claiming that
14 a causal relationship between ovarian cancer and
15 talc use is proven for this case," correct, but
16 it also says a causal relationship between
17 ovarian cancer and talc use has not been proven
18 in general, correct?
19    A.   That's what it says.
20    Q.   And again, you were an author, I
21 assume you had input into this article, correct?
22    A.   Yes.
23    Q.   And then the next sentence indicates
24 that "case reports cannot establish causality,"

20  (Pages 74 to 77)

Confidential - John J. Godleski, M.D.

Page 78

1 and that's a basic assertion, correct?
2     A.   Yes.
3     Q.   You'd agree with that?
4     A.   Yes.
5     Q.   Let me, while I'm thinking about it,
6 let me skip over to --
7         MR. SMITH:  Can I make a real quick
8 call?
9         MR. FERGUSON:  No problem.
10        MR. SMITH:  Take two seconds.
11        MR. FERGUSON:  No problem.  Take your
12 time.  I'm moving to a different area.
13        (Whereupon, a recess was taken from
14        10:46 a.m. to 10:50 a.m.)
15 BY MR. FERGUSON:
16    Q.   Doctor, a couple more questions on
17 this 2007 article.  Again on Page 500 in the
18 same -- in that paragraph we referred to, the
19 first full paragraph in the column on the right,
20 it says that "it is necessary to establish in a
21 quantitative manner the likelihood of finding
22 talc in lymph nodes of women with ovarian cancer
23 and correlate this by whether they did or did
24 not use talc."

Page 79

1         That's what it says, right?
2     A.   Yes.
3     Q.   Is that, trying to establish that, is
4 that the purpose of your current work that
5 you're doing in these cases, these matters?
6     A.   Yeah, some of it.  Actually the person
7 that started that study left, and then somebody
8 else picked it up and then didn't finish it
9 either, and it sort of left not finished.
10    Q.   And this research started in 2007?
11    A.   It happens.
12    Q.   So it's been going on for eight or so
13 years?
14    A.   Well, not continuously, by any means.
15    Q.   Off and on for eight years, correct?
16    A.   Yes.
17    Q.   Have you or your lab been able to get
18 funding from any source to support this research
19 for the last eight years?
20    A.   No, we haven't really tried.  We've
21 had good funding in other areas, and so that
22 it's not been a direction that we've gone.
23 Although we did apply for one local grant for
24 it, and it had actually outstanding scores, but

Page 80

1 the people funding it felt it wasn't in the area
2 that they were -- that there was interest, so
3 that --
4     Q.   Okay.  Let's look at Exhibit 3,
5 please, which is your report in this case.  I'm
6 going to come back to this in more detail, but I
7 want to -- as we're talking about the spectrum
8 from that article, I want to take a look at
9 that.  Look at Page 3, the third page, of your
10 report.
11        Are you with me?
12    A.   Yes.
13    Q.   Okay.  And toward the bottom of the
14 page there's Figure 5, which is an EDX spectrum
15 of what you've identified as a talc particle of
16 magnesium, silicon, and oxygen, correct?
17    A.   Mm-hmm.
18    Q.   And one thing I'm a little confused
19 about, is this sometimes called EDS and
20 sometimes EDX?  Is it the same thing?
21    A.   Same thing.
22    Q.   Okay.  I thought so.
23        So you refer to the fact that Figure
24 4, just above the one we were talking about, is

Page 81

1 one of six what you call talc particles found in
2 Ms. Blaes's ovarian tissue, correct?
3     A.   That's correct.
4     Q.   And Figure 5 is the EDX spectrum
5 regarding that, right?
6     A.   Mm-hmm.
7     Q.   And under the little caption under
8 Figure 5 it says "The ratio of magnesium to
9 silicon is the ratio expected with talc,"
10 correct?
11    A.   That's correct.
12    Q.   If you look at the little box in the
13 upper right-hand side of the spectrum, that
14 actually gives the readout of where it's
15 silicon -- where oxygen is, as well as silicon
16 and magnesium, correct?
17    A.   Mm-hmm.
18    Q.   Right?  Is that a yes?
19    A.   Yes.
20    Q.   Just, sorry, I don't mean to be rude,
21 just make sure we get it for the record.
22        Now, if we look at the silicon to
23 magnesium ratio there, it would essentially be
24 1-to-1, 11.2 and 10.7, correct?

21 (Pages 78 to 81)

Confidential - John J. Godleski, M.D.

Page 82

1    A.   That's correct.
2    Q.   And again expressed as silicon to
3 magnesium, that's about 1.04.  Does that sound
4 about right?
5    A.   Well, let's stop for a minute.
6    Q.   Okay.
7    A.   What you did previously was to
8 essentially look at the counts and make that
9 distinction.  The box over here, what that does
10 is takes into account the molecular weight of
11 the element, and so it's giving you a weight
12 percentage of what's there.  And so that's why
13 it's not going to be the same as what you were
14 quoting previously.
15    Q.   Okay.  And explain that to me again.
16 Is this by weight percentage?
17    A.   One is by -- if you just look at the
18 graph and you look at counts, you'll see that
19 we're sort of like 11 to 8.  But once you
20 calculate that up, and the software does this,
21 and it takes into account the fact that we have
22 oxygen there as well as other elements, and it
23 gives you the balance, and gives you the weight
24 percentage of each of those.  And so with that,

Page 83

1 you know, those are going to be what you're
2 going to expect to find in this.
3    So that whether you look at the ratio
4 of counts or the weight ratio, you're going to
5 get two different numbers, but they're still
6 going to be within what you would expect to find
7 for talc.
8    Q.   Okay.  And so --
9    A.   If that's where you were going.
10    Q.   I seldom know where I'm going.
11    So when you're talking about weight,
12 I'm sure I'll get my terminology wrong, is that
13 atomic weight?
14    A.   It takes into account the weight of
15 the element.
16    Q.   And if we're looking at the weight of
17 the elements in a silicon to magnesium ratio, do
18 you believe that this EDX spectrum is consistent
19 with the signature -- is consistent with talc?
20    A.   Yes.
21    Q.   And when you talk about what is the --
22 what is consistent with talc as far as what
23 you're reading on the spectrum, where do you
24 obtain that information?  Is there published

Page 84

1 information on what would be the
2 silicon/magnesium ratio or weight for talc?
3    A.   Yeah, a lot of publications.
4    Q.   Okay.  Give me some examples where I
5 might go look for that.  It's not a test.
6    A.   Almost any publication that is showing
7 talc will have that.  You can go to something
8 like the McCrone Atlas will have that
9 information, and you can go to -- essentially
10 any book on EDS or EDX will tell you how that --
11 and talc is often used as a example.
12    Q.   Have you ever heard of an organization
13 called International Center for Diffraction
14 Data?
15    A.   Not specifically, but I'm sure there's
16 such a place.
17    Q.   Okay.  Dr. Godleski, there have been a
18 number of epidemiological studies published
19 regarding this possible association between talc
20 and ovarian cancer, correct?
21    A.   That's correct.
22    Q.   And have you read this literature?
23    A.   Yes.
24    Q.   Have you read all the articles, or

Page 85

1 have you read some subset?
2    A.   I've read some at various times.
3    Q.   All right.
4    A.   I didn't re-read the literature to
5 prepare for this deposition.
6    Q.   And I'm not going to test you on that
7 literature, even if I could.
8    Can you recall which articles -- can
9 you just tell me which ones you can recall
10 having read?  We've talked about a couple of
11 Dr. Cramer's before.
12    A.   I've read Dr. Cramer's work.  There's
13 an article by Dr. Hess in 2010.  There's another
14 article, the name of the first author escapes
15 me, but it's a co -- it's a study in
16 Los Angeles, California-based.  And so there
17 have been studies geographically in different
18 parts of the country, and I think those are
19 three examples where Cramer's population is in
20 this area, whereas I believe Hess's population
21 was in Pennsylvania, and the third population is
22 in Los Angeles, and these studies all found very
23 similar findings.
24    Q.   In looking at your report, which is

22  (Pages 82 to 85)

Confidential - John J. Godleski, M.D.

Page 86

1   Exhibit 3 we've been talking about, is it
2   accurate to say that all the opinions that you
3   would be expressing in this case at the time of
4   trial would be included in this report from your
5   standpoint?
6       A.   I believe so.
7       Q.   And go to the last sentence again that
8   we've made reference to before where you say
9   that "to a reasonable degree of medical
10  certainty the talc found in this case is
11  evidence for a causal link between the presence
12  of talc and the development of this patient's
13  ovarian cancer," correct?
14      A.   That's correct.
15      Q.   Do you have an opinion one way or the
16  other as to whether there is, in fact, a causal
17  link between the presence of talc and the
18  development of this patient's ovarian cancer?
19      A.   Yes.
20      Q.   And what's that opinion?
21      A.   That finding the talc in the tissues
22  of this patient supports the concept that this
23  has an etiologic role in the development of the
24  patient's cancer.

Page 87

1       Q.   Because it's there, it has a role in
2   the cause?
3       A.   Well, because there's a body of
4   knowledge that asserts that there's a strong
5   association, and in this particular patient we
6   find that there is talc present in the lesional
7   tissue.
8       Q.   And the reason for my question is
9   you're saying here that finding talc is evidence
10  for a causal link, and it seems to me that's
11  different than saying there's a causal link.  Am
12  I misreading the report?
13      A.   I guess I'm missing the nuance of what
14  you're trying to get at here.
15      Q.   Your opinion that there is a causal
16  link has to depend not only on the fact there
17  was talc present, in your opinion, but on the
18  epidemiological data, correct?
19      A.   That's correct.
20      Q.   And understanding you're not an
21  epidemiologist, is it fair to say you would
22  defer on the epidemiological data to the authors
23  of those studies, including Dr. Cramer?
24      A.   That's correct.

Page 88

1       Q.   I want to walk you through the report
2   now so I make sure that I understand what you
3   said.  And I'm going to kind of skip over the
4   first paragraph which talks about your
5   experience, which we've already talked about to
6   some degree.  After I say that, let me bring up
7   a thing or two.
8           In the fourth line from the bottom of
9   the first paragraph of your report, it says "I
10  am the pathologist providing the final opinion
11  on difficult diagnostic cases of lung disease
12  within our department."  Correct?
13      A.   That's correct.
14      Q.   But I think as we talked about
15  earlier, you're not the pathologist providing
16  the final opinion on difficult diagnostic cases
17  of ovarian cancer within your department,
18  correct?
19      A.   That's correct.  And that sentence
20  continues and says "and I am a recognized expert
21  whose opinion is sought by pathologists from
22  other hospitals in the diagnosis of foreign
23  material in tissues throughout the body using
24  scanning electron microscopy and energy

Page 89

1   dispersive x-ray analyses."
2       Q.   Looking at the second paragraph on
3   Page 1, you say "you've reviewed the
4   histopathological slides in the case of
5   Ms. Shaun Blaes obtained from St. Mary's,
6   correct?
7       A.   That's correct.
8       Q.   And you cite there were 32 slides
9   labeled, as you've indicated, "which included
10  slides of the left and right ovaries and
11  fallopian tubes, a peritoneal biopsy, uterus,
12  cervix, endometrium, possible myomas, surface
13  adhesions, omentum, appendix, spleen, and
14  perisplenic fat," correct?
15      A.   That's correct.
16      Q.   These slides came to you through the
17  sources that we've already talked about,
18  correct?
19      A.   That's correct.
20      Q.   To your understanding, were the slides
21  prepared at Mercy -- St. Mary's Health Center?
22      A.   Yes.
23      Q.   Fair to say that you do not know what
24  the normal laboratory protocols are at that

23  (Pages 86 to 89)

Confidential - John J. Godleski, M.D.

Page 90

1  hospital?
2      A.   That's correct.
3      Q.   Would you agree that histology
4  laboratories at hospitals generally are not
5  designed to keep simple, articulate contaminants
6  out of tissue slides?
7      A.   Absolutely.
8      Q.   And isn't it fairly common to find
9  particulate contaminate in normal
10  hospital-prepared slides?
11     A.   Yes.  But the question always is is
12  that particulate material within the plane of
13  the tissue, within the tissue, or is it above
14  the tissue, and there's no question that most
15  hospital-prepared slides will have particulate
16  material out of the plane of focus, and a lot of
17  it.  So that's why it can take as much as two
18  hours to study these cases in order to make sure
19  that any particle that I'm suggesting is a
20  particle of interest is in the plane of section,
21  is contiguous with the tissue, and indicative of
22  a particle that would be in the tissue as
23  opposed to some surface contamination from the
24  laboratory.

Page 91

1      Q.   You indicate in your report that these
2  slides were assessed by light microscopy.  And I
3  think I know what that is, but can you explain
4  what you mean by light microscopy?
5      A.   A light microscope simply has a light
6  bulb that shines from below usually, and you
7  look into the microscope and you see the tissue,
8  because it's stained, and cut at a thickness
9  that allows you to see individual cells, and so
10  you're looking into a simple microscope.
11     Q.   Kind of like the microscope I would
12  have had in my science kit back in the '60s,
13  although admittedly much better?
14     A.   Much better, but yes.
15     Q.   Same concept?
16     A.   Same concept.
17     Q.   And you used that light microscopy to
18  confirm the diagnosis of carcinoma as you've
19  discussed, right?
20     A.   That's correct.
21     Q.   And is that the kind of analysis that
22  typically the pathologist at the hospital would
23  do, a light microscopy?
24     A.   Yes.

Page 92

1      Q.   Why don't you go to the next page of
2  the report, and explain to me what Figure 1
3  shows.  You have a caption here, but why don't
4  you explain at that to me.  What are we looking
5  at here?
6      A.   Let me get something to write with.
7      Q.   No problem.
8      A.   This is tissue, and this is ovarian
9  stroma here.  This is the tumor, and there's
10  sort of nest of tumor all through here.
11     These dark blue blobs here are
12  calcifications.  And I commented before in this
13  deposition, and I comment in the report, is that
14  there are many calcifications within this tumor,
15  and in this area you can see them all very
16  clearly.  And so there's tumor, and as you look
17  at this tumor here it seems to be on the
18  surface, it also has some calcifications there.
19  Here it seems to be in a tissue space, and in
20  these locations it seems to be in a lymphatic.
21  You can see that this has -- is bounded by the
22  tissue, but these are -- when we look at this
23  under the microscope we would appreciate this to
24  be a lymphatic vessel.

Page 93

1      So in this one area of tumor, we have
2  the characteristics that include its papillary
3  configuration.  Its cells are typical of serous
4  carcinoma.  Although we don't show it well, as
5  you look at this you can see there's some cells
6  with larger nuclei, and almost a solid mass of
7  tumor.  That's what we would use to use the
8  distinction poorly differentiated.  And then
9  these are the papillary components shown right
10  here.
11     So this first picture of this
12  particular tumor shows a lot of its features in
13  one very small field.  But as you look through
14  slides of this, you see those features
15  repeatedly again and again and again.  And this
16  field was selected because it shows almost all
17  the features (indicating).
18     Q.   Okay.  And I'm going to -- I
19  appreciate that, and that helps me.  I'm going
20  to try -- since at times you were pointing to
21  things that won't show up on the record here,
22  let me just make sure that we've identified
23  that.
24     At the bottom of Figure 1, there's

Confidential - John J. Godleski, M.D.

Page 94

1  something that looks like kind of a diagonal
2  stripe.
3      A.   Yeah.
4      Q.   What is that again?
5      A.   That's what we would call ovarian
6  stroma, or ovarian tissue.  That's not the
7  tumor.
8      Q.   Okay.  And then you pointed to the
9  tumor, which would be the kind of --
10     A.   The darker material.  You have black
11 and white, I have a color.  It's sort of -- on
12 my color picture it's darker blue.  It's what we
13 call more hyperchromatic.
14         And then there are these very dark
15 blue dots that are scattered throughout around
16 the tissue, and those are the calcifications.
17     Q.   The calcifications are the dark blue?
18     A.   These really dark blue dots all
19 throughout here, and there's some up here, and
20 there's some over here in the tumor.  These are
21 calcifications (indicating).
22         And calcifications, and what are
23 sometimes termed psammoma bodies, are common
24 features of a serous carcinoma of the ovary.

Page 95

1      Q.   Tell us what psammoma bodies are,
2  please?
3      A.   Psammoma bodies are thought to be
4  tumor that undergoes necrosis that may outgrow
5  its blood supply, and sort of drop off and form
6  kind of a basophilic body where you can still
7  see remnants of cells within it.  And psammoma
8  bodies are sort of -- are often seen in the
9  tissue of ovarian cancer, as is calcification.
10 And actually psammoma bodies and calcifications
11 are part of the same spectrum, or thought to be
12 part of the same spectrum where a psammoma body
13 can eventually calcify.
14         So I guess if you were to define it,
15 it would be defined as debris from the tumor,
16 debris of cells of the tumor.
17     Q.   And this Figure 1, is that a photo
18 micrograph?
19     A.   Yes.
20     Q.   And how was that taken?  What type of
21 microscopy were you utilizing when you took
22 this?
23     A.   This was a light microscope where I
24 have a field at 20X with a 20X objective plus

Page 96

1  10, so it's usually about 200, it's 200X, and
2  I'm looking at this at that size.  I didn't put
3  a scale on this.  Sometimes I would put a scale
4  on this because I use the same microscope and
5  have photographed a measurement scale and I can
6  just relate the size of the pictures to it and
7  the magnification, but I don't have one here.
8  But I tell you that it's at 200X, which is using
9  the 20X objective plus 10 -- or times 10 for the
10 eyepiece objectives.
11     Q.   Any reason you didn't put a scale on
12 this one?
13     A.   No.
14     Q.   All right.  After reviewing under
15 light microscopy, did you move to polarized
16 light?
17     A.   That's correct.
18     Q.   And explain the polarized light
19 microscopy to us, please.
20     A.   Polarized light microscopy takes a
21 standard light microscope, and you usually turn
22 up the light a little brighter, and then you put
23 two sheets of basically a plastic material that
24 has its fibers lined up in a way that's going

Page 97

1  one direction, and you put this above the light
2  coming in, and then you have another below.  So
3  when you're looking at this, you can sort of
4  start with them like this, and all the light
5  comes through.  As you turn these, you get to a
6  point where very little light is coming through.
7  But when you're -- when you have it set so that
8  all the light is coming through in essentially a
9  straight path that's polarized, what will happen
10 is anything that is by refringent, like any
11 particle that is foreign, any particle that has
12 a different structure than tissue may show up as
13 a brighter light, as bright light or what we
14 call by refringence.
15         So that in this particular picture, we
16 have a couple of --
17     Q.   I'm sorry to interrupt.  You're
18 talking about Figure 2 now?
19     A.   We're talking about Figure 2.
20     Q.   Okay.  Go ahead.
21     A.   And in Figure 2 now, if we look at
22 this you can see all the nucleus -- all the
23 nuclei are in focus.  And as you look at the
24 material, the bright light material, you can see

Confidential - John J. Godleski, M.D.

Page 98

1  somewhat plate light material that is by
2  refringent here. Over here you see the same
3  sort of thing.
4      And in these smaller ones, you can see
5  that there are some cellular material around it.
6  In this one it doesn't have that characteristic
7  (indicating).
8      Q.  By "this one," I'm sorry --
9      A.  These are the two that we're trying to
10 illustrate here.
11     Q.  I apologize for interrupting, when you
12 were referring to "this," you were pointing to
13 the birefringent particle that's below the
14 arrow, correct?
15     A.  Right.
16     Q.  And then there's a smaller one above
17 the arrow?
18     A.  Well, actually there's three above the
19 arrow, and three below the arrow in this
20 particular field.
21     Q.  Okay.  I was clustering them, but
22 okay.  Fair enough.
23     A.  And this picture is at 400X, which
24 means I used the 40X objective on the microscope

Page 99

1  times 10 for the eyepiece, or the lens going to
2  the camera.
3      Q.  And what is the location of Figure 2?
4  Is it located within Figure 1?
5      A.  No.  They're actually from two
6  different slides.
7      Q.  Okay.
8      A.  Figure 1 is from slide 8716R, and this
9  is from slide 8716N.
10     Q.  Got you.
11     Okay.  And what is the significance of
12 the birefringent material that's pictured in
13 Figure 2; the fact that it's foreign material?
14     A.  It's foreign material.  It's in the
15 same plane of focus as the tissue, so what that
16 would mean is that this is not laid on top of
17 the tissue, that it is in -- it is within the
18 tissue to start with.
19     The other thing is that it's actually
20 within a tissue space.  It's not out on the
21 surface.
22     And then the other thing is that in
23 looking carefully at the upper particulates,
24 they look like they have a bit of tissue

Page 100

1  surrounding them.  So it's not really tissue,
2  it's probably fibrin.  But there's some pink
3  material around it.  I realize this is kind of a
4  dark picture, but I think you can appreciate --
5  you may not appreciate that in your black and
6  white picture.  But in this picture you can see
7  that there's a little bit of red around the
8  edges of those particles.  These do not have
9  any.
10     Q.  Okay.  And when you say there's a
11 little bit of red around those particles, you're
12 talking about the ones that are --
13     A.  Uppers one.
14     Q.  The upper arrow?
15     A.  The upper arrow pointing to them.
16     Q.  And the ones that don't are below?
17     A.  Are below.
18     Q.  What, again, is the significance of
19 that red in the part above the arrow?
20     A.  Well, I think the significance of the
21 red here is that, in fact, there's tissue, some
22 tissue reaction to this particle that it's
23 coated with -- it may be just coated with
24 fibrin, or it may be coated with some protein

Page 101

1  secretion from the tumor.  But the fact is that
2  it's definitely not added extraneously in a
3  laboratory.  This was part of the tissue as it
4  came from the patient.
5      Q.  And again, as we talked about earlier,
6  you can't say when this material got into
7  Ms. Blaes's body?
8      A.  No.
9      Q.  All right.  After doing the polarized
10 light microscopy, what did you do next?
11     A.  Well, next I asked for the blocks.
12     Q.  Okay.
13     A.  And after doing this study of all the
14 slides, I thought the ones that had the most
15 convincing talc or most convincing foreign
16 material by polarized light studies were blocks
17 M, N, O, and P.  And so we asked for those
18 blocks, and, in fact, they gave us all the
19 blocks.
20     Sometimes, rather than just trying to
21 figure out which block you want, they send them
22 all to you.  Sometimes they give you one block
23 as if it were a piece of gold, a large piece of
24 gold.  So in this case we received blocks.

Confidential - John J. Godleski, M.D.

Page 102

1    Q.   So what you indicated is that you
2  requested the blocks that had what you described
3  as the most convincing talc or foreign material
4  in them based on your light microscopy?
5    A.   Yes.
6    Q.   And once you obtained the blocks, why
7  don't you, in as much detail as you can just so
8  I understand it, tell me what you did upon
9  receipt of the tissue blocks, and how you get
10  them prepared for SEM, etcetera.
11    A.   Okay.  I'm going to give you some
12  historical background here.
13    Q.   Good.
14    A.   In the paper that we published in the
15  Berg case, we cut the -- we cut sections and
16  placed them onto carbon disks.  This is an
17  accepted way to do this.  This was the way that
18  I learned from John Shelburne to do this, and
19  others have done this in the past.  And this is
20  the way we did it.
21         When we transferred those disks to the
22  defense in the Berg case, they were -- it was
23  important to manage those very carefully because
24  it was a thin slice, and some of them started to

Page 103

1  lift off, and there was a lot of contention that
2  it could not be maintained, that these were
3  uninterpretable.  And this is fine for
4  laboratory work, but we found that these carbon
5  disks don't hold the tissue all that well, and
6  that they do tend to come up, and it's a
7  problem.  So we've used glue and other things in
8  the past.
9         There have been in recent years some
10  new approaches to this, and the new approach is
11  that what you do, rather than taking a slice off
12  of the block and transferring it to a carbon
13  disk, you can't put it on a slide because the
14  slide has silicon and glass and then you would
15  get -- you might get the signal from that, so
16  that's why it was always put on carbon.
17         But the new approach has been to take
18  a whole block and put it in the scanning
19  electron microscope.  Now, why you couldn't do
20  this in the past is because if you put it into a
21  conventional scanning electron microscope, the
22  temperature would rise in the specimen chamber,
23  you would vaporize with the beam the paraffin
24  and essentially contaminate your microscope.  So

Page 104

1  people didn't want to do this.  This was not an
2  accepted technique.
3         But in the end of the last century,
4  there were some developments in scanning
5  electron microscopy that came about, and one of
6  them was the development of a microscope called
7  an environmental scanning electron microscope,
8  and what this allowed you to do was not only to
9  put a paraffin block in there, but you could put
10  wet tissue into a scanning electron microscope,
11  and this had a differential system of pressure
12  that allowed you to pressurize the specimen
13  chamber so that it wasn't -- you could keep a
14  wet specimen in there, because before this it
15  was unheard of.  You also didn't need to coat
16  the specimen because you could change the
17  pressure, lower -- and raise the pressure in the
18  specimen chamber while keeping the electron beam
19  under vacuum.  So this was a big advance.  And
20  environmental scanning EM was very expensive
21  because it had all these advances.
22         A number of companies, in fact almost
23  all the scanning electron microscopy companies,
24  came out with a device that wasn't quite the

Page 105

1  environmental SEM, but was better, and allowed
2  you to do this kind of thing, and that was
3  called a variable pressure scanning EM.  The
4  microscope that we have in our lab has this
5  variable pressure capability, and so instead of
6  doing it the way we did it before where we took
7  the tissue, put it on the carbon disk, and
8  essentially melted the paraffin out of it and
9  used it, we could do away with that step so it
10  didn't have to go back to the laboratory, we
11  could handle it all ourself in the lab.
12         And so what we do is we take the
13  block, we have a cleaned area, we have a cleaned
14  microtome, we put in a new clean blade, and we
15  take a couple of cuts off the surface of the
16  block.  That gets rid of any contamination that
17  previously might have been added to the tissue,
18  and we're only into the block.
19         Now, by cutting fresh sections we've
20  also exposed new tissue, and so we can then put
21  this on to a chalk that holds it and put it
22  directly into our scanning electron microscope.
23  So now we're taking the paraffin blocks and
24  putting it in, so a lawyer doesn't have to come

27 (Pages 102 to 105)

Confidential - John J. Godleski, M.D.

Page 106

1 from Texas, or wherever, to come and take the
2 specimens from my hands to her hands to make
3 sure that these are handled properly, and still
4 not be, but now we have the whole block.
5         And so all we do is after we've done
6 the studies in the microscope, we put it back in
7 a sealed container and we can hand it to you,
8 you can give it to your expert, you can put --
9 your expert can put it in the microscope himself
10 if he has a variable pressure electron
11 microscope and do these studies, or confirm our
12 studies, or just look at our data, whatever he
13 wants to do.
14     Q.   Okay.  Let me ask you -- that may be a
15 new record for longest answer to a question I've
16 ever asked in a deposition, but I appreciate it.
17     A.   But it was all relevant.
18     Q.   I understand.  I'm not complaining
19 about it.
20     A.   Okay.
21     Q.   Taking some of that, your procedure
22 and your process for reviewing this tissue was
23 different in the Blaes case than it was in the
24 Berg case, as you've described?

Page 107

1     A.   That's correct.
2     Q.   And is it correct -- do I understand
3 you correctly that that was done in order to
4 preserve the sample better, perhaps, than it was
5 done in Berg?
6     A.   Exactly.
7     Q.   Now, if we go back and we take this
8 case out of litigation, and we're in the
9 pathology department at a hospital, is there any
10 reason for the hospital and the doctors who are
11 treating Ms. Blaes to utilize a scanning
12 electron microscope in order to analyze this
13 tissue?
14     A.   Most hospitals don't have them.  Even
15 Brigham & Women's Hospital doesn't have its own
16 scanning electron microscope, they have a
17 transmission electron microscope that they use
18 in the pathology department.  But the scanning
19 electron microscope is in my lab, and so the
20 department uses it, or I use it for the
21 department.
22     Q.   Putting you in your position, what
23 reasons are there, if at all, if you're treating
24 a patient, the case is not in litigation,

Page 108

1 treating a patient, what reasons are there for
2 you using a scanning electron microscope in the
3 pathological analysis of patients' tissue in a
4 hospital setting?
5     A.   Patient has a foreign -- a bit of
6 foreign material in their breast, and they know
7 that there was a wire put in there clinically,
8 but they haven't been able to -- they found this
9 material and they took it out, it's still not
10 clear whether this is the wire that was put
11 there, and that's what they need to find.  They
12 give me that wire, and I can analyze it and say,
13 yes, this little bit of material that is now
14 broken up into little pieces is the wire that
15 you put there.  That's one example.  I can go on
16 with many more.  But there's reason to identify
17 foreign material in tissues.
18         Another instance, a patient has
19 granulomatous disease in a thoracic lymph node.
20 The granulomatous disease has a lot of what
21 looks like foreign material in it.  And the
22 question is does this patient have sarcoidosis
23 which typically has calcification, or did he get
24 exposed in his job and it's the job that's

Page 109

1 creating the granulomas, so maybe he should stop
2 doing that kind of work.  And so they ask me to
3 identify the material in the job.  Is it the
4 metals that he's involved in working with in his
5 job, or is this all calcium and this is just
6 another case of sarcoidosis, and we're chasing
7 -- this guy doesn't have to quit his job.
8         So I look at the tissue, I find --
9 almost all the particulate that I find in there
10 is calcium, and the granulomas with the calcium
11 are more likely sarcoidosis than a reaction to
12 any foreign material that he's getting in his
13 job.
14         These are the kinds of studies that we
15 do.  And people -- and other pathologists from
16 outside hospitals send me material for these
17 kinds of studies, we do it within the context of
18 our own hospital.
19     Q.   All right.
20     A.   And these are usually reported in the
21 clinical record as part of the pathology report,
22 and it's not -- and these are not for
23 litigation, these are for management of the
24 patient.

28  (Pages 106 to 109)

Confidential - John J. Godleski, M.D.

Page 110

1    Q.   Okay.  Again going back to the report,
2    you got -- all blocks were provided by St.
3    Mary's Health Center?
4    A.   Yes.
5    Q.   And then you say "For Study by SEM,
6    the blocks were used as described by Abraham and
7    Thackral" -- T-H-A-C-K-R-A-L -- "for assessment
8    of particulate materials in paraffin imbedded
9    tissue," correct?
10   A.   That's correct.
11   Q.   And the Abraham and Thackral paper
12   that's being described there had to do with
13   gadolinium, right?
14   A.   That's correct.  But it was a general
15   methodology for identifying material in tissue
16   using the paraffin block rather than a section
17   of the tissue.
18        As far as I know, I mean this has been
19   a technique that's been in development, that's,
20   as far as I know, the first publication that
21   used it as a clinical -- as part of a clinical
22   study.  And so we moved to this approach.
23   Q.   And you've moved to this approach, is
24   that the approach that's generally accepted for

Page 111

1    microscopists like yourself?
2    A.   Yes, if you have the variable pressure
3    SEM, that's the way you do it.
4    Q.   You mentioned earlier a
5    transmission -- a TEM, correct?
6    A.   Yes.
7    Q.   Do you all have that in your lab?
8    A.   Not anymore.  We had a microscope that
9    did electron energy loss microscopy and was a
10   high quality instrument, but it was a high
11   quality instrument in the '90s, not currently,
12   so we actually sold it back to Zyse a couple of
13   years ago when we renovated our lab.
14        And Harvard has a center for
15   microscopy over in Cambridge, and they have the
16   latest energy loss spectroscopy microscopes, so
17   if we have a reason to use it, we go there.
18        We've kept the SEM because it was the
19   -- and if we need routine transmission electron
20   microscopy, that's available in Brigham &
21   Women's Hospital pathology department.  So we
22   had no reason to continue it.
23        But the scanning EM, we're one of the
24   very few in the medical area, and I get requests

Page 112

1    from all over the medical area, people needing
2    scanning EM services, and this is one of the
3    things we do.  And we have the instrumentation.
4    Q.   Going on to the report, you indicate
5    "The blocks were received in a plastic Ziploc
6    bag," correct?
7    A.   Yes.
8    Q.   Who bagged them in the Ziploc bag?
9    Was that at St. Mary's?
10   A.   Yes.  And they're still in that Ziploc
11   bag.
12   Q.   Do you have any knowledge as to
13   whether talc was ever used in Ziploc bags?
14   A.   No.  Doesn't matter.
15   Q.   You said "the blocks were handled
16   using our standard protocol to assure no
17   contamination of the blocks in our laboratory."
18   Correct?
19   A.   Correct.
20   Q.   And then you go on to describe the
21   protocol.
22   A.   Yes.
23   Q.   "Handling the blocks are particle free
24   gloves" --

Page 113

1    A.   Yes.
2    Q.   -- "on pre-cleaned surfaces," right?
3    A.   Yes.
4    Q.   "And washing the blocks three times
5    with double filtered deionized water to remove
6    any impurities on the surface of the tissue,"
7    correct?
8    A.   That's correct.
9    Q.   Do you know if that water is
10   particulate-free?
11   A.   It absolutely is.
12   Q.   How do you know that?
13   A.   Because we filtered it, we look at it,
14   we look at a dried spot, you don't see anything.
15   Q.   And how small are the particulates
16   that the filtering system you all have -- could
17   particulates get through the filtering system,
18   in other words?
19   A.   Nanoparticles might, but anything that
20   would be visible from our use wouldn't.
21   Q.   "Then air drying the freshly washed
22   blocks in a covered container so that no air
23   particulate contaminates the washed section"?
24   A.   That's correct.

29  (Pages 110 to 113)

Confidential - John J. Godleski, M.D.

