# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL No. 3:16-md-02738-MAS-RLS |

## NOTICE OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS REGARDING ALLEGED HEAVY METALS AND FRAGRANCES IN JOHNSON'S BABY POWDER AND SHOWER TO SHOWER

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management, LLC ("Defendants")'s Motion to Exclude Plaintiffs' Experts' Opinions Regarding Alleged Heavy Metals and Fragrances in Johnson's Baby Powder and Shower to Shower before this Court. Defendants will ask for entry of an order that excludes Plaintiffs' experts' opinions regarding alleged heavy metals and fragrances in Johnson's Baby Powder and Shower to Shower.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Brief submitted herewith and the Declaration of Jessica Davidson, Esq., together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: July 23, 2024

Respectfully submitted,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7350
susan.sharko@faegredrinker.com

Allison M. Brown
Jessica Davidson
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212)-735-3000
Allison.brown@skadden.com
Jessica.davidson@skadden.com

*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC*