# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS REGARDING ALLEGED HEAVY METALS AND FRAGRANCES IN JOHNSON'S BABY POWDER AND SHOWER TO SHOWER** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order that excludes Plaintiffs' experts' opinions regarding alleged heavy metal and fragrances in Johnson's Baby Powder and Shower to Shower; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** as follows:

1. Defendants' Motion to Exclude Plaintiffs' Experts' Opinions Regarding Alleged Heavy Metal and Fragrances in Johnson's Baby Powder and Shower to Shower is hereby **GRANTED**; and

2. Plaintiffs' experts' opinions regarding heavy metals and fragrances in Johnson's Baby Powder and Shower to Shower are hereby excluded.

_____
Hon. Michael A. Shipp, U.S.D.J.