# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

### DECLARATION OF JESSICA DAVIDSON IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS REGARDING ALLEGED HEAVY METALS AND FRAGRANCES IN JOHNSON'S BABY POWDER AND SHOWER TO SHOWER

I, Jessica Davidson, declare as follows:

I am an attorney and a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Johnson & Johnson and LLT Management, LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Memorandum of Law in Support of Motion to Exclude Plaintiffs' Experts' Opinions Regarding Alleged Heavy Metals and Fragrances in Johnson's Baby Powder and Shower to Shower.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Report of Mark Krekeler, November 16, 2018, in this case.

2.  Attached hereto as **Exhibit 2** is a true and correct copy of the Report of Robert B. Cook, November 16, 2018, in this case.

3.  Attached hereto as **Exhibit 3** is a true and correct copy of the Report of Judith Zelikoff, November 16, 2018, in this case.

4.  Attached hereto as **Exhibit 4** is a true and correct copy of the Third Amended Report of Laura M. Plunkett, May 28, 2024, in this case.

5.  Attached hereto as **Exhibit 5** is a true and correct copy of the Report of Arch Carson, November 16, 2018, in this case.

6.  Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of the deposition of Mark Krekeler, January 25, 2019, in this case.

7.  Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of the deposition of Robert Cook, January 30, 2019, in this case.

8.  Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of the deposition of Judith Zelikoff, January 21, 2019, in this case.

9.  Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the deposition of Arch Carson, January 19, 2019, in this case.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of the deposition of Laura M. Plunkett, December 19, 2018, in this case.

11. Attached hereto as **Exhibit 11** is a true and correct copy of the Report of Michael M. Crowley, November 12, 2018, in this case.

12. Attached hereto as **Exhibit 12** is a true and correct copy of JNJTALC000891091.

13. Attached hereto as **Exhibit 13** is a true and correct copy of JNJTALC001021615.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the transcript of the deposition of Michael Crowley, Ph.D., January 4, 2019, in this case.

15. Attached hereto as **Exhibit 15** is a true and correct copy of the Third Amended Report of Daniel L. Clarke-Pearson, May 28, 2024, in this case.

16. Attached hereto as **Exhibit 16** is a true and correct copy of the Amended Report of Michele L. Cote, May 28, 2024, in this case.

17. Attached hereto as **Exhibit 17** is a true and correct copy of the Report of Sarah E. Kane, November 15, 2018, in this case.

18. Attached hereto as **Exhibit 18** is a true and correct copy of the Second Amended Report of Shawn Levy, May 28, 2024, in this case.

19. Attached hereto as **Exhibit 19** is a true and correct copy of the Third Amended Report of Anne McTiernan, May 28, 2024, in this case.

20. Attached hereto as **Exhibit 20** is a true and correct copy of the Report of Patricia G. Moorman, November 16, 2018, in this case.

21. Attached hereto as **Exhibit 21** is a true and correct copy of the Amended Report of William Sage, November 15, 2023, in this case.

22. Attached hereto as **Exhibit 22** is a true and correct copy of the Third Amended Report of Jack Siemiatycki, May 27, 2024, in this case.

23. Attached hereto as **Exhibit 23** is a true and correct copy of the Report of Sonal Singh, November 16, 2018, in this case.

24. Attached hereto as **Exhibit 24** is a true and correct copy of the Report of Ellen Blair Smith, November 16, 2018, in this case.

25. Attached hereto as **Exhibit 25** is a true and correct copy of the Third Amended Report of Rebecca Smith-Bindman, May 28, 2024, in this case.

26. Attached hereto as **Exhibit 26** is a true and correct copy of the Third Amended Report of Judith Wolf, May 28, 2024, in this case.

27. Attached hereto as **Exhibit 27** is a true and correct copy of the transcript of the deposition of Judith K. Wolf, January 7, 2019, in this case.

28. Attached hereto as **Exhibit 28** is a true and correct copy of the transcript of the deposition of Anne McTiernan, January 28, 2019, in this case.

