# EXHIBIT 48

**From:** Bernardo, Richard T (NYC)
**To:** 'Chris Tisi'
**Subject:** RE: [Ext] 30(B)(6) Deposition Follow up
**Date:** 10/16/2018 5:32:00 PM
**CC:**
**BCC:**

**Message:**
Here you go. Please confirm receipt.

---

**From:** Chris Tisi [mailto:ctisi@levinlaw.com]
**Sent:** Tuesday, October 16, 2018 3:11 PM
**To:** Bernardo, Richard T (NYC)
**Subject:** Re: [Ext] 30(B)(6) Deposition Follow up

Rich: I cannot open the attachments. Would you kindly resend?

Sent from my iPhone

On Oct 16, 2018, at 1:02 PM, Bernardo, Richard T <Richard.Bernardo@skadden.com> wrote:

> I re-sent. Did you receive?
>
> ---
>
> **From:** Chris Tisi [mailto:ctisi@levinlaw.com]
> **Sent:** Tuesday, October 16, 2018 11:53 AM
> **To:** Bernardo, Richard T (NYC)
> **Subject:** Re: [Ext] 30(B)(6) Deposition Follow up
>
> Thanks Rich.
>
> I have not yet received exhibits 1-3. Have you sent?
>
> Sent from my iPhone
>
> On Oct 16, 2018, at 9:24 AM, Bernardo, Richard T <Richard.Bernardo@skadden.com> wrote:
>
>> HI Chris:
>>
>> Please see the attached by way of supplemental response to your letter to Susan Sharko dated August 30, 2018 and in response to your e-mail. This is also in response to your September 4, 2018 email in which you requested certain files listed on an index you located in the document production (attached). Please note that exhibits 1-3 to this response (which are NOT attached hereto) have been designated as ATTORNEYS EYES ONLY pursuant to the

1

protective order entered in this action. I will send them to you separately.

Regards,

Rich

**From:** Bernardo, Richard T (NYC)
**Sent:** Friday, September 21, 2018 5:34 PM
**To:** 'Chris Tisi'; Sharko, Susan M (Susan.Sharko@dbr.com); Julie L. Tersigni (Julie.Tersigni@dbr.com) (Julie.Tersigni@dbr.com)
**Cc:** Michelle Parfitt; Leigh O'Dell; Christopher Placitella (cplacitella@cprlaw.com); Locke, Thomas T (TLocke@seyfarth.com); Mark Silver (MSilver@coughlinduffy.com); 'Bill Eckhart'; 'rgolomb@golombhonik.com'; Susanne Scovern; Richard.Meadow@lanierlawfirm.com
**Subject:** RE: [Ext] 30(B)(6) Deposition Follow up

Hi Chris:

Please see attached in response to your letter to Susan Sharko dated August 30, 2018.

Regards,

Rich

**From:** Chris Tisi [mailto:ctisi@levinlaw.com]
**Sent:** Thursday, August 30, 2018 1:26 PM
**To:** Sharko, Susan M (Susan.Sharko@dbr.com); Julie L. Tersigni (Julie.Tersigni@dbr.com) (Julie.Tersigni@dbr.com); Bernardo, Richard T (NYC)
**Cc:** Michelle Parfitt; Leigh O'Dell; Christopher Placitella (cplacitella@cprlaw.com); Locke, Thomas T (TLocke@seyfarth.com); Mark Silver (MSilver@coughlinduffy.com)
**Subject:** [Ext] 30(B)(6) Deposition Follow up

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any

2

attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================
==============================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================
====================

**Attachments:**

    Exhibit 1 - ATTORNEYS' EYES ONLY.PDF

    Exhibit 2 - ATTORNEYS' EYES ONLY.PDF

    Exhibit 3 - ATTORNEYS' EYES ONLY.PDF

# EXHIBITS 1-3 – ATTORNEYS' EYES ONLY