# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) |

*THIS DOCUMENT RELATES TO ALL CASES*

## PROPOSED ORDER EXCLUDING THE ASBESTOS TESTING OPINIONS OF DEFENDANTS' EXPERTS MATTHEW S. SANCHEZ, PH.D., ANN G. WYLIE, PH.D., AND SHU-CHUN SU, PH.D.

**THIS MATTER**, having been opened to the Court by Plaintiffs for entry of an order excluding the asbestos testing opinions of Defendants' experts Matthew S. Sanchez, Ph.D., Ann G. Wylie, Ph.D., and Shu-Chun Su, Ph.D., and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this _____ day of _____, 2024

**ORDERED** as follows:

1. Plaintiffs' Motion and Notice of Motion of the Plaintiffs' Steering Committee to Exclude the Asbestos Testing Opinions of Defendants' experts Matthew S. Sanchez, Ph.D., Ann G. Wylie, Ph.D., and Shu-Chun Su, Ph.D., is Granted in its entirety; and

2. Matthew S. Sanchez, Ph.D., Ann G. Wylie, Ph.D., and Shu-Chun Su, Ph.D., experts for Defendants, shall be barred from offering general causation opinions and testifying about general causation.

_____
Hon. Michael A. Shipp