Exhibit 7

Page 1

1                    UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEW JERSEY

3

4                     MDL NO. 16-2738(MAS)(RLS)

5

6        IN RE JOHNSON & JOHNSON TALCUM     )

7        POWDER PRODUCTS MARKETING,         ) DEPOSITION OF:

8        SALES PRACTICES, AND PRODUCTS      ) SHU-CHUN SU

9        LIABILITY LITIGATION,              )

10                                          )

11       _____   )

12

13

14

15

16

17

18                    TRANSCRIPT of the stenographic notes of

19        the proceedings in the above-entitled matter, as

20        taken by and before SANDRA A. ROBERTSON, a Certified

21        Court Reporter and Notary Public of the State of New

22        Jersey, held at THE HELDRICH HOTEL 10 Livingston

23        Avenue, New Brunswick, New Jersey, on July 11, 2024,

24        commencing at 9:13 a.m.

Page 2

```
 1      A P P E A R A N C E S:
 2
 3      DEAN OMAR BRANHAM SHIRLEY, LLP
        BY:  BENJAMIN BRALY, ESQUIRE
 4      302 N. Market Street
        Suite 300
 5      Dallas, Texas 75202
        (214) 722-5990
 6      bbraly@dobslegal.com
        Attorneys for the Plaintiff Kayme Clark
 7
 8
        COHEN PLACITELLA ROTH, PC
 9      BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
        127 Maple Avenue
10      Red Bank, New Jersey 07701
        (888) 219-3599
11      cplacitella@cprlaw.com
        Attorneys for the Plaintiffs
12
13
        KING & SPALDING, LLP
14      BY:  KEVIN HYNES, ESQUIRE
             JOHN EWALD, ESQUIRE
15      1185 Avenue of the Americas
        34th Floor
16      New York, New York 10036
        (212) 556-2100
17      khynes@kslaw.com
        Attorneys for the Defendant Johnson & Johnson
18
19
        McCARTER & ENGLISH, LLP
20      BY:  JOHN C. GARDE, ESQUIRE
        Four Gateway Center
21      100 Mulberry Street
        Newark, New Jersey  07102-4056
22      (973) 622-4444
        jgarde@mccarter.com
23      Attorneys for the Defendant Johnson & Johnson
24
```

```
                                                 Page  3
 1      R E M O T E
 2      A P P E A R A N C E S:
 3

 4      BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
        BY:   P. LEIGH O'DELL, ESQUIRE
 5            MARGARET THOMPSON, ESQUIRE
        218 Commerce Street
 6      Montgomery, Alabama 36104
        (334) 269-2343
 7      leigh.odell@beasleyallen.com
        Co-lead Counsel for the Plaintiffs
 8
 9
        ASHCRAFT & GEREL
10      BY:  MICHELLE A. PARFITT, ESQUIRE
        8280 Willow Oaks Corporate Drive
11      Suite 600
        Fairfax, Virginia 22031
12      703) 931-5500
        mparfitt@ashcraft.com
13      Attorneys for the Plaintiffs
14
        REILLY MCDEVITT & HENRICH, PC
15      BY:  KEVIN KOTCH, ESQUIRE
        3 Executive Campus
16      Suite 310
        Cherry Hill, New Jersey 08002
17      (856) 317-7180
        kkotch@rmh-law.com
18      Attorneys for the Defendant Personal Care
        Products Council
19
20
21
22
23
24
```

Page 4

1                          INDEX

2

3       WITNESS:                                PAGE:

4

5              SHU-CHUN SU, PhD

6           By MR. BRALY                            7

7

8                          * * * * *

9                       EXHIBITS:

10

11   1   Clark Third Amended Notice of Deposition      23

12   2   PSC 2nd Amended Deposition Notice of          23

13       Shu-Chun Su

14   3   Report dated May 21, 2024                     23

15   4   Talc MisidentifiedAs Chrysotile, a Review of  24

16       MSS 71134 and 71376 Talc Analysis of Gold

17       Bond Medicated Powder dated January 30, 2022

18   5   2006 Accreditation Sheet Or Report For        26

19       Material Analytical Services

20   6   Series of Emails                              34

21   7   Pittsburgh Work Plan                          40

22   8   Two Emails                                    42

23   9   Summary of Invoices                           53

24

```
1                    *****

2                  EXHIBITS:

3   10 Collection of Correspondence between Su and

4      Dr. Wylie                                  63

5   11 DRIMMC Asb RI Conversion Tables 34 pages

6      2022                                       67

7   12 Cargille Asb RI Conversion Tables 34 pages  67

8      2022

9   13 The Dispersion Staining Technique and Its   68

10     Application to Measure Refractive Indices of

11     Nonopaque Materials With Emphasis on

12     Asbestos Analysis

13  14 1993 EPA R-93 600 Test Method              70

14  15 Collection of Containers Sent to Su        72

15  16 Optical Mineralogy Six Pages               76

16  17 Optical Mineralogy 12 Pages                79

17  18 Sample CDCS 1.550 with SG-210 Alpha        94

18  19 Sample CDCS 1.550 with SG-210 Gamma        97

19  20 Micrometer 3183377 at Focus 1.550 Talc    103

20     Particle

21  21 Micrometer 318337 CSDS 1.550 Talc Particle 104

22     Gamma

23  22 3183377 With SG210 chrysotile in 1.560 Alpha 109

24  23 3183377 With SG210 Chrysotile in 1.560 Gamma 110
```

Page 6

1                          *****

2                        EXHIBITS:

3     24 Particle 1 M2001 1.250 Gamma                 117

4     25 Particle 2 M2001 1.250 Gamma                 117

5     26 Particle 3 M2001 1.250 Gamma                 117

6     27 Particle 1 M2001 1.550 CSDS Alpha            120

7     28 Particle 3 M2001 1.550 CSDS Alpha            122

8     30 Image 1.55 Glass CSDS 1.550                  157

9     31 William Longo's Report dated October 9, 2023  171

10    32 Section 5 of Report dated October 9, 2023    171

11    33 PLM Analysis of Talc/Chrysotile Bundle       182

12       Intergrowths

13

14                          *****

15

16

17

18

19

20

21

22

23

24

Page 7

1              YING SHI, Mandarin Interpreter,

2      after having been duly sworn to interpret when

3                        requested.

4                      SHU-CHUN SU,

5      after having been duly sworn, testified in English

6                      as follows:

7                      EXAMINATION

8    BY MR. BRALY:

9         Q.    Good morning, Dr. Su.              09:13:43

10        A.    Good morning.                      09:13:44

11        Q.    It's nice to meet you.             09:13:45

12        A.    Nice to meet you too.  Last time we    09:13:48

13   chatted was last May.                         09:13:50

14        Q.    Right.  You know, I've had a chance    09:13:53

15   to read your publications to kind of study your    09:13:55

16   career a little bit, and I know that you've done a    09:13:59

17   lot for the microscopy community and for the science  09:14:04

18   community.  I appreciate your spending the time to    09:14:06

19   be here with us.                              09:14:09

20        A.    Thank you.                         09:14:11

21        Q.    Have you ever given a deposition   09:14:11

22   before?                                       09:14:13

23        A.    Never.                             09:14:13

24        Q.    I have a lot of ground to cover.   09:14:13

SHU-CHUN SU, PhD

Page 8

| | | |
|---|---|---|
| 1 | This might take a while so feel free to ask for | 09:14:18 |
| 2 | breaks. | 09:14:21 |
| 3 | A.    Okay. | 09:14:21 |
| 4 | Q.    Given that English is not your first | 09:14:21 |
| 5 | language -- | 09:14:26 |
| 6 | A.    No. | 09:14:27 |
| 7 | Q.    -- if there is anything challenging | 09:14:28 |
| 8 | about what I am asking, please don't hesitate to | 09:14:30 |
| 9 | utilize the interpreter.  If you don't understand | 09:14:33 |
| 10 | something, please ask me to -- | 09:14:36 |
| 11 | A.    Thanks for understanding. | 09:14:38 |
| 12 | Q.    I can ask terrible questions.  Mr. | 09:14:39 |
| 13 | Hynes knows that. | 09:14:42 |
| 14 | You -- how old are you today? | 09:14:44 |
| 15 | A.    I'm -- I will be 84 the end of the | 09:14:47 |
| 16 | year by November. | 09:14:55 |
| 17 | Q.    You're joking? | 09:14:56 |
| 18 | A.    I was born in 1940, November. | 09:14:57 |
| 19 | Q.    Wow.  You look great. | 09:15:00 |
| 20 | A.    Thank you.  Thank you. | 09:15:03 |
| 21 | MR. PLACITELLA:  84 I ask what you're | 09:15:07 |
| 22 | doing here. | 09:15:09 |
| 23 | Q.    You what born in China, correct? | 09:15:10 |
| 24 | A.    Yes. | 09:15:12 |

SHU-CHUN SU, PhD

Page 9

| | | | |
|---|---|---|---|
| 1 | Q. | Where regionally in China? | 09:15:12 |
| 2 | A. | In the southwest. | 09:15:15 |
| 3 | Q. | Southwest? | 09:15:17 |
| 4 | A. | Southwest. The area called Chonqing. | 09:15:18 |

5    It's a Sichuan province, used to be but later that    09:15:22

6    city was I think changed into the direct city under    09:15:26

7    central government which elevate status to like a    09:15:33

8    province like a state.    09:15:38

9        Q.    Okay.  You went to college in China    09:15:40

10    originally, correct?    09:15:46

11        A.    Yes.    09:15:47

12        Q.    I saw a reference to postgraduate    09:15:48

13    work done at the University of Moscow.  Is that    09:15:54

14    the --    09:15:58

15        A.    No, no.  What I meant here, you see I    09:15:58

16    went to college in 1957, so at that time, China and    09:16:03

17    Russia still in honeymoon, but later they broke from    09:16:11

18    each other.  So at that time, the Peking University    09:16:15

19    which attended was consider the premium university    09:16:21

20    in China.  So the government says since the Moscow    09:16:25

21    University science program, they are six-year    09:16:32

22    instead of a four year, we should follow that.    09:16:38

23    Therefore, my undergrad program it take six years    09:16:43

24    although the degree is only a bachelor.    09:16:47

SHU-CHUN SU, PhD

Page 10

| | | |
|---|---|---|
| 1 | Q.    I understand.  I was asking because | 09:16:50 |
| 2 | the University of Idaho is in Moscow, Idaho. | 09:16:54 |
| 3 | A.    That's right. | 09:17:00 |
| 4 | Q.    So I didn't know if you had ever | 09:17:03 |
| 5 | attended school at Moscow Idaho, which is -- | 09:17:05 |
| 6 | A.    I'm sorry.  I thought Moscow in | 09:17:09 |
| 7 | Russia. | 09:17:13 |
| 8 | Q.    Well, I was looking to clarify that. | 09:17:13 |
| 9 | A.    Okay. | 09:17:17 |
| 10 | Q.    I appreciate it.  All right.  When | 09:17:17 |
| 11 | did you -- when did you come to the United States | 09:17:33 |
| 12 | for the first time? | 09:17:36 |
| 13 | A.    1981. | 09:17:38 |
| 14 | Q.    1981? | 09:17:40 |
| 15 | A.    Summer. | 09:17:41 |
| 16 | Q.    This was after you earned your | 09:17:42 |
| 17 | master's in science in mineralogy at The Institute | 09:17:45 |
| 18 | of Geology Sand Geophysics at the Chinese Academy of | 09:17:49 |
| 19 | Sciences? | 09:17:53 |
| 20 | A.    Yes. | 09:17:53 |
| 21 | Q.    All right.  In 1981, did you -- is | 09:17:54 |
| 22 | that when you started working with Professor Donald | 09:18:00 |
| 23 | Bloss and Paul Ribbe? | 09:18:04 |
| 24 | A.    Yes. | 09:18:05 |

SHU-CHUN SU, PhD

Page 11

1          Q.      Okay.  That was at --                      09:18:06

2          A.      Actually 1981, because it was the           09:18:07

3    sabbatical year of Donald Bloss, so actually he got       09:18:13

4    the chair professor in University of New Mexico in        09:18:19

5    Albuquerque.  So I joined him directly first in          09:18:24

6    Albuquerque during his sabbatical.  Then the next        09:18:30

7    year we move back to Virginia Tech.                       09:18:35

8          Q.      Okay.  You completed your PhD program       09:18:38

9    in geology and mineralogy in 1985?                        09:18:45

10         A.      Actually, it was in '84.  However, I        09:18:49

11   attended the '85 graduation, the commencement, yeah.     09:18:54

12         Q.      You did your postdoctoral research...       09:19:01

13         A.      After my PhD.                               09:19:10

14         Q.      I understand.  Okay.  Tell me about         09:19:11

15   the -- do you have a lab in Delaware?  Am I               09:19:17

16   understanding this correctly?                             09:19:21

17         A.      Now?                                        09:19:23

18         Q.      Yes.                                        09:19:23

19         A.      I have simple equipment, polarized          09:19:25

20   light microscope at home.  Okay.                          09:19:30

21         Q.      Okay.                                       09:19:32

22         A.      But it's not a lab.  You can look at        09:19:33

23   the same slides or things like that.                      09:19:38

24         Q.      Is that in Newark, Delaware or in --        09:19:40

SHU-CHUN SU, PhD

```
                                             Page 12

 1        A.      Bear, Delaware.              09:19:43

 2                (Reporter asks for clarification.)   09:19:43

 3                THE WITNESS:  B-e-a-r, that's next to  09:19:45

 4    Newark.                                  09:19:49

 5        Q.      Okay.  I didn't know there was a   09:19:49

 6    Newark, Delaware, so Bear is completely new to me.  09:19:51

 7        A.      Yes.                         09:19:58

 8        Q.      Do you live in Delaware?     09:19:59

 9        A.      Yes.                         09:20:00

10        Q.      Okay.  This sounds like a trap   09:20:01

11    question or something.  It's not, I promise you.  I   09:20:09

12    am curious.                              09:20:12

13                What is your immigration status?   09:20:12

14        A.      I'm an American citizen.     09:20:14

15        Q.      You are, okay.  When did you get   09:20:16

16    naturalized as an American citizen?      09:20:19

17        A.      I guess after work at Hercules.  I   09:20:21

18    start working for Hercules in 1987, but at that time   09:20:24

19    I was still -- I was at a green card.  However, my   09:20:30

20    job, I have to travel.  Hercules multination   09:20:36

21    company.  We have about six, 70 plus facilities in   09:20:42

22    Europe, so I had to travel to Europe.  The company   09:20:49

23    said we can do the visa for you.  However, it takes   09:20:54

24    time.  However, you already here for so many years,   09:21:01
```

SHU-CHUN SU, PhD

Page 13

| | | |
|---|---|---|
| 1 | you're eligible to be naturalized. Then it makes | 09:21:07 |
| 2 | your travel to work easier. So then, I was | 09:21:13 |
| 3 | naturalized in 1995. In, let me see, eight years | 09:21:17 |
| 4 | after I work for Hercules. | 09:21:26 |
| 5 | Q. Do you -- you have a series of | 09:21:31 |
| 6 | publications going back. I think the earliest one | 09:21:51 |
| 7 | that I have is an article that you wrote or coauthor | 09:21:55 |
| 8 | on with Professor Bloss and Mickey Gunter from 1983 | 09:22:02 |
| 9 | called "Gladstone-Dale Constants; a New Approach." | 09:22:09 |
| 10 | A. Mm-hmm, yes. | 09:22:15 |
| 11 | Q. You're familiar with this article? | 09:22:16 |
| 12 | A. Yeah. | 09:22:17 |
| 13 | Q. I don't need to mark this article. | 09:22:18 |
| 14 | I'm just -- is this the first time that your name | 09:22:21 |
| 15 | appeared as an author in the peer-reviewed | 09:22:24 |
| 16 | literature? | 09:22:26 |
| 17 | A. I think earlier than that, because I | 09:22:27 |
| 18 | listed only articles related to the polarized light | 09:22:31 |
| 19 | microscopy optical property of minerals. However, | 09:22:40 |
| 20 | even when I was in China I published in | 09:22:45 |
| 21 | peer-reviewed articles. | 09:22:49 |
| 22 | Q. Let me come back to you. We need to | 09:22:50 |
| 23 | clarify something for her. | 09:22:52 |
| 24 | (Reporter asks for clarification.) | 09:22:52 |

SHU-CHUN SU, PhD

```
                                                      Page 14

 1                    THE WITNESS:  Light microscopy.    09:22:57

 2          Q.      We did a search for articles that you  09:23:02

 3     had authored.  I think was the earliest one that we  09:23:08

 4     pulled up.                                           09:23:11

 5                    Did you publish articles in China     09:23:12

 6     before coming to the United States?                 09:23:15

 7          A.      That's right.                          09:23:16

 8          Q.      Had you published anything related to  09:23:17

 9     polarized light microscopy in China before coming to  09:23:20

10     the United States?                                  09:23:25

11          A.      Yes, I did.                            09:23:25

12          Q.      You did.  Before I ask you about       09:23:27

13     that, when did you meet Mickey Gunter?              09:23:33

14          A.      1981, when I arrived at Albuquerque.   09:23:37

15     Because he was in Albuquerque as well with Doug     09:23:42

16     Bloss.  That's the first time we met.               09:23:50

17          Q.      In Albuquerque that was part of the    09:23:52

18     graduate program?                                   09:23:56

19          A.      Yes, my PhD program.                   09:23:56

20          Q.      You and Mickey Gunter, I mean, to      09:24:00

21     this day you guys have a professional friendship.   09:24:07

22     You guys have been friends for a long time?         09:24:10

23          A.      Yeah.                                  09:24:13

24          Q.      I have to ask you this:  Stories get   09:24:13
```

SHU-CHUN SU, PhD

Page 15

| | | |
|---|---|---|
| 1 | told and everything.  I have heard that when you | 09:24:20 |
| 2 | guys were in your graduate program that you lived in | 09:24:24 |
| 3 | the same building as each other. | 09:24:28 |
| 4 | A.    That is not true. | 09:24:30 |
| 5 | Q.    That is not true.  Okay. | 09:24:30 |
| 6 | A.    You see Mickey was married. | 09:24:32 |
| 7 | Q.    Yeah. | 09:24:34 |
| 8 | A.    So we lived in different apartment, | 09:24:35 |
| 9 | okay.  And after he come back from Albuquerque, and | 09:24:42 |
| 10 | she [sic] and his wife, they rent a home, but I only | 09:24:50 |
| 11 | rented apartment in apartment complex.  So then we | 09:24:56 |
| 12 | have never been roommate.  I noticed something like | 09:25:02 |
| 13 | Dr. Longo said we were roommate.  No.  We were | 09:25:06 |
| 14 | office mate.  That is inaccurate.  And also school | 09:25:10 |
| 15 | mate.  Okay. | 09:25:14 |
| 16 | Q.    Okay.  Well, we can correct that | 09:25:15 |
| 17 | rumor then. | 09:25:19 |
| 18 | A.    Yeah.  Thanks. | 09:25:21 |
| 19 | Q.    You guys did work together.  You guys | 09:25:22 |
| 20 | did your school work together.  You were friends. | 09:25:24 |
| 21 | A.    That's right. | 09:25:29 |
| 22 | Q.    And you're still friends? | 09:25:29 |
| 23 | A.    Right. | 09:25:32 |
| 24 | Q.    You are -- Dr. Longo has said this. | 09:25:34 |

SHU-CHUN SU, PhD

Page 16

| | | |
|---|---|---|
| 1 | You were there for his testimony -- quite | 09:25:43 |
| 2 | well-respected with the polarized light microscopy. | 09:25:48 |
| 3 | How did you get involved in that specific field? | 09:25:51 |
| 4 | What drew you to it? | 09:25:54 |
| 5 | A.      Polarized light microscopy? | 09:25:56 |
| 6 | Q.      Right. | 09:26:00 |
| 7 | A.      My first job in China after I | 09:26:01 |
| 8 | graduate from the college, I got a job in northwest | 09:26:03 |
| 9 | China, which is a geological survey of Gansu | 09:26:12 |
| 10 | Province.  So the structure in China geology is you | 09:26:16 |
| 11 | have a ministry of geology, then have geological | 09:26:20 |
| 12 | survey in every province.  Now, at that time I was | 09:26:24 |
| 13 | working at central lab of the geological survey of | 09:26:30 |
| 14 | Gansu Province.  The mission of that lab I was in a | 09:26:40 |
| 15 | group called rock and mineral identification.  China | 09:26:43 |
| 16 | at that time, they are still doing the grunt | 09:26:50 |
| 17 | geological work, which is the geological mapping. | 09:26:55 |
| 18 | The Gansu is a very large province. | 09:26:59 |
| 19 | The field geologists, when they do the mapping, they | 09:27:04 |
| 20 | collect samples on a grid, like every kilometer or | 09:27:09 |
| 21 | every 500 meters.  So they put a grid, they collect | 09:27:15 |
| 22 | samples, rocks, minerals.  So they sent us samples | 09:27:22 |
| 23 | to our lab for us to identify.  The polarized light | 09:27:27 |
| 24 | microscope is the instrument. | 09:27:34 |

SHU-CHUN SU, PhD

Page 17

| | | |
|---|---|---|
| 1 | So the rock, we ground the rock. | 09:27:37 |
| 2 | There is a lot for to prepare the samples for us. | 09:27:40 |
| 3 | You grind the rock, cut in small piece, grind that | 09:27:45 |
| 4 | to 30 microns thick in uniform, and then cover with | 09:27:49 |
| 5 | cover glass with glue.  Then you put this on the | 09:27:55 |
| 6 | polarized light microscope.  Then you identify | 09:27:59 |
| 7 | whether it's quartz, it's feldspar, it's muscovite. | 09:28:05 |
| 8 | Anyway, those so-called rock-forming minerals.  Of | 09:28:13 |
| 9 | course, the ultra basic rock is not uncommon now, | 09:28:18 |
| 10 | which contains serpentine and chrysotile -- | 09:28:21 |
| 11 | (Reporter asks for clarification.) | 09:28:21 |
| 12 | THE WITNESS:  It's a mineral name, | 09:28:35 |
| 13 | chrysotile, c-h-r-y-s-o-t-y-l-e. | 09:28:35 |
| 14 | MR. HYNES:  I-l-e. | 09:28:42 |
| 15 | A.    So, therefore, as I said, I start to | 09:28:43 |
| 16 | use the polarized light microscopy to identify | 09:28:46 |
| 17 | rock-forming minerals in 1964.  Actually, I've been | 09:28:53 |
| 18 | doing that in China for maybe more than ten years. | 09:29:05 |
| 19 | Yeah. | 09:29:09 |
| 20 | Q.    What we are going to be discussing | 09:29:13 |
| 21 | today has to do with a process referred to as | 09:29:16 |
| 22 | central stop dispersion staining, which am I correct | 09:29:20 |
| 23 | that this methodology is something that you | 09:29:27 |
| 24 | developed? | 09:29:31 |

SHU-CHUN SU, PhD

Page 18

| | | |
|---|---|---|
| 1 | A.      No.  Central stop dispersion staining | 09:29:32 |
| 2 | was invented by Russia mineralogist in 1930s.  It | 09:29:37 |
| 3 | was I think introduced to China probably 1950s. | 09:29:47 |
| 4 | Okay.  And also to the United States I think Dr. | 09:29:54 |
| 5 | McCrone was the pioneer to introduce that method. | 09:29:59 |
| 6 | Q.      We'll talk about it in more detail | 09:30:06 |
| 7 | later. | 09:30:09 |
| 8 | A.      Okay. | 09:30:10 |
| 9 | Q.      But the -- it's called central stop | 09:30:10 |
| 10 | because there is actually a block that blocks the | 09:30:13 |
| 11 | light that's in the central part of the aperture | 09:30:17 |
| 12 | that allows polarized light to travel around that | 09:30:22 |
| 13 | central block. | 09:30:24 |
| 14 | A.      Actually, I actually brought today an | 09:30:25 |
| 15 | objective central stop, the McCrone. | 09:30:31 |
| 16 | Q.      Great. | 09:30:34 |
| 17 | A.      Yes.  There's a small metal disc that | 09:30:36 |
| 18 | the diameter are usually 2 to 3 millimeter in size, | 09:30:44 |
| 19 | a circle metal disc at a back focal plane of the | 09:30:48 |
| 20 | objective.  Yeah.  That is called central stop. | 09:30:53 |
| 21 | Q.      And the purpose of this is to prevent | 09:30:56 |
| 22 | light from passing directly through -- | 09:30:59 |
| 23 | A.      To block the batching wavelengths. | 09:31:03 |
| 24 | Q.      Okay. | 09:31:07 |

SHU-CHUN SU, PhD

Page 19

1        A.      Between the liquid and the solid.        09:31:08

2        Q.      Cool.  We'll get more technical about    09:31:13

3    that later.                                          09:31:16

4        A.      Okay.                                    09:31:17

5        Q.      There's been something that's been       09:31:18

6    referred to as the "Su Method" of dispersion         09:31:35

7    staining for the identification of chrysotile, maybe 09:31:41

8    not for chrysotile but for asbestos in samples.      09:31:49

9    What is your understanding of what the "Su Method"   09:31:54

10    is and how does this distinguish from normal central 09:31:59

11    stop dispersion staining process?                    09:32:05

12                MR. HYNES:  Form.                        09:32:11

13                You can answer.                          09:32:11

14        A.      The Su Method, actually, that was        09:32:12

15    named by a professor I think in Amherst University,  09:32:15

16    a university in Massachusetts, Stoiber and Morse,    09:32:30

17    Professor Morse.  Because he is a very famous, like, 09:32:32

18    mineralogist.  When he wrote -- his textbook as been 09:32:38

19    widely used in the geology department.  They called  09:32:46

20    it Pumpkin Book because the book is pumpkin color    09:32:51

21    Dr. Green is Green Book.  Professor...               09:33:01

22        Q.      Morse?                                   09:33:04

23        A.      Morse book people call it Pumpkin        09:33:05

24    Book.                                                09:33:08

SHU-CHUN SU, PhD

Page 20

| | | |
|---|---|---|
| 1 | Q.    So you have the Pumpkin Book and you | 09:33:09 |
| 2 | have the Green Book? | 09:33:11 |
| 3 | A.    That's right. | 09:33:11 |
| 4 | Q.    All right. | 09:33:11 |
| 5 | A.    After they come to the states to do | 09:33:13 |
| 6 | PhD with Doc Bloss, Professor... Pumpkin Book | 09:33:15 |
| 7 | author. | 09:33:30 |
| 8 | Q.    Morse? | 09:33:30 |
| 9 | A.    Morse, he was revising his book.  It | 09:33:32 |
| 10 | happened the publisher sent his book for me to | 09:33:39 |
| 11 | review.  Okay.  And when I was reviewing his book, I | 09:33:43 |
| 12 | found there's a part of his textbook, how do you | 09:33:53 |
| 13 | calculate the refract [ph] index from the dispersion | 09:34:00 |
| 14 | staining color.  It's very cumbersome.  It's a lot | 09:34:06 |
| 15 | mathematics.  Actually so I was actually friends | 09:34:11 |
| 16 | with Professor Morse, so we talk about.  I said this | 09:34:18 |
| 17 | shouldn't be that complicated.  Okay. | 09:34:26 |
| 18 | Professor Morse used a calculation | 09:34:32 |
| 19 | and Dr. McCrone used a graphic solution.  You plot | 09:34:37 |
| 20 | the dispersion curve of the liquid, and also you | 09:34:43 |
| 21 | plot its dispersion curve of whether it's chrysotile | 09:34:50 |
| 22 | or amosite, whatever.  You plot this curve.  You | 09:34:55 |
| 23 | find the intersection where it's so-called matching | 09:35:01 |
| 24 | wavelengths.  Then you graphically solve the refract | 09:35:04 |

SHU-CHUN SU, PhD

Page 21

| | | |
|---|---|---|
| 1 | index for the 589 nanometer wavelengths because that | 09:35:11 |
| 2 | is the standard wavelengths used to describe | 09:35:17 |
| 3 | material refract index. | 09:35:23 |
| 4 | MR. PLACITELLA:  Would it make sense | 09:35:39 |
| 5 | for the two of you to switch? | 09:35:41 |
| 6 | A.     Actually, now, that's why I develop | 09:35:53 |
| 7 | the so-called equation a simple equation to go from | 09:36:00 |
| 8 | the dispersion coefficient of the liquid which is | 09:36:07 |
| 9 | listed on the bottle of the liquid. | 09:36:14 |
| 10 | Q.     Right. | 09:36:17 |
| 11 | A.     And also the dispersion of the | 09:36:19 |
| 12 | mineral you have those data in a textbook, in a | 09:36:21 |
| 13 | mineralogy book.  I used that to the parameter.  I | 09:36:26 |
| 14 | found an analytical relationship between them and | 09:36:31 |
| 15 | the wavelength.  So that would make the derivation | 09:36:36 |
| 16 | of refract index from the dispersion staining color | 09:36:45 |
| 17 | a lot easier -- | 09:36:50 |
| 18 | Q.     And then -- I'm sorry. | 09:36:52 |
| 19 | A.     Then Professor Morse, he revised that | 09:36:54 |
| 20 | chapter of his book and he used my material.  He is | 09:37:00 |
| 21 | the first man call it Su Method.  So Su Method is | 09:37:08 |
| 22 | not just for the asbestos identification; it is for | 09:37:13 |
| 23 | deriving the numerical value of refract index, from | 09:37:18 |
| 24 | the dispersion staining color. | 09:37:23 |

SHU-CHUN SU, PhD

Page 22

```
 1          Q.      Okay.  And the steps involved in this    09:37:27

 2     involve the interaction between wavelength and         09:37:31

 3     refractive index values based on the temperature of    09:37:36

 4     what's being sampled at that time?                     09:37:40

 5          A.      Yeah.  The temperature, actually the      09:37:42

 6     reason the temperature is considered because the       09:37:45

 7     liquid is sensitive -- its refract index is            09:37:50

 8     sensitive to the temperature.  Therefore, the effect   09:38:05

 9     is on the fourth decimal place, about usually around   09:38:11

10     .0005.  So each fluctuates of 2 centigrade degree      09:38:17

11     will change one unit in the third decimal place.       09:38:24

12     Then it matters.                                       09:38:29

13          Q.      Okay.  Okay.  We will have plenty of      09:38:31

14     time to talk about that more.                          09:38:42

15          A.      Okay.                                     09:38:44

16          Q.      I want to I suppose go through some       09:38:44

17     of the legals, legal part of this.                     09:38:48

18               You are here because of -- that             09:38:54

19     didn't work the way I wanted it to.  You're here       09:39:00

20     because of a lawsuit filed here in New Jersey called   09:39:11

21     Kayme Clark and also because of the ongoing            09:39:19

22     litigation in what's referred to as the                09:39:23

23     multidistrict litigation related to the ovarian        09:39:25

24     cancer cases.  Do you understand that?                 09:39:31
```

SHU-CHUN SU, PhD

Page 23

1          A.      Yes.                                    09:39:33

2          Q.      Okay.  There are a couple of exhibits   09:39:34

3    that I'm going to start building out for this         09:39:37

4    deposition.  The first two exhibits; Exhibit 1, is    09:39:40

5    just the notice of deposition for the Kayme Clark     09:39:43

6    case.                                                 09:39:49

7          (Exhibit 1 Clark Third Amended Notice of        09:39:51

8    Deposition marked for identification.)                09:39:53

9          Q.      Exhibit 2 is going to be the notice     09:39:53

10   of deposition for the MDL, both for today.  I don't   09:40:07

11   really have I don't think any questions about those   09:40:12

12   documents specifically.                               09:40:15

13         (Exhibit 2 PSC 2nd Amended Deposition Notice    09:40:15

14   of Shu-Chun Su marked for identification.)            09:40:21

15         Q.      Exhibit 3 is the report that you        09:40:21

16   issued dated May 21st of 2024.  I believe that's the  09:40:23

17   document that's directly in front of you.             09:40:28

18         A.      Yep.                                    09:40:30

19         Q.      Great.  I'm sure you have gathered we   09:40:30

20   will be talking about this document.                  09:40:33

21         A.      Okay.                                   09:40:34

22         (Exhibit 3 Report dated May 21, 2024 marked     09:40:34

23   for identification.)                                  09:40:38

24         Q.      Exhibit 4 is going to be a report       09:40:38

SHU-CHUN SU, PhD

Page 24

1    that you authored in 2022 titled "Talc Misidentified    09:40:40

2    As Chrysotile, a Review of MSS 71134 and 71376 Talc    09:40:47

3    Analysis of Gold Bond Medicated Powder dated    09:40:57

4    January 30, 2022."    09:41:03

5            (Exhibit 4 Talc Misidentified As Chrysotile,    09:40:46

6    a Review of MSS 71134 and 71376 Talc Analysis of    09:40:48

7    Gold Bond Medicated Powder dated January 30, 2022    09:40:58

8    marked for identification.)    09:41:05

9            You're familiar with this --    09:41:05

10        A.    Yes.    09:41:06

11        Q.    -- publication too?    09:41:07

12        A.    Yes.  It's not publication.  It's    09:41:08

13    just a review.    09:41:10

14        Q.    Thank you.  That's correct.  I did    09:41:11

15    misspeak on that.    09:41:16

16            That publication I believe was the    09:41:16

17    first time that you had signed your name to any    09:41:19

18    report involving a litigation-type matter; is that    09:41:24

19    right?    09:41:24

20        A.    I think so.  But at that time I    09:41:31

21    didn't even understand the nature of the report    09:41:32

22    before me.  It's just a report about analysis of the    09:41:46

23    asbestos.    09:41:52

24        Q.    Right.  Before this report,    09:41:53

SHU-CHUN SU, PhD

Page 25

| | | |
|---|---|---|
| 1 | Exhibit 4, which is from 2022, you did have prior | 09:42:01 |
| 2 | involvement with MAS and Dr. Longo's laboratory in | 09:42:10 |
| 3 | Georgia, right? | 09:42:14 |
| 4 | A.     Yes. | 09:42:15 |
| 5 | Q.     You served as an NVLAP or NVLAP | 09:42:15 |
| 6 | auditor, correct? | 09:42:26 |
| 7 | A.     Yes. | 09:42:27 |
| 8 | Q.     Did you know Dr. Longo personally | 09:42:28 |
| 9 | before this report? | 09:42:33 |
| 10 | A.     You see, I did the on-site assessment | 09:42:37 |
| 11 | of an MAS in 2015.  That's the first time I met Dr. | 09:42:42 |
| 12 | Longo.  Because after the assessment, I think we | 09:42:51 |
| 13 | talked briefly before I left.  That's only time we | 09:42:56 |
| 14 | talked before the -- before this, this review. | 09:43:04 |
| 15 | Q.     Before you saw him in the courthouse | 09:43:09 |
| 16 | in May? | 09:43:11 |
| 17 | A.     That's right. | 09:43:12 |
| 18 | Q.     Do you recall being at MAS before | 09:43:13 |
| 19 | 2015? | 09:43:23 |
| 20 | A.     The name? | 09:43:24 |
| 21 | Q.     The lab, MAS. | 09:43:25 |
| 22 | A.     Yeah, yeah, yeah. | 09:43:27 |
| 23 | Q.     You didn't meet Dr. Longo until 2015? | 09:43:28 |
| 24 | A.     That's right, until I visit the lab. | 09:43:32 |

SHU-CHUN SU, PhD

                                                    Page 26

1    But I heard about that lab, 'cause, as you know, the      09:43:35

2    NVLAP, I am one of the technical expert for NVLAP.        09:43:40

3    So we now probably pretty much the laboratory in the      09:43:45

4    United States, so MAS is one of them.                     09:43:49

5         Q.    You may not -- you may just not                09:43:55

6    recall this.  We can mark this as Exhibit 5.  I am        09:43:58

7    going to do all my exhibits electronically.  We           09:44:01

8    don't need to sticker this.  I will provide the           09:44:04

9    documents electronically.                                 09:44:08

10        (Exhibit 5 2006 Accreditation Sheet Or               09:44:10

11   Report For Material Analytical Services marked for        09:46:14

12   identification.)                                          09:44:49

13        Q.    I just need to mark this.  I don't             09:44:49

14   have any detailed questions about this document           09:45:10

15   right now other than, were you aware or did you           09:45:13

16   just -- I mean, I know it's been a long time, but         09:45:24

17   did you just not recall being present at MAS as far       09:45:27

18   back as December of 2006?                                 09:45:32

19        A.    I forgot.                                      09:45:35

20        Q.    No problem.  I may ask you about that          09:45:36

21   later.  I may later.                                      09:45:45

22             MR. BRALY:  Exhibit 5 is a 2006                 09:46:06

23   accreditation sheet or report for material                09:46:10

24   analytical services.  That's what it is.                  09:46:16

SHU-CHUN SU, PhD

                                                    Page 27

1          Q.      Dr. Su, just one additional question,    09:46:42

2    if your name appears as the assessor's name at         09:46:45

3    the -- in that document, does that mean that you       09:46:49

4    personally did the assessment of the lab?             09:46:51

5          A.      Yes, I did.                               09:46:54

6          Q.      Okay.  You can set that aside.  We       09:46:55

7    may come back to that.                                 09:46:58

8          A.      Okay.                                     09:47:00

9          Q.      The report that is Exhibit 4, it says    09:47:01

10   at the very beginning of this -- you see it on the     09:47:12

11   screen here that Dr. Gunter had asked you to do --     09:47:15

12   conduct the analysis of the materials, correct?       09:47:21

13         A.      Mm-hmm, yes.                              09:47:24

14         Q.      Did Dr. Gunter, was he the first         09:47:27

15   person to bring to your attention that Dr. Longo was   09:47:30

16   using polarized light dispersion staining to          09:47:35

17   identify chrysotile and talc samples?                 09:47:40

18         A.      No.  Because at the lab when I do the    09:47:45

19   assessment, I will check the -- there are two         09:47:48

20   program, PLM and TM.  So the PLM is dispersion         09:47:53

21   staining.                                              09:48:00

22         Q.      Was Dr. Gunter -- did Dr. Gunter         09:48:01

23   bring to your attention that Dr. Longo was finding    09:48:06

24   chrysotile in cosmetic talc samples by PLM?           09:48:12

Page 28

| | | |
|---|---|---|
| 1 | A.      That document says that, but at that | 09:48:21 |
| 2 | time I was not aware of the litigation, you see. | 09:48:26 |
| 3 | Q.      Right.  That's kind of what I was | 09:48:31 |
| 4 | getting at.  Dr. Gunter was the person who brought | 09:48:34 |
| 5 | this issue to your attention, right? | 09:48:37 |
| 6 | A.      Correct. | 09:48:40 |
| 7 | Q.      You and Dr. Gunter -- there was a | 09:48:40 |
| 8 | criticism about this report, Exhibit 4, that you may | 09:48:50 |
| 9 | not have written Exhibit 4, this report.  You're | 09:48:56 |
| 10 | familiar with that criticism, correct? | 09:49:01 |
| 11 | A.      Which criticism? | 09:49:03 |
| 12 | Q.      The criticism that you did not | 09:49:05 |
| 13 | actually write this report.  You're aware of that | 09:49:06 |
| 14 | criticism? | 09:49:10 |
| 15 | A.      Yes. | 09:49:10 |
| 16 | Q.      And you and Dr. Gunter got together | 09:49:11 |
| 17 | and shot a short video where you said that, no, I | 09:49:14 |
| 18 | did, in fact, this is my report? | 09:49:18 |
| 19 | A.      Yeah. | 09:49:20 |
| 20 | Q.      Did Dr. Gunter write this report and | 09:49:20 |
| 21 | then ask you to review it for whether or not it was | 09:49:27 |
| 22 | in conformance with your opinions? | 09:49:31 |
| 23 | A.      No, not at all.  Not at all. | 09:49:33 |
| 24 | Q.      This report from 2022 is your | 09:49:36 |

SHU-CHUN SU, PhD

Page 29

| | | | |
|---|---|---|---|
| 1 | authorship.  You typed this out? | | 09:49:40 |
| 2 | A. | Yeah. | 09:49:43 |
| 3 | Q. | Okay. | 09:49:43 |
| 4 | A. | Yes. | 09:49:45 |
| 5 | Q. | For Exhibit 3 -- in Exhibit 3 is your | 09:49:46 |
| 6 | report in this case.  It's the one that you have in | | 09:49:56 |
| 7 | front of you. | | 09:49:58 |
| 8 | A. | Mm-hmm. | 09:50:00 |
| 9 | Q. | There is a PowerPoint section.  It's | 09:50:00 |
| 10 | Appendix C. | | 09:50:03 |
| 11 | A. | Yes. | 09:50:05 |
| 12 | Q. | Who created that PowerPoint? | 09:50:06 |
| 13 | A. | Myself entirely. | 09:50:08 |
| 14 | Q. | Entirely? | 09:50:10 |
| 15 | A. | Yeah. | 09:50:11 |
| 16 | Q. | Okay. | 09:50:11 |
| 17 | A. | It takes lot of time and effort. | 09:50:12 |
| 18 | Q. | Oh, I know it does.  My dad is 83. | 09:50:14 |
| 19 | He can barely turn on a computer.  I'm impressed. | | 09:50:18 |
| 20 | MR. PLACITELLA:  My dad is 98 and he | | 09:50:22 |
| 21 | is very good in turning on a computer. | | 09:50:24 |
| 22 | MR. BRALY:  You should take some tips | | 09:50:28 |
| 23 | from him. | | 09:50:30 |
| 24 | BY MR. BRALY: | | 09:50:32 |

SHU-CHUN SU, PhD

Page 30

| | | |
|---|---|---|
| 1 | Q. Okay. So the Exhibit C, the | 09:50:33 |
| 2 | PowerPoint that you developed that you put that | 09:50:37 |
| 3 | together yourself? | 09:50:40 |
| 4 | A. Yes. | 09:50:40 |
| 5 | Q. Okay. Did Dr. Gunter have any input | 09:50:43 |
| 6 | or any involvement with the development of the | 09:51:05 |
| 7 | report that's in front of you now, which is | 09:51:09 |
| 8 | Exhibit 3? | 09:51:12 |
| 9 | A. Not at all. I did not talk with him | 09:51:12 |
| 10 | during this period. I never told him, like, I'm | 09:51:19 |
| 11 | working on something. Okay. | 09:51:26 |
| 12 | Q. When you say during this period, do | 09:51:28 |
| 13 | you mean during the period that you created the | 09:51:30 |
| 14 | Exhibit 3 PowerPoint? | 09:51:34 |
| 15 | A. Yes. | 09:51:35 |
| 16 | Q. Yes, okay. When was the last time | 09:51:36 |
| 17 | that you talked with Dr. Gunter? | 09:51:39 |
| 18 | A. That should be maybe months or more | 09:51:47 |
| 19 | ago. Yes, that would be the last time we talked. | 09:51:55 |
| 20 | Q. Are you saying months ago? | 09:52:02 |
| 21 | A. Months or more ago. | 09:52:03 |
| 22 | Q. Months or more, okay. You are | 09:52:05 |
| 23 | acquainted with Dr. Matt Sanchez and Dr. Bryan | 09:52:08 |
| 24 | Bandli? | 09:52:19 |

SHU-CHUN SU, PhD

Page 31

1          A.     Yes.                                    09:52:19

2          Q.     When did you first meet Dr. Sanchez     09:52:20

3    or Dr. Bandli?                                       09:52:24

4          A.     I believe it was in two thousand -- I   09:52:26

5    forget the year.  The first time we met, Sanchez, it 09:52:37

6    was last symposium of The Geological Society of      09:52:42

7    America annual meeting.  They have a special         09:52:50

8    symposium on Dr. Bloss, the contribution.  So I      09:53:00

9    remember of course Dr. Gunter was there and Matt     09:53:10

10   Sanchez was there.                                   09:53:18

11         Q.     Did Dr. Gunter introduce you to Matt    09:53:19

12   Sanchez?                                             09:53:23

13         A.     Yes.                                    09:53:23

14         Q.     Are you aware of the relationship       09:53:24

15   between Dr. Gunter and Matt Sanchez and Bryan        09:53:26

16   Bandli?                                              09:53:31

17         A.     That's right, I am fully aware.         09:53:35

18   Actually, I met Dr. Bryan in Chicago because McCrone 09:53:38

19   Research Institute host a course about spindle       09:53:47

20   stage.  So I was one of the instructors.  Dr. Gunter 09:54:03

21   also brought, brought Dr. Bryan.  I believe he was   09:54:08

22   doing his PhD with him at that period.  So he came   09:54:14

23   also to Chicago.  That's the first time I met Bryan. 09:54:19

24         Q.     And Dr. Bryan is Bryan Bandli?          09:54:24

SHU-CHUN SU, PhD

Page 32

| | | |
|---|---|---|
| 1 | A.      Yeah. | 09:54:29 |
| 2 | Q.      Perfect.  The Bloss symposium where | 09:54:30 |
| 3 | Dr. Gunter introduced you to Matt Sanchez, when was | 09:54:34 |
| 4 | that? | 09:54:37 |
| 5 | A.      2012 or -- I don't remember exact | 09:54:42 |
| 6 | year. | 09:54:49 |
| 7 | Q.      When did you first come to know that | 09:54:52 |
| 8 | Matt Sanchez serves as an expert witness for Johnson | 09:54:56 |
| 9 | & Johnson in litigation-related matters? | 09:55:03 |
| 10 | A.      I think until this year I start get | 09:55:07 |
| 11 | involved.  I didn't know that before. | 09:55:14 |
| 12 | Q.      Okay.  Did you know if Matt Sanchez | 09:55:17 |
| 13 | was involved with expert consulting or testifying | 09:55:20 |
| 14 | work for anybody before this year, 2024? | 09:55:25 |
| 15 | A.      I wasn't aware. | 09:55:29 |
| 16 | Q.      When you met Bryan Bandli in Chicago, | 09:55:32 |
| 17 | did Dr. Gunter introduce you to him as well? | 09:55:47 |
| 18 | A.      Yes. | 09:55:51 |
| 19 | Q.      Okay.  When did that occur?  What | 09:55:51 |
| 20 | year? | 09:55:57 |
| 21 | A.      Let me see my... I should be able to | 09:55:58 |
| 22 | find out from -- because I listed that on a training | 09:56:02 |
| 23 | course I conducted.  Let me see my... 1986 -- no. | 09:56:10 |
| 24 | That's Virginia Tech.  That is not Chicago.  Let me | 09:56:29 |

SHU-CHUN SU, PhD

Page 33

1    see.                                                    09:56:34

2         Q.      Can I make a suggestion?  At page --      09:57:31

3    it's the 14th overall page but page two of your         09:57:36

4    references, there is an entry here -- if you look at    09:57:39

5    the screen -- for 2004 where it's Dr. Gunter, Bryan     09:57:43

6    Bandli, Dr. Bloss talking about how to build a          09:57:48

7    spindle stage.  This looks just inferentially kind      09:57:52

8    of like what you're talking about, sort of.             09:57:58

9         A.      This paper resulted from that McCrone      09:58:05

10   course.                                                 09:58:10

11        Q.      Perfect.  You first met Bryan Bandli       09:58:10

12   sometime --                                             09:58:14

13        A.      Before --                                  09:58:15

14        Q.      -- before 2004?                            09:58:16

15        A.      Yeah.                                      09:58:20

16        Q.      Is that fair?                              09:58:21

17             MR. HYNES:  For clarification go to           09:58:22

18   page four, it's the second entry on page four.          09:58:23

19             THE WITNESS:  Yeah, that was the              09:58:34

20   short course.                                           09:58:36

21        Q.      Okay.  2003?                               09:58:37

22        A.      Yeah.                                      09:58:40

23        Q.      Okay.  Are you aware that Matt             09:58:41

24   Sanchez and Bryan Bandli had both been students of      09:58:46

SHU-CHUN SU, PhD

Page 34

1      Mickey Gunter?                                          09:58:52

2             A.      Yes.                                     09:58:53

3             Q.      Yes.  Had you maintained a working       09:58:53

4      relationship with either Matt Sanchez or Bryan          09:59:00

5      Bandli after meeting them, meaning did you              09:59:05

6      correspond with them or did you work collaboratively    09:59:09

7      on papers?                                              09:59:13

8             A.      No.                                      09:59:14

9             Q.      After -- so you provided to me, and      09:59:14

10     to Mr. Placitella, information including                09:59:47

11     correspondence between yourself and Matt Sanchez,       09:59:53

12     and between yourself and Ann Wylie?                     09:59:57

13            A.      Yes.                                      10:00:00

14            Q.      Yes?                                      10:00:02

15            A.      What's on the screen right now is a      10:00:03

16     collection of seven pages.  I am going to go through    10:00:05

17     some of these.  They are in chronological order.        10:00:08

18                    The first one is -- by the way, this     10:00:11

19     is Exhibit 6.                                           10:00:14

20         (Exhibit 6 Series of Emails marked for             10:00:15

21     identification.)                                        10:00:16

22                    Q.      The first one is dated May 23, 2024,   10:00:16

23     at very early in the morning.  What were you doing      10:00:22

24     at 3:37 a.m.?                                           10:00:24

SHU-CHUN SU, PhD

                                                              Page 35

 1          A.      I woke up probably early.              10:00:27

 2                  MR. HYNES:  Clarifying I think         10:00:31

 3      timestamp on these emails is Chinese --            10:00:34

 4                  THE WITNESS:  I was in the States       10:00:39

 5      last May.  No, no.  That's right.  The May 23rd, I  10:00:40

 6      was in China.                                       10:00:45

 7          Q.      Okay.                                   10:00:47

 8          A.      Now I recall.  I came back on the      10:00:48

 9      27th.                                               10:00:52

10                  MR. PLACITELLA:  You're not as crazy   10:00:53

11      as I am.                                            10:00:55

12          Q.      Regardless, the question that you      10:00:57

13      were asking Dr. Sanchez was whether or not he could 10:01:02

14      send a gram or less of the two Calidria chrysotiles 10:01:06

15      to me at your office in Bear, Delaware.  Do you see 10:01:11

16      that?                                               10:01:16

17          A.      Yes.                                    10:01:16

18          Q.      [Reading] It would be great if they    10:01:16

19      can be delivered no later than 5/27.                10:01:20

20          A.      That's the date I came back from       10:01:23

21      China.                                              10:01:26

22          Q.      All right.  And then you're aware      10:01:27

23      that Dr. Longo's first day of hearing in the Clark  10:01:32

24      case relative to his PLM procedure began on         10:01:40

Page 36

```
 1    May 30th?                                          10:01:44

 2          A.      Yes.                                 10:01:47

 3          Q.      You were present for that?           10:01:48

 4          A.      Yes.                                 10:01:49

 5          Q.      Right.  So prior to the hearing on   10:01:49

 6    May 30th, you had not conducted any analysis on    10:01:55

 7    Calidria or samples identify as Calidria yourself, 10:02:00

 8    correct?                                           10:02:05

 9          A.      No.                                  10:02:05

10          Q.      Do you know where Matt Sanchez        10:02:06

11    acquired this Calidria material that he had?       10:02:11

12          A.      I believe it was from Mickey Gunter, 10:02:17

13    Dr. Gunter.                                        10:02:22

14          Q.      Did you ever review Dr. Gunter's PLM 10:02:24

15    analysis of Calidria?                              10:02:28

16          A.      No.                                  10:02:31

17          Q.      Are you aware that Dr. Gunter did an 10:02:33

18    analysis of Calidria?                              10:02:36

19          A.      Yeah, I'm aware, but I want -- I am  10:02:39

20    not interested in other people's analysis.  I want 10:02:42

21    to see myself.  Okay.                              10:02:45

22          Q.      Right.  Okay.  Are you aware that Dr.10:02:48

23    Gunter testified that his analysis of Calidria     10:02:59

24    produced central stop dispersion staining colors   10:03:03
```

SHU-CHUN SU, PhD

                                                    Page 37

 1      similar to Dr. Longo's analysis of Calidria?        10:03:07

 2                  MR. HYNES:   Objection.   Assumes        10:03:12

 3      facts, misstates testimony.                         10:03:14

 4           A.     I wasn't aware of any testimony in       10:03:14

 5      May.                                                 10:03:17

 6           Q.     The next message in Exhibit 6 is from    10:03:23

 7      May 23rd -- I said these were chronological.  They   10:03:28

 8      are -- is from May 23rd.  There is a response from   10:03:31

 9      Matt Sanchez that is not included here.  It says,    10:03:35

10      quote, text hidden.  Do you see that?               10:03:39

11           A.     Okay.                                    10:03:41

12           Q.     Do you know what Dr. Sanchez wrote       10:03:43

13      back to you?                                         10:03:46

14           A.     Oh, yes.  He said I will, I will make    10:03:47

15      sure it arrived before May 27th.  So I said thank    10:03:50

16      you.  Okay.                                          10:03:55

17           Q.     Okay.  The next correspondence that      10:03:56

18      was produced to me is from June 11, 2024, at 10:51   10:04:01

19      a.m.                                                 10:04:08

20           A.     Mm-hmm.                                  10:04:08

21           Q.     This is from Dr. Sanchez to you          10:04:09

22      discussing a call that is happening that day.        10:04:13

23           A.     Yeah.                                    10:04:17

24           Q.     Okay.  And Bryan in this context is      10:04:17

SHU-CHUN SU, PhD

Page 38

| | | |
|---|---|---|
| 1 | Bryan Bandli? | 10:04:21 |
| 2 | A.    Yes. | 10:04:22 |
| 3 | Q.    This occurred after Dr. Longo had | 10:04:26 |
| 4 | completed his testimony about his PLM analysis -- | 10:04:30 |
| 5 | A.    Yes. | 10:04:30 |
| 6 | Q.    -- in the court case with Judge | 10:04:35 |
| 7 | Viscomi? | 10:04:38 |
| 8 | MR. HYNES:  Wait for him to finish | 10:04:42 |
| 9 | the question.  Hang on.  Give him a second to make | 10:04:43 |
| 10 | sure the question is through and then respond.  Not | 10:04:46 |
| 11 | in the middle of the question.  It's okay. | 10:04:48 |
| 12 | THE WITNESS:  Okay. | 10:04:50 |
| 13 | MR. BRALY:  People can do this for | 10:04:51 |
| 14 | years and get that wrong.  It's -- this is | 10:04:52 |
| 15 | conversational, but it's not a conversation, if that | 10:04:56 |
| 16 | makes sense. | 10:05:00 |
| 17 | MR. HYNES:  She can't take down two | 10:05:01 |
| 18 | people speaking at once. | 10:05:03 |
| 19 | BY MR. BRALY: | 10:05:06 |
| 20 | Q.    The next correspondence that we have | 10:05:06 |
| 21 | from Exhibit 6 is the same date, couple minutes | 10:05:09 |
| 22 | later where you just respond and say yeah, 12 is | 10:05:12 |
| 23 | fine, right? | 10:05:16 |
| 24 | A.    Correct. | 10:05:17 |

SHU-CHUN SU, PhD

Page 39

| | | |
|---|---|---|
| 1 | Q.        Apparently at 12 you guys had a | 10:05:19 |
| 2 | meeting and then at 1:46 p.m. you said please see | 10:05:23 |
| 3 | the attachment. | 10:05:30 |
| 4 | A.      Yes. | 10:05:30 |
| 5 | Q.      What was attached is a file dated | 10:05:30 |
| 6 | June 7, 2024, called the Pittsburgh Work Plan.  Do | 10:05:36 |
| 7 | you see that? | 10:05:40 |
| 8 | A.      Yes. | 10:05:40 |
| 9 | Q.      Okay.  This is the next page.  It's | 10:05:40 |
| 10 | not something I need to ask you about. | 10:05:49 |
| 11 | Then the last email that I have is | 10:05:53 |
| 12 | from June 12, 12:47 p.m. that says [Reading] I have | 10:05:56 |
| 13 | the link now.  No resend is necessary. | 10:06:01 |
| 14 | Do you see that? | 10:06:05 |
| 15 | A.      Yes. | 10:06:05 |
| 16 | Q.      Is that the last correspondence that | 10:06:05 |
| 17 | you had in writing with either Matt Sanchez or Bryan | 10:06:08 |
| 18 | Bandli? | 10:06:12 |
| 19 | A.      I believe so. | 10:06:13 |
| 20 | Q.      Okay.  The remainder of the | 10:06:14 |
| 21 | conversations or communications between you and Mr. | 10:06:18 |
| 22 | Sanchez and Mr. Bandli have been by phone or by | 10:06:22 |
| 23 | video, correct? | 10:06:26 |
| 24 | A.      You see, I went to RJ Lee in | 10:06:28 |

SHU-CHUN SU, PhD

Page 40

1    Pittsburgh on the 14th of June, two days after this      10:06:34

2    meeting because we were discussing what I want to        10:06:40

3    do, what kind of sample I want analyzed.  So after       10:06:45

4    this written communication, I met him in Pittsburgh.     10:06:52

5    Okay.                                                    10:07:00

6         Q.    My question was, all of the                   10:07:01

7    conversations between you and Dr. Sanchez and Dr.        10:07:04

8    Bandli after June 12th have been either face-to-face     10:07:07

9    or by video conference or on the phone?                  10:07:13

10        A.    Correct.                                      10:07:16

11        Q.    Did somebody tell you not to                  10:07:17

12   communicate in writing with Dr. Sanchez?                 10:07:19

13        A.    No, no.  Because we see each other,           10:07:22

14   there is no need to communicate in writing.  Okay.       10:07:26

15        Q.    Hold on a second.  I am going to have         10:07:54

16   to do just a little bit of mechanical tinkering with     10:07:57

17   this.                                                    10:08:00

18             MR. HYNES:  Good time for a quick              10:08:00

19   break?                                                   10:08:02

20             MR. BRALY:  Yeah, let me ask a                 10:08:03

21   question and we can do that.  I agree with you.          10:08:04

22   It's a PowerPoint.  I just have to export it as a        10:08:08

23   pdf.  This will be Exhibit 7.                            10:08:12

24             (Exhibit 7 Pittsburgh Work Plan marked for     10:08:27

SHU-CHUN SU, PhD

Page 41

```
 1    identification.)                                 10:08:27
 2           Q.      This is the supposed Pittsburgh Work  10:08:27
 3    Plan that you had attached to that email to Dr.     10:08:31
 4    Sanchez and Dr. Bandli, correct?                    10:08:35
 5           A.      Correct.                             10:08:37
 6           Q.      This work plan is a two-page document 10:08:37
 7    that includes steps that you wanted to take -- what  10:08:43
 8    does it include?  I shouldn't presume.  You tell me, 10:08:49
 9    what were you doing here?                            10:08:53
10           A.      Yes.  Because RJ Lee Group, they have 10:08:56
11    a Leica DM 2700 P polarized light microscope which   10:09:12
12    Dr. Longo has.  So what I plan to do is to use the   10:09:22
13    same microscope to analyze the samples in question   10:09:29
14    to verify my MDL report.  Okay.  Because when I      10:09:39
15    wrote MDL report was based on the data of MS report. 10:09:45
16    But I'm confident my analysis of this report is      10:09:53
17    correct.  However, since I have a chance to use the  10:09:59
18    same instrument, I want to produce my own work to    10:10:05
19    prove my opinion in my MDL report.                   10:10:13
20               MR. BRALY:  Would you like to take a      10:10:20
21    break?                                               10:10:21
22               MR. HYNES:  Yeah.  Why don't we take      10:10:21
23    five minutes.                                        10:10:23
24               THE WITNESS:  Okay.                       10:10:24
```

SHU-CHUN SU, PhD

Page 42

| | | |
|---|---|---|
| 1 | (A break was taken.) | 10:28:01 |
| 2 | BY MR. BRALY: | 10:28:24 |
| 3 | Q.    Welcome back, Dr. Su. | 10:28:24 |
| 4 | A.    Thank you. | 10:28:27 |
| 5 | Q.    I've marked Exhibit 8.  Exhibit 8 is | 10:28:28 |
| 6 | two emails.  Show you the second one, the second | 10:28:32 |
| 7 | page. | 10:28:37 |
| 8 | (Exhibit 8 Two Emails marked for | 10:28:37 |
| 9 | identification.) | 10:28:38 |
| 10 | Q.    It should be on the monitor in front | 10:28:38 |
| 11 | of you.  The first one is dated March 5, 2024, from | 10:28:40 |
| 12 | an individual named Michael Douglas, whose signature | 10:28:45 |
| 13 | file indicates that he is an attorney at King & | 10:28:47 |
| 14 | Spalding.  Do you see that? | 10:28:53 |
| 15 | A.    Yes. | 10:28:53 |
| 16 | Q.    It is asking you if you are amenable | 10:28:53 |
| 17 | to retention in the Kayme and Dustin Clark case.  Do | 10:28:56 |
| 18 | you see that? | 10:29:00 |
| 19 | A.    Yes, I see. | 10:29:00 |
| 20 | Q.    The second email is also from Mr. | 10:29:01 |
| 21 | Douglas, same -- oh, it's to a distribution list | 10:29:03 |
| 22 | called J&J talc expert as well, asking if you're | 10:29:11 |
| 23 | amenable to retention in the ovarian MDL group. | 10:29:17 |
| 24 | This one is dated Friday, April 5, 2024.  Do you see | 10:29:23 |

SHU-CHUN SU, PhD

Page 43

| | | |
|---|---|---|
| 1 | that? | 10:29:27 |
| 2 | A.     I saw that. | 10:29:27 |
| 3 | Q.     Okay.  Do you have any return email | 10:29:28 |
| 4 | from you back to Mr. Douglas accepting these offers? | 10:29:31 |
| 5 | A.     I remember I replied by yes. | 10:29:37 |
| 6 | Q.     Did you ever -- you are on a | 10:29:43 |
| 7 | retention agreement that pays you $800 an hour, | 10:29:53 |
| 8 | correct? | 10:29:56 |
| 9 | A.     Correct. | 10:29:56 |
| 10 | Q.     Before March 5th of 2024, which is | 10:29:57 |
| 11 | when this first document is dated, who initially | 10:30:05 |
| 12 | approached you on behalf of Johnson & Johnson asking | 10:30:10 |
| 13 | about your availability to be an expert witness for | 10:30:15 |
| 14 | them? | 10:30:18 |
| 15 | A.     Kevin, Mr. Kevin Hynes. | 10:30:19 |
| 16 | Q.     Mr. Hynes, the individual sitting | 10:30:26 |
| 17 | next to you now? | 10:30:28 |
| 18 | A.     Yes. | 10:30:29 |
| 19 | Q.     All right.  Do you recall when Mr. | 10:30:30 |
| 20 | Hynes first made contact with you? | 10:30:32 |
| 21 | A.     In March or February.  I don't | 10:30:38 |
| 22 | remember. | 10:30:40 |
| 23 | Q.     This year though? | 10:30:40 |
| 24 | A.     This year.  Anyway, this year. | 10:30:41 |

Page 44

1        Q.      Had you ever spoken to Mr. Hynes          10:30:44

2   before March or February of this year?               10:30:47

3        A.      No.  We first met in Wilmington,          10:30:51

4   Delaware, Wilmington, Delaware.  We did not speak     10:31:02

5   before that.                                          10:31:07

6        Q.      Well, how did you come to meet?           10:31:09

7        A.      I think I was introduced by attorney      10:31:13

8   Kurt Grieves.                                         10:31:21

9        Q.      I am not sure.  Grieves?                  10:31:23

10       A.      Grieves.                                  10:31:24

11               MR. HYNES:  Greve, G-r-e-v-e.             10:31:25

12               MR. BRALY:  Thank you.                    10:31:28

13   BY MR. BRALY:                                         10:31:30

14       Q.      Is Attorney Greve, is he -- do you        10:31:30

15   know who he works for?                               10:31:34

16       A.      I know.  American International --        10:31:35

17   AII.                                                  10:31:41

18       Q.      Okay.  This may be -- this may be a       10:31:41

19   technical question so if you don't know the answer   10:31:49

20   to this, that's fine.                                10:31:51

21               Do you know if he works for AII or if     10:31:53

22   he is a lawyer for AII?                               10:31:56

23       A.      I believe he works.                       10:31:59

24       Q.      Okay.  Have you ever met an               10:32:02

SHU-CHUN SU, PhD

Page 45

| | | |
|---|---|---|
| 1 | individual named Robert Faxon? | 10:32:05 |
| 2 | A.    I don't remember.  I don't remember. | 10:32:10 |
| 3 | I am not very good in names. | 10:32:22 |
| 4 | Q.    He is a lawyer.  Heavy southern | 10:32:25 |
| 5 | drawl, accent, bald. | 10:32:32 |
| 6 | A.    Let me see. | 10:32:39 |
| 7 | Q.    It's all right if you don't remember. | 10:32:40 |
| 8 | A.    Yeah. | 10:32:42 |
| 9 | Q.    If you don't remember, that's fine. | 10:32:43 |
| 10 | A.    Okay. | 10:32:45 |
| 11 | Q.    Do you know Mr. Greve through your | 10:32:45 |
| 12 | prior work from that report that we looked at | 10:32:52 |
| 13 | previously -- | 10:32:55 |
| 14 | A.    For Golden Bond Baby Powder. | 10:32:56 |
| 15 | (Reporter asks for clarification.) | 10:32:56 |
| 16 | MR. BRALY:  It's Gold Bond, but he is | 10:33:05 |
| 17 | saying it "golden." | 10:33:08 |
| 18 | BY MR. BRALY: | 10:33:11 |
| 19 | Q.    Do you know how you met Mr. Greve the | 10:33:11 |
| 20 | first time, how you were introduced to him? | 10:33:14 |
| 21 | A.    That was after I wrote a review for | 10:33:17 |
| 22 | Dr. Gunter.  So and then I came to States in August | 10:33:23 |
| 23 | last year because my daughter -- with my daughter. | 10:33:33 |
| 24 | She lives in Washington, DC.  So at that junction, I | 10:33:40 |

SHU-CHUN SU, PhD

Page 46

|  |  |  |
|---|---|---|
| 1 | think they -- Dr. Gunter knows I am coming to the | 10:33:45 |
| 2 | States. Then I met with Mr. Greve. | 10:33:52 |
| 3 | Q. Okay. You know Dr. Gunter has served | 10:33:57 |
| 4 | as an expert witness for AII in asbestos-related | 10:34:00 |
| 5 | lawsuits. You're aware of this, right? | 10:34:07 |
| 6 | A. I only aware he working with Mr. | 10:34:10 |
| 7 | Greve. At that time, I didn't even know AII name | 10:34:14 |
| 8 | so, okay. | 10:34:19 |
| 9 | Q. All right. So Dr. Gunter initially | 10:34:20 |
| 10 | asked you to write this report in January of 2022 | 10:34:46 |
| 11 | related to Gold Bond. | 10:34:50 |
| 12 | A. You finished? | 10:34:56 |
| 13 | Q. I was going to continue. | 10:34:57 |
| 14 | A. Okay. | 10:34:58 |
| 15 | Q. That's correct so far, right? | 10:34:59 |
| 16 | A. Let me say this: He, actually he did | 10:35:01 |
| 17 | not ask me to write anything. He asked me to review | 10:35:05 |
| 18 | and I believe is such complicate matter, technical | 10:35:11 |
| 19 | matter I need to write down my opinion, but he did | 10:35:19 |
| 20 | not ask me to write any review paper. | 10:35:23 |
| 21 | Q. Okay. | 10:35:28 |
| 22 | A. Okay. That I did. | 10:35:29 |
| 23 | Q. That January 2022 paper is when you | 10:35:32 |
| 24 | first theorized that the lighting Dr. Longo utilized | 10:35:36 |

SHU-CHUN SU, PhD

```
                                                    Page 47
 1    may be at its full intensity?              10:35:42

 2         A.     Yeah, that was my opinion.      10:35:45

 3         Q.     Right.  After that, you -- in August  10:35:46

 4    of 2023, you and Dr. Gunter met again in Washington,  10:35:54

 5    DC where you recorded the video, that very short  10:36:00

 6    video where he confirmed that you had actually  10:36:04

 7    written that report.                         10:36:07

 8         A.     Correct.  That's on the 28th of  10:36:08

 9    August.  Okay.                               10:36:10

10         Q.     That video was shot from multiple  10:36:12

11    different camera angles.  Do you know who paid to  10:36:16

12    set up the videographer crew?                10:36:18

13         A.     Nobody told me that.  That I did not  10:36:22

14    ask.                                         10:36:26

15         Q.     Up until August of 2023, had you been  10:36:27

16    paid any money by anybody for your work reviewing  10:36:31

17    Dr. Longo's PLM analysis?                    10:36:37

18         A.     No.                             10:36:42

19         Q.     After that, you were introduced to  10:36:43

20    Mr. Greve, who you believe to be employed with AII,  10:36:47

21    correct?                                     10:36:52

22         A.     That was later, but not at that time.  10:36:53

23    Okay.                                        10:36:57

24         Q.     Mr. Greve is the person who  10:36:58
```

SHU-CHUN SU, PhD

Page 48

1    introduced you to Mr. Hynes?                      10:37:02

2         A.    Yes.                                   10:37:04

3         Q.    Had you had any contact with anybody   10:37:05

4    representing Johnson & Johnson prior to meeting Mr.   10:37:09

5    Hynes?                                            10:37:13

6         A.    No.                                    10:37:14

7         Q.    Have you ever met Bruce Bishop?        10:37:15

8         A.    I didn't know this name.  Yeah, I      10:37:19

9    never met this name.                              10:37:22

10        Q.    Have you ever corresponded with Bruce  10:37:24

11   Bishop?                                           10:37:27

12        A.    No, never.                             10:37:28

13        Q.    Other than Mr. Douglas, who we see in  10:37:38

14   Exhibit 8, and Mr. Hynes, have you corresponded with   10:37:42

15   any other attorneys for Johnson & Johnson?        10:37:45

16              MR. HYNES:  Clarifying, do you mean    10:37:50

17   corresponding in writing?                         10:37:52

18              MR. BRALY:  I do.                       10:37:53

19        A.    Let me think.  I don't think so, but   10:37:55

20   I could hardly remember.                          10:38:10

21        Q.    Other than Mr. Hynes, have you had     10:38:12

22   meetings or conversations with any other attorneys   10:38:14

23   representing Johnson & Johnson going back to      10:38:19

24   February or March of 2024?                        10:38:23

SHU-CHUN SU, PhD

Page 49

| | | |
|---|---|---|
| 1 | A. No. | 10:38:27 |
| 2 | Q. Have you ever spoken with Morty | 10:38:34 |
| 3 | Dubin? | 10:38:37 |
| 4 | A. Yes, I did. | 10:38:38 |
| 5 | Q. Tell me when you met Mr. Dubin and | 10:38:39 |
| 6 | when you guys first met. | 10:38:43 |
| 7 | A. That was the, the May 29th or | 10:38:49 |
| 8 | May 30th, Dr. Longo's hearing. At first I met Morty | 10:38:57 |
| 9 | Dubin that day. | 10:39:07 |
| 10 | Q. Okay. All right. Have you discussed | 10:39:09 |
| 11 | your potential testimony in the MDL or in Ms. | 10:39:16 |
| 12 | Clark's case with anybody other than Mr. Hynes? | 10:39:21 |
| 13 | A. No. | 10:39:32 |
| 14 | Q. Have you consulted with Mickey Gunter | 10:39:32 |
| 15 | about the nature of litigation or the types of | 10:39:36 |
| 16 | questions you may receive? | 10:39:39 |
| 17 | A. No. | 10:39:41 |
| 18 | Q. When you prepared for this | 10:39:44 |
| 19 | deposition, did you only meet with Mr. Hynes? | 10:39:46 |
| 20 | A. Yes. | 10:39:50 |
| 21 | Q. Did you review potential questions | 10:39:55 |
| 22 | that you might be asked? | 10:39:57 |
| 23 | MR. HYNES: I object on the grounds | 10:39:58 |
| 24 | of privilege to the extent that you're asking for | 10:40:00 |

SHU-CHUN SU, PhD

Page 50

| | | |
|---|---|---|
| 1 | the content of communications with counsel during | 10:40:03 |
| 2 | the preparation for MDL and Clark cross-noticed | 10:40:05 |
| 3 | deposition. | 10:40:15 |
| 4 | MR. BRALY: What privilege are you | 10:40:16 |
| 5 | referring to? | 10:40:17 |
| 6 | MR. HYNES: Work product privilege. | 10:40:17 |
| 7 | MR. BRALY: That is not work product | 10:40:19 |
| 8 | privileges. | 10:40:21 |
| 9 | MR. HYNES: With respect to the | 10:40:22 |
| 10 | content of communications in preparation for a | 10:40:22 |
| 11 | deposition session I believe it is. | 10:40:25 |
| 12 | MR. BRALY: So I don't agree with | 10:40:39 |
| 13 | you. Yelling at you about it won't do anything. | 10:40:41 |
| 14 | I'm going to modify my question, but not because I | 10:40:45 |
| 15 | agree with you so we may come back to this at a | 10:40:48 |
| 16 | later time. | 10:40:52 |
| 17 | MR. HYNES: Sure. Go ahead. | 10:40:53 |
| 18 | BY MR. BRALY: | 10:40:56 |
| 19 | Q. Don't tell me what, but did you | 10:40:58 |
| 20 | review potential questions that you may be asked at | 10:41:00 |
| 21 | this deposition? | 10:41:04 |
| 22 | A. Review with whom? | 10:41:05 |
| 23 | Q. Mr. Hynes. | 10:41:07 |
| 24 | A. We met yesterday just go over my MDL | 10:41:10 |

SHU-CHUN SU, PhD

Page 51

1    report.  That's it.                                      10:41:17

2         Q.      No practice questions or anything           10:41:19

3    like that?                                               10:41:21

4         A.      No.                                         10:41:22

5         Q.      Okay.  Did you review any deposition        10:41:23

6    transcripts of examinations that I've conducted or       10:41:26

7    Mr. Placitella had conducted or anything of that         10:41:31

8    nature?                                                  10:41:37

9         A.      I don't remember.                           10:41:37

10        Q.      Okay.  Have you reviewed anybody            10:41:38

11   else's deposition or trial transcripts in                10:41:41

12   preparation for this case or either of these cases?      10:41:44

13        A.      Not for the preparation, but I did          10:41:49

14   see it, did read I think Dr. Longo's deposition          10:41:57

15   document, the transcript, before, but I don't think      10:42:04

16   it's related to my deposition.                           10:42:09

17        Q.      In this retention -- excuse me.  In         10:42:23

18   this retention letter of March 5, 2024, you're           10:42:29

19   provided with an anticipated trial date for this         10:42:33

20   case of July 22, 2024.  Do you see that?                 10:42:36

21        A.      Yes, I see that.                            10:42:40

22        Q.      Now, that is not currently the trial        10:42:41

23   date for Ms. Clark's case, but in March that was         10:42:44

24   accurate.                                                10:42:47

SHU-CHUN SU, PhD

Page 52

```
 1                      Are you aware that you have not been    10:42:49

 2    designated as an expert witness in Ms. Clark's case?     10:42:51

 3         A.      No.                                          10:42:57

 4         Q.      Okay.  Your -- so it's -- your first         10:42:58

 5    contact with anybody representing Johnson & Johnson       10:43:11

 6    relative to asbestos litigation was in February or        10:43:15

 7    March of this year.                                       10:43:19

 8         A.      Correct.                                     10:43:21

 9         Q.      All right.  Do you know what Mr.             10:43:21

10    Hynes relationship with mister...                         10:43:24

11                 MR. HYNES:  Greve.                           10:43:31

12                 MR. BRALY:  I will start the question        10:43:33

13    over again.                                               10:43:35

14         Q.      Do you know what Mr. Hynes's                 10:43:35

15    relationship with Mr. Greve is going back prior to        10:43:37

16    you meeting Mr. Hynes?                                     10:43:40

17         A.      They have to because Mr. Greve              10:43:43

18    introduce Mr. Hynes to me.  They must know each            10:43:49

19    other before that.                                        10:43:53

20         Q.      I agree with that.                           10:43:54

21         A.      Okay.                                        10:43:56

22         Q.      What I am driving at is, do you have         10:43:56

23    any understanding about what -- how they knew each        10:43:58

24    other or under what circumstances?                        10:44:01
```

SHU-CHUN SU, PhD

Page 53

| | | |
|---|---|---|
| 1 | A.      No, I don't. | 10:44:03 |
| 2 | Q.      Very well.  Since your retention in | 10:44:04 |
| 3 | March, you have been under an agreement where they | 10:44:11 |
| 4 | will pay you $800 an hour for your time, correct? | 10:44:17 |
| 5 | A.      Correct. | 10:44:21 |
| 6 | Q.      Did you consult with anybody in | 10:44:21 |
| 7 | coming up with that value for your time? | 10:44:24 |
| 8 | A.      I did. | 10:44:27 |
| 9 | Q.      Who? | 10:44:27 |
| 10 | A.      My daughter.  She's in finance. | 10:44:28 |
| 11 | Q.      Well, okay.  There were a series of | 10:44:35 |
| 12 | invoices provided, and instead of marking each of | 10:44:41 |
| 13 | them individually, we created a summary, which is | 10:44:45 |
| 14 | Exhibit 9. | 10:44:48 |
| 15 | (Exhibit 9 Summary of Invoices marked for | 10:44:49 |
| 16 | identification.) | 10:44:49 |
| 17 | Q.      There is actually a copy of it in | 10:44:49 |
| 18 | front of you. | 10:44:51 |
| 19 | A.      Yes. | 10:44:52 |
| 20 | Q.      Does the summary, does it appear | 10:44:53 |
| 21 | accurate? | 10:44:59 |
| 22 | MR. HYNES:  I will note that he | 10:45:00 |
| 23 | hasn't had a chance to go back through each invoice | 10:45:01 |
| 24 | and compare. | 10:45:03 |

SHU-CHUN SU, PhD

                                                        Page 54

                                                        10:45:05
 1              But you can answer.
                                                        10:45:07
 2         A.      It should be, because I recognize
                                                        10:45:10
 3    that is the invoice I sent.
                                                        10:45:14
 4         Q.      In total since March 6th of this
                                                        10:45:27
 5    year, up to this date or the last invoice is
                                                        10:45:32
 6    June 24th, you've billed 322.9 almost 323 total
                                                        10:45:40
 7    hours?
                                                        10:45:40
 8         A.      Yes, I did.
                                                        10:45:41
 9         Q.      For these entries -- this entry of
                                                        10:45:49
10    May 30th of 2024, were you billing $800 an hour to
                                                        10:45:58
11    sit in the courtroom and watch Dr. Longo's
                                                        10:46:02
12    testimony?
                                                        10:46:02
13         A.      I believe I did.
                                                        10:46:05
14         Q.      Your report in this case was
                                                        10:46:11
15    completed or issued on May 21st.  Here.  It's
                                                        10:46:19
16    Exhibit 3.  It's dated May 21st.  Do you see that?
                                                        10:46:24
17         A.      Mm-hmm.
                                                        10:46:25
18         Q.      So leading up to May 21st, I can
                                                        10:46:37
19    understand the work that you were conducting to put
                                                        10:46:41
20    together your report.  What is taking up your time
                                                        10:46:46
21    since May 30th for these entries of 12 hours, 12
                                                        10:46:51
22    hours, 12 hours?  What does that involve?  What have
                                                        10:46:56
23    you been doing?
                                                        10:47:01
24         A.      I believe I am still review the

SHU-CHUN SU, PhD

Page 55

| | | |
|---|---|---|
| 1 | material at hands and also issues related to my MDL | 10:47:05 |
| 2 | report.  Okay. | 10:47:14 |
| 3 | Q.    Okay.  Your total billing since March | 10:47:16 |
| 4 | of this year through June 24th has been $258,240, | 10:47:20 |
| 5 | correct? | 10:47:26 |
| 6 | A.    Correct. | 10:47:26 |
| 7 | Q.    With the exception of March, every | 10:47:27 |
| 8 | single month you've billed in excess of $65,000? | 10:47:34 |
| 9 | A.    Correct. | 10:47:39 |
| 10 | Q.    All right.  Oh, Mr. Douglas, Michael | 10:47:40 |
| 11 | Douglas, this person to whom this -- from whom this | 10:48:01 |
| 12 | email is from, exhibit -- I'm sorry -- in Exhibit 8, | 10:48:06 |
| 13 | have you ever spoken with him? | 10:48:12 |
| 14 | A.    Yes, I did. | 10:48:16 |
| 15 | Q.    Okay.  About what? | 10:48:17 |
| 16 | A.    About -- I think the purchase of | 10:48:20 |
| 17 | polarized microscope, which is the seller is in | 10:48:28 |
| 18 | Connecticut, ask him to arrange transportation to | 10:48:32 |
| 19 | bring that microscope to New York City.  Okay. | 10:48:39 |
| 20 | Q.    Purchase the polarized light | 10:48:46 |
| 21 | microscope for what purpose?  Don't you already have | 10:48:49 |
| 22 | one of those? | 10:48:53 |
| 23 | A.    Well, the one I had was not very | 10:48:53 |
| 24 | good.  I purchased an Olympus BH-2, which used to be | 10:48:58 |

SHU-CHUN SU, PhD

Page 56

| | | |
|---|---|---|
| 1 | the working horse for the asbestos lab.  That's a | 10:49:04 |
| 2 | pretty decent microscope.  I want one so that it's | 10:49:07 |
| 3 | better if I want to exam some samples at home. | 10:49:14 |
| 4 | Okay. | 10:49:19 |
| 5 | Q.      Did King & Spalding purchase that? | 10:49:19 |
| 6 | A.      No.  I did. | 10:49:22 |
| 7 | Q.      You purchased it.  What did that | 10:49:23 |
| 8 | microscope cost? | 10:49:25 |
| 9 | A.      I remember it's 1500. | 10:49:26 |
| 10 | Q.      1500 or 15,000? | 10:49:30 |
| 11 | A.      No.  1500 and I have my credit card | 10:49:31 |
| 12 | charge. | 10:49:38 |
| 13 | Q.      Sure.  Did you participate with the | 10:49:39 |
| 14 | attorneys for Johnson & Johnson in preparing | 10:49:46 |
| 15 | questions to ask Bill Longo in his hearing? | 10:49:49 |
| 16 | A.      I don't think so because I came back | 10:49:57 |
| 17 | on the 27th from China.  The hearing is 29th and I | 10:50:01 |
| 18 | don't think so. | 10:50:11 |
| 19 | Q.      Did you participate with lawyers from | 10:50:11 |
| 20 | Johnson & Johnson in preparing questions for Paul | 10:50:14 |
| 21 | Hess's deposition taken yesterday? | 10:50:18 |
| 22 | A.      I think we talk about that but not | 10:50:29 |
| 23 | necessarily like say the question to be asked. | 10:50:32 |
| 24 | Okay.  But I did mention the problem in the MS | 10:50:39 |

SHU-CHUN SU, PhD

Page 57

| | | |
|---|---|---|
| 1 | report of the PLM analysis, the problem of the | 10:50:46 |
| 2 | analysis.  Now, if the analysis was done by Paul | 10:50:51 |
| 3 | Hess, then it must be the problem about his | 10:50:57 |
| 4 | analytical skill, things like that.  Yeah. | 10:51:03 |
| 5 | Q.      When you say problems, we are going | 10:51:09 |
| 6 | to talk about these eventually at some point we will | 10:51:11 |
| 7 | get to it.  But that would include problems with the | 10:51:15 |
| 8 | lighting, problems with the field of view? | 10:51:18 |
| 9 | A.      Mm-hmm. | 10:51:23 |
| 10 | Q.      I'm sorry.  You have to say yes or | 10:51:24 |
| 11 | no. | 10:51:26 |
| 12 | A.      Yes. | 10:51:27 |
| 13 | Q.      I'm sorry.  Problems with the size | 10:51:27 |
| 14 | distribution? | 10:51:31 |
| 15 | A.      Yes. | 10:51:33 |
| 16 | Q.      I think those are the big ones.  Am I | 10:51:34 |
| 17 | missing a big one? | 10:51:40 |
| 18 | A.      Or so the distorted dispersion | 10:51:42 |
| 19 | staining color. | 10:51:46 |
| 20 | Q.      The focus with the reflection effect? | 10:51:47 |
| 21 | A.      Yeah. | 10:51:51 |
| 22 | Q.      Right? | 10:51:52 |
| 23 | A.      Yeah. | 10:51:53 |
| 24 | Q.      Okay.  Did you evaluate Mr. Hess's | 10:51:53 |

SHU-CHUN SU, PhD

Page 58

| | | |
|---|---|---|
| 1 | responses to any of those criticisms in his | 10:52:00 |
| 2 | deposition yesterday? | 10:52:04 |
| 3 | A.    No, but I was attending so I'm aware | 10:52:06 |
| 4 | of his answers, yeah. | 10:52:12 |
| 5 | Q.    For example, when we get to talking | 10:52:14 |
| 6 | about the lighting associated with the analysis that | 10:52:16 |
| 7 | was performed, you're aware that these microscopes | 10:52:20 |
| 8 | have a lighting adjustment knob, correct? | 10:52:24 |
| 9 | A.    Correct. | 10:52:28 |
| 10 | Q.    And you're aware that lighting can be | 10:52:28 |
| 11 | digitally manipulated after the fact through digital | 10:52:32 |
| 12 | software, correct? | 10:52:37 |
| 13 | MR. HYNES:  Vague, overbroad. | 10:52:43 |
| 14 | He can answer. | 10:52:46 |
| 15 | A.    Are you talking about the micrograph | 10:52:48 |
| 16 | or the time the field of view when he is conducting | 10:52:52 |
| 17 | the analysis? | 10:52:59 |
| 18 | Q.    Both very good questions.  Before I | 10:52:59 |
| 19 | get into the details on this, I'm asking generally. | 10:53:02 |
| 20 | A.    Okay. | 10:53:06 |
| 21 | Q.    You're aware that images can be | 10:53:07 |
| 22 | artificially brightened or dimmed using software | 10:53:10 |
| 23 | like PowerPoint or Photoshop or things of that | 10:53:14 |
| 24 | nature? | 10:53:17 |

SHU-CHUN SU, PhD

Page 59

| | | |
|---|---|---|
| 1 | A.    Yes, of course. | 10:53:17 |
| 2 | Q.    Of course.  Did you evaluate Mr. | 10:53:19 |
| 3 | Hess's responses in the deposition where he | 10:53:23 |
| 4 | testified under oath that the PLM when he conducted | 10:53:27 |
| 5 | the analysis was at its full brightness? | 10:53:33 |
| 6 | A.    Was what? | 10:53:36 |
| 7 | Q.    Was at its full brightness. | 10:53:38 |
| 8 | A.    I was aware his testimony, but since | 10:53:42 |
| 9 | I used that microscope myself, so I believe what he | 10:53:47 |
| 10 | said was not true. | 10:53:54 |
| 11 | Q.    When is the first time you used, | 10:53:56 |
| 12 | quote, unquote, that microscope? | 10:54:00 |
| 13 | A.    That was on the 15th of last month, | 10:54:02 |
| 14 | June 15th. | 10:54:06 |
| 15 | Q.    Okay.  So the first time you used the | 10:54:07 |
| 16 | what you believe to be the same microscope that Mr. | 10:54:10 |
| 17 | Hess used was after you had authored your report in | 10:54:13 |
| 18 | these cases? | 10:54:16 |
| 19 | A.    Correct. | 10:54:19 |
| 20 | Q.    In fairness to you, this next | 10:54:38 |
| 21 | question has no natural place anywhere in my | 10:54:40 |
| 22 | outline, so this is an out-of-left-field question. | 10:54:45 |
| 23 | I need to prepare you for that. | 10:54:48 |
| 24 | What is the tensile strength of | 10:54:50 |

SHU-CHUN SU, PhD

Page 60

| | | |
|---|---|---|
| 1 | chrysotile? | 10:54:54 |
| 2 | A.    Could I look my report? | 10:54:56 |
| 3 | Q.    Mm-hmm. | 10:54:58 |
| 4 | A.    The tensile strength of chrysotile | 10:55:25 |
| 5 | according to the literature is 1.1 to 4.4 gigabars. | 10:55:29 |
| 6 | Q.    What page are you looking at on | 10:55:43 |
| 7 | your -- | 10:55:45 |
| 8 | A.    I am looking at page 40. | 10:55:46 |
| 9 | Q.    40?  Is the page on the screen right | 10:55:49 |
| 10 | now the page that you're referencing? | 10:56:19 |
| 11 | A.    That is the talc.  The previous. | 10:56:22 |
| 12 | Q.    I'm sorry. | 10:56:25 |
| 13 | A.    Yeah, yeah, I'm referring this page. | 10:56:26 |
| 14 | Q.    Okay.  I got you.  It's paginated 40 | 10:56:28 |
| 15 | in Exhibit C.  It's page 60 in the pdf of Exhibit 3 | 10:56:32 |
| 16 | just for the record.  Okay. | 10:56:38 |
| 17 | Is there any way to measure the | 10:56:42 |
| 18 | tensile strength of chrysotile with a microscope? | 10:56:45 |
| 19 | A.    No. | 10:56:50 |
| 20 | Q.    Let me ask you now about your | 10:57:03 |
| 21 | interactions with Ann Wylie, all right? | 10:57:18 |
| 22 | A.    Yes.  Okay. | 10:57:22 |
| 23 | Q.    I'm not going to ask you about that | 10:57:24 |
| 24 | right now. | 10:57:27 |

Page 61

```
 1              A.      Okay.                              10:57:28

 2              Q.      When did you first meet Dr. Wylie?  10:57:30

 3              A.      On the I think 28th of May at the   10:57:36

 4      hearing in New Brunswick.                          10:57:45

 5              Q.      Do you know of Dr. Wylie prior to   10:57:50

 6      meeting her in person?                             10:57:54

 7              A.      Yes.                               10:57:55

 8              Q.      What did you know about Dr. Wylie   10:57:57

 9      prior to meeting her?                              10:57:59

10              A.      First, I think she's a famous      10:58:01

11      professor at University of Maryland.  Also I had   10:58:07

12      another professor, Mr. Luke Chang.  Luke Chang was 10:58:13

13      Ann Wylie's college at the same geology department. 10:58:21

14      So I was friends with friends with Professor Luke  10:58:29

15      Chang.  And he talked about Ann Wylie, saying he is 10:58:34

16      working same field.  He is mineralogist, very      10:58:41

17      accomplished mineralogist.  Also when I was reading 10:58:46

18      literature, I think he publish a paper with Jennifer 10:58:51

19      Verkouteren NIST about amphibole so I was aware of  10:58:55

20      it, aware of her.                                  10:59:15

21              Q.      You had mentioned somebody who is  10:59:18

22      associated with NIST, which is NIST?               10:59:19

23              A.      Yeah.                              10:59:23

24              Q.      Who was that?                      10:59:23
```

SHU-CHUN SU, PhD

```
                                                    Page 62

  1             A.      That's Jennifer Verkouteren.  She is    10:59:24

  2    a researcher at NIST.  Also a mineralogist.  Okay.       10:59:28

  3             Q.      Do you know anything about Ann           10:59:34

  4    Wylie's affiliation with a trade organization known      10:59:42

  5    as The National Stone and Sand Gravel Association?       10:59:46

  6             A.      No, I don't.                             10:59:51

  7             Q.      Stone Sand and Gravel.  I'm sorry.       10:59:52

  8             A.      No.                                      10:59:56

  9             Q.      You don't know anything about her        10:59:56

 10    association or affiliation with that group?              10:59:58

 11             A.      No.  Okay.                               10:59:59

 12             Q.      Do you know anything about Ann           11:00:01

 13    Wylie's affiliation with a talc mining concerning        11:00:04

 14    referred to as Vanderbilt minerals?                      11:00:07

 15             A.      No.                                      11:00:10

 16             Q.      Do you know anything at all about the    11:00:10

 17    mineralogy of talc located in Upstate New York?          11:00:12

 18             A.      No.                                      11:00:17

 19             Q.      Do you know anything about Ann           11:00:18

 20    Wylie's advocacy for reclassifying asbestos articles     11:00:23

 21    as non-asbestiform or asbestiform?                       11:00:29

 22                     MR. HYNES:  Objection to form.          11:00:34

 23    Argumentative.                                           11:00:36

 24                     You can answer.                         11:00:36
```

SHU-CHUN SU, PhD

Page 63

| | | |
|---|---|---|
| 1 | A.      No, I don't. | 11:00:37 |
| 2 | Q.      Do you know anything about Ann | 11:00:38 |
| 3 | Wylie's testimony to Congress relative to the 1992 | 11:00:40 |
| 4 | OSHA regulations -- | 11:00:44 |
| 5 | A.      Not at all. | 11:00:46 |
| 6 | MR. HYNES:  Let him -- sorry.  Let | 11:00:48 |
| 7 | him finish the question. | 11:00:50 |
| 8 | THE WITNESS:  Okay. | 11:00:52 |
| 9 | (Exhibit 10 Collection of Correspondence | 11:00:52 |
| 10 | between Su and Dr. Wylie marked for identification.) | 11:01:05 |
| 11 | Q.      Exhibit 10 is an email -- it's two | 11:01:05 |
| 12 | pages.  It's two emails from you to Dr. Wylie. | 11:01:08 |
| 13 | A.      Correct. | 11:01:14 |
| 14 | Q.      The first one here was sent June 1st | 11:01:15 |
| 15 | of this year 2024.  And there is a series of seven | 11:01:17 |
| 16 | attachments. | 11:01:23 |
| 17 | A.      Mm-hmm.  Yes. | 11:01:25 |
| 18 | Q.      It says [Reading] It was a great | 11:01:26 |
| 19 | pleasure to meet you in person.  Here are the | 11:01:28 |
| 20 | matching wavelengths to refractive index or RI | 11:01:31 |
| 21 | conversion tables for Cargille and DRIMMC oils. | 11:01:35 |
| 22 | We will talk about those in a second. | 11:01:40 |
| 23 | Then you attach some of your recent papers, fair? | 11:01:43 |
| 24 | Yes? | 11:01:51 |

SHU-CHUN SU, PhD

Page 64

| | | |
|---|---|---|
| 1 | A. Yes, yes. | 11:01:52 |
| 2 | Q. You conclude here by saying [Reading] | 11:01:53 |
| 3 | I think the lawyers involved should benefit from a | 11:01:55 |
| 4 | one-day training session with the two of us to | 11:01:58 |
| 5 | ensure they understand the basic chrysotile and talc | 11:02:01 |
| 6 | analysis by polarized light microscopy needed in | 11:02:06 |
| 7 | litigation. Thanks, Shu-Chun. | 11:02:11 |
| 8 | A. Yes. | 11:02:15 |
| 9 | Q. I am going to ask a very pointed | 11:02:16 |
| 10 | question that sounds insulting. I mean it literally | 11:02:19 |
| 11 | but it sounds insulting. I am telling you that up | 11:02:22 |
| 12 | front. | 11:02:25 |
| 13 | A. Okay. | 11:02:25 |
| 14 | Q. What do you know about litigation? | 11:02:25 |
| 15 | MR. HYNES: Objection; vague. | 11:02:29 |
| 16 | Overbroad. | 11:02:31 |
| 17 | A. I think the litigation is the dispute | 11:02:33 |
| 18 | whether there is asbestos mineral, like chrysotile, | 11:02:38 |
| 19 | in the baby powder product. I believe that issue I | 11:02:43 |
| 20 | have been providing my consulting about. That's my | 11:02:50 |
| 21 | understanding. | 11:02:58 |
| 22 | Q. Do you know what experience Dr. Wylie | 11:02:58 |
| 23 | has relative to polarized light microscopy? | 11:03:02 |
| 24 | A. I think I know she was teaching the | 11:03:07 |

SHU-CHUN SU, PhD

```
                                              Page 65

 1     course in University of Maryland.            11:03:11

 2            Q.     Have you scheduled this one day  11:03:16

 3     training or is this progressed in any way to where  11:03:20

 4     you are preparing to conduct a training session for  11:03:23

 5     attorneys to teach them information that you think  11:03:28

 6     might be important to them?                  11:03:32

 7            A.     No, because Ann Wylie, she was not  11:03:34

 8     responsive.  Okay.                           11:03:38

 9            Q.     Not responsive in what sense?   11:03:42

10            A.     To my suggestion in this email. 11:03:44

11            Q.     Do you mean she told you no or do you  11:03:48

12     mean that she just hasn't responded?         11:03:50

13            A.     She did not respond to that.  He  11:03:54

14     [sic] only replies thank you for my paper.  He [sic]  11:03:57

15     never mentioned whether she agree about this  11:04:01

16     training I mentioned.                        11:04:07

17            Q.     Okay.  The response here -- this is  11:04:08

18     the second page -- says [Reading] Thank you,  11:04:12

19     Shu-Chun.  I appreciate these very much.  Best  11:04:14

20     regards, Ann.                                11:04:19

21            A.     Mm-hmm.                         11:04:21

22            Q.     You have to say "yes" or "no."  11:04:22

23            A.     Yes.                            11:04:24

24            Q.     I hate it too.                  11:04:24
```

SHU-CHUN SU, PhD

Page 66

```
 1              A.       I'm sorry.  That's the first time I      11:04:26

 2     do this deposition.                                        11:04:27

 3              Q.       Of course.  It's awful.  I know what      11:04:28

 4     you meant but.                                             11:04:32

 5                       Have you had anymore communications      11:04:37

 6     of any kind with Dr. Wylie, spoken or in writing?          11:04:39

 7              A.       No.                                       11:04:44

 8              Q.       All right.  So that was it.  After        11:04:50

 9     her email on June 1st of this year, you have not           11:04:57

10     spoken with Dr. Wylie at all?                              11:05:00

11              A.       No, not at all.                           11:05:03

12              Q.       Do you know she gave a deposition in     11:05:08

13     this case, in Kayme Clark's case and in the MDL?           11:05:10

14     Are you aware of that?                                      11:05:15

15              A.       I am aware of that.                       11:05:16

16              Q.       Did you read it?                           11:05:17

17              A.       No.                                       11:05:18

18              Q.       You attached to this two documents,      11:05:26

19     which you provided to me.  I am going to have them         11:05:31

20     marked here.                                               11:05:33

21                       The first one is going to be             11:06:08

22     Exhibit 11.  This is a reference sheet.  It's 34           11:06:10

23     pages long.  But it's the selection of DRIMMC              11:06:16

24     immersion liquids for asbestos analysis.  That's the       11:06:21
```

SHU-CHUN SU, PhD

Page 67

| | | |
|---|---|---|
| 1 | Delaware Research Institute For Minerals. | 11:06:26 |
| 2 | A.    Material. | 11:06:30 |
| 3 | Q.    Do you know what it stands for? | 11:06:30 |
| 4 | A.    I think it's Delaware Research | 11:06:31 |
| 5 | Institute of Material -- Mineral and Material | 11:06:35 |
| 6 | Characterization.  I find difficult to pronounce | 11:06:46 |
| 7 | that word after my stroke. | 11:06:53 |
| 8 | Q.    I'm sorry.  I wasn't trying to put | 11:06:55 |
| 9 | you on the spot. | 11:06:56 |
| 10 | A.    Okay. | 11:06:58 |
| 11 | (Exhibit 11 DRIMMC Asb RI Conversion Tables | 11:06:19 |
| 12 | 34 pages 2022 marked for identification.) | 11:07:00 |
| 13 | Q.    DRIMMC and Cargille are two of the | 11:07:00 |
| 14 | companies that manufacture what are referred to as | 11:07:04 |
| 15 | standards or standard oils used for the process of | 11:07:07 |
| 16 | polarized light microscopy, true? | 11:07:12 |
| 17 | A.    Yes. | 11:07:14 |
| 18 | Q.    What I was going to ask about -- | 11:07:15 |
| 19 | before I do that, Exhibit 12 is the same -- similar | 11:07:19 |
| 20 | document, but it's the Cargille liquids. | 11:07:24 |
| 21 | A.    Yes. | 11:07:28 |
| 22 | (Exhibit 12 Cargille Asb RI Conversion | 11:07:28 |
| 23 | Tables 34 pages 2022 marked for identification.) | 11:07:29 |
| 24 | Q.    So for both Exhibits 11 and 12, the | 11:07:29 |

SHU-CHUN SU, PhD

Page 68

| | | |
|---|---|---|
| 1 | liquids that are listed as appropriate for | 11:07:41 |
| 2 | evaluating chrysotile in the gamma direction include | 11:07:46 |
| 3 | refractive index oils of 1.550 and 1.560? | 11:07:52 |
| 4 | A.      Correct. | 11:08:00 |
| 5 | Q.      Correct.  I need to rename this real | 11:08:00 |
| 6 | quick. | 11:08:17 |
| 7 | (Exhibit 13 The Dispersion Staining | 11:08:22 |
| 8 | Technique and Its Application to Measure Refractive | 11:08:28 |
| 9 | Indices of Nonopaque Materials With Emphasis on | 11:08:33 |
| 10 | Asbestos Analysis marked for identification.) | 11:08:37 |
| 11 | Q.      Exhibit 13 is a 2022 peer-reviewed | 11:08:22 |
| 12 | paper that you authored called The Dispersion | 11:08:25 |
| 13 | Staining Technique and Its Application to Measure | 11:08:28 |
| 14 | Refractive Indices of Nonopaque Materials With | 11:08:31 |
| 15 | Emphasis on Asbestos Analysis, correct? | 11:08:35 |
| 16 | A.      Yes, that's my paper. | 11:08:38 |
| 17 | Q.      There is a quotation in this paper | 11:08:40 |
| 18 | that I know you're familiar with by this point. | 11:08:43 |
| 19 | A.      Yeah. | 11:08:46 |
| 20 | Q.      In the Section 3 that says "Select a | 11:08:47 |
| 21 | proper refractive index liquid to mount the | 11:08:51 |
| 22 | samples," there is a statement in here where you | 11:08:55 |
| 23 | state [Reading] The rule of thumb is to choose a | 11:08:58 |
| 24 | refractive index liquid as close as possible to the | 11:09:02 |

SHU-CHUN SU, PhD

Page 69

| | | |
|---|---|---|
| 1 | refractive indexes that will be measured.  For | 11:09:06 |
| 2 | example, there are chrysotile minerals whose | 11:09:11 |
| 3 | refractive indexes are significantly higher than | 11:09:14 |
| 4 | those of the standard chrysotile from the NIST, | 11:09:17 |
| 5 | N-I-S-T, SRM 1866 set.  In that case, 1.555 or 1.560 | 11:09:22 |
| 6 | instead of 1.550 refractive index liquids should be | 11:09:34 |
| 7 | used to determine gamma. | 11:09:41 |
| 8 | Do you see that? | 11:09:44 |
| 9 | A.     Correct. | 11:09:44 |
| 10 | Q.     A couple of questions related to | 11:09:44 |
| 11 | this: | 11:09:48 |
| 12 | Chrysotile is a family of minerals | 11:09:51 |
| 13 | depending on where it comes from may have a | 11:09:54 |
| 14 | different refractive index than chrysotile from | 11:09:58 |
| 15 | another place in the world, correct? | 11:10:01 |
| 16 | A.     Correct. | 11:10:03 |
| 17 | Q.     Chrysotile taken from Canada, for | 11:10:03 |
| 18 | example, may have a different refractive index than | 11:10:10 |
| 19 | chrysotile taken from somewhere else, correct? | 11:10:13 |
| 20 | A.     Correct. | 11:10:16 |
| 21 | Q.     Chrysotiles refractive indices are | 11:10:16 |
| 22 | expressed as a range because they're known in nature | 11:10:22 |
| 23 | to occur in a range, correct? | 11:10:24 |
| 24 | A.     Correct. | 11:10:27 |

SHU-CHUN SU, PhD

Page 70

1        Q.        In your opinion, what is the range of        11:10:35

2    refractive indexes for chrysotile in the gamma        11:10:40

3    direction?        11:10:44

4        A.        Then I would have to refer to the EPA        11:10:48

5    documents 600 93 test method.  I believe it was        11:10:53

6    Table 2.2, the listed the range of the 6 asbestos        11:11:07

7    minerals refract index in that table.  Yes, this is        11:11:17

8    the table.        11:11:25

9        Q.        Yes.  So this is Exhibit 14.  This is        11:11:26

10    the 1992 [sic] EPA R-93 600 Test Method.        11:11:31

11        (Exhibit 14 1993 EPA R-93 600 Test Method        11:11:40

12    marked for identification.)        11:11:41

13        Q.        In your opinion, the ranges for        11:11:41

14    chrysotile in gamma, which is the -- under the        11:11:45

15    refractive indices column.  It's the second Greek        11:11:51

16    letter.        11:11:56

17        A.        Yes.        11:11:56

18        Q.        Range from 1.517 all the way up to        11:11:57

19    1.567.        11:12:03

20        A.        Yes.        11:12:07

21        Q.        Okay.  Is this your only reference        11:12:07

22    point?        11:12:15

23        A.        Yes.        11:12:17

24        Q.        Okay.  Have you ever seen chrysotile        11:12:19

SHU-CHUN SU, PhD

Page 71

| | | |
|---|---|---|
| 1 | with a refractive index above 1.6 in gamma? | 11:12:23 |
| 2 | A.    Only the Calidria.  It's gamma is | 11:12:31 |
| 3 | 1.750 or 1.760 or 1.561.  That's my measurement. | 11:12:37 |
| 4 | Q.    That's your measurement? | 11:12:48 |
| 5 | A.    That's right.  Also the reference | 11:12:50 |
| 6 | value in the NVLAP proficient testing. | 11:12:53 |
| 7 | Q.    Yeah, you're testifying of Calidria | 11:12:59 |
| 8 | was conducted in June of this year, correct? | 11:13:05 |
| 9 | A.    Correct. | 11:13:08 |
| 10 | Q.    Is that the first time you've ever | 11:13:09 |
| 11 | analyzed a sample of what you believe to be | 11:13:11 |
| 12 | Calidria? | 11:13:13 |
| 13 | A.    Yes, that's the first time I | 11:13:15 |
| 14 | personally analyze it. | 11:13:18 |
| 15 | Q.    The origin of the Calidria that you | 11:13:20 |
| 16 | analyzed, it was provided to you by Matt Sanchez, | 11:13:24 |
| 17 | correct? | 11:13:29 |
| 18 | A.    Actually, it was Professor Gunter. | 11:13:31 |
| 19 | He sent his sample to Mr. Sanchez and Mr. Sanchez | 11:13:38 |
| 20 | brought that sample to Pittsburgh.  I said I want to | 11:13:45 |
| 21 | analyze them.  That's SB-210 grade. | 11:13:51 |
| 22 | Q.    That's SG? | 11:13:56 |
| 23 | A.    SG-210, yeah. | 11:13:58 |
| 24 | Q.    The samples that were sent to you -- | 11:14:01 |

SHU-CHUN SU, PhD

Page 72

1    this will be Exhibit 15.  This is a collection of 26    11:14:04

2    photos.    11:14:07

3              (Exhibit 15 Collection of Containers Sent to    11:14:08

4    Su marked for identification.)    11:14:08

5         Q.    The samples that were sent to you --    11:14:08

6    this is not the SG-210 -- but came to you in these    11:14:12

7    plastic containers of different colors, correct?    11:14:16

8         A.    Mm-hmm.    11:14:20

9         Q.    I'm sorry.  You have to go with "yes"    11:14:21

10   or "no."    11:14:23

11        A.    These are the sample I analyzed in    11:14:24

12   Pittsburgh.    11:14:29

13        Q.    These photographs were produced to us    11:14:32

14   in a folder that was labeled sent to Su, meaning    11:14:36

15   that these -- well, I'm inferring -- anybody can    11:14:45

16   title a folder anything they want.  Just from the    11:14:49

17   title of it, I presume these were sent to you.    11:14:53

18        A.    Correct.    11:14:57

19        Q.    Were they sent to you in these    11:14:57

20   containers?    11:15:00

21        A.    Yes.  I have it.    11:15:01

22        Q.    Great.  Were they sent to you already    11:15:03

23   mounted on slides?    11:15:06

24        A.    These are the slides I analyzed in    11:15:08

SHU-CHUN SU, PhD

Page 73

| | | |
|---|---|---|
| 1 | Pittsburgh after the completion of the work.  I said | 11:15:12 |
| 2 | I want save those slides so please collect them, | 11:15:19 |
| 3 | pack them and send that to me. | 11:15:27 |
| 4 | Q.    I am glad that you saved them.  But | 11:15:29 |
| 5 | my question was a little bit different. | 11:15:31 |
| 6 | These arrived to you as prepared | 11:15:34 |
| 7 | slides, correct? | 11:15:38 |
| 8 | A.    Actually, we prepare -- I prepare | 11:15:40 |
| 9 | some of them in the lab before I analyze them. | 11:15:44 |
| 10 | Q.    So, for example, the photograph that | 11:15:51 |
| 11 | we are looking at right here, which is page six of | 11:15:53 |
| 12 | Exhibit 15, that's the photograph that we are | 11:15:57 |
| 13 | looking at.  It says SG-210, 1.550. | 11:15:59 |
| 14 | A.    Correct. | 11:16:05 |
| 15 | Q.    And this is how you received it, | 11:16:05 |
| 16 | correct?  It was in this container when you received | 11:16:07 |
| 17 | it? | 11:16:10 |
| 18 | A.    Yes. | 11:16:11 |
| 19 | Q.    The labeling indicates that this had | 11:16:11 |
| 20 | already been mounted in 1.550 oil, right? | 11:16:14 |
| 21 | A.    That was mounted on the day of my | 11:16:20 |
| 22 | analysis. | 11:16:27 |
| 23 | Q.    Who did that? | 11:16:27 |
| 24 | A.    I believe it's Monica at RJ Lee. | 11:16:29 |

SHU-CHUN SU, PhD

Page 74

| | | |
|---|---|---|
| 1 | Q. Is she a scientist or lab technician? | 11:16:38 |
| 2 | Who is she? | 11:16:40 |
| 3 | A. She is an analyst, she is | 11:16:41 |
| 4 | accomplished analyst. | 11:16:43 |
| 5 | Q. What is purported to be SG-210 here | 11:16:50 |
| 6 | is something that was provided to your understanding | 11:16:54 |
| 7 | from Mickey Gunter to Matt Sanchez to you? | 11:16:56 |
| 8 | A. Correct. Or so I heard Mickey | 11:17:02 |
| 9 | Gunter's SG-210 was provided by Dr. Longo. | 11:17:07 |
| 10 | Q. Okay. So it's your belief that the | 11:17:12 |
| 11 | SG-210 was the same SG-210 that Dr. Longo previously | 11:17:15 |
| 12 | provided to Mickey Gunter? | 11:17:20 |
| 13 | A. Yes, that's my understanding. | 11:17:23 |
| 14 | Q. And you have not looked at Mickey | 11:17:26 |
| 15 | Gunter's analysis of this same material? | 11:17:28 |
| 16 | A. No. | 11:17:31 |
| 17 | Q. Why not? | 11:17:31 |
| 18 | A. You see, I don't think it's necessary | 11:17:33 |
| 19 | for me to look at that. I want look that myself. | 11:17:36 |
| 20 | Q. The refractive index of in Gamma, the | 11:17:50 |
| 21 | highest refractive index that you identified for | 11:17:55 |
| 22 | Calidria -- repeat it again if you can. | 11:17:59 |
| 23 | A. Yeah, the highest refract index, the | 11:18:01 |
| 24 | gamma refract index of the chrysotile I measured. | 11:18:05 |

SHU-CHUN SU, PhD

Page 75

| | | |
|---|---|---|
| 1 | Q. Numerically -- | 11:18:11 |
| 2 | A. Numerically my results is 1.560 or | 11:18:13 |
| 3 | 1.561. | 11:18:22 |
| 4 | Q. Is that something that you consider | 11:18:30 |
| 5 | to be at the higher range of what the refractive | 11:18:33 |
| 6 | index for chrysotile is in the gamma direction? | 11:18:37 |
| 7 | A. Correct. | 11:18:41 |
| 8 | Q. Do you have an opinion or have you | 11:19:00 |
| 9 | ever analyzed the refractive index of chrysotile | 11:19:02 |
| 10 | originating from Vermont? | 11:19:07 |
| 11 | A. No. | 11:19:12 |
| 12 | Q. Let me do a little cleaning up here. | 11:19:25 |
| 13 | All right. I am going to go back to your Exhibit 3 | 11:19:31 |
| 14 | for a moment. | 11:19:35 |
| 15 | There is a list of references in | 11:19:38 |
| 16 | Exhibit 3. At page -- it's paginated as page 3. | 11:19:41 |
| 17 | It's page 15 of the pdf. There are two books | 11:19:52 |
| 18 | relevant to asbestos analysis listed here. One of | 11:19:57 |
| 19 | them is 1989 book Introduction to Optical Mineralogy | 11:20:00 |
| 20 | by William Nesse or Nesse. The other one is a book | 11:20:05 |
| 21 | 1986 called Optical Mineralogy, 2nd Edition by David | 11:20:09 |
| 22 | Shelley. Do you see that? | 11:20:14 |
| 23 | A. I saw that. | 11:20:15 |
| 24 | Q. Your name is listed on both of these, | 11:20:16 |

SHU-CHUN SU, PhD

Page 76

| | | |
|---|---|---|
| 1 | but you were not a coauthor of either of these | 11:20:18 |
| 2 | books? | 11:20:21 |
| 3 | A.    I indicated that was my review.  The | 11:20:22 |
| 4 | publisher sent me two books for me to review. | 11:20:27 |
| 5 | Q.    Optical Mineralogy, 2nd Edition? | 11:20:32 |
| 6 | A.    Yes, yes. | 11:20:35 |
| 7 | Q.    This is my only copy.  I am going to | 11:20:36 |
| 8 | hand this to you. | 11:20:39 |
| 9 | A.    Okay. | 11:20:43 |
| 10 | MR. HYNES:  Are you marking chapters | 11:20:46 |
| 11 | or sections? | 11:20:49 |
| 12 | MR. BRALY:  I will put it up on the | 11:20:50 |
| 13 | screen of what I am actually marking. | 11:20:52 |
| 14 | Q.    I am marking six pages from this | 11:21:10 |
| 15 | book.  Optical Mineralogy by David Shelley as | 11:21:13 |
| 16 | Exhibit 16. | 11:21:16 |
| 17 | (Exhibit 16 Optical Mineralogy Six Pages | 11:21:17 |
| 18 | marked for identification.) | 11:21:17 |
| 19 | Q.    What I wanted to ask you about is | 11:21:17 |
| 20 | where that blue tab is on the right-hand side of the | 11:21:20 |
| 21 | physical book, do you want to turn to that? | 11:21:22 |
| 22 | A.    Yeah, I saw that. | 11:21:29 |
| 23 | Q.    There is a section called Mineral | 11:21:30 |
| 24 | Descriptions.  This is in Chapter 9. | 11:21:32 |

SHU-CHUN SU, PhD

Page 77

| 1 | A.    Yes. | 11:21:36 |

2    Q.    We get to a section here for    11:21:37

3    olivines.  There is a chart at page 154 that lists    11:21:44

4    forsterite, chrysotile and other minerals associated    11:21:53

5    with olivines where the gamma direction, the    11:21:57

6    refractive index for chrysotile is reflected as    11:22:02

7    ranging between 1.69 and 1.70.  Do you see that?    11:22:06

8    A.    You mean which paragraph?    11:22:21

9    Q.    I am looking at the chart.  Figure    11:22:23

10    9.1.    11:22:27

11    A.    The chart, that is olivine, that is    11:22:28

12    not chrysotile.    11:22:31

13    Q.    The section below it says chrysotile.    11:22:32

14    Do you see that?    11:22:37

15    A.    Which section?    11:22:38

16    Q.    Do you mind if I point it to you?    11:22:40

17    A.    Okay.    11:22:42

18    Q.    I will come to you.  I am trying to    11:22:43

19    figure out if I am looking at this correctly.  Part    11:22:47

20    of this is just educating me.  See it says    11:22:50

21    chrysotile right there.  Follow the line up for    11:22:53

22    gamma and it intersects at 1.69 and runs to 1.70.    11:22:55

23    A.    No, that is not the chrysotile    11:23:02

24    refract index.    11:23:05

SHU-CHUN SU, PhD

Page 78

1    Q.    Okay.  What is it?                          11:23:07

2    A.    It is olivine.  Olivine number is          11:23:11

3    forsterite, the other end member is fayalite.  These  11:23:20

4    are the two end members in mineralogy, like a       11:23:24

5    mineral series.  Okay.  That all about olivine.     11:23:29

6    It's a mineral.                                     11:23:40

7    Q.    Could I grab that back from you?           11:23:50

8    A.    Yeah.                                       11:23:54

9    Q.    So it is your testimony then that the      11:24:07

10   chrysotile referenced here is not the same          11:24:09

11   chrysotile as what would be in a family like        11:24:12

12   serpentine; is that right?                          11:24:18

13   A.    Correct.                                    11:24:19

14        MR. HYNES:  Objection.  Misstates            11:24:20

15   testimony.                                          11:24:22

16   Q.    So the objection kind of through me         11:24:23

17   off.  I want to make sure we are in agreement here.  11:24:27

18        What is -- when it's referencing             11:24:31

19   chrysotile, what is that a reference to in this     11:24:35

20   context?                                            11:24:40

21   A.    I don't know.  I don't know why he         11:24:41

22   put the chrysotile words in this graph.  I have no  11:24:44

23   idea.                                               11:24:52

24   Q.    Do you know what?  I do.  I am saying      11:24:55

SHU-CHUN SU, PhD

Page 79

```
 1    it wrong.  I'm saying it wrong.  Okay.  I think I      11:24:59

 2    can resolve this.  I'm just now realizing -- keep in   11:25:07

 3    mind I got this book yesterday -- it doesn't say       11:25:11

 4    chrysotile.  It says chrysolite.                       11:25:14

 5         A.     Okay.  It's not chrysotile.               11:25:21

 6         Q.     That actually explains what I was          11:25:25

 7    getting at then.  That helps me intensely.  That is    11:25:27

 8    chrysolite.                                            11:25:33

 9                This will be Exhibit 17.  This is the      11:25:40

10    same book, just some additional pages.                 11:26:23

11         (Exhibit 17 Optical Mineralogy 12 Pages           11:26:27

12    marked for identification.)                            11:26:27

13         Q.     We looked at that section.  I am           11:26:27

14    going to give you the book back.  There is another     11:26:30

15    section that begins at page 229.  Right here.          11:26:32

16         A.     Okay.                                      11:26:41

17         Q.     This book that you referenced states      11:26:41

18    that there are three varieties of serpentines,         11:26:51

19    chrysotile this time exactly spelled chrysotile --     11:26:54

20    not chrysolite -- lizardite and antigorite?            11:26:57

21         A.     Correct.                                   11:27:02

22         Q.     We are talking about the things that      11:27:03

23    are generally referred to when we are talking about    11:27:04

24    asbestos at least for chrysotile.                      11:27:07
```

SHU-CHUN SU, PhD

Page 80

| | | |
|---|---|---|
| 1 | A.      Okay. | 11:27:10 |
| 2 | Q.      Right? | 11:27:10 |
| 3 | A.      Yes. | 11:27:11 |
| 4 | Q.      Yeah.  For the properties for the | 11:27:11 |

5    optical properties, it says that in gamma that these    11:27:15

6    minerals can range from 1.545 all the way to 1.584.    11:27:20

7    Do you see that?                                        11:27:26

8            A.      Yes.  I saw that.                       11:27:26

9            Q.      And that the birefringences            11:27:28

10   associated with these falls between .004 to .017.      11:27:31

11   Do you see that?                                        11:27:38

12           A.      Correct.                               11:27:38

13           Q.      And that there is an inverse           11:27:38

14   relationship between refractive index and             11:27:40

15   birefringence values?                                  11:27:46

16           A.      Correct.                               11:27:50

17           Q.      Okay.  You can hand that one back.     11:27:50

18                   MR. BRALY:  Kevin, what's your         11:28:10

19   pleasure here as far as -- oh, don't want that.       11:28:11

20                   MR. HYNES:  Do you want to go another  11:28:14

21   15, 20 and maybe break?                                11:28:16

22                   MR. BRALY:  Sure.  Sounds good.  I     11:28:20

23   have an outline and I have already kind of screwed     11:28:46

24   it all up.  I am going to try to pick up where I am    11:28:48

SHU-CHUN SU, PhD

Page 81

| | | |
|---|---|---|
| 1 | and see if we can cover some more ground. | 11:28:53 |
| 2 | BY MR. BRALY: | 11:28:53 |
| 3 | Q.      In your report, in the report that's | 11:28:57 |
| 4 | in front of you, Exhibit 3, you don't comment on -- | 11:28:59 |
| 5 | or you don't critique the birefringence calculations | 11:29:05 |
| 6 | that Dr. Longo performed relative to the minerals | 11:29:10 |
| 7 | that he was examination, correct? | 11:29:14 |
| 8 | A.      Correct. | 11:29:16 |
| 9 | Q.     Why not? | 11:29:17 |
| 10 | A.      For me, birefringence is not an | 11:29:19 |
| 11 | issue.  Gamma is.  Once you get alpha and a gamma | 11:29:25 |
| 12 | correctly, you got birefringence.  So actually we | 11:29:30 |
| 13 | don't think birefringence is a specific property you | 11:29:36 |
| 14 | have to measure independently.  You measure the | 11:29:45 |
| 15 | gamma and the alpha that birefringence is | 11:29:49 |
| 16 | automatically.  Therefore, you don't have to | 11:29:54 |
| 17 | calculate that, because it was defined as the gamma | 11:29:59 |
| 18 | minus alpha. | 11:30:04 |
| 19 | Q.     Right, which is exactly how Dr. Longo | 11:30:05 |
| 20 | calculated birefringence, is by taking the gamma | 11:30:07 |
| 21 | value less the alpha value. | 11:30:11 |
| 22 | MR. HYNES:  Objection. | 11:30:14 |
| 23 | A.     Yes. | 11:30:15 |
| 24 | MR. HYNES:  Misstates Dr. Longo's | 11:30:16 |

SHU-CHUN SU, PhD

Page 82

| | | |
|---|---|---|
| 1 | methodology. | 11:30:19 |
| 2 | MR. BRALY:  Not really. | 11:30:20 |
| 3 | BY MR. BRALY: | 11:30:20 |
| 4 | Q.    You were present for Dr. Longo's | 11:30:20 |
| 5 | testimony as to how he calculated birefringence, | 11:30:22 |
| 6 | correct? | 11:30:27 |
| 7 | A.    Yes, I did. | 11:30:27 |
| 8 | Q.    Did you agree with how he calculated | 11:30:28 |
| 9 | birefringence values?  Was it scientifically | 11:30:30 |
| 10 | accurate in your opinion? | 11:30:33 |
| 11 | MR. HYNES:  Objection to form. | 11:30:34 |
| 12 | Vague. | 11:30:36 |
| 13 | A.    There are two aspects.  The formula | 11:30:36 |
| 14 | of birefringence, that's one issue, gamma minus | 11:30:43 |
| 15 | alpha.  Another issue is the gamma value, whether | 11:30:49 |
| 16 | the gamma value is chrysotile or talc. | 11:30:56 |
| 17 | Q.    Yeah. | 11:31:03 |
| 18 | A.    You see? | 11:31:05 |
| 19 | Q.    Understood.  Let me be as fair to | 11:31:06 |
| 20 | this as I can be.  I understand that you do not | 11:31:09 |
| 21 | agree with Dr. Longo's values in the gamma direction | 11:31:13 |
| 22 | for what he is identifying as chrysotile.  I | 11:31:18 |
| 23 | understand that you don't agree with that. | 11:31:22 |
| 24 | Presuming the values are correct, did | 11:31:24 |

SHU-CHUN SU, PhD

Page 83

| | | |
|---|---|---|
| 1 | he perform the calculation in a scientifically | 11:31:28 |
| 2 | reliable way for calculating birefringence? | 11:31:33 |
| 3 | MR. HYNES:  Same objection.  Vague, | 11:31:36 |
| 4 | overbroad. | 11:31:39 |
| 5 | A.    I don't think it's meaningless if you | 11:31:40 |
| 6 | don't have the correct gamma and alpha.  That's the | 11:31:42 |
| 7 | key.  Okay. | 11:31:47 |
| 8 | Q.    Okay.  Do you agree that subtracting | 11:31:49 |
| 9 | the maximum gamma less the maximum alpha and the | 11:31:53 |
| 10 | minimum gamma minus the minimum alpha will give you | 11:31:59 |
| 11 | a range of birefringence? | 11:32:02 |
| 12 | A.    I disagree. | 11:32:05 |
| 13 | Q.    You do.  Why? | 11:32:06 |
| 14 | A.    The concept maximum gamma, minimum | 11:32:08 |
| 15 | alpha is a confused concept.  You see, when we talk | 11:32:14 |
| 16 | of maximum and a minimum, it's not about single | 11:32:22 |
| 17 | particle.  It's about a group, like chrysotile.  You | 11:32:29 |
| 18 | have location for Vermont, from Canada, from | 11:32:34 |
| 19 | Arizona, from California.  Okay. | 11:32:41 |
| 20 | Then if we talk alpha.  Again, it's a | 11:32:44 |
| 21 | group of mineral, not individual.  For any | 11:32:50 |
| 22 | individual mineral chrysotile, you have only one | 11:32:55 |
| 23 | value of birefringence.  You have only one gamma and | 11:33:01 |
| 24 | one alpha.  Here is the problem, because I believe | 11:33:07 |

SHU-CHUN SU, PhD

Page 84

| | | |
|---|---|---|
| 1 | and also the data showed they misinterpreted the | 11:33:15 |
| 2 | dispersion staining color.  They think a mineral | 11:33:20 |
| 3 | particle display a range of dispersion staining | 11:33:25 |
| 4 | color for its parallel direction with the gamma or | 11:33:31 |
| 5 | so for its perpendicular direction which is alpha. | 11:33:35 |
| 6 | They interpret that as a range of recur [ph] index. | 11:33:40 |
| 7 | This is totally wrong. | 11:33:46 |
| 8 | Q.    I feel we are talking about two | 11:33:49 |
| 9 | different things.  One of them what I do understand | 11:33:50 |
| 10 | to be a criticism of yours about their findings, | 11:33:54 |
| 11 | multiple refractive indices within a singular | 11:33:58 |
| 12 | bundle, which is what I think you're talking about. | 11:34:02 |
| 13 | A.    Yes. | 11:34:05 |
| 14 | Q.    I am asking about something a little | 11:34:05 |
| 15 | bit more discreet. | 11:34:08 |
| 16 | Back to Exhibit 14 this is the EPA | 11:34:10 |
| 17 | 493 we see a range of birefringence reported as | 11:34:13 |
| 18 | between .004 to .017 for chrysotile. | 11:34:17 |
| 19 | A.    Correct. | 11:34:23 |
| 20 | Q.    And that's the same range of | 11:34:23 |
| 21 | birefringence -- | 11:34:25 |
| 22 | A.    In the book. | 11:34:27 |
| 23 | Q.    -- in the book, right? | 11:34:28 |
| 24 | A.    Yes. | 11:34:29 |

SHU-CHUN SU, PhD

Page 85

```
 1          Q.        Okay.  So it is fair to say that the      11:34:30

 2    birefringence values associated with chrysotile fall    11:34:34

 3    between .004 and .017?                                   11:34:40

 4          A.        Correct.                                 11:34:44

 5          Q.        All right.  And birefringence by the     11:34:45

 6    way is a unit list number.  It has -- it doesn't         11:34:47

 7    have units?                                              11:34:50

 8          A.        No.                                      11:34:51

 9          Q.        The birefringence associated with        11:34:55

10    talc is generally higher than this?                      11:34:58

11          A.        Much higher.                             11:35:00

12          Q.        Give me a range of the birefringence     11:35:02

13    you associate with talc.  It may be here actually.       11:35:06

14          A.        I think the best literature is Dr.       11:35:12

15    Gunter's on 2022 paper.  He was the first who            11:35:17

16    measured 20 talc from different localities where he      11:35:25

17    can collect the sample.  So he listed a range for        11:35:32

18    each talc, you have alpha, now you have a gamma.         11:35:38

19    But the average alpha I believe is around 1.50 --        11:35:43

20    1.540.  The average of gamma in his paper is 1.85,       11:35:53

21    if I remember correctly.  So the difference between      11:36:01

22    gamma and alpha on the average for talc is somewhere     11:36:07

23    under .045.  That we talk about that the range of        11:36:15

24    the birefringence about chrysotile an EPA method.        11:36:23
```

SHU-CHUN SU, PhD

Page 86

| | | |
|---|---|---|
| 1 | But for each individual samples, they have | 11:36:31 |
| 2 | individual value of the birefringence. | 11:36:36 |
| 3 | Q.    I understand what you're saying.  If | 11:36:40 |
| 4 | your evaluating a singular fiber of chrysotile and | 11:36:43 |
| 5 | you're calculating the refractive index for that | 11:36:47 |
| 6 | fiber, you can get a singular measurement for gamma | 11:36:50 |
| 7 | and alpha and calculate a singular birefringence | 11:36:53 |
| 8 | value? | 11:36:58 |
| 9 | A.    That's correct. | 11:36:59 |
| 10 | Q.    For something like what's present | 11:37:00 |
| 11 | here in Exhibit 14 -- again, this is page 26 of | 11:37:02 |
| 12 | Exhibit 14.  This is EPA R-93.  When you're dealing | 11:37:07 |
| 13 | with a range of multiple fibers or multiple | 11:37:14 |
| 14 | measurements, you can get a range of birefringences? | 11:37:19 |
| 15 | A.    Correct. | 11:37:24 |
| 16 | Q.    Mathematically, when you have ranges | 11:37:24 |
| 17 | like this, you would calculate the range of | 11:37:28 |
| 18 | birefringence in this case like what we see on the | 11:37:31 |
| 19 | page here, by taking the maximum high end and the | 11:37:36 |
| 20 | maximum -- high end of gamma, subtracted by the high | 11:37:40 |
| 21 | end of alpha, and the low end of gamma subtracted by | 11:37:44 |
| 22 | the low end of alpha as they did in this example? | 11:37:47 |
| 23 | A.    Yes. | 11:37:51 |
| 24 | Q.    Okay.  The range for birefringence -- | 11:37:52 |

SHU-CHUN SU, PhD

                                                              Page 87

1       by the way, you agree with that, right, when you're      11:37:59

2       dealing with ranges?                                     11:38:03

3              A.       Agree.                                    11:38:04

4              Q.       Yes.  Good.  When you're dealing with     11:38:04

5       birefringence for chrysotile, you will get numbers       11:38:07

6       that range from .004 up until around .017?               11:38:10

7              A.       Correct.                                  11:38:17

8              Q.       Understanding that any individual         11:38:17

9       fiber or bundle will have its own discrete               11:38:20

10      birefringence value?                                     11:38:23

11             A.       Between these two values.                11:38:24

12             Q.       Right.  I apologize.  I was probably      11:38:26

13      doing too many things at one time.  For talc, what       11:38:30

14      is the range of birefringence that you associated        11:38:34

15      with talc?                                               11:38:37

16             A.       I will referred to that table.  It's     11:38:40

17      somewhere I think between .04 to .05.                    11:38:45

18             Q.       Okay.  So somewhere around four to        11:38:51

19      five times higher?                                       11:38:54

20             A.       Yeah, that's about 10 times higher       11:38:55

21      than the chrysotile.                                     11:38:58

22             Q.       I have a section that I want to cover     11:39:26

23      and I think it will be probably be time for lunch,       11:39:29

24      okay?                                                    11:39:32

SHU-CHUN SU, PhD

Page 88

| | | |
|---|---|---|
| 1 | A.    Yes. | 11:39:32 |
| 2 | Q.    Your opinion about Dr. Longo's | 11:39:33 |
| 3 | finding of chrysotile in Johnson & Johnson's talc is | 11:39:41 |
| 4 | that what he's reporting as chrysotile is not | 11:39:45 |
| 5 | chrysotile? | 11:39:48 |
| 6 | A.    No. | 11:39:48 |
| 7 | Q.    Okay.  I mean that is your opinion, | 11:39:49 |
| 8 | correct? | 11:39:51 |
| 9 | A.    That's right. | 11:39:52 |
| 10 | Q.    Yes.  Okay.  Are you aware or have | 11:39:52 |
| 11 | you been told that Dr. Longo is not the only | 11:39:58 |
| 12 | scientist who has found chrysotile in Johnson & | 11:40:02 |
| 13 | Johnson's powder? | 11:40:05 |
| 14 | A.    I was aware I think there is a -- now | 11:40:08 |
| 15 | which agency is that?  EPA or -- | 11:40:16 |
| 16 | Q.    FDA. | 11:40:20 |
| 17 | A.    FDA.  Yeah.  I know it was sample | 11:40:21 |
| 18 | analyze by a lab in Maryland.  Okay.  I have been to | 11:40:25 |
| 19 | that lab.  I was aware they found asbestos in the | 11:40:30 |
| 20 | sample. | 11:40:35 |
| 21 | Q.    You're talking about the AMA? | 11:40:36 |
| 22 | A.    AMA. | 11:40:38 |
| 23 | Q.    Yeah.  Were you aware of this prior | 11:40:39 |
| 24 | to being retained by Johnson & Johnson as an expert? | 11:40:43 |

SHU-CHUN SU, PhD

Page 89

| | | |
|---|---|---|
| 1 | A.    I never look into that before my | 11:40:49 |
| 2 | involvement, but after I was retained as an expert | 11:40:54 |
| 3 | witness, I was reading literature, then I came up to | 11:41:02 |
| 4 | that AMA.  It's appendix for the FDA kind of report, | 11:41:09 |
| 5 | yeah. | 11:41:17 |
| 6 | Q.    Is this literature that was provided | 11:41:20 |
| 7 | to you by Mr. Hynes? | 11:41:21 |
| 8 | A.    No.  That's -- I was -- I was | 11:41:23 |
| 9 | review -- looking the literature related to this | 11:41:29 |
| 10 | topic. | 11:41:32 |
| 11 | Q.    I could be wrong about this, but I | 11:41:34 |
| 12 | don't know if the AMA results were ever published in | 11:41:38 |
| 13 | the peer-reviewed literature.  It may have been -- | 11:41:42 |
| 14 | A.    It's on the internet. | 11:41:44 |
| 15 | Q.    So you were just doing basically a | 11:41:45 |
| 16 | Google search about -- | 11:41:47 |
| 17 | A.    That's right. | 11:41:49 |
| 18 | Q.    Got you.  You came across the AMA | 11:41:49 |
| 19 | findings from a couple years ago? | 11:41:52 |
| 20 | A.    No.  This year. | 11:41:56 |
| 21 | Q.    No, no, no.  Their findings were from | 11:41:58 |
| 22 | a couple years ago? | 11:42:01 |
| 23 | A.    Yes. | 11:42:02 |
| 24 | Q.    I'm sorry.  That was confusing. | 11:42:03 |

SHU-CHUN SU, PhD

Page 90

| | | |
|---|---|---|
| 1 | That's something that you discovered after you | 11:42:05 |
| 2 | became an expert -- or after you agreed to serve as | 11:42:07 |
| 3 | an expert witness? | 11:42:12 |
| 4 | A.    Correct. | 11:42:13 |
| 5 | Q.    That was part of your review that | 11:42:13 |
| 6 | accounted for some of that billing that we looked at | 11:42:15 |
| 7 | before? | 11:42:17 |
| 8 | A.    Yes. | 11:42:18 |
| 9 | Q.    Right.  Are you aware that McCrone, | 11:42:18 |
| 10 | as a hired lab for Johnson & Johnson, found | 11:42:24 |
| 11 | chrysotile in Johnson & Johnson's Baby Powder? | 11:42:27 |
| 12 | A.    That, I am not aware. | 11:42:32 |
| 13 | Q.    Are you aware that the Colorado | 11:42:34 |
| 14 | School of Mines found chrysotile in Johnson & | 11:42:37 |
| 15 | Johnson's Baby Powder? | 11:42:41 |
| 16 | A.    That literature I read.  I was aware. | 11:42:41 |
| 17 | Q.    Are you aware that NIOSH, the | 11:42:46 |
| 18 | National Institution of Occupational Safety and | 11:42:49 |
| 19 | Health, through a series of contractors found | 11:42:52 |
| 20 | chrysotile in Johnson & Johnson's Baby Powder? | 11:42:55 |
| 21 | A.    No, I don't. | 11:42:57 |
| 22 | Q.    Are you aware that Art Langer found | 11:42:58 |
| 23 | chrysotile in Johnson & Johnson's Baby Powder? | 11:43:00 |
| 24 | A.    No. | 11:43:03 |

SHU-CHUN SU, PhD

Page 91

1          Q.      Are you aware that RJ Lee found          11:43:03

2    chrysotile in Johnson & Johnson's Baby Powder?          11:43:06

3          A.      No.                                       11:43:09

4          Q.      You didn't know that?                     11:43:09

5          A.      No.                                       11:43:10

6          Q.      They didn't tell you that?                11:43:10

7          A.      No.                                       11:43:11

8          Q.      Didn't bother to mention it to you        11:43:12

9    while you're looking at all these things?              11:43:14

10         A.      I did come across.  I did Google          11:43:16

11   search.  I did not come up with any document saying    11:43:20

12   RJ Lee has found the, like you said, the asbestos in   11:43:25

13   baby powder.  No, I don't.                             11:43:31

14         Q.      You understand that Bryan Bandli and      11:43:33

15   Matt Sanchez, they work for RJ Lee?                    11:43:37

16         A.      I do.  They never told me.                11:43:40

17         Q.      Right.  Are you aware that Johnson &      11:43:42

18   Johnson's suppliers, including supplier generally      11:43:48

19   referred to as Imerys or Rio Tinto found chrysotile   11:43:52

20   in the supply for baby powder?                         11:43:56

21         A.      No, I am not aware.                       11:44:02

22                 MR. BRALY:  Kevin, this is a good a       11:44:23

23   time as any.                                           11:44:25

24                 MR. HYNES:  Should we break for lunch    11:44:26

SHU-CHUN SU, PhD

Page 92

1    here?                                                      11:44:28

2                        MR. BRALY:   Yes.                      11:44:29

3                        (A luncheon recess was taken.)         12:25:18

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

SHU-CHUN SU, PhD

Page 93

| | | |
|---|---|---|
| 1 | AFTERNOON SESSION | 12:25:18 |
| 2 | | 12:28:11 |
| 3 | BY MR. BRALY: | 12:28:11 |
| 4 | Q.    Welcome back from lunch. | 12:28:18 |
| 5 | A.    Thanks. | 12:28:21 |
| 6 | Q.    I hope that was -- you had a nice | 12:28:21 |
| 7 | break.  And just keep in mind that you need to -- if | 12:28:23 |
| 8 | you want to take a break or something, just to | 12:28:28 |
| 9 | stretch -- | 12:28:32 |
| 10 | A.    I will let you know. | 12:28:32 |
| 11 | Q.    Please do. | 12:28:33 |
| 12 | A.    So far, I'm okay. | 12:28:34 |
| 13 | Q.    Great.  We had looked at what's -- | 12:28:36 |
| 14 | should be on your screen right here about samples, | 12:28:40 |
| 15 | 26 pages of samples that came from a folder that was | 12:28:45 |
| 16 | labeled "Sent to Su."  That includes all of these | 12:28:49 |
| 17 | similar-looking containers with different labels on | 12:28:54 |
| 18 | them.  For example, the second page of this says | 12:28:58 |
| 19 | .560 HD Valadez with and it gives a number M12001 | 12:29:02 |
| 20 | CTL? | 12:29:11 |
| 21 | Were all of these containers provided | 12:29:11 |
| 22 | to you by Matt Sanchez? | 12:29:15 |
| 23 | A.    Yes.  Again, these are the samples I | 12:29:18 |
| 24 | analyzed. | 12:29:25 |

SHU-CHUN SU, PhD

Page 94

| | | |
|---|---|---|
| 1 | Q.      Yes.   These are all part of the | 12:29:25 |
| 2 | samples that you analyzed in June with Matt Sanchez | 12:29:28 |
| 3 | and Bryan Bandli? | 12:29:31 |
| 4 | A.      Correct. | 12:29:32 |
| 5 | Q.      And then you've provided those | 12:29:33 |
| 6 | samples to us in the materials provided prior to | 12:29:37 |
| 7 | this deposition? | 12:29:41 |
| 8 | A.      Say again. | 12:29:43 |
| 9 | Q.      All of your images from the samples | 12:29:44 |
| 10 | were provided? | 12:29:49 |
| 11 | A.      Yes. | 12:29:49 |
| 12 | Q.      Yeah.  So I was going to ask you | 12:29:50 |
| 13 | about some of these.  Some of these samples involve | 12:29:53 |
| 14 | what is purported to be SG-210 mounted in 1.550 oil. | 12:29:57 |
| 15 | There is another one in 1.560. | 12:30:06 |
| 16 | A.      Correct. | 12:30:10 |
| 17 | Q.      So I have some of these images.  I | 12:30:10 |
| 18 | wanted to mark those images as exhibits as we go | 12:30:14 |
| 19 | forward here.  I am going to start with -- if I can | 12:30:18 |
| 20 | get this to work -- what is going to be Exhibit 18. | 12:30:20 |
| 21 | (Exhibit 18 Sample CDCS 1.550 with SG-210 | 12:30:24 |
| 22 | Alpha marked for identification.) | 12:30:37 |
| 23 | Q.      Exhibit 18 is a single photo that's | 12:30:25 |
| 24 | marked as a number followed by CDCS 1.550 with | 12:30:28 |

SHU-CHUN SU, PhD

Page 95

```
 1    SG-210 alpha.                                    12:30:36

 2           A.      Correct.                          12:30:39

 3           Q.      So this is a photo of that SG-210 in  12:30:39

 4    the alpha direction or the perpendicular direction  12:30:46

 5    under polarized light, correct?                 12:30:50

 6           A.      Correct.                          12:30:52

 7           Q.      In 1.550 refractive index liquid?  12:30:53

 8           A.      The number preceding that, 3183377,  12:30:58

 9    indicates that is Valadez talc baby powder.  That  12:31:03

10    baby powder was spiked with SG-210 I look at that  12:31:10

11    sample.                                          12:31:16

12           Q.      Are you sure about that?          12:31:19

13           A.      Yes, I'm sure.                    12:31:20

14           Q.      Okay.  So this is not an analysis of  12:31:34

15    just straight unadulterated SG-210.  This is a   12:31:40

16    spiked sample of the Valadez baby powder?        12:31:45

17           A.      Correct.                          12:31:48

18           Q.      Okay.  This might be a dumb question,  12:31:49

19    but how do you know what we are looking at is the  12:31:56

20    SG-210?                                          12:31:58

21           A.      Because it was prepared with the   12:32:00

22    SG-210 first provided by Dr. Longo to Professor   12:32:04

23    Gunter, then from Gunter to Mr. Sanchez, then Mr.  12:32:11

24    Sanchez brought that sample.                     12:32:17
```

SHU-CHUN SU, PhD

Page 96

| | | |
|---|---|---|
| 1 | Q.        I guess what I am asking is, how do | 12:32:20 |
| 2 | you know that what you're looking at isn't asbestos | 12:32:22 |
| 3 | that was in the Johnson's Baby Powder absent the | 12:32:26 |
| 4 | spiking? | 12:32:30 |
| 5 | A.        Because the optical property | 12:32:30 |
| 6 | indicates the SG-210 shows a blue central stop | 12:32:33 |
| 7 | disbursing staining color along its gamma direction | 12:32:44 |
| 8 | but lighter than the blue in the gamma direction. | 12:32:49 |
| 9 | Q.        You said gamma twice. | 12:32:54 |
| 10 | A.        No, alpha versus gamma.  Alpha is | 12:32:57 |
| 11 | slight lighter.  Gamma is deeper blue. | 12:33:01 |
| 12 | Q.        Isn't that also true for just | 12:33:04 |
| 13 | chrysotile? | 12:33:06 |
| 14 | A.        No.  The 1866, chrysotile, the | 12:33:09 |
| 15 | distinction between 1866 chrysotile versus the | 12:33:20 |
| 16 | Calidria SG-210 is the gamma direction.  I have the | 12:33:27 |
| 17 | micrograph showing that it's magenta in color. | 12:33:33 |
| 18 | Q.        I don't think 1866 has ever been | 12:33:39 |
| 19 | reported to be present in Johnson's Baby Powder. | 12:33:43 |
| 20 | 1866 is a Canadian chrysolite. | 12:33:50 |
| 21 | A.        No, but I said they are spiked | 12:33:50 |
| 22 | sample.  They purposely put the 1866 to spike the | 12:33:53 |
| 23 | Valadez baby powder. | 12:34:00 |
| 24 | Q.        I suppose my question remains, is, | 12:34:05 |

SHU-CHUN SU, PhD

Page 97

| | | |
|---|---|---|
| 1 | how do you know that what you're looking at is one | 12:34:10 |
| 2 | of the spike fibers and not asbestos that was | 12:34:13 |
| 3 | present in the Valadez baby powder? | 12:34:15 |
| 4 | A. Because I examine the Valadez sample, | 12:34:19 |
| 5 | pure nonspiked. I did not find any chrysotile | 12:34:25 |
| 6 | structure. | 12:34:38 |
| 7 | Q. Do you -- so this image -- and this | 12:34:39 |
| 8 | is -- I will just do this: | 12:34:47 |
| 9 | Let me put up the next image here, | 12:34:50 |
| 10 | which is going to be Exhibit 19. | 12:34:53 |
| 11 | (Exhibit 19 Sample CDCS 1.550 with SG-210 | 12:34:57 |
| 12 | Gamma marked for identification.) | 12:34:58 |
| 13 | Q. This is the same sample in the gamma | 12:34:58 |
| 14 | direction, correct? | 12:35:01 |
| 15 | A. Yes. | 12:35:04 |
| 16 | Q. Okay. Again, in 1.550 refractive | 12:35:06 |
| 17 | index oil? | 12:35:10 |
| 18 | A. Yes. | 12:35:11 |
| 19 | Q. So when you're evaluating the color | 12:35:12 |
| 20 | of this sample, is it your opinion that this color | 12:35:19 |
| 21 | is uniform throughout this image? | 12:35:27 |
| 22 | A. Uniform for what? | 12:35:30 |
| 23 | Q. From the edge to the center. | 12:35:35 |
| 24 | A. No. | 12:35:37 |

SHU-CHUN SU, PhD

Page 98

1          Q.     Okay.  When using color to identify a      12:35:38

2    central stop dispersion staining reference, where is    12:35:44

3    the appropriate location on a particle in the gamma     12:35:54

4    direction to identify the representative color?         12:35:59

5          A.     I am glad you bring this up.  That I       12:36:03

6    want to explain.  A structure of a mineral like here    12:36:06

7    is a chrysotile.  It's a fibrous, fiber bundle.         12:36:16

8    It's consistent with the fiber oils.                    12:36:25

9               Now, the interface between those             12:36:29

10   fibers will affect the dispersion staining color.       12:36:33

11   Therefore, I think we need to differentiate between     12:36:40

12   the true central stop dispersion staining color         12:36:47

13   which is representative the true refract index of       12:36:54

14   the structure versus those central stop                 12:36:59

15   dispersion -- what I call distorted color.  Those       12:37:05

16   color is not indicative of the gamma value of the       12:37:09

17   fiber.  What I am saying is, even it display a range    12:37:15

18   of color, different color doesn't mean it is a range    12:37:26

19   of refract index.  Same is true for 1866 photograph.    12:37:30

20   They show a range of the dispersion staining color,     12:37:38

21   which was interpreted by Dr. Longo as the variation     12:37:44

22   of refract index of the 1866, which is incorrect,       12:37:49

23   because 1866 has a constant value of 1.556 for the      12:37:56

24   gamma direction.  Those color which does not            12:38:07

SHU-CHUN SU, PhD

Page 99

| | | |
|---|---|---|
| 1 | correspond to 1.556, they are distorted due to the | 12:38:14 |
| 2 | interface condition between fibers.  I have graphic | 12:38:21 |
| 3 | to explain the formation of the distorted color. | 12:38:29 |
| 4 | Q.    I believe it's one of your slides? | 12:38:37 |
| 5 | A.    Yeah. | 12:38:39 |
| 6 | Q.    I've seen it.  It's not what I am | 12:38:40 |
| 7 | asking you about here.  Let's look at Exhibit 19 | 12:38:43 |
| 8 | here.  I have tried to enlarge it a little bit. | 12:38:46 |
| 9 | The fiber, this item that you could | 12:38:52 |
| 10 | see in the horizontal direction here in the center | 12:38:56 |
| 11 | of this, if you look at it in the center, there is | 12:39:00 |
| 12 | some golden color, there is some reddish color.  On | 12:39:03 |
| 13 | the edges it's kind of purplish. | 12:39:06 |
| 14 | When you're -- when you're evaluating | 12:39:11 |
| 15 | what color corresponds to the chart, where do you | 12:39:16 |
| 16 | select the color?  On the edges?  On the center of | 12:39:23 |
| 17 | the structure?  What color do you use when there's | 12:39:26 |
| 18 | multiple colors in a sample like Exhibit 19? | 12:39:30 |
| 19 | A.    Yes.  Now, in order to determine | 12:39:35 |
| 20 | which color to be used to derive the refract index | 12:39:43 |
| 21 | of this fiber, first you will have to determine | 12:39:52 |
| 22 | which is the true, I call it true central stop | 12:39:57 |
| 23 | dispersion staining color.  The way to distinguish | 12:40:02 |
| 24 | them -- see, this is a McCrone dispersion staining | 12:40:07 |

SHU-CHUN SU, PhD

Page 100

```
 1    objective.  It has a three setting.  One is central    12:40:12
 2    stop.  One is annular stop.  Another is just --        12:40:18
 3    there is no stop.  So in this case when you are in      12:40:26
 4    doubt which color is the right one to use, you          12:40:33
 5    switch that to the no stop and you close the            12:40:39
 6    aperture diaphragm to examine the Becke line.           12:40:46
 7            Q.      I was going to talk about Becke lines    12:40:50
 8    later.  Becke line analysis is a different form of      12:40:54
 9    analysis than phase contrast microscopy, correct?      12:40:58
10                 MR. HYNES:  Objection to the form.        12:41:02
11            A.      Not phase contrast.  There are four     12:41:04
12    method measuring refract index in polarized light      12:41:08
13    microscope.  The traditional, the foremost one is      12:41:15
14    Becke line.  Later on, there is another method          12:41:21
15    called oblique elimination.  However, oblique          12:41:26
16    elimination method is only used for screening          12:41:33
17    purpose to see my liquid is too high or too low        12:41:38
18    until you got the liquid closer to the object, the     12:41:46
19    structure you are measuring.  Then you do the Becke    12:41:52
20    line.  Becke line is the most accurate method.         12:41:58
21                 Now, later for the asbestos industry,     12:42:03
22    since it's a commercial operation, it's not a          12:42:08
23    research, they can't afford to spend too much time     12:42:12
24    on a sample.  So Becke line -- because Becke line      12:42:19
```

SHU-CHUN SU, PhD

Page 101

| 1 | you have to change the liquid.  You put a liquid. | 12:42:23 |
| 2 | You find it's higher than the structure.  Now you | 12:42:28 |
| 3 | prepare another sample, use a lower liquid until | 12:42:34 |
| 4 | they got the match.  So it's cumbersome.  It's | 12:42:40 |
| 5 | time-consuming.  It's not for the commercial | 12:42:45 |
| 6 | operation. | 12:42:48 |
| 7 | Then the third method is the | 12:42:49 |
| 8 | dispersion staining. | 12:42:54 |
| 9 | Q.    Did you perform a Becke line analysis | 12:42:57 |
| 10 | of this particle? | 12:43:00 |
| 11 | A.    I did. | 12:43:02 |
| 12 | Q.    Is that part of your Becke line | 12:43:02 |
| 13 | folder? | 12:43:05 |
| 14 | A.    Not -- which folder -- | 12:43:06 |
| 15 | Q.    I'm sorry.  I shouldn't have thrown | 12:43:10 |
| 16 | that at you.  Is that part of the materials that you | 12:43:11 |
| 17 | produced? | 12:43:15 |
| 18 | A.    Actually, I think in the folder of | 12:43:15 |
| 19 | the glass, I want use the glass, the Cargille glass | 12:43:18 |
| 20 | in 1.55 and 1.560.  That folder, I want use the | 12:43:26 |
| 21 | glass to show what it distorted central stop | 12:43:35 |
| 22 | dispersion staining color versus the Becke line. | 12:43:40 |
| 23 | And how do you use Becke line to -- | 12:43:45 |
| 24 | Q.    I see, I see that folder.  I can talk | 12:43:50 |

SHU-CHUN SU, PhD

Page 102

| 1 | to you about it later. | 12:43:55 |

1    to you about it later.                                12:43:55

2              I am asking specifically with this        12:43:56

3    SG-210 fiber, did you specifically do a Becke line   12:43:58

4    analysis of this?                                    12:44:02

5         A.    Yes, I did.                               12:44:04

6         Q.    Is that included in the photos that I     12:44:05

7    have?  I don't know that I have seen that.           12:44:08

8         A.    I did not take the picture, because       12:44:10

9    it just flip to switch, then you observe.  Which is  12:44:13

10   automatic kind of operation for me.  See, I keep     12:44:27

11   switching between the central stop and Becke line.   12:44:31

12        Q.    Okay.  So for this particular fiber,      12:44:37

13   which color is the color that is the right color in  12:44:45

14   comparison to the CDCS chart -- CSDS?                12:44:49

15        A.    That is the color corresponding to        12:44:56

16   the 1.560 refract index.                             12:45:01

17        Q.    What color is that?  We have, we have      12:45:06

18   a golden, we have a reddish, we have purple, we have  12:45:12

19   a little bit of blue in there.  What color is the     12:45:15

20   color that you're then comparing to the CSDS chart?   12:45:19

21        A.    I believe reddish purple.                 12:45:25

22        Q.    Okay.  So for this fiber that's           12:45:29

23   Exhibit 19, you're identifying that as corresponding  12:45:33

24   with reddish purple?                                 12:45:38

SHU-CHUN SU, PhD

Page 103

```
 1              A.       Correct.                        12:45:39

 2              Q.       Okay.   There is no -- there is no    12:45:40

 3       scale bar for this photograph, correct?         12:45:59

 4              A.       In this image, it doesn't, but I took    12:46:03

 5       a series image with the scale bar.   There is one    12:46:09

 6       sample I prepare the sample on a micrometer.   So    12:46:14

 7       it's superimposed on the micrometer to show the    12:46:24

 8       scale of the particle size, which in the photo    12:46:30

 9       probably was named micrometer or something like    12:46:34

10       that.                                           12:46:38

11              Q.       So there is -- I am going to show an    12:46:47

12       image here and ask you if this is the image that    12:47:07

13       corresponds with that one.                      12:47:10

14              A.       Yes.   See the background, this is a    12:47:12

15       sample prepared on the surface of the micrometer.    12:47:16

16              Q.       What I am asking is, is the image we    12:47:22

17       are looking at -- I am mark this next one as    12:47:25

18       Exhibit 20.                                     12:47:27

19              (Exhibit 20 Micrometer 3183377 at Focus    12:47:27

20       1.550 Talc Particle marked for identification.)    12:47:28

21              Q.       Is this the same image as Exhibit 19?    12:47:28

22              A.       No.                             12:47:32

23              Q.       No?                             12:47:33

24              A.       But I am sure we will find an image    12:48:02
```

SHU-CHUN SU, PhD

Page 104

| | | |
|---|---|---|
| 1 | of the micrometer image with the gamma value, gamma | 12:48:05 |
| 2 | dispersion staining color in central stop dispersion | 12:48:13 |
| 3 | mode. | 12:48:22 |
| 4 | Q.    Okay.  We will look at what we are | 12:48:22 |
| 5 | going to mark as Exhibit 21. | 12:48:25 |
| 6 | A.    Yes.  This is the corresponding | 12:48:28 |
| 7 | central stop dispersion staining image. | 12:48:31 |
| 8 | (Exhibit 21 Micrometer 318337 CSDS 1.550 | 12:49:07 |
| 9 | talc particle gamma marked for identification.) | 12:49:14 |
| 10 | Q.    Okay.  Let me do this:  Okay.  So | 12:48:36 |
| 11 | this image that we are looking at, which is | 12:49:02 |
| 12 | Exhibit 21, is entitled "Micrometer 318337 CSDS | 12:49:05 |
| 13 | 1.550 talc particle gamma" and this image is what | 12:49:13 |
| 14 | you were saying is the same image as Exhibit 19? | 12:49:20 |
| 15 | A.    No.  This is -- wait a second.  You | 12:49:24 |
| 16 | mean this?  I think you show a Becke line image. | 12:49:30 |
| 17 | That is the same of this.  Not the one without | 12:49:38 |
| 18 | micrometer.  No.  This is not. | 12:49:43 |
| 19 | Q.    Not this one? | 12:49:46 |
| 20 | MR. HYNES:  Exhibit 20. | 12:49:47 |
| 21 | MR. BRALY:  Exhibit 20 he already | 12:49:51 |
| 22 | told me wasn't. | 12:49:52 |
| 23 | A.    This is not.  Whenever there is no | 12:49:53 |
| 24 | micrometer in the file name, it is not a sample | 12:49:59 |

SHU-CHUN SU, PhD

Page 105

| | | |
|---|---|---|
| 1 | prepared on the micrometer. | 12:50:04 |
| 2 | MR. HYNES:  Show Exhibit 20.  21 and | 12:50:10 |
| 3 | 20 I think relate to one another. | 12:50:13 |
| 4 | MR. BRALY:  They both come from the | 12:50:16 |
| 5 | micrometer folder. | 12:50:18 |
| 6 | BY MR. BRALY: | 12:50:19 |
| 7 | Q.    This is Exhibit 20.  This is | 12:50:19 |
| 8 | Exhibit 21.  Did you superimpose a micrometer over | 12:50:23 |
| 9 | Dr. Longo's findings? | 12:50:31 |
| 10 | A.    No.  This sample I prepared by | 12:50:33 |
| 11 | sprinkle the baby powder on the micrometer slide | 12:50:40 |
| 12 | instead a regular blank slide because I want the | 12:50:49 |
| 13 | micrometer image showing same time in the field of | 12:50:55 |
| 14 | view. | 12:51:01 |
| 15 | Q.    The particle that we are looking at | 12:51:01 |
| 16 | in Exhibit 21, right here, that's golden.  Looks | 12:51:03 |
| 17 | like there might be some greenish lineation and some | 12:51:11 |
| 18 | reddish on the outside, what is that? | 12:51:16 |
| 19 | A.    These are the distorted dispersion | 12:51:20 |
| 20 | staining color of the talc elongated talc particle. | 12:51:25 |
| 21 | Q.    So that's talc? | 12:51:31 |
| 22 | A.    This is talc. | 12:51:32 |
| 23 | Q.    Okay.  And this is a sample that you | 12:51:34 |
| 24 | prepared? | 12:51:38 |

SHU-CHUN SU, PhD

Page 106

1          A.        Correct.                              12:51:38

2          Q.        Okay.  Going back to what my question  12:51:39

3    had been, for Exhibit 19, you do not have a scale    12:51:43

4    bar for this photograph, correct?                     12:51:49

5          A.        Because I am taking the same           12:51:51

6    objective, does that scale bar applicable to this.   12:51:57

7    When I -- if I process image, I will type the nature  12:52:04

8    of the sample and also I will put the scale bar on    12:52:13

9    the image.  But this is the raw data.                 12:52:17

10          Q.        Okay.                                12:52:23

11          A.        It's not been prosed.  I did not have  12:52:23

12    time to put the scale bar on that image.              12:52:28

13          Q.        Okay.  So if we look at Exhibit 21,    12:52:33

14    the particle on Exhibit 20 -- first of all, the      12:52:37

15    field of view for Exhibit 19 and Exhibit 21 is the   12:52:41

16    same field of view, correct?                          12:52:44

17          A.        This are two different sample.        12:52:47

18          Q.        Not my question.  I understand they   12:52:50

19    are two different samples.                            12:52:52

20          A.        The same field of view, same          12:52:53

21    objective.                                            12:52:56

22          Q.        Okay.  So if we were to superimpose   12:52:56

23    the micrometer from Exhibit 21 on to Exhibit 19,     12:52:59

24    that would be a fair thing to do?                     12:53:06

SHU-CHUN SU, PhD

Page 107

| | | |
|---|---|---|
| 1 | A.      Correct. | 12:53:09 |
| 2 | Q.      Exhibit 19 is an image of a | 12:53:10 |
| 3 | chrysotile fiber, correct? | 12:53:14 |
| 4 | A.      Correct. | 12:53:16 |
| 5 | Q.      Exhibit 19, this one.  Okay? | 12:53:17 |
| 6 | Exhibit 21 is an image of fibrous talc? | 12:53:21 |
| 7 | A.      Correct. | 12:53:25 |
| 8 | Q.      How close in size are these two | 12:53:26 |
| 9 | fibers? | 12:53:34 |
| 10 | A.      I think they are close. | 12:53:36 |
| 11 | Q.      They appear to be close, don't they? | 12:53:38 |
| 12 | A.      They are. | 12:53:40 |
| 13 | Q.      One of your criticisms of Dr. Longo's | 12:53:44 |
| 14 | work that chrysotile fibers in fact don't occur at | 12:53:47 |
| 15 | the same size. | 12:53:51 |
| 16 | A.      No.  If you look the one, the 19 -- | 12:53:55 |
| 17 | can you put 19? | 12:53:59 |
| 18 | Q.      Yes, sir. | 12:54:00 |
| 19 | A.      You see, this structure is larger | 12:54:04 |
| 20 | than the talc particle. | 12:54:09 |
| 21 | Q.      Sure.  They are not exact matches. | 12:54:13 |
| 22 | But they are close in size, are they not? | 12:54:16 |
| 23 | A.      You see, if you -- I think the best | 12:54:19 |
| 24 | example is the USP study.  They have two particle | 12:54:25 |

SHU-CHUN SU, PhD

Page 108

1    distribution of the talc versus the chrysotile        12:54:33

2    spiked in the talc sample.  It's two population.      12:54:38

3    However, the peak of the talc, the particle size is   12:54:44

4    smaller than the chrysotile average size.  However,   12:54:53

5    the two curve is overlap, which means there are       12:55:00

6    chrysotile fiber similar or even smaller than this.   12:55:08

7    However, if you measure all the chrysotile in a       12:55:14

8    sample, you plot it, it's the particle size is        12:55:20

9    larger than the talc.                                 12:55:27

10             Also, I took some SEM image of the          12:55:31

11   spiked sample.  On the SEM, it's easier to find the   12:55:37

12   chrysotile compared on the optical microscope.        12:55:48

13        Q.     Is that the wet-sieved --                 12:55:55

14        A.     That label the wet sieve, about 400       12:56:04

15   mesh sieve, yeah.                                     12:56:08

16        Q.     Now, all of what we are talking           12:56:11

17   about, this work here with Exhibits 19, 20, and 21,   12:56:13

18   Exhibit 18 as well, as well as the files that you're  12:56:17

19   talking about with the wet-sieved chrysotile, all of  12:56:21

20   this was done the month after you issued your expert  12:56:25

21   report in the MDL case and the chemical arts case?    12:56:31

22        A.     Correct.  The MDL report was issued       12:56:41

23   on May the 21st.  The work I did is between 15th to   12:56:44

24   17th of June, the next month.                         12:56:53

SHU-CHUN SU, PhD

Page 109

| | | |
|---|---|---|
| 1 | Q.    I want to continue kind of | 12:57:53 |
| 2 | identifying various things that you took pictures | 12:57:55 |
| 3 | of. | 12:57:58 |
| 4 | Exhibit 22 is an image what is | 12:57:58 |
| 5 | purported to be this SG-210 chrysotile in 1.560 | 12:58:03 |
| 6 | refractive index liquid, correct? | 12:58:09 |
| 7 | A.    Correct. | 12:58:13 |
| 8 | (Exhibit 22 3183377 with SG210 chrysotile in | 12:58:13 |
| 9 | 1.560 alpha marked for identification.) | 12:58:14 |
| 10 | Q.    Okay.  And again it is your position | 12:58:14 |
| 11 | or your understanding that what you you've taken a | 12:58:21 |
| 12 | photo of is the Valadez talc sample spiked with | 12:58:25 |
| 13 | SG-210? | 12:58:29 |
| 14 | A.    Correct. | 12:58:31 |
| 15 | Q.    What percentage by weight, if you | 12:58:31 |
| 16 | know, SG-210 was spiked into the sample? | 12:58:35 |
| 17 | A.    I believe it's 1 percent or | 12:58:39 |
| 18 | .1 percent, either it's 1 percent or .1 percent. | 12:58:43 |
| 19 | Q.    There is a big difference between | 12:58:48 |
| 20 | those two. | 12:58:49 |
| 21 | A.    That's right. | 12:58:50 |
| 22 | Q.    You don't know? | 12:58:51 |
| 23 | A.    I don't remember.  I believe it's | 12:58:55 |
| 24 | 1 percent. | 12:58:59 |

SHU-CHUN SU, PhD

Page 110

| | | |
|---|---|---|
| 1 | (Exhibit 23 3183377 With SG210 Chrysotile in | 12:58:59 |
| 2 | 1.560 Gamma marked for identification.) | 12:59:01 |
| 3 | Q.    Exhibit 23 is that same sample but | 12:59:01 |
| 4 | this time 1.560 refractive index fluid, correct? | 12:59:09 |
| 5 | A.    Correct. | 12:59:15 |
| 6 | Q.    So here is where I am going to ask | 12:59:16 |
| 7 | questions about the PLM process that maybe I don't | 12:59:19 |
| 8 | understand fully.  Exhibit 19 is the SG-210 and | 12:59:22 |
| 9 | 1.550 RI fluid? | 12:59:36 |
| 10 | A.    Yes. | 12:59:39 |
| 11 | Q.    Exhibit 23 is -- | 12:59:40 |
| 12 | A.    560. | 12:59:42 |
| 13 | Q.    I hate to be parental about this, but | 12:59:50 |
| 14 | you have to let me finish the question. | 12:59:53 |
| 15 | A.    Sorry. | 12:59:55 |
| 16 | Q.    Exhibit 19 and Exhibit 23, they are | 13:00:00 |
| 17 | not the same fiber, right? | 13:00:04 |
| 18 | A.    No. | 13:00:07 |
| 19 | Q.    Right.  I thought so.  I just wanted | 13:00:08 |
| 20 | to make sure.  Okay. | 13:00:11 |
| 21 | Now, for Exhibit 23 and the 1.560, | 13:00:13 |
| 22 | again, it appears to be predominantly blue, but | 13:00:21 |
| 23 | there is little blue in the middle and then this | 13:00:26 |
| 24 | blade of yellowish on the outside and this little | 13:00:29 |

SHU-CHUN SU, PhD

Page 111

1    starburst pattern here on the central left side.    13:00:32

2    And then on the edges on the left side, we have a    13:00:37

3    line of red and then some lighter blue and some    13:00:40

4    darker blue even get a little bit of greenish up    13:00:43

5    here in the west, northwest of the structure.    13:00:48

6                  What color do you identify this fiber    13:00:53

7    with for purposes of reference to the CSDS chart?    13:00:57

8          A.    Okay.  This photograph actually the    13:01:02

9    fiber is the horizontal section.  Okay.  They are    13:01:08

10   not continuous to this part.  This fiber I am    13:01:16

11   looking at, it's not as I said.  It is not    13:01:22

12   continuous to this end.    13:01:28

13         Q.    So because nobody is ever going to    13:01:31

14   know what you're pointing at on the written record,    13:01:33

15   you're saying the section to the right of the eye    13:01:39

16   starburst is the fiber you're evaluating?    13:01:42

17         A.    That's correct.  And the color is    13:01:45

18   this deep blue I confirm that by Becke line.    13:01:49

19         Q.    That deep blue color on the southern    13:01:56

20   edge of the fiber is the color that you would    13:02:00

21   identify with that fiber?    13:02:02

22         A.    Correct.    13:02:04

23                  MR. PLACITELLA:  Are you able to put    13:02:05

24   the cursor over that?    13:02:06

SHU-CHUN SU, PhD

```
                                                    Page 112

  1                    MR. BRALY:  It wouldn't show up on    13:02:09

  2        the record.                                        13:02:10

  3        BY MR. BRALY:                                      13:02:42

  4             Q.     So as you go from south to north in    13:02:44

  5        this middle, section, it goes from dark blue to    13:02:46

  6        light blue, to the top you get this greenish reddish 13:02:53

  7        menagerie?                                          13:02:57

  8             A.     Yes.                                   13:02:59

  9             Q.     Are you saying that you switched the   13:02:59

 10        oculus to remove the central stop to evaluate the  13:03:04

 11        Becke line?                                        13:03:08

 12             A.     No.  The objective --                  13:03:09

 13             Q.     The objective.  I'm sorry.             13:03:09

 14                    (Reporter asks for clarification.)     13:03:09

 15                    THE WITNESS:  The dispersion           13:03:16

 16        staining, dispersion staining objective.           13:03:18

 17             Q.     And by doing that, you could evaluate  13:03:35

 18        the Becke line?                                    13:03:39

 19             A.     Correct.                               13:03:42

 20             Q.     And in evaluating the Becke line, am   13:03:42

 21        I correct that you bring the image slightly out of 13:03:48

 22        focus to evaluate the border between the fiber and 13:03:52

 23        the fluid?                                         13:03:56

 24             A.     No.  The Becke line you need to focus  13:03:57
```

SHU-CHUN SU, PhD

Page 113

| | | |
|---|---|---|
| 1 | on that.  You did not change the focus.  So when I | 13:04:00 |
| 2 | switch between the central stop dispersion staining | 13:04:05 |
| 3 | mode to the Becke line mode you don't change the | 13:04:11 |
| 4 | focus. | 13:04:18 |
| 5 | Q.    Isn't it a critique of using Becke | 13:04:19 |
| 6 | lines to evaluate refractive index that it is not as | 13:04:22 |
| 7 | suitable for smaller particles as it is for larger | 13:04:26 |
| 8 | particles? | 13:04:30 |
| 9 | A.    It depends.  When it's not suitable | 13:04:31 |
| 10 | is you cannot determine the movement of the Becke | 13:04:38 |
| 11 | line or to distinguish the Becke line -- see, the | 13:04:44 |
| 12 | Becke line, when the particle and the liquid, when | 13:04:54 |
| 13 | they are very close, then the Becke line dispersed. | 13:05:00 |
| 14 | So there is a Becke line inside the structure and | 13:05:07 |
| 15 | also there is a Becke line dispersed Becke line | 13:05:14 |
| 16 | outside the structure in the liquid.  That is how | 13:05:17 |
| 17 | you used to determine the match which Dr. Bloss book | 13:05:26 |
| 18 | has a famous chart, Becke line chart which people | 13:05:36 |
| 19 | used to determine a match or dis-match, mismatch. | 13:05:41 |
| 20 | Q.    Does this image capture the entire | 13:06:03 |
| 21 | field of view that was being observed through the | 13:06:06 |
| 22 | microscope? | 13:06:09 |
| 23 | A.    Correct.  Every image in our database | 13:06:09 |
| 24 | in the raw data we sent to you, they are the full | 13:06:15 |

SHU-CHUN SU, PhD

                                                    Page 114

1    image.  That's the only way to catch it.                13:06:19

2           Q.       You do understand that you can take a   13:06:24

3    digital image capture of what's being seen through a    13:06:27

4    microscope with less than the full field of view,       13:06:31

5    correct?  You understand that's a possibility?          13:06:36

6           A.       There might be possibility.  However,   13:06:42

7    the software come with this like a microscope.  I       13:06:46

8    forgot the name of the software name.  Star Wars        13:06:53

9    era.  Anyway, it come with the system, the monitor,     13:06:59

10   the software image software and the microscope.         13:07:02

11   There is one complete system.  So when you click the    13:07:08

12   capture image, it capture.                              13:07:14

13              I don't know if they have a function,        13:07:17

14   for example, the cropped image or not.  However,        13:07:23

15   when we do this analysis for each field of view we      13:07:29

16   examine, we just click the capture.  So it capture      13:07:36

17   the whole image on the screen.                          13:07:41

18          Q.       Okay.  So one of the criticisms that    13:07:43

19   you raised -- and we are going to look at it             13:07:49

20   later -- had to do with the size of the field of        13:07:51

21   view for some of Dr. Longo's work?                      13:07:53

22          A.       Yeah, correct.                          13:07:56

23          Q.       Point in fact is, you don't know if     13:07:57

24   that image was capturing the entire field of view or    13:08:00

SHU-CHUN SU, PhD

Page 115

```
 1        if it was a cropped image from what was being        13:08:04

 2        displayed on the monitor, correct?                   13:08:07

 3             A.     I don't know.  However, in software      13:08:10

 4        they used to capture the digital image, usually      13:08:17

 5        there is no cropping.  There is no cropping.         13:08:26

 6             Q.     I appreciate what you're saying --       13:08:34

 7             A.     Another important -- let me finish.      13:08:36

 8             Q.     Sure.                                    13:08:38

 9             A.     Another important too is the particle    13:08:39

10        size in the image, which is provided another         13:08:43

11        criteria to say is this a full field of view image   13:08:50

12        or as a cropped image or part of the image.  Because 13:08:58

13        the particle size on the two images, they are not    13:09:05

14        the same.                                            13:09:11

15             Q.     So I appreciate what you're saying       13:09:13

16        about whatever default function for capturing images 13:09:19

17        are.  You actually are unaware if you're able to     13:09:24

18        crop an image in the software provided with these    13:09:29

19        microscopes or not as you sit here today, right?     13:09:32

20             A.     No, I don't.  I'm not.                   13:09:36

21             Q.     You took photos of ten different         13:10:02

22        particles in a folder with the same number, 3183377, 13:10:05

23        but this one was called with M12001.                 13:10:17

24             A.     Is that under screen?                    13:10:24
```

SHU-CHUN SU, PhD

Page 116

| | | |
|---|---|---|
| 1 | Q.      It's not.  I will drag it over.  It's | 13:10:25 |
| 2 | a folder.  These are the folders that you provided. | 13:10:31 |
| 3 | A.      Okay. | 13:10:39 |
| 4 | Q.      Okay?  It's a folder called 38 -- | 13:10:39 |
| 5 | 3183377 with M12001.1.550 and then another folder | 13:10:51 |
| 6 | 1.560. | 13:11:00 |
| 7 | A.      Yes. | 13:11:03 |
| 8 | Q.      In the 1.550 you have ten different | 13:11:03 |
| 9 | particles in alpha and in gamma? | 13:11:07 |
| 10 | A.      Correct. | 13:11:10 |
| 11 | Q.      And the 1.560 folder you have five | 13:11:10 |
| 12 | different particles in alpha and in gamma? | 13:11:14 |
| 13 | A.      Correct. | 13:11:21 |
| 14 | Q.      What is the M12001?  What is that? | 13:11:21 |
| 15 | A.      It is the Coalinga chrysotile from | 13:11:25 |
| 16 | the RTI.  It's a California Calidria chrysotile. | 13:11:33 |
| 17 | M12001 indicate it is proficient testing code.  So | 13:11:45 |
| 18 | the M represent a PLM.  One indicate that the first | 13:11:55 |
| 19 | one in that year NVLAP issued two proficient testing | 13:12:05 |
| 20 | every year.  One is in the first half of the year. | 13:12:14 |
| 21 | Two being the second half of the year.  Then 2001, | 13:12:20 |
| 22 | which means that's the year of the test.  So M12001 | 13:12:26 |
| 23 | meant it is the first proficient testing conducted | 13:12:35 |
| 24 | by NVLAP in the year 2001.  It is a first time or | 13:12:42 |

SHU-CHUN SU, PhD

Page 117

| 1 | the last time NVLAP use a Calidria chrysotile for | 13:12:51 |
| 2 | the test. | 13:12:59 |
| 3 | Q.    So the folder with the M12001 is | 13:12:59 |
| 4 | another -- is it your testimony that that is another | 13:13:06 |
| 5 | batch of California chrysotile or Calidria? | 13:13:09 |
| 6 | A.    Correct. | 13:13:14 |
| 7 | Q.    Okay.  And again, this was something | 13:13:20 |
| 8 | that you didn't analyze until after you had already | 13:13:31 |
| 9 | issued your expert report in this case? | 13:13:34 |
| 10 | A.    Correct. | 13:13:37 |
| 11 | MR. BRALY:  I am going to mark as | 13:13:53 |
| 12 | Exhibit 24, 25 and 26.  24 is going to be titled | 13:13:55 |
| 13 | Particle 1, M2000 -- M -- yeah, M2001, 1.250 gamma. | 13:14:00 |
| 14 | Exhibit 25 is going to be Particle 2.  And | 13:14:19 |
| 15 | Exhibit 26 is going to be Particle 3.  There are 10 | 13:14:20 |
| 16 | particles, but we are going to look at these as | 13:14:24 |
| 17 | representative. | 13:14:26 |
| 18 | (Exhibit 24 Particle 1 M2001 1.250 Gamma | 13:14:12 |
| 19 | marked for identification.) | 13:14:27 |
| 20 | (Exhibit 25 Particle 2 M2001 1.250 Gamma | 13:14:19 |
| 21 | marked for identification.) | 13:14:28 |
| 22 | (Exhibit 26 Particle 3 M2001 1.250 Gamma | 13:14:21 |
| 23 | marked for identification.) | 13:14:34 |
| 24 | Q.    Sir, in Exhibit 24, what are you | 13:14:34 |

SHU-CHUN SU, PhD

Page 118

1        identifying here with that arrow?                13:14:48

2              A.      Yeah.   This is the Coalinga        13:14:51

3        chrysotile from California, Union Carbide's.      13:14:56

4              Q.      Is this entire sample Calidria?     13:15:01

5              A.      Yes.                                13:15:10

6              Q.      So there's no talc to your knowledge 13:15:12

7        in this sample?                                  13:15:16

8              A.      Now I remember.   This is the Coalinga 13:15:22

9        chrysotile-spiked talc, Chinese talc.   It's not pure 13:15:29

10       Coalinga chrysotile.   It's a spiked sample.     13:15:39

11             Q.      I'm confused about this because you  13:15:58

12       have a whole other folder structure that you     13:16:01

13       produced called Chinese Talc Milled With 1866    13:16:04

14       Chrysotile and then you have another folder entirely 13:16:09

15       called Chinese Talc Milled with SG-210 Chrysotile. 13:16:12

16       That's not what this folder is.                  13:16:17

17             A.      But this folder is not SG-210.   It is 13:16:21

18       the RTI, the Coalinga chrysotile.   It's two Calidria 13:16:25

19       chrysotile.                                      13:16:34

20             Q.      Yes, but what I am saying the folders 13:16:35

21       that you gave me were not identified as this being a 13:16:37

22       spiked sample.                                   13:16:40

23             A.      That probably they did not indicate  13:16:42

24       in the file name.   However, that a two spiked   13:16:47

SHU-CHUN SU, PhD

Page 119

1       sample.                                                13:16:52

2                    MR. HYNES:  I will note for the           13:16:52

3       record that the folder from which this originated is  13:16:54

4       3183377 with M12001 1.550.  I think Dr. Su's          13:16:56

5       testimony previously is that 3183377 is the           13:17:09

6       designation for that Valadez Chinese source.          13:17:27

7                    THE WITNESS:  Yeah, that file name        13:17:31

8       reflect it is NVLAP chrysotile-spiked Valadez talc    13:17:33

9       powder.  Let me make it clear.                        13:17:47

10      BY MR. BRALY:                                          13:17:53

11           Q.     Until you told me that, how was I to       13:17:53

12      know that 3183377 was a reference to the Valadez      13:17:57

13      talc sample that had been spiked?                      13:18:03

14           A.     See, the number I believe -- you          13:18:07

15      should be able to find that in one of Dr. Longo's     13:18:12

16      report.  Yes, the numerical code.                     13:18:18

17           Q.     Okay.                                      13:18:24

18           A.     So when he sent that chrysotile,          13:18:25

19      Calidria chrysotile to Dr. Gunter, I believe it is    13:18:33

20      with that number.  That's why they continue -- yeah,  13:18:42

21      I saw something in a document they received a sample  13:18:47

22      with that number on.                                  13:18:54

23           Q.     In what you produced to me I don't        13:18:55

24      know what 3183377 is.  There is no indication in      13:18:58

SHU-CHUN SU, PhD

Page 120

| | | |
|---|---|---|
| 1 | this file name in any sense of what this is. | 13:19:03 |
| 2 | A.    It is a Valadez sample. | 13:19:06 |
| 3 | Q.    Okay.  Well, I know that now.  I | 13:19:09 |
| 4 | appreciate it. | 13:19:10 |
| 5 | A.    Okay. | 13:19:13 |
| 6 | Q.    What is Exhibit 24?  What are we | 13:19:13 |
| 7 | looking at here in the middle of the screen with | 13:19:16 |
| 8 | that arrow on it? | 13:19:18 |
| 9 | A.    That is a chrysotile, gamma | 13:19:22 |
| 10 | direction. | 13:19:26 |
| 11 | Q.    Is that a fiber? | 13:19:36 |
| 12 | A.    It is rather dark.  It is the fiber. | 13:19:46 |
| 13 | I think there is a same picture of this fiber in the | 13:19:53 |
| 14 | alpha direction.  I believe the alpha direction | 13:20:01 |
| 15 | should be clearer.  If you find a particle 1 alpha, | 13:20:04 |
| 16 | can you show that image? | 13:20:13 |
| 17 | Q.    I can.  I will need to mark it as a | 13:20:15 |
| 18 | new exhibit.  Give me a second. | 13:20:18 |
| 19 | A.    For each particle, we took a gamma | 13:20:20 |
| 20 | and alpha. | 13:20:24 |
| 21 | Q.    So this will be Exhibit 27, which is | 13:20:28 |
| 22 | particle 1 in the alpha direction. | 13:20:31 |
| 23 | (Exhibit 27 Particle 1 M2001 1.550 CSDS | 13:20:34 |
| 24 | Alpha marked for identification.) | 13:20:38 |

SHU-CHUN SU, PhD

```
                                                          Page 121

 1           A.      Yeah.   That's very clear.  Can you      13:20:38

 2    see the fiber?                                         13:20:41

 3           Q.      No.                                     13:20:42

 4           A.      Do you want me to find it out?          13:20:45

 5           Q.      Sure.                                   13:20:47

 6           A.      That I remember.  In the alpha          13:20:50

 7    direction, it's more clearer.  You see?  From here,    13:20:52

 8    up here.                                               13:21:00

 9           Q.      Okay.  It's like a blue streak that's   13:21:00

10    running just to the left of that bright light blue     13:21:05

11    blob?                                                  13:21:10

12           A.      Correct.                                13:21:11

13           Q.      All right.  So oriented in the gamma    13:21:12

14    direction in Exhibit 24, you realize that the arrow    13:21:33

15    isn't pointing to the -- what you had previously       13:21:36

16    been indicating?                                       13:21:40

17           A.      If you look very carefully, it's        13:21:42

18    pointed to the end of the fiber.                       13:21:46

19           Q.      Okay.                                   13:21:49

20           A.      Yeah.                                   13:21:50

21           Q.      What color are you associating with     13:21:51

22    that fiber for purposes of this CSDS chart?            13:21:54

23           A.      Magenta.                                13:22:02

24           Q.      That's Exhibit 24.  Okay.               13:22:09
```

SHU-CHUN SU, PhD

Page 122

| | | |
|---|---|---|
| 1 | Exhibit 25 is particle 2 still in | 13:22:33 |
| 2 | 1.550 refractive index oil? | 13:22:39 |
| 3 | A.      Correct. | 13:22:44 |
| 4 | Q.      From that same series of the 2001 | 13:22:44 |
| 5 | NVLAP Coalinga chrysotile? | 13:22:48 |
| 6 | A.      Correct. | 13:22:52 |
| 7 | Q.      What color are you identifying with | 13:22:52 |
| 8 | what you identified here? | 13:22:55 |
| 9 | A.      Red purple. | 13:22:57 |
| 10 | Q.      Red purple, okay.  Exhibit 26 is | 13:23:06 |
| 11 | particle 3 from that same grouping which is not on | 13:23:16 |
| 12 | your screen.  There it is.  Is the fiber that is | 13:23:20 |
| 13 | curved structure that kind of wraps around the | 13:23:34 |
| 14 | clamshell of the larger structure in the center of | 13:23:39 |
| 15 | that screen? | 13:23:42 |
| 16 | A.      It looks to.  However, can you show | 13:23:43 |
| 17 | the alpha image of the same particle.  Particle 3 | 13:23:47 |
| 18 | alpha. | 13:23:52 |
| 19 | Q.      Give me a second to rename it. | 13:23:54 |
| 20 | (Exhibit 28 Particle 3 M2001 1.550 CSDS | 13:24:08 |
| 21 | Alpha marked for identification.) | 13:24:08 |
| 22 | Q.      Exhibit 28 will be particle 3 alpha. | 13:24:09 |
| 23 | A.      That's right.  Usually the alpha | 13:24:15 |
| 24 | direction is the clearer.  You can see a fibrous | 13:24:18 |

SHU-CHUN SU, PhD

Page 123

| | | |
|---|---|---|
| 1 | structure in the middle. | 13:24:25 |
| 2 | Q.    That's kind of -- for Exhibit 28 it | 13:24:27 |
| 3 | is running the left edge of that center mass | 13:24:32 |
| 4 | structure? | 13:24:35 |
| 5 | A.    Mm-hmm. | 13:24:36 |
| 6 | Q.    Is that right? | 13:24:36 |
| 7 | A.    Correct. | 13:24:37 |
| 8 | Q.    Okay.  Going back to Exhibit 26, is | 13:24:37 |
| 9 | it again are we talking about this line that runs in | 13:24:42 |
| 10 | the outside of this larger mass structure? | 13:24:49 |
| 11 | A.    Yeah, that's the same structure. | 13:24:51 |
| 12 | However, we are looking at the horizontal one. | 13:24:54 |
| 13 | Q.    Very true, yes. | 13:24:57 |
| 14 | A.    Horizontal part. | 13:24:59 |
| 15 | Q.    What color do you identify with this | 13:25:00 |
| 16 | structure for purposes of the CSDS chart? | 13:25:04 |
| 17 | A.    Red purple. | 13:25:08 |
| 18 | Q.    Red purple.  Let me kind of jump | 13:25:11 |
| 19 | around with you just a little bit and then we will | 13:26:06 |
| 20 | probably get to a point where we can take a break, | 13:26:09 |
| 21 | okay? | 13:26:11 |
| 22 | A.    Okay. | 13:26:11 |
| 23 | Q.    What type of illumination bulb were | 13:26:12 |
| 24 | you using when you took these images in June? | 13:26:23 |

SHU-CHUN SU, PhD

Page 124

1          A.      It is LED light source.                    13:26:25

2          Q.      What color temperature was the white        13:26:30

3     light in that bulb?                                      13:26:33

4          A.      I did not measure that, but I switch        13:26:36

5     in the daylight filter, the building in the             13:26:39

6     microscope.  That daylight filter is specifically       13:26:46

7     designed for that light source to make it the           13:26:51

8     daylight color temperature.                             13:26:56

9          Q.      That's built in to the microscope you       13:26:58

10    were using?                                             13:27:00

11         A.      Yes.                                        13:27:02

12         Q.      Remind me.  What were as the               13:27:02

13    microscope you were using?                              13:27:04

14         A.      It's Leica DM2700 P, the model             13:27:06

15    number.                                                 13:27:12

16         Q.      You said that's the same microscope        13:27:12

17    that Bill Longo's lab uses.                             13:27:15

18         A.      Correct.                                    13:27:18

19         Q.      You have no concerns about using an        13:27:19

20    LED bulb even though you don't know the color           13:27:21

21    temperature of the light coming out of it?              13:27:25

22         A.      Because the daylight filter will           13:27:27

23    correct that.                                            13:27:31

24         Q.      Okay.  And that's a standard feature       13:27:32

SHU-CHUN SU, PhD

Page 125

1    on that microscope?                                    13:27:34

2           A.     That's right.   That is the              13:27:34

3    top-of-line microscope.                                13:27:37

4           Q.     Nice microscope.   You do recognize      13:27:38

5    that there are different color temperatures of white   13:27:43

6    light, correct?                                        13:27:46

7           A.     Oh, yes.   I do.                         13:27:46

8           Q.     You can have a higher color              13:27:49

9    temperature which is going to be hued a little bit     13:27:51

10   more yellowish; you can have a colder-color            13:27:55

11   temperature which is going to be more bluish,          13:27:59

12   correct?                                               13:28:02

13          A.     Correct.                                 13:28:02

14          Q.     And it all falls in the range of         13:28:02

15   white light, correct?                                  13:28:06

16          A.     No.   The white light is daylight.       13:28:07

17          Q.     Forgive me for that.   Yes.              13:28:13

18   Incandescent bulbs, tungsten bulbs, LED illumination   13:28:19

19   sources, they can all have different temperature of    13:28:25

20   white, right?                                          13:28:26

21          A.     Different color temperature.             13:28:27

22          Q.     Microscopes have software and filters    13:28:31

23   built into them to correct for this, correct?          13:28:35

24          A.     As far as I know, Leica is the only      13:28:38

SHU-CHUN SU, PhD

Page 126

1      model I saw; for example, the Olympus BH-2 model,        13:28:43

2      which many asbestos lab used in the past.  Now,         13:28:53

3      later on, Olympus put out a more advanced model         13:28:59

4      which cost a lot more expensive than the BH-51, BH-4    13:29:04

5      series, BH-5 series, even have a BH-6 series.  Then     13:29:13

6      those Olympus are very well built.  It will have a      13:29:20

7      complete system, a custom design daylight filter       13:29:25

8      with the light source.  Same as the Leica.             13:29:34

9           Q.     If there is no daylight filter, say,       13:29:44

10     in an older Olympus microscope like you're talking      13:29:47

11     about, are there software adjustments to account for    13:29:51

12     white balancing images?                                13:29:58

13          A.     Not I'm aware of, because BH-2             13:30:01

14     microscope does not come with a digital camera and      13:30:07

15     the image software.  But the Leica did -- does.        13:30:14

16          Q.     So I don't have instance recall of         13:30:19

17     every microscope that MAS has ever used.  Is the       13:30:24

18     Olympus BH-2 the one you were aware of them ever        13:30:28

19     using?                                                 13:30:33

20          A.     I don't recall when I did the             13:30:34

21     on-site, but most likely in a year that was 2006       13:30:37

22     they are more likely to have the Olympus BH-2.  As I    13:30:45

23     said, Olympus BH-2 and the Nikon H4, these two         13:30:50

24     models are the working horse for asbestos lab.  They   13:31:01

SHU-CHUN SU, PhD

Page 127

| | | |
|---|---|---|
| 1 | are using either Olympus or Nikon. | 13:31:05 |
| 2 | A few lab use a very cheap | 13:31:09 |
| 3 | microscope, Meiji, M-e-i-j-i.  That is a model, but | 13:31:15 |
| 4 | that microscope really is too poor builded [sic]. | 13:31:23 |
| 5 | Q.    Okay.  To answer my question, you | 13:31:28 |
| 6 | don't know if MAS ever used the Olympus BH-2, but | 13:31:30 |
| 7 | you think if they did it would have been back in | 13:31:34 |
| 8 | 2006? | 13:31:37 |
| 9 | A.    Correct. | 13:31:39 |
| 10 | Q.    Okay.  Since MAS began doing | 13:31:39 |
| 11 | polarized light microscopy with cosmetic talc, do | 13:31:43 |
| 12 | you know if they've used microscopes other than the | 13:31:50 |
| 13 | Leica? | 13:31:52 |
| 14 | A.    No, I don't. | 13:31:53 |
| 15 | Q.    You don't know? | 13:31:55 |
| 16 | A.    Okay.  But I know this Leica | 13:31:56 |
| 17 | microscope, I think they start using that two years | 13:31:58 |
| 18 | ago.  Because if you looked at report, prior to | 13:32:05 |
| 19 | that, the image looks so yellowish-brownish and the | 13:32:11 |
| 20 | color temperature is skewed to the warm, to the | 13:32:18 |
| 21 | yellow-red.  Now, suddenly the image become well | 13:32:22 |
| 22 | white balanced, then which means is the Leica | 13:32:30 |
| 23 | microscope. | 13:32:37 |
| 24 | Q.    Before we take our break, I want to | 13:32:37 |

SHU-CHUN SU, PhD

Page 128

1    ask you a couple questions about that.              13:32:39

2              This process of central stop             13:32:42

3    dispersion staining is a process, right?           13:32:49

4         A.    It is a technique for measuring refer  13:32:53

5    refract index.                                      13:32:58

6         Q.    Right.  It's a method.  It's a way of   13:33:00

7    doing something?                                    13:33:02

8         A.    Correct.                                13:33:03

9         Q.    The method can be followed up to a      13:33:03

10   point to where it becomes the discretion of an     13:33:08

11   analyst in either how the image is prepared or how 13:33:13

12   they're interpreting it, correct?                  13:33:18

13              MR. HYNES:  Form, vague, overbroad.     13:33:20

14              You can answer.                         13:33:23

15        A.    I will say the key factor using         13:33:24

16   correctly use the dispersion staining technique to 13:33:34

17   measure refract index starting with the calibration 13:33:38

18   of the dispersion staining color, which I discussed 13:33:45

19   in detail in a paper couple years ago.  I have the 13:33:50

20   whole step-wise procedure, like SOP, plus all the  13:33:58

21   tools which means all the conversion tables to use. 13:34:04

22        Q.    Correct.  So if you follow those        13:34:10

23   steps and you get to a point where you're dealing  13:34:12

24   with the discretion of the analyst, right, you will 13:34:16

SHU-CHUN SU, PhD

Page 129

| | | |
|---|---|---|
| 1 | get to a point where the analyst has to make an | 13:34:20 |
| 2 | interpretation of what they are seeing, correct? | 13:34:22 |
| 3 | MR. HYNES:  Overbroad. | 13:34:25 |
| 4 | A.    Yes. | 13:34:29 |
| 5 | Q.    Just like you made an interpretation | 13:34:29 |
| 6 | of the exhibits that we just looked at about the | 13:34:31 |
| 7 | colors associated with them, correct? | 13:34:33 |
| 8 | A.    Correct. | 13:34:35 |
| 9 | Q.    If you follow the steps up to the | 13:34:37 |
| 10 | point where you're making a subjective | 13:34:40 |
| 11 | interpretation of the colors that you're evaluating, | 13:34:44 |
| 12 | then it is reasonable that scientists may disagree | 13:34:49 |
| 13 | about the interpretation, correct? | 13:34:53 |
| 14 | MR. HYNES:  Incomplete hypothetical, | 13:34:56 |
| 15 | overbroad. | 13:34:58 |
| 16 | A.    No. | 13:34:59 |
| 17 | Q.    Reasonable scientists can't disagree | 13:35:00 |
| 18 | on those things? | 13:35:03 |
| 19 | A.    You have to check Becke line.  You | 13:35:04 |
| 20 | see, when you make that decision, you need to check | 13:35:10 |
| 21 | image with Becke line.  If you did that and your | 13:35:17 |
| 22 | system is well calibrated, then you will get the | 13:35:23 |
| 23 | correct results.  If you only look at the dispersion | 13:35:29 |
| 24 | staining image without checking with the Becke line, | 13:35:37 |

SHU-CHUN SU, PhD

Page 130

1    you may not.                                            13:35:43

2         Q.    Okay.  In this grouping of -- in your       13:35:44

3    authorship, in your peer-reviewed publications, is     13:35:55

4    there a paper you can think of that you've authored    13:35:59

5    that outlines the requirement to confirm your CSDS     13:36:03

6    image against the Becke line to ensure that you're     13:36:13

7    not reading a reflection or some other distortion?     13:36:18

8         A.    Beside my paper?                            13:36:24

9         Q.    No.  I am asking which papers say           13:36:25

10   that.                                                  13:36:28

11        A.    My papers say that.                         13:36:29

12        Q.    You have a lot of papers.                   13:36:30

13        A.    Yes.                                        13:36:32

14        Q.    I am wondering if you can be more           13:36:32

15   specific.                                              13:36:34

16        A.    I think my 2022, 2023 paper.  There        13:36:36

17   are two papers about it.                               13:36:43

18        Q.    So it is your opinion that if you           13:36:45

19   don't cross-reference your CSDS analysis with a        13:36:48

20   review of the Becke line, that you're not following    13:36:53

21   the procedure that's been referred to as the Su        13:36:57

22   Method?                                                13:37:08

23        A.    I think if you are trained                  13:37:08

24   microscopist in polarized light microscopy and you     13:37:16

SHU-CHUN SU, PhD

Page 131

| | | |
|---|---|---|
| 1 | understand the principle behind refract index | 13:37:21 |
| 2 | determination using Becke line or the dispersion | 13:37:28 |
| 3 | staining, you should automatically know you need to | 13:37:33 |
| 4 | check with another method if you're in doubt.  It | 13:37:40 |
| 5 | should become automatically.  However, if an analyst | 13:37:51 |
| 6 | is not trained in this sense, he might not, that is | 13:37:58 |
| 7 | the purpose of my paper.  I thought you should. | 13:38:04 |
| 8 | However, if you don't, now here is my paper to help | 13:38:11 |
| 9 | you. | 13:38:17 |
| 10 | MR. BRALY:  Do you want to take a | 13:38:20 |
| 11 | break? | 13:38:21 |
| 12 | MR. HYNES:  Sure. | 13:38:22 |
| 13 | (A break was taken.) | 13:47:03 |
| 14 | BY MR. BRALY: | 13:49:29 |
| 15 | Q.    I wanted to start just by asking you | 13:49:29 |
| 16 | about something that I was asking you right before | 13:49:37 |
| 17 | lunch, and that had to do with findings by other | 13:49:40 |
| 18 | laboratories, finding chrysotile in Johnson & | 13:49:43 |
| 19 | Johnson's products.  I specifically wanted to ask | 13:49:47 |
| 20 | you about McCrone. | 13:49:50 |
| 21 | Do you believe that the analysts at | 13:49:54 |
| 22 | McCrone generally follow a sound methodology for | 13:49:59 |
| 23 | identifying asbestos in things like talc? | 13:50:02 |
| 24 | A.    I do. | 13:50:05 |

SHU-CHUN SU, PhD

Page 132

| | | |
|---|---|---|
| 1 | Q.      To the extent that McCrone reported | 13:50:09 |
| 2 | finding chrysotile in Johnson & Johnson's Baby | 13:50:12 |
| 3 | Powder, by reputation alone, you would tend to | 13:50:20 |
| 4 | believe that they were accurate? | 13:50:25 |
| 5 | MR. HYNES:  Overbroad.  Calls for | 13:50:27 |
| 6 | speculation. | 13:50:29 |
| 7 | A.      I'm not aware -- McCrone has passed | 13:50:29 |
| 8 | away quite a number of years ago, so since then, I | 13:50:34 |
| 9 | think I retired on 2006.  I have almost no | 13:50:42 |
| 10 | connection with McCrone. | 13:50:52 |
| 11 | But before my retirement, I | 13:50:55 |
| 12 | periodically go to Inter/Micro, the meeting in | 13:51:02 |
| 13 | Chicago.  But after I retired, I think I only go to | 13:51:05 |
| 14 | some Johnson & Johnson conference, GSA conference | 13:51:09 |
| 15 | and SDM conference.  I believe I stop going to | 13:51:16 |
| 16 | Chicago for the Inter/Micro, which is good meeting, | 13:51:23 |
| 17 | but I don't feel I have to go. | 13:51:27 |
| 18 | Q.      I guess what I am asking is, if | 13:51:31 |
| 19 | McCrone in the 1970s was finding detectible levels | 13:51:33 |
| 20 | of chrysotile in Johnson's Baby Powder, you would | 13:51:38 |
| 21 | have no reason to dispute McCrone's findings without | 13:51:42 |
| 22 | actually analyzing what it is that they looked at? | 13:51:46 |
| 23 | MR. HYNES:  Same objections. | 13:51:49 |
| 24 | Go ahead. | 13:51:50 |

SHU-CHUN SU, PhD

Page 133

1        A.      In my view, of course I can neither        13:51:52

2    confirm or deny their results.  However, as a matter  13:51:58

3    of importance, I will look the sample myself.          13:52:06

4        Q.      I want to go through some of your          13:52:11

5    report criticisms.  And I think I want to go to -- I   13:52:32

6    want to start with just this section.  What I'm        13:52:41

7    looking at here is page 24 of the pdf of Exhibit 3.    13:52:45

8    It's page four of your PowerPoint presentation.        13:52:51

9        A.      Okay.                                      13:52:55

10       Q.      I will wait for you.                        13:52:56

11       A.      Yes.                                        13:53:02

12       Q.      The image on the left, you use the        13:53:03

13   term "suppressed."  And on the right you use the       13:53:08

14   term "unsuppressed."  Do you see that?                 13:53:12

15       A.      Yes.                                        13:53:14

16       Q.      Let's go through the basics.  The         13:53:15

17   basics are, you were not present when this image was   13:53:19

18   captured on the microscope, correct?                   13:53:22

19       A.      Correct.                                   13:53:24

20       Q.      The analyst who was there said that       13:53:25

21   the light intensity was all the way up, correct?       13:53:29

22       A.      Correct.                                   13:53:31

23       Q.      The image on the right was brightened     13:53:32

24   through software, correct?                             13:53:38

SHU-CHUN SU, PhD

Page 134

| | | |
|---|---|---|
| 1 | A.       Photoshop. | 13:53:40 |
| 2 | Q.       Through Photoshop, okay.  And it is a | 13:53:40 |
| 3 | presumption of yours that because it could be | 13:53:45 |
| 4 | brightened through software, that the original image | 13:53:48 |
| 5 | lacked the full illumination intensity, correct? | 13:53:55 |
| 6 | A.       That was my conclusion. | 13:53:59 |
| 7 | Q.       But whether or not, in fact, the | 13:54:01 |
| 8 | fully illumination intensity available for that | 13:54:04 |
| 9 | microscope was being utilized is something that you | 13:54:08 |
| 10 | don't know? | 13:54:11 |
| 11 | A.       No, I don't.  That's the reason I | 13:54:11 |
| 12 | went to RJ Lee in Pittsburgh.  I want to confirm my | 13:54:15 |
| 13 | opinion.  And the work I did confirm this | 13:54:22 |
| 14 | comparison. | 13:54:29 |
| 15 | Q.       And that's something you did after | 13:54:30 |
| 16 | you issued the report in the MDL -- | 13:54:32 |
| 17 | A.       Exactly, I want confirm through my | 13:54:35 |
| 18 | work. | 13:54:38 |
| 19 | Q.       I have to finish the question, | 13:54:39 |
| 20 | because it's the way all this works. | 13:54:42 |
| 21 | A.       Sorry. | 13:54:45 |
| 22 | Q.       You confirmed that after you authored | 13:54:45 |
| 23 | this report, correct? | 13:54:48 |
| 24 | A.       Correct. | 13:54:50 |

SHU-CHUN SU, PhD

Page 135

```
 1              Q.      By the way, the report that you      13:54:51

 2      issued in the MDL and the report you issued in Kayme  13:54:53

 3      Clark's case, right?  There is only one report from   13:54:59

 4      May of this year?                                     13:55:02

 5              A.      Yeah, that's only report I issued.    13:55:03

 6              Q.      Just making sure.  Wouldn't be the    13:55:06

 7      first time I got halfway through a deposition and     13:55:08

 8      realize I was talking about the wrong report.         13:55:10

 9                      There is another example of this.     13:55:13

10      This is the next page, page 25 of the pdf.  It's      13:55:19

11      paginated five of your PowerPoint.                    13:55:24

12              A.      Correct.                              13:55:28

13              Q.      This is a sample from what's referred 13:55:28

14      to as the Klayman sample, K-l-a-y-m-a-n?              13:55:30

15              A.      Yes.                                  13:55:35

16              Q.      Same questions, you have no idea      13:55:35

17      about whether or not the images on the left what's    13:55:38

18      labeled as suppressed were or were not at their full  13:55:43

19      intensity on the microscope when those images were    13:55:48

20      captured, correct?                                    13:55:51

21              A.      I think there's two issues in this    13:55:52

22      statement.  I don't need to know the setting,         13:55:56

23      intensity setting, but for experienced analyst        13:56:04

24      simply by looking at the image you would know         13:56:13
```

SHU-CHUN SU, PhD

Page 136

1    whether illumination is correct or not.  Which is to    13:56:18

2    say, when I look the original image in MAS report,    13:56:27

3    like the first time the Gold Bond report Mickey sent    13:56:37

4    to me in 2022 review, so my first reaction when I    13:56:45

5    saw the image, I said, something wrong, because, you    13:56:53

6    see, many particle in the background they did not    13:56:59

7    show up.    13:57:04

8                   If you are in fully illumination, the    13:57:07

9    light intensity is proper.  I call it normal    13:57:11

10    illumination.  You should be able to see all the    13:57:17

11    particles, the majority of particles in the field of    13:57:23

12    view.    13:57:27

13                   Now, when you see an image on the    13:57:29

14    left, you're immediate reaction is the intensity of    13:57:31

15    the light used, this in is insufficient or I call it    13:57:39

16    suppressed.    13:57:48

17          Q.      Presume with me for a moment that the    13:57:53

18    intensity was as high as that particular model    13:57:59

19    microscope would allow it to go, assume that for me    13:58:02

20    for just a moment, okay?    13:58:07

21          A.      (No verbal response.)    13:58:08

22          Q.      If true, what else were they to do in    13:58:09

23    capturing this image?    13:58:13

24          A.      You see, this Leica microscope are    13:58:15

SHU-CHUN SU, PhD

Page 137

```
1     like the Olympus BH-2.  Olympus BH-2 has a slider on    13:58:20
2     the right side of the base of the microscope, as a      13:58:29
3     minimum and as maximum.  Simply by pulling that, you    13:58:35
4     know you are low intensity, high intensity or           13:58:41
5     medium.                                                  13:58:48
6               But the Leica microscope is not               13:58:48
7     designed like this way.  It has a wheel, not a          13:58:52
8     slider.  The wheel has no stop.  It turn 360            13:58:58
9     degrees.  It did not have a mark on the side of         13:59:07
10    intensity dial.  So you simply by looking at the        13:59:12
11    wheel, you don't know which setting you are.            13:59:21
12              What I'm saying, you don't know which         13:59:26
13    intensity, whether it is a full or half or minimum,     13:59:29
14    you don't know.  The only way you know is looking at    13:59:35
15    the -- through the tube, observing the image.  In       13:59:40
16    the meantime, you use your left hand to turn the        13:59:50
17    wheel.  Now you know whenever you think the             13:59:52
18    illumination is proper, you're stopped.                 14:00:00
19              So if you look at my Pittsburgh               14:00:07
20    folder, I think the first one for the Valadez baby      14:00:10
21    powder samples I took three images.  One is             14:00:17
22    suppressed.  Another is I consider as normal            14:00:23
23    illumination.  And the third is I adjust that until     14:00:29
24    I cannot increase the intensity anymore.  So I          14:00:35
```

SHU-CHUN SU, PhD

Page 138

| | | |
|---|---|---|
| 1 | labeled that image as a maximum intensity.  So I | 14:00:41 |
| 2 | have three images; suppressed, normal, and maximum. | 14:00:47 |
| 3 | The way with that microscope you | 14:00:54 |
| 4 | cannot tell from the intensity adjustment, unlike | 14:00:58 |
| 5 | BH-2 which you can.  You can only determine whether | 14:01:04 |
| 6 | the intensity is proper or under or over by looking | 14:01:09 |
| 7 | at image. | 14:01:17 |
| 8 | Q.    So I don't think you actually | 14:01:19 |
| 9 | answered my question, but there is a lot of good | 14:01:28 |
| 10 | information here. | 14:01:31 |
| 11 | A.    Okay. | 14:01:32 |
| 12 | Q.    I want to start with the point you | 14:01:32 |
| 13 | brought up about the illumination folder in the | 14:01:36 |
| 14 | materials that you provided.  There are -- and I | 14:01:40 |
| 15 | haven't marked them.  I haven't asked you about | 14:01:44 |
| 16 | them, but I have them here, photos of suppressed | 14:01:45 |
| 17 | normal and max.  I have seen those. | 14:01:49 |
| 18 | Are those photos that were | 14:01:53 |
| 19 | manipulated digitally or are those images that you | 14:01:55 |
| 20 | took from the Leica microscope? | 14:01:58 |
| 21 | A.    Direct image from the microscope. | 14:02:01 |
| 22 | Q.    Okay.  That's an example that you did | 14:02:04 |
| 23 | with the Leica microscope? | 14:02:06 |
| 24 | A.    Yes. | 14:02:07 |

SHU-CHUN SU, PhD

Page 139

| 1 | Q.    Okay.  And there is a video.  I | 14:02:08 |
| 2 | presume the video is of you doing that. | 14:02:11 |
| 3 | A.    Yes. | 14:02:14 |
| 4 | Q.    That's something that you did with | 14:02:14 |
| 5 | Bryan Bandli and Matt Sanchez after your report in | 14:02:17 |
| 6 | this case? | 14:02:20 |
| 7 | A.    Yeah, with Matt.  Bryan, he was in | 14:02:21 |
| 8 | Europe.  He was attending IMARC meeting.  Okay.  But | 14:02:24 |
| 9 | he is online on Zoom. | 14:02:29 |
| 10 | Q.    The IMARC meeting, that's in Lyon, | 14:02:32 |
| 11 | France? | 14:02:37 |
| 12 | A.    Correct. | 14:02:37 |
| 13 | Q.    He got to go to France while you're | 14:02:37 |
| 14 | hanging out in Pittsburgh? | 14:02:40 |
| 15 | A.    Yes. | 14:02:43 |
| 16 | Q.    My question to you was, you're aware | 14:02:44 |
| 17 | that the analyst who did this imaging, Paul Hess, | 14:02:53 |
| 18 | said that the intensity was all the way up, all | 14:02:56 |
| 19 | right?  I want you to presume that it was.  What | 14:03:00 |
| 20 | else would he to do?  You follow what I'm saying? | 14:03:04 |
| 21 | A.    Yeah. | 14:03:08 |
| 22 | Q.    You know, you keep saying that this | 14:03:09 |
| 23 | was suppressed, but having not been there or | 14:03:11 |
| 24 | experienced that, it strikes me as something that | 14:03:17 |

SHU-CHUN SU, PhD

Page 140

1    you simply don't know.                                14:03:21

2                 MR. HYNES:  Object to form.              14:03:24

3         A.      As matter of fact, you see, I would     14:03:25

4    love to go to his lab, show him on the microscope,   14:03:28

5    okay, what is the fully illumination, what is        14:03:34

6    suppressed, what is the normal.  The only way to     14:03:40

7    communicate with him is by using his microscope with 14:03:44

8    a sample on the stage.  Because that is the best way 14:03:51

9    to explain that.  If I could, I would love to go.    14:03:56

10   Actually, I wouldn't mind even give him some         14:04:02

11   training to do the work better.  Okay.               14:04:08

12        Q.      Maybe at a different time.  I think     14:04:11

13   that ship has sailed now.                            14:04:17

14               I wanted to ask.  I am looking now at    14:04:29

15   page 32 of the pdf, which is page 12 of your         14:04:41

16   PowerPoint.                                          14:04:47

17        A.      Okay.                                   14:04:48

18        Q.      This is where we are talking about      14:04:50

19   the concept of total reflection.                     14:04:51

20        A.      Yes.                                    14:04:55

21        Q.      Your testimony here is that analyzing   14:04:56

22   the edge of a particle for the color is not          14:05:05

23   appropriate unless you confirm it through the Becke  14:05:11

24   line?                                                14:05:16

SHU-CHUN SU, PhD

Page 141

| | | |
|---|---|---|
| 1 | A.       Correct. | 14:05:16 |
| 2 | Q.       I just want to make sure.  The Becke | 14:05:17 |
| 3 | line adjustment is to deal with this concept of | 14:05:21 |
| 4 | total reflection; is that right? | 14:05:26 |
| 5 | A.       It's the best way to recognize the | 14:05:30 |
| 6 | total reflection caused distortion to the central | 14:05:36 |
| 7 | stop dispersion staining color.  Whether the color | 14:05:43 |
| 8 | has been distorted due to the edge or boundary | 14:05:48 |
| 9 | effect can be determined by Becke line. | 14:05:55 |
| 10 | Q.       I want to ask you some follow-up | 14:06:00 |
| 11 | questions on this: | 14:06:02 |
| 12 | The edge or boundary effect, it can | 14:06:03 |
| 13 | be -- it's a real thing, right?  It's something that | 14:06:10 |
| 14 | happens without distortion, correct? | 14:06:13 |
| 15 | MR. HYNES:  Vague, overbroad. | 14:06:17 |
| 16 | Q.       Let me ask a different question.  I'm | 14:06:20 |
| 17 | sorry.  Forget I asked that one. | 14:06:22 |
| 18 | When we looked at images that you | 14:06:23 |
| 19 | took just a moment ago, that series of images | 14:06:25 |
| 20 | between 18, Exhibit 18 and I think 24 and 25, there | 14:06:28 |
| 21 | were examples of fibers that had different colors | 14:06:34 |
| 22 | around the edges, correct. | 14:06:40 |
| 23 | A.       Correct. | 14:06:42 |
| 24 | Q.       Right.  So and you had confirmed by | 14:06:43 |

SHU-CHUN SU, PhD

Page 142

| | | |
|---|---|---|
| 1 | looking without the central stop at the Becke line | 14:06:47 |
| 2 | to confirm that this was not a result of this total | 14:06:53 |
| 3 | reflection phenomenon, correct? | 14:06:56 |
| 4 | MR. HYNES:  Objection, misstates | 14:06:59 |
| 5 | testimony. | 14:07:01 |
| 6 | A.     Could you say again? | 14:07:01 |
| 7 | Q.     Yes, I can. | 14:07:02 |
| 8 | A.     Okay. | 14:07:03 |
| 9 | Q.     When you identified an edge color or | 14:07:03 |
| 10 | a boundary distinction color, you confirmed that it | 14:07:07 |
| 11 | was not distortion by confirming through the Becke | 14:07:13 |
| 12 | lines that this was not part of this total | 14:07:18 |
| 13 | reflection distortion, correct? | 14:07:21 |
| 14 | MR. HYNES:  Form. | 14:07:22 |
| 15 | A.     Correct. | 14:07:23 |
| 16 | Q.     So it is completely valid that you | 14:07:24 |
| 17 | might have a fiber that has different colors in the | 14:07:27 |
| 18 | middle versus the edge, because of a legitimate edge | 14:07:31 |
| 19 | effect, correct? | 14:07:36 |
| 20 | MR. HYNES:  Vague, overbroad. | 14:07:37 |
| 21 | A.     I don't know whether the word | 14:07:41 |
| 22 | "legitimate" is appropriate because, for example, in | 14:07:44 |
| 23 | my graph, I show you if the boundary or the | 14:07:52 |
| 24 | interface between the liquid and the fiber, if that | 14:07:59 |

SHU-CHUN SU, PhD

Page 143

 1    angle exceed or equal the critical angle which the        14:08:08

 2    starting angle occur the total reflection if it          14:08:19

 3    happen that angle meet that criteria, I think            14:08:26

 4    another slide I calculate, for example, 83,              14:08:31

 5    86 degrees, something like that.  Once that angle        14:08:34

 6    reach the critical angle, then this wavelength will      14:08:40

 7    be totally reflected.  It's not going to enter the       14:08:48

 8    objective.  Therefore, the corresponding central         14:08:51

 9    stop dispersion staining color is distorted.             14:08:58

10          Q.      I think all I'm trying to figure out       14:09:04

11    is can you have an edge effect, a boundary effect        14:09:06

12    like what we see on page 32 of Exhibit 3, that is        14:09:11

13    the result of distortion and can you also have a         14:09:17

14    boundary edge effect that is not the result of           14:09:21

15    distortion?                                              14:09:25

16          A.      Any so-called boundary effect will         14:09:28

17    always cause a distortion if the angle equal or          14:09:39

18    exceed the critical angle --                             14:09:46

19          Q.      I'm sorry for interrupting you.  But       14:09:50

20    if it doesn't exceed that critical angle --              14:09:52

21          A.      It will not cause that.                    14:09:54

22          Q.      But you will still have -- can you         14:09:56

23    still have a boundary edge effect that is not the        14:09:58

24    product of distortion?                                   14:10:01

SHU-CHUN SU, PhD

Page 144

```
 1          A.      Then there is no effect.  You see, if    14:10:09

 2    it does not reach the critical angle, the            14:10:12

 3    corresponding central stop dispersion staining color  14:10:20

 4    will not be altered so there is no effect on the      14:10:26

 5    color.                                                14:10:31

 6          Q.      So I'm sorry.  I'm sorry if I'm the      14:10:32

 7    one who is being dumb here.                           14:10:37

 8              MR. PLACITELLA:  Don't apologize.  It        14:10:47

 9    happens a lot.                                        14:10:49

10              THE WITNESS:  I wish I can present           14:10:50

11    some graphics I create after this report --           14:10:52

12    BY MR. BRALY:                                         14:10:57

13          Q.      I'm sorry for interrupting.  Let me      14:10:57

14    go back to Exhibit 19.  This was one of the images     14:10:59

15    that you took, right?                                 14:11:03

16          A.      Correct.                                 14:11:05

17          Q.      And there are different colors in        14:11:06

18    this fiber?                                           14:11:08

19          A.      Correct.                                 14:11:09

20          Q.      There is goldish in the middle.          14:11:10

21    There is purple on the edges.  You can have            14:11:12

22    different colors around the edge that is not the       14:11:15

23    result of some kind of improper distortion?           14:11:18

24          A.      Correct.                                 14:11:22
```

SHU-CHUN SU, PhD

Page 145

```
 1          Q.      Okay.  But you believe -- going back    14:11:23
 2     to Exhibit 3, page 32 -- that this image in the top   14:11:33
 3     left, it is your opinion that this is the result of   14:11:39
 4     some kind of reflective distortion?                   14:11:43
 5          A.      Yes.                                     14:11:46
 6          Q.      And to correct for this, Mr. Hess or     14:11:48
 7     whoever the analyst is should remove the central      14:11:54
 8     stop and check the Becke line?                        14:11:58
 9          A.      Correct.                                 14:11:59
10          Q.      And what color Becke line should they    14:12:00
11     see?                                                  14:12:03
12          A.      The Becke line, when you examine the     14:12:05
13     Becke line, first you look at the relief of the       14:12:09
14     particle.  If the liquid refract index is very close  14:12:16
15     to the particle, the relief is very, very low or      14:12:23
16     unnoticeable.  However, if the liquid is              14:12:32
17     significantly higher or lower than the object, than   14:12:36
18     the structure, the relief will be very clear.         14:12:42
19              So if, for example, this fiber, which        14:12:46
20     I think may be Paul Hess did, if he examined the      14:12:54
21     same particle in Becke line mode by switching off     14:13:00
22     the central stop, he should be able to see the        14:13:08
23     relief of the edge is very obvious.  However, the     14:13:15
24     center, it's merged with the liquid.  There is no     14:13:23
```

SHU-CHUN SU, PhD

Page 146

1      little or no relief.                                    14:13:29

2              Q.      When I've seen Becke line images, I     14:13:31

3      have seen them as halos of reddish or greenish.   Do    14:13:34

4      you know what I am talking about here?                  14:13:40

5              A.      I know.                                 14:13:41

6              Q.      I would hope so.  Because I don't and   14:13:42

7      you're Dr. Su.                                          14:13:49

8                      Is there a color that is associated     14:13:51

9      like a halo when you view this kind of thing in a       14:13:55

10     Becke line mode and, if so, what should it be?          14:13:58

11                     MR. HYNES:  Vague.                      14:14:03

12             A.      I think the best way to answer this     14:14:06

13     is if I could present a color bar for Becke line,       14:14:10

14     which nobody did until a couple months ago at the       14:14:19

15     DRIMMC institute.  Dr. Bow Lee, he create the first     14:14:26

16     set of the Becke line color chart.  McCrone did the     14:14:34

17     essentially stop dispersion standing chart.  Eric       14:14:43

18     Chatfield did the ISO chart.  None of them created a    14:14:48

19     Becke line chart.                                       14:14:55

20                     The first one I believe was done        14:14:59

21     couple months ago by Dr. Bow Lee.  He asked me to       14:15:02

22     review that.  I think that's a great job.  Will help    14:15:08

23     people to use the Becke line.                           14:15:11

24             Q.      Sure.                                   14:15:13

SHU-CHUN SU, PhD

Page 147

| | | |
|---|---|---|
| 1 | A.       You see, if you have that chart, you | 14:15:14 |
| 2 | look at the color in the liquid and you look at the | 14:15:16 |
| 3 | color in the particle, you go to that chart, then | 14:15:22 |
| 4 | you get the matching wavelengths, like the ISO or | 14:15:27 |
| 5 | McCrone chart for central stop dispersion staining | 14:15:31 |
| 6 | color. | 14:15:36 |
| 7 | Q.       So I think we are talking about two | 14:15:41 |
| 8 | different things here for a second.  When you're | 14:15:43 |
| 9 | talking about using Becke lines in something like | 14:15:46 |
| 10 | this, it is simply to observe the relief between the | 14:15:49 |
| 11 | edge and the underlying immersion oil; is that | 14:15:52 |
| 12 | right? | 14:15:52 |
| 13 | A.       Right. | 14:15:59 |
| 14 | Q.       You're saying there is a second layer | 14:15:59 |
| 15 | of analysis that is essentially brand-new and not | 14:16:01 |
| 16 | yet finalized to evaluate the halo color associated | 14:16:04 |
| 17 | with the Becke line; is that right? | 14:16:07 |
| 18 | MR. HYNES:  Objection to form. | 14:16:09 |
| 19 | A.       No.  Let me clarify.  What I said, | 14:16:10 |
| 20 | there are -- there is a method which is the laws | 14:16:16 |
| 21 | developed.  However, it is chart with X, Y, X's and | 14:16:23 |
| 22 | also the line says in this area the particle is | 14:16:29 |
| 23 | higher by .5, .03, something like that.  However, it | 14:16:34 |
| 24 | does not have color.  It only describe term, purple, | 14:16:44 |

SHU-CHUN SU, PhD

Page 148

```
 1      purplish, yellowish, orange-ish, something like       14:16:51

 2      that.  However, what Dr. Bow Lee did, he convert      14:16:55

 3      that chart into the color bar.                        14:17:02

 4           Q.     Like a visualization?                     14:17:05

 5           A.     That's right.  Before Dr. Bow Lee,        14:17:06

 6      you will have to use Dr. Bloss chart.  But it's not   14:17:10

 7      the color chart what I am saying.                     14:17:14

 8           Q.     It's a descriptive chart?                 14:17:17

 9           A.     That's right.  Actually that chart,       14:17:19

10      every time when I got to a NVLAP lab to do the        14:17:33

11      online assessment, I always give that chart to them.  14:17:38

12      Okay.  And told them if you use Becke line to         14:17:45

13      determine the refract index, this the chart to use.   14:17:49

14           Q.     Next slide I want to talk to you          14:18:03

15      about is this -- your slide 13 of the PowerPoint.     14:18:05

16      It's page 33 of Exhibit 3.                            14:18:10

17                  You had talked about this before.         14:18:13

18      Dr. Longo had taken a PLM image and reported a        14:18:16

19      variety of different retractive indices within a      14:18:21

20      particular bundle.  Your conclusion here is that      14:18:25

21      this is not possible.                                 14:18:29

22           A.     No.                                       14:18:31

23           Q.     My question is, why not?  If you have     14:18:32

24      a bundle of individual fibers, why would it not be    14:18:38
```

Page 149

| | | |
|---|---|---|
| 1 | possible for different chrysotiles in that bundle to | 14:18:44 |
| 2 | have different refractive indexes? | 14:18:48 |
| 3 | A.    Let me explain.  I know the history | 14:18:51 |
| 4 | of this 1866 SRM developed by NIST.  If you look at | 14:18:55 |
| 5 | the certificate, there are two names there. | 14:19:03 |
| 6 | Jennifer Verkouteren, she is the supervisor of that | 14:19:08 |
| 7 | lab.  And a second name is John Phelps.  John Phelps | 14:19:15 |
| 8 | was the one who measured the refract index of this | 14:19:23 |
| 9 | 1866 chrysotile from Canada.  The first thing they | 14:19:31 |
| 10 | do in order to establish an SRM, which stands for | 14:19:39 |
| 11 | Standard Reference Material, which is job done by | 14:19:49 |
| 12 | NIST.  Their name is National Institute of Standards | 14:19:56 |
| 13 | and Technology.  They have issued various standard | 14:20:01 |
| 14 | reference material. | 14:20:07 |
| 15 | The chrysotile is one of the | 14:20:09 |
| 16 | asbestos.  They have two sets, asbestos standards. | 14:20:13 |
| 17 | 1866, which is common asbestos, including | 14:20:17 |
| 18 | chrysotile, amosite and crocidolite, plus | 14:20:25 |
| 19 | fiberglass. | 14:20:31 |
| 20 | The second set is uncommon asbestos, | 14:20:32 |
| 21 | which are the tremolite, actinolite, anthophyllite. | 14:20:38 |
| 22 | Now, when they are developing this standard | 14:20:46 |
| 23 | reference material, John Phelps have close contact | 14:20:52 |
| 24 | with me.  The reason is, they were using the most | 14:21:02 |

SHU-CHUN SU, PhD

Page 150

```
1    accurate procedure to measure the refract index is    14:21:09
2    called a spindle stage, which is developed by Dr.      14:21:14
3    Bloss.  Doc Bloss have just a book called The          14:21:21
4    Principle of Spindle Stage.                            14:21:26
5         Q.      I think I have that book.                 14:21:28
6         A.      You have that?                            14:21:30
7         Q.      I think I do.                             14:21:31
8         A.      That's right.  That's the most neat       14:21:32
9    technique to measure refract index in a sense, you     14:21:38
10   mount the target mineral onto a tip of glass fiber,    14:21:45
11   you use fingernail polish.  You glue the object        14:21:56
12   mineral onto that fiber.  Now you mount that onto a,   14:22:01
13   they call Goniometer, which is used in X-ray           14:22:08
14   detraction to sample mounting.  The reason is, that    14:22:18
15   device can rotate in XY access, which means you can    14:22:24
16   orient fiber to any direction you want, because when   14:22:33
17   you use the Becke line method, as I said in the        14:22:41
18   past, you have to change the oil.  Then it would be    14:22:46
19   hard to keep on the same particle.  You have to find   14:22:53
20   another particle to prepare in another oil to          14:23:00
21   measure that.  But a spindle stage eliminate that      14:23:03
22   need.  You look at a single fiber, the same sample.    14:23:08
23   You change the refract index of the oil by heating     14:23:15
24   or cooling that until you saw a match.                 14:23:19
```

SHU-CHUN SU, PhD

Page 151

1           Because, for example, the chrysotile          14:23:27

2       which had behaved like in the actual crystal so it    14:23:32

3       has two principal refract index, gamma and alpha.    14:23:37

4       All the rest, the other five, they are by actual.    14:23:45

5       There is three principal refract index.  Chrysotile    14:23:50

6       has only two.                                        14:23:55

7           However, you need to orient the              14:23:57

8       direction, for example, gamma to be parallel to the    14:24:00

9       polarizer.  Then you're measuring the true gamma.    14:24:06

10      You have to orient the fiber perpendicular to the    14:24:11

11      polarized light -- polarizer to measure the alpha.    14:24:15

12      The spindle stage make this job easier.  However, it    14:24:22

13      is still very tedious, because in order to establish    14:24:30

14      this as standard reference material, you can only --    14:24:36

15      you do not only measure wine fiber to represent the    14:24:41

16      whole batch of the material.  You have to measure    14:24:45

17      many of them, make sure it is stable, refract index,    14:24:49

18      then it will be qualified to be an SRM.              14:24:57

19          So what John Phelps did when he was          14:25:02

20      at NIST, it's very tedious job, because actually he    14:25:06

21      went to Virginia Tech.  At that time I'm still       14:25:12

22      finishing my PhD to learn the spindle stage         14:25:17

23      technique.  And after he returned to the NIST, what    14:25:26

24      he did the measurement we were in close contact.     14:25:31

SHU-CHUN SU, PhD

Page 152

1    Whenever he run into any problem, he will call me.    14:25:38

2                Therefore, what I'm saying, this 1866    14:25:43

3    chrysotile has a constant, very stable refract    14:25:50

4    index.  Gamma is 1.56.  Gamma is 1.556.  Alpha is    14:25:58

5    1.549.  This has been confirmed by many measurements    14:26:07

6    of John Phelps.  So in this bundle it's all 1866.    14:26:13

7    It's not a bundle put together with Canadian    14:26:24

8    chrysotile of Vermont or Italy.  It is entirely from    14:26:32

9    Canada.  Therefore, this fiber has only one refract    14:26:42

10    index.  Otherwise, it would be not qualified to be a    14:26:51

11    standard reference material.    14:26:54

12                Q.    I understand the logic.    14:26:56

13                A.    Yeah.    14:26:58

14                Q.    Okay?    14:26:58

15                A.    The color, the reason it has a range    14:26:59

16    of color like this micrograph indicates is, they are    14:27:04

17    distorted dispersion staining color.    14:27:13

18                Q.    Okay.  As an analyst when you're    14:27:17

19    looking at something like this that looks like a    14:27:26

20    fire work --    14:27:29

21                A.    Yes.    14:27:31

22                Q.    -- how do you know which color to    14:27:32

23    sample to reference against the CSDS chart?    14:27:36

24                A.    Becke line.    14:27:41

SHU-CHUN SU, PhD

Page 153

```
 1          Q.      How does the Becke line show you       14:27:46

 2     that?  That's what I'm still -- this is where I     14:27:49

 3     don't know because I'm not a microscopy.            14:27:52

 4          A.      This image is the chrysotile 1866      14:27:56

 5     chrysotile in 1.55 oil.  Now we are looking at      14:28:01

 6     elongated direction, which is the gamma direction,  14:28:13

 7     whose refract index is slowly above the 1.55 oil.   14:28:21

 8     However if it's not at 25 degrees C, most likely    14:28:30

 9     it's under that.  The oils refract index probably is 14:28:39

10     higher, slightly higher than 1.550.  Maybe is.551,  14:28:46

11     something like that.  Those correction has been     14:28:53

12     built in the conversion table I created.            14:28:58

13              Under the Becke line, it were in the       14:29:04

14     area of Dr. Bloss's chart in the area slightly above 14:29:09

15     a perfect match, which means the gamma directions   14:29:17

16     Becke line have a strong, slightly stronger orange, 14:29:26

17     red orange color than the light blue color in the   14:29:35

18     liquid.                                             14:29:40

19              You will find the Becke line image.        14:29:42

20     You look for that color pattern.  Then you know here 14:29:47

21     is the true imagine between the liquid and the      14:29:55

22     fiber.                                              14:30:02

23          Q.      So I'm going to do this:  You did      14:30:03

24     submit this week to me some photos of Becke line    14:30:09
```

SHU-CHUN SU, PhD

Page 154

1    imaging.                                                14:30:14

2          A.      Yeah.  The Cargille glass.               14:30:15

3          Q.      Yes.  You say glass --                   14:30:21

4          A.      Glass.                                    14:30:22

5          Q.      You're looking at glass?                 14:30:23

6          A.      Yeah.                                     14:30:24

7          Q.      Okay.  So I marked one of these as       14:30:26

8    Exhibit 29.                                             14:30:30

9                  Cargille is a company.  They supplied    14:30:47

10   standards that you can use?                            14:30:50

11         A.      Yeah.                                     14:30:53

12         Q.      So that's clear on the record.  So       14:30:53

13   what this photo that you submitted to me is, is        14:30:56

14   glass in 1.550 refractive index oil under the --       14:31:02

15   with the Becke line setting -- I keep calling it       14:31:10

16   oculus but it's not.  What's it called?                14:31:15

17         A.      The objective.                            14:31:20

18         Q.      The objective, yeah.  So how does the    14:31:21

19   line, the line around the perimeter of this, one of    14:31:30

20   them is kind of brownish.  One of them is kind of      14:31:37

21   reddish brown.  The other one is kind of greenish.     14:31:41

22   Other one is kind of bluish.  How do these lines       14:31:44

23   tell you how close this object is to the surrounding   14:31:48

24   refractive index oil?                                  14:31:52

SHU-CHUN SU, PhD

Page 155

| | | |
|---|---|---|
| 1 | A.      The Bloss chart, you use the Bloss | 14:31:54 |
| 2 | chart to determine -- | 14:31:59 |
| 3 | Q.      Okay. | 14:32:01 |
| 4 | A.      -- whether it is a match, how close | 14:32:03 |
| 5 | the match or how far no match. | 14:32:05 |
| 6 | Q.      All right. | 14:32:09 |
| 7 | A.      If you refer to that chart, you will | 14:32:10 |
| 8 | immediately know the different, the Becke line. | 14:32:15 |
| 9 | Q.      Probably a Becke line, B-e-c-k-e? | 14:32:24 |
| 10 | A.      Yeah, B-e-c-k-e. | 14:32:29 |
| 11 | Q.      So you would have to, what, take a -- | 14:32:48 |
| 12 | the analyst would have to determine what color this | 14:32:53 |
| 13 | is and then match it to the descriptive color in the | 14:32:57 |
| 14 | Bloss chart? | 14:33:02 |
| 15 | A.      Correct. | 14:33:02 |
| 16 | Q.      To figure this out.  So there is a | 14:33:03 |
| 17 | subjectivity to the analyst saying that this is | 14:33:05 |
| 18 | brown versus dark reddish or orange-ish and then | 14:33:10 |
| 19 | comparing that to a descriptive phrase on the Bloss | 14:33:17 |
| 20 | chart? | 14:33:22 |
| 21 | MR. HYNES:  Object to form. | 14:33:22 |
| 22 | A.      No.  Let me explain.  Actually, the | 14:33:23 |
| 23 | analyst should look the area shows the closest | 14:33:27 |
| 24 | match, then were the directive, the true reflect | 14:33:35 |

SHU-CHUN SU, PhD

Page 156

1     index of the object.                                    14:33:45

2          Q.     When you say the closest match, in          14:33:46

3     this particular image, there are two particles in       14:33:48

4     this particular image.  And if we look at the           14:33:51

5     particle on the right in the top left section of the    14:33:54

6     particle on the right, it appears to be a blending      14:33:59

7     match there between the oil and the particle.  Am I     14:34:04

8     doing this right?                                        14:34:06

9          A.     Yes.                                         14:34:07

10          Q.     Okay.  So then, do you take the line        14:34:08

11     most closely associated with that matching; is that    14:34:11

12     right?                                                   14:34:18

13          A.     Yes.                                         14:34:18

14          Q.     You would use the color kind of             14:34:18

15     brownish here and then compare that to the Bloss        14:34:21

16     chart and it will give you a refractive index value?   14:34:24

17          A.     It will tell you how close the              14:34:28

18     particle to the oil.  The oil is like a measure.  It   14:34:33

19     has the known value of 1.55.  This glass from          14:34:39

20     Cargille, actually was Corning glass, they use that    14:34:46

21     as the standards.  This glass is M7 set because        14:34:52

22     Cargille has issue three sets of the glass.  This is   14:34:57

23     the M7 set from the lot B, which has a refract index   14:35:01

24     of 1.55077 at 589 nanometer wavelengths, which is      14:35:12

SHU-CHUN SU, PhD

Page 157

1       the standard wavelengths to describe the refract        14:35:23

2       index.                                                  14:35:27

3                   So this area, you just point out, you       14:35:29

4       see here the particle looks like it merged into.        14:35:37

5       You cannot see the relief.  Then it indicates it's a    14:35:45

6       very, very close match between the glass and the        14:35:52

7       liquid.  Therefore, you should use this area to         14:35:59

8       measure as in the value of the glass refract index.     14:36:07

9           Q.      So when you figure that out, the area       14:36:14

10      that you should be using, is that when you're           14:36:17

11      supposed to switch back to the central stop and then    14:36:21

12      evaluate that same relative location?                   14:36:25

13          A.      Yes.  You see, I have a corresponding        14:36:27

14      image of this two particle in central stop mode.        14:36:31

15      Can we switched to that micrograph?                     14:36:36

16          Q.      You do.  Look at that.  I will mark         14:36:44

17      that as Exhibit 30.                                     14:36:52

18              (Exhibit 30 Image 1.55 Glass CSDS 1.550         14:36:54

19      marked for identification.)                             14:37:04

20          Q.      Again, for the right particle, the          14:37:04

21      two particles in the center of the screen, you're       14:37:08

22      saying that the correct place to evaluate the color     14:37:11

23      is in the top -- kind of the I call it the north,       14:37:15

24      northwest side of the right hand particle?              14:37:19

SHU-CHUN SU, PhD

Page 158

| | | |
|---|---|---|
| 1 | A.    Correct.  Which you have confirmed | 14:37:22 |
| 2 | with the Becke line image. | 14:37:25 |
| 3 | Q.    All right. | 14:37:27 |
| 4 | MR. HYNES:  I want to note for the | 14:37:29 |
| 5 | record if you could go back to Exhibit 30, please. | 14:37:30 |
| 6 | This looks a little bit different from the image | 14:37:33 |
| 7 | that was produced in advance of today's deposition. | 14:37:35 |
| 8 | May be the monitor.  I'm not certain, but it | 14:37:39 |
| 9 | looks -- | 14:37:43 |
| 10 | MR. BRALY:  Kevin -- | 14:37:44 |
| 11 | MR. HYNES:  I can look on your | 14:37:48 |
| 12 | screen.  I think it has to be the monitor. | 14:37:49 |
| 13 | MR. BRALY:  Okay. | 14:38:33 |
| 14 | BY MR. BRALY: | 14:38:34 |
| 15 | Q.    All right.  So you have to use Becke | 14:38:34 |
| 16 | lines on something like this? | 14:38:35 |
| 17 | A.    That's right. | 14:38:37 |
| 18 | Q.    All right.  Can I ask you about this | 14:38:38 |
| 19 | middle paragraph?  On the right-hand column.  The | 14:38:42 |
| 20 | last sentence that you provide here [Reading] If | 14:38:46 |
| 21 | such a theory is proved, it would shake the very | 14:38:50 |
| 22 | foundation of physics. | 14:38:53 |
| 23 | A.    Yes.  The reason I said that is, the | 14:38:56 |
| 24 | refract index is intrinsic physical property of | 14:39:04 |

SHU-CHUN SU, PhD

Page 159

```
1    material.  It was -- it is determined by the          14:39:10

2    elemental composition and the crystal structure.  So  14:39:14

3    within this fiber bundle in the micron scale neither   14:39:20

4    the elemental composition or the crystal structure     14:39:28

5    change.  Therefore, the resulting refract index        14:39:33

6    should not be changed, because it also verified by     14:39:38

7    NIST, by measuring a series chrysotile for their       14:39:46

8    standard reference material sample.                    14:39:55

9           Q.      I need to...                            14:39:59

10                  MR. HYNES:  Do you want to take a       14:40:22

11   break?                                                 14:40:24

12                  MR. BRALY:  Sure.                       14:40:24

13                  (A break was taken.)                    14:47:31

14   BY MR. BRALY:                                          14:47:34

15          Q.      I understand what you're saying about   14:47:43

16   the variability what we were talking about the         14:47:45

17   variability of RIs within a bundle.  I'm curious if    14:47:47

18   you have ever -- you personally have ever tried to     14:47:53

19   distinguish refractive indices within a bundle if      14:47:56

20   you've ever tried to do that or if you are just --     14:48:01

21   this is just something that you wouldn't do?           14:48:04

22          A.      You have to, because every image, if    14:48:08

23   you look in the -- my Pittsburgh work, every           14:48:14

24   structure shows a range of dispersion staining         14:48:20
```

SHU-CHUN SU, PhD

Page 160

1      color.  As I said, if I'm going to publish a paper        14:48:25

2      about distorted dispersion staining color, I would        14:48:31

3      say the distorted dispersion color is everywhere.         14:48:37

4      It shows in every structure I examined.                   14:48:42

5                    So for every structure I examined, I        14:48:48

6      automatically switch between the central stop and         14:48:51

7      Becke line.  Occasionally I even use the annular          14:48:55

8      stop, because that is three setting of the McCrone        14:49:02

9      dispersion staining objective.  It make it very           14:49:06

10     convenient to switch between them without changing        14:49:12

11     the objective.  Okay.                                     14:49:15

12            Q.      So I want to ask you about this, this      14:49:23

13     section about misinterpreting your table.  Let me         14:49:30

14     get back on track.                                        14:49:54

15                    You have a section of your report          14:49:56

16     that claims that Dr. Longo is misinterpreting your        14:49:58

17     table.  Part of this I think is part and parcel of        14:50:02

18     the decision Dr. Longo made to switch from using          14:50:07

19     1.550 --                                                  14:50:10

20            A.      To 560.                                    14:50:11

21                    MR. HYNES:  Let him finish the             14:50:14

22     question.                                                 14:50:16

23            Q.      And the justification that Dr. Longo       14:50:17

24     gave for switching from 1.550 to 1560 was that           14:50:19

SHU-CHUN SU, PhD

Page 161

1    statement I read earlier from your peer-reviewed          14:50:26

2    publication from 2020?                                    14:50:28

3          A.      '22.                                        14:50:31

4          Q.      Thank you.  I appreciate it.  That          14:50:34

5    statement once again was found in Exhibit 13 where        14:50:55

6    it says [Reading] There are chrysotile minerals           14:50:59

7    whose refractive indexes are significantly higher         14:51:01

8    than those of a standard chrysotile from the NIST         14:51:05

9    SRM 1866 set.  In that case, 1.555 or 1.560 instead       14:51:08

10   of 1.550 should be used to determine gamma.               14:51:16

11               Do you see that?                              14:51:20

12         A.      Yes, I do.  That's my writing.              14:51:21

13         Q.      Right.  That's what you published?         14:51:24

14         A.      Mm-hmm.                                     14:51:26

15         Q.      Right.  So the relationship between         14:51:27

16   NIST SRM 1866 and 1.550 RI fluid is .006.  That's         14:51:32

17   the difference?                                           14:51:44

18         A.      That's right, 005 to 006.                   14:51:44

19         Q.      Right.  1866 SRM in your -- what            14:51:50

20   you've offered here is that refractive index of NIST      14:51:56

21   1866 is 1.556, right?                                     14:52:00

22         A.      Right.                                      14:52:04

23         Q.      Okay.  So what you're saying is that        14:52:05

24   there are chrysotiles that will have higher               14:52:08

SHU-CHUN SU, PhD

Page 162

| | | |
|---|---|---|
| 1 | refractive indexes than that; is that right? | 14:52:12 |
| 2 | A.    Yes. | 14:52:15 |
| 3 | Q.    Okay.  And using that same gap of | 14:52:15 |
| 4 | .006, it seems like in this writing you're | 14:52:27 |
| 5 | anticipating the potential existence of chrysotile | 14:52:30 |
| 6 | with refractive index values as high as 1.566. | 14:52:33 |
| 7 | A.    No.  That is not true.  Let me give | 14:52:43 |
| 8 | you the background I put that in my paper.  That is | 14:52:45 |
| 9 | because M12001, in year 2001 NAVLAP the first time | 14:52:53 |
| 10 | use the Calidria chrysotile as a test sample. | 14:53:04 |
| 11 | Because it is about, as I said -- as you said, it's | 14:53:11 |
| 12 | about five unit in the third decimal place higher | 14:53:15 |
| 13 | than 1.866.  So I believe quite a few lab failed the | 14:53:21 |
| 14 | test because they have never seen chrysotile like in | 14:53:32 |
| 15 | that kind of range of refract index. | 14:53:39 |
| 16 | Q.    You're saying "that kind of range." | 14:53:42 |
| 17 | What you're indicating is that in 2001 Calidria was | 14:53:44 |
| 18 | being identified with an RI around 1.561? | 14:53:50 |
| 19 | A.    60. | 14:53:54 |
| 20 | Q.    60.  You said it was five units in | 14:53:56 |
| 21 | the third decimal place higher than -- | 14:54:02 |
| 22 | A.    The 1866. | 14:54:02 |
| 23 | Q.    The 1866 is 1.56. | 14:54:04 |
| 24 | A.    As you said it's between my table | 14:54:08 |

SHU-CHUN SU, PhD

Page 163

| | | |
|---|---|---|
| 1 | here is for alpha is 006 higher.  For gamma is 004. | 14:54:11 |
| 2 | Yeah.  That is the range. | 14:54:21 |
| 3 | Q.    That would be 1.560 for Calidria. | 14:54:23 |
| 4 | That was reflected in 2001? | 14:54:27 |
| 5 | A.    Correct. | 14:54:31 |
| 6 | Q.    21 years later, you published a paper | 14:54:31 |
| 7 | saying that you should use a higher RI oil for some | 14:54:35 |
| 8 | chrysotiles? | 14:54:40 |
| 9 | A.    Correct.  Or so in that paper I said | 14:54:41 |
| 10 | for routine sample for the commercial lab, it's | 14:54:48 |
| 11 | okay, just keep using 1.55.  However, when you are | 14:54:53 |
| 12 | treating the tested sample, because if you fail that | 14:54:59 |
| 13 | test twice in a row, your accreditation status were | 14:55:04 |
| 14 | being terminated.  Therefore, when I go to the | 14:55:14 |
| 15 | asbestos lab, I always tell them when you are doing | 14:55:19 |
| 16 | the test sample, you better be more careful and to | 14:55:24 |
| 17 | use a 1.56 if it's chrysotile.  Then your chance to | 14:55:31 |
| 18 | fail the test will be much less. | 14:55:41 |
| 19 | Q.    Have you ever measured the refractive | 14:55:43 |
| 20 | index of chrysotile found naturally in a cosmetic | 14:55:47 |
| 21 | talc product? | 14:55:54 |
| 22 | A.    No, because I never encounter that. | 14:55:55 |
| 23 | Q.    Other than Dr. Longo -- and I | 14:56:01 |
| 24 | understand what you're saying that it's not | 14:56:03 |

SHU-CHUN SU, PhD

Page 164

1    chrysotile at all, but other than Dr. Longo, have    14:56:05

2    you ever reviewed anybody determining the refractive    14:56:08

3    index of chrysotile found naturally in a cosmetic    14:56:13

4    talc product?    14:56:16

5        A.    No, I never seen any literature or    14:56:17

6    report.    14:56:20

7        Q.    So I'm taking it that you're not the    14:56:28

8    expert who would dispute or establish that    14:56:33

9    chrysotile was or was not ever present in any    14:56:35

10    cosmetic talc products anywhere, right?  That's not    14:56:39

11    what you do?    14:56:44

12        A.    No.    14:56:44

13        Q.    Right.  But to the extent that    14:56:45

14    chrysotile has been identified in some cosmetic talc    14:56:52

15    products, you're unaware of what the refractive    14:56:58

16    index would be for something like that, an inclusion    14:57:02

17    like that?    14:57:09

18            MR. HYNES:  Form, vague, incomplete    14:57:09

19    hypothetical.    14:57:11

20        A.    Because I never seen the report or so    14:57:14

21    I never seen the data, if they find chrysotile in a    14:57:17

22    talc powder, what is the refract index they report?    14:57:23

23    I have no idea.  Okay.    14:57:29

24        Q.    Have you ever evaluated the    14:57:34

SHU-CHUN SU, PhD

Page 165

| | | |
|---|---|---|
| 1 | refractive index of chrysotile from any deposit or | 14:57:36 |
| 2 | location from China? | 14:57:43 |
| 3 | A.    No. | 14:57:44 |
| 4 | Q.    You have evaluated chrysotile in | 14:58:20 |
| 5 | 1.550 oil and 1.560 oil? | 14:58:23 |
| 6 | A.    Correct. | 14:58:29 |
| 7 | Q.    You did that as part of your | 14:58:29 |
| 8 | Pittsburgh project? | 14:58:33 |
| 9 | A.    Yes. | 14:58:35 |
| 10 | Q.    I understand you disagree with Dr. | 14:58:36 |
| 11 | Longo's interpretation maybe even the procedures | 14:58:37 |
| 12 | that he followed, but the decision to utilize a | 14:58:40 |
| 13 | different refractive index oil is not an error by | 14:58:43 |
| 14 | itself, is it? | 14:58:47 |
| 15 | A.    No. | 14:58:49 |
| 16 | Q.    Okay.  It's simply changes the | 14:58:50 |
| 17 | calibration of what you're looking at? | 14:58:55 |
| 18 | A.    It changed the color. | 14:58:57 |
| 19 | Q.    Right.  Then you would have to use a | 14:58:59 |
| 20 | different chart to reflect for that different color? | 14:59:01 |
| 21 | A.    Exactly. | 14:59:03 |
| 22 | Q.    All right.  I don't understand the | 14:59:04 |
| 23 | kindergarten slide.  I understand the words on it -- | 14:59:30 |
| 24 | by the way, I'm looking at page 39 of Exhibit 3. | 14:59:33 |

SHU-CHUN SU, PhD

Page 166

1    It's paginated as page 19 of the PowerPoint.              14:59:37

2            A.      Should I explain?                         14:59:42

3            Q.      I would love it if you would.             14:59:43

4            A.      Okay.  The reason I used this             14:59:45

5    knowledge is, if you go to previous slide, Dr. Longo     14:59:50

6    said gamma value which is the parallel direction,        14:59:56

7    the range of the gamma is 1.540 to 1.580 which never     15:00:03

8    say that.  The reason he interpret is because my         15:00:12

9    table is going from 300 to a nanometer matching          15:00:20

10   wavelength to 1,000 at the full range of the             15:00:30

11   dispersion staining color.  Now, if you look at the      15:00:34

12   ISO chart, Dr. Eric put a dash line to say if it is      15:00:41

13   chrysotile, the gamma value is usually within this       15:00:52

14   narrow range.                                            15:00:57

15           Q.      The ISO chart is the chart on the        15:00:58

16   right-hand side here, right?                             15:01:00

17           A.      What I'm saying here, that range cite     15:01:02

18   by Dr. Longo, 1.50 [ph] to 1.580 is the range the       15:01:06

19   color bar which is much wider that the possible          15:01:17

20   range of chrysotile.  So you cannot interpret it,        15:01:22

21   the chrysotiles central stop dispersion staining         15:01:29

22   color could range from 300 to 1,000.  Only in that      15:01:35

23   case then his statement, his interpretation is           15:01:41

24   correct.                                                 15:01:48

SHU-CHUN SU, PhD

Page 167

```
 1              However, when I put my table,          15:01:49

 2     conversion table, I have to cover the all -- not   15:01:54

 3     only the possibility should be much wider than that.  15:02:00

 4     Slide in kindergarten if you measure the children's  15:02:06

 5     height, you use a -- they call the stadiometer.  The  15:02:10

 6     stadiometer must accommodate a much taller height,   15:02:18

 7     which doesn't mean the children could be 6 feet tall  15:02:24

 8     but the tool you use that would cover that beyond   15:02:28

 9     that, as such.                                 15:02:36

10              The ISO table, ISO color chart and my  15:02:39

11     conversion table is cover all the matching      15:02:45

12     wavelengths, not necessarily the matching       15:02:49

13     wavelengths for the chrysotile, is only portion of  15:02:53

14     that.                                          15:02:58

15          Q.     So I am trying to figure out if we   15:03:01

16     are really arguing about something worth arguing   15:03:06

17     about here.  What Dr. Longo reported was comparison  15:03:09

18     of chrysotile, what he labeled this column as is the  15:03:14

19     refractive index range in parallel.  What you're   15:03:19

20     saying is that your range does include those values  15:03:26

21     even if overinclusive?                         15:03:30

22              MR. HYNES:  Misstates testimony.       15:03:33

23          A.     What I meant, my table, the lowest   15:03:34

24     refract index is 1.540.  The highest is 1.580.  It's  15:03:40
```

SHU-CHUN SU, PhD

Page 168

| | | |
|---|---|---|
| 1 | not -- I'm not saying, if you look my paper, never, | 15:03:52 |
| 2 | ever in my paper I said the chrysotile gamma is | 15:03:58 |
| 3 | within that -- is the highest is 1.58.  The lowest | 15:04:03 |
| 4 | 1.54.  It's not.  The chrysotile is only a portion | 15:04:10 |
| 5 | of that range. | 15:04:16 |
| 6 | Q.    Here is my question.  I shouldn't | 15:04:18 |
| 7 | start it this way.  These are all my questions. | 15:04:22 |
| 8 | This is my next question. | 15:04:24 |
| 9 | MR. PLACITELLA:  Your killing me | 15:04:28 |
| 10 | here. | 15:04:30 |
| 11 | MR. BRALY:  Thank you, Chris. | 15:04:30 |
| 12 | BY MR. BRALY: | 15:04:32 |
| 13 | Q.    Earlier you told me that the highest | 15:04:32 |
| 14 | refractive index value that you had ever seen for | 15:04:35 |
| 15 | chrysotile was somewhere in the ballpark of 1.56 in | 15:04:39 |
| 16 | the low end 1.56? | 15:04:43 |
| 17 | A.    The highest I saw is 1.560 to 1.561. | 15:04:49 |
| 18 | Q.    Okay.  You did publish, I mean, this | 15:04:55 |
| 19 | as a range that included a value up to 1.58.  My | 15:05:01 |
| 20 | question is, why did you publish that instead of | 15:05:08 |
| 21 | something like 1.565 or something that would still | 15:05:10 |
| 22 | encompass the upper end of what you think is | 15:05:14 |
| 23 | possible? | 15:05:17 |
| 24 | MR. HYNES:  Asked and answered. | 15:05:17 |

SHU-CHUN SU, PhD

Page 169

| | | |
|---|---|---|
| 1 | A.       That paper 2003, in American | 15:05:20 |
| 2 | Mineralogist is not a paper discuss the actual range | 15:05:29 |
| 3 | of the chrysotile refract index.  That table can be | 15:05:36 |
| 4 | used for measuring other type material.  You see? | 15:05:41 |
| 5 | It can be used not only for chrysotile, for asbestos | 15:05:51 |
| 6 | mineral.  It can be used, the material with similar | 15:05:56 |
| 7 | dispersion coefficient.  Therefore, that table has a | 15:06:04 |
| 8 | general purpose of use.  So it is not a paper saying | 15:06:13 |
| 9 | just for the asbestos analysis.  Okay. | 15:06:23 |
| 10 | Q.       What Dr. Longo also records here is | 15:06:37 |
| 11 | that Walter McCrone published a range for chrysotile | 15:06:44 |
| 12 | in parallel or gamma of 1.570 to 1.548.  Have you | 15:06:48 |
| 13 | analyzed that underlying data and do you have any | 15:06:56 |
| 14 | particular criticisms of that entry? | 15:07:00 |
| 15 | A.       No, because I know this is from a | 15:07:03 |
| 16 | paper of Doc McCrone.  He analyzed a series | 15:07:07 |
| 17 | chrysotile from different locations in the world. | 15:07:16 |
| 18 | One of the sample showed the gamma as 1.570.  He | 15:07:25 |
| 19 | reported that in his paper, but it's only at that | 15:07:34 |
| 20 | specific location.  It's not a general gamma value | 15:07:42 |
| 21 | for the rest of the chrysotile. | 15:07:47 |
| 22 | Q.       What was the general location from | 15:07:53 |
| 23 | which that finding came? | 15:07:55 |
| 24 | A.       You mean this high value? | 15:07:59 |

SHU-CHUN SU, PhD

Page 170

1        Q.        Mm-hmm.                                    15:08:01

2        A.        I don't remember.  And he has a table      15:08:03

3    in that indicate which sample is from where.  Okay.     15:08:04

4    But I don't remember exact location of that sample.     15:08:10

5    You see, when NIST, they try to issue a standard        15:08:23

6    reference material in concert with the AHERA law,       15:08:29

7    that's the time they fail the needs, we need to         15:08:39

8    issue a standard reference material for asbestos.       15:08:45

9    They screen many chrysotile from different              15:08:51

10   locations.  Finally, they decide the Canadian           15:08:59

11   chrysotile is most representative.  That's why they     15:09:04

12   use that as an SRN.                                     15:09:10

13       Q.        One of the issues that Dr. Longo has       15:09:42

14   testified about and you've taken criticism with has     15:09:48

15   to do with the identification of Calidria at the        15:09:51

16   refractive index that he found versus what you found    15:09:57

17   in your Pittsburgh project last month.                  15:10:02

18       A.        Correct.                                   15:10:07

19       Q.        Fair?  Okay.  And your -- the              15:10:07

20   position that you've taken here is that what he's       15:10:15

21   identifying as asbestos is talc; is that right?         15:10:20

22       A.        That is my opinion.                        15:10:25

23       Q.        And that's here for every one of the       15:10:28

24   reports that you've looked at that is referenced in     15:10:31

SHU-CHUN SU, PhD

Page 171

| | | |
|---|---|---|
| 1 | your report? | 15:10:34 |
| 2 | A.    Correct. | 15:10:35 |
| 3 | Q.    That every time he identifies | 15:10:36 |
| 4 | chrysotile that's what he is identifying is talc? | 15:10:38 |
| 5 | A.    Yeah, that is my conclusion. | 15:10:43 |
| 6 | Q.    So, I want to ask you about how you | 15:10:50 |
| 7 | deal with a particular aspect of this.  I am going | 15:10:54 |
| 8 | to mark as Exhibit 31, a report dated October 9, | 15:10:59 |
| 9 | 2023. | 15:11:04 |
| 10 | (Exhibit 31 William Longo's Report dated | 15:11:04 |
| 11 | October 9, 2023 marked for identification.) | 15:11:05 |
| 12 | Q.    This report is 196 pages long.  So | 15:11:05 |
| 13 | what I am doing, is this report in total will be | 15:11:08 |
| 14 | Exhibit 31, but the section I am going to ask you | 15:11:12 |
| 15 | about is Section 5 of that report.  That will be | 15:11:15 |
| 16 | Exhibit 32. | 15:11:18 |
| 17 | (Exhibit 32 Section 5 of Report dated | 15:11:19 |
| 18 | October 9, 2023 marked for identification.) | 15:11:23 |
| 19 | Q.    What Exhibit 32 is, is a mixture of | 15:11:23 |
| 20 | Calidria asbestos mounted in a sample of bentonite | 15:11:31 |
| 21 | clay, okay?  That is what Dr. Longo prepared. | 15:11:38 |
| 22 | So before I start asking about this, | 15:11:43 |
| 23 | I want to ask you a couple of questions.  Have you | 15:11:46 |
| 24 | ever known California chrysotile to include talc as | 15:11:49 |

SHU-CHUN SU, PhD

Page 172

1    a co-contaminant?                                      15:11:54

2          A.      Not I'm aware of, because I never        15:11:58

3    investigated that.  Okay.                              15:12:01

4          Q.      I asked Mickey Gunter the same           15:12:03

5    question about a year and a half ago.  He also said    15:12:07

6    no.  That's neither here nor there.                    15:12:09

7                  Are you aware of any co-contaminants     15:12:13

8    in California chrysotile deposits?                     15:12:19

9          A.      I don't read any literature about        15:12:24

10   that, so I don't remember what kind of contaminate     15:12:28

11   it has.  If it's in the literature, maybe I have not   15:12:39

12   read that literature.                                  15:12:44

13         Q.      The SG-210 that you evaluated with       15:12:48

14   Matt Sanchez and Bryan Bandli was included in a        15:12:52

15   mixture of talc powder, correct?                       15:12:58

16         A.      I think they are pure chrysotile.        15:13:02

17         Q.      Okay.  Did you also have a sample --     15:13:06

18   samples that were just straight chrysotile?  You may   15:13:10

19   have.  Did you?                                        15:13:15

20         A.      You mean Pittsburgh work?                15:13:24

21         Q.      Yeah.                                    15:13:29

22                 MR. HYNES:  Take a look at them          15:13:31

23   titled Micrometer with SG-210 1.550 and 1.560.         15:13:38

24                 MR. BRALY:  Yeah, I see it.  Okay.       15:13:46

SHU-CHUN SU, PhD

Page 173

1          Q.      I take it you have never reviewed      15:14:01

2     this report before.  This report.                  15:14:03

3          A.      Might have.  It looks to me the title  15:14:16

4     I seem to remember.  I look at that, but not        15:14:20

5     thoroughly.                                         15:14:28

6          Q.      Okay.  In the section that I'm         15:14:28

7     looking at here, which I think is section 5, yeah,  15:14:35

8     section 5, in a sample that has no talc in it but   15:14:42

9     does have Calidria --                               15:14:49

10         A.      Which sample this?                      15:14:54

11         Q.      This is the sample of Calidria          15:14:56

12    mounted in bentonite clay.                           15:15:00

13                 MR. HYNES:  What is the M number?       15:15:03

14                 MR. BRALY:  There isn't one.            15:15:04

15         A.      That is spiked.  The bentonite is       15:15:05

16    spiked with Calidria chrysotile.  Of course you want 15:15:09

17    to see that.                                          15:15:13

18         Q.      Right.  What I'm saying is that this    15:15:14

19    is, without a doubt, chrysotile?                     15:15:17

20                 MR. HYNES:  Objection; assumes facts.   15:15:20

21         Q.      There is nothing else in there.         15:15:22

22         A.      If it's a spiked with chrysotile,       15:15:25

23    under the presence of chrysotile should be a fact    15:15:32

24    because the sample is like spiked or contaminated    15:15:38

SHU-CHUN SU, PhD

Page 174

```
 1    with chrysotile.                              15:15:42

 2          Q.      Right.  So what we are looking at   15:15:44

 3    here on page six of Exhibit 32, that's chrysotile?   15:15:47

 4          A.      Yes.                            15:15:55

 5          Q.      Okay.  What color would you assign to   15:15:56

 6    what's seen here on page six of Exhibit 32?   15:16:08

 7          A.      Without looking at the Becke line, I   15:16:11

 8    cannot simply look at a central stop dispersion   15:16:17

 9    staining color image to make the determination.   15:16:25

10                  MR. HYNES:  I will note that the   15:16:28

11    reproduction of this M71547-001CSM-002 chrysotile   15:16:29

12    looks like a faded-out copy version of an image   15:16:38

13    taken at Longo owes laboratory rather than digital   15:16:47

14    reproduction of same.                         15:16:51

15                  MR. BRALY:  Thank you for your   15:16:56

16    opinion, Kevin.                               15:16:58

17                  THE WITNESS:  One thing I could tell   15:17:03

18    from that image --                            15:17:05

19    BY MR. BRALY:                                 15:17:06

20          Q.      This one?                       15:17:06

21          A.      The first one you show me, the   15:17:07

22    yellow.                                       15:17:10

23          Q.      Yeah.  This one?                 15:17:10

24          A.      Yes.  I'm very sure, you see the   15:17:14
```

SHU-CHUN SU, PhD

Page 175

```
1      refract index down here it says RI 1.567 to 1.570.    15:17:20

2      That number doesn't match the color at all.           15:17:33

3           Q.      How do you know that if you haven't       15:17:37

4      looked at the Becke line?                             15:17:39

5           A.      No.   What I'm saying, the refract        15:17:41

6      index, he showed here, if you go back to my table --  15:17:43

7      can you pull out my 1.550 table for chrysotile.       15:17:52

8           Q.      I can, but what I'm trying to get at      15:17:57

9      is, if you don't know what color you're comparing it  15:18:00

10     to, how do you know that?                             15:18:03

11          A.      It doesn't match any color in this       15:18:05

12     image.                                                15:18:08

13          Q.      Okay.                                     15:18:08

14          A.      It doesn't match.  If you look at my      15:18:09

15     table.                                                15:18:12

16          Q.      All right.  This is page 10, this         15:18:12

17     is -- can you not get a sense of the Becke line with  15:18:26

18     the polarizer out by looking at the border between    15:18:30

19     the fluid and the edge of the particle?               15:18:33

20          A.      This structure is in the 45 degree.      15:18:38

21     It's neither parallel or perpendicular.               15:18:44

22          Q.      Right.                                    15:18:52

23          A.      Therefore, you cannot use this image.    15:18:53

24     Even use Becke line to determine if it's alpha or     15:18:57
```

SHU-CHUN SU, PhD

Page 176

| 1 | gamma. | 15:19:01 |

1       gamma.                                              15:19:01

2              Q.      In order to evaluate a Becke line,    15:19:02

3       does it have to be oriented in the parallel or      15:19:06

4       perpendicular direction?                            15:19:07

5              A.      Depending if you are assessing the    15:19:08

6       gamma, it's parallel.  If you're assessing alpha, it 15:19:12

7       should be perpendicular.                            15:19:18

8              Q.      Even though this is on a 45-degree    15:19:19

9       angle which is appropriate for a photo, you can tell 15:19:24

10      the orientation of what this is by the relationship  15:19:29

11      of the other particles around it, right?            15:19:32

12             A.      Mm-hmm.                               15:19:34

13             Q.      That's correct, right?  You have to   15:19:35

14      say "yes."  You just have to articulate yes or no.  15:19:38

15      You're saying "mm-hmm."                              15:19:43

16             A.      Your question again...                15:19:45

17             Q.      With a particle in the 45-degree      15:19:47

18      angle, you can determine the orientation of it by    15:19:49

19      the reference to other particles in the image,       15:19:53

20      correct?                                             15:19:56

21             A.      To determine what?                    15:19:57

22             Q.      For example, if we go back to this in 15:20:00

23      parallel, we can identify the structures that are    15:20:06

24      surrounding that fiber and then look at it in the 45 15:20:10

SHU-CHUN SU, PhD

Page 177

1    and determine the orientation of it in parallel,        15:20:15

2    meaning the right edge, the area that's in the          15:20:22

3    northeast corner of this is the same as the east        15:20:28

4    side of the fiber in parallel?                          15:20:31

5         A.      No, because if you look, the               15:20:34

6    polarizer is east/west.                                 15:20:40

7         Q.      Right.                                     15:20:42

8         A.      Therefore, this section at a 45            15:20:43

9    degree, it is called gamma prime.  It's between         15:20:49

10   alpha and gamma.                                        15:20:53

11        Q.      I think you're misunderstanding what       15:20:54

12   I'm asking you, and I don't know how to make it         15:20:58

13   clear.                                                  15:20:59

14             The tip of this in the northeastern           15:21:00

15   corner of what is page nine of Exhibit 32, the tip      15:21:04

16   on the northeastern side of that fiber is the same      15:21:11

17   location as the eastern tip of the fiber on page six    15:21:15

18   of the same exhibit?                                    15:21:20

19        A.      Yes.  They are the same fiber.             15:21:21

20        Q.      All right.  So if we go to, say, page      15:21:23

21   10 we are looking at that fiber, can we look at         15:21:27

22   where the border between the oil and the fiber are      15:21:33

23   blended together closest to determine the same Becke    15:21:36

24   line effect that you had discussed previously?          15:21:40

SHU-CHUN SU, PhD

Page 178

1          A.      Yes or no.  When I say "yes," if the          15:21:44

2     Becke line image is focused, then you examine, you          15:21:51

3     compare the dispersed Becke line color against Dr.          15:21:59

4     Bloss's chart, you will know this structure has a          15:22:08

5     higher refract index than the liquid.          15:22:18

6          Q.      This was another image.  This is          15:22:27

7     M71547-001CSM3.  Do you this?          15:22:31

8          A.      I saw that.          15:22:37

9          Q.      Again, this is the Calidria sample in          15:22:38

10    bentonite clay.  Do you have any reason to dispute          15:22:42

11    that the particles shown in this image is Calidria?          15:22:46

12          A.      It is Calidria, yes.          15:22:50

13          Q.      Okay.  The same question then for the          15:22:54

14    next photo, which is at page 18 of Exhibit 32, which          15:23:02

15    is M71547-001CSM-004.  Same question, given the          15:23:08

16    preparation of the sample, is the particle shown          15:23:16

17    here Calidria?          15:23:19

18                MR. HYNES:  Same objection.          15:23:21

19          A.      It is Calidria chrysotile and it's          15:23:28

20    refract index looks, if it in general look like if          15:23:36

21    you put a Calidria in 1.550, it should look similar          15:23:42

22    to that.          15:23:48

23          Q.      Page 23 of Exhibit 32 is image          15:23:49

24    M71547-001CSM-005.  Given the preparation of this          15:23:57

SHU-CHUN SU, PhD

Page 179

| | | |
|---|---|---|
| 1 | sample, this being Calidria with bentonite clay, is | 15:24:04 |
| 2 | there any doubt that the fiber in the middle of the | 15:24:09 |
| 3 | screen is Calidria? | 15:24:13 |
| 4 | MR. HYNES:  Assumes facts.  I will | 15:24:15 |
| 5 | have a recurring objection on this document.  Each | 15:24:17 |
| 6 | of the images shown have been these photographic -- | 15:24:19 |
| 7 | or photocopied reproductions as opposed to digital | 15:24:23 |
| 8 | reproductions of these images, sort of washed out | 15:24:26 |
| 9 | and faded. | 15:24:29 |
| 10 | You can answer. | 15:24:30 |
| 11 | MR. BRALY:  That is a profound | 15:24:34 |
| 12 | speaking objection, but that's all right. | 15:24:35 |
| 13 | BY MR. BRALY: | 15:24:38 |
| 14 | Q.    Do you remember my question? | 15:24:38 |
| 15 | A.    Yes. | 15:24:40 |
| 16 | Q.    Okay. | 15:24:44 |
| 17 | A.    This is a chrysotile structure. | 15:24:45 |
| 18 | Q.    The next image is at page 28 of | 15:24:55 |
| 19 | Exhibit 32.  This is image identified as | 15:24:59 |
| 20 | M71547-001CSM006.  Given that this sample was a | 15:25:05 |
| 21 | mixture of Calidria and bentonite clay, do you have | 15:25:12 |
| 22 | any reason or do you believe that this image | 15:25:17 |
| 23 | indicated in the middle of this screen is Calidria? | 15:25:21 |
| 24 | MR. HYNES:  Again, same objections. | 15:25:24 |

SHU-CHUN SU, PhD

```
                                                    Page 180

 1          A.      It is Calidria, which used to spike    15:25:27

 2     the bentonite.                                      15:25:33

 3          Q.      Yes.  This is page 33 of Exhibit 32.   15:25:34

 4     Identified as M71547-001CSM-007.  It's exactly the  15:25:45

 5     same question as I've been asking you.  Is this     15:25:52

 6     particle in the middle of this screen Calidria?     15:25:55

 7               MR. HYNES:  Same objections.              15:25:58

 8          A.      It is.                                 15:25:59

 9          Q.      Another section of questions I wanted  15:26:11

10     to cover with you before we finish for the day.  Do 15:26:14

11     you know what inner growth are?                     15:26:21

12          A.      Yes.                                   15:26:23

13          Q.      What are they?                         15:26:24

14          A.      Intergrowth is a structure with two    15:26:25

15     different type of related minerals.  There is       15:26:35

16     commonality between their composition and crystal   15:26:46

17     structure.  Okay.  So the intergrowth can only      15:26:54

18     happen between, like, an ISO morph series mineral   15:27:04

19     from one end member maybe to the middle or something 15:27:12

20     like that but not two different species.  What I    15:27:17

21     mean two different species I meant the composition  15:27:23

22     and the structure.  If they are drastically         15:27:28

23     different crystal structure, they will never        15:27:36

24     intergrowth together.                               15:27:41
```

SHU-CHUN SU, PhD

Page 181

1      Q.      Thank you.  Are you aware of the      15:27:44

2   existence of talc and anthophyllite inter-growing   15:27:48

3   together?                                           15:27:57

4      A.      The talc and anthophyllite, the       15:27:58

5   composition is similar.  Both are magnesium silicate   15:28:05

6   with hydroxyl molecule in the structure.  However,   15:28:14

7   their crystallographic structure is quite different.   15:28:25

8      Q.      Yes.  So first just for the sake of    15:28:27

9   the court reporter, you said magnesium silicate with   15:28:31

10  hydroxyl group, right?                              15:28:33

11     A.      Yeah.                                    15:28:36

12     Q.      Okay.  Makes it clear as day, right?   15:28:36

13  But if you look at them under SAED, you will get    15:28:41

14  different crystal patterns for them?                15:28:45

15     A.      Yeah, right.                            15:28:48

16     Q.      They also will have different          15:28:49

17  refractive indices, correct?                        15:28:51

18     A.      They are different.                     15:28:54

19     Q.      They are different?                     15:28:55

20     Q.      Have you reviewed Dr. Longo's          15:29:00

21  analysis of intergrown species?                     15:29:04

22     A.      Which one.                              15:29:08

23     Q.      I will show you.                        15:29:10

24     A.      The one I believe I read when the      15:29:12

SHU-CHUN SU, PhD

                                                        Page 182

1    report said one end is talc, one end is chrysotile.    15:29:18

2            Q.      That's what I want to ask you about.    15:29:22

3            A.      I said it is a misinterpretation of    15:29:24

4    the color.                                            15:29:28

5            Q.      All right.  Let me ask -- go ahead.    15:29:29

6    It sounds like you're prepared to answer questions    15:29:33

7    about it.  Go ahead.                                  15:29:37

8            A.      Because there is no clear boundary    15:29:37

9    interface between the so-called two structures.  The  15:29:48

10   only thing you can see from that image is the color   15:29:54

11   change, but not in between there is no interface.     15:30:00

12           Q.      Can we take a look at some of these?   15:30:09

13   This is -- I want you to explain this, okay?          15:30:12

14           A.      Okay.                                 15:30:15

15           Q.      This is Exhibit 33.                   15:30:16

16           A.      This is a report issued June 13th of  15:30:18

17   2022 entitled "PLM Analysis of Talc/Chrysotile        15:30:20

18   Bundle Intergrowths."                                 15:30:25

19           (Exhibit 33 PLM Analysis of Talc/Chrysotile   15:30:22

20   Bundle Intergrowths marked for identification.)       15:30:25

21           Q.      I am going to go straight to the      15:30:29

22   gamma, okay?                                          15:30:34

23                   What we see here in the first image,  15:30:36

24   which is at page seven of Exhibit 33 and it's image   15:30:39

SHU-CHUN SU, PhD

Page 183

```
 1      M71171-001 ISO 004.  You see a fiber structure that    15:30:44

 2      has two distinctly different levels of brightness      15:30:55

 3      associated with each end of it.  What is this in       15:31:05

 4      your opinion?                                          15:31:09

 5             A.     It is distorted dispersion staining      15:31:10

 6      color, not two type of mineral.                        15:31:14

 7             Q.     Okay.                                    15:31:20

 8             A.     Because if you look at the crystal       15:31:21

 9      structure between talc and chrysotile, they are        15:31:26

10      quite different.  In that case, if this is an          15:31:31

11      intergrowth, they should have a very distinctive       15:31:40

12      boundary between the two species.  They can never      15:31:44

13      gradually transition between these two different       15:31:52

14      crystal structures.  So the difference show by this    15:31:57

15      particle is only the central stop dispersion           15:32:05

16      staining color which is no different from the other    15:32:11

17      image it shows edge, middle, a range of dispersion     15:32:16

18      staining color.  So this is not an intergrowth at      15:32:23

19      all.                                                   15:32:28

20             Q.     Let me scroll back here through some     15:32:28

21      of these earlier images of this same thing.  In        15:32:30

22      exhibit -- page four of this exhibit, which is         15:32:34

23      Exhibit 33, we are looking at the polarizer out        15:32:37

24      photo.  So it appears that there is a transition in    15:32:41
```

SHU-CHUN SU, PhD

Page 184

```
1     this fiber in materiality.  I'm curious what you      15:32:50

2     think this is.                                          15:32:55

3           A.     I can't see any transition.  This        15:32:57

4     is -- I think this structure is a single structure.    15:33:01

5     It's not two structures with a boundary between         15:33:06

6     them.                                                   15:33:11

7           Q.     Because there is no boundary, you         15:33:11

8     don't believe the talc and chrysotile can               15:33:13

9     intergrowth?                                            15:33:15

10          A.     That's right, because their crystal       15:33:16

11    structure is so much different.  It cannot gradually    15:33:19

12    change from talc to chrysotile or from chrysotile to   15:33:25

13    talc.                                                   15:33:31

14          Q.     In the next photo which is page five.     15:33:32

15    This is the crossed polars photo.  What in your        15:33:36

16    opinion is accounting for the change in coloration     15:33:40

17    from one end to the other on this one?                 15:33:43

18          A.     Thickness.                                 15:33:46

19          Q.     Thickness.                                 15:33:47

20          A.     You see, here is a crossed polarized      15:33:49

21    image.  Then the color is the interference color       15:33:55

22    which is determined by two factors.  One is the        15:34:07

23    difference between the gamma and the alpha or           15:34:12

24    between the largest versus the smallest refract        15:34:16
```

SHU-CHUN SU, PhD

Page 185

| | | |
|---|---|---|
| 1 | index.  The second factor is the thickness.  Okay. | 15:34:22 |
| 2 | Q.    Okay.  Jumping ahead -- I'm sorry. | 15:34:29 |
| 3 | For the next image here, which is page six of | 15:34:33 |
| 4 | Exhibit 33, on the elongation slide, is thickness | 15:34:38 |
| 5 | also the determinator for why the coloration is | 15:34:45 |
| 6 | different along the length of this fiber? | 15:34:49 |
| 7 | A.    Yes. | 15:34:52 |
| 8 | Q.    All right. | 15:34:53 |
| 9 | A.    This is a cross polarized image | 15:34:55 |
| 10 | superimposed to buy a four-wave compensator, they | 15:34:59 |
| 11 | call it a four-wave plate, whatever you call, it is | 15:35:06 |
| 12 | an accessory in the polarized light microscope. | 15:35:11 |
| 13 | Q.    Complicated pieces of equipment. | 15:35:19 |
| 14 | The next page is the page we looked | 15:35:24 |
| 15 | at previously.  Does thickness of this structure in | 15:35:26 |
| 16 | your opinion account for the different coloration | 15:35:30 |
| 17 | here? | 15:35:33 |
| 18 | A.    No. | 15:35:33 |
| 19 | Q.    No. | 15:35:34 |
| 20 | A.    What account for the variation of | 15:35:36 |
| 21 | dispersion staining color here is the total | 15:35:41 |
| 22 | refraction caused by interface between liquid and | 15:35:49 |
| 23 | the particle and also between particle fiber and | 15:35:55 |
| 24 | fiber. | 15:36:02 |

SHU-CHUN SU, PhD

Page 186

```
 1            Q.      So here is where I'm struggling.  The     15:36:02

 2    prior three photos had the same representative            15:36:05

 3    change in color in the prior three photos it was all      15:36:13

 4    due to thickness.  But when we get to this one, a         15:36:20

 5    similar change of the same particle is now due to         15:36:23

 6    distortion.  Do you follow why that's confusing to        15:36:26

 7    me?                                                       15:36:30

 8                   MR. HYNES:  Objection to form.             15:36:31

 9            A.      Yes.  The reason that image is             15:36:31

10    crossed polarized image, this is a plain polarized        15:36:36

11    image and the optical chrysography they are showing       15:36:44

12    a different aspect of the refract index                   15:36:50

13    relationship.  Okay.                                      15:36:57

14            Q.      Same image in alpha on the next page,     15:36:59

15    which is page eight of Exhibit 33.  What accounts         15:37:03

16    for the difference in color here?                         15:37:07

17            A.      Distorted dispersion staining color       15:37:09

18    due to the total refraction.                              15:37:15

19            Q.      Don't you find it a little bit            15:37:19

20    coincidental that the distortion happens to coincide      15:37:21

21    with the same locations on that fiber that you            15:37:24

22    previously said were due to the thickness of it?          15:37:26

23                   MR. HYNES:  Same objection.                15:37:29

24            A.      I don't see any problem with that.        15:37:31
```

SHU-CHUN SU, PhD

Page 187

1    Q.    The next image in gamma is page 12 of    15:37:40

2    this exhibit.  This is M71202-005CSM003.  What's    15:37:45

3    identified as one end talc and the other end    15:37:55

4    chrysotile I'm presuming you're saying could not be    15:37:59

5    without a boundary.    15:38:03

6    A.    That is my opinion.    15:38:04

7    Q.    All right.  What accounts for the    15:38:07

8    differences on the left side of this fiber versus    15:38:12

9    the differences on the right side of this fiber?    15:38:14

10    A.    Again, it's normal central stop    15:38:17

11    dispersion color or distorted central stop    15:38:24

12    dispersion staining color.    15:38:30

13    Q.    Okay.  So if you took this same image    15:38:33

14    and did a Becke line analysis of it, you're thinking    15:38:36

15    you would get a singular refractive index for the    15:38:39

16    entire length of that fiber?    15:38:42

17    A.    If you use Becke line to examine this    15:38:44

18    structure, you will find it's like the Cargille    15:38:52

19    glass.  You will find where it shows a match or    15:39:02

20    dis-match or there is no match at all.  Okay.    15:39:08

21    MR. BRALY:  Kevin, I probably have a    15:39:19

22    couple hours left of this, not of this specifically,    15:39:20

23    but do you think we should probably just stop for    15:39:24

24    the day because he has to get out at 4?    15:39:27

SHU-CHUN SU, PhD

Page 188

1                    MR. HYNES:  Sure.  Let's go off the       15:39:29

2        record.                                              15:39:30

3                         (Witness excused.)

4                 (Deposition concluded at 3:39 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 189

1                    CERTIFICATE

2           I, Sandra Robertson, a Notary Public and

3       Certified Court Reporter of the State of New Jersey,

4       do hereby certify that prior to the commencement of

5       the examination, the witness was duly sworn by me

6       via Zoom.

7           I DO FURTHER CERTIFY that the foregoing is a

8       true and accurate transcript of the testimony as

9       taken stenographically by and before me via Zoom at

10      the time, place and on the date hereinbefore set

11      forth, to the best of my ability.

12          I DO FURTHER CERTIFY that I am neither a

13      relative nor employee nor attorney nor counsel of

14      any of the parties to this action, and that I am

15      neither a relative nor employee of such attorney or

16      counsel, and that I am not financially interested in

17      the action.

18

19

20              _Sandra Robertson_

        _____

21      Notary Number:  2108796

        CCR License Number:  30XI00209500

22      License Expiration:  6/30/26

23

24

**[& - 12]**    Page 1

| & | 1 | | |
|---|---|---|---|
| **&**   1:6 2:13,17 | **1**   4:11 6:3,6 | 154:14 157:18 | **1.570**   169:12 |
| 2:19,23 3:4,9 | 23:4,7 109:17 | 160:19,24 | **1.570.**   169:18 |
| 3:14 32:9 42:13 | 109:18,18,18 | 161:10,16 | 175:1 |
| 43:12 48:4,15 | 109:24 117:13 | 165:5 172:23 | **1.58.**   168:3,19 |
| 48:23 52:5 56:5 | 117:18 120:15 | 175:7 178:21 | **1.580**   166:7,18 |
| 56:14,20 88:3 | 120:22,23 | **1.550.**   73:13 | **1.580.**   167:24 |
| 88:12,24 90:10 | **1,000**   166:10,22 | 119:4 | **1.584.**   80:6 |
| 90:11,14,20,23 | **1.1**   60:5 | **1.55077**   156:24 | **1.6**   71:1 |
| 91:2,17 131:18 | **1.250**   6:3,4,5 | **1.555**   69:5 | **1.69**   77:7,22 |
| 132:2,14 | 117:13,18,20 | 161:9 | **1.70.**   77:7,22 |
| **0** | 117:22 | **1.556**   98:23 | **1.750**   71:3 |
| **0005**   22:10 | **1.50**   85:19 | 99:1 161:21 | **1.760**   71:3 |
| **002**   174:11 | 166:18 | **1.556.**   152:4 | **1.85**   85:20 |
| **004**   80:10 84:18 | **1.517**   70:18 | **1.55o.**   153:10 | **1.866.**   162:13 |
| 85:3 87:6 163:1 | **1.54.**   168:4 | **1.56**   163:17 | **10**   1:22 5:3 63:9 |
| 178:15 183:1 | **1.540**   166:7 | 168:15,16 | 63:11 87:20 |
| **005**   161:18 | **1.540.**   85:20 | **1.56.**   152:4 | 117:15 175:16 |
| 178:24 | 167:24 | 162:23 | 177:21 |
| **006**   161:16,18 | **1.545**   80:6 | **1.560**   5:23,24 | **100**   2:21 |
| 162:4 163:1 | **1.548.**   169:12 | 68:3 69:5 75:2 | **10036**   2:16 |
| **007**   180:4 | **1.549.**   152:5 | 102:16 109:5,9 | **103**   5:19 |
| **017**   80:10 84:18 | **1.55**   6:8 101:20 | 110:2,4,21 | **104**   5:21 |
| 85:3 87:6 | 153:5,7 157:18 | 116:11 161:9 | **109**   5:23 |
| **03**   147:23 | **1.55.**   156:19 | 163:3 165:5 | **10:51**   37:18 |
| **04**   87:17 | 163:11 | 168:17 | **11**   1:23 5:5 |
| **045**   85:23 | **1.550**   5:17,18 | **1.560.**   94:15 | 37:18 66:22 |
| **05**   87:17 | 5:19,21 6:6,7,8 | 101:20 116:6 | 67:11,24 |
| **07102-4056** | 68:3 69:6 73:20 | 172:23 | **110**   5:24 |
| 2:21 | 94:14,21,24 | **1.561**   162:18 | **117**   6:3,4,5 |
| **07701**   2:10 | 95:7 97:11,16 | **1.561.**   71:3 75:3 | **1185**   2:15 |
| **08002**   3:16 | 103:20 104:8 | 168:17 | **12**   5:7,16 38:22 |
|  | 104:13 110:9 | **1.565**   168:21 | 39:1,12 54:21 |
|  | 116:8 120:23 | **1.566.**   162:6 | 54:21,22 67:19 |
|  | 122:2,20 | **1.567**   175:1 | 67:22,24 79:11 |
|  |  | **1.567.**   70:19 | 140:15 187:1 |

**[120 - 21st]**

| | | | |
|---|---|---|---|
| **120**  6:6 | 149:17 152:2,6 | **2** | **2023**  6:9,10 |
| **122**  6:7 | 153:4 161:9,16 | | 47:4,15 130:16 |
| **127**  2:9 | 161:19,21 | **2**  4:12 6:4 18:18 | 171:9,11,18 |
| **12:47**  39:12 | 162:22,23 | 22:10 23:9,13 | **2024**  1:23 4:14 |
| **12th**  40:8 | **19**  5:18 97:10 | 55:24 117:14 | 23:16,22 32:14 |
| **13**  5:9 68:7,11 | 97:11 99:7,18 | 117:20 122:1 | 34:22 37:18 |
| 148:15 161:5 | 102:23 103:21 | 126:1,13,18,22 | 39:6 42:11,24 |
| **13th**  182:16 | 104:14 106:3 | 126:23 127:6 | 43:10 48:24 |
| **14**  5:13 70:9,11 | 106:15,23 | 137:1,1 138:5 | 51:18,20 54:10 |
| 84:16 86:11,12 | 107:2,5,16,17 | **2.2**  70:6 | 63:15 |
| **14th**  33:3 40:1 | 108:17 110:8 | **20**  5:19 80:21 | **21**  4:14 5:21 |
| **15**  5:14 72:1,3 | 110:16 144:14 | 85:16 103:18 | 23:22 104:5,8 |
| 73:12 75:17 | 166:1 | 103:19 104:20 | 104:12 105:2,8 |
| 80:21 | **1930s**  18:2 | 104:21 105:2,3 | 105:16 106:13 |
| **15,000**  56:10 | **1940**  8:18 | 105:7 106:14 | 106:15,23 |
| **1500**  56:9,10,11 | **1950s**  18:3 | 108:17 | 107:6 108:17 |
| **154**  77:3 | **1957**  9:16 | **2001**  116:21,24 | 163:6 |
| **1560**  160:24 | **196**  171:12 | 122:4 162:9,17 | **210**  5:17,18 |
| **157**  6:8 | **1964**  17:17 | 163:4 | 71:21,23 72:6 |
| **15th**  59:13,14 | **1970s**  132:19 | **2003**  33:21 | 73:13 74:5,9,11 |
| 108:23 | **1981**  10:13,14 | 169:1 | 74:11 94:14,21 |
| **16**  5:15 76:16 | 10:21 11:2 | **2004**  33:5,14 | 95:1,3,10,15,20 |
| 76:17 | 14:14 | **2006**  4:18 26:10 | 95:22 96:6,16 |
| **16-2738**  1:4 | **1983**  13:8 | 26:18,22 | 97:11 102:3 |
| **17**  5:16 79:9,11 | **1985**  11:9 | 126:21 127:8 | 109:5,13,16 |
| **171**  6:9,10 | **1986**  32:23 | 132:9 | 110:8 118:15 |
| **17th**  108:24 | 75:21 | **2012**  32:5 | 118:17 172:13 |
| **18**  5:17 94:20 | **1987**  12:18 | **2015**  25:11,19 | 172:23 |
| 94:21,23 | **1989**  75:19 | 25:23 | **2108796**  189:21 |
| 108:18 141:20 | **1992**  63:3 70:10 | **2020**  161:2 | **212**  2:16 |
| 141:20 178:14 | **1993**  5:13 70:11 | **2022**  4:17 5:6,8 | **214**  2:5 |
| **182**  6:11 | **1995**  13:3 | 24:1,4,7 25:1 | **218**  3:5 |
| **1866**  69:5 96:14 | **1:46**  39:2 | 28:24 46:10,23 | **219-3599**  2:10 |
| 96:15,18,20,22 | **1st**  63:14 66:9 | 67:12,23 68:11 | **21st**  23:16 |
| 98:19,22,23 | | 85:15 130:16 | 54:15,16,18 |
| 118:13 149:4,9 | | 136:4 182:17 | 108:23 |

[22 - 65,000]

**22**   5:23 51:20
109:4,8 161:3
**22031**   3:11
**229**   79:15
**23**   4:11,12,14
5:24 34:22
110:1,3,11,16
110:21 178:23
**23rd**   35:5 37:7
37:8
**24**   4:15 6:3
117:12,12,18
117:24 120:6
121:14,24
133:7 141:20
**24th**   54:6 55:4
**25**   6:4 117:12
117:14,20
122:1 135:10
141:20 153:8
**258,240**   55:4
**26**   4:18 6:5 72:1
86:11 93:15
117:12,15,22
122:10 123:8
**269-2343**   3:6
**27**   6:6 120:21
120:23
**2700**   41:11
**27th**   35:9 37:15
56:17
**28**   6:7 122:20
122:22 123:2
179:18
**28th**   47:8 61:3

**29**   154:8
**29th**   49:7 56:17
**2nd**   4:12 23:13
75:21 76:5

## 3

**3**   3:15 4:14 6:5
6:7 18:18 23:15
23:22 29:5,5
30:8,14 54:16
60:15 68:20
75:13,16,16
81:4 117:15,22
122:11,17,20
122:22 133:7
143:12 145:2
148:16 165:24
**30**   4:17 6:8 17:4
24:4,7 157:17
157:18 158:5
**300**   2:4 166:9
166:22
**302**   2:4
**30th**   36:1,6
49:8 54:10,21
**30xi00209500**
189:21
**31**   6:9 171:8,10
171:14
**310**   3:16
**317-7180**   3:17
**318337**   5:21
104:8,12
**3183377**   5:19
5:23,24 95:8
103:19 109:8

110:1 115:22
116:5 119:4,5
119:12,24
**32**   6:10 140:15
143:12 145:2
171:16,17,19
174:3,6 177:15
178:14,23
179:19 180:3
**322.9**   54:6
**323**   54:6
**33**   6:11 148:16
180:3 182:15
182:19,24
183:23 185:4
186:15
**334**   3:6
**34**   4:20 5:5,7
66:22 67:12,23
**34th**   2:15
**360**   137:8
**36104**   3:6
**38**   116:4
**39**   165:24
**3:37**   34:24
**3:39**   188:4

## 4

**4**   4:15 23:24
24:5 25:1 27:9
28:8,9 126:4
187:24
**4.4**   60:5
**40**   4:21 60:8,9
60:14

**400**   108:14
**42**   4:22
**45**   175:20 176:8
176:17,24
177:8
**493**   84:17

## 5

**5**   4:18 6:10 26:6
26:10,22 42:11
42:24 51:18
126:5 147:23
171:15,17
173:7,8
**5/27**   35:19
**500**   16:21
**51**   126:4
**53**   4:23
**556-2100**   2:16
**560**   93:19
110:12 160:20
**589**   21:1 156:24
**5th**   43:10

## 6

**6**   4:20 34:19,20
37:6 38:21 70:6
126:5 167:7
**6/30/26**   189:22
**60**   60:15 162:19
162:20
**600**   3:11 5:13
70:5,10,11
**622-4444**   2:22
**63**   5:4
**65,000**   55:8

**[67 - ahera]**

| | | | |
|---|---|---|---|
| **67**  5:6,7 | **9.1.**  77:10 | accounting | **additional**  27:1 |
| **68**  5:9 | **9143**  189:20 | 184:16 | 79:10 |
| **6th**  54:4 | **93**  5:13 70:5,10 | accounts | **adjust**  137:23 |
| | 70:11 86:12 | 186:15 187:7 | **adjustment** |
| **7** | **931-5500**  3:12 | **accreditation** | 58:8 138:4 |
| **7**  4:6,21 39:6 | **94**  5:17 | 4:18 26:10,23 | 141:3 |
| 40:23,24 | **97**  5:18 | 163:13 | **adjustments** |
| **70**  5:13 12:21 | **973**  2:22 | **accurate**  51:24 | 126:11 |
| **703**  3:12 | **98**  29:20 | 53:21 82:10 | **advance**  158:7 |
| **71134**  4:16 24:2 | **9:13**  1:24 | 100:20 132:4 | **advanced**  126:3 |
| 24:6 | | 150:1 189:8 | **advocacy**  62:20 |
| **71376**  4:16 24:2 | **a** | **acquainted** | **affect**  98:10 |
| 24:6 | **a.m.**  1:24 34:24 | 30:23 | **affiliation**  62:4 |
| **72**  5:14 | 37:19 | **acquired**  36:11 | 62:10,13 |
| **722-5990**  2:5 | **ability**  189:11 | **actinolite** | **afford**  100:23 |
| **75202**  2:5 | **able**  32:21 | 149:21 | **afternoon**  93:1 |
| **76**  5:15 | 111:23 115:17 | **action**  189:14 | **agency**  88:15 |
| **79**  5:16 | 119:15 136:10 | 189:17 | **ago**  30:19,20,21 |
| | 145:22 | **actual**  151:2,4 | 89:19,22 |
| **8** | **above**  1:19 71:1 | 169:2 | 127:18 128:19 |
| **8**  4:22 42:5,5,8 | 153:7,14 | **actually**  11:2,3 | 132:8 141:19 |
| 48:14 55:12 | **absent**  96:3 | 11:10 17:17 | 146:14,21 |
| **800**  43:7 53:4 | **academy**  10:18 | 18:10,14,14 | 172:5 |
| 54:10 | **accent**  45:5 | 19:14 20:15,15 | **agree**  40:21 |
| **8280**  3:10 | **accepting**  43:4 | 21:6 22:5 28:13 | 50:12,15 52:20 |
| **83**  29:18 143:4 | **access**  150:15 | 31:18 46:16 | 65:15 82:8,21 |
| **84**  8:15,21 | **accessory** | 47:6 53:17 | 82:23 83:8 87:1 |
| 11:10 | 185:12 | 71:18 73:8 | 87:3 |
| **85**  11:11 | **accommodate** | 76:13 79:6 | **agreed**  90:2 |
| **856**  3:17 | 167:6 | 81:12 85:13 | **agreement**  43:7 |
| **86**  143:5 | **accomplished** | 101:18 111:8 | 53:3 78:17 |
| **888**  2:10 | 61:17 74:4 | 115:17 132:22 | **ahead**  50:17 |
| | **account**  126:11 | 138:8 140:10 | 132:24 182:5,7 |
| **9** | 185:16,20 | 148:9 151:20 | 185:2 |
| **9**  4:23 6:9,10 | **accounted**  90:6 | 155:22 156:20 | **ahera**  170:6 |
| 53:14,15 76:24 | | | |
| 171:8,11,18 | | | |

[aii - application]                                                          Page 5

**aii**  44:17,21,22
  46:4,7 47:20
**alabama**  3:6
**albuquerque**
  11:5,6 14:14,15
  14:17 15:9
**allen**  3:4
**allow**  136:19
**allows**  18:12
**alpha**  5:17,23
  6:6,7 81:11,15
  81:18,21 82:15
  83:6,9,10,15,20
  83:24 84:5
  85:18,19,22
  86:7,21,22
  94:22 95:1,4
  96:10,10 109:9
  116:9,12
  120:14,14,15
  120:20,22,24
  121:6 122:17
  122:18,21,22
  122:23 151:3
  151:11 152:4
  163:1 175:24
  176:6 177:10
  184:23 186:14
**altered**  144:4
**ama**  88:21,22
  89:4,12,18
**amenable**
  42:16,23
**amended**  4:11
  4:12 23:7,13

**america**  31:7
**american**  12:14
  12:16 44:16
  169:1
**americas**  2:15
**amherst**  19:15
**amosite**  20:22
  149:18
**amphibole**
  61:19
**analysis**  4:16
  5:12 6:11 24:3
  24:6,22 27:12
  36:6,15,18,20
  36:23 37:1 38:4
  41:16 47:17
  57:1,2,2 58:6
  58:17 59:5 64:6
  66:24 68:10,15
  73:22 74:15
  75:18 95:14
  100:8,9 101:9
  102:4 114:15
  130:19 147:15
  169:9 181:21
  182:17,19
  187:14
**analyst**  74:3,4
  128:11,24
  129:1 131:5
  133:20 135:23
  139:17 145:7
  152:18 155:12
  155:17,23
**analysts**  131:21

**analytical**  4:19
  21:14 26:11,24
  57:4
**analyze**  41:13
  71:14,21 73:9
  88:18 117:8
**analyzed**  40:3
  71:11,16 72:11
  72:24 75:9
  93:24 94:2
  169:13,16
**analyzing**
  132:22 140:21
**angle**  143:1,1,2
  143:3,5,6,17,18
  143:20 144:2
  176:9,18
**angles**  47:11
**ann**  34:12
  60:21 61:13,15
  62:3,12,19 63:2
  65:7,20
**annual**  31:7
**annular**  100:2
  160:7
**answer**  19:13
  44:19 54:1
  58:14 62:24
  127:5 128:14
  146:12 179:10
  182:6
**answered**  138:9
  168:24
**answers**  58:4
**anthophyllite**
  149:21 181:2,4

**anticipated**
  51:19
**anticipating**
  162:5
**antigorite**
  79:20
**anybody**  32:14
  47:16 48:3
  49:12 51:10
  52:5 53:6 72:15
  164:2
**anymore**  66:5
  137:24
**anyway**  17:8
  43:24 114:9
**apartment**  15:8
  15:11,11
**aperture**  18:11
  100:6
**apologize**  87:12
  144:8
**apparently**
  39:1
**appear**  53:20
  107:11
**appeared**  13:15
**appears**  27:2
  110:22 156:6
  183:24
**appendix**  29:10
  89:4
**applicable**
  106:6
**application**
  5:10 68:8,13

[appreciate - avenue]                                              Page 6

**appreciate**  7:18
    10:10 65:19
    115:6,15 120:4
    161:4
**approach**  13:9
**approached**
    43:12
**appropriate**
    68:1 98:3
    140:23 142:22
    176:9
**april**  42:24
**area**  9:4 147:22
    153:14,14
    155:23 157:3,7
    157:9 177:2
**arguing**  167:16
    167:16
**argumentative**
    62:23
**arizona**  83:19
**arrange**  55:18
**arrived**  14:14
    37:15 73:6
**arrow**  118:1
    120:8 121:14
**art**  90:22
**article**  13:7,11
    13:13
**articles**  13:18
    13:21 14:2,5
    62:20
**articulate**
    176:14
**artificially**
    58:22

**arts**  108:21
**asb**  5:5,7 67:11
    67:22
**asbestiform**
    62:21,21
**asbestos**  5:12
    19:8 21:22
    24:23 46:4 52:6
    56:1 62:20
    64:18 66:24
    68:10,15 70:6
    75:18 79:24
    88:19 91:12
    96:2 97:2
    100:21 126:2
    126:24 131:23
    149:16,16,17
    149:20 163:15
    169:5,9 170:8
    170:21 171:20
**ashcraft**  3:9
**ashcraft.com**
    3:12
**aside**  27:6
**asked**  27:11
    46:10,17 49:22
    50:20 56:23
    138:15 141:17
    146:21 168:24
    172:4
**asking**  8:8 10:1
    35:13 42:16,22
    43:12 49:24
    58:19 84:14
    96:1 99:7 102:2
    103:16 130:9

    131:15,16
    132:18 171:22
    177:12 180:5
**asks**  12:2 13:24
    17:11 45:15
    112:14
**aspect**  171:7
    186:12
**aspects**  82:13
**assessing**  176:5
    176:6
**assessment**
    25:10,12 27:4
    27:19 148:11
**assessor's**  27:2
**assign**  174:5
**associate**  85:13
**associated**  58:6
    61:22 77:4
    80:10 85:2,9
    87:14 129:7
    146:8 147:16
    156:11 183:3
**associating**
    121:21
**association**
    62:5,10
**assume**  136:19
**assumes**  37:2
    173:20 179:4
**attach**  63:23
**attached**  39:5
    41:3 66:18
**attachment**
    39:3

**attachments**
    63:16
**attended**  9:19
    10:5 11:11
**attending**  58:3
    139:8
**attention**  27:15
    27:23 28:5
**attorney**  42:13
    44:7,14 189:13
    189:15
**attorneys**  2:6
    2:11,17,23 3:13
    3:18 48:15,22
    56:14 65:5
**auditor**  25:6
**august**  45:22
    47:3,9,15
**author**  13:15
    20:7
**authored**  14:3
    24:1 59:17
    68:12 130:4
    134:22
**authorship**
    29:1 130:3
**automatic**
    102:10
**automatically**
    81:16 131:3,5
    160:6
**availability**
    43:13
**available**  134:8
**avenue**  1:23 2:9
    2:15

**[average - believe]**    Page 7

| | | | |
|---|---|---|---|
| **average**  85:19 | 27:7 35:8,20 | **barely**  29:19 | 147:9,17 |
| 85:20,22 108:4 | 37:13 42:3 43:4 | **base**  137:2 | 148:12 150:17 |
| **aware**  26:15 | 48:23 50:15 | **based**  22:3 | 152:24 153:1 |
| 28:2,13 31:14 | 52:15 53:23 | 41:15 | 153:13,16,19 |
| 31:17 32:15 | 56:16 75:13 | **basic**  17:9 64:5 | 153:24 154:15 |
| 33:23 35:22 | 78:7 79:14 | **basically**  89:15 | 155:8,9 158:2 |
| 36:17,19,22 | 80:17 84:16 | **basics**  133:16 | 158:15 160:7 |
| 37:4 46:5,6 | 93:4 106:2 | 133:17 | 174:7 175:4,17 |
| 52:1 58:3,7,10 | 123:8 127:7 | **batch**  117:5 | 175:24 176:2 |
| 58:21 59:8 | 144:14 145:1 | 151:16 | 177:23 178:2,3 |
| 61:19,20 66:14 | 157:11 158:5 | **batching**  18:23 | 187:14,17 |
| 66:15 88:10,14 | 160:14 175:6 | **bbraly**  2:6 | **began**  35:24 |
| 88:19,23 90:9 | 176:22 183:20 | **bear**  12:1,6 | 127:10 |
| 90:12,13,16,17 | **background** | 35:15 | **beginning** |
| 90:22 91:1,17 | 103:14 136:6 | **beasley**  3:4 | 27:10 |
| 91:21 126:13 | 162:8 | **beasleyallen....** | **begins**  79:15 |
| 126:18 132:7 | **balanced** | 3:7 | **behalf**  43:12 |
| 139:16 172:2,7 | 127:22 | **becke**  100:6,7,8 | **behaved**  151:2 |
| 181:1 | **balancing** | 100:14,19,20 | **belief**  74:10 |
| **awful**  66:3 | 126:12 | 100:24,24 | **believe**  23:16 |
| **b** | **bald**  45:5 | 101:9,12,22,23 | 24:16 31:4,21 |
| | **ballpark** | 102:3,11 | 36:12 39:19 |
| **b**  12:3 155:9,10 | 168:15 | 104:16 111:18 | 44:23 46:18 |
| 156:23 | **bandli**  30:24 | 112:11,18,20 | 47:20 50:11 |
| **baby**  45:14 | 31:3,16,24 | 112:24 113:3,5 | 54:13,24 59:9 |
| 64:19 90:11,15 | 32:16 33:6,11 | 113:10,11,12 | 59:16 64:19 |
| 90:20,23 91:2 | 33:24 34:5 38:1 | 113:13,14,15 | 70:5 71:11 |
| 91:13,20 95:9 | 39:18,22 40:8 | 113:15,18 | 73:24 83:24 |
| 95:10,16 96:3 | 41:4 91:14 94:3 | 129:19,21,24 | 85:19 99:4 |
| 96:19,23 97:3 | 139:5 172:14 | 130:6,20 131:2 | 102:21 109:17 |
| 105:11 132:2 | **bank**  2:10 | 140:23 141:2,9 | 109:23 119:14 |
| 132:20 137:20 | **bar**  103:3,5 | 142:1,11 145:8 | 119:19 120:14 |
| **bachelor**  9:24 | 106:4,6,8,12 | 145:10,12,13 | 131:21 132:4 |
| **back**  11:7 13:6 | 146:13 148:3 | 145:21 146:2 | 132:15 145:1 |
| 13:22 15:9 | 166:19 | 146:10,13,16 | 146:20 162:13 |
| 18:19 26:18 | | 146:19,23 | 179:22 181:24 |

**[believe - brought]**

184:8

**benefit** 64:3

**benjamin** 2:3

**bentonite**
171:20 173:12
173:15 178:10
179:1,21 180:2

**best** 65:19
85:14 107:23
140:8 141:5
146:12 189:11

**better** 56:3
140:11 163:16

**beyond** 167:8

**bh** 55:24 126:1
126:4,4,5,5,13
126:18,22,23
127:6 137:1,1
138:5

**big** 57:16,17
109:19

**bill** 56:15
124:17

**billed** 54:6 55:8

**billing** 54:10
55:3 90:6

**birefringence**
80:15 81:5,10
81:12,13,15,20
82:5,9,14 83:2
83:11,23 84:17
84:21 85:2,5,9
85:12,24 86:2,7
86:18,24 87:5
87:10,14

**birefringences**
80:9 86:14

**bishop** 48:7,11

**bit** 7:16 40:16
73:5 84:15 99:8
102:19 111:4
123:19 125:9
158:6 186:19

**blade** 110:24

**blank** 105:12

**blended** 177:23

**blending** 156:6

**blob** 121:11

**block** 18:10,13
18:23

**blocks** 18:10

**bloss** 10:23
11:3 13:8 14:16
20:6 31:8 32:2
33:6 113:17
148:6 150:3,3
155:1,1,14,19
156:15

**bloss's** 153:14
178:4

**blue** 76:20 96:6
96:8,11 102:19
110:22,23
111:3,4,18,19
112:5,6 121:9
121:10 153:17

**bluish** 125:11
154:22

**bond** 4:17 24:3
24:7 45:14,16
46:11 136:3

**book** 19:20,20
19:21,23,24
20:1,2,6,9,10
20:11 21:13,20
75:19,20 76:15
76:21 79:3,10
79:14,17 84:22
84:23 113:17
150:3,5

**books** 75:17
76:2,4

**border** 112:22
175:18 177:22

**born** 8:18,23

**bother** 91:8

**bottle** 21:9

**boundary**
141:8,12
142:10,23
143:11,14,16
143:23 182:8
183:12 184:5,7
187:5

**bow** 146:15,21
148:2,5

**braly** 2:3 4:6
7:8 26:22 29:22
29:24 38:13,19
40:20 41:20
42:2 44:12,13
45:16,18 48:18
50:4,7,12,18
52:12 76:12
80:18,22 81:2
82:2,3 91:22
92:2 93:3

104:21 105:4,6
112:1,3 117:11
119:10 131:10
131:14 144:12
158:10,13,14
159:12,14
168:11,12
172:24 173:14
174:15,19
179:11,13
187:21

**brand** 147:15

**branham** 2:3

**break** 40:19
41:21 42:1
80:21 91:24
93:7,8 123:20
127:24 131:11
131:13 159:11
159:13

**breaks** 8:2

**briefly** 25:13

**bright** 121:10

**brightened**
58:22 133:23
134:4

**brightness** 59:5
59:7 183:2

**bring** 27:15,23
55:19 98:5
112:21

**broke** 9:17

**brought** 18:14
28:4 31:21,21
71:20 95:24
138:13

[brown - caused]                                                    Page 9

**brown** 154:21
  155:18
**brownish**
  127:19 154:20
  156:15
**bruce** 48:7,10
**brunswick** 1:23
  61:4
**bryan** 30:23
  31:15,18,21,23
  31:24,24 32:16
  33:5,11,24 34:4
  37:24 38:1
  39:17 91:14
  94:3 139:5,7
  172:14
**build** 33:6
**builded** 127:4
**building** 15:3
  23:3 124:5
**built** 124:9
  125:23 126:6
  153:12
**bulb** 123:23
  124:3,20
**bulbs** 125:18,18
**bundle** 6:11
  84:12 87:9 98:7
  148:20,24
  149:1 152:6,7
  159:3,17,19
  182:18,20
**buy** 185:10

**c**

**c** 2:1,20 3:2
  17:13 29:10
  30:1 60:15
  153:8 155:9,10
**calculate** 20:13
  81:17 86:7,17
  143:4
**calculated**
  81:20 82:5,8
**calculating**
  83:2 86:5
**calculation**
  20:18 83:1
**calculations**
  81:5
**calibrated**
  129:22
**calibration**
  128:17 165:17
**calidria** 35:14
  36:7,7,11,15,18
  36:23 37:1 71:2
  71:7,12,15
  74:22 96:16
  116:16 117:1,5
  118:4,18
  119:19 162:10
  162:17 163:3
  170:15 171:20
  173:9,11,16
  178:9,11,12,17
  178:19,21
  179:1,3,21,23
  180:1,6

**california**
  83:19 116:16
  117:5 118:3
  171:24 172:8
**call** 19:23 21:21
  37:22 98:15
  99:22 136:9,15
  150:13 152:1
  157:23 167:5
  185:11,11
**called** 9:4 13:9
  16:15 17:8 18:9
  18:20 19:19
  20:23 21:7
  22:20 39:6
  42:22 68:12
  75:21 76:23
  100:15 115:23
  116:4 118:13
  118:15 143:16
  150:2,3 154:16
  177:9 182:9
**calling** 154:15
**calls** 132:5
**camera** 47:11
  126:14
**campus** 3:15
**canada** 69:17
  83:18 149:9
  152:9
**canadian** 96:20
  152:7 170:10
**cancer** 22:24
**capture** 113:20
  114:3,12,12,16
  114:16 115:4

**captured**
  133:18 135:20
**capturing**
  114:24 115:16
  136:23
**carbide's** 118:3
**card** 12:19
  56:11
**care** 3:18
**career** 7:16
**careful** 163:16
**carefully**
  121:17
**cargille** 5:7
  63:21 67:13,20
  67:22 101:19
  154:2,9 156:20
  156:22 187:18
**case** 23:6 29:6
  35:24 38:6
  42:17 49:12
  51:12,20,23
  52:2 54:14
  66:13,13 69:5
  86:18 100:3
  108:21,21
  117:9 135:3
  139:6 161:9
  166:23 183:10
**cases** 22:24
  51:12 59:18
**catch** 114:1
**cause** 26:1
  143:17,21
**caused** 141:6
  185:22

[ccr - chrysotile]                                                                Page 10

**ccr**  189:21
**cdcs**  5:17,18
   94:21,24 97:11
   102:14
**center**  2:20
   97:23 99:10,11
   99:16 122:14
   123:3 145:24
   157:21
**centigrade**
   22:10
**central**  9:7
   16:13 17:22
   18:1,9,11,13,15
   18:20 19:10
   36:24 96:6 98:2
   98:12,14 99:22
   100:1 101:21
   102:11 104:2,7
   111:1 112:10
   113:2 128:2
   141:6 142:1
   143:8 144:3
   145:7,22 147:5
   157:11,14
   160:6 166:21
   174:8 183:15
   187:10,11
**certain**  158:8
**certificate**
   149:5 189:1
**certified**  1:20
   189:3
**certify**  189:4,7
   189:12

**chair**  11:4
**challenging**  8:7
**chance**  7:14
   41:17 53:23
   163:17
**chang**  61:12,12
   61:15
**change**  22:11
   101:1 113:1,3
   150:18,23
   159:5 182:11
   184:12,16
   186:3,5
**changed**  9:6
   159:6 165:18
**changes**  165:16
**changing**
   160:10
**chapter**  21:20
   76:24
**chapters**  76:10
**characterizati...**
   67:6
**charge**  56:12
**chart**  77:3,9,11
   99:15 102:14
   102:20 111:7
   113:18,18
   121:22 123:16
   146:16,17,18
   146:19 147:1,3
   147:5,21 148:3
   148:6,7,8,9,11
   148:13 152:23
   153:14 155:1,2
   155:7,14,20

156:16 165:20
166:12,15,15
167:10 178:4
**chatfield**
   146:18
**chatted**  7:13
**cheap**  127:2
**check**  27:19
   129:19,20
   131:4 145:8
**checking**
   129:24
**chemical**
   108:21
**cherry**  3:16
**chicago**  31:18
   31:23 32:16,24
   132:13,16
**children**  167:7
**children's**
   167:4
**china**  8:23 9:1
   9:9,16,20 13:20
   14:5,9 16:7,9
   16:10,15 17:18
   18:3 35:6,21
   56:17 165:2
**chinese**  10:18
   35:3 118:9,13
   118:15 119:6
**chonqing**  9:4
**choose**  68:23
**chris**  168:11
**christopher**  2:9
**chronological**
   34:17 37:7

**chrysography**
   186:11
**chrysolite**  79:4
   79:8,20 96:20
**chrysotile**  4:15
   5:23,24 6:11
   17:10,13 19:7,8
   20:21 24:2,5
   27:17,24 60:1,4
   60:18 64:5,18
   68:2 69:2,4,12
   69:14,17,19
   70:2,14,24
   74:24 75:6,9
   77:4,6,12,13,21
   77:23 78:10,11
   78:19,22 79:4,5
   79:19,19,24
   82:16,22 83:17
   83:22 84:18
   85:2,24 86:4
   87:5,21 88:3,4
   88:5,12 90:11
   90:14,20,23
   91:2,19 96:13
   96:14,15 97:5
   98:7 107:3,14
   108:1,4,6,7,12
   108:19 109:5,8
   110:1 116:15
   116:16 117:1,5
   118:3,9,10,14
   118:15,18,19
   119:8,18,19
   120:9 122:5
   131:18 132:2

**[chrysotile - coloration]**                                                  Page 11

| | | | |
|---|---|---|---|
| 132:20 149:9 | **city**  9:6,6 55:19 | 156:17 157:6 | 99:16,17,20,23 |
| 149:15,18 | **claims**  160:16 | **closely**  156:11 | 100:4 101:22 |
| 151:1,5 152:3,8 | **clamshell** | **closer**  100:18 | 102:13,13,13 |
| 153:4,5 159:7 | 122:14 | **closest**  155:23 | 102:15,17,19 |
| 161:6,8 162:5 | **clarification** | 156:2 177:23 | 102:20 104:2 |
| 162:10,14 | 12:2 13:24 | **coalinga**  116:15 | 105:20 111:6 |
| 163:17,20 | 17:11 33:17 | 118:2,8,10,18 | 111:17,19,20 |
| 164:1,3,9,14,21 | 45:15 112:14 | 122:5 | 121:21 122:7 |
| 165:1,4 166:13 | **clarify**  10:8 | **coauthor**  13:7 | 123:15 124:2,8 |
| 166:20 167:13 | 13:23 147:19 | 76:1 | 124:20 125:5,8 |
| 167:18 168:2,4 | **clarifying**  35:2 | **code**  116:17 | 125:10,21 |
| 168:15 169:3,5 | 48:16 | 119:16 | 127:20 128:18 |
| 169:11,17,21 | **clark**  2:6 4:11 | **coefficient**  21:8 | 140:22 141:7,7 |
| 170:9,11 171:4 | 22:21 23:5,7 | 169:7 | 142:9,10 143:9 |
| 171:24 172:8 | 35:23 42:17 | **cohen**  2:8 | 144:3,5 145:10 |
| 172:16,18 | 50:2 | **coincide**  186:20 | 146:8,13,16 |
| 173:16,19,22 | **clark's**  49:12 | **coincidental** | 147:2,3,6,16,24 |
| 173:23 174:1,3 | 51:23 52:2 | 186:20 | 148:3,7 152:15 |
| 174:11 175:7 | 66:13 135:3 | **colder**  125:10 | 152:16,17,22 |
| 178:19 179:17 | **clay**  171:21 | **collaboratively** | 153:17,17,20 |
| 182:1,17,19 | 173:12 178:10 | 34:6 | 155:12,13 |
| 183:9 184:8,12 | 179:1,21 | **collect**  16:20,21 | 156:14 157:22 |
| 184:12 187:4 | **cleaning**  75:12 | 73:2 85:17 | 160:1,2,3 |
| **chrysotiles** | **clear**  119:9 | **collection**  5:3 | 165:18,20 |
| 35:14 69:21 | 121:1 145:18 | 5:14 34:16 63:9 | 166:11,19,22 |
| 149:1 161:24 | 154:12 177:13 | 72:1,3 | 167:10 174:5,9 |
| 163:8 166:21 | 181:12 182:8 | **college**  9:9,16 | 175:2,9,11 |
| **chun**  1:8 4:5,13 | **clearer**  120:15 | 16:8 61:13 | 178:3 182:4,10 |
| 7:4 23:14 64:7 | 121:7 122:24 | **color**  19:20 | 183:6,16,18 |
| 65:19 | **click**  114:11,16 | 20:14 21:16,24 | 184:21,21 |
| **circle**  18:19 | **close**  68:24 | 57:19 84:2,4 | 185:21 186:3 |
| **circumstances** | 100:5 107:8,10 | 96:7,17 97:19 | 186:16,17 |
| 52:24 | 107:11,22 | 97:20 98:1,4,10 | 187:11,12 |
| **cite**  166:17 | 113:13 145:14 | 98:12,15,16,18 | **colorado**  90:13 |
| **citizen**  12:14,16 | 149:23 151:24 | 98:18,20,24 | **coloration** |
| | 154:23 155:4 | 99:3,12,12,15 | 184:16 185:5 |

**[coloration - containers]**                                      Page 12

185:16
**colors** 36:24
  72:7 99:18
  129:7,11
  141:21 142:17
  144:17,22
**column** 70:15
  158:19 167:18
**come** 10:11
  13:22 15:9 20:5
  27:7 32:7 44:6
  50:15 77:18
  91:10,11 105:4
  114:7,9 126:14
**comes** 69:13
**coming** 14:6,9
  46:1 53:7
  124:21
**commencem...**
  11:11 189:4
**commencing**
  1:24
**comment** 81:4
**commerce** 3:5
**commercial**
  100:22 101:5
  163:10
**common**
  149:17
**commonality**
  180:16
**communicate**
  40:12,14 140:7
**communication**
  40:4

**communicati...**
  39:21 50:1,10
  66:5
**community**
  7:17,18
**companies**
  67:14
**company** 12:21
  12:22 154:9
**compare** 53:24
  156:15 178:3
**compared**
  108:12
**comparing**
  102:20 155:19
  175:9
**comparison**
  102:14 134:14
  167:17
**compensator**
  185:10
**complete**
  114:11 126:7
**completed** 11:8
  38:4 54:15
**completely**
  12:6 142:16
**completion**
  73:1
**complex** 15:11
**complicate**
  46:18
**complicated**
  20:17 185:13
**composition**
  159:2,4 180:16

180:21 181:5
**computer**
  29:19,21
**concept** 83:14
  83:15 140:19
  141:3
**concerning**
  62:13
**concerns**
  124:19
**concert** 170:6
**conclude** 64:2
**concluded**
  188:4
**conclusion**
  134:6 148:20
  171:5
**condition** 99:2
**conduct** 27:12
  65:4
**conducted**
  32:23 36:6 51:6
  51:7 59:4 71:8
  116:23
**conducting**
  54:19 58:16
**conference**
  40:9 132:14,14
  132:15
**confident** 41:16
**confirm** 111:18
  130:5 133:2
  134:12,13,17
  140:23 142:2
**confirmed** 47:6
  134:22 141:24

142:10 152:5
  158:1
**confirming**
  142:11
**conformance**
  28:22
**confused** 83:15
  118:11
**confusing**
  89:24 186:6
**congress** 63:3
**connecticut**
  55:18
**connection**
  132:10
**consider** 9:19
  75:4 137:22
**considered**
  22:6
**consistent** 98:8
**constant** 98:23
  152:3
**constants** 13:9
**consult** 53:6
**consulted** 49:14
**consulting**
  32:13 64:20
**consuming**
  101:5
**contact** 43:20
  48:3 52:5
  149:23 151:24
**container** 73:16
**containers** 5:14
  72:3,7,20 93:17
  93:21

[contains - court]

| | | | |
|---|---|---|---|
| **contains** 17:10 | **convert** 148:2 | 107:4,7 108:22 | **correspond** |
| **contaminant** | **cool** 19:2 | 109:6,7,14 | 34:6 99:1 |
| 172:1 | **cooling** 150:24 | 110:4,5 111:17 | **corresponded** |
| **contaminants** | **copy** 53:17 76:7 | 111:22 112:19 | 48:10,14 |
| 172:7 | 174:12 | 112:21 113:23 | **correspondence** |
| **contaminate** | **corner** 177:3 | 114:5,22 115:2 | 5:3 34:11 37:17 |
| 172:10 | 177:15 | 116:10,13 | 38:20 39:16 |
| **contaminated** | **corning** 156:20 | 117:6,10 | 63:9 |
| 173:24 | **corporate** 3:10 | 121:12 122:3,6 | **corresponding** |
| **content** 50:1,10 | **correct** 8:23 | 123:7 124:18 | 48:17 102:15 |
| **context** 37:24 | 9:10 15:16 | 124:23 125:6 | 102:23 104:6 |
| 78:20 | 17:22 24:14 | 125:12,13,15 | 143:8 144:3 |
| **continue** 46:13 | 25:6 27:12 28:6 | 125:23,23 | 157:13 |
| 109:1 119:20 | 28:10 36:8 | 127:9 128:8,12 | **corresponds** |
| **continuous** | 38:24 39:23 | 128:22 129:2,7 | 99:15 103:13 |
| 111:10,12 | 40:10 41:4,5,17 | 129:8,13,23 | **cosmetic** 27:24 |
| **contractors** | 43:8,9 46:15 | 133:18,19,21 | 127:11 163:20 |
| 90:19 | 47:8,21 52:8 | 133:22,24 | 164:3,10,14 |
| **contrast** 100:9 | 53:4,5 55:5,6,9 | 134:5,23,24 | **cost** 56:8 126:4 |
| 100:11 | 58:8,9,12 59:19 | 135:12,20 | **council** 3:18 |
| **contribution** | 63:13 68:4,5,15 | 136:1 139:12 | **counsel** 3:7 |
| 31:8 | 69:9,15,16,19 | 141:1,14,22,23 | 50:1 189:13,16 |
| **convenient** | 69:20,23,24 | 142:3,13,15,19 | **couple** 23:2 |
| 160:10 | 71:8,9,17 72:7 | 144:16,19,24 | 38:21 69:10 |
| **conversation** | 72:18 73:7,14 | 145:6,9 155:15 | 89:19,22 128:1 |
| 38:15 | 73:16 74:8 75:7 | 157:22 158:1 | 128:19 146:14 |
| **conversational** | 78:13 79:21 | 163:5,9 165:6 | 146:21 171:23 |
| 38:15 | 80:12,16 81:7,8 | 166:24 170:18 | 187:22 |
| **conversations** | 82:6,24 83:6 | 171:2 172:15 | **course** 17:9 |
| 39:21 40:7 | 84:19 85:4 86:9 | 176:13,20 | 31:9,19 32:23 |
| 48:22 | 86:15 87:7 88:8 | 181:17 | 33:10,20 59:1,2 |
| **conversion** 5:5 | 90:4 94:4,16 | **correction** | 65:1 66:3 133:1 |
| 5:7 63:21 67:11 | 95:2,5,6,17 | 153:11 | 173:16 |
| 67:22 128:21 | 97:14 100:9 | **correctly** 11:16 | **court** 1:1,21 |
| 153:12 167:2 | 103:1,3 106:1,4 | 77:19 81:12 | 38:6 181:9 |
| 167:11 | 106:16 107:1,3 | 85:21 128:16 | 189:3 |

[courthouse - depending]                                                    Page 14

| | | **d** | days 40:1 |
|---|---|---|---|

**courthouse**
25:15
**courtroom**
54:11
**cover** 7:24 17:4
17:5 81:1 87:22
167:2,8,11
180:10
**cplacitella** 2:11
**cprlaw.com**
2:11
**crazy** 35:10
**create** 144:11
146:15
**created** 29:12
30:13 53:13
146:18 153:12
**credit** 56:11
**crew** 47:12
**criteria** 115:11
143:3
**critical** 143:1,6
143:18,20
144:2
**criticism** 28:8
28:10,11,12,14
84:10 170:14
**criticisms** 58:1
107:13 114:18
133:5 169:14
**critique** 81:5
113:5
**crocidolite**
149:18
**crop** 115:18

**cropped** 114:14
115:1,12
**cropping** 115:5
115:5
**cross** 50:2
130:19 185:9
**crossed** 184:15
184:20 186:10
**crow** 3:4
**crystal** 151:2
159:2,4 180:16
180:23 181:14
183:8,14
184:10
**crystallograp...**
181:7
**csds** 5:21 6:6,7
6:8 102:14,20
104:8,12 111:7
120:23 121:22
122:20 123:16
130:5,19
152:23 157:18
**ctl** 93:20
**cumbersome**
20:14 101:4
**curious** 12:12
159:17 184:1
**currently** 51:22
**cursor** 111:24
**curve** 20:20,21
20:22 108:5
**curved** 122:13
**custom** 126:7
**cut** 17:3

**dad** 29:18,20
**dale** 13:9
**dallas** 2:5
**dark** 112:5
120:12 155:18
**darker** 111:4
**dash** 166:12
**data** 21:12
41:15 84:1
106:9 113:24
164:21 169:13
**database**
113:23
**date** 35:20
38:21 51:19,23
54:5 189:10
**dated** 4:14,17
6:9,10 23:16,22
24:3,7 34:22
39:5 42:11,24
43:11 54:16
171:8,10,17
**daughter** 45:23
45:23 53:10
**david** 75:21
76:15
**day** 14:21 35:23
37:22 49:9 64:4
65:2 73:21
180:10 181:12
187:24
**daylight** 124:5
124:6,8,22
125:16 126:7,9

**days** 40:1
**dc** 45:24 47:5
**deal** 141:3
171:7
**dealing** 86:12
87:2,4 128:23
**dean** 2:3
**december**
26:18
**decent** 56:2
**decide** 170:10
**decimal** 22:9,11
162:12,21
**decision** 129:20
160:18 165:12
**deep** 111:18,19
**deeper** 96:11
**default** 115:16
**defendant** 2:17
2:23 3:18
**defined** 81:17
**degree** 9:24
22:10 175:20
176:8,17 177:9
**degrees** 137:9
143:5 153:8
**delaware** 11:15
11:24 12:1,6,8
35:15 44:4,4
67:1,4
**delivered** 35:19
**deny** 133:2
**department**
19:19 61:13
**depending**
69:13 176:5

**[depends - discussed]**                                                    Page 15

| | | | |
|---|---|---|---|
| **depends** 113:9 | **determination** | 184:23 186:16 | **dimmed** 58:22 |
| **deposit** 165:1 | 131:2 174:9 | **differences** | **direct** 9:6 |
| **deposition** 1:7 | **determinator** | 187:8,9 | 138:21 |
| 4:11,12 7:21 | 185:5 | **different** 15:8 | **direction** 68:2 |
| 23:4,5,8,10,13 | **determine** 69:7 | 47:11 69:14,18 | 70:3 75:6 77:5 |
| 49:19 50:3,11 | 99:19,21 | 72:7 73:5 84:9 | 82:21 84:4,5 |
| 50:21 51:5,11 | 113:10,17,19 | 85:16 93:17 | 95:4,4 96:7,8 |
| 51:14,16 56:21 | 138:5 148:13 | 98:18 100:8 | 96:16 97:14 |
| 58:2 59:3 66:2 | 155:2,12 | 106:17,19 | 98:4,24 99:10 |
| 66:12 94:7 | 161:10 175:24 | 115:21 116:8 | 120:10,14,14 |
| 135:7 158:7 | 176:18,21 | 116:12 125:5 | 120:22 121:7 |
| 188:4 | 177:1,23 | 125:19,21 | 121:14 122:24 |
| **deposits** 172:8 | **determined** | 140:12 141:16 | 150:16 151:8 |
| **derivation** | 141:9 159:1 | 141:21 142:17 | 153:6,6 166:6 |
| 21:15 | 184:22 | 144:17,22 | 176:4 |
| **derive** 99:20 | **determining** | 147:8 148:19 | **directions** |
| **deriving** 21:23 | 164:2 | 149:1,2 155:8 | 153:15 |
| **describe** 21:2 | **detraction** | 158:6 165:13 | **directive** |
| 147:24 157:1 | 150:14 | 165:20,20 | 155:24 |
| **descriptions** | **develop** 21:6 | 169:17 170:9 | **directly** 11:5 |
| 76:24 | **developed** | 180:15,20,21 | 18:22 23:17 |
| **descriptive** | 17:24 30:2 | 180:23 181:7 | **dis** 113:19 |
| 148:8 155:13 | 147:21 149:4 | 181:14,16,18 | 187:20 |
| 155:19 | 150:2 | 181:19 183:2 | **disagree** 83:12 |
| **design** 126:7 | **developing** | 183:10,13,16 | 129:12,17 |
| **designated** 52:2 | 149:22 | 184:11 185:6 | 165:10 |
| **designation** | **development** | 185:16 186:12 | **disbursing** 96:7 |
| 119:6 | 30:6 | **differentiate** | **disc** 18:17,19 |
| **designed** 124:7 | **device** 150:15 | 98:11 | **discovered** 90:1 |
| 137:7 | **dial** 137:10 | **difficult** 67:6 | **discreet** 84:15 |
| **detail** 18:6 | **diameter** 18:18 | **digital** 58:11 | **discrete** 87:9 |
| 128:19 | **diaphragm** | 114:3 115:4 | **discretion** |
| **detailed** 26:14 | 100:6 | 126:14 174:13 | 128:10,24 |
| **details** 58:19 | **difference** | 179:7 | **discuss** 169:2 |
| **detectible** | 85:21 109:19 | **digitally** 58:11 | **discussed** 49:10 |
| 132:19 | 161:17 183:14 | 138:19 | 128:18 177:24 |

**discussing**
17:20 37:22
40:2
**dispersed**
113:13,15
178:3
**dispersion** 5:9
17:22 18:1 19:6
19:11 20:13,20
20:21 21:8,11
21:16,24 27:16
27:20 36:24
57:18 68:7,12
84:2,3 98:2,10
98:12,15,20
99:23,24 101:8
101:22 104:2,2
104:7 105:19
112:15,16
113:2 128:3,16
128:18 129:23
131:2 141:7
143:9 144:3
146:17 147:5
152:17 159:24
160:2,3,9
166:11,21
169:7 174:8
183:5,15,17
185:21 186:17
187:11,12
**display** 84:3
98:17
**displayed** 115:2
**dispute** 64:17
132:21 164:8

178:10
**distinction**
96:15 142:10
**distinctive**
183:11
**distinctly** 183:2
**distinguish**
19:10 99:23
113:11 159:19
**distorted** 57:18
98:15 99:1,3
101:21 105:19
141:8 143:9
152:17 160:2,3
183:5 186:17
187:11
**distortion**
130:7 141:6,14
142:11,13
143:13,15,17
143:24 144:23
145:4 186:6,20
**distribution**
42:21 57:14
108:1
**district** 1:1,2
**dm** 41:11
**dm2700** 124:14
**dobslegal.com**
2:6
**doc** 20:6 150:3
169:16
**document**
23:17,20 26:14
27:3 28:1 41:6
43:11 51:15

67:20 91:11
119:21 179:5
**documents**
23:12 26:9
66:18 70:5
**doing** 8:22
16:16 17:18
31:22 34:23
41:9 54:23
87:13 89:15
112:17 127:10
128:7 139:2
156:8 163:15
171:13
**donald** 10:22
11:3
**doubt** 100:4
131:4 173:19
179:2
**doug** 14:15
**douglas** 42:12
42:21 43:4
48:13 55:10,11
**dr** 5:4 7:9 15:13
15:24 18:4
19:21 20:19
25:2,8,11,23
27:1,11,14,15
27:22,22,23
28:4,7,16,20
30:5,17,23,23
31:2,3,8,9,11
31:15,18,20,21
31:24 32:3,17
33:5,6 35:13,23
36:13,14,17,22

37:1,12,21 38:3
40:7,7,12 41:3
41:4,12 42:3
45:22 46:1,3,9
46:24 47:4,17
49:8 51:14
54:11 61:2,5,8
63:10,12 64:22
66:6,10 74:9,11
81:6,19,24 82:4
82:21 85:14
88:2,11 95:22
98:21 105:9
107:13 113:17
114:21 119:4
119:15,19
146:7,15,21
148:2,5,6,18
150:2 153:14
160:16,18,23
163:23 164:1
165:10 166:5
166:12,18
167:17 169:10
170:13 171:21
178:3 181:20
**drag** 116:1
**drastically**
180:22
**drawl** 45:5
**drew** 16:4
**drimmc** 5:5
63:21 66:23
67:11,13
146:15

**drive** 3:10
**driving** 52:22
**dubin** 49:3,5,9
**due** 99:1 141:8
    186:4,5,18,22
**duly** 7:2,5
    189:5
**dumb** 95:18
    144:7
**dustin** 42:17

**e**

**e** 2:1,1 3:1,1,2,2
    12:3 17:13,14
    44:11,11 127:3
    155:9,9,10,10
**earlier** 13:17
    161:1 168:13
    183:21
**earliest** 13:6
    14:3
**early** 34:23
    35:1
**earned** 10:16
**easier** 13:2
    21:17 108:11
    151:12
**east** 177:3,6
**eastern** 177:17
**edge** 97:23
    111:20 123:3
    140:22 141:8
    141:12 142:9
    142:18,18
    143:11,14,23
    144:22 145:23

147:11 175:19
    177:2 183:17
**edges** 99:13,16
    111:2 141:22
    144:21
**edition** 75:21
    76:5
**educating**
    77:20
**effect** 22:8
    57:20 141:9,12
    142:19 143:11
    143:11,14,16
    143:23 144:1,4
    177:24
**effort** 29:17
**eight** 13:3
    186:15
**either** 34:4
    39:17 40:8
    51:12 76:1
    109:18 127:1
    128:11
**electronically**
    26:7,9
**elemental**
    159:2,4
**elevate** 9:7
**eligible** 13:1
**eliminate**
    150:21
**elimination**
    100:15,16
**elongated**
    105:20 153:6

**elongation**
    185:4
**else's** 51:11
**email** 39:11
    41:3 42:20 43:3
    55:12 63:11
    65:10 66:9
**emails** 4:20,22
    34:20 35:3 42:6
    42:8 63:12
**emphasis** 5:11
    68:9,15
**employed**
    47:20
**employee**
    189:13,15
**encompass**
    168:22
**encounter**
    163:22
**english** 2:19 7:5
    8:4
**enlarge** 99:8
**ensure** 64:5
    130:6
**enter** 143:7
**entire** 113:20
    114:24 118:4
    187:16
**entirely** 29:13
    29:14 118:14
    152:8
**entitled** 1:19
    104:12 182:17
**entries** 54:9,21

**entry** 33:4,18
    54:9 169:14
**epa** 5:13 70:4
    70:10,11 84:16
    85:24 86:12
    88:15
**equal** 143:1,17
**equation** 21:7,7
**equipment**
    11:19 185:13
**era** 114:9
**eric** 146:17
    166:12
**error** 165:13
**esquire** 2:3,9
    2:14,14,20 3:4
    3:5,10,15
**essentially**
    146:17 147:15
**establish**
    149:10 151:13
    164:8
**europe** 12:22
    12:22 139:8
**evaluate** 57:24
    59:2 112:10,17
    112:22 113:6
    147:16 157:12
    157:22 176:2
**evaluated**
    164:24 165:4
    172:13
**evaluating** 68:2
    86:4 97:19
    99:14 111:16
    112:20 129:11

**eventually** 57:6
**ewald** 2:14
**exact** 32:5
  107:21 170:4
**exactly** 79:19
  81:19 134:17
  165:21 180:4
**exam** 56:3
**examination**
  7:7 81:7 189:5
**examinations**
  51:6
**examine** 97:4
  100:6 114:16
  145:12 178:2
  187:17
**examined**
  145:20 160:4,5
**example** 58:5
  69:2,18 73:10
  86:22 93:18
  107:24 114:14
  126:1 135:9
  138:22 142:22
  143:4 145:19
  151:1,8 176:22
**examples**
  141:21
**exceed** 143:1,18
  143:20
**exception** 55:7
**excess** 55:8
**excuse** 51:17
**excused** 188:3
**executive** 3:15

**exhibit** 23:4,7,9
  23:13,15,22,24
  24:5 25:1 26:6
  26:10,22 27:9
  28:8,9 29:5,5
  30:1,8,14 34:19
  34:20 37:6
  38:21 40:23,24
  42:5,5,8 48:14
  53:14,15 54:16
  55:12,12 60:15
  60:15 63:9,11
  66:22 67:11,19
  67:22 68:7,11
  70:9,11 72:1,3
  73:12 75:13,16
  76:16,17 79:9
  79:11 81:4
  84:16 86:11,12
  94:20,21,23
  97:10,11 99:7
  99:18 102:23
  103:18,19,21
  104:5,8,12,14
  104:20,21
  105:2,7,8,16
  106:3,13,14,15
  106:15,23,23
  107:2,5,6
  108:18 109:4,8
  110:1,3,8,11,16
  110:16,21
  117:12,14,15
  117:18,20,22
  117:24 120:6
  120:18,21,23

  121:14,24
  122:1,10,20,22
  123:2,8 133:7
  141:20 143:12
  144:14 145:2
  148:16 154:8
  157:17,18
  158:5 161:5
  165:24 171:8
  171:10,14,16
  171:17,19
  174:3,6 177:15
  177:18 178:14
  178:23 179:19
  180:3 182:15
  182:19,24
  183:22,22,23
  185:4 186:15
  187:2
**exhibits** 4:9 5:2
  6:2 23:2,4 26:7
  67:24 94:18
  108:17 129:6
**existence** 162:5
  181:2
**expensive** 126:4
**experience**
  64:22
**experienced**
  135:23 139:24
**expert** 26:2
  32:8,13 42:22
  43:13 46:4 52:2
  88:24 89:2 90:2
  90:3 108:20
  117:9 164:8

**expiration**
  189:22
**explain** 98:6
  99:3 140:9
  149:3 155:22
  166:2 182:13
**explains** 79:6
**export** 40:22
**expressed**
  69:22
**extent** 49:24
  132:1 164:13
**eye** 111:15

**f**

**face** 40:8,8
**facilities** 12:21
**fact** 28:18
  58:11 107:14
  114:23 134:7
  140:3 173:23
**factor** 128:15
  185:1
**factors** 184:22
**facts** 37:3
  173:20 179:4
**faded** 174:12
  179:9
**fail** 163:12,18
  170:7
**failed** 162:13
**fair** 33:16 63:23
  82:19 85:1
  106:24 170:19
**fairfax** 3:11

**[fairness - fluid]** Page 19

**fairness**  59:20
**fall**  85:2
**falls**  80:10
  125:14
**familiar**  13:11
  24:9 28:10
  68:18
**family**  69:12
  78:11
**famous**  19:17
  61:10 113:18
**far**  26:17 46:15
  80:19 93:12
  125:24 155:5
**faxon**  45:1
**fayalite**  78:3
**fda**  88:16,17
  89:4
**feature**  124:24
**february**  43:21
  44:2 48:24 52:6
**feel**  8:1 84:8
  132:17
**feet**  167:7
**feldspar**  17:7
**fiber**  86:4,6
  87:9 98:7,8,17
  99:9,21 102:3
  102:12,22
  107:3 108:6
  110:17 111:6,9
  111:10,16,20
  111:21 112:22
  120:11,12,13
  121:2,18,22
  122:12 142:17

142:24 144:18
  145:19 150:10
  150:12,16,22
  151:10,15
  152:9 153:22
  159:3 176:24
  177:4,16,17,19
  177:21,22
  179:2 183:1
  184:1 185:6,23
  185:24 186:21
  187:8,9,16
**fiberglass**
  149:19
**fibers**  86:13
  97:2 98:10 99:2
  107:9,14
  141:21 148:24
**fibrous**  98:7
  107:6 122:24
**field**  16:3,19
  57:8 58:16
  59:22 61:16
  105:13 106:15
  106:16,20
  113:21 114:4
  114:15,20,24
  115:11 136:11
**figure**  77:9,19
  143:10 155:16
  157:9 167:15
**file**  39:5 42:13
  104:24 118:24
  119:7 120:1
**filed**  22:20

**files**  108:18
**filter**  124:5,6
  124:22 126:7,9
**filters**  125:22
**finalized**
  147:16
**finally**  170:10
**finance**  53:10
**financially**
  189:16
**find**  20:23
  32:22 67:6 97:5
  101:2 103:24
  108:11 119:15
  120:15 121:4
  150:19 153:19
  164:21 186:19
  187:18,19
**finding**  27:23
  88:3 131:18
  132:2,19
  169:23
**findings**  84:10
  89:19,21 105:9
  131:17 132:21
**fine**  38:23
  44:20 45:9
**fingernail**
  150:11
**finish**  38:8 63:7
  110:14 115:7
  134:19 160:21
  180:10
**finished**  46:12
**finishing**
  151:22

**fire**  152:20
**first**  8:4 10:12
  11:5 13:14
  14:16 16:7
  21:21 23:4
  24:17 25:11
  27:14 31:2,5,23
  32:7 33:11
  34:18,22 35:23
  42:11 43:11,20
  44:3 45:20
  46:24 49:6,8
  52:4 59:11,15
  61:2,10 63:14
  66:1,21 71:10
  71:13 85:15
  95:22 99:21
  106:14 116:18
  116:20,23,24
  135:7 136:3,4
  137:20 145:13
  146:15,20
  149:9 162:9
  174:21 181:8
  182:23
**five**  41:23 87:19
  116:11 135:11
  151:4 162:12
  162:20 184:14
**flip**  102:9
**floor**  2:15
**fluctuates**
  22:10
**fluid**  110:4,9
  112:23 161:16
  175:19

**[focal - geology]**                                                    Page 20

**focal** 18:19
**focus** 5:19
  57:20 103:19
  112:22,24
  113:1,4
**focused** 178:2
**folder** 72:14,16
  93:15 101:13
  101:14,18,20
  101:24 105:5
  115:22 116:2,4
  116:5,11 117:3
  118:12,14,16
  118:17 119:3
  137:20 138:13
**folders** 116:2
  118:20
**follow** 9:22
  77:21 128:22
  129:9 131:22
  139:20 141:10
  186:6
**followed** 94:24
  128:9 165:12
**following**
  130:20
**follows** 7:6
**foregoing** 189:7
**foremost**
  100:13
**forget** 31:5
  141:17
**forgive** 125:17
**forgot** 26:19
  114:8

**form** 19:12
  62:22 82:11
  100:8,10
  128:13 140:2
  142:14 147:18
  155:21 164:18
  186:8
**formation** 99:3
**forming** 17:8
  17:17
**formula** 82:13
**forsterite** 77:4
  78:3
**forth** 189:11
**forward** 94:19
**found** 20:12
  21:14 88:12,19
  90:10,14,19,22
  91:1,12,19
  161:5 163:20
  164:3 170:16
  170:16
**foundation**
  158:22
**four** 2:20 9:22
  33:18,18 87:18
  100:11 133:8
  183:22 185:10
  185:11
**fourth** 22:9
**france** 139:11
  139:13
**free** 8:1
**friday** 42:24
**friends** 14:22
  15:20,22 20:15

61:14,14
**friendship**
  14:21
**front** 23:17
  29:7 30:7 42:10
  53:18 64:12
  81:4
**full** 47:1 59:5,7
  113:24 114:4
  115:11 134:5
  135:18 137:13
  166:10
**fully** 31:17
  110:8 134:8
  136:8 140:5
**function** 114:13
  115:16
**further** 189:7
  189:12

**g**

**g** 44:11
**gamma** 5:18,22
  5:24 6:3,4,5
  68:2 69:7 70:2
  70:14 71:1,2
  74:20,24 75:6
  77:5,22 80:5
  81:11,11,15,17
  81:20 82:14,15
  82:16,21 83:6,9
  83:10,14,23
  84:4 85:18,20
  85:22 86:6,20
  86:21 96:7,8,9
  96:10,11,16

97:12,13 98:3
  98:16,24 104:1
  104:1,9,13
  110:2 116:9,12
  117:13,18,20
  117:22 120:9
  120:19 121:13
  151:3,8,9 152:4
  152:4 153:6,15
  161:10 163:1
  166:6,7,13
  168:2 169:12
  169:18,20
  176:1,6 177:9
  177:10 182:22
  184:23 187:1
**gansu** 16:9,14
  16:18
**gap** 162:3
**garde** 2:20
**gateway** 2:20
**gathered** 23:19
**general** 169:8
  169:20,22
  178:20
**generally** 58:19
  79:23 85:10
  91:18 131:22
**geological** 16:9
  16:11,13,17,17
  31:6
**geologists** 16:19
**geology** 10:18
  11:9 16:10,11
  19:19 61:13

[geophysics - gunter]                                                     Page 21

**geophysics**
    10:18
**georgia**  25:3
**gerel**  3:9
**getting**  28:4
    79:7
**gigabars**  60:5
**give**  38:9 79:14
    83:10 85:12
    120:18 122:19
    140:10 148:11
    156:16 162:7
**given**  7:21 8:4
    178:15,24
    179:20
**gives**  93:19
**glad**  73:4 98:5
**gladstone**  13:9
**glass**  6:8 17:5
    101:19,19,19
    101:21 150:10
    154:2,3,4,5,14
    156:19,20,21
    156:22 157:6,8
    157:18 187:19
**glue**  17:5
    150:11
**go**  21:7 22:16
    33:17 34:16
    50:17,24 53:23
    72:9 75:13
    80:20 94:18
    112:4 132:12
    132:13,17,24
    133:4,5,16
    136:19 139:13

140:4,9 144:14
147:3 158:5
163:14 166:5
175:6 176:22
177:20 182:5,7
182:21 188:1
**goes**  112:5
**going**  13:6
    17:20 23:3,9,24
    26:7 34:16
    40:15 46:13
    48:23 50:14
    52:15 57:5
    60:23 64:9
    66:19,21 67:18
    75:13 76:7
    79:14 80:24
    94:12,19,20
    97:10 100:7
    103:11 104:5
    106:2 110:6
    111:13 114:19
    117:11,12,14
    117:15,16
    123:8 125:9,11
    132:15 143:7
    145:1 153:23
    160:1 166:9
    171:7,14
    182:21
**gold**  4:16 24:3,7
    45:16 46:11
    136:3
**golden**  45:14,17
    99:12 102:18
    105:16

**goldish**  144:20
**goniometer**
    150:13
**good**  7:9,10
    29:21 40:18
    45:3 55:24
    58:18 80:22
    87:4 91:22
    132:16 138:9
**google**  89:16
    91:10
**government**
    9:7,20
**grab**  78:7
**grade**  71:21
**gradually**
    183:13 184:11
**graduate**  14:18
    15:2 16:8
**graduation**
    11:11
**gram**  35:14
**graph**  78:22
    142:23
**graphic**  20:19
    99:2
**graphically**
    20:24
**graphics**
    144:11
**gravel**  62:5,7
**great**  8:19
    18:16 23:19
    35:18 63:18
    72:22 93:13
    146:22

**greek**  70:15
**green**  12:19
    19:21,21 20:2
**greenish**
    105:17 111:4
    112:6 146:3
    154:21
**greve**  44:11,14
    45:11,19 46:2,7
    47:20,24 52:11
    52:15,17
**grid**  16:20,21
**grieves**  44:8,9
    44:10
**grind**  17:3,3
**ground**  7:24
    17:1 81:1
**grounds**  49:23
**group**  16:15
    41:10 42:23
    62:10 83:17,21
    181:10
**grouping**
    122:11 130:2
**growing**  181:2
**growth**  180:11
**grunt**  16:16
**gsa**  132:14
**guess**  12:17
    96:1 132:18
**gunter**  13:8
    14:13,20 27:11
    27:14,22,22
    28:4,7,16,20
    30:5,17 31:9,11
    31:15,20 32:3

32:17 33:5 34:1
36:12,13,17,23
45:22 46:1,3,9
47:4 49:14
71:18 74:7,12
95:23,23
119:19 172:4
**gunter's** 36:14
74:9,15 85:15
**guys** 14:21,22
15:2,19,19 39:1
49:6

**h**

**h** 17:13
**h4** 126:23
**half** 116:20,21
137:13 172:5
**halfway** 135:7
**halo** 146:9
147:16
**halos** 146:3
**hand** 76:8,20
80:17 137:16
157:24 158:19
166:16
**hands** 55:1
**hang** 38:9
**hanging** 139:14
**happen** 143:3
180:18
**happened**
20:10
**happening**
37:22

**happens** 141:14
144:9 186:20
**hard** 150:19
**hate** 65:24
110:13
**hd** 93:19
**health** 90:19
**heard** 15:1 26:1
74:8
**hearing** 35:23
36:5 49:8 56:15
56:17 61:4
**heating** 150:23
**heavy** 45:4
**height** 167:5,6
**held** 1:22
**heldrich** 1:22
**help** 131:8
146:22
**helps** 79:7
**henrich** 3:14
**hercules** 12:17
12:18,20 13:4
**hereinbefore**
189:10
**hesitate** 8:8
**hess** 57:3 59:17
139:17 145:6
145:20
**hess's** 56:21
57:24 59:3
**hidden** 37:10
**high** 86:19,20
86:20 100:17
136:18 137:4
162:6 169:24

**higher** 69:3
75:5 85:10,11
87:19,20 101:2
125:8 145:17
147:23 153:10
153:10 161:7
161:24 162:12
162:21 163:1,7
178:5
**highest** 74:21
74:23 167:24
168:3,13,17
**hill** 3:16
**hired** 90:10
**history** 149:3
**hmm** 13:10
27:13 29:8
37:20 54:17
57:9 60:3 63:17
65:21 72:8
123:5 161:14
170:1 176:12
176:15
**hold** 40:15
**home** 11:20
15:10 56:3
**honeymoon**
9:17
**hope** 93:6 146:6
**horizontal**
99:10 111:9
123:12,14
**horse** 56:1
126:24
**host** 31:19

**hotel** 1:22
**hour** 43:7 53:4
54:10
**hours** 54:7,21
54:22,22
187:22
**hued** 125:9
**hydroxyl** 181:6
181:10
**hynes** 2:14 8:13
17:14 19:12
33:17 35:2 37:2
38:8,17 40:18
41:22 43:15,16
43:20 44:1,11
48:1,5,14,16,21
49:12,19,23
50:6,9,17,23
52:10,11,16,18
53:22 58:13
62:22 63:6
64:15 76:10
78:14 80:20
81:22,24 82:11
83:3 89:7 91:24
100:10 104:20
105:2 119:2
128:13 129:3
129:14 131:12
132:5,23 140:2
141:15 142:4
142:14,20
146:11 147:18
155:21 158:4
158:11 159:10
160:21 164:18

[hynes - incomplete]                                    Page 23

167:22 168:24
172:22 173:13
173:20 174:10
178:18 179:4
179:24 180:7
186:8,23 188:1
**hynes's**  52:14
**hypothetical**
129:14 164:19

**i**

**idaho**  10:2,2,5
**idea**  78:23
135:16 164:23
**identification**
16:15 19:7
21:22 23:8,14
23:23 24:8
26:12 34:21
41:1 42:9 53:16
63:10 67:12,23
68:10 70:12
72:4 76:18
79:12 94:22
97:12 103:20
104:9 109:9
110:2 117:19
117:21,23
120:24 122:21
157:19 170:15
171:11,18
182:20
**identified**  74:21
118:21 122:8
142:9 162:18
164:14 179:19

180:4 187:3
**identifies**  171:3
**identify**  16:23
17:6,16 27:17
36:7 98:1,4
111:6,21
123:15 176:23
**identifying**
82:22 102:23
109:2 118:1
122:7 131:23
170:21 171:4
**illumination**
123:23 125:18
134:5,8 136:1,8
136:10 137:18
137:23 138:13
140:5
**image**  6:8 97:7
97:9,21 103:4,5
103:12,12,16
103:21,24
104:1,7,11,13
104:14,16
105:13 106:7,9
106:12 107:2,6
108:10 109:4
112:21 113:20
113:23 114:1,3
114:10,12,14
114:17,24
115:1,4,10,11
115:12,12,18
120:16 122:17
126:15 127:19
127:21 128:11

129:21,24
130:6 133:12
133:17,23
134:4 135:24
136:2,5,13,23
137:15 138:1,7
138:21 145:2
148:18 153:4
153:19 156:3,4
157:14,18
158:2,6 159:22
174:9,12,18
175:12,23
176:19 178:2,6
178:11,23
179:18,19,22
182:10,23,24
183:17 184:21
185:3,9 186:9
186:10,11,14
187:1,13
**images**  58:21
94:9,17,18
115:13,16
123:24 126:12
135:17,19
137:21 138:2
138:19 141:18
141:19 144:14
146:2 179:6,8
183:21
**imagine**  153:21
**imaging**  139:17
154:1
**imarc**  139:8,10

**imerys**  91:19
**immediate**
136:14
**immediately**
155:8
**immersion**
66:24 147:11
**immigration**
12:13
**importance**
133:3
**important**  65:6
115:7,9
**impressed**
29:19
**improper**
144:23
**inaccurate**
15:14
**incandescent**
125:18
**include**  41:8
57:7 68:2
167:20 171:24
**included**  37:9
102:6 168:19
172:14
**includes**  41:7
93:16
**including**  34:10
91:18 149:17
**inclusion**
164:16
**incomplete**
129:14 164:18

**incorrect** 98:22
**increase** 137:24
**independently**
  81:14
**index** 4:1 20:13
  21:1,3,16,23
  22:3,7 63:20
  68:3,21,24 69:6
  69:14,18 70:7
  71:1 74:20,21
  74:23,24 75:6,9
  77:6,24 80:14
  84:6 86:5 95:7
  97:17 98:13,19
  98:22 99:20
  100:12 102:16
  109:6 110:4
  113:6 122:2
  128:5,17 131:1
  145:14 148:13
  149:8 150:1,9
  150:23 151:3,5
  151:17 152:4
  152:10 153:7,9
  154:14,24
  156:1,16,23
  157:2,8 158:24
  159:5 161:20
  162:6,15
  163:20 164:3
  164:16,22
  165:1,13
  167:19,24
  168:14 169:3
  170:16 175:1,6
  178:5,20 185:1

  186:12 187:15
**indexes** 69:1,3
  70:2 149:2
  161:7 162:1
**indicate** 116:17
  116:18 118:23
  170:3
**indicated** 76:3
  179:23
**indicates** 42:13
  73:19 95:9 96:6
  152:16 157:5
**indicating**
  121:16 162:17
**indication**
  119:24
**indicative**
  98:16
**indices** 5:10
  68:9,14 69:21
  70:15 84:11
  148:19 159:19
  181:17
**individual**
  42:12 43:16
  45:1 83:21,22
  86:1,2 87:8
  148:24
**individually**
  53:13
**industry**
  100:21
**inferentially**
  33:7
**inferring** 72:15

**information**
  34:10 65:5
  138:10
**initially** 43:11
  46:9
**inner** 180:11
**input** 30:5
**inside** 113:14
**instance** 126:16
**institute** 10:17
  31:19 67:1,5
  146:15 149:12
**institution**
  90:18
**instructors**
  31:20
**instrument**
  16:24 41:18
**insufficient**
  136:15
**insulting** 64:10
  64:11
**intensely** 79:7
**intensity** 47:1
  133:21 134:5,8
  135:19,23
  136:9,14,18
  137:4,4,10,13
  137:24 138:1,4
  138:6 139:18
**inter** 132:12,16
  181:2
**interaction**
  22:2
**interactions**
  60:21

**interested**
  36:20 189:16
**interface** 98:9
  99:2 142:24
  182:9,11
  185:22
**interference**
  184:21
**intergrown**
  181:21
**intergrowth**
  180:14,17,24
  183:11,18
  184:9
**intergrowths**
  6:12 182:18,20
**international**
  44:16
**internet** 89:14
**interpret** 7:2
  84:6 166:8,20
**interpretation**
  129:2,5,11,13
  165:11 166:23
**interpreted**
  98:21
**interpreter** 7:1
  8:9
**interpreting**
  128:12
**interrupting**
  143:19 144:13
**intersection**
  20:23
**intersects** 77:22

**intrinsic** 158:24
**introduce** 18:5
    31:11 32:17
    52:18
**introduced**
    18:3 32:3 44:7
    45:20 47:19
    48:1
**introduction**
    75:19
**invented** 18:2
**inverse** 80:13
**investigated**
    172:3
**invoice** 53:23
    54:3,5
**invoices** 4:23
    53:12,15
**involve** 22:2
    54:22 94:13
**involved** 16:3
    22:1 32:11,13
    64:3
**involvement**
    25:2 30:6 89:2
**involving** 24:18
**is.551** 153:10
**ish** 148:1
    155:18
**iso** 146:18
    147:4 166:12
    166:15 167:10
    167:10 180:18
    183:1
**issue** 28:5 64:19
    81:11 82:14,15

    156:22 170:5,8
**issued** 23:16
    54:15 108:20
    108:22 116:19
    117:9 134:16
    135:2,2,5
    149:13 182:16
**issues** 55:1
    135:21 170:13
**italy** 152:8
**item** 99:9

### j

**j** 127:3
**j&j** 42:22
**january** 4:17
    24:4,7 46:10,23
**jennifer** 61:18
    62:1 149:6
**jersey** 1:2,22,23
    2:10,21 3:16
    22:20 189:3
**jgarde** 2:22
**job** 12:20 16:7
    16:8 146:22
    149:11 151:12
    151:20
**john** 2:14,20
    149:7,7,23
    151:19 152:6
**johnson** 1:6,6
    2:17,17,23,23
    32:8,9 43:12,12
    48:4,4,15,15,23
    48:23 52:5,5
    56:14,14,20,20

    88:3,12,24,24
    90:10,10,11,14
    90:20,23 91:2
    91:17 131:18
    132:2,14,14
**johnson's** 88:3
    88:13 90:11,15
    90:20,23 91:2
    91:18 96:3,19
    131:19 132:2
    132:20
**joined** 11:5
**joking** 8:17
**judge** 38:6
**july** 1:23 51:20
**jump** 123:18
**jumping** 185:2
**junction** 45:24
**june** 37:18 39:6
    39:12 40:1,8
    54:6 55:4 59:14
    63:14 66:9 71:8
    94:2 108:24
    123:24 182:16
**justification**
    160:23

### k

**k** 135:14 155:9
    155:10
**kayme** 2:6
    22:21 23:5
    42:17 66:13
    135:2
**keep** 79:2 93:7
    102:10 139:22

    150:19 154:15
    163:11
**kevin** 2:14 3:15
    43:15,15 80:18
    91:22 158:10
    174:16 187:21
**key** 83:7 128:15
**khynes** 2:17
**killing** 168:9
**kilometer**
    16:20
**kind** 7:15 28:3
    33:7 40:3 66:6
    78:16 80:23
    89:4 99:13
    102:10 109:1
    122:13 123:2
    123:18 144:23
    145:4 146:9
    154:20,20,21
    154:22 156:14
    157:23 162:15
    162:16 172:10
**kindergarten**
    165:23 167:4
**king** 2:13 42:13
    56:5
**kkotch** 3:17
**klayman**
    135:14
**knew** 52:23
**knob** 58:8
**know** 7:14,16
    10:4 12:5 25:8
    26:1,16 29:18
    32:7,11,12

**[know - likely]**                                                                 Page 26

36:10 37:12
44:15,16,19,21
45:11,19 46:3,7
47:11 48:8 52:9
52:14,18 61:5,8
62:3,9,12,16,19
63:2 64:14,22
64:24 66:3,12
67:3 68:18
78:21,21,24
88:17 89:12
91:4 93:10
95:19 96:2 97:1
102:7 109:16
109:22 111:14
114:13,23
115:3 119:12
119:24 120:3
124:20 125:24
127:6,12,15,16
131:3 134:10
135:22,24
137:4,11,12,14
137:14,17
139:22 140:1
142:21 146:4,5
149:3 152:22
153:3,20 155:8
169:15 175:3,9
175:10 177:12
178:4 180:11
**knowledge**
118:6 166:5
**known** 62:4
69:22 156:19
171:24

**knows** 8:13
46:1
**kotch** 3:15
**kslaw.com** 2:17
**kurt** 44:8

**l**

**l** 17:13,14
135:14
**lab** 11:15,22
16:13,14,23
25:21,24 26:1
27:4,18 56:1
73:9 74:1 88:18
88:19 90:10
124:17 126:2
126:24 127:2
140:4 148:10
149:7 162:13
163:10,15
**label** 108:14
**labeled** 72:14
93:16 135:18
138:1 167:18
**labeling** 73:19
**labels** 93:17
**laboratories**
131:18
**laboratory** 25:2
26:3 174:13
**lacked** 134:5
**langer** 90:22
**language** 8:5
**large** 16:18
**larger** 107:19
108:9 113:7

122:14 123:10
**largest** 184:24
**law** 170:6
**law.com** 3:17
**laws** 147:20
**lawsuit** 22:20
**lawsuits** 46:5
**lawyer** 44:22
45:4
**lawyers** 56:19
64:3
**layer** 147:14
**lead** 3:7
**leading** 54:18
**learn** 151:22
**led** 124:1,20
125:18
**lee** 39:24 41:10
73:24 91:1,12
91:15 134:12
146:15,21
148:2,5
**left** 25:13 59:22
111:1,2 121:10
123:3 133:12
135:17 136:14
137:16 145:3
156:5 187:8,22
**legal** 22:17
**legals** 22:17
**legitimate**
142:18,22
**leica** 41:11
124:14 125:24
126:8,15
127:13,16,22

136:24 137:6
138:20,23
**leigh** 3:4
**leigh.odell** 3:7
**length** 185:6
187:16
**letter** 51:18
70:16
**levels** 132:19
183:2
**liability** 1:9
**license** 189:21
189:22
**light** 11:20
13:18 14:1,9
16:2,5,23 17:6
17:16 18:11,12
18:22 27:16
41:11 55:20
64:6,23 67:16
95:5 100:12
112:6 121:10
124:1,3,7,21
125:6,15,16
126:8 127:11
130:24 133:21
136:9,15
151:11 153:17
185:12
**lighter** 96:8,11
111:3
**lighting** 46:24
57:8 58:6,8,10
**likely** 126:21,22
153:8

**[line - look]**

**line** 77:21 100:6
100:8,14,20,20
100:24,24
101:9,12,22,23
102:3,11
104:16 111:3
111:18 112:11
112:18,20,24
113:3,11,11,12
113:13,14,15
113:15,18
123:9 125:3
129:19,21,24
130:6,20 131:2
140:24 141:3,9
142:1 145:8,10
145:12,13,21
146:2,10,13,16
146:19,23
147:17,22
148:12 150:17
152:24 153:1
153:13,16,19
153:24 154:15
154:19,19
155:8,9 156:10
158:2 160:7
166:12 174:7
175:4,17,24
176:2 177:24
178:2,3 187:14
187:17
**lineation**
105:17
**lines** 100:7
113:6 142:12

147:9 154:22
158:16
**link** 39:13
**liquid** 19:1
20:20 21:8,9
22:7 68:21,24
95:7 100:17,18
101:1,1,3 109:6
113:12,16
142:24 145:14
145:16,24
147:2 153:18
153:21 157:7
178:5 185:22
**liquids** 66:24
67:20 68:1 69:6
**list** 42:21 75:15
85:6
**listed** 13:18
21:9 32:22 68:1
70:6 75:18,24
85:17
**lists** 77:3
**literally** 64:10
**literature** 13:16
60:5 61:18
85:14 89:3,6,9
89:13 90:16
164:5 172:9,11
172:12
**litigation** 1:9
22:22,23 24:18
28:2 32:9 49:15
52:6 64:7,14,17
**little** 7:16 40:16
73:5 75:12

84:14 99:8
102:19 110:23
110:24 111:4
123:19 125:9
146:1 158:6
186:19
**live** 12:8
**lived** 15:2,8
**lives** 45:24
**livingston** 1:22
**lizardite** 79:20
**llp** 2:3,13,19
**localities** 85:16
**located** 62:17
**location** 83:18
98:3 157:12
165:2 169:20
169:22 170:4
177:17
**locations**
169:17 170:10
186:21
**logic** 152:12
**long** 14:22
26:16 66:23
171:12
**longo** 15:13,24
25:8,12,23
27:15,23 38:3
41:12 46:24
56:15 74:9,11
81:6,19 88:11
95:22 98:21
148:18 160:16
160:18,23
163:23 164:1

166:5,18
167:17 169:10
170:13 171:21
174:13
**longo's** 6:9 25:2
35:23 37:1
47:17 49:8
51:14 54:11
81:24 82:4,21
88:2 105:9
107:13 114:21
119:15 124:17
165:11 171:10
181:20
**look** 8:19 11:22
33:4 60:2 74:19
74:19 89:1
95:10 99:7,11
104:4 106:13
107:16 114:19
117:16 121:17
129:23 133:3
136:2 137:19
145:13 147:2,2
149:4 150:22
153:20 155:23
156:4 157:16
158:11 159:23
166:11 168:1
172:22 173:4
174:8 175:14
176:24 177:5
177:21 178:20
178:21 181:13
182:12 183:8

**[looked - marked]**                                                   Page 28

**looked**  45:12
  74:14 79:13
  90:6 93:13
  127:18 129:6
  132:22 141:18
  170:24 175:4
  185:14
**looking**  10:8
  60:6,8 73:11,13
  77:9,19 89:9
  91:9 93:17
  95:19 96:2 97:1
  103:17 104:11
  105:15 111:11
  120:7 123:12
  133:7 135:24
  137:10,14
  138:6 140:14
  142:1 152:19
  153:5 154:5
  165:17,24
  173:7 174:2,7
  175:18 177:21
  183:23
**looks**  33:7
  105:16 122:16
  127:19 152:19
  157:4 158:6,9
  173:3 174:12
  178:20
**lot**  7:17,24 17:2
  20:14 21:17
  29:17 126:4
  130:12 138:9
  144:9 156:23

**love**  140:4,9
  166:3
**low**  86:21,22
  100:17 137:4
  145:15 168:16
**lower**  101:3
  145:17
**lowest**  167:23
  168:3
**luke**  61:12,12
  61:14
**lunch**  87:23
  91:24 93:4
  131:17
**luncheon**  92:3
**lyon**  139:10

**m**

**m**  2:9 3:1
  116:18 117:13
  127:3 135:14
  173:13
**m12001**  93:19
  115:23 116:14
  116:17,22
  117:3 119:4
  162:9
**m12001.1.550**
  116:5
**m2000**  117:13
**m2001**  6:3,4,5
  6:6,7 117:13,18
  117:20,22
  120:23 122:20
**m7**  156:21,23

**m71171-001**
  183:1
**m71202-005...**
  187:2
**m71547-001...**
  174:11 178:15
  178:24 180:4
**m71547-001...**
  179:20
**m71547-001...**
  178:7
**made**  43:20
  129:5 160:18
**magenta**  96:17
  121:23
**magnesium**
  181:5,9
**maintained**
  34:3
**majority**
  136:11
**make**  21:4,15
  33:2 37:14 38:9
  78:17 110:20
  119:9 124:7
  129:1,20 141:2
  151:12,17
  160:9 174:9
  177:12
**makes**  13:1
  38:16 181:12
**making**  129:10
  135:6
**man**  21:21
**mandarin**  7:1

**manipulated**
  58:11 138:19
**manufacture**
  67:14
**maple**  2:9
**mapping**  16:17
  16:19
**march**  42:11
  43:10,21 44:2
  48:24 51:18,23
  52:7 53:3 54:4
  55:3,7
**margaret**  3:5
**mark**  13:13
  26:6,13 94:18
  103:17 104:5
  117:11 120:17
  137:9 157:16
  171:8
**marked**  23:8,14
  23:22 24:8
  26:11 34:20
  40:24 42:5,8
  53:15 63:10
  66:20 67:12,23
  68:10 70:12
  72:4 76:18
  79:12 94:22,24
  97:12 103:20
  104:9 109:9
  110:2 117:19
  117:21,23
  120:24 122:21
  138:15 154:7
  157:19 171:11
  171:18 182:20

[market - meeting]

**market** 2:4
**marketing** 1:7
**marking** 53:12
    76:10,13,14
**married** 15:6
**maryland**
    61:11 65:1
    88:18
**mas** 1:4 25:2,11
    25:18,21 26:4
    26:17 126:17
    127:6,10 136:2
**mass** 123:3,10
**massachusetts**
    19:16
**master's** 10:17
**match** 101:4
    113:17,19,19
    150:24 153:15
    155:4,5,5,13,24
    156:2,7 157:6
    175:2,11,14
    187:19,20,20
**matches** 107:21
**matching** 20:23
    63:20 147:4
    156:11 166:9
    167:11,12
**mate** 15:14,15
**material** 4:19
    21:3,20 26:11
    26:23 36:11
    55:1 67:2,5,5
    74:15 149:11
    149:14,23
    151:14,16

152:11 159:1,8
169:4,6 170:6,8
**materiality**
    184:1
**materials** 5:11
    27:12 68:9,14
    94:6 101:16
    138:14
**mathematically**
    86:16
**mathematics**
    20:15
**matt** 30:23 31:9
    31:11,15 32:3,8
    32:12 33:23
    34:4,11 36:10
    37:9 39:17
    71:16 74:7
    91:15 93:22
    94:2 139:5,7
    172:14
**matter** 1:19
    24:18 46:18,19
    133:2 140:3
**matters** 22:12
    32:9
**max** 138:17
**maximum** 83:9
    83:9,14,16
    86:19,20 137:3
    138:1,2
**mccarter** 2:19
**mccarter.com**
    2:22
**mccrone** 18:5
    18:15 20:19

31:18 33:9 90:9
99:24 131:20
131:22 132:1,7
132:10,19
146:16 147:5
160:8 169:11
169:16
**mccrone's**
    132:21
**mcdevitt** 3:14
**mdl** 1:4 23:10
    41:14,15,19
    42:23 49:11
    50:2,24 55:1
    66:13 108:21
    108:22 134:16
    135:2
**mean** 14:20
    26:16 27:3
    30:13 48:16
    64:10 65:11,12
    77:8 88:7 98:18
    104:16 167:7
    168:18 169:24
    172:20 180:21
**meaning** 34:5
    72:14 177:2
**meaningless**
    83:5
**means** 108:5
    116:22 127:22
    128:21 150:15
    153:15
**meant** 9:15
    66:4 116:23
    167:23 180:21

**measure** 5:10
    60:17 68:8,13
    81:14,14 108:7
    124:4 128:17
    150:1,9,21
    151:11,15,16
    156:18 157:8
    167:4
**measured** 69:1
    74:24 85:16
    149:8 163:19
**measurement**
    71:3,4 86:6
    151:24
**measurements**
    86:14 152:5
**measuring**
    100:12,19
    128:4 151:9
    159:7 169:4
**mechanical**
    40:16
**medicated** 4:17
    24:3,7
**medium** 137:5
**meet** 7:11,12
    14:13 25:23
    31:2 44:6 49:19
    61:2 63:19
    143:3
**meeting** 31:7
    34:5 39:2 40:2
    48:4 52:16 61:6
    61:9 132:12,16
    139:8,10

**[meetings - misidentified]**                                                    Page 30

**meetings**  48:22
**meiji**  127:3
**member**  78:3
    180:19
**members**  78:4
**menagerie**
    112:7
**mention**  56:24
    91:8
**mentioned**
    61:21 65:15,16
**merged**  145:24
    157:4
**mesh**  108:15
**message**  37:6
**met**  14:16
    25:11 31:5,18
    31:23 32:16
    33:11 40:4 44:3
    44:24 45:19
    46:2 47:4 48:7
    48:9 49:5,6,8
    50:24
**metal**  18:17,19
**meters**  16:21
**method**  5:13
    18:5 19:6,9,14
    21:21,21 70:5
    70:10,11 85:24
    100:12,14,16
    100:20 101:7
    128:6,9 130:22
    131:4 147:20
    150:17
**methodology**
    17:23 82:1

131:22
**methvin**  3:4
**mexico**  11:4
**michael**  42:12
    55:10
**michelle**  3:10
**mickey**  13:8
    14:13,20 15:6
    34:1 36:12
    49:14 74:7,8,12
    74:14 136:3
    172:4
**micro**  132:12
    132:16
**micrograph**
    58:15 96:17
    152:16 157:15
**micrometer**
    5:19,21 103:6,7
    103:9,15,19
    104:1,8,12,18
    104:24 105:1,5
    105:8,11,13
    106:23 172:23
**micron**  159:3
**microns**  17:4
**microscope**
    11:20 16:24
    17:6 41:11,13
    55:17,19,21
    56:2,8 59:9,12
    59:16 60:18
    100:13 108:12
    113:22 114:4,7
    114:10 124:6,9
    124:13,16

125:1,3,4
126:10,14,17
127:3,4,17,23
133:18 134:9
135:19 136:19
136:24 137:2,6
138:3,20,21,23
140:4,7 185:12
**microscopes**
    58:7 115:19
    125:22 127:12
**microscopist**
    130:24
**microscopy**
    7:17 13:19 14:1
    14:9 16:2,5
    17:16 64:6,23
    67:16 100:9
    127:11 130:24
    153:3
**middle**  38:11
    110:23 112:5
    120:7 123:1
    142:18 144:20
    158:19 179:2
    179:23 180:6
    180:19 183:17
**miles**  3:4
**milled**  118:13
    118:15
**millimeter**
    18:18
**mind**  77:16
    79:3 93:7
    140:10

**mineral**  16:15
    17:12 21:12
    64:18 67:5
    76:23 78:5,6
    83:21,22 84:2
    98:6 150:10,12
    169:6 180:18
    183:6
**mineralogist**
    18:2 19:18
    61:16,17 62:2
    169:2
**mineralogy**
    5:15,16 10:17
    11:9 21:13
    62:17 75:19,21
    76:5,15,17 78:4
    79:11
**minerals**  13:19
    16:22 17:8,17
    62:14 67:1 69:2
    69:12 70:7 77:4
    80:6 81:6 161:6
    180:15
**mines**  90:14
**minimum**
    83:10,10,14,16
    137:3,13
**mining**  62:13
**ministry**  16:11
**minus**  81:18
    82:14 83:10
**minutes**  38:21
    41:23
**misidentified**
    24:1,5

**[misidentifiedas - never]**                                    Page 31

**misidentifiedas**
  4:15
**misinterpreta...**
  182:3
**misinterpreted**
  84:1
**misinterpreting**
  160:13,16
**mismatch**
  113:19
**missing** 57:17
**mission** 16:14
**misspeak** 24:15
**misstates** 37:3
  78:14 81:24
  142:4 167:22
**mister** 52:10
**misunderstan...**
  177:11
**mixture** 171:19
  172:15 179:21
**mm** 13:10
  27:13 29:8
  37:20 54:17
  57:9 60:3 63:17
  65:21 72:8
  123:5 161:14
  170:1 176:12
  176:15
**mode** 104:3
  113:3,3 145:21
  146:10 157:14
**model** 124:14
  126:1,1,3 127:3
  136:18

**models** 126:24
**modify** 50:14
**molecule** 181:6
**moment** 75:14
  136:17,20
  141:19
**money** 47:16
**monica** 73:24
**monitor** 42:10
  114:9 115:2
  158:8,12
**montgomery**
  3:6
**month** 55:8
  59:13 108:20
  108:24 170:17
**months** 30:18
  30:20,21,22
  146:14,21
**morning** 7:9,10
  34:23
**morph** 180:18
**morse** 19:16,17
  19:22,23 20:8,9
  20:16,18 21:19
**morty** 49:2,8
**moscow** 9:13
  9:20 10:2,5,6
**mount** 68:21
  150:10,12
**mounted** 72:23
  73:20,21 94:14
  171:20 173:12
**mounting**
  150:14

**move** 11:7
**movement**
  113:10
**mparfitt** 3:12
**mss** 4:16 24:2,6
**mulberry** 2:21
**multidistrict**
  22:23
**multination**
  12:20
**multiple** 47:10
  84:11 86:13,13
  99:18
**muscovite** 17:7

### n

**n** 2:1,4 3:2 69:5
  135:14
**name** 13:14
  17:12 24:17
  25:20 27:2,2
  46:7 48:8,9
  75:24 104:24
  114:8,8 118:24
  119:7 120:1
  149:7,12
**named** 19:15
  42:12 45:1
  103:9
**names** 45:3
  149:5
**nanometer**
  21:1 156:24
  166:9
**narrow** 166:14

**national** 62:5
  90:18 149:12
**natural** 59:21
**naturalized**
  12:16 13:1,3
**naturally**
  163:20 164:3
**nature** 24:21
  49:15 51:8
  58:24 69:22
  106:7
**navlap** 162:9
**neat** 150:8
**necessarily**
  56:23 167:12
**necessary**
  39:13 74:18
**need** 13:13,22
  26:8,13 39:10
  40:14 46:19
  59:23 68:5 93:7
  98:11 112:24
  120:17 129:20
  131:3 135:22
  150:22 151:7
  159:9 170:7
**needed** 64:6
**needs** 170:7
**neither** 133:1
  159:3 172:6
  175:21 189:12
  189:15
**nesse** 75:20,20
**never** 7:23
  15:12 30:10
  48:9,12 65:15

**[never - oils]**                                                          Page 32

89:1 91:16
162:14 163:22
164:5,20,21
166:7 168:1
172:2 173:1
180:23 183:12
**new**   1:2,21,23
1:23 2:10,16,16
2:21 3:16 11:4
12:6 13:9 22:20
55:19 61:4
62:17 120:18
147:15 189:3
**newark**   2:21
11:24 12:4,6
**nice**   7:11,12
93:6 125:4
**nikon**   126:23
127:1
**nine**   177:15
**niosh**   90:17
**nist**   61:19,22,22
62:2 69:4 149:4
149:12 151:20
151:23 159:7
161:8,16,20
170:5
**non**   62:21
**nonopaque**
5:11 68:9,14
**nonspiked**   97:5
**normal**   19:10
136:9 137:22
138:2,17 140:6
187:10

**north**   112:4
157:23
**northeast**   177:3
**northeastern**
177:14,16
**northwest**   16:8
111:5 157:24
**notary**   1:21
189:2,21
**note**   53:22
119:2 158:4
174:10
**notes**   1:18
**notice**   4:11,12
23:5,7,9,13
**noticed**   15:12
50:2
**november**   8:16
8:18
**number**   78:2
85:6 93:19
94:24 95:8
115:22 119:14
119:20,22
124:15 132:8
173:13 175:2
189:21,21
**numbers**   87:5
**numerical**
21:23 119:16
**numerically**
75:1,2
**nvlap**   25:5,5
26:2,2 71:6
116:19,24
117:1 119:8

122:5 148:10

**o**

**o**   3:1 17:13
**o'dell**   3:4
**oaks**   3:10
**oath**   59:4
**object**   49:23
100:18 140:2
145:17 150:11
154:23 155:21
156:1
**objection**   37:2
62:22 64:15
78:14,16 81:22
82:11 83:3
100:10 142:4
147:18 173:20
178:18 179:5
179:12 186:8
186:23
**objections**
132:23 179:24
180:7
**objective**   18:15
18:20 100:1
106:6,21
112:12,13,16
143:8 154:17
154:18 160:9
160:11
**oblique**   100:15
100:15
**observe**   102:9
147:10

**observed**
113:21
**observing**
137:15
**obvious**   145:23
**occasionally**
160:7
**occupational**
90:18
**occur**   32:19
69:23 107:14
143:2
**occurred**   38:3
**october**   6:9,10
171:8,11,18
**oculus**   112:10
154:16
**offered**   161:20
**offers**   43:4
**office**   15:14
35:15
**oh**   29:18 37:14
42:21 55:10
80:19 125:7
**oil**   73:20 94:14
97:17 122:2
147:11 150:18
150:20,23
153:5,7 154:14
154:24 156:7
156:18,18
163:7 165:5,5
165:13 177:22
**oils**   63:21 67:15
68:3 98:8 153:9

**[okay - outside]**

| | | | |
|---|---|---|---|
| **okay** 8:3 9:9 | 88:10,18 93:12 | 181:12 182:13 | **opposed** 179:7 |
| 10:9 11:1,8,14 | 95:14,18 97:16 | 182:14,22 | **optical** 5:15,16 |
| 11:20,21 12:5 | 98:1 102:12,22 | 183:7 185:1,2 | 13:19 75:19,21 |
| 12:10,15 15:5,9 | 103:2 104:4,10 | 186:13 187:13 | 76:5,15,17 |
| 15:15,16 18:4,8 | 104:10 105:23 | 187:20 | 79:11 80:5 96:5 |
| 18:24 19:4 | 106:2,10,13,22 | **old** 8:14 | 108:12 186:11 |
| 20:11,17 22:1 | 107:5 109:10 | **older** 126:10 | **orange** 148:1 |
| 22:13,13,15 | 110:20 111:8,9 | **olivine** 77:11 | 153:16,17 |
| 23:2,21 27:6,8 | 114:18 116:3,4 | 78:2,2,5 | 155:18 |
| 29:3,16 30:1,5 | 117:7 119:17 | **olivines** 77:3,5 | **order** 34:17 |
| 30:11,16,22 | 120:3,5 121:9 | **olympus** 55:24 | 99:19 149:10 |
| 32:12,19 33:21 | 121:19,24 | 126:1,3,6,10,18 | 151:13 176:2 |
| 33:23 35:7 | 122:10 123:8 | 126:22,23 | **organization** |
| 36:21,22 37:11 | 123:21,22 | 127:1,6 137:1,1 | 62:4 |
| 37:16,17,24 | 124:24 127:5 | **omar** 2:3 | **orient** 150:16 |
| 38:11,12 39:9 | 127:10,16 | **once** 38:18 | 151:7,10 |
| 39:20 40:5,14 | 130:2 133:9 | 81:11 143:5 | **orientation** |
| 41:14,24 43:3 | 134:2 136:20 | 161:5 | 176:10,18 |
| 44:18,24 45:10 | 138:11,22 | **ones** 57:16 | 177:1 |
| 46:3,8,14,21,22 | 139:1,8 140:5 | **ongoing** 22:21 | **oriented** 121:13 |
| 47:9,23 49:10 | 140:11,17 | **online** 139:9 | 176:3 |
| 51:5,10 52:4,21 | 142:8 145:1 | 148:11 | **origin** 71:15 |
| 53:11 55:2,3,15 | 148:12 152:14 | **operation** | **original** 134:4 |
| 55:19 56:4,24 | 152:18 154:7 | 100:22 101:6 | 136:2 |
| 57:24 58:20 | 155:3 156:10 | 102:10 | **originally** 9:10 |
| 59:15 60:14,16 | 158:13 160:11 | **opinion** 41:19 | **originated** |
| 60:22 61:1 62:2 | 161:23 162:3 | 46:19 47:2 70:1 | 119:3 |
| 62:11 63:8 | 163:11 164:23 | 70:13 75:8 | **originating** |
| 64:13 65:8,17 | 165:16 166:4 | 82:10 88:2,7 | 75:10 |
| 67:10 70:21,24 | 168:18 169:9 | 97:20 130:18 | **osha** 63:4 |
| 74:10 76:9 | 170:3,19 | 134:13 145:3 | **outline** 59:22 |
| 77:17 78:1,5 | 171:21 172:3 | 170:22 174:16 | 80:23 |
| 79:1,5,16 80:1 | 172:17,24 | 183:4 184:16 | **outlines** 130:5 |
| 80:17 83:7,8,19 | 173:6 174:5 | 185:16 187:6 | **outside** 105:18 |
| 85:1 86:24 | 175:13 178:13 | **opinions** 28:22 | 110:24 113:16 |
| 87:18,24 88:7 | 179:16 180:17 | | 123:10 |

**[ovarian - pdf]**

**ovarian** 22:23
42:23
**overall** 33:3
**overbroad**
58:13 64:16
83:4 128:13
129:3,15 132:5
141:15 142:20
**overinclusive**
167:21
**overlap** 108:5
**owes** 174:13
**own** 41:18 87:9

**p**

**p** 2:1,1 3:2,2,4
41:11 124:14
**p.m.** 39:2,12
188:4
**pack** 73:3
**page** 4:3 33:2,3
33:3,18,18 39:9
41:6 42:7 60:6
60:8,9,10,13,15
65:18 73:11
75:16,16,17
77:3 79:15
86:11,19 93:18
133:7,8 135:10
135:10 140:15
140:15 143:12
145:2 148:16
165:24 166:1
174:3,6 175:16
177:15,17,20
178:14,23

179:18 180:3
182:24 183:22
184:14 185:3
185:14,14
186:14,15
187:1
**pages** 5:5,7,15
5:16 34:16
63:12 66:23
67:12,23 76:14
76:17 79:10,11
93:15 171:12
**paginated**
60:14 75:16
135:11 166:1
**paid** 47:11,16
**paper** 33:9
46:20,23 61:18
65:14 68:12,16
68:17 85:15,20
128:19 130:4,8
130:16 131:7,8
160:1 162:8
163:6,9 168:1,2
169:1,2,8,16,19
**papers** 34:7
63:23 130:9,11
130:12,17
**paragraph** 77:8
158:19
**parallel** 84:4
151:8 166:6
167:19 169:12
175:21 176:3,6
176:23 177:1,4

**parameter**
21:13
**parcel** 160:17
**parental**
110:13
**parfitt** 3:10
**part** 14:17
18:11 20:12
22:17 77:19
90:5 94:1
101:12,16
111:10 115:12
123:14 142:12
160:17,17
165:7
**participate**
56:13,19
**particle** 5:20,21
6:3,4,5,6,7
83:17 84:3 98:3
101:10 103:8
103:20 104:9
104:13 105:15
105:20 106:14
107:20,24
108:3,8 113:12
115:9,13
117:13,14,15
117:18,20,22
120:15,19,22
120:23 122:1
122:11,17,17
122:20,22
136:6 140:22
145:14,15,21
147:3,22

150:19,20
156:5,6,7,18
157:4,14,20,24
175:19 176:17
178:16 180:6
183:15 185:23
185:23 186:5
**particles** 113:7
113:8 115:22
116:9,12
117:16 136:11
136:11 156:3
157:21 176:11
176:19 178:11
**particular**
102:12 136:18
148:20 156:3,4
169:14 171:7
**parties** 189:14
**passed** 132:7
**passing** 18:22
**past** 126:2
150:18
**pattern** 111:1
153:20
**patterns** 181:14
**paul** 10:23
56:20 57:2
139:17 145:20
**pay** 53:4
**pays** 43:7
**pc** 2:8 3:4,14
**pdf** 40:23 60:15
75:17 133:7
135:10 140:15

**[peak - polarized]** Page 35

**peak** 108:3
**peer** 13:15,21
  68:11 89:13
  130:3 161:1
**peking** 9:18
**people** 19:23
  38:13,18
  113:18 146:23
**people's** 36:20
**percent** 109:17
  109:18,18,18
  109:24
**percentage**
  109:15
**perfect** 32:2
  33:11 153:15
**perform** 83:1
  101:9
**performed** 58:7
  81:6
**perimeter**
  154:19
**period** 30:10,12
  30:13 31:22
**periodically**
  132:12
**perpendicular**
  84:5 95:4
  151:10 175:21
  176:4,7
**person** 27:15
  28:4 47:24
  55:11 61:6
  63:19
**personal** 3:18

**personally** 25:8
  27:4 71:14
  159:18
**ph** 20:13 84:6
  166:18
**phase** 100:9,11
**phd** 4:5 11:8,13
  14:19 20:6
  31:22 151:22
**phelps** 149:7,7
  149:23 151:19
  152:6
**phenomenon**
  142:3
**phone** 39:22
  40:9
**photo** 94:23
  95:3 103:8
  109:12 154:13
  176:9 178:14
  183:24 184:14
  184:15
**photocopied**
  179:7
**photograph**
  73:10,12 98:19
  103:3 106:4
  111:8
**photographic**
  179:6
**photographs**
  72:13
**photos** 72:2
  102:6 115:21
  138:16,18
  153:24 186:2,3

**photoshop**
  58:23 134:1,2
**phrase** 155:19
**physical** 76:21
  158:24
**physics** 158:22
**pick** 80:24
**picture** 102:8
  120:13
**pictures** 109:2
**piece** 17:3
**pieces** 185:13
**pioneer** 18:5
**pittsburgh** 4:21
  39:6 40:1,4,24
  41:2 71:20
  72:12 73:1
  134:12 137:19
  139:14 159:23
  165:8 170:17
  172:20
**place** 22:9,11
  59:21 69:15
  157:22 162:12
  162:21 189:10
**placitella** 2:8,9
  8:21 21:4 29:20
  34:10 35:10
  51:7 111:23
  144:8 168:9
**plain** 186:10
**plaintiff** 2:6
**plaintiffs** 2:11
  3:7,13
**plan** 4:21 39:6
  40:24 41:3,6,12

**plane** 18:19
**plastic** 72:7
**plate** 185:11
**please** 8:8,10
  39:2 73:2 93:11
  158:5
**pleasure** 63:19
  80:19
**plenty** 22:13
**plm** 6:11 27:20
  27:20,24 35:24
  36:14 38:4
  47:17 57:1 59:4
  110:7 116:18
  148:18 182:17
  182:19
**plot** 20:19,21
  20:22 108:8
**plus** 12:21
  128:20 149:18
**point** 57:6
  68:18 70:22
  77:16 114:23
  123:20 128:10
  128:23 129:1
  129:10 138:12
  157:3
**pointed** 64:9
  121:18
**pointing** 111:14
  121:15
**polarized** 11:19
  13:18 14:9 16:2
  16:5,23 17:6,16
  18:12 27:16
  41:11 55:17,20

**[polarized - product]**                                                      Page 36

64:6,23 67:16
95:5 100:12
127:11 130:24
151:11 184:20
185:9,12
186:10,10
**polarizer** 151:9
151:11 175:18
177:6 183:23
**polars** 184:15
**polish** 150:11
**poor** 127:4
**population**
108:2
**portion** 167:13
168:4
**portis** 3:4
**position** 109:10
170:20
**possibility**
114:5,6 167:3
**possible** 68:24
148:21 149:1
166:19 168:23
**postdoctoral**
11:12
**postgraduate**
9:12
**potential** 49:11
49:21 50:20
162:5
**powder** 1:7
4:17 24:3,7
45:14 64:19
88:13 90:11,15
90:20,23 91:2

91:13,20 95:9
95:10,16 96:3
96:19,23 97:3
105:11 119:9
132:3,20
137:21 164:22
172:15
**powerpoint**
29:9,12 30:2,14
40:22 58:23
133:8 135:11
140:16 148:15
166:1
**practice** 51:2
**practices** 1:8
**preceding** 95:8
**predominantly**
110:22
**premium** 9:19
**preparation**
50:2,10 51:12
51:13 178:16
178:24
**prepare** 17:2
59:23 73:8,8
101:3 103:6
150:20
**prepared** 49:18
73:6 95:21
103:15 105:1
105:10,24
128:11 171:21
182:6
**preparing**
56:14,20 65:4

**presence**
173:23
**present** 26:17
36:3 82:4 86:10
96:19 97:3
133:17 144:10
146:13 164:9
**presentation**
133:8
**presume** 41:8
72:17 136:17
139:2,19
**presuming**
82:24 187:4
**presumption**
134:3
**pretty** 26:3
56:2
**prevent** 18:21
**previous** 60:11
166:5
**previously**
45:13 74:11
119:5 121:15
177:24 185:15
186:22
**prime** 177:9
**principal** 151:3
151:5
**principle** 131:1
150:4
**prior** 25:1 36:5
45:12 48:4
52:15 61:5,9
88:23 94:6
127:18 186:2,3

189:4
**privilege** 49:24
50:4,6
**privileges** 50:8
**probably** 18:3
26:3 35:1 87:12
87:23 103:9
118:23 123:20
153:9 155:9
187:21,23
**problem** 26:20
56:24 57:1,3
83:24 152:1
186:24
**problems** 57:5
57:7,8,13
**procedure**
35:24 128:20
130:21 150:1
**procedures**
165:11
**proceedings**
1:19
**process** 17:21
19:11 67:15
106:7 110:7
128:2,3
**produce** 41:18
**produced** 36:24
37:18 72:13
101:17 118:13
119:23 158:7
**product** 50:6,7
64:19 143:24
163:21 164:4

[products - quite]                                                                    Page 37

**products** 1:7,8
  3:18 131:19
  164:10,15
**professional**
  14:21
**professor** 10:22
  11:4 13:8 19:15
  19:17,21 20:6
  20:16,18 21:19
  61:11,12,14
  71:18 95:22
**proficient** 71:6
  116:17,19,23
**profound**
  179:11
**program** 9:21
  9:23 11:8 14:18
  14:19 15:2
  27:20
**progressed**
  65:3
**project** 165:8
  170:17
**promise** 12:11
**pronounce** 67:6
**proper** 68:21
  136:9 137:18
  138:6
**properties** 80:4
  80:5
**property** 13:19
  81:13 96:5
  158:24
**prosed** 106:11
**prove** 41:19

**proved** 158:21
**provide** 26:8
  158:20
**provided** 34:9
  51:19 53:12
  66:19 71:16
  74:6,9,12 89:6
  93:21 94:5,6,10
  95:22 115:10
  115:18 116:2
  138:14
**providing**
  64:20
**province** 9:5,8
  16:10,12,14,18
**psc** 4:12 23:13
**public** 1:21
  189:2
**publication**
  24:11,12,16
  161:2
**publications**
  7:15 13:6 130:3
**publish** 14:5
  61:18 160:1
  168:18,20
**published**
  13:20 14:8
  89:12 161:13
  163:6 169:11
**publisher** 20:10
  76:4
**pull** 175:7
**pulled** 14:4
**pulling** 137:3

**pumpkin** 19:20
  19:20,23 20:1,6
**purchase** 55:16
  55:20 56:5
**purchased**
  55:24 56:7
**pure** 97:5 118:9
  172:16
**purple** 102:18
  102:21,24
  122:9,10
  123:17,18
  144:21 147:24
**purplish** 99:13
  148:1
**purported** 74:5
  94:14 109:5
**purpose** 18:21
  55:21 100:17
  131:7 169:8
**purposely**
  96:22
**purposes** 111:7
  121:22 123:16
**put** 16:21 17:5
  30:2 54:19 67:8
  76:12 78:22
  96:22 97:9
  101:1 106:8,12
  107:17 111:23
  126:3 152:7
  162:8 166:12
  167:1 178:21

| q |
| --- |

**qualified**
  151:18 152:10
**quartz** 17:7
**question** 12:11
  27:1 35:12 38:9
  38:10,11 40:6
  40:21 41:13
  44:19 50:14
  52:12 56:23
  59:21,22 63:7
  64:10 73:5
  95:18 96:24
  106:2,18
  110:14 127:5
  134:19 138:9
  139:16 141:16
  148:23 160:22
  168:6,8,20
  172:5 176:16
  178:13,15
  179:14 180:5
**questions** 8:12
  23:11 26:14
  49:16,21 50:20
  51:2 56:15,20
  58:18 69:10
  110:7 128:1
  135:16 141:11
  168:7 171:23
  180:9 182:6
**quick** 40:18
  68:6
**quite** 16:1
  132:8 162:13

181:7 183:10
**quotation**
  68:17
**quote**  37:10
  59:12

**r**

**r**  2:1 3:1,2 5:13
  12:3 17:13
  44:11 70:10,11
  86:12
**raised**  114:19
**range**  69:22,23
  70:1,6,18 75:5
  80:6 83:11 84:3
  84:6,17,20
  85:12,17,23
  86:13,14,17,24
  87:6,14 98:17
  98:18,20
  125:14 152:15
  159:24 162:15
  162:16 163:2
  166:7,10,14,17
  166:18,20,22
  167:19,20
  168:5,19 169:2
  169:11 183:17
**ranges**  70:13
  86:16 87:2
**ranging**  77:7
**rather**  120:12
  174:13
**raw**  106:9
  113:24

**ray**  150:13
**reach**  143:6
  144:2
**reaction**  136:4
  136:14
**read**  7:15 51:14
  66:16 90:16
  161:1 172:9,12
  181:24
**reading**  35:18
  39:12 61:17
  63:18 64:2
  65:18 68:23
  89:3 130:7
  158:20 161:6
**real**  68:5
  141:13
**realize**  121:14
  135:8
**realizing**  79:2
**really**  23:11
  82:2 127:4
  167:16
**reason**  22:6
  132:21 134:11
  149:24 150:14
  152:15 158:23
  166:4,8 178:10
  179:22 186:9
**reasonable**
  129:12,17
**recall**  25:18
  26:6,17 35:8
  43:19 126:16
  126:20

**receive**  49:16
**received**  73:15
  73:16 119:21
**recent**  63:23
**recess**  92:3
**reclassifying**
  62:20
**recognize**  54:2
  125:4 141:5
**record**  60:16
  111:14 112:2
  119:3 154:12
  158:5 188:2
**recorded**  47:5
**records**  169:10
**recur**  84:6
**recurring**
  179:5
**red**  2:10 111:3
  122:9,10
  123:17,18
  127:21 153:17
**reddish**  99:12
  102:18,21,24
  105:18 112:6
  146:3 154:21
  155:18
**refer**  70:4
  128:4 155:7
**reference**  9:12
  66:22 70:21
  71:5 78:19 98:2
  111:7 119:12
  130:19 149:11
  149:14,23
  151:14 152:11

152:23 159:8
  170:6,8 176:19
**referenced**
  78:10 79:17
  170:24
**references**  33:4
  75:15
**referencing**
  60:10 78:18
**referred**  17:21
  19:6 22:22
  62:14 67:14
  79:23 87:16
  91:19 130:21
  135:13
**referring**  50:5
  60:13
**reflect**  119:8
  155:24 165:20
**reflected**  77:6
  143:7 163:4
**reflection**  57:20
  130:7 140:19
  141:4,6 142:3
  142:13 143:2
**reflective**  145:4
**refract**  20:13
  20:24 21:3,16
  21:23 22:7 70:7
  74:23,24 77:24
  98:13,19,22
  99:20 100:12
  102:16 128:5
  128:17 131:1
  145:14 148:13
  149:8 150:1,9

**[refract - respected]**                                                    Page 39

150:23 151:3,5
151:17 152:3,9
153:7,9 156:23
157:1,8 158:24
159:5 162:15
164:22 167:24
169:3 175:1,5
178:5,20
184:24 186:12
**refraction**
185:22 186:18
**refractive** 5:10
22:3 63:20 68:3
68:8,14,21,24
69:1,3,6,14,18
69:21 70:2,15
71:1 74:20,21
75:5,9 77:6
80:14 84:11
86:5 95:7 97:16
109:6 110:4
113:6 122:2
149:2 154:14
154:24 156:16
159:19 161:7
161:20 162:1,6
163:19 164:2
164:15 165:1
165:13 167:19
168:14 170:16
181:17 187:15
**regardless**
35:12
**regards** 65:20
**regionally** 9:1

**regular** 105:12
**regulations**
63:4
**reilly** 3:14
**relate** 105:3
**related** 13:18
14:8 22:23 32:9
46:4,11 51:16
55:1 69:10 89:9
180:15
**relationship**
21:14 31:14
34:4 52:10,15
80:14 161:15
176:10 186:13
**relative** 35:24
52:6 63:3 64:23
81:6 157:12
189:13,15
**relevant** 75:18
**reliable** 83:2
**relief** 145:13,15
145:18,23
146:1 147:10
157:5
**remainder**
39:20
**remains** 96:24
**remember** 31:9
32:5 43:5,22
45:2,2,7,9
48:20 51:9 56:9
85:21 109:23
118:8 121:6
170:2,4 172:10
173:4 179:14

**remind** 124:12
**remove** 112:10
145:7
**rename** 68:5
122:19
**rent** 15:10
**rented** 15:11
**repeat** 74:22
**replied** 43:5
**replies** 65:14
**report** 4:14,18
6:9,10 23:15,22
23:24 24:18,21
24:22,24 25:9
26:11,23 27:9
28:8,9,13,18,20
28:24 29:6 30:7
41:14,15,15,16
41:19 45:12
46:10 47:7 51:1
54:14,20 55:2
57:1 59:17 60:2
81:3,3 89:4
108:21,22
117:9 119:16
127:18 133:5
134:16,23
135:1,2,3,5,8
136:2,3 139:5
144:11 160:15
164:6,20,22
171:1,8,10,12
171:13,15,17
173:2,2 182:1
182:16

**reported** 84:17
96:19 132:1
148:18 167:17
169:19
**reporter** 1:21
12:2 13:24
17:11 45:15
112:14 181:9
189:3
**reporting** 88:4
**reports** 170:24
**represent**
116:18 151:15
**representative**
98:4,13 117:17
170:11 186:2
**representing**
48:4,23 52:5
**reproduction**
174:11,14
**reproductions**
179:7,8
**reputation**
132:3
**requested** 7:3
**requirement**
130:5
**research** 11:12
31:19 67:1,4
100:23
**researcher** 62:2
**resend** 39:13
**resolve** 79:2
**respect** 50:9
**respected** 16:2

**respond** 38:10
  38:22 65:13
**responded**
  65:12
**response** 37:8
  65:17 136:21
**responses** 58:1
  59:3
**responsive** 65:8
  65:9
**rest** 151:4
  169:21
**result** 142:2
  143:13,14
  144:23 145:3
**resulted** 33:9
**resulting** 159:5
**results** 75:2
  89:12 129:23
  133:2
**retained** 88:24
  89:2
**retention** 42:17
  42:23 43:7
  51:17,18 53:2
**retired** 132:9
  132:13
**retirement**
  132:11
**retractive**
  148:19
**return** 43:3
**returned**
  151:23
**review** 4:15
  20:11 24:2,6,13

25:14 28:21
36:14 45:21
46:17,20 49:21
50:20,22 51:5
54:24 76:3,4
89:9 90:5
130:20 136:4
146:22
**reviewed** 13:15
  13:21 51:10
  68:11 89:13
  130:3 161:1
  164:2 173:1
  181:20
**reviewing**
  20:11 47:16
**revised** 21:19
**revising** 20:9
**ri** 5:5,7 63:20
  67:11,22 110:9
  161:16 162:18
  163:7 175:1
**ribbe** 10:23
**right** 7:14 10:3
  10:10,21 14:7
  15:21,23 16:6
  20:3,4 21:10
  24:19,24 25:3
  25:17,24 26:15
  28:3,5 31:17
  34:15 35:5,22
  36:5,22 38:23
  43:19 45:7 46:5
  46:9,15 47:3
  49:10 52:9
  55:10 57:22

60:9,21,24 66:8
71:5 73:11,20
75:13 76:20
77:21 78:12
79:15 80:2
81:19 84:23
85:5 87:1,12
88:9 89:17 90:9
91:17 93:14
100:4 102:13
105:16 109:21
110:17,19
111:15 115:19
121:13 122:23
123:6 125:2,20
128:3,6,24
131:16 133:13
133:23 135:3
137:2 139:19
141:4,13,24
144:15 147:12
147:13,17
148:5,9 150:8
155:6 156:5,6,8
156:12 157:20
157:24 158:3
158:15,17,18
158:19 161:13
161:15,18,19
161:21,22
162:1 164:10
164:13 165:19
165:22 166:16
166:16 170:21
173:18 174:2
175:16,22

176:11,13
177:2,7,20
179:12 181:10
181:12,15
182:5 184:10
185:8 187:7,9
**rio** 91:19
**ris** 159:17
**rj** 39:24 41:10
  73:24 91:1,12
  91:15 134:12
**rls** 1:4
**rmh** 3:17
**robert** 45:1
**robertson** 1:20
  189:2
**rock** 16:15 17:1
  17:1,3,8,9,17
**rocks** 16:22
**roommate**
  15:12,13
**rotate** 150:15
**roth** 2:8
**routine** 163:10
**row** 163:13
**rti** 116:16
  118:18
**rule** 68:23
**rumor** 15:17
**run** 152:1
**running** 121:10
  123:3
**runs** 77:22
  123:9
**russia** 9:17 10:7
  18:2

[s - section]                                                                                      Page 41

| s | | | |
|---|---|---|---|

**s** 2:1 3:2 17:13
  69:5
**sabbatical** 11:3
  11:6
**saed** 181:13
**safety** 90:18
**sailed** 140:13
**sake** 181:8
**sales** 1:8
**sample** 5:17,18
  40:3 71:11,19
  71:20 72:11
  85:17 88:17,20
  94:21 95:11,16
  95:24 96:22
  97:4,11,13,20
  99:18 100:24
  101:3 103:6,6
  103:15 104:24
  105:10,23
  106:8,17 108:2
  108:8,11
  109:12,16
  110:3 118:4,7
  118:10,22
  119:1,13,21
  120:2 133:3
  135:13,14
  140:8 150:14
  150:22 152:23
  159:8 162:10
  163:10,12,16
  169:18 170:3,4
  171:20 172:17

173:8,10,11,24
178:9,16 179:1
179:20
**sampled** 22:4
**samples** 16:20
  16:22,22 17:2
  19:8 27:17,24
  36:7 41:13 56:3
  68:22 71:24
  72:5 86:1 93:14
  93:15,23 94:2,6
  94:9,13 106:19
  137:21 172:18
**sanchez** 30:23
  31:2,5,10,12,15
  32:3,8,12 33:24
  34:4,11 35:13
  36:10 37:9,12
  37:21 39:17,22
  40:7,12 41:4
  71:16,19,19
  74:7 91:15
  93:22 94:2
  95:23,24 139:5
  172:14
**sand** 10:18 62:5
  62:7
**sandra** 1:20
  189:2
**save** 73:2
**saved** 73:4
**saw** 9:12 25:15
  43:2 75:23
  76:22 80:8
  119:21 126:1
  136:5 150:24

168:17 178:8
**saying** 30:20
  45:17 61:15
  64:2 78:24 79:1
  86:3 91:11
  98:17 104:14
  111:15 112:9
  115:6,15
  118:20 137:12
  139:20,22
  147:14 148:7
  152:2 155:17
  157:22 159:15
  161:23 162:16
  163:7,24
  166:17 167:20
  168:1 169:8
  173:18 175:5
  176:15 187:4
**says** 9:20 27:9
  28:1 37:9 39:12
  63:18 65:18
  68:20 73:13
  77:13,20 79:4
  80:5 93:18
  147:22 161:6
  175:1
**sb** 71:21
**scale** 103:3,5,8
  106:3,6,8,12
  159:3
**scheduled** 65:2
**school** 10:5
  15:14,20 90:14
**science** 7:17
  9:21 10:17

**sciences** 10:19
**scientifically**
  82:9 83:1
**scientist** 74:1
  88:12
**scientists**
  129:12,17
**screen** 27:11
  33:5 34:15 60:9
  76:13 93:14
  114:17 115:24
  120:7 122:12
  122:15 157:21
  158:12 170:9
  179:3,23 180:6
**screening**
  100:16
**screwed** 80:23
**scroll** 183:20
**sdm** 132:15
**search** 14:2
  89:16 91:11
**second** 33:18
  38:9 40:15 42:6
  42:6,20 63:22
  65:18 70:15
  93:18 104:15
  116:21 120:18
  122:19 147:8
  147:14 149:7
  149:20 185:1
**section** 6:10
  29:9 68:20
  76:23 77:2,13
  77:15 79:13,15
  87:22 111:9,15

**[section - shown]**                                                          Page 42

112:5 133:6
156:5 160:13
160:15 171:14
171:15,17
173:6,7,8 177:8
180:9
**sections** 76:11
**see** 9:15 13:3
  15:6 25:10
  27:10 28:2
  32:21,23 33:1
  35:15 36:21
  37:10 39:2,7,14
  39:24 40:13
  42:14,18,19,24
  45:6 48:13
  51:14,20,21
  54:16 69:8
  74:18 75:22
  77:7,14,20 80:7
  80:11 81:1
  82:18 83:15
  84:17 86:18
  99:10,24
  100:17 101:24
  101:24 102:10
  103:14 107:19
  107:23 113:11
  119:14 121:2,7
  122:24 129:20
  133:14 136:6
  136:10,13,24
  140:3 143:12
  144:1 145:11
  145:22 147:1
  157:4,5,13

161:11 169:4
170:5 172:24
173:17 174:24
182:10,23
183:1 184:3,20
186:24
**seeing** 129:2
**seem** 173:4
**seems** 162:4
**seen** 70:24 99:6
  102:7 114:3
  138:17 146:2,3
  162:14 164:5
  164:20,21
  168:14 174:6
**select** 68:20
  99:16
**selection** 66:23
**seller** 55:17
**sem** 108:10,11
**send** 35:14 73:3
**sense** 21:4
  38:16 65:9
  120:1 131:6
  150:9 175:17
**sensitive** 22:7,8
**sent** 5:14 16:22
  20:10 54:3
  63:14 71:19,24
  72:3,5,14,17,19
  72:22 76:4
  93:16 113:24
  119:18 136:3
**sentence**
  158:20

**series** 4:20 13:5
  34:20 53:11
  63:15 78:5
  90:19 103:5
  122:4 126:5,5,5
  141:19 159:7
  169:16 180:18
**serpentine**
  17:10 78:12
**serpentines**
  79:18
**serve** 90:2
**served** 25:5
  46:3
**serves** 32:8
**services** 4:19
  26:11,24
**session** 50:11
  64:4 65:4 93:1
**set** 27:6 47:12
  69:5 146:16
  149:20 156:21
  156:23 161:9
  189:10
**sets** 149:16
  156:22
**setting** 100:1
  135:22,23
  137:11 154:15
  160:8
**seven** 34:16
  63:15 182:24
**sg** 5:17,18
  71:22,23 72:6
  73:13 74:5,9,11
  74:11 94:14,21

95:1,3,10,15,20
95:22 96:6,16
97:11 102:3
109:5,13,16
110:8 118:15
118:17 172:13
172:23
**sg210** 5:23,24
  109:8 110:1
**shake** 158:21
**sheet** 4:18
  26:10,23 66:22
**shelley** 75:22
  76:15
**shi** 7:1
**ship** 140:13
**shirley** 2:3
**short** 28:17
  33:20 47:5
**shot** 28:17
  47:10
**show** 42:6
  98:20 101:21
  103:7,11
  104:16 105:2
  112:1 120:16
  122:16 136:7
  140:4 142:23
  153:1 174:21
  181:23 183:14
**showed** 84:1
  169:18 175:6
**showing** 96:17
  105:13 186:11
**shown** 178:11
  178:16 179:6

**[shows - spiked]**                                                                    Page 43

**shows** 96:6
  155:23 159:24
  160:4 183:17
  187:19
**shu** 1:8 4:5,13
  7:4 23:14 64:7
  65:19
**sic** 15:10 65:14
  65:14 70:10
  127:4
**sichuan** 9:5
**side** 76:20
  111:1,2 137:2,9
  157:24 166:16
  177:4,16 187:8
  187:9
**sieve** 108:14,15
**sieved** 108:13
  108:19
**signature** 42:12
  189:20
**signed** 24:17
**significantly**
  69:3 145:17
  161:7
**silicate** 181:5,9
**similar** 37:1
  67:19 93:17
  108:6 169:6
  178:21 181:5
  186:5
**simple** 11:19
  21:7
**simply** 135:24
  137:3,10 140:1
  147:10 165:16

174:8
**single** 55:8
  83:16 94:23
  150:22 184:4
**singular** 84:11
  86:4,6,7 187:15
**sir** 107:18
  117:24
**sit** 54:11 115:19
**site** 25:10
  126:21
**sitting** 43:16
**six** 5:15 9:21,23
  12:21 73:11
  76:14,17 174:3
  174:6 177:17
  185:3
**size** 18:18 57:13
  103:8 107:8,15
  107:22 108:3,4
  108:8 114:20
  115:10,13
**skewed** 127:20
**skill** 57:4
**slide** 105:11,12
  143:4 148:14
  148:15 165:23
  166:5 167:4
  185:4
**slider** 137:1,8
**slides** 11:23
  72:23,24 73:2,7
  99:4
**slight** 96:11
**slightly** 112:21
  153:10,14,16

**slowly** 153:7
**small** 17:3
  18:17
**smaller** 108:4,6
  113:7
**smallest** 184:24
**society** 31:6
**software** 58:12
  58:22 114:7,8
  114:10,10
  115:3,18
  125:22 126:11
  126:15 133:24
  134:4
**solid** 19:1
**solution** 20:19
**solve** 20:24
**somebody**
  40:11 61:21
**sop** 128:20
**sorry** 10:6
  21:18 55:12
  57:10,13 60:12
  62:7 63:6 66:1
  67:8 72:9 89:24
  101:15 110:15
  112:13 134:21
  141:17 143:19
  144:6,6,13
  185:2
**sort** 33:8 179:8
**sound** 131:22
**sounds** 12:10
  64:10,11 80:22
  182:6

**source** 119:6
  124:1,7 126:8
**sources** 125:19
**south** 112:4
**southern** 45:4
  111:19
**southwest** 9:2,3
  9:4
**spalding** 2:13
  42:14 56:5
**speak** 44:4
**speaking** 38:18
  179:12
**special** 31:7
**species** 180:20
  180:21 181:21
  183:12
**specific** 16:3
  81:13 130:15
  169:20
**specifically**
  23:12 102:2,3
  124:6 131:19
  187:22
**speculation**
  132:6
**spelled** 79:19
**spend** 100:23
**spending** 7:18
**spike** 96:22
  97:2 180:1
**spiked** 95:10,16
  96:21 108:2,11
  109:12,16
  118:9,10,22,24
  119:8,13

**[spiked - structure]**

173:15,16,22
173:24
**spiking**  96:4
**spindle**  31:19
  33:7 150:2,4,21
  151:12,22
**spoken**  44:1
  49:2 55:13 66:6
  66:10
**spot**  67:9
**sprinkle**  105:11
**srm**  69:5 149:4
  149:10 151:18
  161:9,16,19
**srn**  170:12
**stable**  151:17
  152:3
**stadiometer**
  167:5,6
**stage**  31:20
  33:7 140:8
  150:2,4,21
  151:12,22
**staining**  5:9
  17:22 18:1 19:7
  19:11 20:14
  21:16,24 27:16
  27:21 36:24
  57:19 68:7,13
  84:2,3 96:7
  98:2,10,12,20
  99:23,24 101:8
  101:22 104:2,7
  105:20 112:16
  112:16 113:2
  128:3,16,18

129:24 131:3
141:7 143:9
144:3 147:5
152:17 159:24
160:2,9 166:11
166:21 174:9
183:5,16,18
185:21 186:17
187:12
**standard**  21:2
67:15 69:4
124:24 149:11
149:13,22
151:14 152:11
157:1 159:8
161:8 170:5,8
**standards**
67:15 149:12
149:16 154:10
156:21
**standing**
146:17
**stands**  67:3
149:10
**star**  114:8
**starburst**  111:1
111:16
**start**  12:18
17:15 23:3
32:10 52:12
94:19 127:17
131:15 133:6
138:12 168:7
171:22
**started**  10:22

**starting**  128:17
143:2
**state**  1:21 9:8
68:23 189:3
**statement**
68:22 135:22
161:1,5 166:23
**states**  1:1 10:11
14:6,10 18:4
20:5 26:4 35:4
45:22 46:2
79:17
**status**  9:7 12:13
163:13
**stenographic**
1:18
**stenographic...**
189:9
**step**  128:20
**steps**  22:1 41:7
128:23 129:9
**sticker**  26:8
**stoiber**  19:16
**stone**  62:5,7
**stop**  17:22 18:1
18:9,15,20
19:11 36:24
96:6 98:2,12,14
99:22 100:2,2,3
100:5 101:21
102:11 104:2,7
112:10 113:2
128:2 132:15
137:8 141:7
142:1 143:9
144:3 145:8,22

146:17 147:5
157:11,14
160:6,8 166:21
174:8 183:15
187:10,11,23
**stopped**  137:18
**stories**  14:24
**straight**  95:15
172:18 182:21
**streak**  121:9
**street**  2:4,21
3:5
**strength**  59:24
60:4,18
**stretch**  93:9
**strikes**  139:24
**stroke**  67:7
**strong**  153:16
**stronger**
153:16
**structure**  16:10
97:6 98:6,14
99:17 100:19
101:2 107:19
111:5 113:14
113:16 118:12
122:13,14
123:1,4,10,11
123:16 145:18
159:2,4,24
160:4,5 175:20
178:4 179:17
180:14,17,22
180:23 181:6,7
183:1,9 184:4,4
184:11 185:15

**[structure - talc]**                                                    Page 45

187:18
**structures**
176:23 182:9
183:14 184:5
**struggling**
186:1
**students** 33:24
**study** 7:15
107:24
**su** 1:8 4:5,13
5:3,14 7:4,9
19:6,9,14 21:21
21:21 23:14
27:1 42:3 63:10
72:4,14 93:16
130:21 146:7
**su's** 119:4
**subjective**
129:10
**subjectivity**
155:17
**submit** 153:24
**submitted**
154:13
**subtracted**
86:20,21
**subtracting**
83:8
**suddenly**
127:21
**suggestion** 33:2
65:10
**suitable** 113:7,9
**suite** 2:4 3:11
3:16

**summary** 4:23
53:13,15,20
**summer** 10:15
**superimpose**
105:8 106:22
**superimposed**
103:7 185:10
**supervisor**
149:6
**supplied** 154:9
**supplier** 91:18
**suppliers** 91:18
**supply** 91:20
**suppose** 22:16
96:24
**supposed** 41:2
157:11
**suppressed**
133:13 135:18
136:16 137:22
138:2,16
139:23 140:6
**sure** 23:19
37:15 38:10
44:9 50:17
56:13 78:17
80:22 95:12,13
103:24 107:21
110:20 115:8
121:5 131:12
135:6 141:2
146:24 151:17
159:12 174:24
188:1
**surface** 103:15

**surrounding**
154:23 176:24
**survey** 16:9,12
16:13
**switch** 21:5
100:5 102:9
113:2 124:4
157:11 160:6
160:10,18
**switched** 112:9
157:15
**switching**
102:11 145:21
160:24
**sworn** 7:2,5
189:5
**symposium**
31:6,8 32:2
**system** 114:9
114:11 126:7
129:22

**t**

**t** 3:1 17:13 69:5
**tab** 76:20
**table** 70:6,7,8
87:16 153:12
160:13,17
162:24 166:9
167:1,2,10,11
167:23 169:3,7
170:2 175:6,7
175:15
**tables** 5:5,7
63:21 67:11,23
128:21

**take** 8:1 9:23
29:22 38:17
41:7,20,22 93:8
102:8 114:2
123:20 127:24
131:10 155:11
156:10 159:10
172:22 173:1
182:12
**taken** 1:20 42:1
56:21 69:17,19
92:3 109:11
131:13 148:18
159:13 170:14
170:20 174:13
189:9
**takes** 12:23
29:17
**talc** 4:15,16
5:19,21 6:11
24:1,2,5,6
27:17,24 42:22
60:11 62:13,17
64:5 82:16
85:10,13,16,18
85:22 87:13,15
88:3 95:9
103:20 104:9
104:13 105:20
105:20,21,22
107:6,20 108:1
108:2,3,9
109:12 118:6,9
118:9,13,15
119:8,13
127:11 131:23

**[talc - think]**                                                                     Page 46

163:21 164:4
164:10,14,22
170:21 171:4
171:24 172:15
173:8 181:2,4
182:1,17,19
183:9 184:8,12
184:13 187:3
**talcum** 1:6
**talk** 18:6 20:16
22:14 30:9
56:22 57:6
63:22 83:15,20
85:23 100:7
101:24 148:14
**talked** 25:13,14
30:17,19 61:15
148:17
**talking** 23:20
33:6,8 58:5,15
79:22,23 84:8
84:12 88:21
108:16,19
123:9 126:10
135:8 140:18
146:4 147:7,9
159:16
**tall** 167:7
**taller** 167:6
**target** 150:10
**teach** 65:5
**teaching** 64:24
**tech** 11:7 32:24
151:21
**technical** 19:2
26:2 44:19

46:18
**technician** 74:1
**technique** 5:9
68:8,13 128:4
128:16 150:9
151:23
**technology**
149:13
**tedious** 151:13
151:20
**tell** 11:14 40:11
41:8 49:5 50:19
91:6 138:4
154:23 156:17
163:15 174:17
176:9
**telling** 64:11
**temperature**
22:3,5,6,8
124:2,8,21
125:9,11,19,21
127:20
**temperatures**
125:5
**ten** 17:18
115:21 116:8
**tend** 132:3
**tensile** 59:24
60:4,18
**term** 133:13,14
147:24
**terminated**
163:14
**terrible** 8:12
**test** 5:13 70:5
70:10,11

116:22 117:2
162:10,14
163:13,16,18
**tested** 163:12
**testified** 7:5
36:23 59:4
170:14
**testifying** 32:13
71:7
**testimony** 16:1
37:3,4 38:4
49:11 54:12
59:8 63:3 78:9
78:15 82:5
117:4 119:5
140:21 142:5
167:22 189:8
**testing** 71:6
116:17,19,23
**texas** 2:5
**text** 37:10
**textbook** 19:18
20:12 21:12
**thank** 7:20 8:20
8:20 24:14
37:15 42:4
44:12 65:14,18
161:4 168:11
174:15 181:1
**thanks** 8:11
15:18 64:7 93:5
**theorized** 46:24
**theory** 158:21
**thick** 17:4
**thickness**
184:18,19

185:1,4,15
186:4,22
**thing** 106:24
141:13 146:9
149:9 174:17
182:10 183:21
**things** 11:23
57:4 58:23
79:22 84:9
87:13 91:9
109:2 129:18
131:23 147:8
**think** 9:6 13:6
13:17 14:3 18:3
18:4 19:15
23:11 24:20
25:12 32:10
35:2 44:7 46:1
48:19,19 51:14
51:15 55:16
56:16,18,22
57:16 61:3,10
61:18 64:3,17
64:24 65:5 67:4
74:18 79:1
81:13 83:5 84:2
84:12 85:14
87:17,23 88:14
96:18 98:11
101:18 104:16
105:3 107:10
107:23 119:4
120:13 127:7
127:17 130:4
130:16,23
132:9,13 133:5

**[think - tungsten]**                                                          Page 47

135:21 137:17
137:20 138:8
140:12 141:20
143:3,10
145:20 146:12
146:22 147:7
150:5,7 158:12
160:17 168:22
172:16 173:7
177:11 184:2,4
187:23
**thinking**  187:14
**third**  4:11
    22:11 23:7
    101:7 137:23
    162:12,21
**thompson**  3:5
**thoroughly**
    173:5
**thought**  10:6
    110:19 131:7
**thousand**  31:4
**three**  79:18
    100:1 137:21
    138:2 151:5
    156:22 160:8
    186:2,3
**thrown**  101:15
**thumb**  68:23
**time**  7:12,18
    9:16,18 10:12
    12:18,24 13:14
    14:16,22 16:12
    16:16 22:4,14
    24:17,20 25:11
    25:13 26:16

28:2 29:17
30:16,19 31:5
31:23 40:18
45:20 46:7
47:22 50:16
53:4,7 54:20
58:16 59:11,15
66:1 71:10,13
79:19 87:13,23
91:23 100:23
101:5 105:13
106:12 110:4
116:24 117:1
135:7 136:3
140:12 148:10
151:21 162:9
170:7 171:3
189:10
**times**  87:19,20
**timestamp**  35:3
**tinkering**  40:16
**tinto**  91:19
**tip**  150:10
    177:14,15,17
**tips**  29:22
**title**  72:16,17
    173:3
**titled**  24:1
    117:12 172:23
**tm**  27:20
**today**  8:14
    17:21 18:14
    23:10 115:19
**today's**  158:7
**together**  15:19
    15:20 28:16

30:3 54:20
152:7 177:23
180:24 181:3
**told**  15:1 30:10
    47:13 65:11
    88:11 91:16
    104:22 119:11
    148:12 168:13
**took**  103:4
    108:10 109:2
    115:21 120:19
    123:24 137:21
    138:20 141:19
    144:15 187:13
**tool**  167:8
**tools**  128:21
**top**  112:6 125:3
    145:2 156:5
    157:23
**topic**  89:10
**total**  54:4,6
    55:3 140:19
    141:4,6 142:2
    142:12 143:2
    171:13 185:21
    186:18
**totally**  84:7
    143:7
**track**  160:14
**trade**  62:4
**traditional**
    100:13
**trained**  130:23
    131:6
**training**  32:22
    64:4 65:3,4,16

140:11
**transcript**  1:18
    51:15 189:8
**transcripts**
    51:6,11
**transition**
    183:13,24
    184:3
**transportation**
    55:18
**trap**  12:10
**travel**  12:20,22
    13:2 18:12
**treating**  163:12
**tremolite**
    149:21
**trial**  51:11,19
    51:22
**tried**  99:8
    159:18,20
**true**  15:4,5
    59:10 67:16
    96:12 98:12,13
    98:19 99:22,22
    123:13 136:22
    151:9 153:21
    155:24 162:7
    189:8
**try**  80:24 170:5
**trying**  67:8
    77:18 143:10
    167:15 175:8
**tube**  137:15
**tungsten**
    125:18

**[turn - utilize]**                                                                                    Page 48

**turn**   29:19
  76:21 137:8,16
**turning**   29:21
**twice**   96:9
  163:13
**two**   4:22 21:5
  23:4 27:19 31:4
  33:3 35:14
  38:17 40:1 41:6
  42:6,8 63:11,12
  64:4 66:18
  67:13 75:17
  76:4 78:4 82:13
  84:8 87:11
  106:17,19
  107:8,24 108:2
  108:5 109:20
  115:13 116:19
  116:21 118:18
  118:24 126:23
  127:17 130:17
  135:21 147:7
  149:5,16 151:3
  151:6 156:3
  157:14,21
  180:14,20,21
  182:9 183:2,6
  183:12,13
  184:5,22
**type**   24:18
  106:7 123:23
  169:4 180:15
  183:6
**typed**   29:1
**types**   49:15

**u**

**ultra**   17:9
**unadulterated**
  95:15
**unaware**
  115:17 164:15
**uncommon**
  17:9 149:20
**under**   9:6 52:24
  53:3 59:4 70:14
  85:23 95:5
  115:24 138:6
  153:9,13
  154:14 173:23
  181:13
**undergrad**   9:23
**underlying**
  147:11 169:13
**understand**   8:9
  10:1 11:14
  22:24 24:21
  54:19 64:5
  82:20,23 84:9
  86:3 91:14
  106:18 110:8
  114:2,5 131:1
  152:12 159:15
  163:24 165:10
  165:22,23
**understanding**
  8:11 11:16 19:9
  52:23 64:21
  74:6,13 87:8
  109:11

**understood**
  82:19
**uniform**   17:4
  97:21,22
**union**   118:3
**unit**   22:11 85:6
  162:12
**united**   1:1
  10:11 14:6,10
  18:4 26:4
**units**   85:7
  162:20
**university**   9:13
  9:18,19,21 10:2
  11:4 19:15,16
  61:11 65:1
**unnoticeable**
  145:16
**unquote**   59:12
**unsuppressed**
  133:14
**upper**   168:22
**upstate**   62:17
**use**   17:16 41:12
  41:17 99:17
  100:4 101:3,19
  101:20,23
  117:1 127:2
  128:16,21
  133:12,13
  137:16 146:23
  148:6,12,13
  150:11,17
  154:10 155:1
  156:14,20
  157:7 158:15

  160:7 162:10
  163:7,17
  165:19 167:5,8
  169:8 170:12
  175:23,24
  187:17
**used**   9:5 19:19
  20:18,19 21:2
  21:13,20 55:24
  59:9,11,15,17
  67:15 69:7
  99:20 100:16
  113:17,19
  115:4 126:2,17
  127:6,12
  136:15 150:13
  161:10 166:4
  169:4,5,6 180:1
**uses**   124:17
**using**   27:16
  58:22 98:1
  113:5 123:24
  124:10,13,19
  126:19 127:1
  127:17 128:15
  131:2 140:7
  147:9 149:24
  157:10 160:18
  162:3 163:11
**usp**   107:24
**usually**   18:18
  22:9 115:4
  122:23 166:13
**utilize**   8:9
  165:12

**[utilized - west]**                                                    Page 49

| | | | |
|---|---|---|---|
| **utilized** 46:24 | **variation** 98:21 | **visa** 12:23 | **warm** 127:20 |
| 134:9 | 185:20 | **viscomi** 38:7 | **wars** 114:8 |
| **v** | **varieties** 79:18 | **visit** 25:24 | **washed** 179:8 |
| | **variety** 148:19 | **visualization** | **washington** |
| **v** 44:11 | **various** 109:2 | 148:4 | 45:24 47:4 |
| **vague** 58:13 | 149:13 | **w** | **watch** 54:11 |
| 64:15 82:12 | **verbal** 136:21 | | **wave** 185:10,11 |
| 83:3 128:13 | **verified** 159:6 | **wait** 38:8 | **wavelength** |
| 141:15 142:20 | **verify** 41:14 | 104:15 133:10 | 21:15 22:2 |
| 146:11 164:18 | **verkouteren** | **walter** 169:11 | 143:6 166:10 |
| **valadez** 93:19 | 61:19 62:1 | **want** 22:16 | **wavelengths** |
| 95:9,16 96:23 | 149:6 | 36:19,20 40:2,3 | 18:23 20:24 |
| 97:3,4 109:12 | **vermont** 75:10 | 41:18 56:2,3 | 21:1,2 63:20 |
| 119:6,8,12 | 83:18 152:8 | 71:20 72:16 | 147:4 156:24 |
| 120:2 137:20 | **version** 174:12 | 73:2 74:19 | 157:1 167:12 |
| **valid** 142:16 | **versus** 96:10,15 | 76:21 78:17 | 167:13 |
| **value** 21:23 | 98:14 101:22 | 80:19,20 87:22 | **way** 22:19 |
| 53:7 71:6 81:21 | 108:1 142:18 | 93:8 98:6 | 34:18 60:17 |
| 81:21 82:15,16 | 155:18 170:16 | 101:19,20 | 65:3 70:18 80:6 |
| 83:23 86:2,8 | 184:24 187:8 | 105:12 109:1 | 83:2 85:6 87:1 |
| 87:10 98:16,23 | **video** 28:17 | 121:4 127:24 | 99:23 114:1 |
| 104:1 156:16 | 39:23 40:9 47:5 | 131:10 133:4,5 | 128:6 133:21 |
| 156:19 157:8 | 47:6,10 139:1,2 | 133:6 134:12 | 134:20 135:1 |
| 166:6,13 | **videographer** | 134:17 138:12 | 137:7,14 138:3 |
| 168:14,19 | 47:12 | 139:19 141:2 | 139:18 140:6,8 |
| 169:20,24 | **view** 57:8 58:16 | 141:10 148:14 | 141:5 146:12 |
| **values** 22:3 | 105:14 106:15 | 150:16 158:4 | 165:24 168:7 |
| 80:15 82:9,21 | 106:16,20 | 159:10 160:12 | **week** 153:24 |
| 82:24 85:2 | 113:21 114:4 | 171:6,23 | **weight** 109:15 |
| 87:11 162:6 | 114:15,21,24 | 173:16 182:2 | **welcome** 42:3 |
| 167:20 | 115:11 133:1 | 182:13 | 93:4 |
| **vanderbilt** | 136:12 146:9 | **wanted** 22:19 | **went** 9:9,16 |
| 62:14 | **virginia** 3:11 | 41:7 76:19 | 39:24 134:12 |
| **variability** | 11:7 32:24 | 94:18 110:19 | 151:21 |
| 159:16,17 | 151:21 | 131:15,19 | **west** 111:5 |
| | | 140:14 180:9 | 177:6 |

**[wet - yelling]**                                                                Page 50

**wet**  108:13,14
   108:19
**wheel**  137:7,8
   137:11,17
**white**  124:2
   125:5,15,16,20
   126:12 127:22
**widely**  19:19
**wider**  166:19
   167:3
**wife**  15:10
**william**  6:9
   75:20 171:10
**willow**  3:10
**wilmington**
   44:3,4
**wine**  151:15
**wise**  128:20
**wish**  144:10
**witness**  4:3
   12:3 14:1 17:12
   32:8 33:19 35:4
   38:12 41:24
   43:13 46:4 52:2
   63:8 89:3 90:3
   112:15 119:7
   144:10 174:17
   188:3 189:5
**woke**  35:1
**wondering**
   130:14
**word**  67:7
   142:21
**words**  78:22
   165:23

**work**  4:21 9:13
   12:17 13:2,4
   15:19,20 16:17
   22:19 32:14
   34:6 39:6 40:24
   41:2,6,18 45:12
   47:16 50:6,7
   54:19 73:1
   91:15 94:20
   107:14 108:17
   108:23 114:21
   134:13,18
   140:11 152:20
   159:23 172:20
**working**  10:22
   12:18 16:13
   30:11 34:3 46:6
   56:1 61:16
   126:24
**works**  44:15,21
   44:23 134:20
**world**  69:15
   169:17
**worth**  167:16
**wow**  8:19
**wraps**  122:13
**write**  28:13,20
   46:10,17,19,20
**writing**  39:17
   40:12,14 48:17
   66:6 161:12
   162:4
**written**  28:9
   40:4 47:7
   111:14

**wrong**  38:14
   79:1,1 84:7
   89:11 135:8
   136:5
**wrote**  13:7
   19:18 37:12
   41:15 45:21
**wylie**  5:4 34:12
   60:21 61:2,5,8
   61:15 63:10,12
   64:22 65:7 66:6
   66:10
**wylie's**  61:13
   62:4,13,20 63:3

|   x   |
| :---: |

**x**  147:21 150:13
**x's**  147:21
**xy**  150:15

|   y   |
| :---: |

**y**  17:13,13
   135:14 147:21
**yeah**  11:11
   13:12 14:23
   15:7,18 17:19
   18:20 22:5
   25:22,22,22
   28:19 29:2,15
   32:1 33:15,19
   33:22 36:19
   37:23 38:22
   40:20 41:22
   45:8 47:2 48:8
   57:4,21,23 58:4
   60:13,13 61:23
   68:19 71:7,23

74:23 76:22
   78:8 80:4 82:17
   87:20 88:17,23
   89:5 94:12 99:5
   108:15 114:22
   117:13 118:2
   119:7,20 121:1
   121:20 123:11
   135:5 139:7,21
   152:13 154:2,6
   154:11,18
   155:10 163:2
   171:5 172:21
   172:24 173:7
   174:23 181:11
   181:15
**year**  8:16 9:21
   9:22 11:3,7
   31:5 32:6,10,14
   32:20 43:23,24
   43:24 44:2
   45:23 52:7 54:5
   55:4 63:15 66:9
   71:8 89:20
   116:19,20,20
   116:21,22,24
   126:21 135:4
   162:9 172:5
**years**  9:23
   12:24 13:3
   17:18 38:14
   89:19,22
   127:17 128:19
   132:8 163:6
**yelling**  50:13

**yellow**   127:21
   174:22
**yellowish**
   110:24 125:10
   127:19 148:1
**yep**   23:18
**yesterday**
   50:24 56:21
   58:2 79:3
**ying**   7:1
**york**   2:16,16
   55:19 62:17

**z**

**zoom**   139:9
   189:6,9

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.