# Exhibit 8

Page 190

```
 1            UNITED STATES DISTRICT COURT
 2            DISTRICT OF NEW JERSEY
 3            MDL NO. 16-2738(MAS)(RLS)
 4    ------------------------------
 5    IN RE:  JOHNSON & JOHNSON
 6    TALCUM POWDER PRODUCTS
 7    MARKETING, SALES PRACTICES,
 8    AND PRODUCTS LIABILITY LITIGATION.
 9    ------------------------------
10              SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION - MIDDLESEX COUNTY
11              DOCKET NO. MID-L-003809-18AS
12
13
14    KAYME A. CLARK and
      DUSTIN W. CLARK,              DEPOSITION UPON
15                                  ORAL EXAMINATION
              Plaintiffs,                OF
16                                   SHU-CHUN SU
          v.                        (VOLUME II)
17
18    JOHNSON & JOHNSON, et al.,
19            Defendants.
      ------------------------------
20
21
22
23
24
25
```

Page 191

1          TRANSCRIPT of the stenographic notes
2     of ANDREA F. NOCKS, a Certified Court Reporter and
3     Certified Realtime Court Reporter of the State of
4     New Jersey, Certificate No. XI01573, taken at THE
5     HELDRICH HOTEL, 10 Livingston Avenue, New Brunswick,
6     New Jersey, on Thursday, July 18, 2024, commencing
7     at 9:12 a.m., Eastern Standard Time.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 192

1     A P P E A R A N C E S :
2     DEAN OMAR BRANHAM SHIRLEY LLP
        BY:  BENJAMIN BRALY, ESQ.
3     302 North Market Street
        Suite 300
4     Dallas, Texas 75202
        Attorneys for Plaintiffs
5
6
7
8     KING & SPALDING
        BY:  KEVIN HYNES, ESQ.
9     1185 Avenue of the Americas
        34th Floor
10    New York, New York  10036
        -AND-
11    McCARTER & ENGLISH
        BY:  JOHN C. GARDE, ESQ.
12    Four Gateway Center
        100 Mulberry Street
13    Newark, New Jersey  07102
        Attorneys for Defendant,
14    Johnson & Johnson
15
16
17
18    COHEN PLACITELLA & ROTH
        BY:  CHRISTOPHER M. PLACITELLA, ESQ.
19       (VIA ZOOM)
        127 Maple Avenue
20    Red Bank, New Jersey  07701
        Attorneys for MDL Plaintiffs
21
22
23
24
25

Page 193

1     A P P E A R A N C E S :
2     BEASLEY, ALLEN, CROW, METHVIN, PORTIS
        & MILES
3     BY:  LEIGH O'DELL, ESQ.
           (VIA ZOOM)
4     218 Commerce Street
        Montgomery, Alabama  36104
5     Attorneys for MDL Plaintiffs
6
7
8
9     REILLY, McDEVITT & HENRICH, P.C.
        BY:  KEVIN KOTCH, ESQ.
10       (VIA ZOOM)
        3 Executive Campus
11    Suite 310
        Cherry Hill, New Jersey  08002
12    Attorneys for Defendant,
        Personal Care Products Council
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 194

1                    INDEX
2                    PAGE
3     WITNESS:
4       SHU-CHUN SU
5     EXAMINATION BY:
6       MR. BRALY              197,305
7       MR. PLACITELLA          260,321
8       MR. HYNES              287
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 191 - 194)

Page 195

1              E X H I B I T S
2  NUMBER      DESCRIPTION      IDENTIFICATION
3  34    A Rapid and Accurate
4      Procedure for the Determination
5      of Refractive Indices of
6      Regulated Asbestos Minerals    204
7  35    September 9, 2016
8      NVLAP On-Site Assessment      207
9  36    NVLAP evaluation    208
10  37    2005 abstract    216
11  38    The Unification of Becke line
12      and Dispersion Staining
13      Techniques for the Determination
14      of Refractive Index of
15      Non-Opaque Materials    219
16  39    Asbestos Identification,
17      Walter McCrone    225
18  40    Michel-Levy color chart
19      example    227
20  41    October 5, 2023, TEM analysis
21      of length dispersions of
22      sample Calidria    236
23  42    Wet_Sieved_Talc_SG-210_1000_SE_ETD
24      Image    256
25

Page 196

1          E X H I B I T S   C O N T'D
2  NUMBER      DESCRIPTION      IDENTIFICATION
3  43    Wet_Sieved_Talc_SG-210_6500_SE_ETD
4      Image    258
5  44    J4-1 method    259
6  45    Four tables    304
7  46    One-page handwritten note,
8      Post-Its on Exhibit 32    304
9
10
11
12  REQUEST FOR PRODUCTION
13  PAGE 256...Value data
14
15
16
17
18
19
20
21
22
23
24
25

Page 197

1            S H U - C H U N   S U,
2  having been previously duly sworn, testifies as
3  follows:
4  CONTINUED DIRECT EXAMINATION BY MR. BRALY:
5      Q.    How are you?
6      A.    I'm fine.
7      Q.    Good to see you again.
8      A.    Good to see you again.
9      Q.    I said no, but it is actually kind of
10  an important point.
11          You understand that you are still
12  under oath from the last time?
13      A.    Understood.
14      Q.    Great.  So you're going to tell me
15  the truth?
16      A.    Yes.
17      Q.    Good; 'cause otherwise, we would have
18  a real problem.
19      A.    Sure.
20      Q.    Have you conducted any additional
21  analytical experimentation or evaluation of the
22  issues pertaining to either the Clark case or the
23  MDL case since our last deposition?
24      A.    No.
25      Q.    Okay.  I want to talk to you a little

Page 198

1  bit about the Becke line method of refractive index
2  calculation.  Okay?
3      A.    Okay.
4      Q.    It is a true statement that the
5  dispersion staining method is a method to determine
6  the refractive index of a particle, correct?
7      A.    Is what method?
8      Q.    That's a true statement, that it is a
9  method?
10      A.    One of the methods.
11      Q.    Yes.
12          There's another method that's called
13  the Becke line method for determining the refractive
14  index of a particle, correct?
15      A.    Correct.
16      Q.    What I gathered from our last meeting
17  was that you are taking the position that when you
18  do dispersion staining, when you're looking at the
19  colors under the polarizer, that you have to switch
20  the objective to the Becke setting and evaluate
21  where on the particle the Becke line matches the
22  refractive index fluid, or most closely matches the
23  refractive index fluid?
24      A.    I should say it is not to find the
25  Becke line matches the color, it is to find out

3 (Pages 195 - 198)

SU - DIRECT

1 where is the true Becke line and the dispersion
2 staining color.
3    Q.    Okay.
4    A.    The dispersion staining color, they
5 are corresponding. Like you say, you have a series,
6 a range of the color, dispersion staining color.
7 Now, which one is the one we're presenting the true
8 "refract" index. You would have to switch the Becke
9 line to examine the Becke line characteristics to
10 determine which color --
11    Q.    Okay.
12    A.    -- is present in the true refract
13 index.
14    Q.    So, when you say you have to switch,
15 you're talking about switching the setting in the
16 objective, which is a piece of the microscope?
17    A.    That's right.
18    Q.    To remove what's called the central
19 stop?
20    A.    That's right.
21    Q.    Right.
22          What you're describing is not the
23 Becke line method of determining the refractive
24 index 'cause that's a completely separate
25 methodology, right? It's using the Becke line

1 setting to help confirm the dispersion staining
2 method?
3    A.    No. So-called, the Becke line
4 setting is in order to observe the Becke line, like
5 the dispersion staining setting is for the observing
6 the dispersion staining color. You see? The
7 setting and the method, it's part of method, it's
8 not just change the setting; it change the test
9 method.
10    Q.    So, when you perform this, when you
11 switch the objective from central stop to the Becke
12 setting, or the no-stop setting, I suppose is what
13 it is --
14    A.    Um-hum.
15    Q.    -- are you saying that you're
16 utilizing a completely separate method to confirm
17 the other method?
18    A.    That's right.
19    Q.    I did a review of your entire report,
20 the report that you issued in May, and the word
21 "Becke" appears twice, and they're both in your
22 article list, your list of references.
23          You would agree that nowhere in your
24 report do you provide a criticism of Dr. Longo
25 relative to some supposed failure to use the Becke

1 line method?
2    A.    Could you say question again?
3    Q.    Yes.
4    A.    Please.
5    Q.    Nowhere in your report do you discuss
6 utilizing the Becke line method to confirm or to
7 critique the analysis that Dr. Longo performed in
8 his dispersion staining analysis?
9    A.    I don't have to, because he said he's
10 a self-taught polarized light microscopy expert.
11 Any expert should know that. It's, like, common
12 knowledge. Yeah.
13          I only said his determination using
14 the dispersion staining technique is incorrect.
15    Q.    Where he takes the color based --
16    A.    That's right. I don't have to point
17 out where he's incorrect. Okay.
18    Q.    No, no, no. I get it. You think
19 he's wrong, you're saying that you don't have to
20 point out exactly how he's wrong.
21    A.    That's right.
22    Q.    And of course, Dr. Longo is taking
23 the position, I suppose, that the color at the edge,
24 or the border of the fluid and the particles where
25 you should be reviewing the coloring, you think

1 that's wrong?
2    A.    Now you mention color. Let me make
3 it clear, color does not identify mineral, does not
4 identify any mineral, including asbestos mineral.
5 Color is not a intrinsic property.
6    Q.    I understand.
7    A.    Refract index is. You see, there's
8 no literature, no methods, whether EPA, ISO or ASTM,
9 they identify, describe, asbestos by color. Okay?
10    Q.    But that's not what I asked you.
11    A.    No, no, no. I want make -- because
12 I --
13    Q.    I want you to answer my question.
14    A.    Yes. That's what I'm answering, the
15 color question.
16    Q.    You're not. I know the color
17 corresponds to wavelength. I know this. That's not
18 what I'm asking you.
19    A.    What wavelengths?
20    Q.    Yeah.
21    A.    What wavelengths?
22    Q.    That you can take the color and
23 compare it to a chart that you've developed to
24 determine a range of wavelengths --
25    A.    What wavelengths, the question is.

4 (Pages 199 - 202)

SU - DIRECT

Page 203

1 This a very central issue of this debate.
2    Q.    I'm not debating with you.
3    A.    No, no, no, no.  A discussion, the
4 central --
5    Q.    Doctor, please.  I'm just asking you
6 questions.
7    A.    Yes.
8    Q.    I'd appreciate if you'd focus on the
9 question I'm asking.
10    A.    I am focusing on the question.
11        MR. HYNES:  Let him finish the
12 question.
13  BY MR. BRALY:
14    Q.    Let's start over.
15        All I was trying to get at is that
16 Dr. Longo evaluates the image at the border of where
17 the fluid and the particle are coming together, at
18 least that's what he said, and you disagree with
19 that as a methodology for identifying what it is
20 that he's looking at?
21    A.    No, I'm not disagreeing with that.  I
22 said his methodology is wrong; he was not correctly
23 performing the technique.
24    Q.    Okay.  One of the ways that he was
25 not correctly performing the technique is because he

Page 204

1 didn't utilize this objective switch to the --
2    A.    No, no, no.  I never --
3    Q.    Let me finish my question.
4    A.    Okay.  Sorry.
5    Q.    One of the ways that you believe he
6 was incorrect is because he didn't follow the
7 methodology of switching to no-stop in evaluating
8 where the Becke line was?
9    A.    No, I'm not saying that.  I'm saying
10 that -- I said he is incorrectly performing the
11 dispersion staining technique; I didn't say he did
12 not switch.  Because it's not tutorial.  I don't
13 have to tell him what -- how to -- what's the
14 correct way to performing the technique.
15    Q.    I have a series of articles that you
16 published that I want to talk to you about briefly.
17    A.    Okay.
18    Q.    Like before, let me get set up.
19        Exhibit 34 is going to be an article
20 that you published in "American Mineralogist" in
21 2003 --
22    A.    Yeah.
23    Q.    -- called "A Rapid and Accurate
24 Procedure for the Determination of Refractive
25 Indices of Regulated Asbestos Minerals."

Page 205

1        I take it you're familiar with this?
2    A.    Yes, that's my paper.
3    Q.    Yes.
4        In this paper, you do not discuss
5 using Becke lines or the Becke line method to
6 confirm what you're looking at by dispersion
7 staining, correct?
8    A.    I don't have to.
9    Q.    Just answer my question.
10    A.    Yes, I did not, because I don't have
11 to.  Okay.
12    Q.    So, for an analyst or somebody
13 reviewing the peer-reviewed literature, they would
14 have no idea based on this paper from 2003 that you
15 believe that you should confirm what they're seeing
16 by dispersion staining by doing a Becke line
17 analysis?
18        MR. HYNES:  Calls for speculation.
19        THE WITNESS:  Can I answer the
20 question?
21        MR. HYNES:  Yeah, you can answer the
22 question.
23    A.    If a analyst using the dispersion
24 staining technique to determine a refract index, if
25 he is a trained analyst, he should know how do you

Page 206

1 need to distinguish the normal dispersion staining
2 color from the distorted dispersion staining color.
3 And he should know, in many cases he's trained, he
4 should use the other method to distinguish that,
5 which Becke line is the most effective method.
6    Q.    Have you ever published that a
7 dispersion staining analysis should be coupled with
8 a Becke line analysis in order to confirm what it is
9 that's being looked at by dispersion staining?
10    A.    No, I don't have to.  Okay.
11    Q.    You don't have to because you presume
12 people should know if they're well-trained and run a
13 good lab?
14    A.    Not well-trained.  If you are
15 trained, you should know because Becke line is the
16 first technique to determine refract index.
17 Dispersion staining technique came later in 1930s,
18 okay, but Becke line was developed way before that.
19 Anyone who is a trained analyst using polarized
20 light microscopy determine by refract index should
21 know that, should know both technique, and should
22 know when do you use the technique to confirm each
23 other.
24    Q.    Okay.  In your work for NVLAP,
25 N-V-L-A-P -- your work for NVLAP, you accredited --

5 (Pages 203 - 206)

SU - DIRECT

Page 207

1 you personally accredited MAS as a PLM laboratory
2 that performed PLM analysis in ways that were in
3 accordance with standards?
4    A.    No.
5    Q.    You did not?
6    A.    I did outside assessment. I don't
7 have the power to accredit any laboratory. NVLAP,
8 they have the power. I only report. My assessment
9 is either determination whether they received
10 accreditation or not. It was NVLAP; it's not me. I
11 don't have that power.
12    Q.    Exhibit 35 is a document dated
13 September 9, 2016, titled at the top "NVLAP On-Site
14 Assessment."
15         Do you see that?
16    A.    Yeah.
17    Q.    That's your signature on the bottom
18 right?
19    A.    Correct.
20    Q.    What were you doing here?
21    A.    I did the -- I follow the protocol,
22 NVLAP protocol, to assess the managerial and
23 technical management of the laboratory, which now
24 for this one is MAS. I'm assessing whether they are
25 capable of following, to comply with the managerial

Page 208

1 requirement and technical requirement set out by
2 NVLAP. That's my job.
3    Q.    And you were performing this
4 analysis -- you were performing this analysis on
5 behalf of NVLAP?
6    A.    Assessment.
7    Q.    Right?
8    A.    Yeah. Yes.
9    Q.    I mean, you don't take this lightly,
10 do you?
11    A.    No.
12    Q.    There is an error in this, the
13 attached -- if you'll flip through them, it's
14 missing, I think, pages 14, and I think another
15 page. I have another exhibit that I can get for
16 you.
17    A.    Which, page 14?
18    Q.    If you'll flip through it, there's 17
19 pages attached to it. You'll see --
20    A.    No, the even page was missing. You
21 want to print it --
22    Q.    I'm saying I have the full thing. I
23 am just marking -- here you go. (Handing.)
24         This will be Exhibit 36. It's the
25 full list of the evaluation from NVLAP.

Page 209

1    A.    Yeah.
2    Q.    Okay. So, in 2016 this is the
3 evaluation that you conducted at MAS, correct?
4    A.    Correct.
5    Q.    And my colleague, Mr. Placitella,
6 would tell me this is God's way of telling me I've
7 been talking too much.
8         It includes -- again, back to
9 Exhibit 36, it includes on page 2 a section on
10 proficiency testing, correct?
11    A.    Page 2, yeah, proficient test, yes.
12 Yep.
13    Q.    Actually, it was the other document I
14 was pointing to.
15    A.    Yes.
16    Q.    And you conducted proficiency testing
17 of MAS in 2016 specific to the way they were doing
18 the PLM?
19    A.    Let me make it clear: The proficient
20 testing -- proficiency testing in the 3.4 clause is
21 not what I did in the lab. That proficient testing
22 is a formal testing issued by NVLAP twice a year,
23 like M1 2015, M2 2016. This testing, you see the
24 title --
25    Q.    I wasn't asking you about that

Page 210

1 document. I wasn't asking you about that document.
2         MR. HYNES: Let him finish the
3 answer, please.
4    A.    But you're asking the testing I did.
5    Q.    No, I didn't. I asked you on page 2,
6 it lists requirements for --
7    A.    Okay.
8    Q.    Let's try to stick to the question
9 I'm asking.
10    A.    Okay.
11    Q.    I said on page 2, it lists
12 proficiency testing.
13    A.    Correct.
14    Q.    Okay. If we go to page 7 of
15 Exhibit 36, page 7 of 17 --
16    A.    Page 6?
17    Q.    Seven.
18    A.    Seven? Okay.
19    Q.    Section 5.3 there's a section called
20 "Accommodation and Environmental Conditions,"
21 correct?
22    A.    Yes.
23    Q.    And the Section 5.3.2 talks about
24 "The laboratory shall have procedures for the use of
25 blanks and asbestos-free material to determine the

SU - DIRECT

Page 211

1 presence, quantity, and consistency of asbestos
2 contamination in their analytical processes and have
3 related procedures to control it."
4        Do you see that?
5    A.    Yes, I do.
6    Q.    And you evaluated this in 2016 as
7 "ok," correct?
8    A.    Correct.
9    Q.    Which means it passes?
10    A.    Correct.
11    Q.    For NVLAP certification?
12    A.    Correct.
13    Q.    And that's something you evaluated
14 personally?
15    A.    But not about accreditation.  As I
16 said, I only evaluate following this checklist.
17 NVLAP has the power to determine whether they pass
18 or not.
19    Q.    This was the -- so when it says "ok"
20 here, that was based on the information that you
21 reported to NVLAP, correct?
22    A.    Correct.
23    Q.    Right.
24        And they said they passed?
25    A.    What I'm saying, the "ok" here only

Page 212

1 means they are in -- complied with this requirement;
2 NVLAP said whether they pass or not.
3    Q.    Okay.  Go to the next page, page 8.
4    A.    Okay.
5    Q.    Test and calibration methods in
6 method validation 5.4.1:  "The laboratory shall use
7 the US EPA interim method for the determination of
8 asbestos in bulk insulation samples."  That's found
9 at 40 CFR Part 763.
10        Do you see that?
11    A.    Yes, I do.
12    Q.    Again, you performed this evaluation?
13    A.    Yes, I did.
14    Q.    And NVLAP okayed it, correct?
15    A.    That's right.  NVLAP okayed it.
16    Q.    Based on the information you reported
17 back to them?
18    A.    Correct.
19    Q.    Okay.  Go to page 13 of 17.
20    A.    13?
21    Q.    Yes.
22    A.    Okay.  13.
23    Q.    There's a section called "5.9"?
24    A.    Correct.
25    Q.    Assuring the quality of test and

Page 213

1 calibration methods.
2        Do you see that?
3    A.    I see that.
4    Q.    What does the letter C mean in this
5 analysis?
6    A.    Comments.
7    Q.    Okay.  Do you know where the comments
8 are?
9    A.    Yes.  I said 5.9.1, I think they
10 comply with this requirement from minimum 10 percent
11 QA, and listed here QA rate.  The QA rate by this
12 lab meet -- meets this minimum 10 percent
13 requirement.  Comments in the NVLAP system, comment
14 is not a nonconformity; it is only document the
15 assessor's observation, okay?  Yeah.
16        So, comments is not criticism, what
17 I'm saying is, just to show what the lab did is
18 correct.
19    Q.    So the comments are your actual
20 comments from your review at MAS in 2016?
21    A.    Yes.
22    Q.    So, when we get to 5.9.5, which is
23 found at page 14 of 17, Section -- I'm sorry.
24    A.    14, yes.
25    Q.    5.9.5.

Page 214

1    A.    Yep.
2    Q.    The section is labeled "The
3 laboratory shall maintain and summarize all of the
4 quality assurance activities at least monthly to
5 include..." and then it includes the list of things
6 to include, correct?
7    A.    Correct.
8    Q.    One of those is, under I, is the
9 total qualitative error rate of the laboratory.
10        You see that?
11    A.    Yes, I saw that.
12    Q.    On the last page for comments, you
13 marked "Monthly Summary:  Well Done."
14    A.    Yes.
15    Q.    Okay.  You were there specifically to
16 determine MAS's compliance against a NVLAP checklist
17 pertaining to their PLM methodology, the way they
18 run their lab?
19    A.    Correct.
20    Q.    And NVLAP passed them, correct?
21    A.    Correct.
22    Q.    Based on the information you reviewed
23 and provided to them and signed your name to?
24    A.    More so based on the reviewer.  The
25 NVLAP procedure is such.  They sent a assessor to

7 (Pages 211 - 214)

SU - DIRECT

Page 215

1 the lab informing the lab how the assessor's
2 biography. The lab get to determine whether they
3 accept this assessor or not. So, when they accept
4 assessor, the assessor comes to the lab to do the
5 assessment, then turn in the assessment report like
6 what I did.
7           However, there's one more step. The
8 NVLAP will assign another assessor to review the
9 report. If the review report is okay, then NVLAP
10 determine whether they will grant the accreditation
11 or not. So, it's based on not only my report, but a
12 second step, that the reviewer's review.
13     Q.    Okay. So somebody reviewed the
14 information you provided?
15     A.    Correct.
16     Q.    And NVLAP approved MAS with regard to
17 their PLM microscopy?
18     A.    Correct.
19     Q.    I want to turn back to the Becke line
20 discussion briefly.
21     A.    Okay.
22     Q.    If I understand it correctly, you
23 agree that your report in no place discusses the
24 application of a Becke line methodology to
25 dispersion staining analysis, but you believe that

Page 216

1 people should just know that if they're a quality
2 PLM analyst?
3     A.    Which report? You mean my MDL
4 report?
5     Q.    The only report you've issued in this
6 case.
7     A.    Okay. Yes.
8     Q.    That's Exhibit 3 to this deposition.
9     A.    Okay.
10     Q.    In your published papers, and I could
11 show you examples of this if you'd like, you refer
12 to dispersion staining and a Becke line analysis as
13 two competing ways to determine the refractive index
14 of a mineral, correct?
15     A.    Incorrect.
16     Q.    Okay.
17     A.    I never said they are competing.
18 Actually, they work in concert.
19     Q.    I'm going to hand you an abstract
20 from 2005 that you published.
21     A.    Yes.
22     Q.    And this will be Exhibit 37. Let me
23 get this taken care of.
24           Are you familiar with this abstract?
25     A.    Yes.

Page 217

1     Q.    What it says in the first paragraph
2 is, "Although both Becke line and dispersion
3 staining can be used to determine refractive index
4 of a solid immersed in an immersion oil, dispersion
5 staining has several advantages complementary to the
6 Becke line method that makes it a versatile
7 alternative technique for refractive index
8 determination using the immersion method," correct?
9     A.    Correct.
10     Q.    You're identifying dispersion
11 staining as a completely separate technique for
12 determining refractive indices, correct?
13     A.    Correct. It's not me to decide, to
14 determine what it is because, in fact, it is one of
15 the method to determine refract index.
16     Q.    So, going to Exhibit 13 -- do you
17 have it in front of you?
18     A.    Yes.
19     Q.    Okay. Great.
20           So, going to Exhibit 13, if you'll
21 turn to -- it's paginated as page 53.
22     A.    Okay.
23     Q.    Yeah.
24     A.    53. Yes?
25     Q.    And this is a 2022 article that you

Page 218

1 published, I believe in "The Microscope," correct?
2     A.    Correct.
3     Q.    At the top of page 53 you state,
4 "There are three common techniques for assessing the
5 sign and magnitude of the match/mismatch between a
6 solid and its surrounding liquid: Becke line,
7 dispersion staining, and oblique illumination. Only
8 the dispersion staining can meet the above specific
9 needs for the routine PLM analysis of bulk asbestos
10 samples in commercial environmental laboratories."
11           That's what you wrote in 2022,
12 correct?
13     A.    Correct.
14     Q.    You do not write anywhere in this
15 paper that the Becke line method can confirm where
16 an analyst should be looking on a particle to
17 determine the reference to analyze, correct?
18     A.    Correct.
19     Q.    In fact, this paragraph is the only
20 time Becke is mentioned in that -- in this entire
21 document?
22     A.    Correct.
23     Q.    Last year, in 2023, you published an
24 article entitled "The Unification of Becke line and
25 Dispersion Staining Techniques for the Determination

8 (Pages 215 - 218)

SU - DIRECT

1 of Refractive Index of Non-Opaque Materials,"
2 correct?
3    A.    Correct.
4    Q.    Do you remember when this was
5 published in 2023?
6    A.    I forgot which month.
7    Q.    This will be Exhibit 38.
8        So, in this paper from 2023, if you'd
9 turn to the third page, which is page 101 --
10    A.    Yes.
11    Q.    -- we see the three objective
12 settings.
13    A.    Correct.
14    Q.    Central stop, annular stop, and then
15 no -- no stop, or regular objective, correct?
16    A.    Correct.
17    Q.    This is the first published paper
18 that I have seen from you that illustrates all three
19 settings as opposed to just central stop and annular
20 stop, correct?
21    A.    Correct.
22    Q.    If we continue in this paper to page
23 108 --
24    A.    Yes.
25    Q.    -- there is a series of images which

1 compare the CSDS against a Becke line image,
2 correct?
3    A.    Correct.
4    Q.    This is the first time, that you're
5 aware of, that this methodology has ever been
6 published, correct?
7        MR. HYNES:  Vague; overbroad.
8    A.    No.  I only says that's the first
9 time Dr. Gunter take the picture.
10    Q.    Are you aware of any other published
11 literature saying that you should utilize the Becke
12 line method in conjunction with the dispersion
13 staining method to determine the refractive index of
14 a mineral?
15    A.    I don't have to.
16    Q.    So the answer is no?
17    A.    No.
18    Q.    Okay.  Thank you.
19    A.    No.
20    Q.    If we continue to page 110, we see
21 Figures 9 and Figures 11.  Figure 11 is the
22 three-mode dispersion staining, which I believe is
23 the same thing that you brought with you on the
24 first day of this deposition.
25    A.    That's correct.

1    Q.    Figure 9 are three separate images of
2 what an analyst can find when conducting a Becke
3 line analysis, correct?
4    A.    That's right.
5    Q.    And then if you'll turn to page 112,
6 in the acknowledgments, you state, "The critical
7 contributions from Professor Emeritus Mickey Gunter,
8 University of Idaho, especially the superb suites of
9 Becke line and dispersion staining colors at various
10 matching wavelengths that he meticulously obtained
11 from a heating stage, have significantly improved
12 this paper and are deeply appreciated.
13        "I would like to also express my
14 thanks to Dr. Bryan Bandli at RJ Lee Group for his
15 detailed and constructive review of this
16 manuscript."
17        You see that?
18    A.    Yes.
19    Q.    I may be mistaken, but I thought last
20 week when I deposed you, you had said that you
21 didn't know Bryan Bandli except for a meeting in
22 Chicago that had occurred some years previously.
23        MR. HYNES:  Misstates prior
24 testimony.
25    A.    No, I think the first time I met him

1 is in Chicago; I did not say I have never interact
2 with him after that.
3    Q.    Okay.  This paper in 2023, you
4 collaborated with Dr. Gunter who you've known for 40
5 years, and Bryan Bandli, correct?
6    A.    No.  I sent him for review.
7    Q.    That's collaboration.
8    A.    That's right.
9    Q.    So the answer to my question is yes?
10    A.    I didn't -- I don't know what you
11 mean "collaboration" but --
12    Q.    I'll rephrase it.
13        For this paper in 2023, you worked
14 with Bryan Bandli and Mickey Gunter to publish this
15 paper, correct?
16    A.    I wrote the paper, then I sent him
17 for review to get their feedback.  That's it.
18    Q.    Okay.  Have you maintained a working
19 relationship with Matt Sanchez after your initial
20 meeting with him that you discussed last week?
21    A.    I don't know how do you define a
22 working relationship, but I did work with him.
23 Okay.
24    Q.    What else have you worked with Matt
25 Sanchez on?

