# Exhibit 11

# RJ LEE GROUP
DELIVERING SCIENTIFIC RESOLUTION

## Matthew S. Sanchez, Ph.D.

### Education

- » Ph.D., Geology, University of Idaho, 2012
- » M.S., Geology, University of Idaho, 2007
- » B.S., Geology, University of Idaho, 2005

### Employment History

- » RJ Lee Group, Inc., Principal Investigator, 2015-Present
- » RJ Lee Group, Inc., Technical Manager, Technical Consulting Services, 2012-2014
- » RJ Lee Group, Inc., Technical Manager, Optical, TEM and XRD Services, 2011-2012
- » RJ Lee Group, Inc., Technical Manager, Optical and XRD Services, 2009-2011
- » RJ Lee Group, Inc., Scientist, 2007-2009

### Summary

- » Quantitative mineralogy of minerals and building materials by light microscopy
- » Determination of asbestos minerals in bulk materials samples
- » Determinative mineralogy of rock quarry samples by light microscopy
- » Characterization of amphibole minerals
- » Quantitation of amphibole and chrysotile group minerals by powder X-ray diffraction
- » Conducts site investigations of mines worldwide
- » Developed microscopy method for identification and quantification of coal ash residues to screen for impacted areas as part of cleanup efforts following containment failure. Methodology has been accepted by the EPA
- » Provides technical oversight of optical microscopy, transmission electron microscopy and x-ray diffraction services
- » Applied analytical techniques include polarized light microscopy (PLM), scanning electron microscopy, powder X-ray diffraction, and electron probe microanalysis.

### Memberships

- » Mineralogical Society of America
- » Mineralogical Association of Canada
- » Geological Society of America
- » USP Talc Expert Panel

Matthew S. Sanchez
February 20, 2024
Page 2 of 6

**Publications & Presentations**

Sanchez, M.S., M. McGrath-Koerner, B.D. McNamee, "Characterization of elongate mineral particles including talc, amphiboles, and biopyriboles observed in mineral derived powders: Comparisons of analysis of the same talcum powder samples by two laboratories," Environmental Research, August 2023.

Rutstein, M., J. Pier, D. Crane, M. Gunter, D. Halterman, K. Houck, L. Poye, M. Sanchez, A. Segrave, G. Tomaino, D. Van Orden, J. Webber, J. Medwid, S. Wolfgang, P. Chantal, C. Sutton, S. Delaney, C. Sheehan, T. Liu, "Stimuli to the Revision Process Modernization of Asbestos Testing in USP Talc - Part 2", USP PF, 46(5), 2020

Pier, J., Rutstein, M., Crane, D., Fitzgerald, S., Gunter, M., Halterman, D., Houck, K., Poye, L., Sanchez, M., Segrave, A., Tomaino, G., Van Orden, D., Webber, J., Medwid, J., Wolfgang, S., Moore, K., and Liu, T.  USPC Responses to Comments on Stimuli Article "Modernization of Asbestos Testing in USP Talc."  Pharmacopeial Forum 40(4), July 2017.

Gunter, M.G. and Sanchez M.S. Examples of Expert vs. Expert Civil Litigation Errors in Dealing with the Purported Asbestos Content of Talc.  Inter-Micro June 12-16, 2017.  McCrone Research Institute, Inc.

Sahmel, J., Barlow, C.A., Gaffney, S., Avens, H.J., Madl, A.K., Henshaw, J., Unice, K., Galbraith, D., DeRose, G., Lee, R.J., Van Orden, D., Sanchez, M.S., Zock, M., and Paustenbach, D.J. (2016) Airborne asbestos take-home exposures during handling of chrysotile-contaminated clothing following simulated full shift workplace exposures. Journal of exposure Science and Environmental Epidemiology, 26, pgs. 48-62.

Lee, R., Van Orden, D. and Sanchez, M. (2016).  "Response to Gordon 2016", International Journal of Occupational and Environmental Health, XX, pp. 1-5, published on-line October 2016.

