Exhibit 12

Page 1

1                UNITED STATES DISTRICT COURT

2                  DISTRICT OF NEW JERSEY

3                        -   -   -

4

5    IN RE:  JOHNSON & JOHNSON  :  MDL NO.

     TALCUM POWDER PRODUCTS     :  16-2738(MAS)(RLS)

6    MARKETING, SALES           :

     PRACTICES, AND PRODUCTS     :

7    LIABILITY LITIGATION       :

8

9                        -   -   -

10                    June 25, 2024

11                       -   -   -

12

13            Remote oral deposition of MATTHEW

14   SANCHEZ, Ph.D., conducted at the location of the

15   witness, commencing at or about 11:09 a.m. on the

16   above date, before Kathleen A. Zerman, a

17   Professional Reporter and Notary Public.

18                       -   -   -

19

20

21

22

23            GOLKOW, a Veritext Division

24        877.370.3377 ph/917.591.5672 fax

```
                                              Page 2
 1        A P P E A R A N C E S:
 2              MOTLEY RICE, LLC
                BY:   LANCE OLIVER, ESQUIRE
 3                   RIDGE MAZINGO, ESQUIRE
                28 Bridgeside Boulevard
 4              Mount Pleasant, South Carolina  29464
                (843) 216-9000
 5              loliver@motleyrice.com
                rmazingo@motleyrice.com
 6              Counsel for the Plaintiffs
 7              KING & SPALDING, LLP
                BY:   KEVIN HYNES, ESQUIRE
 8              1185 Avenue of the Americas
                34th Floor
 9              New York, New York  10036
                (212) 790-5349
10              khynes@kslaw.com
                Counsel for the Defendants Johnson &
11              Johnson
12              REILLY McDEVITT HENRICH
                BY:   SUZANNE TURPIN, ESQUIRE
13              3 Executive Campus
                Suite 310
14              Cherry Hill, New Jersey  08002
                (856) 317-7180
15              sturpin@rmh-law.com
                Counsel for the Defendant Personal Care
16              Products Council
17
          A L S O   P R E S E N T:
18
                KATY LAWRIMORE
19              MARGARET THOMPSON
                MICHELLE PARFIT
20              TARA BAGHERLEE
                CREIGHTON KNIGHT
21              JACKSON VAUSE
22              BILAL FARUQI
23
24                            -  -  -
```

```
                                                    Page 3

 1                            -   -   -
 2                        I N D E X
 3
 4    WITNESS                                    PAGE NO.
 5    Matthew Sanchez, Ph.D.
 6        By Mr. Oliver                              8
 7
 8                            -   -   -
 9
10                       E X H I B I T S
11    NO.                   DESCRIPTION        PAGE NO.
12    P-1         Pre-deposition production      368
13    P-2         Documents produced in          368
                  response to subpoena
14
      P-3         Deposition and trial           368
15                testimony of Matthew S.
                  Sanchez, Ph.D.
16
      P-4         Curriculum vitae               368
17
      P-5         March 26, 2024 Balderrama      368
18                report
19    P-6         March 26, 2024 Carl report     368
20    P-7         University of California       368
                  Division of Agriculture and
21                Natural Resources August
                  2009 publication
22                Facts about Serpentine Rock
                  and Soil Containing Asbestos
23                in California
24    P-8         Picture - tremolite with       368
                  talc seam
```

Page 4

| NO. | DESCRIPTION | PAGE NO. |
|-----|-------------|----------|
| P-9 | Picture with quarter | 368 |
| P-10 | Picture - talc with actinolite | 368 |
| P-11 | April 26, 1973 letter Windsor Minerals and Talc (J&J-0145685-687) (JNJ000294872-874) | 368 |
| P-12 | October 11, 1972 letter Department of Health, Education and Welfare (JNJ000086568-570) | 368 |
| P-13 | October 31, 1974 letter Italian talc source (JNJ000270495-496) | 368 |
| P-14 | Analytical request and report (J&J-0145303) (JNJ000062436) | 368 |
| P-15 | Telex-telegram message April 9, 1965 (JNJTALC000453134) | 368 |
| P-16 | 1971 CS MRI project #390517 (P-3181_1-66) | 368 |
| P-17 | Full text of "Report of the State of Geologist on the Mineral Industries and Geology of Vermont" | 368 |
| P-18 | Reported historic asbestos mines, historic asbestos prospects, and other natural occurrences of asbestos in the conterminous United States | 368 |
| P-19 | Spreadsheet | 368 |

Page 5

| NO. | DESCRIPTION | PAGE NO. |
|-----|-------------|----------|
| P-20 | Using the geologic setting of talc deposits as an indicator of amphibole asbestos content | 368 |
| P-21 | October 27, 1992 memo Visit of JP Grange to Vermont operations (IMERYS145198-201) | 368 |
| P-22 | May 13, 2011 memo (IMERYS308446-449) | 368 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
                                                    Page 6

 1                    DEPOSITION SUPPORT INDEX

 2

 3    DIRECTIONS NOT TO ANSWER:

 4    PAGES:   None

 5

 6    REQUESTS FOR DOCUMENTS OR INFORMATION:

 7    PAGES:   None

 8

 9    STIPULATIONS AND/OR STATEMENTS:

10    PAGES:   None

11

12    MARKED QUESTIONS:

13    PAGES:   None

14

15

16

17

18

19

20

21

22

23

24
```

Page 7

```
 1                  -   -   -
 2              THE COURT REPORTER:  All
 3         parties to this deposition are
 4         appearing remotely and have agreed
 5         to the witness being sworn in
 6         remotely.  Due to the nature of
 7         remote reporting, please pause
 8         briefly before speaking to ensure
 9         all parties are heard
10         completely.
11                  -   -   -
12              MATTHEW SANCHEZ, Ph.D.,
13     after having been first duly sworn, was
14     examined and testified as follows:
15                  -   -   -
16              MR. OLIVER:  This is Lance
17         Oliver with the Motley Rice law
18         firm appearing for the plaintiffs
19         in this litigation, and with me I
20         have my colleague Mr. Ridge
21         Mazingo, also appearing for the
22         plaintiffs in this litigation.
23              If any other plaintiff's
24         counsel or defense counsel need to
```

Page 8

```
 1          make appearances, you know, feel
 2          free to take this opportunity to
 3          do so.
 4                        -   -   -
 5                      EXAMINATION
 6                        -   -   -
 7     BY MR. OLIVER:
 8          Q.    All right.  Good morning,
 9     Dr. Sanchez.  You and I have met before,
10     correct?
11          A.    I don't remember, but I'll
12     take -- sorry.  I just don't recall
13     meeting before, but...
14          Q.    That's okay.  I was counsel
15     in a couple of the trials that you
16     testified in this spring.
17               Do you remember those
18     trials?
19          A.    I remember a few trials this
20     spring, yes.
21          Q.    Okay.  You have been deposed
22     many, many times, fair?
23          A.    I have been deposed over the
24     past, I think, nine years or so many
```

Page 9

1    times, yes.

2            Q.    You don't have any need for

3    me to go over the ground rules of this

4    deposition, do you?

5            A.    I think that's your

6    decision, not mine.  I'm not sure what

7    you're asking for me there.  This is your

8    record to make, so I think that's up to

9    you whether you want to cover the ground

10   rules or not.

11           Q.    I just want to make sure

12   that you understand the typical ground

13   rules of a deposition.  You don't need me

14   to explain those to you at this point in

15   your career, do you?

16               MR. HYNES:  Objection; form,

17           vague.

18               THE WITNESS:  Yes, it's an

19           odd question to me.  Sorry.  I'm

20           not a trained legal person.  I do

21           not have -- while I've given

22           depositions, I wouldn't sit here

23           and say that I know all the ins

24           and outs of the rules of a

Page 10

1             deposition and the questioning
2             that attorneys are -- would do.
3             So I just -- I'm not an area -- I
4             can't answer that question.
5     BY MR. OLIVER:
6             Q.    Okay.  Let me just go over a
7     couple of ground rules with you and we'll
8     jump right into it after that since I
9     don't want there to be any confusion.
10            First of all, you understand
11    you've taken an oath in this case,
12    correct?
13            A.    Correct.
14            Q.    You understand that the oath
15    you've taken is the same as an oath you
16    would take in court in front of a jury,
17    true?
18            A.    I understand that, yes.
19            Q.    And you understand you're
20    obligated to tell the whole truth and
21    nothing but the truth, correct?
22            A.    I understand that.
23            Q.    Are you aware of any reason
24    that you cannot tell the full and

Page 11

1      complete truth today?  For example,

2      you're not taking any medication that

3      would hinder your ability to remember or

4      tell the truth, are you?

5              A.    I am not.

6              Q.    Is there any other reason

7      sitting here today that would hinder your

8      ability to tell the full and complete

9      truth?

10             A.    No.

11             Q.    You understand, given your

12     experience, that a court reporter, Ms.

13     Zerman, is taking down everything that

14     you and I say, correct?

15             A.    While on the record, yes.

16             Q.    Yes, while on the record.

17                   Because of that, you

18     understand that you must answer questions

19     audibly with yes or no or some audible

20     answer, right?

21             A.    I do understand that, yes.

22             Q.    You know that that's because

23     the court reporter cannot record

24     accurately a head nod or a colloquial

Page 12

1    phrase such as uh-huh, right?

2                You understand that's the

3    reason for that, right?

4        A.    Again, I can't go into the

5    reasons, but yes, my understanding is I

6    need to have verbal responses.

7        Q.    You understand that

8    periodically counsel for Johnson &

9    Johnson, who's Mr. Hynes, may lodge an

10   objection, right?

11       A.    Yes.

12       Q.    You understand that even

13   though -- well, strike that.

14                We can agree that even

15   though Mr. Hynes may lodge an objection,

16   unless for some reason he instructs you

17   not to answer, you know that you must

18   still answer my question, right?

19       A.    Yes, I know that.

20       Q.    Can we agree that even

21   though Mr. Hynes lodges an objection, you

22   will still endeavor to answer my question

23   to the best of your ability?

24       A.    Depending on the nature of

Page 13

1      the question and any instruction, but

2      yes.

3              Q.    Well, I sort of need --

4      because those are the rules of the road

5      and you've expressed some confusion, I do

6      need an unequivocal yes or no.

7                      Unless Mr. Hynes instructs

8      you not to answer, can you agree that you

9      will answer my question to the best of

10     your ability regardless of any objection

11     that is lodged?

12                      MR. HYNES:  Asked and

13              answered.

14                      THE WITNESS:  I think my

15              answer was yes previously, sir.

16     BY MR. OLIVER:

17              Q.    Sometimes I am going to ask

18     a bad question, one that is confusing.

19     Do you understand that it is your

20     obligation as a witness if you're

21     confused by a question to ask me to

22     clarify?

23              A.    I do.

24              Q.    Can we agree that if you're

Page 14

1    confused or do not understand one of my

2    questions, you will ask for such

3    clarification?

4         A.    Yes, I will.

5         Q.    You understand that if you

6    don't ask for such clarification, your

7    answers given will stand on the record?

8         A.    I understand that.

9         Q.    You also understand that if

10   at any time you need a break to go to the

11   bathroom or something like that, you can

12   just ask and we'll take a break.

13            Fair enough?

14        A.    I understand that as well.

15        Q.    Okay.  Now, there's one

16   exception to that rule.  You may not take

17   a break while a question is pending.

18            Do you understand that?

19        A.    I do.

20        Q.    Okay.  Will you agree with

21   me that if a question is pending and you

22   need to take a break for any reason, you

23   will answer the question first and then

24   you will ask for a break after the

Page 15

1    question has been answered?

2         A.    Yes.

3         Q.    Okay.  You understand that

4    you're testifying in a multi-district

5    litigation that is pending in New Jersey

6    involving the claims of women who have

7    used Johnson's baby powder on their

8    genitals, correct?

9         A.    I have a general

10   understanding of that, yes.

11        Q.    You understand that women in

12   these cases claim that over the years,

13   they used the product repeatedly and they

14   allege that caused them to develop

15   ovarian cancer.

16             Fair enough?

17        A.    That's my general

18   understanding.

19        Q.    You're not a medical doctor,

20   right?

21        A.    That's correct.

22        Q.    And you don't plan to

23   express the opinion in this case about

24   the connection medically between asbestos

Page 16

```
 1    and ovarian cancer, do you?
 2            A.    Correct.
 3            Q.    You don't plan to express
 4    any opinion in your testimony in this
 5    case about the connection between talcum
 6    powder use on your genitals and ovarian
 7    cancer, true?
 8            A.    That's correct.
 9            Q.    And your answer is the same
10    regardless of the type of asbestos
11    involved, right?
12            A.    Correct.
13            Q.    You're simply not a medical
14    witness who will offer medical opinions?
15            A.    Correct.
16            Q.    You would defer to medical
17    professionals for those types of -- for
18    that type of testimony?
19            A.    It's beyond my role in the
20    litigation, so I'm not going into those
21    issues.
22            Q.    And you're not -- just so to
23    be clear, you're not going into those
24    issues because you don't possess that
```

Page 17

1    type of educational or experiential

2    expertise, fair?

3           A.    That's correct, that is not

4    what I'm an expert in.

5           Q.    Sir, you understand that

6    your attorneys have produced a large

7    volume of documents that we may see some

8    of in this deposition.  They produced

9    them before this deposition, right?

10          A.    That's my understanding.

11          Q.    You agree that all of the

12   documents the attorneys produced are

13   documents that you have either reviewed

14   or relied on in forming your opinions?

15          A.    Yes.  Reviewed and/or

16   relied, yes.

17          Q.    And to the extent that I or

18   anybody else has questions about those

19   documents, you are prepared to answer

20   questions about them either in this

21   deposition or under oath in court?

22          A.    Yes, assuming that I'm

23   provided the document and can refresh my

24   memory of it, but yes.

Page 18

1              Q.   Of course.  Of course.  I'm
2     not asking you for a memory test.
3                   MR. OLIVER:  So Madam Court
4              Reporter, can we mark as Exhibit
5              1 -- and I'll just call this a
6              nominal exhibit.  I am going to
7              mark as Exhibit 1 the
8              pre-deposition production by
9              defendants of Dr. Sanchez's
10             materials considered and reliance
11             materials.  Okay?
12                  And we will send you that in
13             a separate form later on.  Is that
14             okay, Ms. Zerman?
15                  THE COURT REPORTER:  Yes.
16    BY MR. OLIVER:
17             Q.   Dr. Sanchez, do you
18    understand that in this deposition, the
19    plaintiffs also issued a subpoena to the
20    law firm King & Spalding representing
21    Johnson & Johnson for some additional
22    materials?
23                  Did you know that?
24             A.   Not the specifics, but I

Page 19

1      know there were multiple productions

2      based upon plaintiff requests, but I

3      don't know the nature of the requests.

4                  MR. OLIVER:  Okay.  And this

5            is more or less for the record and

6            for the lawyers.  I'll represent

7            that we issued a subpoena and --

8            we the plaintiffs, and that

9            subpoena was responded to I

10           believe late last night or maybe

11           yesterday at some point; is that

12           right, Katy?

13                  I'm sorry, it was Friday.

14                  So I would like to mark as

15           Exhibit 2, nominal Exhibit 2,

16           Madam Court Reporter, all of the

17           documents that were produced in

18           response to the subpoena.

19     BY MR. OLIVER:

20           Q.    And, Dr. Sanchez, I'm not

21     going to ask you, you know, about a

22     document that you don't have access to.

23     I simply want it clear for the record

24     when my colleagues later use this

Page 20

1    deposition, we put all those documents on
2    the record and that they're documents you
3    have seen and/or relied on; is that fair?
4          A.    Assuming those are materials
5    that I have seen and relied upon, yes,
6    that is fair.
7          Q.    Okay.  Dr. Sanchez, you
8    received an envelope of exhibits that
9    we're going to use in this deposition
10   from us, correct?
11         A.    Yes.  I picked it up
12   yesterday.
13         Q.    And that envelope had some
14   instructions to not open or look at those
15   exhibits until the deposition, right?
16         A.    I didn't see instructions,
17   but I have not opened it yet.
18         Q.    Okay.  Why don't you go
19   ahead -- I'm going to begin by going
20   through some of these documents.  Why
21   don't you go ahead and open that material
22   so we can look at the first exhibit.
23              Okay.  Dr. Sanchez, if
24   you'll pull out -- your first folder

Page 21

1      should be labeled Sanchez, Matthew S.

2      Testimony 052724.

3                    Do you see that?

4            A.    I do.

5            Q.    Okay.  This is a list of the

6      deposition and trial testimony that you

7      have given over your career as an expert

8      witness, correct?

9            A.    Yes.

10                 MR. OLIVER:  Madam Court

11           Reporter, we will mark this as

12           Exhibit 3 to Dr. Sanchez's

13           deposition.

14      BY MR. OLIVER:

15           Q.    Dr. Sanchez, take a moment

16      to review this.  Can you confirm that

17      this is a complete and accurate list of

18      every case in which you've ever testified

19      since 2014?

20           A.    I believe it is.  The last

21      entry here is from the end of May.  I

22      don't recollect whether or not I had any

23      depositions this month, meaning the month

24      of June, but it -- this appears accurate

Page 22

1    to me.

2              Q.    Okay.  And just to be clear,

3    I believe I know the answer to this, but

4    you did actually do expert testimony

5    prior to November of 2014, didn't you?

6              A.    No, I did not.

7              Q.    Okay.  So this is a complete

8    list of all of your testimony as far as

9    you're aware?

10             A.    Yes.  And I should note then

11   under that question, that that first

12   case, the Antonio Perez case was -- I was

13   being deposed as a fact witness based on

14   work that I had performed in that case.

15   The first case I ever did as an expert

16   was in 2016.

17             Q.    Okay.  Fair enough.

18                   I went through the document

19   and counted the number of times that you

20   had testified for Johnson & Johnson, and

21   I believe that the number is

22   approximately 48 times.

23                   Does that sound right to

24   you?

Page 23

1          A.    How -- no, it does not.  How
2     did you determine whether a case was
3     Johnson & Johnson or not?
4          Q.    I think we were looking at
5     the caption.
6                Can you explain to me what
7     your understanding of how many times you
8     testified on behalf of Johnson & Johnson
9     is?
10         A.    I don't have an
11    understanding, but if you were going
12    simply by the caption as -- for example,
13    on the previous -- well, just the top
14    entry on this page here, page 3, Tina
15    Herford and Douglas Herford versus AT&T
16    Corp, et al., my recollection is that was
17    the first Johnson & Johnson case I
18    testified at.
19         Q.    Okay.
20         A.    Her name is part of the et
21    al in the case name, so I think the
22    number would be higher than what you said
23    if that was -- if that's how you tallied
24    that number.

Page 24

```
1            Q.    Okay.  So I counted 48 case
2     captions with Johnson & Johnson in the
3     case name, and you've made a good point.
4     The number is actually higher than 48
5     because some of the case names or
6     captions simply don't include Johnson &
7     Johnson, right?
8            A.    As -- as displayed here,
9     correct.
10           Q.    Okay.  Do you know how many
11    times you testified as an expert witness
12    on behalf of Johnson & Johnson?
13           A.    I have not made -- I have
14    not done that, no.
15           Q.    You agree that that number
16    is knowable, right?
17           A.    It's more than 48 I would
18    say, but I don't know what you mean by
19    notable.
20           Q.    I'm sorry.  I said knowable,
21    not notable.
22           A.    Sorry.  It could be
23    knowable, yes.  I'd have to go in and
24    check each of these cases with -- and
```

Page 25

1    cross-reference the full case names with

2    Johnson & Johnson, and then also check

3    whether or not I was retained by Johnson

4    & Johnson in those cases.

5         Q.    Okay.  Well, there's no need

6    for you to do that now.  We'll go back

7    and look at those cases.

8              Needless to say, that the

9    number of times you've testified in a

10   case on behalf of Johnson & Johnson in

11   your estimation is closer to 60 cases,

12   fair?

13        A.    I don't know the number.

14   The -- I would say fairly that most of

15   the depositions that I have given have

16   been on behalf of Johnson & Johnson.

17        Q.    Okay.  All of the cases in

18   which you have been retained and

19   testified were taken by and testified on

20   behalf of Johnson & Johnson involve

21   allegations regarding a talcum powder

22   product such as Johnson's baby powder,

23   correct?

24        A.    Yes.

Page 26

1          Q.    And each of those cases

2    involves an allegation that the talcum

3    powder product from Johnson & Johnson was

4    contaminated at some point with asbestos,

5    true?

6          A.    The vast majority.  I do

7    remember one case I testified in at trial

8    in Philadelphia where the plaintiffs were

9    not alleging asbestos contamination in an

10   ovarian case, but that's the only one

11   that I can remember.

12         Q.    Otherwise, all of the cases

13   involving Johnson & Johnson have -- have

14   contained an allegation that there was

15   asbestos contamination in the talcum

16   powder product, true?

17         A.    I believe that's accurate,

18   at least the ones that I've dealt with.

19         Q.    And in each of the cases

20   that you have testified in on behalf of

21   Johnson & Johnson, you have given an

22   opinion that the talc used by Johnson &

23   Johnson was not contaminated with

24   asbestos, right?

Page 27

1          A.    Well, I defer to my specific
2    testimony, but generally, yes.
3          Q.    So your opinion more or less
4    is the same every time.  There -- one of
5    your opinions is there's no asbestos in
6    Johnson's baby powder, correct?
7                MR. HYNES:  Objection to
8          form.
9                THE WITNESS:  I would defer
10         to my specific testimony, but in
11         my own -- in my own testing of
12         Johnson & Johnson baby powders
13         that have come out through the
14         litigations, there's only one of
15         those samples wherein I found any
16         asbestos.  So again, I would just
17         defer to my actual reports and
18         what I've actually done and say.
19   BY MR. OLIVER:
20         Q.    And I understand you saying
21   I defer to my reports, but I just want to
22   be clear.  Your report in all of these
23   cases says the same thing, and that thing
24   is that Johnson's baby powder is not

Page 28

1      contaminated with asbestos based on your

2      work, right?

3           A.    Correct.

4           Q.    You also say that the mines

5      that Johnson & Johnson used to source its

6      talc for talcum powder products were not

7      contaminated with asbestos; is that fair?

8           A.    Yes, dealing with the actual

9      ores and then the testing of the ores

10     show that same record.  The testing of

11     the final products by the company show

12     that same record as do my own testing of

13     the bottles.

14          Q.    You have also and I --

15     because of the issue with the case

16     captions and your case list, we may have

17     to have some clarification, but am I

18     correct that you have testified in some

19     cases in which -- some talcum powder

20     related cases in which Johnson & Johnson

21     was not the defendant?

22          A.    Yes.

23          Q.    Okay.  The American Talc

24     Company is one of the defendants in some

Page 29

1    of your cases.  Did you testify in those

2    cases on behalf of the American Talc

3    Company?

4            A.    No.

5            Q.    Who did you testify on

6    behalf of in those cases?

7            A.    Do you have a specific case

8    that I -- to see if I can remember?

9            Q.    Sure.  The first one on the

10   list is Alfaro versus the American Talc

11   Company.  It could be that that's another

12   Johnson & Johnson case.  I just don't

13   know.

14           A.    No, the Alfaro case was a

15   Colgate Palmolive case, a Cashmere

16   Bouquet product.

17           Q.    Okay.  So you have testified

18   in a series of cases on behalf of Colgate

19   Palmolive who made a talcum powder

20   product called American Bouquet, correct?

21           A.    I think you have the name

22   wrong.  The product name was Cashmere

23   Bouquet.

24           Q.    Oh, okay.  I'm sorry.  What

Page 30

1    did I call it?

2              A.    It wasn't that.  I'm not

3    sure exactly what you said.

4              Q.    Cashmere Bouquet.  Okay.

5              So in those cases, you were

6    retained by the Colgate Palmolive

7    company, correct?

8              A.    Yes.

9              Q.    And in those cases, the

10   product, Cashmere Bouquet, was also

11   another talcum powder, body powder

12   product, right?

13             A.    Yes.

14             Q.    It's very much like

15   Johnson's baby powder except that it is

16   an adult product primarily directed at

17   women to use in a hygienic fashion.

18             Is that a fair statement?

19             A.    Well, they use -- they had

20   talc from different places and not the

21   same processing and things, but it was

22   a -- Cashmere Bouquet is a talcum, like a

23   loose powder product.

24             Q.    Right.  And you made a good

Page 31

```
 1    point.
 2                   The talc that was in
 3    Cashmere Bouquet came from different
 4    mines than Johnson & Johnson used, right?
 5          A.    For some years and some
 6    instances, yes.
 7          Q.    Okay.  And the talc that
 8    Colgate Palmolive used for Cashmere
 9    Bouquet was also processed in certain
10    years in a different way than Johnson's
11    baby powder?
12          A.    Again, it would depend on
13    the years and the mine source how things
14    were being processed.  So I'm just -- I
15    don't want to draw too many correlations
16    that may lead to some false impressions.
17          Q.    Okay.  Regardless, in the
18    Colgate Palmolive cases, you testified
19    that the product was not -- the product
20    Cashmere Bouquet was not contaminated
21    with asbestos; is that true?
22          A.    Based on my work and the
23    testing I have done of Cashmere Bouquet
24    bottles, that's correct.
```

Page 32

```
 1              Q.    Okay.  Now, did you ever
 2      testify on behalf of the Avon company?
 3              A.    No.
 4              Q.    Okay.  There are some cases
 5      with the Avon company listed in your list
 6      of testimony and I'm wondering if those
 7      are just Johnson & Johnson cases.
 8                    Is that what you recall?
 9                    MR. HYNES:  Overbroad.
10                    THE WITNESS:  I don't have a
11          good memory of other defendants in
12          cases that I was not working for.
13      BY MR. OLIVER:
14              Q.    Let me help you out.  If you
15      turn to page 2 of your deposition and
16      trial testimony, at the bottom there's a
17      Susan E. Jenkins versus Avon Products,
18      Incorporated.  That's in the Superior
19      Court of California.
20                    Do you know which defendant
21      you were retained by in that case?
22              A.    No, the name doesn't bring
23      up any memory for me.  I'd have to look.
24              Q.    Okay.  Other than Colgate
```

Page 33

1    Palmolive and Johnson & Johnson, what

2    other defendant has retained you in

3    talc-related litigation?

4              A.    I've given depositions for a

5    few different clients other than those.

6    Colgate Palmolive also has a Mennen

7    product or products that are talc based

8    that I have done work.

9              Q.    Okay.

10             A.    I have done for Este Lauder

11   and given depositions.  I've also done

12   some work for a company called Block Drug

13   Company that for a short period of time

14   manufactured a Gold Bond product.

15             Q.    Okay.  Any others that you

16   recall?

17             A.    There might be some others,

18   but those are the ones that come to mind

19   readily.

20             Q.    Okay.  The Mennen product,

21   was that a body powder, a talc-based body

22   powder?

23             A.    There's a few products that

24   have come up.  There's been a shave talc

Page 34

1      and I think there has been a body powder

2      as well.

3              Q.    And the Mennen products that

4      you testified about were not sourced from

5      the same mines as Cashmere Bouquet or

6      Johnson's baby powder, were they?

7              A.    No, there's some

8      similarities in sources based on time

9      frames, but again, every -- every -- it

10     seems like every company isn't doing the

11     same exact thing as far as sourcing.  So

12     we'd have to look at what specific years

13     or product to line up what -- what was

14     the talc source and talc -- and those

15     things to be able to answer that question

16     intelligently.

17             Q.    And let me help you answer

18     it intelligently.

19                  The sources of the Mennen

20     products, the mining sources of the talc

21     for Mennen products were not identical

22     over the years to the sources for

23     Johnson's baby powder, right?

24             A.    No, there may have been

Page 35

1    periods where they both may have been

2    using like an Italian sourced talc, but

3    other than that, no, but you can't --

4    they're not identical throughout --

5    through all time, no.

6          Q.    Okay.  And the processing

7    that the Mennen company used to create

8    their final product was not identical to

9    the processing or beneficiation that

10   Johnson used for its baby powder, right?

11         A.    No.  They deal with

12   different mine -- mine sources and

13   things.  They're doing different

14   processing, different -- different

15   things.  So they would -- they would

16   not -- you would not be able to treat

17   them equivalent from a scientific

18   perspective.

19         Q.    And your opinion in the

20   Mennen cases was that the talc-based

21   powders you testified about did not have

22   asbestos contamination, correct?

23         A.    Based on testing of actual

24   products and things as well as reviewing

Page 36

```
 1    records, yes.
 2           Q.     Did you also testify in the
 3    Mennen cases that their mine sources for
 4    talc did not have asbestos contamination?
 5           A.     Those -- the particular
 6    mines that have been identified to me,
 7    that would be my testimony, yes.
 8           Q.     Okay.   In the Este Lauder
 9    case, the -- what product was at issue in
10    the Este Lauder case?
11           A.     I don't recall the names as
12    I sit here today.
13           Q.     Were they body powders?
14           A.     There was one body powder,
15    the name just came to me, named Youth
16    Dew, I believe, but there were some --
17    there were some other products as well
18    that I've tested, but I don't recall
19    their names.
20           Q.     The sources of the talc that
21    Este Lauder used to create its powder
22    products were not identical over the
23    years to the sources for Johnson's baby
24    powder, right?
```

Page 37

```
 1              A.    They would not be.
 2              Q.    You testified in the Este
 3    Lauder cases that their product did not
 4    have asbestos contamination, correct?
 5              A.    As far as I can determine,
 6    that's correct.
 7              Q.    You also testified in the
 8    Este Lauder cases that the mine sources
 9    for their talc were not contaminated with
10    asbestos, correct?
11              A.    To the best of my knowledge,
12    the mine sources used at various times,
13    there's no evidence that they -- you
14    could assume that they would be
15    contaminated, so that that would be
16    correct, and also looking at the actual
17    testing of some of the products.
18              Q.    The cases that you testified
19    on behalf of for Block Drug Company you
20    said were Gold Bond cases, right?
21              A.    That is the product that
22    they manufactured for a short period of
23    time, yes.
24              Q.    And Gold Bond is a foot and
```

Page 38

1    body powder as well, correct?

2            A.    It is a talcum powder

3    product.  Used to be, yes.

4            Q.    The sources -- you said it

5    used to be.  It used to be because the

6    makers of Gold Bond no longer use talc in

7    their powder, right?

8            A.    I don't -- I believe that's

9    accurate, but again, I have no -- I only

10   see what I see in the store that it says

11   it's now a cornstarch product is the

12   stuff you buy today.

13           Q.    Okay.  The sources for the

14   talc in the Block Drug Company cases were

15   not identical over the years to the

16   sources for Johnson's baby powder, right?

17           A.    Correct.

18           Q.    And the beneficiation

19   process that the Block Drug Company used

20   to produce Gold Bond powder was not

21   identical over the years to the process

22   that Johnson & Johnson used to create

23   baby powder, correct?

24           A.    Again, they are using

Page 39

1    different mine sources and some other

2    details that are specific to each

3    company.  So no, no company has an

4    equivalent usage and source history that

5    I know of.

6            Q.    And nonetheless, you

7    testified that the Gold Bond products

8    were not contaminated with asbestos,

9    right?

10           A.    There's not evidence for the

11   years that I've looked at that you could

12   make that assertion scientifically.

13           Q.    And you testified as well in

14   the Gold Bond cases that the mine sources

15   that Block Drug Company used were not in

16   the relevant years contaminated with

17   asbestos, correct?

18           A.    There was not evidence to be

19   able to make such a statement, correct.

20           Q.    Now, despite your testimony

21   in these cases, you do agree, because it

22   is a geological fact, that talc mines can

23   be contaminated with asbestiform

24   minerals, true?

Page 40

1              MR. HYNES:  Overbroad,

2          vague.

3              THE WITNESS:  Depending on

4          the talc mines and the specifics,

5          that is true.  And I have

6          testified based on work that I

7          have done of testing talc and

8          finding asbestos in it from some

9          mines.  So -- but again, it

10         depends on the mine.  It depends

11         on how the ore is being processed

12         and how those minerals are being

13         monitored.  It's more -- it's more

14         complex than your question

15         suggested.

16   BY MR. OLIVER:

17         Q.   You would agree that talc

18   and asbestos are naturally -- and

19   asbestiform minerals are naturally

20   present alongside one another in the

21   earth, right?  They can occur alongside

22   one another in the earth?

23             MR. HYNES:  Same objection;

24         overbroad, vague.

Page 41

1                THE WITNESS:  Depending on
2           the specific localities and the
3           localized formation conditions or
4           geologic conditions, that can
5           happen, but it doesn't mean that
6           it always happens nor does it mean
7           that it happens all the time.  So
8           again, you need to look at the
9           specifics.  I've testified to this
10          at length in the past, but the
11          formation of asbestiform minerals
12          is also more restrictive than the
13          formation of simple amphibole
14          and/or serpentine group minerals.
15          You need to have all of the
16          formation conditions met in order
17          to form an asbestiform mineral in
18          the presence of a talc mine.
19     BY MR. OLIVER:
20          Q.    And, Dr. Sanchez, I'm
21     just -- I'm just trying to get a clean
22     answer here.
23                You agree that talc and
24     asbestos can form alongside one another

Page 42

1    naturally, right?  It happens?

2                  I'm not asking you how often

3    it happens, but you agree that it

4    happens, correct?

5                  MR. HYNES:  Again, same

6            objection.

7                  THE WITNESS:  I defer to my

8            previous answer.  I was answering

9            your question.

10                It can happen, but it only

11           happens under -- under specific

12           conditions, and depending upon the

13           actual mine sources and where

14           you're mining within a mine source

15           dictates whether or not that --

16           that -- that does occur.

17   BY MR. OLIVER:

18           Q.    You agree that talc-based

19   products such as body powders, like

20   Johnson's baby powder, can ultimately be

21   contaminated with asbestos, right?  That

22   can happen?

23                MR. HYNES:  Same objection;

24           overbroad, vague.

Page 43

1              THE WITNESS:  I mean, it's

2         an interesting question.  I don't

3         mean to make comment on your

4         question, but I have looked into

5         did it happen and the answer is

6         no, there's no evidence that it

7         did happen.  The fact that it

8         would happen is pure conjecture on

9         my part and your part.  A lot of

10        things potentially could happen,

11        you know, but I've actually gone

12        through and tried to answer the

13        question did it happen, is

14        there -- is there a basis for

15        this, and there's not.

16   BY MR. OLIVER:

17        Q.    So your testimony under oath

18   today is that in your experience, it has

19   never happened that a talc-based body

20   powder product is contaminated with

21   asbestos based on your experience?

22              MR. HYNES:  Objection;

23        misstates testimony,

24        argumentative.

Page 44

1              THE WITNESS:  Again, you --
2        I defer to my previous answer.
3        That is not what I said.
4    BY MR. OLIVER:
5        Q.    Let me ask my question
6    again.
7              You agree with me, Dr.
8    Sanchez, that -- well, let me just do
9    this.  Strike that.
10             You yourself have found
11   asbestos in a historical container of
12   Johnson's baby powder, correct?
13       A.    From talc drum from a
14   historical container, yes.  I don't know
15   the ultimate source of that talc nor
16   whether or not that talc is
17   representative of that time frame in
18   World War II, but yes, materially I -- we
19   removed from that container or I should
20   say it was removed by Dr. Longo, and we
21   received a split of that material did
22   contain tremolite asbestos, as I
23   published in the literature and testified
24   about now for over six years.

Page 45

1          Q.    Okay.  So it was in a bottle

2     of Johnson's baby powder as far as you

3     know, right?

4                I mean, that was the

5     container it was in, true?

6          A.    From World War II, yes.

7          Q.    And it had talcum powder in

8     it, correct?

9          A.    There was talc, the mineral

10    talc in that material, yes.

11         Q.    And you drew that powder out

12    and you confirmed the presence of

13    asbestos, correct?

14         A.    No.  As I just -- just to be

15    accurate, Dr. Longo created the split for

16    us to take.  I did not draw the material

17    out myself.

18         Q.    You tested the split that he

19    gave you and you confirmed the presence

20    of asbestos, true?

21         A.    In that single bottle, yes,

22    we did find tremolite asbestos from that

23    time frame.

24         Q.    So based on that, you agree

                                      Page 46

1    that one way or the other it's possible

2    that talc-based body powders can become

3    contaminated with asbestos, right?

4                    MR. HYNES:  Overbroad,

5          vague.

6                    THE WITNESS:  Too broad.

7          Again, it depends on where the

8          talc is coming from, how the talc

9          was being processed at the mine

10         site, sources and whether or not

11         there's actually asbestos in it.

12                Depending on where it's

13         coming from, you can find talcum

14         powders, whether for industrial or

15         potentially for cosmetic uses at

16         different -- at historical points

17         in time that might contain

18         something, but again, you need to

19         go beyond just the conjecture that

20         this is possible and actually test

21         it out to know.

22    BY MR. OLIVER:

23         Q.    Well -- and that's my point,

24    Dr. Sanchez.  You did test it out, and

Page 47

1    when you tested it out in that World War

2    II era bottle, you -- World War II era

3    split, you found asbestos, right?

4           A.    Correct, but that bottle,

5    even if the material in it is accurately

6    or correctly Johnson & Johnson's baby

7    powder at that time is not -- is not an

8    Italian sourced talc nor is it a Vermont

9    sourced talc nor is it a Guangxi, China,

10   sourced talc.

11          Q.    And that's fine.  I didn't

12   ask you any of those questions, and I

13   don't disagree with you.

14                You would agree with me, Dr.

15   Sanchez, that as a matter of pure logic,

16   the most likely way for a talc-based body

17   powder to become contaminated with

18   asbestos is from the mine where the talc

19   was extracted?

20                MR. HYNES:  Overbroad,

21          vague.

22                THE WITNESS:  The only

23          contamination that would matter

24          would be from the mine.  Any other

Page 48

1          source of contamination would have

2          nothing to do with the talc if it

3          got introduced at another state.

4          So if you're asking the question

5          whether or not the talc itself was

6          contaminated, you have to go back

7          to the mine source would be the

8          relevant source for that.

9    BY MR. OLIVER:

10          Q.    Your testimony today is that

11   none of -- you have never found, with the

12   exception of the World War II era model,

13   your testimony today is that none of the

14   products made by the companies that have

15   hired you have ever had asbestos

16   contamination to your knowledge.

17          Is that -- is that your

18   testimony?

19          MR. HYNES:  Overbroad.

20          THE WITNESS:  I wouldn't

21          characterize it that way, so I

22          can't agree with it.

23   BY MR. OLIVER:

24          Q.    How would you characterize

Page 49

1      it?

2              A.      Based on the work that I've

3      done looking at the literature regarding

4      source mines that have been identified

5      for companies that I've worked for as

6      well as actually testing product, or at

7      least alleged product, that was

8      manufactured by those companies at

9      different time frames, in testing those

10     materials, I have -- I have not found

11     evidence of asbestos contamination.

12     Therefore, I cannot scientifically

13     conclude that there's -- there is

14     asbestos contamination.

15              Further to that point, as

16     I've looked at the data generated by

17     plaintiff experts in these cases of their

18     own testing of the -- in most cases the

19     same bottles that I have tested, they

20     have all -- they have deviated from

21     methodologies.  They have not followed

22     the methodologies or they've created

23     novel methodologies in order to identify

24     what they claim is asbestos when it is

Page 50

1    not.

2            Q.    And let's just set aside,

3    Dr. Sanchez, the disagreement you have

4    with plaintiffs' experts.  I understand

5    that.  That wasn't my question.

6                My question is pretty

7    simple.  Based on your work, your own

8    testimony is that asbestos contamination

9    has never happened in the body powder

10   products for the companies that you have

11   represented?

12               That's never happened to

13   your knowledge for your companies, right?

14               MR. HYNES:  Argumentative,

15          asked and answered.

16               THE WITNESS:  Again, I've

17          answered your question under --

18          under my understanding.  You're --

19          you keep speaking in these

20          absolutes based upon knowledge

21          that I have -- I can't have that

22          level of knowledge.  So that is

23          not -- I have not testified to

24          that as you just phrased your

Page 51

1          question.

2                   Based on the evidence I have

3          and the evidence I'm able to

4          review as a scientist, I have not

5          seen evidence, I've not seen data

6          that supports the allegation put

7          forward that these -- these

8          products are contaminated with

9          asbestos.

10   BY MR. OLIVER:

11          Q.     So you -- because you said I

12   can't have that level of knowledge and

13   because I stated in my question an

14   absolute, what I understand you to say

15   is, look, I can't rule out the

16   possibility that it's happened in some

17   context that -- where I haven't looked at

18   the product; is that fair?

19          A.     You're not thinking -- that

20   question is not scientific.  All I -- as

21   a scientist, I have to look at the

22   evidence that I have, evaluate that data

23   and then draw reasonable conclusions from

24   that data.  I am not God.  I do not have

Page 52

```
 1    absolute knowledge of anything and your
 2    questions are framing things in
 3    absolutism.  That is not a scientific
 4    process to speak in absolutism.
 5                    Based on the evidence I
 6    have, evidence I reviewed, there's not
 7    evidence to support that Johnson &
 8    Johnson baby powders are contaminated
 9    with asbestos.
10         Q.    Let's look at the second
11    exhibit.  You can put away your
12    deposition and trial testimony, Dr.
13    Sanchez, and go with me to the second
14    folder which should be your CV.  Yeah,
15    we're going to mark it.
16                    MR. OLIVER:  I'm sorry.
17              Madam Court Reporter, I may have
18              misspoken.  We're going to mark
19              this as Exhibit 4.  I said
20              something else.
21    BY MR. OLIVER:
22         Q.    Dr. Sanchez, we're marking
23    as Plaintiffs' Exhibit 4 your curriculum
24    vitae.
```

Page 53

1              Do you recognize this

2     document?

3          A.    I do.

4          Q.    Is it your most up-to-date

5     CV as far as you can tell?

6          A.    Yes, it is.

7          Q.    Okay.  You agree that it has

8     no medical training listed in your CV?

9              MR. HYNES:  Asked and

10            answered.

11            THE WITNESS:  That's

12            correct.

13    BY MR. OLIVER:

14         Q.    Now, you do have some -- you

15    have some publications in here, but none

16    of the publications you've authored have

17    anything to do with the health effects of

18    asbestos, right?

19         A.    No.  I'm not a medical

20    doctor, as we've covered earlier.

21         Q.    And you don't have any

22    section in this CV about, like, awards or

23    honors, do you?

24         A.    No, I don't have a section

Page 54

1    like that in here.

2         Q.    Okay.  Am I correct that you

3    never received any awards or honors for

4    your work related to asbestos?

5         A.    That's incorrect.

6         Q.    What awards and honors have

7    you received for your work related to

8    asbestos?

9         A.    I received an award from the

10   United States Pharmacopeia for my work on

11   the expert panel a few years ago which

12   dealt with the detection of asbestos in

13   talc.  As it relates to asbestos, that

14   would be it, but...

15        Q.    Okay.  So that's the only --

16   that's the only award that you have

17   received relating to your work on

18   asbestos as far as you recall?

19        A.    I think that's accurate,

20   yes.

21        Q.    Okay.  Now, you did work on

22   the U.S. Pharmacopeia, correct?

23        A.    Yes.

24        Q.    And you did that work

Page 55

1    through your company that you've been

2    employed by, RJ Lee, right?

3            A.    I don't know what you mean

4    by that.

5            Q.    Well, at the time that you

6    worked with the U.S. Pharmacopeia, you

7    were employed with RJ Lee, true?

8            A.    That's correct.

9            Q.    The opportunity to work on

10   the U.S. Pharmacopeia came through your

11   employer RJ Lee, fair?

12           A.    No, that's inaccurate.  That

13   was not a criteria of acceptance onto the

14   panel.

15           Q.    I didn't -- let me just cut

16   you off, and I'm not cutting you off to

17   be rude.  I just -- you misunderstood my

18   question.  I didn't ask you about

19   criteria of acceptance.

20           A.    No.

21           Q.    How did you learn about the

22   opportunity to be part of the U.S.

23   Pharmacopeia work?

24           A.    It wasn't through -- it

Page 56

1    wasn't through the RJ Lee Group.  Again,

2    I'm part of a panel of people that work

3    for various companies, different

4    government agencies that are part of that

5    panel as we do the work.  I was not told

6    by RJ Lee Group.  I was not informed by

7    RJ Lee Group to apply to it.  I did that

8    on my own.

9           Q.    Who told you about the

10   opportunity?

11          A.    I learned about it from

12   being up to speed on the -- on the

13   literature.  I knew that there had been a

14   previous panel convened back -- I think

15   it started maybe in 2011, 2012 time

16   frame.  I applied for the second panel

17   based upon the nature -- the panel moving

18   forward, what is -- the focus on

19   analytical methodologies, which is what

20   interests me scientifically, mineralogy

21   and other things, and so I applied for

22   it.

23          Q.    And the time period was what

24   time period?  It was 2011 did you say?

Page 57

```
 1          A.   The first talc expert panel
 2    I think convened in 2010 or 2011, and
 3    they published a first stimuli article, I
 4    believe, in the year 2015, and then they
 5    put out a call for experts to form the
 6    second talc expert panel around that
 7    time, and I applied for that second talc
 8    expert panel and was chosen.
 9          Q.   Okay.  And you know that
10    your client Johnson & Johnson -- do you
11    refer to Johnson & Johnson as a client?
12    How do you refer to them?
13          A.   I consider them a client.
14          Q.   Okay.  You know that your
15    client Johnson & Johnson suggested that
16    you work on that?
17          A.   They did not.  I was not
18    doing work for Johnson & Johnson in
19    litigation at that point.  I had no
20    client tell me or inform me of that event
21    or that was happening.  I knew of it from
22    my own following of the literature and
23    staying abreast of issues and applied for
24    it.
```

Page 58

1          Q.    Okay.  Let's go to the

2     third -- I'm sorry.  Let's go to the

3     fifth and sixth exhibits.  They're in the

4     next folders, Dr. Sanchez.

5                    We'll mark for the record

6     Exhibits 5 and 6.  The first one will be

7     Exhibit 5 and it will be the expert

8     report in the Balderrama matter, and it

9     also contains in the back a list of

10    materials.

11         A.    So that would be Exhibit 5?

12         Q.    Yes.  And then just for the

13    record, we'll do the same thing with the

14    Carl report.  Same date, generally

15    speaking, same material.  We'll mark that

16    as Exhibit 6 for the court reporter.

17                    And tell me when you're

18    ready to answer questions and I'll go

19    forward.

20         A.    So just to be clear, you're

21    marking as Exhibit 5 my general report,

22    as I would call it, in Balderrama.  Also

23    attached to my general report is my

24    documents reviewed and relied upon list?

Page 59

1          Q.    Correct.

2          A.    Okay.  So Exhibit 5 is both

3     of those documents.  Okay.

4          Q.    Yep.  And Exhibit 6 is the

5     same thing for the Carl matter.

6          A.    I'm sorry.  Also, attached

7     in Exhibit 5 at the end is a report of a

8     review I did of certain sections of a Dr.

9     David Kessler's report.

10         Q.    Yes.

11         A.    As well as sections of a

12    report done by a Dr. William Sage, M.D.

13         Q.    Okay.  That's correct.

14    That's all correct.

15              MR. HYNES:  Just to note for

16         the record, I don't believe that

17         the Balderrama and Carl material

18         reviewed and/or relied upon list

19         are the very most up to date.  I

20         believe they're missing -- if I

21         look at the most recent versions

22         that were produced, looks like

23         they are missing the expert

24         reports of Dr. Su and Wiley from

Page 60

1          the MDL.

2               MR. OLIVER:  Okay.

3               MR. HYNES:  And those were

4          produced as part of the June 14th

5          production set list.

6     BY MR. OLIVER:

7          Q.    Okay.  So, Dr. Sanchez, you

8     intend to rely on the expert reports of

9     Ann Wiley and Dr. Su in your opinions in

10    the multidistrict litigation?

11         A.    Yes.  I find them sound

12    documents.  I'd rely upon them.

13         Q.    Did you review them?

14         A.    I did.

15         Q.    When did you review them?

16         A.    I think I -- over the --

17    sometime in the last month is my

18    recollection.  Not in the past week or

19    week and a half, but prior to that.

20         Q.    Yeah.  Regardless, they're

21    just not on the Balderrama list and now

22    you're including them on the list, fair

23    enough?

24         A.    That's fair.

Page 61

1          Q.    Okay.  So the Balderrama and

2     Carl reports, your general reports in

3     those cases, do those fairly encompass

4     the opinions you intend to offer in the

5     multidistrict litigation?

6                    MR. HYNES:  Vague,

7               overbroad.

8                    THE WITNESS:  Yes, they

9               should contain my opinions or

10              reference other reports outside of

11              those reports for my opinions.

12     BY MR. OLIVER:

13          Q.    And can you agree with me

14     that if you plan to change or add any

15     testimony to anything in these reports,

16     that you will let the lawyers for the

17     plaintiffs know so we can prepare to

18     depose you again?

19          A.    Yes, I can agree to that.

20          Q.    Now, one of the rebuttal

21     reports that you had pointed out in the

22     Balderrama report -- well, let me just

23     back up.

24                    I'm going to ask you a

Page 62

1    series of questions about the Balderrama

2    reports in detail, but I'm going to do

3    that a little later on in the deposition.

4    So at some point you'll need to put that

5    aside, but just keep it with you, if it's

6    okay with you, you know, right in view so

7    that I can go back to that.  In other

8    words, don't sort of throw it in a stack

9    and lose track of it.

10                   One of the things that you

11   mentioned that was attached to the

12   Balderrama report was a rebuttal report

13   for Dr. David Kessler, correct?

14           A.     Correct.

15           Q.     Now, you know that Dr. David

16   Kessler is a medical doctor, correct?

17           A.     Correct.

18           Q.     You know that he also

19   received a law degree?

20           A.     I -- okay.  I don't know if

21   I know that or not, but...

22           Q.     Okay.  You filed a rebuttal

23   report to his report without knowing his

24   full qualifications?

Page 63

1          A.    Are you saying that a law
2     degree makes him an expert in geology?
3               I only focused on his
4     reports on the areas where he was talking
5     about geology or mineralogy.
6          Q.    Yeah, and I'm not saying
7     that at all.  I'm just saying you filed a
8     rebuttal report against Dr. Kessler
9     without knowing his full qualifications.
10              That's a true statement?
11              MR. HYNES:  Objection;
12          argumentative.
13              THE WITNESS:  I don't even
14          know if it's true that he got a
15          JD, but again, I don't -- I don't
16          have a recollection of that.
17     BY MR. OLIVER:
18          Q.    Okay.  Did you know that he
19     was the commissioner -- formerly the
20     commissioner of the Food and Drug
21     Administration for the United States of
22     America?
23          A.    Same answer.  That doesn't
24     give him any expertise in geology or

Page 64

1    mineralogical matters, which is what I --

2    which is what I was asked to look at and

3    respond to.

4             Q.    And certainly you would

5    agree given his pedigree, that it gives

6    him the authority and education necessary

7    to talk about the health effects of

8    minerals that are commonly referred to as

9    asbestos, right?

10                  MR. HYNES:  Objection; form,

11                  argumentative, calls for

12                  speculation.

13                  THE WITNESS:  I did not look

14                  at those issues.  I already

15                  covered in this deposition those

16                  are not my areas of expertise.  I

17                  did not look at those sections nor

18                  would I be qualified as an expert

19                  to be able to look at those, but

20                  to try to answer your question,

21                  the issue is regardless of what

22                  you called pedigree, it doesn't

23                  mean that somebody is right.  The

24                  issues that I dealt with were

Page 65

1           looking at the areas of my
2           expertise, which is in geology and
3           mineralogy, and he made factually
4           inaccurate statements in those
5           areas.
6   BY MR. OLIVER:
7           Q.    And that wasn't my question.
8   My question was:  As a medical doctor who
9   was formerly the commissioner of the Food
10  and Drug Administration, you agree that
11  Dr. Kessler is qualified to talk about
12  the health effects of asbestos?  You
13  agree with that, right?
14           MR. HYNES:  I'm going to
15           issue the same objections and also
16           asked and answered.
17           THE WITNESS:  I can't agree
18           or disagree as I'm not an expert
19           in that field nor do I know his
20           expertise in that field in order
21           to evaluate that.  That is not
22           what I was asked to look into.
23           That would be beyond the scope of
24           what I would be qualified to

Page 66

1              assess.

2    BY MR. OLIVER:

3         Q.    You don't have any expertise

4    in FDA regulations do you, Dr. Sanchez?

5         A.    I would not hold myself

6    forward as such an expert, correct.

7         Q.    And you never held any

8    position in any capacity where your job

9    was to protect the public health in the

10   United States or any other place, right?

11        A.    Of course not.

12        Q.    So the only thing that you

13   disagree with Dr. Kessler about are

14   geological or mineralogical issues; is

15   that -- is that fair?

16             MR. HYNES:  Misstates

17             testimony.

18             THE WITNESS:  That is -- the

19             area of my expertise is in those

20             areas.  I was asked to look at the

21             reports by both those medical

22             doctors relating to opinions they

23             were providing in their reports

24             regarding matters of geology and

Page 67

1          they -- and they were factually

2          inaccurate in their assertions and

3          assumptions, as I detailed in

4          those reports.

5     BY MR. OLIVER:

6          Q.    Your primary client at RJ

7     Lee is Johnson & Johnson, correct?

8          A.    Depending on the years, but

9     the majority of work I have done

10    historically in litigation has been for

11    Johnson & Johnson.

12         Q.    Okay.  Approximately how

13    much money do you make a year, Dr.

14    Sanchez?

15         A.    I testified to this before,

16    but I -- a little north of $500,000 a

17    year.

18         Q.    Is that exclusive of bonus

19    or before bonus?

20         A.    That's all my income related

21    to my work for RJ Lee Group.

22         Q.    And you don't have any other

23    source of income that has any

24    relationship to J&J, do you?

Page 68

```
 1              A.    I don't know what you mean
 2       by that.
 3              Q.    You're not doing any kind of
 4       side work for Johnson & Johnson, like, on
 5       an independent contractor basis that
 6       doesn't go through RJ Lee?
 7              A.    Correct.
 8              MR. OLIVER:  We've been
 9              going about an hour.  Why don't we
10              take a quick five minute bathroom
11              break, and I'm going to grab some
12              water.
13              (A short recess was taken
14              from 12:03 p.m. until 12:11 p.m.)
15       BY MR. OLIVER:
16              Q.    Dr. Sanchez, you agree that
17       asbestos is a carcinogen, true?
18              MR. HYNES:  Beyond his
19              expertise.
20              THE WITNESS:  Yeah, I don't
21              dispute that.
22       BY MR. OLIVER:
23              Q.    And because we know that
24       asbestos is a carcinogen, you agree that
```

Page 69

```
 1     when handling asbestos, people should be
 2     careful with it, correct?
 3                    MR. HYNES:  Vague.
 4                    THE WITNESS:  As I've
 5              testified many times before, I
 6              don't want -- I don't want anyone
 7              exposed to asbestos.
 8     BY MR. OLIVER:
 9              Q.    And if there's asbestos in a
10     product, you agree that you need to tell
11     people about that?
12              A.    As far as my role is
13     concerned, if I find asbestos in a
14     product, I always report it out, yes.
15              Q.    So you agree that people
16     have a right to know if there's asbestos
17     in a product?
18                    MR. HYNES:  Overbroad.
19                    THE WITNESS:  I think I just
20              stated that.  If I'm sent a sample
21              through testing, if somebody,
22              whether it's a homeowner, a
23              company like Johnson & Johnson
24              want to know if asbestos is in a
```

```
                                    Page 70

 1          product and I test it and find

 2          asbestos, I report that to them.

 3     BY MR. OLIVER:

 4          Q.    And that's not my question.

 5     My question is not what you do.

 6               My question is that if

 7     there's a consumer product that has

 8     asbestos in it, you would agree that

 9     consumers have a right to know that

10     information, right?

11          A.    This seems like a legal kind

12     of question.  I -- I as a consumer would

13     want to know that information.  I think I

14     can only phrase it that way.

15          Q.    Okay.  Fair enough.

16               And you would want to know

17     that information even if the -- it was

18     only possible that there was asbestos in

19     the product, right?

20               MR. HYNES:  Vague, misstates

21          testimony.

22               THE WITNESS:  Again,

23          you're -- I'm here as a scientist

24          based -- supposed to look at
```

Page 71

```
 1              facts, data and draw logical or
 2              reasonable conclusions from those
 3              things.  You're getting into
 4              speculation.  I'm not here to
 5              testify on my own behalf of my
 6              feelings towards one thing or
 7              another.  My -- but again, I would
 8              want to know if a product
 9              contained asbestos on a personal
10              level.
11                   This idea, notion of
12              possibly could contain doesn't
13              provide any knowledge.  I would
14              need knowledge, not possibilities
15              or conjectures.
16    BY MR. OLIVER:
17              Q.   So if there was a
18    possibility that a consumer product you
19    were using contained asbestos, you're not
20    concerned with that.  You wouldn't want
21    to know?
22              A.   That's not what I stated.
23                   MR. HYNES:  Incomplete
24              hypothetical.
```

Page 72

1                Sorry.  Continue.

2                THE WITNESS:  That was not

3          my answer.  I'm not here to speak

4          over -- to speak to my personal

5          feelings or approaches to things.

6          I'm looking at -- I'm here as a

7          scientist looking at data, drawing

8          conclusions.

9     BY MR. OLIVER:

10          Q.   With respect -- I'm sorry.

11     You're not finished.  I didn't mean to

12     interrupt you.

13          A.   Well, you've done it about

14     five times.  So please, let me finish my

15     answers.  I'll try to be brief, but --

16          Q.   Good luck.

17          A.   All right.  Never mind.

18     Move on.

19                MR. HYNES:  Yeah, Counsel,

20          can we not throw side comments at

21          the witness and please just --

22     BY MR. OLIVER:

23          Q.   I interrupted you, and

24     that's my fault.  Go ahead, Dr. Sanchez.

Page 73

1          A.    Again, I'm looking at -- I'm
2     here as a scientist, not here to make
3     conjectures, to agree with or disagree
4     with conjectures and things that are not
5     proven.  There are a lot of things
6     that -- like that argument goes every
7     which way.  You can make the same
8     argument that any product ever made could
9     contain asbestos.  Does that mean that it
10    does?  Well, no.  You need to show that
11    it does, and that's what I'd want.  I
12    would want sound reliable data to base my
13    opinions on.
14          Q.    Okay.  So Dr. Sanchez, I
15    understand that you have an opinion about
16    what you're here to do and what you're
17    here not to do, and the fact of the
18    matter is this is a court proceeding.  As
19    much geological expertise as you may
20    have, you don't have the expertise that I
21    have as an attorney and you don't have
22    the authority to establish what you're
23    here to do and what you're not here to
24    do.

Page 74

1              What you're here to do is
2    answer questions under oath.  You've
3    taken an oath to answer those questions,
4    fair?
5              MR. HYNES:  I'm going to
6         object to the colloquy,
7         argumentative.
8              Continue.
9    BY MR. OLIVER:
10        Q.    You have taken an oath to
11   answer my questions, right, Dr. Sanchez?
12        A.    I'm answering your
13   questions, sir.
14        Q.    You're arguing with me about
15   what questions I should or should not ask
16   or what questions you're here to answer.
17   Quite frankly, it's just inappropriate.
18   So I'm going to ask my question again and
19   I'm going to try my best to frame it in a
20   way that you understand what I'm asking.
21   Okay?
22              You told me earlier that if
23   you were using a consumer product, you
24   would want to know if it had asbestos in

Page 75

1    it.

2              My follow-up question to

3    that is:  If you, Matthew Sanchez, were

4    using a product that potentially could

5    contain asbestos, would you also want to

6    know that?

7              MR. HYNES:  I'm going to

8         object; colloquy, argumentative,

9         incomplete hypothetical, asked and

10        answered.

11             THE WITNESS:  The answer

12        would be that there is no --

13        again, you're talking about

14        possibilities.  I find that from a

15        personal level preposterous to

16        think that every product I go buy

17        at a store, regardless of what it

18        is, would have to put labeling of

19        all the possibilities.  What I

20        need to know is what is in it in

21        order to make a rational decision,

22        not possibilities or not somebody

23        alleged it might contain it and so

24        it gets on a label.  I don't

Page 76

```
 1            understand that logic, where that
 2            ends.
 3                    I would need -- I want data.
 4            I want true statements, not
 5            allegations or possibilities.
 6     BY MR. OLIVER:
 7            Q.    Okay.  You've offered some
 8     opinions in this case about mining and
 9     how mining processes work in talc
10     production, right?
11            A.    I have -- I've described
12     mining processes in my report, yes.
13            Q.    Do you agree that miners who
14     are mining in a talc mine that might have
15     asbestos contamination in it, you agree
16     that they have a right to know about
17     that, correct?
18                    MR. HYNES:  Objection;
19            incomplete hypothetical, vague,
20            argumentative.
21                    THE WITNESS:  Again, I'm not
22            here to speak of peoples -- these
23            questions appear to be legal in
24            nature and so I don't -- I don't
```

Page 77

```
1              understand the context.  Like I
2              can't -- I don't know how to
3              answer the question.  I'm confused
4              by the nature of the question, I
5              guess.
6                    Can you rephrase that in a
7              way that it's a scientific
8              proposition?
9       BY MR. OLIVER:
10             Q.    Do miners in talc mines have
11      a right to know of the potential for
12      asbestos contamination where they're
13      working?
14                   MR. HYNES:  Again, same --
15             same objections.
16                   THE WITNESS:  Again, the
17             idea of a right, again, I can just
18             speak if -- if there is, in fact,
19             asbestos present in an
20             environment, people should know
21             about it, but I don't know about
22             rights.  That seems to be --
23             again, that seems to be legalese
24             to me, not scientific or knowledge
```

Page 78

1           based.
2     BY MR. OLIVER:
3           Q.    And you agree -- you agree
4     with me, Dr. Sanchez, that individual
5     fibers and bundles of asbestos are not
6     visible to the naked human eye, correct?
7                MR. HYNES:  Objection;
8           overbroad.
9                THE WITNESS:  It depends on
10          the dimensions of the particles
11          whether they would be visible or
12          not and in what state.
13               Generally speaking, the
14          visible fibrils of a asbestos in
15          air would not be visible to the
16          naked eye, but they do not occur
17          as individual fibrils of asbestos
18          when you're dealing with mining
19          and dealing with rocks and body
20          powders.
21    BY MR. OLIVER:
22          Q.    Well, individual fibrils of
23    asbestos would get into the air.  They
24    could get into the air many different

Page 79

1    situations, right?

2            A.    Yeah, that seems not felt

3    well, but there could be -- there's all

4    sorts of mechanisms for asbestos to

5    become airborne, assuming it's present

6    and it's being dealt with or manipulated.

7            Q.    Okay.  And airborne fibers

8    of asbestos that have gotten into the air

9    through one process or another are not

10   visible to the human eye, correct?

11           A.    Individual airborne fibers

12   of asbestos would not be visible to the

13   human eye.

14           Q.    And those airborne fibers of

15   asbestos, however they got into the air,

16   will eventually settle.  They obey the

17   laws of gravity, correct?

18           A.    They would eventually settle

19   assuming they don't stay airborne with

20   some constant wind current or something,

21   but yes.

22           Q.    Okay.  So absent the

23   constant wind current, asbestos fibers

24   that get into the air would settle on

Page 80

1    whatever surface they were floating over,

2    fair enough?

3            A.    As a general proposition,

4    yes.

5            Q.    Okay.  Now, these individual

6    fibers of asbestos that can become broken

7    up, you actually need very specific tools

8    to look at them, right?

9            A.    I'm not following you.  I'm

10   sorry.

11           Q.    You need a microscope to see

12   them, correct?

13           A.    Depending upon the size of

14   the fibers, you might need -- different

15   microscopes may or may not do what you

16   need it to do.

17           Q.    And, in fact, that's what

18   you do in these cases.  You use a

19   microscope to look at very, very small

20   particulate matter and determine whether

21   or not it is asbestiform material, right?

22           A.    As per the methods, yes.

23           Q.    Okay.  And the tools you use

24   include TEM microscopes, right?

Page 81

1          A.     That's correct.

2          Q.     Polarized light microscopy,

3    correct?

4          A.     Correct.

5          Q.     Selected area x-ray

6    defraction is a tool that you use,

7    correct?

8          A.     Incorrect.

9          Q.     Okay.  Can you explain to me

10   what I got wrong about that?

11         A.     There's no such thing as

12   selected area x-ray defraction.

13         Q.     Just tell me what I got

14   wrong about it, Dr. Sanchez.  I

15   understand that you're the expert.

16   That's why I'm asking you the question.

17         A.     Part of the TEM testing uses

18   something called EDS, energy dispersive

19   spectroscopy, to determine composition.

20   Another function of the TEM

21   instrumentation is something called

22   electron defraction.

23         Q.     Okay.  That's what I got

24   wrong.  I'm sorry.  Thank you for your

Page 82

1    clarification.

2              So these are all specialized

3    methods that you went to school to learn

4    about, right?

5              It's one of the things you

6    learned at school, fair?

7         A.    Yes, analytical

8    instrumentation is one aspect of my

9    schooling.

10        Q.    And how many years have you

11   studied to properly identify microscopic

12   asbestos particles?

13             You personally, how many

14   years of study did you put in before you

15   felt confident identifying asbestos

16   particles under a microscope as asbestos

17   particles?

18        A.    Yeah, I don't know if I ever

19   thought about it in those terms, so give

20   me a moment.

21             I'd say at least three to

22   four years of study of looking at

23   asbestiform materials, but I'm not

24   saying -- but I continue to learn today

Page 83

1    as well.  So you can say pretty

2    much every -- since 2004.  Twenty years

3    I've been studying and learning about

4    these -- about this issue, and I

5    continually learn.

6            Q.    Will you agree that as an

7    attorney, first of all, I can't look

8    under a microscope with no training and

9    determine what is or is not an asbestos

10   particle, true?

11           A.    Without any training, that

12   would be difficult.

13           Q.    And I can't just look at

14   pictures on a screen that you or some

15   other scientist have taken and determine

16   whether or not something is an asbestos

17   particle without the proper training,

18   correct?

19           A.    With -- that is correct, but

20   also, you'd need more than an image.

21   You'd also need other -- the other data

22   associated with those particles to be

23   able to independently assess.

24           Q.    But I can't independently

Page 84

1    assess those particles because I'm not

2    trained to do that, right?

3              I'm a layperson who doesn't

4    have the relevant knowledge, fair?

5         A.    Assuming that the correct

6    data and the methods have actually been

7    followed in a sound way, even if you are

8    an untrained person at the back side,

9    that would be difficult -- that would be

10   a difficult task.

11        Q.    I can't look at a rock and

12   determine whether asbestos particles have

13   landed on that rock during the mining

14   process, right?

15             I mean, I can't see that

16   with my naked eye?

17        A.    Sorry.  So you're -- I'm

18   just trying to clarify your question.

19             So you're back to the idea

20   of a single fibril of asbestos invisible

21   to the human eye falling on top of a rock

22   during mining?

23        Q.    Sure.

24        A.    If you can't see the

Page 85

1    particle in the air, you can't see it

2    laying on the surface of something unless

3    there's a bunch of it accumulated.

4              Q.    How much asbestos -- how

5    many asbestos particles would have to

6    accumulate on a rock for you to be able

7    to see them with your naked eye?

8              MR. HYNES:    Incomplete

9         hypothetical.

10              THE WITNESS:    Back to the

11         idea of fibers falling out of air,

12         I don't know the number, but if

13         there's a significant

14         accumulation, dust of asbestos

15         fibers, at some point a pile of

16         asbestos fibers will be visible to

17         the human eye.    I don't know how

18         many that would be numerically.

19    BY MR. OLIVER:

20              Q.    You agree with me that even

21    if it was hundreds of thousands of

22    particles, because they're so small, you

23    wouldn't be able to see hundreds of

24    thousands of particles with your naked

Page 86

1    eye, right?

2              MR. HYNES:  Incomplete

3         hypothetical.

4              THE WITNESS:  You might be

5         able to.  I have not looked into

6         it, but at some point the

7         accumulated -- accumulated dust of

8         those asbestos fibers would be

9         visible to your eye.  You could

10        see that there was dust, there was

11        something on -- on the surface of

12        the rock.  You would --

13   BY MR. OLIVER:

14        Q.    I'm sorry.  Go ahead.

15        A.    You'd still need to do work

16   to identify what it is, but just because

17   an individual particle may be invisible

18   to the human eye, a bunch of individual

19   particles all piled up and stacking each

20   other and accumulating over time on a

21   surface would become visible to the human

22   eye.

23        Q.    And what you just explained

24   to me is you would see those particles

Page 87

1    that accumulated as dust, correct?

2            A.    Correct.

3            Q.    But you could not identify

4    them as asbestos or some other dust

5    without doing further work.

6                  That's what you just

7    explained?

8            A.    Yes.  In order to identify

9    asbestos, you always have to do some sort

10   of analytical work in order to identify

11   asbestos regardless whether it was

12   settled dust out of air as you -- as your

13   question suggests or whether or not it's

14   actually like a vein of asbestos in the

15   rock.  You'd still have to do analytical

16   work in order to name it and characterize

17   it and identify it.

18           Q.    When -- when you and I are

19   talking or -- well, strike that.

20                 In your report and your

21   testimony you use the terms asbestos form

22   or asbestiform to describe what you opine

23   is true asbestos, correct?

24           A.    It's not me.  The methods

Page 88

1    themselves require that you determine the

2    morphology of the amphibole or serpentine

3    that you're observing.  The methods

4    themselves define asbestos using the term

5    asbestiform.  The methods themselves

6    define what is the asbestiform morphology

7    that you need to see and observe in order

8    to report out asbestos.

9         Q.    And when you see those terms

10   asbestos form or asbestiform in your line

11   of work, you agree that at that point the

12   author or speaker is talking about the

13   dangerous form of asbestos, right?

14              MR. HYNES:  Overbroad,

15         vague, incomplete hypothetical.

16              THE WITNESS:  I don't

17         understand what you mean by

18         dangerous form of asbestos.  Like

19         I don't --

20   BY MR. OLIVER:

21         Q.    You know what, I realized I

22   asked a bad question.

23              When you see those words

24   asbestos form or asbestiform, you agree

Page 89

1       that the mineral the author or speaker is

2       talking about, that's dangerous.  That's

3       the carcinogenic type of mineral, right?

4                    MR. HYNES:  Same objections.

5                    THE WITNESS:  It would

6            really depend on the -- on the

7            time frame.  Many of the

8            terminologies that we use today,

9            today they are well-defined.  They

10           have significance because they are

11           actually adopted into generally

12           recognized and accepted testing

13           methodologies, but that's not to

14           say that people before the advent

15           of these testing methodologies and

16           the development of these would

17           have used the term in the same

18           way.

19                    I've seen the term

20           asbestiform used incorrectly in

21           historical literature with respect

22           to how we use it today and how it

23           is used in analytical

24           methodologies.  So it really

Page 90

1          depends upon the usage of the
2          term.
3               One such example is a 1976
4          role and others at Mt. Sinai
5          published a paper testing talcum
6          powder products that they had
7          purchased off the shelf I believe
8          in the early '70s.  They used the
9          term asbestiform in that paper,
10         but they do not use the term
11         asbestiform as it is understood
12         today.  They have, like, kind of
13         their own unique definition for
14         that, which is not generally
15         accepted or recognized.  So it
16         really depends on how the term is
17         being used in specific documents
18         and by specific authors, but
19         historically, that term was used
20         much broader than it is used today
21         as it is used in context of the
22         regulations and analytical
23         methodologies to meet -- to meet
24         those regulatory requirements.

Page 91

1    BY MR. OLIVER:

2         Q.    Well, let's start with a

3    couple of questions so I understand your

4    opinion.

5              First of all, you agree that

6    even today it still happens that the

7    terminology surrounding asbestos is used

8    inconsistently by different authors and

9    regulators and organizations, right?

10             MR. HYNES:  Vague,

11        overbroad.

12             THE WITNESS:  It just

13        depends on any specific article,

14        but I have seen the term used not

15        consistent with the regulatory

16        language and with what actually

17        describes or is used to -- what is

18        asbestos, but it really -- it

19        really depends on the specific

20        paper whether or not the term is

21        being used consistently with how

22        it is used in the -- in the

23        regulatory language in the

24        generally accepted methodologies

Page 92

1              that are used for regulatory
2              compliance.
3    BY MR. OLIVER:
4              Q.    Right.   And, Dr. Sanchez, my
5    question -- I think you've answered it.
6    You haven't answered it clearly, so I'm
7    going to ask you to clarify.
8                   My question was:   Even today
9    the terminology surrounding asbestos can
10   be used inconsistently by different
11   authors, right?
12                  And it seems like you agreed
13   with that statement; is that true?
14                  MR. HYNES:   Vague,
15             overbroad, asked and answered.
16                  THE WITNESS:   It is true,
17             but again, I would -- I would
18             defer to specific usages of
19             different authors to be able to
20             actually be able to say anything
21             specific, but people -- it's not
22             only an issue with quote/unquote
23             asbestos.   It's an issue lots of
24             places where terms are used, but

Page 93

```
 1            are not -- but they're not being
 2            used properly in science.  That's
 3            always an issue in scientific
 4            literature whether the terms that
 5            are being used are -- are
 6            accurately being used.  That's
 7            always an issue regardless if it's
 8            asbestos or not, but those are
 9            always important things,
10            definition of terms, what are
11            people actually speaking to, how
12            are they using that applicable and
13            being used properly in another
14            context.
15    BY MR. OLIVER:
16            Q.    At some point in time, you
17    believe that the usage of the term
18    asbestiform or asbestos form became more
19    well-defined; is that true?  Is that an
20    opinion you hold?
21            A.    Well, yes, there were --
22    yes.  There -- I just gave one example of
23    where it was used in a different manner
24    than it is used today.  There was a lot
```

Page 94

1      of work on U.S. Bureau of Mines in the

2      late '70s trying to harmonize and trying

3      to give guidance on proper usage of

4      terms.  I would say that that's when the

5      terms started to have -- there was an

6      effort to try to standardize the usage of

7      these terms as it related to mining and

8      asbestos and those issues, but whether or

9      not everyone followed it is another

10     matter entirely, but they're -- those

11     definitions have now been put into the

12     analytical testing requirements.  Their

13     usage is in generally accepted

14     methodologies and those are the -- those

15     are the terms and how I use them are

16     found within those documents.

17             Q.    What time period do you

18     think those terms became more

19     well-defined?

20             A.    As I stated, the late '70s

21     the work by Campbell and others, they

22     defined these terms.  The way that they

23     define the terms is the way that OSHA

24     references them.  Campbell is referenced

Page 95

1    in the ISO methodologies.  It is

2    referenced in the EPA methodologies.  So

3    at least at that point, late '70s is what

4    I mean, but that doesn't mean that people

5    follow that, you know.  So you really

6    have to look at specific usages to

7    determine whether it's consistent with --

8    with how that term should be used.

9            Q.    And the way that you use

10    those terms because of your expertise is

11    from a geological or mineralogical

12    perspective, correct?

13            A.    Only in part.  What I --

14    what I mean by that is if you actually

15    look at asbestos, the definitions that

16    I -- that are developed are based upon

17    what asbestos looks like, what are the

18    characteristics of asbestos.

19                Asbestos is a mineralogical

20    material, a geological material, but

21    those definitions are based upon what

22    that material actually looks like.

23    They're not derived out of whole cloth.

24    They're derived after observable data,

Page 96

1    observable physical properties that can

2    be used for identification.

3            Q.    So the term asbestos you

4    agree with me is not a mineralogical or

5    geological term, right?

6            A.    It's more of an industrial

7    term I would say, but it's referring to

8    geological or mineralogical materials

9    that are -- that were exploited for

10   industrial purposes.

11           Q.    And it has a medical

12   definition as well, right?

13           A.    Can you provide that to me?

14                 I'm not sure.  I've not seen

15   an official medical definition of

16   asbestos other than what I find in

17   regulatory language.  I don't know

18   another definition.

19           Q.    It has a -- it has a

20   regulatory definition that -- well, first

21   of all, it has a regulatory definition,

22   true?

23                 MR. HYNES:  Vague,

24           overbroad.

Page 97

1              THE WITNESS:  For the
2         purpose of regulation, yes.
3    BY MR. OLIVER:
4         Q.    Okay.  And you agree that
5    the medical community relies on that --
6    as far as you know, relies on that
7    regulatory definition when talking about
8    asbestos, right?
9              MR. HYNES:  Vague,
10         overbroad, calls for speculation.
11              THE WITNESS:  I've -- I've
12         seen medical people not use that
13         language when they define
14         asbestos.  So I can't agree with
15         that.  I think you have to look at
16         specific publications or specific
17         research groups and evaluate
18         whether -- how they're defining
19         asbestos is consistent with the
20         regulatory usage.  Some instances
21         it could be.  Some instances it
22         may not be.  I've seen both.  So I
23         think you really need to look
24         at -- I'd have to see specific --

Page 98

```
1            specific usage and whether or not

2            that comports to the regulatory

3            usage.

4     BY MR. OLIVER:

5            Q.    Regardless, prior to the

6     late '70s, you'd agree that the term

7     asbestos or asbestiform was not

8     well-defined, right?

9            A.    I think from a general

10    matter that -- that's -- I don't --

11    that's a good question.

12                 I'm sorry.  Let me think

13    about that for a second.

14                 From my understanding, they

15    started to regulate things that were

16    asbestos and things that were used in

17    commerce as asbestos that were tied to

18    adverse health effects dating back

19    decades and decades.  When you have an

20    explosion of research into asbestos,

21    you've had a lot of different people of

22    different backgrounds starting to do work

23    in that area and kind of learning as they

24    go.  So you would get a lot of confusion
```

Page 99

1    with people coming in and trying to

2    understand this problem, looking at

3    different aspects of the problem for the

4    first time, and those -- and so our

5    knowledge as scientists would steadily

6    increase over time as things get refined

7    and terminology gets better and better

8    understanding across -- you know, across

9    disciplines.

10          Q.    And I think my question was

11   a little more simple.

12                Prior to the 1970s, you

13   testified that the term was not well --

14   the terminology surrounding asbestiform

15   materials was not well-defined prior to

16   the late '70s.  That's what I'm asking

17   you.

18                Is that your opinion or not?

19   I thought you expressed that opinion?

20                MR. HYNES:  Asked and

21          answered.

22                THE WITNESS:  Yeah, I

23          thought I answered your question.

24          I'm sorry if it wasn't clear.  Let

Page 100

1          me try again.

2                As -- as more interest came

3          into asbestos and different --

4          different background, different

5          scientific background started

6          getting involved in asbestos

7          research, those -- the early --

8          you know, when you have -- when

9          you have a problem that's defined

10         and -- you'll get a rush of people

11         doing work on the problem.

12         Everybody coming in to try to

13         solve that problem is not going to

14         be using at the beginning the same

15         terminology, the same

16         understandings, the same -- the

17         same information.  So you need to

18         adapt research at those times of,

19         I guess, lack of a better word, or

20         just kind of as a chaos, you need

21         to define all of that work or try

22         to understand all of that work

23         based upon the better

24         understanding we have today.

```
                                        Page 101

 1                 So I would agree that there

 2             is, especially historically, a

 3             much more misunderstanding and

 4             list of usages of terms like

 5             asbestos, like asbestiform, but

 6             again, I think you need to

 7             evaluate that earlier work and

 8             that time of chaos under which we

 9             understand today as our knowledge

10             has increased.  You need to always

11             evaluate that information based

12             upon the knowledge we have today

13             in order to really understand what

14             those -- what those older

15             researchers or documents may mean.

16     BY MR. OLIVER:

17             Q.    Dr. Sanchez, I believe you

18     told me -- well, when you're looking --

19     let me back up.

20                 When you're looking at older

21     documents, you agree that you, Dr.

22     Matthew Sanchez, cannot get into the mind

23     of a writer of a historical document,

24     right?
```

Page 102

1          A.    Not unless they have

2    well-defined terms that they defined

3    beforehand, that is -- that is correct.

4          Q.    Okay.  So if an author uses

5    a word in a historical document and they

6    don't define the terms very precisely,

7    the best information you, Matthew

8    Sanchez, has about that is what they

9    wrote down, fair?

10         A.    Fair.

11         Q.    Okay.  Now, I want to talk a

12   little bit about your mining opinions.

13              You told me earlier that --

14   and I'm just paraphrasing.  I know

15   Kevin's going to object and, you know --

16   I'm not trying to misrepresent your

17   testimony.  I'm simply trying to

18   re-orient what you said and understand if

19   you really said that.

20              You said something about the

21   fact that science doesn't deal with

22   absolutes very well.

23              Do you remember that

24   testimony?

Page 103

1              A.    Yes.

2              Q.    Okay.  So as a scientist,

3     are you able to say scientifically

4     something always happens or something

5     never happens?  Is that something that

6     you as a scientist can say?

7                    MR. HYNES:  Incomplete

8              hypothetical.

9                    THE WITNESS:  I need a

10             specific.  For instance, I can

11             say -- yeah, I mean it's basic

12             logic.  Like you cannot prove

13             negatives, so you can't make

14             absolute -- absolute statements.

15                  Your questions dealt with it

16             never or there's no way or -- I

17             forget the exact language you

18             used, so I apologize if I

19             misrepresented some parts of your

20             questions earlier, but science

21             can't answer -- can't prove

22             negatives.  The issue is what

23             can -- the evidence we have, what

24             does it show.  That is what I'm

Page 104

1             referring to.

2                   Obviously, there's issues in

3             science of the fact of gravity,

4             right?  I'm not -- I'm not --

5             there are certain things that do

6             hold and appear to be true, but

7             we're not talking about those

8             things here.  We're dealing with

9             what may or may not be within a

10            given product.

11                  So I don't know if that

12            helps clarify what I meant by

13                  those statements earlier.

14      BY MR. OLIVER:

15            Q.    I think that helps me.

16                  So let's just take this into

17      a specific context.

18                  So in the context of Johnson

19      & Johnson's talc mines, are you

20      scientifically saying there has never

21      been asbestos in any of those mine

22      sources?

23            A.    No, I've never said that.

24      For instance, this as an example, I --

Page 105

1    there is evidence that I find compelling

2    that in the Vermont talc mines, in

3    certain areas there was asbestos.  There

4    are some -- there are some images that

5    have been provided in some corporate

6    documents from, like, Imerys, for

7    example, that does look like asbestos,

8    but the fact that somewhere on a mined

9    property asbestos may occur in localized

10   areas, what the issue is, does -- how is

11   that representative of what was actually

12   being mined and sold.  If you want to

13   know what's in the material being mined

14   and sold, you look at the material that

15   was being mined and sold, and that I have

16   done and have not found asbestos in those

17   materials.  So the extrapolation from a

18   localized area within a mining -- a mine

19   site to somehow be in contamination of

20   the whole mine or characteristic of the

21   whole mine, that is -- that is improper

22   and incorrect.

23        Q.    And let's get a little

24   more -- let's get a little more detail

Page 106

```
 1    here.
 2                First of all, there are
 3    three main sources of Johnson & Johnson
 4    talc that are relevant to this
 5    litigation.  There was Italian sourced
 6    talc in the Val Chisone or Val Germanasca
 7    Valley, correct?
 8          A.    Correct.
 9          Q.    Okay.  And that stopped
10    being the source in the early '70s; is
11    that right?
12          A.    My understanding -- sorry,
13    Kevin.  Was there an objection?
14                MR. HYNES:  No objection.
15                THE WITNESS:  For -- for the
16          Johnson & Johnson baby powder, my
17          understanding is like '67.  I
18          think for the Shower to Shower,
19          that went into the early '70s
20          until it switched over to Vermont.
21    BY MR. OLIVER:
22          Q.    Okay.  And then at that
23    point it switched to a Vermont source of
24    talc, true?
```

Page 107

1          A.    Correct.

2          Q.    And then at some point in

3    the early 2000s Johnson & Johnson

4    switched to the Chinese source of talc

5    which was in the Guangxi province.

6                Is that what it is?

7          A.    Guangxi is a province of

8    China, yes.

9          Q.    Okay.  So, so far we agree

10   on the sources where that talc was,

11   right?

12         A.    Yes.

13         Q.    And you said that the only

14   way to know whether there was asbestos in

15   Johnson's baby powder was to look at the

16   talc that was mined, right?

17         A.    Yes.

18         Q.    Okay.  Now, for Val Chisone

19   you have never looked at the talc that

20   was mined from Johnson's -- for Johnson's

21   baby powder.  You never looked at that

22   talc as it was mined or as it was taken

23   out of the mine, right?

24         A.    Well, I've looked at talc

Page 108

1    from that mine, but if you're asking me

2    whether in 1965 I was testing talc on

3    behalf of Johnson & Johnson, no, I was

4    not.

5         Q.    Right.  And I just want to

6    draw a distinction.

7              You can look at the talc as

8    it comes out of the mine or as it's

9    extracted from the mine, true?

10        A.    Yes.

11        Q.    And you can look at it

12   before it's processed or beneficiated,

13   true?

14        A.    Yes.

15        Q.    Okay.  And then you can also

16   look at the final finished product that

17   was ultimately sold to the consumer,

18   right?

19        A.    Right.

20        Q.    And those are two different

21   things because during the beneficiation

22   process, the mineral product itself is

23   ground into a very fine particulate

24   matter that is different than what just

Page 109

1    comes out of the mine, right?

2            A.    But it's still derivative

3    from the mine, but you're -- that's been

4    one of my -- one of the importance of

5    going to the mines and looking at what we

6    know about the rocks before they're

7    ground and those other information.  That

8    is important information to have because

9    as you point out, when you grind up a

10   talc sample, let's say that talc sample

11   contains an amphibole mineral that's not

12   asbestos.  Plaintiff experts will then

13   call all of those minerals asbestos if

14   they need a simple aspect ratio

15   dimension.  That would be a false

16   positive.

17            So it is very important to

18   look at the rocks, understanding the

19   mineralization of the mines before the

20   powders are crushed, but it's also very

21   important to look at the final products

22   to answer the question of whether or not

23   asbestos is in the final products.  My

24   recommendation to any client would be to

Page 110

1    look at it all.

2           Q.    Okay.  And for Val Chisone

3    you were never able to look at it all

4    because you simply -- the only thing you

5    have access to is some of the historical

6    finished product bottles, right?

7           A.    Only in part.  I mean, I

8    did -- I have been to the Val Chisone

9    mines in 2015, and so I've done what I

10   can to understand that -- that mine, you

11   know, more recently, how does it

12   correlate with the literature from the

13   cast of the deposit to try to assess

14   those questions to the best of my

15   ability.

16          Q.    And my question was more

17   simple.

18                That first step of looking

19   at the talc that was actually mined,

20   you've never done that for the Italian

21   talc, right?  I mean, you just didn't

22   have it available to you?

23          A.    Well, it would be, you know,

24   physically temporally impossible for me

Page 111

1    to have looked at that material in the

2    time frame that Johnson & Johnson was

3    mining it because that was, you know,

4    back in the '50s and '60s or supplied to

5    Johnson & Johnson.

6         Q.    And your answer would be the

7    same for the mine itself.  You visited

8    Val Chisone 40 years after Johnson &

9    Johnson stopped using it, but you never

10   got to look at Val Chisone when it was in

11   the condition and in the circumstances in

12   which Johnson & Johnson was using it as a

13   talc source, right?

14        A.    I was only able to compare

15   my observations at the time I was there

16   to earlier literature, for example, from

17   like 1966 and the 1970s that exists and

18   compare my observations with what other

19   researchers or other scientists had

20   described.  What I saw and what I -- what

21   I observed was comparable and consistent

22   with what was described by those that had

23   studied that talc deposit, you know, 30,

24   40 years earlier than me.  So I think

Page 112

1    there's a correlation there based upon

2    the literature that things hadn't changed

3    dramatically, if in any meaningful way,

4    to asbestos for sure.

5          Q.    So the answer to my question

6    with regard to Vermont talc would be the

7    same.  You never actually visited any --

8    well, first of all, the mines in Vermont

9    are underground mines, correct?

10         A.    The Hammondsville mine was

11   underground at the time that Johnson &

12   Johnson was using it and as a source.

13   Other mines in Vermont were not, but the

14   Hammondsville is an underground mine and

15   it's been abandoned for -- for decades.

16         Q.    And you didn't visit any of

17   the Vermont mines, did you?

18               I just don't remember.  Did

19   you visit the Vermont mines?

20         A.    No, I have not visited any

21   of the Vermont mines at issue in this

22   case.

23         Q.    So you have never -- when

24   you're talking about the two things you

Page 113

1    can look at, the product and the mines,

2    you know, the extracted rock, you never

3    looked at any of the extracted rock or

4    the mines in Vermont as J&J used it,

5    correct?

6            A.    Correct.  I don't have any

7    of those materials available.  All I've

8    been able to do as it relates to the

9    Vermont is I did have a sample suite

10   collected at the Argonaut mine by

11   Professor Mickey Gunter, and then I have

12   been able to actually test product that

13   would have come from those mines of

14   Johnson & Johnson.

15           Q.    But Professor Gunter's

16   sample from Argonaut mine was collected

17   when?

18           A.    I'd have to go back and

19   check, but I believe it was -- from

20   memory, it was 2012 time frame, 2011.

21           Q.    And that's long, long after

22   Johnson & Johnson had stopped using the

23   Argonaut mines to source any of its

24   talcum powder products?

Page 114

1          A.    Yeah.  I mean, it was not
2     decades, but it was -- it was years
3     afterwards.
4          Q.    Okay.  And you agree you
5     cannot test a rock -- well, never mind.
6               You have never worked for a
7     mining company, according to your CV,
8     correct?
9          A.    Yes, I've never been on the
10    payroll, like, as an employee.  I've
11    worked as a consultant, but never as a --
12    never as an employee of a mining company.
13         Q.    Okay.  What mining companies
14    have you worked as a consultant for?
15         A.    That's privileged
16    information.  I'm not going to share it.
17         Q.    Okay.  So you have not --
18    you're not able or willing to tell me in
19    this deposition which mining companies
20    you have acted as a consultant for?
21         A.    No.  That is privileged and
22    confidential information.
23         Q.    Okay.
24               MR. OLIVER:  All right.

Page 115

1          Kevin, I understand his position,

2          but we're going to hold the

3          deposition open on that -- at

4          least as to that particular issue.

5          I'm not saying it's going to be a

6          big deal.  I'm just saying I want

7          to make sure everybody has

8          their -- has their opportunity to

9          ask the questions of Dr. Sanchez

10         that need to be asked, and you

11         know as well as I do, I don't

12         think he can really refuse to

13         answer that question, but it may

14         not be a big deal.  We'll find out

15         later.

16              MR. HYNES:  Well, it appears

17         that you may be invading

18         consulting expert privilege

19         relating to an entity that is not

20         here present at today's deposition

21         and so I would oppose the request

22         to keep the deposition open to

23         invade a potential consulting

24         expert privilege issue.

Page 116

```
 1              MR. OLIVER:  You're the one
 2         who put him up as a mining expert.
 3         So if he can't tell me what his
 4         expertise is based on, it's better
 5         for my case anyway.  So you guys
 6         do whatever you want to do.
 7    BY MR. OLIVER:
 8         Q.    All right.  So other than
 9    these unnamed consulting gigs that you
10    have for mining companies, do you have
11    any other experience being employed by a
12    mining company other than the one that
13    you can't tell me, Dr. Sanchez?
14         A.    Everything I have done that
15    I can disclose I have disclosed in the
16    litigation.  I have -- I did consulting
17    work with, for example, Imerys and I went
18    to the Val Germanasca mine.  I produced a
19    report back in 2016 of that visit.  All
20    of that is disclosed as it's relevant
21    to -- to this case or clients that I
22    worked for in litigation.
23         Q.    All right.  You don't have
24    any formal educational training in the
```

Page 117

1    mining industry, do you?

2          A.    I'm not sure what you mean

3    by that, but if you're ask -- I'm just

4    trying to clarify here.  If you're asking

5    whether or not I was -- I was ever

6    trained as, like, a mining engineer, no,

7    that is not my degree.  Mine is in

8    geology and mineralogy.  I did take some

9    mineral processing classes as an

10   undergraduate in college, but again,

11   my -- my consulting and my work for any

12   company is based upon analytical testing,

13   mineralogy and geology.

14         Q.    Okay.  So you never designed

15   a process to sort talc, extracted talc

16   for processing?  You've never designed

17   such a process?

18         A.    Personally, no.  I've seen

19   the process as it's been designed at

20   different mines, for example, Val

21   Germanasca and Guangxi, and described

22   that, and I've also tested samples as a

23   result of that processing both before and

24   after.

Page 118

1          Q.    Have you ever -- you've

2    never designed a beneficiation process

3    whereby talc is ground up for use in

4    cosmetic products, correct?

5          A.    No.  I have evaluated talcs

6    that have gone through that process.

7          Q.    Have you reviewed the

8    documents outlined in the beneficiation

9    process that Johnson & Johnson used

10   during the relevant time periods of this

11   litigation to produce Johnson's baby

12   powder?

13              MR. HYNES:  Vague,

14         overbroad.

15              THE WITNESS:  I'm generally

16         familiar with their processing,

17         but the specifics or whether I've

18         seen all of the documents I can't

19         speak to.

20   BY MR. OLIVER:

21         Q.    Okay.  Are any of those

22   documents listed on your -- strike that.

23              If you reviewed a document

24   regarding the beneficiation process of

Page 119

1    Johnson's baby powder, would it be on

2    your materials considered and relied on

3    list?

4           A.    Yes.  I believe all

5    documents supplied to me by Johnson &

6    Johnson are there.  I have memory of

7    viewing documents that discussed

8    testing -- testing regime or testing

9    processes both before the mill, at the

10   mill, before the flow feed, before the --

11   you know, at different stages of the

12   beneficiation process where they're

13   testing the materials as well as the

14   final stage, which was TEM tests sent out

15   to McCrone for that final -- the final --

16   the final test on those products.  So in

17   the context of the testing, which I have

18   seen documents that detail out which

19   steps of the process that they're looking

20   at.  Those are what come to mind.  I

21   couldn't point to them without, you know,

22   having reviewed them all.

23          Q.    In other words, you're not

24   able to write a report on how the

Page 120

1    beneficiation process works or you

2    couldn't list out for somebody in an

3    industrial setting how the beneficiation

4    happens?

5                    MR. HYNES:  Vague,

6           overbroad.

7                    THE WITNESS:  No, I could --

8           I could describe that process.

9           You know, they would use different

10          re-agents for the flotation.  I

11          don't recall what those are off

12          the top of my head, but the way

13          that that was processed I've seen

14          in the documents.  The way that

15          the materials were screened, the

16          different steps of that process

17          were there.

18   BY MR. OLIVER:

19          Q.    So is it fair to say that

20   what you know about Johnson & Johnson's

21   beneficiation process you -- you got from

22   reading their documents; is that fair?

23          A.    That's correct.

24          Q.    You never had any sort of

Page 121

1      on-the-job training with regard to

2      beneficiation?

3              A.    Again, I've not personally

4      gone through in a mine.  However, I am

5      familiar with beneficiation as a concept

6      and different types of beneficiation

7      through training, education and

8      experience.  I've been to -- I've been to

9      mills that use flotation cells, different

10     re-agents, and I was familiar with that

11     process before I went to the mills based

12     on education.  I wouldn't say that.  And

13     I've described to the best of my

14     ability -- well, I've described in my

15     reports the kind of steps that are used

16     for the beneficiation and I've testified

17     to that based on what I've observed.

18              MR. OLIVER:  I think we're

19          going to take a really brief break

20          to eat something.  It's not going

21          to take long.  So I'm going to try

22          to come back here at 1:20, if

23          that's okay, or what time are we

24          on?

Page 122

1                    I'm sorry.  It would be 2:20

2            my time.  So 20 minutes from now.

3                    THE WITNESS:  Okay.

4                    MR. HYNES:  1:20.  You're on

5            East Coast time.  It's 1 o'clock.

6                    MR. OLIVER:  Yep.  All

7            right.

8                    (A short recess was taken

9            from 12:59 p.m. until 1:24 p.m.)

10   BY MR. OLIVER:

11            Q.    Dr. Sanchez, when we left

12   for a short break, we were talking about

13   your experience in the area of mining.

14                    Before being employed by

15   J&J, had you ever taken a class on talc

16   mining?

17                    MR. HYNES:  Objection to

18            form, employed by J&J.

19                    THE WITNESS:  No, I've

20            not -- I've never even -- yeah,

21            that's too specific of a kind of

22            class.

23                    My experience with talc

24            mining specifically comes from

Page 123

1              being to mines and analyzing

2              samples from mines, not -- not

3              through schooling.

4     BY MR. OLIVER:

5              Q.    So all of your experience

6     with talc and talc mining relates

7     specifically to your contingent as a

8     consultant to Johnson & Johnson, fair

9     enough?

10                   MR. HYNES:  Overbroad,

11             vague.

12                   THE WITNESS:  No, that's

13             incorrect.

14     BY MR. OLIVER:

15             Q.    Dr. Sanchez, did you ever

16     take -- you already told me you never

17     took a class on talc mining when you were

18     in school, right?

19             A.    I took no course that had

20     the label talc mining, that's correct.

21             Q.    And you told me that the

22     only -- the only thing you learned or the

23     way you learned about talc was from your

24     testing of talcum powder-related

Page 124

1    materials in litigation, right?

2                    MR. HYNES:  Overbroad.

3                    THE WITNESS:  That's

4            inaccurate.  As it deals with the

5            mineral talc I learned about talc

6            in school.  It's a mineral.  I

7            covered issues and I understood

8            what talc was.  I knew what it was

9            through education.

10                   My experience with actual

11           talc mining comes through

12           experience as a professional

13           working outside of school, but my

14           knowledge of what talc is and what

15           minerals are predate any of my

16           professional work.

17   BY MR. OLIVER:

18           Q.    That's right.  But the only

19   thing you know about talc mining you

20   learned from your professional work,

21   correct?

22           A.    As part of my -- yes, work

23   that I've done on behalf of companies.

24   As you get into specific issues of, like,

Page 125

1    talc mining, yes.

2         Q.    Other than -- we talked

3    briefly about hand sorting.  First of

4    all, would you agree that hand sorting is

5    performed by miners, correct?

6         A.    That's accurate, yes.

7         Q.    Okay.  And you have never

8    actually hand sorted talc from anything

9    in a mining setting, correct?

10        A.    That's incorrect.  In the

11   instances where I've been to talc mines,

12   as I described in Val Germanasca, I saw

13   the process and I myself sorted talc to

14   make sure I understood the process, but

15   outside of that, no, I've never -- I've

16   never sat for eight hours a day, or

17   whatever the shifts would be, and worked

18   as somebody that was sorting talc as a

19   job, but again, I've seen it observed and

20   then I -- and in order to make sure I

21   understood the process of what they were

22   doing, I also recreated what they were

23   doing and have them say yes, that is what

24   we do.

Page 126

1            Q.    How long did that -- well,
2      first of all, was that in Val Chisone?
3            A.    Yes.
4            Q.    And that was in your 2015
5      visit?
6            A.    Yes.  As I was understanding
7      how they processed the talc, yes, that
8      was part of that visit.
9            Q.    Okay.  And you didn't do
10     anything with hand sorting in the Vermont
11     talc source, right?
12           A.    That's correct.
13           Q.    And you never saw any
14     Johnson & Johnson document from the
15     Vermont era of talc sourcing talking
16     about how the hand sorting process was
17     done, right?
18           A.    Other than it was done, but
19     no, there was no -- I don't recall a
20     document that was -- would have been as
21     specific as seeing it done and
22     understanding how they were doing it.
23           Q.    And in China when you
24     visited the Guangxi mine, did you do

Page 127

1    anything with hand sorting in the Guangxi
2    location?
3              A.    Yes.
4              Q.    What did you do there?
5              A.    Same thing.  I observed the
6    processing from start to finish.  I also
7    sorted some myself to make sure I was
8    understanding what their requirements
9    were for the talc ores that were going on
10   versus ones that were being thrown out.
11             Q.    Okay.  So let's start
12   with -- I'm talking about Val Chisone
13   now, not Guangxi.
14                   When you're in Val Chisone,
15   first of all, you never interviewed any
16   miner, obviously, who mined the talc for
17   J&J in Val Chisone, right?
18             A.    So I did speak with miners
19   and people at the mill, but yes, none of
20   them were employed back, I think, in 1967
21   when I was there.  None of them.  Yeah,
22   that would -- it's too long ago.
23             Q.    So the only people you
24   talked to were current employees of the

Page 128

1    Val Chisone mining operation, right?

2            A.    With the exception of a

3    retired -- the retired mine manager who

4    started working there I believe in the

5    early '80s.  And then also looking at --

6    there were historical documents and

7    photographs available that I observed as

8    part of that visit that go back I think

9    as early as the 1940s.

10           Q.    Did you review any document

11   that listed the details of how talc was

12   hand sorted at Val Chisone when Johnson &

13   Johnson was using it as a talc source?

14           A.    Nothing with great

15   specificity.  Just simply looking at the

16   images, the processing.  It was a similar

17   process.  Again, they were using newer

18   equipment, but there was the same -- the

19   same process was -- was in place.

20           Q.    But you didn't review any

21   document from the relevant time period

22   talking about how they hand sorted then,

23   correct?

24           A.    I did not see a document

Page 129

1    with detailed explanations from -- from

2    the 1950s or '60s, that's correct.

3         Q.    So you don't know anything

4    about the training, for example, that the

5    miners got in Val Chisone on how to --

6    how to hand sort talc?

7         A.    I did not see documents to

8    that nature.  Again, I observed the

9    miners that were working when I was there

10   doing it, but other than that, everything

11   else is left to the photographic evidence

12   of historical processing that I

13   observed -- that I saw, which was --

14   which was a similar process.

15        Q.    How long -- well, describe

16   this for me.  Is the talc coming out on a

17   conveyor belt?  How are they hand sorting

18   it?

19             Describe that process.  What

20   did you observe?

21        A.    Well, there's multiple

22   stages of it, but they -- in Val

23   Germanasca, it's underground mining.

24   They -- they open up what they call the

Page 130

1    galleries, which is where the talc ore

2    is.  They start to remove the talc from

3    the galleries and as they remove it, they

4    continually break it down into smaller

5    pieces.

6         Q.    Well, let me -- let me back

7    up because I want to get to that.

8              All right.  So they open up

9    the gallery.  How do they remove -- is

10   there a sheer wall of rock?  Is that what

11   it is?

12        Q.    Well, yeah, you're -- it's

13   solid rock, yes.

14        Q.    Okay.  And how do they

15   remove the rocks from the wall?

16        A.    There is a -- there's a

17   blasting process that happens.  They

18   drill holes in a grid pattern into the

19   talc ore.  They then -- they do a blast

20   which loosens up the rock and creates

21   fractures between the holes.  That

22   material is then -- with mechanical

23   equipment is removed out and people look

24   through that material and they break that

Page 131

1    material into smaller pieces.  And so

2    there's -- the first stage of sorting

3    happens right there at the mine face.

4    The material that is not the talc ore

5    stays -- stays there, gets put into older

6    areas of the mine and backfilled.  The

7    material that -- that looks to be --

8    passed and goes to the next stage then

9    gets removed in small trucks out to a

10   staging area outside.  That material is

11   graded.  That material is further broken

12   into smaller pieces and non-talc rock is

13   removed all along the processing.

14            Q.    How many holes do they drill

15   per session to put explosives in them?

16            A.    I don't recall.  I don't

17   believe I counted them.

18            Q.    Okay.  Well, I mean, is it 2

19   or is it 20?  Just give me an idea of

20   what you saw.

21            A.    It's more than two.  They

22   need to create kind of a grid pattern and

23   it is not a -- it is not a large blast by

24   any means, but it -- the blast is

Page 132

1    designed to fracture the rock so they can

2    dig and work with it.

3         Q.    What explosive do they use?

4         A.    I'm not sure.

5         Q.    Did it look -- was it like a

6    stick of dynamite or were they using some

7    kind of plastic explosive?

8         A.    I did not see them load the

9    holes with any -- with the explosive, so

10   I don't know.  There's obviously blasting

11   caps of some nature and then wires as

12   part of it, but I don't -- I don't know

13   that.

14        Q.    Did you actually see the

15   blast?

16        A.    No.  That would be

17   impossible.  I saw areas that were ready

18   to be blasted and I saw areas after the

19   blast.

20        Q.    Okay.  How soon after the

21   blast did you see the areas?

22        A.    I'm not sure.  I don't know

23   if it was days or --

24        Q.    I'm sorry.  What?

Page 133

1          A.    I don't know if it was days

2     or weeks.  I don't know the time frame.

3     I don't recall.

4          Q.    It wasn't hours?

5          A.    It could have been.  I just

6     don't know.

7          Q.    Okay.  When you saw the area

8     after the blast, the air was not filled

9     with dust, was it?

10         A.    There's always a small

11    amount of dust in the air in the mines.

12    I don't -- but again, without seeing a

13    video of the actual blast, I don't know

14    how much dust would even be created in it

15    to be able to assess that.

16         Q.    Do you know how far into the

17    rock wall the blasting material was

18    placed?

19         A.    The total depth, no.  Based

20    on the volume of material that I saw that

21    was loosened up, it probably would have

22    been at least a meter, if not a couple

23    meters worth of depth.

24         Q.    Okay.  So anywhere from --

Page 134

```
 1      I'm a golfer.  So I don't like meters.  I
 2      like yards.
 3                  Anywhere from a yard to
 4      three yards.  Anywhere from a meter to
 5      three meters; is that fair?
 6           A.    Yeah, I'm kind of doing
 7      conjecture just on memory of the size,
 8      like how much material was loose and that
 9      they were then, you know, digging out and
10      working through.  It was -- it was a
11      couple meters or a couple yards at least.
12           Q.    And obviously, you don't
13      know what the -- if you're looking at the
14      Val Chisone sheer wall, you can't see
15      what's three meters past the face of the
16      wall, right?
17           A.    Not until you -- yeah, not
18      until you blast it and you're sorting
19      through it.
20           Q.    Okay.  So when the explosive
21      is put into -- I'm sorry.
22           A.    They do what they call drill
23      coring before -- before they do any
24      blasting because they want to understand
```

Page 135

1    what material they're getting into.  So

2    they do have a knowledge of what -- of

3    what is there before they go in and mine

4    it.  I mean, in order for them to know

5    where the talc is underground, they have

6    to do exploratory work for that, but

7    until -- but the real granular specific

8    level you won't know until you start

9    processing that material and breaking it

10   all up.

11          Q.    Right.  And so you don't

12   know for certain what you got until the

13   blast is over and the pieces are on the

14   ground, right?

15          A.    I would say you have a very

16   good idea, but you don't -- you don't

17   know absolutely until -- until you can

18   look at it all.

19          Q.    And, in fact, the fact that

20   people have to sort rocks means that

21   everything is not pure talc, right?

22          I mean, they have to take

23   out the stuff that's not pure talc,

24   correct?

Page 136

1          A.    Yeah, there's other --
2     there's other inclusions within the talc
3     ore that they remove.
4          Q.    And one of the inclusions
5     that could be in the talc ore could be
6     amphibole material, true?
7          A.    True.  There are -- some of
8     the inclusions contained on asbestos
9     tremolite as documented in the literature
10    and by testing.
11         Q.    And some of the inclusions
12    contain serpentine mineral, too?
13         A.    That's incorrect.  I've not
14    found serpentine inclusions in that
15    material.
16         Q.    You mean in the Val Chisone
17    material?
18         A.    Correct.
19         Q.    Is it your testimony that
20    because you haven't found it, there have
21    never been serpentine inclusions in the
22    Val Chisone talc mines?
23         A.    The geology is wrong for
24    serpentine.  There's no serpentinites in

Page 137

1    proximity to the talc, so to find
2    serpentine minerals would -- would not be
3    expected.  The actual literature that is
4    specific and the detailed results looking
5    at that issue did not find any -- any
6    serpentine.
7            Q.    So back to our mining
8    process.
9                 When you blast the rocks or
10   the pieces of rocks off the face of the
11   wall, it's going to create a certain
12   amount of particulate matter from
13   whatever rock you're blasting off the
14   wall, right?
15           A.    Some amount.
16           Q.    And do the miners wear
17   respirators when they're doing this?
18           A.    When I saw the mining
19   processes, they were not wearing
20   respirators.  When I spoke with the mine
21   managers and others about respirators,
22   when they wear them, they wear them when
23   the dust levels exceed a certain amount
24   according to regulation.  They also

Page 138

1      typically wear them when they're mining

2      the non-talc rock, when they're trying to

3      open up the galleries because those rocks

4      are enriched in quartz and so they're

5      worried about quartz exposures in that

6      rock for silicosis issues, but the actual

7      miners themselves as I saw them working

8      in the functions I saw, they were not

9      wearing respirators.

10             Q.    Do they have a mask on?

11             A.    No.  They were not wearing

12     any type of respirator.

13             Q.    Do you know how the process

14     that you observed changed from the time

15     in the 1950s and '60s when Johnson &

16     Johnson was using Val Chisone to the time

17     you observed it?

18             A.    No.  The only -- the only

19     changes that I was made aware of when I

20     was asking those types of questions

21     was -- for example, when I was there,

22     they had mechanical like -- they had,

23     like, robotic-assisted mechanical

24     equipment to move around the talc ores

Page 139

1    and break them up at the mine face.  They

2    wouldn't have had those in the 1960s.

3    They would have been doing all that with

4    hand drills and by hand that they now

5    have pneumatic and robotic controlled

6    machinery for.  So the act of the

7    processing and how they do it have not

8    changed, but some of the, you know,

9    technology of the tools may have changed.

10          Q.    Do you know if the explosive

11    process that they used changed?

12          A.    I don't know.  Again, I

13    don't -- whether they changed the type of

14    explosive over time, I can't speak to

15    those issues.

16          Q.    Do you know when they

17    changed from using hand labor to break up

18    the rocks to pneumatic hammers?

19          A.    Well, it's not pneumatic

20    hammers.  They literally had like -- they

21    had robotic arms with pneumatic hammers

22    on them.  So the guys were there with,

23    like, controlling units moving this arm

24    around to break up the rock instead of

Page 140

```
 1    climbing up there and physically holding
 2    the pneumatic hammer.  So they were using
 3    pneumatic-type hammers even back -- even
 4    back in the, you know, '50s and '60s.
 5    The issue was the robotic nature of the
 6    control of those hammers.  At some point
 7    it changed, but I don't know the year.
 8          Q.    I'm going to show you some
 9    pictures of -- let me back up.
10          I asked you a lot of
11    questions about the rock wall mining
12    process in Val Chisone.  You didn't see
13    any of what you just described for us in
14    the Vermont mines, correct?
15          A.    That's correct.  I have not
16    been -- I've not seen the talc in
17    Vermont.  I have not been to those mines
18    to observe how they do it today.  And
19    again, the processing in the past would
20    have been different.  They had different
21    processing for the cosmetic grades that
22    they ceased doing, you know, 20 years, 20
23    plus -- about 20 years ago.
24          Q.    So for the Guangxi mines,
```

Page 141

1    did you observe them blasting?

2         A.    Yes.

3         Q.    Okay.  Did you actually see

4    the explosions?

5         A.    Yes.

6         Q.    Okay.  And that's because

7    that's a pit mine; am I right?

8         A.    That's correct.

9         Q.    Okay.  So how far away were

10   you when you watched them do the blasting

11   in the pit mine?

12        A.    Oh, I don't know.  I was up

13   on some higher benches.  At least a

14   hundred yards, at least.  I can't say

15   with certainty, though, but it was -- it

16   was farther away.

17        Q.    Did you wear a hard helmet

18   when you were there?

19        A.    Yeah, when I -- both in Val

20   Germanasca and in other mines.  When

21   you're in the mining environment, you

22   wear hard hats.

23        Q.    Did you wear a mask or a

24   respirator when they were blasting in

Page 142

1    Guangxi?

2         A.    No.

3         Q.    Did they require you to wear

4    a mask or a respirator at any point while

5    you were in Guangxi?

6         A.    No.

7         Q.    Did you witness the miners

8    wearing masks or respirators at any

9    point?

10        A.    Only -- only those that were

11   working in the mill filling bags were --

12   were wearing respirators.

13        Q.    And the reason for that is

14   because that's a high dust environment?

15        A.    Yes.

16        Q.    When you watched the

17   explosion, how big an area, roughly, did

18   that cover in Guangxi?

19        A.    Not a large area.  I

20   think -- again, I'm going from memory and

21   trying to do my best on distances.  I

22   didn't go mark it out.

23             The one I -- the ones that

24   I've seen were probably maybe 30 to 50

Page 143

1    feet sections of the wall.

2            Q.    How much dust did it create

3    when there was an explosion on the 30 to

4    50 feet of wall you were watching?

5            A.    Very little.

6            Q.    What type of explosive were

7    they using?  Do you know?

8            A.    I didn't ask.

9            Q.    Did the rocks fall off of

10   the wall or did they merely create

11   fissures in the wall?

12           A.    Mainly -- mainly fissures.

13   Some of the ones at the edge may have

14   fallen down, but it's -- the idea of the

15   blasting is to just loosen the rock up,

16   create fissures so they then can process

17   and work through.

18           Q.    And how did they take the --

19   after the explosion, did somebody take

20   those pieces of rock off by hand or did

21   they take them off by robotic arm, as

22   you've described, or robotic equipment?

23           A.    The open pit mine they're

24   using, like, trackhoes.

Page 144

1           Q.    You said trackhoes?

2           A.    Right.

3           Q.    Like something that's going

4     to scrape, like with an arm and it's

5     going to scrape off the side of the wall?

6           A.    Correct.

7           Q.    Okay.  And when that

8     happens, we've all seen that, the rock

9     would fall off and there's going to be

10    some dust created in that process, true?

11          A.    Some, but the environment,

12    at least the years -- the times of year

13    I've been there has been pretty wet.

14    There's not much dust in the air.  I

15    don't know if it's in the summer, but

16    it's a sub -- I mean, you're -- you're --

17    it's pretty -- I don't know if it's

18    considered tropic, but it's not -- it's

19    not a very dry environment.  There's a

20    lot of rain and a lot of water.

21          Q.    Did you look at any

22    documents from the Guangxi mine that

23    talked about how the miners are trained

24    to sort talc?

Page 145

```
 1          A.    No.  I've just seen what
 2     they do.
 3          Q.    And do you have any idea how
 4     they're trained?
 5          A.    Not -- not specifically.
 6     Most of the miners live up there, work up
 7     there.  I think they're just -- you know,
 8     they'd just be trained by experience of
 9     those that have more experience than
10     them, than the new ones would be my
11     guess.
12          Q.    If there's a document
13     talking about how miners are trained to
14     hand sorting in Guangxi, you've never
15     seen it?
16          A.    No, I've not seen that kind
17     of documentation.
18          Q.    You've never interviewed
19     anybody about it either, have you?
20          A.    I've been there and I've
21     spoken with those that do it.  I've
22     recreated what they do to make sure I
23     understood how they were sorting it based
24     on the color and the physical properties
```

Page 146

1    of the rocks, but other than that, that's

2    my experience with it.  Also taking those

3    materials and, you know, testing them.

4          Q.    Jump back to Val Chisone

5    real quick.  I forgot to ask you a

6    question.

7                Did you ever talk to anybody

8    at Johnson & Johnson about the specific

9    mining processes that were in place in

10   Val Chisone during the time they were

11   sourcing from there?

12         A.    No.  My work at Val Chisone

13   predated any of my work for Johnson &

14   Johnson.

15         Q.    You went to Val Chisone

16   before you had been retained by Johnson &

17   Johnson?

18         A.    Yes.  I didn't start doing

19   expert work for Johnson & Johnson until I

20   think the year 2017 time frame.

21         Q.    Well, you went to Val -- let

22   me just clearly understand.

23                You went to Val Chisone as

24   part of your job at RJ Lee, correct?

Page 147

1              A.    I was working for RJ Lee

2       Group at the time, yes.  It was

3       consulting work that I had said I was

4       contacted about and worked up and

5       performed.

6              Q.    Who was your client that

7       sent you to Val Chisone?

8              A.    I already testified to this.

9       It was Imerys Talc America.

10             Q.    Was Imerys the predecessor

11      in interest to the company that was doing

12      the mining in Val Chisone called SVC?  I

13      think they ran it when Johnson & Johnson

14      was sourcing there.

15             A.    I don't know the business

16      end.

17             Q.    So did you know that the

18      company that controlled the mine while

19      Johnson & Johnson was sourcing from Val

20      Chisone was called SVC?

21             A.    I thought it was the Talc

22      and Graphite Company of Val Chisone.  Is

23      that what you're referencing?

24             Q.    I don't know.  Is that who

Page 148

1    you think controlled it?

2          A.    Well, there was a Talc

3    Graffiti de la Venture or something.  You

4    know, I don't speak Italian.  They --

5    there was a family owned company that ran

6    it for many years before it was sold off

7    to some other entity.  I don't -- I don't

8    know -- I don't know that history.

9          Q.    Bottom line is you never

10   talked to anybody who was employed by the

11   company that actually did the mining in

12   the relevant time period for Johnson &

13   Johnson, right?

14         A.    That's correct.

15   Everyone I -- no one I spoke to had

16   worked there in the 1950s or '60s.

17         Q.    Okay.  So none of them could

18   tell you anything about what went on

19   there in the 1950s and '60s based on

20   firsthand knowledge?

21         A.    Based on -- that's correct,

22   based on firsthand knowledge.

23         Q.    Let's look at these

24   pictures.

Page 149

1                    MR. OLIVER:  Katy, can we

2           pull up the -- we'll mark as

3           Plaintiffs Exhibit 7 this release

4           from the University of California

5           Division of Agriculture and

6           Natural Resources.

7                    MR. HYNES:  Counsel, is

8           there a copy of that in the

9           redweld?

10                   MR. OLIVER:  You know what,

11          unfortunately, Kevin, there's not.

12          We're going to display it on the

13          screen.

14     BY MR. OLIVER:

15          Q.    So, Dr. Sanchez, don't go

16     looking in your folder for that, and I

17     apologize for that.  It's not because I

18     was trying to make it a pain for you.  I

19     just didn't get to it in time.

20                First of all, Dr. Sanchez,

21     have you ever seen this document before?

22          A.    I may have years ago.  I

23     don't -- I don't know for sure.

24          Q.    Okay.  You agree this

Page 150

1       appears to be an August 2009 release from

2       the University of California Division of

3       Agriculture and Natural Resources,

4       correct?

5              A.     Okay.

6              Q.     Do you agree that's what it

7       appears to be?

8              A.     That's what it appears to

9       be, yes.

10             Q.     Okay.  And you're familiar

11      with the University of California

12      Division of Agriculture and Natural

13      Resources, correct?

14             A.     I know it exists.  I can't

15      say I'm familiar with it or...

16             Q.     So let me direct your

17      attention to the second full paragraph

18      beginning with most ultra -- can you help

19      me pronounce that?  I know you know how

20      to pronounce it and I don't.

21             A.     Ultramafic.

22             Q.     Ultramafic.  Thank you, Dr.

23      Sanchez.

24                    Most ultramafic rock,

Page 151

1    including serpentine (sic), contain

2    naturally occurring asbestos particles.

3    Microscopic needlelike particles of

4    asbestos or asbestos-like fibers.

5                    First, did I read that

6    sentence correctly?

7              A.    You did.

8              Q.    Okay.  Would you agree that

9    Vermont talc formations result are

10   ultramafic?  Is that correct, or not?

11             A.    Ultramafic.

12             Q.    Ultramafic.  I'm going to

13   mess that up all day.

14                   Are the rock formations

15   around the Vermont talc mines ultramafic?

16             A.    They are.  Well, the

17   protoliths for the talc mines or one of

18   protoliths is ultramafic rocks, yes, but

19   then there's surrounding rock, the

20   country rock, as they term it, that is

21   not.

22             Q.    You agree that serpentine is

23   an ultramafic rock?

24             A.    It would be classified under

Page 152

1    the larger umbrella ultramafic rock, yes.

2             Q.    And you agree that

3    serpentine contains naturally occurring

4    asbestos particles?

5             A.    Serpentinite, just for

6    clarity.

7             Q.    I'm sorry.

8             A.    Serpentinite is composed of

9    primarily serpentine minerals, but yes,

10   serpentinites would be considered

11   ultramafic rocks.

12            Q.    And it would, in some

13   instances, contain naturally occurring

14   asbestos particles, right?

15            A.    Yeah, you can -- like the

16   major chrysotile deposits up in Canada

17   are all derived from serpentinite rocks,

18   things of that nature, as well as the --

19   yeah.  I mean it's -- chrysotile is most

20   commonly found in those types of rocks.

21            Q.    So that sentence is an

22   accurate sentence under -- based on your

23   expertise?

24                  MR. HYNES:  Misstates

                                        Page 153

1              testimony.

2                   THE WITNESS:  I'm sorry.  I

3              couldn't tell if you said accurate

4              or inaccurate?

5    BY MR. OLIVER:

6         Q.   I said accurate.  Is that

7    sentence that we just read accurate?

8                   MR. HYNES:  Misstates

9              testimony.

10                  THE WITNESS:  There's other

11             ultramafic rocks that have not

12             been serpentinized or altered that

13             I don't think that's accurate for,

14             but serpentinites can contain

15             naturally occurring asbestos.  I

16             do agree with that, yes.

17   BY MR. OLIVER:

18        Q.   The last sentence of the

19   document -- excuse me, of the paragraph

20   says, the most common naturally occurring

21   asbestos particle in ultramafic rocks is

22   chrysotile.

23                  Do you agree with that

24   statement?

Page 154

1           A.    From a general perspective

2    that could be accurate, but again, it

3    could vary on specific localities or

4    depending on what scale or spacial

5    resolution you want to be looking up, but

6    if ultramafic rocks have been

7    serpentinized, then chrysotile could be

8    present in those serpentinized ultramafic

9    rocks.

10          Q.    Now, down in the lower

11   left-hand corner there's a picture,

12   Figure 1, that says, serpentine rock with

13   veins of naturally occurring asbestos,

14   and it says the source is the EPA's

15   naturally occurring asbestos website.

16               Do you see that?

17          A.    Yes.

18          Q.    Do you agree -- first of

19   all, you don't have any reason to doubt

20   that that is what they claim it is,

21   correct?

22          A.    That looks like chrysotile

23   occurrence in a serpentinite rock, yes.

24          Q.    And so you agree that that

Page 155

1    is an accurate representation of a

2    serpentine rock and those white veins

3    within the middle would be naturally

4    occurring asbestos veins, correct?

5              A.    Not all of them, but there's

6    definitely some in there from this scale

7    that look like cross-fiber chrysotile

8    occurrences.  There's other white veins

9    in there that could simply be calcite or

10   other minerals.

11             The fact that there's veins

12   in the rock doesn't mean the veins are

13   composed of asbestos, but there are veins

14   there that do look like cross-fiber

15   chrysotile.

16             Q.    And to me it sort of looks

17   like a steak that's marbled, right?  I

18   mean that's kind of what it looks like?

19             A.    Okay.

20             Q.    I mean, do you agree that's

21   kind of what it looks like?

22             A.    Not -- I mean not entirely,

23   but this particular rock does have other,

24   like, veiny material that you can see.

Page 156

1      There appears to be at least two

2      different mineralizations in the veins.

3      One of the mineralizations looks like

4      cross-fiber chrysotile.  The other veins

5      look like some other material to me from

6      this -- from what I can see here.

7              Q.    And my question is:  This is

8      a common presentation of how naturally

9      occurring asbestos would be veins

10     throughout the non-asbestiform analog for

11     that mineral, right?

12              MR. HYNES:  Vague,

13         overbroad.

14              THE WITNESS:  When asbestos

15         forms in nature, it does form in

16         cross-fiber veins like this and

17         slip fiber veins, but it still

18         occurs -- it's going to occur in

19         localized areas.  So to take this

20         rock picture that does show what

21         appears to be cross-fiber veins of

22         chrysotile and then say that all

23         serpentinite everywhere would look

24         like that would be inaccurate.

Page 157

1              For example, the rock found
2         in the UN General Assembly,
3         there's a green material behind
4         the speakers.  That green material
5         is serpentinite rock.  That
6         doesn't mean that that material in
7         the UN building behind the world
8         leaders when they give speeches
9         there contains chrysotile asbestos
10        as illustrated in this rock.  You
11        can --
12    BY MR. OLIVER:
13        Q.    That's fine.  I wasn't
14    suggesting that, Dr. Sanchez.
15             I just -- all I really want
16    to know, this is a common presentation of
17    how chrysotile asbestos mixed in with
18    other non-asbestiform serpentine might
19    look, right?
20             MR. HYNES:  Same objections.
21             THE WITNESS:  This is a good
22        representation of what the
23        asbestiform growth sample looks
24        like in a hand sample, yes.

Page 158

1    BY MR. OLIVER:

2          Q.    Thank you.  Great.

3                MR. OLIVER:  Katy, can we

4          put up the image which is the

5          tremolite with the talc seam in

6          it?

7    BY MR. OLIVER:

8          Q.    Now, Dr. Sanchez, I put on

9    the screen what I'll represent to you is

10   a piece of tremolite with similar seams

11   or veins of material, and I'll represent

12   to you that those veins of material are

13   talc.

14               Does that appear to be a

15   good explanation of what you see here?

16         A.    No.  I would -- I would

17   need -- this looks like it could be

18   anything to me.  I would have to see data

19   to support what you put forward.

20         Q.    Okay.  So just looking at

21   this with your naked eye, you can't tell

22   what this is, right?

23         A.    Other than it looks to be a

24   rock that's been cut with a saw.

Page 159

1          Q.    Okay.  So you don't know if

2    it's tremolite and you don't know if it's

3    talc, right?

4          A.    I would have -- yeah,

5    there's -- there's -- I have no ability

6    looking at this image to make any such

7    statements.

8          Q.    Why wouldn't you have any

9    such ability?

10         A.    Because we don't simply look

11   at rocks and can tell what's always in

12   them.  If I had the rock in hand, I could

13   do simple tests that would help me, but

14   just looking at an image, all I have is

15   what the material looks like.  There's

16   nothing here that I see on this section

17   that informs -- gives me any indication

18   of what I'm looking at in any meaningful

19   way.

20         Q.    So that -- just having what

21   you have to look at is simply not enough

22   in your opinion, correct?

23              MR. HYNES:  Vague,

24         overbroad.

                                          Page 160

1              THE WITNESS:  I would need
2         more information about this rock
3         to say anything about it other
4         than it's a rock, it appears to
5         have a light-colored vein of
6         something going through it and
7         then there's also another vein
8         that seems to be cross-cutting the
9         other vein, but what those -- what
10        those mineralizations are I
11        can't -- I can't tell from this
12        image.
13   BY MR. OLIVER:
14        Q.    Would you agree with me, Dr.
15   Sanchez, that this could be a
16   presentation of a talc seam through a
17   tremolite rock?
18        A.    I -- I don't know.  I would
19   need information.  I don't -- I don't
20   want -- I'm not going to sit here and
21   make conjectures about what something
22   could or could not be without -- without
23   adequate information.
24        Q.    Okay.  It wouldn't be -- it

                                    Page 161

1       wouldn't be accurate and precise to do

2       that based on your naked eye

3       visualization, fair?

4                    MR. HYNES:  Overbroad,

5              vague.

6                    THE WITNESS:  Based on the

7              information I have here, which is

8              simply an image, right, I can't --

9              I can't -- I can't do anything

10             other than to describe it as I

11             have with the information I have.

12             I can't do mineral identification.

13             I can't do crystallization.  I

14             can't do with this -- with just

15             this image.

16      BY MR. OLIVER:

17             Q.    Okay.  And to know whether

18      something is asbestos and to be certain

19      about it, you have to do all of those

20      things you just described, right?

21             A.    Well, yes.  As I stated

22      earlier, you would need to do the

23      analytical work to identify the minerals,

24      understand those things.  This image here

Page 162

1   does not provide any of that information

2   to evaluate and then to be able to draw

3   conclusions from it.

4                  MR. OLIVER:  Okay.  Katy,

5           can we put up the next image?

6                  MR. HYNES:  And Counsel, are

7           you marking these each as

8           exhibits?

9                  MR. OLIVER:  Yes.  I'm

10          sorry.  We should have marked that

11          as Exhibit 8, Madam Court

12          Reporter.

13                  Thank you, Kevin.

14  BY MR. OLIVER:

15          Q.    Dr. Sanchez, do you see what

16  we're going to now mark as Plaintiffs'

17  Exhibit 9 on the screen?

18          A.    I do.

19          Q.    And again, this is a piece

20  of rock with some veins of some material

21  throughout the rock, correct?

22          A.    Yes, this appears to be

23  cross-fiber chrysotile or a similar type

24  of an occurrence.  It looks familiar.  It

Page 163

1    looks similar to that when you see it in

2    nature.

3            Q.    Okay.  And so the

4    cross-fiber chrysotile or the asbestos

5    material would be what the yellow areas

6    are pointing at; is that fair?

7            A.    Assuming that it's

8    chrysotile, but yes, it looks like a --

9    that's -- so chrysotile looks like that

10   in nature.

11           Q.    And so this would be an

12   example of the asbestiform version --

13   assume for a moment that the rest of it

14   is just serpentine or actinolite or other

15   serpentine mineral.

16               Is that a fair assumption

17   based on your visualization?

18           A.    I mean, it could be.  When

19   you look at serpentinites with the

20   presence of cross-fiber chrysotile, I've

21   seen rocks that look very similar to this

22   in that situation.

23           Q.    Okay.

24               MR. OLIVER:  Katy, let's go

Page 164

1           to our last one.
2    BY MR. OLIVER:
3           Q.    We're going to mark this as
4    Plaintiffs' Exhibit 9, Dr. Sanchez.
5                    MR. HYNES:  Was that last
6           one 9?
7                    MR. OLIVER:  I'm sorry.
8           Mark it as Exhibit 10.
9                    They're trying to keep me
10          straight here.
11   BY MR. OLIVER:
12          Q.    Okay.  Dr. Sanchez, I'll
13   represent to you that I'm showing you a
14   piece of talc rock with flecks of
15   actinolite throughout the rock.
16                   Does that appear to be what
17   you're looking at?
18          A.    Can you zoom in, please?
19                   Again, I can't say with
20   certainty, but that could be accurate
21   based on what I see here.
22          Q.    So you at least agree that
23   that is what a piece of talc right with
24   flecks of actinolite in it might look

Page 165

```
 1     like, right?
 2            A.    Well, I'm assuming -- I'm
 3     looking at the cross -- there's --
 4     there's -- some of the darker material I
 5     can see in cross-section that look like
 6     about 6120 degree angles between the
 7     little -- the little roms, the little
 8     prisms.  That would be consistent with
 9     non-asbestos amphibole growth habit, but
10     if -- I don't know what the white
11     material is, whether or not it's talc,
12     but it looks like that material could
13     be -- that could be actinolite in this
14     rock based on the cleavage traces.
15            Q.    And looking at this with
16     your naked eye, you don't know one way or
17     the other whether there's asbestiform
18     actinolite in that rock.  You can't do
19     that without doing some tests to confirm
20     it, right?
21            A.    Well, I would need -- I
22     would need to do testing to confirm the
23     presence of actinolite.  What I'm seeing
24     here is I'm seeing cross-sections of
```

Page 166

1    prisms with approximately 1620 degree

2    angles which is consistent with

3    amphibole -- non-asbestos amphibole

4    crystal habits, but in order to actually

5    know what type of amphibole or if it is

6    an amphibole, I'd have to do analytical

7    work.  Also to determine whether or not

8    the white mineral in here is actually

9    talc I'd have to do analytical work, and

10   there's -- and I'd have to see the rock

11   in person to see if there's an

12   asbestiform mineralization happening in

13   the hand sample, but I can't -- from what

14   I see here, I don't see any, but again,

15   it's not the same without looking at the

16   rock or seeing more analytical data from

17   the rock.

18          Q.    Dr. Sanchez, we were talking

19   earlier about the beneficiation process,

20   and I just want to back up and follow up

21   on a question I had asked.

22          Have you ever sat down with

23   anybody at Johnson & Johnson and gotten,

24   like, an interview with them or some

Page 167

1      education from them about how

2      beneficiation of talc works?

3              A.    I have not.

4              Q.    Okay.  Certainly you agree

5      with me that they have many qualified

6      people who could tell you about that,

7      correct?

8                    MR. HYNES:  Calls for

9              speculation.

10                   THE WITNESS:  I don't

11             believe they do.  Those

12             individuals that were involved

13             with this work on the Johnson &

14             Johnson side that I saw names of

15             in these earlier reports, like

16             a -- like a William Ashton, it's

17             my understanding that all those

18             gentlemen have passed away.  So I

19             don't -- I don't know of anyone in

20             the company today that would have

21             any knowledge that would be useful

22             to interview on my end.

23     BY MR. OLIVER:

24             Q.    Well -- and let me -- let me

Page 168

1     just ask you this.  So first of all, the

2     people like William Ashton who dealt with

3     beneficiation during the relevant time

4     period historically, you're saying you

5     just don't have access to those people

6     because they passed away, right?

7             A.    He passed away is one

8     example, yes.

9             Q.    Okay.  Is there another

10    example, they moved out of the country or

11    something?  What's the other example?

12            A.    Well, I mean there's some

13    letters from people at Windsor Minerals.

14    I don't know if any of those people are

15    still living.  Most of those documents

16    date from the early '70s, which is 50

17    years ago.  You know, I have had a

18    conversation with Ian Stewart who has

19    tested talc on behalf of Johnson &

20    Johnson from McCrone.  He reiterated

21    everything that he had already put in

22    writing that I had previously seen in my

23    conversation with him.  So where I've

24    been able to speak with some -- with

Page 169

1    people I have.  If somebody has passed

2    on, obviously I can't -- I can't

3    interview them or speak with them.

4            Q.    Okay.  And you made an

5    important distinction.  Now, I was

6    talking about people in the present day.

7    You talked about historical people.

8                  In the present day, Johnson

9    & Johnson certainly has living employees

10   who worked on the beneficiation of talc,

11   correct?

12           A.    I don't know that.  The --

13   they sold -- the Windsor -- the Windsor

14   Mineral processing materials was a

15   subsidiary of Johnson & Johnson and that

16   was all sold off, what, in the late '80s,

17   so over 30 years ago.

18           Q.    Okay.  Well, let me -- let

19   me back up and let's just take this piece

20   by piece.

21                 Johnson & --

22           A.    Can I finish, please?

23           Q.    Sure.

24           A.    So the point is I don't know

Page 170

```
 1      of anybody at Johnson & Johnson that
 2      would have that knowledge or expertise
 3      from previous subsidiaries who worked on
 4      some issues maybe, you know, 40, 50 years
 5      ago.  Those names that I've seen, my
 6      understanding is those -- those
 7      individuals are no longer living and for
 8      those that were living, I made -- I did
 9      make an attempt to speak to, you know,
10      when I first started doing this work.
11              Q.    And only one of the people
12      you named is Ian Stewart.  Did you talk
13      to anybody else?
14              A.    No.  The other individuals,
15      it was my understanding they were -- they
16      had passed away.
17              Q.    And Johnson & Johnson made
18      and distributed talc-based products,
19      talc-based Johnson's baby powder until
20      2023, correct?
21              A.    I don't know the year.
22              Q.    Until very recently you
23      agree with me that they were making and
24      distributing talc-based Johnson's baby
```

Page 171

1    powder in the United States, true?

2            A.    Yes.

3            Q.    And you agree that that

4    talc-based baby powder went through a

5    beneficiation process before it got into

6    the bottles, correct?

7            A.    Depending on the year and

8    how it was processed, it would have gone

9    through some type of beneficiation

10   process as part of the mining, yes.

11           Q.    Okay.  And you didn't talk

12   to anybody in the modern day who's

13   affiliated with the beneficiation process

14   for Johnson's baby powder at all is what

15   you're telling me?

16           A.    No.  As I -- we've already

17   talked about what I know of how the talc

18   was beneficiated at the mine by a Chinese

19   milling company.  Johnson & Johnson was

20   not there mining the talc nor were they

21   involved in that process.  So it seems

22   like -- I just -- I don't know who I

23   would ask or talk to because they're not

24   the ones mining the talc.  They're simply

Page 172

1    purchasing the talc that's being mined.

2              Q.    So when they get the talc,

3    it's already been beneficiated?

4              A.    Yes.

5              Q.    And in modern day, that was

6    done by a Chinese company?

7              A.    Post -- post 2003, yes.

8              Q.    And they sent you to go look

9    at the Guangxi mines as part of your

10   preparation for this report, correct?

11             A.    No.  My -- my visits and

12   work at the Guangxi mines is not -- was

13   never for Johnson & Johnson.

14             Q.    Okay.  It was for Imerys?

15             A.    Hold on.

16             My only work with Johnson &

17   Johnson related to the Chinese mine

18   outside of litigation was testing

19   quarterly samples starting in about 2009.

20             Q.    Okay.  So you did go to

21   Guangxi, though, right?

22             A.    I have been to Guangxi, yes.

23             Q.    But Johnson & Johnson never

24   sent you there?

Page 173

```
 1              A.     That's correct.

 2              Q.     Okay.  And Johnson & Johnson

 3      never put you in touch with anybody who

 4      could tell you about the modern day

 5      beneficiation process, true?

 6              A.     That's correct.  Johnson &

 7      Johnson was not involved with that work.

 8              Q.     So the only information you

 9      have about how talc has been beneficiated

10      are from historical documents from

11      Johnson & Johnson, fair?

12                   MR. HYNES:  Misstates

13              testimony.

14                   THE WITNESS:  From

15              information directly from Johnson

16              & Johnson, yes, it would have come

17              through historical records that

18              they would have produced for me to

19              review.  I have other knowledge

20              outside of my knowledge of Johnson

21              & Johnson, which I've been

22              testifying to at some length

23              today.

24      BY MR. OLIVER:
```

Page 174

1              Q.    Have you ever seen any kind
2      of list of the mining equipment that was
3      used in the Val Chisone mines during the
4      time that talc was being sourced there
5      for Johnson & Johnson?
6              A.    I don't believe -- I'm not
7      sure exactly what you're asking there,
8      but I don't recall seeing lists of any
9      type of equipment.  So I'm not -- I'm not
10     sure what you're asking, but I haven't
11     seen any lists, so...
12             Q.    So other than general terms,
13     you cannot describe -- I mean you've
14     talked about some of the -- using robotic
15     arms, okay, but other than that, other
16     than those general terms, you can't tell
17     me in any detail how the machinery has
18     changed over time?
19                 MR. HYNES:  Misstates
20             testimony.
21                 THE WITNESS:  No, I can say
22             that the processing has stayed
23             consistent over time.  The type of
24             machinery used to -- for

Page 175

1          processing has changed.  I mean it
2          would be the same as if I used a
3          JEOL 100CX TEM in the 1980s to
4          analyze the sample for asbestos,
5          but today I'm using a JEOL 1400
6          TEM, right?  I'm using a newer
7          TEM, but I'm doing the same thing
8          with the same -- with just a newer
9          piece of equipment.
10    BY MR. OLIVER:
11          Q.    But you agree that over time
12    scientific processes become more precise,
13    right?
14               MR. HYNES:  Vague,
15          overbroad.
16               THE WITNESS:  Some can, but
17          I don't -- I don't see how it's
18          relevant in this particular
19          instance to this mining of the
20          talc.  There was no -- there has
21          been no -- again, our ability to
22          do something has become easier,
23          less labor intensive I should say,
24          but the same process is taking out

Page 176

1              with less -- with less physical,

2              you know, human -- human arm

3              power, as it were, to do the work,

4              but that doesn't mean it's more

5              precise or less precise.  That's

6              another question.

7    BY MR. OLIVER:

8              Q.    Dr. Sanchez, in the process

9    of using explosives to break pieces off

10   of a talc wall that you described, if

11   there were a deposit or a seam of

12   asbestiform material along the lines in

13   one of those explosions, what would

14   happen to the fibers after the explosion?

15   Would they be distributed into the air?

16              MR. HYNES:  Incomplete

17              hypothetical, calls for

18              speculation.

19              THE WITNESS:  Yeah, when you

20              have asbestos forming in rocks, it

21              actually creates planes of

22              weakness, like the rocks --

23              meaning the rocks want to break

24              along the asbestos seams.  So what

Page 177

1              you would have is -- you
2              potentially would have some
3              release of air particulate, but
4              you'd also have surfaces of rocks
5              that would contain that
6              asbestiform material.  You'd
7              literally have, like, a sheet of
8              hairy fiber -- fiber-like material
9              on the surfaces.  That has been my
10             experience in other instances
11             where asbestos is in rocks.
12      BY MR. OLIVER:
13             Q.    And for those particles that
14      went into the air, as you say, where
15      would they end up?
16                  They would just deposit
17      themselves after the dust settled on the
18      rocks around them?
19                  MR. HYNES:  Same objection.
20                  THE WITNESS:  It would -- it
21             would depend on the engineering
22             flows in the particular
23             environment.  For instance, if
24             there's air circulation happening,

Page 178

```
 1              the finer fibers would likely be
 2              circled out of the air, pulled and
 3              then taken.  If it's a static
 4              environment, yeah, they would
 5              eventually settle.
 6    BY MR. OLIVER:
 7         Q.    I want to look -- actually,
 8    do you have any information about the
 9    failure rate of the benefication process
10    for removing accessory minerals?
11         A.    I'm not sure I've seen
12    anything to that effect.
13         Q.    Certainly you're not
14    offering an opinion about it?
15         A.    No.  I've not thought about
16    that question in any meaningful way.  I
17    think the way that that could be tested,
18    though, is simply looking at -- you'd
19    actually be looking at the finished
20    products sample and determining whether
21    or not -- like what the consistency of
22    those materials are would be the best way
23    to test the efficiency of the
24    benefication process being employed,
```

Page 179

1    what is the end product at the time.

2              MR. OLIVER:  I am going to

3         shift to some Johnson & Johnson

4         documents.  I'm going to take a

5         quick bathroom break, five

6         minutes, and we'll be right back.

7              (A short recess was taken at

8         2:16 p.m. until 2:21 p.m.)

9    BY MR. OLIVER:

10        Q.   Dr. Sanchez, I'm going to

11   move to a Johnson & Johnson document.  It

12   should be in your collection of

13   documents.  It's a 1973 letter from D. R.

14   Petterson to D. D. Johnston, and the

15   subject is Windsor Minerals and Talc.

16   The date is April 26, 1973.  Tell me when

17   you've located that document.

18        A.   I think I've located it.

19        Q.   Okay.  This is -- if I

20   recall correctly, you reviewed this

21   document before, right?

22        A.   I believe I have.

23        Q.   Okay.  And is this one of

24   the documents that's on your exhibit --

Page 180

1    on your reliance list?

2         A.    I'd have to check.  I don't

3    know.

4         Q.    Okay.  Do you agree that --

5    strike that.

6              You agree that Johnson &

7    Johnson's own documents are reliable

8    sources of information about their

9    product and the mining of their product,

10   right?

11             MR. HYNES:  Vague,

12        overbroad.

13             THE WITNESS:  I have seen in

14        documents from Johnson & Johnson

15        that are -- that I wouldn't agree

16        with that with, meaning from my

17        area of expertise.  I don't hold

18        individuals at Johnson & Johnson

19        out as experts in asbestos

20        analysis.  They were in many

21        instances following -- they were

22        looking for outside help with all

23        of those issues, especially in the

24        early '70s.  So I think it really

Page 181

```
1              just depends upon a document and

2              whether or not there's enough

3              information for me there to really

4              evaluate what they're talking

5              about, how they're using the

6              terms, as we discussed earlier

7              today, and there's some ambiguity

8              there.  I wouldn't -- I don't

9              accept anything they say at face

10             value.

11  BY MR. OLIVER:

12             Q.   So at least in 1973 with

13  regard to what was happening then, the

14  most reliable source of information we

15  have about that time period within

16  Johnson & Johnson is the company's

17  documents, right?

18                  I mean, we don't have

19  another source of information about that,

20  do we?

21             A.   Well, we have product from

22  those time periods that I have tested

23  using -- that I have personally tested

24  that I can speak to, and that's
```

                                        Page 182

1      ultimately what I base my opinion on, is

2      what's actually in products that would

3      have been derived in these time frames

4      that we have -- that we can test today

5      and know and have data for what's in

6      there.

7              Q.    So let's just look at the

8      document.

9                    First of all, the author of

10     the document is D. R. -- and I've never

11     known if it's Petterson or Petterson.

12     It's got two Ts, but you've seen this

13     man's name before, correct?

14              A.    I think so.

15              Q.    Yeah.  And you never talked

16     to him, obviously, right?

17              A.    I have not.

18              Q.    Okay.  And the man that it's

19     to is D. D. Johnston, and you've seen his

20     name before in Johnson & Johnson

21     documents, correct?

22              A.    It's possible.

23              Q.    And you never talked to Mr.

24     Johnston?

Page 183

1          A.    I have not.

2          Q.    The subject of this is

3    Windsor Minerals and Talc, true?

4          A.    Yes.

5          Q.    At the time Windsor Minerals

6    was the company operating the Vermont

7    mines that Johnson & Johnson began using

8    for its baby powder, right?

9          A.    Correct.

10         Q.    So in the first paragraph --

11   and you know what, I didn't mark this.

12              MR. OLIVER:  Madam Court

13              Reporter, I'm sorry, we're going

14              to mark this as Plaintiffs'

15              Exhibit 11.  I apologize for that.

16   BY MR. OLIVER:

17         Q.    Sorry about that, Dr.

18   Sanchez.

19              Let me direct you to the

20   first paragraph.  D. R. Petterson or --

21   yeah.  D. R. Petterson writes, "it is our

22   joint conclusion that we should not rely

23   on the Clean Mine approach as a

24   protective device for baby powder in the

Page 184

1    current asbestos or asbestos-form

2    controversy."

3              Did I read that correctly?

4         A.    Yes.

5         Q.    And you agree that at this

6    time, in 1973, when D. R. Petterson wrote

7    "asbestos and asbestos-form," that it was

8    widely known in the medical community

9    that asbestos or asbestiform particles

10   were cancer causing, correct?

11        A.    I think we're in this issue

12   of using terms that aren't well-defined.

13   I don't know if that correlates to what

14   is being done at the same time frame in

15   the medical literature.

16             It is known at this point

17   that, yeah, there are health effects

18   associated with exposure to asbestos, but

19   to equate what they're saying here to

20   those other studies I think would be --

21   would be too far to go with the

22   information available here.

23        Q.    Okay.  So you don't know

24   what D. R. Petterson was thinking, right?

Page 185

1          A.    No, I do not.  I also don't

2     know how he's using these terms exactly,

3     do these terms comport with current

4     understanding or not the way he's using

5     them.

6          Q.    But the best evidence we

7     have of what D. R. Petterson was trying

8     to communicate is what he actually wrote

9     down in 1973.  That's the best evidence

10    we have of what he was trying to

11    communicate, correct?

12         A.    I -- I don't know that.  The

13    letter -- there's -- there's --

14    obviously, he wrote this memo or this

15    letter and it says what it says, but

16    then, you know, what does that mean in

17    broader application, I don't know.

18         Q.    Okay.  So when he wrote

19    asbestos, your opinion is he meant

20    asbestos or not asbestos?

21         A.    I think if you look at that

22    time, OSHA promulgated their first

23    regulations in 1972, but those -- the

24    language that was used originally changed

Page 186

1    over time.  So again, I think you'd have

2    to look at -- he references here going to

3    some other meetings about time -- time

4    limited values for minerals, things of

5    that nature.  There must have been

6    regulatory meetings, rule making.  There

7    must -- there were other things going on

8    here that could help inform what these

9    terms mean, but just simply looking at

10    this document in and of itself doesn't

11    help inform the current -- the situation

12    they were dealing with at the time it was

13    written and we would need that in order

14    to really get -- I think understand what

15    was -- what was being used and what was

16    being said here.

17         Q.    So because of this lack of

18    information that you have just pointed

19    out, when D. R. Petterson writes

20    "asbestos or asbestos-form," you are not

21    able to say what he meant; is that fair?

22         A.    No.  All I would say is he

23    means by that term is how that term was

24    being used at the time.  I would not

Page 187

1    equate those terms to mean exactly what

2    we mean for it today as we have

3    progressed in our understanding in

4    scientific knowledge.  So I would not

5    want to rely upon those terms to create

6    an equivalency of how we understand those

7    terms today.  They need to be put in

8    context of the time of what those terms

9    could mean at that time in order to

10   evaluate that.

11        Q.    When he says asbestos or

12   asbestiform, what do you think he meant?

13        A.    My -- it would be me -- his

14   understanding of those terms in 1973.  So

15   I would go back to the regulatory

16   definitions, what was the rule making

17   that was being proposed and those things

18   that would have initiated Bill Ashton in

19   his visits to Roger Miller and Vernon

20   Zeitz concerning the Vermont talc mines.

21   I would need that type -- I would want to

22   see that type of information and

23   understand that information before I

24   start equating these terms as I

Page 188

1    understand these terms.

2           Q.    So -- I'm sorry.

3           A.    I was done.

4           Q.    So the answer is you -- at

5    this point you have not formulated any

6    opinion about what he meant by "asbestos

7    or asbestos-form" in -- in this memo,

8    right, because you haven't done those

9    things you just told me about?

10          A.    Not specifically as it

11   relates to this document, but what I --

12   all I'm saying is I would not create -- I

13   think it would be improper scientifically

14   to take these -- these words and apply

15   the same meaning as we use them today.

16          Q.    Well, let me just do it this

17   way.  Did I interrupt you?

18          A.    You did, but I was just

19   repeating myself from earlier to try to

20   convey the point.

21          Q.    Okay.  And one of the

22   reasons that I keep interrupting you, Dr.

23   Sanchez, is because there's a delay here.

24   I know you think I'm -- I'm not trying to

Page 189

1    be rude.  It's not coming in, right?

2                    If you pause, which you

3    frequently do, there's nothing wrong with

4    that, I -- it takes too long and so I

5    interrupt you.  I'm not doing it on

6    purpose is all I'm trying to say.

7                    So I think when he says

8    "asbestos or asbestos-form controversy,"

9    he's talking about dangerous

10   cancer-causing particles in 1973.  I

11   think that's what he meant.

12                   Do you agree or disagree

13   with what I'm saying?

14                   MR. HYNES:  Calls for

15        speculation, asked and answered.

16                   THE WITNESS:  I would think

17        that there are things going on in

18        the regulatory and the scientific

19        community at this time that is

20        causing them to look into this

21        issue.  That -- obviously,

22        something with a deleterious

23        health effect like asbestos would

24        be -- would be one of those

Page 190

```
 1              issues, could be very germane to
 2              this, but that does not mean that
 3              the definitions being used and the
 4              way he's using these terms
 5              actually relate to those -- you
 6              know, those materials you don't
 7              want in talc.
 8                   So I think -- I mean as
 9              you -- I mean one of the important
10              things about this document to me
11              is Johnson & Johnson stopped --
12              assuming they believed -- they say
13              right here we believe this mine to
14              be very clean, but they want to
15              make sure that what they're
16              selling is clean, and this is when
17              they start implementing a testing
18              regime on those final products,
19              which we have records of.
20      BY MR. OLIVER:
21              Q.    So my question was:  Do you
22      agree or disagree with me when he says
23      "asbestos or asbestos-form," I think he
24      means cancer causing fibers?
```

Page 191

1              Do you agree with that or
2    disagree with it?
3              MR. HYNES:  Same objection;
4         asked and answered.
5              THE WITNESS:  Yeah, I'd just
6         refer to my previous answer.  I
7         believe that, yes, they are
8         looking into that issue worried
9         about potentially, you know,
10        deleterious materials in the talc
11        coming from the mine.  However, to
12        say that what they understood
13        those materials might be at that
14        time may not -- might not actually
15        be the material that you're
16        concerned with.
17             So again, this just goes
18        into making sure we understand
19        what they're meaning, not to draw
20        false equivalency to the same
21        terms being used.
22    BY MR. OLIVER:
23        Q.   So let's look at the next
24    sentence.  You already pointed out that

Page 192

1    Johnson & Johnson says we believe we want

2    to be very clean.  And after the

3    semicolon it says, however, we're also

4    confident that fiber forming or fiber

5    type minerals could be found.

6              Did I read that correctly?

7         A.    You did.

8         Q.    Okay.  The next sentence

9    says, the usefulness of the, quote, Clean

10   Mine, end quote, approach for asbestos

11   only is over.

12             Did I read that correctly?

13        A.    You did.

14        Q.    Okay.  When he says fiber

15   forming or fiber type minerals, he's

16   referring to asbestos, right?

17        A.    Not necessarily.  As I

18   pointed out in my report and other

19   places, non-asbestos amphiboles by

20   definition are not asbestos, but they

21   could create particles that could be

22   called fibers if using simple ratio

23   counting criteria.  Further to that

24   point, at this time I believe the FDA had

```
                                            Page 193

 1      already put out as a proposed optical

 2      test for asbestos in talc which relied

 3      solely on a simple aspect ratio and a

 4      very poorly defined optical properties

 5      for what you called asbestos.

 6                  So again, there's context of

 7      things that are happening and being

 8      discussed and worked through at this time

 9      that are very relevant to understanding

10      what these terms may be, what they're

11      concerned with and what they're working

12      with.

13              Q.    Well, Dr. Sanchez --

14              A.    For instance, in the same

15      document in paragraph three they --

16      there's -- there's statements here that

17      are incorrect today, and then there's

18      the -- this whole concept of aspect

19      ratio, whether you use three to one, five

20      to one, ten to one, what will be adopted,

21      how are they going to define these

22      things.  In modern usage we do not define

23      asbestos by aspect ratio alone because

24      that leads to false positives and are
```

Page 194

1    not -- and so there's -- there's -- this
2    is part of that chaos of the scientific
3    method, scientific approach and people
4    trying to understand the issue and
5    they're trying to grapple with this
6    concurrent in the midst of all the chaos.
7             Q.    So let me just back up.
8                   Asbestos, the dangerous
9    kind, forms in fibers, right?  You agree
10   with that?
11            A.    It forms naturally at -- a
12   naturally fibrous material by definition.
13            Q.    And he says fiber forming or
14   fiber type minerals right here in the
15   same paragraph where he says asbestos,
16   right?
17            A.    Okay.
18            Q.    You agree with that, don't
19   you?
20            A.    In which way?
21                  I agree that he -- yes.  I
22   don't know the broader implication.
23   What's the broader implication you're
24   asking me about?

Page 195

1              Q.    I'm not asking you about a

2      broader implication.  I'm just asking you

3      what he says in the paragraph.

4                    He says, asbestos and fiber

5      forming in the very same paragraph,

6      right?

7              A.    Different sentences, but

8      yes.

9              Q.    Sure.  And the only logical

10     conclusion, Dr. Sanchez, is that he's

11     talking about dangerous asbestos that

12     causes cancer.  That's really the only

13     logical conclusion, right?

14                   MR. HYNES:  Objection;

15              argumentative, calls for

16              speculation.

17                   THE WITNESS:  It is not.  As

18              it states in the lower part,

19              they're actually working out,

20              testing methodologies at this

21              time.  They're evaluating what

22              implications these things have,

23              but you also need to add in the

24              fact what -- the approach they

Page 196

1          were taking at this time, meaning

2          what medical research, what did

3          they know at that time versus what

4          we know now.

5                  We have much more knowledge

6          today than we did back then.  So

7          again, I think it is

8          scientifically inaccurate to take

9          these words and add them and make

10         them equivalent to how one may use

11         these words today because the

12         situation they were in and the

13         knowledge they had at that time is

14         different than the knowledge we

15         have today.

16    BY MR. OLIVER:

17         Q.   So the last sentence says

18    that -- basically, that Johnson & Johnson

19    doesn't believe it can rely on a clean

20    mine approach for asbestos only anymore,

21    right, in 1973?

22         A.   I don't -- I don't see that

23    there.  Did you paraphrase something?

24         Q.   I didn't paraphrase it.  The

Page 197

1    usefulness of the clean mine approach for

2    asbestos only is over, right?

3            A.    Yes, that's the statement

4    they make.

5            Q.    Right.  And what that means

6    is, he is saying that we, Johnson &

7    Johnson, can no longer rely on the clean

8    mine approach.  That's how he states it

9    right up at the front of the paragraph,

10   right?

11           A.    Yes, and I think if you look

12   at the testing and the records of Johnson

13   & Johnson, they started implementing

14   testing regime about this time to monitor

15   the material for asbestos as they

16   understood it at the time.  They started

17   to place those checks on their processes,

18   on their final product about this time.

19           Q.    But, Dr. Sanchez, I don't

20   understand because you testified to

21   juries over and over again that the mines

22   they used were clean?

23           A.    Only because you took my

24   words out of context and tried to apply

Page 198

1    it to a sentence in a document that's 40

2    years old and tried to make it

3    equivalent.

4              The mines at issue for

5    Johnson & Johnson are clean.  They do

6    not -- they were not -- the material they

7    were mining and putting into the product,

8    based upon the evidence I have of testing

9    those products, do not contain asbestos.

10             The idea that's simply put

11   forward and alleged by plaintiffs in

12   almost all the litigation is that

13   asbestos always occurs with talc.  You

14   can't mine talc without mining asbestos.

15   Those are all false propositions.  Those

16   are all false allegations.

17        Q.    Dr. Sanchez, the last

18   sentence in the second paragraph says,

19   this method with appropriate concentrated

20   techniques will permit a good laboratory

21   to identify asbestos or tremolite in a

22   talc sample.

23             Did I read that correctly?

24        A.    I don't think you turned the

Page 199

1    page.  You're on the same document.

2    Where are you at now?

3          Q.    I'm at the end of the second

4    paragraph.  It's got a two in front of

5    it.  It begins with this method.

6          A.    Okay.

7          Q.    You agree that that last

8    sentence is an accurate sentence, isn't

9    it?

10          A.    No, because it's not

11    clear -- so again, they're referencing

12    some type of a technique of

13    identification for asbestos or asbestos

14    form materials will be an optical

15    approach.  They talk about being a

16    variation of the McCrone method.  I

17    would -- like they're discussing some

18    type of a methodology here.  I don't have

19    the methodology to look at to be able to

20    assess whether or not the other

21    statements in this paragraph are accurate

22    or not.  This could have been --

23          Q.    So --

24          A.    This could be the belief of

Page 200

1      Mr. Petterson at the time, but that

2      doesn't mean the belief of Mr. Petterson

3      is accurate or correct.

4              Q.    All right.  So he uses the

5      word asbestos once again, right?

6              A.    Sure.

7              Q.    And when he uses that word,

8      do you agree with me that he means the

9      harmful cancer causing fiber-like

10     material?  Do you agree with that?

11                  MR. HYNES:  Asked and

12              answered.

13                  THE WITNESS:  No, for the

14              same reasons I stated.  What if

15              this method he's referring to

16              defines asbestos as a particle

17              with a refractive index greater

18              than 1.55 and elongated shape?

19                  That's not an adequate

20              definition of asbestos to what we

21              know to be harmful.  So without

22              seeing the optical method that's

23              being discussed, without being

24              able to evaluate its

Page 201

```
 1              effectiveness, its ability to do
 2              what it says it does, I don't take
 3              any of those statements other than
 4              it was this guy's belief that's
 5              undefined, not part of the
 6              document he said he believes would
 7              do this.  That doesn't mean that
 8              he's right.  I would need to see
 9              the documents in order to assess
10              that.
11  BY MR. OLIVER:
12          Q.    And that's my point.  You
13  haven't -- you said you needed more
14  documents to assess what he meant when he
15  said asbestos, right?
16          A.    That's what I've been
17  saying, yes.  That is why, as I stated
18  earlier, the actual testing of the
19  products that would have come out of the
20  mines at this time, which I have tested
21  using modern testing protocols, using
22  definitions that are defined and accepted
23  in the regulatory agencies is what
24  I've -- what I've tested those materials
```

Page 202

1    under and I can speak to with surety.

2    Looking at 60-year-old documents of men

3    that are long dead or whenever they

4    passed away and then taking their words

5    and making it equivalent to our

6    understanding today would be -- is not --

7    is not a sound scientific approach.

8         Q.    You cannot say with surety

9    what he meant when he wrote that

10   sentence, fair?

11        A.    Since the term is not

12   defined here, I would have to have other

13   information of how he was defining

14   asbestos at that time.

15        Q.    Okay.  The next paragraph,

16   paragraph number three, the first

17   sentence says, the current medical

18   research is confirming that it's particle

19   shape, not chemical substance which is

20   harmful as such fiber-like materials will

21   be suspect.

22             Did I read that correctly?

23        A.    You did.

24        Q.    Okay.  You agree that in

Page 203

1    2019 the International Working Group on

2    asbestos in consumer products reached a

3    similar conclusion, that particle shape

4    and not the chemical substance is the

5    most important aspect of whether a

6    fiber-like material is harmful medically?

7            MR. HYNES:  Objection;

8        misstates the document, outside

9        the scope of this expert's

10       expertise.

11           THE WITNESS:  Two issues

12       with that.  I think you misstated

13       the organization or the group, but

14       even the statement here is

15       inaccurate.  The -- there has been

16       many studies that have dealt with

17       what is known to be carcinogen and

18       not.  It is not based solely on

19       particle shape.  That has been

20       disproved -- that has been shown

21       not to be accurate at least until

22       Stanton a few years after this.

23           It's more than simple

24       particle shape.  The composition

Page 204

```
 1            and the crystal structure and
 2            other factors do matter.
 3     BY MR. OLIVER:
 4            Q.    And you base that on all of
 5     your medical understanding and training?
 6                MR. HYNES:  Argumentative.
 7                THE WITNESS:  You asked me a
 8            question regarding a statement
 9            that I know to be inaccurate based
10            upon other testing that is out
11            there in the medical field that
12            came after these dates.  You also
13            misstated the IW -- I forget.  The
14            Interagency Working Group on -- on
15            these issues.  That is not what
16            they stated, nor does the report
17            say that.
18     BY MR. OLIVER:
19            Q.    So look with me at the next
20     page, Dr. Sanchez, at paragraph 4B as for
21     baby powder.
22                The first sentence says, as
23     for baby powder, the entire thrust of our
24     communications with the FDA has
```

Page 205

1    concentrated on asbestos as harmful
2    fiber-like material.
3                    Did I read that correctly?
4    Excuse me.
5            A.    You did.
6            Q.    And in this sentence, D. R.
7    Petterson defines asbestos as harmful
8    fiber-like material, right?
9            A.    Well, it's part of the
10   sentence.  It says, concentrated on
11   asbestos as harmful fiber-like material,
12   yeah.
13           Q.    And so when he says asbestos
14   as harmful fiber-like material, you agree
15   with me that he means the cancer causing
16   asbestos that we all worry about, right?
17                    MR. HYNES:  Again, asked and
18           answered.
19                    THE WITNESS:  No.  I mean,
20           he has not defined what he means
21           by the term asbestos.  He's using
22           the term, yes, in context of -- of
23           concern of a negative health
24           outcome, yes, but we still don't

Page 206

1             know what he means by the term
2             asbestos and does it comport with
3             our understanding today of what
4             asbestos is and what particles
5             would fall under that rubric, and
6             that's my only issue here.  He's
7             still not defining what he means
8             by the term asbestos.
9    BY MR. OLIVER:
10           Q.    The last two -- actually,
11   the last sentence begins with our.  Our
12   baby powder contains talc fragments
13   classifiable as fiber.  Occasionally
14   sub-trace quantities of tremolite or
15   actinolite are identifiable (optical
16   microscope) and these might be classified
17   as asbestos fiber.
18               Did I read that sentence
19   correctly?
20           A.    You did.
21           Q.    When he says asbestos fiber,
22   do you agree he means the dangerous
23   cancer causing asbestos fibers that we
24   all know about?

Page 207

1                MR. HYNES:  Again, asked and

2           answered.

3                THE WITNESS:  No.  It's the

4           same issue.  You need to look at

5           what is that optical microscopy

6           approach referring to.  Is that

7           defining asbestos, and in its --

8           and how it defines asbestos is --

9           does it actually -- does it

10          actually comport or consistent

11          with what we understand today with

12          many more years of understanding

13          and research being conducted on

14          these issues.  That needs to be

15          addressed in order to get it to --

16          to put this document into proper

17          context such as you're phrasing

18          those questions.

19     BY MR. OLIVER:

20          Q.   And you -- and just so I

21     understand it, you haven't done that work

22     for your expert report in this case?

23          A.   With particular to a Mr.

24     Petterson's letter in 1973, no, I have

Page 208

1     not gone through and done that detailed

2     work.  I am generally familiar with the

3     proposed optical microscopy method by the

4     FDA in 1972, which might be what they're

5     referring to here, and that method is

6     wholly inadequate, even back then, to

7     identify asbestos reliably, let alone tie

8     it to any adverse health effects, as

9     you're suggesting.  So I think -- I also

10    would point to the change or the update

11    of the regulations in OSHA, the

12    definitions of asbestos by EPA over the

13    years, by MSHA.  As more knowledge has

14    become available, these ambiguities that

15    existed at the time have been somewhat

16    resolved with more information.

17         Q.    So, Dr. Sanchez, let me just

18    summarize what you know about this

19    document.

20              You agree it's a 1973

21    Johnson & Johnson memo, correct?

22         A.    I do.

23         Q.    And you agree that the

24    author, both the person that it's -- who

Page 209

1    wrote it and the person that it's sent
2    to, these are business executives within
3    the Johnson & Johnson corporate
4    organization, right?
5            A.    I don't know what their
6    titles are, but I believe, based upon
7    them writing memos internally with
8    Johnson & Johnson letterhead, I believe
9    they are employees of Johnson & Johnson,
10   but I don't know -- I can't say they're
11   executives or whatever phrase you used to
12   describe them.
13           Q.    You don't have any reason to
14   believe that either of these men is a
15   geologist or mineralogist, right?
16           A.    My understanding is Bill
17   Ashton is.
18           Q.    Right.  But Mr. Johnston and
19   Mr. Petterson, you don't have any reason
20   to believe that they're mineralogists or
21   geologists?
22           A.    I don't know.
23           Q.    So one way or the other, you
24   don't have any evidence of that, true?

Page 210

1              A.      Not as I sit here currently.

2              Q.      And this memo from 1973 uses

3     the term "asbestos and asbestos-form"

4     multiple times throughout the memo,

5     correct?

6              A.      It does.

7              Q.      And you have not done work

8     or are not able to say what precisely

9     those terms mean in the context of this

10    memo, right?

11             A.      No, those terms are not

12    defined in a meaningful way within the

13    context of the memo.  You'd have to look

14    at the time frame writing this in to get

15    potential uses of those terms, how those

16    terms may have been used, regulatory

17    context at that time, and then evaluate

18    whether that language is consistent as we

19    understand it today with our current

20    level of scientific knowledge.

21             Q.      And you have not done the

22    work to form such an expert opinion with

23    regard to this memo?

24             A.      I have done it in a general

Page 211

1    manner to what was happening in the

2    1970s, but as it relates to me looking at

3    this specific memo and going in and

4    looking for Mr. Petterson's name, I have

5    not, but as a general matter, I

6    understand -- like, for example, that FDA

7    method was a technical technique.  That

8    was never promulgated.  It was proposed.

9    It was tested.  It failed.  It is totally

10   inadequate for the task at hand and it

11   was understood to be so at the time and

12   so it was abandoned.

13             So any -- any references to

14   Mr. Petterson relying upon that optical

15   technique, which I think it's a safe

16   assumption it would have been, that would

17   be wholly inadequate to address the issue

18   of whether asbestos is known to be in the

19   talcs and whether his definitions of

20   asbestos are adequate to what asbestos

21   truly is.

22        Q.    There was a lot there, Dr.

23   Sanchez.  My question was much more

24   simple.

Page 212

1                You haven't formed an expert
2     opinion that you plan on expressing about
3     what D. R. Petterson meant in his memo
4     when he said asbestos?  You have not
5     formed that opinion as an expert?
6                MR. HYNES:  Misstates
7           testimony, asked and answered.
8                THE WITNESS:  I can speak
9           generally of the time frames that
10          this memo was written of the
11          protocols that were being proposed
12          by the FDA, which were optical
13          technique.  I can speak to that,
14          and it's -- and it is inadequate
15          for the task -- the task that it
16          needed to do at the time.
17    BY MR. OLIVER:
18          Q.    Yeah.  And, Dr. Sanchez, I'm
19    sorry.  I'm going to interrupt you.  This
20    time I mean to.
21                I'm not asking you about
22    those things that you're offering
23    unrequested testimony about.  I'm simply
24    asking if you have formed an opinion in

Page 213

1    your expert work for Johnson & Johnson

2    about what Dr. -- excuse me, D. R.

3    Petterson meant when he said asbestos in

4    this memo.  Have you formed that expert

5    opinion, yes or no?

6                    MR. HYNES:  It's

7              argumentative, asked and answered.

8                    THE WITNESS:  I just

9              answered the question.  The

10             proposed analytical methods that

11             are concurrent with this letter

12             and being most likely referenced

13             by Mr. Petterson I have expert

14             opinions on, and I have stated

15             that now in two different answers.

16                    The terminologies that are

17             being discussed at this time in

18             the regulatory community are

19             inadequate.  They do not define

20             those terms in a reasonable way in

21             any way consistent with how we use

22             the term today.  So I would not

23             draw -- I would not -- I would not

24             use this document.  It would be

Page 214

1              improper to use this document to
2              suggest otherwise.
3    BY MR. OLIVER:
4         Q.    I'm going to pause and take
5    a break.  Dr. Sanchez, give me a minute.
6              MR. OLIVER:  Kevin, I will
7              send you my cellphone.  Can you
8              please give me a call or would you
9              like me to tell you what it is
10             now?
11             MR. HYNES:  Let's go off the
12             record.
13             (A short recess was held at
14             2:53 p.m. until 3:04 p.m.)
15   BY MR. OLIVER:
16        Q.    Okay.  So, Dr. Sanchez, I
17   got just -- just finishing up questions
18   about this 1963 (sic) document.
19             Do you have or have you
20   formed a specific opinion about what D.
21   R. Petterson meant when he wrote asbestos
22   in this memo?
23        A.    As I believe I've already
24   testified to, I have not gone and scoured

Page 215

1    J&J corporate documents for other

2    writings of Petterson.  However, I'm

3    generally aware of how the methodology's

4    being developed at that time.

5            Q.    And is that a yes or no to

6    my question?

7                  I take it as a no, you have

8    not formed such a specific opinion?

9            A.    About Mr. Petterson's

10   knowledge, correct, general knowledge of

11   the time that he would have been working

12   and writing under.

13           Q.    Okay.

14                 MR. OLIVER:  If you'll go

15           to -- are we on Exhibit 12 now?

16                 We'll mark as Plaintiffs'

17           Exhibit 12 an October 11, 1972,

18           memo to the Department of Health

19           and Human Services from Johnson &

20           Johnson.

21                 THE WITNESS:  Say that

22           again.  Which year?

23   BY MR. OLIVER:

24           Q.    It's 1972, Department of

Page 216

1    Health and Human Services.  Well, it's

2    Health, Education and Welfare is what

3    they call it back then.  It's up on the

4    screen if you're -- I just want you to

5    have a copy if you want a copy.

6            A.    I have it in front of me.

7            Q.    Okay.  You did not include

8    this document on your reliance list to my

9    recollection.

10                Does that sound about right?

11           A.    I don't know if I've seen

12   this document before.

13           Q.    Okay.  Well, first of all,

14   this is an October 11, 1972 letter,

15   correct?

16           A.    I'm sorry.  What was the

17   date you said again?

18           Q.    October 11th, 1972.

19           A.    Yes.

20           Q.    And at the end of the

21   letter, the last page you'll notice it's

22   signed Johnson & Johnson?

23           A.    Okay.

24           Q.    So it is a Johnson & Johnson

Page 217

1      document based on your review of the

2      document?

3                A.    It appears to be.

4                Q.    And you don't remember

5      whether you've ever read this or not?

6                A.    I don't have a recollection

7      of this document.

8                Q.    Okay.  Take a moment to

9      familiarize yourself with this document.

10                     Have you had a chance to

11      look at it?

12                A.    I'm reading through it right

13      now.

14                Q.    Are you ready to go?

15                A.    I will let you know when I'm

16      finished reading and familiarizing myself

17      with the document.

18                     Okay.

19                Q.    Okay.  So this is, you

20      agree, a document where Johnson & Johnson

21      wrote to the Department of Health,

22      Education and Welfare about talc and

23      asbestos-form particles, right?

24                A.    Okay.

Page 218

1          Q.    Do you agree that that is
2     what the memo appears to be?
3          A.    Well, that's the topic of --
4     of -- that is -- those are topics within
5     the document, yeah.
6          Q.    Okay.  And in this document
7     on the first page, Johnson & Johnson
8     identifies for the Department of Health,
9     Education and Welfare some of the
10    assumptions about talc that it believes
11    to be incorrect, right?
12         A.    Okay.
13         Q.    That is -- that's one of the
14    things they do in the memo, right?
15         A.    Well, there seems to be a
16    document that was being put forward by
17    the Department of Health, Education and
18    Welfare regarding the use of some kind of
19    a food standard.  So they're addressing
20    assertions or portions that were
21    published in the -- as a proposed
22    regulation in food ingredients.
23         Q.    Right.  They're responding
24    to a proposed regulation?

Page 219

1          A.    Right.   They're -- this is

2    part of a rule making process.

3          Q.    Okay.   And in the middle of

4    the first page they say, the assumptions

5    we believe to be incorrect are as

6    follows:   Talc can be processed to remove

7    asbestos-form particles.

8                Did I read that correctly?

9          A.    You did.

10         Q.    So you agree that in 1972,

11   Johnson & Johnson represented to the

12   federal government agency, in this case

13   the Department of Health, Education and

14   Welfare, that talc cannot be processed to

15   remove asbestos-form particles at that

16   time anyway, right?   That was its

17   position to the government?

18         A.    One would need to look at

19   the government proposal to see how the

20   term asbestos-form particles is being

21   defined, but yes, they make that

22   statement, but it's in context of another

23   document that they're responding to to

24   point out what they believe, as they say,

Page 220

1    inaccuracies.

2          Q.    So first of all, you didn't

3    originally have this on your reliance

4    list, correct?

5          A.    I don't believe so.

6          Q.    Okay.  So Johnson & Johnson

7    never gave this document to you based on

8    your memory?

9          A.    This is not the type of a

10   document that I have been asked to opine

11   on.  There's nothing in here regarding

12   testing of -- testing a talc in any

13   meaningful way that would be in my area

14   of expertise.  This is -- most of this

15   document is referring to health studies,

16   which is, again, not part of my expertise

17   on these issues.

18         Q.    Okay.  So you just haven't

19   formed any opinion about what's in this

20   document at all since you first saw it

21   today, right?

22         A.    The questions I would need

23   answered is what is this other document,

24   this proposed food additives proposal

Page 221

1    regarding regulation of prior-sanctioned

2    food ingredients from August 12th, 1972.

3    What is that document, what does that

4    document state about these terms and

5    these -- and these issues in order to be

6    able to assess what's being discussed

7    here in a meaningful way for my area of

8    expertise.

9                    It appears from the writing

10   that the term -- the way that that

11   document is using asbestos-form particles

12   is too vague.  That's one of the

13   criticisms of Johnson & Johnson.  It

14   incorporates way too many -- it's too

15   broad of how they define that term.

16   That's one -- but again, I'd have to look

17   at that if I was asked to form specific

18   opinions about anything related to the

19   use of the term asbestos-form or

20   fiber-form or other language used in here

21   that may have geologic or mineralogical

22   significance as to whether they're

23   actually discussing asbestos.

24           Q.    And at this point sitting

Page 222

1    here today, you have simply formed no

2    such specific opinion, right?

3            A.    I'm not familiar offhand.    I

4    may be, but without looking at it, I

5    can't be sure, but my belief as I sit

6    here today is I have not -- I may not

7    have seen this food additives proposed

8    regulation that was published.    It might

9    be the same one with the optical testing

10   that I referred to earlier, but I'd have

11   to check just to make sure.

12           Q.    So hearing no specific

13   opinion, I'll move to the next document.

14           The next document is a 1974

15   letter, and it's got a Bates label.    It's

16   JNJ000270495.

17           Now, you have seen this

18   document before, correct?

19           A.    What was the last three

20   digits of the Bates number?

21           Q.    495.    I'll represent to you

22   that it's on your reliance list.

23           A.    I've seen this, yes.

24           MR. OLIVER:    Okay.    We'll

Page 223

1          mark it as Exhibit 13.

2     BY MR. OLIVER:

3          Q.    Okay.  This is a 1974

4     document and the subject is Italian talc

5     source, Society Talco e Grafite Val

6     Chisone, right?

7          A.    Correct.

8          Q.    Okay.  And remember when I

9     referred to SVC?  You and I had some

10    discussion about SVC?

11         A.    Yes.  I was trying to

12    clarify what you meant by that, yes.

13         Q.    Yes.  So in this memo, it

14    seems that they're -- when I was saying

15    SVC, I meant the same thing you did,

16    right?

17         A.    Well, in dealing with prior

18    ownership of the Italian mines, I had

19    stated there was a talc and graphite

20    company of Val Chisone and that appears

21    to be the subject line here is that

22    company that I was referring to.

23         Q.    Right.  And in this memo,

24    they use -- they use SVC to refer to that

Page 224

1    company, correct?

2         A.    It appears to be.

3         Q.    Okay.  Do you remember the

4    facts behind how this memo came to be,

5    like what they're talking about?

6         A.    Only vaguely.  I remember

7    that the talc mining company put out some

8    circular saying that their talc only

9    contained a little bit of asbestos, so it

10   was the best out there.  A chrysotile

11   type variety, if I recall.

12        Q.    Right.  So the first

13   paragraph, second sentence says, our

14   objective was to forestall the upsetting

15   impact which distribution of a recent SVC

16   publication will have on the world talc

17   market.

18             Did I read that correctly?

19        A.    Yes.

20        Q.    And the recent SVC

21   publication is the circular that you were

22   just referencing, correct?

23        A.    I -- I believe so.

24        Q.    And the author of the memo

Page 225

1      is William Ashton, right?

2              A.    Yes.

3              Q.    And he -- you believe he's a

4      mineralogist or a geologist?

5              A.    My recollection is he has a

6      background in that area.

7              Q.    Okay.  Do you know if he was

8      formally a mineralogist or geologist?  I

9      don't know.

10             A.    I think by education, yes.

11             Q.    Okay.  Certainly at this

12     point we agree he was a very high level

13     executive within Johnson & Johnson?

14             A.    I don't know what you mean

15     by executive.  I don't know his -- I

16     don't know where in the totem pole of

17     anybody at Johnson & Johnson they live,

18     but he was heavily involved with the -- I

19     mean I can't speak to other work he did.

20     All I've seen is his name in the Johnson

21     & Johnson Bates stamped documents, but

22     they're -- they're replete for many years

23     of him being involved with -- with

24     explanations and work following up on

Page 226

1    issues revolving around talc.

2         Q.    Okay.  And Mr. Ashton writes

3    that this circular that SVC prepared is

4    going to have an upsetting impact on the

5    world talc market, right?

6         A.    He states that.

7         Q.    And in the second paragraph

8    he says that it will raise doubts on the

9    validity of the documentation of the

10   purity and safety of talc, right?

11        A.    He states that.

12        Q.    And then below that in

13   bullet points one, two, three he lists

14   the reasons that that is so, right?

15        A.    Okay.

16        Q.    And number two he says it,

17   meaning the circular states that SVC talc

18   has only traces of chrysotile asbestos,

19   right?  That's what Mr. Ashton writes?

20        A.    He does.

21        Q.    And chrysotile asbestos --

22   chrysotile is always asbestos, right?

23        A.    By definition, yes.

24        Q.    Okay.  It's always the

Page 227

1    dangerous kind of asbestos?

2         A.    I don't -- you keep saying

3    things like that.  If it's truly

4    asbestos, it's a recognized human

5    carcinogen.  So I don't know why you keep

6    asserting that there's somehow a safe

7    form of asbestos.  I don't understand

8    that.

9         Q.    Okay.  There is no safe form

10   of asbestos?

11        A.    If it is asbestos, it's

12   regulated and a known human carcinogen.

13        Q.    And number three is saying

14   that the SVC circular points out it calls

15   undue attention to a host of trace metals

16   and talcs and brands them as harmful

17   elements, SVC talc being the least

18   harmful.

19             Did I read that correctly?

20        A.    You did.

21        Q.    Do you know what trace

22   metals he's talking about being in SVC

23   talcs?

24        A.    I'd have to see the

Page 228

1    circular.

2              What happens -- well, I'd

3    only be guessing.  I'd need to see the

4    circular to see how they were making that

5    determination of metal contents.

6         Q.    And ultimately, Mr. Ashton

7    convinces SVC to let them write an

8    English version of this, right?

9         A.    Based upon their

10   deliberations, yes.

11             MR. OLIVER:  Let's go to the

12        next document we'll mark as

13        Plaintiffs' Exhibit -- we're going

14        to mark the next exhibit as

15        Exhibit 14.

16   BY MR. OLIVER:

17        Q.    Dr. Sanchez, it's a 1984

18   asbestos Chinese mine document, J&J

19   00062436.  It's a single page.

20        A.    Okay.

21        Q.    Okay.  This is a document

22   that's on your reliance list, correct?

23        A.    I'd have to check, but it

24   could be.

Page 229

1          Q.    Okay.  I'll represent to you

2    that it is.  You don't have any reason to

3    doubt that, do you?

4          A.    No.

5          Q.    Okay.  You've seen this

6    document before, right?

7          A.    I can't remember if I have

8    or not.

9          Q.    Okay.  Well, it's

10   certainly -- it's a testing, an

11   analytical type document for asbestos,

12   right?

13         A.    From 1985, yes.  It appears

14   to be -- it's summarizing testing done

15   for various qualification requirements,

16   one of which is labeled simply as

17   microscopy.  It doesn't -- doesn't

18   mention the test method, but then it says

19   asbestiforms positive.

20         Q.    Right.  And it's authored by

21   Mr. Ashton, correct?

22         A.    Yes, that's correct.

23         Q.    And you already established

24   your belief that he had geological

Page 230

1    qualifications, right?

2         A.    Yes.

3         Q.    Okay.  And it identifies a

4    sample of 100T, a lot of cosmetic-grade

5    talc that they had received from China,

6    right?

7         A.    Well, the project name is

8    simply Chinese talc, and then the sample

9    identification, it includes what you

10   stated as the 100T lots of cosmetic

11   grade.

12        Q.    Now, just to be clear, you

13   know that Johnson & Johnson at this time

14   was not supplying baby powder on the

15   shelves from China; is that right?

16        A.    That's correct.

17        Q.    But in this Chinese talc,

18   Mr. Ashton writes that they identified by

19   microscopy asbestiform positive, right?

20        A.    They do.

21        Q.    Okay.  And when Mr. Ashton

22   writes that, you know he means dangerous

23   asbestos, right, because he's a

24   geologist?

Page 231

```
 1            A.    I don't know why you keep
 2    saying dangerous asbestos.  Again, they
 3    are saying they're seeing asbestiform
 4    positive in the document.  That is
 5    something that would fail their criteria
 6    in order to be used in a product.
 7            Q.    And you agree when he writes
 8    that in this 1985 document and he says
 9    asbestiform positive, he means asbestos,
10    right, cancer causing asbestos?
11                 MR. HYNES:  Objection to
12            form.
13                 THE WITNESS:  Again, you're
14            getting into areas that are --
15            that I can't answer.  I don't have
16            expertise in nor -- for example,
17            it doesn't identify the test
18            method being used.  I don't know
19            exactly how that term is being
20            used, but he does say it's
21            asbestiform positive.
22    BY MR. OLIVER:
23            Q.    Do you know -- hold on a
24    second.
```

Page 232

 1                MR. OLIVER:  Katy, can we

 2           pull up -- the document in my

 3           folder, I don't know if it's this

 4           way in his folder.

 5     BY MR. OLIVER:

 6           Q.   Dr. Sanchez, you should have

 7     a folder that says 1985 -- it should say

 8     lot of Chinese talc response.

 9                You should have a folder

10     that says this and it should be like a

11     single document or a couple pages.  I

12     just have the wrong thing.  It looks like

13     you may have the right thing.

14                All right.  Do you see the

15     document on the screen, Dr. Sanchez?

16           A.   No, I don't have that in my

17     documents you sent me.

18                MR. OLIVER:  Okay.  Well,

19           let's mark it as Plaintiffs' --

20           are we on 14?

21                We'll mark it as Plaintiffs'

22           Exhibit 15.

23     BY MR. OLIVER:

24           Q.   And my question is pretty

Page 233

1    simple.

2                        This is Mr. Ashton again,

3    right?

4            A.    Hold on.  Let me read the

5    document first.

6                        It's a single page you say?

7            Q.    Yeah, it's a single page.

8    And take your time.  I meant to put it in

9    there and somehow we got confused.

10           A.    Okay.

11           Q.    So is this a document that's

12    on your reliance list?

13           A.    I'd have to check.  I don't

14    know.  I don't -- I don't recall this

15    document.

16           Q.    Okay.  So you just don't

17    know one way or the other what this

18    document has to do with?

19           A.    No, I don't know the

20    background of this document.

21           Q.    Okay.  All right.  Let's go

22    to what we'll mark as Plaintiffs' Exhibit

23    16.  If should be labeled 1971 CS MRI

24    project number 390517.

Page 234

1          A.    Okay.

2          Q.    Okay.  Is this a document

3     that you have seen before?

4                I believe it's on your

5     reliance list, but I'm not sure about

6     that.  You'll have to thumb through it.

7     There's a lot of documents in here.

8          A.    They've been stapled upside

9     down and backwards.  Let me try to fix

10    this so I can actually go through it.

11               So I don't see Bates stamps

12    on these documents.  All I see are what

13    appear to be plaintiff markings, like a

14    P-3181_66.

15         Q.    So you don't -- you just

16    don't know whether you've seen these or

17    not?

18         A.    Sorry.  I'm still looking

19    through it.  I'm just making comments

20    upon -- I don't believe I received

21    documents from Johnson & Johnson that

22    didn't have Bates stamps with their name

23    on it, with the J&J Bates stamp on it.

24    So it would be hard for me to even verify

Page 235

1    whether I received these documents.

2              Sorry.  I'm not sure how I

3    can synthesize this because it's very

4    disjointed materials.  It's discussing

5    all sorts of things.  I don't know how to

6    answer your question.

7              Q.    Okay.  Well, let me ask you

8    this:  Do you ever remember seeing this

9    document?

10             A.    It is not -- it is a

11   glomeration of multiple documents.

12             Q.    Right.  Have you seen

13   anything in here that you recognize?

14             Let me ask you a background

15   question.  You know from your review of

16   the documents, Dr. Sanchez, that at one

17   point in time Johnson & Johnson retained

18   the Colorado School of Mines to do some

19   testing of its talc products, right?

20             A.    I think they worked with

21   some method development early in the '70s

22   is what I recall and then also looking at

23   processing work prior to that trying to

24   look at different ways to process talc.

Page 236

1          Q.    Okay.  And you know that the

2     Colorado School of Mines looked at the

3     Vermont talc sources for Johnson &

4     Johnson, right?

5          A.    I know they -- they were --

6     they did work related to -- they did

7     quite a bit of different work for Johnson

8     & Johnson over time, but yes, I believe

9     they did look at some talc from Vermont

10    as well as other -- other sources.

11         Q.    And you've reviewed some

12    Colorado School of Mine's testing

13    documents from Johnson & Johnson in

14    your -- your work in this case, correct?

15         A.    Possibly.  Do you have --

16    can you -- do you have a specific one you

17    want to show me?

18         Q.    Well, I just want to ask you

19    some general questions.

20               I mean, you agree that the

21    Colorado School of Mines is a reliable

22    organization into the '70s.  You know,

23    their analyst knew the difference between

24    asbestos and non-asbestos, right?

Page 237

1          A.     Not necessarily.  I would

2     need -- again, I'm trying to -- trying to

3     reiterate this.  It doesn't matter who

4     does the work.  What did they do?  Did

5     the work -- was the work they were doing

6     adequate for the task at hand, did they

7     do it -- did they perform the work

8     correctly?

9               You could have very good

10    scientists doing areas in research of --

11    in areas they don't have expertise in and

12    they can make -- they can make gross

13    errors based upon, you know, just

14    background and experiences.  It doesn't

15    mean they're a bad scientist, but it

16    doesn't mean everything they do would be

17    accurate or correct or I would just be

18    able to agree with.  I would need to see

19    what they did, the data they generated,

20    what they state from the data and whether

21    or not what they state or the conclusions

22    they reached are reasonable inferences

23    from the data.

24          Q.     So let me just direct your

Page 238

```
 1    attention to -- I'm going to use the "P"
 2    number at the bottom of the page --
 3    3181_44.  So it's your 44th page.  We're
 4    going to go there, but tell me when
 5    you've had a chance to get there.
 6                    Have you had a chance to
 7    turn there?
 8            A.    I'm almost there.
 9            Q.    Okay.
10            A.    You said underscore 45?
11            Q.    Yeah, it's 44 or 45 and 46.
12    It's a single letter.
13            A.    Okay.
14            Q.    Okay.  So this is a letter
15    from Mr. Ashton in 1971, right?
16            A.    It's to Mr. Ashton, yes.
17            Q.    Sorry, to Mr. Ashton.
18                    And if you look at the
19    second page and the third page, you'll
20    see that it is again referring to the
21    Colorado School of Mines project number
22    39517, right?
23            A.    Okay.
24            Q.    All right.  On the first
```

Page 239

1    page of this letter it says, Dear Mr.

2    Ashton, following are the results of the

3    point count analysis on sample 344L baby

4    powder.

5              Did I read that correctly?

6         A.    You did.

7         Q.    Okay.  And you agree with me

8    that it appears that the Colorado School

9    of Mines is testing some baby powder

10   samples for Johnson & Johnson, right?

11        A.    Well, it says a sample, yes.

12   It's whatever the 344 baby powder sample

13   is.

14        Q.    Right.  Okay.  And the first

15   thing that they list are free particles,

16   correct?

17              That's the first chart you

18   see, right?

19        A.    Yes.  It's a summation table

20   of a point count that was conducted.

21        Q.    Right.  Okay.  So on the

22   left-hand side are the categories of

23   things that they were looking for in

24   their analysis, true?

Page 240

1          A.    I think it's the things that
2    they observed, not necessarily looking
3    for.
4          Q.    Okay.  Fair enough.
5                The things that they
6    observed, right?
7                All right.  So platy talc
8    and/or chlorite with inclusions, that
9    would not be asbestiform minerals,
10   correct?
11         A.    It would not be.
12         Q.    Okay.  Free diamond-shaped
13   particles, is that asbestiform minerals?
14         A.    No.
15         Q.    Free carbonates, is that
16   asbestiform minerals?
17         A.    No.
18         Q.    Free quartz, is that
19   asbestiform minerals?
20         A.    No.
21         Q.    Okay.  Free talc shards
22   would not be asbestiform minerals either,
23   would they?
24         A.    Talc would not ever be an

Page 241

1     asbestiform mineral, so no.

2          Q.    Okay.  Free non-talc

3     needles, that could include asbestiform

4     minerals, could include asbestiform

5     minerals, true?

6          A.    Depending on how somebody

7     decided to characterize.

8          Q.    Okay.  And then the next

9     category is free talc needles, right?

10          A.    Okay.

11          Q.    And that's not asbestiform.

12     That's not asbestos because it's talc,

13     right?

14          A.    Right.

15          Q.    But it would be a

16     needle-like or fibrous form of talc,

17     right?

18          A.    No.  No, because you're

19     confusing morphological habits with

20     simply shape of a ground up particle.

21     All it would be is it was talc particles

22     that had the appearance of needles.  That

23     doesn't mean it was a fibrous talc or an

24     asbestiform talc.

Page 242

1         Q.    But it could be a fibrous

2    talc?

3         A.    Again, you're asking me

4    to -- to guess.  I can't guess from that.

5         Q.    Okay.  All right.  So -- and

6    dark opaque would not be -- would not be

7    a reference to an asbestiform mineral,

8    right?

9         A.    No.

10        Q.    Okay.  So the free non-talc

11   needles, the number of grains was three

12   that they found, right?

13        A.    Okay.

14        Q.    I mean, you agree that

15   that's the number written on the page?

16        A.    That's the count, yes.

17        Q.    Okay.  So look with me at

18   the next page.  About halfway down the

19   page it says -- well, actually, let me

20   ask you a question about the table up

21   top.

22             The table up top says

23   inclusions in talc and/or chlorite

24   plates.

Page 243

1            Do you see that?

2        A.    Yes.

3        Q.    Do you know why they would

4   be measuring that differently, inclusions

5   in talc or chlorite plates?  Do you know

6   why that's different from free grain

7   particles?

8        A.    Yeah, because when you

9   actually look at micas and things like

10  talc sheet silicates, sometimes you can

11  get -- a lot of times it's root tail, but

12  you get needles of root tail that occur

13  within the plates, so they're not --

14       Q.    All right.  So the first

15  results are just freestanding particles.

16  The second results are particles that are

17  somehow an inclusion within the plate,

18  right?

19       A.    Correct.  As you look at

20  these things through transmitted light,

21  the minerals are transparent and then

22  you'll see that there are potentially

23  other -- other phases between the sheets,

24  as it were, of the talc, of the plates.

Page 244

1              Q.    Okay.  So down in this

2    category, the bottom you again have that

3    non-talc needles category and there's 36

4    grains identified, correct?

5              A.    Okay.

6              Q.    I mean, that's what it says.

7    You keep saying okay.  That's just --

8    it's just ambiguous.

9                    You agree that that's what

10   it says, right?

11             A.    Yes, that's what it says.

12             Q.    Okay.  So right below that

13   down at the -- well, at the bottom it

14   says, following are explanations of the

15   terms used in the above data tables.

16                   So the Colorado School of

17   Mines actually defines the terminology

18   they're using, right?

19             A.    Yes.  They provide a

20   description of the different categories

21   that they list with counts.

22             Q.    Okay.  And if you turn to

23   the third page, it said number six, the

24   non-talc needles were identified as such.

Page 245

1    If it was readily observable, the

2    particles were true needles.  And if they

3    have extinction angles greater than 3

4    degrees, usually 10 to 20 degrees.

5              Did I read that correctly?

6         A.    Yes.

7         Q.    Okay.  And they distinguish

8    those definitions from mere talc shards

9    or talc needles, right?

10        A.    Yes.  They use the term talc

11   shards and -- well, this is the other

12   issue.  They use an extinction angle to

13   distinguish between what they call talc

14   and non-talc needles.  So that's how

15   they're making the analytical distinction

16   between those.

17        Q.    Well, you agree with me that

18   non-talc needles in this context could

19   include asbestiform minerals?

20        A.    You know, the way that

21   they've defined talc needles here could

22   also include that.  The use of extinction

23   angle doesn't provide identity.

24        Q.    Okay.  Next document or

Page 246

1    topic -- and you just don't remember --
2    that was Exhibit 16, is that what we're
3    on?
4                    MR. OLIVER:   Sorry.   Madam
5              Court Reporter, that exhibit we
6              just looked at was Exhibit 16.
7    BY MR. OLIVER:
8              Q.    At this point you might want
9    to refer to your Balderrama report, Dr.
10   Sanchez.   I'm just, you know, letting you
11   know.
12             A.    Can I get a clarification?
13                   Were you marking only the
14   documents we spoke as of that exhibit or
15   are you trying to mark this whole exhibit
16   of a bunch of other documents?
17             Q.    No, no, I'm marking the
18   whole thing because we just referred to
19   it.   I mean, it's clear on the record
20   which pages we were referring to.
21   Candidly, if we went through the whole
22   thing there, it's just -- it's sort of
23   a -- there's a pattern.   It's a series of
24   tests I thought you had seen.

Page 247

1                Dr. Sanchez, in your
2     Balderrama report, and more generally,
3     you agree that the mines that Johnson &
4     Johnson used were the Hammondsville mine,
5     the Argonaut mine and the Rainbow mines,
6     correct?
7                A.    Potentially used only from
8     the Vermont years, yes.
9                Q.    Okay.  And you write in your
10    report that they used potentially other
11    mines, and I just want to know what
12    you're talking about.  What other mines
13    in Vermont are you talking about when you
14    say potentially other mines?
15               A.    There are some -- I think
16    there's some documents that may refer to
17    other mines as a potential secondary ore
18    source that wouldn't include those three,
19    but I don't -- I don't have any knowledge
20    whether it was actually ever used.  Those
21    kind of reasons.
22               Q.    What were those mines, the
23    potential secondary ore sources?
24               A.    I don't recall without

Page 248

1    looking at the documents.  There were

2    other mines in Southern Vermont, though.

3            Q.    So you don't know -- was it

4    Black Bear?

5            A.    I just -- I don't recall

6    without looking at the documents the

7    specific names.  It could have been, but

8    I'd have -- I'd have to go reference.

9            Q.    Okay.  Well, the next time

10   we take a break, is there a quick way for

11   you to figure out what you meant in that

12   report?

13           A.    No, because I'd have to go

14   through all of the mine source potential

15   documents, which I don't have organized

16   in a way that I could readily search

17   those.  I'd have to just start looking

18   through all the documents.

19           Q.    Okay.  You draw a

20   distinction in your report between

21   Southern and Northern Vermont; is that

22   true?

23           A.    That's true.

24           Q.    Where is the line?  Is there

Page 249

1    a town or a line of demarcation where you

2    say this is southern and this not

3    southern?

4            A.    Yeah.  If you look at the

5    work by Boundy and those researchers,

6    they did work at different talc mills and

7    mills throughout Vermont, but there

8    was -- there was a talc mining operation

9    in the Northern Vermont near Johnson,

10   Vermont, and then -- so it's really to

11   distinguish the mines operated by Windsor

12   Minerals Company in the southern part of

13   the state versus those operated by other

14   talc manufacturers in the north.  There's

15   not like a -- I don't have a latitude

16   degree, you know, to give you, but --

17           Q.    Now, the Boundy study, is

18   that a document that you rely on to reach

19   your conclusions in this case?

20           A.    In part, yes.

21           Q.    Have you reviewed any of the

22   Johnson & Johnson internal communications

23   about the company's influence on the

24   Boundy study?

Page 250

1          A.    I've seen some of those
2     during cross-examination.
3          Q.    So you've seen those
4     documents before, the talk about Johnson
5     & Johnson's influence on that study?
6               MR. HYNES:  Vague,
7          overbroad.
8               THE WITNESS:  I wouldn't
9          characterize it that way, but I
10         remember phrases like let's put
11         our best foot forward, those kind
12         of things.
13    BY MR. OLIVER:
14         Q.    Do you remember them saying
15    they were going to create a mystique
16    around their process for beneficiation?
17         A.    I don't recall that.  They
18    may have, but I don't recall the specific
19    language, but again, those are, like,
20    marketing decisions that I'm not speaking
21    to.  I'm looking at the -- you know,
22    trying to be a scientist here and
23    actually look at data and what is found
24    and how things are characterized and

Page 251

1    identified.

2            Q.    Do you remember those

3    documents indicating that Johnson &

4    Johnson's mine in Vermont had not been

5    going long enough for negative results to

6    affect them?  Do you remember that?

7            A.    I don't.  I don't recall

8    that.  I think that deals with

9    epidemiological studies and that's beyond

10   my area of expertise.

11           Q.    Okay.  So I believe in

12   Balderrama you opine that the talc mine

13   in Southern Vermont is not contaminated

14   with asbestos nor has it been

15   contaminated in the past, right?

16           A.    I do.

17           Q.    Okay.  Now, the town near

18   one of these -- or sort of at the center

19   of all this is Hammondsville, right?

20           A.    The what?  I'm sorry.

21           Q.    Hammondsville, the town of

22   Hammondsville is the town nearest to the

23   Hammondsville mine, right?

24           A.    It could be.

Page 252

1          Q.    Well, you're the mining

2    expert here.  Is it or is it not?  I

3    mean, you wrote a report on it.  I just

4    need to know.

5          A.    That's not -- that's not a

6    mining question, sir.  What I'd have to

7    do is look at the location of the mine in

8    reference to other towns in Vermont to

9    see if that's an accurate statement.

10          Q.    Okay.  All right.  Well, you

11    agree that Hammondsville is in Southern

12    Vermont?

13          A.    Yes.  I'm not disputing

14    that.  I'm just trying to answer your

15    question.

16          Q.    All right.  And you agree

17    that Chester, Vermont, is in Southern

18    Vermont, right?

19          A.    Yes, it is.

20          Q.    And Ludlow, Vermont, is in

21    Southern Vermont?

22          A.    That's correct.

23          Q.    Can you tell me by any

24    rational percentage how much tremolite is

Page 253

```
 1     in the Southern Vermont mines that

 2     Johnson & Johnson used?

 3                 MR. HYNES:  Overbroad,

 4          vague.

 5                 THE WITNESS:  What do you

 6          mean by mine?

 7     BY MR. OLIVER:

 8          Q.    What do I mean by mine?

 9          A.    Yes.

10          Q.    You're asking me what I mean

11     by mine?  I'll just reask the question.

12                 Can you tell me how much

13     tremolite there is in the Southern

14     Vermont mines that J&J used?

15                 MR. HYNES:  Same objections.

16                 THE WITNESS:  Again, you

17          need to define -- what do you mean

18          in that question by the term mine?

19                 I need a clarification

20          before I could answer.

21     BY MR. OLIVER:

22          Q.    So without me changing my

23     question, you're unable to answer that?

24          A.    I'll answer it, but I'm
```

Page 254

1    going to answer it this way.

2                    Plaintiff attorneys love to

3    point to documents of other areas of the

4    mine where something like tremolite could

5    occur.  The presence of tremolite in

6    non-talc ore rocks within the deposit is

7    not what I'm discussing.  To conflate

8    those is scientifically inaccurate and

9    inappropriate.  I'm speaking to the talc

10   ores that are being mined.

11                   When I look at the Johnson &

12   Johnson products from Vermont, which is

13   the best indicator of what is in the

14   talc, we do not find tremolite asbestos

15   or any other form of amphibole asbestos,

16   nor do we find chrysotile.  We do find

17   very, very low concentrations, much less

18   than .1 percent, non-asbestos amphiboles,

19   primarily the mineral cummingtonite.

20   There has only been a few occurrences

21   where we actually found tremolite, and I

22   would defer to those test reports where

23   tremolite was detected in a finished

24   product of Johnson & Johnson's baby

Page 255

1    powder to be able to answer that question

2    because we have attempted to quantify

3    that.

4            Q.    So, Dr. Sanchez, you've

5    identified without any disagreement three

6    mines that you know for certain Johnson &

7    Johnson used; Argonaut, Hammondsville,

8    the Rainbow mines, correct?

9            A.    I wasn't done with my

10   answer.  May I finish?

11           Q.    Sure.

12           A.    To answer your question, I

13   have quantitative data of the amount of

14   amphiboles in the actual products derived

15   from those mines.  To be able to -- I do

16   not have the ability to go to a mine

17   property, which could be ten square

18   miles, and quantify how much tremolite is

19   present in that -- under the earth at

20   unknown depths of the mineral tremolite,

21   but I can -- I can answer those questions

22   specifically to the products derived from

23   those mines and what that -- and what

24   those minerals are.

Page 256

1          Q.    When you say the product
2    derived from those mines, do you mean the
3    actual containers of the baby powder or
4    do you mean something else?
5          A.    The actual containers of
6    baby powder that was -- that would have
7    been sold by Johnson & Johnson in those
8    time periods.
9          Q.    So I'm not talking about
10   baby powder testing right now because
11   baby powder is beneficiated, right?
12         A.    It has been processed, yes.
13         Q.    That's right.
14               And beneficiation changes
15   the mineral -- when you beneficiate talc,
16   you grind it up, correct?
17         A.    That's -- that's not part of
18   the beneficiation, but yes, you do --
19   your end product in these mines is a
20   ground talc.
21         Q.    Correct.
22         A.    But then it goes with ore
23   selection and ore processing, not -- not
24   the -- not the actual end grind.

Page 257

1          Q.    Okay.  Fair enough.  But the

2    grinding changes the size of the

3    particulate matter at issue, correct?

4          A.    Yes, grinding would change

5    the particle sizing.

6          Q.    Okay.  So I'm talking about

7    the mines, not the product.

8                So you've identified three

9    mines, Hammondsville, Rainbow and

10   Argonaut, right?

11         A.    Yes.

12         Q.    Okay.  And within those

13   mines, you don't have any testing saying

14   how much tremolite, amphibole tremolite

15   is in those mines, do you?

16         A.    This is why I wanted you to

17   define what the mine is.

18                There is no data that would

19   allow one to extrapolate that based upon

20   the whole mine property.  There is data

21   to assess what was actually being mined,

22   meaning not on the mine property, but the

23   actual ore that is being mined and

24   processed for the end product.  We have

Page 258

1    that data.  If you're asking me the whole

2    property, I do not have that data nor do

3    I know how I would obtain that data.

4           Q.    Well, let me just be clear.

5    How big are the mine properties, roughly?

6           A.    Multiple square miles

7    potentially depending on the mine itself.

8           Q.    Okay.  And within those

9    multiple square miles that Johnson &

10   Johnson owned and mined, you agree there

11   was tremolite, right?

12          A.    Potentially, yes.

13          Q.    And you agree it was there.

14   It wasn't potential.  It was there,

15   right?

16          A.    Well, again, you need to be

17   specific.  If you're talking --

18          Q.    I don't need to be specific.

19          A.    Yes, you do, sir.  You're

20   asking me to answer a specific question

21   about how much tremolite is in -- is in a

22   large scale area, but you won't even

23   define the area you want me to try to

24   answer your question.

Page 259

1         Q.    I did.  I defined the area.

2         A.    I'm not done.  Let me

3    finish, please.

4              So when you start looking at

5    different areas -- areas within the mine

6    property, certain areas will be more

7    enriched or have more or even have it

8    versus others.  There'll will be areas on

9    that mine property that contain no

10   tremolite whatsoever.  There'll be other

11   areas that could contain a lot.  I do not

12   have the information such that I could

13   break out all the different rock types

14   across the mine area and give, like, an

15   average for the whole thing, but an

16   average for the whole mine would also be

17   misleading because there's going to be

18   areas within that mining property where

19   there's no amphibole whatsoever, no

20   tremolite whatsoever.  So it would really

21   depend upon where you're at, what rock

22   types you're looking in specific zones or

23   localities to be able to answer those

24   questions.

Page 260

1                    Within, like, the black

2       wall, for instance, the chance to run

3       into tremolite or actinolite or something

4       in the black wall material is very high,

5       but once you get away from the black

6       wall, it's very low, if non-existent.

7                    So again, the specifics

8       matter in order to try to answer your

9       question and I'm just trying to do that.

10           Q.    So on the mine property for

11      any of those mines or for all of those

12      mines there, there was tremolite on the

13      property, right?

14           A.    Yes, I wouldn't disagree

15      with that.

16           Q.    Okay.  And you would agree,

17      and I'm not talking about -- I'm not

18      getting into this very specific thing.

19      On the property for each of those mines,

20      just as there is tremolite, there would

21      also be some asbestiform tremolite,

22      right?

23           A.    Not necessarily.  There is

24      some indication in some zones that there

Page 261

1     were.  At least in Argonaut there was

2     some test results that showed that, but

3     as you start speaking to every mine --

4     and again, it's important to where you're

5     looking in order to assess these things,

6     but there could be, but that -- my point

7     is just because you have tremolite

8     doesn't also mean you have tremolite

9     asbestos in the same locality.  So, for

10    instance, I could in the black wall at

11    Argonaut have tremolite mineralization

12    within that black wall rock, and that's

13    documented a lot of times as actinolite,

14    I believe.  And then within certain zones

15    within the black wall or the mine itself

16    you may actually have mineralization of

17    tremolite asbestos, but those -- those

18    areas where it occurs are spatially

19    located.  It's not distributed

20    throughout.  So those -- these are

21    important.  Like, again, the specifics

22    matter in order to be able to answer

23    these questions meaningfully.

24            Q.    What about chrysotile, is

Page 262

1      there chrysotile on the mine properties
2      of Argonaut, Rainbow and Hammondsville?
3              A.    On the -- on the
4      serpentinite core side of the talc
5      deposits, in some drill cuttings and
6      other rocks we have from that material,
7      which isn't the talc ore, but we did --
8      we did detect in our testing some
9      chrysotile within those serpentinite
10     dominated rocks.
11             Q.    I'm going to mark as
12     Plaintiffs' Exhibit 17 a document you
13     have with you, Dr. Sanchez.  It's a big
14     one.  Don't worry, we're not going to go
15     through it in too much depth.  It's the
16     1916 Geology of Vermont talc mine
17     Hammondsville.  That's what it's --
18                   MR. HYNES:  Did you say '60
19             or '16?
20                   MR. OLIVER:  Exhibit 16.
21                   MR. HYNES:  No, I'm saying
22             you said 1960 or --
23                   MR. OLIVER:  Oh.  It's 1916.
24             Sorry.  And it's Exhibit 17.  We

Page 263

```
 1            really drive the court reporter
 2            crazy there.
 3                  MR. HYNES:  You might have
 4            skipped one of them earlier.
 5     BY MR. OLIVER:
 6            Q.    Have you located that, Dr.
 7     Sanchez?
 8            A.    I don't see it.
 9                  MR. HYNES:  There should be
10            a binder clip document.
11                  MR. OLIVER:  Yeah, it's a
12            big document, Dr. Sanchez.
13                  MR. HYNES:  The largest
14            document in your folder.
15                  THE WITNESS:  The title page
16            is not how you described it and so
17            maybe that's why I'm confused.
18                  What's the title page on
19            this thing say?
20                  MR. MAZINGO:  It's on the
21            screen right there.
22                  MR. OLIVER:  Yeah.  Do you
23            see that?
24                  THE WITNESS:  That's not
```

Page 264

1          what you described it as, but yes,

2          I do have it.

3    BY MR. OLIVER:

4          Q.    Yeah, I described what's on

5    the folder, not what's on the actual

6    document.  My fault.

7               All right.  Full text.

8    Report of the State Geologist on the

9    Mineral Industries and Geology of

10   Vermont.  This is publicly available.

11              Do you see that?  Do you see

12   that, Dr. Sanchez?

13         A.    I'm looking at it.  Give me

14   a moment.

15              Okay.  I mean, I'm here.  It

16   looks like it's a 1915-1916 published

17   document from the state.

18         Q.    Yeah.  That's right.

19              And my question is:  You

20   didn't review this before issuing your

21   opinions in this case?  You've never seen

22   this document before?

23         A.    I remember looking at

24   Chidester reports for the State

Page 265

1    Geological Survey back in like the '50s

2    and '60s.  I don't -- I don't necessarily

3    recall seeing this old of a document.

4            Q.    Yeah, this one's different.

5                  If you look in the upper

6    right-hand corner, we've got the printed

7    page numbers.  And if you go to page 4 of

8    532, you'll see the copyright

9    information.

10                 Do you see that?

11           A.    Yes.  That's what I was

12   looking for.

13           Q.    This was authored by or

14   compiled by George H. Perkins, a State

15   Geologist and Professor of Geology at the

16   University of Vermont.

17                 Do you see that?

18           A.    I do.

19           Q.    Okay.  You don't have any

20   reason to doubt that this is what we say

21   it is, correct?

22           A.    Not as I sit here.

23           Q.    Okay.  So turn with me to

24   page 392 of 532, upper right-hand corner.

Page 266

1          A.    Okay.

2          Q.    All right.  In the middle of

3     the page it says, the Reading Talc and

4     Asbestos Mine at Hammondsville is still

5     idle.

6                Do you see that sentence?

7          A.    I'm sorry.  Where are you

8     at?

9          Q.    Page 392, using the upper

10    right-hand corner numbers.

11         A.    Okay.

12         Q.    Okay.  You're on that page?

13         A.    Yes.  I see where you're

14    pointing now.

15         Q.    Okay.  And there's a

16    sentence that says, the Reading Talc and

17    Asbestos Mine at Hammondsville is still

18    idle.

19                Do you see that?

20         A.    I do.

21         Q.    Okay.  Did you know before

22    looking at this that there was actually

23    an asbestos -- a talc and asbestos mine

24    at Hammondsville at any point in time?

Page 267

1                    MR. HYNES:  Calls for
2            speculation, assumes facts.
3                    MR. OLIVER:  I'm sorry.
4            Just real quick for the record for
5            the objection.
6                    I asked him what he knew.
7            So I'll ask my question again.  I
8            want to know if there's actually
9            an objection to that question.
10   BY MR. OLIVER:
11           Q.    Did you know, Dr. Sanchez,
12   before reading this today that there was
13   a talc and asbestos mine being operated
14   at one point at Hammondsville?
15                   MR. HYNES:  Same objection.
16                   THE WITNESS:  Yes, I --
17           there are -- for example, when you
18           look at the work done by Brad Van
19           Gosen at the U.S. G.S. looking at
20           prospects, asbestos occurrence in
21           the literature and prospects and
22           things of that nature, as you look
23           up and down the whole Appalachian
24           Mountain chain, chain of

Page 268

```
 1              mountains, especially in, like,

 2              Vermont, yeah, there are plenty of

 3              occurrences and reportings of

 4              asbestos in those areas, even

 5              surrounding and near the City of

 6              Hammondsville.

 7     BY MR. OLIVER:

 8          Q.    So you knew there was an

 9     actual, at one point an operational

10     asbestos mine in Hammondsville?

11          A.    Well, I don't know if I know

12     that, but I'm saying is the idea that

13     there has been documentation of asbestos

14     in that area.  I'm well aware of that.  I

15     don't know what this Reading Talc and

16     Asbestos Mine is particularly.

17          Q.    Well, you certainly don't

18     mention that in your report, do you?

19          A.    Again, I don't -- you'd have

20     to show me a relevancy of why it would be

21     relevant.

22          Q.    Well, Dr. Sanchez, you go

23     into court and you tell juries that

24     there's no asbestos in Johnson's baby
```

Page 269

1    powder because the mines, at least the

2    talc that was mined, didn't have any

3    asbestos in it, right?  You tell juries

4    that, fair?

5              A.    You're drawing gross

6    conflations of data and simply the name

7    of a town isn't the same thing as the

8    name of a particular mine or how it

9    relates.

10             Further, when you actually

11   look at the literature revolving the

12   Hammondsville mine operated by Johnson &

13   Johnson, the earlier dates of that as

14   reported by Chidester was an open mine,

15   very poor quality talc.  It wasn't until

16   they got deeper into the core and into

17   new areas that they found the higher

18   purity talc ores that they would then

19   converted to going underground and

20   producing potential cosmetic grade talcs

21   from.

22             Q.    So --

23             A.    So even if -- even if this

24   Reading Talc and Asbestos Mine at

Page 270

1    Hammondsville is the exact location as

2    the Hammondsville mine operated by

3    Windsor Mineral Company, it is clear from

4    the record that the quality of the talc,

5    the nature of the talc deposit varied

6    between the earlier uses of the quarry

7    and the later uses.

8              So again, there's -- there's

9    all sorts of levels of detail that don't

10   necessarily make it into my report.  It

11   doesn't mean -- it doesn't mean that I

12   haven't considered it or evaluated it.

13        Q.    So at one point early in the

14   Hammondsville operation they had a poor

15   quality talc that you agree was likely to

16   be contaminated by asbestos, right?

17        A.    No, I didn't say that.  Poor

18   talc as described by Chidester at the

19   Hammondsville quarry I think in the late

20   '50s was very -- was poor to like

21   whiteness content, accessory minerals,

22   purity of the talc itself.  I do not

23   believe that Chidester ever reports

24   asbestos being in that material.  Then

Page 271

1    later on they discovered higher quality

2    talc ores within the deposit which they

3    then converted into an underground mine

4    in order to access.

5           Q.    Well, an accessory -- one

6    accessory mineral to talc is asbestiform

7    tremolite, right?

8           A.    No, not as a blanket

9    statement.  If you have a talc mine which

10   has tremolite asbestos in it and that

11   tremolite asbestos is mined with the talc

12   and put into a final product, you would

13   have tremolite asbestos in the final

14   product.  The fact that tremolite

15   asbestos exists anywhere on a talc mine

16   does not mean that the talc mine there

17   will have tremolite asbestos, which is

18   spelled out in great detail in my report.

19          Q.    Well, it certainly makes it

20   more likely that that would happen?

21          A.    No, because -- not if I

22   use -- not if I use your guys'

23   definition.  If I use your guys'

24   definition, I could report asbestos in

Page 272

1    almost any dirt, any soil, any rock in

2    the world.

3              So the important definitions

4    are very important.  Talc -- talc in and

5    itself is no more likely to contain

6    asbestos than any other mineral quantity.

7    It really depends upon the nature of the

8    mineralization and how -- and how the

9    mining is being selective whether or not

10   asbestos will be there.  Nature controls

11   this and you need to look into those

12   facts and look into how the material is

13   being processed whether that asbestos is

14   actually being mined, if it even exists

15   on the mine property.

16        Q.    If the asbestos is mined

17   even unintentionally in a small amount,

18   are you aware of a way to get it out of

19   the talc completely?

20        A.    If it was mined, it would

21   contaminate -- it would contaminate at

22   some level the talc that was processed,

23   assuming that the asbestos made it into

24   the milling -- the final mills.  It would

Page 273

1    contaminate that product, but it would

2    only contaminate the product where that

3    happened.  It wouldn't contaminate

4    products processed a week later, a day

5    later, maybe even later that same day if

6    that -- if that happened.

7            Q.    Dr. Sanchez, we'll go to

8    what we're going to mark as Plaintiffs'

9    Exhibit 18, which is a data release from

10   the U.S. Geological Service, and we're

11   going to mark -- so you're familiar with

12   data releases from the U.S. Geological

13   Service, correct?

14           A.    Is there a specific one you

15   want me to look at?

16           Q.    Well, I'm just asking the

17   question.  You know what I'm talking

18   about when I reference that, right?

19           A.    I only can guess because I

20   don't know exactly what you mean by that.

21           Q.    Well, let's just look at the

22   documents that I have in front of you.

23               We're going to mark as

24   Plaintiffs' Exhibit 19 the actual

Page 274

1    spreadsheet that goes with Exhibit 18.

2    So this will be labeled -- the document

3    itself will be labeled "Reported historic

4    asbestos mines, historic asbestos

5    prospects and other natural occurrences

6    of asbestos in the conterminous United

7    States?"

8         A.    I don't see that in my

9    folder here.

10        Q.    The folder itself would say

11   U.S. G.S. website data release, reported

12   historic asbestos mines.

13             Did you get it?

14        A.    Okay.

15        Q.    Okay.  And then behind that

16   document, there's going to be a big

17   binder or binder clip of a -- like a

18   spreadsheet, piece of spreadsheet data.

19   We're going to refer to those together.

20        A.    I don't see that.  In that

21   folder I have -- it's a back-and-forth

22   printed three-page document.  That's it.

23   I don't have any other large --

24        Q.    You don't have any document

Page 275

1    after that?

2              It's not in the same folder,

3    Dr. Sanchez.

4         A.    What is the folder name then

5    so I can find it?

6         Q.    It's a spreadsheet from the

7    U.S. G.S. with coordinates of Ludlow

8    asbestos findings.

9         A.    Okay.  That's not what you

10   described it as, but I do --

11        Q.    Would you just cut it out?

12   Just -- just come on.  It was the next

13   folder.  Give me a break.

14             MR. HYNES:  Counsel, please

15        stop badgering the witness here

16        because it's --

17             MR. OLIVER:  I'm not

18        badgering the witness.  The

19        witness -- I want the record to

20        reflect the witness has been

21        dismissive, he's been rolling his

22        eyes, he's been disrespectful.

23        I've been very good about keeping

24        my temper.  It's about to stop.

Page 276

1                    MR. HYNES:  I disagree with

2          that, but continue.

3                    MR. OLIVER:  That's fine.

4          You can have all the opinions you

5          want.

6    BY MR. OLIVER:

7          Q.    Dr. Sanchez, when you have

8    had a second to figure all this very

9    difficult information out, let me know.

10         A.    I have the document in front

11   of me now.

12         Q.    All right.  Great.

13                So the first document that

14   we were talking about, the one that says

15   reported historic asbestos mines, comma.

16                Do you follow me, the web

17   page?

18         A.    Okay.

19         Q.    All right.  So this is a

20   release from the U.S. Geological Service

21   from February 25, 2019, correct?

22         A.    That's the date on it, yes.

23         Q.    Okay.  And the second

24   paragraph of the document describes the

Page 277

1    data release, right?

2          A.    Yes.

3          Q.    Okay.  The first sentence

4    explains that the data release provides

5    site-by-site information on 876 natural

6    occurrences of asbestos within the

7    conterminous United States.

8                Did I read that correctly?

9          A.    I believe so.

10         Q.    Okay.  And you don't have

11   any reason to doubt the accuracy of what

12   it states, right?

13         A.    No.  This is -- these are

14   the publications I was referring to in

15   one of my previous answers from the work

16   by Brad Van Gosen to document these --

17   these types of occurrences and prospects.

18         Q.    And the last sentence

19   indicates that a reported natural

20   occurrence of asbestos was found in 34 of

21   the 48 states of the conterminous United

22   States, correct?

23         A.    That's correct.

24         Q.    All right.  So let's look at

Page 278

1     the spreadsheet itself, which is where

2     the data from the release is contained.

3     Okay?

4                 Now, you can either turn to

5     it by hand or we can have Katy -- I mean

6     Katy's going to go to it on the screen,

7     so you can choose whichever route you

8     want.  I would suggest we look at the

9     screen.

10                So if we go to cell number

11    805.  Katy's going to take us there.

12                Can you see on the screen

13    cell number 805?

14         A.    Yes.

15         Q.    Now, you agree that that

16    identifies an asbestos occurrence in the

17    Chester talc mine in the Carleton Quarry?

18         A.    Yes.  And if you scroll

19    over, it gives you the reference of the

20    publication he pulled that information

21    from.

22         Q.    Right.  And you agree that

23    that is in Southern Vermont, right?

24         A.    Yes, the Carleton Quarry.

Page 279

1              Q.    Right.  And you agree that
2     that is near Ludlow?
3              A.    Southeast, but yes.  It's --
4     again -- sorry.  Near is a very
5     subjective term, but it's closer to
6     Ludlow than to Burlington.
7              Q.    And it identifies that that
8     rock formation, at least where I'm
9     looking at it, it is ultra -- and I'm
10    going to mess it up.  Tell me how to say
11    it again.
12             A.    Ultramafic.
13             Q.    Ultramafic.  I don't
14    know why I can't say that correctly.
15    Ultramafic.
16                   That's ultramafic rock
17    formation, right?
18             A.    Yes.
19             Q.    Okay.  And ultramafic rock
20    formation is also the type of rock
21    formation that makes up the many rock
22    formations around Johnson & Johnson's
23    mines in Southern Vermont as well, right?
24             A.    Talc deposits are formed at

Page 280

1       the contact of the ultramafic bodies in

2       contact with the country rock.

3               Q.    So you don't disagree at all

4       that this is an occurrence of asbestos

5       right here, that's identified here,

6       right?

7               A.    I would defer to the

8       original publication ultimately, but no,

9       I don't have any reason to dispute that.

10              Q.    And you don't -- you don't

11      disagree -- if I were to show you other

12      occurrences of asbestos in Southern

13      Vermont near Johnson & Johnson's mines,

14      assuming that we have documentation for

15      that, you're not going to disagree that

16      that does exist, right?

17              A.    Well, no, because as I

18      already testified to earlier, I was well

19      aware of this document and a summary of

20      asbestos occurrences and prospects as put

21      together and compiled by Brad Van Gosen.

22              Q.    Right.  And we're going to

23      go actually to --

24              A.    No surprise to me that up

Page 281

1    and down the whole State of Vermont there

2    are occurrences, localized occurrences of

3    asbestos that have been documented in the

4    literature.

5            Q.    Right.  And they're up and

6    down the State of Vermont in Northern

7    Vermont and Southern Vermont, true?

8            A.    Yes.  They continue down

9    into New Hampshire, into Massachusetts

10   and up into Maine, too.  So yes, along

11   the Appalachian Mountains there are

12   occurrences of asbestos in localized

13   areas.

14           Q.    And your distinction in your

15   report about Southern Vermont versus

16   Northern Vermont, that's really

17   meaningless as far as asbestos is

18   concerned, isn't it?

19           A.    No, it's not meaningless.

20   You also have Northern Vermont in the

21   serpentinite bodies.  You actually have

22   bona fide asbestos mines.  So there's a

23   very important distinction between

24   lumping all ultramafic rocks and their

Page 282

1    occurrences with asbestos all the same

2    between northern parts of the state to

3    the southern part of the state.  Further,

4    the metamorphic grade of the rocks I

5    believe decreases as you work north

6    through Vermont, which would also have

7    different mineralization and different

8    characterization of -- of minerals.  It

9    is very inappropriate to sit there and

10   take big geographic areas and lump them

11   together and treat them as the same

12   because there will be differences in the

13   geology as a function of space.

14          Q.    Well, they both have

15   asbestos in them, don't they?  We just

16   went through that.

17          A.    We didn't go through

18   anything.

19                Yes, you will find examples

20   of asbestos mineralization in Northern

21   Vermont, as you would in Southern

22   Vermont, but that is not dealing with the

23   issue of what is in the talc ores and

24   what is in the final products, which is

Page 283

1    what I've been asked to do, and to draw

2    equivalencies between an asbestos mine in

3    the northern part of the state and say

4    it's equivalent to a talc mine in the

5    southern part of the state is grossly

6    inappropriate and -- and not based on any

7    sound scientific reasoning.

8              MR. OLIVER:  All right.

9         Let's take a break and use the

10        bathroom and then we're going to

11        go to Van Gosen.

12              (A short recess was taken at

13        4:18 p.m. until 4:25 p.m.)

14    BY MR. OLIVER:

15         Q.   All right.  Let's go back on

16    the record and we will mark as

17    Plaintiffs' Exhibit 20 the Van Gosen

18    article from 2004.  I want to make sure I

19    got that date right.  Yeah.

20              This is an article that you

21    are very familiar with, correct, Dr.

22    Sanchez?

23         A.   I'm familiar with this

24    article, yes.

Page 284

1          Q.    Yeah.  And it's actually
2     part of your report, isn't it?
3          A.    I do cite to this, yes.
4          Q.    Yeah.  It's peer reviewed?
5          A.    It is.
6          Q.    Okay.  Van Gosen examined
7     how talc deposits were formed
8     geologically to understand how the
9     presence of amphiboles related to that
10    geologic formation, right?
11         A.    Again, that's not how I
12    would put it, but --
13         Q.    Well, that -- okay.  That
14    was a confuse -- I admit that was a bad
15    question.  I asked a bad question.
16              Tell me how you would put it
17    because I butchered it.  Tell me what you
18    think he was looking at.
19         A.    I -- he was -- he's simply
20    discussing the way that a talc deposit
21    forms as being an indicator of the
22    potential for amphibole asbestos content.
23    So he examines different talc regions
24    within the United States and then kind of

Page 285

1    expounds how those -- what types of

2    geologic processes generally were used to

3    form those or how those were formed and

4    then he has some information based on his

5    own testing as it relates to, like, Death

6    Valley, for instance, and he shows in

7    those deposits there is amphibole type

8    asbestos.

9            Q.    So first of all, look with

10   me at the paragraph beginning under the

11   word asbestos.

12               Do you see that?

13           A.    Okay.

14           Q.    He says, asbestos is a

15   commercial/industrial term with a long

16   history and is not a mineralogical

17   definition.

18               You agree with that, right?

19           A.    Yes, asbestos itself is not

20   a mineralogical name of any particular

21   mineral species.  It's an umbrella term

22   that encompasses specific mineralogical

23   names of different minerals and different

24   growth habits.

Page 286

```
 1              Q.    Look with me at page 922.
 2      It's the third page if you're looking at
 3      the printed copy.
 4              A.    Okay.
 5              Q.    About halfway down the
 6      page --
 7                    MR. OLIVER:  You're on the
 8              wrong page, Katy.  922.
 9      BY MR. OLIVER:
10              Q.    Okay.  Are you on page 922,
11      Dr. Sanchez?
12              A.    I am.
13              Q.    Okay.  Halfway down the
14      page, right above study methods, right
15      above that heading there's a sentence
16      that says, within a single mineral
17      deposit such as some talc or bodies,
18      amphibole crystals may range in habitat
19      from blocky to prismatic to acicular to
20      asbestiform.
21                    Did I read that correctly?
22              A.    With one exception.  I think
23      you said habitat instead of habit.
24              Q.    Okay.  I didn't mean to do
```

Page 287

1     that.

2                    Well, with that correction,

3     did I read that correctly?

4          A.     You did.

5          Q.     Okay.  And do you agree with

6     that statement?

7          A.     Yes.  If you look at the

8     work that he did, where he derives that

9     is from the Death Valley talc samples

10    that he had where he found both

11    non-asbestos amphiboles as well as

12    amphibole asbestos in the same -- in the

13    same ores.

14         Q.     Now, he looks at -- well,

15    we're talking about the geological

16    formation of the talc or body.  He looks

17    at two types of metamorphism, right?

18         A.     Well, these are broad

19    categories, but yes, there's the --

20    what's called -- the broad term is

21    contact metamorphism and then regional

22    metamorphism.

23         Q.     And in Southern Vermont

24    we're talking about the talc deposits

Page 288

1    were formed by regional metamorphism,

2    right?

3            A.    In the broader context, yes.

4            Q.    And regional metamorphism is

5    one that he concludes is related to talc

6    deposits that are amphibole rich, right?

7            A.    Yes, based -- yes, I believe

8    as you looked at the Gouverneur talc

9    district in Upstate New York, you have up

10   to like 60 percent amphibole in those

11   talc mines, and I think he's pointing to

12   those types of occurrences for that.

13           Q.    Well, let's just look at --

14   he divides his paper into areas that he

15   characterizes as amphibole poor and

16   amphibole rich, right?

17           A.    Yes.

18           Q.    Okay.  And on page 927 of

19   the article he starts identifying the

20   amphibole-rich talc deposits that are

21   formed by contact metamorphism, right?

22           A.    That's correct.

23           Q.    And he identifies Death

24   Valley, true?

Page 289

1          A.    Yes.
2          Q.    Okay.  And I believe he
3    identifies some North Carolina deposits,
4    right?
5          A.    Well, a talc deposit
6    associated with what's called the Day
7    Book dunite, but yes.
8          Q.    Okay.  And then the next
9    amphibole-rich talc deposit that he talks
10   about are those formed by regional
11   metamorphism, right?
12         A.    Yes.
13         Q.    And the Gouverneur district
14   in New York State is one of the
15   amphibole-rich talc deposits he
16   identifies, correct?
17         A.    Correct.
18         Q.    But he also identifies
19   Vermont talc as part of the
20   amphibole-rich talc deposits, right?
21         A.    Broadly, yes.
22         Q.    And I'm just -- give me a
23   second.  I'm trying to get to the right
24   page.

Page 290

1                     It's page 933 where he
2        begins to talk about Vermont talc.
3                     Do you see that?
4              A.    I do.
5              Q.    So this regional
6        metamorphism is a process that -- it
7        creates talc, right?
8              A.    It can, yes.  In these
9        particular deposits it's forming as a
10       reaction between the serpentinite rocks
11       and then the surrounding country rocks.
12       They're actually reacting together to
13       form talc.
14             Q.    Okay.  And one of the things
15       that he's shown about regional
16       metamorphism is it's more likely to have
17       amphibole material in those types of talc
18       deposits, right?
19             A.    If the pressure temperatures
20       of the regional metamorphism gets to high
21       enough grade, then yes, you will form --
22       it's very likely to form amphibole
23       minerals in regional metamorphic
24       terrains.

Page 291

1            Q.    And Van Gosen talks about
2      the Vermont black wall deposits, right?
3                  Do you see that?
4            A.    Yes.
5            Q.    Where are the black wall
6      deposits in relationship to Southern
7      Vermont?  They're in Southern Vermont,
8      correct?
9            A.    The -- the term that is used
10     for all of the talc deposits at the edges
11     of the serpentinite bodies throughout
12     Vermont are black wall-type deposits.
13     Those are, like, local terms that are
14     used for those deposits.
15           Q.    So the deposit -- I'm sorry.
16     Were you finished?
17           A.    I was done.
18           Q.    Okay.  The deposits at
19     Hammondsville, Argonaut and Rainbow are
20     also part of black wall deposits is
21     what -- that's what I understood you to
22     say?
23           A.    Yes.
24           Q.    And Van Gosen says,

Page 292

 1    black-wall talc deposits are associated
 2    spatially with serpentinite masses that
 3    in some areas host well-developed
 4    chrysotile asbestos.
 5                    Did I read that correctly?
 6          A.    You did.
 7          Q.    Okay.  And you agree that
 8    that's true, right?
 9          A.    Yes, there's a large --
10    there was a chrysotile asbestos mine up
11    off the side of Mt. Belvedere that is
12    hosted in the serpentinite rock in
13    Northern Vermont.
14          Q.    Well, but he's talking --
15    he's not talking about --
16          A.    I'm just giving you an
17    example.  I'm not disputing.  I'm giving
18    you an example --
19          Q.    Okay.
20          A.    -- of an asbestos mine such
21    as he is describing here in the
22    serpentinites in Vermont.
23          Q.    And in Southern Vermont, in
24    Chester, Van Gosen sites to Zodac who

Page 293

1    describes radiating masses of fibrous
2    actinolite which had to be handled
3    carefully as the needle-like crystals may
4    penetrate fingers and said they are
5    common on the dumps in a talc quarry near
6    Chester, Vermont.
7                    You're aware of that, too,
8    correct?
9            A.    Yes.
10           Q.    And Chester, Vermont, is
11   actually quite close to all of the mines
12   that we're talking about here with
13   Johnson & Johnson, right?
14           A.    Yes.  That Carleton Quarry
15   is near Chester as well.  So I think they
16   might be referring to the same deposit
17   there.
18           Q.    So in your report, you
19   actually take issue with something that
20   Van Gosen says about there being
21   amphibole asbestos in Southern Vermont,
22   right?
23           A.    No, I don't take issue with
24   that.  I take issue with the

Page 294

1    misinterpretation that needle-like

2    fibrous actinolites that can puncture

3    your hand would be consistent with

4    actual, like, asbestiform actinolite.

5    There's issues with that morphological

6    leap of somebody referencing needles that

7    can penetrate your finger to actual

8    actinolite asbestos.

9              The other thing that's

10   interesting is when you actually get into

11   the Veblen and Burnham papers describing

12   the biopyriboles reactions at Chester and

13   the black wall materials that they

14   collected, they do not describe those

15   materials as fibrous amphiboles.  They

16   describe them as fibrous biopyriboles.

17   Further, they describe that the fibrous

18   nature's due to the alteration to the

19   different phases.  It's not an

20   asbestiform growth habit.  They're clear

21   on that in their 1993 paper as well.

22              So I'm only taking issue

23   with his -- with the characterization

24   that the language used in the Veblen

Page 295

1    Burnham, they don't use that language,
2    which we've asked him about and he did
3    correct via e-mail that he was incorrect
4    to call them amphiboles.  He should have
5    used the term biopyriboles.  And then the
6    idea that needle-like crystals that could
7    penetrate your fingers and are rigid like
8    that are consistent with what we
9    understand as amphibole asbestos.
10           Q.    So Zodac in 1940 who
11   actually observed these rocks observed
12   them in the dumps near a talc quarry,
13   right?
14           A.    That particular quarry, yes.
15           Q.    And he characterized them as
16   fibrous actinolite, correct?
17           A.    Radiating masses of fibrous
18   actinolite, yes.
19           Q.    Right.  And you would agree
20   that just by pure description, that
21   describes asbestos, true?
22           A.    If you look -- again, get
23   back -- if you get back into the actual
24   nomenclature, the term -- the term

Page 296

1    fibrous is historically used in the

2    geological literature to describe

3    something that appears to be composed of

4    fibers.  The term asbestiform deals with

5    the material that is actually made of

6    fibers that are separable.  So that's an

7    important distinction on how the minerals

8    behave, how they break, what the

9    dimensions look like.

10              There's clear -- there's

11   clear statements that I think I cite in

12   my report to the idea that just because

13   things are called fibrous does not mean

14   that they are asbestiform.  Those are not

15   equivalent terms.  So to make that leap

16   is scientifically inaccurate.

17        Q.    Well, certainly you agree

18   with me that Zodac was the one who

19   observed these fibrous actinolite

20   deposits, right?

21        A.    That were needle-like and

22   punctured his fingers, correct.

23        Q.    Right.  And they were in

24   dumps near the talc quarry, right?

Page 297

1           A.    Yes.

2           Q.    And you don't know whether

3     that was asbestos or not because you

4     didn't have an opportunity to test that.

5     All you know is what Zodac reported,

6     correct?

7           A.    I know that if I'm dealing

8     with amphibole asbestos, it doesn't

9     create needles that can puncture my

10    fingers.  That seems to not be describing

11    an asbestiform occurrence.

12              Further, most asbestos forms

13    as either cross-fibers or slip fibers

14    within veins within rocks where you get a

15    stress field that forces the fibers to

16    grow in a single dimension.

17              Radiating masses --

18    actinolite, the name implies, like,

19    star-like.  It is very common for

20    actinolite to form in radiating crystals.

21    That does not mean that those long

22    thin -- those long needle-like crystals

23    that are formed in radiating patterns, as

24    described here, is asbestos.

Page 298

1              You can find many

2    occurrences in the literature of

3    actinolite being described as being

4    formed in these radial patterns.  Those

5    are not -- those are not the same as

6    actinolite asbestos, and it's a leap to

7    make that connection.

8         Q.    One way or the other, you

9    don't know whether what he was talking

10   about was asbestos because you haven't

11   tested it.  That's what I'm asking you.

12             You haven't tested the thing

13   that Zodac observed, right?

14        A.    Not the specific particles

15   he would have observed, but I have tested

16   amphiboles from the black wall at

17   Argonaut which were needle-like, but were

18   not asbestiform.  So I've tested

19   amphiboles.  I have evaluated amphiboles

20   in the black walls from Argonaut and they

21   were not asbestiform, but they could have

22   been described as Zodac described here

23   accurately without being an error.

24        Q.    Your conversation with Van

Page 299

1    Gosen, when did that happen?

2         A.    It was an e-mail

3    communication between Mickey Gunter and

4    Brad Van Gosen back in like -- ten years

5    ago maybe, maybe a little longer as some

6    of these -- as we're looking at some of

7    these issues.

8         Q.    Okay.  And did you actually

9    talk to Mr. Van Gosen or was it just

10   Mickey Gunter?

11        A.    Mickey Gunter sent an e-mail

12   to him asking for a clarification on that

13   term and he agreed that he misstated

14   what the -- what the document -- what

15   his -- what the publication of Veblen and

16   Burnham actually said.

17        Q.    Okay.  Were you copied on

18   the e-mail?

19        A.    I don't believe so.

20        Q.    Have you produced the e-mail

21   to us in this litigation?

22        A.    I know it's been produced in

23   the past.  Whether it's been produced to

24   you personally I can't speak to.

Page 300

1             Q.    Do you know if it's been

2     produced in the multidistrict litigation?

3             A.    I -- I wouldn't know without

4     checking.  I believe it's part of my

5     reliance materials, but I'd have to --

6     we'd have to verify whether that's -- I

7     believe you said earlier that all of that

8     was produced to you prior to the

9     deposition.

10            Q.    Yeah.  I honestly haven't

11     looked for it.  I'm just asking you if

12     you know?

13            A.    I believe it's in there.

14            Q.    Okay.  And when Mickey

15     Gunter reached out to Van Gosen, he did

16     so as a paid expert for Johnson &

17     Johnson?

18            A.    No.  This was before either

19     of us -- I don't even -- I can't speak

20     to -- I can't speak to him at that time.

21     I don't know.  I only remember working on

22     one project with Mickey Gunter and

23     Johnson & Johnson and it was -- it was

24     years after that e-mail existed.

Page 301

1          Q.    What was the context of him
2     sending that email to Mickey Gunter?
3               He was obviously working as
4     a litigation consultant for someone,
5     right?
6          A.    Not necessarily.  You'd have
7     to ask -- I don't know.  I don't know the
8     impetus of why he would have sent that
9     e-mail other than -- he may have just
10     simply reviewed the document, checked the
11     reference and the reference didn't say
12     what Van Gosen reported it said and he
13     wanted that -- he wanted to get that
14     corrected.
15          Q.    Well, one way or the other,
16     if I wanted to know the details of that
17     e-mail communication, I would have to --
18     what I hear you telling me is I'd have to
19     ask Mickey Gunter, right?  You don't
20     remember one way or the other?
21          A.    It's been too long.  The
22     e-mail -- the e-mail communication my
23     recollection is pretty clear.  Mickey
24     states what the purpose of the e-mail is,

Page 302

1    this phrase, the actual phrase in this

2    paper, and then I think Mickey also put

3    the exact -- the phrases from the Veblen

4    and Burnham paper and asked Van Gosen to

5    clarify and Van Gosen agrees that he

6    should have -- he should have stated

7    fibrous biopyriboles, not fibrous

8    amphiboles as stated by Veblen and

9    Burnham.

10        Q.    And biopyriboles are a

11   transitional mineral that's somewhere in

12   between an amphibole and talc; is that

13   right?

14        A.    No.  I -- no.  That's not --

15   that's not accurate.  They are -- so if

16   you're going to turn an amphibole into

17   talc to a -- whether it's a prograde or

18   retrograde metamorphic process or whether

19   it's through some type of hydrothermal

20   alteration, that's a -- that's a chemical

21   reaction in the solid state.  As the

22   mineral -- as those minerals react,

23   depending on pressure and temperatures,

24   other phases -- other minerals that

Page 303

1    aren't amphibole or even talc can -- can

2    then form and be -- and co-exist.

3              So it's dealing with mineral

4    reactions in the solid state that have --

5    that have either not gone to completion

6    or they've reached -- they've reached a

7    point of equilibrium where multiple

8    phases would exist in what originally was

9    a -- was a single mineral entity.

10         Q.    Look with me in the

11   discussion section of Van Gosen's article

12   starting on page 935.

13             And the very first paragraph

14   next to the last sentence Van Gosen

15   concludes, in contrast, talc ores that

16   form by contact or regional metamorphism

17   are consistently intermixed with

18   amphiboles, sometimes of the asbestos

19   variety.

20             Based on your testimony so

21   far today, you agree that's a true

22   statement?

23         A.    I think it's important to

24   put this into context of his -- of his

Page 304

1    study itself.  So what Van Gosen studied,

2    for example, the -- sorry.  I'm looking

3    to make sure I get the same language he

4    uses.

5                 Yeah.  So this idea that

6    primary talc forming geological

7    environment and then the amphibole

8    content, but he -- but he -- his basis of

9    his statements here are based on those

10   talc deposits that he had looked at.  So

11   he had looked at certain Death Valley

12   talc deposits and found amphiboles and

13   amphibole asbestos, and I think he says

14   in those -- in those papers locally,

15   meaning in specific areas that they

16   sampled they found amphibole asbestos.

17   Wasn't necessarily disseminated

18   throughout.

19                 So his statements are based

20   upon those deposits he looked at.  I

21   don't know if these statements would hold

22   true if you go beyond these deposits.

23                 So what I'm trying to say

24   here is, for example, Van Gosen looked at

Page 305

1    North Carolina talc deposits, but he only

2    looked at one that was associated with

3    this Day Book dunite.  There are other

4    North Carolina talc deposits that he

5    doesn't mention at all.  So he doesn't

6    take those into consideration as part of

7    his evaluation.

8                So based on the data that he

9    presents here, the specific deposits that

10   he looked at, that's where he's drawing

11   those conclusions from.  Once you go

12   beyond that, some of his conclusions may

13   not be -- may not be appropriate.

14          Q.    Well, certainly you would

15   agree that this is a peer-reviewed

16   publication, right?

17          A.    Yeah.  And again, in the

18   context of his -- of what he's looked at

19   here, you know, that is true, but again,

20   you start bringing in other talc deposits

21   other parts of the world, some of these

22   general statements he makes and

23   conclusions unlikely will -- will be true

24   when other data is examined.

Page 306

1          So his conclusions are based
2    upon what he's looking at here and that's
3    important to just recognize with any
4    study, the limitations of the dataset.
5          Q.    Okay.  So he looked at
6    Southern Vermont talc deposits, right?
7          A.    He did.
8          Q.    And so his statement in the
9    discussion that we just read would apply
10   to Southern Vermont talc deposits at
11   least?
12         A.    I'm aware those statements
13   are accurately represented, yes.
14         Q.    Look with me at the next
15   page, page 936, about one-third of the
16   way down the page beginning with
17   amphiboles right there.
18              Amphiboles are ubiquitous in
19   talc deposits formed by regional
20   metamorphism most commonly as
21   anthophyllite and tremolite, actinolite
22   series minerals.
23              That's a true statement as
24   well, correct?

Page 307

1          A.    No.   Again, it's true within

2     the context of what he looked at here,

3     but when he's talking about these

4     regional metamorphic environments, the

5     main example he has to work with is the

6     upstate Gouverneur deposits.  So in those

7     deposits you do find anthophyllite and

8     you do find tremolite, but that doesn't

9     mean that other talc deposits that are

10    formed by regional metamorphism will be

11    exactly the same as those.

12               Even within -- even

13    within -- even if in Vermont, the study

14    by Sanford clearly shows as you increase

15    northward through the State of Vermont,

16    the regional metamorphic grade decreases.

17    And if you look at that study, at

18    different locations where he's analyzing

19    these -- these very -- these narrow rinds

20    of talc and country rock, black wall and

21    the serpentinites, depending on where you

22    are geographically represents different

23    pressure temperature conditions during

24    the regional metamorphism and you

Page 308

1    actually get different minerals occurring

2    and even different amphibole minerals

3    occurring.  So some of the statements

4    here are true within the dataset that Van

5    Gosen may have been looking at, but to

6    take them as general statements true

7    everywhere would be -- is not -- would

8    not -- that would not be a sound

9    scientific approach.

10        Q.    Dr. Sanchez, do you agree

11   that the sentence I read is true within

12   the dataset that he looked at?

13        A.    Yes.

14        Q.    The next sentence says, the

15   crystal habits of the amphiboles are

16   quite variable in these metamorphic talc

17   deposits commonly ranging from blocky to

18   prismatic to acicular to asbestiform

19   within a single outcrop.

20             Did I read that correctly?

21        A.    You did, and the data that

22   he bases --

23        Q.    I mean, let me -- thank you

24   for the answer.  Let me follow up.

Page 309

1          A.    I agree there, but it is
2     true within the examples that he provides
3     within his paper that were part of his
4     dataset that he was drawing his
5     conclusions from.
6          Q.    All right.  Lower down it
7     talks about -- about two-thirds of the
8     way it says, in contrast, the black wall
9     deposits in Vermont.  Give me a second to
10    get there.
11               Right -- do you see it?  Can
12    you see that, Dr. Sanchez?
13          A.    I do.
14          Q.    In contrast, the black wall
15    deposits in Vermont which form by
16    regional metamorphism and metasomatism of
17    ultramafic -- I messed that up again --
18    rocks are zone deposits in which some of
19    the talc intervals up to a few meters
20    thick are often of high purity.  The
21    adjacent rock sequence can contain
22    actinolite, tremolite, anthophyllite
23    and/or cummingtonite locally occurring in
24    fibrous habitats.

Page 310

1                    Did I read that correctly?

2          A.    Again, it's habits, not

3    habitats, but yes.

4          Q.    Sorry.  I keep saying that.

5                    Okay.  And that would apply

6    to the dataset he looked at.  That would

7    be true as to the dataset he looked at?

8          A.    Yes, or his interpretation

9    of his dataset, yes.

10         Q.    The next sentence says, the

11   examples from New York and Vermont as

12   well as the talc districts in Georgia,

13   Alabama and Texas, described earlier,

14   demonstrate that talc deposits formed by

15   regional metamorphism are consistently

16   associated with amphiboles, sometimes

17   with asbestiform habits, but their

18   amphibole distribution is variable and

19   deserves site-specific geologic

20   examination and sampling.

21                    Is that a true statement

22   with regard to the dataset that he looked

23   at?

24         A.    It is, and I think that

Page 311

1    is -- that is a general principle that

2    should be applied everywhere, that the

3    idea of regardless of the formation

4    conditions, what you suspect may be

5    there, if you really want to know, you

6    need to go and evaluate it in some manner

7    that would be appropriate to answering

8    the question.

9            Q.    And earlier when we were

10   looking at a document from 1973, you

11   testified that prior to that time period,

12   Johnson & Johnson was not using

13   magnification or optical microscopy to

14   test its talcum powder, correct?

15            MR. HYNES:   Misstates

16        testimony.

17            THE WITNESS:   You're

18        referring to the document that

19        describes the need to not just --

20        not just -- I think they put it as

21        the clean mine approach.

22   BY MR. OLIVER:

23            Q.    That's right.

24            A.    Yeah, I think they were

Page 312

1      talking about needing to -- needing to do

2      more than just -- than just their belief

3      that the mine source is clean.

4              Q.    Right.  And so when they

5      were using the Italian talc mine, they

6      were just working off of their belief

7      that the mine source was clean?

8              A.    Again, I don't know the

9      basis of their knowledge of why they

10     believed it was clean.  So I don't want

11     to give the impression that they just

12     somehow magically or without any thought

13     or any evaluation assumed it was clean.

14     I don't know the processes they would

15     have gone through to have that

16     understanding, but again, that's speaking

17     to issues that I can't -- I can't speak

18     to the mines and corporate behavior.  I

19     don't -- I don't know -- I don't know

20     that information.

21                  MR. OLIVER:  Madam Court

22           Reporter, can you tell me how much

23           time we have?

24                  (Discussion held off the

Page 313

1              record.)

2       BY MR. OLIVER:

3              Q.    Dr. Sanchez, in your report

4       and your -- actually, I'm going to go one

5       additional document.  I'm not finding

6       this one.

7                    Dr. Sanchez, I'm going to

8       ask you some questions about your

9       definition of how to determine if

10      something has an asbestiform habit, but

11      before I do that, I'd like to introduce

12      exhibit -- Plaintiffs' Exhibit 21 which

13      is a memo with an Imerys Bates stamp on

14      it.  It should say 92 Luzenac memo.

15                   You may not have this, Dr.

16      Sanchez.  If you don't see it, then we'll

17      just have to refer to the one on the

18      screen.

19             A.    What was the -- what should

20      the tab on the file be?

21             Q.    It should say something

22      about Luzenac memo.

23                   MR. HYNES:  I don't think

24             it's in the redweld.

Page 314

1                    MR. OLIVER:  Okay.

2         BY MR. OLIVER:

3              Q.    All right.  So we're just

4         going to have to refer to the document on

5         the screen, Dr. Sanchez.

6                    MR. OLIVER:  Katy, if we can

7              blow that up a little bit so he

8              can see it and I can see it.

9         BY MR. OLIVER:

10             Q.    Okay.  Dr. Sanchez, first of

11        all, if you go all the way down to the

12        bottom of the page on the right, you'll

13        see that this is an Imerys document.

14                   Do you see that Bates label?

15             A.    I do.

16             Q.    Okay.  And do you agree that

17        that Bates label is an indication that

18        this was produced by Imerys?

19             A.    I don't -- I mean I see that

20        there's a Bates stamp with Imerys on it,

21        but I can't go any further than that,

22        it's origin or authenticate it.  I have

23        no idea, but it does have an Imerys Bates

24        stamp.

Page 315

1              Q.    All right.  So look up at
2      the top of this document.  This was a
3      memo from the Luzenac Group.
4                    You see that on the top
5      right, correct?
6              A.    Okay.
7              Q.    You agree with that,
8      correct?
9              A.    It's faded, but it does
10     appear to say Luzenac Group.
11             Q.    And at one point before you
12     were hired by Johnson & Johnson, you were
13     hire by Imerys, right?
14             A.    That's true.
15             Q.    And you know from reviewing
16     the documents from Imerys that Luzenac
17     was the group during this time period
18     that was actually operating the Vermont
19     mines for Johnson & Johnson, among other
20     people, right?
21                   They were selling to Johnson
22     & Johnson and other -- other companies,
23     correct?
24             A.    Yes.

Page 316

1           Q.    Okay.  And the date on this
2     is October 27th, 1992, and it says Ludlow
3     to the left of that date, correct?
4           A.    Okay.
5           Q.    Dr. Sanchez, please don't
6     answer a question by saying okay.  I
7     understand it's just common practice, but
8     you've just got to say yes, I see that, I
9     agree it says that.  You can't say okay
10    because that's somewhat ambiguous as an
11    answer.  Okay?
12              I'm not trying -- it's just
13    like nodding your head, right?  I know --
14          A.    You just said okay to me.
15    I'm sorry.  I'll try not to say okay.
16    Sorry.  You keep saying okay to me, so
17    I'm sorry.
18          Q.    Who's on first.  I got you.
19    It's hard to do.  I understand it's
20    frustrating to go through this construct.
21              Anyway, up at the top it
22    says Ludlow.  You understand that to be a
23    reference to Ludlow, Vermont, right?
24          A.    It appears to be, yes.

Page 317

1            Q.    And the date is October '92,
2      correct?
3            A.    That's correct.
4            Q.    And it says visit of JP
5      Grange to Vermont operations.  That is
6      what is written at the top, right?
7            A.    Yes.
8            Q.    And if you look under the
9      first subject heading, what is the first
10     subject heading?
11           A.    It says ore quality.
12           Q.    And the second paragraph,
13     what does the second paragraph define as
14     the major problem in Vermont?
15           A.    It just says the mining
16     method is the major problem in Vermont.
17     The ore bodies contain a variety of ores
18     with very different qualities.  The ore
19     changes completely on very short
20     distances.  A highly selective mining
21     method must be enforced in order to
22     supply the right ore grade to each end
23     product.
24           Q.    The second -- the next

Page 318

1    paragraph down, what does it identify as

2    the single criterion being used for

3    mining decisions?

4           A.    Well, this states, the cost

5    of mining seems to have been -- seems to

6    have been be the single criterion for

7    mining decisions at the expenses of the

8    quality aspects.  The consequences has

9    been very detrimental to the cost of

10   processing, and there's a handwritten

11   question mark.

12          Q.    And just below it, it

13   identifies the five mines in the

14   operation, right?

15          A.    Okay.  Yes.

16          Q.    Argonaut was a mine that

17   Johnson & Johnson was taking its talc

18   from, correct?

19          A.    Yes.

20          Q.    Rainbow was a mine that

21   Johnson & Johnson was taking its talc

22   from, correct?

23          A.    May have been, yes.

24          Q.    Well, in your report you say

Page 319

1    it was?

2            A.    Again, I just defer to those

3    documents where I believe it was

4    qualified as an ore source, but I don't

5    know if it was ever actually used.

6            Q.    You actually told me that

7    Johnson & Johnson may have also been

8    taking talc from the Black Bear Mine,

9    correct?

10           A.    No, that's not what I said.

11   I said that there were other sources that

12   were labeled as potential like --

13   potentially to be used, but I don't know

14   if they were, and without checking the

15   records, I don't know if Black Bear or

16   Troy would be those.  I'd have to check

17   to see which -- which other mines were

18   referenced as a potential, like,

19   alternative ore source.

20           Q.    Okay.  What about the Hamm

21   Mine, what do you know about that?  Was

22   that ever a Johnson & Johnson source?

23           A.    It's not clear to me.  It

24   could have been, but I've not seen it

Page 320

1    clearly stated that it was.

2             Q.    If you look at the second

3    page of this memo, it says arsenic.

4                  Do you see that?

5             A.    Yes.

6             Q.    It says, arsenic is present

7    in all Vermont ores and the different

8    mineral species, arseno-pyrites,

9    sulfides, et cetera, some are soluble and

10   create problems.  The insoluble are not

11   detected by the J&J tests.

12                 Did I read that correctly?

13            A.    You did.

14            Q.    Were you aware of that issue

15   with arsenic in the Vermont ores that

16   were supplied to J&J?

17            A.    Yes.  The issue is there's

18   a -- as part of the testing that we do

19   for Johnson & Johnson is to check for

20   minerals like arsenic.  There are testing

21   protocols that are mandated for those

22   tests which deal with the -- you use --

23   you use a compound to dissolve potential

24   arsenic bearing minerals out.  Those are

Page 321

1      the soluble phases and then you determine

2      the arsenic from the soluble phases.

3            Q.    And according to this memo

4      from Luzenac, the J&J testing in 1992 did

5      not detect the insoluble arsenic,

6      correct?

7            A.    Even the current USP talc

8      methodology to test for heavy metals I

9      still believe use a solubility test to --

10     to release the arsenic into a form that

11     can then be measured by I think it's AA,

12     atomic absorption spectroscopy, so that

13     that problem -- again, it's an analytical

14     issue; how -- how is the testing being

15     required and what does the testing do and

16     how does it -- and what does it

17     determine.

18           Q.    Look with me at the third

19     page under the heading the ways to a

20     solution.

21           A.    Okay.

22           Q.    It says that J&J is under

23     two contradictory trends.  What are the

24     two contradictory trends that this

Page 322

1          Luzenac memo identifies?

2                    A.      This states, J&J is under

3          two contradictory trends; the new

4          management, profit orientated and

5          strongly motivated to get the two million

6          savings from, quote, 250 talc, unquote.

7          On the other hand, the 30 years of

8          experience of extreme quality concern

9          with Windsor.  We must do our best to

10         flatter the taste of their technicians to

11         play with our plan as if it was their

12         own.  Frighten them with the risk of

13         non-quality with unknown and cheap

14         suppliers and set actual improvements on

15         our production scheme to bring enough

16         price reduction to calm the top

17         management's saving desire.  The talc

18         purchase price is only 11 percent of

19         their turnover.

20                   Q.      When you've pulled your

21         opinions about the quality of the product

22         coming out of Johnson & Johnson's mine,

23         you were not familiar with this document?

24                   A.      No.  I looked at the actual

Page 323

```
 1     testing of the talc, the processes of how
 2     the talc was tested and I tested the talc
 3     myself.
 4          Q.    But you're certainly not in
 5     a position to contradict this memo
 6     statements about J&J's management
 7     priorities in 1992, are you?
 8          A.    I have no knowledge of J&J
 9     business practices, internal corporate
10     decision-making of any nature.
11          Q.    So let's talk about the U.S.
12     Pharmacopeia real quick.  We talked about
13     that a little bit.
14                Now, we'll mark as
15     Plaintiffs' Exhibit 22 -- Dr. Sanchez,
16     I'm sorry.  You don't have a copy of
17     this.  We'll put it on the screen.  This
18     is just something that -- I've been
19     working on this sort of till the last
20     minute, so...
21                Is this an e-mail that you
22     have previously reviewed?
23          A.    I've been shown this e-mail
24     in cross-examination.
```

Page 324

1          Q.    And Ed McCarthy is with Rio
2     Tinto Minerals, correct?
3          A.    At the time of the e-mail,
4     yes.
5          Q.    And Julie Pier is with Rio
6     Tinto Minerals, correct?
7          A.    At the time of the e-mail,
8     yes.
9          Q.    You've reviewed other
10    documents from Julie Pier that relate to
11    asbestos testing and Johnson & Johnson,
12    correct?
13         A.    Very few.  I've seen
14    materials shown to me in my
15    cross-examination, but again, I do not --
16    I've never been shown the full records
17    about any issues that she may or may not
18    raise.
19         Q.    Regardless, from your review
20    of the records in this case, you
21    understand that Rio Tinto Minerals was
22    the ultimate parent company of the mining
23    operation that was supplying Johnson &
24    Johnson in 2011?

Page 325

1           A.    Yes.  I believe they
2    bought -- yes.  Again, the company kept
3    getting sold at different times.  At this
4    time that was the entity.
5           Q.    About -- and this 2011 is
6    about the time you began working with the
7    USP, right?
8           A.    No.
9           Q.    When did you begin working
10   with the USP?
11          A.    Some 2015 or 2016.  I forget
12   the exact year.
13          Q.    I could have sworn you said
14   2011 earlier, but either way, we'll go
15   back and look.
16               At the time in 2011, you
17   were working for RJ Lee?
18          A.    That's correct.
19          Q.    Okay.  Now, about six
20   paragraphs down I have highlighted in red
21   and yellow the problem however is more
22   general than that for us when the USP.
23               First of all, you agree
24   there USP stands for U.S. Pharmacopeia,

Page 326

1    correct?

2            A.    Okay.

3            Q.    Do you agree with that?

4            A.    That -- what was the

5    question?  I'm sorry.  Yeah.  I mean I --

6    the USP, okay.  Yes.

7            Q.    That stands for U.S.

8    Pharmacopeia there, correct?

9            A.    Yes.

10           Q.    And the sentence says, when

11   the USP asked for input on a rewrite of

12   the talc spec, not a single user of talc

13   put someone up.

14                 I read that correctly,

15   right?

16           A.    Okay.  Yes.

17           Q.    Okay.  And USP was writing

18   or rewriting the specifications for talc,

19   right?

20           A.    The first talc expert panel

21   there was a -- the FDA requested that the

22   USP look to update their talc monograph

23   to add more specificity in the testing

24   requirements for asbestos and also to

Page 327

1    evaluate mine sources.  That is the work
2    that the first panel did and they
3    published a stimuli I believe in 2015.
4    It was after that stimuli that the next
5    talc expert panel was convened in order
6    to design the actual -- to update the
7    specificity of the testing.
8            Q.    And were you involved in the
9    second one or the first one?
10           A.    The second one is ongoing,
11   and I have been involved since, I think,
12   2016 in that -- in that work.
13           Q.    Okay.  So Ed McCarthy from
14   Rio Tinto says that for the first go
15   around of this, J&J offered up RJ Lee, an
16   entity closely associated with RT
17   Vanderbilt for the last 20 years of
18   litigation as their representative.
19               Did I read that correctly?
20           A.    You did.
21           Q.    And you agree that RJ Lee
22   had been closely associated with RT
23   Vanderbilt because they testified on RT
24   Vanderbilt's behalf in litigation for

Page 328

1    many years?

2           A.    I know that other

3    individuals at RJ Lee Group have done

4    work for RT Vanderbilt in the past, but I

5    don't -- I don't know if this is an

6    accurate representation from Ed McCarthy

7    of what that work is.  I've not -- I was

8    not involved with that work.

9           Q.    Well, Mr. McCarthy goes on

10   to say one of the words that are used to

11   describe RJ Lee in respected science

12   circles starts with W.

13               Did I read that correctly?

14          A.    You did.

15          Q.    And what -- what do you

16   interpret W to mean there?  What word is

17   he referring to?

18          A.    I'd only be guessing.

19          Q.    Well, why don't you give it

20   your best guess?

21          A.    Might be whore, but I think

22   that is a very unfair characterization of

23   the work that I do at RJ Lee Group.

24          Q.    The reason that Ed McCarthy

Page 329

1    would say something like that is because
2    there's an implication that RJ Lee will
3    simply do whatever its clients ask it to
4    do for money.
5                Is that a fair
6    interpretation of what Mr. McCarthy is
7    insinuating?
8           A.    No.
9                MR. HYNES:  Form.
10               THE WITNESS:  I think you
11          need to ask Mr. McCarthy what he
12          means by that term.  I've never
13          met Mr. McCarthy.  I've never done
14          work for Mr. McCarthy.  I have no
15          knowledge of the basis of why he
16          would say such a -- if that's the
17          word he meant to use, why he would
18          say such a -- such a coarse word
19          to describe individuals or a whole
20          company as a whole.
21    BY MR. OLIVER:
22          Q.    Flipping to the next page,
23    first full paragraph of the next page,
24    there's a sentence that begins, in the

Page 330

1    case of the USP rewrite, we need to make

2    clear to J&J that RJ Lee is not the type

3    of organization we have comfort with on a

4    fundamental ethical basis and their

5    association with RT Vanderbilt in the

6    scientific and legal sphere renders them

7    incapable of doing anything but damage to

8    the reputation of talc in the public

9    trust.

10                Did I read that correctly?

11       A.    You did.

12       Q.    Do you think that's a fair

13    characterization by Mr. McCarthy?

14       A.    What?

15       Q.    What he just -- what is

16    written there, what I just read, is that

17    a fair statement by Mr. McCarthy?

18       A.    Not in my experience with RJ

19    Lee Group.  Not at all.

20       Q.    Have you gone out and asked

21    anybody in the respected scientific

22    circles what they think about RJ Lee's

23    work for industry?

24       A.    Who would those circles be,

Page 331

1     sir?

2          Q.    Well, you're in the

3     industry.  I don't -- I don't know.

4     You're the industry guy.  If you can't

5     name them, I can't help you there.  I'm

6     asking you the questions.

7          A.    I've worked for RJ Lee Group

8     since the year 2007.  I've never been

9     pressured or asked to do anything by RJ

10    Lee Group that would compromise the data

11    and the reality of what are in samples.

12    I've never been pressured by industry to

13    change my results to something that they

14    wanted.  We do not do that in my

15    experience at RJ Lee Group and my --

16    again, I can only speak to my experience

17    and the projects I've worked on over the

18    years and the projects that I lead.

19    These are not fair characterizations of

20    myself and my colleagues at RJ Lee Group

21    that I've worked with over that time

22    frame.  I do not know the basis for Mr.

23    McCarthy's statements as such.  The

24    scientific circles that I work with and

Page 332

1    work within, they actually come to RJ Lee

2    Group because of our reputation as being

3    a laboratory that will defend their

4    results, a laboratory that is capable of

5    proper mineral identification, and very

6    capable of it with very sophisticated

7    state-of-the-art instrumentation to do

8    such work.

9            Q.    In 2018 you're aware that

10   the FDA asked Johnson & Johnson to

11   recommend some scientists that it could

12   rely on for identifying asbestos in talc,

13   right?  You're aware of that?

14           A.    I don't believe I am.

15           Q.    You didn't know that in 2018

16   the FDA asked J&J to make some

17   recommendations of scientists that could

18   do testing for asbestos in talc?

19           A.    I'm not aware of that.

20           Q.    Okay.  Well, one of the

21   names that J&J suggested was RJ Lee, and

22   I believe it was your name.

23                 Did you know that?

24           A.    No.

Page 333

1             Q.    Okay.   One of the names that
2       J&J suggested was a man named Andre
3       Saldibar (ph) from A&A Labs.
4                    You do know that name,
5       right?
6             A.    I know who he is, yes.
7             Q.    Okay.   And he ultimately did
8       the 2019 testing that identified
9       chrysotile asbestos in Johnson's baby
10      powder, right?
11            A.    Yes.   A&A has been doing
12      testing on that FDA monitoring program
13      for cosmetic talcs.   Their first -- their
14      first testing I think came out in about
15      2011.   I think he's always -- he's been
16      their -- the sole lab that have been
17      testing those, at least for the results
18      that they've published.
19            Q.    Well, the FDA certainly
20      hasn't hired you to do their asbestos
21      testing, right?   They hired Mr. Saldibar?
22            A.    That's what I stated.   Mr.
23      Saldibar of A&A has been conducting that
24      testing for the FDA well before 2018, but

Page 334

1    I'm just -- I'm just stating what I know
2    about Mr. Saldibar.
3            Q.    Has the FDA ever hired you,
4    Dr. Sanchez, to do any asbestos testing
5    at all?
6            A.    Not the FDA, no.
7            Q.    Dr. Sanchez, let's switch
8    gears here a little bit.
9                One of your major opinions
10   that you offer with -- well, first of
11   all, in these cases you reviewed the
12   testing and the testing results of Dr.
13   Longo and Rigger, correct?
14           A.    They're one and the same,
15   but yes, as far as their results, but
16   yes.
17           Q.    The results -- the results
18   themselves are one and the same, right,
19   not the people?
20           A.    Well, the people are
21   different, but they're relying upon the
22   same datasets for their opinions.  They
23   were all conducted at --
24           Q.    Fair enough.  Fair enough.

Page 335

1                    And my first question is, do

2      you agree that in some of the baby powder

3      in rail car samples that Drs. Longo and

4      Rigger found the mineral tremolite?

5                    You agree with that in some

6      instances, correct?

7             A.    Yes, there is some amphibole

8      in the talcs that are being derived from

9      Vermont.

10            Q.    Okay.  And you agree that

11     those amphibole fragments meet the

12     federally mandated counting rules for

13     identification of asbestos, correct?

14                    MR. HYNES:  Form.

15                    THE WITNESS:  No, they do

16            not.

17     BY MR. OLIVER:

18            Q.    And maybe that's where our

19     disagreement is.

20                    So your opinion is that in

21     order to truly be counted as asbestos or

22     an asbestos fiber or an asbestos bundle,

23     what you find in baby powder bottles must

24     have grown in an asbestiform habit, fair

Page 336

1     enough?

2               A.     That is the definition of

3     asbestos used by the regulatory agency

4     and in the methodologies that are

5     promulgated by the regulatory agencies

6     for the detection of asbestos in bulk

7     materials, you are required to make that

8     determination according to the methods.

9     The counting criteria only come into play

10    once asbestos had been established

11    present in an environment and you are

12    doing air clearance monitoring or

13    exposure assessment monitoring, but that

14    is after the presence of asbestos has

15    been established through both testing

16    means.

17              Q.     Dr. Sanchez, can you just

18    walk -- well, first of all, let me start

19    out do you believe there's an aspect

20    ratio?  I hear 3 to 1, 5 to 1, 10 to 1,

21    20 to 1.

22                    What is your aspect ratio

23    that you require for the identification

24    of an asbestos fiber, the one you rely

Page 337

1    on?

2                I'm not saying you made it

3    up, but whoever you rely on, what is the

4    aspect ration you rely on?

5            A.    You do not use an aspect

6    ratio criteria cutoff to say whether a

7    single particle is asbestos or not.  It

8    cannot do that reliably.  What you do is

9    you have to use -- the only way to do it

10   reliably is to look at the population

11   characteristics that are outlined and

12   detailed in the OSHA methodologies, with

13   the EPA methodologies, in the ISO

14   methodologies for the determination of

15   asbestos.  I use those definitions in

16   assessing whether or not asbestos is

17   present.

18           Q.    Now, what do you mean when

19   you say population characteristics?

20           A.    They're spelled out in

21   the -- in the test reports.  So the

22   generally accepted testing report,

23   testing methodology like an ISO 22262-1,

24   it requires morphological confirmation

Page 338

1    that what you're seeing in a sample is
2    asbestiform in order for it to be
3    asbestos.  They then define what they
4    mean analytically by the term asbestiform
5    having various characteristics, and you
6    need to see those characteristics in the
7    particles in order to conclude that you
8    do have asbestos.
9         Q.    So talc when it's -- when
10   it's processed for use in cosmetic
11   powder, as we discussed earlier, is
12   ground up, correct?
13        A.    The final product is ground,
14   yes.
15        Q.    And you understand that if
16   there were, for example, a 20 to 1 aspect
17   ratio tremolite asbestos fiber and it
18   were put through the grinding process,
19   it's very likely that it's no longer
20   going to be a 20 to 1 aspect ratio once
21   the grinding process is done, correct?
22        A.    That's why you don't use a
23   simple aspect ratio for the
24   determination.

Page 339

1          Q.    When you're looking at a

2    particle that's a 5 to 1 aspect ratio

3    greater than 5 microns in length, when

4    you're looking at that particle and it

5    came from a bottle of Johnson's baby

6    powder, how do you determine that it was

7    in an asbestiform habit, that it grew in

8    an asbestiform habit?

9               What are the things that you

10   measure to make that determination?

11         A.    I observe the morphology as

12   required and spelled out in the

13   methodology.  If you have an asbestiform

14   component of an amphibole or serpentine

15   mineral, it will have various -- it will

16   have various morphological properties

17   that are recognizable even after

18   grinding.  To that point, if you look at

19   the USP work we recently published and

20   put forward, we actually ground amphibole

21   and amphibole asbestos with the talc to

22   simulate that process.  The asbestiform

23   characteristics of the amphibole asbestos

24   that was used were still recognizable

Page 340

1    even after grinding following that

2    methodology showing that the generally

3    recognized procedures to do that in the

4    methods that are already promulgated and

5    accepted reliably make those distinctions

6    when you look at it as from the

7    population perspective.  Since no single

8    particle will exhibit all attributes of a

9    population, it's very difficult to do it

10   on a single particle.  You need to look

11   at multiple particles.  The bigger the

12   particle, the more likely you are to see

13   those telltale features, the bundle

14   characteristics in that material, but you

15   evaluate that as stated and as described

16   in the methods.

17           Q.    What are you reading from?

18           A.    I'm not reading anything,

19   sir.

20           Q.    You're not -- you're not

21   reading -- I'm sorry.  I thought you were

22   reading from something.  I just -- you

23   were looking down at something.  I'm

24   almost positive you were reading from

Page 341

1    something.  Okay.

2            A.    I'm just twiddling my

3    fingers.  Sorry.

4            Q.    Okay.  Great.

5                  So list for me each of the

6    things that you're looking for when you

7    look at one of these particles.  Like

8    each -- one, two, three, what are they?

9            A.    You observe the morphology.

10   You look to see if the morphology has

11   bundle characteristics; splayed ends,

12   split ends, what are the type of aspect

13   ratios of the particles, excluding the

14   bundles.  Asbestos has a unique

15   morphology.  You look for those features

16   as spelled out in the testing

17   methodologies.  If you aren't seeing

18   those types of features, you're not

19   dealing with amphibole asbestos.

20                  Further, if you go back to

21   the Campbell papers, those are referenced

22   heavily in the methodologies for

23   terminology as well as used by OSHA

24   directly to make the determination

Page 342

1    whether things are asbestiform or not.
2    They also spell out similar
3    characteristics, true bundles,
4    splittings, the individual fibers having
5    high-aspect ratios, things of that
6    nature.
7            Q.    Well, the individual fibers
8    we've already determined would not in
9    this instance have high-aspect ratios
10   because they've been ground, correct?
11           MR. HYNES:  Misstates
12       testimony.
13   BY MR. OLIVER:
14           Q.    It's probably a lot less
15   likely with a product like baby powder,
16   right?
17           MR. HYNES:  Misstates
18       testimony.
19           MR. OLIVER:  Can we -- I
20       want the record to reflect that
21       when I ask a question, the witness
22       is rolling his eyes and looking
23       over to the side.  This has been
24       happening the whole deposition.  I

Page 343

1              mean, I've been very patient and

2              I'm going to keep being patient,

3              but it's just rude.  Can we not do

4              that --

5                   MR. HYNES:  I disagree.

6                   MR. OLIVER:  -- to each

7              question?

8                   THE WITNESS:  What was the

9              question?

10   BY MR. OLIVER:

11              Q.   We've already established --

12   you listed high-aspect ratio as one thing

13   you would like to confirm, right, but in

14   a product like talc, you can't -- my

15   question was:  In a product like talc,

16   you can't rely on a high-aspect ratio

17   because it's been ground up and studies

18   show that the grinding will decrease the

19   aspect ratio.

20                   That's a true statement,

21   isn't it?

22                   MR. HYNES:  Mischaracterizes

23          testimony.

24                   THE WITNESS:  You're

Page 344

1          referring to one study by Payne

2          where the aspect ratios upon the

3          grinding of the specimens that

4          they had did reduce aspect ratio.

5          However, as I stated earlier,

6          there are many studies that show

7          grinding effects of -- on asbestos

8          and on non-asbestos amphiboles.

9          While there may be in individual

10         cases of particles some reduction

11         of aspect ratio, it does not

12         destroy the characteristics of

13         asbestos.  So, for instance, we --

14         in the USP talc work, we wanted to

15         address that issue to make sure

16         that that statement was -- would

17         not -- like if you had a ground

18         talc, that it would not affect our

19         ability to detect asbestos on the

20         backside, meaning after it had

21         been ground.  So we tested that.

22         We put in tremolite asbestos into

23         a talc sample and ground it much

24         more vigorously than would be

Page 345

1              ground for a body powder.  We took

2              it to the extreme.  We were still

3              able to detect and recognize the

4              asbestiform features as described

5              in the analytical testing

6              methodologies that I rely upon.

7    BY MR. OLIVER:

8              Q.    So you could still observe

9    splayed ends?

10             A.    Yes.  It does not --

11   grinding does not destroy the asbestiform

12   habit.  You will still -- if it is

13   present, you will still see those

14   features.  It does not affect it to a

15   great enough degree to destroy those

16   features.  We showed that and it's

17   been --

18             Q.    We're getting somewhere.

19   We're getting somewhere.  If you stop

20   giving -- just answer my question.

21                  You're saying grinding does

22   not destroy splayed ends.  That's a true

23   statement according to you, right?

24             A.    That's correct.  You do

Page 346

1    not -- again, I'm answering your

2    question.

3           Q.    I understand.  I understand,

4    but you're going on and on.  I just need

5    a yes because I want to know the next

6    thing it doesn't destroy is and you're

7    going to talk for ten minutes and wasting

8    my time.

9                So what other --

10          A.    Let me finish my answer.

11   You didn't let me finish.

12          Q.    Go ahead, Dr. Sanchez.  Go

13   ahead.

14          A.    Grinding asbestos does not

15   destroy the features that are

16   recognize -- that remain viable to

17   recognize whether you're dealing with

18   asbestos in a sample.  Of course grinding

19   something will change -- will change it

20   to some degree, but the issue is does it

21   change it enough not to be able to

22   recognize it anymore, and study after

23   study has tested that proposition and the

24   facts of the matter are, even if you

Page 347

1    grind asbestos with talc, even beyond --
2    even with more vigorous action than would
3    be found in a body powder, you are --
4    those telltale asbestiform
5    characteristics still occurring in
6    bundles, seeing splayed ends, seeing some
7    curvature, long thin particles, very
8    high-aspect ratio, all of those features
9    still exist in those samples.  It does
10   not destroy your ability to recognize it.
11        Q.    So you listed splayed ends,
12   curvature.  Did you list tensile
13   strength?
14        A.    Curvature is a manifestation
15   of textile -- of tensile strength.
16        Q.    So it does or is it really
17   the same thing?
18        A.    Particles that are flexible
19   have high tensile strength by definition.
20   That's what it means.  So the ability to
21   still see those features is evidence of
22   that -- of that high tensile strength of
23   the mineralization.
24        Q.    Would those -- would those

Page 348

1      aspects of asbestiform particles also
2      apply to chrysotile fibers?
3             A.    More so.  Chrysotile is --
4      is much harder to break up and to destroy
5      the asbestiform characteristics.
6      Furthermore -- let me finish.
7                   The issue doesn't exist to
8      the same extent as the arguments for the
9      amphiboles because analytically with TEM
10     and selected area electron defraction --
11     the electron defraction patterns of
12     chrysotile are unique to chrysotile.  So
13     the electron defraction pattern is enough
14     to identify chrysotile because it is a
15     unique -- it is unique to it regardless
16     of fiber length, regardless of how it was
17     processed.
18            Q.    Okay.  So if you have a
19     fiber and you -- it's a five micron fiber
20     and you don't see splayed ends and you
21     don't see any curvature, does it end
22     there or are you looking for something
23     else?
24            A.    If you're talking about a

Page 349

1    single particle with how you described

2    it, you would not -- if that's all the

3    information you have, you couldn't

4    conclude one way or the other whether it

5    was asbestos or whether it was not.

6           Q.    Well -- and I'm sorry.  I

7    asked an incomplete hypothetical.

8                 If you have a particle, it's

9    five microns long, it has an aspect ratio

10   of 5 to 1 and it's a confirmed amphibole,

11   it's a confirmed amphibole, in other

12   words, you and I agree that it's an

13   amphibole, okay, if you don't find

14   curvature and you don't find splayed

15   ends, with all that information, what's

16   the next thing you're going to look for

17   to try to confirm an asbestiform habit?

18          A.    I go look for more

19   particles.  I would not -- you wouldn't

20   be able to say one way or the -- either

21   based on the information.  You need more

22   information, more particles.  You need to

23   look again.  The methods require looking

24   at populations of particles, and so to do

Page 350

1    that you look at as many particles you

2    can find that you analyze and looking for

3    those telltale identification,

4    morphological features that are unique to

5    asbestos in order to identify.

6         Q.    Okay.  So in a bottle of

7    baby powder, when you're trying to look

8    for quote/unquote populations -- first of

9    all, you would think that you have to

10   look at populations every time; is that

11   fair?

12        A.    Well, as you analyze the

13   sample, you're looking at populations of

14   particles.  You're looking in the

15   microscope at thousands and thousands and

16   thousands of microscopic particles.

17   You're observing populations of particles

18   the whole time.  What you're looking for

19   are there amphibole or serpentine

20   minerals within that powder that have

21   morphological characteristics of

22   asbestos.

23        Q.    Okay.  So in a bottle of

24   baby powder that you test and you find a

Page 351

1    tremolite particle that meets the
2    counting criteria, you know it's
3    tremolite, it doesn't have splayed ends
4    and it doesn't have curvature, the only
5    thing you believe you can do to confirm
6    that it is asbestos or asbestiform is
7    find another particle from that same
8    bottle that does have those
9    characteristics?  Is that what you're
10   saying?
11           A.    You misstated what I said
12   greatly.
13           Q.    Well, I'm not trying to
14   misstate what you said.  I'm trying to
15   figure it out.
16           A.    First and foremost, the
17   analytical methodologies for the
18   determination of asbestos do not -- do
19   not rely upon the use of a counting
20   criteria.  If you look at the EPA R93, if
21   you look at ISO 22262, if you look at the
22   OSHA documents, nowhere does it say to go
23   in there and count 3 to 1 aspect ratio
24   particles and call them asbestos.  They

Page 352

1    do define fibers as 3 to 1, but fiber

2    could be anything.  That term is not

3    specific to asbestos.

4                Now, the methods require you

5    to make -- to analyze the samples, a

6    minimum amount of material to be

7    analyzed, and then if you -- and based on

8    what you see, you draw your conclusions.

9    If -- this is what I do.  If I don't have

10   enough data at the end of the analysis

11   that I'm not confident -- let's say I saw

12   an amphibole.  If I wasn't confident

13   whether or not it was asbestos or whether

14   it was a non-asbestos amphibole, I would

15   look at the sample more.  I would do more

16   work until I was confident that I knew

17   what the morphological habit or habits of

18   the amphiboles that were present in that

19   sample.  I don't want to -- I don't want

20   to be in the world of ambiguity looking

21   at the hypothetical one -- one fiber

22   problem that I'm always proposed with by

23   plaintiff attorneys.

24                Q.    Well -- but -- and I'm

Page 353

1    not -- that's not fair.  I mean, I'm not

2    trying to denigrate you or act like

3    you're some kind of jerk or something.

4    I'm simply -- in this testing, we all

5    know that most of the time there are not

6    a lot of fibers found even when they're

7    confirmed, even in instances where you

8    with your obtuse, out there in the sky

9    thing going on agree.  Even when you

10   agree, you agree that it's not a lot of

11   fibers in a bottle of baby powder, right?

12   I mean you agree with that?

13                MR. HYNES:  I'll object.

14        Argumentative.

15                Go ahead.

16                MR. OLIVER:  Well, your

17        witness is insulting and I'm

18        losing my patience.

19                THE WITNESS:  I'm not being

20        insulting.

21   BY MR. OLIVER:

22        Q.   Go ahead.  Do you agree with

23   that or not?

24        A.   I do not agree with how you

Page 354

1    characterized what I do.  I follow the

2    methods.  I look at particles.  I go in

3    and look at the samples myself screening

4    looking for the amphiboles in order to

5    assess the morphological features whether

6    they are consistent with asbestos.  In my

7    work with Johnson & Johnson in their

8    product samples, other than in the one

9    sample we've already discussed, I've not

10   found amphibole asbestos.  The amphiboles

11   I find have non-asbestiform morphology.

12   There's no evidence of bundles.  There's

13   no evidence of splayed ends.  There's no

14   high-aspect ratio populations.  The

15   highest aspect ratio particles we

16   encounter are typically not even

17   amphiboles.  They're minerals like

18   Clinojimthompsonite and other -- and

19   other biopyribole phases, which are all

20   spelled out in my reports.

21        Q.    With regard to a bottle of

22   baby powder, Dr. Sanchez, what is --

23   well, first of all, let me back up.

24             Do you believe, based on the

Page 355

1    regulation upon which you rely, that

2    examining the population of the fibers is

3    a necessary step?

4         A.    Yes.  It's required for the

5    determination of the morphology whether

6    or not you're dealing with asbestos.

7         Q.    In the context of a bottle

8    of baby powder that is being tested, what

9    is the population?  Is it everything

10   that's in that bottle or is it something

11   else?

12        A.    It can't be because there's

13   no way to analyze the whole bottle.  What

14   you do is you analyze based on what you

15   observe as you analyze it.  Some cases

16   you may see 20 particles.  Some cases you

17   may see five.  Other cases you could see

18   50, depending on the analysis.  You're

19   screening through looking for the

20   amphiboles.  When you find them, you

21   assess the morphology as a whole and then

22   arrive at your conclusions as stated in

23   the methods.  The population is dictated

24   by what you observe.  There's no -- you

Page 356

1    don't know what you're going to observe

2    until you analyze the sample.

3              Where I have ambiguity in

4    the initial test results, I always do

5    more work in order to overcome the

6    ambiguity so I'm confident from a

7    scientific perspective of what I'm

8    looking at.

9         Q.    And if any ambiguity

10   remains, do you classify it as

11   asbestiform or non-asbestiform?

12        A.    If I had ambiguity, I

13   would -- I would classify it as

14   ambiguous.  I wouldn't -- I wouldn't -- I

15   wouldn't characterize it one way or the

16   other.

17        Q.    Do you agree with the

18   following statement:  The larger the

19   particle gets, the easier it is to tell

20   the habit of growth?

21        A.    Yes.

22        Q.    You mentioned a Payne

23   article from 1987.  Are you familiar with

24   that article?

Page 357

1          A.     Yes.

2          Q.     Okay.  So it's something

3     you've seen and reviewed in preparation

4     for your opinions?

5          A.     Yeah, I've reviewed it.  I

6     can't remember the first time I saw it,

7     but I've seen it for many years.  I've

8     been aware of that article for many

9     years.

10         Q.     You're aware of who Fred

11    Pooley is, correct?

12         A.     I am.

13         Q.     All right.  You have relied

14    upon Pooley's work in reaching your

15    opinions in this case, correct?

16         A.     Yes.  Just to be specific,

17    I've reviewed a report of his going to

18    the Italian talc mine in the early 1970s

19    as well as into I think it was the

20    Hammondsville mine in Vermont and the

21    characterization he did of the -- of the

22    samples that he saw there.

23         Q.     Have you relied on any

24    Pooley -- well, you know that Pooley was

Page 358

1    at one time a J&J consultant, correct?

2              A.    Yes, when he did the work in

3    Italy and Vermont, he was working on

4    behalf of Johnson & Johnson.

5              Q.    Have you done any -- have

6    you relied on any other work by Pooley?

7              A.    I think the only other work

8    I've seen as far as the litigation is

9    concerned related to these topics would

10   be letters he wrote providing samples to

11   the FDA, for example.  Nothing else comes

12   to mind that I've seen as far as his work

13   with Johnson & Johnson.

14             Q.    In 2019 when -- I'm not

15   asking you this to annoy you.  I know you

16   testified about it before.  Okay?

17                   In 2019 you agree that the

18   FDA identified chrysotile asbestos in a

19   bottle of Johnson's baby powder, right,

20   according to the FDA, not according to

21   you, correct?

22             A.    Yes, the FDA did report

23   that.

24             Q.    And your employer RJ Lee

Page 359

```
 1    then did some subsequent tests to the
 2    control lot of that Johnson's baby
 3    powder, right?
 4           A.    That's correct.
 5           Q.    Just refresh my memory.  You
 6    were not in charge of the follow-up tests
 7    related to that lot of baby powder, were
 8    you?
 9           A.    No, I was not made aware of
10    it for at least a week after it was done.
11           Q.    And there was a report
12    prepared about why RJ Lee initially
13    found -- also found some chrysotile
14    asbestos in that control lot of Johnson's
15    baby powder, right?
16           A.    Yeah, there were reports and
17    an investigation conducted.
18           Q.    You didn't work on the
19    investigation or the subsequent reports,
20    correct?
21           A.    That's accurate.
22           Q.    Again, you testified
23    recently in a trial that I was counsel in
24    that you had a conversation with the
```

Page 360

```
 1    analyst working in the room where RJ Lee
 2    claims there was contamination.
 3                Do you remember that?
 4         A.    I do.
 5         Q.    And you identified that
 6    analyst by name, correct?
 7         A.    Well, which -- I know her
 8    name now.  I believe when I was being
 9    asked about it I couldn't recall it.  I
10    had to refresh my memory after the trial.
11         Q.    Well, what is her name?
12         A.    Mary Walsh.
13         Q.    How long did that
14    conversation with Mary Walsh last?
15         A.    I had a few conversations.
16    After I reviewed the reports, I went and
17    spoke with those that were involved.  It
18    was maybe 15, 20 minutes.  There were --
19    there were a few -- there were a few
20    others that I was having the conversation
21    with at the same time.
22         Q.    Who were the others you were
23    having the conversation with?
24         A.    The project manager on it or
```

Page 361

1    the one that was handling a lot of the

2    analytical work was Ashley Sload from the

3    management level.  I was speaking with

4    her and Mary Walsh primarily.

5              Q.    What's her last name?

6              A.    Sload, S-L-O-A-D.

7              Q.    Anybody else that you talked

8    to about this investigation?

9              A.    They were the -- they were

10   the primary ones.  I know I had other

11   just kind of comments and discussions

12   with Bryan Bandli.

13              The other thing was I had --

14   there was -- there was a gentleman Mike

15   Wilmoth who was doing, I think, some of

16   the monitoring of the like -- he was the

17   one pulling the samples off bench tops

18   and things like that.  He wasn't

19   analyzing, but he was collecting the

20   samples.  I had a conversation with him

21   regarding -- because he was also the one

22   that went into the air conditioning unit

23   and exacted parts of the filter for

24   analysis.  I talked to him about that.

Page 362

1          Q.    How did you document these
2     conversations that you had with each of
3     these people?
4          A.    I didn't make any formal
5     documentation.  It was my looking at
6     that, trying to process what happened and
7     understand the rationale and asking them
8     questions and following up with questions
9     I had to understand what had happened.
10         Q.    So if I -- you didn't take
11    any notes?
12         A.    No.
13         Q.    You didn't draft any e-mails
14    summarizing the results of your finding?
15         A.    No.  The reports speak for
16    themselves.  I was just verifying and
17    asking some questions that I had based
18    off -- based on the reports.
19         Q.    And the reports themselves
20    didn't answer those questions.  That's
21    why you had to go ask the people, right?
22         A.    Yeah, I wanted a better --
23    yeah.  I mean, I was looking for better
24    understandings of some of the

Page 363

1    descriptions in the reports.

2            Q.    So what you went and found

3    out was information that's not contained

4    or not clear from the reports?

5            A.    It wasn't that clear to me.

6    I wanted to make sure I -- I fully

7    understood what was being said.

8            Q.    So, for example, in the

9    report that was publicly released, Mary

10   Walsh was not identified at all, correct?

11           A.    I don't believe any of the

12   specific technicians involved names were

13   released.  I believe there is -- there is

14   meeting minutes, I think, of a meeting

15   that happened after all the events and it

16   identifies people by name in there.  I

17   believe her name's there, but as far

18   as -- as far as -- I think it was being

19   vague.  They weren't putting anybody's

20   name directly into the -- into the --

21   those -- I'm sorry.  I'm grasping on what

22   to call them, but the reports themselves.

23   It would be in the underlying

24   documentation.

Page 364

1          Q.    When RJ Lee did the -- after
2     the thing that RJ Lee alleges was
3     contamination and then it did some
4     follow-up testing, you testified about
5     these 155 tests that RJ Lee did, correct?
6          A.    Correct.
7          Q.    And those 155 tests were
8     done to the control sample, is that
9     right, or am I misunderstanding?
10         A.    What do you mean by control
11    sample?  I'm sorry.
12         Q.    Well, so there's the bottle
13    that AMA and FDA got off the -- publicly.
14    They got it publicly, right?
15         A.    The bottle -- well, FDA
16    purchased it, I assume, and then supplied
17    an unmarked bottle in triplicate or
18    something to AMA.
19         Q.    Right.  And RJ Lee tested
20    some samples from that bottle, correct?
21         A.    I believe that's accurate.
22    I would defer to my report where I laid
23    this out in great detail so I wouldn't
24    have to remember these finer points.

Page 365

1          Q.    Sure.  Sure.  And then RJ
2     Lee also tested some retained samples
3     from the bottler, right?
4          A.    Meaning -- yes.  So the
5     manufacturing point of the baby powder,
6     there were retained lots that were the
7     same retained lot, and then I think the
8     lot that they had received previous and
9     then the one afterwards were also sent in
10    for analysis.
11         Q.    And when RJ Lee did these --
12    and I understand it wasn't all RJ Lee,
13    but when these third-party testers did
14    the tests, they were doing them all of
15    either the bottle the FDA got or the
16    retained sample from the manufacturing
17    point, right?
18         A.    I'd have to check with the
19    testing by Bureau Veritas.  I believe
20    they received the same material from the
21    FDA that we did.  I don't -- I think they
22    tested some other samples, but I don't --
23    I don't recall how exactly it ties up to
24    our tests.

Page 366

1              Q.     Now, FDA forced J&J to do a

2      recall after the positive chrysotile

3      asbestos finding, correct?

4              A.     I know that J&J did a

5      recall.  I don't know about force being

6      applied.  I don't think that's -- I don't

7      think the FDA would appreciate that

8      characterization, but I'm not speaking

9      for them, but there was a recall, yes,

10     but I don't know the deliberations

11     between FDA and J&J on that.

12             Q.     And the recall involved more

13     than 37,000 bottles of existing J&J

14     products that were on the market, right?

15             A.     I don't remember the number,

16     but there -- there's a statement about

17     it, I believe, that was put out.

18             Q.     To your knowledge,

19     neither -- well, to your knowledge, RJ

20     Lee never tested any of those recalled

21     bottles, correct?

22             A.     To my knowledge, no, I

23     don't -- I don't know if any of those

24     were sent in.  I don't even know how many

Page 367

1    were received by J&J.  I can't -- I can't

2    speak to that at all.

3            Q.    And you've never seen any

4    results from Johnson & Johnson where they

5    tested even one of those bottles,

6    correct?

7            A.    I don't believe I've seen

8    any testing of a bottle that they may

9    have received as part of their recall.

10                MR. OLIVER:  I think that's

11           all my questions for right now

12           subject to anything that Kevin may

13           ask.

14                MR. HYNES:  I don't have any

15           redirect.

16                MR. OLIVER:  Okay.  Give

17           me -- give me a ten-minute break

18           since we're towards the end of the

19           day and let me make sure that I'm

20           done and then we'll go back on the

21           record and I'll say officially

22           we're done; is that fair?

23                MR. HYNES:  Sure.

24                (A short recess was taken at

Page 368

```
 1            5:54 p.m. until 5:59 p.m.)
 2                 MR. OLIVER:  I'm through at
 3            this time unless you guys have
 4            something.  I'm good.
 5                 MR. HYNES:  All right.  Off
 6            the record.
 7                 (Whereupon, the deposition
 8            was concluded at 5:59 p.m.)
 9                 THE COURT REPORTER:  Does
10            everyone need to order a copy of
11            the transcript?
12                 MR. HYNES:  Yes.  I think we
13            have a standing order.
14                 MS. TURPIN:  Yes.
15                 (Whereupon, Exhibits P-1
16            through P-22 were marked for
17            identification.)
18
19
20
21
22
23
24
```

Page 369

1                    C E R T I F I C A T E
2
3           I, KATHLEEN A. ZERMAN,
     Professional Reporter, do hereby certify
4    that prior to the commencement of the
     examination, MATTHEW SANCHEZ, Ph.D., was
5    duly remotely sworn by me to testify to
     the truth, the whole truth and nothing
6    but the truth.
7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
8    testimony as taken stenographically by me
     at the time, place and on the day
9    hereinbefore set forth, to the best of my
     ability.
10
            I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor
     attorney nor counsel of any of the
12   parties to this action, and that I am
     neither a relative nor employee of such
13   attorney or counsel, and that I am not
     financially interested in the action.
14
15
16
17         _____
18         KATHLEEN A. ZERMAN
           Professional Reporter
           Notary Public
19         Dated:  June 25, 2024
20
21
22
23
24

Page 370

1                    LAWYER'S NOTES

2        Page        Line            Notation

3        -----       -----     ------------------------

4        -----       -----     ------------------------

5        -----       -----     ------------------------

6        -----       -----     ------------------------

7        -----       -----     ------------------------

8        -----       -----     ------------------------

9        -----       -----     ------------------------

10       -----       -----     ------------------------

11       -----       -----     ------------------------

12       -----       -----     ------------------------

13       -----       -----     ------------------------

14       -----       -----     ------------------------

15       -----       -----     ------------------------

16       -----       -----     ------------------------

17       -----       -----     ------------------------

18       -----       -----     ------------------------

19       -----       -----     ------------------------

20       -----       -----     ------------------------

21       -----       -----     ------------------------

22       -----       -----     ------------------------

23       -----       -----     ------------------------

24       -----       -----     ------------------------

[& - 1972]                                                          Page 1

| & |
| --- |

**&**   1:5 2:7,10
12:8 18:20,21
22:20 23:3,8,17
24:2,6,12 25:2
25:4,10,16,20
26:3,13,21,22
27:12 28:5,20
29:12 31:4 32:7
33:1 38:22 47:6
52:7 57:10,11
57:15,18 67:7
67:11 68:4
69:23 104:19
106:3,16 107:3
108:3 111:2,5,8
111:12 112:11
113:14,22
118:9 119:5
120:20 123:8
126:14 128:12
138:15 146:8
146:13,16,19
147:13,19
148:12 166:23
167:13 168:19
169:9,15,21
170:1,17
171:19 172:13
172:16,23
173:2,6,11,16
173:21 174:5
179:3,11 180:6
180:14,18
181:16 182:20

183:7 190:11
192:1 196:18
197:6,13 198:5
208:21 209:3,8
209:9 213:1
215:19 216:22
216:24 217:20
218:7 219:11
220:6 221:13
225:13,17,21
230:13 234:21
235:17 236:3,8
236:13 239:10
247:3 249:22
250:5 251:3
253:2 254:11
254:24 255:6
256:7 258:9
269:12 279:22
280:13 293:13
300:16,23
311:12 315:12
315:19,22
318:17,21
319:7,22
320:19 322:22
324:11,23
332:10 354:7
358:4,13 367:4

| 0 |
| --- |

**00062436**
228:19
**0145303**   4:12
**0145685-687**
4:5

**052724**   21:2
**08002**   2:14

| 1 |
| --- |

**1**   3:12 18:5,7
122:5 154:12
254:18 336:20
336:20,20,21
338:16,20
339:2 349:10
351:23 352:1
368:15
**1-66**   4:17
**1.55**   200:18
**10**   4:3 164:8
245:4 336:20
**10036**   2:9
**100cx**   175:3
**100t**   230:4,10
**11**   4:4,7 183:15
215:17 216:14
322:18
**1185**   2:8
**11:09**   1:15
**11th**   216:18
**12**   4:7 215:15
215:17
**12:03**   68:14
**12:11**   68:14
**12:59**   122:9
**12th**   221:2
**13**   4:9 5:7 223:1
**13212**   369:15
**14**   4:11 228:15
232:20

**1400**   175:5
**14th**   60:4
**15**   4:14 232:22
360:18
**155**   364:5,7
**16**   4:16 233:23
246:2,6 262:19
262:20
**16-2738**   1:5
**1620**   166:1
**17**   4:18 262:12
262:24
**18**   4:20 273:9
274:1
**19**   4:24 273:24
**1915-1916**
264:16
**1916**   262:16,23
**1940**   295:10
**1940s**   128:9
**1950s**   129:2
138:15 148:16
148:19
**1960**   262:22
**1960s**   139:2
**1963**   214:18
**1965**   4:14 108:2
**1966**   111:17
**1967**   127:20
**1970s**   99:12
111:17 211:2
357:18
**1971**   4:16
233:23 238:15
**1972**   4:7 185:23
208:4 215:17

**[1972 - 50s]**                                                        Page 2

215:24 216:14
216:18 219:10
221:2
**1973**   4:4 179:13
179:16 181:12
184:6 185:9
187:14 189:10
196:21 207:24
208:20 210:2
311:10
**1974**   4:9 222:14
223:3
**1976**   90:3
**1980s**   175:3
**1984**   228:17
**1985**   229:13
231:8 232:7
**1987**   356:23
**1992**   5:4 316:2
321:4 323:7
**1993**   294:21
**1:20**   121:22
122:4
**1:24**   122:9

**2**

**2**   3:13 19:15,15
32:15 131:18
**20**   5:2 122:2
131:19 140:22
140:22,23
245:4 283:17
327:17 336:21
338:16,20
355:16 360:18

**2000s**   107:3
**2003**   172:7
**2004**   83:2
283:18
**2007**   331:8
**2009**   3:21 150:1
172:19
**2010**   57:2
**2011**   5:7 56:15
56:24 57:2
113:20 324:24
325:5,14,16
333:15
**2012**   56:15
113:20
**2014**   21:19 22:5
**2015**   57:4 110:9
126:4 325:11
327:3
**2016**   22:16
116:19 325:11
327:12
**2017**   146:20
**2018**   332:9,15
333:24
**2019**   203:1
276:21 333:8
358:14,17
**2023**   170:20
**2024**   1:10 3:17
3:19 369:19
**21**   5:4 313:12
**212**   2:9
**216-9000**   2:4
**22**   5:7 323:15
368:16

**22262**   351:21
**22262-1**   337:23
**25**   1:10 276:21
369:19
**250**   322:6
**26**   3:17,19 4:4
179:16
**27**   5:4
**27th**   316:2
**28**   2:3
**29464**   2:4
**2:16**   179:8
**2:21**   179:8
**2:53**   214:14

**3**

**3**   2:13 3:14
21:12 23:14
245:3 336:20
351:23 352:1
**30**   111:23
142:24 143:3
169:17 322:7
**31**   4:9
**310**   2:13
**317-7180**   2:14
**3181**   4:17
234:14 238:3
**34**   277:20
**344**   239:12
**344l**   239:3
**34th**   2:8
**36**   244:3
**368**   3:12,13,14
3:16,17,19,20
3:24 4:2,3,4,7,9

4:11,14,16,18
4:20,24 5:2,4,7
**37,000**   366:13
**390517**   4:16
233:24
**392**   265:24
266:9
**39517**   238:22
**3:04**   214:14

**4**

**4**   3:16 52:19,23
265:7
**40**   111:8,24
170:4 198:1
**44**   238:3,11
**44th**   238:3
**45**   238:10,11
**46**   238:11
**48**   22:22 24:1,4
24:17 277:21
**495**   222:21
**4:18**   283:13
**4:25**   283:13
**4b**   204:20

**5**

**5**   3:17 58:6,7,11
58:21 59:2,7
336:20 339:2,3
349:10
**50**   142:24 143:4
168:16 170:4
355:18
**500,000**   67:16
**50s**   111:4 140:4
265:1 270:20

**[532 - actinolite]**                                                     Page 3

**532**  265:8,24
**5:54**  368:1
**5:59**  368:1,8

### 6

**6**  3:19 58:6,16
  59:4
**60**  25:11 202:2
  262:18 288:10
**60s**  111:4 129:2
  138:15 140:4
  148:16,19
  265:2
**6120**  165:6
**66**  234:14
**67**  106:17

### 7

**7**  3:20 149:3
**70s**  90:8 94:2
  94:20 95:3 98:6
  99:16 106:10
  106:19 168:16
  180:24 235:21
  236:22
**790-5349**  2:9

### 8

**8**  3:6,24 162:11
**805**  278:11,13
**80s**  128:5
  169:16
**843**  2:4
**856**  2:14
**876**  277:5
**877.370.3377**
  1:24

### 9

**9**  4:2,14 162:17
  164:4,6
**917.591.5672**
  1:24
**92**  313:14 317:1
**922**  286:1,8,10
**927**  288:18
**933**  290:1
**935**  303:12
**936**  306:15

### a

**a&a**  333:3,11
  333:23
**a.m.**  1:15
**aa**  321:11
**abandoned**
  112:15 211:12
**ability**  11:3,8
  12:23 13:10
  110:15 121:14
  159:5,9 175:21
  201:1 255:16
  344:19 347:10
  347:20 369:9
**able**  34:15
  35:16 39:19
  51:3 64:19
  83:23 85:6,23
  86:5 92:19,20
  103:3 110:3
  111:14 113:8
  113:12 114:18
  119:24 133:15
  162:2 168:24

186:21 199:19
200:24 210:8
221:6 237:18
255:1,15
259:23 261:22
345:3 346:21
349:20
**above**  1:16
  244:15 286:14
  286:15
**abreast**  57:23
**absent**  79:22
**absolute**  51:14
  52:1 103:14,14
**absolutely**
  135:17
**absolutes**  50:20
  102:22
**absolutism**
  52:3,4
**absorption**
  321:12
**accept**  181:9
**acceptance**
  55:13,19
**accepted**  89:12
  90:15 91:24
  94:13 201:22
  337:22 340:5
**access**  19:22
  110:5 168:5
  271:4
**accessory**
  178:10 270:21
  271:5,6

**accumulate**
  85:6
**accumulated**
  85:3 86:7,7
  87:1
**accumulating**
  86:20
**accumulation**
  85:14
**accuracy**
  277:11
**accurate**  21:17
  21:24 26:17
  38:9 45:15
  54:19 125:6
  152:22 153:3,6
  153:7,13 154:2
  155:1 161:1
  164:20 199:8
  199:21 200:3
  203:21 237:17
  252:9 302:15
  328:6 359:21
  364:21
**accurately**
  11:24 47:5 93:6
  298:23 306:13
**acicular**  286:19
  308:18
**act**  139:6 353:2
**acted**  114:20
**actinolite**  4:3
  163:14 164:15
  164:24 165:13
  165:18,23
  206:15 260:3

**[actinolite - agree]** Page 4

261:13 293:2
294:4,8 295:16
295:18 296:19
297:18,20
298:3,6 306:21
309:22
**actinolites**
294:2
**action** 347:2
369:12,13
**actual** 27:17
28:8 35:23
37:16 42:13
124:10 133:13
137:3 138:6
201:18 255:14
256:3,5,24
257:23 264:5
268:9 273:24
294:4,7 295:23
302:1 322:14
322:24 327:6
**actually** 22:4
24:4 27:18
43:11 46:11,20
49:6 80:7 84:6
87:14 89:11
91:16 92:20
93:11 95:14,22
105:11 110:19
112:7 113:12
125:8 132:14
141:3 148:11
166:4,8 176:21
178:7,19 182:2
185:8 190:5

191:14 195:19
206:10 207:9
207:10 221:23
234:10 242:19
243:9 244:17
247:20 250:23
254:21 257:21
261:16 266:22
267:8 269:10
272:14 280:23
281:21 284:1
290:12 293:11
293:19 294:10
295:11 296:5
299:8,16 308:1
313:4 315:18
319:5,6 332:1
339:20
**adapt** 100:18
**add** 61:14
195:23 196:9
326:23
**additional**
18:21 313:5
**additives**
220:24 222:7
**address** 211:17
344:15
**addressed**
207:15
**addressing**
218:19
**adequate**
160:23 200:19
211:20 237:6

**adjacent**
309:21
**administration**
63:21 65:10
**admit** 284:14
**adopted** 89:11
193:20
**adult** 30:16
**advent** 89:14
**adverse** 98:18
208:8
**affect** 251:6
344:18 345:14
**affiliated**
171:13
**agencies** 56:4
201:23 336:5
**agency** 219:12
336:3
**agents** 120:10
121:10
**ago** 54:11
127:22 140:23
149:22 168:17
169:17 170:5
299:5
**agree** 12:14,20
13:8,24 14:20
17:11 24:15
39:21 40:17
41:23 42:3,18
44:7 45:24
47:14 48:22
53:7 61:13,19
64:5 65:10,13
65:17 68:16,24

69:10,15 70:8
73:3 76:13,15
78:3,3 83:6
85:20 88:11,24
91:5 96:4 97:4
97:14 98:6
101:1,21 107:9
114:4 125:4
149:24 150:6
151:8,22 152:2
153:16,23
154:18,24
155:20 160:14
164:22 167:4
170:23 171:3
175:11 180:4,6
180:15 184:5
189:12 190:22
191:1 194:9,18
194:21 199:7
200:8,10
202:24 205:14
206:22 208:20
208:23 217:20
218:1 219:10
225:12 231:7
236:20 237:18
239:7 242:14
244:9 245:17
247:3 252:11
252:16 258:10
258:13 260:16
270:15 278:15
278:22 279:1
285:18 287:5
292:7 295:19

[agree - answer]                                                    Page 5

296:17 303:21
305:15 308:10
309:1 314:16
315:7 316:9
325:23 326:3
327:21 335:2,5
335:10 349:12
353:9,10,10,12
353:22,24
356:17 358:17
**agreed**  7:4
92:12 299:13
**agrees**  302:5
**agriculture**
3:20 149:5
150:3,12
**ahead**  20:19,21
72:24 86:14
346:12,13
353:15,22
**air**  78:15,23,24
79:8,15,24 85:1
85:11 87:12
133:8,11
144:14 176:15
177:3,14,24
178:2 336:12
361:22
**airborne**  79:5,7
79:11,14,19
**al**  23:16,21
**alabama**
310:13
**alfaro**  29:10,14
**allegation**  26:2
26:14 51:6

**allegations**
25:21 76:5
198:16
**allege**  15:14
**alleged**  49:7
75:23 198:11
**alleges**  364:2
**alleging**  26:9
**allow**  257:19
**alongside**  40:20
40:21 41:24
**alteration**
294:18 302:20
**altered**  153:12
**alternative**
319:19
**ama**  364:13,18
**ambiguities**
208:14
**ambiguity**
181:7 352:20
356:3,6,9,12
**ambiguous**
244:8 316:10
356:14
**america**  63:22
147:9
**american**  28:23
29:2,10,20
**americas**  2:8
**amount**  133:11
137:12,15,23
255:13 272:17
352:6
**amphibole**  5:3
41:13 88:2

109:11 136:6
165:9 166:3,3,5
166:6 254:15
257:14 259:19
284:22 285:7
286:18 287:12
288:6,10,15,16
288:20 289:9
289:15,20
290:17,22
293:21 295:9
297:8 302:12
302:16 303:1
304:7,13,16
308:2 310:18
335:7,11
339:14,20,21
339:23 341:19
349:10,11,13
350:19 352:12
352:14 354:10
**amphiboles**
192:19 254:18
255:14 284:9
287:11 294:15
295:4 298:16
298:19,19
302:8 303:18
304:12 306:17
306:18 308:15
310:16 344:8
348:9 352:18
354:4,10,17
355:20
**analog**  156:10

**analysis**  180:20
239:3,24
352:10 355:18
361:24 365:10
**analyst**  236:23
360:1,6
**analytical**  4:11
56:19 82:7
87:10,15 89:23
90:22 94:12
117:12 161:23
166:6,9,16
213:10 229:11
245:15 321:13
345:5 351:17
361:2
**analytically**
338:4 348:9
**analyze**  175:4
350:2,12 352:5
355:13,14,15
356:2
**analyzed**  352:7
**analyzing**
123:1 307:18
361:19
**andre**  333:2
**angle**  245:12,23
**angles**  165:6
166:2 245:3
**ann**  60:9
**annoy**  358:15
**answer**  6:3
10:4 11:18,20
12:17,18,22
13:8,9,15 14:23

[answer - argument]                                                      Page 6

16:9 17:19 22:3
34:15,17 41:22
42:8 43:5,12
44:2 58:18
63:23 64:20
72:3 74:2,3,11
74:16 75:11
77:3 103:21
109:22 111:6
112:5 115:13
188:4 191:6
231:15 235:6
252:14 253:20
253:23,24
254:1 255:1,10
255:12,21
258:20,24
259:23 260:8
261:22 308:24
316:6,11
345:20 346:10
362:20
**answered**   13:13
15:1 50:15,17
53:10 65:16
75:10 92:5,6,15
99:21,23
189:15 191:4
200:12 205:18
207:2 212:7
213:7,9 220:23
**answering**   42:8
74:12 311:7
346:1
**answers**   14:7
72:15 213:15

277:15
**anthophyllite**
306:21 307:7
309:22
**antonio**   22:12
**anybody**   17:18
145:19 146:7
148:10 166:23
170:1,13
171:12 173:3
225:17 330:21
361:7
**anybody's**
363:19
**anymore**
196:20 346:22
**anyway**   116:5
219:16 316:21
**apologize**
103:18 149:17
183:15
**appalachian**
267:23 281:11
**appear**   76:23
104:6 158:14
164:16 234:13
315:10
**appearance**
241:22
**appearances**
8:1
**appearing**   7:4
7:18,21
**appears**   21:24
115:16 150:1,7
150:8 156:1,21

160:4 162:22
217:3 218:2
221:9 223:20
224:2 229:13
239:8 296:3
316:24
**applicable**
93:12
**application**
185:17
**applied**   56:16
56:21 57:7,23
311:2 366:6
**apply**   56:7
188:14 197:24
306:9 310:5
348:2
**appreciate**
366:7
**approach**
183:23 192:10
194:3 195:24
196:20 197:1,8
199:15 202:7
207:6 308:9
311:21
**approaches**
72:5
**appropriate**
198:19 305:13
311:7
**approximately**
22:22 67:12
166:1
**april**   4:4,14
179:16

**area**   10:3 66:19
81:5,12 98:23
105:18 122:13
131:10 133:7
142:17,19
180:17 220:13
221:7 225:6
251:10 258:22
258:23 259:1
259:14 268:14
348:10
**areas**   63:4
64:16 65:1,5
66:20 105:3,10
131:6 132:17
132:18,21
156:19 163:5
231:14 237:10
237:11 254:3
259:5,5,6,8,11
259:18 261:18
268:4 269:17
281:13 282:10
288:14 292:3
304:15
**argonaut**
113:10,16,23
247:5 255:7
257:10 261:1
261:11 262:2
291:19 298:17
298:20 318:16
**arguing**   74:14
**argument**   73:6
73:8

**[argumentative - asbestos]**                                                Page 7

| | | | |
|---|---|---|---|
| **argumentative** | 176:12 177:6 | 48:15 49:11,14 | 155:13 156:9 |
| 43:24 50:14 | 184:9 187:12 | 49:24 50:8 51:9 | 156:14 157:9 |
| 63:12 64:11 | 230:19 231:3,9 | 52:9 53:18 54:4 | 157:17 161:18 |
| 74:7 75:8 76:20 | 231:21 240:9 | 54:8,12,13,18 | 163:4 165:9 |
| 195:15 204:6 | 240:13,16,19 | 64:9 65:12 | 166:3 175:4 |
| 213:7 353:14 | 240:22 241:1,3 | 68:17,24 69:1,7 | 176:20,24 |
| **arguments** | 241:4,11,24 | 69:9,13,16,24 | 177:11 180:19 |
| 348:8 | 242:7 245:19 | 70:2,8,18 71:9 | 184:1,1,7,7,9 |
| **arm**   139:23 | 260:21 271:6 | 71:19 73:9 | 184:18 185:19 |
| 143:21 144:4 | 286:20 294:4 | 74:24 75:5 | 185:20,20 |
| 176:2 | 294:20 296:4 | 76:15 77:12,19 | 186:20,20 |
| **arms**   139:21 | 296:14 297:11 | 78:5,14,17,23 | 187:11 188:6,7 |
| 174:15 | 298:18,21 | 79:4,8,12,15,23 | 189:8,8,23 |
| **arrive**   355:22 | 308:18 310:17 | 80:6 82:12,15 | 190:23,23 |
| **arsenic**   320:3,6 | 313:10 335:24 | 82:16 83:9,16 | 192:10,16,19 |
| 320:15,20,24 | 338:2,4 339:7,8 | 84:12,20 85:4,5 | 192:20 193:2,5 |
| 321:2,5,10 | 339:13,22 | 85:14,16 86:8 | 193:23 194:8 |
| **arseno**   320:8 | 342:1 345:4,11 | 87:4,9,11,14,21 | 194:15 195:4 |
| **art**   332:7 | 347:4 348:1,5 | 87:23 88:4,8,10 | 195:11 196:20 |
| **article**   57:3 | 349:17 351:6 | 88:13,18,24 | 197:2,15 198:9 |
| 91:13 283:18 | 354:11 356:11 | 91:7,18 92:9,23 | 198:13,14,21 |
| 283:20,24 | 356:11 | 93:8,18 94:8 | 199:13,13 |
| 288:19 303:11 | **asbestiforms** | 95:15,17,18,19 | 200:5,16,20 |
| 356:23,24 | 229:19 | 96:3,16 97:8,14 | 201:15 202:14 |
| 357:8 | **asbestos**   3:22 | 97:19 98:7,16 | 203:2 205:1,7 |
| **asbestiform** | 4:20,21,22 5:3 | 98:17,20 100:3 | 205:11,13,16 |
| 39:23 40:19 | 15:24 16:10 | 100:6 101:5 | 205:21 206:2,4 |
| 41:11,17 80:21 | 26:4,9,15,24 | 104:21 105:3,7 | 206:8,17,21,23 |
| 82:23 87:22 | 27:5,16 28:1,7 | 105:9,16 | 207:7,8 208:7 |
| 88:5,6,10,24 | 31:21 35:22 | 107:14 109:12 | 208:12 210:3,3 |
| 89:20 90:9,11 | 36:4 37:4,10 | 109:13,23 | 211:18,20,20 |
| 93:18 98:7 | 39:8,17 40:8,18 | 112:4 136:8 | 212:4 213:3 |
| 99:14 101:5 | 41:24 42:21 | 151:2,4,4 152:4 | 214:21 217:23 |
| 156:10 157:18 | 43:21 44:11,22 | 152:14 153:15 | 219:7,15,20 |
| 157:23 163:12 | 45:13,20,22 | 153:21 154:13 | 221:11,19,23 |
| 165:17 166:12 | 46:3,11 47:3,18 | 154:15 155:4 | 224:9 226:18 |

| | | | |
|---|---|---|---|
| 226:21,22 | 332:18 333:9 | 204:7 205:17 | 354:15 |
| 227:1,4,7,10,11 | 333:20 334:4 | 207:1 212:7 | **aspects**  99:3 |
| 228:18 229:11 | 335:13,21,22 | 213:7 220:10 | 318:8 348:1 |
| 230:23 231:2,9 | 335:22 336:3,6 | 221:17 267:6 | **assembly**  157:2 |
| 231:10 236:24 | 336:10,14,24 | 283:1 284:15 | **asserting**  227:6 |
| 236:24 241:12 | 337:7,15,16 | 295:2 302:4 | **assertion**  39:12 |
| 251:14 254:14 | 338:3,8,17 | 326:11 330:20 | **assertions**  67:2 |
| 254:15,18 | 339:21,23 | 331:9 332:10 | 218:20 |
| 261:9,17 266:4 | 341:14,19 | 332:16 349:7 | **assess**  66:1 |
| 266:17,23,23 | 344:7,8,13,19 | 360:9 | 83:23 84:1 |
| 267:13,20 | 344:22 346:14 | **asking**  9:7 18:2 | 110:13 133:15 |
| 268:4,10,13,16 | 346:18 347:1 | 42:2 48:4 74:20 | 199:20 201:9 |
| 268:24 269:3 | 349:5 350:5,22 | 81:16 99:16 | 201:14 221:6 |
| 269:24 270:16 | 351:6,18,24 | 108:1 117:4 | 257:21 261:5 |
| 270:24 271:10 | 352:3,13,14 | 138:20 174:7 | 354:5 355:21 |
| 271:11,13,15 | 354:6,10 355:6 | 174:10 194:24 | **assessing** |
| 271:17,24 | 358:18 359:14 | 195:1,2 212:21 | 337:16 |
| 272:6,10,13,16 | 366:3 | 212:24 242:3 | **assessment** |
| 272:23 274:4,4 | **ashley**  361:2 | 253:10 258:1 | 336:13 |
| 274:6,12 275:8 | **ashton**  167:16 | 258:20 273:16 | **assisted**  138:23 |
| 276:15 277:6 | 168:2 187:18 | 298:11 299:12 | **associated** |
| 277:20 278:16 | 209:17 225:1 | 300:11 331:6 | 83:22 184:18 |
| 280:4,12,20 | 226:2,19 228:6 | 358:15 362:7 | 289:6 292:1 |
| 281:3,12,17,22 | 229:21 230:18 | 362:17 | 305:2 310:16 |
| 282:1,15,20 | 230:21 233:2 | **aspect**  82:8 | 327:16,22 |
| 283:2 284:22 | 238:15,16,17 | 109:14 193:3 | **association** |
| 285:8,11,14,19 | 239:2 | 193:18,23 | 330:5 |
| 287:11,12 | **aside**  50:2 62:5 | 203:5 336:19 | **assume**  37:14 |
| 292:4,10,20 | **asked**  13:12 | 336:22 337:4,5 | 163:13 364:16 |
| 293:21 294:8 | 50:15 53:9 64:2 | 338:16,20,23 | **assumed** |
| 295:9,21 297:3 | 65:16,22 66:20 | 339:2 341:12 | 312:13 |
| 297:8,12,24 | 75:9 88:22 | 342:5,9 343:12 | **assumes**  267:2 |
| 298:6,10 | 92:15 99:20 | 343:16,19 | **assuming**  17:22 |
| 303:18 304:13 | 115:10 140:10 | 344:2,4,11 | 20:4 79:5,19 |
| 304:16 324:11 | 166:21 189:15 | 347:8 349:9 | 84:5 163:7 |
| 326:24 332:12 | 191:4 200:11 | 351:23 354:14 | 165:2 190:12 |

272:23 280:14
**assumption**
163:16 211:16
**assumptions**
67:3 218:10
219:4
**at&t** 23:15
**atomic** 321:12
**attached** 58:23
59:6 62:11
**attempt** 170:9
**attempted**
255:2
**attention**
150:17 227:15
238:1
**attorney** 73:21
83:7 369:11,13
**attorneys** 10:2
17:6,12 254:2
352:23
**attributes**
340:8
**audible** 11:19
**audibly** 11:19
**august** 3:21
150:1 221:2
**authenticate**
314:22
**author** 88:12
89:1 102:4
182:9 208:24
224:24
**authored** 53:16
229:20 265:13

**authority** 64:6
73:22
**authors** 90:18
91:8 92:11,19
**available**
110:22 113:7
128:7 184:22
208:14 264:10
**avenue** 2:8
**average** 259:15
259:16
**avon** 32:2,5,17
**award** 54:9,16
**awards** 53:22
54:3,6
**aware** 10:23
22:9 138:19
215:3 268:14
272:18 280:19
293:7 306:12
320:14 332:9
332:13,19
357:8,10 359:9

| **b** |
|---|

**b** 3:10
**baby** 15:7
25:22 27:6,12
27:24 30:15
31:11 34:6,23
35:10 36:23
38:16,23 42:20
44:12 45:2 47:6
52:8 106:16
107:15,21
118:11 119:1

170:19,24
171:4,14 183:8
183:24 204:21
204:23 206:12
230:14 239:3,9
239:12 254:24
256:3,6,10,11
268:24 333:9
335:2,23 339:5
342:15 350:7
350:24 353:11
354:22 355:8
358:19 359:2,7
359:15 365:5
**back** 25:6 48:6
56:14 58:9
61:23 62:7 84:8
84:19 85:10
98:18 101:19
111:4 113:18
116:19 121:22
127:20 128:8
130:6 137:7
140:3,4,9 146:4
166:20 169:19
179:6 187:15
194:7 196:6
208:6 216:3
265:1 274:21
283:15 295:23
295:23 299:4
325:15 341:20
354:23 367:20
**backfilled**
131:6

**background**
100:4,5 225:6
233:20 235:14
237:14
**backgrounds**
98:22
**backside**
344:20
**backwards**
234:9
**bad** 13:18
88:22 237:15
284:14,15
**badgering**
275:15,18
**bagherlee** 2:20
**bags** 142:11
**balderrama**
3:17 58:8,22
59:17 60:21
61:1,22 62:1,12
246:9 247:2
251:12
**bandli** 361:12
**base** 73:12
182:1 204:4
**based** 19:2
22:13 28:1
31:22 33:7,21
34:8 35:20,23
40:6 42:18
43:19,21 45:24
46:2 47:16 49:2
50:7,20 51:2
52:5 56:17
70:24 78:1

**[based - big]** Page 10

95:16,21
100:23 101:11
112:1 116:4
117:12 121:11
121:17 133:19
145:23 148:19
148:21,22
152:22 161:2,6
163:17 164:21
165:14 170:18
170:19,24
171:4 198:8
203:18 204:9
209:6 217:1
220:7 228:9
237:13 257:19
283:6 285:4
288:7 303:20
304:9,19 305:8
306:1 349:21
352:7 354:24
355:14 362:17
362:18

**bases** 308:22

**basic** 103:11

**basically**
196:18

**basis** 43:14
68:5 304:8
312:9 329:15
330:4 331:22

**bates** 222:15,20
225:21 234:11
234:22,23
313:13 314:14
314:17,20,23

**bathroom**
14:11 68:10
179:5 283:10

**bear** 248:4
319:8,15

**bearing** 320:24

**began** 183:7
325:6

**beginning**
100:14 150:18
285:10 306:16

**begins** 199:5
206:11 290:2
329:24

**behalf** 23:8
24:12 25:10,16
25:20 26:20
29:2,6,18 32:2
37:19 71:5
108:3 124:23
168:19 327:24
358:4

**behave** 296:8

**behavior**
312:18

**belief** 199:24
200:2 201:4
222:5 229:24
312:2,6

**believe** 19:10
21:20 22:3,21
26:17 36:16
38:8 57:4 59:16
59:20 90:7
93:17 101:17
113:19 119:4

128:4 131:17
167:11 174:6
179:22 190:13
191:7 192:1,24
196:19 209:6,8
209:14,20
214:23 219:5
219:24 220:5
224:23 225:3
234:4,20 236:8
251:11 261:14
270:23 277:9
282:5 288:7
289:2 299:19
300:4,7,13
319:3 321:9
325:1 327:3
332:14,22
336:19 351:5
354:24 360:8
363:11,13,17
364:21 365:19
366:17 367:7

**believed** 190:12
312:10

**believes** 201:6
218:10

**belt** 129:17

**belvedere**
292:11

**bench** 361:17

**benches** 141:13

**beneficiate**
256:15

**beneficiated**
108:12 171:18

172:3 173:9
256:11

**beneficiation**
35:9 38:18
108:21 118:2,8
118:24 119:12
120:1,3,21
121:2,5,6,16
166:19 167:2
168:3 169:10
171:5,9,13
173:5 178:9,24
250:16 256:14
256:18

**best** 12:23 13:9
37:11 74:19
102:7 110:14
121:13 142:21
178:22 185:6,9
224:10 250:11
254:13 322:9
328:20 369:9

**better** 99:7,7
100:19,23
116:4 362:22
362:23

**beyond** 16:19
46:19 65:23
68:18 251:9
304:22 305:12
347:1

**big** 115:6,14
142:17 258:5
262:13 263:12
274:16 282:10

[bigger - butchered]    Page 11

**bigger** 340:11
**bilal** 2:22
**bill** 187:18
  209:16
**binder** 263:10
  274:17,17
**biopyribole**
  354:19
**biopyriboles**
  294:12,16
  295:5 302:7,10
**bit** 102:12
  224:9 236:7
  314:7 323:13
  334:8
**black** 248:4
  260:1,4,5
  261:10,12,15
  291:2,5,12,20
  292:1 294:13
  298:16,20
  307:20 309:8
  309:14 319:8
  319:15
**blanket** 271:8
**blast** 130:19
  131:23,24
  132:15,19,21
  133:8,13
  134:18 135:13
  137:9
**blasted** 132:18
**blasting** 130:17
  132:10 133:17
  134:24 137:13
  141:1,10,24

143:15
**block** 33:12
  37:19 38:14,19
  39:15
**blocky** 286:19
  308:17
**blow** 314:7
**bodies** 280:1
  281:21 286:17
  291:11 317:17
**body** 30:11
  33:21,21 34:1
  36:13,14 38:1
  42:19 43:19
  46:2 47:16 50:9
  78:19 287:16
  345:1 347:3
**bona** 281:22
**bond** 33:14
  37:20,24 38:6
  38:20 39:7,14
**bonus** 67:18,19
**book** 289:7
  305:3
**bottle** 45:1,21
  47:2,4 339:5
  350:6,23 351:8
  353:11 354:21
  355:7,10,13
  358:19 364:12
  364:15,17,20
  365:15 367:8
**bottler** 365:3
**bottles** 28:13
  31:24 49:19
  110:6 171:6

335:23 366:13
  366:21 367:5
**bottom** 32:16
  148:9 238:2
  244:2,13
  314:12
**bought** 325:2
**boulevard** 2:3
**boundy** 249:5
  249:17,24
**bouquet** 29:16
  29:20,23 30:4
  30:10,22 31:3,9
  31:20,23 34:5
**brad** 267:18
  277:16 280:21
  299:4
**brands** 227:16
**break** 14:10,12
  14:17,22,24
  68:11 121:19
  122:12 130:4
  130:24 139:1
  139:17,24
  176:9,23 179:5
  214:5 248:10
  259:13 275:13
  283:9 296:8
  348:4 367:17
**breaking** 135:9
**bridgeside** 2:3
**brief** 72:15
  121:19
**briefly** 7:8
  125:3

**bring** 32:22
  322:15
**bringing**
  305:20
**broad** 46:6
  221:15 287:18
  287:20
**broader** 90:20
  185:17 194:22
  194:23 195:2
  288:3
**broadly** 289:21
**broken** 80:6
  131:11
**bryan** 361:12
**building** 157:7
**bulk** 336:6
**bullet** 226:13
**bunch** 85:3
  86:18 246:16
**bundle** 335:22
  340:13 341:11
**bundles** 78:5
  341:14 342:3
  347:6 354:12
**bureau** 94:1
  365:19
**burlington**
  279:6
**burnham**
  294:11 295:1
  299:16 302:4,9
**business** 147:15
  209:2 323:9
**butchered**
  284:17

**buy**  38:12
75:16

**c**

**c**  2:1 369:1,1
**calcite**  155:9
**california**  3:20
3:23 32:19
149:4 150:2,11
**call**  18:5 30:1
57:5 58:22
109:13 129:24
134:22 214:8
216:3 245:13
295:4 351:24
363:22
**called**  29:20
33:12 64:22
81:18,21
147:12,20
192:22 193:5
287:20 289:6
296:13
**calls**  64:11
97:10 167:8
176:17 189:14
195:15 227:14
267:1
**calm**  322:16
**campbell**  94:21
94:24 341:21
**campus**  2:13
**canada**  152:16
**cancer**  15:15
16:1,7 184:10
189:10 190:24

195:12 200:9
205:15 206:23
231:10
**candidly**
246:21
**capable**  332:4,6
**capacity**  66:8
**caps**  132:11
**caption**  23:5,12
**captions**  24:2,6
28:16
**car**  335:3
**carbonates**
240:15
**carcinogen**
68:17,24
203:17 227:5
227:12
**carcinogenic**
89:3
**care**  2:15
**career**  9:15
21:7
**careful**  69:2
**carefully**  293:3
**carl**  3:19 58:14
59:5,17 61:2
**carleton**  278:17
278:24 293:14
**carolina**  2:4
289:3 305:1,4
**case**  10:11
15:23 16:5
21:18 22:12,12
22:14,15 23:2
23:17,21 24:1,3

24:5 25:1,10
26:7,10 28:15
28:16 29:7,12
29:14,15 32:21
36:9,10 76:8
112:22 116:5
116:21 207:22
219:12 236:14
249:19 264:21
324:20 330:1
357:15
**cases**  15:12
24:24 25:4,7,11
25:17 26:1,12
26:19 27:23
28:19,20 29:1,2
29:6,18 30:5,9
31:18 32:4,7,12
35:20 36:3 37:3
37:8,18,20
38:14 39:14,21
49:17,18 61:3
80:18 334:11
344:10 355:15
355:16,17
**cashmere**  29:15
29:22 30:4,10
30:22 31:3,8,20
31:23 34:5
**cast**  110:13
**categories**
239:22 244:20
287:19
**category**  241:9
244:2,3

**caused**  15:14
**causes**  195:12
**causing**  184:10
189:10,20
190:24 200:9
205:15 206:23
231:10
**ceased**  140:22
**cell**  278:10,13
**cellphone**  214:7
**cells**  121:9
**center**  251:18
**certain**  31:9
59:8 104:5
105:3 135:12
137:11,23
161:18 255:6
259:6 261:14
304:11
**certainly**  64:4
167:4 169:9
178:13 225:11
229:10 268:17
271:19 296:17
305:14 323:4
333:19
**certainty**
141:15 164:20
**certify**  369:3,7
369:10
**cetera**  320:9
**chain**  267:24,24
**chance**  217:10
238:5,6 260:2
**change**  61:14
208:10 257:4

331:13 346:19
346:19,21
**changed** 112:2
138:14 139:8,9
139:11,13,17
140:7 174:18
175:1 185:24
**changes** 138:19
256:14 257:2
317:19
**changing**
253:22
**chaos** 100:20
101:8 194:2,6
**characteristic**
105:20
**characteristics**
95:18 337:11
337:19 338:5,6
339:23 340:14
341:11 342:3
344:12 347:5
348:5 350:21
351:9
**characterizati...**
282:8 294:23
328:22 330:13
357:21 366:8
**characterizati...**
331:19
**characterize**
48:21,24 87:16
241:7 250:9
356:15
**characterized**
250:24 295:15

354:1
**characterizes**
288:15
**charge** 359:6
**chart** 239:17
**cheap** 322:13
**check** 24:24
25:2 113:19
180:2 222:11
228:23 233:13
319:16 320:19
365:18
**checked** 301:10
**checking** 300:4
319:14
**checks** 197:17
**chemical**
202:19 203:4
302:20
**cherry** 2:14
**chester** 252:17
278:17 292:24
293:6,10,15
294:12
**chidester**
264:24 269:14
270:18,23
**china** 47:9
107:8 126:23
230:5,15
**chinese** 107:4
171:18 172:6
172:17 228:18
230:8,17 232:8
**chisone** 106:6
107:18 110:2,8

111:8,10 126:2
127:12,14,17
128:1,12 129:5
134:14 136:16
136:22 138:16
140:12 146:4
146:10,12,15
146:23 147:7
147:12,20,22
174:3 223:6,20
**chlorite** 240:8
242:23 243:5
**choose** 278:7
**chosen** 57:8
**chrysotile**
152:16,19
153:22 154:7
154:22 155:7
155:15 156:4
156:22 157:9
157:17 162:23
163:4,8,9,20
224:10 226:18
226:21,22
254:16 261:24
262:1,9 292:4
292:10 333:9
348:2,3,12,12
348:14 358:18
359:13 366:2
**circled** 178:2
**circles** 328:12
330:22,24
331:24
**circular** 224:8
224:21 226:3

226:17 227:14
228:1,4
**circulation**
177:24
**circumstances**
111:11
**cite** 284:3
296:11
**city** 268:5
**claim** 15:12
49:24 154:20
**claims** 15:6
360:2
**clarification**
14:3,6 28:17
82:1 246:12
253:19 299:12
**clarify** 13:22
84:18 92:7
104:12 117:4
223:12 302:5
**clarity** 152:6
**class** 122:15,22
123:17
**classes** 117:9
**classifiable**
206:13
**classified**
151:24 206:16
**classify** 356:10
356:13
**clean** 41:21
183:23 190:14
190:16 192:2,9
196:19 197:1,7
197:22 198:5

311:21 312:3,7
312:10,13
**clear** 16:23
19:23 22:2
27:22 58:20
99:24 199:11
230:12 246:19
258:4 270:3
294:20 296:10
296:11 301:23
319:23 330:2
363:4,5
**clearance**
336:12
**clearly** 92:6
146:22 307:14
320:1
**cleavage**
165:14
**client** 57:10,11
57:13,15,20
67:6 109:24
147:6
**clients** 33:5
116:21 329:3
**climbing** 140:1
**clinojimthom...**
354:18
**clip** 263:10
274:17
**close** 293:11
**closely** 327:16
327:22
**closer** 25:11
279:5

**cloth** 95:23
**coarse** 329:18
**coast** 122:5
**colgate** 29:15
29:18 30:6 31:8
31:18 32:24
33:6
**colleague** 7:20
**colleagues**
19:24 331:20
**collected**
113:10,16
294:14
**collecting**
361:19
**collection**
179:12
**college** 117:10
**colloquial**
11:24
**colloquy** 74:6
75:8
**color** 145:24
**colorado**
235:18 236:2
236:12,21
238:21 239:8
244:16
**colored** 160:5
**come** 27:13
33:18,24
113:13 119:20
121:22 173:16
201:19 275:12
332:1 336:9

**comes** 108:8
109:1 122:24
124:11 358:11
**comfort** 330:3
**coming** 46:8,13
99:1 100:12
129:16 189:1
191:11 322:22
**comma** 276:15
**commencem...**
369:4
**commencing**
1:15
**comment** 43:3
**comments**
72:20 234:19
361:11
**commerce**
98:17
**commercial**
285:15
**commissioner**
63:19,20 65:9
**common**
153:20 156:8
157:16 293:5
297:19 316:7
**commonly** 64:8
152:20 306:20
308:17
**communicate**
185:8,11
**communication**
299:3 301:17
301:22

**communicati...**
204:24 249:22
**community**
97:5 184:8
189:19 213:18
**companies**
48:14 49:5,8
50:10,13 56:3
114:13,19
116:10 124:23
315:22
**company** 28:11
28:24 29:3,11
30:7 32:2,5
33:12,13 34:10
35:7 37:19
38:14,19 39:3,3
39:15 55:1
69:23 114:7,12
116:12 117:12
147:11,18,22
148:5,11
167:20 171:19
172:6 183:6
223:20,22
224:1,7 249:12
270:3 324:22
325:2 329:20
**company's**
181:16 249:23
**comparable**
111:21
**compare**
111:14,18
**compelling**
105:1

**[compiled - consulting]**                                                      Page 15

**compiled**
265:14 280:21
**complete**   11:1
11:8 21:17 22:7
**completely**
7:10 272:19
317:19
**completion**
303:5
**complex**   40:14
**compliance**
92:2
**component**
339:14
**comport**   185:3
206:2 207:10
**comports**   98:2
**composed**
152:8 155:13
296:3
**composition**
81:19 203:24
**compound**
320:23
**compromise**
331:10
**concentrated**
198:19 205:1
205:10
**concentrations**
254:17
**concept**   121:5
193:18
**concern**   205:23
322:8

**concerned**
69:13 71:20
191:16 193:11
281:18 358:9
**concerning**
187:20
**conclude**   49:13
338:7 349:4
**concluded**
368:8
**concludes**
288:5 303:15
**conclusion**
183:22 195:10
195:13 203:3
**conclusions**
51:23 71:2 72:8
162:3 237:21
249:19 305:11
305:12,23
306:1 309:5
352:8 355:22
**concurrent**
194:6 213:11
**condition**
111:11
**conditioning**
361:22
**conditions**   41:3
41:4,16 42:12
307:23 311:4
**conducted**   1:14
207:13 239:20
334:23 359:17
**conducting**
333:23

**confident**   82:15
192:4 352:11
352:12,16
356:6
**confidential**
114:22
**confirm**   21:16
165:19,22
343:13 349:17
351:5
**confirmation**
337:24
**confirmed**
45:12,19
349:10,11
353:7
**confirming**
202:18
**conflate**   254:7
**conflations**
269:6
**confuse**   284:14
**confused**   13:21
14:1 77:3 233:9
263:17
**confusing**
13:18 241:19
**confusion**   10:9
13:5 98:24
**conjecture**   43:8
46:19 134:7
**conjectures**
71:15 73:3,4
160:21
**connection**
15:24 16:5

298:7
**consequences**
318:8
**consider**   57:13
**consideration**
305:6
**considered**
18:10 119:2
144:18 152:10
270:12
**consistency**
178:21
**consistent**
91:15 95:7
97:19 111:21
165:8 166:2
174:23 207:10
210:18 213:21
294:3 295:8
354:6
**consistently**
91:21 303:17
310:15
**constant**   79:20
79:23
**construct**
316:20
**consultant**
114:11,14,20
123:8 301:4
358:1
**consulting**
115:18,23
116:9,16
117:11 147:3

[consumer - correct]                                                                 Page 16

**consumer**  70:7
 70:12 71:18
 74:23 108:17
 203:2
**consumers**  70:9
**contact**  280:1,2
 287:21 288:21
 303:16
**contacted**
 147:4
**contain**  44:22
 46:17 61:9
 71:12 73:9 75:5
 75:23 136:12
 151:1 152:13
 153:14 177:5
 198:9 259:9,11
 272:5 309:21
 317:17
**contained**
 26:14 71:9,19
 136:8 224:9
 278:2 363:3
**container**  44:11
 44:14,19 45:5
**containers**
 256:3,5
**containing**  3:22
**contains**  58:9
 109:11 152:3
 157:9 206:12
**contaminate**
 272:21,21
 273:1,2,3
**contaminated**
 26:4,23 28:1,7

31:20 37:9,15
 39:8,16,23
 42:21 43:20
 46:3 47:17 48:6
 51:8 52:8
 251:13,15
 270:16
**contamination**
 26:9,15 35:22
 36:4 37:4 47:23
 48:1,16 49:11
 49:14 50:8
 76:15 77:12
 105:19 360:2
 364:3
**content**  5:3
 270:21 284:22
 304:8
**contents**  228:5
**conterminous**
 4:22 274:6
 277:7,21
**context**  51:17
 77:1 90:21
 93:14 104:17
 104:18 119:17
 187:8 193:6
 197:24 205:22
 207:17 210:9
 210:13,17
 219:22 245:18
 288:3 301:1
 303:24 305:18
 307:2 355:7
**contingent**
 123:7

**continually**
 83:5 130:4
**continue**  72:1
 74:8 82:24
 276:2 281:8
**contractor**  68:5
**contradict**
 323:5
**contradictory**
 321:23,24
 322:3
**contrast**  303:15
 309:8,14
**control**  140:6
 359:2,14 364:8
 364:10
**controlled**
 139:5 147:18
 148:1
**controlling**
 139:23
**controls**  272:10
**controversy**
 184:2 189:8
**convened**  56:14
 57:2 327:5
**conversation**
 168:18,23
 298:24 359:24
 360:14,20,23
 361:20
**conversations**
 360:15 362:2
**converted**
 269:19 271:3

**convey**  188:20
**conveyor**
 129:17
**convinces**
 228:7
**coordinates**
 275:7
**copied**  299:17
**copy**  149:8
 216:5,5 286:3
 323:16 368:10
**copyright**
 265:8
**core**  262:4
 269:16
**coring**  134:23
**corner**  154:11
 265:6,24
 266:10
**cornstarch**
 38:11
**corp**  23:16
**corporate**
 105:5 209:3
 215:1 312:18
 323:9
**correct**  8:10
 10:12,13,21
 11:14 15:8,21
 16:2,8,12,15
 17:3 20:10 21:8
 24:9 25:23 27:6
 28:3,18 29:20
 30:7 31:24
 35:22 37:4,6,10
 37:16 38:1,17

38:23 39:17,19
42:4 44:12 45:8
45:13 47:4
53:12 54:2,22
55:8 59:1,13,14
62:13,14,16,17
66:6 67:7 68:7
69:2 76:17 78:6
79:10,17 80:12
81:1,3,4,7
83:18,19 84:5
87:1,2,23 95:12
102:3 106:7,8
107:1 112:9
113:5,6 114:8
118:4 120:23
123:20 124:21
125:5,9 126:12
128:23 129:2
135:24 136:18
140:14,15
141:8 144:6
146:24 148:14
148:21 150:4
150:13 151:10
154:21 155:4
159:22 162:21
167:7 169:11
170:20 171:6
172:10 173:1,6
182:13,21
183:9 184:10
185:11 200:3
208:21 210:5
215:10 216:15
220:4 222:18

223:7 224:1,22
228:22 229:21
229:22 230:16
236:14 237:17
239:16 240:10
243:19 244:4
247:6 252:22
255:8 256:16
256:21 257:3
265:21 273:13
276:21 277:22
277:23 283:21
288:22 289:16
289:17 291:8
293:8 295:3,16
296:22 297:6
306:24 311:14
315:5,8,23
316:3 317:2,3
318:18,22
319:9 321:6
324:2,6,12
325:18 326:1,8
334:13 335:6
335:13 338:12
338:21 342:10
345:24 357:11
357:15 358:1
358:21 359:4
359:20 360:6
363:10 364:5,6
364:20 366:3
366:21 367:6
**corrected**
301:14

**correction**
287:2
**correctly**   47:6
151:6 179:20
184:3 192:6,12
198:23 202:22
205:3 206:19
219:8 224:18
227:19 237:8
239:5 245:5
277:8 279:14
286:21 287:3
292:5 308:20
310:1 320:12
326:14 327:19
328:13 330:10
**correlate**
110:12
**correlates**
184:13
**correlation**
112:1
**correlations**
31:15
**cosmetic**   46:15
118:4 140:21
230:4,10
269:20 333:13
338:10
**cost**   318:4,9
**council**   2:16
**counsel**   2:6,10
2:15 7:24,24
8:14 12:8 72:19
149:7 162:6
275:14 359:23

369:11,13
**count**   239:3,20
242:16 351:23
**counted**   22:19
24:1 131:17
335:21
**counting**
192:23 335:12
336:9 351:2,19
**country**   151:20
168:10 280:2
290:11 307:20
**counts**   244:21
**couple**   8:15
10:7 91:3
133:22 134:11
134:11 232:11
**course**   18:1,1
66:11 123:19
346:18
**court**   1:1 7:2
10:16 11:12,23
17:21 18:3,15
19:16 21:10
32:19 52:17
58:16 73:18
162:11 183:12
246:5 263:1
268:23 312:21
368:9
**cover**   9:9
142:18
**covered**   53:20
64:15 124:7
**crazy**   263:2

**[create - death]** Page 18

**create** 35:7
  36:21 38:22
  131:22 137:11
  143:2,10,16
  187:5 188:12
  192:21 250:15
  297:9 320:10
**created** 45:15
  49:22 133:14
  144:10
**creates** 130:20
  176:21 290:7
**creighton** 2:20
**criteria** 55:13
  55:19 192:23
  231:5 336:9
  337:6 351:2,20
**criterion** 318:2
  318:6
**criticisms**
  221:13
**cross** 25:1
  155:7,14 156:4
  156:16,21
  160:8 162:23
  163:4,20 165:3
  165:5,24 250:2
  297:13 323:24
  324:15
**crushed** 109:20
**crystal** 166:4
  204:1 308:15
**crystallization**
  161:13
**crystals** 286:18
  293:3 295:6

  297:20,22
**cs** 4:16 233:23
**cummingtonite**
  254:19 309:23
**current** 79:20
  79:23 127:24
  184:1 185:3
  186:11 202:17
  210:19 321:7
**currently** 210:1
**curriculum**
  3:16 52:23
**curvature**
  347:7,12,14
  348:21 349:14
  351:4
**cut** 55:15
  158:24 275:11
**cutoff** 337:6
**cutting** 55:16
  160:8
**cuttings** 262:5
**cv** 52:14 53:5,8
  53:22 114:7

**d**

**d** 3:2 179:13,14
  179:14 182:10
  182:19,19
  183:20,21
  184:6,24 185:7
  186:19 205:6
  212:3 213:2
  214:20 361:6
**damage** 330:7

**dangerous**
  88:13,18 89:2
  189:9 194:8
  195:11 206:22
  227:1 230:22
  231:2
**dark** 242:6
**darker** 165:4
**data** 49:16 51:5
  51:22,24 71:1
  72:7 73:12 76:3
  83:21 84:6
  95:24 158:18
  166:16 182:5
  237:19,20,23
  244:15 250:23
  255:13 257:18
  257:20 258:1,2
  258:3 269:6
  273:9,12
  274:11,18
  277:1,4 278:2
  305:8,24
  308:21 331:10
  352:10
**dataset** 306:4
  308:4,12 309:4
  310:6,7,9,22
**datasets** 334:22
**date** 1:16 53:4
  58:14 59:19
  168:16 179:16
  216:17 276:22
  283:19 316:1,3
  317:1

**dated** 369:19
**dates** 204:12
  269:13
**dating** 98:18
**david** 59:9
  62:13,15
**day** 125:16
  151:13 169:6,8
  171:12 172:5
  173:4 273:4,5
  289:6 305:3
  367:19 369:8
**days** 132:23
  133:1
**de** 148:3
**dead** 202:3
**deal** 35:11
  102:21 115:6
  115:14 320:22
**dealing** 28:8
  78:18,19 104:8
  186:12 223:17
  282:22 297:7
  303:3 341:19
  346:17 355:6
**deals** 124:4
  251:8 296:4
**dealt** 26:18
  54:12 64:24
  79:6 103:15
  168:2 203:16
**dear** 239:1
**death** 285:5
  287:9 288:23
  304:11

Golkow Technologies,
A Veritext Division

**decades** 98:19
98:19 112:15
114:2
**decided** 241:7
**decision** 9:6
75:21 323:10
**decisions**
250:20 318:3,7
**decrease**
343:18
**decreases** 282:5
307:16
**deeper** 269:16
**defend** 332:3
**defendant** 2:15
28:21 32:20
33:2
**defendants**
2:10 18:9 28:24
32:11
**defense** 7:24
**defer** 16:16
27:1,9,17,21
42:7 44:2 92:18
254:22 280:7
319:2 364:22
**define** 88:4,6
94:23 97:13
100:21 102:6
193:21,22
213:19 221:15
253:17 257:17
258:23 317:13
338:3 352:1
**defined** 89:9
93:19 94:19,22

98:8 99:15
100:9 102:2,2
184:12 193:4
201:22 202:12
205:20 210:12
219:21 245:21
259:1
**defines** 200:16
205:7 207:8
244:17
**defining** 97:18
202:13 206:7
207:7
**definitely** 155:6
**definition**
90:13 93:10
96:12,15,18,20
96:21 97:7
192:20 194:12
200:20 226:23
271:23,24
285:17 313:9
336:2 347:19
**definitions**
94:11 95:15,21
187:16 190:3
201:22 208:12
211:19 245:8
272:3 337:15
**defraction** 81:6
81:12,22
348:10,11,13
**degree** 62:19
63:2 117:7
165:6 166:1
249:16 345:15

346:20
**degrees** 245:4,4
**delay** 188:23
**deleterious**
189:22 191:10
**deliberations**
228:10 366:10
**demarcation**
249:1
**demonstrate**
310:14
**denigrate** 353:2
**department** 4:7
215:18,24
217:21 218:8
218:17 219:13
**depend** 31:12
89:6 177:21
259:21
**depending**
12:24 40:3 41:1
42:12 46:12
67:8 80:13
154:4 171:7
241:6 258:7
302:23 307:21
355:18
**depends** 40:10
40:10 46:7 78:9
90:1,16 91:13
91:19 181:1
272:7
**depose** 61:18
**deposed** 8:21
8:23 22:13

**deposit** 110:13
111:23 176:11
177:16 254:6
270:5 271:2
284:20 286:17
289:5,9 291:15
293:16
**deposition** 1:13
3:12,14 6:1 7:3
9:4,13 10:1
17:8,9,21 18:8
18:18 20:1,9,15
21:6,13 32:15
52:12 62:3
64:15 114:19
115:3,20,22
300:9 342:24
368:7
**depositions**
9:22 21:23
25:15 33:4,11
**deposits** 5:2
152:16 262:5
279:24 284:7
285:7 287:24
288:6,20 289:3
289:15,20
290:9,18 291:2
291:6,10,12,14
291:18,20
292:1 296:20
304:10,12,20
304:22 305:1,4
305:9,20 306:6
306:10,19
307:6,7,9

**[deposits - dimensions]**    Page 20

308:17 309:9
309:15,18
310:14
**depth**  133:19
133:23 262:15
**depths**  255:20
**derivative**
109:2
**derived**  95:23
95:24 152:17
182:3 255:14
255:22 256:2
335:8
**derives**  287:8
**describe**  87:22
120:8 129:15
129:19 161:10
174:13 209:12
294:14,16,17
296:2 328:11
329:19
**described**  76:11
111:20,22
117:21 121:13
121:14 125:12
140:13 143:22
161:20 176:10
263:16 264:1,4
270:18 275:10
297:24 298:3
298:22,22
310:13 340:15
345:4 349:1
**describes**  91:17
276:24 293:1
295:21 311:19

**describing**
292:21 294:11
297:10
**description**
3:11 4:1 5:1
244:20 295:20
**descriptions**
363:1
**deserves**
310:19
**design**  327:6
**designed**
117:14,16,19
118:2 132:1
**desire**  322:17
**despite**  39:20
**destroy**  344:12
345:11,15,22
346:6,15
347:10 348:4
**detail**  62:2
105:24 119:18
174:17 270:9
271:18 364:23
**detailed**  67:3
129:1 137:4
208:1 337:12
**details**  39:2
128:11 301:16
**detect**  262:8
321:5 344:19
345:3
**detected**  254:23
320:11
**detection**  54:12
336:6

**determination**
228:5 336:8
337:14 338:24
339:10 341:24
351:18 355:5
**determine**  23:2
37:5 80:20
81:19 83:9,15
84:12 88:1 95:7
166:7 313:9
321:1,17 339:6
**determined**
342:8
**determining**
178:20
**detrimental**
318:9
**develop**  15:14
**developed**
95:16 215:4
292:3
**development**
89:16 235:21
**deviated**  49:20
**device**  183:24
**dew**  36:16
**diamond**
240:12
**dictated**  355:23
**dictates**  42:15
**difference**
236:23
**differences**
282:12
**different**  30:20
31:3,10 33:5

35:12,13,14,14
39:1 46:16 49:9
56:3 78:24
80:14 91:8
92:10,19 93:23
98:21,22 99:3
100:3,4,4
108:20,24
117:20 119:11
120:9,16 121:6
121:9 140:20
140:20 156:2
195:7 196:14
213:15 235:24
236:7 243:6
244:20 249:6
259:5,13 265:4
282:7,7 284:23
285:23,23
294:19 307:18
307:22 308:1,2
317:18 320:7
325:3 334:21
**differently**
243:4
**difficult**  83:12
84:9,10 276:9
340:9
**dig**  132:2
**digging**  134:9
**digits**  222:20
**dimension**
109:15 297:16
**dimensions**
78:10 296:9

**direct** 150:16
183:19 237:24
**directed** 30:16
**directions** 6:3
**directly** 173:15
341:24 363:20
**dirt** 272:1
**disagree** 47:13
65:18 66:13
73:3 189:12
190:22 191:2
260:14 276:1
280:3,11,15
343:5
**disagreement**
50:3 255:5
335:19
**disciplines** 99:9
**disclose** 116:15
**disclosed**
116:15,20
**discovered**
271:1
**discussed** 119:7
181:6 193:8
200:23 213:17
221:6 338:11
354:9
**discussing**
199:17 221:23
235:4 254:7
284:20
**discussion**
223:10 303:11
306:9 312:24

**discussions**
361:11
**disjointed**
235:4
**dismissive**
275:21
**dispersive**
81:18
**display** 149:12
**displayed** 24:8
**disproved**
203:20
**dispute** 68:21
280:9
**disputing**
252:13 292:17
**disrespectful**
275:22
**disseminated**
304:17
**dissolve** 320:23
**distances**
142:21 317:20
**distinction**
108:6 169:5
245:15 248:20
281:14,23
296:7
**distinctions**
340:5
**distinguish**
245:7,13
249:11
**distributed**
170:18 176:15
261:19

**distributing**
170:24
**distribution**
224:15 310:18
**district** 1:1,2
15:4 288:9
289:13
**districts** 310:12
**divides** 288:14
**division** 1:23
3:20 149:5
150:2,12
**doctor** 15:19
53:20 62:16
65:8
**doctors** 66:22
**document**
17:23 19:22
22:18 53:2
101:23 102:5
118:23 126:14
126:20 128:10
128:21,24
145:12 149:21
153:19 179:11
179:17,21
181:1 182:8,10
186:10 188:11
190:10 193:15
198:1 199:1
201:6 203:8
207:16 208:19
213:24 214:1
214:18 216:8
216:12 217:1,2
217:7,9,17,20

218:5,6,16
219:23 220:7
220:10,15,20
220:23 221:3,4
221:11 222:13
222:14,18
223:4 228:12
228:18,21
229:6,11 231:4
231:8 232:2,11
232:15 233:5
233:11,15,18
233:20 234:2
235:9 245:24
249:18 262:12
263:10,12,14
264:6,17,22
265:3 274:2,16
274:22,24
276:10,13,24
277:16 280:19
299:14 301:10
311:10,18
313:5 314:4,13
315:2 322:23
362:1
**documentation**
145:17 226:9
268:13 280:14
362:5 363:24
**documented**
136:9 261:13
281:3
**documents**
3:13 6:6 17:7
17:12,13,19

**[documents - earlier]**                                                    Page 22

19:17 20:1,2,20
58:24 59:3
60:12 90:17
94:16 101:15
101:21 105:6
118:8,18,22
119:5,7,18
120:14,22
128:6 129:7
144:22 168:15
173:10 179:4
179:13,24
180:7,14
181:17 182:21
201:9,14 202:2
215:1 225:21
232:17 234:7
234:12,21
235:1,11,16
236:13 246:14
246:16 247:16
248:1,6,15,18
250:4 251:3
254:3 273:22
315:16 319:3
324:10 351:22
**doing**   34:10
35:13 57:18
68:3 87:5
100:11 125:22
125:23 126:22
129:10 134:6
137:17 139:3
140:22 146:18
147:11 165:19
170:10 175:7

189:5 237:5,10
330:7 333:11
336:12 361:15
365:14
**dominated**
262:10
**doubt**   154:19
229:3 265:20
277:11
**doubts**   226:8
**douglas**   23:15
**dr**   8:9 18:9,17
19:20 20:7,23
21:12,15 41:20
44:7,20 45:15
46:24 47:14
50:3 52:12,22
58:4 59:8,12,24
60:7,9 62:13,15
63:8 65:11 66:4
66:13 67:13
68:16 72:24
73:14 74:11
78:4 81:14 92:4
101:17,21
115:9 116:13
122:11 123:15
149:15,20
150:22 157:14
158:8 160:14
162:15 164:4
164:12 166:18
176:8 179:10
183:17 188:22
193:13 195:10
197:19 198:17

204:20 208:17
211:22 212:18
213:2 214:5,16
228:17 232:6
232:15 235:16
246:9 247:1
255:4 262:13
263:6,12
264:12 267:11
268:22 273:7
275:3 276:7
283:21 286:11
308:10 309:12
313:3,7,15
314:5,10 316:5
323:15 334:4,7
334:12 336:17
346:12 354:22
**draft**   362:13
**dramatically**
112:3
**draw**   31:15
45:16 51:23
71:1 108:6
162:2 191:19
213:23 248:19
283:1 352:8
**drawing**   72:7
269:5 305:10
309:4
**drew**   45:11
**drill**   130:18
131:14 134:22
262:5
**drills**   139:4

**drive**   263:1
**drs**   335:3
**drug**   33:12
37:19 38:14,19
39:15 63:20
65:10
**drum**   44:13
**dry**   144:19
**due**   7:6 294:18
**duly**   7:13 369:5
**dumps**   293:5
295:12 296:24
**dunite**   289:7
305:3
**dust**   85:14 86:7
86:10 87:1,4,12
133:9,11,14
137:23 142:14
143:2 144:10
144:14 177:17
**dynamite**   132:6

**e**

**e**   2:1,1,17,17
3:2,10 32:17
223:5 295:3
299:2,11,18,20
300:24 301:9
301:17,22,22
301:24 323:21
323:23 324:3,7
362:13 369:1,1
**earlier**   53:20
74:22 101:7
102:13 103:20
104:13 111:16

111:24 161:22
166:19 167:15
181:6 188:19
201:18 222:10
263:4 269:13
270:6 280:18
300:7 310:13
311:9 325:14
338:11 344:5
**early**  90:8
100:7 106:10
106:19 107:3
128:5,9 168:16
180:24 235:21
270:13 357:18
**earth**  40:21,22
255:19
**easier**  175:22
356:19
**east**  122:5
**eat**  121:20
**ed**  324:1 327:13
328:6,24
**edge**  143:13
**edges**  291:10
**eds**  81:18
**education**  4:8
64:6 121:7,12
124:9 167:1
216:2 217:22
218:9,17
219:13 225:10
**educational**
17:1 116:24
**effect**  178:12
189:23

**effectiveness**
201:1
**effects**  53:17
64:7 65:12
98:18 184:17
208:8 344:7
**efficiency**
178:23
**effort**  94:6
**eight**  125:16
**either**  17:13,20
145:19 209:14
240:22 278:4
297:13 300:18
303:5 325:14
349:20 365:15
**electron**  81:22
348:10,11,13
**elements**
227:17
**elongated**
200:18
**email**  301:2
**employed**  55:2
55:7 116:11
122:14,18
127:20 148:10
178:24
**employee**
114:10,12
369:11,12
**employees**
127:24 169:9
209:9
**employer**  55:11
358:24

**encompass**
61:3
**encompasses**
285:22
**encounter**
354:16
**endeavor**  12:22
**ends**  76:2
341:11,12
345:9,22 347:6
347:11 348:20
349:15 351:3
354:13
**energy**  81:18
**enforced**
317:21
**engineer**  117:6
**engineering**
177:21
**english**  228:8
**enriched**  138:4
259:7
**ensure**  7:8
**entire**  204:23
**entirely**  94:10
155:22
**entity**  115:19
148:7 303:9
325:4 327:16
**entry**  21:21
23:14
**envelope**  20:8
20:13
**environment**
77:20 141:21
142:14 144:11

144:19 177:23
178:4 304:7
336:11
**environments**
307:4
**epa**  95:2 208:12
337:13 351:20
**epa's**  154:14
**epidemiologi...**
251:9
**equate**  184:19
187:1
**equating**
187:24
**equilibrium**
303:7
**equipment**
128:18 130:23
138:24 143:22
174:2,9 175:9
**equivalencies**
283:2
**equivalency**
187:6 191:20
**equivalent**
35:17 39:4
196:10 198:3
202:5 283:4
296:15
**era**  47:2,2
48:12 126:15
**error**  298:23
**errors**  237:13
**especially**
101:2 180:23
268:1

esquire   2:2,3,7
  2:12
establish   73:22
established
  229:23 336:10
  336:15 343:11
este   33:10 36:8
  36:10,21 37:2,8
estimation
  25:11
et   23:16,20
  320:9
ethical   330:4
evaluate   51:22
  65:21 97:17
  101:7,11 162:2
  181:4 187:10
  200:24 210:17
  311:6 327:1
  340:15
evaluated
  118:5 270:12
  298:19
evaluating
  195:21
evaluation
  305:7 312:13
event   57:20
events   363:15
eventually
  79:16,18 178:5
everybody
  100:12 115:7
evidence   37:13
  39:10,18 43:6
  49:11 51:2,3,5

51:22 52:5,6,7
  103:23 105:1
  129:11 185:6,9
  198:8 209:24
  347:21 354:12
  354:13
exact   34:11
  103:17 270:1
  302:3 325:12
exacted   361:23
exactly   30:3
  174:7 185:2
  187:1 231:19
  273:20 307:11
  365:23
examination
  8:5 250:2
  310:20 323:24
  324:15 369:4
examined   7:14
  284:6 305:24
examines
  284:23
examining
  355:2
example   11:1
  23:12 90:3
  93:22 104:24
  105:7 111:16
  116:17 117:20
  129:4 138:21
  157:1 163:12
  168:8,10,11
  211:6 231:16
  267:17 292:17
  292:18 304:2

304:24 307:5
  338:16 358:11
  363:8
examples
  282:19 309:2
  310:11
exceed   137:23
except   30:15
exception   14:16
  48:12 128:2
  286:22
excluding
  341:13
exclusive   67:18
excuse   153:19
  205:4 213:2
executive   2:13
  225:13,15
executives
  209:2,11
exhibit   18:4,6,7
  19:15,15 20:22
  21:12 52:11,19
  52:23 58:7,11
  58:16,21 59:2,4
  59:7 149:3
  162:11,17
  164:4,8 179:24
  183:15 215:15
  215:17 223:1
  228:13,14,15
  232:22 233:22
  246:2,5,6,14,15
  262:12,20,24
  273:9,24 274:1
  283:17 313:12

313:12 323:15
  340:8
exhibits   20:8,15
  58:3,6 162:8
  368:15
exist   280:16
  303:2,8 347:9
  348:7
existed   208:15
  300:24
existent   260:6
existing   366:13
exists   111:17
  150:14 271:15
  272:14
expected   137:3
expenses   318:7
experience
  11:12 43:18,21
  116:11 121:8
  122:13,23
  123:5 124:10
  124:12 145:8,9
  146:2 177:10
  322:8 330:18
  331:15,16
experiences
  237:14
experiential
  17:1
expert   17:4
  21:7 22:4,15
  24:11 54:11
  57:1,6,8 58:7
  59:23 60:8 63:2
  64:18 65:18

**[expert - familiarize]**                                           Page 25

66:6 81:15
115:18,24
116:2 146:19
207:22 210:22
212:1,5 213:1,4
213:13 252:2
300:16 326:20
327:5
**expert's** 203:9
**expertise** 17:2
63:24 64:16
65:2,20 66:3,19
68:19 73:19,20
95:10 116:4
152:23 170:2
180:17 203:10
220:14,16
221:8 231:16
237:11 251:10
**experts** 49:17
50:4 57:5
109:12 180:19
**explain** 9:14
23:6 81:9
**explained** 86:23
87:7
**explains** 277:4
**explanation**
158:15
**explanations**
129:1 225:24
244:14
**exploited** 96:9
**exploratory**
135:6

**explosion** 98:20
142:17 143:3
143:19 176:14
**explosions**
141:4 176:13
**explosive** 132:3
132:7,9 134:20
139:10,14
143:6
**explosives**
131:15 176:9
**exposed** 69:7
**exposure**
184:18 336:13
**exposures**
138:5
**expounds** 285:1
**express** 15:23
16:3
**expressed** 13:5
99:19
**expressing**
212:2
**extent** 17:17
348:8
**extinction**
245:3,12,22
**extracted** 47:19
108:9 113:2,3
117:15
**extrapolate**
257:19
**extrapolation**
105:17
**extreme** 322:8
345:2

**eye** 78:6,16
79:10,13 84:16
84:21 85:7,17
86:1,9,18,22
158:21 161:2
165:16
**eyes** 275:22
342:22

**f**

**f** 369:1
**face** 131:3
134:15 137:10
139:1 181:9
**fact** 22:13
39:22 43:7
73:17 77:18
80:17 102:21
104:3 105:8
135:19,19
155:11 195:24
271:14
**factors** 204:2
**facts** 3:22 71:1
224:4 267:2
272:12 346:24
**factually** 65:3
67:1
**faded** 315:9
**fail** 231:5
**failed** 211:9
**failure** 178:9
**fair** 8:22 14:13
15:16 17:2 20:3
20:6 22:17
25:12 28:7

30:18 51:18
55:11 60:22,24
66:15 70:15
74:4 80:2 82:6
84:4 102:9,10
120:19,22
123:8 134:5
161:3 163:6,16
173:11 186:21
202:10 240:4
257:1 269:4
329:5 330:12
330:17 331:19
334:24,24
335:24 350:11
353:1 367:22
**fairly** 25:14
61:3
**fall** 143:9 144:9
206:5
**fallen** 143:14
**falling** 84:21
85:11
**false** 31:16
109:15 191:20
193:24 198:15
198:16
**familiar** 118:16
121:5,10
150:10,15
162:24 208:2
222:3 273:11
283:21,23
322:23 356:23
**familiarize**
217:9

**familiarizing**
217:16
**family** 148:5
**far** 22:8 34:11
37:5 45:2 53:5
54:18 69:12
97:6 107:9
133:16 141:9
184:21 281:17
303:21 334:15
358:8,12
363:17,18
**farther** 141:16
**faruqi** 2:22
**fashion** 30:17
**fault** 72:24
264:6
**fax** 1:24
**fda** 66:4 192:24
204:24 208:4
211:6 212:12
326:21 332:10
332:16 333:12
333:19,24
334:3,6 358:11
358:18,20,22
364:13,15
365:15,21
366:1,7,11
**features** 340:13
341:15,18
345:4,14,16
346:15 347:8
347:21 350:4
354:5

**february**
276:21
**federal** 219:12
**federally**
335:12
**feed** 119:10
**feel** 8:1
**feelings** 71:6
72:5
**feet** 143:1,4
**felt** 79:2 82:15
**fiber** 155:7,14
156:4,16,17,21
162:23 163:4
163:20 177:8,8
192:4,4,14,15
194:13,14
195:4 200:9
202:20 203:6
205:2,8,11,14
206:13,17,21
221:20 335:22
336:24 338:17
348:16,19,19
352:1,21
**fibers** 78:5 79:7
79:11,14,23
80:6,14 85:11
85:15,16 86:8
151:4 176:14
178:1 190:24
192:22 194:9
206:23 296:4,6
297:13,13,15
342:4,7 348:2
352:1 353:6,11

355:2
**fibril** 84:20
**fibrils** 78:14,17
78:22
**fibrous** 194:12
241:16,23
242:1 293:1
294:2,15,16,17
295:16,17
296:1,13,19
302:7,7 309:24
**fide** 281:22
**field** 65:19,20
204:11 297:15
**fifth** 58:3
**figure** 154:12
248:11 276:8
351:15
**file** 313:20
**filed** 62:22 63:7
**filled** 133:8
**filling** 142:11
**filter** 361:23
**final** 28:11 35:8
108:16 109:21
109:23 119:14
119:15,15,16
190:18 197:18
271:12,13
272:24 282:24
338:13
**financially**
369:13
**find** 45:22
46:13 60:11
69:13 70:1

75:14 96:16
105:1 115:14
137:1,5 254:14
254:16,16
275:5 282:19
298:1 307:7,8
335:23 349:13
349:14 350:2
350:24 351:7
354:11 355:20
**finding** 40:8
313:5 362:14
366:3
**findings** 275:8
**fine** 47:11
108:23 157:13
276:3
**finer** 178:1
364:24
**finger** 294:7
**fingers** 293:4
295:7 296:22
297:10 341:3
**finish** 72:14
127:6 169:22
255:10 259:3
346:10,11
348:6
**finished** 72:11
108:16 110:6
178:19 217:16
254:23 291:16
**finishing**
214:17
**firm** 7:18 18:20

**[first - formulated]** Page 27

**first** 7:13 10:10
14:23 20:22,24
22:11,15 23:17
29:9 57:1,3
58:6 83:7 91:5
96:20 99:4
106:2 110:18
112:8 125:3
126:2 127:15
131:2 149:20
151:5 154:18
168:1 170:10
182:9 183:10
183:20 185:22
202:16 204:22
216:13 218:7
219:4 220:2,20
224:12 233:5
238:24 239:14
239:17 243:14
276:13 277:3
285:9 303:13
314:10 316:18
317:9,9 325:23
326:20 327:2,9
327:14 329:23
333:13,14
334:10 335:1
336:18 350:8
351:16 354:23
357:6
**firsthand**
148:20,22
**fissures** 143:11
143:12,16

**five** 68:10 72:14
179:5 193:19
318:13 348:19
349:9 355:17
**fix** 234:9
**flatter** 322:10
**flecks** 164:14
164:24
**flexible** 347:18
**flipping** 329:22
**floating** 80:1
**floor** 2:8
**flotation**
120:10 121:9
**flow** 119:10
**flows** 177:22
**focus** 56:18
**focused** 63:3
**folder** 20:24
52:14 149:16
232:3,4,7,9
263:14 264:5
274:9,10,21
275:2,4,13
**folders** 58:4
**follow** 75:2
95:5 166:20
276:16 308:24
354:1 359:6
364:4
**followed** 49:21
84:7 94:9
**following** 57:22
80:9 180:21
225:24 239:2
244:14 340:1

356:18 362:8
**follows** 7:14
219:6
**food** 63:20 65:9
218:19,22
220:24 221:2
222:7
**foot** 37:24
250:11
**force** 366:5
**forced** 366:1
**forces** 297:15
**foregoing** 369:7
**foremost**
351:16
**forestall** 224:14
**forget** 103:17
204:13 325:11
**forgot** 146:5
**form** 9:16
18:13 27:8
41:17,24 57:5
64:10 87:21
88:10,13,18,24
93:18 122:18
156:15 184:1,7
186:20 188:7
189:8 190:23
199:14 210:3
210:22 217:23
219:7,15,20
221:11,17,19
221:20 227:7,9
231:12 241:16
254:15 285:3
290:13,21,22

297:20 303:2
303:16 309:15
321:10 329:9
335:14
**formal** 116:24
362:4
**formally** 225:8
**formation** 41:3
41:11,13,16
279:8,17,20,21
284:10 287:16
311:3
**formations**
151:9,14
279:22
**formed** 212:1,5
212:24 213:4
214:20 215:8
220:19 222:1
279:24 284:7
285:3 288:1,21
289:10 297:23
298:4 306:19
307:10 310:14
**formerly** 63:19
65:9
**forming** 17:14
176:20 192:4
192:15 194:13
195:5 290:9
304:6
**forms** 156:15
194:9,11
284:21 297:12
**formulated**
188:5

**forth** 274:21
369:9
**forward** 51:7
56:18 58:19
66:6 158:19
198:11 218:16
250:11 339:20
**found** 27:15
44:10 47:3
48:11 49:10
94:16 105:16
136:14,20
152:20 157:1
192:5 242:12
250:23 254:21
269:17 277:20
287:10 304:12
304:16 335:4
347:3 353:6
354:10 359:13
359:13 363:2
**four** 82:22
**fracture** 132:1
**fractures**
130:21
**fragments**
206:12 335:11
**frame** 44:17
45:23 56:16
74:19 89:7
111:2 113:20
133:2 146:20
184:14 210:14
331:22
**frames** 34:9
49:9 182:3

212:9
**framing** 52:2
**frankly** 74:17
**fred** 357:10
**free** 8:2 239:15
240:12,15,18
240:21 241:2,9
242:10 243:6
**freestanding**
243:15
**frequently**
189:3
**friday** 19:13
**frighten** 322:12
**front** 10:16
197:9 199:4
216:6 273:22
276:10
**frustrating**
316:20
**full** 4:18 10:24
11:8 25:1 62:24
63:9 150:17
264:7 324:16
329:23
**fully** 363:6
**function** 81:20
282:13
**functions** 138:8
**fundamental**
330:4
**further** 49:15
87:5 131:11
192:23 269:10
282:3 294:17
297:12 314:21

341:20 369:7
369:10
**furthermore**
348:6

**g**

**g.s.** 267:19
274:11 275:7
**galleries** 130:1
130:3 138:3
**gallery** 130:9
**gears** 334:8
**general** 15:9,17
58:21,23 61:2
80:3 98:9 154:1
157:2 174:12
174:16 210:24
211:5 215:10
236:19 305:22
308:6 311:1
325:22
**generally** 27:2
58:14 78:13
89:11 90:14
91:24 94:13
118:15 208:2
212:9 215:3
247:2 285:2
337:22 340:2
**generated**
49:16 237:19
**genitals** 15:8
16:6
**gentleman**
361:14

**gentlemen**
167:18
**geographic**
282:10
**geographically**
307:22
**geologic** 5:2
41:4 221:21
284:10 285:2
310:19
**geological**
39:22 66:14
73:19 95:11,20
96:5,8 229:24
265:1 273:10
273:12 276:20
287:15 296:2
304:6
**geologically**
284:8
**geologist** 4:18
209:15 225:4,8
230:24 264:8
265:15
**geologists**
209:21
**geology** 4:19
63:2,5,24 65:2
66:24 117:8,13
136:23 262:16
264:9 265:15
282:13
**george** 265:14
**georgia** 310:12
**germanasca**
106:6 116:18

**[germanasca - grafite]**                                                    Page 29

117:21 125:12
129:23 141:20
**germane**   190:1
**getting**   71:3
  100:6 135:1
  231:14 260:18
  325:3 345:18
  345:19
**gigs**   116:9
**give**   63:24
  82:19 94:3
  131:19 157:8
  214:5,8 249:16
  259:14 264:13
  275:13 289:22
  309:9 312:11
  328:19 367:16
  367:17
**given**   9:21
  11:11 14:7 21:7
  25:15 26:21
  33:4,11 64:5
  104:10
**gives**   64:5
  159:17 278:19
**giving**   292:16
  292:17 345:20
**glomeration**
  235:11
**go**   9:3 10:6 12:4
  14:10 20:18,21
  24:23 25:6
  46:19 48:6
  52:13 58:1,2,18
  62:7 68:6 72:24
  75:16 86:14

98:24 113:18
128:8 135:3
142:22 149:15
163:24 172:8
172:20 184:21
187:15 214:11
215:14 217:14
228:11 233:21
234:10 238:4
248:8,13
255:16 262:14
265:7 268:22
273:7 278:6,10
280:23 282:17
283:11,15
304:22 305:11
311:6 313:4
314:11,21
316:20 325:14
327:14 341:20
346:12,12
349:18 351:22
353:15,22
354:2 362:21
367:20
**god**   51:24
**goes**   73:6 131:8
  191:17 256:22
  274:1 328:9
**going**   13:17
  16:20,23 18:6
  19:21 20:9,19
  20:19 23:11
  52:15,18 61:24
  62:2 65:14 68:9
  68:11 74:5,18

74:19 75:7 92:7
100:13 102:15
109:5 114:16
115:2,5 121:19
121:20,21
127:9 137:11
140:8 142:20
144:3,5,9
149:12 151:12
156:18 160:6
160:20 162:16
164:3 179:2,4
179:10 183:13
186:2,7 189:17
193:21 211:3
212:19 214:4
226:4 228:13
238:1,4 250:15
251:5 254:1
259:17 262:11
262:14 269:19
273:8,11,23
274:16,19
278:6,11
279:10 280:15
280:22 283:10
302:16 313:4,7
314:4 338:20
343:2 346:4,7
349:16 353:9
356:1 357:17
**gold**   33:14
  37:20,24 38:6
  38:20 39:7,14
**golfer**   134:1

**golkow**   1:23
**good**   8:8 24:3
  30:24 32:11
  72:16 98:11
  135:16 157:21
  158:15 198:20
  237:9 275:23
  368:4
**gosen**   267:19
  277:16 280:21
  283:11,17
  284:6 291:1,24
  292:24 293:20
  299:1,4,9
  300:15 301:12
  302:4,5 303:14
  304:1,24 308:5
**gosen's**   303:11
**gotten**   79:8
  166:23
**gouverneur**
  288:8 289:13
  307:6
**government**
  56:4 219:12,17
  219:19
**grab**   68:11
**grade**   230:4,11
  269:20 282:4
  290:21 307:16
  317:22
**graded**   131:11
**grades**   140:21
**graffiti**   148:3
**grafite**   223:5

**[grain - handwritten]**                                              Page 30

**grain**  243:6
**grains**  242:11
  244:4
**grange**  5:5
  317:5
**granular**  135:7
**graphite**
  147:22 223:19
**grapple**  194:5
**grasping**
  363:21
**gravity**  79:17
  104:3
**great**  128:14
  158:2 271:18
  276:12 341:4
  345:15 364:23
**greater**  200:17
  245:3 339:3
**greatly**  351:12
**green**  157:3,4
**grew**  339:7
**grid**  130:18
  131:22
**grind**  109:9
  256:16,24
  347:1
**grinding**  257:2
  257:4 338:18
  338:21 339:18
  340:1 343:18
  344:3,7 345:11
  345:21 346:14
  346:18
**gross**  237:12
  269:5

**grossly**  283:5
**ground**  9:3,9
  9:12 10:7
  108:23 109:7
  118:3 135:14
  241:20 256:20
  338:12,13
  339:20 342:10
  343:17 344:17
  344:21,23
  345:1
**group**  41:14
  56:1,6,7 67:21
  147:2 203:1,13
  204:14 315:3
  315:10,17
  328:3,23
  330:19 331:7
  331:10,15,20
  332:2
**groups**  97:17
**grow**  297:16
**grown**  335:24
**growth**  157:23
  165:9 285:24
  294:20 356:20
**guangxi**  47:9
  107:5,7 117:21
  126:24 127:1
  127:13 140:24
  142:1,5,18
  144:22 145:14
  172:9,12,21,22
**guess**  77:5
  100:19 145:11
  242:4,4 273:19

328:20
**guessing**  228:3
  328:18
**guidance**  94:3
**gunter**  113:11
  299:3,10,11
  300:15,22
  301:2,19
**gunter's**  113:15
**guy**  331:4
**guy's**  201:4
**guys**  116:5
  139:22 271:22
  271:23 368:3

### h

**h**  3:10 265:14
**habit**  165:9
  286:23 294:20
  313:10 335:24
  339:7,8 345:12
  349:17 352:17
  356:20
**habitat**  286:18
  286:23
**habitats**  309:24
  310:3
**habits**  166:4
  241:19 285:24
  308:15 310:2
  310:17 352:17
**hairy**  177:8
**half**  60:19
**halfway**  242:18
  286:5,13

**hamm**  319:20
**hammer**  140:2
**hammers**
  139:18,20,21
  140:3,6
**hammondsville**
  112:10,14
  247:4 251:19
  251:21,22,23
  252:11 255:7
  257:9 262:2,17
  266:4,17,24
  267:14 268:6
  268:10 269:12
  270:1,2,14,19
  291:19 357:20
**hampshire**
  281:9
**hand**  125:3,4,8
  126:10,16
  127:1 128:12
  128:22 129:6
  129:17 139:4,4
  139:17 143:20
  145:14 154:11
  157:24 159:12
  166:13 211:10
  237:6 239:22
  265:6,24
  266:10 278:5
  294:3 322:7
**handled**  293:2
**handling**  69:1
  361:1
**handwritten**
  318:10

**happen** 41:5
42:10,22 43:5,7
43:8,10,13
176:14 271:20
299:1
**happened**
43:19 50:9,12
51:16 273:3,6
362:6,9 363:15
**happening**
57:21 166:12
177:24 181:13
193:7 211:1
342:24
**happens** 41:6,7
42:1,3,4,11
91:6 103:4,5
120:4 130:17
131:3 144:8
228:2
**hard** 141:17,22
234:24 316:19
**harder** 348:4
**harmful** 200:9
200:21 202:20
203:6 205:1,7
205:11,14
227:16,18
**harmonize** 94:2
**hats** 141:22
**head** 11:24
120:12 316:13
**heading** 286:15
317:9,10
321:19

**health** 4:7
53:17 64:7
65:12 66:9
98:18 184:17
189:23 205:23
208:8 215:18
216:1,2 217:21
218:8,17
219:13 220:15
**hear** 301:18
336:20
**heard** 7:9
**hearing** 222:12
**heavily** 225:18
341:22
**heavy** 321:8
**held** 66:7
214:13 312:24
**helmet** 141:17
**help** 32:14
34:17 150:18
159:13 180:22
186:8,11 331:5
**helps** 104:12,15
**henrich** 2:12
**hereinbefore**
369:9
**herford** 23:15
23:15
**high** 142:14
225:12 260:4
290:20 309:20
342:5,9 343:12
343:16 347:8
347:19,22
354:14

**higher** 23:22
24:4 141:13
269:17 271:1
**highest** 354:15
**highlighted**
325:20
**highly** 317:20
**hill** 2:14
**hinder** 11:3,7
**hire** 315:13
**hired** 48:15
315:12 333:20
333:21 334:3
**historic** 4:20,21
274:3,4,12
276:15
**historical** 44:11
44:14 46:16
89:21 101:23
102:5 110:5
128:6 129:12
169:7 173:10
173:17
**historically**
67:10 90:19
101:2 168:4
296:1
**history** 39:4
148:8 285:16
**hold** 66:5 93:20
104:6 115:2
172:15 180:17
231:23 233:4
304:21
**holding** 140:1

**holes** 130:18,21
131:14 132:9
**homeowner**
69:22
**honestly** 300:10
**honors** 53:23
54:3,6
**host** 227:15
292:3
**hosted** 292:12
**hour** 68:9
**hours** 125:16
133:4
**huh** 12:1
**human** 78:6
79:10,13 84:21
85:17 86:18,21
176:2,2 215:19
216:1 227:4,12
**hundred**
141:14
**hundreds** 85:21
85:23
**hydrothermal**
302:19
**hygienic** 30:17
**hynes** 2:7 9:16
12:9,15,21 13:7
13:12 27:7 32:9
40:1,23 42:5,23
43:22 46:4
47:20 48:19
50:14 53:9
59:15 60:3 61:6
63:11 64:10
65:14 66:16

68:18 69:3,18
70:20 71:23
72:19 74:5 75:7
76:18 77:14
78:7 85:8 86:2
88:14 89:4
91:10 92:14
96:23 97:9
99:20 103:7
106:14 115:16
118:13 120:5
122:4,17
123:10 124:2
149:7 152:24
153:8 156:12
157:20 159:23
161:4 162:6
164:5 167:8
173:12 174:19
175:14 176:16
177:19 180:11
189:14 191:3
195:14 200:11
203:7 204:6
205:17 207:1
212:6 213:6
214:11 231:11
250:6 253:3,15
262:18,21
263:3,9,13
267:1,15
275:14 276:1
311:15 313:23
329:9 335:14
342:11,17
343:5,22

353:13 367:14
367:23 368:5
368:12
**hypothetical**
71:24 75:9
76:19 85:9 86:3
88:15 103:8
176:17 349:7
352:21

**i**

**ian**  168:18
170:12
**idea**  71:11
77:17 84:19
85:11 131:19
135:16 143:14
145:3 198:10
268:12 295:6
296:12 304:5
311:3 314:23
**identical**  34:21
35:4,8 36:22
38:15,21
**identifiable**
206:15
**identification**
96:2 161:12
199:13 230:9
332:5 335:13
336:23 350:3
368:17
**identified**  36:6
49:4 230:18
244:4,24 251:1
255:5 257:8

280:5 333:8
358:18 360:5
363:10
**identifies**  218:8
230:3 278:16
279:7 288:23
289:3,16,18
318:13 322:1
363:16
**identify**  49:23
82:11 86:16
87:3,8,10,17
161:23 198:21
208:7 231:17
318:1 348:14
350:5
**identifying**
82:15 288:19
332:12
**identity**  245:23
**idle**  266:5,18
**ii**  44:18 45:6
47:2,2 48:12
**illustrated**
157:10
**image**  83:20
158:4 159:6,14
160:12 161:8
161:15,24
162:5
**images**  105:4
128:16
**imerys**  105:6
116:17 147:9
147:10 172:14
313:13 314:13

314:18,20,23
315:13,16
**imerys14519...**
5:6
**imerys30844...**
5:7
**impact**  224:15
226:4
**impetus**  301:8
**implementing**
190:17 197:13
**implication**
194:22,23
195:2 329:2
**implications**
195:22
**implies**  297:18
**importance**
109:4
**important**  93:9
109:8,17,21
169:5 190:9
203:5 261:4,21
272:3,4 281:23
296:7 303:23
306:3
**impossible**
110:24 132:17
**impression**
312:11
**impressions**
31:16
**improper**
105:21 188:13
214:1

**improvements**
  322:14
**inaccuracies**
  220:1
**inaccurate**
  55:12 65:4 67:2
  124:4 153:4
  156:24 196:8
  203:15 204:9
  254:8 296:16
**inadequate**
  208:6 211:10
  211:17 212:14
  213:19
**inappropriate**
  74:17 254:9
  282:9 283:6
**incapable** 330:7
**include** 24:6
  80:24 216:7
  241:3,4 245:19
  245:22 247:18
**includes** 230:9
**including** 60:22
  151:1
**inclusion**
  243:17
**inclusions**
  136:2,4,8,11,14
  136:21 240:8
  242:23 243:4
**income** 67:20
  67:23
**incomplete**
  71:23 75:9
  76:19 85:8 86:2

88:15 103:7
  176:16 349:7
**inconsistently**
  91:8 92:10
**incorporated**
  32:18
**incorporates**
  221:14
**incorrect** 54:5
  81:8 105:22
  123:13 125:10
  136:13 193:17
  218:11 219:5
  295:3
**incorrectly**
  89:20
**increase** 99:6
  307:14
**increased**
  101:10
**independent**
  68:5
**independently**
  83:23,24
**index** 6:1
  200:17
**indicates**
  277:19
**indicating**
  251:3
**indication**
  159:17 260:24
  314:17
**indicator** 5:3
  254:13 284:21

**individual** 78:4
  78:17,22 79:11
  80:5 86:17,18
  342:4,7 344:9
**individuals**
  167:12 170:7
  170:14 180:18
  328:3 329:19
**industrial**
  46:14 96:6,10
  120:3 285:15
**industries** 4:19
  264:9
**industry** 117:1
  330:23 331:3,4
  331:12
**inferences**
  237:22
**influence**
  249:23 250:5
**inform** 57:20
  186:8,11
**information**
  6:6 70:10,13,17
  100:17 101:11
  102:7 109:7,8
  114:16,22
  160:2,19,23
  161:7,11 162:1
  173:8,15 178:8
  180:8 181:3,14
  181:19 184:22
  186:18 187:22
  187:23 202:13
  208:16 259:12
  265:9 276:9

277:5 278:20
  285:4 312:20
  349:3,15,21,22
  363:3
**informed** 56:6
**informs** 159:17
**ingredients**
  218:22 221:2
**initial** 356:4
**initially** 359:12
**initiated** 187:18
**input** 326:11
**ins** 9:23
**insinuating**
  329:7
**insoluble**
  320:10 321:5
**instance** 103:10
  104:24 175:19
  177:23 193:14
  260:2 261:10
  285:6 342:9
  344:13
**instances** 31:6
  97:20,21
  125:11 152:13
  177:10 180:21
  335:6 353:7
**instruction**
  13:1
**instructions**
  20:14,16
**instructs** 12:16
  13:7
**instrumentation**
  81:21 82:8

332:7
**insulting**
353:17,20
**intelligently**
34:16,18
**intend** 60:8
61:4
**intensive**
175:23
**interagency**
204:14
**interest** 100:2
147:11
**interested**
369:13
**interesting** 43:2
294:10
**interests** 56:20
**intermixed**
303:17
**internal** 249:22
323:9
**internally**
209:7
**international**
203:1
**interpret**
328:16
**interpretation**
310:8 329:6
**interrupt** 72:12
188:17 189:5
212:19
**interrupted**
72:23

**interrupting**
188:22
**intervals**
309:19
**interview**
166:24 167:22
169:3
**interviewed**
127:15 145:18
**introduce**
313:11
**introduced**
48:3
**invade** 115:23
**invading**
115:17
**investigation**
359:17,19
361:8
**invisible** 84:20
86:17
**involve** 25:20
**involved** 16:11
100:6 167:12
171:21 173:7
225:18,23
327:8,11 328:8
360:17 363:12
366:12
**involves** 26:2
**involving** 15:6
26:13
**iso** 95:1 337:13
337:23 351:21
**issue** 28:15 36:9
64:21 65:15

83:4 92:22,23
93:3,7 103:22
105:10 112:21
115:4,24 137:5
140:5 184:11
189:21 191:8
194:4 198:4
206:6 207:4
211:17 245:12
257:3 282:23
293:19,23,24
294:22 320:14
320:17 321:14
344:15 346:20
348:7
**issued** 18:19
19:7
**issues** 16:21,24
57:23 64:14,24
66:14 94:8
104:2 124:7,24
138:6 139:15
170:4 180:23
190:1 203:11
204:15 207:14
220:17 221:5
226:1 294:5
299:7 312:17
324:17
**issuing** 264:20
**italian** 4:10
35:2 47:8 106:5
110:20 148:4
223:4,18 312:5
357:18

**italy** 358:3
**iw** 204:13

**j**

**j&j** 4:5,12
67:24 113:4
122:15,18
127:17 215:1
228:18 234:23
253:14 320:11
320:16 321:4
321:22 322:2
323:8 327:15
330:2 332:16
332:21 333:2
358:1 366:1,4
366:11,13
367:1
**j&j's** 323:6
**jackson** 2:21
**jd** 63:15
**jenkins** 32:17
**jeol** 175:3,5
**jerk** 353:3
**jersey** 1:2 2:14
15:5
**jnj000062436**
4:13
**jnj00008656...**
4:8
**jnj000270495**
222:16
**jnj00027049...**
4:10
**jnj00029487...**
4:6

**[jnjtalc000453134 - katy]**                                    Page 35

| jnjtalc000453... | 138:16 146:8,8 | 221:13,13 | 34:6,23 36:23 |
|---|---|---|---|
| 4:15 | 146:13,14,16 | 225:13,13,17 | 38:16 42:20 |
| **job**   66:8 121:1 | 146:17,19,19 | 225:17,20,21 | 44:12 45:2 47:6 |
| 125:19 146:24 | 147:13,13,19 | 230:13,13 | 104:19 107:15 |
| **johnson**   1:5,5 | 147:19 148:12 | 234:21,21 | 107:20,20 |
| 2:10,11 12:8,9 | 148:13 166:23 | 235:17,17 | 118:11 119:1 |
| 18:21,21 22:20 | 166:23 167:13 | 236:3,4,7,8,13 | 120:20 170:19 |
| 22:20 23:3,3,8 | 167:14 168:19 | 236:13 239:10 | 170:24 171:14 |
| 23:8,17,17 24:2 | 168:20 169:8,9 | 239:10 247:3,4 | 180:7 250:5 |
| 24:2,6,7,12,12 | 169:15,15,21 | 249:9,22,22 | 251:4 254:24 |
| 25:2,2,3,4,10 | 170:1,1,17,17 | 250:4 251:3 | 268:24 279:22 |
| 25:10,16,16,20 | 171:19,19 | 253:2,2 254:11 | 280:13 322:22 |
| 25:20 26:3,3,13 | 172:13,13,16 | 254:12,24 | 333:9 339:5 |
| 26:13,21,21,22 | 172:17,23,23 | 255:6,7 256:7,7 | 358:19 359:2 |
| 26:23 27:12,12 | 173:2,2,6,7,11 | 258:9,10 | 359:14 |
| 28:5,5,20,20 | 173:11,15,16 | 269:12,13 | **johnston** |
| 29:12,12 31:4,4 | 173:20,21 | 279:22 280:13 | 179:14 182:19 |
| 32:7,7 33:1,1 | 174:5,5 179:3,3 | 293:13,13 | 182:24 209:18 |
| 35:10 38:22,22 | 179:11,11 | 300:16,17,23 | **joint**   183:22 |
| 47:6 52:7,8 | 180:6,14,14,18 | 300:23 311:12 | **jp**   5:5 317:4 |
| 57:10,10,11,11 | 180:18 181:16 | 311:12 315:12 | **julie**   324:5,10 |
| 57:15,15,18,18 | 181:16 182:20 | 315:12,19,19 | **jump**   10:8 |
| 67:7,7,11,11 | 182:20 183:7,7 | 315:21,22 | 146:4 |
| 68:4,4 69:23,23 | 190:11,11 | 318:17,17,21 | **june**   1:10 21:24 |
| 104:18 106:3,3 | 192:1,1 196:18 | 318:21 319:7,7 | 60:4 369:19 |
| 106:16,16 | 196:18 197:6,7 | 319:22,22 | **juries**   197:21 |
| 107:3,3 108:3,3 | 197:12,13 | 320:19,19 | 268:23 269:3 |
| 111:2,2,5,5,8,9 | 198:5,5 208:21 | 322:22 324:11 | **jury**   10:16 |
| 111:12,12 | 208:21 209:3,3 | 324:11,23,24 | **k** |
| 112:11,12 | 209:8,8,9,9 | 332:10,10 | |
| 113:14,14,22 | 213:1,1 215:19 | 354:7,7 358:4,4 | **kathleen**   1:16 |
| 113:22 118:9,9 | 215:20 216:22 | 358:13,13 | 369:3,17 |
| 119:5,6 120:20 | 216:22,24,24 | 367:4,4 | **katy**   2:18 19:12 |
| 123:8,8 126:14 | 217:20,20 | **johnson's**   15:7 | 149:1 158:3 |
| 126:14 128:12 | 218:7,7 219:11 | 25:22 27:6,24 | 162:4 163:24 |
| 128:13 138:15 | 219:11 220:6,6 | 30:15 31:10 | 232:1 278:5 |

**[katy - knowledge]**                                                      Page 36

| | | | |
|---|---|---|---|
| 286:8 314:6 | **knight** 2:20 | 139:10,12,16 | 235:15 236:1,5 |
| **katy's** 278:6,11 | **know** 8:1 9:23 | 140:4,7,22 | 236:22 237:13 |
| **keep** 50:19 62:5 | 11:22 12:17,19 | 141:12 143:7 | 243:3,5 245:20 |
| 115:22 164:9 | 18:23 19:1,3,21 | 144:15,17 | 246:10,11 |
| 188:22 227:2,5 | 22:3 24:10,18 | 145:7 146:3 | 247:11 248:3 |
| 231:1 244:7 | 25:13 29:13 | 147:15,17,24 | 249:16 250:21 |
| 310:4 316:16 | 32:20 39:5 | 148:4,8,8 | 252:4 255:6 |
| 343:2 | 43:11 44:14 | 149:10,23 | 258:3 266:21 |
| **keeping** 275:23 | 45:3 46:21 55:3 | 150:14,19,19 | 267:8,11 |
| **kept** 325:2 | 57:9,14 61:17 | 157:16 159:1,2 | 268:11,11,15 |
| **kessler** 62:13 | 62:6,15,18,20 | 160:18 161:17 | 273:17,20 |
| 62:16 63:8 | 62:21 63:14,18 | 165:10,16 | 276:9 279:14 |
| 65:11 66:13 | 65:19 68:1,23 | 166:5 167:19 | 297:2,5,7 298:9 |
| **kessler's** 59:9 | 69:16,24 70:9 | 168:14,17 | 299:22 300:1,3 |
| **kevin** 2:7 | 70:13,16 71:8 | 169:12,24 | 300:12,21 |
| 106:13 115:1 | 71:21 74:24 | 170:4,9,21 | 301:7,7,16 |
| 149:11 162:13 | 75:6,20 76:16 | 171:17,22 | 304:21 305:19 |
| 214:6 367:12 | 77:2,11,20,21 | 176:2 180:3 | 311:5 312:8,14 |
| **kevin's** 102:15 | 82:18 85:12,17 | 182:5 183:11 | 312:19,19 |
| **khynes** 2:10 | 88:21 95:5 | 184:13,23 | 315:15 316:13 |
| **kind** 68:3 70:11 | 96:17 97:6 99:8 | 185:2,12,16,17 | 319:5,13,15,21 |
| 90:12 98:23 | 100:8 102:14 | 188:24 190:6 | 328:2,5 331:3 |
| 100:20 121:15 | 102:15 104:11 | 191:9 194:22 | 331:22 332:15 |
| 122:21 131:22 | 105:13 107:14 | 196:3,4 200:21 | 332:23 333:4,6 |
| 132:7 134:6 | 109:6 110:11 | 204:9 206:1,24 | 334:1 346:5 |
| 145:16 155:18 | 110:23 111:3 | 208:18 209:5 | 351:2 353:5 |
| 155:21 174:1 | 111:23 113:2 | 209:10,22 | 356:1 357:24 |
| 194:9 218:18 | 115:11 119:11 | 216:11 217:15 | 358:15 360:7 |
| 227:1 247:21 | 119:21 120:9 | 225:7,9,14,15 | 361:10 366:4,5 |
| 250:11 284:24 | 120:20 124:19 | 225:16 227:5 | 366:10,23,24 |
| 353:3 361:11 | 129:3 132:10 | 227:21 230:13 | **knowable** 24:16 |
| **king** 2:7 18:20 | 132:12,22 | 230:22 231:1 | 24:20,23 |
| **knew** 56:13 | 133:1,2,6,13,16 | 231:18,23 | **knowing** 62:23 |
| 57:21 124:8 | 134:9,13 135:4 | 232:3 233:14 | 63:9 |
| 236:23 267:6 | 135:8,12,17 | 233:17,19 | **knowledge** |
| 268:8 352:16 | 138:13 139:8 | 234:16 235:5 | 37:11 48:16 |

**[knowledge - limited]**

50:13,20,22
51:12 52:1
71:13,14 77:24
84:4 99:5 101:9
101:12 124:14
135:2 148:20
148:22 167:21
170:2 173:19
173:20 187:4
196:5,13,14
208:13 210:20
215:10,10
247:19 312:9
323:8 329:15
366:18,19,22
**known** 182:11
184:8,16
203:17 211:18
227:12
**kslaw.com** 2:10

**l**

**l** 2:17 361:6
**la** 148:3
**lab** 333:16
**label** 75:24
123:20 222:15
314:14,17
**labeled** 21:1
229:16 233:23
274:2,3 319:12
**labeling** 75:18
**labor** 139:17
175:23
**laboratory**
198:20 332:3,4

**labs** 333:3
**lack** 100:19
186:17
**laid** 364:22
**lance** 2:2 7:16
**landed** 84:13
**language** 91:16
91:23 96:17
97:13 103:17
185:24 210:18
221:20 250:19
294:24 295:1
304:3
**large** 17:6
131:23 142:19
258:22 274:23
292:9
**larger** 152:1
356:18
**largest** 263:13
**late** 19:10 94:2
94:20 95:3 98:6
99:16 169:16
270:19
**latitude** 249:15
**lauder** 33:10
36:8,10,21 37:3
37:8
**law** 7:17 18:20
62:19 63:1
**law.com** 2:15
**lawrimore** 2:18
**laws** 79:17
**lawyer's** 370:1
**lawyers** 19:6
61:16

**laying** 85:2
**layperson** 84:3
**lead** 31:16
331:18
**leaders** 157:8
**leads** 193:24
**leap** 294:6
296:15 298:6
**learn** 55:21
82:3,24 83:5
**learned** 56:11
82:6 123:22,23
124:5,20
**learning** 83:3
98:23
**lee** 55:2,7,11
56:1,6,7 67:7
67:21 68:6
146:24 147:1
325:17 327:15
327:21 328:3
328:11,23
329:2 330:2,19
331:7,10,15,20
332:1,21
358:24 359:12
360:1 364:1,2,5
364:19 365:2
365:11,12
366:20
**lee's** 330:22
**left** 122:11
129:11 154:11
239:22 316:3
**legal** 9:20 70:11
76:23 330:6

**legalese** 77:23
**length** 41:10
173:22 339:3
348:16
**letter** 4:4,7,9
179:13 185:13
185:15 207:24
213:11 216:14
216:21 222:15
238:12,14
239:1
**letterhead**
209:8
**letters** 168:13
358:10
**letting** 246:10
**level** 50:22
51:12 71:10
75:15 135:8
210:20 225:12
272:22 361:3
**levels** 137:23
270:9
**liability** 1:7
**light** 81:2 160:5
243:20
**likely** 47:16
178:1 213:12
270:15 271:20
272:5 290:16
290:22 338:19
340:12 342:15
**limitations**
306:4
**limited** 186:4

Page 38

**line**   34:13 88:10
   148:9 223:21
   248:24 249:1
   370:2
**lines**   176:12
**list**   21:5,17 22:8
   28:16 29:10
   32:5 58:9,24
   59:18 60:5,21
   60:22 101:4
   119:3 120:2
   174:2 180:1
   216:8 220:4
   222:22 228:22
   233:12 234:5
   239:15 244:21
   341:5 347:12
**listed**   32:5 53:8
   118:22 128:11
   343:12 347:11
**lists**   174:8,11
   226:13
**literally**   139:20
   177:7
**literature**   44:23
   49:3 56:13
   57:22 89:21
   93:4 110:12
   111:16 112:2
   136:9 137:3
   184:15 267:21
   269:11 281:4
   296:2 298:2
**litigation**   1:7
   7:19,22 15:5
   16:20 33:3

57:19 60:10
61:5 67:10
106:5 116:16
116:22 118:11
124:1 172:18
198:12 299:21
300:2 301:4
327:18,24
358:8
**litigations**
   27:14
**little**   62:3 67:16
   99:11 102:12
   105:23,24
   143:5 165:7,7,7
   224:9 299:5
   314:7 323:13
   334:8
**live**   145:6
   225:17
**living**   168:15
   169:9 170:7,8
**llc**   2:2
**llp**   2:7
**load**   132:8
**local**   291:13
**localities**   41:2
   154:3 259:23
**locality**   261:9
**localized**   41:3
   105:9,18
   156:19 281:2
   281:12
**locally**   304:14
   309:23

**located**   179:17
   179:18 261:19
   263:6
**location**   1:14
   127:2 252:7
   270:1
**locations**
   307:18
**lodge**   12:9,15
**lodged**   13:11
**lodges**   12:21
**logic**   47:15 76:1
   103:12
**logical**   71:1
   195:9,13
**loliver**   2:5
**long**   113:21,21
   121:21 126:1
   127:22 129:15
   189:4 202:3
   251:5 285:15
   297:21,22
   301:21 347:7
   349:9 360:13
**longer**   38:6
   170:7 197:7
   299:5 338:19
**longo**   44:20
   45:15 334:13
   335:3
**look**   20:14,22
   25:7 32:23
   34:12 41:8
   51:15,21 52:10
   59:21 64:2,13
   64:17,19 65:22

66:20 70:24
80:8,19 83:7,13
84:11 95:6,15
97:15,23 105:7
105:14 107:15
108:7,11,16
109:18,21
110:1,3 111:10
113:1 130:23
132:5 135:18
144:21 148:23
155:7,14 156:5
156:23 157:19
159:10,21
163:19,21
164:24 165:5
172:8 178:7
182:7 185:21
186:2 189:20
191:23 197:11
199:19 204:19
207:4 210:13
217:11 219:18
221:16 235:24
236:9 238:18
242:17 243:9
243:19 249:4
250:23 252:7
254:11 265:5
267:18,22
269:11 272:11
272:12 273:15
273:21 277:24
278:8 285:9
286:1 287:7
288:13 295:22

**[look - major]**                                                    Page 39

296:9 303:10
306:14 307:17
315:1 317:8
320:2 321:18
325:15 326:22
337:10 339:18
340:6,10 341:7
341:10,15
349:16,18,23
350:1,7,10
351:20,21,21
352:15 354:2,3
**looked** 39:11
43:4 49:16
51:17 86:5
107:19,21,24
111:1 113:3
236:2 246:6
288:8 300:11
304:10,11,20
304:24 305:2
305:10,18
306:5 307:2
308:12 310:6,7
310:22 322:24
**looking** 23:4
37:16 49:3 65:1
72:6,7 73:1
82:22 99:2
101:18,20
109:5 110:18
119:19 128:5
128:15 134:13
137:4 149:16
154:5 158:20
159:6,14,18

164:17 165:3
165:15 166:15
178:18,19
180:22 186:9
191:8 202:2
211:2,4 222:4
234:18 235:22
239:23 240:2
248:1,6,17
250:21 259:4
259:22 261:5
264:13,23
265:12 266:22
267:19 279:9
284:18 286:2
299:6 304:2
306:2 308:5
311:10 339:1,4
340:23 341:6
342:22 348:22
349:23 350:2
350:13,14,18
352:20 354:4
355:19 356:8
362:5,23
**looks** 59:22
95:17,22 131:7
154:22 155:16
155:18,21
156:3 157:23
158:17,23
159:15 162:24
163:1,8,9
165:12 232:12
264:16 287:14
287:16

**loose** 30:23
134:8
**loosen** 143:15
**loosened**
133:21
**loosens** 130:20
**lose** 62:9
**losing** 353:18
**lot** 43:9 73:5
93:24 98:21,24
140:10 144:20
144:20 211:22
230:4 232:8
234:7 243:11
259:11 261:13
342:14 353:6
353:10 359:2,7
359:14 361:1
365:7,8
**lots** 92:23
230:10 365:6
**love** 254:2
**low** 254:17
260:6
**lower** 154:10
195:18 309:6
**luck** 72:16
**ludlow** 252:20
275:7 279:2,6
316:2,22,23
**lump** 282:10
**lumping** 281:24
**luzenac** 313:14
313:22 315:3
315:10,16
321:4 322:1

| m |
| --- |
| **m.d.** 59:12 |

**machinery**
139:6 174:17
174:24
**madam** 18:3
19:16 21:10
52:17 162:11
183:12 246:4
312:21
**made** 24:3,13
29:19 30:24
48:14 65:3 73:8
138:19 169:4
170:8,17
272:23 296:5
337:2 359:9
**magically**
312:12
**magnification**
311:13
**mail** 295:3
299:2,11,18,20
300:24 301:9
301:17,22,22
301:24 323:21
323:23 324:3,7
**mails** 362:13
**main** 106:3
307:5
**maine** 281:10
**major** 152:16
317:14,16
334:9

**[majority - materials]**                                          Page 40

**majority** 26:6
  67:9
**make** 8:1 9:8
  9:11 39:12,19
  43:3 67:13 73:2
  73:7 75:21
  103:13 115:7
  125:14,20
  127:7 145:22
  149:18 159:6
  160:21 170:9
  190:15 196:9
  197:4 198:2
  219:21 222:11
  237:12,12
  270:10 283:18
  296:15 298:7
  304:3 330:1
  332:16 336:7
  339:10 340:5
  341:24 344:15
  352:5 362:4
  363:6 367:19
**makers** 38:6
**makes** 63:2
  271:19 279:21
  305:22
**making** 170:23
  186:6 187:16
  191:18 202:5
  219:2 228:4
  234:19 245:15
  323:10
**man** 182:18
  333:2

**man's** 182:13
**management**
  322:4 323:6
  361:3
**management's**
  322:17
**manager** 128:3
  360:24
**managers**
  137:21
**mandated**
  320:21 335:12
**manifestation**
  347:14
**manipulated**
  79:6
**manner** 93:23
  211:1 311:6
**manufactured**
  33:14 37:22
  49:8
**manufacturers**
  249:14
**manufacturing**
  365:5,16
**marbled**
  155:17
**march** 3:17,19
**margaret** 2:19
**mark** 18:4,7
  19:14 21:11
  52:15,18 58:5
  58:15 142:22
  149:2 162:16
  164:3,8 183:11
  183:14 215:16

223:1 228:12
  228:14 232:19
  232:21 233:22
  246:15 262:11
  273:8,11,23
  283:16 318:11
  323:14
**marked** 6:12
  162:10 368:16
**market** 224:17
  226:5 366:14
**marketing** 1:6
  250:20
**marking** 52:22
  58:21 162:7
  246:13,17
**markings**
  234:13
**mary** 360:12,14
  361:4 363:9
**mas** 1:5
**mask** 138:10
  141:23 142:4
**masks** 142:8
**massachusetts**
  281:9
**masses** 292:2
  293:1 295:17
  297:17
**material** 20:21
  44:21 45:10,16
  47:5 58:15
  59:17 80:21
  95:20,20,22
  105:13,14
  111:1 130:22

130:24 131:1,4
  131:7,10,11
  133:17,20
  134:8 135:1,9
  136:6,15,17
  155:24 156:5
  157:3,4,6
  158:11,12
  159:15 162:20
  163:5 165:4,11
  165:12 176:12
  177:6,8 191:15
  194:12 197:15
  198:6 200:10
  203:6 205:2,8
  205:11,14
  260:4 262:6
  270:24 272:12
  290:17 296:5
  340:14 352:6
  365:20
**materially**
  44:18
**materials** 18:10
  18:11,22 20:4
  49:10 58:10
  82:23 96:8
  99:15 105:17
  113:7 119:2,13
  120:15 124:1
  146:3 169:14
  178:22 190:6
  191:10,13
  199:14 201:24
  202:20 235:4
  294:13,15

[materials - memo]                                                    Page 41

| | | | |
|---|---|---|---|
| 300:5 324:14 | 84:15 88:17 | 188:15 191:19 | **mechanical** |
| 336:7 | 95:4,4,14 | 196:1 226:17 | 130:22 138:22 |
| **matter**  47:15 | 101:15 103:11 | 257:22 304:15 | 138:23 |
| 47:23 58:8 59:5 | 110:7,21 114:1 | 344:20 365:4 | **mechanisms** |
| 73:18 80:20 | 117:2 131:18 | **meaningful** | 79:4 |
| 94:10 98:10 | 135:4,22 | 112:3 159:18 | **medical**  15:19 |
| 108:24 137:12 | 136:16 144:16 | 178:16 210:12 | 16:13,14,16 |
| 204:2 211:5 | 152:19 155:12 | 220:13 221:7 | 53:8,19 62:16 |
| 237:3 257:3 | 155:18,20,22 | **meaningfully** | 65:8 66:21 |
| 260:8 261:22 | 157:6 163:18 | 261:23 | 96:11,15 97:5 |
| 346:24 | 168:12 174:13 | **meaningless** | 97:12 184:8,15 |
| **matters**  64:1 | 175:1 176:4 | 281:17,19 | 196:2 202:17 |
| 66:24 | 181:18 185:16 | **means**  131:24 | 204:5,11 |
| **matthew**  1:13 | 186:9 187:1,2,9 | 135:20 186:23 | **medically** |
| 3:5,15 7:12 | 190:2,8,9 200:2 | 190:24 197:5 | 15:24 203:6 |
| 21:1 75:3 | 201:7 205:19 | 200:8 205:15 | **medication** |
| 101:22 102:7 | 210:9 212:20 | 205:20 206:1,7 | 11:2 |
| 369:4 | 225:14,19 | 206:22 230:22 | **meet**  90:23,23 |
| **mazingo**  2:3 | 236:20 237:15 | 231:9 329:12 | 335:11 |
| 7:21 263:20 | 237:16 241:23 | 336:16 347:20 | **meeting**  8:13 |
| **mccarthy** | 242:14 244:6 | **meant**  104:12 | 363:14,14 |
| 324:1 327:13 | 246:19 252:3 | 185:19 186:21 | **meetings**  186:3 |
| 328:6,9,24 | 253:6,8,10,17 | 187:12 188:6 | 186:6 |
| 329:6,11,13,14 | 256:2,4 261:8 | 189:11 201:14 | **meets**  351:1 |
| 330:13,17 | 264:15 270:11 | 202:9 212:3 | **memo**  5:4,7 |
| **mccarthy's** | 270:11 271:16 | 213:3 214:21 | 185:14 188:7 |
| 331:23 | 273:20 278:5 | 223:12,15 | 208:21 210:2,4 |
| **mccrone** | 286:24 296:13 | 233:8 248:11 | 210:10,13,23 |
| 119:15 168:20 | 297:21 307:9 | 329:17 | 211:3 212:3,10 |
| 199:16 | 308:23 314:19 | **measure** | 213:4 214:22 |
| **mcdevitt**  2:12 | 326:5 328:16 | 339:10 | 215:18 218:2 |
| **mdl**  1:5 60:1 | 337:18 338:4 | **measured** | 218:14 223:13 |
| **mean**  24:18 | 343:1 353:1,12 | 321:11 | 223:23 224:4 |
| 41:5,6 43:1,3 | 362:23 364:10 | **measuring** | 224:24 313:13 |
| 45:4 55:3 64:23 | **meaning**  21:23 | 243:4 | 313:14,22 |
| 68:1 72:11 73:9 | 176:23 180:16 | | 315:3 320:3 |

**[memo - mine]**                                                    Page 42

321:3 322:1
323:5
**memory**   17:24
18:2 32:11,23
113:20 119:6
134:7 142:20
220:8 359:5
360:10
**memos**   209:7
**men**   202:2
209:14
**mennen**   33:6
33:20 34:3,19
34:21 35:7,20
36:3
**mention**   229:18
268:18 305:5
**mentioned**
62:11 356:22
**mere**   245:8
**merely**   143:10
**mess**   151:13
279:10
**message**   4:14
**messed**   309:17
**met**   8:9 41:16
329:13
**metal**   228:5
**metals**   227:15
227:22 321:8
**metamorphic**
282:4 290:23
302:18 307:4
307:16 308:16
**metamorphism**
287:17,21,22

288:1,4,21
289:11 290:6
290:16,20
303:16 306:20
307:10,24
309:16 310:15
**metasomatism**
309:16
**meter**   133:22
134:4
**meters**   133:23
134:1,5,11,15
309:19
**method**   194:3
198:19 199:5
199:16 200:15
200:22 208:3,5
211:7 229:18
231:18 235:21
317:16,21
**methodologies**
49:21,22,23
56:19 89:13,15
89:24 90:23
91:24 94:14
95:1,2 195:20
336:4 337:12
337:13,14
341:17,22
345:6 351:17
**methodology**
199:18,19
321:8 337:23
339:13 340:2
**methodology's**
215:3

**methods**   80:22
82:3 84:6 87:24
88:3,5 213:10
286:14 336:8
340:4,16
349:23 352:4
354:2 355:23
**micas**   243:9
**michelle**   2:19
**mickey**   113:11
299:3,10,11
300:14,22
301:2,19,23
302:2
**micron**   348:19
**microns**   339:3
349:9
**microscope**
80:11,19 82:16
83:8 206:16
350:15
**microscopes**
80:15,24
**microscopic**
82:11 151:3
350:16
**microscopy**
81:2 207:5
208:3 229:17
230:19 311:13
**middle**   155:3
219:3 266:2
**midst**   194:6
**mike**   361:14
**miles**   255:18
258:6,9

**mill**   119:9,10
127:19 142:11
**miller**   187:19
**milling**   171:19
272:24
**million**   322:5
**mills**   121:9,11
249:6,7 272:24
**mind**   33:18
72:17 101:22
114:5 119:20
358:12
**mine**   9:6 31:13
35:12,12 36:3
37:8,12 39:1,14
40:10 41:18
42:13,14 46:9
47:18,24 48:7
76:14 104:21
105:18,20,21
107:23 108:1,8
108:9 109:1,3
110:10 111:7
112:10,14
113:10,16
116:18 117:7
121:4 126:24
128:3 131:3,6
135:3 137:20
139:1 141:7,11
143:23 144:22
147:18 171:18
172:17 183:23
190:13 191:11
192:10 196:20
197:1,8 198:14

**[mine - mining]**                                                    Page 43

| | | | |
|---|---|---|---|
| 228:18 247:4,5 | **miner** 127:16 | 117:8,13 | 112:19,21 |
| 248:14 251:4 | **mineral** 4:19 | **minerals** 4:5 | 113:1,4,13,23 |
| 251:12,23 | 41:17 45:9 89:1 | 39:24 40:12,19 | 117:20 123:1,2 |
| 252:7 253:6,8 | 89:3 108:22 | 41:11,14 64:8 | 125:11 133:11 |
| 253:11,18 | 109:11 117:9 | 109:13 124:15 | 136:22 140:14 |
| 254:4 255:16 | 124:5,6 136:12 | 137:2 152:9 | 140:17,24 |
| 257:17,20,22 | 156:11 161:12 | 155:10 161:23 | 141:20 151:15 |
| 258:5,7 259:5,9 | 163:15 166:8 | 168:13 178:10 | 151:17 172:9 |
| 259:14,16 | 169:14 241:1 | 179:15 183:3,5 | 172:12 174:3 |
| 260:10 261:3 | 242:7 254:19 | 186:4 192:5,15 | 183:7 187:20 |
| 261:15 262:1 | 255:20 256:15 | 194:14 240:9 | 197:21 198:4 |
| 262:16 266:4 | 264:9 270:3 | 240:13,16,19 | 201:20 223:18 |
| 266:17,23 | 271:6 272:6 | 240:22 241:4,5 | 235:18 236:2 |
| 267:13 268:10 | 285:21 286:16 | 243:21 245:19 | 236:21 238:21 |
| 268:16 269:8 | 302:11,22 | 249:12 255:24 | 239:9 244:17 |
| 269:12,14,24 | 303:3,9 320:8 | 270:21 282:8 | 247:3,5,11,12 |
| 270:2 271:3,9 | 332:5 335:4 | 285:23 290:23 | 247:14,17,22 |
| 271:15,16 | 339:15 | 296:7 302:22 | 248:2 249:11 |
| 272:15 278:17 | **mineralization** | 302:24 306:22 | 253:1,14 255:6 |
| 283:2,4 292:10 | 109:19 166:12 | 308:1,2 320:20 | 255:8,15,23 |
| 292:20 311:21 | 261:11,16 | 320:24 324:2,6 | 256:2,19 257:7 |
| 312:3,5,7 | 272:8 282:7,20 | 324:21 350:20 | 257:9,13,15 |
| 318:16,20 | 347:23 | 354:17 | 260:11,12,19 |
| 319:8,21 | **mineralizations** | **miners** 76:13 | 269:1 274:4,12 |
| 322:22 327:1 | 156:2,3 160:10 | 77:10 125:5 | 276:15 279:23 |
| 357:18,20 | **mineralogical** | 127:18 129:5,9 | 280:13 281:22 |
| **mine's** 236:12 | 64:1 66:14 | 137:16 138:7 | 288:11 293:11 |
| **mined** 105:8,12 | 95:11,19 96:4,8 | 142:7 144:23 | 312:18 315:19 |
| 105:13,15 | 221:21 285:16 | 145:6,13 | 318:13 319:17 |
| 107:16,20,22 | 285:20,22 | **mines** 4:21 28:4 | **minimum** |
| 110:19 127:16 | **mineralogist** | 31:4 34:5 36:6 | 352:6 |
| 172:1 254:10 | 209:15 225:4,8 | 39:22 40:4,9 | **mining** 34:20 |
| 257:21,23 | **mineralogists** | 49:4 77:10 94:1 | 42:14 76:8,9,12 |
| 258:10 269:2 | 209:20 | 104:19 105:2 | 76:14 78:18 |
| 271:11 272:14 | **mineralogy** | 109:5,19 110:9 | 84:13,22 94:7 |
| 272:16,20 | 56:20 63:5 65:3 | 112:8,9,13,17 | 102:12 105:18 |

**[mining - names]**                                                                                    Page 44

111:3 114:7,12
114:13,19
116:2,10,12
117:1,6 122:13
122:16,24
123:6,17,20
124:11,19
125:1,9 128:1
129:23 137:7
137:18 138:1
140:11 141:21
146:9 147:12
148:11 171:10
171:20,24
174:2 175:19
180:9 198:7,14
224:7 249:8
252:1,6 259:18
272:9 317:15
317:20 318:3,5
318:7 324:22
**minute**  68:10
214:5 323:20
367:17
**minutes**  122:2
179:6 346:7
360:18 363:14
**mischaracteri...**
343:22
**misinterpreta...**
294:1
**misleading**
259:17
**misrepresent**
102:16

**misrepresented**
103:19
**missing**  59:20
59:23
**misspoken**
52:18
**misstate**  351:14
**misstated**
203:12 204:13
299:13 351:11
**misstates**  43:23
66:16 70:20
152:24 153:8
173:12 174:19
203:8 212:6
311:15 342:11
342:17
**misunderstan...**
101:3 364:9
**misunderstood**
55:17
**mixed**  157:17
**model**  48:12
**modern**  171:12
172:5 173:4
193:22 201:21
**moment**  21:15
82:20 163:13
217:8 264:14
**money**  67:13
329:4
**monitor**  197:14
**monitored**
40:13
**monitoring**
333:12 336:12

336:13 361:16
**monograph**
326:22
**month**  21:23,23
60:17
**morning**  8:8
**morphological**
241:19 294:5
337:24 339:16
350:4,21
352:17 354:5
**morphology**
88:2,6 339:11
341:9,10,15
354:11 355:5
355:21
**motivated**
322:5
**motley**  2:2 7:17
**motleyrice.com**
2:5,5
**mount**  2:4
**mountain**
267:24
**mountains**
268:1 281:11
**move**  72:18
138:24 179:11
222:13
**moved**  168:10
**moving**  56:17
139:23
**mri**  4:16 233:23
**msha**  208:13
**mt**  90:4 292:11

**multi**  15:4
**multidistrict**
60:10 61:5
300:2
**multiple**  19:1
129:21 210:4
235:11 258:6,9
303:7 340:11
**mystique**
250:15

**n**

**n**  2:1,17 3:2
**naked**  78:6,16
84:16 85:7,24
158:21 161:2
165:16
**name**  23:20,21
24:3 29:21,22
32:22 36:15
87:16 182:13
182:20 211:4
225:20 230:7
234:22 269:6,8
275:4 285:20
297:18 331:5
332:22 333:4
360:6,8,11
361:5 363:16
363:20
**name's**  363:17
**named**  36:15
170:12 333:2
**names**  24:5
25:1 36:11,19
167:14 170:5

**[names - non]**                                    Page 45

248:7 285:23
332:21 333:1
363:12
**narrow**  307:19
**natural**  3:21
4:21 149:6
150:3,12 274:5
277:5,19
**naturally**  40:18
40:19 42:1
151:2 152:3,13
153:15,20
154:13,15
155:3 156:8
194:11,12
**nature**  7:6
12:24 19:3
56:17 76:24
77:4 129:8
132:11 140:5
152:18 156:15
163:2,10 186:5
267:22 270:5
272:7,10
323:10 342:6
**nature's**  294:18
**near**  249:9
251:17 268:5
279:2,4 280:13
293:5,15
295:12 296:24
**nearest**  251:22
**necessarily**
192:17 237:1
240:2 260:23
265:2 270:10

301:6 304:17
**necessary**  64:6
355:3
**need**  7:24 9:2
9:13 12:6 13:3
13:6 14:10,22
25:5 41:8,15
46:18 62:4
69:10 71:14
73:10 75:20
76:3 80:7,11,14
80:16 83:20,21
86:15 88:7
97:23 100:17
100:20 101:6
101:10 103:9
109:14 115:10
131:22 158:17
160:1,19
161:22 165:21
165:22 186:13
187:7,21
195:23 201:8
207:4 219:18
220:22 228:3
237:2,18 252:4
253:17,19
258:16,18
272:11 311:6
311:19 329:11
330:1 338:6
340:10 346:4
349:21,22
368:10
**needed**  201:13
212:16

**needing**  312:1,1
**needle**  241:16
293:3 294:1
295:6 296:21
297:22 298:17
**needlelike**
151:3
**needles**  241:3,9
241:22 242:11
243:12 244:3
244:24 245:2,9
245:14,18,21
294:6 297:9
**needless**  25:8
**needs**  207:14
**negative**  205:23
251:5
**negatives**
103:13,22
**neither**  366:19
369:11,12
**never**  43:19
48:11 50:9,12
54:3 66:7 72:17
103:5,16
104:20,23
107:19,21
110:3,20 111:9
112:7,23 113:2
114:5,6,9,11,12
117:14,16
118:2 120:24
122:20 123:16
125:7,15,16
126:13 127:15
136:21 145:14

145:18 148:9
172:13,23
173:3 182:10
182:15,23
211:8 220:7
264:21 324:16
329:12,13
331:8,12
366:20 367:3
**new**  1:2 2:9,9
2:14 15:5
145:10 269:17
281:9 288:9
289:14 310:11
322:3
**newer**  128:17
175:6,8
**night**  19:10
**nine**  8:24
**nod**  11:24
**nodding**  316:13
**nomenclature**
295:24
**nominal**  18:6
19:15
**non**  131:12
138:2 156:10
157:18 165:9
166:3 192:19
236:24 241:2
242:10 244:3
244:24 245:14
245:18 254:6
254:18 260:6
287:11 322:13
344:8 352:14

**[non - okay]**

354:11 356:11

**north** 67:16
249:14 282:5
289:3 305:1,4

**northern**
248:21 249:9
281:6,16,20
282:2,20 283:3
292:13

**northward**
307:15

**notable** 24:19
24:21

**notary** 1:17
369:18

**notation** 370:2

**note** 22:10
59:15

**notes** 362:11
370:1

**notice** 216:21

**notion** 71:11

**novel** 49:23

**november** 22:5

**number** 22:19
22:21 23:22,24
24:4,15 25:9,13
85:12 202:16
222:20 226:16
227:13 233:24
238:2,21
242:11,15
244:23 278:10
278:13 366:15

**numbers** 265:7
266:10

**numerically**
85:18

**o**

**o** 2:17 361:6

**o'clock** 122:5

**oath** 10:11,14
10:15 17:21
43:17 74:2,3,10

**obey** 79:16

**object** 74:6
75:8 102:15
353:13

**objection** 9:16
12:10,15,21
13:10 27:7
40:23 42:6,23
43:22 63:11
64:10 76:18
78:7 106:13,14
122:17 177:19
191:3 195:14
203:7 231:11
267:5,9,15

**objections**
65:15 77:15
89:4 157:20
253:15

**objective**
224:14

**obligated** 10:20

**obligation**
13:20

**observable**
95:24 96:1
245:1

**observations**
111:15,18

**observe** 88:7
129:20 140:18
141:1 339:11
341:9 345:8
355:15,24
356:1

**observed**
111:21 121:17
125:19 127:5
128:7 129:8,13
138:14,17
240:2,6 295:11
295:11 296:19
298:13,15

**observing** 88:3
350:17

**obtain** 258:3

**obtuse** 353:8

**obviously** 104:2
127:16 132:10
134:12 169:2
182:16 185:14
189:21 301:3

**occasionally**
206:13

**occur** 40:21
42:16 78:16
105:9 156:18
243:12 254:5

**occurrence**
154:23 162:24
267:20 277:20
278:16 280:4
297:11

**occurrences**
4:22 155:8
254:20 268:3
274:5 277:6,17
280:12,20
281:2,2,12
282:1 288:12
298:2

**occurring**
151:2 152:3,13
153:15,20
154:13,15
155:4 156:9
308:1,3 309:23
347:5

**occurs** 156:18
198:13 261:18

**october** 4:7,9
5:4 215:17
216:14,18
316:2 317:1

**odd** 9:19

**offer** 16:14
61:4 334:10

**offered** 76:7
327:15

**offering** 178:14
212:22

**offhand** 222:3

**official** 96:15

**officially**
367:21

**oh** 29:24 141:12
262:23

**okay** 8:14,21
10:6 14:15,20

**[okay - oliver]**

| | | | |
|---|---|---|---|
| 15:3 18:11,14 | 161:17 162:4 | 251:11,17 | **oliver**   2:2 3:6 |
| 19:4 20:7,18,23 | 163:3,23 | 252:10 257:1,6 | 7:16,17 8:7 |
| 21:5 22:2,7,17 | 164:12 167:4 | 257:12 258:8 | 10:5 13:16 18:3 |
| 23:19 24:1,10 | 168:9 169:4,18 | 260:16 264:15 | 18:16 19:4,19 |
| 25:5,17 28:23 | 171:11 172:14 | 265:19,23 | 21:10,14 27:19 |
| 29:17,24 30:4 | 172:20 173:2 | 266:1,11,12,15 | 32:13 40:16 |
| 31:7,17 32:1,4 | 174:15 179:19 | 266:21 274:14 | 41:19 42:17 |
| 32:24 33:9,15 | 179:23 180:4 | 274:15 275:9 | 43:16 44:4 |
| 33:20 35:6 36:8 | 182:18 184:23 | 276:18,23 | 46:22 48:9,23 |
| 38:13 45:1 53:7 | 185:18 188:21 | 277:3,10 278:3 | 51:10 52:16,21 |
| 54:2,15,21 57:9 | 192:8,14 | 279:19 284:6 | 53:13 60:2,6 |
| 57:14 58:1 59:2 | 194:17 199:6 | 284:13 285:13 | 61:12 63:17 |
| 59:3,13 60:2,7 | 202:15,24 | 286:4,10,13,24 | 65:6 66:2 67:5 |
| 61:1 62:6,20,22 | 214:16 215:13 | 287:5 288:18 | 68:8,15,22 69:8 |
| 63:18 67:12 | 216:7,13,23 | 289:2,8 290:14 | 70:3 71:16 72:9 |
| 70:15 73:14 | 217:8,18,19,24 | 291:18 292:7 | 72:22 74:9 76:6 |
| 74:21 76:7 79:7 | 218:6,12 219:3 | 292:19 299:8 | 77:9 78:2,21 |
| 79:22 80:5,23 | 220:6,18 | 299:17 300:14 | 85:19 86:13 |
| 81:9,23 97:4 | 222:24 223:3,8 | 306:5 310:5 | 88:20 91:1 92:3 |
| 102:4,11 103:2 | 224:3 225:7,11 | 314:1,10,16 | 93:15 97:3 98:4 |
| 106:9,22 107:9 | 226:2,15,24 | 315:6 316:1,4,6 | 101:16 104:14 |
| 107:18 108:15 | 227:9 228:20 | 316:9,11,14,15 | 106:21 114:24 |
| 110:2 114:4,13 | 228:21 229:1,5 | 316:16 318:15 | 116:1,7 118:20 |
| 114:17,23 | 229:9 230:3,21 | 319:20 321:21 | 120:18 121:18 |
| 117:14 118:21 | 232:18 233:10 | 325:19 326:2,6 | 122:6,10 123:4 |
| 121:23 122:3 | 233:16,21 | 326:16,17 | 123:14 124:17 |
| 125:7 126:9 | 234:1,2 235:7 | 327:13 332:20 | 149:1,10,14 |
| 127:11 130:14 | 236:1 238:9,13 | 333:1,7 335:10 | 153:5,17 |
| 131:18 132:20 | 238:14,23 | 341:1,4 348:18 | 157:12 158:1,3 |
| 133:7,24 | 239:7,14,21 | 349:13 350:6 | 158:7 160:13 |
| 134:20 141:3,6 | 240:4,12,21 | 350:23 357:2 | 161:16 162:4,9 |
| 141:9 144:7 | 241:2,8,10 | 358:16 367:16 | 162:14 163:24 |
| 148:17 149:24 | 242:5,10,13,17 | **old**   198:2 202:2 | 164:2,7,11 |
| 150:5,10 151:8 | 244:1,5,7,12,22 | 265:3 | 167:23 173:24 |
| 155:19 158:20 | 245:7,24 247:9 | **older**   101:14,20 | 175:10 176:7 |
| 159:1 160:24 | 248:9,19 | 131:5 | 177:12 178:6 |

179:2,9 181:11
183:12,16
190:20 191:22
196:16 201:11
204:3,18 206:9
207:19 212:17
214:3,6,15
215:14,23
222:24 223:2
228:11,16
231:22 232:1,5
232:18,23
246:4,7 250:13
253:7,21
262:20,23
263:5,11,22
264:3 267:3,10
268:7 275:17
276:3,6 283:8
283:14 286:7,9
311:22 312:21
313:2 314:1,2,6
314:9 329:21
335:17 342:13
342:19 343:6
343:10 345:7
353:16,21
367:10,16
368:2
**once** 200:5
260:5 305:11
336:10 338:20
**one's** 265:4
**ones** 26:18
33:18 127:10
142:23 143:13

145:10 171:24
361:10
**ongoing** 327:10
**opaque** 242:6
**open** 20:14,21
115:3,22
129:24 130:8
138:3 143:23
269:14
**opened** 20:17
**operated**
249:11,13
267:13 269:12
270:2
**operating**
183:6 315:18
**operation**
128:1 249:8
270:14 318:14
324:23
**operational**
268:9
**operations** 5:5
317:5
**opine** 87:22
220:10 251:12
**opinion** 15:23
16:4 26:22 27:3
35:19 73:15
91:4 93:20
99:18,19
159:22 178:14
182:1 185:19
188:6 210:22
212:2,5,24
213:5 214:20

215:8 220:19
222:2,13
335:20
**opinions** 16:14
17:14 27:5 60:9
61:4,9,11 66:22
73:13 76:8
102:12 213:14
221:18 264:21
276:4 322:21
334:9,22 357:4
357:15
**opportunity**
8:2 55:9,22
56:10 115:8
297:4
**oppose** 115:21
**optical** 193:1,4
199:14 200:22
206:15 207:5
208:3 211:14
212:12 222:9
311:13
**oral** 1:13
**order** 41:16
49:23 65:20
75:21 87:8,10
87:16 88:7
101:13 125:20
135:4 166:4
186:13 187:9
201:9 207:15
221:5 231:6
260:8 261:5,22
271:4 317:21
327:5 335:21

338:2,7 350:5
354:4 356:5
368:10,13
**ore** 40:11 130:1
130:19 131:4
136:3,5 247:17
247:23 254:6
256:22,23
257:23 262:7
317:11,17,18
317:22 319:4
319:19
**ores** 28:9,9
127:9 138:24
254:10 269:18
271:2 282:23
287:13 303:15
317:17 320:7
320:15
**organization**
203:13 209:4
236:22 330:3
**organizations**
91:9
**organized**
248:15
**orient** 102:18
**orientated**
322:4
**origin** 314:22
**original** 280:8
**originally**
185:24 220:3
303:8
**osha** 94:23
185:22 208:11

337:12 341:23
351:22
**outcome**
205:24
**outcrop** 308:19
**outlined** 118:8
337:11
**outs** 9:24
**outside** 61:10
124:13 125:15
131:10 172:18
173:20 180:22
203:8
**ovarian** 15:15
16:1,6 26:10
**overbroad** 32:9
40:1,24 42:24
46:4 47:20
48:19 61:7
69:18 78:8
88:14 91:11
92:15 96:24
97:10 118:14
120:6 123:10
124:2 156:13
159:24 161:4
175:15 180:12
250:7 253:3
**overcome**
356:5
**own** 27:11,11
28:12 49:18
50:7 56:8 57:22
71:5 90:13
180:7 285:5
322:12

**owned** 148:5
258:10
**ownership**
223:18

**p**

**p** 2:1,1,17 3:12
3:13,14,16,17
3:19,20,24 4:2
4:3,4,7,9,11,14
4:16,17,18,20
4:24 5:2,4,7
234:14 238:1
368:15,16
**p.m.** 68:14,14
122:9,9 179:8,8
214:14,14
283:13,13
368:1,1,8
**page** 3:4,11 4:1
5:1 23:14,14
32:15 199:1
204:20 216:21
218:7 219:4
228:19 233:6,7
238:2,3,19,19
239:1 242:15
242:18,19
244:23 263:15
263:18 265:7,7
265:24 266:3,9
266:12 274:22
276:17 286:1,2
286:6,8,10,14
288:18 289:24
290:1 303:12

306:15,15,16
314:12 320:3
321:19 329:22
329:23 370:2
**pages** 6:4,7,10
6:13 232:11
246:20
**paid** 300:16
**pain** 149:18
**palmolive**
29:15,19 30:6
31:8,18 33:1,6
**panel** 54:11
55:14 56:2,5,14
56:16,17 57:1,6
57:8 326:20
327:2,5
**paper** 90:5,9
91:20 288:14
294:21 302:2,4
309:3
**papers** 294:11
304:14 341:21
**paragraph**
150:17 153:19
183:10,20
193:15 194:15
195:3,5 197:9
198:18 199:4
199:21 202:15
202:16 204:20
224:13 226:7
276:24 285:10
303:13 317:12
317:13 318:1
329:23

**paragraphs**
325:20
**paraphrase**
196:23,24
**paraphrasing**
102:14
**parent** 324:22
**parfit** 2:19
**part** 23:20 43:9
43:9 55:22 56:2
56:4 60:4 81:17
95:13 110:7
124:22 126:8
128:8 132:12
146:24 171:10
172:9 194:2
195:18 201:5
205:9 219:2
220:16 249:12
249:20 256:17
282:3 283:3,5
284:2 289:19
291:20 300:4
305:6 309:3
320:18 367:9
**particle** 83:10
83:17 85:1
86:17 153:21
200:16 202:18
203:3,19,24
241:20 257:5
337:7 339:2,4
340:8,10,12
349:1,8 351:1,7
356:19

**particles** 78:10
82:12,16,17
83:22 84:1,12
85:5,22,24
86:19,24 151:2
151:3 152:4,14
177:13 184:9
189:10 192:21
206:4 217:23
219:7,15,20
221:11 239:15
240:13 241:21
243:7,15,16
245:2 298:14
338:7 340:11
341:7,13
344:10 347:7
347:18 348:1
349:19,22,24
350:1,14,16,17
351:24 354:2
354:15 355:16
**particular** 36:5
115:4 155:23
175:18 177:22
207:23 269:8
285:20 290:9
295:14
**particularly**
268:16
**particulate**
80:20 108:23
137:12 177:3
257:3
**parties** 7:3,9
369:12

**parts** 103:19
282:2 305:21
361:23
**party** 365:13
**passed** 131:8
167:18 168:6,7
169:1 170:16
202:4
**past** 8:24 41:10
60:18 134:15
140:19 251:15
299:23 328:4
**patience** 353:18
**patient** 343:1,2
**pattern** 130:18
131:22 246:23
348:13
**patterns** 297:23
298:4 348:11
**pause** 7:7 189:2
214:4
**payne** 344:1
356:22
**payroll** 114:10
**pedigree** 64:5
64:22
**peer** 284:4
305:15
**pending** 14:17
14:21 15:5
**penetrate** 293:4
294:7 295:7
**people** 56:2
69:1,11,15
77:20 89:14
92:21 93:11

95:4 97:12
98:21 99:1
100:10 127:19
127:23 130:23
135:20 167:6
168:2,5,13,14
169:1,6,7
170:11 194:3
315:20 334:19
334:20 362:3
362:21 363:16
**peoples** 76:22
**percent** 254:18
288:10 322:18
**percentage**
252:24
**perez** 22:12
**perform** 237:7
**performed**
22:14 125:5
147:5
**period** 33:13
37:22 56:23,24
94:17 128:21
148:12 168:4
181:15 311:11
315:17
**periodically**
12:8
**periods** 35:1
118:10 181:22
256:8
**perkins** 265:14
**permit** 198:20
**person** 9:20
84:8 166:11

208:24 209:1
**personal** 2:15
71:9 72:4 75:15
**personally**
82:13 117:18
121:3 181:23
299:24
**perspective**
35:18 95:12
154:1 340:7
356:7
**petterson**
179:14 182:11
182:11 183:20
183:21 184:6
184:24 185:7
186:19 200:1,2
205:7 209:19
211:14 212:3
213:3,13
214:21 215:2
**petterson's**
207:24 211:4
215:9
**ph** 1:24 333:3
**ph.d.** 1:14 3:5
3:15 7:12 369:4
**pharmacopeia**
54:10,22 55:6
55:10,23
323:12 325:24
326:8
**phases** 243:23
294:19 302:24
303:8 321:1,2
354:19

**philadelphia**
26:8
**photographic**
129:11
**photographs**
128:7
**phrase** 12:1
70:14 209:11
302:1,1
**phrased** 50:24
**phrases** 250:10
302:3
**phrasing**
207:17
**physical** 96:1
145:24 176:1
**physically**
110:24 140:1
**picked** 20:11
**picture** 3:24 4:2
4:3 154:11
156:20
**pictures** 83:14
140:9 148:24
**piece** 158:10
162:19 164:14
164:23 169:19
169:20 175:9
274:18
**pieces** 130:5
131:1,12
135:13 137:10
143:20 176:9
**pier** 324:5,10
**pile** 85:15

**piled** 86:19
**pit** 141:7,11
143:23
**place** 66:10
128:19 146:9
197:17 369:8
**placed** 133:18
**places** 30:20
92:24 192:19
**plaintiff** 19:2
49:17 109:12
234:13 254:2
352:23
**plaintiff's** 7:23
**plaintiffs** 2:6
7:18,22 18:19
19:8 26:8 50:4
52:23 61:17
149:3 162:16
164:4 183:14
198:11 215:16
228:13 232:19
232:21 233:22
262:12 273:8
273:24 283:17
313:12 323:15
**plan** 15:22 16:3
61:14 212:2
322:11
**planes** 176:21
**plastic** 132:7
**plate** 243:17
**plates** 242:24
243:5,13,24
**platy** 240:7

**play** 322:11
336:9
**pleasant** 2:4
**please** 7:7
72:14,21
164:18 169:22
214:8 259:3
275:14 316:5
**plenty** 268:2
**plus** 140:23
**pneumatic**
139:5,18,19,21
140:2,3
**point** 9:14
19:11 24:3 26:4
31:1 46:23
49:15 57:19
62:4 85:15 86:6
88:11 93:16
95:3 106:23
107:2 109:9
119:21 140:6
142:4,9 169:24
184:16 188:5
188:20 192:24
201:12 208:10
219:24 221:24
225:12 235:17
239:3,20 246:8
254:3 261:6
266:24 267:14
268:9 270:13
303:7 315:11
339:18 365:5
365:17

**pointed** 61:21
186:18 191:24
192:18
**pointing** 163:6
266:14 288:11
**points** 46:16
226:13 227:14
364:24
**polarized** 81:2
**pole** 225:16
**pooley** 357:11
357:24,24
358:6
**pooley's** 357:14
**poor** 269:15
270:14,17,20
288:15
**poorly** 193:4
**population**
337:10,19
340:7,9 355:2,9
355:23
**populations**
349:24 350:8
350:10,13,17
354:14
**portions** 218:20
**position** 66:8
115:1 219:17
323:5
**positive** 109:16
229:19 230:19
231:4,9,21
340:24 366:2
**positives**
193:24

[possess - privileged]                                                    Page 52

| | | | |
|---|---|---|---|
| possess  16:24 | 38:23 42:20 | precise  161:1 | pressured |
| possibilities | 43:20 44:12 | 175:12 176:5,5 | 331:9,12 |
| 71:14 75:14,19 | 45:2,7,11 47:7 | precisely  102:6 | pretty  50:6 |
| 75:22 76:5 | 47:17 50:9 90:6 | 210:8 | 83:1 144:13,17 |
| possibility | 106:16 107:15 | predate  124:15 | 232:24 301:23 |
| 51:16 71:18 | 107:21 113:24 | predated | previous  23:13 |
| possible  46:1 | 118:12 119:1 | 146:13 | 42:8 44:2 56:14 |
| 46:20 70:18 | 123:24 170:19 | predecessor | 170:3 191:6 |
| 182:22 | 171:1,4,14 | 147:10 | 277:15 365:8 |
| possibly  71:12 | 183:8,24 | preparation | previously |
| 236:15 | 204:21,23 | 172:10 357:3 | 13:15 168:22 |
| post  172:7,7 | 206:12 230:14 | prepare  61:17 | 323:22 |
| potential  77:11 | 239:4,9,12 | prepared  17:19 | price  322:16,18 |
| 115:23 210:15 | 255:1 256:3,6 | 226:3 359:12 | primarily |
| 247:17,23 | 256:10,11 | preposterous | 30:16 152:9 |
| 248:14 258:14 | 269:1 311:14 | 75:15 | 254:19 361:4 |
| 269:20 284:22 | 333:10 335:2 | presence  41:18 | primary  67:6 |
| 319:12,18 | 335:23 338:11 | 45:12,19 | 304:6 361:10 |
| 320:23 | 339:6 342:15 | 163:20 165:23 | principle  311:1 |
| potentially | 345:1 347:3 | 254:5 284:9 | printed  265:6 |
| 43:10 46:15 | 350:7,20,24 | 336:14 | 274:22 286:3 |
| 75:4 177:2 | 353:11 354:22 | present  40:20 | prior  22:5 |
| 191:9 243:22 | 355:8 358:19 | 77:19 79:5 | 60:19 98:5 |
| 247:7,10,14 | 359:3,7,15 | 115:20 154:8 | 99:12,15 221:1 |
| 258:7,12 | 365:5 | 169:6,8 255:19 | 223:17 235:23 |
| 319:13 | powders  27:12 | 320:6 336:11 | 300:8 311:11 |
| powder  1:5 | 35:21 36:13 | 337:17 345:13 | 369:4 |
| 15:7 16:6 25:21 | 42:19 46:2,14 | 352:18 | priorities  323:7 |
| 25:22 26:3,16 | 52:8 78:20 | presentation | prismatic |
| 27:6,24 28:6,19 | 109:20 | 156:8 157:16 | 286:19 308:18 |
| 29:19 30:11,11 | power  176:3 | 160:16 | prisms  165:8 |
| 30:15,23 31:11 | practice  316:7 | presents  305:9 | 166:1 |
| 33:21,22 34:1,6 | practices  1:6 | pressure | privilege |
| 34:23 35:10 | 323:9 | 290:19 302:23 | 115:18,24 |
| 36:14,21,24 | pre  3:12 18:8 | 307:23 | privileged |
| 38:1,2,7,16,20 | | | 114:15,21 |

**[probably - project]**                                                                 Page 53

**probably**
133:21 142:24
342:14
**problem**   99:2,3
100:9,11,13
317:14,16
321:13 325:21
352:22
**problems**
320:10
**procedures**
340:3
**proceeding**
73:18
**process**   38:19
38:21 52:4 79:9
84:14 108:22
117:15,17,19
118:2,6,9,24
119:12,19
120:1,8,16,21
121:11 125:13
125:14,21
126:16 128:17
128:19 129:14
129:19 130:17
137:8 138:13
139:11 140:12
143:16 144:10
166:19 171:5
171:10,13,21
173:5 175:24
176:8 178:9,24
219:2 235:24
250:16 290:6
302:18 338:18

338:21 339:22
362:6
**processed**   31:9
31:14 40:11
46:9 108:12
120:13 126:7
171:8 219:6,14
256:12 257:24
272:13,22
273:4 338:10
348:17
**processes**   76:9
76:12 119:9
137:19 146:9
175:12 197:17
285:2 312:14
323:1
**processing**
30:21 35:6,9,14
117:9,16,23
118:16 127:6
128:16 129:12
131:13 135:9
139:7 140:19
140:21 169:14
174:22 175:1
235:23 256:23
318:10
**produce**   38:20
118:11
**produced**   3:13
17:6,8,12 19:17
59:22 60:4
116:18 173:18
299:20,22,23
300:2,8 314:18

**producing**
269:20
**product**   15:13
25:22 26:3,16
29:16,20,22
30:10,12,16,23
31:19,19 33:7
33:14,20 34:13
35:8 36:9 37:3
37:21 38:3,11
43:20 49:6,7
51:18 69:10,14
69:17 70:1,7,19
71:8,18 73:8
74:23 75:4,16
104:10 108:16
108:22 110:6
113:1,12 179:1
180:9,9 181:21
197:18 198:7
231:6 254:24
256:1,19 257:7
257:24 271:12
271:14 273:1,2
317:23 322:21
338:13 342:15
343:14,15
354:8
**production**
3:12 18:8 60:5
76:10 322:15
**productions**
19:1
**products**   1:5,6
2:16 28:6,11
32:17 33:7,23

34:3,20,21
35:24 36:17,22
37:17 39:7
42:19 48:14
50:10 51:8 90:6
109:21,23
113:24 118:4
119:16 170:18
178:20 182:2
190:18 198:9
201:19 203:2
235:19 254:12
255:14,22
273:4 282:24
366:14
**professional**
1:17 124:12,16
124:20 369:3
369:18
**professionals**
16:17
**professor**
113:11,15
265:15
**profit**   322:4
**prograde**
302:17
**program**
333:12
**progressed**
187:3
**project**   4:16
230:7 233:24
238:21 300:22
360:24

[projects - quality]                                                     Page 54

**projects** 331:17
331:18
**promulgated**
185:22 211:8
336:5 340:4
**pronounce**
150:19,20
**proper** 83:17
94:3 207:16
332:5
**properly** 82:11
93:2,13
**properties** 96:1
145:24 193:4
258:5 262:1
339:16
**property** 105:9
255:17 257:20
257:22 258:2
259:6,9,18
260:10,13,19
272:15
**proposal**
219:19 220:24
**proposed**
187:17 193:1
208:3 211:8
212:11 213:10
218:21,24
220:24 222:7
352:22
**proposition**
77:8 80:3
346:23
**propositions**
198:15

**prospects** 4:21
267:20,21
274:5 277:17
280:20
**protect** 66:9
**protective**
183:24
**protocols**
201:21 212:11
320:21
**protoliths**
151:17,18
**prove** 103:12
103:21
**proven** 73:5
**provide** 71:13
96:13 162:1
244:19 245:23
**provided** 17:23
105:5
**provides** 277:4
309:2
**providing**
66:23 358:10
**province** 107:5
107:7
**proximity**
137:1
**public** 1:17
66:9 330:8
369:18
**publication**
3:21 224:16,21
278:20 280:8
299:15 305:16

**publications**
53:15,16 97:16
277:14
**publicly** 264:10
363:9 364:13
364:14
**published**
44:23 57:3 90:5
218:21 222:8
264:16 327:3
333:18 339:19
**pull** 20:24
149:2 232:2
**pulled** 178:2
278:20 322:20
**pulling** 361:17
**puncture** 294:2
297:9
**punctured**
296:22
**purchase**
322:18
**purchased** 90:7
364:16
**purchasing**
172:1
**pure** 43:8 47:15
135:21,23
295:20
**purity** 226:10
269:18 270:22
309:20
**purpose** 97:2
189:6 301:24
**purposes** 96:10

**put** 20:1 51:6
52:11 57:5 62:4
75:18 82:14
94:11 116:2
131:5,15
134:21 158:4,8
158:19 162:5
168:21 173:3
187:7 193:1
198:10 207:16
218:16 224:7
233:8 250:10
271:12 280:20
284:12,16
302:2 303:24
311:20 323:17
326:13 338:18
339:20 344:22
366:17
**putting** 198:7
363:19
**pyrites** 320:8

**q**

**qualification**
229:15
**qualifications**
62:24 63:9
230:1
**qualified** 64:18
65:11,24 167:5
319:4
**qualities** 317:18
**quality** 269:15
270:4,15 271:1
317:11 318:8

**[quality - read]**

322:8,13,21
**quantify** 255:2
255:18
**quantitative**
255:13
**quantities**
206:14
**quantity** 272:6
**quarry** 270:6
270:19 278:17
278:24 293:5
293:14 295:12
295:14 296:24
**quarter** 4:2
**quarterly**
172:19
**quartz** 138:4,5
240:18
**question** 9:19
10:4 12:18,22
13:1,9,18,21
14:17,21,23
15:1 22:11
34:15 40:14
42:9 43:2,4,13
44:5 48:4 50:5
50:6,17 51:1,13
51:20 55:18
64:20 65:7,8
70:4,5,6,12
74:18 75:2 77:3
77:4 81:16
84:18 87:13
88:22 92:5,8
98:11 99:10,23
109:22 110:16

112:5 115:13
146:6 156:7
166:21 176:6
178:16 190:21
204:8 211:23
213:9 215:6
232:24 235:6
235:15 242:20
252:6,15
253:11,18,23
255:1,12
258:20,24
260:9 264:19
267:7,9 273:17
284:15,15
311:8 316:6
318:11 326:5
335:1 342:21
343:7,9,15
345:20 346:2
**questioning**
10:1
**questions** 6:12
11:18 14:2
17:18,20 47:12
52:2 58:18 62:1
74:2,3,11,13,15
74:16 76:23
91:3 103:15,20
110:14 115:9
138:20 140:11
207:18 214:17
220:22 236:19
255:21 259:24
261:23 313:8
331:6 362:8,8

362:17,20
367:11
**quick** 68:10
146:5 179:5
248:10 267:4
323:12
**quite** 74:17
236:7 293:11
308:16
**quote** 92:22
192:9,10 322:6
350:8

**r**

**r** 2:1,17 179:13
182:10 183:20
183:21 184:6
184:24 185:7
186:19 205:6
212:3 213:2
214:21 369:1
**r93** 351:20
**radial** 298:4
**radiating** 293:1
295:17 297:17
297:20,23
**rail** 335:3
**rain** 144:20
**rainbow** 247:5
255:8 257:9
262:2 291:19
318:20
**raise** 226:8
324:18
**ran** 147:13
148:5

**range** 286:18
**ranging** 308:17
**rate** 178:9
**ratio** 109:14
192:22 193:3
193:19,23
336:20,22
337:6 338:17
338:20,23
339:2 343:12
343:16,19
344:4,11 347:8
349:9 351:23
354:14,15
**ration** 337:4
**rational** 75:21
252:24
**rationale** 362:7
**ratios** 341:13
342:5,9 344:2
**ray** 81:5,12
**reach** 249:18
**reached** 203:2
237:22 300:15
303:6,6
**reaching**
357:14
**react** 302:22
**reacting** 290:12
**reaction** 290:10
302:21
**reactions**
294:12 303:4
**read** 151:5
153:7 184:3
192:6,12

**[read - reference]**                                                      Page 56

198:23 202:22
205:3 206:18
217:5 219:8
224:18 227:19
233:4 239:5
245:5 277:8
286:21 287:3
292:5 306:9
308:11,20
310:1 320:12
326:14 327:19
328:13 330:10
330:16
**readily** 33:19
245:1 248:16
**reading** 120:22
217:12,16
266:3,16
267:12 268:15
269:24 340:17
340:18,21,22
340:24
**ready** 58:18
132:17 217:14
**real** 135:7
146:5 267:4
323:12
**reality** 331:11
**realized** 88:21
**really** 89:6,24
90:16 91:18,19
95:5 97:23
101:13 102:19
115:12 121:19
157:15 180:24
181:3 186:14

195:12 249:10
259:20 263:1
272:7 281:16
311:5 347:16
**reask** 253:11
**reason** 10:23
11:6 12:3,16
14:22 142:13
154:19 209:13
209:19 229:2
265:20 277:11
280:9 328:24
**reasonable**
51:23 71:2
213:20 237:22
**reasoning**
283:7
**reasons** 12:5
188:22 200:14
226:14 247:21
**rebuttal** 61:20
62:12,22 63:8
**recall** 8:12 32:8
33:16 36:11,18
54:18 120:11
126:19 131:16
133:3 174:8
179:20 224:11
233:14 235:22
247:24 248:5
250:17,18
251:7 265:3
360:9 365:23
366:2,5,9,12
367:9

**recalled** 366:20
**received** 20:8
44:21 54:3,7,9
54:17 62:19
230:5 234:20
235:1 365:8,20
367:1,9
**recent** 59:21
224:15,20
**recently** 110:11
170:22 339:19
359:23
**recess** 68:13
122:8 179:7
214:13 283:12
367:24
**recognizable**
339:17,24
**recognize** 53:1
235:13 306:3
345:3 346:16
346:17,22
347:10
**recognized**
89:12 90:15
227:4 340:3
**recollect** 21:22
**recollection**
23:16 60:18
63:16 216:9
217:6 225:5
301:23
**recommend**
332:11
**recommendat...**
109:24

**recommendat...**
332:17
**record** 9:8
11:15,16,23
14:7 19:5,23
20:2 28:10,12
58:5,13 59:16
214:12 246:19
267:4 270:4
275:19 283:16
313:1 342:20
367:21 368:6
**records** 36:1
173:17 190:19
197:12 319:15
324:16,20
**recreated**
125:22 145:22
**red** 325:20
**redirect** 367:15
**reduce** 344:4
**reduction**
322:16 344:10
**redweld** 149:9
313:24
**refer** 57:11,12
191:6 223:24
246:9 247:16
274:19 313:17
314:4
**reference** 25:1
61:10 242:7
248:8 252:8
273:18 278:19
301:11,11
316:23

**[referenced - remember]**    Page 57

**referenced**
  94:24 95:2
  213:12 319:18
  341:21
**references**
  94:24 186:2
  211:13
**referencing**
  147:23 199:11
  224:22 294:6
**referred**  64:8
  222:10 223:9
  246:18
**referring**  96:7
  104:1 192:16
  200:15 207:6
  208:5 220:15
  223:22 238:20
  246:20 277:14
  293:16 311:18
  328:17 344:1
**refined**  99:6
**reflect**  275:20
  342:20
**refractive**
  200:17
**refresh**  17:23
  359:5 360:10
**refuse**  115:12
**regard**  112:6
  121:1 181:13
  210:23 310:22
  354:21
**regarding**
  25:21 49:3
  66:24 118:24

204:8 218:18
  220:11 221:1
  361:21
**regardless**
  13:10 16:10
  31:17 60:20
  64:21 75:17
  87:11 93:7 98:5
  311:3 324:19
  348:15,16
**regime**  119:8
  190:18 197:14
**regional**  287:21
  288:1,4 289:10
  290:5,15,20,23
  303:16 306:19
  307:4,10,16,24
  309:16 310:15
**regions**  284:23
**regulate**  98:15
**regulated**
  227:12
**regulation**  97:2
  137:24 218:22
  218:24 221:1
  222:8 355:1
**regulations**
  66:4 90:22
  185:23 208:11
**regulators**  91:9
**regulatory**
  90:24 91:15,23
  92:1 96:17,20
  96:21 97:7,20
  98:2 186:6
  187:15 189:18

201:23 210:16
  213:18 336:3,5
**reilly**  2:12
**reiterate**  237:3
**reiterated**
  168:20
**relate**  190:5
  324:10
**related**  28:20
  33:3 54:4,7
  67:20 94:7
  123:24 172:17
  221:18 236:6
  284:9 288:5
  358:9 359:7
**relates**  54:13
  113:8 123:6
  188:11 211:2
  269:9 285:5
**relating**  54:17
  66:22 115:19
**relationship**
  67:24 291:6
**relative**  369:11
  369:12
**release**  149:3
  150:1 177:3
  273:9 274:11
  276:20 277:1,4
  278:2 321:10
**released**  363:9
  363:13
**releases**  273:12
**relevancy**
  268:20

**relevant**  39:16
  48:8 84:4 106:4
  116:20 118:10
  128:21 148:12
  168:3 175:18
  193:9 268:21
**reliable**  73:12
  180:7 181:14
  236:21
**reliably**  208:7
  337:8,10 340:5
**reliance**  18:10
  180:1 216:8
  220:3 222:22
  228:22 233:12
  234:5 300:5
**relied**  17:14,16
  20:3,5 58:24
  59:18 119:2
  193:2 357:13
  357:23 358:6
**relies**  97:5,6
**rely**  60:8,12
  183:22 187:5
  196:19 197:7
  249:18 332:12
  336:24 337:3,4
  343:16 345:6
  351:19 355:1
**relying**  211:14
  334:21
**remain**  346:16
**remains**  356:10
**remember**  8:11
  8:17,19 11:3
  26:7,11 29:8

**[remember - responses]**                                                    Page 58

| | | | |
|---|---|---|---|
| 102:23 112:18 | 192:18 204:16 | 254:22 264:24 | 339:12 355:4 |
| 217:4 223:8 | 207:22 246:9 | 270:23 337:21 | **requirements** |
| 224:3,6 229:7 | 247:2,10 | 354:20 359:16 | 90:24 94:12 |
| 235:8 246:1 | 248:12,20 | 359:19 360:16 | 127:8 229:15 |
| 250:10,14 | 252:3 264:8 | 362:15,18,19 | 326:24 |
| 251:2,6 264:23 | 268:18 270:10 | 363:1,4,22 | **requires** 337:24 |
| 300:21 301:20 | 271:18,24 | **represent** 19:6 | **research** 97:17 |
| 357:6 360:3 | 281:15 284:2 | 158:9,11 | 98:20 100:7,18 |
| 364:24 366:15 | 293:18 296:12 | 164:13 222:21 | 196:2 202:18 |
| **remote** 1:13 7:7 | 313:3 318:24 | 229:1 | 207:13 237:10 |
| **remotely** 7:4,6 | 337:22 357:17 | **representation** | **researchers** |
| 369:5 | 358:22 359:11 | 155:1 157:22 | 101:15 111:19 |
| **remove** 130:2,3 | 363:9 364:22 | 328:6 | 249:5 |
| 130:9,15 136:3 | **reported** 4:20 | **representative** | **resolution** |
| 219:6,15 | 269:14 274:3 | 44:17 105:11 | 154:5 |
| **removed** 44:19 | 274:11 276:15 | 327:18 | **resolved** 208:16 |
| 44:20 130:23 | 277:19 297:5 | **represented** | **resources** 3:21 |
| 131:9,13 | 301:12 | 50:11 219:11 | 149:6 150:3,13 |
| **removing** | **reporter** 1:17 | 306:13 | **respect** 72:10 |
| 178:10 | 7:2 11:12,23 | **representing** | 89:21 |
| **renders** 330:6 | 18:4,15 19:16 | 18:20 | **respected** |
| **repeatedly** | 21:11 52:17 | **represents** | 328:11 330:21 |
| 15:13 | 58:16 162:12 | 307:22 | **respirator** |
| **repeating** | 183:13 246:5 | **reputation** | 138:12 141:24 |
| 188:19 | 263:1 312:22 | 330:8 332:2 | 142:4 |
| **rephrase** 77:6 | 368:9 369:3,18 | **request** 4:11 | **respirators** |
| **replete** 225:22 | **reporting** 7:7 | 115:21 | 137:17,20,21 |
| **report** 3:18,19 | **reportings** | **requested** | 138:9 142:8,12 |
| 4:12,18 27:22 | 268:3 | 326:21 | **respond** 64:3 |
| 58:8,14,21,23 | **reports** 27:17 | **requests** 6:6 | **responded** 19:9 |
| 59:7,9,12 61:22 | 27:21 59:24 | 19:2,3 | **responding** |
| 62:12,12,23,23 | 60:8 61:2,2,10 | **require** 88:1 | 218:23 219:23 |
| 63:8 69:14 70:2 | 61:11,15,21 | 142:3 336:23 | **response** 3:13 |
| 76:12 87:20 | 62:2 63:4 66:21 | 349:23 352:4 | 19:18 232:8 |
| 88:8 116:19 | 66:23 67:4 | **required** | **responses** 12:6 |
| 119:24 172:10 | 121:15 167:15 | 321:15 336:7 | |

**rest** 163:13
**restrictive**
 41:12
**result** 117:23
 151:9
**results** 137:4
 239:2 243:15
 243:16 251:5
 261:2 331:13
 332:4 333:17
 334:12,15,17
 334:17 356:4
 362:14 367:4
**retained** 25:3
 25:18 30:6
 32:21 33:2
 146:16 235:17
 365:2,6,7,16
**retired** 128:3,3
**retrograde**
 302:18
**review** 21:16
 51:4 59:8 60:13
 60:15 128:10
 128:20 173:19
 217:1 235:15
 264:20 324:19
**reviewed** 17:13
 17:15 52:6
 58:24 59:18
 118:7,23
 119:22 179:20
 236:11 249:21
 284:4 301:10
 305:15 323:22
 324:9 334:11

357:3,5,17
360:16
**reviewing**
 35:24 315:15
**revolving** 226:1
 269:11
**rewrite** 326:11
 330:1
**rewriting**
 326:18
**rice** 2:2 7:17
**rich** 288:6,16
 288:20 289:9
 289:15,20
**ridge** 2:3 7:20
**rigger** 334:13
 335:4
**right** 8:8 10:8
 11:20 12:1,3,10
 12:18 15:20
 16:11 17:9
 19:12 20:15
 22:23 24:7,16
 26:24 28:2
 30:12,24 31:4
 34:23 35:10
 36:24 37:20
 38:7,16 39:9
 40:21 42:1,21
 45:3 46:3 47:3
 50:13 53:18
 55:2 62:6 64:9
 64:23 65:13
 66:10 69:16
 70:9,10,19
 72:17 74:11

76:10,16 77:11
77:17 79:1 80:8
80:21,24 82:4
84:2,14 86:1
88:13 89:3 91:9
92:4,11 96:5,12
97:8 98:8
101:24 104:4
106:11 107:11
107:16,23
108:5,18,19
109:1 110:6,21
111:13 114:24
116:8,23 122:7
123:18 124:1
124:18 126:11
126:17 127:17
128:1 130:8
131:3 134:16
135:11,14,21
137:14 141:7
144:2 148:13
152:14 155:17
156:11 157:19
158:22 159:3
161:8,20
164:23 165:1
165:20 168:6
172:21 175:6
175:13 179:6
179:21 180:10
181:17 182:16
183:8 184:24
188:8 189:1
190:13 192:16
194:9,14,16

195:6,13
196:21 197:2,5
197:9,10 200:4
200:5 201:8,15
205:8,16 209:4
209:15,18
210:10 216:10
217:12,23
218:11,14,23
219:1,16
220:21 222:2
223:6,16,23
224:12 225:1
226:5,10,14,19
226:22 228:8
229:6,12,20
230:1,6,15,19
230:23 231:10
232:13,14
233:3,21
235:12,19
236:4,24
238:15,22,24
239:10,14,18
239:21 240:6,7
241:9,13,14,17
242:5,8,12
243:14,18
244:10,12,18
245:9 251:15
251:19,23
252:10,16,18
256:10,11,13
257:10 258:11
258:15 260:13
260:22 263:21

264:7,18 265:6
265:24 266:2
266:10 269:3
270:16 271:7
273:18 276:12
276:19 277:1
277:12,24
278:22,23
279:1,17,23
280:5,6,16,22
281:5 283:8,15
283:19 284:10
285:18 286:14
286:14 287:17
288:2,6,16,21
289:4,11,20,23
290:7,18 291:2
292:8 293:13
293:22 295:13
295:19 296:20
296:23,24
298:13 301:5
301:19 302:13
305:16 306:6
306:17 309:6
309:11 311:23
312:4 314:3,12
315:1,5,13,20
316:13,23
317:6,22
318:14 325:7
326:15,19
332:13 333:5
333:10,21
334:18 342:16
343:13 345:23

353:11 357:13
358:19 359:3
359:15 362:21
364:9,14,19
365:3,17
366:14 367:11
368:5
**rights** 77:22
**rigid** 295:7
**rinds** 307:19
**rio** 324:1,5,21
327:14
**risk** 322:12
**rj** 55:2,7,11
56:1,6,7 67:6
67:21 68:6
146:24 147:1
325:17 327:15
327:21 328:3
328:11,23
329:2 330:2,18
330:22 331:7,9
331:15,20
332:1,21
358:24 359:12
360:1 364:1,2,5
364:19 365:1
365:11,12
366:19
**rls** 1:5
**rmazingo** 2:5
**rmh** 2:15
**road** 13:4
**robotic** 138:23
139:5,21 140:5
143:21,22

174:14
**rock** 3:22 84:11
84:13,21 85:6
86:12 87:15
113:2,3 114:5
130:10,13,20
131:12 132:1
133:17 137:13
138:2,6 139:24
140:11 143:15
143:20 144:8
150:24 151:14
151:19,20,23
152:1 154:12
154:23 155:2
155:12,23
156:20 157:1,5
157:10 158:24
159:12 160:2,4
160:17 162:20
162:21 164:14
164:15 165:14
165:18 166:10
166:16,17
259:13,21
261:12 272:1
279:8,16,19,20
279:21 280:2
292:12 307:20
309:21
**rocks** 78:19
109:6,18
130:15 135:20
137:9,10 138:3
139:18 143:9
146:1 151:18

152:11,17,20
153:11,21
154:6,9 159:11
163:21 176:20
176:22,23
177:4,11,18
254:6 262:6,10
281:24 282:4
290:10,11
295:11 297:14
309:18
**roger** 187:19
**role** 16:19
69:12 90:4
**rolling** 275:21
342:22
**roms** 165:7
**room** 360:1
**root** 243:11,12
**roughly** 142:17
258:5
**route** 278:7
**rt** 327:16,22,23
328:4 330:5
**rubric** 206:5
**rude** 55:17
189:1 343:3
**rule** 14:16
51:15 186:6
187:16 219:2
**rules** 9:3,10,13
9:24 10:7 13:4
335:12
**run** 260:2
**rush** 100:10

| s | | | |
|---|---|---|---|
| **s**  2:1,17,17 3:10 | 365:22 | 267:11 268:22 | 231:3 244:7 |
| 3:15 21:1 361:6 | **sampling** | 273:7 275:3 | 250:14 257:13 |
| **safe**  211:15 | 310:20 | 276:7 283:22 | 262:21 268:12 |
| 227:6,9 | **sanchez**  1:14 | 286:11 308:10 | 310:4 316:6,16 |
| **safety**  226:10 | 3:5,15 7:12 8:9 | 309:12 313:3,7 | 337:2 345:21 |
| **sage**  59:12 | 18:17 19:20 | 313:16 314:5 | 351:10 |
| **saldibar**  333:3 | 20:7,23 21:1,15 | 314:10 316:5 | **says**  27:23 |
| 333:21,23 | 41:20 44:8 | 323:15 334:4,7 | 38:10 153:20 |
| 334:2 | 46:24 47:15 | 336:17 346:12 | 154:12,14 |
| **sales**  1:6 | 50:3 52:13,22 | 354:22 369:4 | 185:15,15 |
| **sample**  69:20 | 58:4 60:7 66:4 | **sanchez's**  18:9 | 187:11 189:7 |
| 109:10,10 | 67:14 68:16 | 21:12 | 190:22 192:1,3 |
| 113:9,16 | 72:24 73:14 | **sanctioned** | 192:9,14 |
| 157:23,24 | 74:11 75:3 78:4 | 221:1 | 194:13,15 |
| 166:13 175:4 | 81:14 92:4 | **sanford**  307:14 | 195:3,4 196:17 |
| 178:20 198:22 | 101:17,22 | **sat**  125:16 | 198:18 201:2 |
| 230:4,8 239:3 | 102:8 115:9 | 166:22 | 202:17 204:22 |
| 239:11,12 | 116:13 122:11 | **saving**  322:17 | 205:10,13 |
| 338:1 344:23 | 123:15 149:15 | **savings**  322:6 | 206:21 224:13 |
| 346:18 350:13 | 149:20 150:23 | **saw**  111:20 | 226:8,16 |
| 352:15,19 | 157:14 158:8 | 125:12 126:13 | 229:18 231:8 |
| 354:9 356:2 | 160:15 162:15 | 129:13 131:20 | 232:7,10 239:1 |
| 364:8,11 | 164:4,12 | 132:17,18 | 239:11 242:19 |
| 365:16 | 166:18 176:8 | 133:7,20 | 242:22 244:6 |
| **sampled**  304:16 | 179:10 183:18 | 137:18 138:7,8 | 244:10,11,14 |
| **samples**  27:15 | 188:23 193:13 | 158:24 167:14 | 266:3,16 |
| 117:22 123:2 | 195:10 197:19 | 220:20 352:11 | 276:14 285:14 |
| 172:19 239:10 | 198:17 204:20 | 357:6,22 | 286:16 291:24 |
| 287:9 331:11 | 208:17 211:23 | **saying**  27:20 | 293:20 304:13 |
| 335:3 347:9 | 212:18 214:5 | 63:1,6,7 82:24 | 308:14 309:8 |
| 352:5 354:3,8 | 214:16 228:17 | 104:20 115:5,6 | 310:10 316:2,9 |
| 357:22 358:10 | 232:6,15 | 168:4 184:19 | 316:22 317:4 |
| 361:17,20 | 235:16 246:10 | 188:12 189:13 | 317:11,15 |
| 364:20 365:2 | 247:1 255:4 | 197:6 201:17 | 320:3,6 321:22 |
| | 262:13 263:7 | 223:14 224:8 | 326:10 327:14 |
| | 263:12 264:12 | 227:2,13 231:2 | |

**scale** 154:4
  155:6 258:22
**scheme** 322:15
**school** 82:3,6
  123:18 124:6
  124:13 235:18
  236:2,12,21
  238:21 239:8
  244:16
**schooling** 82:9
  123:3
**science** 93:2
  102:21 103:20
  104:3 328:11
**scientific** 35:17
  51:20 52:3 77:7
  77:24 93:3
  100:5 175:12
  187:4 189:18
  194:2,3 202:7
  210:20 283:7
  308:9 330:6,21
  331:24 356:7
**scientifically**
  39:12 49:12
  56:20 103:3
  104:20 188:13
  196:8 254:8
  296:16
**scientist** 51:4
  51:21 70:23
  72:7 73:2 83:15
  103:2,6 237:15
  250:22
**scientists** 99:5
  111:19 237:10

332:11,17
**scope** 65:23
  203:9
**scoured** 214:24
**scrape** 144:4,5
**screen** 83:14
  149:13 158:9
  162:17 216:4
  232:15 263:21
  278:6,9,12
  313:18 314:5
  323:17
**screened**
  120:15
**screening** 354:3
  355:19
**scroll** 278:18
**seam** 3:24
  158:5 160:16
  176:11
**seams** 158:10
  176:24
**search** 248:16
**second** 52:10
  52:13 56:16
  57:6,7 98:13
  150:17 198:18
  199:3 224:13
  226:7 231:24
  238:19 243:16
  276:8,23
  289:23 309:9
  317:12,13,24
  320:2 327:9,10
**secondary**
  247:17,23

**section** 53:22
  53:24 159:16
  165:5 303:11
**sections** 59:8,11
  64:17 143:1
  165:24
**see** 17:7 20:16
  21:3 29:8 38:10
  38:10 80:11
  84:15,24 85:1,7
  85:23 86:10,24
  88:7,9,23 97:24
  128:24 129:7
  132:8,14,21
  134:14 140:12
  141:3 154:16
  155:24 156:6
  158:15,18
  159:16 162:15
  163:1 164:21
  165:5 166:10
  166:11,14,14
  175:17 187:22
  196:22 201:8
  219:19 227:24
  228:3,4 232:14
  234:11,12
  237:18 238:20
  239:18 243:1
  243:22 252:9
  263:8,23
  264:11,11
  265:8,10,17
  266:6,13,19
  274:8,20
  278:12 285:12

290:3 291:3
  309:11,12
  313:16 314:8,8
  314:13,14,19
  315:4 316:8
  319:17 320:4
  338:6 340:12
  341:10 345:13
  347:21 348:20
  348:21 352:8
  355:16,17,17
**seeing** 126:21
  133:12 165:23
  165:24 166:16
  174:8 200:22
  231:3 235:8
  265:3 338:1
  341:17 347:6,6
**seems** 34:10
  70:11 77:22,23
  79:2 92:12
  160:8 171:21
  218:15 223:14
  297:10 318:5,5
**seen** 20:3,5
  51:5,5 89:19
  91:14 96:14
  97:12,22
  117:18 118:18
  119:18 120:13
  125:19 140:16
  142:24 144:8
  145:1,15,16
  149:21 163:21
  168:22 170:5
  174:1,11

**[seen - silicates]**                                                          Page 63

178:11 180:13
182:12,19
216:11 222:7
222:17,23
225:20 229:5
234:3,16
235:12 246:24
250:1,3 264:21
319:24 324:13
357:3,7 358:8
358:12 367:3,7
**selected** 81:5,12
348:10
**selection**
256:23
**selective** 272:9
317:20
**selling** 190:16
315:21
**semicolon**
192:3
**send** 18:12
214:7
**sending** 301:2
**sent** 69:20
119:14 147:7
172:8,24 209:1
232:17 299:11
301:8 365:9
366:24
**sentence** 151:6
152:21,22
153:7,18
191:24 192:8
196:17 198:1
198:18 199:8,8

202:10,17
204:22 205:6
205:10 206:11
206:18 224:13
266:6,16 277:3
277:18 286:15
303:14 308:11
308:14 310:10
326:10 329:24
**sentences** 195:7
**separable** 296:6
**separate** 18:13
**sequence**
309:21
**series** 29:18
62:1 246:23
306:22
**serpentine** 3:22
41:14 88:2
136:12,14,21
136:24 137:2,6
151:1,22 152:3
152:9 154:12
155:2 157:18
163:14,15
339:14 350:19
**serpentinite**
152:5,8,17
154:23 156:23
157:5 262:4,9
281:21 290:10
291:11 292:2
292:12
**serpentinites**
136:24 152:10
153:14 163:19

292:22 307:21
**serpentinized**
153:12 154:7,8
**service** 273:10
273:13 276:20
**services** 215:19
216:1
**session** 131:15
**set** 50:2 60:5
322:14 369:9
**setting** 5:2
120:3 125:9
**settle** 79:16,18
79:24 178:5
**settled** 87:12
177:17
**shape** 200:18
202:19 203:3
203:19,24
241:20
**shaped** 240:12
**shards** 240:21
245:8,11
**share** 114:16
**shave** 33:24
**sheer** 130:10
134:14
**sheet** 177:7
243:10
**sheets** 243:23
**shelf** 90:7
**shelves** 230:15
**shift** 179:3
**shifts** 125:17
**short** 33:13
37:22 68:13

122:8,12 179:7
214:13 283:12
317:19 367:24
**show** 28:10,11
73:10 103:24
140:8 156:20
236:17 268:20
280:11 343:18
344:6
**showed** 261:2
345:16
**shower** 106:18
106:18
**showing** 164:13
340:2
**shown** 203:20
290:15 323:23
324:14,16
**shows** 285:6
307:14
**sic** 151:1
214:18
**side** 68:4 72:20
84:8 144:5
167:14 239:22
262:4 292:11
342:23
**signature**
369:15
**signed** 216:22
**significance**
89:10 221:22
**significant**
85:13
**silicates** 243:10

[silicosis - sorts]                                                                        Page 64

| | | | |
|---|---|---|---|
| **silicosis**   138:6 | 308:19 318:2,6 | **smaller**   130:4 | 86:14 98:12 |
| **similar**   128:16 | 326:12 337:7 | 131:1,12 | 99:24 106:12 |
| 129:14 158:10 | 340:7,10 349:1 | **society**   223:5 | 122:1 132:24 |
| 162:23 163:1 | **sir**   13:15 17:5 | **soil**   3:22 272:1 | 134:21 152:7 |
| 163:21 203:3 | 74:13 252:6 | **sold**   105:12,14 | 153:2 162:10 |
| 342:2 | 258:19 331:1 | 105:15 108:17 | 164:7 183:13 |
| **similarities** | 340:19 | 148:6 169:13 | 183:17 188:2 |
| 34:8 | **sit**   9:22 36:12 | 169:16 256:7 | 212:19 216:16 |
| **simple**   41:13 | 160:20 210:1 | 325:3 | 234:18 235:2 |
| 50:7 99:11 | 222:5 265:22 | **sole**   333:16 | 238:17 246:4 |
| 109:14 110:17 | 282:9 | **solely**   193:3 | 251:20 262:24 |
| 159:13 192:22 | **site**   46:10 | 203:18 | 266:7 267:3 |
| 193:3 203:23 | 105:19 277:5,5 | **solid**   130:13 | 279:4 291:15 |
| 211:24 233:1 | 310:19 | 302:21 303:4 | 304:2 310:4 |
| 338:23 | **sites**   292:24 | **solubility**   321:9 | 316:15,16,17 |
| **simply**   16:13 | **sitting**   11:7 | **soluble**   320:9 | 323:16 326:5 |
| 19:23 23:12 | 221:24 | 321:1,2 | 340:21 341:3 |
| 24:6 102:17 | **situation** | **solution**   321:20 | 349:6 363:21 |
| 110:4 128:15 | 163:22 186:11 | **solve**   100:13 | 364:11 |
| 155:9 159:10 | 196:12 | **somebody** | **sort**   13:3 62:8 |
| 159:21 161:8 | **situations**   79:1 | 64:23 69:21 | 87:9 117:15 |
| 171:24 178:18 | **six**   44:24 | 75:22 120:2 | 120:24 129:6 |
| 186:9 198:10 | 244:23 325:19 | 125:18 143:19 | 135:20 144:24 |
| 212:23 222:1 | **sixth**   58:3 | 169:1 241:6 | 155:16 246:22 |
| 229:16 230:8 | **size**   80:13 134:7 | 294:6 | 251:18 323:19 |
| 241:20 269:6 | 257:2 | **somewhat** | **sorted**   125:8,13 |
| 284:19 301:10 | **sizing**   257:5 | 208:15 316:10 | 127:7 128:12 |
| 329:3 353:4 | **skipped**   263:4 | **soon**   132:20 | 128:22 |
| **simulate** | **sky**   353:8 | **sophisticated** | **sorting**   125:3,4 |
| 339:22 | **slip**   156:17 | 332:6 | 125:18 126:10 |
| **sinai**   90:4 | 297:13 | **sorry**   8:12 9:19 | 126:16 127:1 |
| **single**   45:21 | **sload**   361:2,6 | 19:13 24:20,22 | 129:17 131:2 |
| 84:20 228:19 | **small**   80:19 | 29:24 52:16 | 134:18 145:14 |
| 232:11 233:6,7 | 85:22 131:9 | 58:2 59:6 72:1 | 145:23 |
| 238:12 286:16 | 133:10 272:17 | 72:10 80:10 | **sorts**   79:4 235:5 |
| 297:16 303:9 | | 81:24 84:17 | 270:9 |

**[sound - splittings]**

Page 65

| | | | |
|---|---|---|---|
| **sound** 22:23 | **south** 2:4 | **speaking** 7:8 | 255:22 |
| 60:11 73:12 | **southeast** 279:3 | 50:19 58:15 | **specifications** |
| 84:7 202:7 | **southern** 248:2 | 78:13 93:11 | 326:18 |
| 216:10 283:7 | 248:21 249:2,3 | 250:20 254:9 | **specificity** |
| 308:8 | 249:12 251:13 | 261:3 312:16 | 128:15 326:23 |
| **source** 4:10 | 252:11,17,21 | 361:3 366:8 | 327:7 |
| 28:5 31:13 | 253:1,13 | **spec** 326:12 | **specifics** 18:24 |
| 34:14 39:4 | 278:23 279:23 | **specialized** 82:2 | 40:4 41:9 |
| 42:14 44:15 | 280:12 281:7 | **species** 285:21 | 118:17 260:7 |
| 48:1,7,8 49:4 | 281:15 282:3 | 320:8 | 261:21 |
| 67:23 106:10 | 282:21 283:5 | **specific** 27:1,10 | **specimens** |
| 106:23 107:4 | 287:23 291:6,7 | 29:7 34:12 39:2 | 344:3 |
| 111:13 112:12 | 292:23 293:21 | 41:2 42:11 80:7 | **spectroscopy** |
| 113:23 126:11 | 306:6,10 | 90:17,18 91:13 | 81:19 321:12 |
| 128:13 154:14 | **space** 282:13 | 91:19 92:18,21 | **speculation** |
| 181:14,19 | **spacial** 154:4 | 95:6 97:16,16 | 64:12 71:4 |
| 223:5 247:18 | **spalding** 2:7 | 97:24 98:1 | 97:10 167:9 |
| 248:14 312:3,7 | 18:20 | 103:10 104:17 | 176:18 189:15 |
| 319:4,19,22 | **spatially** 261:18 | 122:21 124:24 | 195:16 267:2 |
| **sourced** 34:4 | 292:2 | 126:21 135:7 | **speeches** 157:8 |
| 35:2 47:8,9,10 | **speak** 52:4 72:3 | 137:4 146:8 | **speed** 56:12 |
| 106:5 174:4 | 72:4 76:22 | 154:3 211:3 | **spell** 342:2 |
| **sources** 34:8,19 | 77:18 118:19 | 214:20 215:8 | **spelled** 271:18 |
| 34:20,22 35:12 | 127:18 139:14 | 221:17 222:2 | 337:20 339:12 |
| 36:3,20,23 37:8 | 148:4 168:24 | 222:12 236:16 | 341:16 354:20 |
| 37:12 38:4,13 | 169:3 170:9 | 248:7 250:18 | **sphere** 330:6 |
| 38:16 39:1,14 | 181:24 202:1 | 258:17,18,20 | **splayed** 341:11 |
| 42:13 46:10 | 212:8,13 | 259:22 260:18 | 345:9,22 347:6 |
| 104:22 106:3 | 225:19 299:24 | 273:14 285:22 | 347:11 348:20 |
| 107:10 180:8 | 300:19,20 | 298:14 304:15 | 349:14 351:3 |
| 236:3,10 | 312:17 331:16 | 305:9 310:19 | 354:13 |
| 247:23 319:11 | 362:15 367:2 | 352:3 357:16 | **split** 44:21 |
| 327:1 | **speaker** 88:12 | 363:12 | 45:15,18 47:3 |
| **sourcing** 34:11 | 89:1 | **specifically** | 341:12 |
| 126:15 146:11 | **speakers** 157:4 | 122:24 123:7 | **splittings** 342:4 |
| 147:14,19 | | 145:5 188:10 | |

**[spoke - studied]**

Page 66

**spoke** 137:20
148:15 246:14
360:17
**spoken** 145:21
**spreadsheet**
4:24 274:1,18
274:18 275:6
278:1
**spring** 8:16,20
**square** 255:17
258:6,9
**stack** 62:8
**stacking** 86:19
**stage** 119:14
131:2,8
**stages** 119:11
129:22
**staging** 131:10
**stamp** 234:23
313:13 314:20
314:24
**stamped**
225:21
**stamps** 234:11
234:22
**stand** 14:7
**standard**
218:19
**standardize**
94:6
**standing**
368:13
**stands** 325:24
326:7
**stanton** 203:22

**stapled** 234:8
**star** 297:19
**start** 91:2 127:6
127:11 130:2
135:8 146:18
187:24 190:17
248:17 259:4
261:3 305:20
336:18
**started** 56:15
94:5 98:15
100:5 128:4
170:10 197:13
197:16
**starting** 98:22
172:19 303:12
**starts** 288:19
328:12
**state** 4:18 48:3
78:12 221:4
237:20,21
249:13 264:8
264:17,24
265:14 281:1,6
282:2,3 283:3,5
289:14 302:21
303:4 307:15
332:7
**stated** 51:13
69:20 71:22
94:20 161:21
200:14 201:17
204:16 213:14
223:19 230:10
302:6,8 320:1
333:22 340:15

344:5 355:22
**statement**
30:18 39:19
63:10 92:13
153:24 197:3
203:14 204:8
219:22 252:9
271:9 287:6
303:22 306:8
306:23 310:21
330:17 343:20
344:16 345:23
356:18 366:16
**statements** 6:9
65:4 76:4
103:14 104:13
159:7 193:16
199:21 201:3
296:11 304:9
304:19,21
305:22 306:12
308:3,6 323:6
331:23
**states** 1:1 4:23
54:10 63:21
66:10 171:1
195:18 197:8
226:6,11,17
274:7 277:7,12
277:21,22
284:24 301:24
318:4 322:2
**static** 178:3
**stating** 334:1
**stay** 79:19

**stayed** 174:22
**staying** 57:23
**stays** 131:5,5
**steadily** 99:5
**steak** 155:17
**stenographic...**
369:8
**step** 110:18
355:3
**steps** 119:19
120:16 121:15
**stewart** 168:18
170:12
**stick** 132:6
**stimuli** 57:3
327:3,4
**stipulations** 6:9
**stop** 275:15,24
345:19
**stopped** 106:9
111:9 113:22
190:11
**store** 38:10
75:17
**straight** 164:10
**strength** 347:13
347:15,19,22
**stress** 297:15
**strike** 12:13
44:9 87:19
118:22 180:5
**strongly** 322:5
**structure** 204:1
**studied** 82:11
111:23 304:1

**studies** 184:20
  203:16 220:15
  251:9 343:17
  344:6
**study** 82:14,22
  249:17,24
  250:5 286:14
  304:1 306:4
  307:13,17
  344:1 346:22
  346:23
**studying** 83:3
**stuff** 38:12
  135:23
**sturpin** 2:15
**su** 59:24 60:9
**sub** 144:16
  206:14
**subject** 179:15
  183:2 223:4,21
  317:9,10
  367:12
**subjective**
  279:5
**subpoena** 3:13
  18:19 19:7,9,18
**subsequent**
  359:1,19
**subsidiaries**
  170:3
**subsidiary**
  169:15
**substance**
  202:19 203:4
**suggest** 214:2
  278:8

**suggested**
  40:15 57:15
  332:21 333:2
**suggesting**
  157:14 208:9
**suggests** 87:13
**suite** 2:13 113:9
**sulfides** 320:9
**summarize**
  208:18
**summarizing**
  229:14 362:14
**summary**
  280:19
**summation**
  239:19
**summer** 144:15
**superior** 32:18
**supplied** 111:4
  119:5 320:16
  364:16
**suppliers**
  322:14
**supply** 317:22
**supplying**
  230:14 324:23
**support** 6:1
  52:7 158:19
**supports** 51:6
**supposed** 70:24
**sure** 9:6,11
  29:9 30:3 84:23
  96:14 112:4
  115:7 117:2
  125:14,20
  127:7 132:4,22

145:22 149:23
  169:23 174:7
  174:10 178:11
  190:15 191:18
  195:9 200:6
  222:5,11 234:5
  235:2 255:11
  283:18 304:3
  344:15 363:6
  365:1,1 367:19
  367:23
**surety** 202:1,8
**surface** 80:1
  85:2 86:11,21
**surfaces** 177:4
  177:9
**surprise** 280:24
**surrounding**
  91:7 92:9 99:14
  151:19 268:5
  290:11
**survey** 265:1
**susan** 32:17
**suspect** 202:21
  311:4
**suzanne** 2:12
**svc** 147:12,20
  223:9,10,15,24
  224:15,20
  226:3,17
  227:14,17,22
  228:7
**switch** 334:7
**switched**
  106:20,23
  107:4

**sworn** 7:5,13
  325:13 369:5
**synthesize**
  235:3

**t**

**t** 2:17 3:10
  369:1,1
**tab** 313:20
**table** 239:19
  242:20,22
**tables** 244:15
**tail** 243:11,12
**take** 8:2,12
  10:16 14:12,16
  14:22 21:15
  45:16 68:10
  104:16 117:8
  121:19,21
  123:16 135:22
  143:18,19,21
  156:19 169:19
  179:4 188:14
  196:8 201:2
  214:4 215:7
  217:8 233:8
  248:10 278:11
  282:10 283:9
  293:19,23,24
  305:6 308:6
  362:10
**taken** 10:11,15
  25:19 68:13
  74:3,10 83:15
  107:22 122:8
  122:15 178:3

**[taken - talked]**                                                                Page 68

| | | | |
|---|---|---|---|
| 179:7 283:12 | 127:9,16 | 241:2,9,12,16 | 307:9,20 |
| 367:24 369:8 | 128:11,13 | 241:21,23,24 | 308:16 309:19 |
| **takes**   189:4 | 129:6,16 130:1 | 242:2,10,23 | 310:12,14 |
| **talc**   3:24 4:3,5 | 130:2,19 131:4 | 243:5,10,24 | 312:5 318:17 |
| 4:10 5:2 26:22 | 131:12 135:5 | 244:3,24 245:8 | 318:21 319:8 |
| 28:6,23 29:2,10 | 135:21,23 | 245:9,10,13,14 | 321:7 322:6,17 |
| 30:20 31:2,7 | 136:2,5,22 | 245:18,21 | 323:1,2,2 |
| 33:3,7,21,24 | 137:1 138:2,24 | 249:6,8,14 | 326:12,12,18 |
| 34:14,14,20 | 140:16 144:24 | 251:12 254:6,9 | 326:20,22 |
| 35:2,20 36:4,20 | 147:9,21 148:2 | 254:14 256:15 | 327:5 330:8 |
| 37:9 38:6,14 | 151:9,15,17 | 256:20 262:4,7 | 332:12,18 |
| 39:22 40:4,7,17 | 158:5,13 159:3 | 262:16 266:3 | 338:9 339:21 |
| 41:18,23 42:18 | 160:16 164:14 | 266:16,23 | 343:14,15 |
| 43:19 44:13,15 | 164:23 165:11 | 267:13 268:15 | 344:14,18,23 |
| 44:16 45:9,10 | 166:9 167:2 | 269:2,15,18,24 | 347:1 357:18 |
| 46:2,8,8 47:8,9 | 168:19 169:10 | 270:4,5,15,18 | **talco**   223:5 |
| 47:10,16,18 | 170:18,19,24 | 270:22 271:2,6 | **talcs**   118:5 |
| 48:2,5 54:13 | 171:4,17,20,24 | 271:9,11,15,16 | 211:19 227:16 |
| 57:1,6,7 76:9 | 172:1,2 173:9 | 272:4,4,19,22 | 227:23 269:20 |
| 76:14 77:10 | 174:4 175:20 | 278:17 279:24 | 333:13 335:8 |
| 104:19 105:2 | 176:10 179:15 | 282:23 283:4 | **talcum**   1:5 16:5 |
| 106:4,6,24 | 183:3 187:20 | 284:7,20,23 | 25:21 26:2,15 |
| 107:4,10,16,19 | 190:7 191:10 | 286:17 287:9 | 28:6,19 29:19 |
| 107:22,24 | 193:2 198:13 | 287:16,24 | 30:11,22 38:2 |
| 108:2,7 109:10 | 198:14,22 | 288:5,8,11,20 | 45:7 46:13 90:5 |
| 109:10 110:19 | 206:12 217:22 | 289:5,9,15,19 | 113:24 123:24 |
| 110:21 111:13 | 218:10 219:6 | 289:20 290:2,7 | 311:14 |
| 111:23 112:6 | 219:14 220:12 | 290:13,17 | **talk**   64:7 65:11 |
| 117:15,15 | 223:4,19 224:7 | 291:10 292:1 | 102:11 146:7 |
| 118:3 122:15 | 224:8,16 226:1 | 293:5 295:12 | 170:12 171:11 |
| 122:23 123:6,6 | 226:5,10,17 | 296:24 302:12 | 171:23 199:15 |
| 123:17,20,23 | 227:17 230:5,8 | 302:17 303:1 | 250:4 290:2 |
| 124:5,5,8,11,14 | 230:17 232:8 | 303:15 304:6 | 299:9 323:11 |
| 124:19 125:1,8 | 235:19,24 | 304:10,12 | 346:7 |
| 125:11,13,18 | 236:3,9 240:7 | 305:1,4,20 | **talked**   125:2 |
| 126:7,11,15 | 240:21,24 | 306:6,10,19 | 127:24 144:23 |

**[talked - tested]**

Page 69

148:10 169:7
171:17 174:14
182:15,23
323:12 361:7
361:24
**talking**  63:4
75:13 87:19
88:12 89:2 97:7
104:7 112:24
122:12 126:15
127:12 128:22
145:13 166:18
169:6 181:4
189:9 195:11
224:5 227:22
247:12,13
256:9 257:6
258:17 260:17
273:17 276:14
287:15,24
292:14,15
293:12 298:9
307:3 312:1
348:24
**talks**  289:9
291:1 309:7
**tallied**  23:23
**tara**  2:20
**task**  84:10
211:10 212:15
212:15 237:6
**taste**  322:10
**technical**  211:7
**technicians**
322:10 363:12

**technique**
199:12 211:7
211:15 212:13
**techniques**
198:20
**technology**
139:9
**telegram**  4:14
**telex**  4:14
**tell**  10:20,24
11:4,8 53:5
57:20 58:17
69:10 81:13
114:18 116:3
116:13 148:18
153:3 158:21
159:11 160:11
167:6 173:4
174:16 179:16
214:9 238:4
252:23 253:12
268:23 269:3
279:10 284:16
284:17 312:22
356:19
**telling**  171:15
301:18
**telltale**  340:13
347:4 350:3
**tem**  80:24
81:17,20
119:14 175:3,6
175:7 348:9
**temper**  275:24
**temperature**
307:23

**temperatures**
290:19 302:23
**temporally**
110:24
**ten**  193:20
255:17 299:4
346:7 367:17
**tensile**  347:12
347:15,19,22
**term**  88:4
89:17,19 90:2,9
90:10,16,19
91:14,20 93:17
95:8 96:3,5,7
98:6 99:13
151:20 186:23
186:23 202:11
205:21,22
206:1,8 210:3
213:22 219:20
221:10,15,19
231:19 245:10
253:18 279:5
285:15,21
287:20 291:9
295:5,24,24
296:4 299:13
329:12 338:4
352:2
**terminologies**
89:8 213:16
**terminology**
91:7 92:9 99:7
99:14 100:15
244:17 341:23

**terms**  82:19
87:21 88:9
92:24 93:4,10
94:4,5,7,15,18
94:22,23 95:10
101:4 102:2,6
174:12,16
181:6 184:12
185:2,3 186:9
187:1,5,7,8,14
187:24 188:1
190:4 191:21
193:10 210:9
210:11,15,16
213:20 221:4
244:15 291:13
296:15
**terrains**  290:24
**test**  18:2 46:20
46:24 70:1
113:12 114:5
119:16 178:23
182:4 193:2
229:18 231:17
254:22 261:2
297:4 311:14
321:8,9 337:21
350:24 356:4
**tested**  36:18
45:18 47:1
49:19 117:22
168:19 178:17
181:22,23
201:20,24
211:9 298:11
298:12,15,18

**[tested - think]**

323:2,2 344:21
346:23 355:8
364:19 365:2
365:22 366:20
367:5
**testers**   365:13
**testified**   7:14
8:16 21:18
22:20 23:8,18
24:11 25:9,19
25:19 26:7,20
28:18 29:17
31:18 34:4
35:21 37:2,7,18
39:7,13 40:6
41:9 44:23
50:23 67:15
69:5 99:13
121:16 147:8
197:20 214:24
280:18 311:11
327:23 358:16
359:22 364:4
**testify**   29:1,5
32:2 36:2 71:5
369:5
**testifying**   15:4
173:22
**testimony**   3:15
16:4,18 21:2,6
22:4,8 27:2,10
32:6,16 36:7
39:20 43:17,23
48:10,13,18
50:8 52:12
61:15 66:17

70:21 87:21
102:17,24
136:19 153:1,9
173:13 174:20
212:7,23
303:20 311:16
342:12,18
343:23 369:8
**testing**   27:11
28:9,10,12
31:23 35:23
37:17 40:7 49:6
49:9,18 69:21
81:17 89:12,15
90:5 94:12
108:2 117:12
119:8,8,8,13,17
123:24 136:10
146:3 165:22
172:18 190:17
195:20 197:12
197:14 198:8
201:18,21
204:10 220:12
220:12 222:9
229:10,14
235:19 236:12
239:9 256:10
257:13 262:8
285:5 320:18
320:20 321:4
321:14,15
323:1 324:11
326:23 327:7
332:18 333:8
333:12,14,17

333:21,24
334:4,12,12
336:15 337:22
337:23 341:16
345:5 353:4
364:4 365:19
367:8
**tests**   119:14
159:13 165:19
246:24 320:11
320:22 359:1,6
364:5,7 365:14
365:24
**texas**   310:13
**text**   4:18 264:7
**textile**   347:15
**thank**   81:24
150:22 158:2
162:13 308:23
**thick**   309:20
**thin**   297:22
347:7
**thing**   27:23,23
34:11 58:13
59:5 66:12 71:6
81:11 110:4
123:22 124:19
127:5 175:7
223:15 232:12
232:13 239:15
246:18,22
259:15 260:18
263:19 269:7
294:9 298:12
343:12 346:6
347:17 349:16

351:5 353:9
361:13 364:2
**things**   30:21
31:13 34:15
35:13,15,24
43:10 52:2
56:21 62:10
71:3 72:5 73:4
73:5 82:5 93:9
98:15,16 99:6
104:5,8 108:21
112:2,24
152:18 161:20
161:24 186:4,7
187:17 188:9
189:17 190:10
193:7,22
195:22 212:22
218:14 227:3
235:5 239:23
240:1,5 243:9
243:20 250:12
250:24 261:5
267:22 290:14
296:13 339:9
341:6 342:1,5
361:18
**think**   8:24 9:5,8
13:14 23:4,21
29:21 34:1
54:19 56:14
57:2 60:16
69:19 70:13
75:16 92:5
94:18 97:15,23
98:9,12 99:10

**[think - today]**

| | | | |
|---|---|---|---|
| 101:6 104:15 | **thinking**  51:19 | 37:23 41:7 | 230:13 233:8 |
| 106:18 111:24 | 184:24 | 44:17 45:23 | 235:17 236:8 |
| 115:12 121:18 | **third**  58:2 | 46:17 47:7 49:9 | 248:9 256:8 |
| 127:20 128:8 | 238:19 244:23 | 55:5 56:15,23 | 266:24 300:20 |
| 142:20 145:7 | 286:2 306:15 | 56:24 57:7 | 311:11 312:23 |
| 146:20 147:13 | 321:18 365:13 | 86:20 89:7 | 315:17 324:3,7 |
| 148:1 153:13 | **thirds**  309:7 | 93:16 94:17 | 325:4,6,16 |
| 178:17 179:18 | **thompson**  2:19 | 99:4,6 101:8 | 331:21 346:8 |
| 180:24 182:14 | **thought**  82:19 | 111:2,15 | 350:10,18 |
| 184:11,20 | 99:19,23 | 112:11 113:20 | 353:5 357:6 |
| 185:21 186:1 | 147:21 178:15 | 118:10 121:23 | 358:1 360:21 |
| 186:14 187:12 | 246:24 312:12 | 122:2,5 128:21 | 368:3 369:8 |
| 188:13,24 | 340:21 | 133:2 138:14 | **times**  8:22 9:1 |
| 189:7,11,16 | **thousands** | 138:16 139:14 | 22:19,22 23:7 |
| 190:8,23 196:7 | 85:21,24 | 146:10,20 | 24:11 25:9 |
| 197:11 198:24 | 350:15,15,16 | 147:2 148:12 | 37:12 69:5 |
| 203:12 208:9 | **three**  82:21 | 149:19 168:3 | 72:14 100:18 |
| 211:15 225:10 | 106:3 134:4,5 | 174:4,18,23 | 144:12 210:4 |
| 235:20 240:1 | 134:15 193:15 | 175:11 179:1 | 243:11 261:13 |
| 247:15 251:8 | 193:19 202:16 | 181:15,22 | 325:3 |
| 270:19 284:18 | 222:19 226:13 | 182:3 183:5 | **tina**  23:14 |
| 286:22 288:11 | 227:13 242:11 | 184:6,14 | **tinto**  324:2,6,21 |
| 293:15 296:11 | 247:18 255:5 | 185:22 186:1,3 | 327:14 |
| 302:2 303:23 | 257:8 274:22 | 186:3,12,24 | **title**  263:15,18 |
| 304:13 310:24 | 341:8 | 187:8,9 189:19 | **titles**  209:6 |
| 311:20,24 | **throw**  62:8 | 191:14 192:24 | **today**  11:1,7 |
| 313:23 321:11 | 72:20 | 193:8 195:21 | 36:12 38:12 |
| 327:11 328:21 | **thrown**  127:10 | 196:1,3,13 | 43:18 48:10,13 |
| 329:10 330:12 | **thrust**  204:23 | 197:14,16,18 | 82:24 89:8,9,22 |
| 330:22 333:14 | **thumb**  234:6 | 200:1 201:20 | 90:12,20 91:6 |
| 333:15 350:9 | **tie**  208:7 | 202:14 208:15 | 92:8 93:24 |
| 357:19 358:7 | **tied**  98:17 | 210:14,17 | 100:24 101:9 |
| 361:15 363:14 | **ties**  365:23 | 211:11 212:9 | 101:12 140:18 |
| 363:18 365:7 | **till**  323:19 | 212:16,20 | 167:20 173:23 |
| 365:21 366:6,7 | **time**  14:10 27:4 | 213:17 215:4 | 175:5 181:7 |
| 367:10 368:12 | 33:13 34:8 35:5 | 215:11 219:16 | 182:4 187:2,7 |

**[today - trying]**                                                                 Page 72

188:15 193:17
196:6,11,15
202:6 206:3
207:11 210:19
213:22 220:21
222:1,6 267:12
303:21
**today's**  115:20
**together**  274:19
280:21 282:11
290:12
**told**  56:5,9
74:22 101:18
102:13 123:16
123:21 188:9
319:6
**took**  123:17,19
197:23 345:1
**tool**  81:6
**tools**  80:7,23
139:9
**top**  23:13 84:21
120:12 242:21
242:22 315:2,4
316:21 317:6
322:16
**topic**  218:3
246:1
**topics**  218:4
358:9
**tops**  361:17
**total**  133:19
**totally**  211:9
**totem**  225:16
**touch**  173:3

**towards**  71:6
367:18
**town**  249:1
251:17,21,22
269:7
**towns**  252:8
**trace**  206:14
227:15,21
**traces**  165:14
226:18
**track**  62:9
**trackhoes**
143:24 144:1
**trained**  9:20
84:2 117:6
144:23 145:4,8
145:13
**training**  53:8
83:8,11,17
116:24 121:1,7
129:4 204:5
**transcript**
368:11 369:7
**transitional**
302:11
**transmitted**
243:20
**transparent**
243:21
**treat**  35:16
282:11
**tremolite**  3:24
44:22 45:22
136:9 158:5,10
159:2 160:17
198:21 206:14

252:24 253:13
254:4,5,14,21
254:23 255:18
255:20 257:14
257:14 258:11
258:21 259:10
259:20 260:3
260:12,20,21
261:7,8,11,17
271:7,10,11,13
271:14,17
306:21 307:8
309:22 335:4
338:17 344:22
351:1,3
**trends**  321:23
321:24 322:3
360:10
**trial**  3:14 21:6
26:7 32:16
52:12 359:23
360:10
**trials**  8:15,18
8:19
**tried**  43:12
197:24 198:2
**triplicate**
364:17
**tropic**  144:18
**troy**  319:16
**trucks**  131:9
**true**  10:17 16:7
26:5,16 31:21
39:24 40:5 45:5
45:20 55:7
63:10,14 68:17
76:4 83:10

87:23 92:13,16
93:19 96:22
104:6 106:24
108:9,13 136:6
136:7 144:10
171:1 173:5
183:3 209:24
239:24 241:5
245:2 248:22
248:23 281:7
288:24 292:8
295:21 303:21
304:22 305:19
305:23 306:23
307:1 308:4,6
308:11 309:2
310:7,21
315:14 342:3
343:20 345:22
**truly**  211:21
227:3 335:21
**trust**  330:9
**truth**  10:20,21
11:1,4,9 369:5
369:5,6
**try**  64:20 72:15
74:19 94:6
100:1,12,21
110:13 121:21
188:19 234:9
258:23 260:8
316:15 349:17
**trying**  41:21
84:18 94:2,2
99:1 102:16,17
117:4 138:2

**[trying - understanding]**                                                     Page 73

142:21 149:18
164:9 185:7,10
188:24 189:6
194:4,5 223:11
235:23 237:2,2
246:15 250:22
252:14 260:9
289:23 304:23
316:12 350:7
351:13,14
353:2 362:6
**ts** 182:12
**turn** 32:15
238:7 244:22
265:23 278:4
302:16
**turned** 198:24
**turnover**
322:19
**turpin** 2:12
368:14
**twenty** 83:2
**twiddling** 341:2
**two** 108:20
112:24 131:21
156:1 182:12
199:4 203:11
206:10 213:15
226:13,16
287:17 309:7
321:23,24
322:3,5 341:8
**type** 16:10,18
17:1 89:3
138:12 139:13
140:3 143:6

162:23 166:5
171:9 174:9,23
187:21,22
192:5,15
194:14 199:12
199:18 220:9
224:11 229:11
279:20 285:7
291:12 302:19
330:2 341:12
**types** 16:17
121:6 138:20
152:20 259:13
259:22 277:17
285:1 287:17
288:12 290:17
341:18
**typical** 9:12
**typically** 138:1
354:16

**u**

**u.s.** 54:22 55:6
55:10,22 94:1
267:19 273:10
273:12 274:11
275:7 276:20
323:11 325:24
326:7
**ubiquitous**
306:18
**uh** 12:1
**ultimate** 44:15
324:22
**ultimately**
42:20 108:17

182:1 228:6
280:8 333:7
**ultra** 150:18
279:9
**ultramafic**
150:21,22,24
151:10,11,12
151:15,18,23
152:1,11
153:11,21
154:6,8 279:12
279:13,15,16
279:19 280:1
281:24 309:17
**umbrella** 152:1
285:21
**un** 157:2,7
**unable** 253:23
**undefined**
201:5
**under** 17:21
22:11 42:11,11
43:17 50:17,18
74:2 82:16 83:8
101:8 151:24
152:22 202:1
206:5 215:12
255:19 285:10
317:8 321:19
321:22 322:2
**undergraduate**
117:10
**underground**
112:9,11,14
129:23 135:5
269:19 271:3

**underlying**
363:23
**underscore**
238:10
**understand**
9:12 10:10,14
10:18,19,22
11:11,18,21
12:2,7,12 13:19
14:1,5,8,9,14
14:18 15:3,11
17:5 18:18
27:20 50:4
51:14 73:15
74:20 76:1 77:1
81:15 88:17
91:3 99:2
100:22 101:9
101:13 102:18
110:10 115:1
134:24 146:22
161:24 186:14
187:6,23 188:1
191:18 194:4
197:20 207:11
207:21 210:19
211:6 227:7
284:8 295:9
316:7,19,22
324:21 338:15
346:3,3 362:7,9
365:12
**understanding**
12:5 15:10,18
17:10 23:7,11
50:18 98:14

**[understanding - using]**                                          Page 74

| | | | |
|---|---|---|---|
| 99:8 100:24 | **units** 139:23 | 120:9 121:9 | 221:20 231:6 |
| 106:12,17 | **university** 3:20 | 132:3 188:15 | 231:18,20 |
| 109:18 126:6 | 149:4 150:2,11 | 193:19 196:10 | 244:15 247:4,7 |
| 126:22 127:8 | 265:16 | 213:21,24 | 247:10,20 |
| 167:17 170:6 | **unknown** | 214:1 218:18 | 253:2,14 255:7 |
| 170:15 185:4 | 255:20 322:13 | 221:19 223:24 | 285:2 291:9,14 |
| 187:3,14 193:9 | **unmarked** | 223:24 238:1 | 294:24 295:5 |
| 202:6 204:5 | 364:17 | 245:10,12,22 | 296:1 318:2 |
| 206:3 207:12 | **unnamed** 116:9 | 271:22,22,23 | 319:5,13 |
| 209:16 312:16 | **unquote** 92:22 | 283:9 295:1 | 328:10 336:3 |
| **understandings** | 322:6 350:8 | 320:22,23 | 339:24 341:23 |
| 100:16 362:24 | **unrequested** | 321:9 329:17 | **useful** 167:21 |
| **understood** | 212:23 | 337:5,9,15 | **usefulness** |
| 90:11 124:7 | **untrained** 84:8 | 338:10,22 | 192:9 197:1 |
| 125:14,21 | **update** 208:10 | 351:19 | **user** 326:12 |
| 145:23 191:12 | 326:22 327:6 | **used** 15:7,13 | **uses** 46:15 |
| 197:16 211:11 | **upper** 265:5,24 | 26:22 28:5 31:4 | 81:17 102:4 |
| 291:21 363:7 | 266:9 | 31:8 35:7,10 | 200:4,7 210:2 |
| **undue** 227:15 | **upsetting** | 36:21 37:12 | 210:15 270:6,7 |
| **unequivocal** | 224:14 226:4 | 38:3,5,5,19,22 | 304:4 |
| 13:6 | **upside** 234:8 | 39:15 89:17,20 | **using** 5:2 35:2 |
| **unfair** 328:22 | **upstate** 288:9 | 89:23 90:8,17 | 38:24 71:19 |
| **unfortunately** | 307:6 | 90:19,20,21 | 74:23 75:4 88:4 |
| 149:11 | **usage** 39:4 90:1 | 91:7,14,17,21 | 93:12 100:14 |
| **unintentionally** | 93:17 94:3,6,13 | 91:22 92:1,10 | 111:9,12 |
| 272:17 | 97:20 98:1,3 | 92:24 93:2,5,6 | 112:12 113:22 |
| **unique** 90:13 | 193:22 | 93:13,23,24 | 128:13,17 |
| 341:14 348:12 | **usages** 92:18 | 95:8 96:2 98:16 | 132:6 138:16 |
| 348:15,15 | 95:6 101:4 | 103:18 113:4 | 139:17 140:2 |
| 350:4 | **use** 16:6 19:24 | 118:9 121:15 | 143:7,24 |
| **unit** 361:22 | 20:9 30:17,19 | 139:11 174:3 | 174:14 175:5,6 |
| **united** 1:1 4:22 | 38:6 80:18,23 | 174:24 175:2 | 176:9 181:5,23 |
| 54:10 63:21 | 81:6 87:21 89:8 | 185:24 186:15 | 183:7 184:12 |
| 66:10 171:1 | 89:22 90:10 | 186:24 190:3 | 185:2,4 190:4 |
| 274:6 277:7,21 | 94:15 95:9 | 191:21 197:22 | 192:22 201:21 |
| 284:24 | 97:12 118:3 | 209:11 210:16 | 201:21 205:21 |

**[using - viable]**                                                                  Page 75

| | | | |
|---|---|---|---|
| 221:11 244:18 | 146:10,12,15 | **vary** 154:3 | 249:10 251:4 |
| 266:9 311:12 | 146:21,23 | **vast** 26:6 | 251:13 252:8 |
| 312:5 | 147:7,12,19,22 | **vause** 2:21 | 252:12,17,18 |
| **usp** 321:7 325:7 | 174:3 223:5,20 | **veblen** 294:11 | 252:20,21 |
| 325:10,22,24 | **validity** 226:9 | 294:24 299:15 | 253:1,14 |
| 326:6,11,17,22 | **valley** 106:7 | 302:3,8 | 254:12 262:16 |
| 330:1 339:19 | 285:6 287:9 | **vein** 87:14 | 264:10 265:16 |
| 344:14 | 288:24 304:11 | 160:5,7,9 | 268:2 278:23 |
| **usually** 245:4 | **value** 181:10 | **veins** 154:13 | 279:23 280:13 |
| **v** | **values** 186:4 | 155:2,4,8,11,12 | 281:1,6,7,7,15 |
| **vague** 9:17 40:2 | **van** 267:18 | 155:13 156:2,4 | 281:16,20 |
| 40:24 42:24 | 277:16 280:21 | 156:9,16,17,21 | 282:6,21,22 |
| 46:5 47:21 61:6 | 283:11,17 | 158:11,12 | 287:23 289:19 |
| 69:3 70:20 | 284:6 291:1,24 | 162:20 297:14 | 290:2 291:2,7,7 |
| 76:19 88:15 | 292:24 293:20 | **veiny** 155:24 | 291:12 292:13 |
| 91:10 92:14 | 298:24 299:4,9 | **venture** 148:3 | 292:22,23 |
| 96:23 97:9 | 300:15 301:12 | **verbal** 12:6 | 293:6,10,21 |
| 118:13 120:5 | 302:4,5 303:11 | **verbatim** 369:7 | 306:6,10 |
| 123:11 156:12 | 303:14 304:1 | **verify** 234:24 | 307:13,15 |
| 159:23 161:5 | 304:24 308:4 | 300:6 | 309:9,15 |
| 175:14 180:11 | **vanderbilt** | **verifying** | 310:11 315:18 |
| 221:12 250:6 | 327:17,23 | 362:16 | 316:23 317:5 |
| 253:4 363:19 | 328:4 330:5 | **veritas** 365:19 | 317:14,16 |
| **vaguely** 224:6 | **vanderbilt's** | **veritext** 1:23 | 320:7,15 335:9 |
| **val** 106:6,6 | 327:24 | **vermont** 4:19 | 357:20 358:3 |
| 107:18 110:2,8 | **variable** 308:16 | 5:5 47:8 105:2 | **vernon** 187:19 |
| 111:8,10 | 310:18 | 106:20,23 | **version** 163:12 |
| 116:18 117:20 | **variation** | 112:6,8,13,17 | 228:8 |
| 125:12 126:2 | 199:16 | 112:19,21 | **versions** 59:21 |
| 127:12,14,17 | **varied** 270:5 | 113:4,9 126:10 | **versus** 23:15 |
| 128:1,12 129:5 | **variety** 224:11 | 126:15 140:14 | 29:10 32:17 |
| 129:22 134:14 | 303:19 317:17 | 140:17 151:9 | 127:10 196:3 |
| 136:16,22 | **various** 37:12 | 151:15 183:6 | 249:13 259:8 |
| 138:16 140:12 | 56:3 229:15 | 187:20 236:3,9 | 281:15 |
| 141:19 146:4 | 338:5 339:15 | 247:8,13 248:2 | **viable** 346:16 |
| | 339:16 | 248:21 249:7,9 | |

**[video - wet]** Page 76

| | | | |
|---|---|---|---|
| **video** 133:13 | 291:2,5,12,20 | **war** 44:18 45:6 | **ways** 235:24 |
| **view** 62:6 | 292:1 294:13 | 47:1,2 48:12 | 321:19 |
| **viewing** 119:7 | 298:16 307:20 | **wasting** 346:7 | **we've** 53:20 |
| **vigorous** 347:2 | 309:8,14 | **watched** 141:10 | 68:8 144:8 |
| **vigorously** | **walls** 298:20 | 142:16 | 171:16 265:6 |
| 344:24 | **walsh** 360:12 | **watching** 143:4 | 295:2 342:8 |
| **visible** 78:6,11 | 360:14 361:4 | **water** 68:12 | 343:11 354:9 |
| 78:14,15 79:10 | 363:10 | 144:20 | **weakness** |
| 79:12 85:16 | **want** 9:9,11 | **way** 31:10 46:1 | 176:22 |
| 86:9,21 | 10:9 19:23 | 47:16 48:21 | **wear** 137:16,22 |
| **visit** 5:5 112:16 | 27:21 31:15 | 70:14 73:7 | 137:22 138:1 |
| 112:19 116:19 | 69:6,6,24 70:13 | 74:20 77:7 84:7 | 141:17,22,23 |
| 126:5,8 128:8 | 70:16 71:8,20 | 89:18 94:22,23 | 142:3 |
| 317:4 | 73:11,12 74:24 | 95:9 103:16 | **wearing** 137:19 |
| **visited** 111:7 | 75:5 76:3,4 | 107:14 112:3 | 138:9,11 142:8 |
| 112:7,20 | 102:11 105:12 | 120:12,14 | 142:12 |
| 126:24 | 108:5 115:6 | 123:23 159:19 | **web** 276:16 |
| **visits** 172:11 | 116:6 130:7 | 165:16 178:16 | **website** 154:15 |
| 187:19 | 134:24 154:5 | 178:17,22 | 274:11 |
| **visualization** | 157:15 160:20 | 185:4 188:17 | **week** 60:18,19 |
| 161:3 163:17 | 166:20 176:23 | 190:4 194:20 | 273:4 359:10 |
| **vitae** 3:16 52:24 | 178:7 187:5,21 | 209:23 210:12 | **weeks** 133:2 |
| **volume** 17:7 | 190:7,14 192:1 | 213:20,21 | **welfare** 4:8 |
| 133:20 | 216:4,5 236:17 | 220:13 221:7 | 216:2 217:22 |
| | 236:18 246:8 | 221:10,14 | 218:9,18 |
| **w** | 247:11 258:23 | 232:4 233:17 | 219:14 |
| | 267:8 273:15 | 245:20 248:10 | **went** 22:18 |
| **w** 328:12,16 | 275:19 276:5 | 248:16 250:9 | 82:3 106:19 |
| **walk** 336:18 | 278:8 283:18 | 254:1 272:18 | 116:17 121:11 |
| **wall** 130:10,15 | 311:5 312:10 | 284:20 298:8 | 146:15,21,23 |
| 133:17 134:14 | 342:20 346:5 | 301:15,20 | 148:18 171:4 |
| 134:16 137:11 | 352:19,19 | 306:16 309:8 | 177:14 246:21 |
| 137:14 140:11 | **wanted** 257:16 | 314:11 325:14 | 282:16 360:16 |
| 143:1,4,10,11 | 301:13,13,16 | 337:9 349:4,20 | 361:22 363:2 |
| 144:5 176:10 | 331:14 344:14 | 355:13 356:15 | **wet** 144:13 |
| 260:2,4,6 | 362:22 363:6 | | |
| 261:10,12,15 | | | |

**[whatsoever - working]**                                              Page 77

| | | | |
|---|---|---|---|
| **whatsoever** | 63:13 64:13 | **women**  15:6,11 | 208:2 210:7,22 |
| 259:10,19,20 | 65:17 66:18 | 30:17 | 213:1 225:19 |
| **whichever** | 68:20 69:4,19 | **wondering**  32:6 | 225:24 235:23 |
| 278:7 | 70:22 72:2,21 | **word**  100:19 | 236:6,7,14 |
| **white**  155:2,8 | 75:11 76:21 | 102:5 200:5,7 | 237:4,5,5,7 |
| 165:10 166:8 | 77:16 78:9 | 285:11 328:16 | 249:5,6 267:18 |
| **whiteness** | 85:10 86:4 | 329:17,18 | 277:15 282:5 |
| 270:21 | 88:16 89:5 | **words**  62:8 | 287:8 307:5 |
| **wholly**  208:6 | 91:12 92:16 | 88:23 119:23 | 327:1,12 328:4 |
| 211:17 | 97:1,11 99:22 | 188:14 196:9 | 328:7,8,23 |
| **whore**  328:21 | 103:9 106:15 | 196:11 197:24 | 329:14 330:23 |
| **widely**  184:8 | 118:15 120:7 | 202:4 328:10 | 331:24 332:1,8 |
| **wiley**  59:24 | 122:3,19 | 349:12 | 339:19 344:14 |
| 60:9 | 123:12 124:3 | **work**  22:14 | 352:16 354:7 |
| **william**  59:12 | 142:7 153:2,10 | 28:2 31:22 33:8 | 356:5 357:14 |
| 167:16 168:2 | 156:14 157:21 | 33:12 40:6 49:2 | 358:2,6,7,12 |
| 225:1 | 160:1 161:6 | 50:7 54:4,7,10 | 359:18 361:2 |
| **willing**  114:18 | 167:10 173:14 | 54:17,21,24 | **worked**  49:5 |
| **wilmoth**  361:15 | 174:21 175:16 | 55:9,23 56:2,5 | 55:6 114:6,11 |
| **wind**  79:20,23 | 176:19 177:20 | 57:16,18 67:9 | 114:14 116:22 |
| **windsor**  4:5 | 180:13 189:16 | 67:21 68:4 76:9 | 125:17 147:4 |
| 168:13 169:13 | 191:5 195:17 | 86:15 87:5,10 | 148:16 169:10 |
| 169:13 179:15 | 200:13 203:11 | 87:16 88:11 | 170:3 193:8 |
| 183:3,5 249:11 | 204:7 205:19 | 94:1,21 98:22 | 235:20 331:7 |
| 270:3 322:9 | 207:3 212:8 | 100:11,21,22 | 331:17,21 |
| **wires**  132:11 | 213:8 215:21 | 101:7 116:17 | **working**  32:12 |
| **witness**  1:15 | 231:13 250:8 | 117:11 124:16 | 77:13 124:13 |
| 3:4 7:5 9:18 | 253:5,16 | 124:20,22 | 128:4 129:9 |
| 13:14,20 16:14 | 263:15,24 | 132:2 135:6 | 134:10 138:7 |
| 21:8 22:13 | 267:16 275:15 | 143:17 145:6 | 142:11 147:1 |
| 24:11 27:9 | 275:18,19,20 | 146:12,13,19 | 193:11 195:19 |
| 32:10 40:3 41:1 | 311:17 329:10 | 147:3 161:23 | 203:1 204:14 |
| 42:7 43:1 44:1 | 335:15 342:21 | 166:7,9 167:13 | 215:11 300:21 |
| 46:6 47:22 | 343:8,24 | 170:10 172:12 | 301:3 312:6 |
| 48:20 50:16 | 353:17,19 | 172:16 173:7 | 323:19 325:6,9 |
| 53:11 61:8 | | 176:3 207:21 | 325:17 358:3 |

[working - zoom]                                                    Page 78

| | | | z |
|---|---|---|---|

360:1
**works** 120:1
167:2
**world** 44:18
45:6 47:1,2
48:12 157:7
224:16 226:5
272:2 305:21
352:20
**worried** 138:5
191:8
**worry** 205:16
262:14
**worth** 133:23
**write** 119:24
228:7 247:9
**writer** 101:23
**writes** 183:21
186:19 226:2
226:19 230:18
230:22 231:7
**writing** 168:22
209:7 210:14
215:12 221:9
326:17
**writings** 215:2
**written** 186:13
212:10 242:15
317:6 330:16
**wrong** 29:22
81:10,14,24
136:23 189:3
232:12 286:8
**wrote** 102:9
184:6 185:8,14
185:18 202:9

209:1 214:21
217:21 252:3
358:10

**x**

**x** 3:2,10 81:5,12

**y**

**yard** 134:3
**yards** 134:2,4
134:11 141:14
**yeah** 52:14
60:20 63:6
68:20 72:19
79:2 82:18
99:22 103:11
114:1 122:20
127:21 130:12
134:6,17 136:1
141:19 152:15
152:19 159:4
176:19 178:4
182:15 183:21
184:17 191:5
205:12 212:18
218:5 233:7
238:11 243:8
249:4 263:11
263:22 264:4
264:18 265:4
268:2 283:19
284:1,4 300:10
304:5 305:17
311:24 326:5
357:5 359:16
362:22,23

**year** 57:4 67:13
67:17 140:7
144:12 146:20
170:21 171:7
202:2 215:22
325:12 331:8
**years** 8:24
15:12 31:5,10
31:13 34:12,22
36:23 38:15,21
39:11,16 44:24
54:11 67:8
82:10,14,22
83:2 111:8,24
114:2 140:22
140:23 144:12
148:6 149:22
168:17 169:17
170:4 198:2
203:22 207:12
208:13 225:22
247:8 299:4
300:24 322:7
327:17 328:1
331:18 357:7,9
**yellow** 163:5
325:21
**yep** 59:4 122:6
**yesterday**
19:11 20:12
**york** 2:9,9
288:9 289:14
310:11
**youth** 36:15

**zeitz** 187:20
**zerman** 1:16
11:13 18:14
369:3,17
**zodac** 292:24
295:10 296:18
297:5 298:13
298:22
**zone** 309:18
**zones** 259:22
260:24 261:14
**zoom** 164:18

New Jersey Rules Governing Civil Practice

Part IV, Rule 4:14

Depositions Upon Oral Examination


4:14-5. Submission to Witness; Changes; Signing

If the officer at the taking of the deposition is a
certified shorthand reporter, the witness shall not
sign the deposition. If the officer is not a
certified shorthand reporter, then unless reading
and signing of the deposition are waived by
stipulation of the parties, the officer shall
request the deponent to appear at a stated time for
the purpose of reading and signing it. At that time
or at such later time as the officer and witness
agree upon, the deposition shall be submitted to
the witness for examination and shall be read to or
by the witness, and any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness. If the witness fails to appear at the
time stated or if the deposition is not signed by
the witness, the officer shall sign it and state on
the record the fact of the witness' failure or

refusal to sign, together with the reason, if any,
given therefor; and the deposition may then be used
as fully as though signed, unless on a motion to
suppress under R. 4:16-4(d) the court holds that
the reasons given for the refusal to sign require
rejection of the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.


Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.