# Exhibit 23

# *Confidential Consulting Report*:

# 2024.06.07 KSCR - Pittsburg Work Plan
## *(Draft)*

Shu-Chun Su, Ph.D.

June 7, 2024

# Work Plan

1. Videotape and photograph the analysis of 2023-02-28 Valadez baby powder:
    1) Tungsten light source at suppressed light intensity;
    2) Tungsten light source at unsuppressed light intensity;
    3) LED light source at suppressed light intensity;
    4) LED light source at unsuppressed light intensity.

2. Videotape and photograph the analysis of NIST 1866 Chrysotile-spiked China talc samples on the stage micrometer: Particle sizes of Talc and Chrysotile.

3. Videotape and photograph the analysis of Calidria SG-210 Chrysotile-spiked China talc samples on the stage micrometer: Particle sizes of Talc and Chrysotile.

4. Videotape and photograph the diameter of 10X objective's FOV for the polarized light microscope.

5. Videotape and photograph the "Full On" intensity for the polarized light microscope.

6. Videotape and photograph Cargille glass 1.55 and 1866 chrysotile in Cargille 1.550 E to show the distorted CSDS colors.

2024-06-07                                                                                              2