UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Converse v. Johnson & Johnson*<br>No. 3:18-cv-17586-MAS-RLS<br><br>*Newsome v. Johnson & Johnson*<br>No. 3:18-cv-17146-MAS-RLS<br><br>*Rausa v. Johnson & Johnson*<br>No. 3:20-cv-02947-MAS-RLS | MDL No. 3:16-md-02738-MAS-RLS |

### NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DR. DANIEL CLARKE-PEARSON

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management, LLC ("Defendants")'s Motion to Exclude the Opinions of Dr. Daniel Clarke-Pearson before this Court. Defendants will ask for entry of an order that excludes Dr. Clarke-Pearson's specific causation opinions with respect to Ms. Rausa, Ms. Converse, and Ms. Newsome.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion,

Defendants shall rely upon the Brief submitted herewith and the Declaration of Jessica Davidson, Esq., together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated: July 23, 2024 | Respectfully submitted,<br><br>/s/ *Susan M. Sharko*<br>Susan M. Sharko<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>600 Campus Drive<br>Florham Park, NJ 07932<br>(973) 549-7350<br>susan.sharko@faegredrinker.com<br><br>Allison M. Brown<br>Jessica Davidson<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, New York 10001<br>(212)-735-3000<br>Allison.brown@skadden.com<br>Jessica.davidson@skadden.com<br><br>*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC* |