# EXHIBIT 6

DocuSign Envelope ID: BFB3AAC3-1B51-4758-BGC8-A45173FCAAC7

Daniel L. Clarke-Pearson, MD                                          August 26, 2021

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS          ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,          DANIEL L.
                                     CLARKE-PEARSON, MD
AND PRODUCTS LIABILITY
                                     VOLUME 1
LITIGATION

                    *      *      *      *

              THURSDAY, AUGUST 26, 2021

                    *      *      *      *

              MASTROIANNI & FORMAROLI, INC.

          Certified Court Reporting & Videoconferencing

               515 South White Horse Pike

               Audubon, New Jersey 08106

                    856-546-1100

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 2

```
 1
 2
 3
 4
 5
 6
 7              Transcript of proceedings in the
 8      above matter taken stenographically by
 9      Theresa Mastroianni Kugler, Certified Court Reporter,
10      license number 30X100085700, Notary Public of the
11      State of New Jersey and the Commonwealth of
12      Pennsylvania at The Notary Hotel, 21 N. Juniper
13      Street, Mezzanine 1, Philadelphia, Pennsylvania,
14      commencing at 10:05 AM.
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2      SKADDEN ARPS
        BY:  ALLISON M. BROWN, ESQUIRE
 3         - and -
        BY:  KATE MULLALEY, ESQUIRE
 4      ONE MANHATTAN WEST
        NEW YORK, NEW YORK  10001-8602
 5      212-735-3000
        212-735-2000/1
 6      allison.brown@skadden.com
        ATTORNEYS FOR THE DEFENDANT,
 7      JOHNSON & JOHNSON
 8
        FAEGRE, DRINKER, BIDDLE & REATH, LLP
 9      BY:  ERIC M. FRIEDMAN, ESQUIRE
        300 NORTH MERIDIAN STREET
10      SUITE 2500
        INDIANAPOLIS, INDIANA  46204
11      317-237-1187
        FAX - 317-237-1000
12      eric.friedman@faegredrinker.com
        ATTORNEYS FOR THE DEFENDANT,
13      JOHNSON & JOHNSON
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
        A P P E A R A N C E S :
 2
 3      BEASLEY ALLEN LAW FIRM
        BY:  MARGARET THOMPSON, MD, ESQUIRE
 4      218 COMMERCE STREET
        P.O. BOX 4160
 5      MONTGOMERY, ALABAMA  36104
        512-695-1708
 6      margaret.thompson@beasleyallen.com
        ATTORNEYS FOR THE PLAINTIFFS
 7
 8
        ASHCRAFT & GEREL, LLP
 9      BY:  MICHELLE A. PARFITT, ESQUIRE
        SUITE 700
10      1825 K STREET NW
        WASHINGTON DC, 20006
11      202-783-6400
        FAX 202-416-6392
12      mparfitt@ashcraftlaw.com
        ATTORNEYS FOR THE PLAINTIFFS
13
14
        ONDER LAW, LLC
15      BY:  CYNTHIA L. GARBER, ESQUIRE
        12 CORPORATE PLAZA
16      SUITE 275
        NEWPORT BEACH, CALIFORNIA  92660
17      OFFICE - 949-688-1799
        DIRECT - 949-688-1796
18      FAX - 949-209-5884
        garber@onderlaw.com
19      ATTORNEYS FOR THE PLAINTIFFS,
        CONVERSE AND GALLARDO
20
21
        BLASINGAME, BURCH, GARRARD, ASHLEY, PC
22      BY:  LEANNA B. PITTARD, ESQUIRE
        2100 SOUTHBRIDGE PARKWAY
23      SUITE 650
        BIRMINGHAM, ALABAMA  35209
24      205-414-7009
        lpittard@bbga.com
25      ATTORNEYS FOR THE PLAINTIFF,
```

