# EXHIBIT 10

Fine & Gillette • 60 WASHINGTON AVE, HAMDEN CT 06518-3273

**CONVERSE, HILARY (id #2593823, dob:** ▇▇▇▇ **)**
06/30/2020  03:42                                           (FAX)            P.024/140

# Report Of DNA Analysis

Department of Genetics
Yale University School of Medicine
333 Cedar Street
New Haven, CT 06520
License # State of CT,CL-0084

Report Re:  Krevit, Rita
Reason For Study: Subsequent Sample/Single site
Lab #: 18539-1
Source: BLOOD

Family #: 11052
Med. Rec. #: ▇▇▇▇
Birth Date: ▇▇▇▇
Date of Sample: 10/13/2010

Referring Provider 1
DANIELLE Boradies
55 CHURCH STREET
SUITE 402
NEW HAVEN, CT 06510
Fax: (203) 764-3401

Referring Provider 2

Referring Provider 3

Interpretation:



Signed: _____    Date: 6/10/14
Allen E. Bale, M.D.
Director, DNA Diagnostics Laboratory

NOTE: While results obtained from this type of testing are usually highly accurate, infrequent laboratory errors may occur.
NOTE: PCR-based tests are performed pursuant to a license agreement with Roche Molecular Systems, Inc. The results of this testing and its implications should be interpreted and conveyed by a professional trained in genetics.

RE: Converse, Hilary -- MR#: MR814530                                    Page 8 of 8

CONVERSE_HILARY_DRPETERSCHWARTZ_00008

CONVERSE HILARY DRPETERSCHWARTZ    00008