# EXHIBIT 11

DocuSign Envelope ID: 610FCD65-0339-47A8-91FB-F0B7A939C9CB

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

Page 431

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)


IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS          ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,         DANIEL L.

                                CLARKE-PEARSON, MD

AND PRODUCTS LIABILITY

                                        VOLUME 2

LITIGATION



                    *     *     *     *


                 FRIDAY, AUGUST 27, 2021


                    *     *     *     *



            MASTROIANNI & FORMAROLI, INC.

        Certified Court Reporting & Videoconferencing

            515 South White Horse Pike

            Audubon, New Jersey 08106

                 856-546-1100

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

|  |  |
|---|---|
| Page 432 | Page 434 |

**Page 432**

```
1
2
3
4
5
6            Transcript of proceedings in the
7     above matter taken stenographically by
8     Theresa Mastroianni Kugler, Certified Court Reporter,
9     license number 30X100085700, Notary Public of the
10    State of New Jersey and the Commonwealth of
11    Pennsylvania at The Notary Hotel, 21 N. Juniper
12    Street, Mezzanine 1, Philadelphia, Pennsylvania,
13    commencing at 9:06 AM.
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 434**

```
1
2       SKADDEN ARPS
        BY:  ALLISON M. BROWN, ESQUIRE
3        - and -
        BY:  KATE MULLALEY, ESQUIRE
        ONE MANHATTAN WEST
4       NEW YORK, NEW YORK  10001-8602
        212-735-3000
5       212-735-2000/1
        allison.brown@skadden.com
6       ATTORNEYS FOR THE DEFENDANT,
        JOHNSON & JOHNSON
7
8
        FAEGRE, DRINKER, BIDDLE & REATH, LLP
9       BY:  ERIC M. FRIEDMAN, ESQUIRE
        300 NORTH MERIDIAN STREET
10      SUITE 2500
        INDIANAPOLIS, INDIANA  46204
11      317-237-1187
        FAX - 317-237-1000
12      eric.friedman@faegredrinker.com
        ATTORNEYS FOR THE DEFENDANT,
13      JOHNSON & JOHNSON
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 433**

```
1
         A P P E A R A N C E S :
2
3        BEASLEY ALLEN LAW FIRM
         BY:  MARGARET THOMPSON, MD, ESQUIRE
4        218 COMMERCE STREET
         P.O. BOX 4160
5        MONTGOMERY, ALABAMA  36104
         512-695-1708
6        margaret.thompson@beasleyallen.com
         ATTORNEYS FOR THE PLAINTIFFS
7
8
         ASHCRAFT & GEREL, LLP
9        BY:  MICHELLE A. PARFITT, ESQUIRE
         SUITE 700
10       1825 K STREET NW
         WASHINGTON DC, 20006
11       202-783-6400
         FAX 202-416-6392
12       mparfitt@ashcraftlaw.com
         ATTORNEYS FOR THE PLAINTIFFS
13
14
         ONDER LAW, LLC
15       BY:  CYNTHIA L. GARBER, ESQUIRE
         12 CORPORATE PLAZA
16       SUITE 275
         NEWPORT BEACH, CALIFORNIA  92660
17       OFFICE - 949-688-1799
         DIRECT - 949-688-1796
18       FAX - 949-209-5884
         garber@onderlaw.com
19       ATTORNEYS FOR THE PLAINTIFFS,
         CONVERSE AND GALLARDO
20
21
22       BLASINGAME, BURCH, GARRARD, ASHLEY, PC
         BY:  LEANNA B. PITTARD, ESQUIRE
         2100 SOUTHBRIDGE PARKWAY
23       SUITE 650
         BIRMINGHAM, ALABAMA  35209
24       205-414-7009
         lpittard@bbga.com
25       ATTORNEYS FOR THE PLAINTIFF,
```

