# EXHIBIT 12



Rausa, Pasqualina
MRN: ▓▓▓▓, DOB: ▓▓▓▓, Sex: F
Encounter Date 2/8/2018

## Vitals (continued)

Most recent update: 2/8/2018 1:48 PM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ |

## Pain Information (Last Filed)

| Score | Location | Comments | | Edu? |
|---|---|---|---|---|
| 0-No pain | None | None | | None |

## PROVIDER PROGRESS NOTES

### Progress Notes by Highley, Louise Langdon, MD at 2/8/2018 1:30 PM

Author: Highley, Louise Langdon, MD
Encounter Date: 2/8/2018
Editor: Highley, Louise Langdon, MD (Physician)

Service: —
Filed: 2/8/2018 3:13 PM

Author Type: Physician
Status: Signed

**Chief Complaint:** ▓▓▓▓

**History of Present Illness:** ▓▓▓▓

**Past Gynecological History/ Health Maintenance:**
▓▓▓▓

**Obstetrical History:**
▓▓▓▓

**Medical History:**
▓▓▓▓

**Surgical History:**

| | | | Date | |
|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | |

**Social History:**
▓▓▓▓

**Social history:**
▓▓▓▓

**Social history:** ▓▓▓▓
▓▓▓▓