# EXHIBIT 13



**ANNE ARUNDEL MEDICAL CENTER**
2001 Medical Parkway
Annapolis MD 21401
Encounter Report

Newsome, Tamara
MRN: ▮, DOB: ▮, Sex: F
Adm: 9/8/2015, D/C: 9/10/2015

**ED Provider Notes - Notes Section (continued)**

ED Provider Notes by C. Michael Remoll, MD at 9/8/2015 11:39 AM (continued)



**Review of Systems**

**Past Medical History**

**Past Surgical History**

**Family History**

**History**