# EXHIBIT 14

WOMEN'S HEALTH SPECIALISTS OF MONTGOMERY COUNTY LLC • 12800 MIDDLEBROOK ROAD GERMANTOWN MD 20874-5204

**NEWSOME, TAMARA (id █████, dob: █████)**

**Clinical Document - Operative Note - █████**

PATIENT NAME: NEWSOME, TAMARA
MR#: █████
DATE OF SERVICE: █████
ACCT#: █████
DOB: █████
LOCATION: PACU
DICTATED BY: █████

I/P Operative Report



WOMEN'S HEALTH SPECIALISTS OF MONTGOMERY COUNTY LLC • 12800 MIDDLEBROOK RD • GERMANTOWN MD 20874-5204

**NEWSOME, TAMARA (id #44457, dob:**  **)**



```
R: 0         13:43:54
T:           14:23:53
J: 589795 AJS/IN
D: 693488
```

CC :

## Lab Results

## SURGICAL PATHOLOGY FINAL REPORT 04/14/2015 (#▮▮▮, Corrected, ▮▮▮▮▮ 12:59pm)

| Ordering Provider | ▮▮▮ ▮▮▮ | Performing Lab | TRINITY HEALTH 27870 CABOT DRIVE NOVI MI 48377 |
|---|---|---|---|
| Specimen/Accession ID | ▮▮▮ | Specimen Source | |
| Specimen Coll. Date | ▮▮▮▮ | Result Status | Corrected |
| Specimen Rec. Date | | Report Status | |
| Specimen Reported Date | ▮▮▮ | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY | | | | | | |