# EXHIBIT 25

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
                      - - -

IN RE: JOHNSON & JOHNSON        :
TALCUM POWDER PRODUCTS          :
MARKETING, SALES PRACTICES,     :
AND PRODUCTS LIABILITY          :
LITIGATION                      :

THIS DOCUMENT RELATES TO:       : MDL No. 16-2738
                                : (FLW) (LHG)
HILARY CONVERSE, et al.,        :
       Plaintiff,               : Case No. 3:18-cv-
       v.                       : 17586-FLW-LHG
JOHNSON & JOHNSON, et al.,      :
       Defendants.              :

                      - - -
                DECEMBER 1, 2020
                      - - -
```

Remote Oral Deposition, taken via Zoom, of HILARY CONVERSE, commencing at 10:14 a.m., on the above date, before Amanda Maslynsky-Miller, Realtime Reporter and Certified Court Reporter for the State of New Jersey.

                      - - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 2

```
 1      APPEARANCES:
 2
 3        ONDER LAW, LLC
          BY: CYNTHIA L. GARBER, ESQUIRE
 4        110 East Lockwood Avenue
          St. Louis, Missouri 63119
 5        (314) 408-6197
          Garber@onderlaw.com
 6        Representing the Plaintiff
 7
 8
 9        SHOOK, HARDY & BACON, LLP
          BY: BUFFY J. MIMS, ESQUIRE
10        1800 K Street NW
          Suite 1000
11        Washington, D.C. 20006
          (202) 783-8400
12        Bmims@shb.com
          Representing the Defendant,
13        Johnson & Johnson
14
15
16              - - -
17
18
19
20
21
22
23
24
```

Page 3

```
 1              - - -
 2           I N D E X
 3              - - -
 4
    Testimony of: HILARY CONVERSE
 5
 6  By Ms. Mims          6
    By Ms. Garber      179
 7
 8
 9              - - -
10           E X H I B I T S
11              - - -
12
    NO.    DESCRIPTION        PAGE
13
    Converse-1  No Bates
14       Defendants Johnson &
         Johnson and Johnson &
15       Johnson Consumer Inc.'s
         Notice of Videoconference
16       Oral Deposition of
         Hilary Converse and
17       Subpoena Duces Tecum    20
18  Converse-2  No Bates
         Plaintiff Profile Form   23
19
    Converse-2A  No Bates
20       6/30/20 Declaration     38
21  Converse-3  No Bates
         Amended Plaintiff Profile
22       Form                    32
23  Converse-4  No Bates
         11/25/20 Declaration    33
24
```

Page 4

```
 1              - - -
 2       DEPOSITION SUPPORT INDEX
 3              - - -
 4
 5  Direction to Witness Not to Answer
 6  Page Line   Page Line   Page Line
 7  None
 8
 9
10  Request for Production of Documents
11  Page Line   Page Line   Page Line
12   18   12
13   18   15
14
15  Stipulations
16  Page Line   Page Line   Page Line
17    5    1
18
19
20  Question Marked
21  Page Line   Page Line   Page Line
22  None
23
24
```

Page 5