Page 114

1    Q.   Do you guys utilize a pressure hood to
2  do any of these actions, or a hood of any kind?
3    A.   For some of it.  We don't cut them in
4  a hood, but other than that, a lot of it is
5  handled in a hood.
6        So then the next is "the block is
7  sectioned to remove the previously exposed block
8  surface."
9    Q.   And you use a machine called a
10  microtome?
11    A.   That's correct.  And we usually -- the
12  microtome cuts anywhere from 4 to 7-micron
13  sections, and we usually take 2 or 3-micron
14  sections -- 7-micron sections off.
15    Q.   Okay.  And then you wash it again in
16  double filtered deionized water.  Then you note
17  "The sample is then sputter coated with Au."
18  That's gold, right?
19    A.   Yeah.
20    Q.   Can you explain why you do that?
21    A.   Well, there's two reasons.  One is
22  that it cuts down charging so that you don't get
23  a lot of reflection of electrons, but the fact
24  is the change in pressure of the microscope also

Page 115

1  allows you to get around that.
2        But the other thing is that once you
3  do this, and this is all in sealed and under
4  vacuum, if you then should happen to find a
5  particle on there that isn't coated with gold,
6  you know that's a contamination.  So even though
7  -- it's sort of the final check that anything
8  we're identifying is not part of any
9  contamination.  So just taking the block from
10  our sealed container and putting it into the
11  microscope, if for some reason out of the air
12  fell a talc particle, we would know it was a
13  contamination because it wouldn't be coated with
14  gold.  So it's just -- for us it's another step
15  to show that we're not dealing with
16  contamination.
17    Q.   And then you describe the equipment
18  that you utilized.  You talk about this Oxford
19  instrument software being Aztec 2.3?
20    A.   Yeah.
21    Q.   Is that the most updated software for
22  this instrument?
23    A.   Yeah.  We have our Zyse with the
24  variable pressure and Oxford system that we used

Page 116

1  in the Berg case.  This is -- this Hitachi
2  system has a field emission gun, which is a
3  better gun system.  And the Oxford system is
4  essentially the same, but it's newer, and it's
5  an updated model.  This instrument was just
6  purchased new this year.
7    Q.   And then you mentioned the backscatter
8  mode.  Tell us what that means.
9    A.   Okay.  There are several modes in the
10  electron -- in the scanning electron microscope
11  that you can use to get images, and the typical
12  scanning electron microscopy image is done in
13  what's called secondary electrons.  So the
14  electrons are bouncing off the surface, and
15  they're coming off at a certain angle, and you
16  have a detector that detects them in the
17  secondary electrons.
18        The backscattered electrons are
19  collected in another detector in the electron
20  microscope.  And what they do is if you're
21  looking at something that is all carbonaceous,
22  but you have a -- but you're trying to find a
23  particle, it works almost like polarized light
24  with a light microscope, because the particulate

Page 117

1  material, that's going to have some crystalline
2  as well as chemical structure that the
3  backscatter mode will detect, and so you end up
4  with an image that is quite dark with a really
5  bright spot that's the particle.  So it can
6  allow you to see the particles a whole lot
7  easier, and detect them, and allows you to work
8  a little faster.
9    Q.   And looking at Figure 4, it says "SEM
10  of talc particle in the tissue."  Tell us what
11  that is, other than what it already tells us.
12    A.   Okay.  In looking at this, this is a
13  particle that we see, it's in a space that very
14  well could be either a lymphatic space, it's
15  hard to tell on SEM, or it could be a tumor
16  space that's similar to what we're looking at in
17  Figure 2.  I can't be sure in looking at this,
18  but it's clearly a particle.  And then the
19  Figure 5 spectrum is the spectrum of the
20  particle in Figure 4.
21        And so that's why I can say it's a
22  talc particle, because we've done the spectrum
23  below and reported it below.
24    Q.   Which you indicated, based on your

30  (Pages 114 to 117)

Confidential - John J. Godleski, M.D.

Page 118

1    data, is consistent with talc?
2        A.   Yes.  So I've gone through and told
3    you how the microscope is set up for this.
4        Q.   Let me ask you, it's on Page 2 of your
5    report, and we referred to this before, I just
6    want to make sure I'm clear, it says "All blocks
7    were provided, but those studied included
8    S08-8716 M, N, O, and P," correct?
9        A.   That's correct.
10       Q.   Were those all of the blocks that were
11   studied?  It says the studies included those, I
12   just want to make sure those are all the --
13       A.   Actually, I believe only N and P were
14   studies with scanning EM.  You can see the
15   number of hours put into this.  And we find it,
16   you know, we quantify a block, and then you have
17   to say, you know, how many hours do you want to
18   put into this, how much do you want to find.
19   And finding what we found is, in our view, quite
20   significant, so we did not do more.
21       Q.   Looking at the last page of your
22   report, it says "In the study of blocks from
23   Ms. Blaes, a total of 368 particles were found
24   and analyzed," correct?

Page 119

1        A.   That's right.
2        Q.   And then you go on to talk about
3    tissues that may have carbonaceous material, or
4    sodium, phosphorus and calcium may be found, but
5    that those would be endogenous to the tissue in
6    this type of study?
7        A.   That's correct.  That goes back to
8    this -- especially this calcium that I'm showing
9    you that we can see in the light microscope, and
10   it's all over the place in the electron
11   microscope.  And so as we are doing these, we
12   can look at particles, but at the same time we
13   don't want to say, okay, I'm going to just
14   cherry-pick these particles because we think
15   that's what they ought to look like.  We're
16   looking at all the particles that come up.
17           And so in the areas that we've studied
18   here, we ended up with 368 particles, but since
19   we've analyzed them we can tell you what their
20   composition is, and of those, a lot of them are
21   really endogenous.  And so you can really
22   discard those, but at the same time it's part of
23   the work that we do, so, you know, we end up
24   reporting them.

Page 120

1        Q.   All right.  So you got 140 that had
2    elemental composition indicative of foreign
3    material, correct?
4        A.   That's right.
5        Q.   And tell me what you mean by elemental
6    composition indicative of foreign material?
7        A.   For example, silica, titanium,
8    aluminum, these are all more likely to be
9    foreign rather than endogenous.  And so if you
10   can get talc into the tissues, there's no reason
11   why you can't expect to have some dirt in there
12   as well.  I mean that's the way it is.  And
13   that's what we essentially find in every case,
14   that you have a certain number that we can
15   identify as talc, we have a certain number that
16   have other composition.
17       Q.   And with regard to the 140 foreign
18   particles, did you analyze what they were?
19       A.   Yep.
20       Q.   What were they?  You say a variety of
21   materials.
22       A.   They're all on here.  You can look at
23   them.
24       Q.   I can't wait.

Page 121

1        A.   Have fun.
2        Q.   Can you recall what types of materials
3    you identified from the foreign material?
4        A.   Yeah.  If it's aluminum and silicon,
5    it's not talc, but it's foreign material.  You
6    shouldn't have aluminum silicon particles in
7    your tissue unless it's coming from the outside.
8    And surprisingly, there's a lot of that in our
9    tissues.
10       Q.   A lot of materials coming from the
11   outside?
12       A.   There is materials coming from the
13   outside.
14       Q.   Again, through the means that we
15   talked about earlier, inhalation, right?
16       A.   Well, I think we're really
17   concentrating on perineal.
18       Q.   Okay.
19       A.   You go to the beach, you get sand in
20   your bathing suit, maybe that's where some of
21   it's coming from.
22       Q.   But you can get foreign materials
23   other than talc in your body through other
24   means, such as inhalation?

31 (Pages 118 to 121)

Confidential - John J. Godleski, M.D.

Page 122

1  A.  You can.
2  Q.  Ingestion?
3  A.  Yeah.
4  Q.  Actually you can even get it through
5  the skin, correct?
6  A.  Well, especially if you have openings
7  in the skin.
8  Q.  All right.  You said that 33 of these
9  particles were identified as having magnesium
10  and silicon in the proper ratio for
11  identification of talc, but with other elements
12  present, usually large amounts of calcium,
13  correct?
14  A.  Yes.
15  Q.  Did you identify what those were,
16  those particles were?
17  A.  They're all in here.  And I have
18  examples in the other thing that I provided to
19  you.
20  Q.  Why don't we pull that out.  Is that
21  what we're talking about?
22  A.  Yes.
23  Q.  Why don't you help me cross-reference
24  that now with that comment.

Page 123

1  A.  So this is Exhibit 5.  And in
2  Exhibit 5 I have just some of the preparative
3  steps laid out, and I have bigger pictures of
4  the block mount.  And then I have larger
5  pictures of some of the talc.  And so that I
6  have, actually, all six of the talc particles
7  that are in the tissue with pictures of them in
8  the context of the tissue, as well as the
9  spectrum.  And then I have some examples of the
10  magnesium silicate signal with other material.
11  And here's an example where we
12  actually have a lot of sodium chloride in the
13  field, and whether that is -- in that -- and so
14  we have a talc signal, but yet the sodium
15  chloride signal is very large.
16  Q.  Which figure?
17  A.  And there's also calcium and potassium
18  there.
19  Q.  Why don't you identify the figure
20  you're talking about, or the page from the
21  exhibit?
22  A.  It's not -- it's just with a heading
23  "strong magnesium signal/magnesium silicate
24  signal with sodium chloride."

Page 124

1  Q.  Okay.  Thanks.
2  A.  Okay.  And then here's another one
3  where we have, again, the magnesium silicate
4  signal that's again in the ratio, but we have
5  kind of an overwhelming calcium phosphorous
6  signal.
7  And then we have another one that
8  again has a magnesium/silicate signal that's
9  very weak, but there's a whole lot of other
10  things, including a big carbon signal, a big
11  iron signal, and others.  So we have a lot of
12  different things in here.
13  Then here's another one with a
14  relatively weak, but similar -- but appropriate
15  ratio signal of magnesium/silicate with a big
16  calcium phosphorous signal.
17  Q.  And that's the last page of that?
18  A.  That's the last page.
19  So we've identified those, so we have
20  our specific six particles that are talc alone,
21  we have all these other particles that have
22  various other components with them.  So what
23  this does is provide more examples.  And if you
24  want to see every one out of the 368, they're on

Page 125

1  the disk.
2  Q.  And with regard to the other foreign
3  materials other than what you identified as
4  talc, were you able to rule those out as
5  potential causes for Ms. Blaes's ovarian cancer?
6  A.  There's no known association for the
7  others.
8  Q.  And you referred a number of times --
9  we talked about earlier a little bit, I just
10  want to make sure I'm clear, you referred to six
11  of these particles identified as only having
12  magnesium, silicon, and oxygen in the
13  proportions expected with talc.  What are those
14  proportions?
15  A.  Well, it's in this range where by
16  weight it's like 11-to-10, and by count it's a
17  ratio of about 1-to-1.3.
18  Q.  1-to-1.3.
19  With regard to the 140 foreign
20  particles other than the talc, you obviously
21  don't specifically know how those got into her
22  body, correct?
23  A.  That's correct.
24  Q.  Then the next paragraph talks about

32  (Pages 122 to 125)

Confidential - John J. Godleski, M.D.

Page 126

1    the fact that this technique used here -- do you
2    need some more water or something?  Are you
3    okay?
4        A.   I'm okay.
5        Q.   We're probably going to break maybe in
6    ten minutes or so.
7        A.   Okay.
8        Q.   It says "The technique used here
9    examines an extremely small volume of tissue."
10   And you say "Comparable studies have been done
11   with asbestos fibers in tissue sections" --
12   citing to Roggli -- "and the finding of the one
13   fiber in a tissue section comparable to the
14   amount of tissue studied here would indicate at
15   least 100 fibers per gram of tissue which is
16   indicative of a substantial exposure."
17          I guess my question is, that 100
18   fibers per gram of tissue there is referring to
19   the Roggli study, correct?
20       A.   Yes.
21       Q.   Then you go on and say "If similar
22   approaches were applied to the findings of this
23   study" -- meaning the study you did of
24   Ms. Blaes's tissue, correct?

Page 127

1        A.   That's correct.
2        Q.   -- "indications are that substantial
3    amounts of talc were present in this patient,"
4    correct?
5        A.   That's correct.
6        Q.   And I want to understand your basis
7    for that statement.  Obviously you've cited to
8    the Roggli studies, correct?
9        A.   Yes.
10       Q.   Those have to do with asbestos fibers,
11   correct?
12       A.   That's correct.
13       Q.   And you yourself in your paper that we
14   talked about earlier that you co-authored along
15   with Dr. Cramer said that asbestos is
16   structurally quite different than talc, correct?
17       A.   That's correct.
18       Q.   And that structural difference could
19   significantly impact this analysis in terms of
20   extrapolating from one tissue to X particles?
21       A.   Only in a positive way, that is --
22   okay, let's talk about these studies for a
23   second.
24          The Roggli study essentially was

Page 128

1    looking at glass slides, and they had glass
2    slides, and they had tissue digest of lung
3    tissue.  And what they did was they determined
4    how many they could count in the slide, and what
5    that translated to in terms of digestion count.
6    And what they found was that if you could see
7    one asbestos fiber in a 2-by-2 centimeter square
8    piece of tissue, and actually we're looking at
9    roughly about that size here in this case, that
10   this was very significant.  Now, it's true an
11   asbestos fiber is long, but we're talking about
12   hits based on a tissue slice.
13          Now, the other thing that's important
14   in this is the depth.  And so when you're
15   talking about a histologic section on a slide,
16   you're talking about something that's somewhere
17   between 4 and 7-microns in thickness, and so the
18   thickness comes into play with this.  And if you
19   think about the weight of that tissue that's on
20   a slide, it's minuscule compared to the whole
21   volume of tissue, so it's actually -- a slide is
22   a very small sample of tissue.
23          Now, even though we're looking at the
24   whole block here, the depth to which we go into

Page 129

1    the block with the scanning EM is very shallow.
2    And so that's one of the points that I make in
3    this, is that when we're looking at this with
4    SEM, the electron beam penetration is only 2 and
5    a half micrometers.  So we're really very, very
6    shallow into the tissue in order to see this.
7          Now, the same would be true if we cut
8    a 7-micron slice and put it on the wafer, we're
9    still looking very superficially depth-wise.
10   That's why the relationship to the Roggli study
11   is appropriate for this, because what it does is
12   it's looking for hits of foreign material in a
13   slide which is, say, 4-microns thick, with
14   asbestos and asbestos bodies you can see those a
15   little better.  Here we're only going 2 and a
16   half microns deep in terms of what our scanning
17   electron microscope beam can penetrate and see.
18   And so it's just making the point that we've
19   studied a very, very small amount of tissue, and
20   that's the point of that.
21          And so if you think of, you know, the
22   ovary, and in this case probably being around
23   this big or so, then -- and in 3 dimensions,
24   we've looked at an exceedingly tiny fraction of

33 (Pages 126 to 129)

Confidential - John J. Godleski, M.D.

Page 130

1    that mass.
2        Q.   And if I understand you correctly,
3    you're trying to make the point that we've
4    studied a tiny amount of the mass, right?
5        A.   Yes.
6        Q.   You're not necessarily trying to
7    extrapolate from the asbestos study and go with
8    a 1-to-100 fiber, or particle ratio, right?
9        MR. SMITH:  Object to form.
10       A.   No.  Well, I'm using the Roggli study
11   as the basis of doing that kind of
12   extrapolation.  And what's more likely than not
13   in this instance is that there are many, many
14   more particles than what Roggli found in these
15   kinds of studies.  So if he found 100 -- if he
16   saw one fiber and could extrapolate that to 100,
17   it's more likely that finding six particles in
18   this instance probably extrapolates to something
19   like 6,000 per gram or per milligram, because
20   we're looking at micrograms of tissue.
21   BY MR. FERGUSON:
22       Q.   Has anyone done the Roggli type of
23   analysis, to your knowledge, with talc
24   particles?

Page 131

1        A.   No.
2        Q.   So you're extrapolating from a study
3    done regarding a substance that is structurally
4    quite different than talc, correct?
5        A.   It's true an asbestos fiber has more
6    chance of being seen because of the length of
7    the asbestos fiber.  But at the same time, the
8    talc has much less chance of being seen, and so
9    that's why the numbers that we find are more
10   significant, in my view.
11       MR. FERGUSON:  Do you want to go ahead
12   and take a break?
13       MR. SMITH:  Yes, sir.
14       (Whereupon, a luncheon recess was
15       taken at 12:07 p.m.)
16
17
18
19
20
21
22
23
24

Page 132

1        AFTERNOON SESSION
2        1:22 O'CLOCK P.M.
3
4    BY MR. FERGUSON:
5        Q.   Doctor, we've taken a lunch break.
6    Are you ready to proceed?
7        A.   Yes.
8        Q.   One thing that -- and I know I've
9    asked you about this before, but I'm just not
10   totally clear, which is the conclusion in your
11   report that "It can be stated to a reasonable
12   degree of medical certainty that the talc found
13   in this case is evidence for a causal link
14   between the presence of talc and the development
15   of this patient's ovarian cancer."  And I guess,
16   does that mean that your opinion is that this --
17   finding talc in Ms. Blaes's ovary is evidence
18   that supports that, or does that prove the
19   causal link, I think is my question.
20       A.   I think to a reasonable degree of
21   medical certainty, based on the body of
22   knowledge, the epidemiology, and finding talc in
23   the ovary with cancer links the presence of talc
24   with the development of cancer in this patient.

Page 133

1        Q.   And --
2        A.   That's not a short answer.  I've got
3    to get that shorter.
4        Q.   You're fine.  Answer how you need to.
5        So would you agree that the mere fact
6    that finding a particle of foreign material next
7    to or attached to a cancerous tumor does not
8    automatically mean that particle causes the
9    tumor?
10       A.   With no other knowledge in a case, for
11   example the reason that not saying that aluminum
12   silicate particle causes the tumor, is because
13   there's no body of knowledge to support that,
14   whereas with talc there's a body of knowledge
15   that supports the conclusion that talc is
16   associated, and the next step is that, in fact,
17   we find talc is at the site of the cancer, and
18   that strengthens that association.
19       Q.   So I think going back to my question,
20   not even talking about what particle it is, the
21   mere fact that you find a particle of material
22   next to or attached to a tumor does not
23   automatically mean that the particle caused the
24   tumor, correct?

Confidential - John J. Godleski, M.D.

Page 134

1    A.   That's correct.
2    Q.   And it doesn't automatically lead you
3  to the conclusion, okay, I've got a particle and
4  I've got a tumor, therefore the particle caused
5  the tumor?
6    A.   That's correct.
7    Q.   All right.  What you're saying is
8  finding the particle in combination with what
9  you describe as the body of literature is what
10  leads you to that conclusion?
11    A.   That's correct.
12    Q.   And I think we covered earlier that
13  you're not an epidemiologist, correct?
14    A.   That's correct.
15    Q.   You're not in a position of being the
16  expert who can analyze the strength and validity
17  of those epidemiological studies in this regard,
18  correct?
19    A.   No, I'm a scientist that reads the
20  epidemiological literature all the time, so that
21  I can read this with a level of knowledge that
22  allows me to accept or reject this as a body of
23  knowledge that is worthy of consideration.
24    Q.   And you're considering it, right?

Page 135

1  It's worthy of consideration, and you're
2  considering this issue?
3        MR. SMITH:  Object to form.
4    A.   It's something that I would apply.
5  BY MR. FERGUSON:
6    Q.   I suppose what I'm trying to establish
7  is that you're primarily relying on others, such
8  as Dr. Cramer, to analyze the body of
9  epidemiological literature in this case in order
10  to make your link with the particle and the
11  epidemiological body of knowledge, correct?
12    A.   There's a body of knowledge in the
13  scientific literature, and in my -- in what I do
14  as part of that is to find the material at the
15  site of the tumor.
16    Q.   And that was your charge in this case,
17  was to see if there were particles of talc in or
18  around the tumor, correct?
19    A.   That's correct.
20    Q.   And if we look at your report, that's
21  what your report focuses on, correct?
22    A.   That's correct.
23    Q.   Your report, maybe unlike some other
24  reports in this case, did not focus on analyzing

Page 136

1  the epidemiological body of literature because
2  that wasn't your charge, correct?
3    A.   That's correct.
4    Q.   I always think of things over lunch,
5  so I'm skipping around a little bit.
6        Looking at Exhibit 6, which is the
7  invoice that you brought for this case, there
8  are charges of $11,300 -- I guess I should read
9  it more carefully.  There's a total billing of
10  $27,600, correct?
11    A.   That's correct.
12    Q.   And there were a couple of payments,
13  leaving an amount due, at least as of the time
14  this was produced, of $11,300, correct?
15    A.   That's correct.
16    Q.   With regard to the $27,600 that is due
17  and owing here, and either has or will be paid,
18  is that something that goes to you personally,
19  Dr. Godleski, or does it go to some other
20  entity?
21    A.   This bill goes to my lab.
22    Q.   So of the bill we're looking at --
23    A.   I'm not doing that many hours of
24  electron microscopy all by myself.

Page 137

1    Q.   Okay.  And fair enough.  So maybe I
2  should have done this earlier, because I was not
3  looking at this perhaps right.
4        The hours here are not all your hours?
5    A.   Well, they are hours that I've in some
6  way participated in either overseeing or looking
7  with the person, but not necessarily looking
8  continuously.
9    Q.   For example, the January 23, 2015
10  entry is two hours, cost per hour is stated to
11  be $400, for a total of $800?
12    A.   That's my work.
13    Q.   And that's your work?
14    A.   Yes.
15    Q.   Below that it says "Preparation of
16  blocks for SEM study," and it's two hours at
17  $100 per hour.  So that, I assume, would not be
18  your work?
19    A.   That's correct.
20    Q.   Not that you didn't oversee it, I'm
21  not trying to imply anything like that.
22    A.   Right.
23    Q.   So as we look down this bill in the
24  Blaes case, it appears that a number of the

Confidential - John J. Godleski, M.D.

Page 138

1  costs per hour, most of the costs per hour are
2  less than 400, and then there are, I don't know,
3  five or six or seven entries which are $400 an
4  hour, correct?
5      A.  That's correct.
6      Q.  Am I correct, then, that the $400
7  billing rate is yours?
8      A.  That's correct.
9      Q.  And we can assume that those hours
10  were actually spent by you, correct?
11      A.  Yeah.
12      Q.  And the other hours were spent by
13  others under your supervision?
14      A.  That's correct.  And in most instances
15  I'm there or looking in, but not running the
16  microscope myself all the time.
17      Q.  All right.  So with regard to the --
18  let's take the entries, and it looks like two
19  hours, five hours, three hours, and two hours, I
20  think that's 12 hours, if my math is correct, at
21  $400 an hour, that's all your work?  That's all
22  your work, not that you don't have other work in
23  other parts, right?
24      A.  Mm-hmm.

Page 139

1      Q.  Correct?
2      A.  That's correct.
3      Q.  What happens to that, I think,
4  $4,800 -- am I doing that right? -- does that
5  money go to you, Dr. Godleski, or does that go
6  to the lab?
7      A.  To the lab.  That goes to the lab.
8      Q.  And then the other items for work by
9  others, does that go to the lab as well?
10      A.  Yes, to pay those others.
11      Q.  Okay.  Are there payments made to you
12  as an individual, Dr. Godleski, for your work on
13  the Blaes case?
14      A.  Not yet.
15      Q.  Not yet.  And tell me what type of
16  work you would be paid for directly?
17      A.  Today you'll pay me directly.
18      Q.  So, for example, the "preparation of
19  report" and "finalize report" entries which
20  total five hours here, even those would go to
21  the lab rather than you?
22      A.  Yes.  You can see who the check is to
23  be made out to.
24      Q.  And you're looking at -- you pointed

Page 140

1  out the second page of Exhibit 6 which said
2  "Please make payment to president and fellows of
3  Harvard University," and send payment to an
4  individual named Carlos Silva?
5      A.  That's correct.
6      Q.  So if, for example, you are working on
7  another case next month, would the billing be
8  similar?  For example, that the work done in the
9  lab would be paid to the lab, and the work done
10  sitting in a deposition or presumably trial
11  testimony would be paid to you personally?
12      A.  That's correct.
13      Q.  In the Harvard system, and I'm sure
14  it's very simple to understand, if you get a
15  grant of some kind that is your -- that your
16  work brought in the grant, do you get some kind
17  of credit for that in the system somehow as far
18  as your seniority or your pay or anything?
19      A.  No.
20      Q.  And probably that's so complicated I
21  wouldn't even want to get into it.
22         Does this work brought in through your
23  efforts that is being paid to the lab, the
24  27,600, is that treated much like a grant, in

Page 141

1  that it's money that you brought in due to your
2  efforts to the lab?
3      A.  Yes.
4      Q.  And my question really is, do you get
5  some sort of either direct or indirect benefit
6  by having this money paid to your lab due to
7  your work in this case?
8      A.  Well, my -- as you've already pointed
9  out, that I will be billing directly for
10  testimony, and at the same time my lab gets
11  money for this.  Our billing charges, I get
12  requests for those weekly, bi-weekly, you know,
13  for sure at least once a month that somebody is
14  inquiring about availability of support from
15  electron microscopy, and what they get is the
16  billing information that I gave you.  And
17  usually what we require is that they have a
18  purchase order, usually not to exceed 3,000,
19  5,000, depending on what the project is.  And we
20  work off that project -- we work off that
21  purchase order, and they are billed.  And the
22  bill -- the money comes back into the lab.  It's
23  what's called a billing account, and a lot of
24  laboratories here have them.  It's a standard

36 (Pages 138 to 141)

Confidential - John J. Godleski, M.D.

Page 142

1    procedure.
2        Q.   And again, I'm not trying to beat this
3    topic too badly, but what I'm trying to
4    understand is, does it benefit you as far as
5    your salary, benefits, or seniority at Harvard
6    to have your lab bring in money in the form of
7    these payments in these litigated cases?
8        A.   Yes.
9        Q.   We were talking before lunch about the
10   fact that you were -- and I don't want to go
11   back through it all, the testimony is what it
12   is, but having to do with the Roggli study with
13   regard to asbestos fibers and extrapolating out
14   how many fibers might be in a particular area,
15   and you talked about that in relationship to
16   talc, correct?
17       A.   Yes.
18       Q.   Okay.  I don't want to re-ask all
19   those questions.
20            Have you ever seen an article by
21   Henderson and others from 1971 called "Talc and
22   Carcinoma of the Ovary and Cervix"?  Did you
23   ever see this article before?
24

Page 143

1            (Whereupon, Godleski Exhibit Number
2            16, Henderson, et al article titled
3            Talc and Carcinoma of the Ovary and
4            Cervix, was marked for
5            identification.)
6    BY MR. FERGUSON:
7        Q.   It's been around a while.
8        A.   I don't recall if I've seen it or not.
9        Q.   Okay.  I just want to ask you about
10   one sentence in it.  Look at Page 271, and
11   discussing the presence of talc in the tissue of
12   the tumors, it says "The talc particles were
13   found localized deep within tumor tissues, and
14   not universally dispersed throughout the tumor."
15       A.   Okay.
16       Q.   Page 271, the right-hand column, the
17   first full paragraph, about halfway.  Do you
18   see, start "The talc particles were found
19   localized deep within tumor tissues, and not
20   universally dispersed throughout the tumor."
21            Do you see that?
22       A.   Could you give me your copy, or a
23   better copy?  See, this is unreadable.
24       Q.   I will absolutely.  I'm going to

Page 144

1    change this exhibit sticker.  I noticed when I
2    was copying this yesterday that our toner was
3    low, so my apologies, my fault.  I don't know
4    how to change the toner.
5            Okay.  Some things are a little harder
6    to read, but I think this one is easy enough to
7    read.  On Page 271, the right-hand column.
8        A.   The right-hand column.  Okay.
9        Q.   The first full paragraph.  And you see
10   seven lines down the sentence starting "The talc
11   particles."
12       A.   Okay.
13       Q.   It says "The talc particles were found
14   localized deep within tumor tissues, and not
15   universally dispersed throughout the tumor,"
16   correct?
17       A.   Yes.
18       Q.   Would you agree that talc particles
19   found in a tumor would be found localized deep
20   within the tumor tissues, and would not be
21   universally dispersed throughout the tumor?
22       A.   I guess that's a reasonable statement.
23       Q.   You're allowed to look at that, but I
24   think I'm done with that.

Page 145

1        A.   Okay.
2        Q.   I don't want to interrupt your reading
3    pleasure.
4            With regard to the talc particles that
5    you saw in the tissue that you analyzed for
6    Ms. Blaes, did you see inflammation or
7    granulomas surrounding the top particles?
8        A.   No.
9        Q.   Is that significant to you at all,
10   that there were not granulomas or inflammation
11   surrounding the particles?
12       A.   No.
13       Q.   With regard to your opinion in this
14   case -- well, you made reference to the body of
15   literature, and I think you've indicated to us
16   what you think the body of literature regarding
17   talc and ovarian cancer is, correct?
18       A.   Yes.
19       Q.   If, in fact, Dr. Cramer in his
20   articles regarding talc and ovarian cancer, and
21   the fact that talc causes ovarian cancer, if
22   he's wrong, then your opinion is incorrect, too,
23   right?
24            MR. SMITH:  Object to form.

37 (Pages 142 to 145)

Confidential - John J. Godleski, M.D.

Page 146

1    A.   Well, you're proposing a hypothetical.
2  And scientifically you'd look at the literature,
3  and if you have multiple people finding
4  essentially the same thing, you know, it's hard
5  to deal with a hypothetical that says, well,
6  this may be totally wrong.
7  BY MR. FERGUSON:
8    Q.   Okay.  So you disagree, you think it's
9  not wrong?  The hypothesis that talc causes
10  ovarian cancer is not wrong in your opinion?
11    A.   That's correct.
12    Q.   You realize there are studies and
13  authors who disagree with that conclusion,
14  correct?
15    A.   Yeah, there have been some studies
16  that have failed to find the exact same thing.
17    Q.   And there are governmental, or
18  international, or quasi-governmental bodies that
19  have concluded otherwise as well, correct?
20        MR. SMITH:  Object to form.
21    A.   Well, IARC lists it as a carcinogen.
22  BY MR. FERGUSON:
23    Q.   Does it?  What does IARC say?
24    A.   It's a B.

Page 147

1    Q.   It's what?
2    A.   It is on their list, and I think, as
3  they define it, it's in the B category.
4    Q.   It's in 2B, correct?
5    A.   2B.
6    Q.   That's a possible carcinogen, correct?
7    A.   That's correct.  But it's listed.
8    Q.   It's listed as a possible carcinogen?
9    A.   It's listed.
10    Q.   You're not saying it's possible,
11  right?  You're giving an opinion that more
12  likely than not it is a carcinogen?
13    A.   We know it's associated.
14    Q.   You understand that the IARC monograph
15  says that Group 2B, as we talked about, is
16  possibly carcinogenic to humans, correct?
17    A.   That's correct.
18    Q.   They have other groups that are
19  probably carcinogenic, correct?
20    A.   Yes.
21    Q.   Or is carcinogenic even, correct?
22    A.   Mm-hmm.
23    Q.   Yes?
24    A.   Yes.

Page 148

1    Q.   And you understand that under the IARC
2  definitions, the group 2B is a category that's
3  used for agents for which there is limited
4  evidence of carcinogenicity in humans, and less
5  than sufficient evidence of carcinogenicity in
6  experimental animals, or inadequate evidence of
7  carcinogenicity in humans but sufficient
8  evidence of carcinogenicity in experimental
9  animals.  Is that your understanding?
10    A.   That's correct.
11    Q.   So do you agree that there is either
12  limited evidence of carcinogenicity in humans,
13  or inadequate evidence of carcinogenicity in
14  humans?
15    A.   I think there's adequate.  I think the
16  fact that they're acknowledging that it can be a
17  carcinogen puts it into that category.
18    Q.   So did you say there is adequate
19  evidence of carcinogenicity?
20    A.   I believe, in my opinion, there's
21  adequate.
22    Q.   But --
23    A.   And to the extent that they've listed
24  it, it's something that they're identifying.

Page 149

1    Q.   But IARC doesn't say there's adequate
2  evidence in humans, does it?
3    A.   Not by that definition.
4    Q.   And that definition is right from the
5  IARC monograph, correct?
6    A.   Mm-hmm.
7    Q.   Yes?
8    A.   Yes.
9    Q.   Were you aware that there had been
10  citizens' petitions filed with the FDA regarding
11  a request to place warnings on talc regarding
12  ovarian cancer?
13    A.   I may have heard something of that
14  effect.
15    Q.   Are you aware that the FDA has denied
16  those petitions?
17        MR. SMITH:  Object to form.
18    A.   No, I don't know what the current
19  status of all those petitions are.
20  BY MR. FERGUSON:
21    Q.   Okay.
22    A.   Some have been denied.
23    Q.   Were you aware the FDA conducted an
24  exploratory survey of currently marketed

Confidential - John J. Godleski, M.D.

Page 150

1   cosmetic grade raw material talc and finished
2   cosmetic products containing talc?  Are you
3   aware the FDA did a survey?
4       A.   No.
5       Q.   Were you aware that FDA concluded that
6   the evidence regarding talc and ovarian cancer
7   was insufficient to require a definitive warning
8   as the movants were seeking there?
9       A.   I know that they have not required a
10  warning.
11      Q.   Are you aware that the National Cancer
12  Institute just this year made a finding that the
13  evidence is inadequate to determine whether
14  perineal talc exposure is associated with an
15  increased risk of ovarian cancer?
16      A.   Yes.
17      Q.   You disagree with that conclusion,
18  correct?
19      A.   Yes.
20      Q.   And National Cancer Institute also
21  said that results from case control and cohort
22  studies are inconsistent.  Would you agree with
23  that?
24      A.   Not entirely.  I think there are one

Page 151

1   or two studies that would go in that direction,
2   and a body of many studies that shows the
3   consistency.  But that's what that body
4   concluded, so...
5       Q.   So again, you disagree with the
6   National Cancer Institute with regard to their
7   finding, correct?
8       A.   Yes.  That's not my opinion.
9       Q.   And you disagree with IARC to a
10  degree, because your opinion is there's adequate
11  evidence in humans?
12      A.   Correct.
13      Q.   And you disagree with the FDA's denial
14  of the petition to warn about talc and ovarian
15  cancer, correct?
16      A.   I think we've established that.
17      Q.   Okay.  Did you ever hear of the Cancer
18  Council of Western Australia?
19      A.   No.
20      Q.   I'll represent it's a governmental
21  organization in Western Australia.
22
23
24

Page 152

1          (Whereupon, Godleski Exhibit Number
2       17, Document titled Cancer Myths,
3       Talcum Powder and Cancer, from the
4       Cancer Council of Western Australia,
5       was marked for identification.)
6   BY MR. FERGUSON:
7       Q.   Let me ask you about it.  Let me show
8   you Exhibit 17.
9          MR. FERGUSON:  I think you got your
10  souvenir copy of this one, but here's another
11  one (handing).
12  BY MR. FERGUSON:
13      Q.   Do you see up in the upper left-hand
14  corner it says Cancer Council, Western
15  Australia?
16      A.   Yes.
17      Q.   And it's entitled "Cancer Myths"?
18      A.   Yes.
19      Q.   And it says "Talcum Powder and
20  Cancer," correct?
21      A.   Yes.
22      Q.   And the very last sentence of the
23  summary there says "The current evidence is
24  inconsistent and insufficient to conclude that

Page 153

1   the use of talcum powder on the external
2   genitals increases the risk of cancer,
3   specifically ovarian cancer."
4       A.   That's what it says.
5       Q.   And do you agree that the hypothesis
6   that talcum powder on the external genitals
7   increases the risk of cancer is a cancer myth?
8       A.   No.
9       Q.   So you disagree with the Cancer
10  Council of Western Australia, too, right?
11      A.   Yes.
12      Q.   Let's talk about another organization
13  you disagree with.
14          You have an appointment, your primary
15  appointment, I think you said, to Brigham &
16  Women's Hospital?
17      A.   That's correct.
18      Q.   Have you looked at the website of
19  Brigham & Women's Hospital regarding ovarian
20  cancer?
21      A.   No.
22      Q.   Do you know whether they list perineal
23  talc use as a risk factor for ovarian cancer?
24      A.   I don't know, as I never looked at the

Confidential - John J. Godleski, M.D.