29. Attached hereto as **Exhibit 29** is a true and correct copy of the transcript of the deposition of Anne McTiernan, August 19, 2021, in this case.

30. Attached hereto as **Exhibit 30** is a true and correct copy of the transcript of the deposition of Michele L. Cote, March 21, 2024, in this case.

31. Attached hereto as **Exhibit 31** is a true and correct copy of the transcript of the deposition of Ellen Blair Smith, January 9, 2019, in this case.

32. Attached hereto as **Exhibit 32** is a true and correct copy of the transcript of the deposition of William M. Sage, September 23, 2021, in this case.

33. Attached hereto as **Exhibit 33** is a true and correct copy of the transcript of the deposition of Shawn Levy, May 8, 2024, in this case.

34. Attached hereto as **Exhibit 34** is a true and correct copy of the transcript of the deposition of Rebecca Smith-Bindman, February 7, 2019, in this case.

35. Attached hereto as **Exhibit 35** is a true and correct copy of the transcript of the deposition of Jack Siemiatycki, March 27, 2024, in this case.

36. Attached hereto as **Exhibit 36** is a true and correct copy of the transcript of the deposition of Sarah Kane, January 25, 2019, in this case.

37. Attached hereto as **Exhibit 37** is a true and correct copy of the transcript of the deposition of Patricia G. Moorman, January 25, 2019, in this case.

38. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the transcript of the deposition of Judith K. Wolf, September 13, 2021, in this case.

39. Attached hereto as **Exhibit 39** is a true and correct copy of the transcript of the deposition of Sonal Singh, January 16, 2019, in this case.

40. Attached hereto as **Exhibit 40** is a true and correct copy of the transcript of the deposition of Daniel L. Clarke-Pearson, February 4, 2019, in this case.

41. Attached hereto as **Exhibit 41** is a true and correct copy of IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 100C, Arsenic, Metals, Fibres, and Dust (2012).

42. Attached hereto as **Exhibit 42** is a true and correct copy of Straif, *A Review of Human Carcinogens—Part C: Metals, Arsenic, Dusts, and Fibres*, 10 Lancet 453, 453 (2009).

43. Attached hereto as **Exhibit 43** is a true and correct copy of Merletti, *Target Organs for Carcinogenicity of Chemicals and Industrial Exposures in Humans: A Review of Results in the IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans*, 44 Cancer Res. 2244, 2244 (1984).

44. Attached hereto as **Exhibit 44** is a true and correct copy of the transcript of the deposition of Shawn Levy, January 11, 2019, in this case.

45. Attached hereto as **Exhibit 45** is a true and correct copy of the transcript of the deposition of Rebecca Smith-Bindman, February 8, 2019, in this case.

46. Attached hereto as **Exhibit 46** is a true and correct copy of Hsie, *The Use of Chinese Hamster Ovary Cells to Quantify Specific Locus Mutation and to Determine Mutagenicity of Chemicals. A Report of the Gene-Tox Program*, 86(2) Mutat. Res. 193 (1981).

47. Attached hereto as **Exhibit 47** is a true and correct copy of Rhodes, *Carcinogenesis Studies of Benzophenone in Rats and Mice*, 45(5) Food Chem. Toxicol. 843 (2007).

48. Attached hereto as **Exhibit 48** is a true and correct copy of Exhibits 1-3 to Response Email from Richard T. Bernardo to Chris Tisi, October 16, 2018.

49. Attached hereto as **Exhibit 49** is a true and correct copy of the Report of Paul A. Nony, May 28, 2024, in this case.

50. Attached hereto as **Exhibit 50** is a true and correct copy of the Report of Kelly Scribner Tuttle, February 25, 2019, in this case.

51. Attached hereto as **Exhibit 51** is a true and correct copy of the Report of H. Nadia Moore, February 25, 2019, in this case.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2024

*Jessica Davidson*
—————————————
Jessica Davidson