9 (Pages 219 - 222)

SU - DIRECT

Page 223

1    A.    I think in June.
2    Q.    The Pittsburgh project?
3    A.    Correct.
4    Q.    I'm not talking about the Pittsburgh
5 project. Other than the Pittsburgh project, what
6 else have you ever worked with Matt Sanchez on?
7    A.    Never, I don't think so.
8    Q.    Other than the Pittsburgh project and
9 this paper in 2023, what else have you ever worked
10 with Bryan Bandli on?
11    A.    I think I sent him a paper about the
12 dispersion staining color manuscript for him to
13 review.
14    Q.    Okay.
15    A.    That's the only -- the other
16 so-called working relationship.
17    Q.    Have you had interaction with any of
18 the other scientists or microscopists at the RJ Lee
19 Group other than Mr. Sanchez -- Dr. Sanchez and
20 Dr. Bandli?
21    A.    Well, when we were working in the
22 RJ Lee lab last June, like Monica, she was
23 providing, like, logistic support for us.
24    Q.    Okay. Other than for the Pittsburgh
25 project, other than that, have you ever had any

Page 224

1 other interactions with other scientists who you
2 knew to be affiliated with the RJ Lee Group?
3    A.    No.
4    Q.    Tell me about -- what is your view on
5 Walter McCrone with regards to the proficiency of
6 establishing standards applicable to polarized light
7 microscopy?
8    A.    He is a well-respected scientist.
9    Q.    Did you know Dr. McCrone?
10    A.    Yes, I know him.
11    Q.    Do you rely on his work?
12        MR. HYNES: Overbroad.
13    A.    What do you mean by "rely on his
14 work"? I have never -- you see, the only thing I
15 refer to his work is the 1967, the dispersion
16 staining color chart. And that's the 1967 paper.
17 And I don't remember which paper, I cite another
18 reference from Dr. McCrone.
19    Q.    You understand Dr. McCrone to be a
20 well-respected imminent scientist in his field, at
21 least until he passed away, correct?
22    A.    Yes.
23    Q.    I'm going to hand you a publication
24 by Walter McCrone called "Asbestos Identification."
25    A.    Yes, I know this.

Page 225

1    Q.    You know this?
2    A.    Yeah.
3    Q.    Okay. It's just an excerpt, but if
4 you'd turn to the next page -- turn to the next
5 page.
6    A.    Okay.
7    Q.    This is page 83 of this document.
8        You see in the second full
9 paragraph -- by the way, did I mark this Exhibit 39?
10 This will be Exhibit 39.
11        The second full paragraph states,
12 "The matching wavelength is represented by color
13 borders on the particle of interest."
14        Do you see that?
15    A.    Yes.
16    Q.    Okay. What Dr. McCrone says here is
17 that the matching wavelength -- which is a term that
18 Dr. McCrone invented, correct?
19    A.    No.
20    Q.    No? Okay. I thought --
21    A.    I said already, invented by a Russian
22 microscopist called Cherkasov in 1930s.
23    Q.    Okay.
24    A.    Dr. McCrone referred to his paper.
25    Q.    All right. I thought maybe you had

Page 226

1 published something differently, so I'll re-ask the
2 question.
3        "The matching wavelength" -- which is
4 what it is that you're trying to identify in
5 polarized light microscopy, correct?
6    A.    Correct.
7    Q.    -- "is represented by colored borders
8 on the particle of interest."
9        That's what he wrote, correct?
10    A.    Correct.
11    Q.    Okay. Dr. McCrone did not write that
12 you should utilize dispersion staining with a Becke
13 line analysis ever that you're aware of, correct?
14    A.    Correct.
15    Q.    All right. I'm changing topics now.
16    A.    Okay.
17    Q.    I'm going to ask you about
18 Michel-Levy charts for just a moment, and then I
19 think we can probably take a break. Okay?
20    A.    Okay.
21    Q.    All right. So, Michel-Levy charts
22 are a method for determining the birefringence of a
23 particle, correct?
24    A.    Correct.
25    Q.    It's not the only method, but it is a

10 (Pages 223 - 226)

SU - DIRECT

Page 227

1 method, correct?
2    A.    Yes, one of the method.
3    Q.    I'm going to have to put this one on
4 the screen, I think, but this will be Exhibit 40.
5 And it is just a -- I broke the computer.  Make this
6 bigger.
7           Exhibit 40 is an example of a
8 Michel-Levy color chart, correct?
9    A.    Correct.
10    Q.    So birefringence is determined by the
11 relative refractive indices in the gamma and alpha
12 directions, correct?
13    A.    Correct.
14    Q.    Okay.
15    A.    But, it was not used by Michel-Levy
16 chart.  Michel-Levy chart never used that.
17    Q.    No, I understand.  The Michel-Levy
18 charts don't calculate birefringence that way
19 because it's a reference chart.  You reference a
20 viewed color and you compare it to the chart given
21 other parameters, correct?
22    A.    There's two way to determine
23 birefringence:  One is Michel-Levy chart, another is
24 by determine the absolute refract index of gamma and
25 alpha.  This is two separate methods.

Page 228

1    Q.    I very much understand that.  Okay.
2    A.    Yeah.
3    Q.    What I'm saying is, scientifically,
4 birefringence is determined by the refractive index
5 of the particle that you're analyzing, correct?
6    A.    It was determined, but it's not
7 principle of Michel-Levy chart.  I have to make very
8 clear about that.
9    Q.    We're missing each other entirely.
10    A.    Okay.
11    Q.    All right?  Birefringence is a
12 reflexion of what the refractive index of the
13 measured particle is, just conceptually, right?
14    A.    Correct.
15    Q.    In the Michel-Levy charts, on the
16 left-hand X axis, I guess it is, it's a vertical
17 axis, right, the X axis?  I always mess that up.
18 But on the left-hand side, the Michel-Levy charts
19 lists different values depending on the thickness of
20 the particle?
21    A.    Correct.
22    Q.    Is this indicative of the proposition
23 that various thicknesses of a particle can distort
24 light at different rates and, therefore, have
25 different refractive indices?

Page 229

1    A.    No, not at all.  You know the history
2 of this chart was developed by petrologist.  At that
3 time, at early age, people don't measure
4 birefringence by locating particle because when you
5 examine the petrographic thick section, the standout
6 thickness is 30 micron.  So it's a uniform thickness
7 on glass slide.
8           Where you try to identify a rock,
9 what type of rock, was it volcanic or sedimentary,
10 you always cut a rock into 30-micron thick slices;
11 therefore, you see this 30 is in the middle, not the
12 standard thickness, to determine birefringence using
13 the Michel-Levy chart.
14           The chart has other thickness.  It
15 doesn't mean it would change the refract index, the
16 thickness related to the birefringence.  The thicker
17 the thickness, the higher the birefringence.
18    Q.    Okay.
19    A.    Another important issue is --
20    Q.    Go ahead.  I'll leave that up.
21    A.    Here it says, like in the down
22 indicate .0.05.  That's the birefringence.  It could
23 be the mineral 1.65 gamma, alpha 1.60.
24    Q.    Um-hum.
25    A.    It could be another mineral.  It's

Page 230

1 alpha is 1.50, but its gamma is 1.55.  So, this
2 chart is unrelated to the gamma and the alpha.
3    Q.    Okay.  Because that's a separate
4 method of calculating --
5    A.    That's right.
6    Q.    -- birefringence?
7           Doctor, you have to let me finish my
8 question.
9    A.    Okay.  Sorry.
10    Q.    You can continue.
11    A.    So this chart was developed
12 specifically for the petrologist looking for the
13 thin section.  It's not for the particle
14 identification because you don't know the accurate
15 particle thickness.
16    Q.    Okay.  So, let's talk about
17 thicknesses and refractive indexes for a minute.
18    A.    Um-hum.
19    Q.    You've seen that I use reading
20 glasses.  Reading glasses distort the light going to
21 your eyes, correct?
22    A.    That's right.
23    Q.    They have a refractive index?
24    A.    Correct.
25    Q.    The glass in your reading glasses has

11 (Pages 227 - 230)

SU - DIRECT

1  a refractive index?
2      A.    Correct.
3      Q.    If I make that glass thicker, it will
4  distort the light more, correct?
5      A.    Depending the refract index of the
6  glass.
7      Q.    Right.
8      A.    If the refract index is the same, no,
9  the reflection angle is the same.
10      Q.    Right.
11      A.    It does not change the refract index
12  of the glass.
13      Q.    When you change a prescription in
14  your glasses, you are changing the refractive index
15  of what is being fed to your light -- to your eyes
16  through the glasses, correct?
17      A.    No, no, no. The "prescript" lens is
18  the curvature at the angle of incident and
19  refracted. So the thickness, if the same material,
20  same glass, whether it's glass, or later which
21  people use polycarbonate, the plastic, okay, and the
22  plastic has a high refractive index; therefore, make
23  the lens thinner, which is good for the wearer.
24      Q.    Okay. If you have a mineral that is
25  bundled, where there's multiples, individuals of

1  that mineral, stacked on top of each other.
2      A.    Yes.
3      Q.    And each of them have the same
4  refractive index. Okay?
5          You with me so far?
6      A.    Yes.
7      Q.    Would the bundle not distort the
8  light more than a thinner section of that same
9  bundle?
10      A.    Yes.
11      Q.    Okay. Isn't the refractive index a
12  measurement of the degree to which light is
13  distorted through the particle? Isn't that what it
14  is?
15      A.    No.
16      Q.    No?
17      A.    "Distorted" is not a "terminolog" in
18  this science; reflection is. So, the light is
19  refracted by the fiber or the individual component
20  of a fiber bundle; therefore, it is a fact by the
21  interface between the fibers because the interface
22  angle would affect the reflection. If happen, the
23  interface incident angle to interface is at the
24  critical angle, or exceeding the critical angle,
25  that wavelength will be internally totally refracted

1  out of the microscope.
2          So, it's like, for example, the blue
3  light has 86.5 degree of critical angle for the 1.55
4  oil and the typical 1866 chrysotile, okay? For the
5  red light is 83.5 degree. Whenever it interface,
6  the angle with the incident light is at the critical
7  angle; for example, for the blue wavelength, which
8  are 86.5 degree, if I remember correctly, then that
9  blue wavelength will be totally refracted. Okay?
10      Q.    A fiber of a given refractive index
11  will distort light differently than a bundle of
12  those same fibers even if those same fibers all have
13  the same refractive index, direct?
14          MR. HYNES: Incomplete hypothetical.
15      A.    Yes and no. It doesn't matter it's a
16  fiber bundle or single fiber. Even if single fiber.
17          The best example is the glass. See,
18  in order to meet NVLAP requirement for asbestos lab,
19  I develop a method to calibrate the oil, use the
20  Cargille glass standards. The glass are single
21  particles, however, the edge, sometime they're very
22  steep, very sharp; therefore, a single particle will
23  show distorted dispersion staining color. That's
24  why my method has been widely used by asbestos labs.
25          So when I go to the lab, they ask me:

1  How come this glass is supposed to be uniform
2  refract index, for example, calibrate 1.550 is
3  immersion oil, use it at 1.55 glass? They're
4  supposed to match very well. However, how come I
5  saw a range of dispersion staining color? Like one
6  of the picture I took in Pittsburgh.
7          Now explain to them: Well, it is the
8  total reflection. If a single particle, if the
9  interface -- for example, what I'm saying is, like,
10  this steep, the incident light coming from the light
11  source, if the angle is exceeding 86 or 87 degree,
12  then the blue wavelength will be totally reflected.
13          In that case, the dispersion staining
14  color was distorted because some component of the
15  wavelengths is missing due to the total reflection.
16          COURT REPORTER: Reflection?
17      A.    Reflection, therefore, it doesn't
18  matter it's a single fiber or fiber bundle. It's
19  all determined by the "morpholog," by the interface
20  angle.
21          MR. BRALY: Should we take a break
22  now?
23          MR. HYNES: Sure.
24          (Recess: 10:11 a.m. to 10:18 a.m.,
25  Eastern Standard Time.)

12 (Pages 231 - 234)

SU - DIRECT

Page 235

1 BY MR. BRALY:

2    Q.    Dr. Su?

3    A.    Okay.

4    Q.    One of the myriad complaints you have
5 with Dr. Longo's PLM testing has to do with the size
6 of the particles and their conformity with each
7 other.

8          You follow what I'm saying?

9    A.    Yes, I did.

10    Q.    And I guess the top-line criticism
11 here is that if it were truly chrysotile that he's
12 finding in these samples, that the chrysotile itself
13 would not match the size of the talc particles in
14 the samples?

15    A.    Yes, that was my opinion.

16    Q.    Okay.  And that is based on a milled
17 sample of -- this is a milled sample of 1886 -- or
18 1866 SRM chrysotile, correct?

19    A.    Yes and no, because I examine the
20 Calidria chrysotile-spiked sample.

21    Q.    Um-hum.

22    A.    Okay.

23    Q.    Okay.  So it's --

24    A.    It's consistent.  Okay.  Whether it
25 is 1866 or Calidria, the particle size is not as

Page 236

1 small as the talc.

2    Q.    You would agree that there are
3 certain advantages that transmission electron
4 microscopy can provide over TEM, such as a spectra
5 of the chemical composition in the crystal structure
6 of the mineral you're looking at; true?

7    A.    Yes.  The TEM method can determine
8 the elemental composition of a object by EDX
9 technique.

10    Q.    So you could have assurances that
11 what it is that you're looking at is the same as the
12 chemical composition of what it is you believe it is
13 that you're looking at, right?

14    A.    Correct.

15    Q.    Your report seems to suggest that the
16 fiber lengths associated with chrysotile will be
17 much longer, on the order of, oh, in some cases, 30,
18 40, 50 more microns in length, correct?

19    A.    Correct.

20    Q.    Are you aware that MAS has conducted
21 a TEM analysis of Calidria and found that that's not
22 correct?

23    A.    I'm not aware, because --

24    Q.    I'm handing you what's marked as
25 Exhibit 41.

Page 237

1          I have a copy for you, Kevin.

2          If you can hand that down to
3 Mr. Hynes.

4          Exhibit 41 is an October 5, 2023, TEM
5 analysis of length dispersions of sample Calidria.

6    A.    Yes, I look at the report.

7    Q.    You're seeing a lot of lengths
8 reported here that fall under 10 microns in length,
9 correct?

10    A.    Correct.

11    Q.    That's inconsistent with what you
12 reported in your PowerPoint, correct?

13    A.    Also inconsistent with the work I did
14 in Pittsburgh.  I took SEM picture, those structure,
15 the SG210 of the SEM, which is equally accurate for
16 the length determination.  They are much larger than
17 the report by MAS.

18    Q.    Okay.  Well, this is page 4 of
19 Exhibit 41, if you look at the monitor.  You could
20 do it on your page, too, if you wish.  But it's the
21 first TEM photomicrograph here.  We see a bundle of
22 what's reported as RG210 -- there is no RG210, so
23 it's probably a typo, SG210 -- top 001 chrysotile
24 reported length of 2.7 microns.

25          Do you see that?

Page 238

1    A.    Yes, I saw that.

2    Q.    That's inconsistent with what you
3 found in your Pittsburgh project with Mr. Sanchez
4 and Mr. Bandli, correct?

5          MR. HYNES:  Form.

6    A.    Correct.

7    Q.    If we scroll ahead, it's page 12 of
8 the PDF but it's the next image here, and this is
9 reported as Calidria RG144, which is a different
10 grade than SG210.

11          You see that?

12    A.    I saw that.

13    Q.    Which is a -- you would agree this is
14 a bundle of chrysotile fibers, right, presuming the
15 EDXA all matches in the chrysotile spectrum would
16 match, that this is visually a bundle of fibers,
17 correct?

18    A.    I don't know how accurate this image
19 is.  I would love to look at fiber myself.

20    Q.    Okay.  But this is reporting RG144 as
21 a length of 2.1 microns, correct?

22    A.    Correct.

23    Q.    Which is inconsistent with what you
24 found by polarized light with Matt Sanchez, correct?

25    A.    By the way, you said is 2.1 micron.

13 (Pages 235 - 238)

SU - DIRECT

1 Where is the scale bar? Without scale bar, I cannot
2 say it is 2.1 micron.
3    Q.    You don't trust the software utilized
4 with TEM to --
5    A.    No. The TEM -- no, I'm not say I'm
6 not trusting it, but I have to look at the scale
7 bar.
8    Q.    Sure. Sounds like you're saying
9 you're not trusting it.
10    A.    And also, one issue here is if you
11 look at that, the width is .1.
12    Q.    Sure.
13    A.    The length at 2.1.
14    Q.    Um-hum.
15    A.    You said the length 21 times than the
16 width.
17    Q.    Sure.
18    A.    Does that look to you like 21 times?
19    Q.    Yes, it does.
20    A.    I can measure off the screen --
21    Q.    I think anyone with a set of eyes can
22 see that's about 21 times the length.
23    A.    Doesn't look that to me.
24    Q.    Okay.
25    A.    Okay. I think the ratio, the aspect

1 ratio, is larger than 21.
2    Q.    Okay.
3    A.    Um-hum.
4    Q.    All right. Take it up with the
5 manufacturers of the software, I suppose, but...
6    A.    And didn't even say what
7 magnification on this -- the TEM --
8    Q.    Do you remember the question I asked
9 you?
10    A.    Yeah.
11    Q.    The question I was asking you was,
12 2.1 microns in length would be inconsistent with
13 what you found with Dr. Sanchez, correct?
14        MR. HYNES: Form.
15    A.    What I'm saying is --
16    Q.    Just answer my question, please.
17    A.    I'm answering.
18    Q.    Thank you.
19        Is the answer, yes, it's inconsistent
20 with what you found with Dr. Sanchez --
21        MR. HYNES: Form.
22    A.    Their data is not consistent with
23 Dr. Sanchez.
24    Q.    Very good.
25    A.    It's not Dr. Sanchez inconsistent

1 with him, MAS. Okay.
2    Q.    On page 28 of the PDF, we see another
3 image. This is reported as Calidria RG210 again. I
4 believe that's a typo because I don't think there
5 was ever an RG210, but it's reported as the middle.
6        This is 002 chrysotile reported as
7 1.7 microns by .18 microns.
8        Do you see that?
9    A.    I saw that.
10    Q.    You agree visually that would be a
11 bundle, correct?
12    A.    Yes.
13    Q.    Okay. So, as far as size
14 distribution goes, you and Dr. Sanchez and
15 Dr. Bandli did not find sizes of Calidria that were
16 in the size range of what I just showed you,
17 correct?
18    A.    Incorrect. We found similar size,
19 but we found size much bigger than that.
20    Q.    Okay.
21    A.    Also, the USP study, that is the best
22 particle size distribution of the spiked chrysotile
23 versus talc. Actually, you cannot use a single, or
24 several images to show the particle size
25 distribution. They plotted the two curves. The

1 peak of talc is smaller than the peak of chrysotile
2    Q.    Okay.
3    A.    That is the true particle size
4 distribution.
5    Q.    Listen, if I want you to talk about
6 the USP study, I'll ask you about the USP study.
7 Okay?
8    A.    Yeah.
9    Q.    So, just so I understand this
10 correctly, you did find Calidria samples in what you
11 evaluated that were under 10 microns in length,
12 correct?
13    A.    Yes.
14    Q.    The USP particle size study that
15 you're referencing, this was primarily undertaken by
16 Dr. Sanchez, correct?
17    A.    I don't know. I really don't know.
18 I don't know who perform, but I know one of the
19 probably investigator is Julie Pier, okay? I have
20 never communicate with Dr. Sanchez about USP study.
21    Q.    You don't know if Dr. Sanchez was
22 involved in the USP study?
23    A.    No, not at all. I know Julie Pier
24 is.
25    Q.    Do you know what Julie Pier's role

14 (Pages 239 - 242)

SU - DIRECT

Page 243

1 has been relative to talc manufacturing interests?
2    A.    No.
3    Q.    You don't?
4    A.    Oh, I know she used to work for
5 like --
6    Q.    Imerys?
7    A.    Yes.  Correct.
8    Q.    Right.
9    A.    Yeah.
10    Q.    I want to ask you about a particular
11 slide in your PowerPoint.  And this is page 45 of
12 Exhibit 3, but it's page 25 of your PowerPoint.
13 Okay?
14    A.    Okay.
15    Q.    You've entitled this slide "MAS's
16 Inability to Create Scale Bars."
17        You see that?
18    A.    Yes, I did.
19    Q.    And you've taken the selected image
20 for both of these photographs and extrapolated out
21 that that image represents the entire field of view
22 available to the microscopist, correct?
23    A.    Correct.
24    Q.    Again, you're unaware of whether or
25 not the software utilized by MAS allows the analyst

Page 244

1 to take a screen capture of just the area they're
2 focused on as opposed to the entire field of view,
3 correct?
4    A.    Yes and no.  First, it doesn't matter
5 you crop image or not.  You see the top particle on
6 this two images, they are similar.  That is
7 impossible, which means the field of view scale is
8 incorrect.
9    Q.    You said that the size of the
10 particle is -- you understand that these are
11 different particles in each of these photographs,
12 right?
13    A.    They are different samples, but they
14 are talc.  There's no difference between the
15 particle, the identity of particle.
16    Q.    Fine; but you said that based on the
17 size of the image that's presented here -- first of
18 all, you don't know what the field of view for
19 either of these images was, correct?
20    A.    I know because I measure the --
21    Q.    Image?
22    A.    -- image.
23    Q.    But the image was cropped.  You don't
24 know what the total field of view was that the
25 microscopist was looking at, do you?

Page 245

1    A.    However --
2    Q.    No, just answer my question first,
3 then do your "however."
4    A.    Okay.
5    Q.    Answer my question.
6    A.    No.
7    Q.    Okay.  Now you could do your
8 "however."
9    A.    Yes.  They mark the particle size.
10    Q.    Right.
11    A.    Which is indicative, at least the
12 current field of view.  This two field of view based
13 on their own data, not my data.  For example, the
14 first one, the width of the particle was marked 46.7
15 micron, micrometer; therefore, you can calculate the
16 field of view whether it's cropped or not.  So this
17 81814 is based on the MAS data.
18    Q.    It's based on a visualization based
19 on the size of the cropped image that you were given
20 to look at.
21    A.    You don't know it's cropped.  Do you
22 know?
23    Q.    You don't know either.
24    A.    That's right.
25    Q.    But what I'm saying -- I do know,

Page 246

1 actually, but you don't know.  But you're basing
2 that 814 on a visual extrapolation of what was
3 reported as 46.7 taken over the width of the image
4 that was provided to you, correct?
5    A.    Correct.
6    Q.    You don't know if that was the whole
7 field of view?
8    A.    I don't have to.
9    Q.    But you don't.
10    A.    I don't.
11    Q.    Thank you.
12        The same is true for the bottom
13 photo.  You have a scale bar there, and you utilize
14 that scale bar across the width of the image that
15 was given to you, but you don't know if that was the
16 entire field of view that the analyst was looking
17 at, correct?
18    A.    Correct.
19    Q.    Thank you.
20    A.    However --
21    Q.    Go ahead.  You're entitled to do your
22 "howevers."
23    A.    I was not based on my evaluation
24 simply by looking at the scale bar or the particle
25 size marked by MAS.  I also base my observation, my

15 (Pages 243 - 246)

## SU - DIRECT

Page 247

1 opinion, on the size of the talc particle in both
2 image. If those two field of view is so much
3 different, how could the talc particle there look
4 similar?
5           See, that's another criteria you can
6 tell whether the image was cropped at the same rate.
7 So, this thing where indicate whether it's a full
8 field of view or a cropped field of view. The
9 particles look the same, which means they are either
10 full field of view or cropped at the same rate.
11 That is my conclusion.
12           Again, here is -- the FOV, I'm
13 talking about image field of view. You see? The
14 image have a field of view. It doesn't matter the
15 image had been cropped or not.
16     Q.    Those two images that you utilized
17 there, are different images taken from different
18 reports, correct?
19     A.    Yeah. Yes. One is 71095, 71940.
20     Q.    They were taken from different
21 particles. Regardless of what you think the
22 particle is, they're not the same particle, correct?
23     A.    They are. They're both -- the title
24 of the report is the baby powder.
25     Q.    The specific particle being viewed is

Page 248

1 not the same particle in both photographs?
2     A.    They are different baby powder
3 bottle.
4     Q.    I want to ask you about -- I'm going
5 to put this on the screen here. This is Exhibit 3
6 of your -- this is Exhibit 3. This is page 11 of
7 your report. Okay? You have this paragraph at the
8 bottom of page 11.
9           You state, "As shown in the table
10 above, from 2020 to 2024, over a five-year span
11 using various different sample preparation
12 techniques as described in MAS's expert reports, the
13 heavy liquid separation sample preparation procedure
14 produces a series of extremely inconsistent light
15 fractions ranging from 13.4 percent to 24.2 percent
16 in talcum powder products, which further produced
17 chrysotile concentrations ranging from .003 percent
18 to .01 percent.
19           "For baby powder samples consisting
20 of 99.9 percent talcum powder, which should be in
21 the heavy fraction, how is it possible that the
22 light fraction more than 1 percent?"
23           You see that?
24     A.    I see that.
25     Q.    Who in the world told you that baby

Page 249

1 powder was 99.9 percent talcum powder? Who told you
2 that?
3     A.    The report told me.
4     Q.    You know that baby powder has never
5 been 99.9 percent talc.
6     A.    Well, if the chrysotile concentration
7 reported here is point -- less than .01, and they
8 did not identify any other phases component in the
9 baby powder, now, what else could be?
10     Q.    Your criticism is based on the idea
11 that Johnson's Baby Powder was 99.9 percent talc?
12     A.    No, I was based on the MAS report.
13     Q.    Okay.
14     A.    Because they did not indicate the
15 other phases in this baby powder; therefore, you
16 minus the chrysotile concentration, you end up 99.
17     Q.    Have you ever prepared a heavy liquid
18 separation sample?
19     A.    I did.
20     Q.    When?
21     A.    When I was working for Hercules for
22 certain project.
23     Q.    Did you do this one time or was this
24 a routine part of your job?
25     A.    Actually, more than one time.

Page 250

1     Q.    Two times, or is this something, like
2 something you did thousands --
3     A.    Oh, much more than that. In my
4 20-years career in Hercules, we did so many project.
5 Some project involved the heavy liquid separation.
6     Q.    Have you ever done heavy liquid
7 separation for the purposes of evaluating minerals
8 in talc?
9     A.    No.
10     Q.    So, your statement here is that "For
11 baby powder samples consisting of 99.9 percent
12 talcum powder, which should be in the heavy
13 fraction, how is it possible for the light fraction
14 more than 1 percent? It is beyond comprehension
15 that these ridiculous two-digit light fraction
16 results did not make MAS realize that something was
17 grossly wrong with each and every sample preparation
18 that it tried over the course of five years."
19           Do you see that?
20     A.    I saw that.
21     Q.    So, for this to really be ridiculous,
22 you would have to conclude -- or you have to start
23 from the position that the baby powder was, indeed,
24 99.9 percent talc, right?
25           MR. HYNES: Misstates testimony.

16 (Pages 247 - 250)

SU - DIRECT

Page 251

1    A.    No. I said this report did not
2  report a third phase in the baby powder --
3    Q.    Are you saying p-h-a -- I'm sorry.
4  Are you saying phase, like p-h-a-s-e?
5    A.    Yeah.
6    Q.    Continue, please.
7    A.    Component, a third component in the
8  product, now which only identify the chrysotile and
9  talc.
10         If the report said there is a third
11  or fourth components in the sample, then the 99
12  conclusion was incorrect; however, it says the only
13  other components in this sample is chrysotile,
14  therefore, what else could be?
15    Q.    Okay.
16    A.    Also, they never said in the light
17  fraction besides chrysotile, there's other things
18  than talc.
19    Q.    Okay. Have you ever asked Matt
20  Sanchez about how much talc there is in baby powder?
21    A.    No.
22    Q.    Ever read any Johnson & Johnson
23  documents to determine how much talc they have in
24  baby powder?
25    A.    No.