Sanchez M.S. and McGrath M. Examples of Improper Mineral Identification in Cosmetic Talcum Powders by TEM testing laboratories and the Common Errors Observed in Recent and Ongoing Litigation.  Inter-Micro June 6-20 ,2016.  McCrone Research Institute, Inc.

Oczypok, E.A., M.S. Sanchez, D. R. Van Orden, G. J. Berry, K. Pourtabib, M. E. Gunter, V. L. Roggli, A. M. Kraynie, T.D. Oury, "Case Report: Erionite-associated malignant pleural mesothelioma in Mexico", International Journal of Clinical and Experimental Pathology, Vol 9(5), pp 5722-5732, May 2016.

Van Orden, D.R., R.J. Lee, C.M. Hefferan, S. Schlaegle, M. Sanchez, "Determination of the Size Distribution of Amphibole Asbestos and Amphibole Non-Asbestos Mineral Particles", The Microscope, Vol 64:1, pp 13-25, 2016.

Sanchez, M., McGrath, M.M., "Serpentine and amphibole group mineral characterization in talc ores and finished products by contract laboratories: accurate and defensible PLM evaluations", 2016 SME Annual Conference, Phoenix AZ, February 21-24, 2016.

Matthew S. Sanchez
February 20, 2024
Page 3 of 6

Sanchez, M., McGrath, M.M., "Serpentine and amphibole group mineral characterization in talc ores and finished products by contract laboratories: accurate and defensible TEM evaluations", 2016 SME Annual Conference, Phoenix AZ, February 21-24, 2016.

McGrath, M., L. Li, M.S. Sanchez, D.R. Van Orden, R.J. Lee, "Characterization of Structurally Coherent Mineral Intergrowths in Cosmetic Talc", Presented at Geological Society of America Abstracts with Programs, November 2015.

Sanchez, M.S., "The Rainy Creek Igneous Complex", Presented at Symposium on Natural Occurrences of Asbestos (NOA), ASTM Committee Week, 2015.

Li, L., M. McGrath, M.S. Sanchez, "Characterization of Talc Fibers and Transitional Minerals in Cosmetic Talc", Presented at Inter/Micro 2015 Symposium, McCrone Research Institute, June 2015.

Sanchez, M.S., B.R. Bandli, Direct Analysis of Amphiboles on Tree Bark from Libby Montana by SEM Utilizing both EDS and EBSD techniques and Implications on Public Perception, Presented at Geological Society of America, Vancouver, BC, October 2014.

Sahmel, J., C.A. Barlow, B. Simmons, S.H. Gaffney, H.J. Avens, A.K. Madl, J. Henshaw, R.J. Lee, D. Van Orden, M. Sanchez, M. Zock, D.J. Paustenbach, "Evaluation of Take-Home Exposure and Risk Associated with the Handling of Clothing Contaminated with Chrysotile Asbestos", Risk Analysis, 34:8, pp. 1448-1468, 2014.

Lee, R.J., M.S. Sanchez, D.R. Van Orden, L. Li, "Acceptability of Method Short Cuts in TEM Asbestos Analysis", presented at Inter/Micro, McCrone Research Institute, June 2014.

Sanchez, M.S., M.E. Gunter, Calculated Nominal Ranges of Refractive Indices for the Amphiboles Found in the Rainy Creek Igneous Complex, The Microscope 61(2), 75-84, 2013.

Van Orden, D. R., M. Sanchez, J.M. Wilmoth, "Effect of Sample Preparation on Observed Airborne Fiber Characteristics", The Microscope, 60, pp. 51-61, 2012.

Sanchez, M.S. and M.E. Gunter (2012) Quantifying amphibole asbestos by powder X-ray diffraction and polarizing light microscopy: Using Soils from Libby Montana and El Dorado Hills, California, Geological Society of America Abstracts with Programs.

Sanchez, M.S., and Gunter M.E. (2012) Calculated average refractive indices for the amphiboles found in the Rainy Creek Igneous Complex, near Libby, Montana, USA. Inter/Micro Abstracts with Programs.