Page 5

```
 1
 2            W I T N E S S   I N D E X
 3
 4      EXAMINATION OF DR. CLARKE-PEARSON, MD
 5
 6      By MS. BROWN              Page  10
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Pages 2 to 5

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 10

1          (On the record at 10:05 AM)
2     (D A N I E L  L.  C L A R K E - P E A R S O N,  M D,
3     having been duly sworn, was examined and testified as
4     follows:)
5     (EXAMINATION OF DR. CLARKE-PEARSON BY MS. BROWN:)
6          Q.    Dr. Clarke-Pearson, good morning, Dr.
7     Clarke, how are you?
8          **A.    I'm fine, thank you.  Good morning.**
9          Q.    Good morning.  I'm Alli Brown.  We've
10    met before.  It's nice to see you again.
11         **A.    Yes.**
12         Q.    I'm here with my colleague, Kate
13    Mullaley, and we have some questions for you on
14    behalf of Johnson & Johnson.
15              Okay?
16         **A.    Okay.**
17         Q.    So let's just do a couple of
18    housekeeping things, if we could.
19              What I'd like to do is mark as Exhibit
20    1 and 1-A the notice of your deposition and then the
21    amended notice of your deposition.
22              (Exhibit 1, notice of deposition of Dr.
23    Daniel Clarke-Pearson, is marked for
24    identification)
25              (Exhibit 1A, amended notice of

Page 11

1     deposition of Dr. Daniel L. Clarke-Pearson, is marked
2     for identification)
3     BY MS. BROWN:
4          Q.    And I don't think we have to waste a
5     whole lot of time with these, Doctor, because I
6     understand through your counsel you've already
7     provided us with some responsive documents.
8              So mark those as 1 and 1-A.
9              MS. THOMPSON:  And we filed objections
10    as well.
11             MS. BROWN:  Sure.
12    BY MS. BROWN:
13         Q.    And then I'd like to mark as Exhibit 2
14    the original Dropbox production of documents
15    responsive to this deposition notice.
16             (Exhibit 2, original Dropbox production
17    of documents responsive to deposition, is marked for
18    identification)
19    BY MS. BROWN:
20         Q.    And then we will mark as Exhibit 3 a
21    supplement of those Dropbox documents which was
22    produced a few days ago.
23             (Exhibit 3, supplement of Dropbox
24    documents, is marked for identification)
25    BY MS. BROWN:

Page 12

1          Q.    And we had a discussion with counsel
2     off the record, the documents are quite voluminous,
3     and so we will supplement this record with some kind
4     of electronic copy for the court reporter so that we
5     can somehow have a complete record of what was
6     produced in advance of your deposition.
7              And then, Dr. Clarke-Pearson, I
8     understand you have physically brought to your
9     deposition a very large, maybe three or four-inch
10    looking binder.
11             Would you be so kind on the record as
12    to explain to us what it is and then we will
13    supplement a copy, which I think would bring us to
14    Exhibit 4 for your binder.
15             (Exhibit 4, binder of Dr. Daniel L.
16    Clarke-Pearson, is marked for identification)
17             THE WITNESS:  Okay.  So this binder
18    contains materials that I reviewed in preparation for
19    this case.
20             There is three sections for the three
21    patients that we're going to be deposed -- I'm going
22    to be deposed about.  So there is an expert report
23    for each one of those.  There is a patient profile
24    report.  A first amended profile report.  A second
25    amended profile report.  And this is with regard to

Page 13

1     Mrs. Converse.
2          Q.    Okay.
3          **A.    And the deposition of Mrs. Converse.**
4              **The depositions of Marquis Converse.**
5              **Deposition of Jessica Hughes.**
6              **Deposition of Dr. Peter Schwartz.**
7              **Genetic testing report for**
8     **Mrs. Converse.**
9              **Second genetic testing report for**
10    **Mrs. Converse.**
11             **Dr. Schwartz final most recent clinic**
12    **note.**
13             **A consultation note from Memorial**
14    **Sloan-Kettering for Mrs. Converse dated August 28th,**
15    **2007.**
16             **Dr. Schwartz's operative note.**
17             **Now, Mrs. Newsom, my expert report.**
18             **Expert report from Dr. John Godleski.**
19             **Deposition of Mrs. Tamara Newsome.**
20             **Deposition of Daniel François.**
21             **And deposition of Taylor François.**
22             **Deposition of Ravin Garg.**
23             **And the deposition of Albert Steren.**
24             **And a plaintiff's questionnaire.**
25             **PPF.**

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 134

1    African-American population?
2        A.    Yes.
3        Q.    And one of the things the authors
4    conclude in that paper you know, Doctor, is that
5    African-American women use talc more than white
6    women, right?
7        A.    I think Schildkraut said that too, yes.
8        Q.    And you believe that to be true,
9    correct?
10       A.    That's what they determined, so I
11   accept that.
12       Q.    And yet in the Davis paper, number one,
13   they found no dose response, right?
14           MS. THOMPSON:  Object to form.
15           THE WITNESS:  I don't recall exactly
16   what they looked at.
17   BY MS. BROWN:
18       Q.    And they found even though
19   African-American women used talc more than white
20   women, they found no statistically significant
21   association in African-American women, but they did
22   in white women, right?
23           MS. THOMPSON:  If you're asking him
24   continued questions, I would like for him to have the
25   article in front of him.

Page 135

1    BY MS. BROWN:
2        Q.    Sure.
3            And you guys sent me the article as
4    something you had looked at, is that true?
5        A.    I looked at it, but it's not something
6    that I have right on the top of my head.
7        Q.    Would you expect a population of women
8    who use more talcum powder to have a higher incidence
9    of ovarian cancer?
10           MS. THOMPSON:  Object to form.
11           THE WITNESS:  It depends upon a lot of
12   other factors, other risk factors that have to do
13   with ovarian cancer.
14   BY MS. BROWN:
15       Q.    Like what?
16       A.    Parity, whether patients have had their
17   tubes tied, their age, breast feeding.  I mean a
18   variety of other -- the risks factors that you know
19   as well as I do.  And African-American women don't
20   necessarily all have the same risk factors.
21       Q.    African-American women, to your
22   knowledge, use talcum powder more than white women,
23   true?
24       A.    That's my understanding.
25       Q.    And on sheer rates of incidence,

Page 136

1    African-American women get ovarian cancer less than
2    white women, right?
3        A.    That's my understanding.
4        Q.    And that's not what you would
5    necessarily expect if talcum powder was causing
6    ovarian cancer, right?
7            MS. THOMPSON:  Object to form.
8            THE WITNESS:  So talcum powder isn't
9    the only cause of ovarian cancer.  So other risk
10   factors modulate the risk that talcum powder might
11   bring to the table, so to speak.  So I'm not saying
12   that talcum powder is the only cause of ovarian
13   cancer as there are many things contribute to it, so
14   it's a multifactorial disease.
15   BY MS. BROWN:
16       Q.    Have you done an investigation into the
17   causes of ovarian cancer by race?
18           MS. THOMPSON:  Object to form.
19           THE WITNESS:  We know that genetically
20   African-American have different genetics.  They
21   carry, for example, more often a P-53 mutation, for
22   example.
23           So those are issues that are not --
24   that are racial to some degree and so that would be
25   an example of a difference that isn't modifiable in

Page 137

1    the environment.  It doesn't impact fertility or
2    breast feeding or tubal ligations, things like that.
3    BY MS. BROWN:
4        Q.    The P-53 mutation is a somatic
5    mutation, right?
6        A.    Is a what?
7        Q.    Somatic mutation?
8        A.    Yes.  It can be.  Not always.
9        Q.    And, in fact, most high-grade serous
10   cancers contain a P-53 mutation, right?
11       A.    Many do.
12       Q.    And are you suggesting that there is
13   some scientific literature that suggests that ovarian
14   cancers in African-American women show more P-53
15   mutations than in white women?
16           MS. THOMPSON:  Object to form.
17           THE WITNESS:  I was really referencing
18   in my own mind in terms of genetic differences by
19   race endometrial cancer.  And P-53 in black women is
20   much more common in the somatic form.  So I don't
21   know about ovarian cancer.  But what I'm trying to
22   say is that African-American women genetically have
23   differences than white women.
24   BY MS. BROWN:
25       Q.    And you referenced endometrioid --

Pages 134 to 137

DocuSign Envelope ID: BFB3AAC3-1B54-4758-B9C8-A45173FCAA67

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

|  |  |
|---|---|
| Page 162 | Page 164 |

### Page 162

1  reasonable that each year two thousand women get
2  ovarian cancer, have you endeavored to compare that
3  number, two thousand, with the number of lawsuits
4  each year filed against Johnson & Johnson?
5      **A.    I'm not --**
6          MS. THOMPSON:  Object to form.
7          THE WITNESS:  I'm not sure how I would
8  get that information.
9  BY MS. BROWN:
10     Q.    But do you understand what I'm saying?
11         Have you looked at or have you asked
12 the lawyers for information about, for example, how
13 many people have sued J&J saying that in 2014 their
14 ovarian cancer was caused by talc?
15         MS. THOMPSON:  Object to form.
16         THE WITNESS:  So specifically, let me
17 just see if I can -- I'm going to rephrase it and see
18 if I'm asking the question that you're trying to ask.
19 BY MS. BROWN:
20     Q.    Yes.
21     **A.    That of the patients in a particular**
22 **year, let's say 2020, there were 22 thousand new**
23 **cases.  And that 10 percent of those, if we use**
24 **Cramer's evaluation, so two thousand two hundred**
25 **would have developed ovarian cancer, how many of**

### Page 163

1  **those 22 thousand patients filed suit?**
2      Q.    Slightly different.  Close.
3      **A.    Okay.**
4      Q.    Here is what I'm after:  You
5  acknowledged in your correspondence with SGO and ACOG
6  that Johnson & Johnson is facing tens of thousands of
7  lawsuits, right?
8      **A.    Yes.**
9      Q.    I think the number you used was 30
10 thousand?
11     **A.    That's what I've been told, yes.**
12     Q.    So I'm wondering if you've done an
13 analysis.  If you take Cramer's number, which seems
14 reasonable to you, right, that every year two
15 thousand cases are due to talc, have you looked to
16 see -- take any year, 2014, if Cramer says the
17 science supports two thousand are due to talc, have
18 you looked to see how many lawsuits were filed
19 claiming that Johnson & Johnson is responsible for
20 ovarian cancer?
21         MS. THOMPSON:  Object to form.
22         THE WITNESS:  I don't know that.
23         One could look at it differently and
24 say that if two thousand patients a year over 15
25 years filed suit, that would be 30 thousand cases,

### Page 164

1  right?
2  BY MS. BROWN:
3      Q.    Sure.
4          But what if the allegations of when
5  they got cancer are limited to four or five years?
6          MS. THOMPSON:  Object to form.
7          THE WITNESS:  Right.
8  BY MS. BROWN:
9      Q.    Right?
10         Are you aware of anything scientific
11 literature that would support a higher percentage of
12 the annual amount of ovarian cancer cases
13 attributable to talc?
14         MS. THOMPSON:  Object to form.
15         THE WITNESS:  No.
16 BY MS. BROWN:
17     Q.    So looking back at your PowerPoint
18 presentation, you say as we've discussed a couple of
19 bullets down, most women who get ovarian cancer are
20 55 or older, right?
21     **A.    Yes.**
22     Q.    And it's slightly more common in white
23 women than African-American women, right?
24     **A.    We've talked about that, yes.**
25     Q.    Okay.

### Page 165

1          And if you turn to the next page, you
2  have a slide, this is page 17 of the document and 34
3  of the slide deck, you have a slide devoted to risk
4  factors for ovarian cancer, right?
5      **A.    Yes.**
6      Q.    And we already saw earlier in your
7  presentation that you defined risk factors as
8  anything that can increase a women's risk of ovarian
9  cancer, right?
10     **A.    Right.**
11     Q.    And here the first bullet you have is
12 hereditary risk factors, right?
13     **A.    Yes.**
14     Q.    BRCA1 and BRCA2 gene mutations, right?
15         What are you writing?
16     **A.    I'm just making a few additional notes.**
17 **You're welcome to look at them.**