**Page 435**

```
1
2           W I T N E S S   I N D E X
3
4    EXAMINATION OF DR. DANIEL L. CLARKE-PEARSON, MD
5
6    By MS. BROWN          Page  439, 697
7
     By Ms. Thompson       Page  684, 704
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Pages 432 to 435

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

---

Page 436

1       E X H I B I T S
2
      EXHIBITS ATTACHED TO THE END OF THIS TRANSCRIPT
3
4    Exhibit 30, letter from Dr. Daniel L. Clarke-Pearson
      to Dr. Warner Huh and David Cohn and Pierre Desy
5      Page 439
6
7    Exhibit D-31, poster entitled Talcum powder induces a
      malignant transformation in normal ovarian epithelial
      cells, by lead author Dr. Ghassan Saed
8      Page 491
9
10   Exhibit 32, Dr. Saed poster
      Page 507
11
12   Exhibit 33, case-specific report on Ms. Newsome by
      Dr. Clarke-Pearson
13      Page 529
14   Exhibit 34, Health Canada assessment referenced in
      correspondence with SGO
15      Page 533
16
17   Exhibit 35, Dr. Godleski's report
      Page 580
18
19   Exhibit 36, article by Dr. Megan Hutchcraft from
      updated reliance list
      Page 591
20
21   Exhibit 37 article entitled Obesity and Risk of
      Ovarian Cancer Subtypes: Evidence from the Ovarian
22   Cancer Association Consortium
      Page 602
23
24   Exhibit 38, report from John J. Godleski, MD dated
      June 21, 2021
25      Page 630

---

Page 437

1
      Exhibit 39, Expert Report of Daniel L.
2     Clarke-Pearson, MD for Pasqualina Rausa
      Page 636
3
4    Exhibit 40, Plaintiff Profile Form for Pasqualina
      Rausa
5      Page 653
6
7    Exhibit 41, medical record Bates stamped PRAUSAPL-126
      Page 664
8
9    Exhibit 42, medical record Bates stamped SVMCRMR-9
      Page 668
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 438

1
2
3
4
        R E Q U E S T S
5
6
      REQUEST.....................Page 485
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 439

1      (On the record at 9:06 AM)

2    (D A N I E L  L.  C L A R K E - P E A R S O N,  M D,

3    having been duly sworn, was examined and testified as

4    follows:)

5    (EXAMINATION OF DR. CLARKE-PEARSON BY MS. BROWN:)

6    Q.   Good, morning, Doctor.

7    **A.   Good morning.**

8    Q.   Happy Friday.

9    **A.   Yes.**

10   Q.   We are back again today for the

11   continuation of your deposition.  And I want to do a

12   couple of clean-up things on some additional

13   documents that your counsel was good enough to

14   provide, ask you a few questions to tie up some loose

15   ends about what we were talking about yesterday and

16   then we'll transition into the Tamara Newsome case

17   and then Pasqualina Rausa, and hopefully get out of

18   here at a reasonable time today.

19   **A.   Okay.  Good plan.**

20   Q.   So let's start by marking -- and, Kate,

21   you'll tell me the next exhibit number we're up to,

22   if you don't mind.

23      MS. MULLALEY: 30.

24      (Exhibit 30, letter from Dr. Daniel L.

25   Clarke-Pearson to Dr. Warner Huh and David Cohn and

---

Pages 436 to 439

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

Page 448

1  powder, but yet talcum powder was not a cause of
2  their ovarian cancers?
3          MS. THOMPSON:  Objection.
4          THE WITNESS:  Certainly I went into
5  this with, you know, using, you know, my basic
6  knowledge that's in my report, and then applied that
7  to say let me look at the records, let me look at the
8  risk factors, let me look at whatever information I
9  can be provided, and then came to my assessment for
10 each individual case.
11 BY MS. BROWN:
12      Q.    Understand.
13            So there is a scenario then in your
14 mind, Doctor, where a woman could be a long-term user
15 of baby powder, could develop ovarian cancer and yet
16 her long-term use of baby powder would not be a cause
17 of her subsequent ovarian cancer, is that fair?
18          MS. THOMPSON:  Objection.
19          THE WITNESS:  I think it's fair to say
20 it's possible.
21 BY MS. BROWN:
22      Q.    So tell me -- so as I understand it,
23 there is a scenario where you used it, you used baby
24 powder, you used it for a while, you get ovarian
25 cancer, but you make the medical determination, Dr.

Page 449

1  Clarke-Pearson, that the talcum powder use was not a
2  cause of the ovarian cancer, right?
3      A.    Yes, I could.  I could.  That's
4  hypothetical.
5      Q.    So tell me what hypothetical facts
6  would lead you to the conclusion that a woman who
7  used talcum powder for a long period of time and got
8  ovarian cancer did not have an ovarian cancer for
9  which one of the causes was talc?
10          MS. THOMPSON:  Object to form.
11          THE WITNESS:  I think if the patient
12 had overwhelmingly -- an overwhelming list of
13 high-risk factors, that I would then potentially
14 possibly come to the conclusion that talc was
15 probably not a significant contributing factor.
16 BY MS. BROWN:
17      Q.    Okay.  And I think you used the term
18 "an overwhelming list of high-risk factors," is that
19 right?
20      A.    Yes.
21      Q.    And tell me what you mean by that.
22 What is a hypothetical overwhelming list of high-risk
23 factors in your mind?
24          MS. THOMPSON:  Objection.
25          THE WITNESS:  You've seen in my report

Page 450

1  what I list as high-risk factors.  So I think we have
2  to look at those factors and come to some conclusion
3  about how many of those factors that patient has.
4  BY MS. BROWN:
5      Q.    So do I understand each of your
6  individual reports on each of these plaintiffs
7  contains a list of what you consider to be recognized
8  risk factors for ovarian cancer, right?
9      A.    That's right.
10     Q.    And as I understand what you're saying
11 is that if you looked at a plaintiff's individual
12 file and it turns out that that plaintiff had an
13 overwhelming number of risk factors for ovarian
14 cancer, you may come to the conclusion that talc did
15 not play a role in her ovarian cancer?
16         MS. THOMPSON:  Object to form.
17         THE WITNESS:  Or didn't play a role or
18 may have had such a minor role that I wouldn't serve
19 as a witness in that particular case.
20 BY MS. BROWN:
21     Q.    Okay.  And would those type of factors
22 include a woman who was BRCA positive, for example?
23         MS. THOMPSON:  Objection.
24         THE WITNESS:  It could be one of the
25 high-risk factors.

Page 451

1  BY MS. BROWN:
2      Q.    So, for example, a known genetic
3  mutation that increases a women's risk for ovarian
4  cancer is a significant, key significant factor for
5  you as an expert witness in this litigation, is that
6  right?
7      A.    Yes.
8      Q.    Do you think it's possible for any
9  individual woman who is BRCA positive and used talcum
10 powder and develops ovarian cancer to have talc as a
11 cause of her ovarian cancer?
12     A.    Yes.
13     Q.    So BRCA positivity is not enough for
14 you to say talc probably didn't play a role?
15     A.    Correct.
16     Q.    You would need BRCA positivity and
17 something else?
18     A.    Other things.
19     Q.    What types of other things?
20     A.    All those other risk factors that I
21 have listed in my report.
22     Q.    And so is your methodology then, Dr.
23 Clarke-Pearson, that you approach the task of whether
24 talc caused an individual woman's ovarian cancer by
25 looking in the medical records to see if there is

Pages 448 to 451

Daniel L. Clarke-Pearson, MD                    August 27, 2021

Page 460

1  BY MS. BROWN:
2      Q.    Is it possible in your view, based on
3  your review of Ms. Converse's case, to identify how
4  many other unknown causes of her ovarian cancer were
5  at play in her development of clear cell cancer?
6      A.    Sorry, I didn't quite follow the
7  question.
8      Q.    It's a long question.
9              Reorienting us to Ms. Converse, you
10 identified talcum powder as a cause of her ovarian
11 cancer, correct?
12     A.    Yes.
13     Q.    You identified a family history of
14 breast cancer as a cause of her ovarian cancer,
15 correct?
16     A.    Yes.
17     Q.    You have identified one or more unknown
18 factors as causes of her ovarian cancer, correct?
19             MS. THOMPSON:  Objection.
20             THE WITNESS:  Yes.
21 BY MS. BROWN:
22     Q.    Is it possible for you to say how many
23 unknown factors caused Ms. Converse's ovarian cancer?
24             MS. THOMPSON:  Objection.
25             THE WITNESS:  I would phrase it to say

Page 461

1  there are other factors that are unknown that add to
2  the other causes that we know she has.
3  BY MS. BROWN:
4      Q.    Okay.  So you know talc, you know
5  family history of breast cancer, right?
6              Can you say how many unknown factors
7  caused her ovarian cancer?
8              MS. THOMPSON:  Objection.
9              THE WITNESS:  No.
10 BY MS. BROWN:
11     Q.    Do you think it's more than one?
12             MS. THOMPSON:  Objection.
13             THE WITNESS:  Most likely, because we
14 were talking about several mutations.  I've been
15 saying 5 to 10.
16 BY MS. BROWN:
17     Q.    So most likely more than one unknown
18 factors were also causes of Ms. Converse's clear cell
19 cancer, correct?
20     A.    Yes.
21     Q.    And when you look at a picture like
22 that, let's stick with Ms. Converse, you've
23 identified talc, identified the family history of
24 breast cancer, you've identified some unknown
25 factors.  Are you able to ascribe a percentage to

Page 462

1  each of those in terms of the contribution to the
2  clear cell cancer?  Meaning, can you say the family
3  history of breast cancer was 50 percent of the cause,
4  talc was 30 percent of the cause, unknown factors
5  were 20 percent?
6              Can you do an exercise like that in an
7  individual woman's case?
8              MS. THOMPSON:  Objection.
9              THE WITNESS:  I think we can -- for
10 example, we just said we agreed, for the sake of this
11 hypothetical, that 30 percent increased risk
12 secondary to talcum powder.  So we can start there
13 with that number.  And you can then take whatever the
14 epidemiology says for family history of breast cancer
15 that is not BRCA positive and add a number there, and
16 then there is still the unknown that you're trying to
17 get at.
18 BY MS. BROWN:
19     Q.    Right.
20     A.    So there is other things contributing
21 to -- other causes added to the talc.
22     Q.    So if we say talc contributed 30
23 percent to Ms. Converse's clear cell cancer, correct?
24     A.    Yes.
25     Q.    You agree with that?

Page 463

1      A.    Yes.
2      Q.    Okay.  And what percentage would you
3  say her family history of breast cancer contributed
4  to her clear cell cancer?
5              MS. THOMPSON:  Objection.
6              THE WITNESS:  I would have to go to the
7  epidemiology.
8  BY MS. BROWN:
9      Q.    Okay.  That's not a percentage that you
10 have figured out in connection with your
11 case-specific opinion, correct?
12     A.    No.
13             MS. THOMPSON:  Objection.
14 BY MS. BROWN:
15     Q.    And let's, for the sake of hypothetical
16 let's say the family history also contributed 30
17 percent.
18             Is that reasonable?
19     A.    You can say that.  It may be high, but
20 for hypothetical reasons, sure, go ahead.
21     Q.    Why don't we do this.  Why don't we say
22 family history of breast cancer could have
23 contributed anywhere from 10 to 30 percent?
24             MS. THOMPSON:  Objection.
25 BY MS. BROWN:

Pages 460 to 463

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

Page 468

1    A.    This would be the Fletcher study.
2    Q.    Okay.  We'll talk about that.
3          Have you reviewed the literature that