```
 1              - - -
 2           (It is hereby stipulated and
 3      agreed by and between counsel that
 4      sealing, filing and certification
 5      are waived; and that all
 6      objections, except as to the form
 7      of the question, will be reserved
 8      until the time of trial.)
 9              - - -
10           COURT REPORTER: All parties
11      to this deposition are appearing
12      remotely and have agreed to the
13      witness being sworn in remotely.
14           Due to the nature of remote
15      reporting, please pause briefly
16      before speaking to ensure all
17      parties are heard completely.
18           Counsel, I will note your
19      appearances for the record and
20      swear in the witness.
21              - - -
22           HILARY CONVERSE, after
23      having been duly sworn, was
24      examined and testified as follows:
```

Hilary Converse

Page 130

1 birth control pills?
2     A.  I took -- I probably started
3 taking birth control pills when I was
4 about 18.  And then I took them until I
5 was trying to get pregnant.  So that
6 was -- would have made me about 23,
7 24ish.
8         And then I took them again
9 for probably four or five years until I
10 was trying to get pregnant again.  Then I
11 stopped taking them.
12         And then when I was
13 breastfeeding my son, I used a diaphragm
14 from -- until I stopped breastfeeding him
15 and then went back on the pill, probably
16 for another two or three years, until my
17 husband got a vasectomy.
18     Q.  Have you ever had a tubal
19 ligation?
20     A.  No.
21     Q.  Who prescribed the birth
22 control pills for you?
23     A.  The gynecologist.
24     Q.  Would that have been Dr.

Page 131

1 Fine?
2     A.  No.  Then -- I wasn't seeing
3 her then.  I was seeing a Dr. Lowell
4 Olson at that time.
5     Q.  Lowell Olson, is that the
6 name of the practice?
7     A.  Pardon?
8     Q.  Is Lowell Olson the name of
9 the practice?
10    A.  It was Molumphy and Olson,
11 and they were in New Haven.  But this was
12 a million years ago.  And I think they've
13 both passed away.
14    Q.  Have you ever had any
15 injectable or implanted hormonal
16 contraceptives?
17    A.  No.
18    Q.  And just to make sure we're
19 clear on that, I mean Depo-Provera,
20 Norplant.
21        Anything like that?
22    A.  No.
23    Q.  Have you ever used IUDs?
24    A.  No, I don't think so.

Page 132

1     Q.  All right.  Now, you did
2 mention that you used a diaphragm for a
3 little while.
4     A.  I did.
5     Q.  About how long?
6     A.  Probably about a year.  A
7 year or a little more than that.
8     Q.  Did you ever apply any type
9 of powder to the diaphragm?
10    A.  I did.  Per the directions
11 of the day, you were supposed to wash it
12 off and then put powder on it and then
13 put it back in the container.
14    Q.  And what type of powder did
15 you put on it?
16    A.  I used the Johnson's baby
17 powder.
18    Q.  And was that your process
19 for the year in which you used the
20 diaphragm?
21    A.  Yes.
22    Q.  Now, I asked you earlier if
23 you recalled the type of hormone
24 replacement therapy that you had used,

Page 133

1 and I'm going to go through some names
2 with you.  And if you can tell me if you
3 remember whether you used these or not.
4     A.  Okay.
5     Q.  Estradiol?
6     A.  That sounds familiar.
7     Q.  Provera?
8     A.  Would those two have been
9 taken at the same -- taken together, or
10 were they separate?
11    Q.  Let me ask it in this way:
12 If the medical record indicates that ▮
13 ▮
14 ▮              do you have any reason to
15
16 disagree with that?
17    A.  I don't think so.
18    Q.  Do you recall using
19 progesterone with the name Prometrium?
20    A.  That sounds familiar.
21    Q.  Have you ever used any
22 fertility treatments?
23    A.  No.
24    Q.  If the medical records also

34 (Pages 130 to 133)

Hilary Converse

Page 134

1  indicate that ▇▇▇▇▇
2  ▇▇▇▇▇▇▇▇▇
3  does that sound right?
4      A.  Until ▇? Yeah, well, I
5  didn't think it was quite ▇. But
6  2007 is when I had the surgery, so that
7  is probably right.
8      Q.  Did you ever use any
9  douching products?
10     A.  No.
11     Q.  Have you ever been diagnosed
12 with endometriosis?
13     A.  No.
14     Q.  Other than your -- you know,
15 prior to being diagnosed with ovarian
16 cancer, did you ever need to see a
17 gynecologist for any other problems over
18 your lifetime?
19     A.  Nothing is jumping out at
20 me.
21     Q.  Now, you've mentioned Dr.
22 Fine and also a gynecologist at the
23 Lowell Olson practice.
24         Can you tell me the name of

Page 135

1  any other gynecologists or obstetricians
2  that you've seen over your lifetime that
3  you can recall as you sit here today?
4      A.  Well, obstetrician, I also
5  saw Dr. Olson's partner, Dr. Molumphy, in
6  that practice, because they were the two
7  who delivered my children.