Page 154

```
 1   site.
 2           (Whereupon, Godleski Exhibit Number
 3       18, Printout titled Ovarian Cancer
 4       Treatment from Brigham & Women's
 5       Hospital website, was marked for
 6       identification.)
 7   BY MR. FERGUSON:
 8       Q.   Let me show you, I think it's six
 9   pages, it says 1 out of 2 at the beginning and
10   then it says 1 out of 4, because it took two
11   clicks to get to it (handing).
12           Looking at Exhibit 18, does that
13   appear to be at least a printout from Brigham &
14   Women's Hospital website?
15       A.   That's correct.
16       Q.   Looking at, it's actually Page, I
17   think, 3 of the group that you have, it's
18   labeled Page 2 of 4 up in the upper right-hand
19   corner.
20       A.   Yes.
21       Q.   Do you see the first section says
22   "What causes ovarian cancer?"  And it says "The
23   cause of ovarian cancer is not yet known because
24   most cases are sporadic," right?
```

Page 155

```
 1       A.   That's correct.
 2       Q.   Do you disagree with that comment?
 3       A.   No.
 4       Q.   And then in the next section it says
 5   "What are risk factors for ovarian cancer?"  And
 6   you see they have listed seven different risk
 7   factors for ovarian cancer, including age,
 8   family history, and others.
 9           Do you see that?
10       A.   Yes.
11       Q.   Is perineal talc use listed as a risk
12   factors for ovarian cancer?
13       A.   Not on the website.
14       Q.   Do you believe that perineal talc use
15   is a risk factors for ovarian cancer?
16       A.   Yes.
17       Q.   So you disagree with your own
18   institution, Brigham & Women's Hospital, in that
19   regard, correct?
20           MR. SMITH:  Object to form.
21       A.   This is written by a company in
22   Yardley, Pennsylvania and reviewed by a nurse,
23   so that's the level of scientific credibility of
24   that website.
```

Page 156

```
 1   BY MR. FERGUSON:
 2       Q.   Let me go back to my question to you.
 3           Do you believe that perineal talc use
 4   is a risk factor for ovarian cancer?
 5       A.   Yes.
 6       Q.   If you were listing on a website the
 7   risk factors for ovarian cancer, you would list
 8   perineal talc use, wouldn't you?
 9       A.   I would have that, yes.
10       Q.   But whoever prepared it, the
11   institution from Brigham & Women's Hospital does
12   not list it as a risk factor, correct?
13           MR. SMITH:  Object to form.
14       A.   That's correct.
15   BY MR. FERGUSON:
16       Q.   And I take it, since you indicated you
17   were unaware of this, you haven't contacted
18   anyone at Brigham & Women's Hospital to convince
19   them to add talc as a risk factor to the
20   website?
21       A.   No, I haven't.
22       Q.   With regard to risk factors, you were
23   just looking at various lists of risk factors,
24   do you agree that a risk factor is not
```

Page 157

```
 1   necessarily a cause?  For example, a risk factor
 2   for ovarian cancer is not necessarily the cause
 3   of ovarian cancer?
 4       A.   That's true.  It's associated.
 5   Interestingly they don't list -- the website
 6   also doesn't list the BRCA1, BRCA2 genes, which
 7   are also known risk factors.
 8       Q.   Do you agree, Dr. Godleski, that your
 9   opinion that talc causes ovarian cancer is not
10   generally accepted by the medical community?
11           MR. SMITH:  Object to form.
12       A.   I disagree.
13   BY MR. FERGUSON:
14       Q.   Other than Dr. Cramer, can you point
15   to another person in the medical and scientific
16   community who agrees with you that talc causes
17   ovarian cancer?
18           MR. SMITH:  Object to form.
19       A.   Dr. Hess.
20   BY MR. FERGUSON:
21       Q.   Anyone else?
22       A.   Chang.  I think there are several
23   papers and authors that express that view.
24       Q.   And how do you know that Dr. Hess has
```

40  (Pages 154 to 157)

Confidential - John J. Godleski, M.D.

Page 158

1  come to that conclusion?
2      A.  Her --
3          MR. SMITH:  Don't you mean Ness, not
4  Hess?  Do you mean Hess or Ness?
5          MR. FERGUSON:  I think he probably
6  means Ness.
7          MR. SMITH:  I just wanted to make sure
8  we were on the same page.  I didn't want to be
9  confused.
10         MR. FERGUSON:  Thanks for correcting
11 that, there's so many studies, I don't know all
12 the authors.
13 BY MR. FERGUSON:
14     Q.  In any event, how do you know that
15 Dr. Ness has come to the conclusion that talc
16 causes ovarian cancer?
17     A.  Her 2010 paper supports that.
18     Q.  And you mentioned Chang.  Is that
19 based on the paper that was written back in 1997
20 or so?
21     A.  I think so.
22     Q.  "Perineal Talc Exposure and Risk of
23 Ovarian Carcinoma"?
24     A.  I believe so.

Page 159

1      Q.  All right.  And the conclusion in that
2  study was that "The investigation supported
3  previous contentions that exposure to talc may
4  increase risk of ovarian carcinoma.
5  Questionable trends in duration and frequency of
6  exposure suggest that further studies may be
7  needed to clarify the role of talc in the
8  etiology of this disease."
9          Sound like what you recall from the
10 Chang paper?
11     A.  Yes.
12     Q.  Would you agree, then, that Dr. --
13 Ms. Chang actually was suggesting further study
14 to clarify what the role of talc is in the
15 etiology of ovarian cancer?
16     A.  I think the first part of the
17 statement is pretty clear.  And then to suggest
18 more studies are needed is not surprising.
19     Q.  An association is not the same as
20 cause, is it?
21     A.  That's correct.
22     Q.  Okay.  And I was -- we got
23 appropriately --
24     A.  Corrected.

Page 160

1      Q.  -- redirected due to the Ness/Hess
2  issue.  But other than Cramer, Ness, and Chang,
3  anyone else you can point to in the medical and
4  scientific community who agrees with you that
5  talc causes ovarian cancer?
6      A.  Those are three significant authors.
7      Q.  Okay.  And again, not to put you on
8  the spot, but as you sit here today, that's all
9  you can think of?
10     A.  That's correct.
11     Q.  You discuss the fact that you found
12 140 foreign particles in the samples that you
13 looked at?
14     A.  That's correct.
15     Q.  And of those foreign particles, only
16 about 4 percent were talc, correct?
17     A.  40 percent.
18     Q.  40 percent?
19     A.  Well, we had 140, and of those 39 are
20 talc, 6 are talc with nothing else associated
21 with them.
22     Q.  Would that be called pure talc?
23     A.  Yeah.
24     Q.  Okay.  So 4 percent, about 4 percent

Page 161

1  were talc without other minerals associated with
2  them?
3      A.  Yeah.
4      Q.  Do you agree that talc is contained in
5  a variety of products?
6      A.  Yes.
7      Q.  Including food products?
8      A.  Yes.
9      Q.  Chewing gum?
10     A.  Yep.
11     Q.  Pharmaceutical products, including
12 tablets and ointments?
13     A.  Yes.
14     Q.  Paper?
15     A.  I don't know for paper.
16     Q.  Don't know for paper.
17         Paints?
18     A.  There are a lot of things in paint, I
19 don't know specifically if talc is in there.
20     Q.  Plastics?
21     A.  Plastics, there's some in it.
22     Q.  Rubber?
23     A.  I don't know.
24     Q.  Ceramics?

41 (Pages 158 to 161)

Confidential - John J. Godleski, M.D.

Page 162

1    A.   Ceramics, yes.
2    Q.   Adhesives?
3    A.   Don't know.
4    Q.   Asphalt?
5    A.   Don't know.
6    Q.   Fertilizers?
7    A.   I don't know specifically.
8    Q.   Pesticides?
9    A.   I don't know.
10   Q.   Now I've got an easy one for you.
11   Cosmetics?
12   A.   Cosmetics, yes.
13   Q.   Okay.  Are you aware of any studies
14   that have looked at what, if any, talc exposure
15   there would be just in the ambient air?
16   A.   Outside air, probably little.  Indoor
17   air, definitely.
18   Q.   All right.  You're saying that there
19   would be exposure to talc in indoor air,
20   correct?
21   A.   I would think so, yes.
22   Q.   And my question is; have there been
23   any studies, limited to indoor air in different
24   environments, to determine how much talc is in

Page 163

1    the ambient air available to be inhaled?
2    A.   Much of it is in particle size that
3    would reach the lung if it were inhaled, so that
4    I don't know exactly how much is there.  There's
5    a lot of silicates in the air that -- and --
6         MR. SMITH:  Listen to his question.
7    He asked you if there are any studies.  Are you
8    aware of any studies.
9    A.   I can't think of any right off.
10   BY MR. FERGUSON:
11   Q.   You talked earlier about macrophages,
12   correct?
13   A.   Yes.
14   Q.   Tell us what those are again.
15   A.   Those are cells that ingest particles.
16   Q.   And were any of the particles that you
17   found in Ms. Blaes's tissues enclosed within a
18   macrophage?
19   A.   The polarized light studies, I did not
20   have any in this case.  The SEM I'm not sure
21   about, because it's very hard to tell what kind
22   of cell is being observed when you're looking in
23   backscatter on SEM.  So if it's in a tumor, you
24   can't necessarily tell a macrophage from a tumor

Page 164

1    cell very well as you're doing the analysis.
2    Q.   So you're saying you can't tell if any
3    of the talc particles were enclosed within a
4    macrophage?
5    A.   By light microscopy, and none that I
6    saw were.
7    Q.   How about with regard to the other
8    foreign material, the 140 particles of other
9    foreign material?  I guess in total 140, I'm
10   sorry.
11   A.   Well, let me rephrase the answer.
12        By light microscopy using polarized
13   light, none of the particles that I observed
14   were within cells.  By SEM, there were particles
15   that we saw that were either in or associated
16   with cells, but I can't tell you exactly what
17   kind of cells they were and whether or not they
18   were inside.
19   Q.   Are you aware of any published study
20   that indicates what one would expect to find as
21   far as foreign material or particles in any type
22   of gynecologic tissue?
23   A.   Well, there is the study that we
24   talked about earlier where -- the Henderson

Page 165

1    study, I believe it was, where they looked in
2    ovaries and they found some talc, I'm not sure
3    what other tissues they have, or what other
4    materials they have in there, but that was an
5    instance where they looked at, what, 24 ovary
6    specimens.
7    Q.   That was Heller actually, wasn't it?
8    A.   Was it Heller or Henderson?  One of
9    those two.
10   Q.   Other than that one, are you aware of
11   any other studies?
12   A.   No.
13   Q.   Are you aware of any governmental or
14   quasi-governmental organization that has
15   declared officially that talc has a causative
16   relationship with ovarian cancer?
17   A.   No.
18   Q.   Are you aware of any recognized
19   scientific epidemiologic or medical organization
20   that has declared talc to be a cause of ovarian
21   cancer?
22   A.   No.
23   Q.   Do you know what sepiolite is?
24   A.   It's a mineral.

42 (Pages 162 to 165)

Confidential - John J. Godleski, M.D.

Page 166

1    Q.   And what's the composition of that
2  mineral?
3    A.   It's mostly magnesium silicate.  It's
4  another magnesium silicate basically.
5    Q.   So in that sense, similar to talc as a
6  magnesium silicate?
7    A.   Yes.
8    Q.   And sepiolite is found in foods, for
9  example, correct?
10   A.   Yes.
11   Q.   Pharmaceutical products?
12   A.   I'm not sure.
13   Q.   Kitty litter?
14   A.   Hmm?
15   Q.   Kitty litter?
16   A.   Possibly.
17        MR. FERGUSON:  I think I'm going to
18  quit for a while.  Can we go off a second?
19        (Off the record discussion.)
20        (Whereupon, a recess was taken from
21   2:13 p.m. to 2:17 p.m.)
22        MR. FERGUSON:  I just want to state
23  for the record that we got the disk with
24  Dr. Godleski's information including, I

Page 167

1  understand, information on each of the particles
2  that were identified, both the talc and other
3  particles, and we haven't had a chance to look
4  at this, don't know what's going to be on it.
5  We have very limited information from his report
6  and from the other exhibit that he's provided in
7  Exhibit 5 regarding some of the articles that he
8  looked at.  We just don't know what else is on
9  here.
10        So once we look at that, we may make a
11  request to question him further regarding some
12  of the information that's on the disk in our
13  remaining time.
14        I put that on the record.  You can
15  respond as you wish.
16        MR. SMITH:  I'll just wait, cross that
17  bridge when we get there.
18        MR. FERGUSON:  That's fair enough.
19        All right.  I'm finished.  Pass to
20  Ms. Ahern.
21        MS. AHERN:  Thank you.
22  BY MS. AHERN:
23   Q.   Dr. Godleski, I'm going to probably
24  skip around quite a bit, so bear with me.

Page 168

1        You've covered some of this already,
2  some of it will be for my own benefit, because
3  I'm not sure I completely understand you and I
4  don't want to misinterpret you, and also some
5  things I noted in follow-up that I wanted to
6  know about.
7        First of all, we talked a lot today
8  about the epidemiology, the body of evidence.
9  Can you be a bit more specific about what you
10  mean when you say the body of evidence, or the
11  body of information?  I know it includes, in
12  your mind, the epidemiology studies, is that
13  correct?
14   A.   That's correct.
15   Q.   What else would that include?
16   A.   Well, it's mostly the epidemiology
17  that has been done.  There have been specific
18  studies that have been meta-studies where people
19  have put together a number of smaller studies,
20  and so that taken all together, and I can't cite
21  all the authors of these many studies, but in my
22  view there are probably 20 studies all together
23  that show associations with talc and ovarian
24  cancer.  A lot of these have had different

Page 169

1  focus.  And there's a much smaller number of
2  studies that don't support that association, or
3  don't support the association as strongly.
4    Q.   Okay.  So the epidemiology studies are
5  what you are referring to when you talk about
6  the body of evidence that supports an
7  association between talc use and ovarian cancer,
8  is that correct?
9    A.   That's correct, yes.
10   Q.   Okay.  Have you also reviewed any of
11  the toxicology studies concerning talc?
12   A.   Some.
13   Q.   Do you know which ones those were?
14   A.   I can't -- I can't recall right off.
15   Q.   Okay.  And, Dr. Godleski, have you
16  taken the time to review all of the case
17  control, meta-analysis studies, and the cohort
18  studies that deal with talc and ovarian cancer
19  that have been published over the last 30 years?
20   A.   I haven't done that recently.
21   Q.   Have you ever done that?
22   A.   I have read through many of those
23  studies.
24   Q.   Can you estimate how many?  I think

43 (Pages 166 to 169)

Confidential - John J. Godleski, M.D.

Page 170

1  you said there are 20 studies, you think, that
2  support an association.  Do you know how many
3  studies there have been all together looking at
4  talc and ovarian cancer?
5      A.  I would only be guessing.
6      Q.  And do you know whether you've
7  actually identified all of those at some point,
8  sat down and reviewed them?
9      A.  I don't think I've reviewed all of
10  them.
11      Q.  Doctor, have you reviewed Dr. Ness's
12  report in this case?
13      A.  Her report?
14      Q.  Yes, sir.
15      A.  I don't know.  I think I opened it,
16  but I don't think I really read through it.  I
17  know I had gotten it several months ago, but
18  haven't -- had not read it.  If I've read it at
19  all I haven't read it recently.
20      Q.  Have you read Dr. Cramer's report in
21  this case?
22      A.  In this case, no.
23      Q.  Have you read Dr. Cramer's report in
24  the Berg case?

Page 171

1      A.  I did.
2      Q.  And is some of the information that
3  you have on the epidemiology related to talc use
4  and ovarian cancer, is some of that gleaned from
5  the report that Dr. Cramer wrote in the Berg
6  case?
7      A.  Possibly.  I read Dr. Cramer's report
8  on the Berg case when the Berg case was going
9  on.  I haven't read it recently, if that's what
10  you're asking.
11      Q.  Have you read any of the
12  epidemiological literature since the Berg case?
13      A.  I've read some, but I can't tell you
14  how much or how deeply I've gone into it,
15  because I didn't read it in preparation for this
16  deposition.
17      Q.  Did you read it in preparation for
18  preparing your opinions in this case?
19      A.  For the most part I used my own
20  knowledge, based on what I have read previously.
21  So it wasn't that in forming the opinion on this
22  case that I went back and read specific papers.
23  It was based on the body of knowledge that I had
24  and what I have read over the years in this

Page 172

1  area.
2      Q.  And I know we've gone through this
3  again, and I'm just going to go through it again
4  and make it clear for me as well.
5          You are not an epidemiologist,
6  correct?
7      A.  That's correct.
8      Q.  You have no formal training in
9  epidemiology, is that correct?
10      A.  That's correct.
11      Q.  Okay.  And you have no formal training
12  in cancer epidemiology, is that correct?
13      A.  Again, I've done a lot of work in --
14  working with epidemiologists providing the kind
15  of support and interest that I do.  I have not
16  done this specifically myself.
17      Q.  Okay.  And you have no formal training
18  in biostatistics?
19      A.  Again, as a scientist, I have taken
20  statistical courses, I use statistics in my
21  work.  I have not trained as a biostatistician,
22  if that's what you're asking.
23      Q.  Maybe it would be easier if I asked
24  you, you don't hold yourself out as a

Page 173

1  biostatistician?
2      A.  That's correct.
3      Q.  You don't hold yourself out as an
4  epidemiologist?
5      A.  That's correct.
6      Q.  And you are not an expert on the
7  quantitative and qualitative methodologies for
8  establishing causation from epidemiologic
9  studies, is that correct?
10      A.  That's correct.
11      Q.  And in your report, your report does
12  not reference or discuss the epidemiology at
13  all, is that correct?
14      A.  That's correct.
15      Q.  And you were retained in this case by
16  Plaintiff's counsel to determine only whether
17  foreign material was present in the ovarian
18  tissue for Mrs. Blaes, is that correct?
19      A.  That's correct.
20      Q.  Were you specifically asked to look
21  for talc, or were you asked to identify all
22  foreign material and analyze that?
23      A.  We were asked to find what foreign
24  material we can.

Confidential - John J. Godleski, M.D.

Page 174

1    Q.   And were you asked to do any follow-up
2  analysis on any of the other non-talc foreign
3  materials you found in Mrs. Blaes's ovarian
4  tissue?
5    A.   No.  But as you're doing the work and
6  you come across a particle, you have to analyze
7  it to know what it is, so you save it.
8    Q.   And did you find any titanium in any
9  of the samples for Mrs. Blaes's ovarian tissue?
10   A.   I thought we did, but I don't have it
11 listed here, so I may be confusing it with
12 another case.
13   Q.   Okay.  I'm going to ask for your best
14 recollection, because I haven't seen the CD yet,
15 and I don't think any of the other foreign
16 particles that you mentioned you may have found
17 are actually in your report.
18       Do you think you earlier mentioned
19 titanium and aluminum as foreign particles that
20 you would not normally see in human tissue?
21   A.   Well, for sure I know there's aluminum
22 here.  And I'm trying to recall if we found
23 titanium, and I don't recall specifically in
24 this case.  I know there was -- it must not have

Page 175

1  been this case, it must be another case where I
2  know we have titanium particles.
3    Q.   And the finding of titanium in ovarian
4  tissue, does that mean anything to you?
5    A.   Titanium has always been considered an
6  inert material, titanium dioxide.  It's been
7  shown to have some inflammatory activity more
8  recently, but that would be insignificant.
9    Q.   What about aluminum, if you found
10 aluminum in Mrs. Blaes's ovarian tissue -- first
11 of all, do you remember if you found any
12 aluminum in Mrs. Blaes's ovarian tissue?
13   A.   Yes.  Aluminum was present as aluminum
14 silicate, and a lot of particles.
15   Q.   Is that something that you expect to
16 see in ovarian tissue, if you know?
17   A.   That's something you find in dirt.
18   Q.   If I were a mineralogist, I would be a
19 little bit insulted at calling all different
20 things dirt.
21       MR. SMITH:  Object to the sidebar.  If
22 you've got a question, ask a question.
23 BY MS. AHERN:
24   Q.   Would you conduct any additional

Page 176

1  follow-up, or did you conduct any additional
2  follow-up on the aluminum you found in
3  Mrs. Blaes's ovarian tissue?
4    A.   Follow-up?  I don't understand what
5  you're asking.
6    Q.   Other than identify it as aluminum,
7  did you do anything else to determine whether
8  there was an association between aluminum and
9  her cancer?
10   A.   No.
11   Q.   Same for titanium, if there had been
12 titanium, I know that you don't remember whether
13 you found it in her tissue or not, but had there
14 been titanium in her ovarian tissue, would you
15 have done any additional follow-up to determine
16 whether there was an association between
17 titanium and cancer?
18   A.   To my knowledge, there isn't one.
19   Q.   Have you looked?
20   A.   I believe so.  Not recently, but we
21 were -- we have used titanium as a negative
22 control in various studies that I've done over
23 the years and been associated with, and until
24 recently it's been generally considered to be

Page 177

1  inert.
2    Q.   When you say "it's been recently
3  considered," is there a particular organization
4  or body that you refer to?
5    A.   No, papers.  There's a paper from
6  Fedulov out of the lab next-door to mine that
7  shows inflammatory responses with titanium, that
8  it wasn't as good a control as people had
9  previously thought.
10       And also Oberdoerster in Rochester
11 showed that ultrafine titanium also was
12 inflammatory.
13   Q.   You mentioned earlier that IARC's
14 classification of talc as a 2B possible human
15 carcinogen is something that also influenced
16 your conclusion in this case, is that correct?
17   A.   Well, it's within the body of
18 information, yes.
19   Q.   In addition to the epidemiology, you
20 would consider IARC's classification of the
21 substance in your determination of whether or
22 not there might be an association or causal
23 association between mineral or the compound and
24 cancer?

45  (Pages 174 to 177)

Confidential - John J. Godleski, M.D.

Page 178

1    A.  Yes.
2    Q.  Were you aware that IARC has
3 classified titanium dioxide as a 2B possible
4 human carcinogen?
5    A.  No, I haven't seen that.
6    Q.  If you had known that, would you have
7 done additional follow-up finding titanium
8 particles that you found on Mrs. Blaes's ovarian
9 tissues?
10    MR. SMITH:  Objection.  Assumes facts
11 not in evidence.
12    A.  Possibly.
13 BY MS. AHERN:
14    Q.  Are you aware that there have been
15 studies linking aluminum to breast cancer?
16    A.  There have been studies linking
17 aluminum to a lot of things, and most of them
18 have not held up very well.
19    Q.  Do you know any of those studies
20 specifically?
21    A.  Well, there have been a number of
22 studies on aluminum as a potential toxic
23 element, and most of them have not held up.
24    Q.  Do you happen to recall, the ones that

Page 179

1 have associated -- had a positive association
2 between aluminum and cancer, do you happen to
3 know what the relative risks were?
4    A.  No.
5    Q.  You don't know if they were in the
6 same range as the relative risk and association
7 between talc and ovarian cancer?
8    A.  No.
9    Q.  So getting back to the original line
10 of questioning here, so you've not included any
11 opinions on the epidemiology in your report
12 itself, is that correct?
13    A.  That's correct.
14    Q.  And you do not intend to offer an
15 expert opinion regarding the strength or
16 validity of published epidemiology on talc and
17 ovarian cancer, do you?
18    A.  Probably not.
19    Q.  Probably not?
20    A.  I mean I can.  As I sit here now, I do
21 not intend to offer any opinions.
22    Q.  Because you weren't asked to do a
23 systematic review of the epidemiology?
24    A.  No, that's not what I was asked to do.

Page 180

1    Q.  And would you consider yourself
2 qualified to do a systematic review and analysis
3 of the over 30 years of published epidemiology
4 on talc and ovarian cancer?
5    A.  Ask that again?  What did you ask?
6    Q.  Would you consider -- you've already
7 acknowledged that you're not a formal
8 epidemiologist.  You don't hold yourself out as
9 an epidemiologist, or a cancer epidemiologist,
10 or a biostatistician, correct?
11    A.  That's correct.
12    Q.  Would you feel comfortable offering an
13 expert opinion if you were asked to do a
14 systematic analysis and review of the over
15 30 years of published literature on talc and
16 ovarian cancer, and give an expert opinion on
17 the epidemiology?  Would you feel comfortable
18 with that?
19    A.  I probably would not do that.
20    Q.  And you haven't been asked to,
21 correct?
22    A.  And I haven't been asked to.
23    Q.  So as far as the epidemiology goes,
24 the strength and validity of the 30-plus years

Page 181

1 of studies on this topic, you would defer to an
2 epidemiologist by training, wouldn't you, to
3 provide an expert opinion on the strength and
4 validity of those cases?  Those studies, excuse
5 me.
6    A.  Yes.
7    Q.  And I have some questions about your
8 report, just so you can clarify for me.  Do you
9 still have Exhibit 3 in front of you?
10    A.  Yes.
11    Q.  Just so there's no confusion later on,
12 Figure 1 and Figure 2 are from two different
13 slides, correct?
14    A.  That's correct.
15    Q.  So the first slide, you're simply
16 looking at the morphology of the tumor?
17    A.  Looking at the morphology and the
18 features of the tumor.
19    Q.  And I know how you were pointing out the
20 various features earlier, and maybe if we have
21 time later we can have you, if you don't mind,
22 just draw an arrow or something and explain what
23 you're seeing there.
24    A.  Okay.

46 (Pages 178 to 181)

Confidential - John J. Godleski, M.D.

Page 182

1      Q.   So Figure 2 is from a different slide.
2  Is this from ovarian tissue?
3      A.   It's ovarian tissue from the right
4  ovary.
5      Q.   Okay.  And you have analyzed Figure 2,
6  the slide here, under polarized light, and you
7  see birefringent?
8      A.   Yes.
9      Q.   Do you have any idea what these
10 birefringent particles are in Figure 2?
11     A.   Aside from them being birefringent and
12 plate-like, I can't say more than that.
13     Q.   And that's because in order for you to
14 say anything about these, you would have to then
15 take this sample, this specific slide, and
16 conduct an SEM analysis?
17     A.   Yes.  That's more complicated than it
18 sounds.  But it's possible to actually take a
19 slide, take the tissue off a slide, put it onto
20 a substrate that would allow you to analyze it,
21 and then subsequently analyze it.  The idea of
22 any of this type of study is that if you see
23 something in one level, chances are good you're
24 going to see it again in other levels, so that

Page 183

1  the -- rather than destroying slides, which
2  essentially what that would be if you took it
3  off and put it onto another substrate, what you
4  end up doing is to cut additional slides from
5  those blocks that have shown evidence of the
6  particles, and chances are pretty good that
7  you're going to find them in deeper levels as
8  well, and so that's what we do.
9      Q.   And Figure 4, the SEM image --
10     A.   Yes.
11     Q.   -- we're looking at ovarian tissue
12 here, is that correct?
13     A.   That's correct.
14     Q.   And I think you said earlier that
15 because the morphological features aren't very
16 clear in this picture, you couldn't tell whether
17 the particle is in lymphatic vessel or in the
18 tumor itself, is that correct?
19     A.   That's correct.
20     Q.   Now, is there -- are you sacrificing
21 something when you do SEM in terms of being able
22 to distinguish the morphological characteristics
23 of the tissue?
24     A.   It depends on the tissue and its

Page 184

1  characteristics.  For example, in looking at
2  this picture, which is from block N, which is
3  the same block as this Figure 2, we have a
4  little bit better definition of the cellular
5  nature of it, and what you can see here is a lot
6  of these big globules of calcium, and that
7  corresponds very well to the picture on Figure
8  1, even though Figure 1 is from a completely
9  different slide.  So that the tumor looks
10 similarly in different locations, and depending
11 on what the nature of the area is, you may see
12 something like this that looks pretty good in
13 terms of saying, oh, that's very similar to what
14 we're looking at here, and especially if there
15 are papillary configurations that are sticking
16 out or something like that.  Whereas in this
17 particular area --
18     Q.   And you're talking -- I'm sorry, I
19 just want to narrate a little bit, you're
20 talking now about Figure 2?
21     A.   Figure 2.
22     Q.   And you were comparing -- sorry, why
23 don't you go ahead for the record, and which
24 exhibit are you looking at?

Page 185

1      A.   Okay.  Now, Figure 2 is the same slide
2  as many of the particles that we have here.  And
3  so now as I look at the tissue here where
4  there's, again, a clear talc signal, it may be
5  that this is a very similar area to the light
6  microscopic picture of Figure 2.  But you're
7  sort of more looking at shadows here rather than
8  the same quality of the tissue.
9      Q.   I'm sorry, just so we know what you're
10 talking about here, this is -- Dr. Godleski was
11 referring to Exhibit 5, Page 8.
12          And you're saying, Doctor -- are you
13 saying that these images were taken from the
14 same block as Figure 2 in your report?
15     A.   That's correct.
16     Q.   Okay.  And tell me again what that
17 last page you were talking about first on there
18 was?  You mentioned, first of all, Figure 5, you
19 were showing me this picture.
20     A.   And this is --
21     Q.   That's the last page of Figure 5?
22     A.   Yes.  This is also from block N, which
23 is the same as Figure 2, but it's an area that
24 has much more calcium, whereas the Figure 2 that

47 (Pages 182 to 185)

Confidential - John J. Godleski, M.D.

Page 186

1  we have doesn't show an area with a lot of
2  calcium. And this picture looks much more like
3  Figure 1, even though Figure 1 is from a
4  different block, but it's from the same tissue,
5  so it's not surprising that they match up very
6  well.
7       Q.   Did you take size measurements for the
8  particles that you observed in Mrs. Blaes's
9  tissue?
10      A.   I'm sorry?
11      Q.   Did you take any size measurements for
12  the particles that you observed in the tissue in
13  terms of microns?
14      A.   They are all measurable, because we
15  have the magnification, we have the particle
16  itself, and we can measure it with our software,
17  we can just go back and do a measurement.
18      Q.   But did you actually do the
19  measurements before, or have you done the
20  measurements yet, size measurements, for the
21  particles?
22      A.   I think we have measurements of
23  particle size of most of the particles.
24      Q.   And the six particles that you've

Page 187

1  identified as consistent with talc -- is that
2  the correct term, consistent with talc?
3       A.   Yeah.
4       Q.   Do you remember what the sizes of
5  those particles were?
6            MR. SMITH: Object to form.
7       A.   Let me see if I noted that. Right
8  off, I don't recall. But it may be in some of
9  this information.
10           (Witness reviewing document.)
11      A.   I'm not reporting that, but just
12  looking at the size of the particles, I would
13  say they were in the micron or submicron range,
14  mainly because each of these has a scale on it.
15  And if this is 50 microns, that particle is no
16  more than 1 micron or less, just by looking at
17  it. But you could put a ruler on it and do a
18  relationship if it was important to you.
19  BY MS. AHERN:
20      Q.   And would we be able to do that
21  looking at the information that you provided to
22  us in Exhibit 13, the CD?
23      A.   Yep, every one.
24      Q.   Okay. Earlier on in the deposition,

Page 188

1  Dr. Godleski, you mentioned that you and
2  Dr. Cramer are collecting data on cases, and I
3  thought I heard you say you were collecting data
4  to quantify talc use and correlate that with
5  talc observed in ovarian tissue, is that
6  correct?
7       A.   Yes. Roughly, yes.
8       Q.   Could you -- I'm sorry. Could you
9  explain it one more time? Because I did not
10  understand it.
11      A.   In Dr. Cramer's records he has talc
12  quantified, so that for further studies that we
13  can do, he can randomly choose cases out of the
14  highest talc use patients and the lowest or
15  non-talc using people, and then we can -- or
16  something in-between. And if we're asking
17  specific questions about the biology or the
18  response or the interaction of, say, talc
19  particles with calcium, then we can use those as
20  a way of doing it where we have the materials on
21  the patients, we have the epidemiology, and so
22  it can make for a better study.
23      Q.   Okay. A couple questions then.
24           So you mentioned Dr. Cramer has

Page 189

1  records where he's got talc quantified. Are you
2  talking about a woman's talc use?
3       A.   Yes.
4       Q.   So he's asked questions. Are these
5  patients that have already been diagnosed with
6  ovarian cancer?
7       A.   Yes, these are patients that he's
8  studied and he's published on, and they have
9  signed consents and so forth for studies of
10  their tissue, they've filled out questionnaires
11  and so forth.
12      Q.   So some of these patients, has their
13  information already been used in Dr. Cramer's
14  previous publications?
15      A.   More likely than not, yes.
16      Q.   And so does he have different now or
17  additional information about the quantity of the
18  talc that they used than he had before?
19      A.   We're working on that. No. Oh, by
20  questionnaire, no.
21      Q.   Okay.
22      A.   No, this is published work.
23      Q.   And you mentioned that you would be
24  able to look at the level of talc use and also

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - John J. Godleski, M.D.

Page 190

1    somehow associate that with other minerals like
2    calcium, is that correct?
3         A.   Well, there's a lot of questions that
4    we can ask with this based on what we're finding
5    in these cases.  You know, as we continue, we
6    have interest in our own cases, and to the
7    extent that the patients in litigation have not
8    been -- they aren't part of a study, but if
9    questions arise that are scientific interest, we
10   can always go back and study those in the
11   patient materials that we have.  We already have
12   consent to do this.
13        Q.   And do you know -- you said, I think,
14   that you have looked at at least around 50 cases
15   of ovarian cancer for the purpose of this data
16   collection and study that you're doing with
17   Dr. Cramer?
18        A.   Yes.
19        Q.   These are all non-litigation cases, is
20   that correct?
21        A.   As far as I know, yes.
22        Q.   And have you or Dr. Cramer presented
23   any of the interim findings of this study
24   anywhere as a poster or an abstract?