Page 252

1    Q.    Are you aware of industry documents
2  that indicate that for something to be a consumer
3  talc product, it only has to have at least 90
4  percent talc in it? Are you aware of this?
5    A.    No, I'm not.
6    Q.    Okay. So because MAS didn't report
7  the amount of nickel or carbonates or whatever else
8  might be present, you took that to mean that it was
9  chrysotile and talc and nothing else?
10    A.    That's right.
11    Q.    Okay. Let me ask you about -- let me
12  get this off. Actually, no, I'm going to leave this
13  up there. I'm going to take away the highlight.
14         I like your cars picture, by the way.
15         There is a section of your report,
16  this is page 92 of Exhibit 3 which is page 72 of
17  your PowerPoint.
18    A.    I saw that.
19    Q.    All right. You want to take a second
20  to go there?
21    A.    Yes. I'm on this page.
22    Q.    So, I just have some questions about
23  this formula. This formula is "n" meaning the
24  sample size that is large enough to attain the
25  specified maximum allowable error and confidence

Page 253

1  level is equal to -- and I could read this out, but
2  it's not going to make any sense in the record.
3         But, regardless, anyone who's
4  following along with Exhibit 3 at page 72 of the
5  PowerPoint can find the same formula?
6         For "n," what is the sample size that
7  you're using when you conduct this analysis? Is it
8  the slide, is it the --
9    A.    The total amount of the sample to be
10  analyzed.
11    Q.    So, total amount of material under
12  the slide?
13    A.    Not -- if they put all the amount of
14  the sample on the slides, it is. What I am saying,
15  if the .000017 gram sample they took out from the
16  bottle, if they spread all sample onto slide, yes,
17  they are analyzing that amount.
18    Q.    Okay. Is this corrected for, like,
19  the weight of the cover slip and everything else, or
20  is this -- I mean, does that make sense you would do
21  that?
22         Never mind, that's a dumb question.
23  Don't answer my dumb questions.
24         Then -- is this reported in, then, a
25  percentage by weight or does this end up being

Page 254

1  reported as total grams or...
2    A.    Actually, if you look at the report,
3  the report said they sampled that amount of the
4  sample for this analysis.
5    Q.    Have you ever seen a calculation like
6  this performed on something relative to PLM
7  microscopy of particles like we're talking about?
8    A.    I can only said when I was working at
9  Research Center of Hercules, when we received some
10  project, that's the first thing we do: How much
11  sample we should analyze to reach the 95 perfect
12  confidence level. This is the basic procedure of
13  the determine a component system. Okay.
14    Q.    Did you perform this calculation
15  every -- first of all, have you performed this
16  calculation relative to your opinions in this case?
17    A.    I performed this calculation using
18  MAS standard.
19    Q.    Okay.
20    A.    Which showed in slide -- yes, I did,
21  although I did not put on this PowerPoint because
22  the number is too large.
23         What I am saying is, if you plug
24  this .000017 into this equation and you require --
25  actually, I'm very -- what I'm saying, I allow them

17 (Pages 251 - 254)

SU - DIRECT

Page 255

1 probably maximum allowed error, probably 5 percent,
2 10 percent. Anybody can do the calculation and turn
3 out the confidence level is so small, it just should
4 not be used.
5      Q.    So what I -- I want to start with a
6 couple of do you agrees with me, and then we're
7 going to go on to the question I'm really asking
8 you. Okay?
9      A.    Okay.
10     Q.    You agree with me that nowhere in
11 your report do you actually show the variable values
12 that you use in performing the calculation that
13 you're talking about?
14     A.    I did not document that.
15     Q.    Thank you.
16         You can provide that, correct?
17     A.    Correct.
18     Q.    You report that your calculation
19 ended up far below 50 percent?
20     A.    Correct.
21     Q.    That's at the bottom of page 73 of
22 your slide show.
23         Are you able to tell me what values
24 you used for variables in this formula, meaning the
25 value for "n," the value for "p," and so forth and

Page 256

1 so on, and if not, can you provide that data to us?
2      A.    Of course I can.
3      Q.    Are you able to recall it now, the
4 values that you used for --
5      A.    No, I cannot recall from my head.
6      Q.    Okay. Clearly we're going to make a
7 request for that data. As long as that can be
8 provided to us before you testify again, I think
9 we'll be okay. I'm not trying to make a big deal
10 out of this.
11         In fact, let's go ahead and take
12 five. I am maybe close to being done here.
13         (Recess: 10:54 a.m. to 11:04 a.m.,
14 Eastern Standard Time.)
15 BY MR. BRALY:
16     Q.    Dr. Su, I had a question about the
17 materials that you produced after you had authored
18 your report from the Pittsburgh project. There is
19 a folder in what you produced called "SEM
20 Images-Thermo Apereo," A-p-e-r-e-o.
21     A.    Yes.
22     Q.    And in that there are a series of
23 images, and I'm just going to do a couple of these.
24 The first one that I'm going to show you is marked
25 as Exhibit 42. This is one of the images --

Page 257

1      A.    Yes.
2      Q.    -- that you produced.
3         What is this?
4      A.    This is a talc -- I will have to look
5 at the --
6         MR. HYNES: Could you just read off
7 the file name?
8 BY MR. BRALY:
9      Q.    Yeah; the file name is "Wet-Sieved"
10 -- is it "sieved" or "sieved"?
11     A.    Sieve.
12     Q.    "Wet-Sieved Talc SG210 1000 SE_ETD."
13     A.    Yeah, that is SG210 spiked talc
14 sample.
15     Q.    What does "wet-sieved" mean? What
16 did you do to the sample?
17     A.    The wet sieve is using the powder.
18 They put in the water and then sieve it, because the
19 water make it easier for the particle to pass
20 through the holes of the sieve. Okay? That is more
21 efficient than dry sieve. Okay? The dry sieve use
22 vibration device to shake the sieves so that the
23 particle was falling through the holes, but the wet
24 sieve is much more efficient to see the kind of fine
25 powder samples.

Page 258

1         So they wet the sample, put a water
2 solution, and sieve it. Then this portion was
3 retained by the 400 mesh sieve. They collect that
4 from a service, then try to take SEM picture.
5      Q.    So, this other image, which will be
6 Exhibit 43. The file name on this is "Wet-Sieved
7 Talc SG 210_6500_SE_ETD."
8      A.    Let me explain the file name.
9      Q.    No. Well, sure, go ahead. Tell us
10 what the file name.
11     A.    6500 magnification. Okay.
12     Q.    All right.
13     A.    "SE" is secondary electron image.
14 Okay?
15     Q.    So, we can apply that structure to
16 all of the file names in that folder?
17     A.    That's right.
18     Q.    Okay. Great. Thank you. That
19 actually helps a lot.
20         So what we're looking at here is
21 SG210 with what, little bits of talc stuck in it?
22     A.    I think so.
23     Q.    Is this part of what -- I'm sorry.
24 Is this part of what you used to determine the part
25 of your report discussing the role of fiber lengths

18 (Pages 255 - 258)

SU - DIRECT

Page 259

1 and particle lengths?
2    A.    Correct.
3    Q.    Have you prepared any kind of a
4 report or summation discussing your opinions
5 relative to the data you produced as a result of the
6 Pittsburgh meeting in June of this year?
7    A.    You mean prepare what report?
8    Q.    That's what I'm asking you: Have you
9 prepared a report or a summation of your opinions
10 relative to the data you produced in June specific
11 to the Pittsburgh project?
12    A.    Nobody ask me. Okay.
13    Q.    So you have not?
14    A.    No.
15        MR. BRALY: Chris, are you good to go
16 here?
17        MR. PLACITELLA: You're ready for me?
18        MR. BRALY: I believe so.
19        MR. PLACITELLA: Okay. Well, why
20 don't we take a five-minute break then, and I'll get
21 my stuff together.
22        MR. BRALY: Okay. The one document
23 that you asked me to print, I'm going to go ahead,
24 and that will be the next exhibit in line, which is
25 Exhibit 44. Okay.

Page 260

1        MR. PLACITELLA: Okay.
2        MR. BRALY: All right. I will pass
3 the witness at this time and let Mr. Placitella ask
4 some questions.
5        (Discussion held off the record.)
6 CROSS-EXAMINATION BY MR. PLACITELLA:
7    Q.    I wish I could be there with you this
8 morning, Dr. Su. How are you today?
9    A.    I'm fine. Thank you.
10    Q.    Thanks for taking the time here.
11        In preparing your report related to
12 Dr. Longo, were you able to use the photos he
13 supplied and make -- and provide opinions concerning
14 those photos?
15    A.    Yes.
16    Q.    Okay. And were you able to take the
17 data that he supplied and provide opinions related
18 to that data?
19    A.    Correct.
20    Q.    And despite whatever shortcomings you
21 indicated earlier on, you were able to take the
22 opinions and the data supplied and provide opinions
23 in this case, correct?
24    A.    Correct.
25    Q.    All right. And your opinions differ

Page 261

1 from Dr. Longo, correct?
2    A.    Correct.
3    Q.    Okay. And you were able to provide
4 your opinions despite any issues you had with the
5 lighting, correct?
6    A.    Yes. I mention the lighting is a
7 factor affecting the dispersion staining color.
8    Q.    Okay. But you were still -- despite
9 your issues with the lighting, you were still able
10 to provide an opinion based upon the method and data
11 that Dr. Longo used, correct?
12    A.    Correct. All my image or data is
13 from MAS reports.
14    Q.    Okay. And despite the testimony you
15 gave about brightness concerning the photo, the data
16 that was generated by Dr. Longo's lab enabled you to
17 provide an independent opinion in this case,
18 correct?
19    A.    Correct.
20    Q.    Okay. Now, in this case, the first
21 day I counted you mentioned "Becke line" about 79
22 times.
23        And after you went to Middlesex
24 County and witnessed Dr. Longo's testimony, is that
25 when you went to Pittsburgh?

Page 262

1    A.    Yeah, I went Pittsburgh after that.
2    Q.    Okay. And you did -- and you said
3 that one of the definitive tests to perform was the
4 Becke line analysis, correct?
5    A.    Can you say again?
6    Q.    One of the definitive tests that you
7 use was the Becke line test, correct?
8    A.    Correct.
9    Q.    How long did it take you to do
10 that --
11    A.    It's very quick. You just --
12    Q.    -- when you were in Pittsburgh?
13    A.    Yes. Okay. It's very quick. You
14 just switch to a non-central stop dispersion mode.
15    Q.    Okay. When you were with Dr. Sanchez
16 in Pittsburgh, how long were you there?
17    A.    We were there for two and a half
18 days.
19    Q.    Okay. And the actual -- two and a
20 half days, and the actual testing that you did, how
21 long did that take?
22    A.    Oh, I should correct. We were
23 there -- we arrived the day before. I mean, we
24 worked for two and a half days.
25    Q.    So you were there three and a half

19 (Pages 259 - 262)

SU - CROSS

Page 263

1  days together?
2      A.    Yeah.  I arrived there the day
3  before, I leave the third day.  That's why it's half
4  day.  I leave in the afternoon.
5      Q.    And in front of the microscope, how
6  much time did you spend when you were in Pittsburgh?
7      A.    I think the first day probably nine
8  or ten hour.  The second day is pretty similar to
9  that.  The third day, the half day is, I think, in
10  the morning, and one hour in the afternoon.  Or one
11  hour in the --
12      Q.    So --
13      A.    Half afternoon, because I left at 3
14  p.m. to the airport.
15      Q.    Okay.  So you spent about 15 to 20
16  hours under the microscope?
17      A.    I think I spent probably 26 or 27
18  hours in doing the analysis.
19      Q.    Okay.  So you spent 26 or 27 hours
20  doing the analysis.  And of the 26 or 27 hours, was
21  it -- how much time of that 26 or 27 hours did you
22  use to do the Becke line analysis?
23      A.    I did not count the time.  Every time
24  I look at dispersion staining color, I turn the
25  objective lens to switch that to Becke line mode.

Page 264

1  That is the --
2      Q.    What's your best estimate of the
3  amount of time you spent in the Becke line mode of
4  the 27 hours?
5      A.    Probably equal to the amount time
6  observing the central stop dispersion staining
7  color.
8      Q.    Okay.  And how much did you charge
9  for that work, those three days?
10      A.    Just the hours I've been working.
11      Q.    Right.
12          Do you have any idea what you billed
13  them for?
14      A.    Like, I don't remember exact number,
15  but it was calculate by the travel time plus the
16  actual time working in the lab.
17      Q.    And did you record everything you
18  did?
19      A.    Yes.
20      Q.    And after you did that, you never
21  supplemented your MDL report, correct?
22      A.    No.
23      Q.    Now, whose idea was it to videotape
24  what you were doing?
25      A.    My idea.

Page 265

1      Q.    Okay.  And am I correct that none of
2  the work that you did in Pittsburgh involved heavy
3  liquid separation?
4      A.    No.
5      Q.    So I'm correct; none of it did,
6  correct?
7      A.    Correct.
8      Q.    Okay.  You also at some point
9  monitored Dr. Hess's -- Mr. Hess's deposition,
10  correct?
11      A.    Correct.
12      Q.    All right.  Did you help counsel
13  prepare for that deposition?
14      A.    No.
15      Q.    Did you read the transcript after the
16  deposition?
17      A.    I read part of them so far; not the
18  whole transcripts.
19      Q.    What was your role -- or what did you
20  understand your role to be to when monitoring the
21  deposition?
22      MR. HYNES:  Vague.
23      A.    I want to know how he analyzes
24  samples, how he did, because he is the -- he is the
25  one who perform the analysis.  I want to know the

Page 266

1  detail of his analytical procedure and technique.
2      Q.    Okay.  But you were able to prepare
3  your 100-page MDL report without knowing that,
4  correct?
5      A.    Correct.
6      Q.    Did Mr. Hess testify to anything that
7  you disagreed with?
8      A.    Yes.
9      Q.    And what was that?
10      A.    If I can recall from the report I
11  read, the first issue is he said for negative
12  elongation mineral, the gamma is less than alpha,
13  which is totally incorrect.
14          Also, the second issue so far after I
15  read the transcript is, he said he did not calibrate
16  the dispersion staining color by himself; somebody
17  else did that.  That is also wrong.  Because if you
18  are the analyst, you will have to calibrate your
19  eyes to the dispersion staining color displayed in
20  the equipment you used to perform analysis.
21          So far, those are two issues I found
22  which is wrong.
23      Q.    Anything else?
24      A.    Not yet.  I have not read the whole
25  transcript yet.

20 (Pages 263 - 266)

SU - CROSS

Page 267

1    Q.    But you were there. What do you
2 recall that you disagreed with? What else?
3    A.    So far I cannot recall from my head.
4 I would trust the transcript; therefore, I have to
5 wrest through the whole transcript to see is any
6 other issue I disagree.
7    Q.    So, as you sit here today, the only
8 two things you can recall are what you just
9 testified about, correct?
10        MR. HYNES: Asked and answered.
11    A.    Could you say again? Could you
12 repeat the question?
13    Q.    Yes.
14        As you sit here today, the only two
15 issues you're able to recall are those that you just
16 spoke to me about, correct?
17    A.    Correct.
18        MR. HYNES: Same objection.
19 BY MR. PLACITELLA:
20    Q.    Okay. You are -- do you recall that
21 there was some disagreement about -- well, strike
22 that. I won't go there.
23        Are you familiar with a testing
24 method called X-ray diffraction?
25    A.    Yes. But I have not reviewed any

Page 268

1 X-ray diffraction report from MAS.
2    Q.    That's not my question. My question
3 is: Are you familiar with X-ray diffraction?
4    A.    Yes, I do.
5    Q.    All right.
6        (Technical difficulty.)
7 BY MR. PLACITELLA:
8    Q.    Have you ever used X-ray diffraction
9 for any type of asbestos analysis?
10    A.    Not asbestos.
11    Q.    Okay. Can you use X-ray diffraction
12 to find chrysotile in talc?
13    A.    No, I don't think there are procedure
14 technique to find chrysotile asbestos, I emphasize,
15 not the general chrysotile, but --
16    Q.    Right.
17    A.    -- I know we meant chrysotile
18 asbestos.
19        No, there's no technique which can
20 analyze chrysotile asbestos by powder X-ray
21 diffraction. It's not any X-ray diffraction; it's
22 called powder X-ray diffraction.
23    Q.    Right.
24        Can you use powder X-ray diffraction
25 as a screening technique to determine if talc has

Page 269

1 asbestos in it?
2        MR. HYNES: Vague.
3    A.    No, because the powder X-ray
4 diffraction could not determine the aspect ratio.
5    Q.    Okay.
6    A.    So it cannot determine any
7 asbestiform minerals.
8    Q.    So, in your expert opinion, X-ray
9 diffraction cannot be used to detect any asbestiform
10 minerals; true?
11    A.    No.
12    Q.    And does that include amphiboles as
13 well?
14    A.    As well.
15    Q.    Okay. And that's based upon your 40
16 years of experience?
17    A.    No, it's not based on my experience;
18 it's based on the principle of the technique.
19    Q.    Okay.
20    A.    The technique can only determine the
21 mineral phase by the crystal structure, but it
22 cannot determine the morphology. As you know, the
23 morpholog is one of the important criteria to define
24 asbestos mineral.
25    Q.    Okay. So, should X-ray diffraction

Page 270

1 ever be used as a screening technique as a first
2 step in determining whether a product contains
3 asbestos, in your opinion?
4        MR. HYNES: Vague; overbroad.
5    A.    I have not research on this project.
6    Q.    Well, in your opinion and experience,
7 is X-ray diffraction a valid method as a first step
8 for screening for asbestos in material?
9        MR. HYNES: Vague; overboard; asked
10 and answered.
11    A.    Not asbestos, but as a screening tool
12 for mineral identification. There's a difference
13 between the mineral identification and asbestos
14 identification.
15    Q.    Okay.
16    A.    When you say "asbestos," it has to be
17 confirm in the morpholog. Since X-ray diffraction
18 could not determine the morpholog, so it's
19 accurately speaking it's not screening tool for
20 asbestos.
21    Q.    Okay. Is it a valid screening tool
22 for finding serpentine minerals?
23    A.    That's right. It's a screening tool,
24 I repeat, for mineral identification, not involving
25 morpholog.

21 (Pages 267 - 270)

SU - CROSS

Page 271

1    Q.    And do you have any idea of what
2  the -- how long -- well, strike that.
3         I'm going to talk a little bit now
4  about -- just a couple of questions about PLM.
5         If you're using -- have you ever used
6  PLM to determine whether there was asbestiform and
7  amphiboles in a product?
8    A.    No.
9    Q.    Why not?
10   A.    Because so far I was asked to review
11 the PLM analysis of chrysotile.
12   Q.    Okay.  Do you need to do a Becke line
13 analysis to confirm whether something is an
14 asbestiform amphibole?
15       MR. HYNES:  Vague; overbroad.
16   A.    Could you repeat question, please?
17   Q.    Sure.
18       You talked about the need with
19 Mr. Braly to perform a Becke line analysis to
20 determine whether what you're saying is chrysotile,
21 correct?
22   A.    Correct.
23   Q.    All right.  Do you have to do the
24 same thing when you're trying to determine whether
25 an amphibole is asbestiform?  Do you still need a

Page 272

1  Becke line analysis?
2    A.    I'm sure I would need that; however,
3  so far I have not been asked to do that.
4    Q.    Well, I understand you haven't been
5  asked to do it.  I'm asking you, based on your
6  expertise as a PLM microscopist, whether in order to
7  determine a product, an amphibole product is
8  asbestiform, you must do a Becke line analysis?
9    A.    Yes.
10       MR. PLACITELLA:  Ben, do you have the
11 document that I gave you?
12       MR. BRALY:  Yes.
13       MR. PLACITELLA:  Could you mark that
14 and give it to the witness?
15       MR. BRALY:  Yeah, it's Exhibit 44.
16       MR. PLACITELLA:  Okay.  I want to see
17 if I can share my screen at the same time.
18       Can you see my screen?
19       MR. BRALY:  Very small.
20       MR. PLACITELLA:  I'll make it bigger.
21       THE WITNESS:  Yeah, I can look at the
22 hard copy.  Which page do you want to --
23       MR. HYNES:  Seven.
24 BY MR. PLACITELLA:
25   Q.    Can you see my screen now, or page 7?

Page 273

1    A.    Okay.  Yeah, I'm at page 7.
2    Q.    Just take a second and look at that.
3         For the record, I'm showing him Part
4  2 of the CTFA J4-1 Asbestiform Mineral Analysis
5  protocol.
6         Let me know when you're done looking
7  at it, Doctor.
8         You with me?
9    A.    Yes, I finished reading.
10   Q.    Okay.  Sorry.
11       Okay.  So, under -- see under the
12 section where it says "Optical Microscopy and
13 Dispersion Staining"?
14   A.    Yes.
15   Q.    All right.  Would you -- in your
16 opinion, is that procedure as outlined in this
17 specification sufficient to identify an
18 asbestos-containing amphibole without anything else?
19   A.    I don't think this correct procedure,
20 or a complete procedure.
21   Q.    And why is that?
22   A.    Because nobody identify asbestos by
23 central stop dispersion staining color; you identify
24 any asbestos component by refractive index.  So here
25 it says only about the dispersion staining color in

Page 274

1  the oil, 1.605.  It did not mention how you get the
2  dispersion staining color.  Because the dispersion
3  staining color is affected by the intensity of
4  illumination, by the distorted dispersion staining
5  color, also by the calibration of the system,
6  affected also by the color temperature of the light
7  source.
8         So, the color is affected by so many
9  factors, so nobody ever defined in any literature or
10 any test method to define a asbestos component by
11 color.
12   Q.    So --
13   A.    However, the only parameter which can
14 identify is the refract index.  The refract index is
15 absolute, is intrinsic property of the asbestos
16 mineral.  Whether you measure it in California,
17 measure that in New Jersey, the refract index is the
18 same.  However, the color would depend which
19 polarized light microscope you use, what kind
20 intensity of illumination you use, or whether what
21 is the color temperature, what the light source,
22 whether it's a constant or AED, whether you use a
23 daylight filter.  They all affect the color
24 displayed by the particle.
25       So, therefore, you can really not,

22 (Pages 271 - 274)

SU - CROSS

Page 275

1 just by saying you can identify simply by color.
2     Q.    Okay. So, up at the top it gives you
3 the list of the apparatus that's part of this spec,
4 right? It says, "Bertrand lens, high-intensity
5 light source."
6         You see that?
7     A.    Yes, I saw that.
8     Q.    So using that apparatus, and this as
9 a specification, could you ever determine
10 definitively whether a mineral that you're seeing is
11 asbestiform or not?
12         MR. HYNES: Vague; overbroad.
13     A.    Anyway, let me emphasize the only way
14 you can determine the asbestos, whether it's
15 chrysotile or amphibole, is to measure its refract
16 index on the polarized light microscopy. This
17 procedure does not tell you how to do that. Also,
18 it did not mention the color temperature of your
19 system. It mention the source, high-intensity light
20 source. You can use a different level of intensity.
21         Now, you can use the different color
22 temperature. You can use the daylight filter or
23 not. Each variation will affect the central stop
24 dispersion staining color displayed and observed by
25 the operator, by the analyst.

Page 276

1     Q.    So --
2     A.    Also, a very important procedure here
3 is missing. As I said, you can only identify
4 whether it is asbestos or not by measuring the
5 refract index. This procedure did not tell you
6 about that. Even you observe the dispersion
7 staining color, how do you get the refract index,
8 which is the most important part of the procedure?
9 However, this procedure did not tell you.
10    Q.    All right. So if you gave this
11 specification to ten different microscopists, is
12 there any way to guarantee consistent results just
13 following this specification?
14         MR. HYNES: Calls for speculation.
15    A.    As I said, not by following this
16 specification. This specification did not tell you
17 the color temperature, did not tell you the light
18 source, did not tell you intensity, many factors
19 which affect the dispersion staining color. And
20 also, it did not tell you, you will have to
21 calibrate the dispersion staining color, again, the
22 specific instrument, the specific setting, and also
23 the specific eyes' perception to the color.
24    Q.    So --
25    A.    There are so many factors are missing

Page 277

1 in this specification. So this specification could
2 not produce the correct refract index. I have to
3 emphasize, only refract index can identify whether
4 it is asbestos or not. But this procedure
5 completely missed that procedure, that step.
6     Q.    Could this specification ever
7 identify chrysotile using a PLM, in your opinion?
8     A.    If you know how to correctly perform
9 the dispersion staining technique, if you know how
10 to correctly perform the "methododge" and also you
11 know how to convert the color into the refract
12 index, now you can. If you cannot produce the
13 correct assessment of the central stop dispersion
14 staining color, then you couldn't.
15    Q.    Okay. So, how would you
16 guarantee -- so if you had to rewrite the
17 specification, what would you include?
18    A.    Well, if I am commissioned to do
19 that, I will write a very detail step-by-step
20 procedure for analysis. Okay? Then everybody can
21 follow.
22    Q.    Why do you need a detailed
23 step-by-step analysis?
24    A.    Because, as I said, there are so many
25 factors affecting the central stop dispersion color

Page 278

1 displayed and observed by the analyst. And also, a
2 most important step of procedure is, if you can
3 correctly get the dispersion staining color, then
4 you will have to convert that color into the
5 numerical value of the mineral, then you can
6 identify. Without that step, nobody can.
7         So, this procedure is so incomplete
8 and so vague, but I'm sure I can develop a complete
9 procedure to accomplish this task by correctly
10 measure the refract index of any mineral, opaque
11 mineral by polarized light microscopy.
12    Q.    So, I do apologize because I
13 interrupted you.
14         You said you would give a
15 step-by-step detailed procedure. Can you just lay
16 that out for us? How would you rewrite the
17 specification if you really wanted to find out
18 whether a product had asbestos in it or not?
19    A.    Yeah, if I'm commissioned to do that.
20    Q.    Well, you're getting paid by the hour
21 now, so do your best.
22    A.    Nobody ask me. Okay?
23    Q.    I'm asking.
24    A.    Well, okay. I will consider,
25 however, and I can bill you for the time?

23 (Pages 275 - 278)

SU - CROSS

Page 279

1    Q.    We're being billed in the deposition,
2 Doctor. I just want to know if you have to rewrite
3 the specification to make sure it was capable of
4 finding asbestos in talc, what would you -- what
5 would you put in? Give me your outline, at least.
6          MR. HYNES: Objection to form; asked
7 and answered.
8    A.    I would cover every aspect of the
9 correctly measure the central stop dispersion
10 staining color. First, the method or procedure will
11 cover every aspect about the central stop dispersion
12 technique; secondly, my cover -- my procedure will
13 cover how do you derive the object's refract index
14 by central stop dispersion staining technique.
15        So there are two major part: First,
16 there are many details about obtaining the correct
17 central stop dispersion staining color; the second
18 major part will be how do you go from the color to
19 the refract index.
20    Q.    Okay.
21    A.    If I will write the procedure, I will
22 cover every aspect.
23    Q.    So if you were giving advice to
24 Johnson & Johnson for what they should do to screen
25 talc for asbestos, would you ever advise them to use

Page 280

1 this method that's on this document?
2    A.    It have not happened, okay, so I
3 cannot say anything about that. But I can assure
4 you I'm fully capable and qualified to give -- to
5 document a very comprehensive and accurate procedure
6 to perform the analysis.
7    Q.    But here's my question, I know you
8 haven't been commissioned to do it. Would you ever
9 recommend to Johnson & Johnson that they use this
10 procedure to screen for asbestos in talc?
11        MR. HYNES: Vague; calls for
12 speculation.
13    A.    I have not been asked to; therefore,
14 I don't have to express my opinion. However, if I
15 am asked to, I can do that.
16    Q.    Respectfully, Doctor, I'm just asking
17 a simple question: Would you ever recommend to
18 Johnson & Johnson to use this procedure to screen
19 talc for asbestos? That's my question.
20        MR. HYNES: Same objection.
21    A.    Why I should recommend to them?
22    Q.    I'm asking you as somebody with
23 experience who's testified now for a couple of days
24 and has 40 years of history using a polarized light
25 microscope, would you ever recommend to

Page 281

1 Johnson & Johnson that they use this procedure
2 outlined in this specification to test for asbestos
3 in talc? It's a simple question: Yes or no?
4        MR. HYNES: Same objection.
5    A.    It's not yes-and-no question. It is
6 a question: Why should I do that?
7    Q.    Because I'm asking you a --
8    A.    Then if I must do that, of course I
9 can.
10    Q.    Okay. So, I'm asking you in a
11 deposition so we know what your opinions are on PLM
12 whether you would ever recommend to
13 Johnson & Johnson that they use this specification
14 to screen for asbestos in talc. It's a very simple
15 question.
16        MR. HYNES: Same objection.
17    A.    No, it's not a simple question. You
18 mean what I would recommend, why I will have to
19 recommend? That's the first question. If I have
20 to, then you can ask me whether I would do that or
21 not.
22    Q.    So, are you refusing to answer the
23 question, Doctor?
24    A.    I refuse to answer this question not
25 because I am not capable of outlining a detailed

Page 282

1 procedure, it's I need to know what I should
2 recommend or not. I need to know the reason.
3    Q.    Let me ask you the question this way.
4    A.    Okay.
5    Q.    Are you capable of providing an
6 opinion as to whether this specification --
7 (technical difficulty)
8    A.    Of course I'm capable.
9        (Discussion held off the record.)
10        MR. PLACITELLA: We're not sharing a
11 screen anymore, correct?
12        MR. HYNES: Correct.
13 BY MR. PLACITELLA:
14    Q.    Are you capable of providing an
15 opinion as to whether Johnson & Johnson should ever
16 use this specification to screen for asbestos in
17 talc? Are you capable of giving that opinion?
18    A.    I am capable.
19    Q.    Okay. And what is that opinion?
20    A.    Is that about whether I'm capable of
21 producing a procedure to determine the refract index
22 of mineral including asbestos? I want a
23 clarification on that.
24    Q.    Okay. Let me ask the question a
25 different way.

24 (Pages 279 - 282)

SU - CROSS

Page 283

1    A.    Okay.
2    Q.    If you were a scientist working at
3 Johnson & Johnson and assigning somebody the task of
4 determining whether there's asbestos in talc, would
5 you ever hand them this specification with no other
6 instructions and say, "Follow this specification"?
7         MR. HYNES:  Objection to form; calls
8 for speculation.
9    A.    I still don't understand your
10 question because my job here is to assess the
11 analytical report by MAS.  They found asbestos in
12 the chrysotile to be exactly in the baby powder
13 product.  My job is to assess whether their report
14 is correct or not.
15   Q.    Well, let me ask you the question
16 this way:  You indicated earlier when I was
17 questioning you that Dr. Longo's lab was able to
18 generate data and photographs that you could rely
19 upon in forming your own opinions, correct?
20   A.    Correct.
21   Q.    If Dr. Longo's lab followed this
22 specification, would they be capable of generating
23 reports and data that you could rely upon?
24        MR. HYNES:  Incomplete hypothetical;
25 calls for speculation.