Van Orden, D.R., R.J. Lee, M.S. Sanchez, M.D. Zock, E.B. Ilgren, Y. Kamiya, "Evaluation of Airborne Crocidolite Fibers at an Asbestos-Cement Plant", Annals of Respiratory Medicine, July 2012.

Van Orden, D.R., J.M. Wilmoth, M. Sanchez, "Effect of Size Reduction Processes on the Apparent Fiber Content of Rock Samples", The Microscope, Vol 60:1, pp3-9, 2012.

Matthew S. Sanchez
February 20, 2024
Page 4 of 6

Van Orden, D., M. Sanchez, "Asbestos – What's in a Name?" presented at the 2011 Geological Society of America Annual Meeting, Minneapolis, MN, October 2011.

Van Baalan, M.R., Arlauckas, S.M., and Sanchez, M.S. (2011) Amphiboles From New Idria California. Geological Society of America Annual Meeting, Abstracts with Programs.

Sanchez, M.S., and Bieber, D. (2010) Recommendations For The Characterization of NIOSH Asbestos Fibers in NOA Materials. American Environmental Geologist Annual Meeting Abstracts with Program.

Lee, R.J., D. Van Orden, M.S. Sanchez, (Common Errors Associated with the Analysis of Tremolitic Talc. ASTM Michael Beard Conference, 2010.

Strohmeier, B.R., J.C. Huntington, K.L. Bunker, M.S. Sanchez, K. Allison, R.J. Lee, "What is asbestos and why is it important? Challenges of defining and characterizing asbestos," International Geology Review, Volume 52, Issue 7 & 8, pp. 801-872, July 2010.

Hall, R.J., M.S. Sanchez, K.P. Rickabaugh, "An Evaluation of Fly Ash in Sediment by Microscopy", TVA Fly Ash Symposium, 2010.

Sanchez, M.S., K.A. Allison, K.E. Harris, D.R. Van Orden, R.J. Lee, "Naturally Occurring Asbestos: A Recurring Analytical and Public Policy Challenge", presented to American Chemical Society, April 2010.

Lee, R.J., K.A. Allison, K.L. Bunker, K.E. Harris, J.C. Huntington, M.S. Sanchez, B.R. Strohmeier, D. R. Van Orden, "The Challenges of Defining and Characterizing Asbestos", presented at the 45th Annual Meeting of the Northeastern Section, GSA, Baltimore, Maryland, March 2010.

Lee, R. J., D.R. Van Orden, M. Sanchez, "Common Errors Associated with the Analysis of Tremolitic Talc", presented at ME Beard Conference, San Antonio, TX, January 2010.

Van Orden, D. R. and M. Sanchez, "CARB Definitions of Asbestos", presented at GSA Annual Meeting, Portland, OR, October 2009.

Gunter, M.E., M.S. Sanchez, "Amphibole Forensics: Using the Composition of Amphiboles to Determine Their Source, the Libby, Montana, Example," American Mineralogist, Vol. 94, pp 837-840, 2009.

Sanchez, M.S., "Things once known now forgotten? The use of Optical Mineralogy in Regulatory Methods: The Libby Montana Example," presented to Geological Society of America, 2009.

Sanchez, M.S., M.E. Gunter, C.L. Lopano, "Using Powder X-Ray Diffraction to Screen for Asbestos Minerals Occurring in their Natural Settings," presented at The 14th International Clay Conference, Castellaneta, Italy, 2009.

Matthew S. Sanchez
February 20, 2024
Page 5 of 6

Sanchez M.S., M.E. Gunter, "Correlations Between Trace Elements and Morphology of a Fibrous Tremolite from Montgomery County, Maryland, USA," Periodico di Mineralogia, Vol. 77, No. 2, pp 20-25, 2008.

Sanchez, M.S., R.J. Lee, D.R. Van Orden, "Extinction Characteristics of Six Tremolites with Differing Morphologies", The Microscope, Vol. 56, No.1, pp 13-27, 2008.