18     Q.    So, you can tell me what they are when
19 we're done.
20     **A.    Sure.**
21     Q.    I'm going to guess that you're adding
22 some other risk factors that are not --
23     **A.    Yeah, there are a lot of risk factors**
24 **that we didn't list here.**
25     Q.    You did list hereditary, right?

Pages 162 to 165

DocuSign Envelope ID: BFB3AAC3-1B51-4758-BGG8-A45173FCAA67

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 166

1    A.    Yes.  That's important for women to be
2  aware of their family history and knowing that's
3  the most significant risk factor.
4    Q.    And you did list age, correct?
5    A.    Yes.
6    Q.    And you did list obesity, right?
7    A.    Yes.
8    Q.    And you did list nulliparity, right?
9    A.    Yes.
10    Q.    You did list a family history of
11  breast, ovarian or colon cancer, right?
12    A.    Yes.
13    Q.    You did list personal history of breast
14  cancer, right?
15    A.    Right.
16    Q.    You did not list perineal use of talc?
17    A.    And there is a good number of other
18  risk factors that I didn't list as well.  Including
19  polycystic ovarian syndrome, pelvic inflammatory
20  disease, IUD use, endometriosis.  We didn't mention
21  Lynch syndrome in the hereditary which is also very
22  important.  So there is a number of risk factors that
23  were not listed.
24  BY MS. BROWN:
25    Q.    By February of 2021, you had been

Page 167

1  working as an expert witness for plaintiffs in the
2  talc litigation for several years, correct?
3    A.    Yes.
4    Q.    You had written upwards of six emails
5  to the American College of Obstrectrics and
6  Gynecologists and the Society of Gynecologic
7  Oncologists asking them to please get the word out to
8  women that talcum powder is causing a fatal
9  gynecologic cancer, correct?
10    A.    Yes.
11    Q.    And you had an opportunity to present
12  information about risk factors to a lay audience in
13  2021 of this year, correct?
14    A.    Yes.
15    Q.    And you did not include talcum powder
16  exposure as a risk factor for ovarian cancer in your
17  presentation?
18    A.    We failed to list a number of risk
19  factors, including talcum powder.
20    Q.    Did you intentionally omit talcum
21  powder from the list of risk factors for ovarian
22  cancer?
23    MS. THOMPSON:  Object to form.
24    THE WITNESS:  We did not intentionally.
25  My nurse put this together.  I will lay claim that I

Page 168

1  reviewed it and accept responsibility that all the
2  risk factors for ovarian cancer weren't listed here.
3  BY MS. BROWN:
4    Q.    Did you endeavor to list risk factors
5  for ovarian cancer in the order of importance?
6    A.    Not necessarily.
7    MS. THOMPSON:  Object to form.
8    THE WITNESS:  Some of these are almost
9  redundant.
10  BY MS. BROWN:
11    Q.    Is there any particular reason you did
12  not include talcum powder in the list of risk factors
13  for ovarian cancer --
14    MS. THOMPSON:  Object to form.
15  BY MS. BROWN:
16    Q.    -- in the recent presentation you gave
17  in February of 2021?
18    MS. THOMPSON:  Object to form.
19    THE WITNESS:  No, there is not a
20  reason, there is no reason for a number of other risk
21  factors that are omitted also.
22  BY MS. BROWN:
23    Q.    Didn't you think this would be a good
24  opportunity to get the word out that you believed
25  talcum powder causes ovarian cancer?

Page 169

1    A.    I agree it was a lost opportunity on my
2  part.
3    Q.    Will you reach out to the Lineberger
4  cancer internet and amend these slides?
5    A.    Now that you tell me they're still
6  online we're not just a one and done presentation,
7  yes.
8    Q.    You weren't aware until I showed you
9  that these slides were available, is that right?
10    A.    That's correct.
11    Q.    Are there other presentations that
12  you've given for which you made slides in the last
13  two years?
14    MS. THOMPSON:  Object to form.
15    THE WITNESS:  Not that I recall.
16  BY MS. BROWN:
17    Q.    These slides regarding ovarian cancer,
18  were they created just for this presentation or are
19  they from material that you and your colleagues have
20  at UNC?
21    A.    This is a slide set that my nurse had
22  made.  I think she probably had used it previously
23  for public educational purposes that I was not
24  involved with.  And we went with -- she and I went
25  back and forth about how this was going to go.  I

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 214

1    yes.  We don't know.
2         Do you see that testimony?
3    **A.    I do.**
4         **Just one moment, let me go back and**
5    **reread and understand this again.**
6    Q.    Sure.
7    **A.    Okay.  I see that.**
8    Q.    Okay.  So your testimony in February of
9    2019 was that other than identifying a specific
10   genetic mutation, it would be impossible to identify
11   the cause of an individual woman's ovarian cancer,
12   correct?
13   **A.    You know, I think that's not what I was**
14   **trying to say.  I see what you're saying.  But it's**
15   **not exactly what I was trying to say.  I was trying**
16   **to say that a mutation causes ovarian cancer.  It**
17   **causes all cancers actually.**
18   Q.    Sure.
19   **A.    So there is a mutation, whether we can**
20   **identify it or not.  I'm confident of that.**
21   Q.    What you were asked, though, is:  Other
22   than that when you can identify a specific mutation,
23   is it impossible to determine the cause of an ovarian
24   cancer for any individual woman, and your answer was
25   yes.

Page 215

1         Right?
2    **A.    Well, that was my answer at the time.**
3    Q.    And, in fact, though, that's exactly
4    what you're doing here for the three women that we're
5    going to discuss over the next day, right?
6         MS. THOMPSON:  Object to form.
7         THE WITNESS:  Um-hum.
8    BY MS. BROWN:
9    Q.    What's changed that allows you to now,
10   two years later, identify the cause of an individual
11   woman's cancer?
12        MS. THOMPSON:  Object to form.
13        THE WITNESS:  What's changed is I
14   believe more and more that this is a multifactorial
15   disease that results in a gene mutation.
16        We clearly cannot identify the great
17   majority of gene mutations that cause ovarian cancer.
18   So I think, in retrospect, I misspoke when going
19   through this line of questioning which was proceeded
20   by a discussion about a specific gene mutation, BRCA1
21   and 2, and we flowed into that.
22   BY MS. BROWN:
23   Q.    You do not stand by the testimony that
24   you gave in February of 2019?
25   **A.    I think I would modify that testimony.**

Page 216

1         MS. THOMPSON:  Object to form.
2    BY MS. BROWN:
3    Q.    You do not stand by the testimony that
4    I just read you from 2019, is that correct?
5         MS. THOMPSON:  Object to form.  Asked
6    and answered.  Misstates.
7         THE WITNESS:  I don't stand by that
8    because I think I was -- I misspoke or I got caught
9    up in the discussion that was leading towards
10   specific mutations.
11        We know all cancers are caused by a
12   mutation, we can't always identify them.
13   BY MS. BROWN:
14   Q.    Let's go down, continue on page 94.  I
15   want to direct you to the question that was asked of
16   you at line 18.
17        You were asked:  Other than genetic
18   profiling, in your practice, do you diagnose what
19   caused your patients' ovarian cancer?
20        There was an objection.
21        Your answer was:  We don't.  There's
22   no -- I don't think anybody can.
23        Do you see that?
24   **A.    Yes.**
25   Q.    Okay.  Do you stand by your testimony

Page 217

1    from 2019 that you don't think anybody can diagnose
2    what caused an individual patient's ovarian cancer?
3    **A.    I think because it's multifactorial,**
4    **it's very difficult for anybody to specifically say**
5    **one thing caused ovarian cancer.  Even going back to**
6    **BRCA1 mutation, that didn't necessarily cause the**
7    **cancer, it made her at higher risk.**
8    Q.    Right.  Because the truth is, we don't,
9    in an individual woman's case, we don't know what
10   caused her cancer, her ovarian cancer, right?
11        MS. THOMPSON:  Object to form.
12        THE WITNESS:  We know the factors that
13   contributed to the cause of those mutations that
14   resulted in the cancer.
15   BY MS. BROWN:
16   Q.    Right.  But as you testified to in
17   2019, it's impossible to say in any one woman, you
18   said right here, nobody can do it, what caused --
19   what actually made her get ovarian cancer, right?
20        MS. THOMPSON:  Object to form.
21   Misstates testimony.
22        THE WITNESS:  I think that we -- yes, I
23   don't think we can exactly always say what caused it.
24   BY MS. BROWN:
25   Q.    Because one of the things I want to ask

Pages 214 to 217

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 218

1   you about when it comes to a specific woman, an
2   individual woman, is that you would agree for any
3   individual woman, like the three women you're opining
4   on in this case, by and large we don't know the known
5   causes of ovarian cancer, right?
6           MS. THOMPSON:  Object to form.
7           THE WITNESS:  We know a lot of the risk
8   factors that result in ovarian cancer that cause
9   ovarian cancer.  The exact contribution of each one,
10  I don't think we can quantitate.
11  BY MS. BROWN:
12      Q.      In this deposition towards the end you
13  said something like:  When it comes to risk factors
14  of ovarian cancer, what we do know is far less than
15  what we don't know.
16          Do you stand by that testimony?
17          MS. THOMPSON:  Object to form.  You
18  need to show it to him.
19          THE WITNESS:  Is that in here or is
20  that --
21  BY MS. BROWN:
22      Q.      I'll show it to you.
23          We're going to march through and we'll
24  get to it.
25          Do you agree that 15 to 20 percent of

Page 219

1   ovarian cancer is caused by a genetic mutation?
2       A.      **That we've been able to identify to**
3   **date, yes.**
4       Q.      So if you have all ovarian cancer, you
5   would agree, 15 to 20 percent is caused by a known
6   genetic mutation, right?
7       A.      **The known genetic mutation is a major**
8   **contributor to their ovarian cancer, it didn't**
9   **necessarily cause it.**
10      Q.      And then as we talked about earlier,
11  you think it's reasonable to say, based on your read
12  of the literature, ten percent of ovarian cancer is
13  caused by talc, right?
14          MS. THOMPSON:  Object to form.
15          THE WITNESS:  You're going from
16  Cramer's paper?  Which I would have to do my own
17  calculation, but I'll accept Cramer's paper for right
18  now.
19  BY MS. BROWN:
20      Q.      So that gets us to, in your view or
21  acceptance of the literature that we've been
22  discussing, 30 percent of ovarian cancer cases for
23  which we can identify a cause, right?
24      A.      **Yes.**
25          MS. THOMPSON:  Object to form.

Page 220

1   BY MS. BROWN:
2       Q.      What is causing the other 70 percent of
3   ovarian cancer?
4       A.      **So you're trying to make it sound like**
5   **there is one cause for ovarian cancer.  So I will**
6   **just go on record and say I disagree with that to**
7   **start with.**
8       Q.      Okay.
9       A.      **There are things that contribute.  And**
10  **so there are mutations, I've said that many times,**
11  **that result in cancer.  Those mutations are not just**
12  **one mutation, it's not just BRCA1 mutation because**
13  **that doesn't cause ovarian cancer in every patient**
14  **that's got a BRCA mutation, you know that.  So what**
15  **is it that made that patient with the BRCA mutation**
16  **go on to develop ovarian cancer and what about the**
17  **other 70 percent that didn't?  And it's those other**
18  **causes of ovarian cancer, talcum powder, multi --**
19  **nulliparity, multiple ovulations, other things that**
20  **contribute to that that are other causative factors.**
21  **So there is more than one cause for any one patient's**
22  **ovarian cancer.**
23      Q.      So for all three of the plaintiffs for
24  which you are providing a specific causation opinion,
25  do you believe that those individual women had causes

Page 221

1   other than talcum powder for their ovarian cancer?
2           MS. THOMPSON:  Object to form.
3           THE WITNESS:  I think we'll have to
4   talk about each one specifically.
5   BY MS. BROWN:
6       Q.      Do you believe that in any individual
7   woman the majority -- for the majority of women who
8   get ovarian cancer, we do not know the cause?
9           MS. THOMPSON:  Object to form.
10          THE WITNESS:  We know the cause from
11  mutations that result in the cancer.  What caused
12  those mutations we can often times identify.  We
13  can't identify all the things that cause mutations.
14  BY MS. BROWN:
15      Q.      Well, it seems like we can only
16  identify what caused the mutation in 15 to 20 percent
17  of the cases, right?