4    talc induces apoptosis of malignant cells and not
5    normal cells?
6          MS. THOMPSON:  Objection.
7          THE WITNESS:  Apoptosis of cells that
8    are damaged that could go on to become malignant,
9    yes.
10   BY MS. BROWN:
11   Q.    So there is actually data that shows
12   the talc doing a good thing when it comes to
13   malignant cells, right?  The talc is actually pausing
14   apoptosis of the malignant cells, right?
15         MS. THOMPSON:  Objection.
16         THE WITNESS:  No, if that's your you're
17   understanding, that's not what I'm saying.
18   BY MS. BROWN:
19   Q.    Okay.
20         Have you seen that literature where
21   talc is inducing apoptosis of only malignant cells?
22   A.    I've not seen that literature.
23         MS. THOMPSON:  Objection.
24   BY MS. BROWN:
25   Q.    So getting back to what we were talking

Page 469

1    about in Ms. Converse's case, is it possible for you,
2    when you did your analysis of Ms. Converse's case, to
3    know when the malignant transformations due to her
4    family history of breast cancer began?
5          MS. THOMPSON:  Objection.
6          THE WITNESS:  The malignant
7    transformation with regard to that specific --
8    BY MS. BROWN:
9    Q.    Risk factor.
10   A.    -- risk factor, that specific cause,
11   that one mutation that she may have hypothetically.
12   We don't -- there is no demonstrated mutation in this
13   patient's case.  We're talking family history.  But
14   if there was a mutation, that's one mutation that she
15   already has.  She inherited that mutation.  It didn't
16   happen later, it happened when she was --
17   Q.    Born --
18   A.    Even before she was born, so...
19   Q.    Okay.  So if you think about ovarian
20   cancer sort of as this continuum where a woman needs
21   to develop 5 to 10 mutations to present with ovarian
22   cancer, what you're saying is some causes of ovarian
23   cancer, like a family history, a genetic mutation,
24   could cause a woman to essentially be born already
25   some way along that continuum because she's born with

Page 470

1    the mutation, correct?
2    A.    She would have one of those mutations,
3    yes.
4    Q.    Is there a mutation that you believe a
5    woman could be born with that already gets her to the
6    5 to 10?
7          Meaning, does science know of a
8    mutation which a woman is born with that can already
9    ensure that she's going to get ovarian cancer?
10         MS. THOMPSON:  Objection.
11         THE WITNESS:  No, I'm not aware of any
12   of that.
13   BY MS. BROWN:
14   Q.    We were talking hypothetically about
15   Ms. Converse, but you would agree -- let's talk
16   concrete, though, about her now.
17         You would agree talc is a cause,
18   correct?
19   A.    Yes.
20   Q.    You would agree family history of
21   breast cancer is a cause?
22   A.    I think it's a possible cause.
23   Q.    And you would agree other -- another
24   factor or another factors were a cause of her clear
25   cell cancer?

Page 471

1          MS. THOMPSON:  Objection.
2          THE WITNESS:  Probably other factors.
3    BY MS. BROWN:
4    Q.    How do you know, Dr. Clarke-Pearson,
5    that the other factors that caused her clear cell
6    cancer were not genetic mutations that she was born
7    with that already got her to the 5 to 10 before she
8    ever used any talc?
9          MS. THOMPSON:  Objection.
10         THE WITNESS:  There is no scientist
11   evidence of that.  Now you're hypothetical again.
12   BY MS. BROWN:
13   Q.    Yeah, but isn't that just the point?
14   You're absolutely right, we don't know because we
15   haven't discovered those genes, right?
16   A.    Right.  But in a couple of decades, we
17   have not found any new ovarian cancer genes.  So
18   scientists are looking for that.  Anything is
19   possible into the future, but right now, as we sit
20   here today talking about Ms. Converse who has ovarian
21   cancer, we are not aware of any other gene mutations
22   there that she harbors.
23   Q.    And BRCA, though, itself was only
24   discovered in the '90s, right?
25   A.    Yes.

Pages 468 to 471

DocuSign Envelope ID: 610FCD65-0339-45A8-91FB-E0B7A939C9C5

Case 3:16-md-02738-MAS-RLS    Document 33007-13    Filed 07/23/24    Page 8 of 23
PageID: 208169
Daniel L. Clarke-Pearson, MD                              August 27, 2021

Page 528

1    A.    Yes.
2    Q.    And you've changed your opinion on that
3    today, correct?
4         MS. THOMPSON:  Objection.
5         THE WITNESS:  Seeing more information,
6    yes.
7    BY MS. BROWN:
8    Q.    And endometrioid ovarian cancer is also
9    rare, correct?
10   A.    It's rare, but more common than clear
11   cell.
12   Q.    And have you formed the opinion that
13   the epidemiology studies regarding endometrioid
14   cancer and talcum powder exposure are sufficiently
15   powered to pick up a risk?
16        MS. THOMPSON:  Objection.
17        THE WITNESS:  In the studies that do
18   show an increased relative risk, I believe they're
19   powered enough, yes.
20   BY MS. BROWN:
21   Q.    What studies are you relying on for
22   your opinion that talcum powder caused Ms. Newsome's
23   endometrioid ovarian cancer?
24        And you know what we'll do --
25   A.    Let me see if I listed them in my

Page 529

1    report or not.
2    Q.    Yeah.  I'll try to make it easier.  Why
3    don't we -- could I please have tab 33 and we'll mark
4    as Exhibit 33 to your deposition the case-specific
5    report you did on Ms. Newsome.
6         (Exhibit 33, case-specific report on
7    Ms. Newsome by Dr. Clarke-Pearson, is marked for
8    identification)
9    BY MS. BROWN:
10   Q.    Before we get to Newsome, Dr.
11   Clarke-Pearson, to round out an open question I had
12   yesterday, are you relying on anything other than the
13   Terry study for your opinion that talc caused Ms.
14   Converse's clear cell cancer?
15        MS. THOMPSON:  Objection.
16        THE WITNESS:  The Terry study is, I
17   think, the most significant one that I'm relying on.
18   BY MS. BROWN:
19   Q.    And so tell me what you're relying on
20   for your opinion that talc caused Ms. Newsome's
21   endometrioid ovarian cancer?
22        MS. THOMPSON:  Objection.
23        THE WITNESS:  I don't believe I
24   referenced them in this report.  I know Penninkilampi
25   is one of several.  There is a half a dozen

Page 530

1    peer-reviewed publications that show an increased
2    risk of endometrioid carcinoma in patients exposed to
3    talcum powder.
4    BY MS. BROWN:
5    Q.    Okay.  But how come you didn't put them
6    in your report, right?
7         I mean like how do I know which ones
8    those are and how will I figure that out?
9         MS. THOMPSON:  Objection.
10        THE WITNESS:  I didn't put them in the
11   report.  I wasn't asked to, necessarily, reference
12   everything that I said here.
13   BY MS. BROWN:
14   Q.    Well, you referenced that Penninkilampi
15   supports your view that talc causes endometrioid,
16   right?
17   A.    That one comes to my mind.
18   Q.    Yes.  And here is what I'm struggling
19   with.  Penninkilampi doesn't report a risk for clear
20   cell, right?
21   A.    Yes.
22   Q.    But yet here you are giving an opinion
23   in both the clear cell and in endometrioid cases,
24   right?
25   A.    Penninkilampi I don't think had enough

Page 531

1    cases of clear cell in his analysis to come to -- to
2    have the power to come to that conclusion.
3    Q.    So it sounds like you have undertaken
4    an evaluation of the number of endometrioid versus
5    clear cell cases that Penninkilampi reports?
6         MS. THOMPSON:  Objection.
7         THE WITNESS:  He had more.  And when he
8    did his analysis, there was a statistically
9    significant relative increased risk.
10   BY MS. BROWN:
11   Q.    And how does that speak to your
12   concerns about power?
13        I mean you can find a statistically
14   significant risk and not have power, right?
15   A.    I think you're getting a little deeper
16   in the epidemiology, but I mean if it's statistically
17   significant, then it does have enough power to come
18   to that conclusion.
19   Q.    So is there a methodology that you
20   employed to accept Penninkilampi's finding on
21   endometrioid ovarian cancer and reject the finding on
22   clear cell cancer?
23        MS. THOMPSON:  Objection.
24        THE WITNESS:  I felt he had not enough
25   cases as opposed to the Terry study.

Pages 528 to 531

Daniel L. Clarke-Pearson, MD                August 27, 2021

Page 540

1  inflammation in other cancers -- chronic inflammation
2  can cause other cancers including ovarian cancer, so
3  this is not specific to Type I or Type II ovarian
4  cancer.
5      Q.    Okay.  And I'm just looking for the
6  scientific support on the talc, right?
7            Other than Saed, and maybe that's --
8  maybe we've talked about it, but other than Dr. Saed,
9  is there other scientific literature you rely on for
10  your opinion that talc induces chronic inflammation
11  that can cause both Type I and Type II epithelial
12  ovarian cancer?
13     A.    I think that's been put into the -- I
14  think what you're asking is, are there basic science
15  research that I'm aware of or is there very strong
16  cancer biology evidence that inflammation causes
17  mutations.  And we have evidence that talc causes
18  inflammation and causes mutations.  So mutations --
19  some mutations cause colon cancer, not because of
20  talc, but because of chronic inflammation.  And we
21  can go on with other cancers.  Obesity causes
22  inflammation and increases risk of breast and colon
23  cancer.  So that inflammation is the trigger that
24  leads to mutations.  And in our discussion today,
25  we're talking about ovarian cancer.

Page 541

1      Q.    So take an environmental carcinogen
2  like smoking, right?  Would you agree that smoking,
3  in the literature, is pretty much only associated
4  with one type of epithelial ovarian cancer, mucinous?
5      A.    Smoking and ovarian cancer?  Yes,
6  apparently so.
7      Q.    So explain to me why it would be that
8  smoking, whatever mutations cigarette components
9  induce, only cause one histologic subtype of cancer
10  where, in your view, talcum powder can cause
11  mutations in all these different types of ovarian
12  cancers?
13           MS. THOMPSON:  Objection.
14           THE WITNESS:  I'm not sure I understand
15  the -- the -- what smoking does to cause a mutation.
16  Is it chronic inflammation?  That's what I'm talking
17  about.  Or is it some other carcinogenic factor in
18  nicotine or other smoke products that causes a
19  mutation that results in a specific type of ovarian
20  cancer?
21  BY MS. BROWN:
22     Q.    So this is what Health Canada goes on
23  to say in the last paragraph on page 17:  Tumor
24  subtypes are one of the many subgroups analyses
25  conducted in several of the epidemiology studies and

Page 542

1  reviews.  However, there was very little consistency
2  in whether or how these subgroup analyses were
3  conducted across the available studies.
4            Do you agree with that?
5      A.    Well, there is certainly a variation,
6  I'm not sure of little consistency, but -- so they're
7  not all uniform in terms of their analysis.  So I
8  would agree that they're not all uniform.
9      Q.    Thereby leaving the analyses limited
10  and likely underpowered (low sample sizes)
11           Do you agree that both subgroup analyses
12  in the talc EPI are limited and likely underpowered?
13     A.    That's what I've been trying to say
14  about being underpowered.  In many of these studies,
15  they just don't have -- because endometrioid cancer