8          I did see someone at Sloan
9  Kettering when I had cancer. I don't
10 remember his name.
11         And I don't recall any other
12 ones.
13     Q.  Thank you.
14         You are a prior smoker; is
15 that correct?
16     A.  Yes.
17     Q.  And when did you begin
18 smoking?
19     A.  I was probably about 16.
20     Q.  About how old were you when
21 you stopped?
22     A.  Maybe 40, early 40s, I
23 think.
24     Q.  What brand of cigarettes did

Page 136

1  you smoke?
2      A.  I smoked sometimes, I think,
3  Newports and sometimes Marlboro Lights.
4      Q.  Does your husband smoke?
5      A.  No.
6      Q.  Did he ever smoke?
7      A.  He did.
8      Q.  When did he smoke?
9      A.  He started later. I'm not
10 sure. I think he was in his early 20s.
11 I'm not sure. And he stopped about 14
12 years ago. And he's 74 now.
13     Q.  And when you were smoking,
14 how much did you smoke per day?
15     A.  About a half a pack to a
16 pack a day.
17     Q.  When your husband was
18 smoking, about how much did he smoke a
19 day?
20     A.  I think about the same.
21     Q.  If you started smoking when
22 you were 16 and stopped in your early
23 40s, is it fair to say that you smoked
24 for approximately 25 years or so?

Page 137

1      A.  I think so.
2      Q.  What has been your heaviest
3  weight in adulthood, prior to being
4  diagnosed with ovarian cancer?
5      A.  I would say somewhere
6  between 150 and 160.
7      Q.  Have you ever been told by
8  any healthcare provider that you need to
9  lose weight?
10         MS. GARBER:  Object to the
11 form.
12         THE WITNESS:  No.
13 BY MS. MIMS:
14     Q.  Have you ever taken any
15 medication to address any weight issues?
16     A.  No.
17     Q.  Has any physician ever told
18 you to -- that you needed to exercise?
19     A.  Yes.
20     Q.  Have they ever told you that
21 you needed to exercise more? I'm sorry,
22 strike that. Let me just strike that
23 one.
24         What physician has told you

35 (Pages 134 to 137)

Hilary Converse

Page 198

1  believe it said, can cause lung cancer or
2  something to that effect.
3     Q.  Did it ever say anything
4  about associated with risk of ovarian
5  cancer --
6     A.  No.
7     Q.  -- or was it limited to lung
8  cancer?  What's your understanding?
9        MS. MIMS:  Object to the
10       form.
11       THE WITNESS:  My
12       understanding was it was based on
13       lung cancer.
14 BY MS. GARBER:
15    Q.  And even though there was a
16 risk associated with lung cancer, you
17 continued to smoke -- strike that.
18       And even though you saw a
19 warning about the association with lung
20 cancer, you continued to smoke over the
21 years; is that true, Ms. Converse?
22    A.  Yes.
23    Q.  Can you tell us why you
24 continued to do that?

Page 199

1     A.  I tried to stop smoking many
2  times.  I was extremely addicted to
3  cigarettes, and it just took me many,
4  many years before I finally was able to
5  stop.  I was just totally addicted.
6        MS. GARBER:  Thank you.  I
7        don't have anything further.
8        MS. MIMS:  I don't have any
9        follow-up.
10       MS. GARBER:  All right.  I
11       think we're finished.  We'll go
12       off the record.
13          - - -
14       (Whereupon, the deposition
15       concluded at 3:31 p.m.)
16          - - -

Page 200

1                CERTIFICATE
2
3
4  I, Amanda Maslynsky-Miller, Certified
   Realtime Reporter, do hereby certify that
   prior to the commencement of the examination,
5  HILARY CONVERSE, was remotely sworn by me to
   testify to the truth, the whole truth and
6  nothing but the truth.
7
   I DO FURTHER CERTIFY that the foregoing is a
8  verbatim transcript of the testimony as taken
   stenographically by me at the time, place and
9  on the date hereinbefore set forth, to the
   best of my ability.
10
11 I DO FURTHER CERTIFY that I am neither a
   relative nor employee nor attorney nor
12 counsel of any of the parties to this action,
   and that I am neither a relative nor employee
13 of such attorney or counsel, and that I am
   not financially interested in the action.
14
15
16 _____
   Amanda Miller
17 Certified Realtime Reporter
   Dated: December 10, 2020
18
19
   (The foregoing certification of this
20 transcript does not apply to any reproduction
   of the same by any means, unless under the
21 direct control and/or supervision of the
   certifying reporter.)
22
23
24

Page 201

1            INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8        After doing so, please sign
9  the errata sheet and date it.
10       You are signing same subject
11 to the changes you have noted on the
12 errata sheet, which will be attached to
13 your deposition.
14       It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days
17 of receipt of the deposition transcript
18 by you.  If you fail to do so, the
19 deposition transcript may be deemed to be
20 accurate and may be used in court.
21
22
23
24