Page 191

1         A.   There aren't any at this point.  We've
2    identified cases, we've started to look at them
3    by microscopy to see if they meet the criteria
4    that we're looking to study, and we haven't done
5    any SEM on them yet.
6         Q.   And the criteria for inclusion in the
7    study would be talc use, or a certain degree of
8    talc use?
9         A.   No.  The inclusion in the study is
10   based on their pathology slides being findable
11   and available, and that they are -- that they
12   meet the pathologic criteria that we're trying
13   to study.
14        Q.   Okay.  And I'm sorry for torturing
15   this, I think, as I understand it, these are --
16   this is old information that Dr. Cramer has on a
17   series of patients that he's already published
18   on, and he's trying to correlate the talc use
19   with pathological findings?
20        A.   Those are not necessarily the
21   objectives of the study.  And it's something
22   that we're working on.  And I think I was
23   answering the question in regard to have I
24   looked at other cases.  And the answer to that

Page 192

1    question was yes, and it's in that context.
2         Now, I think, you know, when you're in
3    the process of designing a study and just
4    starting to look at the histologic tissue to see
5    if it meets criteria that you're developing,
6    yes, this is not an area that we want to explore
7    in great detail because there's -- you know,
8    it's very early on.  But it's in -- it's
9    something we're doing.  And that was the answer
10   to the question.
11        Q.   All right.  So very early on --
12        A.   It's not ready for publication.
13        Q.   Still collecting?
14        A.   It's not close to prime time.  But it
15   was not -- that was not what I was answering.  I
16   was answering a different question when we
17   talked about that.
18        Q.   Okay.  Fair enough.
19        And I have another question for you.
20   You were talking earlier about the Roggli -- is
21   that how you say it, Roggli?
22        MR. SMITH:  Roggli.
23   BY MS. AHERN:
24        Q.   -- the Roggli studies on asbestos --

Page 193

1         A.   Yes.
2         Q.   -- in your report in terms of how you
3    arrived at your conclusion that there was
4    substantial talc particles in Mrs. Blaes's
5    ovarian tissue.  Can you explain to me one more
6    time how you used the Roggli study to
7    extrapolate to Mrs. Blaes's ovarian tumor?
8         MR. SMITH:  I'm going to object.  It's
9    been asked and answered.
10        Go ahead.
11        A.   The objective of the Roggli study was
12   to answer the question of whether the finding of
13   one asbestos body in a section of lung tissue
14   was an important and relevant finding in terms
15   of the patient's asbestos exposure, or could you
16   find this in anybody walking down the street,
17   did it suggest an occupational exposure.
18        And the conclusion to the study was
19   that if you found one asbestos body by light
20   microscopy in a routine section, that it did
21   indicate a level of exposure above what you
22   would expect in the general population.
23        The same approach could apply here,
24   where if you are finding particles in a section

49 (Pages 190 to 193)

Confidential - John J. Godleski, M.D.

Page 194

1  of tissue, and if we're finding six particles in
2  a section of tissue, that indicates that if one
3  does a determination of the number of particles
4  by weight, there would be a very substantial
5  number there in the ovary.  Because if you think
6  in terms of an ovary weighing somewhere between
7  10 and 20 grams, and we're examining a microgram
8  sample of tissue, you can see that the
9  relationship of the number and the significance
10  of finding small numbers.
11  BY MS. AHERN:
12    Q.   Was Roggli able to verify that by
13  looking at serial sections, or something, and
14  quantifying the number of asbestos fibers and
15  then going back and --
16    A.   What he related to --
17    Q.   Sorry, I want to finish.
18        Was Roggli able to go back and verify
19  his method of quantifying the number of asbestos
20  fibers in tissue by volume by going back and
21  doing something like a serial sectioning and
22  counting the number of asbestos fibers?
23    A.   He related it to digestion studies,
24  because with digestion studies you start out

Page 195

1  with a gram or more of tissue, and you digest
2  the tissue away, and you're left with the
3  mineral amount.  And there's been many studies
4  that establish that at certain levels there's --
5  there's a number that's more likely than not
6  associated with the development of mesothelioma
7  or other asbestos-related diseases, there are
8  other data based on digestion studies that
9  indicate very high exposure levels.  So he was
10  trying to determine the question of, okay, if
11  you find it by light microscopy in this section
12  of tissue, what's the meaning of that in terms
13  of the body of knowledge that we have of
14  digestion, digestion-based studies, because not
15  every case has tissue for digestion.
16        So it's the same idea, that since
17  we're looking at a small -- a very small sample
18  of tissue, what's the meaning.  If we find one
19  asbestos -- or one talc particle in a section of
20  ovary, what have we examined in terms of the
21  percent of ovarian tissue, we're talking about a
22  hundredth or a thousandth of a percent of that
23  tissue.  And if you then relate that to, well,
24  how much is it likely that we would find if we

Page 196

1  digested the tissue or we looked at it by some
2  other method, we would get into the thousands
3  and maybe even millions of particles
4  identifiable.
5    Q.   Okay.  So you weren't suggesting here
6  that second step, that verification, by
7  comparing that one talc particle, for instance,
8  to a digestion study showing how much talc you
9  can expect per gram of tissue, that has not been
10  done?
11    A.   That has not been done.
12    Q.   So it could be that you're looking at
13  one talc particle in a gram of tissue, or it
14  could be that you're looking at hundreds of talc
15  particles in a gram of tissue, is that correct?
16    A.   More likely tens of thousands.
17    Q.   Okay.  And when you say "more likely,"
18  what do you base that on?
19        MR. SMITH:  Objection.  Asked and
20  answered.
21    A.   We started a study where we've done --
22  where we did digestion of particles from cases
23  with ovarian cancer, that study has not been
24  finished.  This is the study I talked about

Page 197

1  where people had moved on, and the people that
2  started it didn't finish it.  But the bottom
3  line was that we had more particles than we
4  could possibly quantify in those cases, and we
5  ended up devising sampling methods in order to
6  get some handle of how many particles were in
7  that tissue, and it was a very large number.
8  BY MS. AHERN:
9    Q.   Okay.  So you have some preliminary
10  data that hasn't been published yet?
11    A.   Has not been published, has not gone
12  anywhere, but that's my sense based on what
13  we've done.
14    Q.   So when you talk in this paragraph
15  here, second to last paragraph, about
16  quantifying or estimating the number of talc
17  particles present in ovarian tissue in
18  Mrs. Blaes's case, you're referring to
19  unpublished data from your laboratory, is that
20  correct?
21        MR. SMITH:  Object to form.
22    A.   No.  I'm relating a concept that's
23  accepted in pathology that if you find one
24  particle in a section of tissue that it's

Confidential - John J. Godleski, M.D.

Page 198

1  significant, and applying that principle here.
2  And that principle is based originally on the
3  study of Roggli with asbestos, but it's also
4  been applied in terms of bacteria in a
5  histologic section, it's been applied in many,
6  many other situations scientifically. So that's
7  the body of knowledge that I'm using when I make
8  this relationship.
9     MS. AHERN: I'm just going through my
10  notes. If you've got some questions that you
11  want to -- so we don't take up too much time.
12     MR. FERGUSON: Okay.
13  BY MR. FERGUSON:
14     Q. Dr. Godleski, let me just make sure I
15  understand our prior discussion on the spectrum
16  that is located in your report, in your
17  Exhibit 3.
18     A. Okay.
19     Q. Over in the upper right-hand corner,
20  we talked about this, and I probably just was
21  confusing in my question, but it says "Spectrum
22  360." I assume that's just the software or
23  something identifying what we're talking about,
24  right?

Page 199

1     A. Yes.
2     Q. Then below that it has "AT
3  percentage," is that right?
4     A. Yep.
5     Q. Does that stand for atomic percentage?
6     A. Yes.
7     Q. Okay. And what is the atomic
8  percentage? I'm not talking about what it is
9  numerically here, but in general what's an
10  atomic percentage?
11     A. It includes the atomic weight of the
12  element as well as the counts that we're getting
13  here, so that it's a determination to give you a
14  quantification based on the element itself.
15     Q. And you can, for a particle, do an
16  analysis of the weight percentage, too, correct,
17  or does this include the weight percentage?
18     A. Well --
19     Q. I've seen reference in normative data
20  on weight percentage. I'm just trying to figure
21  it out.
22     A. Same thing.
23     Q. Then there's also something called a
24  chemical formula with regard to substances such

Page 200

1  as talc, correct?
2     A. Yes.
3     Q. What is the chemical formula?
4     A. I think it's -- what is it, SIMG05, I
5  think, or something like that. I don't recall
6  right now.
7     Q. And again, I'm not trying to test you
8  here.
9     A. I just don't recall.
10     Q. I'm just trying to get my terms
11  defined here, too, so I'm not misunderstanding.
12     Let's go back to the atomic
13  percentage. As we look at the atomic percentage
14  here with regard to silicon, it's 11.2, and
15  magnesium 10.7, right?
16     A. Mm-hmm.
17     Q. And that's the ratio that you're most
18  interested in looking at with regard to
19  determining what substance it is, correct?
20     A. Yeah.
21     Q. And do you agree with me that the
22  atomic percentage for talc, if we go silicon
23  over magnesium, should be about 1.33, or do you
24  know?

Page 201

1     A. No, it's not quite that. If you do it
2  by the counts you might get that. But by the
3  atomic percentage, it's like 1.1-to-1.
4     Q. That's what it is here, right?
5     A. Yeah. And if you look through the
6  others here, it's all very close to that. So
7  even where we have -- this is 10, 10.6 to 10.2.
8     Q. I apologize, can I just -- so I don't
9  lose my train of thought, the 10.6 to 10.2, is
10  that a particle that you believe is a talc
11  particle?
12     A. Yes. And that has a small percentage
13  of iron with it. And here's another one, it's
14  11.2 to 10.7. These are all within the
15  appropriate range.
16     Q. Well, that's what --
17     A. And this one is 8.6 to 7.7. So, you
18  know, we're pretty much in the same range.
19     Q. And what I'm trying to figure out is
20  what is the -- where do you obtain -- where is
21  the normative data that tells you that that's
22  the right ratio for talc?
23     A. Again, you could -- in most instances
24  you get a range, and it's within the range. I'm

51 (Pages 198 to 201)

Confidential - John J. Godleski, M.D.

Page 202

1  trying to recall whether the McCrone Atlas has
2  that or whether that comes from other sources.
3      Q.   You did mention the McCrone Atlas
4  before.  So that's one place where you believe I
5  could go look that up and see what the atomic
6  percentage and the ratio between silicon and
7  magnesium would be with regard to talc?
8      A.   Yeah, I believe so.
9      Q.   You think I'm going to find somewhere
10 around 1, 1.1, something in that range?
11     A.   Yeah, in that range.
12     Q.   You told Ms. Ahern that you had
13 reviewed epidemiology, but I was a little
14 unclear from the answer to the question as to
15 whether you had reviewed any of the epidemiology
16 that's come out since the Berg case ended.  Have
17 you reviewed any of the more recent
18 epidemiological data?
19     A.   Not in preparation for this
20 deposition.
21     Q.   Or just in general, I guess, I'm
22 asking as part of your --
23     A.   I read a lot of things.
24     Q.   Do you recall reading a January, 2015

Page 203

1  article by Coleman called "Talcum Powder, The
2  'Pluto' of Prognostic Factors for Ovarian
3  Cancer"?
4      A.   No.
5      Q.   Do you recall reading a 2014 article
6  by Houghton entitled "Perineal Powder Use and
7  Risk of Ovarian Cancer"?
8      A.   I think I did read that.  I believe
9  that's a study where they related everything to
10 ever or never using talc.
11     Q.   Do you recall their conclusion was
12 based on their results, "Perineal powder use
13 does not appear to influence ovarian cancer
14 risk"?
15     A.   Yeah, that's one of the few studies
16 that don't show it, show a relationship.
17         MR. FERGUSON:  I think that's all,
18 with the caveat that we may talk to you after we
19 look at this disk if there's information that we
20 feel we need to talk to him about since we
21 didn't get it.  And we'll, as you say, cross
22 that bridge when we come to it, if we come to
23 it.
24         MS. AHERN:  I agree.

Page 204

1          MR. FERGUSON:  Anything else?
2          MS. AHERN:  No, nothing else at this
3  time.
4          MR. SMITH:  I've got a couple
5  questions.
6          MR. FERGUSON:  I object.
7          MR. SMITH:  It won't be long.
8          CROSS EXAMINATION
9  BY MR. SMITH:
10     Q.   Earlier you were asked by counsel
11 about your focus, that you had some focus on
12 pulmonology in your pathology practice, correct?
13     A.   That's correct.
14     Q.   And would it also be part of your
15 focus in your pathology practice of finding and
16 analyzing foreign material in all types of
17 tissue in the body?
18     A.   Yes, it's something I definitely do.
19     Q.   And earlier, counsel asked you about,
20 I believe, a couple of family members that may
21 have been diagnosed with breast cancer and
22 Ms. Blaes, and were you aware of that.  Do you
23 recall that?
24     A.   No.

Page 205

1      Q.   Well, I'll represent to you earlier,
2  we have been here a while, that he had mentioned
3  a couple of possible family members that have
4  been diagnosed with breast cancer of Ms. Blaes.
5          If an individual, or in this case
6  Ms. Blaes was tested for the genetic mutation
7  BRCA1 and BRCA2, and was negative, family
8  history wouldn't matter, would it?
9          MR. FERGUSON:  Object to form.
10         MS. AHERN:  Objection.
11 BY MR. SMITH:
12     Q.   It wouldn't be a consideration, would
13 it?
14         MR. FERGUSON:  Same objection.
15     A.   It would be less of a genetic
16 predisposition.
17 BY MR. SMITH:
18     Q.   Right.  Because looking at family
19 history, and if we -- before we had BRCA1 and
20 BRCA2, if we looked at family history and close
21 family history of breast and ovarian cancer, it
22 might indicate a genetic predisposition of that
23 disease in future children or family members,
24 correct?

52  (Pages 202 to 205)

Confidential - John J. Godleski, M.D.

Page 206

1          MR. FERGUSON:  Object to form.
2     A.   That's correct.
3  BY MR. SMITH:
4     Q.   And BRCA1 and BRCA2 is a genetic test
5  that has come out that specifically analyzes the
6  genes for that genetic predisposition, is that
7  correct?
8          MR. FERGUSON:  Objection.
9          MS. AHERN:  Objection.
10    A.   That's correct.
11 BY MR. SMITH:
12    Q.   They asked you earlier about how
13 long -- could you tell us exactly how long the
14 talc particles have been in the tissue of
15 Ms. Blaes, and you said you couldn't
16 specifically give a time frame, but you did find
17 talc imbedded deep into these tissues, correct?
18    A.   That's correct.
19    Q.   And that would indicate that these had
20 been there for some time, correct?
21         MR. FERGUSON:  Object to form.
22         MS. AHERN:  Objection.
23    A.   More likely than not.
24 BY MR. SMITH:

Page 207

1     Q.   And you're of the opinion more likely
2  than not that Mrs. Blaes's decades-long use of
3  genital talc resulted in the talc that you found
4  in her ovarian tissue, is that correct?
5          MR. FERGUSON:  Object to form.
6     A.   That's correct.
7  BY MR. SMITH:
8     Q.   And earlier defense counsel asked you
9  about condom use, and is that a possible
10 alternate source of talc exposure.  But if an
11 individual, or in this case Ms. Blaes's husband
12 had testified that all of the condoms that he
13 used when having intercourse with Ms. Blaes were
14 lubricated, that would go against that theory of
15 an alternate exposure in that method, would it
16 not?
17         MR. FERGUSON:  Object to form.
18         MS. AHERN:  Objection.
19    A.   More likely than not, yes.
20 BY MR. SMITH:
21    Q.   And you're of the opinion talc can
22 transmigrate to the ovaries, correct?
23    A.   Yes.
24    Q.   And there are studies that show this,

Page 208

1  correct?
2          MR. FERGUSON:  Same objection.
3     A.   Correct.
4  BY MR. SMITH:
5     Q.   And you were asked earlier about
6  aluminum and titanium, and did you consider
7  those elements in your examination of the
8  tissue.  Do you recall that from counsel?
9     A.   Yes.
10    Q.   And are you aware of any studies that
11 link aluminum or titanium to ovarian cancer?
12    A.   No.
13    Q.   And so would it be proper for you to
14 consider things that you don't even consider a
15 risk factor for the disease?
16         MR. FERGUSON:  Object to form.
17         MS. AHERN:  Objection.
18    A.   No.
19         MR. SMITH:  That's all the questions I
20 have.
21         MR. FERGUSON:  Just briefly.
22         REDIRECT EXAMINATION
23 BY MR. FERGUSON:
24    Q.   Mr. Smith asked you about BRCA1 and 2

Page 209

1  mutations.  Do you recall that discussion?
2     A.   Yes.
3     Q.   Certainly before the BRCA1 and 2
4  mutations were discovered, we didn't know about
5  them, correct?
6     A.   That's right.
7     Q.   Would you agree there's much to be
8  learned in the future about ovarian cancer and,
9  in fact, we don't know what mutations or genetic
10 factors there may be at this point?
11    A.   Yeah, and we don't know how those
12 mutations interact with environmental agents.
13         MR. FERGUSON:  Okay.
14 BY MS. AHERN:
15    Q.   Are you aware of whether or not other
16 genetic mutations or polymorphisms have been
17 associated with ovarian cancer other than BRCA1
18 and BRCA2?
19    A.   No.
20         MS. AHERN:  Okay.  No further
21 questions.
22         (Whereupon, the deposition was
23         concluded at 3:11 p.m.)
24

53 (Pages 206 to 209)

Confidential - John J. Godleski, M.D.

Page 210

```
 1    COMMONWEALTH OF MASSACHUSETTS )
 2    SUFFOLK, SS.              )
 3          I, MAUREEN O'CONNOR POLLARD, RMR, CLR,
 4    and Notary Public in and for the Commonwealth of
 5    Massachusetts, do certify that on the 27th day
 6    of May, 2015, at 9:00 o'clock, the person
 7    above-named was duly sworn to testify to the
 8    truth of their knowledge, and examined, and such
 9    examination reduced to typewriting under my
10    direction, and is a true record of the testimony
11    given by the witness.  I further certify that I
12    am neither attorney, related or employed by any
13    of the parties to this action, and that I am not
14    a relative or employee of any attorney employed
15    by the parties hereto, or financially interested
16    in the action.
17          In witness whereof, I have hereunto
18    set my hand this 7th day of June, 2015.
19
20          _____
21          MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
22          Realtime Systems Administrator
23          CSR #149108
24
```

Page 212

```
 1          ------
              E R R A T A
 2          ------
 3    PAGE LINE CHANGE
 4    ___ ___ _____
 5        REASON: _____
 6    ___ ___ _____
 7        REASON: _____
 8    ___ ___ _____
 9        REASON: _____
10    ___ ___ _____
11        REASON: _____
12    ___ ___ _____
13        REASON: _____
14    ___ ___ _____
15        REASON: _____
16    ___ ___ _____
17        REASON: _____
18    ___ ___ _____
19        REASON: _____
20    ___ ___ _____
21        REASON: _____
22    ___ ___ _____
23        REASON: _____
24    ___ ___ _____
```

Page 211

INSTRUCTIONS TO WITNESS

```
 1
 2
 3          Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the appropriate
 6    space on the errata sheet for any corrections
 7    that are made.
 8          After doing so, please sign the
 9    errata sheet and date it.  It will be attached
10    to your deposition.
11          It is imperative that you return
12    the original errata sheet to the deposing
13    attorney within thirty (30) days of receipt of
14    the deposition transcript by you.  If you fail
15    to do so, the deposition transcript may be
16    deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
```

Page 213

ACKNOWLEDGMENT OF DEPONENT

```
 1
 2
 3          I, _____, do
      Hereby certify that I have read the foregoing
 4    pages, and that the same is a correct
      transcription of the answers given by me to the
 5    questions therein propounded, except for the
      corrections or changes in form or substance, if
 6    any, noted in the attached Errata Sheet.
 7
 8          _____
      JOHN J. GODLESKI, M.D.     DATE
 9
10
11
12
13
14
15    Subscribed and sworn
      To before me this
16    _____ day of _____, 20____.
17    My commission expires: _____
18
19    _____
      Notary Public
20
21
22
23
24
```

54  (Pages 210 to 213)

Confidential - John J. Godleski, M.D.