Page 284

1    A.    Which specification?  Could you
2 please clarify?
3    Q.    The specification in front of you for
4 PLM for Amphiboles - Part 2.
5         MR. HYNES:  Same objections.
6    A.    If they perform the technique
7 correctly, that is the prerequisite.  If they are
8 incapable performing the technique correctly, they
9 can't; however, if they truly understand the optical
10 crystallography, polarized light microscopy and
11 optical mineralog, of course they can.  However, as
12 I repeat, this procedure is so complete, it did not
13 tell the analyst how do you determine the refract
14 index.  So, therefore, this specification is very
15 incomplete.
16   Q.    Would you agree with me that this
17 specification indicates it's for amphiboles only?
18   A.    Not for any mineral.
19   Q.    It says, for amphiboles; does it not?
20   A.    No.
21   Q.    It doesn't?  Are we looking at the
22 same thing?
23   A.    It doesn't.
24   Q.    What's the title say on Phase 2 at
25 the top of the page?

Page 285

1    A.    Well, the title is "Specification" --
2 let me see.  Also on the top of the cover,
3 CTFA, Cosmetic --
4    Q.    I'm just talking about the top of the
5 page we're looking at.
6    A.    Yes, "CTFA Specification."
7    Q.    Right.  Okay.  And does it say
8 "asbestiform amphibole minerals"?  Top of page 7.
9    A.    Talc.
10        Page 7, yeah, amphibole.
11   Q.    Amphibole.
12        Would you agree with me as written,
13 this was never intended to find chrysotile in talc,
14 if it existed?
15   A.    No.  As I said, this specification is
16 so complete, and also, it lacks so many details.
17   Q.    When you say "complete," you mean
18 incomplete, correct?
19   A.    Incomplete, yeah.
20   Q.    Incomplete.
21   A.    Not complete.
22   Q.    Not complete.
23   A.    Yeah.  Incomplete.
24   Q.    So we're on the same page, and I'll
25 stop.

Page 286

1         As written, this specification is so
2 incomplete that there's no way it could be used on
3 its face to determine whether there's asbestos in
4 talc; true?
5    A.    No.
6    Q.    Would you agree with the following
7 statement:  "It's imperative that both dispersion
8 staining color and fibrous morphology criteria be
9 satisfied, as well as the Becke line determination
10 of refractive index, before identifying a particle
11 as asbestiform amphibole"?
12   A.    Not according to this specification.
13   Q.    And so this specification fails in
14 that regard, correct?
15   A.    That's right.
16   Q.    Okay.  Let me just look here.  We
17 might have to take five minutes so I can talk to
18 Ben.  He'll tell me what else I forgot.  So why
19 don't we just take five minutes.  Okay?
20   A.    Okay.
21        (Recess:  11:59 a.m. to 12:06 p.m.,
22 Eastern Standard Time.)
23        MR. PLACITELLA:  So, I don't have any
24 other questions at this time, and I'm hopeful you
25 can get out of New Brunswick and beat the traffic

25 (Pages 283 - 286)

SU - CROSS

Page 287

1 before it gets bad. So, unless somebody else is
2 going to ask any other questions, I'm done.
3          MR. HYNES: Are there any other
4 questions from people on the line?
5          Hearing none, I will have a couple
6 questions, Dr. Su. Thanks, again, for sitting for
7 this deposition over the last two days. Appreciate
8 it.
9          THE WITNESS: Thanks.
10 CROSS-EXAMINATION BY MR. HYNES:
11     Q.     The first thing I wanted to ask you
12 was, today you mentioned this concept of
13 birefringence. You described it as the absolute
14 difference between the alpha and gamma refractive
15 index values. Is that right?
16     A.     Correct.
17     Q.     So if we looked at some of the
18 sources that you cited in your report, such as R-93,
19 Bloss, ISO 22262-1, we would see that birefringence
20 is defined as this absolute difference between alpha
21 and gamma, correct?
22     A.     Correct.
23     Q.     Okay. And this idea that you may see
24 a range of refractive index values in chrysotile
25 from the same source, that's something that you

Page 288

1 don't agree with. Is that right?
2     A.     No.
3     Q.     You will see one true refractive
4 index in alpha and one true refractive index in
5 gamma. Is that right?
6     A.     Correct.
7     Q.     Okay.
8          MR. PLACITELLA: Let me just put my
9 objection on the record. I'm not going to keep
10 doing it, but these are leading questions of an
11 expert witness in a deposition, and I'm going to
12 object to any of those questions. And if you give
13 me a standing objection to your leading questions,
14 then I won't interrupt anymore.
15          MR. HYNES: Standing objection.
16 BY MR. HYNES:
17     Q.     Dr. Su, you also described in, I
18 think, day one of your deposition that you would
19 refer to R-93 for refractive index values in
20 chrysotile. Is that right?
21     A.     R-93, EPA method?
22     Q.     Yeah. Table 22, I think.
23     A.     Yeah, that is the table describing
24 the refract index of the asbestos minerals.
25     Q.     Okay. And then do you also cite

Page 289

1 ISO 22262-1 in your report?
2     A.     Yes.
3     Q.     Okay. And does ISO 22262-1 include
4 known ranges for NIST standard chrysotile refractive
5 index values?
6     A.     Say again, what question is?
7     Q.     Does ISO 22262-1 also include known
8 ranges for refractive index values for NIST standard
9 chrysotile?
10     A.     Actually, I don't know because I
11 never read that section, if there is a section of
12 that.
13     Q.     Okay.
14     A.     Because I know what refract index
15 1866 is. Okay?
16     Q.     Okay. So if it's reported in there,
17 it's reported in there. That's fine.
18          Then you were asked a series of
19 questions about this concept of Becke line analysis.
20          There are methods for determining
21 refractive index values of a mineral using Becke
22 line analysis independent of any central stop
23 dispersion staining analysis. Is that right?
24     A.     Correct.
25     Q.     Okay. The central stop dispersion

Page 290

1 staining analysis uses Becke line as a complementary
2 way to determine what part of a particle that you're
3 looking at under central stop dispersion staining
4 color, you should use to assign the correct
5 refractive index value. Is that right?
6     A.     Correct.
7     Q.     Okay. And so, this concept of Becke
8 line analysis, it's not that it's a independent
9 method, it's part of how a trained analyst who knows
10 how to perform central stop dispersion staining will
11 perform their central stop dispersion staining
12 analysis. Is that right?
13     A.     No.
14     Q.     Tell me more, then.
15     A.     Yeah, the Becke line is not a
16 dependent method; it is the independent method.
17 Matter of fact, you can determine the opaque
18 minerals refract index simply by Becke line, but you
19 cannot do this for central stop dispersion staining
20 color technique without Becke line method to
21 differentiate the distorted dispersion staining
22 color from the normal correct dispersion staining
23 color.
24     Q.     Okay. So, is it true that a trained
25 analyst who understands the principle of central

26 (Pages 287 - 290)

SU - CROSS

Page 291

1 stop dispersion staining will, in order to determine
2 what are true dispersion staining colors versus
3 distorted staining colors, they will refer to the
4 Becke line to make that call?
5    A.    Yes.  Yes.
6    Q.    Okay.
7    A.    A very important part of the
8 procedure is to recognize which part of the
9 dispersion staining color is the normal dispersion
10 staining color and which part of the dispersion
11 staining color displayed is distorted dispersion
12 staining color.  Now, to differentiate between these
13 two, you have to use the Becke line.  So far that's
14 my experience.
15    Q.    Okay.  You were asked some
16 hypotheticals about bundle thickness and its impact
17 on refractive index values.
18        In central stop dispersion staining
19 analysis, is it true that bundle thickness will not
20 change the refractive index of a mineral being
21 analyzed?
22    A.    No, because the refract index is an
23 intrinsic physical property of any crystal, any
24 minerals.  It was determined by the elemental
25 composition, the chemical composition, and the

Page 292

1 crystal structure, the way how those atoms connect
2 to each other.
3        Now, these two property will not
4 change with size or thickness of a material, a
5 mineral.  So, even the size of the change, the
6 refract index is not.  Again, I have to, if refer to
7 asbestos to chrysotile.  And we have evidence, as I
8 said, the standard reference material 1866 series,
9 whether 1866, 1866a or 1866b, they are measured as
10 single fibrils.  You cannot go any thinner than
11 that.  Therefore, the refract index value, the gamma
12 1.556, alpha 1.549 is for the chrysotile.  It did
13 not change with the fiber size or bundle size.
14    Q.    Shifting gears:  Counsel for
15 plaintiff marked Exhibit 41, a series of count
16 sheets for TEM analysis of chrysotile SG210.
17        Do you recall reviewing that for the
18 first time during today's deposition?
19    A.    Yes.
20    Q.    Okay.  The count sheets and
21 photomicrographs that you were provided, do they
22 provide any information for you about the sample
23 preparation process for the materials being analyzed
24 here?
25    A.    Sample preparation?

Page 293

1    Q.    Correct.
2    A.    Standard TEM grid preparation.
3    Q.    But do you know what was done,
4 whether or not there was liquid density separation
5 technique used, sonication performed, wet-sieving,
6 anything of that nature before these materials were
7 analyzed by TEM?  Is that information included in
8 what you were shown today?
9    A.    No.
10    Q.    And sample preparation procedures may
11 impact the size distribution of particles that are
12 being analyzed subsequently by TEM, right?
13    A.    Correct.
14        MR. BRALY:  Object to this.  He's
15 been offered as an expert in PLM.  But go ahead.
16 That's fine.
17 BY MR. HYNES:
18    Q.    You answered that's right, right?
19    A.    Yes.
20    Q.    And you were asked some questions
21 about a NVLAP inspection in 2016.
22        Do you recall that questioning?
23    A.    Yes, I did.
24    Q.    That's when you were an assessor and
25 you went to MAS's laboratory to review the

Page 294

1 conditions at the time in, I believe it was
2 September of 2016, correct?
3    A.    Correct.
4    Q.    That predates any of the
5 Johnson & Johnson reports that you've reviewed in
6 this case, correct?
7    A.    No.  No.  I was not aware of --
8 again, they have not give me any of those material
9 for me to review.  And the assessment, as matter of
10 fact, only concern two technique:  One is the bulk
11 asbestos analysis by EPA; the second is the airborne
12 asbestos analysis by EPA.  So that's only two
13 technique I need to assess, not actual sample they
14 apply that.  But normally, we want focus on AHERA.
15 I will ask them AHERA analysis, but not any other
16 client request.
17    Q.    So the types of analyses that you
18 reviewed that Dr. Longo produced in which he
19 identified chrysotile by PLM in Johnson & Johnson
20 Baby Powder containers, those sorts of procedures
21 were not something you evaluated during that visit
22 in 2016?
23    A.    No, not at all.
24    Q.    And then correct me if I'm wrong, but
25 would a laboratory that receives a NVLAP audit

27 (Pages 291 - 294)

SU - CROSS

Page 295

1  receive the audit reports that are prepared by the
2  assessor, and then the reviewer who assesses the
3  report of the assessor that actually made the site
4  visit, would they get those materials?
5      A.    Oh, yes, they do. Actually, before
6  the assessor leave the lab after the completing the
7  assessment, you will have to review the whole report
8  and get their signature. You have to give them a
9  complete copy, which have the three form, the
10  general criteria form, the polarized -- the bulk
11  asbestos form, the PLM form, and the third is the
12  TEM form.
13     Q.    And have you been a reviewer of an
14  assessor's report at MAS since this 2016 timeframe?
15     A.    Yes, I did.
16     Q.    Did you have criticisms of MAS after
17  this 2016 NVLAP report was issued?
18     A.    Yes. And I recognized there's a page
19  of the -- my assessment in 2016, and there is a page
20  of Dr. Bo Li's assessment in 2021, let me see, 2021
21  or 2022. Yeah, I saw a sheet that remember me, yes,
22  I reviewed Dr. Bo Li's assessment report. That is
23  part of the NVLAP procedure. I did not ask to
24  review -- assign the review work to me.
25     Q.    And you got criticisms of MAS's PLM

Page 296

1  procedures in that 2021 --
2      A.    Correct. Because one of the
3  nonconformity reported documented in Dr. Bo Li's
4  report is they confuse the alpha and gamma for
5  chrysotile in their count sheets. And when MAS
6  respond to this report, to this nonconformity, they
7  said it did not affect the past analysis where you
8  NVLAP procedure required where you identify a
9  nonconformity, one of the thing the lab will have to
10  review what kind impact on your past work, if you
11  made some mistake; now, what kind of impact on the
12  past work until this time the mistake was identified
13  by the assessor.
14     So, I remember the response from MAS
15  was it did not affect the past analysis, which I
16  don't -- I did not agree, because that is so basic,
17  such a major mistake. Alpha is smaller than gamma.
18  How could you, in your bench sheet, you said the
19  alpha is greater than gamma. Of course this mistake
20  affect every report you issued before Dr. Bo Li's
21  assessment. Okay?
22     So, the lab respond and says we were
23  correct that; however, we don't think it would
24  affect the past results. Therefore, in my comments,
25  I said there's such a fundamental mistake, sure it

Page 297

1  will affect, because all your past reports, they
2  were wrong. I remember I made that comment in my
3  review.
4      Q.    And that was -- those comments and
5  that review, that all happened before you had ever
6  seen any of Dr. Longo's analyses of chrysotile in
7  cosmetic talcs?
8      A.    No, it was in 2021, I wasn't aware.
9  I know nothing about the talc sample.
10     Q.    Okay. And do you know whether or not
11  Dr. Longo's laboratory is currently a NVLAP
12  accredited laboratory for PLM work?
13     A.    Not right now, but they used to.
14  They used to, I think.
15     Q.    All right. You were asked a number
16  of questions about the CTFA J4-1 methodology.
17     Do you recall those questions by
18  Mr. Placitella?
19     A.    Yes.
20     Q.    Were you familiar with the
21  specification before you saw it during the course of
22  today's questioning, or is this the first time that
23  you've seen it?
24     A.    That's the first time I saw that.
25     Q.    Okay. So you don't know when this

Page 298

1  was promulgated?
2      A.    What?
3      Q.    Do you know what year this was
4  promulgated?
5      A.    No. Must be a number of years ago.
6  I think I had some vague impression reading some
7  paper, they said there was a method, but I never
8  seen that method document myself.
9      Q.    Okay. And you don't know any of the
10  context in which this method was developed. Is that
11  right?
12     A.    No, not at all.
13     Q.    Okay. And one of the things that you
14  mentioned here was that the method itself doesn't
15  provide, you know, the level of specificity that you
16  would require for soup to nuts polarized light
17  microscopy analysis of asbestiform minerals in talc.
18  Is that right?
19     A.    That's right.
20     Q.    Okay. You would go to other
21  potential references for further information about
22  how to perform the specific central stop dispersion
23  staining analysis beyond what's presented on this
24  page 7 of what you were shown. Is that right?
25     A.    That's right.

28 (Pages 295 - 298)

SU - CROSS

Page 299

1    MR. PLACITELLA: Objection; leading.
2  Objection; leading.
3    MR. HYNES: Go ahead.
4    A.    However, the major -- major flaw of
5  this specification is, they did not have the key
6  procedure to determine the numerical refract index
7  of the amphibole. Without that data, there's no way
8  you can identify whether the target object is
9  amphibole or not.
10    Q.    Say, in 1976 or 1977, what references
11  would you go to for that information that you just
12  described?
13    A.    I don't know. Maybe McCrone. Okay?
14    Q.    Okay.
15    A.    Dr. McCrone had developed the graphic
16  solution from dispersion staining color to the
17  numerical refractive index. I believe at that time
18  Dr. McCrone had that procedure. You can use his
19  graphic solution to get the numerical value of the
20  asbestos mineral or any mineral from its central
21  stop dispersion staining color.
22    Q.    And one of the things that's noted on
23  the following page is that dispersion staining
24  device that's commercially available would be from
25  Walter McCrone. Is that right?

Page 300

1    A.    That means the dispersion staining
2  objective.
3    Q.    Right.
4        Okay. And then you brought a couple
5  of documents with you to today's deposition. I
6  don't know what they are, so, do you want to just
7  tell us what they are and maybe we'll mark them as
8  exhibits.
9    A.    Okay.
10    MR. PLACITELLA: Are these documents
11  that have been disclosed before?
12    MR. HYNES: He brought them with him
13  to today's deposition, so I do not know.
14    MR. PLACITELLA: Well, that's not
15  fair and I object to any questions about them.
16  That's not fair. You knew they were coming. If you
17  had that document he was bringing, he should have
18  disclosed them. I mean, this deposition by ambush
19  that you've been conducting now for two days needs
20  to stop.
21    MR. HYNES: I apologize,
22  Mr. Placitella, however --
23    MR. PLACITELLA: There's no apology.
24  This was deliberate. This was deliberate. He had
25  the documents. You could have turned them over and

Page 301

1  you didn't.
2    MR. HYNES: Well --
3    MR. PLACITELLA: And I will bring it
4  to the attention of the Court.
5    MR. HYNES: Why don't we walk through
6  what he brought with him and then you can decide
7  whether or not you want to continue to object.
8  BY MR. HYNES:
9    Q.    Go ahead, Dr. Su. What did you
10  bring?
11    A.    Okay. The first one is my -- my
12  paper in 2022, "The Dispersion Staining Technique
13  and Its Application to Measuring Refractive Indices
14  of Non-Opaque Materials With Emphasis on Asbestos
15  Analysis," which was published in the journal, "The
16  Microscope." That's the first thing I brought.
17    Q.    That was Exhibit 13 to day one?
18    A.    Yeah. That was on the first day
19  deposition.
20        The second thing I brought was the
21  transcript --
22    Q.    Exhibit 32.
23    A.    Exhibit 32 of the last deposition.
24        The third document I brought, yeah,
25  was two table, which one is the chrysotile in

Page 302

1  Cargille oil 1.550; the second is the chrysotile in
2  Cargille 1.560, which were used to -- by MAS.
3    MR. BRALY: Do you mind if I just
4  take a look at them?
5    A.    (Handing.)
6    Q.    So those are your --
7    A.    Yeah --
8    Q.    -- tables?
9    A.    That's my table plus the ISO
10  dispersion staining color chart provide by -- from
11  ISO document.
12    MR. HYNES: Okay. So, and
13  that's -- just for the record, so I guess what we
14  have is, it looks like -- so the first page in this
15  manila folder is chrysotile in Cargille 1.550E, and
16  so it looks like Dr. Su took the alpha and gamma 21
17  degrees Celsius from his 2022 publication along with
18  the wavelength column of that table, and then in the
19  middle of those he put the ISO color bar.
20  BY MR. HYNES:
21    Q.    So, everything is together on one
22  page. For ease, you're matching up. Is that right?
23    A.    Yes.
24    Q.    Okay. And then the next page of this
25  is the same thing, with the 1.560 from that. I

29 (Pages 299 - 302)

SU - CROSS

Page 303

1 guess it's the excerpts of the table from the same
2 publication. Is that right?
3    A.    Correct.
4    Q.    Okay. And then the next is just the
5 full table for 1.550; and then the next is the full
6 table for 1.560, right?
7    A.    Yeah.
8    Q.    Okay. And then did you bring
9 anything else with you?
10    A.    Yeah. The third document I brought
11 is my MDL report on May 21st of 2024.
12    Q.    Okay.
13    A.    I think that's all.
14    Q.    Right.
15    I guess -- so, why did you bring
16 these charts, Dr. Su?
17    A.    Yeah, because I was evaluate the
18 Exhibit 32, because I was asked in last session
19 about the bentonite report by MAS. At that time I
20 answered they are Calidria chrysotile. Now I
21 realize after I exam the Exhibit 32 provide by the
22 plaintiff, I realize my answer was wrong. They were
23 not Calidria chrysotile.
24    Q.    Okay.
25    A.    And based on the refract index value,

Page 304

1 documented in MAS micrograph, the photo. Because
2 the value indicate the alpha and the gamma value is
3 totally different from the Calidria chrysotile. And
4 the birefringence, the number one sample is .03, or
5 13. The rest is 6. The range value is .017 to
6 .019, which is completely -- which is out of the
7 range of any chrysotile, let alone the Calidria.
8 The Calidria birefringence is .005.
9    Every sample in this exhibits is way
10 above that. They range from 1.013 to .019, whereas
11 the Calidria chrysotile is .005; therefore, none of
12 this minerals, they are Calidria chrysotile.
13    Q.    Looks like there's one more thing
14 that you, I guess, brought with you. It's this one
15 page --
16    A.    Okay. Yeah, I summarized that.
17    Q.    I guess we have a one-page sheet.
18    A.    Yeah. Just from Exhibit 32.
19    Q.    Okay. I guess, for the record, we
20 should mark 45, we'll mark those four tables you
21 made; and then 46, we'll mark the one-page sheet.
22 And then it looks like you put Post-Its on
23 Exhibit 32, so we'll mark that all as one.
24    MR. PLACITELLA: Just for
25 clarification, the tables were created between last

Page 305

1 deposition and this deposition?
2    MR. BRALY: No, Chris. It's just a
3 central stop dispersion staining table.
4    MR. PLACITELLA: I can't see it.
5 That's why I'm asking.
6    MR. HYNES: Yeah, these are just --
7 yeah, basically, he took his table from that
8 publication he carried in with him.
9    MR. PLACITELLA: Okay. Got it.
10    MR. HYNES: And he put an ISO color
11 bar.
12    THE WITNESS: Can you show this on
13 the screen?
14    MR. BRALY: No, we're fine.
15    MR. HYNES: It will be marked as an
16 exhibit, and we'll mark this handwritten set of
17 stuff as 46.
18    THE WITNESS: Okay.
19    MR. HYNES: And that's it.
20    Questioning?
21    MR. BRALY: Yeah, briefly.
22 REDIRECT-EXAMINATION BY MR. BRALY:
23    Q.    Dr. Su, you're almost through here.
24 Congratulations. You survived your first
25 deposition.

Page 306

1    Using the Becke line analysis to
2 complement dispersion staining is something that you
3 have never published until 2023, correct?
4    A.    Yes.
5    Q.    That is correct?
6    A.    That's correct.
7    Q.    Great.
8    Nowhere in your report, which is
9 Exhibit 3 to this transcript -- nowhere in your
10 report did you criticize how Dr. Longo calculated
11 his birefringence, correct?
12    A.    I think I did.
13    Q.    No, you didn't, actually. And if you
14 want to -- we can go to Exhibit 3, probably present
15 this to you pretty easily.
16    A.    Which page?
17    Q.    Well, give me a second. We're going
18 to do this on the screen here.
19    Here we go. If you take a look at
20 the screen in front of you.
21    A.    Yes.
22    Q.    So, this is your report, Exhibit 3.
23 It's 99 pages long, right?
24    A.    Yes.
25    Q.    If you do a word search for the word

30 (Pages 303 - 306)

SU - REDIRECT

Page 307

1 "birefringence," it appears three times in this
2 entire document.
3         Sir, if you'll pay attention to the
4 screen, please.
5    A.    Okay.
6    Q.    It appears three times. The first
7 time it appears twice in one paragraph on page 3,
8 the word "birefringence."
9         Sir, can you please pay attention to
10 the screen?
11    A.    Yes. I will find it on hard copy.
12    Q.    I'm telling you. It's page 3 of your
13 report.
14    A.    It's easier for me to read from this
15 color copy.
16    Q.    Okay.
17    A.    Page 3. Yes.
18    Q.    And what you're saying is that if you
19 have the wrong RI value, that you will get a subdued
20 birefringence value, correct?
21    A.    Correct.
22    Q.    Meaning that the relationship between
23 RI is a relationship to the resulting birefringence
24 calculation?
25    A.    Correct.

Page 308

1    Q.    Okay. So you mentioned the word
2 "birefringence" two times in this one paragraph in
3 Exhibit 3?
4    A.    Yes, I did.
5    Q.    Now, if you'd pay attention to the
6 screen.
7    A.    Okay.
8    Q.    The only other time "birefringence"
9 appears in your report is in your bibliography, in
10 an article from 1989.
11        Do you see that?
12    A.    Yes, I do.
13    Q.    The word doesn't appear in your
14 report in any other location. So, it is a true
15 statement that you never articulate a criticism of
16 the method by which birefringence was calculated by
17 Dr. Longo, correct?
18        THE WITNESS: Can I answer now?
19        MR. HYNES: Yeah.
20  BY MR. BRALY:
21    Q.    I mean, it's a yes-or-no answer.
22    A.    My answer is: The birefringence is a
23 secondary product -- property. It was determined by
24 the primary property after refractive index.
25    Q.    I agree. And that's what you said in

Page 309

1 Paragraph 3.
2    A.    That's right.
3    Q.    Yes.
4        What I'm asking is: You never
5 criticized the method by which it was calculated in
6 Dr. Longo's -- you never discussed that in your
7 report, correct?
8    A.    I don't have to --
9    Q.    Just answer my question. You don't
10 discuss that in the report, correct?
11    A.    No.
12    Q.    Thank you.
13        Your 2021 NVLAP review, the review
14 that was done by Bo Li that you had comments about.
15    A.    Yeah.
16    Q.    Do you have documents pertaining to
17 this NVLAP review?
18    A.    You see, the review was done on the
19 portal of the NVLAP. So first they assign me to
20 review --
21    Q.    Sir, I am just asking you: Do you
22 have documents relative to the 2021 --
23    A.    That's what I'm answering.
24    Q.    Okay.
25    A.    It is document in the portal of the

Page 310

1 NVLAP.
2    Q.    Do you have access to that portal?
3    A.    Of course I have access as assessor.
4    Q.    I mean, is that something that you
5 can download from the portal and --
6    A.    No, we are not allowed to download
7 it; we can only write input in the portal. And
8 also, like once I finish my review, then the MAS,
9 the target lab will be able to see my comments in
10 the portal.
11    Q.    Okay.
12    A.    We are not allowed to print or
13 download that.
14    Q.    So, your comments, if I understood it
15 correctly, was that Bo Li recognized an error had
16 been made relative to the assignment of alpha and
17 gamma values?
18    A.    Correct.
19    Q.    And that Bo Li, who was the analyst
20 who had done that review, said essentially that this
21 was a isolated mistake and shouldn't affect prior
22 studies, or something to that effect, and you
23 disagreed with that?
24        MR. HYNES: Misstates testimony.
25    A.    No, no, no. It's not Dr. Bo Li. It

31 (Pages 307 - 310)

SU - REDIRECT

Page 311

1 is MAS --
2     Q.    No, I understand that.  I'm sorry.
3 Let me re-ask the question, then.
4     A.    Okay.
5     Q.    Was it Bo Li -- that's a woman,
6 correct?
7     A.    No.
8     Q.    Bo Li's not a woman?
9     A.    A man.
10     Q.    I'm sorry.  So, Bo Li did a review,
11 and is it correct that he concluded that this was an
12 isolated error that should not affect prior reviews,
13 and you disagreed with that?
14         MR. HYNES:  Misstates testimony.
15     A.    I don't think you express that
16 correctly.
17     Q.    Okay.  Please do.
18     A.    Let me say.
19     Q.    I appreciate it.
20     A.    First, Dr. Bo Li did the assessment
21 by remote, because during pandemic he could not
22 physically present at the lab; however, he identify
23 we don't use isolate or not, we only use its
24 nonconformity or not.  So, nonconformity means in
25 this requirement what the lab did, did not comply

Page 312

1 with the requirement by NVLAP; therefore, it was
2 identify as nonconformity.
3     Q.    Okay.
4     A.    So, after his assessment, the lab,
5 all they need to do is to look at are there
6 nonconformity or not; if there are, they are
7 required to respond to NVLAP.  Okay.  Whether
8 there's nonconformity is how they are going to
9 correct that, the corrective action, also the cause
10 of the root cause analysis, why I made this mistake.
11         The third thing they need evaluate,
12 whether this has impact to the past analysis.  If it
13 is, the lab is supposed to inform the customer of
14 previous analysis about the impact, the mistake they
15 made.  Yeah, that is the NVLAP procedure and the
16 policy.
17     Q.    Okay.  So if you're going to answer
18 my question, I would appreciate it.
19         Did Dr. Bo Li find -- I mean, was
20 this ruled to be an isolated incident?
21     A.    Dr. Bo Li --
22     Q.    Just answer my question:  Was this an
23 isolated incident?  Was that the determination of
24 NVLAP?
25     A.    No, it is nonconformity; it's not

Page 313

1 isolate incident.
2     Q.    It was a nonconformity from one
3 evaluation?
4         MR. HYNES:  Can we go off the record
5 for one second?
6         MR. BRALY:  Yes, it'll be fine.
7         (Discussion held off the record.)
8 BY MR. BRALY:
9     Q.    Dr. Su, I just want to understand
10 this issue a little bit better because I don't have
11 the access to the documents that you do.  Okay?  So
12 you're saying that there was a comment made about a
13 nonconformity --
14     A.    Excuse me.  Could you repeat the
15 question, please?
16     Q.    Yeah; I just want to understand.
17         So, there was a review of the lab,
18 right?
19     A.    To be exact --
20     Q.    No, no, no.  I'll re-ask it.
21     A.    No.
22     Q.    I don't want a long answer.  Let me
23 try to understand this:  There was a nonconformity
24 found with the lab, right?
25     A.    By the assessor.