Sanchez, M.S., M.E. Gunter, M.D. Dyar, "Characterization of Historic Amphibole Samples from the Former Vermiculite Mine near Libby, Montana U.S.A.," European Journal of Mineralogy, Vol. 20, pp 1043–1053, 2008.

Gunter, M.E., M.S. Sanchez, "Amphibole Content of Commercial Vermiculites by Powder X-Ray Diffraction," Periodico di Mineralogia, Vol. 77, No. 2, pp 35-41, 2008.

Bunker, K.L., M.S. Sanchez, G. Casuccio, T. Lersch, B. R. Strohmeier, R J. Lee, "Complementary STEM and SEM Imaging of Nanoparticles in an Ultra-High Resolution, Low kV SEM", presented at Microscopy & Microanalysis, Albuquerque, NM, August 2008.

Lee, R.J., B.R. Strohmeier, K.L. Bunker, M.S. Sanchez, D.R. Van Orden, "The Challenge of Naturally Occurring Asbestos-Characterization of Amphibole Particles in Mixed Mineral Dust," presented at the Roy J. Shlemon Specialty Conference on the Geological Assessment of Naturally Occurring Hazardous Substances, AEG Foundation and Association of Environmental & Engineering Geologists, Folsom, CA, June 2008.

Gunter, M.E., M.S. Sanchez, T.J. Williams, "Characterization of Chrysotile Samples for the Presence of Amphiboles from the Carey Canadian Deposit, Southeastern Quebec, Canada," The Canadian Mineralogist, Vol. 45, pp 263-280, 2007.

Williams, T.J., M.E. Gunter, M.S. Sanchez, "Needle in the X-Ray Haystack: Detection Limits in Powder X-Ray Diffraction of Geologic Materials," presented to the Geological Society of America, 2007.

Sanchez, M.S., M.E. Gunter, "Quantification of Amphibole Content in Expanded Vermiculite Products from Libby, Montana U.S.A. Using Powder X-Ray Diffraction," American Mineralogist, 91, pp 1448-1451, 2006.

Gunter, M.E., M.S. Sanchez, "Characterization of Chrysotile Samples and Ores for the Presence of Amphiboles from the Former Carey Canadian Mine, Southeastern Quebec, Canada," Eos Trans. AGU, 87(36), Jt. Assem. Suppl., V23A-04, 2006.

Sanchez, M.S., M.E. Gunter, M.D. Dyar, S.R. Badger, G.C. Hobbs, D.R. Van Orden, M.S. Potter, "Characterization of Historical Amphibole Samples from the Former Vermiculite Mine Near Libby, Montana U.S.A.," presented to the Geological Society of America, Philadelphia, PA, October 2006.

Matthew S. Sanchez
February 20, 2024
Page 6 of 6

Gunter, M.E., T.J. Williams, M.S. Sanchez, K.E. Harris, K.L Bunker, R.K. Wyss, R.J. Lee, "Amphiboles Between the Sheets:  An Interesting Occurrence with Even More Interesting Morphologies," presented to the Geological Society of America, 2006.

Gunter, M.E., R.T. Downs, K.L. Bartelmehs, S.H. Evans, C.J.S. Pommier, J.S. Grow, M.S. Sanchez, F.D. Bloss, "Optic Properties of Centimeter-Sized Crystals Determined in Air with the Spindle Stage Using EXCALIBRW," American Mineralogist, Vol. 90, pp 1648-1654, 2005.

Nell, M., J. Grow, M.S. Sanchez, C. Pink, J. Bird, B. Tillquis, John S. Oldow, B. McClelland, "Late Cretaceous and Tertiary Structures of the Western Idaho and Orofino Shear Zones, West Central Idaho," presented to the Geological Society of America, October 2005.

Sanchez, M.S., M.E. Gunter, "Low-Level Detection of Libby Amphiboles in Attic Insulation," presented at the 15th Annual Goldschmidt Conference, Moscow, Idaho, 2005.