18          MS. THOMPSON:  Object to form.
19          MS. PARFITT:  Objection.
20  Argumentative.
21          THE WITNESS:  Those are the mutations
22  that we can identify.  There are others, I'm sure,
23  that are happening.
24          These are not inherited mutations,
25  these are mutations that occurred through life from

Pages 218 to 221

DocuSign Envelope ID: B5B3AAC3-1B51-4758-B9C8-A45173FCAA67

DocuSign Envelope ID: 8EB2AAC3-1BB1-4758-BCC8-A4F173FCAAC7

Case 3:16-md-02738-MAS-RLS    Document 33007-8    Filed 07/23/24    Page 10 of 22
PageID: 208004
Daniel L. Clarke-Pearson, MD                    August 26, 2021

Page 222

1  other exposures; whether it's exposure to talcum
2  powder, whether it's exposure to ionizing radiation,
3  whether it's inadequate or -- inaccurate or improper
4  repair of cell damage, gene damage that doesn't get
5  repaired and then results in a mutation that just
6  happens spontaneously.  There is a variety of
7  different ways that mutations happen and it's not
8  just one mutation that causes the cancer, it's
9  several, many of which we can't identify right now.
10  BY MS. BROWN:
11     Q.    So if there are many mutations that we
12  can't identify right now, how can you ever conclude
13  that it was talcum powder that caused an individual
14  woman's ovarian cancer?
15          MS. THOMPSON:  Object to form.
16          THE WITNESS:  Talcum powder was one of
17  the causes, not the only cause.  BRCA1 mutation is
18  not the only cause.
19  BY MS. BROWN:
20     Q.    But if you take any individual woman,
21  you would agree that not all women who used talcum
22  powder for feminine hygiene get ovarian cancer,
23  right?
24     **A.    That's true, yes.**
25     Q.    Just because an individual woman uses

Page 223

1  talc for feminine hygiene and uses it for a long time
2  period, doesn't necessarily mean she's going to get
3  ovarian cancer, right?
4     **A.    That's correct.**
5     Q.    So knowing that a woman used talcum
6  powder for feminine hygiene purposes can't be enough
7  to let you conclude that it was that talcum powder
8  that caused her ovarian cancer, right?
9          MS. THOMPSON:  Object to form.
10          THE WITNESS:  It was one of the causes
11  in those women that develop ovarian cancer.  We know
12  that talcum powder causes increased risk of ovarian
13  cancer.
14  BY MS. BROWN:
15     Q.    Right.  I'm with you.
16     **A.    Okay.**
17     Q.    Yeah, I'm with you, but if not every
18  woman that uses talc was going to get ovarian cancer,
19  then the fact that a woman uses talc can't be enough
20  for you to conclude talc was the cause, right?
21          MS. THOMPSON:  Object to form.
22          THE WITNESS:  It was one of the
23  factors.  It's a multifactorial disease.  And so if
24  the patient has these other mutational hits and in
25  addition has talc, that's just one more hit to that

Page 224

1  patient's gene or genes that result in ovarian
2  cancer.
3  BY MS. BROWN:
4     Q.    Respectfully, I think we're missing
5  each other on the question, Doctor.
6          Here's what I'm trying to understand.
7          You would agree that not one hundred
8  percent of people who use talc are going to get
9  ovarian cancer?
10     **A.    Of course.**
11          MS. THOMPSON:  Object.  Asked and
12  answered.
13  BY MS. BROWN:
14     Q.    So what that means is that you can be a
15  talc user, a long-term talc user, and not develop
16  ovarian cancer from talc?
17          MS. THOMPSON:  Object.  Asked and
18  answered.  And argumentative.
19          MS. BROWN:  Okay.  You really have to
20  stop.  It's form.  Okay?  Please.  It's like loud,
21  it's disruptive.  These are legitimate questions
22  about a really serious opinion that your expert has.
23          MS. THOMPSON:  I agree, but it's been
24  asked over and over again.
25          MS. BROWN:  It's not.  It's not.  And

Page 225

1  I'm totally allowed to explore this and if you're
2  going to continue to be disruptive, we need to call
3  the judge.
4          MS. THOMPSON:  All right.  We can do
5  that.
6          MS. PARFITT:  Just let me say one
7  thing, the last objection by Dr. Thompson was
8  objection, asked and answered, argumentative.  Alli,
9  you do that all the time.
10          MS. BROWN:  Okay.  Let's call Judge
11  Schneider.
12          MS. PARFITT:  I'll call him.
13          Just so we're really clear, you are
14  objecting to Ms. Thompson saying objection, form,
15  argumentative, asked and answered because that's --
16          MS. BROWN:  I am.  I am.  And
17  repeatedly -- there is no form objection --
18          MS. THOMPSON:  I'd like to have the
19  transcript of the last six questions because they're
20  all exactly the same.
21          MS. BROWN:  It's a legitimate area of
22  inquiry that you guys are going to be allowed to ask
23  our expert.  Like we should want to get to the
24  scientific truth.  Okay?
25          MS. PARFITT:  Can I just say something,

Pages 222 to 225

DocuSign Envelope ID: 8EB2AAC3-1BB1-4758-BCC8-A4E173FCAAC7

Daniel L. Clarke-Pearson, MD                                          August 26, 2021

|  | Page 238 |  | Page 240 |
|---|---|---|---|

**Page 238**

1    BY MS. BROWN:
2        Q.    Is it your opinion, Dr. Clarke-Pearson,
3    that every woman who uses talc and gets ovarian
4    cancer has talc as one of the causes of her ovarian
5    cancer?
6        A.    Yes.
7            MS. THOMPSON:  Object to form.
8    BY MS. BROWN:
9        Q.    So the only thing you need to know to
10   conclude that an individual woman has talc as a cause
11   of her ovarian cancer is the claim that she used
12   talc?
13           MS. THOMPSON:  Object to form.
14           THE WITNESS:  Yes.
15   BY MS. BROWN:
16       Q.    The only information you, Dr.
17   Clarke-Pearson, need to form a specific causation
18   opinion, like the ones you're giving in this case, is
19   the word of a woman that she used talc, right?
20           MS. THOMPSON:  Object to form.
21           THE WITNESS:  The word of a woman is
22   just part of it.  I mean I think we, in these three
23   cases that we're gonna talk about in more detail,
24   talc has been identified in the tissue of all of
25   these women.

**Page 240**

1    specific patient?
2    BY MS. BROWN:
3        Q.    Sure.
4        A.    I mean if a patient told me she never
5    used talcum powder, then I would say talcum powder
6    didn't cause her ovarian cancer.
7        Q.    But if anybody said they used talcum
8    powder and they got ovarian cancer, you are of the
9    view that talcum powder was a cause of their ovarian
10   cancer?
11           MS. THOMPSON:  Object to form.
12           THE WITNESS:  Well, I'm particularly
13   impressed when women have used it on a consistent and
14   sustained basis.  I mean one application isn't going
15   to cause ovarian cancer.
16   BY MS. BROWN:
17       Q.    How many applications do you require to
18   form a causation opinion?
19       A.    We don't have an exact break point --
20           MS. THOMPSON:  Object to form.
21           Dr. Clarke-Pearson, it would be better
22   if you could let me get my objection out.
23           Thanks.
24   BY MS. BROWN:
25       Q.    Let me just reask it then.

**Page 239**

1    BY MS. BROWN:
2        Q.    Well, you didn't rely on that for your
3    causation opinion, though?
4            MS. THOMPSON:  Object to form.
5            THE WITNESS:  It feeds into my
6    causation opinion.
7    BY MS. BROWN:
8        Q.    You concluded that talc was a cause of
9    Hilary Converse's ovarian cancer before you ever saw
10   Dr. Godleski's report, right?
11       A.    Yes.
12       Q.    So I want to talk about your ability to
13   do that, right?  Your ability, putting aside Dr.
14   Godleski, your ability to look at an individual like
15   Hilary Converse, you would agree that the only
16   evidence you have that Hilary Converse used talc is
17   from a lawsuit that Hilary Converse filed, right?
18           MS. THOMPSON:  Object to form.
19           THE WITNESS:  Her deposition, her
20   family's depositions.
21   BY MS. BROWN:
22       Q.    So the information comes from -- in the
23   context of a lawsuit, right?
24           MS. THOMPSON:  Object to form.
25           THE WITNESS:  With regard to this

**Page 241**

1            How many applications do you require
2    for an individual woman to allege before you would
3    conclude that talc caused her ovarian cancer?
4        A.    I don't have --
5            MS. THOMPSON:  Object to form.
6            THE WITNESS:  I don't have a specific
7    number.
8    BY MS. BROWN:
9        Q.    And so if I understand you, Dr.
10   Clarke-Pearson, what you're saying is, if any woman
11   says she used talcum powder and then she develops
12   ovarian cancer, you are of the view that talcum
13   powder was a cause of her ovarian cancer, right?
14           MS. THOMPSON:  Object to form.
15           THE WITNESS:  A contributing cause of
16   her ovarian cancer.
17   BY MS. BROWN:
18       Q.    And how can you have that opinion if
19   you know that not every woman who uses talc is going
20   to get ovarian cancer from talc?
21           MS. THOMPSON:  Object to form.
22           THE WITNESS:  Well, you're reversing,
23   you're reversing what I'm saying.
24           Maybe the talc caused a mutation, but
25   she didn't have enough other mutations to get ovarian

Pages 238 to 241

Daniel L. Clarke-Pearson, MD                                          August 26, 2021

Page 246

1    Q.    Do you know of any way that you or
2  anyone else can say, in this group of 17 women who
3  have ovarian cancer who use talc, it's these four who
4  developed it because of their talcum powder use
5  versus the 13 that we know would have been diagnosed
6  with ovarian cancer whether they ever used talc or
7  not?
8         Do you see that?
9    A.    Yes.
10   Q.    And you say:  So this is a hypothetical
11 that one thousand women used talcum powder and we
12 knew if they hadn't used talcum powder that 13 of
13 them would develop it and then the other four develop
14 it because in my opinion they used talcum powder?
15        That was your question, right?
16   A.    Yes.
17   Q.    And the questioner says:  Right.
18 That's the difference between the background rate and
19 the rate, it's your opinion, is associated with talc,
20 right?
21   A.    Yes.
22   Q.    And so we ultimately get down to a
23 question at 325, line nine.
24        Do you see that?
25   A.    Yes.

Page 247

1    Q.    And you're asked:  Do you know of any
2  methodology that would allow someone to identify
3  which of the four out of 17 were associated with talc
4  use versus associated with just living that long?
5         There was an objection.
6         And you say:  I'm not aware.  If you're
7  talking about biomarkers or something else, I'm not
8  aware of any that would distinguish between cancer
9  caused by talc and cancer caused by age alone.
10        Do you see that?
11   A.    Yes.
12   Q.    But, in fact, that's what you're doing
13 in this case, right?
14        MS. THOMPSON:  Object to form.
15        THE WITNESS:  We know that talc
16 causes -- is a contributing factor -- is a
17 contributing cause of ovarian cancer.
18 BY MS. BROWN:
19   Q.    But in 2019, you were asked:  Is there
20 any way, in a bunch of people who used talc, to say
21 who got ovarian cancer for other reasons because they
22 would have gotten it anyway or who got it because
23 they used talc?
24        And your testimony at the time was that
25 there is no way.  We don't know.

Page 248

1         Do you stand by that testimony?
2    A.    I stand by that.  We don't have a
3  biomarker.
4    Q.    Or something else anyway, right?
5         MS. THOMPSON:  Object to form.
6         THE WITNESS:  Yes.
7  BY MS. BROWN:
8    Q.    The state of the science today is that
9  there is no way to tell, in an individual woman who
10 used talc, whether she got ovarian cancer because of
11 her talc use or because she was a percentage of women
12 who would develop ovarian cancer anyway, right?
13        MS. THOMPSON:  Object to form.
14        THE WITNESS:  Yes.
15 BY MS. BROWN:
16   Q.    So this testimony that you gave in 2019
17 is testimony you agree with today, correct?
18        MS. THOMPSON:  Object to form.
19        THE WITNESS:  Yes.
20 BY MS. BROWN:
21   Q.    And what that means is that for any one
22 of the three women that you're here to talk about,
23 you can't offer the opinion to our jury that but for
24 their talc use, they never would have gotten ovarian
25 cancer, correct?

Page 249

1         MS. THOMPSON:  Objection.
2         THE WITNESS:  That's correct.
3  BY MS. BROWN:
4    Q.    And you can't offer the opinion to our
5  jurors that it was their use of talc, and not just
6  living on the planet for the number of years that
7  they did, that was the cause of the ovarian cancer
8  that they developed, right?
9         MS. THOMPSON:  Objection.
10        THE WITNESS:  The answer is:  We know
11 it contributed to the cause of their ovarian cancer.
12 It was one of the causes -- it's not -- you keep
13 trying to make it become one cause, the way you're