16  and ovarian cancer and clear cell ovarian cancer are
17  rare diseases, much less so than high-grade papillary
18  serous cancers that would have to have enough of
19  those cases to show a statistical significance and
20  increased relative risk.
21     Q.    Yeah.  And, in fact, one of the
22  critiques from kind of your side of the aisle here
23  from the talc EPI is that by and large plaintiffs'
24  experts argue that the cohort studies are
25  underpowered to pick up the smallest, right?

Page 543

1      A.    Yes.
2      Q.    And that's sort of one of your
3  critiques of the cohorts too, right?
4      A.    One of them, yes.
5      Q.    And that means, in your view, Dr.
6  Clarke-Pearson, there are not enough pieces of people
7  with ovarian cancer in the cohort studies to
8  sufficiently look for and identify a risk, correct?
9            MS. THOMPSON:  Objection.
10           THE WITNESS:  Are we talking about
11  clear cell and endometrioid now?
12  BY MS. BROWN:
13     Q.    I'm talking about the genetic critique
14  that you have of the cohorts, right, that there
15  aren't enough people who got ovarian cancer in those
16  studies to make the studies reliable, right?
17           MS. THOMPSON:  Objection.
18           THE WITNESS:  There is a number of
19  critiques I have about the cohort studies.
20  BY MS. BROWN:
21     Q.    That's one of them?
22     A.    That might be one.
23     Q.    Yeah, that's one.
24           So how do you reconcile, Dr.
25  Clarke-Pearson, your critique of the cohort studies

Pages 540 to 543

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

Page 580

1     MS. THOMPSON: Objection.
2          THE WITNESS: I think it's one piece of
3     evidence, and there is others that do talk about a
4     dose response and a higher risk in patients that use
5     it more frequently or for longer periods of time.
6     BY MS. BROWN:
7          Q.    Do you believe that to be true, that in
8     women who use talcum powder more frequently for
9     longer periods of time, they were at an increased
10    risk of ovarian cancer over people who use it less?
11    **A.    Yes.**
12         Q.    Have you quantified the amount of
13    increased risk as it relates to the amount of usage?
14    **A.    No, I have not, because it's hard to**
15    **quantitate the actual dose, if you will.**
16         Q.    A couple quick questions about Dr.
17    Godleski's report as it relates to Ms. Newsome.
18         Let's mark, if we could, as Exhibit 35
19    to your deposition, Dr. Godleski's report.
20         (Exhibit 35, Dr. Godleski's report, is
21    marked for identification)
22    BY MS. BROWN:
23         Q.    We've marked as Exhibit 35 to your
24    deposition, Dr. Godleski's report.
25         And I want to direct your attention to

Page 581

1     page 4.
2     **A.    I'm sorry.  Page 4?**
3          Q.    Yep.
4          And this is the section of Dr.
5     Godleski's report where he reports on some of his
6     findings.
7          Do you see that?
8     **A.    Yes.**
9          Q.    All right.  And Dr. Godleski found a
10    total or claims to have identified a total of 821
11    particles in this case, correct?
12    **A.    Yes.  I see that in the top of the**
13    **second paragraph.**
14         Q.    Do you know what those particles were?
15    **A.    I don't.**
16         Q.    Have you done any analysis for any of
17    the 821 particles that Dr. Godleski claims to have
18    found in Ms. Newsome's tissue?
19         Have you done any analysis about
20    whether or not any of those caused her ovarian
21    cancer?
22    **A.    No.**
23         MS. THOMPSON: Objection.
24    BY MS. BROWN:
25         Q.    Is that possible?

Page 582

1     MS. THOMPSON: Objection.
2          THE WITNESS: Anything is possible.
3     BY MS. BROWN:
4          Q.    Do you have any opinion about whether
5     or not Ms. Newsome was exposed to asbestos?
6     **A.    I'm not aware of any history of her**
7     **being exposed or her family being exposed.**
8          Q.    Did you, other than what was reported
9     in the deposition and the medical records, did you do
10    an independent effort to collect information about
11    potential asbestos exposures Ms. Newsome may have
12    experienced?
13    **A.    I have not.**
14         Q.    Same questions for heavy metals,
15    fragrances and fibrous talc.
16         Did you undertake any independent
17    effort to investigate potential exposures Ms. Newsome
18    might have had to any of those materials?
19         MS. THOMPSON: Objection.
20         THE WITNESS: No, no independent
21    evaluation.
22    BY MS. BROWN:
23         Q.    So let's take a look at your
24    case-specific identification of risk factors and your
25    conclusion for Ms. Newsome.

Page 583

1     Do you believe that Ms. Newsome's age
2     was a cause of her ovarian cancer?
3     **A.    She was only 53, so she was certainly**
4     **younger than the average age of women with ovarian**
5     **cancer.  But I would acknowledge that age, as we get**
6     **older, does increase the risk slightly.**
7          Q.    Are you able to ascribe a percentage
8     that Ms. Newsome's age contributed to her ovarian
9     cancer?
10         MS. THOMPSON: Objection.
11         THE WITNESS: No.
12    BY MS. BROWN:
13         Q.    We talked about earlier, would you
14    ascribe a 30 percent contribution of talc to the
15    cause of her ovarian cancer?
16         MS. THOMPSON: Objection.
17         THE WITNESS: I think in the sense of
18    looking at population-based studies, the population
19    exposed would be increased 30 percent.  The
20    specifics, you know.
21    BY MS. BROWN:
22         Q.    Have you identified any other causes of
23    Ms. Newsome's ovarian cancer?
24    **A.    Well, we've got Dr. Godleski's report**
25    **which correlates with my opinion about talc.  So**

Pages 580 to 583

DocuSign Envelope ID: 610FCD65-3329-45A8-81EB-F057A939C9SB

Daniel L. Clarke-Pearson, MD                                          August 27, 2021

---

Page 588

1   have developed ovarian cancer, correct?
2           MS. THOMPSON:  Objection.
3           THE WITNESS:  Yes.
4   BY MS. BROWN:
5       Q.    And it is your opinion that but for Ms.
6   Rausa's use of Johnson's Baby Powder, she would not
7   have developed ovarian cancer, correct?
8           MS. THOMPSON:  Objection.
9           THE WITNESS:  More likely than not,
10  yes.
11  BY MS. BROWN:
12      Q.    And how can you say that when you have
13  identified in, so far, Ms. Converse and Ms. Newsome's
14  cases, the fact that there were unknown causes of
15  these women's ovarian cancer?
16          MS. THOMPSON:  Objection.
17          THE WITNESS:  Because we do have one
18  known cause of ovarian cancer, which is their use of
19  talcum powder.
20  BY MS. BROWN:
21      Q.    But how can you say that if these women
22  had not used talc, they would not have developed
23  ovarian cancer from these causes that we don't yet
24  know what they are?
25          MS. THOMPSON:  Objection.

---

Page 590

1   are?
2       A.    That's part of the explanation, but not
3   the whole explanation.
4           (Off-the-record discussion)
5           (Lunch recess)
6   BY MS. BROWN:
7       Q.    Welcome back, Dr. Clarke-Pearson.
8       A.    Thank you.
9       Q.    We'll try to pretty briefly finish up
10  our discussion regarding Ms. Newsome.
11          Just to reorient ourselves, prior to
12  the break, am I correct that you had identified age
13  as a cause of Ms. Newsome's endometrioid cancer?
14      A.    Increasing age, yes, is a cause.
15      Q.    You had, of course, identified talc as
16  a cause of Ms. Newsome's endometrioid cancer,
17  correct?
18      A.    Yes.
19      Q.    And you had identified a factor or a
20  number of factors that are yet unknown as a cause or
21  causes of Ms. Newsome's endometrioid cancer, correct?
22      A.    Yes.
23      Q.    In terms of what percentage in
24  Ms. Newsome's case you would assign to each one of
25  those factors, can you give an opinion on that?

---

Page 589

1           THE WITNESS:  I think that talcum
2   powder causes ovarian cancer, it is a cause of
3   ovarian cancer, they took it excessively and it
4   caused their -- it was a cause of their ovarian
5   cancer in addition to unknown causes that you're
6   talking about.
7   BY MS. BROWN:
8       Q.    Right.
9           But how are you able to form the
10  opinion that, let's talk about Ms. Newsome, if she
11  had not used talc, that either her age alone would
12  have caused her -- would not have caused her ovarian
13  cancer or these unknown causes that you've identified
14  would not have caused her ovarian cancer?
15          How can you say that?
16          MS. THOMPSON:  Objection.
17          THE WITNESS:  I think talcum powder is
18  what caused her -- pushed her over with the mutations
19  that talcum powder caused.  She didn't have other
20  risk factors except slightly younger age than
21  average.  So how else do we explain it?
22  BY MS. BROWN:
23      Q.    Well, isn't one way we explain it that
24  there are a bunch of factors that we know are causing
25  this disease and we haven't yet identified what they

---

Page 591

1           MS. THOMPSON:  Objection.
2           THE WITNESS:  No, I can't give an
3   opinion about the exact percentage, if you will, or
4   assign an exact weight to each one of those.
5   BY MS. BROWN:
6       Q.    You noted in your Newsome report that
7   Ms. Newsome was diagnosed with ███████████
8   ███████████████████████, correct?
9       A.    That's correct.
10      Q.    And you indicate in your report that
11  that is not a clinically significant finding, right?
12      A.    Yes.
13      Q.    What do you mean by that?
14      A.    There is no evidence in the literature
15  that I was able to identify, nor is there any
16  evidence in the National Cancer Center data base,
17  ClinVar, that ███████████ has been reported
18  to be associated with any cancers, including ovarian
19  cancer.
20      Q.    I want to show you what we'll mark as
21  Exhibit 36 to your deposition, which is an article
22  from your updated reliance list by Dr. Hutchcraft, et
23  al.
24          (Exhibit 36, article by Dr. Megan
25  Hutchcraft from updated reliance list, is marked for

---

Daniel L. Clarke-Pearson, MD                                     August 27, 2021

---

Page 604

1    of 1.63 for endometrioid ovarian cancer, correct?
2        A.    Yes, that's what it says.
3        Q.    And that would be a 63 percent
4    increased risk of ovarian cancer, according to the
5    authors of this study, correct?
6        A.    Yes, in a population, yes.
7        Q.    And you disagree, based on your review
8    of the literature, with that finding, is that right?
9        A.    I think that IARC has a different
10   conclusion on that particular topic.  But I would
11   point that Mrs. Newsome didn't have a BMI over 30,
12   she had a BMI of 28.5.
13       Q.    Well, a couple of things.
14             Did you consider Ms. Newsome's own
15   report of her maximum weight in the five years prior
16   to her ovarian cancer diagnosis?
17       A.    Yes.
18       Q.    And what was that, Doctor?
19       A.    I don't recall.
20       Q.    Are you aware that she reported a
21   height of five-and-a-half inches and a highest weight
22   of 175 pounds --
23             MS. PITTARD:  Objection.
24   BY MS. BROWN:
25       Q.    -- prior to her ovarian cancer?

---

Page 605

1        A.    I would have to see that, but it's not
2    really relevant to what her BMI was at the time of
3    her surgery.
4        Q.    Well, but for obesity to increase your
5    risk of ovarian cancer, sort of the day of your