Page 214

```
 1        LAWYER'S NOTES
 2     PAGE  LINE
 3     ____ ____ _____
 4     ____ ____ _____
 5     ____ ____ _____
 6     ____ ____ _____
 7     ____ ____ _____
 8     ____ ____ _____
 9     ____ ____ _____
10     ____ ____ _____
11     ____ ____ _____
12     ____ ____ _____
13     ____ ____ _____
14     ____ ____ _____
15     ____ ____ _____
16     ____ ____ _____
17     ____ ____ _____
18     ____ ____ _____
19     ____ ____ _____
20     ____ ____ _____
21     ____ ____ _____
22     ____ ____ _____
23     ____ ____ _____
24     ____ ____ _____
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - John J. Godleski, M.D.

**A**

**abdomen** 51:17
**ability** 71:23
**able** 45:14 51:9
  55:9 79:17
  108:8 125:4
  183:21 187:20
  189:24 194:12
  194:18
**abovenamed**
  210:7
**abraham** 110:6
  110:11
**absolutely** 90:7
  113:11 143:24
**abstract** 69:16
  190:24
**accept** 46:5
  134:22
**accepted** 102:17
  104:2 110:24
  157:10 197:23
**account** 50:19
  82:10,21 83:14
  141:23
**accurate** 61:1
  86:2 211:16
**acknowledged**
  180:7
**acknowledging**
  148:16
**acknowledgm...**
  213:1
**action** 210:13,16
**actions** 114:2
**activity** 175:7
**add** 52:4 156:19
**added** 39:4
  43:13 51:24
  101:2 105:17
**addition** 177:19
**additional** 13:18
  14:18,21
  175:24 176:1
  176:15 178:7
  183:4 189:17

**address** 6:11
**adequate** 148:15
  148:18,21
  149:1 151:10
**adhesions** 89:13
**adhesives** 162:2
**administrator**
  210:22
**admit** 31:2
**admittedly**
  91:13
**advance** 104:19
**advanced** 33:15
**advances** 104:21
**affirmative** 44:9
**afternoon** 132:1
**age** 49:22 50:6
  155:7
**agents** 148:3
  209:12
**ago** 17:15
  111:13 170:17
**agree** 63:13 71:7
  72:3 73:22
  74:17 78:3
  90:3 133:5
  144:18 148:11
  150:22 153:5
  156:24 157:8
  159:12 161:4
  200:21 203:24
  209:7
**agrees** 157:16
  160:4
**ahead** 25:17
  57:19 97:20
  131:11 184:23
  193:10
**ahern** 2:17 4:5,9
  7:17 167:20,21
  167:22 175:23
  178:13 187:19
  192:23 194:11
  197:8 198:9
  202:12 203:24
  204:2 205:10

206:9,22
  207:18 208:17
  209:14,20
**air** 27:5,18 28:8
  28:18 63:17
  113:21,22
  115:11 162:15
  162:16,17,19
  162:23 163:1,5
**al** 1:9 5:8,11
  69:2 74:22
  143:2
**allen** 2:3,8
**allow** 117:6
  182:20
**allowed** 104:8
  104:12 105:1
  144:23
**allows** 20:8 91:9
  115:1 117:7
  134:22
**alternate** 207:10
  207:15
**aluminum** 73:8
  120:8 121:4,6
  133:11 174:19
  174:21 175:9
  175:10,12,13
  175:13 176:2,6
  176:8 178:15
  178:17,22
  179:2 208:6,11
**amazed** 59:17
**ambient** 27:5,18
  29:1 162:15
  163:1
**amended** 4:15
  9:16
**amount** 16:10
  126:14 129:19
  130:4 136:13
  195:3
**amounts** 61:10
  122:12 127:3
**analyses** 24:12
  24:16 25:7

89:1
**analysis** 4:19
  10:24 11:6
  13:9 35:11
  37:16 38:5
  40:10 41:15,19
  51:22 57:15
  91:21 108:3
  127:19 130:23
  164:1 174:2
  180:2,14
  182:16 199:16
**analyze** 34:21
  107:12 108:12
  120:18 134:16
  135:8 173:22
  174:6 182:20
  182:21
**analyzed** 118:24
  119:19 145:5
  182:5
**analyzes** 206:5
**analyzing**
  135:24 204:16
**angeles** 85:16,22
**angle** 116:15
**animals** 148:6,9
**answer** 8:8
  46:15 106:15
  133:2,4 164:11
  191:24 192:9
  193:12 202:14
**answered** 193:9
  196:20
**answering**
  191:23 192:15
  192:16
**answers** 213:4
**anticipation**
  41:17
**anybody** 24:19
  64:16 193:16
**anymore** 111:8
**anyway** 20:22
**apologies** 144:3
**apologize** 98:11

201:8
**appear** 154:13
  203:13
**appearance** 45:9
**appearances** 2:1
**appears** 137:24
**appendix** 51:18
  89:13
**application** 64:2
  76:17
**applied** 126:22
  198:4,5
**apply** 79:23
  135:4 193:23
**applying** 198:1
**appointment**
  33:20 153:14
  153:15
**appointments**
  33:18
**appreciate**
  92:23 93:19
  100:4,5 106:16
**approach**
  103:10,17
  110:22,23,24
  193:23
**approaches**
  103:10 126:22
**appropriate**
  124:14 129:11
  201:15 211:5
**appropriately**
  159:23
**approximately**
  13:22 71:3
**april** 4:16 9:7,24
  10:3
**area** 58:10 60:2
  61:14,21 71:24
  78:12 80:1
  85:20 92:15
  93:1 105:13
  111:24 112:1
  142:14 172:1
  184:11,17

Confidential - John J. Godleski, M.D.

185:5,23 186:1
192:6
**areas** 60:5 79:21
119:17
**arent** 57:19
183:15 190:8
191:1
**arrived** 193:3
**arrow** 98:14,17
98:19,19
100:14,15,19
181:22
**article** 5:8,11
31:5,10,13,20
68:20 69:2,21
69:22 70:7,7
70:13,22 71:12
71:23 72:8
74:21 75:1
76:20 77:21
78:17 80:8
85:13,14
142:20,23
143:2 203:1,5
**articles** 31:8,14
84:24 85:8
145:20 167:7
**articulate** 90:5
**asbestos** 43:9,11
44:1,15,22
45:1,5,7,15,16
46:19 74:14,19
126:11 127:10
127:15 128:7
128:11 129:14
129:14 130:7
131:5,7 142:13
192:24 193:13
193:15,19
194:14,19,22
195:19 198:3
**asbestosrelated**
43:22 195:7
**aside** 24:4
182:11
**asked** 14:8

18:11 25:22
32:11 40:2
42:7 43:15,16
46:7 57:8
67:18 101:11
101:17 106:16
132:9 163:7
172:23 173:20
173:21,23
174:1 179:22
179:24 180:13
180:20,22
189:4 193:9
196:19 204:10
204:19 206:12
207:8 208:5,24
**asking** 7:23 8:2
39:16 40:3
57:2 171:10
172:22 176:5
188:16 202:22
**asks** 12:16
**asphalt** 162:4
**assertion** 78:1
**asserts** 87:4
**assessed** 91:2
**assessment** 54:6
110:7
**associate** 26:24
190:1
**associated** 35:23
36:18,18 39:2
133:16 147:13
150:14 157:4
160:20 161:1
164:15 176:23
179:1 195:6
209:17
**association** 41:6
48:18 69:17
70:23 71:8
84:19 87:5
125:6 133:18
159:19 169:2,3
169:7 170:2
176:8,16

177:22,23
179:1,6
**associations**
168:23
**assume** 54:18,20
77:21 137:17
138:9 198:22
**assumed** 58:3
**assumes** 178:10
**assure** 112:16
**atlas** 84:8 202:1
202:3
**atomic** 83:13
199:5,7,10,11
200:12,13,22
201:3 202:5
**attached** 133:7
133:22 211:9
213:6
**attorney** 25:13
210:12,14
211:13
**attorneys** 35:22
36:5,15,18
54:15
**au** 114:17
**aunt** 49:21
**austin** 3:5
**australia** 5:15
151:18,21
152:4,15
153:10
**author** 70:8
77:20 85:14
**authored** 31:6,8
**authors** 87:22
146:13 157:23
158:12 160:6
168:21
**automatically**
133:8,23 134:2
**availability**
141:14
**available** 111:20
163:1 191:11
**avenue** 1:20 3:4

6:13
**avoid** 20:21
44:21
**avoiding** 21:19
**aware** 30:20
41:24 48:7,19
65:2 66:11
149:9,15,23
150:3,5,11
162:13 163:8
164:19 165:10
165:13,18
178:2,14
204:22 208:10
209:15
**aztec** 115:19

**B**
**b** 2:5 4:12
146:24 147:3
**back** 12:5 13:5
16:7 17:1,11
24:5 50:8 53:6
60:10 63:8
67:7 70:5 77:3
77:4 80:6
91:12 105:10
106:6 107:7
110:1 111:12
119:7 133:19
141:22 142:11
156:2 158:19
171:22 179:9
186:17 190:10
194:15,18,20
200:12
**background**
102:12
**backscatter**
116:7 117:3
163:23
**backscattered**
116:18
**bacon** 2:18
**bacteria** 52:24
198:4

**badly** 142:3
**bag** 22:7,9,11
23:12,16,18,20
41:8 112:6,8
112:11
**bagged** 112:8
**bags** 112:13
**balance** 82:23
**ball** 38:7
**base** 196:18
**based** 51:20,22
55:8 102:4
117:24 128:12
132:21 158:19
171:20,23
190:4 191:10
195:8 197:12
198:2 199:14
203:12
**basic** 78:1
**basically** 96:23
166:4
**basis** 33:4 127:6
130:11
**basophilic** 95:6
**bathing** 121:20
**beach** 121:19
**beam** 72:17,18
103:23 104:18
129:4,17
**bear** 167:24
**beat** 142:2
**beginning** 154:9
**begins** 59:24
**behalf** 35:22
**believe** 17:13
18:4,10 25:18
35:18 36:23
60:21 64:4
83:18 85:20
86:6 118:13
148:20 155:14
156:3 158:24
165:1 176:20
201:10 202:4,8
203:8 204:20

Confidential - John J. Godleski, M.D.

**benefit** 141:5
142:4 168:2
**benefits** 142:5
**berg** 17:6 20:19
35:12,16,21
38:6,9 41:20
102:15,22
106:24 107:5
116:1 170:24
171:5,8,8,12
202:16
**best** 174:13
**better** 91:13,14
105:1 107:4
116:3 129:15
143:23 184:4
188:22
**big** 68:6 104:19
124:10,10,15
129:23 184:6
**bigger** 123:3
**bill** 136:21,22
137:23 141:22
**billed** 13:17
45:22 141:21
**billing** 4:21 12:7
12:10,12,16,21
13:8 38:8
136:9 138:7
140:7 141:9,11
141:16,23
**billings** 13:11,18
**bills** 35:7 38:13
39:5
**bio** 5:7 27:8,14
28:5,7,14 29:4
29:7,8,12,22
30:3
**biohazard** 23:13
**biology** 60:6
68:7,17 188:17
**biopsy** 89:11
**bios** 30:7,15,21
**biostatistician**
172:21 173:1
180:10

**biostatistics**
172:18
**birefringent**
98:13 99:12
182:7,10,11
**bit** 7:5 11:11
13:7 47:22
53:8 60:17
69:8 72:20
99:24 100:7,11
108:5,13 125:9
136:5 167:24
168:9 175:19
184:4,19
**biweekly** 141:12
**black** 61:8 94:10
100:5
**blackened** 60:2
**blade** 105:14
**blaes** 1:6 9:22
10:7 26:8 38:6
38:9 41:20
49:1,20 50:5
65:6,21 66:9
89:5 106:23
107:11 118:23
137:24 139:13
145:6 173:18
204:22 205:4,6
206:15 207:13
**blaess** 49:10
50:18,21 52:16
57:10 59:12
60:24 66:3
81:2 101:7
125:5 126:24
132:17 163:17
174:3,9 175:10
175:12 176:3
178:8 186:8
193:4,7 197:18
207:2,11
**blair** 2:10,15
25:13
**blobs** 92:11
**block** 20:8,12

22:9,12,13
23:9,18,20,21
23:24 101:21
101:22 103:12
103:18 104:9
105:13,16,18
106:4 110:16
114:6,7 115:9
118:16 123:4
128:24 129:1
184:2,3 185:14
185:22 186:4
**blocks** 5:2,4
19:3,22,23,24
21:11 22:2,10
22:12,17,23
23:4,17 39:16
39:17,19,21,24
40:1,3,11
101:11,16,18
101:19,24
102:2,6,9
105:23 110:2,6
112:5,15,17,23
113:4,22 118:6
118:10,22
137:16 183:5
**blood** 95:5
**blue** 92:11 94:12
94:15,17,18
**blvd** 2:5
**bodies** 45:15
94:23 95:1,3,8
95:10 129:14
146:18
**body** 8:10 29:5
29:10,19 43:10
43:11 44:1
45:2 53:22
54:3 55:3
57:10 59:12,17
60:16 62:5,15
63:11 64:1
87:3 88:23
95:6,12 101:7
121:23 125:22

132:21 133:13
133:14 134:9
134:22 135:8
135:11,12
136:1 145:14
145:16 151:2,3
168:8,10,11
169:6 171:23
177:4,17
193:13,19
195:13 198:7
204:17
**book** 84:10
**boston** 1:21 6:13
**bottom** 80:13
88:8 93:24
197:2
**bouncing**
116:14
**bounded** 92:21
**box** 21:15 22:1
81:12 82:9
**brca1** 48:16
157:6 205:7,19
206:4 208:24
209:3,17
**brca2** 157:6
205:7,20 206:4
209:18
**breadth** 28:12
**break** 7:5 25:11
67:7,13 126:5
131:12 132:5
**breast** 29:17
48:20 49:1,21
50:6,18 108:6
178:15 204:21
205:4,21
**bridge** 167:17
203:22
**brief** 67:6
**briefly** 21:24
208:21
**brigham** 5:16
6:16 29:14
33:19,21 34:13

48:4 107:15
111:20 153:15
153:19 154:4
154:13 155:18
156:11,18
**bright** 97:13,24
117:5
**brighter** 96:22
97:13
**bring** 88:6 142:6
**broken** 108:14
**bronchi** 62:10
**brought** 8:14
136:7 140:16
140:22 141:1
**budke** 15:2,2
17:1
**building** 6:19
**bulb** 91:6
**burner** 16:6
**business** 6:11
29:24

---
**C**
---
**c** 6:1 72:22
**calc** 73:16
**calcification**
52:1,4,13 95:9
108:23
**calcifications**
92:12,14,18
94:16,17,21,22
95:10
**calcify** 95:13
**calcium** 52:7
109:5,10,10
119:4,8 122:12
123:17 124:5
124:16 184:6
185:24 186:2
188:19 190:2
**calculate** 82:20
**caldwell** 17:10
**californiabased**
85:16
**call** 62:8 78:8

Confidential - John J. Godleski, M.D.

81:1 94:5,13
97:14
**called** 67:22
74:12 80:19
84:13 104:6
105:3 114:9
116:13 141:23
142:21 160:22
199:23 203:1
**calling** 175:19
**cambridge**
111:15
**camera** 99:2
**cancer** 5:10,13
5:14,14,16
17:13,14,20
30:4,11,22
31:9,16 33:10
35:24 36:6
47:1,21,24
48:3,11,20,20
48:21,22 49:2
49:11,21 50:6
50:13,18 52:16
64:10 69:4,18
70:2,13 76:21
77:1,9,14,17
78:22 84:20
86:13,18,24
88:17 95:9
125:5 132:15
132:23,24
133:17 145:17
145:20,21
146:10 149:12
150:6,11,15,20
151:6,15,17
152:2,3,4,14
152:17,20
153:2,3,7,7,9
153:20,23
154:3,22,23
155:5,7,12,15
156:4,7 157:2
157:3,9,17
158:16 159:15

160:5 165:16
165:21 168:24
169:7,18 170:4
171:4 172:12
176:9,17
177:24 178:15
179:2,7,17
180:4,9,16
189:6 190:15
196:23 203:3,7
203:13 204:21
205:4,21
208:11 209:8
209:17
**cancerous** 133:7
**cancers** 48:8
**cant** 8:10 49:17
55:2 60:24
63:9 66:13,21
67:3 77:11
101:6 103:13
117:17 120:11
120:24 163:9
163:24 164:2
164:16 168:20
169:14,14
171:13 182:12
**capability** 105:5
**caption** 81:7
92:3
**carbon** 20:5
72:21 102:16
103:4,12,16
105:7 124:10
**carbonaceous**
116:21 119:3
**carcinogen**
146:21 147:6,8
147:12 148:17
177:15 178:4
**carcinogenic**
147:16,19,21
**carcinogenicity**
148:4,5,7,8,12
148:13,19
**carcinoma** 5:12

51:16 91:18
93:4 94:24
142:22 143:3
158:23 159:4
**carcinomas** 52:3
52:12,12
**cardiac** 27:24
**career** 62:14
**careful** 63:20
**carefully** 99:23
102:23 136:9
211:4
**carlos** 140:4
**case** 1:7 4:19,22
7:8,21,24 8:15
9:14 10:24
11:6 13:9,17
14:6,10 15:4,7
15:21 16:3,22
16:23 17:5,12
17:13,18,19,21
17:23 18:4
20:19 24:18
26:3 34:19,21
35:12,16,20,21
37:24 42:18
43:7 45:24
50:3,11 52:3
54:8 56:18
58:13 61:15
65:14 69:13
70:10 71:19
73:20 77:10,11
77:15,24 80:5
86:3,10 89:4
101:24 102:15
102:22 106:23
106:24 107:8
107:24 109:6
116:1 120:13
128:9 129:22
132:13 133:10
135:9,16,24
136:7 137:24
139:13 140:7
141:7 145:14

150:21 163:20
169:16 170:12
170:21,22,24
171:6,8,8,12
171:18,22
173:15 174:12
174:24 175:1,1
177:16 195:15
197:18 202:16
205:5 207:11
**cases** 35:22 36:4
36:8,13,14,22
37:1,3,11,16
37:19 38:9,15
40:5,14,21
41:9,18 42:23
43:2,14,22
44:4,15,22
46:1 47:7,8,11
47:12,17,17
54:4,11,13
55:4,5,13,14
56:22 57:10
79:5 88:11,16
90:18 142:7
154:24 181:4
188:2,13 190:5
190:6,14,19
191:2,24
196:22 197:4
**catalyst** 28:20
29:13
**category** 42:3
147:3 148:2,17
**causal** 50:11
77:8,14,16
86:11,16 87:10
87:11,15
132:13,19
177:22
**causality** 70:18
71:12,22 77:24
**causation** 65:14
173:8
**causative** 165:15
**cause** 15:11 48:7

49:10 52:15,20
52:24 53:2
87:2 154:23
157:1,2 159:20
165:20
**caused** 133:23
134:4
**causes** 52:15
125:5 133:8,12
145:21 146:9
154:22 157:9
157:16 158:16
160:5
**causing** 16:6
**caveat** 203:18
**cavity** 57:24
71:24
**cd** 24:7 174:14
187:22
**cell** 163:22
164:1
**cells** 58:18 91:9
93:3,5 95:7,16
163:15 164:14
164:16,17
**cellular** 98:5
184:4
**center** 2:5 4:18
10:10,14 26:6
84:13 89:21
110:3 111:14
**centimeter**
128:7
**century** 104:3
**ceramics** 161:24
162:1
**certain** 48:16
67:23 116:15
120:14,15
191:7 195:4
**certainly** 13:15
15:21 28:15
29:3,22 30:2
53:3 57:23
63:13 66:2
73:13 74:17

Confidential - John J. Godleski, M.D.

209:3
certainty 86:10
132:12,21
certify 210:5,11
213:3
cervix 5:12 58:5
58:20 89:12
142:22 143:4
chalk 105:21
challenge 8:11
challenged
70:19,22 71:13
71:22
chamber 103:22
104:13,18
chance 20:9
131:6,8 167:3
chances 182:23
183:6
chang 64:19
157:22 158:18
159:10,13
160:2
change 41:11
104:16 114:24
144:1,4 212:3
changes 213:5
characteristic
98:6
characteristics
93:2 183:22
184:1
charge 12:17
49:8 135:16
136:2
charges 136:8
141:11
charging 114:22
chase 2:19
chasing 109:6
check 30:15
115:7 139:22
chemical 117:2
199:24 200:3
chemically
74:14

cherrypick
119:14
chest 61:11
chewing 161:9
children 16:12
205:23
childrens 16:13
chimney 16:9
chloride 123:12
123:15,24
choose 188:13
circulate 59:19
63:6
circumstance
7:11
citation 70:4,11
cite 74:21 89:8
168:20
cited 70:14
127:7
cites 70:6
citing 126:12
citizens 149:10
city 61:7
claim 35:23
59:11 62:2
77:12
claiming 15:17
16:5 77:8,13
clarify 22:15
159:7,14 181:8
classification
177:14,20
classified 178:3
clean 105:14
cleaned 20:13
105:13,13
clear 58:22
71:14 108:10
118:6 125:10
132:10 159:17
172:4 183:16
185:4
clearance 62:8,9
62:15
cleared 62:22

clearly 76:10
92:16 117:18
clicks 154:11
clinical 43:13
109:21 110:21
110:21
clinically 108:7
clorox 45:10
close 58:19,20
64:2 192:14
201:6 205:20
clr 1:24 210:3
clustering 98:21
cm 22:11
coat 104:15
coated 45:16
65:3 100:23,23
100:24 114:17
115:5,13
coating 45:8
coauthor 31:7
69:12 71:18
coauthored 31:8
68:20 127:14
cohort 150:21
169:17
coleman 203:1
colleague 62:13
colleagues 34:20
77:5
collect 56:15
collected 116:19
collecting 13:19
56:10,11 188:2
188:3 192:13
collection
190:16
color 94:11,12
colorectal 48:20
column 77:7
78:19 143:16
144:7,8
com 2:15,23 3:7
combination
134:8
come 12:5 16:7

20:18 33:24
34:8,11 46:2
50:8 53:6 54:5
61:3,4,22 62:9
64:16,20,22
67:7 80:6
103:6 105:24
106:1 119:16
158:1,15 174:6
202:16 203:22
203:22 206:5
comes 46:12
54:9 97:5
128:18 141:22
202:2
comfortable
24:4 180:12,17
coming 20:22
72:23 97:2,6,8
116:15 121:7
121:10,12,21
commensurate
16:11
comment 74:12
92:13 122:24
155:2
commented
92:12
commission
213:17
common 90:8
94:23
commonwealth
210:1,4
communicating
8:6
community
157:10,16
160:4
companies
104:22,23
company 16:2,5
16:7 155:21
comparable
126:10,13
compared

128:20
comparing
184:22 196:7
compatible
72:10 73:16
74:10
complaining
106:18
complete 9:13
10:20
completely
72:19 168:3
184:8
complicated
140:20 182:17
components
93:9 124:22
composition
119:20 120:2,6
120:16 166:1
compound
177:23
concentrating
121:17
concept 86:22
91:15,16
197:22
concerning
169:11
conclude 152:24
concluded 75:14
75:17 146:19
150:5 151:4
209:23
concluding
50:10
conclusion
50:17 64:17,20
64:23 132:10
133:15 134:3
134:10 146:13
150:17 158:1
158:15 159:1
177:16 193:3
193:18 203:11
conclusively

Confidential - John J. Godleski, M.D.

72:1
**condom** 65:3
  66:4,21 67:2,3
  207:9
**condoms** 65:7
  65:20,22 66:10
  207:12
**conduct** 175:24
  176:1 182:16
**conducted**
  149:23
**confidential**
  1:13
**configuration**
  93:3
**configurations**
  184:15
**confirm** 91:18
  106:11
**confuse** 53:7
**confused** 80:18
  158:9
**confusing**
  174:11 198:21
**confusion**
  181:11
**congress** 3:4
**connection**
  32:19,20,21
  35:15 58:17
**connections**
  58:22
**consent** 190:12
**consents** 189:9
**consider** 12:1
  57:22 177:20
  180:1,6 208:6
  208:14,14
**consideration**
  134:23 135:1
  205:12
**considered**
  175:5 176:24
  177:3
**considering**
  134:24 135:2

**consistency**
  151:3
**consistent** 74:7
  75:11,22 76:1
  76:12 83:18,19
  83:22 118:1
  187:1,2
**consult** 37:9
**consulted** 36:9
  40:22
**contacted**
  156:17
**contained** 161:4
**container** 106:7
  113:22 115:10
**containing** 5:5
  22:1 25:2
  150:2
**contaminants**
  90:5
**contaminate**
  90:9 103:24
**contaminates**
  113:23
**contaminating**
  20:11
**contamination**
  21:19 63:22
  73:10 90:23
  105:16 112:17
  115:6,9,13,16
**content** 45:13
**contention**
  103:1
**contentions**
  159:3
**context** 8:4 12:2
  20:3 47:3
  55:14,16,17
  109:17 123:8
  192:1
**contiguous**
  90:21
**continue** 111:22
  190:5
**continues** 88:20

**continuing**
  70:16
**continuously**
  79:14 137:8
**contribute** 66:7
  67:3
**control** 150:21
  169:17 176:22
  177:8
**conventional**
  103:21
**convince** 156:18
**convincing**
  101:15,15
  102:3
**copied** 51:4
**copies** 12:14
  51:4
**copy** 26:3
  143:22,23
  152:10
**copying** 144:2
**corner** 152:14
  154:19 198:19
**correct** 6:22,24
  9:9,22,23 11:1
  11:2,15,16
  14:16,17,23,24
  15:5,6,14,24
  17:3,4,8 19:3,4
  19:20 21:5,6
  22:19 23:5,6
  23:10,14,15
  24:22,23 26:11
  26:12,15 27:1
  27:2,3,18,19
  27:21,22 28:1
  28:4,9 29:6,7
  30:4,5 31:11
  31:17,23 32:1
  32:4,5,7,8,16
  33:7,8,10,11
  33:12,13,19
  34:2,5,23 35:1
  35:2,4,5,6,9,10
  35:12,13 37:12

37:13 40:8,12
40:16,17 41:16
41:21 45:3
48:1 49:6,7,12
52:20 53:12,13
53:16 54:24
55:3,15 56:3
59:5,7,8 61:2
63:15,17 64:23
66:6,15,23
67:19 68:1,2
69:13,14,19,20
69:22,23 70:2
70:15,19,20,24
71:1,3,15 72:1
72:2,4,10,11
73:18,19 74:4
74:7,15,16,22
75:6,11,12,16
76:2,3,17,21
76:22 77:2,10
77:15,18,21
78:1 79:15
80:16 81:2,3
81:10,11,16,24
82:1 84:20,21
86:13,14 87:18
87:19,24 88:12
88:13,18,19
89:6,7,14,15
89:18,19 90:2
91:20 96:17
98:14 107:1,2
110:9,10,14
111:5 112:6,18
112:19 113:7,8
113:24 114:11
118:8,9,24
119:7 120:3
122:5,13
125:22,23
126:19,24
127:1,4,5,8,11
127:12,16,17
131:4 133:24
134:1,6,11,13

134:14,18
135:11,18,19
135:21,22
136:2,3,10,11
136:14,15
137:19 138:4,5
138:6,8,10,14
138:20 139:1,2
140:5,12
142:16 144:16
145:17 146:11
146:14,19
147:4,6,7,16
147:17,19,21
148:10 149:5
150:18 151:7
151:12,15
152:12 153:17
154:15 155:1
155:19 156:12
156:14 159:21
160:10,14,16
162:20 163:12
166:9 168:13
168:14 169:8,9
172:6,7,9,10
172:12 173:2,5
173:9,10,13,14
173:18,19
177:16 179:12
179:13 180:10
180:11,21
181:13,14
183:12,13,18
183:19 185:15
187:2 188:6
190:2,20
196:15 197:20
199:16 200:1
200:19 204:12
204:13 205:24
206:2,7,10,17
206:18,20
207:4,6,22
208:1,3 209:5
213:4

Confidential - John J. Godleski, M.D.

Page 221

159:24
**correcting**
158:10
**corrections**
211:4,6 213:5
**correctly** 40:8
54:19 107:3
130:2
**correlate** 75:16
78:23 188:4
191:18
**corresponds**
184:7
**cosmetic** 5:10
69:5,17 150:1
150:2
**cosmetics**
162:11,12
**cost** 137:10
**costs** 138:1,1
**couldnt** 103:19
183:16 206:15
**council** 5:14
151:18 152:4
152:14 153:10
**counsel** 173:16
204:10,19
207:8 208:8
**count** 125:16
128:4,5
**counting** 43:16
194:22
**country** 43:9
85:18
**counts** 43:10,11
45:2 82:8,18
83:4 199:12
201:2
**couple** 7:15
45:20 51:4
68:19 78:16
85:10 97:16
105:15 111:12
136:12 188:23
204:4,20 205:3
**course** 74:2

**courses** 172:20
**court** 1:1 18:5
43:19 46:12
211:16
**cover** 19:9
**covered** 45:16
113:22 134:12
168:1
**cramer** 5:8 31:6
31:10,14 32:21
42:4 55:17
56:8 68:21
69:2,12,22
70:7 87:23
127:15 135:8
145:19 157:14
160:2 171:5
188:2,24
190:17,22
191:16
**cramers** 85:11
85:12,19
170:20,23
171:7 188:11
189:13
**creating** 109:1
**credibility**
155:23
**credit** 140:17
**criteria** 191:3,6
191:12 192:5
**cross** 62:4
167:16 203:21
204:8
**crossing** 62:19
**crossreference**
122:23
**crystalline** 117:1
**csr** 1:24 210:23
**current** 9:5 79:4
149:18 152:23
**currently** 19:6
43:1 111:11
149:24
**curriculum** 4:14
8:24

**cut** 16:8 91:8
102:15,15
114:3 129:7
183:4
**cuts** 105:15
114:12,22
**cutting** 105:19
**cv** 8:21 9:4,5
28:11 31:4
68:12

---
**D**

**d** 1:15 4:3 6:1,3
213:8
**dark** 92:11
94:14,17,18
100:4 117:4
**darker** 94:10,12
**data** 5:5 24:7
25:2 43:23
56:10,11,15
84:14 87:18,22
106:12 118:1
188:2,3 190:15
195:8 197:10
197:19 199:19
201:21 202:18
**date** 37:17 211:9
213:8
**dated** 9:7,24
**day** 210:5,18
213:16
**days** 45:20
211:13
**daytoday** 33:4
**deal** 31:15 46:6
146:5 169:18
**dealing** 31:9
115:15
**death** 15:11
**debris** 95:15,16
**decadeslong**
207:2
**decided** 39:13
**declared** 165:15
165:20

**deemed** 211:16
**deep** 129:16
143:13,19
144:14,19
206:17
**deeper** 183:7
**deeply** 171:14
**defendant** 2:16
3:1 7:21 17:22
17:23 47:19,20
**defendants** 1:10
**defense** 15:17
16:24 102:22
207:8
**defer** 87:22
181:1
**define** 38:19
40:2 95:14
147:3
**defined** 95:15
200:11
**definite** 59:20
**definitely** 34:8
101:2 162:17
204:18
**definition** 149:3
149:4 184:4
**definitions**
148:2
**definitive** 150:7
**degeorge** 16:1
43:7
**degree** 86:9 88:6
132:12,20
151:10 191:7
**degrees** 33:15
**deionized** 113:5
114:16
**demonstrable**
16:15
**denial** 151:13
**denied** 149:15
149:22
**department**
26:14 28:23
29:14 30:8

39:17 88:12,17
107:9,18,20,21
111:21
**departments**
39:18
**depend** 87:16
**depending**
59:23 61:20
141:19 184:10
**depends** 28:19
34:6 52:21
62:3 63:3
183:24
**deponent** 213:1
**deposed** 44:3,20
**deposing** 46:4
211:12
**deposited** 62:17
66:3
**deposition** 1:15
4:15 6:23 9:4
9:11,17 11:4
13:19,20,24
15:3 17:5,10
18:5 21:23
25:20 43:17
68:22 85:5
92:13 106:16
140:10 171:16
187:24 202:20
209:22 211:3
211:10,14,15
**depositions**
14:15,20,21
**depth** 128:14,24
**depthwise** 129:9
**describe** 20:13
24:13 112:20
115:17 134:9
**described** 21:4
69:19 102:2
106:24 110:6
110:12
**describes** 28:21
**description** 4:13
**designed** 90:5

Confidential - John J. Godleski, M.D.

Page 222

destroying
  183:1
detail 24:20 50:9
  57:2 80:6
  102:7 192:7
details 17:15
detect 117:3,7
detector 116:16
  116:19
detects 116:16
determination
  45:17 177:21
  194:3 199:13
determinations
  44:1 46:7
determine 49:9
  57:22 73:15
  150:13 162:24
  173:16 176:7
  176:15 195:10
determined
  54:21 128:3
determining
  200:19
developing
  192:5
development
  50:12 64:10
  86:12,18,23
  104:6 110:19
  132:14,24
  195:6
developments
  104:4
device 104:24
devising 197:5
diagnose 48:2
diagnosed 49:21
  50:6 189:5
  204:21 205:4
diagnoses 47:2
diagnosis 17:14
  33:22,23 34:4
  49:15,16 88:22
  91:18
diagnostic 88:11

88:16
diagonal 94:1
didnt 19:24
  27:12 75:23
  79:8 85:4 96:2
  96:11 104:1,15
  105:10 137:20
  158:8 171:15
  197:2 203:21
  209:4
difference
  127:18
different 40:19
  53:8 64:1,22
  74:15,19 78:12
  83:5 85:17
  87:11 97:12
  99:6 106:23
  124:12 127:16
  131:4 155:6
  162:23 168:24
  175:19 181:12
  182:1 184:9,10
  186:4 189:16
  192:16
differential
  104:11
differentiated
  51:15 93:8
difficult 33:22
  33:22 34:3
  88:11,16
diffraction
  84:13
digest 45:10
  128:2 195:1
digested 196:1
digestion 45:20
  128:5 194:23
  194:24 195:8
  195:14,15
  196:8,22
digestionbased
  195:14
dimensions
  129:23

dioxide 175:6
  178:3
direct 6:6 141:5
directing 19:7
direction 58:9
  79:22 97:1
  151:1 210:10
directly 20:12
  46:8 62:17
  105:22 139:16
  139:17 141:9
dirt 120:11
  175:17,20
disagree 51:21
  146:8,13
  150:17 151:5,9
  151:13 153:9
  153:13 155:2
  155:17 157:12
discard 119:22
discovered
  209:4
discuss 11:13
  160:11 173:12
discussed 10:17
  26:10 47:23
  91:19
discussing 32:1
  63:24 66:12
  143:11
discussion 25:12
  37:6 53:1
  166:19 198:15
  209:1
disease 16:14
  31:19,22 88:11
  108:19,20
  159:8 205:23
  208:15
diseases 195:7
disk 5:5 24:15
  24:21 25:2
  103:13 105:7
  125:1 166:23
  167:12 203:19
disks 102:16,21

103:5
dispersed
  143:14,20
  144:15,21
dispersive 89:1
distally 60:8
distinction 82:9
  93:8
distinctive 45:9
distinguish 47:8
  183:22
district 1:1,2
division 1:3
doctor 6:12
  25:17 34:13
  78:16 132:5
  170:11 185:12
doctors 107:10
document 4:19
  5:13 11:6 13:4
  152:2 187:10
documented
  57:6,7
documenting
  24:16
documents 8:14
  25:16,19 52:17
doesnt 20:18
  30:24 63:5
  98:6 105:24
  107:15 109:7
  112:14 134:2
  149:1 157:6
  186:1
doing 12:7 37:16
  40:23 41:14
  55:9,12 79:5
  101:9,13 105:6
  109:2 119:11
  130:11 136:23
  139:4 164:1
  174:5 183:4
  188:20 190:16
  192:9 194:21
  211:8
dont 8:2 15:2

18:7 21:18,20
  22:5 24:2,2,3
  25:10 26:21
  30:14,24 31:12
  33:3,6 35:17
  38:12 39:18
  45:5 46:10
  47:15,23 48:2
  49:12 51:5,7,8
  54:7 57:20
  62:7,21 65:9
  65:10,20 66:2
  66:11,16 67:6
  68:15 81:20
  92:1,3 93:4
  96:7 100:16
  102:7 103:5
  107:14 113:14
  114:3,22
  119:13 122:20
  122:23 123:19
  125:21 138:2
  138:22 142:10
  142:18 143:8
  144:3 145:2
  149:18 153:24
  157:5 158:3,11
  161:15,16,19
  161:23 162:3,5
  162:7,9 163:4
  167:4,8 168:4
  169:2,3 170:9
  170:15,16
  172:24 173:3
  174:10,15,23
  176:4,12 179:5
  180:8 181:21
  184:23 187:8
  198:11 200:5,9