Page 314

1     Q.    Okay.  And then there was a report
2 issued, correct?
3     A.    What do you mean, "report issue"?
4     Q.    What happened after the nonconformity
5 was found?
6     A.    The lab has 30 days to respond to
7 NVLAP.
8     Q.    Did they respond?
9     A.    They did.
10     Q.    Okay.  And did you, in turn, issue
11 your own comments in response to MAS's initial
12 response?
13     A.    Yes, I did.
14     Q.    Okay.
15     A.    I was assigned by NVLAP to review
16 their response.
17     Q.    Okay.  And it's your review of the
18 response where you are saying, in your opinion, that
19 calls into question everything that they've done by
20 PLM up to that point, correct?
21     A.    Only for that specific nonconformity.
22     Q.    Okay.  And that specific
23 nonconformity was -- how would you characterize that
24 nonconformity again?
25     A.    They switch the alpha and the gamma

32 (Pages 311 - 314)

SU - REDIRECT

Page 315

1 in their bench sheet. Of course that affect the
2 report.
3    Q.    Sure.
4          And they switched alpha and gamma in
5 a report in the bench sheet, correct?
6    A.    I am not Dr. Bo Li. If it's only in
7 one bench sheet, you are not supposed to identify
8 that nonconformity. It is a nonconformity-ing in
9 any of their bench sheets.
10   Q.    Doctor, here's the problem I have:
11 You've reviewed probably close to a dozen PLM
12 reports by MAS where gamma is in excess of alpha in
13 their values. They clearly did not switch them.
14   A.    Which report?
15   Q.    Any of the dozen or so
16 Johnson & Johnson PLM reports that you've reviewed.
17   A.    After that.
18   Q.    Well, a lot of those were dated
19 before '21; were they not? A few of them?
20         You didn't notice in any of the
21 Johnson & Johnson reports that MAS had flopped the
22 gamma value and the alpha value such that alpha
23 exceeded gamma, correct?
24   A.    No, because I was asked to review the
25 assessment report in 2021; therefore, I only review

Page 316

1 their response to the noncomformities identified by
2 Dr. Bo Li. It's nothing to do with their talc
3 Johnson & Johnson Baby Powder analysis.
4    Q.    I'm counting up more than a dozen
5 reports prior to March of 2021 that are on your
6 Exhibit B that you reviewed, PLM reports that MAS
7 did.
8          I just want to make sure I'm clear
9 about this. You are not saying that in any of those
10 reports that MAS made a systemic mistake of flopping
11 alpha and gamma, correct?
12   A.    Correct.
13   Q.    Okay. That's all I needed to check.
14   A.    Okay.
15   Q.    As it relates to the bentonite issue,
16 if the only two mixtures in that sample were
17 bentonite and Calidria talc -- that's terrible.
18 Look at me making mistakes. I'm making mistakes.
19         Going back to the bentonite sample,
20 if the only two mixtures in that sample are
21 bentonite clay and Calidria asbestos --
22   A.    Okay.
23   Q.    -- what is the particle that's in
24 those images, if not asbestos?
25         MR. HYNES: Incomplete hypothetical;

Page 317

1 assumes facts.
2    A.    Well, the only conclusion about that
3 particle is by their own data. See, they document
4 that refract index of each particle, and those value
5 don't conform to Calidria chrysotile.
6    Q.    I 100 percent understand what you're
7 trying to say, 100 percent get you.
8    A.    Okay.
9    Q.    My question to you is: If the only
10 substances in the mixture being looked at are
11 bentonite clay and asbestos, then what is it? Do
12 you have any idea what that particle is that appears
13 in those images?
14         MR. HYNES: Same objections.
15   A.    If I am asked to make a determination
16 because their data showed it is not; however, if I
17 was asked to confirm whether the identification is
18 correct or not, whether it is the Calidria
19 chrysotile, I would have to analyze the sample
20 myself.
21   Q.    So, you don't know what it is?
22   A.    Before I examine that.
23         I only know that from their report.
24 From their report, it's not.
25   Q.    Right.

Page 318

1          Wouldn't it -- I mean, so, let's talk
2 about the scientific method for a moment. All
3 right?
4    A.    Okay.
5    Q.    If you're coming to -- if you're
6 wanting to figure out the refractive index of a
7 previously uncategorized mineral. Okay?
8    A.    Okay.
9    Q.    And you have a known sample of that
10 mineral, and you conducted an analysis to figure out
11 what the refractive index of that mineral would be.
12   A.    Yes.
13   Q.    That's how you figure these things
14 out, correct?
15   A.    Yes.
16   Q.    Okay. So, if the only two options of
17 what is in that bentonite mixture is some mineral
18 and bentonite, whatever the mineral is in that
19 mixture is what is being evaluated and reported,
20 correct?
21   A.    Correct.
22   Q.    Okay. You're saying it can't be
23 chrysotile because of other data showing a lower
24 value for refractive index, correct?
25   A.    Let me clarify. I know your

33 (Pages 315 - 318)

SU - REDIRECT

Page 319

1 question, because there are only two components:
2 One is SB 210 chrysotile, and the other is a
3 bentonite. If it's not bentonite, what else it
4 could be, right?
5    Q.    That's my question.
6    A.    Yes. That's a very good question.
7    Q.    Thank you.
8    A.    It all come down to very basic
9 question, the test method -- whether you can
10 correctly perform the test method. If MAS is
11 capable, correctly perform the refract index
12 measurement, it is the first criticism in my MDL
13 report, as said, incorrect refract index
14 measurement.
15        Again, this report showed they are
16 incapable of correctly perform that procedure. If
17 they could, then they would not make the mistake.
18 The refract index should be correctly measured,
19 documented.
20    Q.    Okay. When did you and Mr. Hynes get
21 together to talk about your testimony relative to
22 the bentonite clay issue?
23    A.    No, we have not talk about that.
24    Q.    Come on, now.
25    A.    No.

Page 320

1    Q.    Come on. You've been so
2 straightforward with me for the last couple days.
3        You guys didn't talk about your
4 bentonite clay opinions before you came in here?
5    A.    You see, I only got this formal copy
6 yesterday. And when I looked at, the first thing I
7 check is all the information in this exhibits.
8    Q.    Yeah.
9    A.    I am fully capable to form my
10 opinion. I don't have a consult with anyone. You
11 see, this a very simple task, whether this
12 micrograph showed it is Calidria chrysotile, because
13 my answering last time it was, now I realized it was
14 not.
15    Q.    Okay.
16    A.    You see, I don't -- really don't have
17 to consult with anyone about this.
18    Q.    All right.
19    A.    Okay? Yeah.
20        MR. BRALY: Kevin, are the tabs that
21 are on that, are you including that as part of what
22 you're producing?
23        MR. HYNES: We should. It looks
24 like --
25        THE WITNESS: I just write down the

Page 321

1 value.
2        MR. BRALY: I know. It's fine. I
3 want to make sure we have a record of what it is he
4 tabbed.
5        With that, I can pass the witness.
6        MR. HYNES: Give me --
7        MR. PLACITELLA: I've got a couple of
8 minutes.
9        MR. HYNES: Okay, Chris. Go.
10 RECROSS-EXAMINATION BY MR. PLACITELLA:
11    Q.    I know I'm standing between everybody
12 and lunch, so, I'll try to be two minutes.
13        Can we go back to Exhibit 42, please.
14 That's the exhibit I was asking you about before.
15        MR. BRALY: 42 is the exhibit about
16 wet-sieved talc.
17        MR. PLACITELLA: Oh, what's the
18 one --
19        MR. BRALY: If you're looking for the
20 J4-1, that's 44.
21        MR. PLACITELLA: 44. Give me 44,
22 please.
23 BY MR. PLACITELLA:
24    Q.    Let me know when you have it in front
25 of you.

Page 322

1        MR. HYNES: He has it in front of
2 him.
3    A.    Yes.
4    Q.    Remember, this was the document you
5 went through that you said should not be used to
6 determine whether there's asbestos in talc.
7        Do you recall that?
8        MR. HYNES: Objection; misstates
9 testimony.
10    A.    Could you say the question again?
11    Q.    This is the document we spent some
12 time on before, what you said should not be used to
13 determine if there's asbestos in talc as a
14 specification.
15        You had problems with it, right?
16        MR. HYNES: Same objection.
17    A.    That page is for amphibole. Okay?
18 Page 7 is asbestiform amphibole mineral by optical
19 microscopy and dispersion staining.
20    Q.    Okay.
21    A.    I think it's not applicable to
22 determine amphibole.
23    Q.    Okay. Mr. Hynes asked you a question
24 about you don't know how long the specification that
25 you're critical of was in effect.

34 (Pages 319 - 322)

SU - RECROSS

Page 323

1          Do you recall that, him asking you
2 that question?
3      A.    No, I don't.  I don't know which year
4 it is, so, put out, so --
5      Q.    Can you go to the very first page.
6      A.    Okay.
7      Q.    All right.  Now go to the second
8 page.
9      A.    Hold on.  Okay.
10          Yes.
11      Q.    See where it says "copyright 1971"
12 all the way through 1990?
13      A.    Correct.
14      Q.    Does that give you some information
15 about how long this specification, or some version
16 of it, was being used?
17      A.    Correct.
18      Q.    That's all the questions I have.
19 Thank you.
20          MR. BRALY:  I think you might be
21 through.
22          Mr. Garde, do you have any questions?
23          MR. HYNES:  I don't think Mr. Garde
24 has any questions.  All right.  Let's go off the
25 record.

Page 324

1          (Deposition adjourns:  12:58 p.m.,
2 Eastern Standard Time.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 325

1          CERTIFICATE OF OFFICER
2
3          I CERTIFY that the foregoing is a true
4 and accurate transcript of the testimony and
5 proceedings as reported stenographically by me at
6 the time, place and on the date as hereinbefore set
7 forth.
8          I DO FURTHER CERTIFY that I am neither
9 a relative nor employee nor attorney or counsel of
10 any of the parties to this action, and that I am
11 neither a relative nor employee of such attorney or
12 counsel, and that I am not financially interested in
13 the action.
14
          *Andrea Nocks CCR CRR*
15
16          ANDREA NOCKS, CCR, CRR
          Certificate No. X100157300
17          Certificate No. XR00011300
18
19
20
21
22
23
24
25

35 (Pages 323 - 325)

**[& - 21]**                                                                 Page 1

### &

**&**   190:5,18
192:8,11,14,18
193:2,9 251:22
279:24 280:9
280:18 281:1
281:13 282:15
283:3 294:5,19
315:16,21
316:3

### 0

**0.05.**   229:22
**000017**   253:15
254:24
**001**   237:23
**002**   241:6
**003**   248:17
**003809-18as**
190:11
**005**   304:8,11
**01**   248:18 249:7
**017**   304:5
**019**   304:6,10
**03**   304:4
**07102**   192:13
**07701**   192:20
**08002**   193:11

### 1

**1**   239:11 248:22
250:14
**1.013**   304:10
**1.50**   230:1
**1.549**   292:12

**1.55**   233:3
234:3
**1.55.**   230:1
**1.550**   234:2
302:1 303:5
**1.550e**   302:15
**1.556**   292:12
**1.560**   302:2,25
303:6
**1.60.**   229:23
**1.605.**   274:1
**1.65**   229:23
**1.7**   241:7
**10**   191:5 213:10
213:12 237:8
242:11 255:2
**100**   192:12
266:3 317:6,7
**1000**   195:23
257:12
**10036**   192:10
**101**   219:9
**10613**   325:14
**108**   219:23
**10:11**   234:24
**10:18**   234:24
**10:54**   256:13
**11**   220:21,21
248:6,8
**110**   220:20
**112**   221:5
**1185**   192:9
**11:04**   256:13
**11:59**   286:21
**12**   238:7

**127**   192:19
**12:06**   286:21
**12:58**   324:1
**13**   212:19,20,22
217:16,20
301:17 304:5
**13.4**   248:15
**14**   208:14,17
213:23,24
**15**   263:15
**16-2738**   190:3
**17**   208:18
210:15 212:19
213:23
**18**   191:6 241:7
**1866**   233:4
235:18,25
289:15 292:8,9
**1866a**   292:9
**1866b**   292:9
**1886**   235:17
**1930s**   206:17
225:22
**1967**   224:15,16
**197,305**   194:6
**1971**   323:11
**1976**   299:10
**1977**   299:10
**1989**   308:10
**1990**   323:12

### 2

**2**   209:9,11
210:5,11 273:4
284:4,24

**2.1**   238:21,25
239:2 240:12
**2.1.**   239:13
**2.7**   237:24
**20**   250:4 263:15
**2003**   204:21
205:14
**2005**   195:10
216:20
**2015**   209:23
**2016**   195:7
207:13 209:2
209:17,23
211:6 213:20
293:21 294:2
294:22 295:14
295:17,19
**2020**   248:10
**2021**   295:20,20
296:1 297:8
309:13,22
315:25 316:5
**2022**   217:25
218:11 295:21
301:12 302:17
**2023**   195:20
218:23 219:5,8
222:3,13 223:9
237:4 306:3
**2024**   191:6
248:10 303:11
**204**   195:6
**207**   195:8
**208**   195:9
**21**   239:15,18,22
240:1 302:16

**[21 - a.m.]**

315:19

**210**   195:23
196:3 258:7
319:2
**216**   195:10
**218**   193:4
**219**   195:15
**21st**   303:11
**22**   288:22
**22262-1**   287:19
289:1,3,7
**225**   195:17
**227**   195:19
**236**   195:22
**24.2**   248:15
**25**   243:12
**256**   195:24
196:13
**258**   196:4
**259**   196:5
**26**   263:17,19,20
263:21
**260,321**   194:7
**27**   263:17,19,20
263:21 264:4
**28**   241:2
**287**   194:8

**3**

**3**   193:10 216:8
243:12 248:5,6
252:16 253:4
263:13 306:9
306:14,22
307:7,12,17
308:3 309:1

**3.4**   209:20
**30**   229:6,10,11
236:17 314:6
**300**   192:3
**302**   192:3
**304**   196:6,8
**310**   193:11
**32**   196:8 301:22
301:23 303:18
303:21 304:18
304:23
**34**   195:3 204:19
**34th**   192:9
**35**   195:7 207:12
**36**   195:9 208:24
209:9 210:15
**36104**   193:4
**37**   195:10
216:22
**38**   195:11 219:7
**39**   195:16 225:9
225:10

**4**

**4**   237:18
**40**   195:18 212:9
222:4 227:4,7
236:18 269:15
280:24
**400**   258:3
**41**   195:20
236:25 237:4
237:19 292:15
**42**   195:23
256:25 321:13
321:15

**43**   196:3 258:6
**44**   196:5 259:25
272:15 321:20
321:21,21
**45**   196:6 243:11
304:20
**46**   196:7 304:21
305:17
**46.7**   245:14
246:3

**5**

**5**   195:20 237:4
255:1
**5.3**   210:19
**5.3.2**   210:23
**5.4.1**   212:6
**5.9**   212:23
**5.9.1**   213:9
**5.9.5**   213:22
**5.9.5.**   213:25
**50**   236:18
255:19
**53**   217:21,24
218:3

**6**

**6**   210:16 304:5
**6500**   196:3
258:7,11

**7**

**7**   210:14,15
272:25 273:1
285:8,10
298:24 322:18

**71095**   247:19
**71940**   247:19
**72**   252:16 253:4
**73**   255:21
**75202**   192:4
**763**   212:9
**79**   261:21

**8**

**8**   212:3
**814**   246:2
**81814**   245:17
**83**   225:7
**83.5**   233:5
**86**   234:11
**86.5**   233:3,8
**87**   234:11

**9**

**9**   195:7 207:13
220:21 221:1
**90**   252:3
**92**   252:16
**93**   287:18
288:19,21
**95**   254:11
**99**   249:16
251:11 306:23
**99.9**   248:20
249:1,5,11
250:11,24
**9:12**   191:7

**a**

**a.m.**   191:7
234:24,24
256:13,13

286:21
**able** 255:23
256:3 260:12
260:16,21
261:3,9 266:2
267:15 283:17
310:9
**above** 218:8
248:10 304:10
**absolute** 227:24
274:15 287:13
287:20
**abstract** 195:10
216:19,24
**accept** 215:3,3
**access** 310:2,3
313:11
**accommodati...**
210:20
**accomplish**
278:9
**accordance**
207:3
**accredit** 207:7
**accreditation**
207:10 211:15
215:10
**accredited**
206:25 207:1
297:12
**accurate** 195:3
204:23 230:14
237:15 238:18
280:5 325:4
**accurately**
270:19

**acknowledg...**
221:6
**action** 312:9
325:10,13
**activities** 214:4
**actual** 213:19
262:19,20
264:16 294:13
**actually** 197:9
209:13 216:18
241:23 246:1
249:25 252:12
254:2,25
255:11 258:19
289:10 295:3,5
306:13
**additional**
197:20
**adjourns** 324:1
**advantages**
217:5 236:3
**advice** 279:23
**advise** 279:25
**aed** 274:22
**affect** 232:22
274:23 275:23
276:19 296:7
296:15,20,24
297:1 310:21
311:12 315:1
**affected** 274:3
274:6,8
**affecting** 261:7
277:25
**affiliated** 224:2

**afternoon**
263:4,10,13
**age** 229:3
**ago** 298:5
**agree** 200:23
215:23 236:2
238:13 241:10
255:10 284:16
285:12 286:6
288:1 296:16
308:25
**agrees** 255:6
**ahead** 229:20
238:7 246:21
256:11 258:9
259:23 293:15
299:3 301:9
**ahera** 294:14
294:15
**airborne**
294:11
**airport** 263:14
**al** 190:18
**alabama** 193:4
**allen** 193:2
**allow** 254:25
**allowable**
252:25
**allowed** 255:1
310:6,12
**allows** 243:25
**alpha** 227:11
227:25 229:23
230:1,2 266:12
287:14,20
288:4 292:12

296:4,17,19
302:16 304:2
310:16 314:25
315:4,12,22,22
316:11
**alternative**
217:7
**ambush** 300:18
**american**
204:20
**americas** 192:9
**amount** 252:7
253:9,11,13,17
254:3 264:3,5
**amphibole**
271:14,25
272:7 273:18
275:15 285:8
285:10,11
286:11 299:7,9
322:17,18,22
**amphiboles**
269:12 271:7
284:4,17,19
**analyses** 294:17
297:6
**analysis** 195:20
201:7,8 205:17
206:7,8 207:2
208:4,4 213:5
215:25 216:12
218:9 221:3
226:13 236:21
237:5 253:7
254:4 262:4
263:18,20,22

[analysis - asked]                                                          Page 4

| | | | |
|---|---|---|---|
| 265:25 266:20 | **analyzing** | **apology** 300:23 | **asbestos** 195:6 |
| 268:9 271:11 | 228:5 253:17 | **apparatus** | 195:16 202:4,9 |
| 271:13,19 | **andrea** 191:2 | 275:3,8 | 204:25 210:25 |
| 272:1,8 273:4 | 325:16 | **appear** 308:13 | 211:1 212:8 |
| 277:20,23 | **angle** 231:9,18 | **appears** 200:21 | 218:9 224:24 |
| 280:6 289:19 | 232:22,23,24 | 307:1,6,7 308:9 | 233:18,24 |
| 289:22,23 | 232:24 233:3,6 | 317:12 | 268:9,10,14,18 |
| 290:1,8,12 | 233:7 234:11 | **applicable** | 268:20 269:1 |
| 291:19 292:16 | 234:20 | 224:6 322:21 | 269:24 270:3,8 |
| 294:11,12,15 | **annular** 219:14 | **application** | 270:11,13,16 |
| 296:7,15 | 219:19 | 215:24 301:13 | 270:20 273:18 |
| 298:17,23 | **answer** 202:13 | **apply** 258:15 | 273:22,24 |
| 301:15 306:1 | 205:9,19,21 | 294:14 | 274:10,15 |
| 312:10,12,14 | 210:3 220:16 | **appreciate** | 275:14 276:4 |
| 316:3 318:10 | 222:9 240:16 | 203:8 287:7 | 277:4 278:18 |
| **analyst** 205:12 | 240:19 245:2,5 | 311:19 312:18 | 279:4,25 |
| 205:23,25 | 253:23 281:22 | **appreciated** | 280:10,19 |
| 206:19 216:2 | 281:24 303:22 | 221:12 | 281:2,14 |
| 218:16 221:2 | 308:18,21,22 | **approved** | 282:16,22 |
| 243:25 246:16 | 309:9 312:17 | 215:16 | 283:4,11 286:3 |
| 266:18 275:25 | 312:22 313:22 | **area** 244:1 | 288:24 292:7 |
| 278:1 284:13 | **answered** | **arrived** 262:23 | 294:11,12 |
| 290:9,25 | 267:10 270:10 | 263:2 | 295:11 299:20 |
| 310:19 | 279:7 293:18 | **article** 200:22 | 301:14 316:21 |
| **analytical** | 303:20 | 204:19 217:25 | 316:24 317:11 |
| 197:21 211:2 | **answering** | 218:24 308:10 | 322:6,13 |
| 266:1 283:11 | 202:14 240:17 | **articles** 204:15 | **asked** 202:10 |
| **analyze** 218:17 | 309:23 320:13 | **articulate** | 210:5 240:8 |
| 254:11 268:20 | **anybody** 255:2 | 308:15 | 251:19 259:23 |
| 317:19 | **anymore** | **asbestiform** | 267:10 270:9 |
| **analyzed** | 282:11 288:14 | 269:7,9 271:6 | 271:10 272:3,5 |
| 253:10 291:21 | **anyway** 275:13 | 271:14,25 | 279:6 280:13 |
| 292:23 293:7 | **apereo** 256:20 | 272:8 273:4 | 280:15 289:18 |
| 293:12 | **apologize** | 275:11 285:8 | 291:15 293:20 |
| **analyzes** | 278:12 300:21 | 286:11 298:17 | 297:15 303:18 |
| 265:23 | | 322:18 | 315:24 317:15 |

**[asked - becke]**                                                    Page 5

317:17 322:23
**asking** 202:18
  203:5,9 209:25
  210:1,4,9
  240:11 255:7
  259:8 272:5
  278:23 280:16
  280:22 281:7
  281:10 305:5
  309:4,21
  321:14 323:1
**aspect** 239:25
  269:4 279:8,11
  279:22
**assess** 207:22
  283:10,13
  294:13
**assesses** 295:2
**assessing**
  207:24 218:4
**assessment**
  195:8 207:6,8
  207:14 208:6
  215:5,5 277:13
  294:9 295:7,19
  295:20,22
  296:21 311:20
  312:4 315:25
**assessor** 214:25
  215:3,4,4,8
  293:24 295:2,3
  295:6 296:13
  310:3 313:25
**assessor's**
  213:15 215:1
  295:14

**assign** 215:8
  290:4 295:24
  309:19
**assigned** 314:15
**assigning** 283:3
**assignment**
  310:16
**associated**
  236:16
**assumes** 317:1
**assurance**
  214:4
**assurances**
  236:10
**assure** 280:3
**assuring**
  212:25
**astm** 202:8
**atoms** 292:1
**attached**
  208:13,19
**attain** 252:24
**attention** 301:4
  307:3,9 308:5
**attorney** 325:9
  325:11
**attorneys** 192:4
  192:13,20
  193:5,12
**audit** 294:25
  295:1
**authored**
  256:17
**available**
  243:22 299:24

**avenue** 191:5
  192:9,19
**aware** 220:5,10
  226:13 236:20
  236:23 252:1,4
  294:7 297:8
**axis** 228:16,17
  228:17

**b**

**b** 195:1 196:1
  316:6
**baby** 247:24
  248:2,19,25
  249:4,9,11,15
  250:11,23
  251:2,20,24
  283:12 294:20
  316:3
**back** 209:8
  212:17 215:19
  316:19 321:13
**bad** 287:1
**bandli** 221:14
  221:21 222:5
  222:14 223:10
  223:20 238:4
  241:15
**bank** 192:20
**bar** 239:1,1,7
  246:13,14,24
  302:19 305:11
**bars** 243:16
**base** 246:25
**based** 201:15
  205:14 211:20

212:16 214:22
  214:24 215:11
  235:16 244:16
  245:12,17,18
  245:18 246:23
  249:10,12
  261:10 269:15
  269:17,18
  272:5 303:25
**basic** 254:12
  296:16 319:8
**basically** 305:7
**basing** 246:1
**beasley** 193:2
**beat** 286:25
**becke** 195:11
  198:1,13,20,21
  198:25 199:1,8
  199:9,23,25
  200:3,4,11,21
  200:25 201:6
  204:8 205:5,5
  205:16 206:5,8
  206:15,18
  215:19,24
  216:12 217:2,6
  218:6,15,20,24
  220:1,11 221:2
  221:9 226:12
  261:21 262:4,7
  263:22,25
  264:3 271:12
  271:19 272:1,8
  286:9 289:19
  289:21 290:1,7
  290:15,18,20

291:4,13 306:1
**behalf** 208:5
**believe** 204:5
205:15 215:25
218:1 220:22
236:12 241:4
259:18 294:1
299:17
**ben** 272:10
286:18
**bench** 296:18
315:1,5,7,9
**benjamin** 192:2
**bentonite**
303:19 316:15
316:17,19,21
317:11 318:17
318:18 319:3,3
319:22 320:4
**bertrand** 275:4
**best** 233:17
241:21 264:2
278:21
**better** 313:10
**beyond** 250:14
298:23
**bibliography**
308:9
**big** 256:9
**bigger** 227:6
241:19 272:20
**bill** 278:25
**billed** 264:12
279:1
**biography**
215:2

**birefringence**
226:22 227:10
227:18,23
228:4,11 229:4
229:12,16,17
229:22 230:6
287:13,19
304:4,8 306:11
307:1,8,20,23
308:2,8,16,22
**bit** 198:1 271:3
313:10
**bits** 258:21
**blanks** 210:25
**bloss** 287:19
**blue** 233:2,7,9
234:12
**bo** 295:20,22
296:3,20
309:14 310:15
310:19,25
311:5,8,10,20
312:19,21
315:6 316:2
**border** 201:24
203:16
**borders** 225:13
226:7
**bottle** 248:3
253:16
**bottom** 207:17
246:12 248:8
255:21
**braly** 192:2
194:6 197:4
203:13 234:21

235:1 256:15
257:8 259:15
259:18,22
260:2 271:19
272:12,15,19
293:14 302:3
305:2,14,21,22
308:20 313:6,8
320:20 321:2
321:15,19
323:20
**branham** 192:2
**break** 226:19
234:21 259:20
**briefly** 204:16
215:20 305:21
**brightness**
261:15
**bring** 301:3,10
303:8,15
**bringing**
300:17
**broke** 227:5
**brought** 220:23
300:4,12 301:6
301:16,20,24
303:10 304:14
**brunswick**
191:5 286:25
**bryan** 221:14
221:21 222:5
222:14 223:10
**bulk** 212:8
218:9 294:10
295:10

**bundle** 232:7,9
232:20 233:11
233:16 234:18
237:21 238:14
238:16 241:11
291:16,19
292:13
**bundled** 231:25

### c

**c** 192:1,11
193:1 196:1
197:1 213:4
**calculate**
227:18 245:15
264:15
**calculated**
306:10 308:16
309:5
**calculating**
230:4
**calculation**
198:2 254:5,14
254:16,17
255:2,12,18
307:24
**calibrate**
233:19 234:2
266:15,18
276:21
**calibration**
212:5 213:1
274:5
**calidria** 195:22
235:20,25
236:21 237:5

238:9 241:3,15
242:10 303:20
303:23 304:3,7
304:8,11,12
316:17,21
317:5,18
320:12
**california**
274:16
**call** 291:4
**called** 198:12
199:18 200:3
204:23 210:19
212:23 223:16
224:24 225:22
256:19 267:24
268:22
**calls** 205:18
276:14 280:11
283:7,25
314:19
**campus** 193:10
**capable** 207:25
279:3 280:4
281:25 282:5,8
282:14,17,18
282:20 283:22
319:11 320:9
**capture** 244:1
**carbonates**
252:7
**care** 193:12
216:23
**career** 250:4
**cargille** 233:20
302:1,2,15

**carried** 305:8
**cars** 252:14
**case** 197:22,23
216:6 234:13
254:16 260:23
261:17,20
294:6
**cases** 206:3
236:17
**cause** 197:17
199:24 312:9
312:10
**ccr** 325:16
**celsius** 302:17
**center** 192:12
254:9
**central** 199:18
200:11 203:1,4
219:14,19
262:14 264:6
273:23 275:23
277:13,25
279:9,11,14,17
289:22,25
290:3,10,11,19
290:25 291:18
298:22 299:20
305:3
**certain** 236:3
249:22
**certificate**
191:4 325:1,16
325:17
**certification**
211:11