14 stating this.  It's not just one cause.  There are
15 multiple things that cause ovarian cancer when they
16 come together as a multifactorial impact on that
17 ovarian tissue that becomes malignant.
18 BY MS. BROWN:
19   Q.    They can, right, or they cannot, right?
20        I mean, what you were being asked about
21 here was that if you have a thousand women who used
22 talc, right?
23   A.    Yes.
24   Q.    13 of those women were going to develop
25 ovarian cancer anyway, right?  Statistically.

Pages 246 to 249

DocuSign Envelope ID: 8FB2AAC3-1BB1-4758-BCC8-A4F173FCAAC7

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

---

Page 254

1    BY MS. BROWN:
2        Q.    And other than the Saed poster, is
3    there any additional literature on which you rely for
4    the opinion you're giving that talcum powder is
5    working in conjunction with something else that's
6    causing mutations?
7            MS. THOMPSON:  Objection.
8            THE WITNESS:  I didn't say talcum
9    powder is working in conjunction with anything else.
10   BY MS. BROWN:
11       Q.    Did you say that ovarian cancer is
12   multifactorial?
13       A.    Yes.
14       Q.    Is talcum powder, as a single factor,
15   enough to cause ovarian cancer?
16           MS. THOMPSON:  Objection.
17           THE WITNESS:  I don't believe so.
18   BY MS. BROWN:
19       Q.    So talcum powder exposure has to work
20   with something else for ovarian cancer to develop?
21       A.    The way --
22           MS. THOMPSON:  Objection.
23           THE WITNESS:  The way I'm hearing you
24   frame it, it sounds like they're working together.
25   There could be separate mutations happening because

---

Page 255

1    of different causes.  They're not working together.
2    They're separate events that are happening.
3    BY MS. BROWN:
4        Q.    I think I understand what you're
5    saying.
6            What scientific articles do you rely on
7    for the fact that talcum powder and other things
8    causing mutations come together to cause ovarian
9    cancer?
10           MS. THOMPSON:  Objection.
11           THE WITNESS:  I think that's a
12   basic principle in oncology, that it's not just one
13   mutation that causes a cancer, it's multiple.  And
14   that with epithelial types of cancers, it's
15   propositioned by the scientists that look at the
16   causes of cancer, that they're multiple mutations,
17   somewhere between, usually expected about 5 to 10
18   mutations.
19   BY MS. BROWN:
20       Q.    Do you have a source for your opinion?
21       A.    I can give you a source.
22       Q.    Okay.
23       A.    There is probably several sources.
24       Q.    And so you believe that ovarian cancer
25   requires 5 to 10 mutations?

---

Page 256

1        A.    Yes.
2        Q.    And you believe that not all 5 to 10,
3    in any individual woman, is caused by talc, is that
4    right?
5        A.    Yes, I don't believe that.
6        Q.    How many of the required 5 to 10
7    mutations are caused by talc, in your opinion?
8            MS. THOMPSON:  Objection.
9            THE WITNESS:  Possibly even only one.
10   We don't know.
11   BY MS. BROWN:
12       Q.    Or possibly none, right?
13           MS. THOMPSON:  Objection.
14           THE WITNESS:  Yes, possibly none.
15   BY MS. BROWN:
16       Q.    And how many of the 5 to 10 mutations
17   required to cause ovarian cancer are caused by age?
18       A.    By age?
19           MS. THOMPSON:  Objection.
20           THE WITNESS:  We don't know.
21   BY MS. BROWN:
22       Q.    Could all 10 mutations be caused by
23   age?
24           MS. THOMPSON:  Objection.
25           THE WITNESS:  Age is just a timeline

---

Page 257

1    during which mutations are happening.  So what -- age
2    doesn't cause a mutation, age just allows time to
3    pass when the mutations can occur from whatever
4    cause.
5    BY MS. BROWN:
6        Q.    But doesn't it also provide your body
7    time to not be able to repair mutations that may
8    occur over the course of your lifetime?
9        A.    Yes.  That's what I'm saying.
10       Q.    So just by being a woman living on this
11   planet, your body may essentially lose the ability
12   over time to repair mutations that you were able to
13   repair when you were young, right?
14       A.    Yes.
15       Q.    And that could have nothing to do with
16   environmental exposures, right?
17       A.    Yes.
18       Q.    That's just a factor, unfortunately, of
19   getting older and what happens to your body's ability
20   to repair damage?
21       A.    That's one risk factor for ovarian
22   cancer.
23       Q.    And in terms of the state of the
24   science, I think you said we don't know how many of
25   the requisite 5 to 10 mutations required for ovarian

---

Pages 254 to 257

Daniel L. Clarke-Pearson, MD

August 26, 2021

---

Page 270

1  of ovarian cancer because her mom had breast cancer?
2     A.   I was.
3     Q.   Okay.  You were.
4        And, in fact, you authored a report in
5  this litigation that says her family history of
6  breast cancer caused her ovarian cancer.
7        MS. THOMPSON: Objection.
8        THE WITNESS: It's a causative -- one
9  contributing cause of her ovarian cancer.  The other
10 contributing cause being talcum powder.
11 BY MS. BROWN:
12    Q.   Okay.  So not only was it a risk
13 factor, her mom having breast cancer contributed to
14 cause her clear cell carcinoma, right?
15    A.   It may.
16       MS. THOMPSON: Objection.
17       THE WITNESS: It may have contributed
18 to the cause of her -- as one of the causes of her
19 ovarian cancer.
20 BY MS. BROWN:
21    Q.   Well, you say it did.  I mean did it or
22 may it have?
23       What is your opinion.
24       MS. THOMPSON: Objection.
25       THE WITNESS: I think it was a

---

Page 271

1  contributing cause.
2  BY MS. BROWN:
3     Q.   So you are of the opinion that Ms.
4  Converse's mother having breast cancer contributed to
5  cause her ovarian cancer?
6     A.   Yes.  But it wasn't the only cause.
7        MS. THOMPSON: Objection.
8  BY MS. BROWN:
9     Q.   Okay.
10       And you see here that you reserved the
11 right to update this report after Godleski's report
12 was available, right?
13    A.   Yes.
14    Q.   Because at the time you formed the
15 opinion that talc was a contributing cause of Ms.
16 Converse's clear cell cancer, you had not been
17 provided with Dr. Godleski's report, correct?
18    A.   That's correct, but now I have it and
19 it is yet another piece of evidence that talcum
20 powder migrated to her ovaries and is contributing to
21 the cause of her ovarian cancer.
22    Q.   Where did Dr. Godleski find the
23 particles he claimed are talc?
24    A.   Found it in her pelvis.  My recall is
25 that it's in her lymph nodes, so not contamination,

---

Page 272

1  and in the cervix.
2     Q.   Did she have cancer in the lymph nodes
3  in which Dr. Godleski claims to have found particles
4  consistent with talc?
5     A.   No.
6     Q.   Did she have cancer in the pelvis or,
7  I'm sorry, did you say cervix?
8     A.   The cervix.
9     Q.   Did she have cancer in the cervix in
10 which Dr. Godleski claims to have particles
11 consistent with talc?
12    A.   No.
13    Q.   Did Dr. Godleski find talc in the
14 tissues that had cancer?
15    A.   Not of the tissues that he studied.
16    Q.   Did Dr. Godleski look to see if Ms.
17 Converse's pathology showed evidence of
18 endometriosis?
19    A.   I think he did.  And ██████████████
20 ██ ████████████████████████████
21 ████████████████████████████
23    Q.   Well, did you read the deposition of
24 Dr. Peter Schwartz?
25    A.   I did.

---

Page 273

1     Q.   Okay.  And what did Dr. Schwartz say
2  about whether he believed Ms. Converse had
3  endometriosis?
4     A.   I don't recall what he said, but there
5  is no pathologic evidence that she had endometriosis.
6     Q.   Did you consider Dr. Schwartz's
7  testimony based on the path report that ███████
8  ██ █████████████████████?
9        MS. THOMPSON: Objection.
10       THE WITNESS: I don't recall exactly
11 what he said.
12       We know that endometriosis is
13 associated with clear cell carcinoma, but not
14 everybody with endometriosis develops clear cell
15 carcinoma.  And not all clear cell carcinomas arise
16 from endometriosis.
17 BY MS. BROWN:
18    Q.   The increased risk of a woman who has
19 endometriosis developing clear cell carcinoma is more
20 than a thousand percent.
21       Have you looked at that --
22       MS. THOMPSON: Objection.
23       THE WITNESS: A thousand percent of
24 what?
25 BY MS. BROWN:

---

Pages 270 to 273

Page 274

1   Q.    Any increased risk.
2         A woman who has endometriosis is at
3   more than a thousand percent increased risk of
4   developing clear cell carcinoma.
5         Have you looked at that?
6         MS. THOMPSON:  Objection.
7         THE WITNESS:  I'm not aware of that.
8   BY MS. BROWN:
9   Q.    One of the things I thought I saw you
10  review in connection with your opinion here is Dr.
11  Ann McTiernan's testimony in the Forrest trial.
12        Did you review that?
13  **A.    I'm sorry in the?**
14  Q.    Did you review Dr. McTiernan's
15  testimony in the Forrest trial?  Does that ring a
16  bell?
17  **A.    No.**
18  Q.    Okay.  Now, I'll show you Dr.
19  Schwartz's testimony in a second, but I want to talk
20  a little bit about your methodology for determining
21  that talc was a cause of Ms. Converse's clear cell
22  cancer.
23        Have you reviewed any published medical
24  literature that provides you with a methodology to
25  determine the specific cause of an individual woman's

Page 275

1   ovarian cancer?
2   **A.    No.**
3   Q.    Do you believe that the Bradford Hill
4   criteria addressed specific causation?
5   **A.    Specific causation for an individual**
6   **person?**
7   Q.    Right.
8   **A.    I'm not sure I can offer an opinion**
9   **about that right now.**
10  Q.    Sitting here today, you're not of the
11  opinion that the Bradford Hill criteria inform an
12  individual's specific causation opinion that talc
13  caused an individual woman's ovarian cancer?
14        MS. THOMPSON:  Objection.
15        THE WITNESS:  A specific individual I
16  would -- I don't have an opinion about that right
17  now.  I have to think a little bit more on that
18  topic.
19  BY MS. BROWN:
20  Q.    Is it fair to say you did not employ
21  the Bradford Hill criteria in forming your specific
22  causation opinion regarding Ms. Hilary Converse?
23        MS. THOMPSON:  Objection.
24        THE WITNESS:  Well, it contributed to
25  what we talked about in the first part of this

Page 276

1   deposition.  And my opinions in general causation all
2   contribute to my thinking about this individual
3   person.
4   BY MS. BROWN:
5   Q.    Describe for me, if you would, your
6   methodology in determining that talcum powder was a
7   specific cause of Ms. Converse's clear cell
8   carcinoma?
9   **A.    I looked at her other risk factors of**
10  **which she had none except the family history of**
11  **breast cancer.**
12        **She also had factors in her history**
13  **that reduced the risk of ovarian cancer.  So, in**
14  **fact, she should have actually been -- had a lower**
15  **risk because she had two children.  She did not have**
16  **a late menopause.  She was younger than the average**
17  **age for ovarian cancer.  She had -- was not obese.**
18  **She breast fed for 14 months.  She used oral**
19  **contraceptives for 12 to 14 years.  She had done,**
20  **whether she intended to or not, a lot of things to**
21  **reduce her risk of ovarian cancer.  So the only two**
22  **things that are sitting out there, aside from bad**
23  **luck, were her family history of breast cancer in one**
24  **person, and the use of talcum powder for nearly 45**
25  **years.**

Page 277

1   Q.    So in terms of just going back to my
2   question, your methodology for determining that talc
3   was the specific cause of an individual woman's
4   ovarian cancer is to look at that woman's potential
5   other risk factors, is that right?
6         MS. THOMPSON:  Objection.
7         THE WITNESS:  Yes.  And if I could just
8   make -- continue to make myself clear, talcum powder
9   isn't the only cause.  You keep saying cause of
10  ovarian cancer.  It is a contributing cause, it's a
11  causative factor.
12  BY MS. BROWN:
13  Q.    Right.
14        And I'm trying to understand your
15  opinion on that.
16        I mean talcum powder needs something
17  more to cause ovarian cancer, in your view?
18        MS. THOMPSON:  Objection.
19        THE WITNESS:  Other things happen in
20  addition to talcum powder.
21  BY MS. BROWN:
22  Q.    And in terms of an individual woman's
23  ovarian cancer, what portion of that was caused by
24  talc versus these other things, science doesn't know
25  the answer to that, is that fair?

Pages 274 to 277

Daniel L. Clarke-Pearson, MD                                      August 26, 2021

Page 278

1    MS. THOMPSON:  Objection.
2    THE WITNESS:  We don't know that, but
3 in my clinical opinion, when you look at her risk