6    surgery weight really doesn't make a difference,
7    right?
8             MS. PITTARD:  Objection.
9             THE WITNESS:  So then to turn it around
10   and say when you're 20 years old and your BMI is 20
11   and you put on a lot of weight and you go up and then
12   you come down, the statistics that we use to come to
13   these sort of conclusions are based on the weight at
14   the time of diagnosis, not the weight three years
15   prior or the weight three years after.  It's the
16   weight at the time of diagnosis and the height at the
17   time of diagnosis.  It then becomes the BMI that then
18   becomes part of the statistic.
19   BY MS. BROWN:
20       Q.    But that's not at all what the authors
21   in the article we were looking at, though, were
22   reporting, right?
23             So they really investigated a maximum
24   BMI, an early adult BMI, like what you were talking
25   about, right, and then a recent BMI.

---

Page 606

1        Q.    Do you see that in table three?
2        A.    I'll have to go back to table three.
3        Q.    Sure.
4        A.    So please show me where you're reading
5    from now.
6        Q.    So we have been talking about that
7    middle category, about what an individual's maximum
8    BMI was, right?
9        A.    Right.
10       Q.    But they also investigated that their
11   recent BMI was to see if that conferred a risk.
12             Right?
13             Do you see that in the top section?
14       A.    Yes.
15       Q.    And then they also investigated, as you
16   were just discussing, early adult BMI, right?
17       A.    I see that down the bottom section,
18   yes.
19       Q.    And, in fact, for individuals who had
20   an early adult BMI of 30 to 34, they found a
21   statistically significant increased risk of
22   endometrioid cancer as well, right?
23       A.    Yes.
24       Q.    And for individuals who had a recent
25   BMI of 30 to 34, they also found a statistically

---

Page 607

1    increased risk of endometrioid cancer, correct?
2        A.    Correct.  But ███████████████████
3    █
4        Q.    That's according to your review of one
5    record, right?
6        A.    Of the patient's medical --
7             MS. THOMPSON:  Objection.
8             THE WITNESS:  Of the patient's medical
9    records ████████████████████████████████
10   █                    .
11   BY MS. BROWN:
12       Q.    Did you consider medical records ████
13   ███████████████████████████?
14       A.    No, I didn't.
15       Q.    Did you consider her own self-report of
16   a BMI of 32?
17             MS. THOMPSON:  Objection.
18             THE WITNESS:  And when did she say she
19   had a BMI of 32?
20   BY MS. BROWN:
21       Q.    In the five years prior to her
22   diagnosis.
23             MS. THOMPSON:  Objection.
24             THE WITNESS:  Okay.  So I'm sorry.
25   What's the question?

---

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

Page 608

1   BY MS. BROWN:
2       Q.    Did you consider that?
3            I mean she said this was my weight and
4   this was my height.
5       A.    I didn't consider that. I was relying
6   on the data from IARC that said at the time of
7   diagnosis, the patient's BMI of over 40 was a risk
8   factor.
9       Q.    And what about data like we're looking
10  at in Exhibit 37, did you consider this type of data
11  from the Ovarian Cancer Association Consortium?
12      A.    I think I did, but I was looking at it
13  more from the point of view of a recent BMI.
14      Q.    It doesn't really make sense, though,
15  to you when you think about the mechanism by which
16  obesity is thought to increase a woman's risk of
17  ovarian cancer, it doesn't really make sense to you,
18  does it, that you wouldn't look somewhat back in time
19  to see what a woman's weight was leading up to
20  diagnosis, right?
21           MS. THOMPSON: Objection.
22           THE WITNESS: What would -- I'm not
23  sure I understand the mechanism you're talking about.
24  BY MS. BROWN:
25      Q.    If obesity is what is putting somebody

Page 609

1   at risk for ovarian cancer, right, you would agree
2   with me that that risk from obesity doesn't happen
3   within, you know, a year before a woman develops
4   ovarian cancer, true?
5            MS. THOMPSON: Objection.
6            THE WITNESS: So I think the chronic
7   inflammation, if that's what you're talking about,
8   the mechanism --
9            MS. BROWN: Yes, right.
10           THE WITNESS -- is caused by obesity.
11  So that chronic inflammation of the ovary would be
12  contributed to prior obesity.
13  BY MS. BROWN:
14      Q.    So, I mean, it really matters -- the
15  chronic inflammation caused by obesity that's thought
16  to cause ovarian cancer doesn't happen the day a
17  woman presents with ovarian cancer, right? It takes
18  some time?
19      A.    That's right. Just like with talcum
20  powder, chronic inflammation caused by obesity. I
21  can understand that thinking.
22      Q.    So why would you then take and consider
23  a woman's weight on the day she's diagnosed as the
24  point at which you're evaluating whether or not she
25  was obese?

Page 610

1            MS. THOMPSON: Objection.
2            THE WITNESS: Because that's the way
3   scientific literature has reported it. For example,
4   with IRAC's report. So this is a different way of
5   looking at it. Obesity earlier in life, at the time
6   of diagnosis and maximum obesity. So they've split
7   it in different ways than IARC did.
8   BY MS. BROWN:
9       Q.    So you then, am I correct, did not
10  consider obesity to be a cause of Ms. Newsome's
11  ovarian cancer?
12      A.    Based on her weight at the time of her
13  diagnosis, yes.
14      Q.    If I understand your opinion, because
15  you calculated a BMI of 28 at the time Ms. Newsome
16  was diagnosed, you have formed the opinion that
17  obesity was not a cause or a contributing factor in
18  Ms. Newsome's endometrioid ovarian cancer?
19      A.    That was my formulation at the time I
20  wrote this report.
21      Q.    And you stand by that today?
22      A.    I think I would consider this data that
23  you just showed me.
24      Q.    Okay. I guess in forming your opinion
25  about the causes of Ms. Newsome's endometrioid

Page 611

1   ovarian cancer, fair to say you would want a little
2   more time to review and consider data regarding
3   obesity as a risk factor for endometrioid ovarian
4   cancer as contained in Exhibit 37?
5            MS. PITTARD: Objection.
6            MS. THOMPSON: Object to form.
7            THE WITNESS: Do I need more time like
8   today?
9            I'm not sure what you're talking about.
10  BY MS. BROWN:
11      Q.    I was just trying to rephrase, and
12  maybe I didn't do it well.
13           It sounds like I was asking you if you
14  stood by your opinion that obesity was not a cause of
15  Ms. Newsome's endometrioid cancer, and I thought I
16  heard you say, well, I would want some time to
17  consider Exhibit 37, the data we were just looking
18  at.
19           Is that fair.
20           MS. THOMPSON: Objection.
21           THE WITNESS: I think based on what
22  you've shown me, I think I've seen enough of it that
23  would say that that's contributing as a cause for
24  ovarian cancer.
25  BY MS. BROWN:

Pages 608 to 611

Daniel L. Clarke-Pearson, MD                                    August 27, 2021



Page 620

1  **chronic inflammatory process that may be painful, may**
2  **not be painful.  Pain in joints, which is a different**
3  **organ system altogether, but can have chronic**
4  **inflammation.**
5        Q.    So does science understand yet what, in
6  some instances, causes chronic inflammation to be
7  painful and what, in other instances, causes it not
8  to be?
9              MS. THOMPSON:  Objection.
10             THE WITNESS:  I'm not aware of that
11 science one way or the other.
12 BY MS. BROWN:
13       Q.    Other than age, talc, unknown factors
14 and obesity, did you identify any other causes of
15 Ms. Newsome's endometrioid cancer?
16       **A.    Of her --**
17       Q.    Ms. Newsome's endometrioid ovarian
18 cancer.
19       **A.    I see.  No.**
20             MS. BROWN:  Can we go off the record
21 for a second?
22             (Off-the-record discussion)
23 BY MS. BROWN:
24       Q.    Back on the record.
25             Dr. Clarke-Pearson, we are going to

Page 622

1  ████████ ██████████████
2  ██  ███████
3        ██████████ ██████████████
4  ██
5        **Godleski report.  Two talc particles.**
6        **Talc after every shower, 1968 to 2018.**
7  **50 years.  And then below it I have tubal at 2010.**
8  **So that would equal 42 years.**
9        **The second page.**
10 ██  ████████████████████████
11 ██
12 ██      ████████
13 ██      ██████████████████
14 ██
15 ██  ███
16 ██      █████████████████
17 **according to the medical records.**
18       Q.    Can I stop you right there, Doctor?
19             So it sounds like you have conflicting
20 dates for ████████, is that right?
21       **A.    I have seen two different records, or I**
22 **believe █████ came from Ms. Rausa's deposition.**
23 **And the medical records say**
24       Q.    And what's your -- I think in your
25 report you went with █████████ is that right?

Page 621

1  shift gears a bit and talk about our final plaintiff
2  for which you are here offering a specific causation
3  opinion, Ms. Pasqualina Rausa.
4              Could we start, if you don't mind,
5  Doctor, as we've done for some of these other folks
6  with you, just reading into the record the notes you
7  have on Ms. Rausa.
8        **A.    Certainly.  It's entitled Rausa.**
9  ██  ███████████
10 ██  ████████████████
11 ██  █████████
12 ██  ████████████
13 ██
14 ██  █████████
15 ██  █████████████████
16 ██  █████████████████████
17 ██  ███████████████████
18 ██  █████████████████████████
19 ██  █████████
20 ██  ██████████████████████

Page 623

1        **A.    Yes.**
2        Q.    So what's your methodology in this
3  instance for discounting the testimony of Ms. Rausa
4  as to when it was that ███████████████?
5              MS. THOMPSON:  Objection.
6              THE WITNESS:  I think that the medical
7  record was recorded, if I can put it that way.
8  Closer to the time of ████████ it would be more
9  likely that she would have remembered ████████
10 ████████████ rather than a number of years
11 later after she had ovarian cancer and after she had
12 been treated.
13 BY MS. BROWN:
14       Q.    Are you suggesting that remembering
15 things that happened a long time ago can sometimes
16 lead to errors in accuracy?
17             MS. THOMPSON:  Objection.  Form.
18             THE WITNESS:  Yes.
19 BY MS. BROWN:
20       Q.    And so in this instance, you made the
21 determination that Ms. Rausa's recollection, as
22 articulated in her deposition, of when ███████
23 █████ perhaps less accurate than a
24 contemporaneous medical record?
25       **A.    That she would have given that**


Daniel L. Clarke-Pearson, MD                                        August 27, 2021

---

Page 624

1  information to a physician -- well, some medical
2  provider at the time that that was recorded, yes.
3      Q.    Did you consider, having looked now at
4  a ton of medical records, do you agree that sometimes
5  things in medical records are wrong?
6      A.    Yes.
7      Q.    Did you consider that that medical
8  record on which you relied that is inconsistent with
9  Ms. Rausa's self-report regarding ▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮, did you consider that that medical
11 record might have been wrong?
12     A.    I did consider that.
13     Q.    And tell me how you came to the
14 conclusion that it wasn't wrong?