  201:8 203:16
  208:14 209:9
  209:11
doseresponse
  64:8
dots 94:15,18
double 113:5

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - John J. Godleski, M.D.

114:16
dozen 34:15,18
  44:24
dr 4:14,16 5:1,7
  8:24 10:3
  20:24 26:1
  27:8,16 31:6
  31:10,14 32:21
  32:22 37:8
  42:4 55:17,18
  56:8 64:13,15
  65:2 67:13
  68:20,21 69:12
  69:22 70:7
  84:17 85:11,12
  85:13 87:23
  127:15 135:8
  136:19 139:5
  139:12 145:19
  157:8,14,19,24
  158:15 159:12
  166:24 167:23
  169:15 170:11
  170:20,23
  171:5,7 185:10
  188:1,2,11,24
  189:13 190:17
  190:22 191:16
  198:14
drain 61:11
draw 181:22
dried 113:14
drink 63:15
drop 95:5
drying 113:21
due 136:13,16
  141:1,6 160:1
duly 6:4 210:7
duplicate 12:24
duration 71:14
  159:5
dust 16:10

──────── E ────────
e 2:12 4:12 6:1,1
  212:1

earlier 14:19
  26:10 44:2
  67:16 88:15
  101:5 111:4
  121:15 125:9
  127:14 134:12
  137:2 163:11
  164:24 174:18
  177:13 181:20
  183:14 187:24
  192:20 204:10
  204:19 205:1
  206:12 207:8
  208:5
early 192:8,11
easier 117:7
  172:23
easily 20:15
eastern 1:2,3
easy 144:6
edges 100:8
eds 4:19 10:24
  11:6 80:19
  80:24
edx 80:14,20
  81:4 83:18
  84:10
effect 149:14
effects 16:15
effort 54:10
efforts 140:23
  141:2
eight 79:12,15
  79:19
either 13:12
  22:20 39:5
  40:15 43:15,17
  46:21 79:9
  117:14 136:17
  137:6 141:5
  148:11 164:15
electron 5:3,4
  20:2 21:12
  22:3,18,24
  26:17 28:2

37:20 52:6
  75:8 88:24
  103:19,21
  104:5,7,10,18
  104:23 105:22
  106:10 107:12
  107:16,17,19
  108:2 111:9,19
  116:10,10,12
  116:19 119:10
  129:4,17
  136:24 141:15
electrons 114:23
  116:13,14,17
  116:18
element 82:11
  83:15 178:23
  199:12,14
elemental 120:2
  120:5
elements 82:22
  83:17 122:11
  208:7
em 28:21 104:20
  105:3 111:23
  112:2 118:14
  129:1
email 4:24 19:7
  19:14,17 39:24
embolism 15:14
  47:1
emission 116:2
emphasized
  29:2,21
employed 6:15
  6:16 210:12,14
employee
  210:14
enclosed 163:17
  164:3
enclosing 19:2
encompass 35:8
ended 18:4
  60:24 119:18
  197:5 202:16
endogenous

24:17 73:12,14
  119:5,21 120:9
endometriosis
  48:17
endometrium
  89:12
ends 56:24 57:4
energy 88:24
  111:9,16
enter 29:5,10
  71:24
entirely 8:3
  150:24
entitled 10:24
  13:8 152:17
  203:6
entity 136:20
entries 138:3,18
  139:19
entry 64:2
  137:10
environment
  16:20 29:1
  63:22
environmental
  16:18 26:14
  28:23 30:9
  104:7,20 105:1
  209:12
environments
  162:24
epidemiologic
  41:6 69:16
  165:19 173:8
epidemiological
  84:18 87:18,22
  134:17,20
  135:9,11 136:1
  171:12 202:18
epidemiologist
  33:12 87:21
  134:13 172:5
  173:4 180:8,9
  180:9 181:2
epidemiologists
  172:14

epidemiology
  33:15 132:22
  168:8,12,16
  169:4 171:3
  172:9,12
  173:12 177:19
  179:11,16,23
  180:3,17,23
  188:21 202:13
  202:15
equipment
  115:17
errata 211:6,9
  211:12 213:6
error 23:8
escalator 62:10
escapes 85:14
especially 58:15
  119:8 122:6
  184:14
esq 2:3,10,17 3:2
essentially 20:9
  45:11 56:18
  72:17 81:23
  82:8 84:9 97:8
  103:24 105:8
  116:4 120:13
  127:24 146:4
  183:2
establish 77:24
  78:20 79:3
  135:6 195:4
established 64:9
  151:16
establishing
  173:8
estimate 7:8
  13:21 14:3
  35:17 37:8,12
  37:14 38:4,7
  40:14 44:18
  47:6,10 169:24
estimating
  197:16
et 1:9 5:8,11
  69:2 74:22

Confidential - John J. Godleski, M.D.

Page 224

143:2
etcetera 102:10
ethicon 15:2
  17:2
ethnic 48:17
etiologic 86:23
etiology 159:8
  159:15
evaluated 75:5
event 158:14
eventually 95:13
evidence 50:11
  64:4 65:13
  86:11 87:9
  132:13,17
  148:4,5,6,8,12
  148:13,19
  149:2 150:6,13
  151:11 152:23
  168:8,10 169:6
  178:11 183:5
exact 146:16
exactly 17:16
  107:6 163:4
  164:16 206:13
examination 4:2
  6:6 204:8
  208:7,22 210:9
examined 6:5
  16:13 195:20
  210:8
examines 126:9
examining 194:7
example 10:19
  20:20 24:10
  28:20 52:22
  61:3 62:6,16
  84:11 108:15
  120:7 123:11
  133:11 137:9
  139:18 140:6,8
  157:1 166:9
  184:1
examples 10:18
  11:21 84:4
  85:19 122:18

123:9 124:23
exceed 141:18
exceedingly
  129:24
exception 49:5
exclusively
  11:20
excuse 181:4
exhibit 8:23 9:3
  9:15 10:1,2,11
  10:12 11:3,5
  12:10,11,20
  13:3,8,23 14:9
  14:13 18:20,24
  19:13,17 20:23
  21:3,10,21,23
  22:5,17,22
  23:4,11,12
  24:22 25:1,6
  26:5 27:7 35:1
  49:6 50:24
  68:22 69:1
  72:14 80:4
  86:1 123:1,2
  123:21 136:6
  140:1 143:1
  144:1 152:1,8
  154:2,12 167:6
  167:7 181:9
  184:24 185:11
  187:22 198:17
exhibits 5:19
exist 31:1
expect 62:19
  73:4 77:12
  83:2,6 120:11
  164:20 175:15
  193:22 196:9
expected 81:9
  125:13
expensive
  104:20
experience 7:14
  88:5
experimental
  148:6,8

expert 4:17 7:7
  9:19,21 10:3
  14:7 16:21,23
  17:2 18:3
  36:21 37:10
  43:2 44:8,14
  44:16,23 46:19
  46:20,24 47:10
  47:11,14 88:20
  106:8,9 134:16
  173:6 179:15
  180:13,16
  181:3
expertise 16:18
  34:14 46:21
experts 42:4
  46:5 54:18,21
expires 213:17
explain 59:3
  72:14 82:15
  91:3 92:2,4
  96:18 114:20
  181:22 188:9
  193:5
explaining
  25:15
explanation
  59:11 62:1
exploratory
  149:24
explore 192:6
exposed 59:5
  105:20 108:24
  114:7
exposure 5:10
  16:16,19 28:1
  28:2 54:22
  69:5 126:16
  150:14 158:22
  159:3,6 162:14
  162:19 193:15
  193:17,21
  195:9 207:10
  207:15
express 157:23
expressed 82:2

expressing 86:3
expressway
  16:12
extensive 15:16
extent 59:18
  63:4 148:23
  190:7
external 153:1,6
extract 45:11
extraneously
  101:2
extrapolate
  130:7,16 193:7
extrapolates
  130:18
extrapolating
  127:20 131:2
  142:13
extrapolation
  130:12
extremely 126:9
eyepiece 96:10
  99:1

**F**

facilities 28:21
fact 15:16 16:13
  23:8,23 42:17
  54:22 58:24
  59:13 60:2
  62:21 64:1
  66:20 67:2,16
  75:18 76:19
  80:23 82:21
  86:16 87:16
  99:13 100:21
  101:1,18
  104:22 114:23
  126:1 133:5,16
  133:21 142:10
  145:19,21
  148:16 160:11
  209:9
factor 153:23
  156:4,12,19,24
  157:1 208:15

factors 48:11
  155:5,7,12,15
  156:7,22,23
  157:7 203:2
  209:10
facts 178:10
fail 211:14
failed 146:16
fair 23:3 33:16
  34:21 48:9
  67:21 70:10
  87:21 89:23
  98:22 137:1
  167:18 192:18
fairly 31:3 72:19
  90:8
fallopian 55:7
  57:12 58:1
  89:11
family 48:19
  49:1 50:18
  155:8 204:20
  205:3,7,18,20
  205:21,23
far 41:4 55:1
  65:12 83:22
  110:18,20
  140:17 142:4
  164:21 180:23
  190:21
faster 117:8
fat 89:14
fault 144:3
fda 149:10,15,23
  150:3,5
fdas 151:13
feature 52:11
features 93:12
  93:14,17 94:24
  181:18,20
  183:15
feces 62:18,19
  63:2
fedulov 177:6
feel 180:12,17
  203:20

Confidential - John J. Godleski, M.D.

Page 225

| | | | | |
|---|---|---|---|---|
| **fell** 115:12 | 123:13 | 193:16 195:11 | **five** 14:22 36:23 | 63:6 95:5 |
| **fellows** 140:2 | **fifth** 17:9 | 195:18,24 | 37:19 38:3,16 | 130:9 135:3 |
| **felt** 80:1 | **figure** 72:14 | 197:23 202:9 | 38:24 138:3,19 | 142:6 145:24 |
| **ferguson** 3:2 4:4 | 80:14,23 81:4 | 206:16 | 139:20 | 146:20 149:17 |
| 4:6,8 6:7 7:16 | 81:8 92:2 | **findable** 191:10 | **focus** 15:22 28:3 | 155:20 156:13 |
| 9:2,20 10:9,22 | 93:24 95:17 | **finding** 56:21 | 28:24 30:3,10 | 157:11,18 |
| 11:9 12:9,18 | 97:18,19,21 | 61:12 65:12 | 30:22 72:17 | 187:6 197:21 |
| 14:12 18:23 | 99:3,4,8,13 | 70:12 78:21 | 90:16 97:23 | 205:9 206:1,21 |
| 19:16 21:2,14 | 101:21 117:9 | 86:21 87:9 | 99:15 135:24 | 207:5,17 |
| 23:2 25:5,10 | 117:17,19,20 | 118:19 126:12 | 169:1 204:11 | 208:16 213:5 |
| 25:14 27:11 | 123:16,19 | 130:17 132:17 | 204:11,15 | **formal** 172:8,11 |
| 36:12 37:5,7 | 181:12,12 | 132:22 133:6 | **focused** 65:19 | 172:17 180:7 |
| 38:21 67:12 | 182:1,5,10 | 134:8 146:3 | **focuses** 27:4,6 | **forming** 171:21 |
| 69:7 78:9,11 | 183:9 184:3,7 | 150:12 151:7 | 27:16 28:7,17 | **forms** 8:11 |
| 78:15 130:21 | 184:8,20,21 | 175:3 178:7 | 29:4 135:21 | **formula** 199:24 |
| 131:11 132:4 | 185:1,6,14,18 | 190:4 193:12 | **focusing** 29:9 | 200:3 |
| 135:5 143:6 | 185:21,23,24 | 193:14,24 | **follow** 13:7 | **forth** 189:9,11 |
| 146:7,22 | 186:3,3 199:20 | 194:1,10 | **follows** 6:5 | **forward** 13:18 |
| 149:20 152:6,9 | 201:19 | 204:15 | **followup** 168:5 | **found** 16:10,14 |
| 152:12 154:7 | **filed** 149:10 | **findings** 10:21 | 174:1 176:1,2 | 22:13 23:22 |
| 156:1,15 | **filled** 189:10 | 24:1,14 43:18 | 176:4,15 178:7 | 24:1,17,18 |
| 157:13,20 | **filter** 45:14 | 51:13 75:19 | **food** 63:14 161:7 | 50:11 53:10,11 |
| 158:5,10,13 | **filtered** 113:5,13 | 85:23 126:22 | **foods** 166:8 | 54:3 59:12 |
| 163:10 166:17 | 114:16 | 190:23 191:19 | **footnote** 70:5,6 | 62:2,11 63:10 |
| 166:22 167:18 | **filtering** 113:16 | 191:19 | **foregoing** 213:3 | 65:24 66:6 |
| 198:12,13 | 113:17 | **finds** 62:16 | **foreign** 24:18 | 70:1 71:15 |
| 203:17 204:1,6 | **final** 40:5 88:10 | **fine** 12:22 37:5 | 29:16,20 34:7 | 75:10,15,21 |
| 205:9,14 206:1 | 88:16 115:7 | 46:17 103:3 | 59:1 60:13 | 76:1,11,14,23 |
| 206:8,21 207:5 | **finalize** 139:19 | 133:4 | 88:22 97:11 | 81:1 85:22 |
| 207:17 208:2 | **financially** | **finish** 79:8 | 99:13,14 | 86:10 103:4 |
| 208:16,21,23 | 210:15 | 194:17 197:2 | 101:15 102:3 | 108:8 118:19 |
| 209:13 | **find** 29:8,11 | **finished** 79:9 | 108:5,6,17,21 | 118:23 119:4 |
| **fertilizers** 162:6 | 30:9 51:21 | 150:1 167:19 | 109:12 120:2,6 | 128:6 130:14 |
| **fiber** 126:13 | 59:16 60:1 | 196:24 | 120:9,17 121:3 | 130:15 132:12 |
| 128:7,11 130:8 | 61:16,17 62:18 | **firm** 2:4 19:1,11 | 121:5,22 125:2 | 143:13,18 |
| 130:16 131:5,7 | 62:24 68:11 | 19:12 | 125:19 129:12 | 144:13,19,19 |
| **fibers** 45:7,16 | 83:2,6 87:6 | **first** 6:4 69:15 | 133:6 160:12 | 160:11 163:17 |
| 96:24 126:11 | 90:8 108:11 | 69:18 70:21 | 160:15 164:8,9 | 165:2 166:8 |
| 126:15,18 | 109:8,9 115:4 | 72:22 77:6 | 164:21 173:17 | 174:3,16,22 |
| 127:10 142:13 | 116:22 118:15 | 78:19 85:14 | 173:22,23 | 175:9,11 176:2 |
| 142:14 194:14 | 118:18 120:13 | 88:4,9 93:11 | 174:2,15,19 | 176:13 178:8 |
| 194:20,22 | 131:9 133:17 | 110:20 143:17 | 204:16 | 193:19 207:3 |
| **fibrin** 100:2,24 | 133:21 135:14 | 144:9 154:21 | **forget** 15:2 | **four** 12:20 13:4 |
| **field** 68:6 93:13 | 146:16 164:20 | 159:16 168:7 | 50:24 | 14:2 35:9 |
| 93:16 95:24 | 173:23 174:8 | 175:10 181:15 | **form** 36:10 | **fourth** 88:8 |
| 98:20 116:2 | 175:17 183:7 | 185:17,18 | 38:18 45:8 | **fraction** 129:24 |

Confidential - John J. Godleski, M.D.

frame 206:16
frazier 21:5
free 112:23
frequency 159:5
frequent 32:14
frequently 47:20
52:2 62:24
fresh 105:19
freshly 113:21
front 35:7,17
181:9
full 6:8 28:11
77:6 78:19
143:17 144:9
fully 16:13
fun 121:1
function 20:7
funding 79:18
79:21 80:1
further 19:24
23:23 65:17
159:6,13
167:11 188:12
209:20 210:11
future 205:23
209:8

**G**

g 6:1
gadolinium
110:13
gene 48:16
general 16:3
17:12 77:10,18
110:14 193:22
199:9 202:21
generally 28:3
32:13 37:11
39:18 41:1
44:21 45:22
46:2 47:24
48:2 75:1 90:4
110:24 157:10
176:24
generated 39:5
43:23

generating 39:2
genes 157:6
206:6
genetic 205:6,15
205:22 206:4,6
209:9,16
genital 5:10 69:5
69:18 71:24
75:16 207:3
genitals 153:2,6
geographically
85:17
getting 109:12
179:9 199:12
gi 62:11 63:5
give 20:17 37:2
43:17 51:3
84:4 101:22
102:11 106:8
108:12 143:22
180:16 199:13
206:16
given 6:23 14:21
43:6 46:5
210:11 213:4
gives 81:14
82:23,23
giving 82:11
147:11
glass 103:14
128:1,1
gleaned 171:4
globules 184:6
gloves 112:24
glue 103:7
go 7:14,15 8:17
25:16 29:15
30:14 34:5
41:4 57:19,24
61:5 62:7,19
62:23 63:1
84:5,7,9 86:7
92:1 97:20
105:10 107:7
108:15 111:17
112:20 119:2

121:19 126:21
128:24 130:7
131:11 136:19
139:5,5,9,20
142:10 151:1
156:2 166:18
172:3 184:23
186:17 190:10
193:10 194:18
200:12,22
202:5 207:14
godleski 1:15
4:3 5:1 6:3,10
8:23 9:15 10:2
10:12 11:5
12:11 14:9
18:20 19:13
20:23,24 21:10
22:22 25:1
26:1 27:7 37:8
65:2 67:13
68:20 69:1
84:17 136:19
139:5,12 143:1
152:1 154:2
157:8 167:23
169:15 185:10
188:1 198:14
213:8
godleskis 4:14
4:16 5:7 8:24
10:3 27:8,16
166:24
goes 63:4 69:24
119:7 136:18
136:21 139:7
180:23
going 12:9 13:17
17:1 30:9
39:13 52:19
54:10 58:9,18
63:8 67:5
79:12 80:6
82:13 83:1,2,4
83:6,9,10 85:6
88:3 93:18,19

96:24 99:1
102:11 110:1
112:4 117:1
119:13 126:5
129:15 133:19
143:24 166:17
167:4,23 171:8
172:3 174:13
182:24 183:7
193:8 194:15
194:20 198:9
202:9
gold 101:23,24
114:18 115:5
115:14
good 79:21
102:13 177:8
182:23 183:6
184:12
gordon 3:3
gordonrees 3:7
gotten 37:23
170:17
governmental
146:17 151:20
165:13
grade 150:1
graduate 26:20
gram 126:15,18
130:19 195:1
196:9,13,15
grams 194:7
grandmother
50:5
grant 79:23
140:15,16,24
granulomas
109:1,10 145:7
145:10
granulomatosis
15:18
granulomatous
108:19,20
graph 82:18
great 46:11 63:4
192:7

group 147:15
148:2 154:17
groups 48:17
147:18
guess 9:12 15:1
41:10 43:6
87:13 95:14
126:17 132:15
136:8 144:22
164:9 202:21
guessing 170:5
gum 161:9
gun 116:2,3
gut 62:4
guy 109:7
guys 114:1
gynecologic
31:16,19,21
32:3,7,12
34:14,17 48:5
51:12 67:18
164:22

**H**

h 4:12
hadnt 23:8
54:11,14
hahern 2:23
half 7:9 44:6,24
129:5,16
halfway 143:17
hand 34:9 36:2
106:7 210:18
handing 13:15
152:11 154:11
handle 46:6
105:11 197:6
handled 20:16
60:7 106:3
112:15 114:5
handling 112:23
hands 106:2,2
happen 41:10
60:4 97:9
115:4 178:24
179:2

Confidential - John J. Godleski, M.D.

happens 52:2
61:2 79:11
139:3
hard 29:23
117:15 146:4
163:21
harder 144:5
hardy 2:18
harvard 1:20
6:17,18,20
28:20 29:13
30:8,21 32:16
111:14 140:3
140:13 142:5
hasnt 197:10
havent 39:4,5
47:14 49:4,24
54:13 56:13
79:20 108:8
156:17,21
167:3 169:20
170:18,19
171:9 174:14
178:5 180:20
180:22 191:4
heading 123:22
health 1:20 4:18
5:7 6:18,21
10:10,14 26:6
26:11,14 27:9
27:15 28:6,24
30:9 89:21
110:3
hear 151:17
heard 84:12
149:13 188:3
held 1:19 178:18
178:23
hell 62:17
heller 74:22
75:1,4,14
76:20 77:4
165:7,8
help 122:23
helps 93:19
henderson 5:11

142:21 143:2
164:24 165:8
heres 19:7,9
123:11 124:2
124:13 152:10
201:13
hereto 210:15
hereunto 210:17
hes 109:4,12
145:22 167:6
189:1,4,7,8
191:17,18
hess 64:19 85:13
157:19,24
158:4,4 160:1
hesss 85:20
high 111:10,10
195:9
higher 75:20
highest 188:14
hip 59:24
hips 59:15
hired 34:19 36:5
histologic
128:15 192:4
198:5
histology 90:3
histopathologi...
89:4
historical
102:12
history 48:19
49:1 50:18
155:8 205:8,19
205:20,21
hitachi 116:1
hits 128:12
129:12
hmm 166:14
hold 103:5
172:24 173:3
180:8
holden 16:1
holds 105:21
hood 114:1,2,4,5
hospital 5:17

6:17 10:7
16:13 29:15
33:19,21 48:5
49:20 90:1
91:22 107:9,10
107:15 108:4
109:18 111:21
153:16,19
154:5,14
155:18 156:11
156:18
hospitalprepa...
90:10,15
hospitals 88:22
90:4 107:14
109:16
houghton 203:6
hour 35:5 67:5
137:10,17
138:1,1,4,21
hours 13:22
14:1,2 35:9
38:2 90:18
118:15,17
136:23 137:4,4
137:5,10,16
138:9,12,19,19
138:19,19,20
139:20
house 16:7,11,19
16:20
houses 16:11
houston 2:21
human 174:20
177:14 178:4
humans 147:16
148:4,7,12,14
149:2 151:11
hundreds
196:14
hundredth
195:22
hunter 2:17
huntington 1:20
6:13,20
husband 207:11

hydrous 74:13
hygiene 69:18
hyperchromatic
94:13
hypothesis
146:9 153:5
hypothetical
146:1,5
_____
I
iarc 146:21,23
147:14 148:1
149:1,5 151:9
178:2
iarcs 177:13,20
idea 53:24 56:17
182:9,21
195:16
identifiable
196:4
identification
9:1,18 10:5,15
11:8 12:13
14:11 18:22
19:15 21:1,13
23:1 25:4
27:10 69:6
122:11 143:5
152:5 154:6
identified 6:4
8:19 36:21
37:2 40:3
53:16 66:14
80:15 93:22
121:3 122:9
124:19 125:3
125:11 167:2
170:7 187:1
191:2
identify 29:16
34:9 108:16
109:3 120:15
122:15 123:19
173:21 176:6
identifying
29:20 65:23

110:15 115:8
148:24 198:23
ill 7:23 8:4 9:13
31:2 41:2 53:8
68:21 83:12
151:20 167:16
205:1
illustrate 98:10
im 6:16 8:2 12:9
25:22 26:16
27:12 29:15,24
30:9,12,14
32:17 33:1
39:5,13 40:8
43:15,16 47:7
48:5,15 50:24
51:8 52:22
53:7 55:9
57:19 65:19
66:11 70:13
78:5,12 80:5
80:18 83:10,12
84:15 85:6
87:13 88:3
90:19 93:18,19
96:2 97:17
98:8 102:11
106:18 118:6
119:8,13
125:10 126:4
130:10 132:9
134:19 135:6
136:5,23
137:20 138:15
140:13 142:2,3
143:24 144:24
163:20 164:9
165:2 166:12
166:17 167:19
167:23 168:3
172:3 174:13
174:22 184:18
185:9 186:10
187:11 188:8
191:14 193:8
197:22 198:7,9

Confidential - John J. Godleski, M.D.

199:8,20 200:7
200:10,11
201:19,24
202:9,21
**image** 116:12
117:4 183:9
**images** 116:11
185:13
**imbedded** 110:8
206:17
**imerys** 3:1 7:17
7:20
**immunologic**
68:8
**immunologist**
68:2
**immunology**
68:5,6,10
**impact** 127:19
**imperative**
211:11
**implants** 60:11
**imply** 137:21
**important** 58:11
65:20 102:23
128:13 187:18
193:14
**importantly**
61:9
**impressed** 58:19
**impurities** 113:6
**inadequate**
148:6,13
150:13
**inbetween**
188:16
**include** 11:18
12:20 13:9
25:6 28:16
34:18 93:2
168:15 199:17
**included** 10:17
11:22 13:23
24:9 86:4 89:9
118:7,11
179:10

**includes** 14:14
22:17 23:4
25:8 73:1
168:11 199:11
**including** 34:24
87:23 124:10
155:7 161:7,11
166:24
**inclusion** 191:6
191:9
**inconsistent**
27:13 150:22
152:24
**incorrect** 145:22
**incourt** 14:15
15:3 16:2 17:6
**increase** 70:2,12
71:14 159:4
**increased**
150:15
**increases** 48:21
153:2,7
**index** 4:1
**indicate** 27:23
30:21 53:10
63:10 65:23
66:5 69:16
72:8 91:1
112:4 126:14
193:21 195:9
205:22 206:19
**indicated** 41:22
50:4 60:22
66:8 89:9
102:1 117:24
145:15 156:16
**indicates** 77:23
164:20 194:2
**indicating** 19:18
74:7 93:17
94:21 98:7
**indications**
127:2
**indicative** 90:21
120:2,6 126:16
**indirect** 141:5

**individual** 91:9
139:12 140:4
205:5 207:11
**individuals** 59:5
**indoor** 162:16
162:19,23
**inert** 175:6
177:1
**inflammation**
145:6,10
**inflammatory**
175:7 177:7,12
**influence** 203:13
**influenced**
177:15
**information**
4:21 12:10,12
12:21 23:13
28:16 29:23
34:22 41:13
50:2,3 54:7
61:22 83:24
84:1,9 141:16
166:24 167:1,5
167:12 168:11
171:2 177:18
187:9,21
189:13,17
191:16 203:19
**informed** 49:19
**ingest** 63:14
163:15
**ingestion** 61:24
62:3 63:9
66:21 67:1
122:2
**inhalation** 28:1
28:2 29:11
46:22 59:10
64:12 66:21
67:1 121:15,24
**inhaled** 27:5,17
28:8,18,24
29:6 59:8
60:23 61:4
163:1,3

**initially** 22:10
**initiated** 15:10
**input** 77:21
**inquiring**
141:14
**inside** 22:7
164:18
**insignificant**
175:8
**insoluble** 63:1,7
**instance** 53:1
108:18 130:13
130:18 165:5
196:7
**instances** 58:4
138:14 201:23
**institute** 150:12
150:20 151:6
**institution**
155:18 156:11
**institutions**
26:23 64:22
**instructions**
211:1
**instrument**
111:10,11
115:19,22
116:5
**instrumentation**
112:3
**insufficient**
150:7 152:24
**insulted** 175:19
**intend** 179:14
179:21
**intending** 40:9
**intent** 56:15
**interact** 209:12
**interaction**
188:18
**intercourse**
65:18 207:13
**interest** 80:2
90:20 172:15
190:6,9
**interested**

200:18 210:15
**interestingly**
157:5
**interim** 190:23
**international**
84:13 146:18
**interrelated**
26:23
**interrupt** 57:20
97:17 145:2
**interrupting**
98:11
**invent** 27:12
**investigation**
159:2
**investigators**
75:14
**invoice** 13:12
38:8 39:1
136:7
**invoiced** 13:12
**involve** 26:22
64:12
**involved** 43:1
44:22 45:21
46:1,8 51:17
55:21 109:4
**involving** 35:23
**iphone** 74:2
**iron** 45:8,17
73:8,12,13
124:11 201:13
**isnt** 61:21 90:8
115:5 176:18
**issue** 16:3,4
17:12,20 33:23
34:3 44:14
53:8 56:9
65:15 135:2
160:2
**issues** 15:10,23
**item** 17:9
**items** 139:8
**ive** 13:3 29:17
29:17,18 37:21
47:13 51:3

Case 3:16-md-02738-MAS-RLS    Document 33004-7    Filed 07/23/24    Page 71 of 89
PageID: 198247
Confidential - John J. Godleski, M.D.

Page 229

55:6,8 58:19
60:12 68:6,9
85:2,12 106:15
118:2 132:8
133:2 134:3,4
137:5 143:8
162:10 170:9
170:18 171:13
171:14 172:13
176:22 199:19
204:4

**J**

**j** 1:15 3:2 4:3 6:3
213:8
**january** 137:9
202:24
**job** 108:24,24
109:3,5,7,13
**john** 1:15 4:3
6:3,10 102:18
213:8
**johnson** 1:9,9
2:16,16 7:17
7:18 17:6,7
**joint** 60:2
**joints** 59:15
**jpmorgan** 2:19
**june** 210:18

**K**

**k** 2:17
**kathleen** 21:5
**keep** 90:5
104:13
**keeping** 104:18
**ken** 7:16
**kenneth** 3:2
**kept** 111:18
**kferguson** 3:7
**kind** 36:2 40:3
61:22 88:3
91:11,21 94:1
94:9 95:6
100:3 105:2
109:2 114:2

124:5 130:11
140:15,16
163:21 164:17
172:14
**kinds** 60:4
109:14,17
130:15
**kit** 91:12
**kitty** 166:13,15
**knew** 52:5 57:9
**know** 7:13 8:4
8:18 17:24
36:20 45:5
47:15 49:16,18
51:4 53:21
54:2,7 55:2,19
57:17 58:5,6
62:6 65:6,9,10
65:21 66:2
68:14 83:1,10
89:23 91:3
108:6 110:18
110:20 113:9
113:12 115:6
115:12 118:16
118:17 119:23
125:21 129:21
132:8 138:2
141:12 144:3
146:4 147:13
149:18 150:9
153:22,24
157:24 158:11
158:14 161:15
161:16,19,23
162:3,5,7,9
163:4 165:23
167:4,8 168:6
168:11 169:13
170:2,6,15,17
172:2 174:7,21
174:24 175:2
175:16 176:12
178:19 179:3,5
181:19 185:9
190:5,13,21

192:2,7 200:24
201:18 209:4,9
209:11
**knowledge**
46:21 48:10,24
55:22 87:4
112:12 130:23
132:22 133:10
133:13,14
134:21,23
135:11,12
171:20,23
176:18 195:13
198:7 210:8
**known** 29:15
48:18 61:21
125:6 154:23
157:7 178:6
**kramers** 64:13
64:15
**kreyling** 62:14

**L**

**lab** 12:15 26:18
28:21 43:8
45:19 79:17
105:4,11
107:19 111:7
111:13 136:21
139:6,7,7,9,21
140:9,9,23
141:2,6,10,22
142:6 177:6
**labeled** 23:13
72:22 89:9
154:18
**laboratories**
90:4 141:24
**laboratory**
43:24 89:24
90:24 101:3
103:4 105:10
112:17 197:19
**laid** 99:16 123:3
**language** 8:10
60:19

**large** 25:22
61:10 101:23
122:12 123:15
197:7
**larger** 93:6
123:4
**latest** 111:16
**law** 2:4 19:1,11
19:12
**lawyer** 20:17
105:24
**lawyers** 20:21
28:14 214:1
**lay** 60:19
**lead** 70:8 134:2
**leads** 134:10
**learned** 102:18
209:8
**leaves** 40:13
**leaving** 136:13
**left** 45:13 49:18
79:7,9 89:10
195:2
**lefthand** 152:13
**legs** 67:7
**length** 61:20
131:6
**lens** 99:1
**lesional** 87:6
**letter** 4:23 5:1
18:21 19:9
20:24 21:3,4
**letterhead** 19:1
**level** 134:21
155:23 182:23
189:24 193:21
**levels** 40:19
182:24 183:7
195:4,9
**lift** 103:1
**light** 23:22 24:8
37:21,24 39:8
40:15 41:14
45:15,18 52:8
91:2,4,5,5,17
91:23 95:23

96:15,16,18,20
96:21,22 97:1
97:4,6,8,13,13
97:24 98:1
101:10,16
102:4 116:23
116:24 119:9
163:19 164:5
164:12,13
182:6 185:5
193:19 195:11
**likelihood** 78:21
**limited** 28:13
148:3,12
162:23 167:5
**line** 88:8 179:9
197:3 212:3
214:2
**lined** 96:24
**lines** 144:10
**link** 50:11 86:11
86:17 87:10,11
87:16 132:13
132:19 135:10
208:11
**linking** 178:15
178:16
**links** 132:23
**list** 4:22 14:6,10
31:3,15 147:2
153:22 156:7
156:12 157:5,6
**listed** 31:6 36:20
37:10 41:24
42:3 147:7,8,9
148:23 155:6
155:11 174:11
**listen** 163:6
**listing** 156:6
**lists** 146:21
156:23
**literally** 29:19
**literature** 84:22
85:4,7 134:9
134:20 135:9
135:13 136:1

Confidential - John J. Godleski, M.D.

145:15,16
146:2 171:12
180:15
**litigated** 142:7
**litigation** 32:19
32:20,23 42:1
42:10,16 43:4
55:15,16,22
56:3 107:8,24
109:23 190:7
**litigations** 42:11
42:12 43:5
**litter** 166:13,15
**little** 7:5 8:18
10:20 11:11
13:7 21:15
47:22 53:8
69:8 72:13,20
80:18 81:7,12
96:22 97:6
100:7,11
108:13,14
117:8 125:9
129:15 136:5
144:5 162:16
175:19 184:4
184:19 202:13
**lived** 61:7
**liver** 51:19
62:20,21,22,24
**llc** 2:11
**llp** 2:18 3:3
**local** 79:23
**localized** 143:13
143:19 144:14
144:19
**locally** 60:7
**located** 99:4
198:16
**location** 16:11
25:9 99:3
**locations** 58:2
92:20 184:10
**lockwood** 2:12
**long** 17:15 53:21
60:14 128:11

204:7 206:13
206:13
**longer** 19:20
**longest** 106:15
**longterm** 5:10
69:5
**look** 13:14 24:19
28:11,19,20
29:23 30:6
32:11 41:2,3
49:9,12,17
61:6 67:18
68:12,15 70:5
72:7 73:2,6,16
73:17 75:18
80:4,8,9 81:12
81:22 82:8,17
82:18 83:3
84:5 91:7
92:16,22 93:5
93:13 97:21,23
99:24 106:12
109:8 113:13
113:14 119:12
119:15 120:22
135:20 137:23
143:10 144:23
146:2 167:3,10
173:20 185:3
189:24 191:2
192:4 200:13
201:5 202:5
203:19
**looked** 11:15
29:17,17,18
30:3 31:2
39:12 40:20
49:24 52:5
55:19,20
129:24 153:18
153:24 160:13
162:14 165:1,5
167:8 176:19
190:14 191:24
196:1 205:20
**looking** 20:12

28:2,5 29:24
32:17 33:1
51:8 55:13,14
56:2,20,22
57:21 59:14,15
67:23 73:21
83:16 85:24
89:2 91:10
92:4 96:2 97:3
99:23 116:21
117:9,12,16,17
118:21 119:16
128:1,8,23
129:3,9,12
130:20 136:6
136:22 137:3,6
137:7 138:15
139:24 154:12
154:16 156:23
163:22 170:3
181:16,17
183:11 184:1
184:14,24
185:7 187:12
187:16,21
191:4 194:13
195:17 196:12
196:14 200:18
205:18
**looks** 9:7 14:13
14:15 73:22
94:1 108:21
138:18 184:9
184:12 186:2
**los** 85:16,22
**lose** 201:9
**loss** 111:9,16
**lot** 32:17 39:21
40:24 43:20
52:3,13 59:1
61:8 62:18
63:19 68:7
84:3 90:16
93:12 103:1
108:20 114:4
114:23 117:6

119:20 121:8
121:10 123:12
124:9,11
141:23 161:18
163:5 168:7,24
172:13 175:14
178:17 184:5
186:1 190:3
202:23
**loud** 8:9
**louis** 2:13
**low** 144:3
**lower** 104:17
**lowest** 188:14
**lubricated**
207:14
**lunch** 132:5
136:4 142:9
**luncheon** 131:14
**lung** 15:7 17:13
17:14,20 27:20
33:23 43:10
45:10,13 47:1
47:2 52:23
61:4,4,7,9,11
62:6,10,17,23
88:11 128:2
163:3 193:13
**lymph** 5:9 57:12
61:6,10,15,16
62:7 69:3
78:22 108:19
**lymphatic** 58:17
59:19 92:20,24
117:14 183:17
**lymphatics** 55:5
58:12,16,21
61:5
**lymphogenic**
58:14

_____

**M**

**m** 1:15,17 4:3
6:3 67:11,11
78:14,14
101:17 118:8

131:15 132:2
166:21,21
209:23 213:8
**machine** 114:9
**macrophage**
60:6 68:7,17
163:18,24
164:4
**macrophages**
60:6 68:8
163:11
**magnesium** 12:3
72:9,24 73:2
73:18,23 74:13
80:16 81:8,16
81:23 82:3
83:17 84:2
122:9 123:10
123:23,23
124:3,8,15
125:12 166:3,4
166:6 200:15
200:23 202:7
**magnification**
96:7 186:15
**mail** 20:16
**main** 64:6
**maintained** 16:6
103:2
**major** 62:7
**making** 41:5
50:17 57:19
129:18
**mal** 47:12
**malpractice**
17:18,19 47:4
47:5,7,16
**manage** 102:23
**management**
109:23
**manner** 78:21
**mansukhani** 3:3
**manufacturers**
65:3
**mark** 9:13 12:9
21:3,8 68:21

Confidential - John J. Godleski, M.D.

marked 9:1,3,17
  10:4,10,14
  11:3,8 12:13
  14:10 18:21
  19:14 21:1,12
  22:24 24:22
  25:3 27:9 31:4
  35:1 69:6
  73:21 143:4
  152:5 154:5
marker 59:20
marketed
  149:24
marking 9:24
marriage 65:7
  65:22
marys 4:18
  10:10,13 26:6
  89:5,21 110:3
  112:9
mass 93:6 130:1
  130:4
massachusetts
  1:21 6:14
  210:1,5
match 186:5
material 23:22
  24:18 34:7
  53:19 58:9,24
  59:1,20,24
  60:13 61:8