**certified** 191:2
191:3
**certify** 325:3,8
**cfr** 212:9
**change** 200:8,8
229:15 231:11
231:13 291:20
292:4,5,13
**changing**
226:15 231:14
**characteristics**
199:9
**characterize**
314:23
**charge** 264:8
**chart** 195:18
202:23 224:16
227:8,16,16,19
227:20,23
228:7 229:2,13
229:14 230:2
230:11 302:10
**charts** 226:18
226:21 227:18
228:15,18
303:16
**check** 316:13
320:7
**checklist**
211:16 214:16
**chemical** 236:5
236:12 291:25
**cherkasov**
225:22
**cherry** 193:11

**chicago** 221:22
222:1
**chris** 259:15
305:2 321:9
**christopher**
192:18
**chrysotile**
233:4 235:11
235:12,18,20
236:16 237:23
238:14,15
241:6,22 242:1
248:17 249:6
249:16 251:8
251:13,17
252:9 268:12
268:14,15,17
268:20 271:11
271:20 275:15
277:7 283:12
285:13 287:24
288:20 289:4,9
292:7,12,16
294:19 296:5
297:6 301:25
302:1,15
303:20,23
304:3,7,11,12
317:5,19
318:23 319:2
320:12
**chun** 190:16
194:4
**cite** 224:17
288:25

**[cited - conceptually]**                                                    Page 8

**cited** 287:18
**clarification**
  282:23 304:25
**clarify** 284:2
  318:25
**clark** 190:14,14
  197:22
**clause** 209:20
**clay** 316:21
  317:11 319:22
  320:4
**clear** 202:3
  209:19 228:8
  316:8
**clearly** 256:6
  315:13
**client** 294:16
**close** 256:12
  315:11
**closely** 198:22
**cohen** 192:18
**collaborated**
  222:4
**collaboration**
  222:7,11
**colleague** 209:5
**collect** 258:3
**color** 195:18
  198:25 199:2,4
  199:6,6,10
  200:6 201:15
  201:23 202:2,3
  202:5,9,15,16
  202:22 206:2,2
  223:12 224:16
  225:12 227:8

227:20 233:23
234:5,14 261:7
263:24 264:7
266:16,19
273:23,25
274:2,3,5,6,8
274:11,18,21
274:23 275:1
275:18,21,24
276:7,17,19,21
276:23 277:11
277:14,25
278:3,4 279:10
279:17,18
286:8 290:4,20
290:22,23
291:9,10,11,12
299:16,21
302:10,19
305:10 307:15
**colored** 226:7
**coloring** 201:25
**colors** 198:19
  221:9 291:2,3
**column** 302:18
**come** 234:1,4
  319:8,24 320:1
**comes** 215:4
**coming** 203:17
  234:10 300:16
  318:5
**commencing**
  191:6
**comment**
  213:13 297:2
  313:12

**comments**
  213:6,7,13,16
  213:19,20
  214:12 296:24
  297:4 309:14
  310:9,14
  314:11
**commerce**
  193:4
**commercial**
  218:10
**commercially**
  299:24
**commissioned**
  277:18 278:19
  280:8
**common**
  201:11 218:4
**communicate**
  242:20
**compare**
  202:23 220:1
  227:20
**competing**
  216:13,17
**complaints**
  235:4
**complement**
  306:2
**complementary**
  217:5 290:1
**complete**
  273:20 278:8
  284:12 285:16
  285:17,21,22
  295:9

**completely**
  199:24 200:16
  217:11 277:5
  304:6
**completing**
  295:6
**compliance**
  214:16
**complied** 212:1
**comply** 207:25
  213:10 311:25
**component**
  232:19 234:14
  249:8 251:7,7
  254:13 273:24
  274:10
**components**
  251:11,13
  319:1
**composition**
  236:5,8,12
  291:25,25
**comprehension**
  250:14
**comprehensive**
  280:5
**computer**
  227:5
**concentration**
  249:6,16
**concentrations**
  248:17
**concept** 287:12
  289:19 290:7
**conceptually**
  228:13

**[concern - correct]**                                        Page 9

| | | | |
|---|---|---|---|
| **concern**   294:10 | **conjunction** | **control**   211:3 | 230:21,24 |
| **concerning** | 220:12 | **convert**   277:11 | 231:2,4,16 |
| 260:13 261:15 | **connect**   292:1 | 278:4 | 235:18 236:14 |
| **concert**   216:18 | **consider** | **copy**   237:1 | 236:18,19,22 |
| **conclude** | 278:24 | 272:22 295:9 | 237:9,10,12 |
| 250:22 | **consistency** | 307:11,15 | 238:4,6,17,21 |
| **concluded** | 211:1 | 320:5 | 238:22,24 |
| 311:11 | **consistent** | **copyright** | 240:13 241:11 |
| **conclusion** | 235:24 240:22 | 323:11 | 241:17 242:12 |
| 247:11 251:12 | 276:12 | **correct**   198:6 | 242:16 243:7 |
| 317:2 | **consisting** | 198:14,15 | 243:22,23 |
| **conditions** | 248:19 250:11 | 204:14 205:7 | 244:3,19 246:4 |
| 210:20 294:1 | **constant** | 207:19 209:3,4 | 246:5,17,18 |
| **conduct**   253:7 | 274:22 | 209:10 210:13 | 247:18,22 |
| **conducted** | **constructive** | 210:21 211:7,8 | 255:16,17,20 |
| 197:20 209:3 | 221:15 | 211:10,12,21 | 259:2 260:19 |
| 209:16 236:20 | **consult**   320:10 | 211:22 212:14 | 260:23,24 |
| 318:10 | 320:17 | 212:18,24 | 261:1,2,5,11,12 |
| **conducting** | **consumer** | 213:18 214:6,7 | 261:18,19 |
| 221:2 300:19 | 252:2 | 214:19,20,21 | 262:4,7,8,22 |
| **confidence** | **containers** | 215:15,18 | 264:21 265:1,5 |
| 252:25 254:12 | 294:20 | 216:14 217:8,9 | 265:6,7,10,11 |
| 255:3 | **containing** | 217:12,13 | 266:4,5 267:9 |
| **confirm**   200:1 | 273:18 | 218:1,2,12,13 | 267:16,17 |
| 200:16 201:6 | **contains**   270:2 | 218:17,18,22 | 271:21,22 |
| 205:6,15 206:8 | **contamination** | 219:2,3,13,15 | 273:19 277:2 |
| 206:22 218:15 | 211:2 | 219:16,20,21 | 277:13 279:16 |
| 270:17 271:13 | **context**   298:10 | 220:2,3,6,25 | 282:11,12 |
| 317:17 | **continue** | 221:3 222:5,15 | 283:14,19,20 |
| **conform**   317:5 | 219:22 220:20 | 223:3 224:21 | 285:18 286:14 |
| **conformity** | 230:10 251:6 | 225:18 226:5,6 | 287:16,21,22 |
| 235:6 | 301:7 | 226:9,10,13,14 | 288:6 289:24 |
| **confuse**   296:4 | **continued** | 226:23,24 | 290:4,6,22 |
| **congratulations** | 197:4 | 227:1,8,9,12,13 | 293:1,13 294:2 |
| 305:24 | **contributions** | 227:21 228:5 | 294:3,6,24 |
| | 221:7 | 228:14,21 | 296:2,23 303:3 |

**[correct - define]**                                                           Page 10

306:3,5,6,11
307:20,21,25
308:17 309:7
309:10 310:18
311:6,11 312:9
314:2,20 315:5
315:23 316:11
316:12 317:18
318:14,20,21
318:24 323:13
323:17
**corrected**
253:18
**corrective**
312:9
**correctly**
203:22,25
215:22 233:8
242:10 277:8
277:10 278:3,9
279:9 284:7,8
310:15 311:16
319:10,11,16
319:18
**corresponding**
199:5
**corresponds**
202:17
**cosmetic** 285:3
297:7
**council** 193:12
**counsel** 265:12
292:14 325:9
325:12
**count** 263:23
292:15,20

296:5
**counted** 261:21
**counting** 316:4
**county** 190:10
261:24
**couple** 255:6
256:23 271:4
280:23 287:5
300:4 320:2
321:7
**coupled** 206:7
**course** 201:22
250:18 256:2
281:8 282:8
284:11 296:19
297:21 310:3
315:1
**court** 190:1,10
191:2,3 234:16
301:4
**cover** 253:19
279:8,11,12,13
279:22 285:2
**create** 243:16
**created** 304:25
**criteria** 247:5
269:23 286:8
295:10
**critical** 221:6
232:24,24
233:3,6 322:25
**criticism**
200:24 213:16
235:10 249:10
308:15 319:12

**criticisms**
295:16,25
**criticize** 306:10
**criticized** 309:5
**critique** 201:7
**crop** 244:5
**cropped** 244:23
245:16,19,21
247:6,8,10,15
**cross** 260:6
287:10
**crow** 193:2
**crr** 325:16
**crystal** 236:5
269:21 291:23
292:1
**crystallography**
284:10
**csds** 220:1
**ctfa** 273:4
285:3,6 297:16
**current** 245:12
**currently**
297:11
**curvature**
231:18
**curves** 241:25
**customer**
312:13
**cut** 229:10

**d**

**dallas** 192:4
**data** 196:13
240:22 245:13
245:13,17

256:1,7 259:5
259:10 260:17
260:18,22
261:10,12,15
283:18,23
299:7 317:3,16
318:23
**date** 325:6
**dated** 207:12
315:18
**day** 220:24
261:21 262:23
263:2,3,4,7,8,9
263:9 288:18
301:17,18
**daylight** 274:23
275:22
**days** 262:18,20
262:24 263:1
264:9 280:23
287:7 300:19
314:6 320:2
**deal** 256:9
**dean** 192:2
**debate** 203:1
**debating** 203:2
**decide** 217:13
301:6
**deeply** 221:12
**defendant**
192:13 193:12
**defendants**
190:19
**define** 222:21
269:23 274:10

**[defined - discussing]**                    Page 11

| | | | |
|---|---|---|---|
| **defined**  274:9 | **describing** | 271:20,24 | **differentiate** |
| 287:20 | 199:22 288:23 | 272:7 275:9,14 | 290:21 291:12 |
| **definitive**  262:3 | **description** | 282:21 284:13 | **differently** |
| 262:6 | 195:2 196:2 | 286:3 290:2,17 | 226:1 233:11 |
| **definitively** | **despite**  260:20 | 291:1 299:6 | **difficulty**  268:6 |
| 275:10 | 261:4,8,14 | 322:6,13,22 | 282:7 |
| **degree**  232:12 | **detail**  266:1 | **determined** | **diffraction** |
| 233:3,5,8 | 277:19 | 227:10 228:4,6 | 267:24 268:1,3 |
| 234:11 | **detailed**  221:15 | 234:19 291:24 | 268:8,11,21,21 |
| **degrees**  302:17 | 277:22 278:15 | 308:23 | 268:22,24 |
| **deliberate** | 281:25 | **determining** | 269:4,9,25 |
| 300:24,24 | **details**  279:16 | 198:13 199:23 | 270:7,17 |
| **density**  293:4 | 285:16 | 217:12 226:22 | **digit**  250:15 |
| **depend**  274:18 | **detect**  269:9 | 270:2 283:4 | **direct**  197:4 |
| **dependent** | **determination** | 289:20 | 233:13 |
| 290:16 | 195:4,13 | **develop**  233:19 | **directions** |
| **depending** | 201:13 204:24 | 278:8 | 227:12 |
| 228:19 231:5 | 207:9 212:7 | **developed** | **disagree**  203:18 |
| **deposed**  221:20 | 217:8 218:25 | 202:23 206:18 | 267:6 |
| **deposition** | 237:16 286:9 | 229:2 230:11 | **disagreed**  266:7 |
| 190:14 197:23 | 312:23 317:15 | 298:10 299:15 | 267:2 310:23 |
| 216:8 220:24 | **determine** | **device**  257:22 | 311:13 |
| 265:9,13,16,21 | 198:5 199:10 | 299:24 | **disagreeing** |
| 279:1 281:11 | 202:24 205:24 | **differ**  260:25 | 203:21 |
| 287:7 288:11 | 206:16,20 | **difference** | **disagreement** |
| 288:18 292:18 | 210:25 211:17 | 244:14 270:12 | 267:21 |
| 300:5,13,18 | 214:16 215:2 | 287:14,20 | **disclosed** |
| 301:19,23 | 215:10 216:13 | **different** | 300:11,18 |
| 305:1,1,25 | 217:3,14,15 | 228:19,24,25 | **discuss**  201:5 |
| 324:1 | 218:17 220:13 | 238:9 244:11 | 205:4 309:10 |
| **derive**  279:13 | 227:22,24 | 244:13 247:3 | **discussed** |
| **describe**  202:9 | 229:12 236:7 | 247:17,17,20 | 222:20 309:6 |
| **described** | 251:23 254:13 | 248:2,11 | **discusses** |
| 248:12 287:13 | 258:24 268:25 | 275:20,21 | 215:23 |
| 288:17 299:12 | 269:4,6,20,22 | 276:11 282:25 | **discussing** |
| | 270:18 271:6 | 304:3 | 258:25 259:4 |

**[discussion - easily]**

Page 12

**discussion**
203:3 215:20
260:5 282:9
313:7
**dispersion**
195:12 198:5
198:18 199:1,4
199:6 200:1,5,6
201:8,14
204:11 205:6
205:16,23
206:1,2,7,9,17
215:25 216:12
217:2,4,10
218:7,8,25
220:12,22
221:9 223:12
224:15 226:12
233:23 234:5
234:13 261:7
262:14 263:24
264:6 266:16
266:19 273:13
273:23,25
274:2,2,4
275:24 276:6
276:19,21
277:9,13,25
278:3 279:9,11
279:14,17
286:7 289:23
289:25 290:3
290:10,11,19
290:21,22
291:1,2,9,9,10
291:11,18

298:22 299:16
299:21,23
300:1 301:12
302:10 305:3
306:2 322:19
**dispersions**
195:21 237:5
**displayed**
266:19 274:24
275:24 278:1
291:11
**distinguish**
206:1,4
**distort**  228:23
230:20 231:4
232:7 233:11
**distorted**  206:2
232:13,17
233:23 234:14
274:4 290:21
291:3,11
**distribution**
241:14,22,25
242:4 293:11
**district**  190:1,2
**division**  190:10
**docket**  190:11
**doctor**  203:5
230:7 273:7
279:2 280:16
281:23 315:10
**document**
207:12 209:13
210:1,1 213:14
218:21 225:7
255:14 259:22

272:11 280:1,5
298:8 300:17
301:24 302:11
303:10 307:2
309:25 317:3
322:4,11
**documented**
296:3 304:1
319:19
**documents**
251:23 252:1
300:5,10,25
309:16,22
313:11
**doing**  205:16
207:20 209:17
263:18,20
264:24 288:10
**download**
310:5,6,13
**dozen**  315:11
315:15 316:4
**dr**  200:24 201:7
201:22 203:16
220:9 221:14
222:4 223:19
223:20 224:9
224:18,19
225:16,18,24
226:11 235:2,5
240:13,20,23
240:25 241:14
241:15 242:16
242:20,21
256:16 260:8
260:12 261:1

261:11,16,24
262:15 265:9
283:17,21
287:6 288:17
294:18 295:20
295:22 296:3
296:20 297:6
297:11 299:15
299:18 301:9
302:16 303:16
305:23 306:10
308:17 309:6
310:25 311:20
312:19,21
313:9 315:6
316:2
**dry**  257:21,21
**due**  234:15
**duly**  197:2
**dumb**  253:22
253:23
**dustin**  190:14

**e**

**e**  192:1,1 193:1
193:1 195:1
196:1 251:4
256:20,20
**earlier**  260:21
283:16
**early**  229:3
**ease**  302:22
**easier**  257:19
307:14
**easily**  306:15

**[eastern - existed]**

**eastern**  191:7
234:25 256:14
286:22 324:2
**edge**  201:23
233:21
**edx**  236:8
**edxa**  238:15
**effect**  310:22
322:25
**effective**  206:5
**efficient**  257:21
257:24
**either**  197:22
207:9 244:19
245:23 247:9
**electron**  236:3
258:13
**elemental**
236:8 291:24
**elongation**
266:12
**emeritus**  221:7
**emphasis**
301:14
**emphasize**
268:14 275:13
277:3
**employee**  325:9
325:11
**enabled**  261:16
**ended**  255:19
**english**  192:11
**entire**  200:19
218:20 243:21
244:2 246:16
307:2

**entirely**  228:9
**entitled**  218:24
243:15 246:21
**environmental**
210:20 218:10
**epa**  202:8 212:7
288:21 294:11
294:12
**equal**  253:1
264:5
**equally**  237:15
**equation**
254:24
**equipment**
266:20
**error**  208:12
214:9 252:25
255:1 310:15
311:12
**especially**
221:8
**esq**  192:2,8,11
192:18 193:3,9
**essentially**
310:20
**establishing**
224:6
**estimate**  264:2
**et**  190:18
**etd**  195:23
196:3 257:12
258:7
**evaluate**  198:20
211:16 303:17
312:11

**evaluated**
211:6,13
242:11 294:21
318:19
**evaluates**
203:16
**evaluating**
204:7 250:7
**evaluation**
195:9 197:21
208:25 209:3
212:12 246:23
313:3
**everybody**
277:20 321:11
**evidence**  292:7
**exact**  264:14
313:19
**exactly**  201:20
283:12
**exam**  303:21
**examination**
190:15 194:5
197:4 260:6
287:10 305:22
321:10
**examine**  199:9
229:5 235:19
317:22
**example**  195:19
227:7 233:2,7
233:17 234:2,9
245:13
**examples**
216:11

**exceeded**
315:23
**exceeding**
232:24 234:11
**except**  221:21
**excerpt**  225:3
**excerpts**  303:1
**excess**  315:12
**excuse**  313:14
**executive**
193:10
**exhibit**  196:8
204:19 207:12
208:15,24
209:9 210:15
216:8,22
217:16,20
219:7 225:9,10
227:4,7 236:25
237:4,19
243:12 248:5,6
252:16 253:4
256:25 258:6
259:24,25
272:15 292:15
301:17,22,23
303:18,21
304:18,23
305:16 306:9
306:14,22
308:3 316:6
321:13,14,15
**exhibits**  300:8
304:9 320:7
**existed**  285:14

**[experience - following]**                                                            Page 14

**experience**
269:16,17
270:6 280:23
291:14
**experimentati...**
197:21
**expert** 201:10
201:11 248:12
269:8 288:11
293:15
**expertise** 272:6
**explain** 234:7
258:8
**express** 221:13
280:14 311:15
**extrapolated**
243:20
**extrapolation**
246:2
**extremely**
248:14
**eyes** 230:21
231:15 239:21
266:19 276:23

**f**

**f** 191:2
**face** 286:3
**fact** 217:14
218:19 232:20
256:11 290:17
294:10
**factor** 261:7
**factors** 274:9
276:18,25
277:25

**facts** 317:1
**fails** 286:13
**failure** 200:25
**fair** 300:15,16
**fall** 237:8
**falling** 257:23
**familiar** 205:1
216:24 267:23
268:3 297:20
**far** 232:5
241:13 255:19
265:17 266:14
266:21 267:3
271:10 272:3
291:13
**fed** 231:15
**feedback**
222:17
**fiber** 232:19,20
233:10,16,16
233:16 234:18
234:18 236:16
238:19 258:25
292:13
**fibers** 232:21
233:12,12
238:14,16
**fibrils** 292:10
**fibrous** 286:8
**field** 224:20
243:21 244:2,7
244:18,24
245:12,12,16
246:7,16 247:2
247:8,8,10,13
247:14

**figure** 220:21
221:1 318:6,10
318:13
**figures** 220:21
220:21
**file** 257:7,9
258:6,8,10,16
**filter** 274:23
275:22
**financially**
325:12
**find** 198:24,25
221:2 241:15
242:10 253:5
268:12,14
278:17 285:13
307:11 312:19
**finding** 235:12
270:22 279:4
**fine** 197:6
244:16 257:24
260:9 289:17
293:16 305:14
313:6 321:2
**finish** 203:11
204:3 210:2
230:7 310:8
**finished** 273:9
**first** 206:16
217:1 219:17
220:4,8,24
221:25 237:21
244:4,17 245:2
245:14 254:10
254:15 256:24
261:20 263:7

266:11 270:1,7
279:10,15
281:19 287:11
292:18 297:22
297:24 301:11
301:16,18
302:14 305:24
307:6 309:19
311:20 319:12
320:6 323:5
**five** 248:10
250:18 256:12
259:20 286:17
286:19
**flaw** 299:4
**flip** 208:13,18
**floor** 192:9
**flopped** 315:21
**flopping** 316:10
**fluid** 198:22,23
201:24 203:17
**focus** 203:8
294:14
**focused** 244:2
**focusing** 203:10
**folder** 256:19
258:16 302:15
**follow** 204:6
207:21 235:8
277:21 283:6
**followed**
283:21
**following**
207:25 211:16
253:4 276:13
276:15 286:6

**[following - group]**                                                    Page 15

299:23
**follows** 197:3
**foregoing** 325:3
**forgot** 219:6
286:18
**form** 238:5
240:14,21
279:6 283:7
295:9,10,11,11
295:12 320:9
**formal** 209:22
320:5
**forming** 283:19
**formula** 252:23
252:23 253:5
255:24
**forth** 255:25
325:7
**found** 212:8
213:23 236:21
238:3,24
240:13,20
241:18,19
266:21 283:11
313:24 314:5
**four** 192:12
196:6 304:20
**fourth** 251:11
**fov** 247:12
**fraction** 248:21
248:22 250:13
250:13,15
251:17
**fractions**
248:15

**free** 210:25
**front** 217:17
263:5 284:3
306:20 321:24
322:1
**full** 208:22,25
225:8,11 247:7
247:10 303:5,5
**fully** 280:4
320:9
**fundamental**
296:25
**further** 248:16
298:21 325:8

**g**

**gamma** 227:11
227:24 229:23
230:1,2 266:12
287:14,21
288:5 292:11
296:4,17,19
302:16 304:2
310:17 314:25
315:4,12,22,23
316:11
**garde** 192:11
323:22,23
**gateway** 192:12
**gathered**
198:16
**gears** 292:14
**general** 268:15
295:10
**generate**
283:18

**generated**
261:16
**generating**
283:22
**getting** 278:20
**give** 272:14
278:14 279:5
280:4 288:12
294:8 295:8
306:17 321:6
321:21 323:14
**given** 227:20
233:10 245:19
246:15
**gives** 275:2
**giving** 279:23
282:17
**glass** 229:7
230:25 231:3,6
231:12,20,20
233:17,20,20
234:1,3
**glasses** 230:20
230:20,25
231:14,16
**go** 208:23
210:14 212:3
212:19 229:20
233:25 246:21
252:20 255:7
256:11 258:9
259:15,23
267:22 279:18
292:10 293:15
298:20 299:3
299:11 301:9

306:14,19
313:4 321:9,13
323:5,7,24
**god's** 209:6
**goes** 241:14
**going** 197:14
204:19 216:19
217:16,20
224:23 226:17
227:3 230:20
248:4 252:12
252:13 253:2
255:7 256:6,23
256:24 259:23
271:3 287:2
288:9,11
306:17 312:8
312:17 316:19
**good** 197:7,8,17
206:13 231:23
240:24 259:15
319:6
**grade** 238:10
**gram** 253:15
**grams** 254:1
**grant** 215:10
**graphic** 299:15
299:19
**great** 197:14
217:19 258:18
306:7
**greater** 296:19
**grid** 293:2
**grossly** 250:17
**group** 221:14
223:19 224:2

**[guarantee - identifying]**                                                    Page 16

**guarantee**
276:12 277:16
**guess** 228:16
235:10 302:13
303:1,15
304:14,17,19
**gunter** 220:9
221:7 222:4,14
**guys** 320:3

**h**

**h** 195:1 196:1
197:1,1 251:3,4
**half** 262:17,20
262:24,25
263:3,9,13
**hand** 216:19
224:23 228:16
228:18 237:2
283:5
**handing** 208:23
236:24 302:5
**handwritten**
196:7 305:16
**happen** 232:22
**happened**
280:2 297:5
314:4
**hard** 272:22
307:11
**he'll** 286:18
**head** 256:5
267:3
**hearing** 287:5
**heating** 221:11

**heavy** 248:13
248:21 249:17
250:5,6,12
265:2
**held** 260:5
282:9 313:7
**heldrich** 191:5
**help** 200:1
265:12
**helps** 258:19
**henrich** 193:9
**hercules** 249:21
250:4 254:9
**hereinbefore**
325:6
**hess** 266:6
**hess's** 265:9,9
**high** 231:22
275:4,19
**higher** 229:17
**highlight**
252:13
**hill** 193:11
**history** 229:1
280:24
**hold** 323:9
**holes** 257:20,23
**hopeful** 286:24
**hotel** 191:5
**hour** 263:8,10
263:11 278:20
**hours** 263:16
263:18,19,20
263:21 264:4
264:10

**howevers**
246:22
**hum** 200:14
229:24 230:18
235:21 239:14
240:3
**hynes** 192:8
194:8 203:11
205:18,21
210:2 220:7
221:23 224:12
233:14 234:23
237:3 238:5
240:14,21
250:25 257:6
265:22 267:10
267:18 269:2
270:4,9 271:15
272:23 275:12
276:14 279:6
280:11,20
281:4,16
282:12 283:7
283:24 284:5
287:3,10
288:15,16
293:17 299:3
300:12,21
301:2,5,8
302:12,20
305:6,10,15,19
308:19 310:24
311:14 313:4
316:25 317:14
319:20 320:23
321:6,9 322:1,8

322:16,23
323:23
**hypothetical**
233:14 283:24
316:25
**hypotheticals**
291:16

**i**

**idaho** 221:8
**idea** 205:14
249:10 264:12
264:23,25
271:1 287:23
317:12
**identification**
195:2,16 196:2
224:24 230:14
270:12,13,14
270:24 317:17
**identified**
294:19 296:12
316:1
**identify** 202:3,4
202:9 226:4
229:8 249:8
251:8 273:17
273:22,23
274:14 275:1
276:3 277:3,7
278:6 296:8
299:8 311:22
312:2 315:7
**identifying**
203:19 217:10
286:10

**[identity - informing]**                                      Page 17

**identity** 244:15
**ii** 190:16
**illumination**
 218:7 274:4,20
**illustrates**
 219:18
**image** 195:24
 196:4 203:16
 220:1 238:8,18
 241:3 243:19
 243:21 244:5
 244:17,21,22
 244:23 245:19
 246:3,14 247:2
 247:6,13,14,15
 258:5,13
 261:12
**images** 219:25
 221:1 241:24
 244:6,19
 247:16,17
 256:20,23,25
 316:24 317:13
**imerys** 243:6
**immersed**
 217:4
**immersion**
 217:4,8 234:3
**imminent**
 224:20
**impact** 291:16
 293:11 296:10
 296:11 312:12
 312:14
**imperative**
 286:7

**important**
 197:10 229:19
 269:23 276:2,8
 278:2 291:7
**impossible**
 244:7
**impression**
 298:6
**improved**
 221:11
**inability** 243:16
**incapable** 284:8
 319:16
**incident** 231:18
 232:23 233:6
 234:10 312:20
 312:23 313:1
**include** 214:5,6
 269:12 277:17
 289:3,7
**included** 293:7
**includes** 209:8
 209:9 214:5
**including** 202:4
 282:22 320:21
**incomplete**
 233:14 278:7
 283:24 284:15
 285:18,19,20
 285:23 286:2
 316:25
**inconsistent**
 237:11,13
 238:2,23
 240:12,19,25
 248:14

**incorrect**
 201:14,17
 204:6 216:15
 241:18 244:8
 251:12 266:13
 319:13
**incorrectly**
 204:10
**independent**
 261:17 289:22
 290:8,16
**index** 194:1
 195:14 198:1,6
 198:14,22,23
 199:8,13,24
 202:7 205:24
 206:16,20
 216:13 217:3,7
 217:15 219:1
 220:13 227:24
 228:4,12
 229:15 230:23
 231:1,5,8,11,14
 231:22 232:4
 232:11 233:10
 233:13 234:2
 273:24 274:14
 274:14,17
 275:16 276:5,7
 277:2,3,12
 278:10 279:13
 279:19 282:21
 284:14 286:10
 287:15,24
 288:4,4,19,24
 289:5,8,14,21