4 factors and factors that reduce her risk, there is
5 not much left except the history of breast -- family
6 history of breast cancer and excessive use of talcum
7 powder for 45 years that would be causative factors
8 for ovarian cancer.
9 BY MS. BROWN:
10    Q.    We'll talk about that.
11          What literature do you rely on that
12 having children reduces your risk of ovarian cancer
13 versus not having children increasing your risk of
14 ovarian cancer?
15    **A.    It's not that not having children**
16 **increases the risk, it's that having children**
17 **decreases the risk.**
18    Q.    And what are you relying on for that?
19    **A.    There is so much literature that is**
20 **there, that's just an established protective factor**
21 **of pregnancy and breast feeding and birth control**
22 **pills.**
23    Q.    Now, one of the articles that you
24 brought with you today was the 2021 O'Brien article
25 with the co-author Nicolas Wentzensen.

Page 279

1          If you don't mind taking that out,
2 Doctor, I want to ask you a question about that.
3          And for the Nicolas Wentzensen article,
4 would you turn to page 9, the first paragraph that
5 begins independent of the underlying cause, the
6 association between powder use and ovarian cancer
7 risk is weak.
8    **A.    You know, I'm sorry, I have a -- a**
9 **pre-embargo copy that has different page numbers on**
10 **it.**
11    Q.    Oh, okay.
12          It's in the conclusion section.
13    **A.    Okay.**
14    Q.    And it's one, two, three, four -- looks
15 like it should be the fourth full paragraph in
16 conclusion that begins:  Independent of the
17 underlying cause.
18    **A.    Let me just see what your page looks**
19 **like.  It should be formatted the same.**
20    Q.    So you have a different -- I'm talking
21 about this is O'Brien 2020.
22    **A.    Yes.**
23    Q.    And one of the articles that I think
24 was in your packet this morning is O'Brien 2021 with
25 Nicolas Wentzensen.

Page 280

1    **A.    Wentzensen is the lead author.**
2    Q.    I should have said that.  That's my
3 fault.
4          And if you look at, my copy is page 9,
5 the paragraph that starts with:  Independent.
6          Right at the top of the page.
7    **A.    Yes.  Okay.  That's the same as my**
8 **page.**
9    Q.    Okay.  Perfect.
10          So this paragraph begins:  Independent
11 of the underlying cause, the association between
12 powder use and ovarian cancer is weak.
13          Do you agree with that?
14    **A.    It depends upon how you define weak.**
15 **If 20 to 30 percent increased risk of ovarian cancer**
16 **is caused by talcum powder, then personally I think**
17 **that's not weak when we've got women dying from**
18 **ovarian cancer.**
19    Q.    Well, they go on to explain:  The low
20 relative risk translates to a very low absolute risk
21 increase given the rarity of ovarian cancer.
22          Do you believe that that is true?
23    **A.    It does translate into a very low**
24 **relative risk, but I don't think it's worth accepting**
25 **any risk to increase the risk of ovarian cancer.**

Page 281

1    Q.    Skipping to the sentence that begins
2 "given."
3          Do you see that?
4    **A.    Yes.**
5    Q.    Given the inability to attribute a
6 clear causal factor to the observed association, the
7 lack of a good experimental model, the lack of a
8 specific biomarker for powder-related
9 carcinogenesis --
10    **A.    Got it.**
11    Q.    -- and the ability to rule out
12 confounding by indication, it is difficult to
13 conclude that the observed associations are causal.
14          Do you agree with that?
15    **A.    No.  I think they're -- they're packing**
16 **a lot into that sentence that needs to be unpacked.**
17    Q.    Yeah, and that's really why I wanted to
18 talk to you about this sentence, because one of the
19 things you know that Wentzensen and O'Brien talk
20 about is the inability in this body of epidemiology
21 to rule out the possibility that an unknown
22 confounder is driving the relative risks we're seeing
23 in some of the case-control studies.  Have you
24 considered that in forming your specific causation
25 opinion regarding Ms. Converse?

Pages 278 to 281

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 294

1    MS. THOMPSON:  Objection.
2    THE WITNESS:  I will not be saying that
3    unless there is new evidence.
4    BY MS. BROWN:
5    Q.    Okay.  And the same would be true for
6    heavy metals or fragrances, you're not going to come
7    to trial and say it's the particular heavy metal or a
8    particular fragrance component of baby powder that
9    caused her ovarian cancer?
10    MS. THOMPSON:  Objection.
11    THE WITNESS:  I will just be saying
12    Johnson's Baby Powder was one of the causes of her
13    ovarian cancer.
14    BY MS. BROWN:
15    Q.    Are you aware of whether or not any
16    bottle of Johnson's Baby Powder that Ms. Converse
17    claims to have used was ever tested for any potential
18    contaminants?
19    **A.    I didn't see any of that in the**
20    **depositions.**
21    Q.    Have you ever determined the cause of
22    an individual woman's clear cell ovarian cancer?
23    MS. THOMPSON:  Objection.
24    THE WITNESS:  I think there are causes.
25    We don't stick with one cause, but there is multiple

Page 295

1    causes that result in the mutation that cause the
2    cancer.
3    Having said that, I don't think that
4    any of us know what those mutations are specifically.
5    BY MS. BROWN:
6    Q.    And what you're saying is in any
7    individual woman, we don't know all of the causes
8    that come together to cause the mutation that cause
9    clear cell carcinoma?
10    MS. THOMPSON:  Objection.
11    THE WITNESS:  Yes.  We know some of the
12    causes, but not always all of them.
13    BY MS. BROWN:
14    Q.    Do you believe that clear cell
15    carcinoma, like the kind Ms. Converse had, has the
16    same etiology as high-grade serous carcinoma?
17    MS. THOMPSON:  Objection.
18    THE WITNESS:  I think, as we talked
19    about before the break, there are different pathways,
20    but what causes some of those mutations that add up
21    to cause that cancer can be similar across the
22    different epithelial ovarian cancers.  And then some
23    pathways are different.
24    BY MS. BROWN:
25    Q.    Did you make a determination about when

Page 296

1    it was that Ms. Converse's clear cell carcinoma began
2    to develop?
3    **A.    No.**
4    MS. THOMPSON:  Objection.
5    BY MS. BROWN:
6    Q.    I understand from your earlier
7    testimony that you believe the latency period from
8    ovarian cancer can be anywhere from 20 to 30 or 40
9    years, is that your opinion as it relates to
10    Ms. Converse?
11    **A.    Yes.**
12    Q.    And you rely on the Taher article from
13    2019, right?
14    **A.    Which article?**
15    Q.    Taher.  The most recent meta that
16    Health Canada relied on?
17    **A.    Taher.  I'm sorry.  I'm hearing S.**
18    **Taher, that's one of the articles I --**
19    it's another meta-analysis, the most recent
20    **meta-analysis.**
21    Q.    Taher notes that the recognized latency
22    period for ovarian cancer is 15 to 20 years.
23    Do you disagree with that?
24    **A.    I think it could be longer.**
25    Q.    Could it be shorter?

Page 297

1    **A.    Could be.  We don't know for sure.  It**
2    **just -- the exposure -- you don't get cancer the day**
3    **you get exposed to talcum powder or the day you get**
4    **exposed to human papillomavirus or cervical cancer.**
5    **So there is a time frame that has to occur to get the**
6    **mutations -- to get enough mutations to then have**
7    **that malignant transformation.  And then from the**
8    **time the A cell becomes malignant, it takes time for**
9    **those cells to multiply, to multiply, to become an**
10    **obvious cancer.  We don't know when it actually**
11    **started.**
12    Q.    Do you think the time frame, the
13    latency period including 15 to 20 years, is
14    reasonable for ovarian cancer?
15    **A.    Yes.**
16    MS. THOMPSON:  Objection.
17    BY MS. BROWN:
18    Q.    Do you believe that in any individual
19    woman, like Hilary Converse, for example, that you
20    should discount like the previous ten years before
21    her diagnosis as not contributing to the development
22    of her ovarian cancer, if that makes sense?
23    MS. THOMPSON:  Objection.
24    THE WITNESS:  I'm not quite sure I
25    understand the ten years before her -- before her

Pages 294 to 297

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

---

Page 306

1   opinion was that inflammation was the cause of clear
2   cell cancer. And you did not have an opinion on that
3   in 2019, right?
4        **A.    Yes.**
5        Q.    What has changed since 2019 that has
6   allowed you to conclude that talc is inducing
7   inflammation that is causing clear cell cancer?
8        **A.    Because I now believe, based on the**
9   **Terry's pooled study with a large number of patients**
10  **that overcomes the lack of power, that talcum powder**
11  **causes clear cell carcinoma, and that the mechanism**
12  **by which talcum powder causes cancer is inflammation.**
13       Q.    Are you relying on any other published
14  study besides Terry for your case-specific opinion
15  that Ms. Converse's use of talcum powder caused her
16  clear cell cancer?
17       **A.    I think there might be another study,**
18  **but Terry is certainly the strongest.**
19       Q.    But how do you reconcile Terry with
20  studies like Penninkilampi that show no association
21  with clear cell?
22            What's the methodology for valuing
23  Terry differently than Penninkilampi?
24            MS. THOMPSON:  Objection.
25            THE WITNESS:  I'll have to look at that

---

Page 307

1   more carefully.
2   BY MS. BROWN:
3        Q.    Sitting here today, you're not aware of
4   your methodology for relying on Terry's finding that
5   there was an association with clear cell and not
6   relying on Penninkilampi finding that there was no
7   association with clear cell, right?
8            MS. THOMPSON:  Objection.
9            THE WITNESS:  Well, there have been
10  many studies that show no association that are
11  smaller and underpowered, and I would have to look
12  back at Penninkilampi's paper to see whether it's
13  powered enough, and probably sit with a statistician.
14           On the other hand, the Terry paper is
15  compelling in its results that they report.
16  BY MS. BROWN:
17       Q.    You know that Penninkilampi is a more
18  recent meta-analysis than the pooled study that Terry
19  did in 2013?
20       **A.    Yes, it's more recent.**
21       Q.    And do you have an opinion sitting here
22  today about whether Penninkilampi or Terry looked at
23  more cases of clear cell cancer?
24       **A.    I would have to look at those papers**
25  **again to understand -- to give you the numbers.**

---

Page 308

1        Q.    Have you explored the discrepancy in
2   the clear cell data from the New England consortium
3   that's reported in Terry's paper versus the same data
4   on clear cell from that same consortium reported in
5   Cramer, 2016?
6            MS. THOMPSON:  Objection.
7            THE WITNESS:  No, I wasn't aware of
8   that.
9   BY MS. BROWN:
10       Q.    Do you have any idea what I'm talking
11  about?
12       **A.    No.**
13       Q.    Do you have any reason to know or
14  understand why Terry would be reporting many more
15  cases of clear cell cancers in the same data set as
16  Cramer in 2016 who does not report the same number of
17  clear cell cancers?
18            MS. THOMPSON:  Objection.
19            THE WITNESS:  I don't understand or
20  know the difference.
21  BY MS. BROWN:
22       Q.    If there is something wrong or mistaken
23  about a portion of the data that Terry 2013 relies on
24  for clear cell, is there anything else you're relying
25  on for your opinion that talcum powder exposure

---

Page 309

1   causes clear cell carcinoma?
2            MS. THOMPSON:  Objection.
3            THE WITNESS:  You mean if we discard
4   Terry's -- hypothetically discard his findings?
5   BY MS. BROWN:
6        Q.    Yes.
7        **A.    I believe there was another study, but**
8   **I can't remember, it wasn't as conclusive as far as I**
9   **was concerned, but did show an association.**
10       Q.    Here is what I want you to assume for
11  me:  That Dr. Cramer, 2016, and Dr. Terry, 2013, are
12  looking at the same data on clear cell.
13       **A.    Um-hum.**
14       Q.    Okay?
15            And I want you to assume for me that
16  Dr. Terry is misreporting the number of cases of
17  clear cell, but Dr. Cramer gets it right.
18            Okay?
19            MS. PARFITT:  Objection.
20            THE WITNESS:  Cramer is correct?
21  BY MS. BROWN:
22       Q.    Yes.
23            And you know that Cramer, 2016, he
24  finds no association with clear cell, right?
25            MS. THOMPSON:  Objection.

---

Pages 306 to 309

Daniel L. Clarke-Pearson, MD                                    August 26, 2021



Page 338