15     A.    I just felt like it had been recorded,
16 I didn't see anything other -- outstanding errors in
17 the medical record that would suggest that there is
18 some sort of ongoing mistakes into the medical
19 record.
20     Q.    If true, assume with me hypothetically
21 that Ms. Rausa's testimony regarding ▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮ was accurate and
23 ▮▮▮▮▮▮▮▮▮, would that change your opinions in
24 any way in this case?
25     A.    Well, it would suggest that she had a

---

Page 625

1  ▮▮▮▮▮▮▮.
2      Q.    What is the date range that you
3  consider normal menopause?
4      A.    Well, we usually say 51, but there is a
5  range, as you just said.  Around 51.  So 55, 56 might
6  be at the upper end of that range.
7      Q.    And would, in your view, continued
8  ovulation during those five years have increased
9  Ms. Rausa's risk for ovarian cancer?
10     A.    Somewhat.
11     Q.    I'm sorry.  I interrupted you with your
12 list.
13     A.    The next line on my notes say ▮▮▮
▮▮
▮▮          ▮▮▮▮▮▮▮
▮▮          ▮▮▮▮▮▮
▮▮          ▮▮▮▮
▮▮          ▮▮▮▮▮
▮▮          ▮▮▮▮▮▮
▮▮          ▮▮▮▮
▮▮          ▮▮▮▮▮▮▮▮
▮▮    ▮▮▮▮▮▮▮
25     And talc, two particles.

---

Page 626

1          That's the end of what I have on my
2  notes.
3  BY MS. BROWN:
4      Q.    Thank you, Doctor.
5          Just because you said it last, let me
6  start there.
7          The two particles of what Dr. Godleski
8  claimed to be talc were not found in any of
9  Ms. Rausa's tissue that was associated with cancer,
10 is that right?
11     A.    I'd have to look and see.  I'm sorry, I
12 don't recall exactly.
13          Can I look?
14          Would you like me to look?
15     Q.    Yeah, of course.
16     A.    Yes, I believe they're in lymph nodes.
17     Q.    And Ms. Rausa didn't have cancer in her
18 lymph nodes, correct?
19     A.    Let me look at her pathology report, if
20 I could.
21     Q.    Sure.
22     A.    The surgeon removed ten lymph nodes,
23 not a lot, but none of them had cancer in them.
24 That's correct.
25     Q.    So the two lymph nodes in which Dr.

---

Page 627

1  Godleski claims to have found something consistent
2  with talc were not lymph nodes that had cancer,
3  right?
4      A.    No.
5      Q.    And in any of the Dr. Godleski records
6  which you've referenced during the course of this
7  deposition, is Dr. Godleski finding evidence of
8  chronic inflammation around these talc particles?
9          MS. THOMPSON: Objection.
10          THE WITNESS: I don't recall, but I do
11 recall him describing macrophages, which are a
12 component of chronic inflammation.
13 BY MS. BROWN:
14     Q.    Is it your understanding, having
15 reviewed Dr. Godleski's reports, that for all of the
16 talc particles he claims to have found in these three
17 cases, he observed a macrophage response?
18          MS. THOMPSON: Objection.
19          THE WITNESS: I'm not sure what you
20 mean by macrophage response.
21 BY MS. BROWN:
22     Q.    That he observed macrophages around
23 these particles?
24     A.    I think he saw macrophages in the
25 region.

---

Pages 624 to 627

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

Page 628

1    Q.    Not having anything to do with the talc
2    particles?
3            MS. THOMPSON:  Objection.
4            THE WITNESS:  My recollection, whether
5    it's in the peer-reviewed literature or in some of
6    these reports, that talc has been found in
7    macrophages, which is the role of the macrophage to
8    come into -- gobble up or take on the inflammatory
9    product, whatever it is.  In this case talc.
10   BY MS. BROWN:
11   Q.    Is it your view that, one, that happens
12   with talc particles in the human body, macrophages
13   come in and try to engulf the particles?
14   A.    Yes.
15   Q.    And is it your view that somehow those
16   macrophages are frustrated in that effort and they
17   can't engulf a talc particle?
18   A.    Not that I know of.
19   Q.    So your expectation, if you are seeing
20   talc particles in human tissue, is that they would be
21   associated with some type of inflammatory response?
22   A.    A chronic inflammatory response, yes.
23   Q.    And how can you -- what is the evidence
24   on a pathology slide of a chronic inflammatory
25   response?

Page 629

1            MS. THOMPSON:  Objection.
2            THE WITNESS:  Many times -- in fact,
3    you can never see some of the inflammatory cytokines
4    and all those other reactive oxygen species that are
5    causing a reactive -- this is on a molecular basis,
6    not a gross cellular level.  So identifying chronic
7    inflammation on a pathology slide, like Dr. Godleski
8    or the pathologist that saw these slides to begin
9    with, would not see cytokines and that sort of
10   material.  They're microscopic.  They're below
11   microscopic, they're molecular.
12   BY MS. BROWN:
13   Q.    They're looking under the microscope,
14   right?
15   A.    Yes.  But they can't see molecules.
16   Q.    So if I understand your opinion, Dr.
17   Clarke-Pearson, it is that the inflammatory response
18   that talc induces is not the type of inflammatory
19   response that you can necessarily see under a light
20   microscope?
21   A.    That's correct.
22   Q.    Okay.  So in addition to causing
23   inflammation that does not manifest itself in pain,
24   you're of the view that talc induces inflammation
25   that does not manifest itself in macrophage activity

Page 630

1    that can be seen under a light microscope?
2            MS. THOMPSON:  Objection.
3    BY MS. BROWN:
4    Q.    Is that right?
5    A.    That's correct.
6    Q.    Sticking with Dr. Godleski's findings
7    as it relates to Ms. Rausa, he found on page 4 of his
8    report, 515 particles, correct?
9    A.    I'll have to go back to the report.  I
10   thought we were done with that.
11   Q.    That's okay.  I'll give you a copy.  I
12   have it as tab 52.  We might as well mark it as
13   Exhibit 38 for the deposition.
14   A.    Thank you.
15           (Exhibit 38, report from John J.
16   Godleski, MD dated June 21, 2021, is marked for
17   identification)
18   BY MS. BROWN:
19   Q.    If you take a quick peek, Doctor, if
20   you would, at the middle of page 4 in the paragraph
21   that begins:  In the study of the blocks on this
22   case, Dr. Godleski reports that he found a total of
23   515 particles.
24           Do you see that?
25   A.    Yes, I do.

Page 631

1    Q.    Do you know what, other than the two
2    particles he claims to be talc, do you know what any
3    of the other 515 particles were?
4    A.    Well, he goes on to say:  In many
5    instances iron, sodium, phosphorous, calcium may be
6    found in tissues, especially in patients with
7    malignancy.
8            Certainly I'm aware on a microscopic
9    level, not a molecular level, that we can see
10   calcium, which are called psammoma bodies, especially
11   in high-grade papillary serous carcinomas.  And these
12   are calcium deposits created by the cancer that are
13   called psammoma bodies.
14   Q.    Right.  And that would be an example of
15   an endogenous particle, right?  That's something the
16   body is making, the calcium, right?
17   A.    That the -- yes, that the cancer
18   created.
19   Q.    Sure.
20           And you know that he says here he
21   identified a 150 particles that had a variety of
22   constituents indicative of exogenous materials.
23           Do you see that?
24   A.    Yes.
25   Q.    Do you know or did you do any

Pages 628 to 631

Daniel L. Clarke-Pearson, MD                                        August 27, 2021

Page 632

1  investigation into what the 158 exogenous materials
2  or particles were that Dr. Godleski found?
3      A.    No.
4      Q.    Could those particles, any 158 of them,
5  have played a role in Ms. Rausa's development of
6  ovarian cancer?
7          MS. THOMPSON:  Objection.
8          THE WITNESS:  That's certainly
9  possible.
10 BY MS. BROWN:
11     Q.    And in forming your case-specific
12 opinion here regarding Ms. Rausa, you didn't do any
13 investigation into trying to figure out what these
14 158 exogenous particles were, correct?
15     A.    I would rely on Dr. Godleski to tell me
16 what those are.
17     Q.    Well, he doesn't know.  So if he
18 doesn't know, you don't know, is that fair?
19         MS. THOMPSON:  Objection.
20         THE WITNESS:  That's fair.
21 BY MS. BROWN:
22     Q.    And in terms of your reliance on Dr.
23 Godleski, you've never met Dr. Godleski, right?
24     A.    No, I have not.
25     Q.    You are not an expert in the type of

Page 633

1  SEM analysis that Dr. Godleski purports to do in
2  these cases, correct?
3      A.    I'm not an expert.  I mean I can
4  interpret what he's trying to find, which
5  is identifying -- specifically identifying talc.
6      Q.    And in terms of the methodology that
7  Dr. Godleski employs in his efforts to do that, are
8  you offering an opinion on the reliability of Dr.
9  Godleski's efforts to identify what he claims may be
10 consistent with talc in these cases?
11         MS. THOMPSON:  Objection.
12         THE WITNESS:  Well, the scanning
13 electron microscopy of these birefringent particles
14 look to me like -- have the characteristics on
15 scanning electron microscopy of talc.  So I believe
16 that that's true.
17 BY MS. BROWN:
18     Q.    Well, you know Dr. Godleski says within
19 a range what he's identifying may have the
20 characteristic of talc.  I mean, are you, as part of
21 your case-specific expert opinion, standing behind
22 the reliability of the methods that Dr. Godleski
23 purports to use?
24         MS. THOMPSON:  Objection.
25         THE WITNESS:  I would refer to Dr.

Page 634

1  Godleski or other experts more in the details of this
2  technique.
3  BY MS. BROWN:
4      Q.    And that's really what I'm after.  I
5  mean, the jury is going to hear and evaluate what Dr.
6  Godleski is doing.
7          Is your opinion in these three cases
8  contingent upon Dr. Godleski having found talc as
9  reported in his case-specific reports?
10         MS. THOMPSON:  Objection.
11         THE WITNESS:  My opinion in these cases
12 has to do with the totality of not only the specific
13 case, but my opinions reported in my overall report.
14         We can talk about migration some more,
15 we can talk about chronic inflammation and all those
16 issues, and it's clear that, in my opinion based on
17 Dr. Godleski's report, that talcum powder is getting
18 into the pelvis, embedded in tissues like lymph
19 nodes.  So the matter of does talc get there is a
20 moot point, in my opinion.  And we know that talc
21 causes inflammation, and based on the totality of the
22 epidemiologic data, increases the risk of ovarian
23 cancer.
24 BY MS. BROWN:
25     Q.    I want you to hypothetically assume for

Page 635

1  me that Dr. Godleski is wrong.
2          Are you with me?
3      A.    Hypothetically.  This is not talc
4  or tremolite --
5      Q.    Let's just say --
6      A.    -- or fibrous talc.
7      Q.    Let's just say you weren't even
8  provided with any of these Godleski reports.
9          Are you still able to conclude, as
10 you've done in each of these three cases, that talc
11 caused endometrioid clear cell and high-grade serous
12 ovarian cancer in these three women?
13         MS. THOMPSON:  Objection.
14         THE WITNESS:  Yes.
15 BY MS. BROWN:
16     Q.    Regarding Ms. Rausa, you, Dr.
17 Clarke-Pearson, are not one of her treating
18 physicians, correct?
19     A.    That's correct.
20     Q.    You were not involved in the diagnosis
21 or treatment with respect to her ovarian cancer,
22 correct?
23     A.    That's correct.
24     Q.    You have not met Ms. Rausa or anyone in