  62:23 63:3
  72:20 73:10
  88:23 90:12,16
  94:10 96:23
  97:24,24 98:1
  98:5 99:12,13
  99:14 100:3
  101:6,16 102:3
  108:6,9,13,17
  108:21 109:3
  109:12,16
  110:15 117:1
  119:3 120:3,6
  121:3,5 123:10
  129:12 133:6

133:21 135:14
  150:1 164:8,9
  164:21 173:17
  173:22,24
  175:6 204:16
materials 10:16
  11:23 13:19
  25:18 29:16,20
  59:22 60:13
  61:3,4 63:19
  110:8 120:21
  121:2,10,12,22
  125:3 165:4
  174:3 188:20
  190:11
maternal 49:21
  50:5
math 74:1
  138:20
matter 9:22
  67:23 112:14
  205:8
matters 79:5
maureen 1:24
  210:3,21
mccrone 84:8
  202:1,3
mean 33:5 57:20
  57:22 81:20
  91:4 99:16
  110:18 120:5
  120:12 132:16
  133:8,23 158:3
  158:4 168:10
  175:4 179:20
meaning 126:23
  195:12,18
means 27:20
  29:5,10 40:5
  45:4 79:14
  98:24 116:8
  121:14,24
  158:6
measurable
  186:14
measure 186:16

measurement
  96:5 186:17
measurements
  28:1 186:7,11
  186:19,20,20
  186:22
med 47:11
medical 17:18
  17:19 26:17
  47:4,5,6,16
  49:5,9,13 50:1
  86:9 111:24
  112:1 132:12
  132:21 157:10
  157:15 160:3
  165:19
medicals 50:22
medicines 63:15
meet 191:3,12
meets 192:5
melted 105:8
members 204:20
  205:3,23
menses 58:7
mention 28:6
  29:3 30:2,10
  53:3 202:3
mentioned 57:8
  111:4 116:7
  158:18 174:16
  174:18 177:13
  185:18 188:1
  188:24 189:23
  205:2
mercy 49:20
  89:21
mere 133:5,21
mesh 15:4,10
  42:17,22 43:2
mesothelioma
  43:11,24 195:6
mess 24:3
metaanalysis
  169:17
metal 59:24
metals 109:4

metastudies
  168:18
method 194:19
  196:2 207:15
methodologies
  173:7
methodology
  110:15
methods 197:5
michael 1:6
microgram
  194:7
micrograms
  130:20
micrograph
  95:18
micrometers
  129:5
micron 187:13
  187:16
microns 129:16
  186:13 187:15
microscope 5:3
  5:4 20:7,9,10
  20:11 21:12
  22:3,19,24
  52:6 91:5,7,10
  91:11 92:23
  95:23 96:4,21
  98:24 103:19
  103:21,24
  104:6,7,10
  105:4,22 106:6
  106:9,11
  107:12,16,17
  107:19 108:2
  111:8 114:24
  115:11 116:10
  116:20,24
  118:3 119:9,11
  129:17 138:16
microscopes
  111:16
microscopic
  45:18 185:6
microscopists

111:1
microscopy 5:6
  20:2 24:8 25:3
  26:18 28:22
  37:20 39:8
  40:16 41:14
  45:15 52:8
  75:8 88:24
  91:2,4,17,23
  95:21 96:15,19
  96:20 101:10
  102:4 104:5,23
  111:9,15,20
  116:12 136:24
  141:15 164:5
  164:12 191:3
  193:20 195:11
microtome
  105:14 114:10
  114:12
migrate 75:5
migrating 63:24
migration 60:11
milligram
  130:19
millions 60:4
  196:3
mind 13:6 22:4
  168:12 181:21
mine 62:13
  177:6
mineral 45:13
  165:24 166:2
  177:23 195:3
mineralogist
  175:18
minerals 161:1
  190:1
minuscule
  128:20
minute 19:5
  82:5
minutes 66:13
  67:6 126:6
misinterpret
  168:4

Confidential - John J. Godleski, M.D.

**misreading**
87:12
**missing** 87:13
**mississippi** 2:6
**missouri** 1:2
2:13
**misunderstan...**
200:11
**mmhmm** 42:19
71:4 80:17
81:6,17 138:24
147:22 149:6
200:16
**mode** 116:8
117:3
**model** 116:5
**modes** 116:9
**molecular** 82:10
**moment** 20:4
**money** 139:5
141:1,6,11,22
142:6
**monograph**
147:14 149:5
**month** 140:7
141:13
**months** 170:17
**morphological**
183:15,22
**morphology**
181:16,17
**mount** 123:4
**mounts** 20:2
**movants** 150:8
**move** 41:12
42:10 53:8
96:15
**moved** 60:16
65:17 110:22
110:23 197:1
**moving** 78:12
**mucociliary**
62:8,10
**multiple** 146:3
**mutation** 205:6
**mutations** 209:1

209:4,9,12,16
**myomas** 89:12
**myth** 153:7
**myths** 5:13
152:2,17

**N**

**n** 6:1 101:17
118:8,13 184:2
185:22
**name** 6:8 7:16
25:9 46:12
85:14
**named** 140:4
**names** 37:3
**nanoparticles**
113:19
**narrate** 184:19
**national** 150:11
150:20 151:6
**nature** 184:5,11
**neatly** 40:24
**necessarily**
26:21 44:19
63:5 130:6
137:7 157:1,2
163:24 191:20
**necessary** 49:14
78:20 211:4
**necrosis** 95:4
**need** 9:14 41:13
46:10,14 51:8
104:15 108:11
111:19 126:2
133:4 203:20
**needed** 159:7,18
**needing** 112:1
**negative** 176:21
205:7
**neither** 210:12
**ness** 158:3,4,6
158:15 160:1,2
**nesss** 170:11
**nest** 92:10
**never** 16:9 22:13
33:9 153:24

203:10
**new** 20:5 103:10
103:10,17
105:14,20
106:15 116:6
**newer** 116:4
**nextdoor** 177:6
**nodding** 44:9
**node** 108:19
**nodes** 5:9 57:13
61:6,10,15,17
62:7 69:3
78:22
**nonlitigation**
190:19
**nontalc** 174:2
188:15
**normal** 89:24
90:9
**normally** 61:19
174:20
**normative**
199:19 201:21
**notary** 210:4,21
213:19
**note** 49:20
114:16
**noted** 168:5
187:7 213:6
**notes** 198:10
214:1
**notice** 4:15 9:11
9:16 25:19
**noticed** 144:1
**nuance** 87:13
**nuclei** 93:6
97:23
**nucleus** 97:22
**number** 8:23
9:15 10:2,12
11:5 12:11
14:9,20 18:20
19:13 20:23
21:10 22:22
23:16 25:1,22
27:7 37:18

38:1 46:11,11
51:1 59:4,14
64:19,21 65:4
69:1 84:18
104:22 118:15
120:14,15
125:8 137:24
143:1 152:1
154:2 168:19
169:1 178:21
194:3,5,9,14
194:19,22
195:5 197:7,16
**numbers** 60:3
75:19 83:5
131:9 194:10
**numerically**
199:9
**nurse** 155:22

**O**

**o** 6:1 101:17
118:8
**oberdoerster**
177:10
**object** 36:10
38:18 130:9
135:3 145:24
146:20 149:17
155:20 156:13
157:11,18
175:21 187:6
193:8 197:21
204:6 205:9
206:1,21 207:5
207:17 208:16
**objection** 178:10
196:19 205:10
205:14 206:8,9
206:22 207:18
208:2,17
**objective** 95:24
96:9 98:24
193:11
**objectives** 96:10
191:21

**observed** 163:22
164:13 186:8
186:12 188:5
**observing** 58:13
**obtain** 83:24
201:20
**obtained** 89:5
102:6
**obtaining** 40:11
**obviously** 7:13
27:20 28:13
31:24 38:24
52:18 125:20
127:7
**occasion** 67:17
**occasions** 7:2
**occupational**
193:17
**oclock** 132:2
210:6
**oconnor** 1:24
210:3,21
**offer** 179:14,21
**offering** 180:12
**offhand** 68:14
**office** 18:18
20:18,22 41:1
**officially** 165:15
**oh** 184:13
189:19
**oil** 16:1,5,6,7
**ointments**
161:12
**okay** 7:22 8:6,7
8:21 9:19
12:19 13:21
14:3 15:9 18:7
18:9 19:7
21:17,22 24:2
24:6 26:10
28:13 30:6,16
32:15 37:8
38:11,14 39:13
42:3,16 45:4
47:3 50:23
53:18 54:13

Confidential - John J. Godleski, M.D.

Page 233

55:1 57:16
65:1 66:17,18
67:8,9 68:11
68:17 69:10
71:2,17 74:5
77:3 80:4,13
80:22 82:6,15
83:8 84:4,17
93:18 94:8
97:20 98:21,22
99:7,11 100:10
101:12 102:11
106:14,20
110:1 114:15
116:9 117:12
119:13 121:18
124:1,2 126:3
126:4,7 127:22
134:3 137:1
139:11 142:18
143:9,15 144:5
144:8,12 145:1
146:8 149:21
151:17 159:22
160:7,24
162:13 169:4
169:10,15
172:11,17
174:13 181:24
182:5 185:1,16
187:24 188:23
189:21 191:14
192:18 195:10
196:5,17 197:9
198:12,18
199:7 209:13
209:20
old 191:16
oleary 2:11
omentum 51:18
89:13
once 32:12
41:12 82:19
102:6 115:2
141:13 167:10
onder 2:11

onderlaw 2:15
ones 47:9 68:14
85:9 98:4
100:12,16
101:14 169:13
178:24
online 30:14
open 21:18 58:5
58:8
opened 170:15
openings 122:6
opinion 14:8
34:21,22 42:14
53:10 65:12,13
86:15,20 87:15
87:17 88:10,16
88:21 132:16
145:13,22
146:10 147:11
148:20 151:8
151:10 157:9
171:21 179:15
180:13,16
181:3 207:1,21
opinions 7:24
86:2 171:18
179:11,21
opposed 75:22
90:23
oral 4:15 9:16
order 40:11
42:13 73:15
90:18 107:3,12
129:6 135:9
141:18,21
182:13 197:5
org 2:8
organic 45:12
organization
6:17 84:12
151:21 153:12
165:14,19
177:3
organized 40:24
original 60:21
179:9 211:12

originally 198:2
os 58:7
ought 119:15
ourself 105:11
outgrow 95:4
outlines 28:11
outside 42:10
109:16 121:7
121:11,13
162:16
outstanding
79:24
ovarian 5:9,16
30:4,11,22
31:9 33:10
35:24 36:6
47:21,24 48:2
48:8,11,20,21
49:11 50:13
52:16 58:15
64:10 66:4
67:19 69:4,18
70:2,12 76:21
77:1,9,14,17
78:22 81:2
84:20 86:13,18
88:17 92:8
94:5,6 95:9
125:5 132:15
145:17,20,21
146:10 149:12
150:6,15
151:14 153:3
153:19,23
154:3,22,23
155:5,7,12,15
156:4,7 157:2
157:3,9,17
158:16,23
159:4,15 160:5
165:16,20
168:23 169:7
169:18 170:4
171:4 173:17
174:3,9 175:3
175:10,12,16

176:3,14 178:8
179:7,17 180:4
180:16 182:2,3
183:11 188:5
189:6 190:15
193:5,7 195:21
196:23 197:17
203:2,7,13
205:21 207:4
208:11 209:8
209:17
ovaries 51:16
53:11 60:24
64:3 75:15
76:16,24 89:10
165:2 207:22
ovary 5:12 34:4
49:18 67:24
94:24 129:22
132:17,23
142:22 143:3
165:5 182:4
194:5,6 195:20
overhanging
16:8
overlap 56:6
oversee 137:20
overseeing
137:6
overwhelming
124:5
owing 136:17
oxford 115:18
115:24 116:3
oxygen 72:24
73:1 80:16
81:15 82:22
125:12

_____
P
_____
p 6:1 101:17
118:8,13
131:15 132:2
166:21,21
209:23
page 4:2,13 13:4

70:6 72:7,7,8
74:13,22 77:6
78:17 80:9,9
80:14 89:3
92:1 118:4,21
123:20 124:17
124:18 140:1
143:10,16
144:7 154:16
154:18 158:8
185:11,17,21
212:3 214:2
pages 4:21 12:12
12:20 154:9
213:4
paid 35:3,15
136:17 139:16
140:9,11,23
141:6
paint 161:18
paints 161:17
palpitation 59:6
paper 56:9,16
60:9 69:11
74:22 75:4,14
102:14 110:11
127:13 158:17
158:19 159:10
161:14,15,16
177:5
papers 64:18,19
64:21 68:4,7
157:23 171:22
177:5
papillary 93:2,9
184:15
paraffin 20:8,10
22:2 103:23
104:9 105:8,23
110:8,16
paragraph
50:10 69:15
70:16 77:6
78:18,19 88:4
88:9 89:2
125:24 143:17

Confidential - John J. Godleski, M.D.

144:9 197:14
197:15
**park** 38:7
**part** 45:23 46:14
49:8 52:2 63:4
68:8 95:11,12
100:19 101:3
109:21 110:21
115:8 119:22
135:14 159:16
171:19 190:8
202:22 204:14
**participated**
137:6
**particle** 11:14
11:17 72:18
80:15 90:19,20
90:22 97:11,11
98:13 100:22
112:23 115:5
115:12 116:23
117:5,10,13,18
117:20,22
130:8 133:6,8
133:12,20,21
133:23 134:3,4
134:8 135:10
163:2 174:6
183:17 186:15
186:23 187:15
195:19 196:7
196:13 197:24
199:15 201:10
201:11
**particles** 11:18
11:19,21 27:5
27:18 28:8,17
29:1,4,10
46:22 53:9,11
53:15,21 54:3
55:20 57:9,11
57:17 59:11
60:3,5,7,16,23
61:18 62:1,6,9
62:15,17,19,22
63:10,14,23

65:13 66:22
75:10,21 76:1
76:12,12 81:1
100:8,11 117:6
118:23 119:12
119:14,16,18
120:18 121:6
122:9,16 123:6
124:20,21
125:11,20
127:20 130:14
130:17,24
135:17 143:12
143:18 144:11
144:13,18
145:4,7,11
160:12,15
163:15,16
164:3,8,13,14
164:21 167:1,3
174:16,19
175:2,14 178:8
182:10 183:6
185:2 186:8,12
186:21,23,24
187:5,12
188:19 193:4
193:24 194:1,3
196:3,15,22
197:3,6,17
206:14
**particular** 29:22
87:5 93:12
97:15 98:20
142:14 177:3
184:17
**particulate**
24:17 60:1,12
63:1,7 67:23
90:9,12,15
109:9 110:8
113:23 116:24
**particulatefree**
113:10
**particulates**
45:12 99:23

113:15,17
**parties** 210:13
210:15
**parts** 64:1 85:18
138:23
**pass** 167:19
**path** 97:9
**pathologic**
191:12
**pathological**
108:3 191:19
**pathologist**
15:12,19 26:13
31:24 32:4
33:3 46:24
48:6 51:11,13
67:18 88:10,15
91:22
**pathologists**
32:6 88:21
109:15
**pathology** 4:18
10:6,9,13 15:7
18:3 19:2,19
26:6,22 27:1
29:14 32:7,12
34:14,17 39:17
39:18 41:5
43:13 45:23
46:9,23 49:6
49:13,14 50:22
51:14,22 52:14
52:19 53:4
107:9,18
109:21 111:21
191:10 197:23
204:12,15
**pathway** 57:11
57:17,18 58:16
61:18
**pathways** 55:9
**patient** 15:16,17
46:9 55:21
86:22 87:5
101:4 107:24
108:1,5,18,22

109:24 127:3
132:24 190:11
**patients** 33:4,5,6
35:24 43:10,24
50:13 55:21
61:7 86:12,18
86:24 108:3
132:15 188:14
188:21 189:5,7
189:12 190:7
191:17 193:15
**pattern** 58:15
**pay** 139:10,17
140:18
**payment** 140:2
140:3
**payments**
136:12 139:11
142:7
**peak** 72:22
**pelvic** 5:9 69:3
71:24
**pelvis** 75:6
**penetrate**
129:17
**penetration**
129:4
**pennsylvania**
85:21 155:22
**people** 33:14
36:17 46:3
80:1 104:1
109:15 112:1
146:3 168:18
177:8 188:15
197:1,1
**percent** 76:9
160:16,17,18
160:24,24
195:21,22
**percentage**
82:12,16,24
199:3,5,8,10
199:16,17,20
200:13,13,22
201:3,12 202:6

**perineal** 29:18
54:6 59:1,6
64:2,11 65:16
76:17 121:17
150:14 153:22
155:11,14
156:3,8 158:22
203:6,12
**perineum** 55:5
61:13
**period** 14:23
**perisplenic**
89:14
**peritoneal** 89:11
**person** 29:15
33:24 34:5,10
79:6 137:7
157:15 210:6
**personally**
136:18 140:11
**persons** 60:19
**perspective** 15:7
55:8 62:5 68:9
**pesticides** 162:8
**peterson** 2:11
**petition** 151:14
**petitions** 149:10
149:16,19
**pharmaceutical**
161:11 166:11
**phone** 39:22,23
**phosphorous**
124:5,16
**phosphorus**
119:4
**photo** 95:17
**photographed**
96:5
**phrase** 27:12
**physician** 7:11
7:12 18:1
26:17 43:12,17
43:22 44:11
47:9,15
**physicians** 6:17
54:16

Confidential - John J. Godleski, M.D.

**picked** 79:8
**picture** 25:8
  93:11 94:12
  97:15 98:23
  100:4,6,6
  183:16 184:2,7
  185:6,19 186:2
**pictured** 99:12
**pictures** 24:9
  96:6 123:3,5,7
**piece** 45:9
  101:23,23
  128:8
**pieces** 108:14
**pile** 37:22
**pink** 100:2
**place** 24:4 29:13
  59:23 84:16
  119:10 149:11
  202:4
**placed** 23:11
  102:16
**plaintiff** 1:7 2:2
  16:4 17:3,22
  47:18
**plaintiffs** 173:16
**plan** 21:20 41:10
  41:11,11,17
**planchets** 20:5
**plane** 90:12,16
  90:20 99:15
**plastic** 21:15
  96:23 112:5
**plastics** 161:20
  161:21
**plate** 98:1
**platelike** 182:12
**play** 128:18
**please** 6:9 9:10
  16:3 18:15
  40:8 72:15
  80:5 95:2
  96:19 140:2
  211:3,8
**pleasure** 145:3
**pllc** 2:4

**plus** 11:22 95:24
  96:9
**pluto** 203:2
**pneumonia**
  15:16 47:2
  52:23
**point** 13:16 54:9
  64:3,16 75:2
  76:19 97:6
  129:18,20
  130:3 157:14
  160:3 170:7
  191:1 209:10
**pointed** 94:8
  139:24 141:8
**pointing** 93:20
  98:12 100:15
  181:19
**points** 129:2
**polarized** 23:22
  24:8 37:21,24
  39:8 40:15
  41:14 96:15,18
  96:20 97:9
  101:9,16
  116:23 163:19
  164:12 182:6
**pollard** 1:24
  210:3,21
**polymorphisms**
  209:16
**poorly** 51:15
  93:8
**population**
  85:19,20,21
  193:22
**position** 107:22
  134:15
**positive** 127:21
  179:1
**possession** 19:21
**possibility** 40:22
  57:23 58:8,23
  67:4
**possible** 8:4
  59:22 63:9,14

  84:19 89:12
  147:6,8,10
  177:14 178:3
  182:18 205:3
  207:9
**possibly** 42:14
  147:16 166:16
  171:7 178:12
  197:4
**poster** 190:24
**potassium**
  123:17
**potential** 52:15
  75:5 125:5
  178:22
**potentially** 66:1
**powder** 5:14
  152:3,19 153:1
  153:6 203:1,6
  203:12
**practice** 48:4
  204:12,15
**precleaned**
  113:2
**predisposition**
  205:16,22
  206:6
**pregnant** 58:6
**preliminary**
  197:9
**preparation**
  137:15 139:18
  171:15,17
  202:19
**preparative**
  123:2
**prepare** 85:5
**prepared** 22:12
  22:20 38:15
  89:21 102:10
  156:10
**preparing**
  171:18
**presence** 5:9
  50:12 69:3
  86:11,17

  132:14,23
  143:11
**present** 25:13
  53:22 56:16
  87:6,17 122:12
  127:3 173:17
  175:13 197:17
**presented**
  190:22
**preserve** 107:4
**president** 140:2
**pressure** 20:7
  104:11,17,17
  105:3,5 106:10
  111:2 114:1,24
  115:24
**pressurize**
  104:12
**presumably**
  140:10
**presumption**
  54:8
**pretty** 159:17
  183:6 184:12
  201:18
**previous** 159:3
  189:14
**previously** 20:4
  82:7,14 105:17
  114:7 171:20
  177:9
**primarily** 11:20
  135:7
**primary** 15:22
  33:20 34:13
  58:3,17 153:14
**prime** 192:14
**principle** 198:1
  198:2
**printout** 5:16
  154:3,13
**prior** 198:15
**probably** 7:9
  14:1 20:21
  31:2,17 34:15
  37:20 40:19

  43:8 46:12,13
  51:24 52:4
  68:11,16 100:2
  126:5 129:22
  130:18 140:20
  147:19 158:5
  162:16 167:23
  168:22 179:18
  179:19 180:19
  198:20
**problem** 15:10
  66:19 78:9,11
  92:7 103:7
**procedure** 45:18
  106:21 142:1
**proceed** 67:14
  132:6
**process** 40:4,6
  40:10,19 54:17
  106:22 192:3
**produced**
  136:14
**products** 65:3
  150:2 161:5,7
  161:11 166:11
**professor** 27:1
**prognostic**
  203:2
**project** 141:19
  141:20
**prominent** 52:1
**proper** 12:3
  122:10 208:13
**properly** 8:6
  16:6 54:11,15
  106:3
**proportion**
  75:20
**proportions**
  12:4 125:13,14
**proposing** 146:1
**propounded**
  213:5
**prosthetic** 59:15
**protein** 100:24
**protocol** 112:16

Confidential - John J. Godleski, M.D.

112:21
protocols 89:24
prove 132:18
proven 72:1
  77:9,15,17
provide 12:16
  18:12 34:20,22
  42:13 124:23
  181:3
provided 14:7,7
  18:17 19:23
  24:20 110:2
  118:7 122:18
  167:6 187:21
providing 65:12
  88:10,15
  172:14
psammoma
  94:23 95:1,3,7
  95:10,12
public 1:20 5:7
  6:18,21 26:11
  27:9,15 28:6
  210:4,21
  213:19
publication 84:6
  110:20 192:12
publications
  31:3,15,20
  84:3 189:14
published 60:10
  68:4,10 77:12
  83:24 84:18
  102:14 164:19
  169:19 179:16
  180:3,15 189:8
  189:22 191:17
  197:10,11
pull 122:20
pulmonary
  15:11,12,14,19
  15:22 16:14
  27:4,17,20,24
  46:22,24 47:1
pulmonology
  204:12

purchase 141:18
  141:21
purchased 116:6
pure 160:22
purpose 79:4
  190:15
pursuant 25:19
put 13:5,10,22
  20:3,4,8 22:7
  24:5 30:17,18
  45:14 54:10
  63:12 96:2,3
  96:11,22 97:1
  103:13,16,18
  103:20 104:9,9
  105:7,14,20,21
  106:6,8,9
  108:7,10,15
  118:15,18
  129:8 160:7
  167:14 168:19
  182:19 183:3
  187:17
puts 148:17
putting 22:4
  54:11 105:24
  107:22 115:10

――――――――――
        Q
――――――――――
qualified 180:2
qualitative
  173:7
quality 111:10
  111:11 185:8
quantification
  199:14
quantified 56:23
  57:7 188:12
  189:1
quantify 118:16
  188:4 197:4
quantifying
  194:14,19
  197:16
quantitative
  78:21 173:7

quantity 189:17
quasigovernm...
  146:18 165:14
question 8:3,5
  46:14,15 57:2
  60:21 63:8
  66:16 87:8
  90:11,14
  106:15 108:22
  126:17 132:19
  133:19 141:4
  156:2 162:22
  163:6 167:11
  175:22,22
  191:23 192:1
  192:10,16,19
  193:12 195:10
  198:21 202:14
questionable
  159:5
questioning
  179:10
questionnaire
  189:20
questionnaires
  189:10
questions 7:23
  33:2 78:16
  142:19 181:7
  188:17,23
  189:4 190:3,9
  198:10 204:5
  208:19 209:21
  213:5
queue 39:12
quick 25:11
  45:19 78:7
quickly 31:3
quit 109:7
  166:18
quite 60:16
  74:15,18
  104:24 117:4
  118:19 127:16
  131:4 167:24
  201:1

quoting 82:14
――――――――――
        R
――――――――――
r 2:3 6:1 212:1,1
raise 104:17
randomly
  188:13
range 125:15
  179:6 187:13
  201:15,18,24
  201:24 202:10
  202:11
rate 138:7
ratio 73:17 74:1
  74:3,6,9 81:8,9
  81:23 83:3,4
  83:17 84:2
  122:10 124:4
  124:15 125:17
  130:8 200:17
  201:22 202:6
raw 150:1
reach 61:19
  163:3
reaction 100:22
  109:11
read 51:9,9,10
  84:22,24 85:1
  85:2,10,12
  134:21 136:8
  144:6,7 169:22
  170:16,18,18
  170:19,20,23
  171:7,9,11,13
  171:15,17,20
  171:22,24
  202:23 203:8
  211:3 213:3
reading 83:23
  145:2 202:24
  203:5
readout 81:14
reads 134:19
ready 67:14
  132:6 192:12
real 78:7

quoting 82:14
realize 35:16
  100:3 146:12
really 47:14
  52:1 55:2 59:2
  61:13,21 62:14
  66:13 79:20
  94:18 100:1
  117:4 119:21
  119:21 121:16
  129:5 141:4
  170:16
realtime 210:22
reask 142:18
reason 22:8 64:6
  70:21 71:11,21
  87:8 96:11
  107:10 108:16
  111:17,22
  115:11 120:10
  133:11 211:5
  212:5,7,9,11
  212:13,15,17
  212:19,21,23
reasonable 86:9
  132:11,20
  144:22
reasons 64:4
  70:19 107:23
  108:1 114:21
recall 11:12
  17:15,17 38:16
  44:8 53:15
  74:24 85:8,9
  121:2 143:8
  159:9 169:14
  174:22,23
  178:24 187:8
  200:5,9 202:1
  202:24 203:5
  203:11 204:23
  208:8 209:1
receipt 102:9
  211:13
receive 41:2
received 18:17
  18:18 101:24

Confidential - John J. Godleski, M.D.

112:5
**recess** 67:10
78:13 131:14
166:20
**recognized**
88:20 165:18
**recollection** 18:1
35:14 174:14
**record** 6:9 8:20
22:16 25:12
37:4,6 81:21
93:21 106:15
109:21 166:19
166:23 167:14
184:23 210:10
**records** 26:7
49:5,9,13,19
50:1 188:11
189:1
**red** 100:7,11,19
100:21
**redirect** 208:22
**redirected** 160:1
**reduced** 210:9
**rees** 3:3
**refer** 80:23
177:4
**reference** 68:19
86:8 145:14
173:12 199:19
**referenced**
31:21
**referred** 19:18
78:18 118:5
125:8,10
**referring** 55:12
57:5,18 60:9
64:13 69:21
98:12 126:18
169:5 185:11
197:18
**reflection**
114:23
**refringence**
97:14
**refringent** 97:10

98:2
**regard** 16:18
26:3 36:9 37:1
38:3 41:9,11
41:19 53:9,20
60:21 67:24
120:17 125:2
125:19 134:17
136:16 138:17
142:13 145:4
145:13 151:6
155:19 156:22
164:7 191:23
199:24 200:14
200:18 202:7
**regarding** 7:24
25:16 26:8
33:23 34:4
36:5 42:1
48:10 60:10
81:5 84:19
131:3 145:16
145:20 149:10
149:11 150:6
153:19 167:7
167:11 179:15
**regional** 61:6
**regularly** 75:9
75:20,24 76:11
**reject** 134:22
**relate** 31:21
96:6 195:23
**related** 15:13,15
32:23,24 33:2
171:3 194:16
194:23 203:9
210:12
**relating** 8:14
197:22
**relationship**
47:1 64:5,7,9
70:18 71:13
73:2,4 77:8,14
77:16 129:10
142:15 165:16
187:18 194:9

198:8 203:16
**relative** 71:2,9
179:3,6 210:14
**relatively** 45:19
45:22 70:23
71:8,10 124:14
**release** 39:19
**relevant** 106:17
193:14
**relying** 135:7
**remainder** 7:10
**remaining**
167:13
**remember** 18:7
46:15 175:11
176:12 187:4
**remnants** 95:7
**remove** 42:8
113:5 114:7
**rendered** 8:1
**renovated**
111:13
**repeatedly**
93:15
**rephrase** 164:11
**report** 4:17,18
4:20 8:1 9:19
9:21 10:4,6,9
10:13,17,18,24
11:7,12 20:14
24:10,10,13
26:6 34:24
38:14,15,19
39:2 40:2 41:2
42:13 43:14
46:8,9 49:6,14
49:14 50:8,15
50:22 51:14,22
52:14 53:4
69:13 70:11
71:19 80:5,10
85:24 86:4
87:12 88:1,9
91:1 92:2,13
109:21 110:1
112:4 118:5,22

132:11 135:20
135:21,23
139:19,19
167:5 170:12
170:13,20,23
171:5,7 173:11
173:11 174:17
179:11 181:8
185:14 193:2
198:16
**reported** 1:23
73:5 109:20
117:23
**reporter** 8:10
**reporting**
119:24 187:11
**reports** 19:2
39:6 52:19
77:24 135:24
**represent** 7:16
151:20 205:1
**represents** 7:17
**request** 149:11
167:11
**requested** 102:2
**requesting**
39:24,24
**requests** 111:24
141:12
**require** 141:17
150:7
**required** 150:9
**reread** 85:4
**research** 26:19
27:3,6,16 28:3
28:7,17 29:4,9
30:3,10,22
79:10,18
**respect** 53:14
**respond** 167:15
**response** 68:8
188:18
**responses** 27:5
27:17 177:7
**responsibilities**
26:21

**restate** 8:5
**resulted** 207:3
**results** 150:21
203:12
**retained** 5:19
7:7 16:21,23
17:2,21 26:2
36:14 37:9
41:23 42:12,22
43:2 44:7,13
44:15,20,23
46:18,20,23
47:10,11,18
173:15
**return** 211:11
**review** 169:16
179:23 180:2
180:14
**reviewed** 26:2,7
49:4 89:3
155:22 169:10
170:8,9,11
202:13,15,17
**reviewing** 96:14
106:22 187:10
**rid** 105:16
**ridgeland** 2:6
**right** 8:12,22 9:8
9:12 10:23
12:5,19 13:3
14:3,13,18
15:23 17:7
18:14,24 20:22
23:3 25:21
32:13,17 33:17
34:1 39:3,9
40:7,13 41:20
42:18 44:4,6,8
49:18 53:24
70:8,13 71:8
71:19 73:20
74:10 75:3
77:1 78:19
79:1 81:5,18
82:4 85:3
89:10 91:19

Confidential - John J. Godleski, M.D.

93:9 96:14
98:15 101:9
109:19 110:13
113:2 114:18
119:1 120:1,4
121:15 122:8
130:4,8 134:7
134:24 137:3
137:22 138:17
138:23 139:4
145:23 147:11
149:4 153:10
154:24 159:1
162:18 163:9
167:19 169:14
182:3 187:7
192:11 198:24
199:3 200:6,15
201:4,22
205:18 209:6
**righthand** 81:13
143:16 144:7,8
154:18 198:19
**rise** 103:22
**risk** 48:11,21
70:2,12 71:2,9
71:14 150:15
153:2,7,23
155:5,6,11,15
156:4,7,12,19
156:22,23,24
157:1,7 158:22
159:4 179:6
203:7,14
208:15
**risks** 179:3
**rivers** 17:10
**rmr** 1:24 210:3
**rochester**
177:10
**roggli** 126:12,19
127:8,24
129:10 130:10
130:14,22
142:12 192:20
192:21,22,24

193:6,11
194:12,18
198:3
**role** 26:16,22
28:22 86:23
87:1 159:7,14
**roughly** 73:24
76:9 128:9
188:7
**routes** 62:8
64:12
**routine** 111:19
193:20
**routinely** 43:9
**rubber** 161:22
**rude** 81:20
**rule** 59:10 61:1
61:24 63:9
66:4,21 67:3
125:4
**ruler** 187:17
**rules** 7:13
**running** 138:15

---
**S**
---

**s** 4:12 6:1
**s088716** 118:8
**s088716n** 4:20
11:1,7
**sacrificing**
183:20
**salary** 142:5
**sample** 107:4
114:17 128:22
182:15 194:8
195:17
**samples** 160:12
174:9
**sampling** 197:5
**sand** 121:19
**sarcoidosis**
108:22 109:6
109:11
**sat** 170:8
**save** 174:7
**saw** 51:20 66:14

130:16 145:5
164:6,15
**saying** 27:13,13
54:23 70:13
87:9,11 133:11
134:7 147:10
162:18 164:2
184:13 185:12
185:13
**says** 18:6 19:2,9
27:15 70:17
71:2,10,16,18
74:13 77:13,16
77:19 78:20
79:1 81:8 88:9
88:20 117:9
118:6,11,22
126:8 137:15
143:12 144:13
146:5 147:15
152:14,19,23
153:4 154:9,10
154:21,22
155:4 198:21
**scale** 96:3,3,5,11
187:14
**scanning** 5:2,4
20:1 21:11
22:2,18,23
88:24 103:18
103:21 104:4,7
104:10,20,23
105:3,22
107:11,16,18
108:2 111:23
112:2 116:10
116:12 118:14
129:1,16
**scattered** 94:15
**school** 1:20 5:7
6:18,20 26:11
26:18,19 27:8
27:15 28:6
**science** 91:12
**scientific** 32:24
33:2 135:13

155:23 157:15
160:4 165:19
190:9
**scientifically**
146:2 198:6
**scientist** 26:17
134:19 172:19
**scores** 79:24
**scully** 3:3
**sealed** 21:17
22:1 106:7
115:3,10
**second** 25:11
51:3 71:11
72:7 77:6,7
89:2 127:23
140:1 166:18
196:6 197:15
**secondary**
116:13,17
**seconds** 78:10
**secretion** 101:1
**section** 74:12
90:20 110:16
113:23 126:13
128:15 154:21
155:4 193:13
193:20,24
194:2 195:11
195:19 197:24
198:5
**sectioned** 114:7
**sectioning**
194:21
**sections** 20:4
102:15 105:19
114:13,14,14
126:11 194:13
**see** 9:10 24:11
33:6,6 41:3
45:15 52:23
55:1,4,9 57:11
57:11,13,16
58:13,16,24
61:8,9,14
72:21 73:3,4

82:18 91:7,9
92:15,21 93:5
93:14 95:7
97:22,24 98:2
98:4 100:6
113:14 117:6
117:13 118:14
119:9 124:24
128:6 129:6,14
129:17 135:17
139:22 142:23
143:18,21,23
144:9 145:6
152:13 154:21
155:6,9 174:20
175:16 182:7
182:22,24
184:5,11 187:7
191:3 192:4
194:8 202:5
**seeing** 52:6
181:23
**seeking** 150:8
**seen** 42:5 54:5
55:6 58:1
66:23 95:8
131:6,8 142:20
143:8 174:14
178:5 199:19
**seldom** 83:10
**selected** 28:15
93:16
**sem** 13:9,13 23:5
38:6,17 39:12
39:14 40:9,16
41:15 102:10
105:1 110:5
111:3,18 117:9
117:15 129:4
137:16 163:20
163:23 164:14
182:16 183:9
183:21 191:5
**send** 19:19
101:21 109:16
140:3

Confidential - John J. Godleski, M.D.

Page 239

| | | | | |
|---|---|---|---|---|
| seniority 140:18 | shouldnt 121:6 | 74:14 123:10 | 124:20 125:10 | 41:23 78:7,10 |
| 142:5 | show 93:4,21 | 123:23 124:3,8 | 130:17 138:3 | 130:9 131:13 |
| sense 166:5 | 97:12 115:15 | 124:15 133:12 | 154:8 186:24 | 135:3 145:24 |
| 197:12 | 152:7 154:8 | 166:3,4,6 | 194:1 | 146:20 149:17 |
| sent 18:18 | 168:23 186:1 | 175:14 | size 62:4 96:2,6 | 155:20 156:13 |
| sentence 69:24 | 203:16,16 | silicates 163:5 | 128:9 163:2 | 157:11,18 |
| 70:17 77:23 | 207:24 | silicon 12:3 72:9 | 186:7,11,20,23 | 158:3,7 163:6 |
| 86:7 88:19 | showed 72:9 | 73:23 80:16 | 187:12 | 167:16 175:21 |
| 143:10 144:10 | 177:11 | 81:9,15,15,22 | sizes 187:4 | 178:10 187:6 |
| 152:22 | showing 84:6 | 82:2 83:17 | skin 29:19 122:5 | 192:22 193:8 |
| separate 22:9 | 119:8 185:19 | 84:2 103:14 | 122:7 | 196:19 197:21 |
| 23:19,20 | 196:8 | 121:4,6 122:10 | skip 53:6 78:6 | 204:4,7,9 |