 290:5,18
 291:17,20,22
 292:6,11 299:6
 299:17 303:25
 308:24 317:4
 318:6,11,24
 319:11,13,18
**indexes** 230:17
**indicate** 229:22
 247:7 249:14
 252:2 304:2
**indicated**
 260:21 283:16
**indicates**
 284:17
**indicative**
 228:22 245:11
**indices** 195:5
 204:25 217:12
 227:11 228:25
 301:13
**individual**
 232:19
**individuals**
 231:25
**industry** 252:1
**inform** 312:13
**information**
 211:20 212:16
 214:22 215:14
 292:22 293:7
 298:21 299:11
 320:7 323:14
**informing**
 215:1

| | | | |
|---|---|---|---|
| **ing** 315:8 | **interrupt** 288:14 | **it'll** 313:6 | **k** |
| **initial** 222:19 314:11 | **interrupted** 278:13 | **j** | **kayme** 190:14 |
| **input** 310:7 | **intrinsic** 202:5 | **j4-1** 196:5 | **keep** 288:9 |
| **inspection** 293:21 | 274:15 291:23 | 273:4 297:16 | **kevin** 192:8 |
| **instructions** 283:6 | **invented** 225:18,21 | 321:20 | 193:9 237:1 |
| **instrument** 276:22 | **investigator** 242:19 | **jersey** 190:2,10 191:4,6 192:13 | 320:20 |
| **insulation** 212:8 | **involved** 242:22 | 192:20 193:11 | **key** 299:5 |
| **intended** 285:13 | 250:5 265:2 | 274:17 | **kind** 197:9 |
| **intensity** 274:3 | **involving** 270:24 | **job** 208:2 | 257:24 259:3 |
| 274:20 275:4 | **iso** 202:8 | 249:24 283:10 | 274:19 296:10 |
| 275:19,20 | 287:19 289:1,3 | 283:13 | 296:11 |
| 276:18 | 289:7 302:9,11 | **john** 192:11 | **king** 192:8 |
| **interact** 222:1 | 302:19 305:10 | **johnson** 190:5 | **knew** 224:2 |
| **interaction** 223:17 | **isolate** 311:23 | 190:5,18,18 | 300:16 |
| **interactions** 224:1 | 313:1 | 192:14,14 | **know** 201:11 |
| **interest** 225:13 | **isolated** 310:21 | 251:22,22 | 202:16,17 |
| 226:8 | 311:12 312:20 | 279:24,24 | 205:25 206:3 |
| **interested** 325:12 | 312:23 | 280:9,9,18,18 | 206:12,15,21 |
| **interests** 243:1 | **issue** 203:1 | 281:1,1,13,13 | 206:21,22 |
| **interface** 232:21,21,23 | 229:19 239:10 | 282:15,15 | 213:7 216:1 |
| 232:23 233:5 | 266:11,14 | 283:3,3 294:5,5 | 221:21 222:10 |
| 234:9,19 | 267:6 313:10 | 294:19,19 | 222:21 224:9 |
| **interim** 212:7 | 314:3,10 | 315:16,16,21 | 224:10,25 |
| **internally** 232:25 | 316:15 319:22 | 315:21 316:3,3 | 225:1 229:1 |
| | **issued** 200:20 | **johnson's** 249:11 | 230:14 238:18 |
| | 209:22 216:5 | **journal** 301:15 | 242:17,17,18 |
| | 295:17 296:20 | **julie** 242:19,23 | 242:18,21,23 |
| | 314:2 | 242:25 | 242:25 243:4 |
| | **issues** 197:22 | **july** 191:6 | 244:18,20,24 |
| | 261:4,9 266:21 | **june** 223:1,22 | 245:21,22,23 |
| | 267:15 | 259:6,10 | 245:25 246:1,6 |
| | | | 246:15 249:4 |
| | | | 265:23,25 |
| | | | 268:17 269:22 |
| | | | 273:6 277:8,9 |

**[know - lists]**                                                                    Page 19

277:11 279:2
280:7 281:11
282:1,2 289:10
289:14 293:3
297:9,10,25
298:3,9,15
299:13 300:6
300:13 317:21
317:23 318:25
321:2,11,24
322:24 323:3
**knowing** 266:3
**knowledge**
201:12
**known** 222:4
289:4,7 318:9
**knows** 290:9
**kotch** 193:9

**l**

**l** 190:11 206:25
**lab** 206:13
209:21 213:12
213:17 214:18
215:1,1,2,4
223:22 233:18
233:25 261:16
264:16 283:17
283:21 295:6
296:9,22 310:9
311:22,25
312:4,13
313:17,24
314:6
**labeled** 214:2

**laboratories**
218:10
**laboratory**
207:1,7,23
210:24 212:6
214:3,9 293:25
294:25 297:11
297:12
**labs** 233:24
**lacks** 285:16
**large** 252:24
254:22
**larger** 237:16
240:1
**law** 190:10
**lay** 278:15
**leading** 288:10
288:13 299:1,2
**leave** 229:20
252:12 263:3,4
295:6
**lee** 221:14
223:18,22
224:2
**left** 228:16,18
263:13
**leigh** 193:3
**length** 195:21
236:18 237:5,8
237:16,24
238:21 239:13
239:15,22
240:12 242:11
**lengths** 236:16
237:7 258:25
259:1

**lens** 231:17,23
263:25 275:4
**letter** 213:4
**level** 253:1
254:12 255:3
275:20 298:15
**levy** 195:18
226:18,21
227:8,15,16,17
227:23 228:7
228:15,18
229:13
**li** 309:14 310:15
310:19,25
311:5,10,20
312:19,21
315:6 316:2
**li's** 295:20,22
296:3,20 311:8
**liability** 190:8
**light** 201:10
206:20 224:6
226:5 228:24
230:20 231:4
231:15 232:8
232:12,18
233:3,5,6,11
234:10,10
238:24 248:14
248:22 250:13
250:15 251:16
274:6,19,21
275:5,16,19
276:17 278:11
280:24 284:10
298:16

**lighting** 261:5,6
261:9
**lightly** 208:9
**line** 195:11
198:1,13,21,25
199:1,9,9,23,25
200:3,4 201:1,6
204:8 205:5,16
206:5,8,15,18
215:19,24
216:12 217:2,6
218:6,15,24
220:1,12 221:3
221:9 226:13
235:10 259:24
261:21 262:4,7
263:22,25
264:3 271:12
271:19 272:1,8
286:9 287:4
289:19,22
290:1,8,15,18
290:20 291:4
291:13 306:1
**lines** 205:5
**liquid** 218:6
248:13 249:17
250:5,6 265:3
293:4
**list** 200:22,22
208:25 214:5
275:3
**listed** 213:11
**listen** 242:5
**lists** 210:6,11
228:19

[literature - match]                                          Page 20

literature  202:8
  205:13 220:11
  274:9
litigation  190:8
little  197:25
  258:21 271:3
  313:10
livingston
  191:5
llp  192:2
locating  229:4
location  308:14
logistic  223:23
long  256:7
  262:9,16,21
  271:2 306:23
  313:22 322:24
  323:15
longer  236:17
longo  200:24
  201:7,22
  203:16 260:12
  261:1,11
  294:18 306:10
  308:17
longo's  235:5
  261:16,24
  283:17,21
  297:6,11 309:6
look  237:6,19
  238:19 239:6
  239:11,18,23
  245:20 247:3,9
  254:2 257:4
  263:24 272:21
  273:2 286:16

302:4 306:19
312:5 316:18
looked  206:9
  287:17 317:10
  320:6
looking  198:18
  203:20 205:6
  218:16 230:12
  236:6,11,13
  244:25 246:16
  246:24 258:20
  273:6 284:21
  285:5 290:3
  321:19
looks  302:14,16
  304:13,22
  320:23
lot  237:7
  258:19 315:18
love  238:19
lower  318:23
lunch  321:12

m

m  192:18
m1  209:23
m2  209:23
made  295:3
  296:11 297:2
  304:21 310:16
  312:10,15
  313:12 316:10
magnification
  240:7 258:11
magnitude
  218:5

maintain  214:3
maintained
  222:18
major  279:15
  279:18 296:17
  299:4,4
make  202:2,11
  209:19 227:5
  228:7 231:3,22
  250:16 253:2
  253:20 256:6,9
  257:19 260:13
  272:20 279:3
  291:4 316:8
  317:15 319:17
  321:3
makes  217:6
making  316:18
  316:18
man  311:9
management
  207:23
managerial
  207:22,25
manila  302:15
manufacturers
  240:5
manufacturing
  243:1
manuscript
  221:16 223:12
maple  192:19
march  316:5
mark  225:9
  245:9 272:13
  300:7 304:20

304:20,21,23
  305:16
marked  214:13
  236:24 245:14
  246:25 256:24
  292:15 305:15
market  192:3
marketing
  190:7
marking
  208:23
mas  190:3
  207:1,24 209:3
  209:17 213:20
  215:16 236:20
  237:17 241:1
  243:25 245:17
  246:25 249:12
  250:16 252:6
  254:18 261:13
  268:1 283:11
  295:14,16
  296:5,14 302:2
  303:19 304:1
  310:8 311:1
  315:12,21
  316:6,10
  319:10
mas's  214:16
  243:15 248:12
  293:25 295:25
  314:11
match  218:5
  234:4 235:13
  238:16

**[matches - microscope]**                                             Page 21

**matches** 198:21
198:22,25
238:15
**matching**
221:10 225:12
225:17 226:3
302:22
**material**
210:25 231:19
253:11 270:8
292:4,8 294:8
**materials**
195:15 219:1
256:17 292:23
293:6 295:4
301:14
**matt** 222:19,24
223:6 238:24
251:19
**matter** 233:15
234:18 244:4
247:14 290:17
294:9
**maximum**
252:25 255:1
**mccarter**
192:11
**mccrone**
195:17 224:5,9
224:18,19,24
225:16,18,24
226:11 299:13
299:15,18,25
**mcdevitt** 193:9
**mdl** 190:3
192:20 193:5

197:23 216:3
264:21 266:3
303:11 319:12
**mean** 208:9
213:4 216:3
222:11 224:13
229:15 252:8
253:20 257:15
259:7 262:23
281:18 285:17
300:18 308:21
310:4 312:19
314:3 318:1
**meaning**
252:23 255:24
307:22
**means** 211:9
212:1 244:7
247:9 300:1
311:24
**meant** 268:17
**measure** 229:3
239:20 244:20
274:16,17
275:15 278:10
279:9
**measured**
228:13 292:9
319:18
**measurement**
232:12 319:12
319:14
**measuring**
276:4 301:13
**meet** 213:12
218:8 233:18

**meeting** 198:16
221:21 222:20
259:6
**meets** 213:12
**mention** 202:2
261:6 274:1
275:18,19
**mentioned**
218:20 261:21
287:12 298:14
308:1
**mesh** 258:3
**mess** 228:17
**met** 221:25
**method** 196:5
198:1,5,5,7,9
198:12,13
199:23 200:2,7
200:7,9,16,17
201:1,6 205:5
206:4,5 212:6,7
217:6,8,15
218:15 220:12
220:13 226:22
226:25 227:1,2
230:4 233:19
233:24 236:7
261:10 267:24
270:7 274:10
279:10 280:1
288:21 290:9
290:16,16,20
298:7,8,10,14
308:16 309:5
318:2 319:9,10

**methododge**
277:10
**methodology**
199:25 203:19
203:22 204:7
214:17 215:24
220:5 297:16
**methods**
198:10 202:8
212:5 213:1
227:25 289:20
**methvin** 193:2
**meticulously**
221:10
**michel** 195:18
226:18,21
227:8,15,16,17
227:23 228:7
228:15,18
229:13
**mickey** 221:7
222:14
**micrograph**
304:1 320:12
**micrometer**
245:15
**micron** 229:6
229:10 238:25
239:2 245:15
**microns** 236:18
237:8,24
238:21 240:12
241:7,7 242:11
**microscope**
199:16 218:1
233:1 263:5,16

**[microscope - never]**

274:19 280:25
301:16
**microscopist**
225:22 243:22
244:25 272:6
**microscopists**
223:18 276:11
**microscopy**
201:10 206:20
215:17 224:7
226:5 236:4
254:7 273:12
275:16 278:11
284:10 298:17
322:19
**mid**   190:11
**middle**   229:11
241:5 302:19
**middlesex**
190:10 261:23
**miles**   193:2
**milled**   235:16
235:17
**mind**   253:22
302:3
**mineral**   202:3
202:4,4 216:14
220:14 229:23
229:25 231:24
232:1 236:6
266:12 269:21
269:24 270:12
270:13,24
273:4 274:16
275:10 278:5
278:10,11

282:22 284:18
289:21 291:20
292:5 299:20
299:20 318:7
318:10,11,17
318:18 322:18
**mineralog**
284:11
**mineralogist**
204:20
**minerals**   195:6
204:25 250:7
269:7,10
270:22 285:8
288:24 290:18
291:24 298:17
304:12
**minimum**
213:10,12
**minus**   249:16
**minute**   230:17
259:20
**minutes**   286:17
286:19 321:8
321:12
**mismatch**
218:5
**missed**   277:5
**missing**   208:14
208:20 228:9
234:15 276:3
276:25
**misstates**
221:23 250:25
310:24 311:14
322:8

**mistake**   296:11
296:12,17,19
296:25 310:21
312:10,14
316:10 319:17
**mistaken**
221:19
**mistakes**
316:18,18
**mixture**   317:10
318:17,19
**mixtures**
316:16,20
**mode**   220:22
262:14 263:25
264:3
**moment**   226:18
318:2
**monica**   223:22
**monitor**   237:19
**monitored**
265:9
**monitoring**
265:20
**montgomery**
193:4
**month**   219:6
**monthly**   214:4
214:13
**morning**   260:8
263:10
**morpholog**
234:19 269:22
269:23 270:17
270:18,25

**morphology**
286:8
**mulberry**
192:12
**multiples**
231:25
**myriad**   235:4

**n**

**n**   192:1 193:1
196:1 197:1
206:25 252:23
253:6 255:25
**name**   214:23
257:7,9 258:6,8
258:10
**names**   258:16
**nature**   293:6
**need**   206:1
271:12,18,25
272:2 277:22
282:1,2 294:13
312:5,11
**needed**   316:13
**needs**   218:9
300:19
**negative**   266:11
**neither**   325:8
325:11
**never**   204:2
216:17 222:1
223:7 224:14
227:16 242:20
249:4 251:16
253:22 264:20
285:13 289:11

**[never - okay]**

298:7 306:3
308:15 309:4,6
**new**    190:2,10
191:4,5,6
192:10,10,13
192:20 193:11
274:17 286:25
**newark**    192:13
**nickel**    252:7
**nine**    263:7
**nist**    289:4,8
**nocks**    191:2
325:16
**non**    195:15
219:1 262:14
301:14
**noncomformi...**
316:1
**nonconformity**
213:14 296:3,6
296:9 311:24
311:24 312:2,6
312:8,25 313:2
313:13,23
314:4,21,23,24
315:8,8
**normal**    206:1
290:22 291:9
**normally**
294:14
**north**    192:3
**note**    196:7
**noted**    299:22
**notes**    191:1
**notice**    315:20

**number**    195:2
196:2 254:22
264:14 297:15
298:5 304:4
**numerical**
278:5 299:6,17
299:19
**nuts**    298:16
**nvlap**    195:8,9
206:24,25
207:7,10,13,22
208:2,5,25
209:22 211:11
211:17,21
212:2,14,15
213:13 214:16
214:20,25
215:8,9,16
233:18 293:21
294:25 295:17
295:23 296:8
297:11 309:13
309:17,19
310:1 312:1,7
312:15,24
314:7,15

**o**

**o**    196:1 256:20
**o'dell**    193:3
**oath**    197:12
**object**    236:8
288:12 293:14
299:8 300:15
301:7

**object's**    279:13
**objection**
267:18 279:6
280:20 281:4
281:16 283:7
288:9,13,15
299:1,2 322:8
322:16
**objections**
284:5 317:14
**objective**
198:20 199:16
200:11 204:1
219:11,15
263:25 300:2
**oblique**    218:7
**observation**
213:15 246:25
**observe**    200:4
276:6
**observed**
275:24 278:1
**observing**
200:5 264:6
**obtained**
221:10
**obtaining**
279:16
**occurred**
221:22
**october**    195:20
237:4
**offered**    293:15
**officer**    325:1
**oh**    236:17 243:4
250:3 262:22

295:5 321:17
**oil**    217:4 233:4
233:19 234:3
274:1 302:1
**ok**    211:7,19,25
**okay**    197:25
198:2,3 199:3
199:11 201:17
202:9 203:24
204:4,17
205:11 206:10
206:18,24
209:2 210:7,10
210:14,18
212:3,4,19,22
213:7,15
214:15 215:9
215:13,21
216:7,9,16
217:19,22
220:18 222:3
222:18,23
223:14,24
225:3,6,16,20
225:23 226:11
226:16,19,20
227:14 228:1
228:10 229:18
230:3,9,16
231:21,24
232:4,11 233:4
233:9 235:3,16
235:22,23,24
237:18 238:20
239:24,25
240:2 241:1,13

[okay - page]                                                                                    Page 24

| | | | **p** |
|---|---|---|---|
| 241:20 242:2,7 | 291:15 292:20 | 270:3,6 273:16 | |
| 242:19 243:13 | 296:21 297:10 | 277:7 280:14 | **p** 192:1,1 193:1 |
| 243:14 245:4,7 | 297:25 298:9 | 282:6,15,17,19 | 193:1 206:25 |
| 248:7 249:13 | 298:13,20 | 314:18 320:10 | 251:3,4 255:25 |
| 251:15,19 | 299:13,14 | **opinions** 254:16 | 256:20 |
| 252:6,11 | 300:4,9 301:11 | 259:4,9 260:13 | **p.c.** 193:9 |
| 253:18 254:13 | 302:12,24 | 260:17,22,22 | **p.m.** 263:14 |
| 254:19 255:8,9 | 303:4,8,12,24 | 260:25 261:4 | 286:21 324:1 |
| 256:6,9 257:20 | 304:16,19 | 281:11 283:19 | **page** 194:2 |
| 257:21 258:11 | 305:9,18 307:5 | 320:4 | 196:7,13 |
| 258:14,18 | 307:16 308:1,7 | **opposed** 219:19 | 208:15,17,20 |
| 259:12,19,22 | 309:24 310:11 | 244:2 | 209:9,11 210:5 |
| 259:25 260:1 | 311:4,17 312:3 | **optical** 273:12 | 210:11,14,15 |
| 260:16 261:3,8 | 312:7,17 | 284:9,11 | 210:16 212:3,3 |
| 261:14,20 | 313:11 314:1 | 322:18 | 212:19 213:23 |
| 262:2,13,15,19 | 314:10,14,17 | **options** 318:16 | 214:12 217:21 |
| 263:15,19 | 314:22 316:13 | **oral** 190:15 | 218:3 219:9,9 |
| 264:8 265:1,8 | 316:14,22 | **order** 200:4 | 219:22 220:20 |
| 266:2 267:20 | 317:8 318:4,7,8 | 206:8 233:18 | 221:5 225:4,5,7 |
| 268:11 269:5 | 318:16,22 | 236:17 272:6 | 237:18,20 |
| 269:15,19,25 | 319:20 320:15 | 291:1 | 238:7 241:2 |
| 270:15,21 | 320:19 321:9 | **outline** 279:5 | 243:11,12 |
| 271:12 272:16 | 322:17,20,23 | **outlined** 273:16 | 248:6,8 252:16 |
| 273:1,10,11 | 323:6,9 | 281:2 | 252:16,21 |
| 275:2 277:15 | **okayed** 212:14 | **outlining** | 253:4 255:21 |
| 277:20 278:22 | 212:15 | 281:25 | 266:3 272:22 |
| 278:24 279:20 | **omar** 192:2 | **outside** 207:6 | 272:25 273:1 |
| 280:2 281:10 | **once** 310:8 | **overbroad** | 284:25 285:5,8 |
| 282:4,19,24 | **opaque** 195:15 | 220:7 224:12 | 285:10,24 |
| 283:1 285:7 | 219:1 278:10 | 270:4,9 271:15 | 295:18,19 |
| 286:16,19,20 | 290:17 301:14 | 275:12 | 298:24 299:23 |
| 287:23 288:7 | **operator** | **own** 245:13 | 302:14,22,24 |
| 288:25 289:3 | 275:25 | 283:19 314:11 | 304:15,17,21 |
| 289:13,15,16 | **opinion** 235:15 | 317:3 | 306:16 307:7 |
| 289:25 290:7 | 247:1 261:10 | | 307:12,17 |
| 290:24 291:6 | 261:17 269:8 | | |

[page - physically]                                                                                          Page 25

322:17,18
323:5,8
**pages** 208:14
  208:19 306:23
**paginated**
  217:21
**paid** 278:20
**pandemic**
  311:21
**paper** 205:2,4
  205:14 218:15
  219:8,17,22
  221:12 222:3
  222:13,15,16
  223:9,11
  224:16,17
  225:24 298:7
  301:12
**papers** 216:10
**paragraph**
  217:1 218:19
  225:9,11 248:7
  307:7 308:2
  309:1
**parameter**
  274:13
**parameters**
  227:21
**part** 200:7
  212:9 249:24
  258:23,24,24
  265:17 273:3
  275:3 276:8
  279:15,18
  284:4 290:2,9
  291:7,8,10

295:23 320:21
**particle** 198:6
  198:14,21
  203:17 218:16
  225:13 226:8
  226:23 228:5
  228:13,20,23
  229:4 230:13
  230:15 232:13
  233:22 234:8
  235:25 241:22
  241:24 242:3
  242:14 244:5
  244:10,15,15
  245:9,14
  246:24 247:1,3
  247:22,22,25
  248:1 257:19
  257:23 259:1
  274:24 286:10
  290:2 316:23
  317:3,4,12
**particles**
  201:24 233:21
  235:6,13
  244:11 247:9
  247:21 254:7
  293:11
**particular**
  243:10
**parties** 325:10
**pass** 211:17
  212:2 257:19
  260:2 321:5
**passed** 211:24
  214:20 224:21

**passes** 211:9
**past** 296:7,10
  296:12,15,24
  297:1 312:12
**pay** 307:3,9
  308:5
**pdf** 238:8 241:2
**peak** 242:1,1
**peer** 205:13
**people** 206:12
  216:1 229:3
  231:21 287:4
**percent** 213:10
  213:12 248:15
  248:15,17,18
  248:20,22
  249:1,5,11
  250:11,14,24
  252:4 255:1,2
  255:19 317:6,7
**percentage**
  253:25
**perception**
  276:23
**perfect** 254:11
**perform** 200:10
  242:18 254:14
  262:3 265:25
  266:20 271:19
  277:8,10 280:6
  284:6 290:10
  290:11 298:22
  319:10,11,16
**performed**
  201:7 207:2
  212:12 254:6

254:15,17
293:5
**performing**
  203:23,25
  204:10,14
  208:3,4 255:12
  284:8
**personal**
  193:12
**personally**
  207:1 211:14
**pertaining**
  197:22 214:17
  309:16
**petrographic**
  229:5
**petrologist**
  229:2 230:12
**phase** 251:2,4
  269:21 284:24
**phases** 249:8,15
**photo** 246:13
  261:15 304:1
**photographs**
  243:20 244:11
  248:1 283:18
**photomicrogr...**
  237:21
**photomicrogr...**
  292:21
**photos** 260:12
  260:14
**physical** 291:23
**physically**
  311:22

**[picture - pretty]**

**picture**  220:9
234:6 237:14
252:14 258:4
**piece**  199:16
**pier**  242:19,23
**pier's**  242:25
**pittsburgh**
223:2,4,5,8,24
234:6 237:14
238:3 256:18
259:6,11
261:25 262:1
262:12,16
263:6 265:2
**place**  215:23
325:6
**placitella**
192:18,18
194:7 209:5
259:17,19
260:1,3,6
267:19 268:7
272:10,13,16
272:20,24
282:10,13
286:23 288:8
297:18 299:1
300:10,14,22
300:23 301:3
304:24 305:4,9
321:7,10,17,21
321:23
**plaintiff**  292:15
303:22
**plaintiffs**
190:15 192:4

192:20 193:5
**plastic**  231:21
231:22
**please**  201:4
203:5 210:3
240:16 251:6
271:16 284:2
307:4,9 311:17
313:15 321:13
321:22
**plm**  207:1,2
209:18 214:17
215:17 216:2
218:9 235:5
254:6 271:4,6
271:11 272:6
277:7 281:11
284:4 293:15
294:19 295:11
295:25 297:12
314:20 315:11
315:16 316:6
**plotted**  241:25
**plug**  254:23
**plus**  264:15
302:9
**point**  197:10
201:16,20
249:7 265:8
314:20
**pointing**  209:14
**polarized**
201:10 206:19
224:6 226:5
238:24 274:19
275:16 278:11

280:24 284:10
295:10 298:16
**polarizer**
198:19
**policy**  312:16
**polycarbonate**
231:21
**portal**  309:19
309:25 310:2,5
310:7,10
**portion**  258:2
**portis**  193:2
**position**  198:17
201:23 250:23
**possible**  248:21
250:13
**post**  196:8
304:22
**potential**
298:21
**powder**  190:6
247:24 248:2
248:16,19,20
249:1,1,4,9,11
249:15 250:11
250:12,23
251:2,20,24
257:17,25
268:20,22,24
269:3 283:12
294:20 316:3
**power**  207:7,8
207:11 211:17
**powerpoint**
237:12 243:11
243:12 252:17

253:5 254:21
**practices**  190:7
**predates**  294:4
**preparation**
248:11,13
250:17 292:23
292:25 293:2
293:10
**prepare**  259:7
265:13 266:2
**prepared**
249:17 259:3,9
295:1
**preparing**
260:11
**prerequisite**
284:7
**prescript**
231:17
**prescription**
231:13
**presence**  211:1
**present**  199:12
252:8 306:14
311:22
**presented**
244:17 298:23
**presenting**
199:7
**presume**
206:11
**presuming**
238:14
**pretty**  263:8
306:15

**previous**
  312:14
**previously**
  197:2 221:22
  318:7
**primarily**
  242:15
**primary**  308:24
**principle**  228:7
  269:18 290:25
**print**  208:21
  259:23 310:12
**prior**  221:23
  310:21 311:12
  316:5
**probably**
  226:19 237:23
  242:19 255:1,1
  263:7,17 264:5
  306:14 315:11
**problem**
  197:18 315:10
**problems**
  322:15
**procedure**
  195:4 204:24
  214:25 248:13
  254:12 266:1
  268:13 273:16
  273:19,20
  275:17 276:2,5
  276:8,9 277:4,5
  277:20 278:2,7
  278:9,15
  279:10,12,21
  280:5,10,18

  281:1 282:1,21
  284:12 291:8
  295:23 296:8
  299:6,18
  312:15 319:16
**procedures**
  210:24 211:3
  293:10 294:20
  296:1
**proceedings**
  325:5
**process**  292:23
**processes**  211:2
**produce**  277:2
  277:12
**produced**
  248:16 256:17
  256:19 257:2
  259:5,10
  294:18
**produces**
  248:14
**producing**
  282:21 320:22
**product**  251:8
  252:3 270:2
  271:7 272:7,7
  278:18 283:13
  308:23
**production**
  196:12
**products**  190:6
  190:8 193:12
  248:16
**professor**  221:7

**proficiency**
  209:10,16,20
  210:12 224:5
**proficient**
  209:11,19,21
**project**  223:2,5
  223:5,8,25
  238:3 249:22
  250:4,5 254:10
  256:18 259:11
  270:5
**promulgated**
  298:1,4
**property**  202:5
  274:15 291:23
  292:3 308:23
  308:24
**proposition**
  228:22
**protocol**  207:21
  207:22 273:5
**provide**  200:24
  236:4 255:16
  256:1 260:13
  260:17,22
  261:3,10,17
  292:22 298:15
  302:10 303:21
**provided**
  214:23 215:14
  246:4 256:8
  292:21
**providing**
  223:23 282:5
  282:14

**publication**
  224:23 302:17
  303:2 305:8
**publish**  222:14
**published**
  204:16,20
  206:6 216:10
  216:20 218:1
  218:23 219:5
  219:17 220:6
  220:10 226:1
  301:15 306:3
**purposes**  250:7
**put**  227:3 248:5
  253:13 254:21
  257:18 258:1
  279:5 288:8
  302:19 304:22
  305:10 323:4

**q**

**qa**  213:11,11,11
**qualified**  280:4
**qualitative**
  214:9
**quality**  212:25
  214:4 216:1
**quantity**  211:1
**question**  201:2
  202:13,15,25
  203:9,10,12
  204:3 205:9,20
  205:22 210:8
  222:9 226:2
  230:8 240:8,11
  240:16 245:2,5

**[question - refract]**                                    Page 28

253:22 255:7
256:16 267:12
268:2,2 271:16
280:7,17,19
281:3,5,6,15,17
281:19,23,24
282:3,24
283:10,15
289:6 309:9
311:3 312:18
312:22 313:15
314:19 317:9
319:1,5,6,9
322:10,23
323:2
**questioning**
283:17 293:22
297:22 305:20
**questions** 203:6
252:22 253:23
260:4 271:4
286:24 287:2,4
287:6 288:10
288:12,13
289:19 293:20
297:16,17
300:15 323:18
323:22,24
**quick** 262:11
262:13

**r**

**r** 192:1 193:1
256:20 287:18
288:19,21

**range** 199:6
202:24 234:5
241:16 287:24
304:5,7,10
**ranges** 289:4,8
**ranging** 248:15
248:17
**rapid** 195:3
204:23
**rate** 213:11,11
214:9 247:6,10
**rates** 228:24
**ratio** 239:25
240:1 269:4
**ray** 267:24
268:1,3,8,11,20
268:21,22,24
269:3,8,25
270:7,17
**reach** 254:11
**read** 251:22
253:1 257:6
265:15,17
266:11,15,24
289:11 307:14
**reading** 230:19
230:20,25
273:9 298:6
**ready** 259:17
**real** 197:18
**realize** 250:16
303:21,22
**realized** 320:13
**really** 242:17
250:21 255:7
274:25 278:17