```
 1        THE WITNESS:  As you get older, you
 2   start building up more mutations that ultimately
 3   transform into ovarian cancer.
 4   BY MS. BROWN:
 5        Q.    It's not like at age 63 you start
 6   developing those mutations, right?
 7        A.    That's correct.
 8        Q.    All right.  So by the time Ms. Converse
 9   reached the age of her diagnosis which is 58, she had
10   developed a number of mutations that contributed to
11   cause her ovarian cancer just based on her age alone,
12   right?
13        MS. THOMPSON:  Objection.
14        THE WITNESS:  That's certainly
15   possible.
16   BY MS. BROWN:
17        Q.    So you would consider her age at 58
18   years old to be a contributing cause to her ovarian
19   cancer?
20        MS. THOMPSON:  Objection.
21        THE WITNESS:  Yes.
22   BY MS. BROWN:
23        Q.    And we already talked about the fact
24   that you considered her family history of breast
25   cancer to be a cause of her ovarian cancer, correct?
```

Page 339

```
 1        A.    One of the potential causes, yes.
 2        Q.    Did you consider Ms. Converse's use of
 3   hormone replacement therapy to be a cause of her
 4   ovarian cancer?
 5        A.    No, because -- let me just take a look
 6   at my notes for a minute.
 7        Q.    Sure.
 8        A.    She used it, as best we understand, for
 9   six years.  And the evidence that I'm aware of says
10   that ten years exposure increases the risk.
11        MS. BROWN:  Could we take a look at tab
12   37, please?
13        (Exhibit 26, medical record for Hilary
14   Converse, is marked for identification.)
15   BY MS. BROWN:
16        Q.    Doctor, we are going to mark as Exhibit
17   26 to your deposition a medical record for Hilary
18   Converse.  The medical record I've shown you comes
19   from the Smilow Breast Surgery-Yale New Haven
20   Hospital.
21        Do you see that?
22        Down at the bottom it says Yale New
23   Haven.
24        A.    I'm sorry.  I lost you here.  This is a
25   Memorial Sloan-Kettering --
```

Page 340