25 her family, correct?

Pages 632 to 635

Daniel L. Clarke-Pearson, MD                                    August 27, 2021



**Page 660**

1  Q.   And can you point me to the medical
2  record on which you relied for ████?
3  A.   **I'm not sure it's here in my folder,**
4  **but maybe it is.**
5  Q.   Okay.  Thank you.  Take your time.
6  A.   **Yes.  Bottom of page one, Cancer**
7  **Specialists of North Florida dated████.**
8  Q.   ████.
9  A.   **Oh, I'm sorry.  That's** ████
10 ████.
11 Q.   Yeah.  But that's the record that ████
12 ████
13 ████, right?
15       Do you think that's where you might
16 have misunderstood ████?
17 A.   **That's possible.  I see** ████
18 ████.
19 Q.   Right.  So there is a surgical history
20 that ████, right?
21 A.   **Yes.  It talks about** ████
22 ████
24 Q.   With ████.
25       So it could have been -- it could have

**Page 661**

1  been that you looked at ████
2  ████, right?
3  A.   **That's certainly possible.**
4  Q.   Any other indication, based on your
5  review of these records, that you think supports the
6  notion that ████
7  ████?
8  A.   **There are many other clinic history and**
9  **physical notes that** ████
10 ████
11 ████.
12 **In fact, this is a note from a medical**
13 **oncologist.  There are other notes which would be**
14 **prior to her surgery that I don't have here in front**
15 **of me today.**
16 Q.   I guess even though you don't have
17 those notes in front of you today, your recollection
18 of how you arrived at ████ was a -- was that
19 it was contained somewhere in the medical records, is
20 that right?
21 A.   **Yes, that's what we've been saying.  It**
22 **may not have been that specific medical record.**
23 MS. PARFITT:  Can we take a break?
24 MS. BROWN:  Off the record.
25 (Off-the-record discussion)

**Page 662**

1  (Recess is taken)
2  MS. BROWN:  We're almost there.
3  THE WITNESS:  Okay.
4  BY MS. BROWN:
5  Q.   Welcome back, Doctor.
6       We're going to just finish up quickly
7  with our discussion of Ms. Rausa.
8       Ms. Rausa, according to your expert
9  report, had a BMI at the time of her diagnosis of
10 36.5, correct?
11 A.   **Yes.**
12 Q.   And you would consider that to be
13 obese, correct?
14 A.   **Yes, I do.**
15 Q.   Do you believe that Ms. Rausa's obesity
16 was a cause of her ovarian cancer?
17 A.   **I think it was a partial causative**
18 **factor.  A cause, not the cause.**
19 Q.   In terms of one of the causes of
20 Ms. Rausa's ovarian cancer, do you identify obesity
21 as one of the causes of Ms. Rausa's ovarian cancer?
22 A.   **Yes.  I attributed it to her.**
23 Q.   And so in your report on page 17, you
24 describe her obesity as -- at the end -- I'm looking
25 at the end of your report at page 17 in summary, you

**Page 663**

1  describe her as having mild obesity.
2       Is that how you would describe the type
3  of obesity that Ms. Rausa is clinically diagnosed
4  with?
5  A.   **Well, she certainly doesn't have a BMI**
6  **of over 40, which would be considered morbid obese.**
7  Q.   Right.  But is 36.5 a pretty
8  significantly obese BMI?
9  A.   **Well, between -- it's over 30, which is**
10 **the definition of obesity.**
11 Q.   Okay.  And here you say in your report
12 that the obesity did not represent a substantial
13 contributing cause.  But it sounds like you are of
14 the view, here in your deposition, that Ms. Rausa's
15 obesity was a cause of her ovarian cancer, is that
16 right?
17 A.   **It was one of the causes, yes.**
18 Q.   You note in your report that Ms. Rausa
19 did not breast feed, correct?
20 A.   **That's what I had in my report and I**
21 **think I obtained that from her deposition.**
22 Q.   So did that increase her risk of
23 ovarian cancer?
24 A.   **No.  It just didn't decrease her risk.**
25 Q.   Okay.  How did you come to the

Pages 660 to 663

Daniel L. Clarke-Pearson, MD                                        August 27, 2021



Page 664

1   conclusion that Ms. Rausa did not have █████
2   █████?
3        A.   There was no clinical or medical
4   evidence that I saw in the medical record.
    ███████████████████
    ████████████████████
    ████████████████████████
    ███████████████████████
11       Q.   Can you have █████ and still
    █████?
13       Is that a possible factual scenario?
14       A.   Yes.  It can happen.
15       Q.   Let me show you two medical records and
16   ask for your -- how you considered these in your
17   report.
18       Kate, can we get tabs 104 and 105?
19       And we will mark as Exhibit 41, a
20   medical record with Bates PRAUSAPL-126.
21       (Exhibit 41, medical record Bates
22   stamped PRAUSAPL-126, is marked for identification)
23   BY MS. BROWN:
24       Q.   And it is a medical records from St.
25   Vincent Medical Center.  And this is a █████

Page 665

1   █████████
2       Do you see that?
3       A.   I was looking at the date.  But yes, I
4   do see that.
5       Q.   And this appears to be a medical record
6   of Ms. Rausa's from █████, correct?
7       A.   Yes, that's correct.
8       Q.   Okay.
9       A.   And I have that noted in my report.
10      Q.   And this is a report of █████
    █████, right?
12      A.
    ████████████████████████.
14      Q.   I'm just looking at right under report
15   it says █████████.
16      A.   Okay.  I see that.  Yes.
17      Q.   And this is, of course, one of the
18   medical records you considered in forming your
19   opinion, correct?
20      A.   Yes.  I referenced it, yes.
21      Q.   And under impression, number three, it
22   states: ████████████████████
    ███████████████████.
24      Do you see that?
25      A.   Yes.

Page 666

1       Q.   And the medical provider interpreting
2   this examination writes: ███████████████
    ███████████████████████
    ████████████████████████.
5       Do you see that?
6       A.   Yes, I do.
7       Q.   Okay.  Did you consider that in coming
8   to the conclusion that Ms. Rausa █████
    █████?
10      A.   I'm sorry.  Please say the question
11   again.
12      Q.   Sure.
13      The medical provider interpreting this
14   examination of Ms. Rausa indicated that ██████
    ██████████████
17   correct?
18      A.   That's what he said it looked like.
19      Q.   Did you review this report?
20      A.   I reviewed this report and then I
21   reviewed the rest of her story which proceeds very
22   quickly to identify that █████████████
23      Q.   So this, you do not believe, is an
24   indication that Ms. Rausa had ██████████
    ████████████████████

Page 667

1   █████████████?
2       MS. THOMPSON:  Objection.
3       THE WITNESS:  Absolutely not █████
    ████████  This is a the radiologist offering
5   an opinion without full -- well, he offered an
6   opinion.  It's a 62 year old women, 62 year old women
7   ██████  Women who have
8   ovarian cancer diagnosed a month later with ██████
    ██████████  The radiologist misinterpreted it,
11  overreached his diagnostic -- what we would expect to
12  see on a report.  He simply could have said ██████
    ██████.
14  BY MS. BROWN:
15      Q.   Got it.
16      And so there are a number of records,
17  as you know, from around this time period █████
    █████████████, right?
19      A.   Right.
20      Q.   And as I understand your opinion, all
21  of those medical records are likely ████████
    ████████████████████, is that right?
23      A.   I would have to look at each one of
24  those records.
25      Q.   Well, let's just look at one more and

Pages 664 to 667

Daniel L. Clarke-Pearson, MD                                    August 27, 2021



Page 668

1  tell me how you considered this.
2       MS. BROWN:  We'll mark as 42 a medical
3  record that has the Bates number SVMCRMR-9.
4       (Exhibit 42, medical record Bates
5  stamped SVMCRMR-9, is marked for identification)
6       THE WITNESS:  Thank you.
7  BY MS. BROWN:
8       Q.   And so this is another St. Louis --
9  sorry -- St. Vincent Medical Center medical record
10 and it's reporting ███████████████████
11 ████, correct, under history and symptoms?
12      A.   Yes.
13           MS. THOMPSON:  Objection.  This is the
14 same ████████████.
15           MS. BROWN:  Well, he's going to testify
16 about that.
17           MS. THOMPSON:  Okay.  I thought you
18 didn't realize you were giving us two copies of the
19 same thing.
20           Okay.  You said another report, so I
21 was just...
22 BY MS. BROWN:
23      Q.   And under ████████████, you see █████
24 ██████████████████████████
██     ████████  right?

Page 669

1       A.   ████████████████████
██ ████████████████████████████
   ████████████████████.  Interesting.
4       Yes, that's what it says.
5       Q.   What's interesting about █████
6  ██████████████████████████.
7       A.   I would have expected that ██
██ ████████████████████████████
   ████████████████████████████
   ████████.
11      Q.   Because your counsel jumped in with her
12 view that this is a report of ████████████
   ██ ████████████████████████████
14      Is this a ████████████████████
15           MS. THOMPSON:  That's not what I said.
16           MS. BROWN:  Shhh.
17           THE WITNESS:  Okay.  They've circled
18 ████████████████████████████.
19 BY MS. BROWN:
20      Q.   Right.
21      A.   And then there is this notation by
22 somebody, ████████████████████████
   ██ ████████████████████████████
   ██ ████████████████████████████

Page 670

1  ████████████████████████
2       Q.   Got it.
3       A.   So, I'm sorry, what is your question?
4       Q.   So my question is, in terms of this
5  individual's ████████████████████
██ ████, are you of the same view that ███████
   ████████████████████████████?
9       A.   Yes.
10      Q.   And did I hear you say in terms of your
11 professional opinion that it would be unusual, if not
12 impossible, for a ████████████████████
██ ████████████████████████?
14           MS. THOMPSON:  Objection.
15           THE WITNESS:  Yes.
16 BY MS. BROWN:
17      Q.   And why is that?
18      A.   Because it's a disease, a condition of
19 premenopausal women and Ms. Rausa was 62 years old
20 and clearly menopausal.  We don't see ████████
██ --
22      Q.   Got it.  Go ahead.
23      A.   Another thing, you might note on the
24 handwritten report ████████████████████
██ ████████████████████████████,

Page 671

1  ████████████████████████
██ ████████████████████████████
3       Q.   And what does that indicate to you?
4       A.   That would make my suspicion of ovarian
5  cancer higher.  But these reports, you know,
6  ultimately ████████████████████.  She had ovarian cancer.
7       Q.   And now do you consider ████████████
██ ████████to be a risk factor ovarian cancer?
9       A.   I think a minor risk factor, but yes.
10      Q.   And what about in terms of the causes
11 of Ms. Rausa's ovarian cancer, you identify, of
12 course, talc, right, as a cause of Ms. Rausa's
13 ovarian cancer, correct?
14      A.   Yes.  Yes.
15      Q.   And you identify Ms. Rausa's obesity as
16 a cause of her ovarian cancer, correct?
17      A.   Yes.
18      Q.   And you would identify unknown causes
19 or an unknown cause as -- let me strike that.
20      You would identify unknown factors as a
21 cause or causes of Ms. Rausa's ovarian cancer,
22 correct?
23      A.   Yes.
24      Q.   Any other causes of ovarian cancer that
25 you identified for Ms. Rausa?

Pages 668 to 671

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

Page 672

1       A.    I'm just looking through my list one
2   more time.
3       Q.    Sure.
4       A.    She had some things that would have
5   reduced her risk, but in terms of causative factors,
6   I think obesity, talc and age would be --
7       Q.    Oh, I forgot age.  Okay.
8             Age was a cause of Ms. Rausa's ovarian
9   cancer, correct?
10      A.    Increased her risk of having more