| separated 22:10 | shown 93:9 | 125:12 200:14 | 88:3 167:24 | 205:11,17 |
| separately 22:6 | 175:7 183:5 | 200:22 202:6 | skipping 136:5 | 206:3,11,24 |
| sepiolite 165:23 | shows 92:3 | silva 140:4 | slice 102:24 | 207:7,20 208:4 |
| 166:8 | 93:12,16 151:2 | simg05 200:4 | 103:11 128:12 | 208:19,24 |
| serial 194:13,21 | 177:7 | similar 7:8 38:9 | 129:8 | smithlaw 2:8 |
| series 56:19 | side 81:13 | 60:4 74:14 | slide 49:17 99:8 | smoker 61:8 |
| 191:17 | sidebar 175:21 | 85:23 117:16 | 99:9 103:13,14 | sodium 119:4 |
| serous 51:16 | sign 211:8 | 124:14 126:21 | 128:4,15,20,21 | 123:12,14,24 |
| 52:3,11,12 | signal 11:22 | 140:8 166:5 | 129:13 181:15 | software 82:20 |
| 93:3 94:24 | 12:1,2 72:21 | 184:13 185:5 | 182:1,6,15,19 | 115:19,21 |
| services 112:2 | 73:8 103:15 | similarly 184:10 | 182:19 184:9 | 186:16 198:22 |
| session 132:1 | 123:10,14,15 | simple 90:5 | 185:1 | sold 111:12 |
| set 24:3 97:7 | 123:23,24 | 91:10 140:14 | slides 18:17 19:3 | solely 26:22 |
| 118:3 210:18 | 124:4,6,8,10 | simpler 22:8 | 19:8,10,19,21 | solid 93:6 |
| setting 108:4 | 124:11,15,16 | simply 91:5 | 38:1 41:2,3,7 | solubilized |
| seven 138:3 | 185:4 | 181:15 | 43:15 89:4,8 | 62:23 |
| 144:10 155:6 | signature 72:10 | single 23:18 | 89:10,16,20 | somebody 12:16 |
| sexual 65:17 | 83:19 | sir 12:6 14:4 | 90:6,10,15 | 30:18 79:7 |
| shadows 185:7 | signed 189:9 | 38:22 131:13 | 91:2 93:14 | 141:13 |
| shallow 129:1,6 | significance | 170:14 | 99:6 101:14 | somewhat 98:1 |
| shaun 26:8 89:5 | 23:19 52:10,10 | sit 30:20 160:8 | 128:1,2 181:13 | soot 16:6 |
| shb 2:23 | 99:11 100:18 | 179:20 | 183:1,4 191:10 | sorry 50:24 |
| sheet 18:16 | 100:20 194:9 | site 61:19 | slight 73:8 | 57:19 81:20 |
| 211:6,9,12 | significant | 133:17 135:15 | small 73:9 93:13 | 97:17 98:8 |
| 213:6 | 51:13 65:11 | 154:1 | 113:15 126:9 | 164:10 184:18 |
| sheets 96:23 | 71:9 118:20 | sitting 140:10 | 128:22 129:19 | 184:22 185:9 |
| shelburne | 128:10 131:10 | situation 39:15 | 194:10 195:17 | 186:10 188:8 |
| 102:18 | 145:9 160:6 | 67:22 | 195:17 201:12 | 191:14 194:17 |
| shelton 2:11 | 198:1 | situations 198:6 | smaller 98:4,16 | sort 39:11 41:19 |
| shines 91:6 | significantly | six 10:19 11:19 | 168:19 169:1 | 61:12 79:9 |
| shook 2:18 | 127:19 | 36:23 37:19 | smith 2:3,4 4:7 | 82:19 92:10 |
| short 45:22 | silica 73:3,17 | 38:3,17,24 | 34:20 36:10,14 | 94:11 95:5,8 |
| 133:2 | 120:7 | 53:15,19,20 | 36:15,17,19 | 97:3 98:3 |
| shorter 133:3 | silicate 73:1 | 81:1 123:6 | 37:4 38:18 | 115:7 141:5 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - John J. Godleski, M.D.

185:7
sought 88:21
sound 44:8
    50:14 82:3
    159:9
sounds 182:18
source 66:1,5,22
    79:18 207:10
sources 50:2
    76:16 89:17
    202:2
souvenir 152:10
space 92:19
    99:20 117:13
    117:14,16
    211:6
specialize 32:6
specific 75:19
    124:20 168:9
    168:17 171:22
    182:15 188:17
specifically
    11:13 20:18
    27:15 30:11
    84:15 125:21
    153:3 161:19
    162:7 172:16
    173:20 174:23
    178:20 206:5
    206:16
specimen 103:22
    104:12,14,16
    104:18
specimens 20:16
    106:2 165:6
spectra 25:7,8
    72:22
spectroscopy
    72:9 111:16
spectrum 11:14
    56:24 57:5
    72:13,16 73:9
    73:16 80:7,14
    81:4,13 83:18
    83:23 95:11,12
    117:19,19,22

123:9 198:15
    198:21
spend 61:21
spent 37:15
    138:10,12
sperm 58:6
spleen 51:18
    89:13
sporadic 154:24
spot 113:14
    117:5 160:8
spread 51:17
    58:14
sputter 114:17
square 128:7
ss 210:2
st 2:13 4:18
    10:10,13 26:6
    89:5,21 110:2
    112:9
stage 25:9 56:11
stained 91:8
stand 199:5
standard 96:21
    112:16 141:24
standpoint 45:5
    51:11 86:5
start 51:7 75:23
    97:4 99:18
    143:18 194:24
started 13:24
    79:7,10 102:24
    191:2 196:21
    197:2
starting 144:10
    192:4
state 6:8 26:15
    75:13 166:22
    211:5
stated 71:11
    132:11 137:10
statement 48:9
    127:7 144:22
    159:17
statements 77:4
states 1:1

statistical
    172:20
statistics 172:20
status 149:19
step 40:4,5
    105:9 115:14
    133:16 196:6
steps 123:3
stick 21:21
    44:13
sticker 21:21
    23:12 144:1
sticking 184:15
stop 82:5 109:1
stopped 62:20
straight 97:9
street 2:20
    193:16
strength 134:16
    179:15 180:24
    181:3
strengthens
    133:18
stretch 67:7
stripe 94:2
stroma 92:9
    94:6
strong 87:4
    123:23
strongly 169:3
structural
    127:18
structurally
    74:15,18
    127:16 131:3
structure 97:12
    117:2
students 26:20
studied 5:2,4
    20:1 21:11
    22:2,11,13,18
    22:20,21,23
    23:5,23 64:8
    118:7,11
    119:17 126:14
    129:19 130:4

189:8
studies 23:24
    24:11 27:24
    32:21 37:22
    43:18 55:8,11
    55:17 59:14
    70:1,11 71:15
    84:18 85:17,22
    87:23 101:16
    106:6,11,12
    109:14,17
    118:11,14
    126:10 127:8
    127:22 130:15
    134:17 146:12
    146:15 150:22
    151:1,2 158:11
    159:6,18
    162:13,23
    163:7,8,19
    165:11 168:12
    168:18,19,21
    168:22 169:2,4
    169:11,17,18
    169:23 170:1,3
    173:9 176:22
    178:15,16,19
    178:22 181:1,4
    188:12 189:9
    192:24 194:23
    194:24 195:3,8
    195:14 203:15
    207:24 208:10
study 19:24
    37:24 63:21
    76:2,10 77:4
    79:7 85:15
    90:18 101:13
    110:5,22
    118:22 119:6
    126:19,23,23
    127:24 129:10
    130:7,10 131:2
    137:16 142:12
    159:2,13
    164:19,23

165:1 182:22
    188:22 190:8
    190:10,16,23
    191:4,7,9,13
    191:21 192:3
    193:6,11,18
    196:8,21,23,24
    198:3 203:9
studying 60:13
stuff 51:5
submicron
    187:13
submitted 56:13
subscribed
    213:15
subsequent 70:1
    70:11
subsequently
    182:21
subset 85:1
substance 131:3
    177:21 200:19
    213:5
substances
    199:24
substantial
    126:16 127:2
    193:4 194:4
substrate 182:20
    183:3
sufficient 148:5
    148:7
suffolk 210:2
suggest 159:6,17
    193:17
suggesting 90:19
    159:13 196:5
suit 121:20
suite 2:5 3:4
summary 10:16
    71:2 152:23
superficially
    129:9
supervision
    138:13
supply 95:5

Confidential - John J. Godleski, M.D.

Page 241

support 65:14
  79:18 133:13
  141:14 169:2,3
  170:2 172:15
supported 159:2
supports 86:22
  132:18 133:15
  158:17 169:6
suppose 135:6
sure 8:1,5,8 23:7
  30:12,13,14
  36:2 41:5
  81:21 83:12
  84:15 88:2
  90:18 93:22
  106:3 117:17
  118:6,12
  125:10 140:13
  141:13 158:7
  163:20 165:2
  166:12 168:3
  174:21 198:14
surface 20:12
  58:20,21 89:12
  90:23 92:18
  99:21 105:15
  113:6 114:8
  116:14
surfaces 113:2
surgery 10:7
surprised 41:7
surprising
  159:18 186:5
surprisingly
  121:8
surrounding
  16:20 73:10
  100:1 145:7,11
survey 149:24
  150:3
suspect 38:10
swallowed 62:11
sworn 6:4 210:7
  213:15
system 59:19
  104:11 113:16

113:17 115:24
116:2,3,3
140:13,17
systematic
  179:23 180:2
  180:14
systemic 27:4,17
systems 210:22

---

**T**

t 4:12 212:1
tablets 161:12
take 4:15 8:10
  9:16 20:19
  25:10 45:9,20
  50:18 61:19
  67:6 78:10,11
  80:8 90:17
  103:17 105:12
  105:15 106:1
  107:7 114:13
  131:12 138:18
  156:16 182:15
  182:18,19
  186:7,11
  198:11
taken 8:9 49:17
  67:10,13 78:13
  95:20 131:15
  132:5 166:20
  168:20 169:16
  172:19 185:13
takes 38:1 39:21
  82:10,21 83:14
  96:20
talc 5:9,10,12
  11:20,22 12:1
  12:2 35:23
  36:6 42:1,10
  42:13 48:18
  50:10,12 53:4
  53:9,11,16,19
  54:2,6,7,22
  55:3,4,6,10,20
  56:21,23 57:6
  57:9,11,17

58:2 59:5,8,12
60:23 61:14
62:1 63:10,14
63:19,21 64:9
64:11,11 65:4
65:13,16,19,23
66:3,5,14,22
67:2 69:3,6,17
70:1,12 71:23
72:10,24 73:5
73:11 74:7,10
74:13,18 75:5
75:9,11,15,16
75:21,22 76:1
76:2,5,6,11,12
76:13,16,24
77:9,15,17
78:22,24 80:15
81:1,9 83:7,19
83:22 84:2,7
84:11,19 86:10
86:12,17,21
87:6,9,17
101:15 102:3
112:13 115:12
117:10,22
118:1 120:10
120:15 121:5
121:23 122:11
123:5,6,14
124:20 125:4
125:13,20
127:3,16
130:23 131:4,8
132:12,14,17
132:22,23
133:14,15,17
135:17 142:16
142:21 143:3
143:11,12,18
144:10,13,18
145:4,17,20,21
146:9 149:11
150:1,2,6,14
151:14 153:23
155:11,14

156:3,8,19
157:9,16
158:15,22
159:3,7,14
160:5,16,20,20
160:22 161:1,4
161:19 162:14
162:19,24
164:3 165:2,15
165:20 166:5
167:2 168:23
169:7,11,18
170:4 171:3
173:21 177:14
179:7,16 180:4
180:15 185:4
187:1,2 188:4
188:5,11,14,18
189:1,2,18,24
191:7,8,18
193:4 195:19
196:7,8,13,14
197:16 200:1
200:22 201:10
201:22 202:7
203:10 206:14
206:17 207:3,3
207:10,21
talcum 5:14
  152:3,19 153:1
  153:6 203:1
talk 11:13 19:5
  21:7,8 43:4
  47:21 50:22
  52:20 63:23
  65:1 67:8 69:8
  83:21 115:18
  119:2 127:22
  153:12 169:5
  197:14 203:18
  203:20
talked 14:19
  29:9 42:17
  43:7 46:19
  66:20 67:16
  70:17 76:15

85:10 88:5,14
89:17 101:5
121:15 125:9
127:14 142:15
147:15 163:11
164:24 168:7
192:17 196:24
198:20
talking 24:21
  38:16,20 50:21
  52:24 54:16
  80:7,24 83:11
  86:1 97:18,19
  100:12 122:21
  123:20 128:11
  128:15,16
  133:20 142:9
  184:18,20
  185:10,17
  189:2 192:20
  195:21 198:23
  199:8
talks 88:4
  125:24
tape 21:17
teach 26:19,20
technical 45:21
technique 20:6
  104:2 110:19
  126:1,8
tedious 8:18
tell 17:11 18:14
  21:24 23:18
  36:8 40:18,20
  42:16 45:4
  51:10 55:2
  66:13 72:12,12
  72:13 84:10
  85:9 95:1 96:8
  102:8 116:8
  117:10,15
  119:19 120:5
  139:15 163:14
  163:21,24
  164:2,16
  171:13 183:16

Confidential - John J. Godleski, M.D.

185:16 206:13
**tells** 117:11
201:21
**tem** 111:5
**temperature**
103:22
**ten** 126:6
**tend** 103:6
**tens** 196:16
**term** 187:2
**termed** 94:23
**terminology**
83:12
**terms** 10:21
14:20 47:4
54:17 56:20,23
57:6,22 58:19
58:22 65:22
127:19 128:5
129:16 183:21
184:13 186:13
193:2,14 194:6
195:12,20
198:4 200:10
**test** 43:13 48:15
84:5 85:6
200:7 206:4
**tested** 205:6
**testified** 6:5
35:11,12 42:17
42:23 66:9
207:12
**testify** 15:8,20
42:14 43:18
210:7
**testifying** 16:17
18:4
**testimony** 4:22
14:6,10,16
15:4,13,15,21
16:2 17:6,11
43:5,6,20,21
140:11 141:10
142:11 210:10
**texas** 2:21 3:5
106:1

**thackral** 110:7,7
110:11
**thank** 14:4
167:21
**thanks** 124:1
158:10
**thats** 6:22 9:9,23
10:24 11:2,3
11:16 12:22
14:17,24 15:4
15:6,24 17:4,8
18:6,24 19:1,4
19:20 21:6
23:6,7,12,15
24:23 26:12
27:2,19,22
28:4 29:1,7,21
30:5 31:11,17
31:23 32:5,8
33:8,11,13,17
33:20 34:2,16
34:23 35:2,4,6
35:10 37:5,13
40:1,12,17
41:4,16,21
45:3,14,17,22
46:10,17 48:1
48:9 49:7,8,12
52:18 53:13
54:24 56:17
59:7 60:18
61:2,18,18,22
64:6 68:1
69:14,20,23
70:14,14,15,20
71:1,7,16,17
71:18 72:2,11
72:23 73:19
74:3,16 75:12
75:17 76:3,14
76:22 77:2,19
78:1 79:1 81:3
81:11 82:1,3
82:12 83:9
84:21 86:14
87:10,19,24

88:13,19 89:7
89:15,19 90:2
90:17 91:20
93:7 94:5,6
96:17,24 97:9
98:13 99:12
103:16 107:1
108:11,15,24
110:10,12,14
110:19,19,24
111:3,20 113:8
113:24 114:11
114:18 115:6
117:1,5,16,21
118:9 119:1,7
119:15 120:4
120:12,13
121:20 124:4,8
124:17,18
125:23 127:1,5
127:12,17
128:13,16,19
129:2,10,20
131:9 133:2
134:1,6,11,14
135:19,20,22
136:3,11,15
137:12,13,19
138:5,8,14,20
138:21,21
139:2 140:5,12
140:20 144:22
146:11 147:6,7
147:17 148:2
148:10 151:3,8
153:4,17
154:15 155:1
155:23 156:14
157:4 159:21
160:8,10,14
167:12,18
168:14 169:9
171:9 172:7,10
172:22 173:2,5
173:10,14,19
175:17 179:13

179:24 180:11
181:14 182:13
182:17 183:8
183:13,19
184:13 185:15
185:21 195:5
197:12,22
198:6,22
200:17 201:4
201:16,21
202:4,16 203:9
203:15,17
204:13 206:2
206:10,18
207:6 208:19
209:6
**theory** 207:14
**theres** 8:21
23:17 28:6
29:3,23 30:2
34:12 37:18,22
37:23 46:13
48:16,17 53:1
53:3 54:6
57:23 58:8,14
61:14,23 64:7
64:8 65:15
67:2 68:16
70:4 73:7
80:14 84:15
85:12,13 87:3
87:4,11 90:14
92:9,16 93:5
93:24 94:19,20
98:16,18 100:2
100:7,10,21
108:16 114:21
120:10 121:8
123:17 124:9
125:6 133:13
133:14 135:12
136:9 148:15
148:20 149:1
151:10 158:11
161:21 163:4
169:1 174:21

177:5 181:11
185:4 190:3
192:7 195:3,4
195:5 199:23
203:19 209:7
**theyre** 23:10
30:17,18 52:19
83:5 99:5
112:10 116:15
120:22 122:17
124:24 148:16
148:24
**theyve** 54:5
148:23 189:10
**thick** 129:13
**thickness** 91:8
128:17,18
**thin** 102:24
**thing** 12:15 24:6
61:13 80:18,20
80:21 88:7
98:3 99:19,22
105:2 115:2
122:18 128:13
132:8 146:4,16
199:22
**things** 7:14,15
25:23,23 41:10
53:7 58:12
60:4 93:21
103:7 112:3
124:10,12
136:4 144:5
161:18 168:5
175:20 178:17
202:23 208:14
**think** 18:5 25:15
26:4 28:11
31:4 38:12
44:3 46:18
50:9 51:3 58:2
58:11 65:20
85:18 88:14
91:3 100:4,20
119:14 121:16
128:19 129:21

Confidential - John J. Godleski, M.D.

Page 243

132:19,20
133:19 134:12
136:4 138:20
139:3 144:6,24
145:15,16
146:8 147:2
148:15,15
150:24 151:16
152:9 153:15
154:8,17
157:22 158:5
158:21 159:16
160:9 162:21
163:9 166:17
169:24 170:1,9
170:15,16
174:15,18
183:14 186:22
190:13 191:15
191:22 192:2
194:5 200:4,5
202:9 203:8,17
**thinking** 52:22
78:5
**third** 71:21 80:9
85:21
**thirty** 211:13
**thoracic** 108:19
**thought** 60:22
80:22 95:3,11
101:14 174:10
177:9 188:3
201:9
**thousands** 196:2
196:16
**thousandth**
195:22
**three** 4:21 12:12
13:1,4 14:1,1
14:15,15 35:8
85:19 98:18,19
113:4 138:19
160:6
**tight** 72:19
**time** 13:10,23
17:15 35:3,9

37:15 38:8
39:1,4,20,21
41:13 45:19,21
52:21 54:4,10
54:20 60:14
61:20 78:12
86:3 119:12,22
131:7 134:20
136:13 138:16
141:10 167:13
169:16 181:21
188:9 192:14
193:6 198:11
204:3 206:16
206:20
**timeconsuming**
39:20
**times** 32:16
46:11 68:19
73:5 85:2
93:20 96:9
99:1 113:4
125:8
**tiny** 129:24
130:4
**tissue** 29:16,17
29:18 33:7
43:10 49:17
51:23 61:9
66:4 67:19
72:23 81:2
87:7 90:6,13
90:13,14,21,22
91:7 92:8,19
92:22 94:6,16
95:9 97:12
99:15,17,18,20
99:24 100:1,21
100:22 101:3
102:9 103:5
104:10 105:7
105:17,20
106:22 107:13
108:3 109:8
110:9,15,17
113:6 117:10

119:5 121:7
123:7,8 126:9
126:11,13,14
126:15,18,24
127:20 128:2,3
128:8,12,19,21
128:22 129:6
129:19 130:20
143:11 145:5
164:22 173:18
174:4,9,20
175:4,10,12,16
176:3,13,14
182:2,3,19
183:11,23,24
185:3,8 186:4
186:9,12 188:5
189:10 192:4
193:5,13 194:1
194:2,8,20
195:1,2,12,15
195:18,21,23
196:1,9,13,15
197:7,17,24
204:17 206:14
207:4 208:8
**tissues** 29:18,20
56:21 59:2,17
60:13,14 61:17
75:8 86:21
88:23 108:17
119:3 120:10
121:9 143:13
143:19 144:14
144:20 163:17
165:3 178:9
206:17
**titanium** 59:15
59:16 120:7
174:8,19,23
175:2,3,5,6
176:11,12,14
176:17,21
177:7,11 178:3
178:7 208:6,11
**title** 26:24

**titled** 4:19 5:8
5:11,13,16
11:6 69:2
143:2 152:2
154:3
**today** 8:15 25:20
139:17 160:8
168:7
**told** 16:8 44:2
52:9 118:2
202:12
**toner** 144:2,4
**top** 99:16 145:7
**topic** 142:3
181:1
**torturing** 191:14
**total** 37:11,15
44:3 45:19
56:5 118:23
136:9 137:11
139:20 164:9
**totally** 132:10
146:6
**touch** 21:20
**tower** 2:19
**towne** 2:5
**toxic** 178:22
**toxicology**
169:11
**traceable** 59:21
**tracing** 62:14
**tract** 62:12 63:5
**train** 201:9
**trained** 172:21
**training** 172:8
172:11,17
181:2
**transcript**
211:14,15
**transcription**
213:4
**transferred**
19:11,11
102:21
**transferring**
103:12

**translated** 128:5
**transmigrate**
207:22
**transmission**
107:17 111:5
111:19
**transvaginal**
15:4
**travis** 2:20
**treat** 33:3,5
47:24
**treated** 33:9
140:24
**treating** 7:11,12
18:1 43:12,16
43:21 44:10
47:9,15 107:11
107:23 108:1
**treatment** 5:16
154:4
**trees** 16:8
**trends** 159:5
**trial** 86:4 140:10
**tried** 79:20
**true** 31:7,12,18
60:18 128:10
129:7 131:5
157:4 210:10
**truth** 210:8
**try** 7:4 44:21
66:17 93:20
**trying** 39:16
47:7 48:15
53:7 56:24
59:2 79:3
87:14 98:9
101:20 116:22
130:3,6 135:6
137:21 142:2,3
174:22 191:12
191:18 195:10
199:20 200:7
200:10 201:19
202:1
**tube** 51:16 55:7
58:1

Confidential - John J. Godleski, M.D.

Page 244

| | | | | |
|---|---|---|---|---|
| **tubes** 57:12 | **typical** 52:18 | 143:23 | **V** | 167:16 |
| 89:11 | 93:3 116:11 | **unusual** 34:10 | **v** 1:8 | **walk** 88:1 |
| **tumor** 34:10 | **typically** 33:24 | **updated** 115:21 | **vacuum** 104:19 | **walking** 193:16 |
| 52:2 58:14,15 | 34:5 52:19 | 116:5 | 115:4 | **want** 13:1 21:18 |
| 58:16,18,18 | 91:22 108:23 | **upper** 81:13 | **vagina** 58:21 | 22:6 24:3 |
| 92:9,10,14,16 | | 99:23 100:14 | 65:17 | 61:13 80:7,8 |
| 92:17 93:1,7 | **U** | 100:15 152:13 | **vague** 17:24 | 88:1 101:21 |
| 93:12 94:7,9 | **ultimately** 61:19 | 154:18 198:19 | **validity** 134:16 | 104:1 118:6,12 |
| 94:20 95:4,15 | **ultrafine** 177:11 | **uppers** 100:13 | 179:16 180:24 | 118:17,18 |
| 95:16 101:1 | **unaware** 156:17 | **use** 20:6 27:24 | 181:4 | 119:13 124:24 |
| 117:15 133:7,9 | **unclear** 202:14 | 54:6,7 56:23 | **vaporize** 103:23 | 125:10 127:6 |
| 133:12,22,24 | **undergoes** 95:4 | 57:1,7 64:9,11 | **vaporizing** | 131:11 140:21 |
| 134:4,5 135:15 | **understand** 7:19 | 64:11 65:16,16 | 20:10 | 142:10,18 |
| 135:18 143:13 | 8:2,3 11:10 | 66:5,22 67:2 | **variable** 20:6 | 143:9 145:2 |
| 143:14,19,20 | 14:19 40:7 | 69:17 70:1,12 | 105:3,5 106:10 | 158:8 166:22 |
| 144:14,15,19 | 49:24 51:10 | 71:14 75:16 | 111:2 115:24 | 168:4 184:19 |
| 144:20,21 | 54:19 59:3 | 76:4,6 77:9,15 | **variety** 120:20 | 192:6 194:17 |
| 163:23,24 | 60:20 88:2 | 77:17 78:24 | 161:5 | 198:11 |
| 181:16,18 | 102:8 106:18 | 93:7,7 96:4 | **various** 25:6 | **wanted** 23:7 |
| 183:18 184:9 | 107:2 127:6 | 107:17,20 | 85:2 124:22 | 29:8 158:7 |
| 193:7 | 130:2 140:14 | 111:17 113:20 | 156:23 176:22 | 168:5 |
| **tumors** 143:12 | 142:4 147:14 | 114:9 116:11 | 181:20 | **wanting** 63:21 |
| **turn** 96:21 97:5 | 148:1 167:1 | 153:1,23 | **verification** | **wants** 24:19 |
| **turned** 13:3 | 168:3 176:4 | 155:11,14 | 196:6 | 106:13 |
| **turns** 73:7 | 188:10 191:15 | 156:3,8 169:7 | **verify** 194:12,18 | **warn** 151:14 |
| **twice** 32:12 | 198:15 | 171:3 172:20 | **versus** 15:2 16:1 | **warning** 150:7 |
| **two** 12:14 32:16 | **understanding** | 188:4,14,19 | 17:1,6,10 | 150:10 |
| 38:2 56:24 | 38:4 51:12 | 189:2,24 191:7 | 47:18 | **warnings** |
| 57:4 78:10 | 57:1 60:6 | 191:8,18 203:6 | **vessel** 92:24 | 149:11 |
| 83:5 88:7 | 87:20 89:20 | 203:12 207:2,9 | 183:17 | **wash** 114:15 |
| 90:17 96:23 | 148:9 | **uses** 107:20 | **vetted** 54:8,12 | **washed** 113:21 |
| 98:9 99:5 | **understood** | **usually** 37:23,24 | 54:15 | 113:23 |
| 114:21 137:10 | 18:13 30:1,1 | 39:23 63:1 | **vetting** 54:15,17 | **washing** 113:4 |
| 137:16 138:18 | **unheard** 104:15 | 91:6 96:1,21 | **view** 118:19 | **wasnt** 15:20 |
| 138:19 151:1 | **uninterpretable** | 109:20 114:11 | 131:10 157:23 | 22:12 23:23 |
| 154:10 165:9 | 103:3 | 114:13 122:12 | 168:22 | 80:1 104:13,24 |
| 181:12 | **united** 1:1 | 141:17,18 | **visible** 52:7 | 136:2 165:7 |
| **twothirds** 7:9 | **universally** | **uterus** 55:6 | 113:20 | 171:21 177:8 |
| 44:7 | 143:14,20 | 57:12 58:1,8 | **vitae** 4:14 8:24 | **water** 113:5,9 |
| **type** 95:20 119:6 | 144:15,21 | 89:11 | **volume** 126:9 | 114:16 126:2 |
| 130:22 139:15 | **university** 6:18 | **utilize** 107:11 | 128:21 194:20 | **way** 8:19 29:19 |
| 164:21 182:22 | 140:3 | 114:1 | | 57:1 58:3 |
| **types** 121:2 | **unknown** 48:8 | **utilized** 65:21 | **W** | 61:23 63:9 |
| 204:16 | **unpublished** | 115:18 | **w** 2:10 | 65:9 86:15 |
| **typewriting** | 197:19 | **utilizing** 95:21 | **wafer** 129:8 | 96:24 102:17 |
| 210:9 | **unreadable** | | **wait** 120:24 | 102:17,20 |

Confidential - John J. Godleski, M.D.

Page 245

105:6 111:3
120:12 127:21
137:6 188:20
ways 58:23 59:4
weak 70:23 71:8
71:10 124:9,14
wear 60:1
website 5:7,17
27:9,14 41:24
42:8 153:18
154:5,14
155:13,24
156:6,20 157:5
wed 61:22
wednesday 1:16
weekly 141:12
wegeners 15:18
weighing 194:6
weight 82:10,11
82:16,23 83:4
83:11,13,14,16
84:2 125:16
128:19 194:4
199:11,16,17
199:20
welch 32:22
55:18
wellqualified
15:19
wellstudied
58:11
went 171:22
western 5:14
151:18,21
152:4,14
153:10
wet 104:10,14
weve 20:11,13
23:11 24:22
31:4,20,24
35:1 37:19
38:12 42:16
46:19 58:1,13
61:12 66:12,20
66:24 67:5,13
76:15 79:20,22

85:10 86:1,8
88:5 89:17
93:22 103:7
105:19 106:5
111:18 117:22
119:17,19
124:19 129:18
129:24 130:3
132:5 151:16
172:2 191:1,2
196:21 197:13
whats 7:20 29:2
41:8 45:11
52:10,17 82:12
86:20 116:13
130:12 141:23
166:1 167:4
195:12,18
199:9
whereof 210:17
white 94:11
100:6
wife 66:9
william 2:10
window 18:11
wire 108:7,10,12
108:14
wish 167:15
witness 5:19 7:7
36:21 37:10
187:10 210:11
210:17 211:1
wolfgang 62:13
woman 5:9 33:9
69:4
womans 48:21
189:2
women 58:5,7
75:9,20,22,24
76:4,5,11,20
76:23 78:22
womens 5:16
6:16 29:15
33:19,21 34:13
48:4 107:15
111:21 153:16

153:19 154:4
154:14 155:18
156:11,18
wont 93:21
204:7
word 74:24 75:1
words 28:10,14
28:15 113:18
work 12:8 13:9
13:13 26:13
35:15,20,21,22
64:14,15 79:4
85:12 103:4
109:2 117:7
119:23 137:12
137:13,18
138:21,22,22
139:8,12,16
140:8,9,16,22
141:7,20,20
172:13,21
174:5 189:22
working 36:4
39:6 41:23
72:6 109:4
140:6 172:14
189:19 191:22
works 116:23
workup 45:23
world 33:14
worthy 134:23
135:1
wouldnt 13:6
39:1,3 54:14
65:11 113:20
115:13 140:21
156:8 181:2
205:8,12
write 92:6
writing 34:24
56:8
written 155:21
158:19
wrong 26:15
40:8 83:12
145:22 146:6,9

146:10
wrote 60:15
74:17 75:3
77:5 171:5

——— X ———
x 4:12 127:20
xray 72:8,16
89:1

——— Y ———
yardley 155:22
yeah 18:7 35:18
44:5,12 48:12
56:4,12 60:12
63:18 64:18
79:6 84:3 94:3
114:19 115:20
115:23 121:4
122:3 138:11
146:15 160:23
161:3 187:3
200:20 201:5
202:8,11
203:15 209:11
year 14:22 32:12
32:16 116:6
150:12
years 32:15
44:24 65:4
66:10 79:13,15
79:19 103:9
111:13 169:19
171:24 176:23
180:3,15,24
yep 68:13
120:19 161:10
187:23 199:4
yesterday 144:2
youd 20:21 61:8
63:13 78:3
146:2
youll 24:11
61:16,17 62:23
82:18 139:17
youre 13:3 24:4

24:21 27:13
28:2 30:13,20
31:24 32:3,9
33:12,15 34:4
34:16 35:3
40:10 41:7
43:1 45:14
47:8,9 51:12
52:24 54:23
56:2,11 57:2
57:18 64:13
67:17 68:2
69:21 74:6
79:5 83:1,4,11
83:23 87:9,14
87:20 88:15
91:10 97:3,7
97:17 100:11
107:23 116:20
116:22 123:20
128:14,16
130:3,6 131:2
133:4 134:7,13
134:15,24
135:1,7 139:24
144:23 146:1
147:10,11
162:18 163:22
164:1,2 171:10
172:22 174:5
176:5 180:7
181:15,23
182:23 183:7
184:18,19
185:6,9,12
190:16 192:2,5
195:2 196:12
196:14 197:18
200:17 207:1
207:21
youve 7:7 8:1
31:8 32:11
33:9 34:19
36:5,9 37:1
38:17 39:7
41:22,22,24

Confidential - John J. Godleski, M.D.

Page 246

44:2,15,19
47:23 52:9
55:19 63:24
66:22 70:14
80:15 89:3,9
91:18 106:24
110:23 127:7
141:8 145:15
168:1 170:6
175:22 179:10
180:6 186:24
198:10

**Z**
**ziploc** 23:12,17
23:20 112:5,8
112:10,13
**zyse** 111:12
115:23

**0**
**00** 1:17 210:6
**000** 35:19
130:19 141:18
141:19
**04** 82:3
**07** 131:15

**1**
**1** 4:14,18,20,23
8:23 9:3 10:14
11:7 18:21
71:3,9 74:3,9,9
82:3 89:3 92:2
93:24 95:17
99:4,8 132:2
154:9,10
181:12 184:8,8
186:3,3 187:16
200:23 201:3
202:10,10,10
**10** 4:17,18 5:1
20:24 21:3
47:15,17 67:11
67:11 78:14,14
81:24 96:1,9,9
99:1 194:7

200:15 201:7,7
201:7,9,9,14
**100** 56:5 126:15
126:17 130:15
130:16 137:17
**11** 4:20 5:2,19
21:11,23 22:17
81:24 82:19
136:8,14
200:14 201:14
209:23
**110** 2:12
**11to10** 125:16
**12** 4:21 5:4,19
22:5,23 23:4
23:11 73:22
74:3 75:9,10
75:24 76:4
131:15 138:20
**13** 5:5 24:22
25:2,6 166:21
187:22
**14** 4:22 5:7 27:8
**140** 120:1,17
125:19 160:12
160:19 164:8,9
**143** 5:12
**149108** 210:23
**14cv00213rlw**
1:8
**15** 4:18,23,24
5:1,8 10:14
18:21 19:14
20:24 37:21
39:7,14 40:9
47:15,17 68:22
69:2
**1510** 3:4
**152** 5:15
**154** 5:17
**16** 5:11 143:2
**167** 4:5
**17** 5:13 152:2,8
166:21
**18** 4:23 5:16
154:3,12

**19** 4:24
**1971** 142:21
**198** 4:6
**1982** 69:19,21
**1990** 60:10,15
**1997** 158:19
**1999** 70:7
**1to1** 81:24
125:17,18
201:3
**1to100** 130:8

**2**
**2** 4:15 9:15
48:16 81:24
97:18,19,21
99:3,13 114:13
115:19 117:17
118:4 129:4,15
154:9,18
166:21,21
181:12 182:1,5
182:10 184:3
184:20,21
185:1,6,14,23
185:24 200:14
201:7,9,14
208:24 209:3
**20** 4:24 5:1 7:3
19:14 44:4,7
68:16,17
168:22 170:1
194:7 213:16
**200** 96:1
**2007** 31:5,9,13
31:20 68:21
78:17 79:10
**200x** 96:1,8
**2010** 85:13
158:17
**2011** 14:14
17:11 18:10
**2014** 203:5
**2015** 1:16 4:16
4:20 9:24 10:3
11:7 14:14

137:9 202:24
210:6,18
**204** 4:7
**208** 4:8
**209** 4:9
**20x** 95:24,24
96:9
**21** 4:23 5:3
18:21
**22** 5:4 132:2
**23** 137:9
**24** 67:11 165:5
**25** 5:6 66:10
67:6
**25th** 9:7
**27** 5:7 136:10,16
140:24
**271** 143:10,16
144:7
**27th** 1:16 210:5
**29** 5:1 20:24
**2b** 72:14 147:4,5
147:15 148:2
177:14 178:3
**2by2** 128:7

**3**
**3** 4:16,16 9:24
10:1,2,3 71:3,9
80:4,9 86:1
115:19 125:17
125:18 129:23
141:18 154:17
181:9 198:17
209:23
**30** 40:14,20 41:9
41:12 68:16,17
169:19 180:3
180:15 211:13
**300** 24:12,16
136:8,14
**30plus** 180:24
**31** 67:11
**3149639000**
2:14
**32** 19:19 89:8

**33** 11:22 74:3
122:8 200:23
**360** 198:22
**368** 118:23
119:18 124:24
**39** 53:17 160:19
**39157** 2:6
**3micron** 114:13

**4**
**4** 1:8 4:18,18,20
4:24 5:1 10:11
10:12,14 11:7
19:14 20:24
26:5 49:6 51:2
80:24 114:12
117:9,20
128:17 139:4
154:10,18
160:16,24,24
183:9
**40** 49:22 50:6
56:1 160:17,18
**400** 35:5 137:11
138:2,3,6,21
**400x** 98:23
**40x** 98:24
**46** 78:14
**499** 72:8 74:13
**4microns** 129:13

**5**
**5** 4:19 11:3,5
75:9,24 80:14
81:4,8 117:19
123:1,2 141:19
167:7 185:11
185:18,21
**50** 36:11,13,22
37:11,15 40:14
41:18 56:1,2
76:9 78:14
187:15 190:14
**500** 74:22 77:6
78:17
**5123910197** 3:6

Confidential - John J. Godleski, M.D.

| **6** | **90s** 111:11 | | | |
|---|---|---|---|---|
| **6** 4:4,21 12:10 12:11,20 13:3 13:8,23 75:9 76:7,8 130:19 136:6 140:1 160:20 201:7,9 201:17 | | | | |
| **600** 2:20 136:10 136:16 140:24 | | | | |
| **6019521422** 2:7 | | | | |
| **60s** 91:12 | | | | |
| **63119** 2:13 | | | | |
| **665** 1:20 6:13,19 | | | | |
| **681** 2:5 | | | | |
| **69** 5:10 | | | | |
| **7** | | | | |
| **7** 4:22 14:9,13 35:18 81:24 200:15 201:14 201:17,17 | | | | |
| **7132278008** 2:22 | | | | |
| **77002** 2:21 | | | | |
| **78701** 3:5 | | | | |
| **7micron** 114:12 114:14 129:8 | | | | |
| **7microns** 128:17 | | | | |
| **7th** 210:18 | | | | |
| **8** | | | | |
| **8** 4:14,23 18:20 18:24 35:19 82:19 185:11 201:17 | | | | |
| **800** 137:11 139:4 | | | | |
| **816** 3:4 | | | | |
| **8716n** 99:9 | | | | |
| **8716r** 99:8 | | | | |
| **9** | | | | |
| **9** 1:17 4:15,24 19:13,17 73:22 74:3 210:6 | | | | |