320:16
**realtime** 191:3
**reason** 282:2
**recall** 256:3,5
266:10 267:2,3
267:8,15,20
292:17 293:22
297:17 322:7
323:1
**receive** 295:1
**received** 207:9
254:9
**receives** 294:25
**recess** 234:24
256:13 286:21
**recognize** 291:8
**recognized**
295:18 310:15
**recommend**
280:9,17,21,25
281:12,18,19
282:2
**record** 253:2
260:5 264:17
273:3 282:9
288:9 302:13
304:19 313:4,7
321:3 323:25
**recross** 321:10
**red** 192:20
233:5
**redirect** 305:22
**refer** 216:11
224:15 288:19
291:3 292:6

**reference**
218:17 224:18
227:19,19
292:8
**references**
200:22 298:21
299:10
**referencing**
242:15
**referred** 225:24
**reflected**
234:12
**reflection** 231:9
232:18,22
234:8,15,16,17
**reflexion**
228:12
**refract** 199:8
199:12 202:7
205:24 206:16
206:20 217:15
227:24 229:15
231:5,8,11
234:2 274:14
274:14,17
275:15 276:5,7
277:2,3,11
278:10 279:13
279:19 282:21
284:13 288:24
289:14 290:18
291:22 292:6
292:11 299:6
303:25 317:4
319:11,13,18

**[refracted - result]**                                                                                     Page 29

**refracted**
  231:19 232:19
  232:25 233:9
**refractive**
  195:5,14 198:1
  198:6,13,22,23
  199:23 204:24
  216:13 217:3,7
  217:12 219:1
  220:13 227:11
  228:4,12,25
  230:17,23
  231:1,14,22
  232:4,11
  233:10,13
  273:24 286:10
  287:14,24
  288:3,4,19
  289:4,8,21
  290:5 291:17
  291:20 299:17
  301:13 308:24
  318:6,11,24
**refuse**  281:24
**refusing**  281:22
**regard**  215:16
  286:14
**regardless**
  247:21 253:3
**regards**  224:5
**regular**  219:15
**regulated**  195:6
  204:25
**reilly**  193:9
**related**  211:3
  229:16 260:11

  260:17
**relates**  316:15
**relationship**
  222:19,22
  223:16 307:22
  307:23
**relative**  200:25
  227:11 243:1
  254:6,16 259:5
  259:10 309:22
  310:16 319:21
  325:9,11
**rely**  224:11,13
  283:18,23
**remember**
  219:4 224:17
  233:8 240:8
  264:14 295:21
  296:14 297:2
  322:4
**remote**  311:21
**remove**  199:18
**repeat**  267:12
  270:24 271:16
  284:12 313:14
**rephrase**
  222:12
**report**  200:19
  200:20,24
  201:5 207:8
  215:5,9,9,11,23
  216:3,4,5
  236:15 237:6
  237:17 247:24
  248:7 249:3,12
  251:1,2,10

  252:6,15 254:2
  254:3 255:11
  255:18 256:18
  258:25 259:4,7
  259:9 260:11
  264:21 266:3
  266:10 268:1
  283:11,13
  287:18 289:1
  295:3,7,14,17
  295:22 296:4,6
  296:20 303:11
  303:19 306:8
  306:10,22
  307:13 308:9
  308:14 309:7
  309:10 314:1,3
  315:2,5,14,25
  317:23,24
  319:13,15
**reported**
  211:21 212:16
  237:8,12,22,24
  238:9 241:3,5,6
  246:3 249:7
  253:24 254:1
  289:16,17
  296:3 318:19
  325:5
**reporter**  191:2
  191:3 234:16
**reporting**
  238:20
**reports**  247:18
  248:12 261:13
  283:23 294:5

  295:1 297:1
  315:12,16,21
  316:5,6,10
**represented**
  225:12 226:7
**represents**
  243:21
**request**  196:12
  256:7 294:16
**require**  254:24
  298:16
**required**  296:8
  312:7
**requirement**
  208:1,1 212:1
  213:10,13
  233:18 311:25
  312:1
**requirements**
  210:6
**research**  254:9
  270:5
**respected**  224:8
  224:20
**respectfully**
  280:16
**respond**  296:6
  296:22 312:7
  314:6,8
**response**
  296:14 314:11
  314:12,16,18
  316:1
**rest**  304:5
**result**  259:5

**[resulting - saying]**                                                     Page 30

| | | | |
|---|---|---|---|
| **resulting** | **rg144**  238:9,20 | 298:24,25 | 251:13 252:24 |
| 307:23 | **rg210**  237:22 | 299:25 300:3 | 253:6,9,14,15 |
| **results**  250:16 | 237:22 241:3,5 | 302:22 303:2,6 | 253:16 254:4 |
| 276:12 296:24 | **ri**  307:19,23 | 303:14 306:23 | 254:11 257:14 |
| **retained**  258:3 | **ridiculous** | 309:2 313:18 | 257:16 258:1 |
| **review**  200:19 | 250:15,21 | 313:24 317:25 | 292:22,25 |
| 213:20 215:8,9 | **right**  199:17,20 | 318:3 319:4 | 293:10 294:13 |
| 215:12 221:15 | 199:21,25 | 320:18 322:15 | 297:9 304:4,9 |
| 222:6,17 | 200:18 201:16 | 323:7,24 | 316:16,19,20 |
| 223:13 271:10 | 201:21 207:18 | **rj**  221:14 | 317:19 318:9 |
| 293:25 294:9 | 208:7 211:23 | 223:18,22 | **sampled**  254:3 |
| 295:7,24,24 | 212:15 221:4 | 224:2 | **samples**  212:8 |
| 296:10 297:3,5 | 222:8 225:25 | **rls**  190:3 | 218:10 235:12 |
| 309:13,13,17 | 226:15,21 | **rock**  229:8,9,10 | 235:14 242:10 |
| 309:18,20 | 228:11,13,17 | **role**  242:25 | 244:13 248:19 |
| 310:8,20 | 230:5,22 231:7 | 258:25 265:19 | 250:11 257:25 |
| 311:10 313:17 | 231:10 236:13 | 265:20 | 265:24 |
| 314:15,17 | 238:14 240:4 | **root**  312:10 | **sanchez**  222:19 |
| 315:24,25 | 243:8 244:12 | **roth**  192:18 | 222:25 223:6 |
| **reviewed** | 245:10,24 | **routine**  218:9 | 223:19,19 |
| 205:13 214:22 | 250:24 252:10 | 249:24 | 238:3,24 |
| 215:13 267:25 | 252:19 258:12 | **ruled**  312:20 | 240:13,20,23 |
| 294:5,18 | 258:17 260:2 | **run**  206:12 | 240:25 241:14 |
| 295:22 315:11 | 260:25 264:11 | 214:18 | 242:16,20,21 |
| 315:16 316:6 | 265:12 268:5 | **russian**  225:21 | 251:20 262:15 |
| **reviewer** | 268:16,23 | | **satisfied**  286:9 |
| 214:24 295:2 | 270:23 271:23 | **s** | **saw**  214:11 |
| 295:13 | 273:15 275:4 | **s**  192:1 193:1 | 234:5 238:1,12 |
| **reviewer's** | 276:10 285:7 | 195:1 196:1 | 241:9 250:20 |
| 215:12 | 286:15 287:15 | 197:1,1 251:4 | 252:18 275:7 |
| **reviewing** | 288:1,5,20 | **sales**  190:7 | 295:21 297:21 |
| 201:25 205:13 | 289:23 290:5 | **sample**  195:22 | 297:24 |
| 292:17 | 290:12 293:12 | 235:17,17,20 | **saying**  200:15 |
| **reviews**  311:12 | 293:18,18 | 237:5 248:11 | 201:19 204:9,9 |
| **rewrite**  277:16 | 297:13,15 | 248:13 249:18 | 208:22 211:25 |
| 278:16 279:2 | 298:11,18,19 | 250:17 251:11 | 213:17 220:11 |

**[saying - sg]**                                                      Page 31

228:3 234:9
235:8 239:8
240:15 245:25
251:3,4 253:14
254:23,25
271:20 275:1
307:18 313:12
314:18 316:9
318:22
**says** 211:19
217:1 220:8
225:16 229:21
251:12 273:12
273:25 275:4
284:19 296:22
323:11
**sb** 319:2
**scale** 239:1,1,6
243:16 244:7
246:13,14,24
**science** 232:18
**scientific** 318:2
**scientifically**
228:3
**scientist** 224:8
224:20 283:2
**scientists**
223:18 224:1
**screen** 227:4
239:20 244:1
248:5 272:17
272:18,25
279:24 280:10
280:18 281:14
282:11,16
305:13 306:18

306:20 307:4
307:10 308:6
**screening**
268:25 270:1,8
270:11,19,21
270:23
**scroll** 238:7
**se** 195:23 196:3
257:12 258:7
258:13
**search** 306:25
**second** 215:12
225:8,11
252:19 263:8
266:14 273:2
279:17 294:11
301:20 302:1
306:17 313:5
323:7
**secondary**
258:13 308:23
**secondly**
279:12
**section** 209:9
210:19,19,23
212:23 213:23
214:2 229:5
230:13 232:8
252:15 273:12
289:11,11
**sedimentary**
229:9
**see** 197:7,8
200:6 202:7
207:15 208:19
209:23 211:4

212:10 213:2,3
214:10 219:11
220:20 221:17
224:14 225:8
225:14 229:11
233:17 237:21
237:25 238:11
239:22 241:2,8
243:17 244:5
247:5,13
248:23,24
250:19 257:24
267:5 272:16
272:18,25
273:11 275:6
285:2 287:19
287:23 288:3
295:20 305:4
308:11 309:18
310:9 317:3
320:5,11,16
323:11
**seeing** 205:15
237:7 275:10
**seems** 236:15
**seen** 219:18
230:19 254:5
297:6,23 298:8
**selected** 243:19
**self** 201:10
**sem** 237:14,15
256:19 258:4
**sense** 253:2,20
**sent** 214:25
222:6,16
223:11

**separate**
199:24 200:16
217:11 221:1
227:25 230:3
**separation**
248:13 249:18
250:5,7 265:3
293:4
**september**
195:7 207:13
294:2
**series** 199:5
204:15 219:25
248:14 256:22
289:18 292:8
292:15
**serpentine**
270:22
**service** 258:4
**session** 303:18
**set** 204:18
208:1 239:21
305:16 325:6
**setting** 198:20
199:15 200:1,4
200:5,7,8,12,12
276:22
**settings** 219:12
219:19
**seven** 210:17,18
272:23
**several** 217:5
241:24
**sg** 195:23 196:3
258:7

**[sg210 - specification]**                                             Page 32

**sg210** 237:15 237:23 238:10 257:12,13 258:21 292:16
**shake** 257:22
**share** 272:17
**sharing** 282:10
**sharp** 233:22
**sheet** 295:21 296:18 304:17 304:21 315:1,5 315:7
**sheets** 292:16 292:20 296:5 315:9
**shifting** 292:14
**shirley** 192:2
**shortcomings** 260:20
**show** 213:17 216:11 233:23 241:24 255:11 256:24 305:12
**showed** 241:16 254:20 317:16 319:15 320:12
**showing** 273:3 318:23
**shown** 248:9 293:8 298:24
**shu** 190:16 194:4
**side** 228:18
**sieve** 257:11,17 257:18,20,21 257:21,24

258:2,3
**sieved** 195:23 196:3 257:9,10 257:10,12,15 258:6 321:16
**sieves** 257:22
**sieving** 293:5
**sign** 218:5
**signature** 207:17 295:8 325:14
**signed** 214:23
**significantly** 221:11
**similar** 241:18 244:6 247:4 263:8
**simple** 280:17 281:3,14,17 320:11
**simply** 246:24 275:1 290:18
**single** 233:16 233:16,20,22 234:8,18 241:23 292:10
**sir** 307:3,9 309:21
**sit** 267:7,14
**site** 195:8 207:13 295:3
**sitting** 287:6
**size** 235:5,13,25 241:13,16,18 241:19,22,24 242:3,14 244:9

244:17 245:9 245:19 246:25 247:1 252:24 253:6 292:4,5 292:13,13 293:11
**sizes** 241:15
**slices** 229:10
**slide** 229:7 243:11,15 253:8,12,16 254:20 255:22
**slides** 253:14
**slip** 253:19
**slow** 255:22
**small** 236:1 255:3 272:19
**smaller** 242:1 296:17
**software** 239:3 240:5 243:25
**solid** 217:4 218:6
**solution** 258:2 299:16,19
**somebody** 205:12 215:13 266:16 280:22 283:3 287:1
**sonication** 293:5
**sorry** 204:4 213:23 230:9 251:3 258:23 273:10 311:2 311:10

**sorts** 294:20
**sounds** 239:8
**soup** 298:16
**source** 234:11 274:7,21 275:5 275:19,20 276:18 287:25
**sources** 287:18
**spalding** 192:8
**span** 248:10
**speaking** 270:19
**spec** 275:3
**specific** 209:17 218:8 247:25 259:10 276:22 276:22,23 298:22 314:21 314:22
**specifically** 214:15 230:12
**specification** 273:17 275:9 276:11,13,16 276:16 277:1,1 277:6,17 278:17 279:3 281:2,13 282:6 282:16 283:5,6 283:22 284:1,3 284:14,17 285:1,6,15 286:1,12,13 297:21 299:5 322:14,24 323:15

**[specificity - summarized]** Page 33

**specificity**
  298:15
**specified**
  252:25
**spectra** 236:4
**spectrum**
  238:15
**speculation**
  205:18 276:14
  280:12 283:8
  283:25
**spend** 263:6
**spent** 263:15,17
  263:19 264:3
  322:11
**spiked** 235:20
  241:22 257:13
**spoke** 267:16
**spread** 253:16
**srm** 235:18
**stacked** 232:1
**stage** 221:11
**staining** 195:12
  198:5,18 199:2
  199:4,6 200:1,5
  200:6 201:8,14
  204:11 205:7
  205:16,24
  206:1,2,7,9,17
  215:25 216:12
  217:3,5,11
  218:7,8,25
  220:13,22
  221:9 223:12
  224:16 226:12
  233:23 234:5

234:13 261:7
263:24 264:6
266:16,19
273:13,23,25
274:2,3,4
275:24 276:7
276:19,21
277:9,14 278:3
279:10,14,17
286:8 289:23
290:1,3,10,11
290:19,21,22
291:1,2,3,9,10
291:11,12,18
298:23 299:16
299:21,23
300:1 301:12
302:10 305:3
306:2 322:19
**standard** 191:7
  229:12 234:25
  254:18 256:14
  286:22 289:4,8
  292:8 293:2
  324:2
**standards**
  207:3 224:6
  233:20
**standing**
  288:13,15
  321:11
**standout** 229:5
**start** 203:14
  250:22 255:5
**state** 191:3
  218:3 221:6

248:9
**statement**
  198:4,8 250:10
  286:7 308:15
**states** 190:1
  225:11
**steep** 233:22
  234:10
**stenographic**
  191:1
**stenographic...**
  325:5
**step** 215:7,12
  270:2,7 277:5
  277:19,19,23
  277:23 278:2,6
  278:15,15
**stick** 210:8
**stop** 199:19
  200:11,12
  204:7 219:14
  219:14,15,19
  219:20 262:14
  264:6 273:23
  275:23 277:13
  277:25 279:9
  279:11,14,17
  285:25 289:22
  289:25 290:3
  290:10,11,19
  291:1,18
  298:22 299:21
  300:20 305:3
**straightforward**
  320:2

**street** 192:3,12
  193:4
**strike** 267:21
  271:2
**structure** 236:5
  237:14 258:15
  269:21 292:1
**stuck** 258:21
**studies** 310:22
**study** 241:21
  242:6,6,14,20
  242:22
**stuff** 259:21
  305:17
**su** 190:16 194:4
  235:2 256:16
  260:8 287:6
  288:17 301:9
  302:16 303:16
  305:23 313:9
**subdued** 307:19
**subsequently**
  293:12
**substances**
  317:10
**sufficient**
  273:17
**suggest** 236:15
**suite** 192:3
  193:11
**suites** 221:8
**summarize**
  214:3
**summarized**
  304:16

**[summary - tell]**                                                            Page 34

**summary**
214:13
**summation**
259:4,9
**superb** 221:8
**superior**
190:10
**supplemented**
264:21
**supplied** 260:13
260:17,22
**support** 223:23
**suppose** 200:12
201:23 240:5
**supposed**
200:25 234:1,4
312:13 315:7
**sure** 197:19
234:23 239:8
239:12,17
258:9 271:17
272:2 278:8
279:3 296:25
315:3 316:8
321:3
**surrounding**
218:6
**survived**
305:24
**switch** 198:19
199:8,14
200:11 204:1
204:12 262:14
263:25 314:25
315:13

**switched** 315:4
**switching**
199:15 204:7
**sworn** 197:2
**system** 213:13
254:13 274:5
275:19
**systemic**
316:10

**t**

**t** 195:1 196:1
**t'd** 196:1
**tabbed** 321:4
**table** 248:9
288:22,23
301:25 302:9
302:18 303:1,5
303:6 305:3,7
**tables** 196:6
302:8 304:20
304:25
**tabs** 320:20
**take** 202:22
205:1 208:9
220:9 226:19
234:21 240:4
244:1 252:13
252:19 256:11
258:4 259:20
260:16,21
262:9,21 273:2
286:17,19
302:4 306:19
**taken** 191:4
216:23 243:19

246:3 247:17
247:20
**takes** 201:15
**talc** 195:23
196:3 235:13
236:1 241:23
242:1 243:1
244:14 247:1,3
249:5,11 250:8
250:24 251:9
251:18,20,23
252:3,4,9 257:4
257:12,13
258:7,21
268:12,25
279:4,25
280:10,19
281:3,14
282:17 283:4
285:9,13 286:4
297:9 298:17
316:2,17
321:16 322:6
322:13
**talcs** 297:7
**talcum** 190:6
248:16,20
249:1 250:12
**talk** 197:25
204:16 230:16
242:5 271:3
286:17 318:1
319:21,23
320:3
**talked** 271:18

**talking** 199:15
209:7 223:4
247:13 254:7
255:13 285:4
**talks** 210:23
**target** 299:8
310:9
**task** 278:9
283:3 320:11
**taught** 201:10
**technical**
207:23 208:1
268:6 282:7
**technique**
201:14 203:23
203:25 204:11
204:14 205:24
206:16,17,21
206:22 217:7
217:11 236:9
266:1 268:14
268:19,25
269:18,20
270:1 277:9
279:12,14
284:6,8 290:20
293:5 294:10
294:13 301:12
**techniques**
195:13 218:4
218:25 248:12
**tell** 197:14
204:13 209:6
224:4 247:6
255:23 258:9
275:17 276:5,9

[tell - today's]                                                                Page 35

276:16,17,18
276:20 284:13
286:18 290:14
300:7
**telling** 209:6
307:12
**tem** 195:20
236:4,7,21
237:4,21 239:4
239:5 240:7
292:16 293:2,7
293:12 295:12
**temperature**
274:6,21
275:18,22
276:17
**ten** 263:8
276:11
**term** 225:17
**terminolog**
232:17
**terrible** 316:17
**test** 200:8
209:11 212:5
212:25 262:7
274:10 281:2
319:9,10
**testified** 267:9
280:23
**testifies** 197:2
**testify** 256:8
266:6
**testimony**
221:24 250:25
261:14,24
310:24 311:14

319:21 322:9
325:4
**testing** 209:10
209:16,20,20
209:21,22,23
210:4,12 235:5
262:20 267:23
**tests** 262:3,6
**texas** 192:4
**thank** 220:18
240:18 246:11
246:19 255:15
258:18 260:9
309:12 319:7
323:19
**thanks** 221:14
260:10 287:6,9
**thermo** 256:20
**thick** 229:5,10
**thicker** 229:16
231:3
**thickness**
228:19 229:6,6
229:12,14,16
229:17 230:15
231:19 291:16
291:19 292:4
**thicknesses**
228:23 230:17
**thin** 230:13
**thing** 208:22
220:23 224:14
247:7 254:10
271:24 284:22
287:11 296:9
301:16,20

302:25 304:13
312:11 320:6
**things** 214:5
251:17 267:8
298:13 299:22
318:13
**think** 201:18,25
208:14,14
213:9 221:25
223:1,7,11
226:19 227:4
239:21,25
241:4 247:21
256:8 258:22
263:7,9,17
268:13 273:19
288:18,22
296:23 297:14
298:6 303:13
306:12 311:15
322:21 323:20
323:23
**thinner** 231:23
232:8 292:10
**third** 219:9
251:2,7,10
263:3,9 295:11
301:24 303:10
312:11
**thought** 221:19
225:20,25
**thousands**
250:2
**three** 218:4
219:11,18
220:22 221:1

262:25 264:9
295:9 307:1,6
**thursday** 191:6
**time** 191:7
197:12 218:20
220:4,9 221:25
229:3 234:25
249:23,25
256:14 260:3
260:10 263:6
263:21,23,23
264:3,5,15,16
272:17 278:25
286:22,24
292:18 294:1
296:12 297:22
297:24 299:17
303:19 307:7
308:8 320:13
322:12 324:2
325:6
**timeframe**
295:14
**times** 239:15,18
239:22 250:1
261:22 307:1,6
308:2
**title** 209:24
247:23 284:24
285:1
**titled** 207:13
**today** 260:8
267:7,14
287:12 293:8
**today's** 292:18
297:22 300:5

**[today's - use]**                                                Page 36

300:13
**together** 203:17
259:21 263:1
302:21 319:21
**told** 248:25
249:1,3
**took** 234:6
237:14 252:8
253:15 302:16
305:7
**tool** 270:11,19
270:21,23
**top** 207:13
218:3 232:1
235:10 237:23
244:5 275:2
284:25 285:2,4
285:8
**topics** 226:15
**total** 214:9
234:8,15
244:24 253:9
253:11 254:1
**totally** 232:25
233:9 234:12
266:13 304:3
**traffic** 286:25
**trained** 205:25
206:3,12,14,15
206:19 290:9
290:24
**transcript**
191:1 265:15
266:15,25
267:4,5 301:21
306:9 325:4

**transcripts**
265:18
**transmission**
236:3
**travel** 264:15
**tried** 250:18
**true** 198:4,8
199:1,7,12
236:6 242:3
246:12 269:10
286:4 288:3,4
290:24 291:2
291:19 308:14
325:3
**truly** 235:11
284:9
**trust** 239:3
267:4
**trusting** 239:6
239:9
**truth** 197:15
**try** 210:8 229:8
258:4 313:23
321:12
**trying** 203:15
226:4 256:9
271:24 317:7
**turn** 215:5,19
217:21 219:9
221:5 225:4,4
255:2 263:24
314:10
**turned** 300:25
**tutorial** 204:12
**twice** 200:21
209:22 307:7

**two** 216:13
227:22,25
241:25 244:6
245:12 247:2
247:16 250:1
250:15 262:17
262:19,24
266:21 267:8
267:14 279:15
287:7 291:13
292:3 294:10
294:12 300:19
301:25 308:2
316:16,20
318:16 319:1
321:12
**type** 229:9
268:9
**types** 294:17
**typical** 233:4
**typo** 237:23
241:4

**u**

**u** 197:1,1,1
**um** 200:14
229:24 230:18
235:21 239:14
240:3
**unaware**
243:24
**uncategorized**
318:7
**under** 197:12
198:19 214:8
237:8 242:11

253:11 263:16
273:11,11
290:3
**understand**
197:11 202:6
215:22 224:19
227:17 228:1
242:9 244:10
265:20 272:4
283:9 284:9
311:2 313:9,16
313:23 317:6
**understands**
290:25
**understood**
197:13 310:14
**undertaken**
242:15
**unification**
195:11 218:24
**uniform** 229:6
234:1
**united** 190:1
**university**
221:8
**unrelated**
230:2
**use** 200:25
206:4,22
210:24 212:6
230:19 231:21
233:19 234:3
241:23 255:12
257:21 260:12
262:7 263:22
268:11,24

274:19,20,22
275:20,21,22
279:25 280:9
280:18 281:1
281:13 282:16
290:4 291:13
299:18 311:23
311:23
**used**   217:3
227:15,16
233:24 243:4
255:4,24 256:4
258:24 261:11
266:20 268:8
269:9 270:1
271:5 286:2
293:5 297:13
297:14 302:2
322:5,12
323:16
**uses**   290:1
**using**   199:25
201:13 205:5
205:23 206:19
217:8 229:12
248:11 253:7
254:17 257:17
271:5 275:8
277:7 280:24
289:21 306:1
**usp**   241:21
242:6,6,14,20
242:22
**utilize**   204:1
220:11 226:12
246:13

**utilized**   239:3
243:25 247:16
**utilizing**   200:16
201:6

**v**

**v**  190:16 206:25
**vague**   220:7
265:22 269:2
270:4,9 271:15
275:12 278:8
280:11 298:6
**valid**   270:7,21
**validation**
212:6
**value**   196:13
255:25,25
278:5 290:5
292:11 299:19
303:25 304:2,2
304:5 307:19
307:20 315:22
315:22 317:4
318:24 321:1
**values**   228:19
255:11,23
256:4 287:15
287:24 288:19
289:5,8,21
291:17 310:17
315:13
**variable**   255:11
**variables**
255:24
**variation**
275:23

**various**   221:9
228:23 248:11
**versatile**   217:6
**version**   323:15
**versus**   241:23
291:2
**vertical**   228:16
**vibration**
257:22
**videotape**
264:23
**view**   224:4
243:21 244:2,7
244:18,24
245:12,12,16
246:7,16 247:2
247:8,8,10,13
247:14
**viewed**   227:20
247:25
**visit**   294:21
295:4
**visual**   246:2
**visualization**
245:18
**visually**   238:16
241:10
**volcanic**   229:9
**volume**   190:16

**w**

**w**  190:14
**walk**   301:5
**walter**   195:17
224:5,24
299:25

**want**   197:25
202:11,13
204:16 208:21
215:19 242:5
243:10 248:4
252:19 255:5
265:23,25
272:16,22
279:2 282:22
294:14 300:6
301:7 306:14
313:9,16,22
316:8 321:3
**wanted**   278:17
287:11
**wanting**   318:6
**water**   257:18
257:19 258:1
**wavelength**
202:17 225:12
225:17 226:3
232:25 233:7,9
234:12 302:18
**wavelengths**
202:19,21,24
202:25 221:10
234:15
**way**   204:14
206:18 209:6
209:17 214:17
225:9 227:18
227:22 238:25
252:14 275:13
276:12 282:3
282:25 283:16
286:2 290:2

[way - zoom]                                                    Page 38

292:1 299:7
304:9 323:12
**ways**   203:24
204:5 207:2
216:13
**wearer**   231:23
**week**   221:20
222:20
**weight**   253:19
253:25
**went**   261:23,25
262:1 293:25
322:5
**wet**   195:23
196:3 257:9,12
257:15,17,23
258:1,6 293:5
321:16
**widely**   233:24
**width**   239:11
239:16 245:14
246:3,14
**wish**   237:20
260:7
**witness**   194:3
205:19 260:3
272:14,21
287:9 288:11
305:12,18
308:18 320:25
321:5
**witnessed**
261:24
**woman**   311:5,8
**word**   200:20
306:25,25

307:8 308:1,13
**work**   206:24,25
216:18 222:22
224:11,14,15
237:13 243:4
264:9 265:2
295:24 296:10
296:12 297:12
**worked**   222:13
222:24 223:6,9
262:24
**working**   222:18
222:22 223:16
223:21 249:21
254:8 264:10
264:16 283:2
**world**   248:25
**wrest**   267:5
**write**   218:14
226:11 277:19
279:21 310:7
320:25
**written**   285:12
286:1
**wrong**   201:19
201:20 202:1
203:22 250:17
266:17,22
294:24 297:2
303:22 307:19
**wrote**   218:11
222:16 226:9

---

**x**

**x**   195:1 196:1
228:16,17

267:24 268:1,3
268:8,11,20,21
268:22,24
269:3,8,25
270:7,17
**x100157300**
325:16
**xi01573**   191:4
**xr00011300**
325:17

---

**y**

**yeah**   201:12
202:20 204:22
205:21 207:16
208:8 209:1,11
213:15 217:23
225:2 228:2
240:10 242:8
243:9 247:19
251:5 257:9,13
262:1 263:2
272:15,21
273:1 278:19
285:10,19,23
288:22,23
290:15 295:21
301:18,24
302:7 303:7,10
303:17 304:16
304:18 305:6,7
305:21 308:19
309:15 312:15
313:16 320:8
320:19

**year**   209:22
218:23 248:10
259:6 298:3
323:3
**years**   221:22
222:5 250:4,18
269:16 280:24
298:5
**yep**   209:12
214:1
**yesterday**
320:6
**york**   192:10,10

---

**z**

**zoom**   192:19
193:3,10

---

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.