```
 1        Q.    I can mark mine.  We gave you the wrong
 2   one.
 3        Let me just hand you one.
 4        I'm going to highlight it and I'll ask
 5   you from my notes.
 6        The medical record from Yale New Haven
 7   Hospital, we'll find the copy, it's from ██████████
 8   ██████████.  It doesn't really have a title, it just
 9   has her name on it.
10        But the Bates is Hilary underscore Yale
11   New Haven Hospital 00345 and it's a medical record
12   from ██████████.
13        And on the second page, Doctor, when
14   you have a chance to orient yourself, could I direct
15   you to the section entitled ██████████
16   ██?
17        A.    Yes.
18        Q.    And one of the things it says here is
19   that, ████████████████████████████████
20
21        Do you see that?
22        A.    Yes.
23        Q.    Do you believe that ██████████
24   ██████████ increased her risk of ovarian cancer?
25        A.    Knowing that she's had a full panel of
```

Page 341

```
 1   genetic testing, then the answer is no.
 2        Q.    It says: ██████████
 3   ██████████████████████████████
 4   █████████████.
 5        Do you believe that to be true that ███
 6   █████?
 7        A.    I'm not aware of that.  Is this an
 8   error in the medical record here?
 9        Q.    Okay.
10        Towards the end of this paragraph it
11   says, the last sentence: ██████████████
12   █████████████████
13   ██████████████.
14        Do you see that?
15        A.    Yes.
16        Q.    And you believe the literature supports
17   that ██████████ increases a woman's risk
18   of ovarian cancer?
19        A.    In women that ██████████ only.
20        ██████████ reduces the
21   risk.
22        Q.    You do not believe that her ██████
23   ██████████ increased her risk of ovarian
24   cancer?
25        A.    No.
```

Pages 338 to 341

Daniel L. Clarke-Pearson, MD                                    August 26, 2021



**Page 362**

1    risk for breast and ovarian cancer.
2         THE WITNESS: Yes. That doesn't
3    suggest that she should have her tubes and ovaries
4    removed when she's 40.
5    BY MS. BROWN:
6         Q.    You report ███████████████
     ███████████████████████████
     ███
     ███
     ███
11        Did you review that?
12        A.    I believe I read that.
13        Q.    Did you consider that same letter that
14   states: █████████████████████
     ████████████████████?
17        MS. THOMPSON: Objection.
18        THE WITNESS: Yes.
19   BY MS. BROWN:
20        Q.    Did you review one risk factor that you
21   claim is not present in Ms. Converse is
22   endometriosis, right?
23        A.    Yes.
24        MS. THOMPSON: How much longer do you
25   have?

**Page 363**

1         MS. BROWN: I know but this is the time
2    I'm allotted, so. I'm not going to go over my seven
3    hours, of course.
4         MS. PARFITT: Let's go off record.
5         (Off-the-record discussion)
6         (Recess is taken)
7    BY MS. BROWN:
8         Q.    All right. Welcome back. Let's try to
9    finish up.
10        Doctor, still talking about Ms.
11   Converse's case and your conclusion on page 16 of
12   your report that there was no evidence of
13   endometriosis by history, surgical evaluation or
14   pathologic testing, right?
15        A.    Yes.
16        Q.    Okay. Did you review Ms. Converse's
17   operative report from █████████?
18        A.    I'm sorry. Give me the date again,
19   please.
20        Q.    Sure. █████████████, her
21   operative --
22        A.    When she had her ovarian cancer
23   surgery?
24        Q.    Correct.
25        A.    Yes.

**Page 364**

1         Q.    And you know that at that time, her
2    post-op diagnosis was actually ██████████
     ████████, right?
4         MS. THOMPSON: Objection.
5         THE WITNESS: I remember that based on
6    the frozen section report.
7    BY MS. BROWN:
8         Q.    Right.
9         And, in fact, her pathology report from
10   that same day frozen section, as you referenced,
11   said: ███████████████████████,
12   right?
13        A.    I believe so.
14        Q.    Did you review Dr. Schwartz's testimony
15   about the significance of those early classifications
16   of her tumor as ███████████?
17        A.    I don't recall what he said about that
18   frozen section report.
19        Q.    Dr. Schwartz was asked at page 31,
20   lines 11 to 32/4 of his deposition: Was there
21   anything unusual or remarkable about this pathology
22   report, in your mind?
23        His answer was: No, nothing unusual.
24        Question: This report is similar to
25   the reports you see for many patients, correct?

**Page 365**

1         Yes, that's right.
2         He was asked: Is there anything in
3    this pathology report that would have told you, as
4    the clinician, what was the cause of her cancer?
5         And Dr. Schwartz testified that: What
6    this pathology report tells me is that ██████
     ████████████████████████████
     ████████████████████████████
     ██████████████████████
     █.
12        Did you review that testimony?
13        A.    Do I agree with it?
14        Q.    Did you review it?
15        A.    I reviewed it, yes.
16        Q.    So at the time you concluded that there
17   was no evidence of endometriosis and that talc was a
18   cause of Ms. Converse's cancer, you were aware that
19   her treating physician believed that ██████████
     ████, right?
21        A.    There is -- Dr. Schwartz believed that
22   ████████████████████. At the time
23   of surgery where he could look into her pelvis,
     ████████████████████████ one. And
25   that's most important.

Daniel L. Clarke-Pearson, MD                                      August 26, 2021



Page 366

1          Secondly, ███████
██████████████████████████
██████████████████████████
██████████████████████████
██████████████████████████
██████████████████████████
██████████████████████ .
9          The frozen section report ████
████████████████████████
██████████████
██████
13         Q.    You disagree with her treating
14   physician, Dr. Schwartz's testimony, that ████
████?
17         MS. THOMPSON:  Objection.
18         THE WITNESS:  I don't disagree with
19   him.  It's possible that -- we know that
20   endometriosis is associated with clear cell and
21   endometrioid carcinoma, so I would agree that's
22   what Dr. Schwartz is saying.  But, in fact, she
23   doesn't have endometriosis.
24   BY MS. BROWN:
25         Q.    But you didn't look at any of her

Page 367

1    pathology under the microscope yourself?
2          A.    I didn't look myself.  But the
3    pathology report, ████████████████████
████
6          Q.    And you didn't ask to speak to Dr.
7    Schwartz about why it is that he testified under oath
8    that he thinks ███████████████████
████████ , right?
10         A.    I don't need to talk to Dr. Schwartz
11   about that.  I understand what he's saying.
12         Q.    But do you think in terms of who has
13   more information about the medical history regarding
14   Ms. Converse, Dr. Schwartz probably has more than you
15   do?
16         MS. THOMPSON:  Objection.
17         THE WITNESS:  Based on his opinion at
18   the time of surgery, which is the question in your
19   deposition -- of his deposition, his interpretation
20   at the time of surgery based on her frozen section
21   report, ████████████  I won't disagree with
22   him that's what he thought at the time.
23   BY MS. BROWN:
24         Q.    If Ms. Converse had endometriosis, can
25   you agree that increased her risk for clear cell

Page 368

1    cancer?
2          A.    I've said that before.
3          Q.    Can endometriosis alone cause clear
4    cell cancer?
5          MS. THOMPSON:  Objection.
6          THE WITNESS:  I don't think we know
7    that.
8    BY MS. BROWN:
9          Q.    Dr. Schwartz was asked during his care
10   and treatment of Ms. Converse if he came to the
11   conclusion that talcum powder use caused her ovarian
12   cancer, and he testified he did not.
13         Did you read that?
14         MS. THOMPSON:  Objection.
15         MS. PARFITT:  Page number, if you will.
16         MS. BROWN:  Sure thing.  59/9 to 13.
17   BY MS. BROWN:
18         Q.    Did you read that, Doctor?
19         MS. THOMPSON:  Objection.  We'll get it
20   first.
21         MS. BROWN:  I'll just read it into the
22   record.  59/9.
23   BY MS. BROWN:
24         Q.    During your care and treatment of
25   Ms. Converse, did you ever come to the conclusion

Page 369

1    that talcum powder use caused her ovarian cancer?
2          His answer was:  No, I did not.
3          Did you read that?
4          A.    Yes.
5          Q.    Did you consider that in forming your
6    opinion in this case?
7          A.    Yes.
8          Q.    You disagree with Dr. Schwartz,
9    correct?
10         A.    I disagree.
11         Q.    Other than age, family history of
12   breast cancer and talc use, have you identified any
13   other causes of Ms. Converse's clear cell carcinoma?
14         MS. THOMPSON:  Objection.
15         THE WITNESS:  No.
16   BY MS. BROWN:
17         Q.    Are you of the opinion that it's
18   possible that Ms. Converse has a genetic mutation
19   even though ███████████████ ?
20         MS. THOMPSON:  Objection.
21         THE WITNESS:  Anything is possible, but
22   she's had ██████████████████████
████
24   BY MS. BROWN:
25         Q.    Did you consider Ms. Converse's smoking

Pages 366 to 369

DocuSign Envelope ID: BEB2AAC3-1BB1-47E8-BCC8-A5173FCAAC7

Daniel L. Clarke-Pearson, MD                                    August 26, 2021



                                                        Page 374

 1              C E R T I F I C A T E
 2
 3          I, Theresa Mastroianni Kugler, a Notary Public
 4     and Certified Shorthand Reporter of the State of New
 5     Jersey, do hereby certify that prior to the
 6     commencement of the examination,
 7     D A N I E L  L.  C L A R K E - P E A R S O N,  M D,
 8     was duly sworn by me to testify the truth, the whole
 9     truth, and nothing but the truth.
10          I DO FURTHER CERTIFY that the foregoing is a
11     true and accurate transcript of the testimony as
12     taken stenographically by and before me at the time,
13     place, and on the date hereinbefore set forth, to the
14     best of my ability.
15          I DO FURTHER CERTIFY that I am neither a
16     relative nor employee nor attorney nor counsel of any
17     of the parties to this action, and that I am neither
18     a relative nor employee of such attorney or counsel,
19     and that I am not financially interested in the
20     action.
21
22
23
          Theresa Mastroianni Kugler, C.S.R.
24     Certified Court Reporter
       Certificate No. XIO857
25     Date: August 30, 2021

                                                        Page 374