11  mutations, yes.
12      Q.    But you considered it a cause, right?
13      A.    Yes.
14      Q.    And that's true for all the three women
15  we've discussed, Ms. Newsome, Ms. Converse and Ms.
16  Rausa, you considered each individual woman's age to
17  be a cause of their ovarian cancer, correct?
18      A.    The older they are, the higher risk
19  they have.
20      Q.    Okay.  And Ms. Rausa was diagnosed at
21  63, is that right?
22      A.    That's what my notation is.
23      Q.    So the causes of Ms. Rausa's ovarian
24  cancer were age, talc, obesity and unknown factors,
25  correct?

Page 673

1       A.    That would be my interpretation, yes.
2       Q.    Are there any risk factors for ovarian
3   cancer that you do not include in your case-specific
4   reports?
5             You see how you kind of have a list
6   here in the Rausa report at page 16 through 17?
7       A.    I try to do my best to list everything
8   that correlated with what I had had in my general
9   report.  If I missed something, I apologize.
10      Q.    Well, do you consider douching, for
11  example, to be a risk factor for ovarian cancer?
12      A.    Not by itself.
13      Q.    And what do you mean by that?
14      A.    Douching, without the use of talcum
15  powder, I don't believe increases the risk.
16      Q.    And do you discount the findings of the
17  Sister study on that score?
18      A.    I was looking predominantly at the
19  Cramer study.
20      Q.    Okay.  But what about the prospective
21  Sister study that found an increased -- statistically
22  significant increased risk for ovarian cancer for
23  douching, but not talc?
24            MS. THOMPSON:  Objection.
25            THE WITNESS:  There are a number of

Page 674

1   trouble -- problems with the Sister study.
2   BY MS. BROWN:
3       Q.    What about as to how it relates to
4   their findings about douching, do you have critiques
5   of that?
6       A.    It is what they say it is.  Their
7   follow-up was short.  These were younger women who
8   were at lower risk.  There is a variety of issues
9   with regard to that cohort study that I raise.
10      Q.    Did you say that the women in the
11  Sister study were at lower risk?
12      A.    They were younger and, therefore, at
13  lower risk.  The follow-up was short.
14      Q.    So fair to say, you don't consider
15  douching to be -- douching separate and apart from
16  talc to be a risk factor for ovarian cancer?
17            MS. THOMPSON:  Objection.
18            THE WITNESS:  I don't.
19  BY MS. BROWN:
20      Q.    Do you consider douching with also
21  using talc to be a risk factor?
22            MS. THOMPSON:  Objection.
23            THE WITNESS:  In the Cramer study it
24  said yes.
25  BY MS. BROWN:

Page 675

1       Q.    So did you consider the fact that
2   Ms. Rausa had douched as a risk factor for her
3   ovarian cancer?
4             MS. THOMPSON:  Objection.
5             THE WITNESS:  I hadn't really given
6   that consideration, but now that you brought it to my
7   attention, I think that would increase her risk a
8   little bit, but predominantly because she was using
9   talc.
10  BY MS. BROWN:
11      Q.    So would you consider the fact that
12  Ms. Rausa douched to also be a cause of her ovarian
13  cancer?
14            MS. THOMPSON:  Objection.
15            THE WITNESS:  Yes.
16  BY MS. BROWN:
17      Q.    So in terms of the causes of Ms.
18  Rausa's ovarian cancer, age, talc, obesity, douching
19  and unknown factors all caused Ms. Rausa's ovarian
20  cancer, correct?
21      A.    All contributed to the outcome of
22  ovarian cancer, yes.
23      Q.    But each one of those factors, age,
24  talc, obesity, unknown and douching were a cause of
25  Ms. Rausa's ovarian cancer?

Pages 672 to 675

Page 676

1    MS. THOMPSON: Objection.
2    THE WITNESS: Yes.
3 BY MS. BROWN:
4    Q.    And in terms of the percentage that
5 each of those factors contributed to cause
6 Ms. Rausa's ovarian cancer, science doesn't allow us
7 to know that sitting here today, is that fair?
8    A.    We can't ascribe a weight, if you will,
9 or a percentage risk to that.
10    Q.    And in terms of which of those factors,
11 age, talc, obesity, unknown or douching started to
12 create ovarian cancer first in terms of time, we also
13 don't know that.
14    Is that fair?
15    A.    That's fair.  Or we don't know, to flip
16 it around, to say we don't know when the last
17 mutation occurred that then caused the cancer.  We're
18 going with 5 to 10 mutations, so we don't know which
19 one came first, second, third, fourth and last.
20    Q.    We do know, as it relates to talc, that
21 whatever the date is Ms. Rausa had her tubal
22 ligation, in your view, based on your understanding
23 of how talc reaches the ovaries, it would not have
24 continued to enter her body -- enter the pathway to
25 her ovaries after her tubal ligation, is that

Page 677

1 correct?
2    A.    That as well as douching wouldn't have
3 gone into her pelvis either after her tubal ligation.
4    Q.    Have you ever heard of a medicine
5 called ████?
6    A.    Yes.
7    Q.    What's that?
8    A.    It's an ██████████████████████
██.
10    Q.    And have you ever prescribed ████?
11    A.    Yes.
12    Q.    Do you think it's a good medicine,
13 works well?
14    MS. THOMPSON: Objection.
15    THE WITNESS:  I think it's a good
16 medicine for ████.
17 BY MS. BROWN:
18    Q.    Did you see in Ms. Rausa's records that
19 ████████████?
20    A.    I did not.
21    Q.    Did you know that ████ contains
22 talc?
23    A.    No, I didn't.  But there are other
24 things like soaps that contain talc.  I presume she
25 probably used ████ for a very short period of

Page 678

1 time, not something chronic.
2    Q.    Did you do any investigation in any of
3 these individual cases about whether any of the women
4 in these cases used a daily hygiene product like soap
5 that contained talc?
6    A.    If they used a daily hygiene product?
7 You just mean soap when they bathed or something
8 special?
9    Q.    So when I was talking about ████
10 you raised the issue that some soaps contain talc,
11 right?
12    A.    Yes.
13    Q.    In forming your case-specific opinions
14 in this litigation, did you do any investigation, ask
15 any questions, look at any documents to find out
16 whether any of the three women that you're opining on
17 used a soap product with talc?
18    A.    I did not investigate that question.
19    Q.    Did you ask or ask the lawyers to ask
20 Dr. Godleski if any of the particles he found that
21 are consistent with talc, in his opinion, could have
22 come from a soap product with talc?
23    A.    Did not ask.
24    Q.    Do you intend to offer any opinions
25 about Ms. Rausa's course of treatment?

Page 679

1    A.    As I've responded to the other two
2 patients, if I'm asked with regard to her treatment
3 or pain and suffering or her recovery or her
4 prognosis, I would.
5    Q.    And what, just sitting here today,
6 what's your opinion on that?
7    Did she have a particularly difficult
8 course of treatment?
9    A.    Well, anytime somebody has a midline
10 incision to open their abdomen and have surgery,
11 that's a major surgical procedure.  She ultimately --
12    Q.    Doctor, I'm sorry.  Can I stop you?
13    For each of these individual patients,
14 would the surgery for the ovarian cancer have been
15 done laparoscopically or is this not -- not a
16 laparoscopic surgery?
17    A.    In this case it was not laparoscopic.
18 In one of the other two, it was laparoscopic.
19    Q.    Does the extent of the disease depend
20 on whether or not a physician can perform this
21 laparoscopically?
22    A.    That's predominantly the decision that
23 has to be made.
24    Q.    Got it.  I'm sorry to interrupt.
25    A.    But it's a surgical decision and I'm

Pages 676 to 679

Daniel L. Clarke-Pearson, MD                                    August 27, 2021

| Page 708 |
| --- |

1   you expect to see full data in an abstract presented
2   at a meeting?
3        A.    Would I expect all the data to be in an
4   abstract?  No.  I mean, the abstract is exactly what
5   that says, it's taking a portion -- sort of the
6   conclusions and some key points of that research, but
7   it certainly doesn't present all the data that I
8   would like to have to make a full evaluation.
9        Q.    How many, if you know, how many
10  reviewers typically evaluate a submitted abstract for
11  presentation at the SGO annual meeting?
12       MS. BROWN: Objection to the form.
13       THE WITNESS: I do know that from my
14  experience of being SGO president.  And so when
15  abstracts are submitted, they're triaged to specific
16  physicians, groups of physicians that have certain
17  expertise, and in this case, would have gone to a
18  group of physicians who do laboratory research on
19  cancers and not some clinician, like myself, who only
20  operates or teaches.  So it went to specific people.
21       Then the recommendations from that
22  small committee come back to the whole program
23  committee, which is approximately 40 or so people,
24  and those are presented.  And then a final vote is
25  made as to whether that abstract is suitable for

| Page 710 |
| --- |

1        A.    Yes.  Or other sources of information
2   are gathered by different physicians.
3        MS. THOMPSON: I don't have any other
4   questions.
5        MS. BROWN: No further questions.
6        Thanks for your patience.  We're off
7   the record.
8        (Off the record at 3:59 PM)
9        (Witness excused)
10       (Deposition concluded)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| Page 709 |
| --- |

1   presentation at the meeting.
2   BY MS. THOMPSON:
3        Q.    Your opinion as to the association with
4   talcum powder use in mucinous cancer is based on the
5   epidemiology studies, right?
6        A.    Yes.
7        MS. BROWN: Objection to form.
8   BY MS. THOMPSON:
9        Q.    And not the mechanistic data, correct?
10       MS. BROWN: Form.
11       THE WITNESS: That's correct.  I was
12  extrapolating or hypothesizing about the mechanism.
13  BY MS. THOMPSON:
14       Q.    And if other experts gave an opinion
15  that there was an association with talcum powder and
16  mucinous carcinoma, would you disagree with another
17  expert's opinion?
18       MS. BROWN: Objection to the form of
19  the question.
20       THE WITNESS: I would need to go back
21  and reevaluate where their opinion -- the source of
22  their opinion.
23  BY MS. THOMPSON:
24       Q.    Is that because professional opinions
25  can differ?

| Page 711 |
| --- |

1             C E R T I F I C A T E
2
3        I, Theresa Mastroianni Kugler, a Notary Public
4   and Certified Shorthand Reporter of the State of New
5   Jersey, do hereby certify that prior to the
6   commencement of the examination,
7        D A N I E L  L.  C L A R K E - P E A R S O N,  M D,
8   was duly sworn by me to testify the truth, the whole
9   truth, and nothing but the truth.
10       I DO FURTHER CERTIFY that the foregoing is a
11  true and accurate transcript of the testimony as
12  taken stenographically by and before me at the time,
13  place, and on the date hereinbefore set forth, to the
14  best of my ability.
15       I DO FURTHER CERTIFY that I am neither a
16  relative nor employee nor attorney nor counsel of any
17  of the parties to this action, and that I am neither
18  a relative nor employee of such attorney or counsel,
19  and that I am not financially interested in the
20  action.

┌─ DocuSigned by:
│  Theresa kugler
└─ 439DA87C1C71495...
21
22
23  Theresa Mastroianni Kugler, C.S.R.
    CERTIFIED COURT REPORTER
24  Certificate No. XIO857
    Date: August 30, 2021
25

Pages 708 to 711