# EXHIBIT 27

Daniel L. Clarke-Pearson, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

----------------------------------X

IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS

MARKETING, SALES PRACTICES,

AND PRODUCTS LIABILITY

LITIGATION

MDL No.:

16-2738 (FLW)(LHG)

----------------------------------X

ORAL AND VIDEOTAPED DEPOSITION OF

DANIEL L. CLARKE-PEARSON, M.D.

_____

MONDAY, FEBRUARY 4, 2019

9:03 A.M.
_____

Taken by the Defendants
at The Carolina Inn
211 Pittsboro Street
Chapel Hill, North Carolina 27516


- - -

Reported by Sophie Brock, RPR, RMR, RDR, CRR

- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Daniel L. Clarke-Pearson, M.D.

## Page 2

```
 1             A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFFS:
 3        BEASLEY, ALLEN, CROW, METHVIN,
          PORTIS & MILES, P.C.
 4        218 Commerce Street
          Montgomery, Alabama 36104
 5        Telephone: (334) 269-2343
          By:  LEIGH O'DELL, ESQ.
 6             leigh.odell@beasleyallen.com
               MARGARET THOMPSON, MD, JD, MPAff
 7             margaret.thompson@beasleyallen.com
 8        - and -
 9        BLOOD, HURST & O'REARDON, LLP
          501 West Broadway, Suite 1490
10        San Diego, California 92101
          Telephone: (619) 338-1100
11        By:  PAULA R. BROWN, ESQ.
               pbrown@bholaw.com
12
13   ON BEHALF OF THE DEFENDANT
     JOHNSON & JOHNSON:
14
          TUCKER ELLIS, LLP
15        515 South Flower Street
          Forty-Second Floor
16        Los Angeles, California 90071
          Telephone: (213) 430-3301
17        By:  MICHAEL C. ZELLERS, ESQ.
               michael.zellers@tuckerellis.com
18
          - and -
19
          DRINKER BIDDLE & REATH, LLP
20        600 Campus Drive
          Florham Park, New Jersey 07932-1047
21        Telephone: (973) 549-7164
          By:  JESSICA L. BRENNAN, ESQ.
22             jessica.brennan@dbr.com
23
24
25
```

## Page 3

```
 1       A P P E A R A N C E S (Continued)
 2   ON BEHALF OF THE DEFENDANT
     IMERYS TALC AMERICA, INC.:
 3
          DYKEMA GOSSETT, PLLC
 4        112 E. Pecan Street, Suite 1800
          San Antonio, Texas 78205
 5        Telephone: (210) 554-5549
          By:  JANE E. BOCKUS, ESQ.
 6             jbockus@dykema.com
 7        - and -
 8        COUGHLIN DUFFY LLP
          350 Mount Kemble Avenue
 9        Morristown, New Jersey 07962
          Telephone: (973) 267-0058
10        By:  MARYAM M. MESEHA, ESQ.
               mmeseha@coughlinduffy.com
11
12   ON BEHALF OF THE DEFENDANT
     PERSONAL CARE PRODUCTS COUNCIL:
13
          SEYFARTH SHAW LLP
14        975 F Street, N.W.
          Washington, DC 20004-1454
15        Telephone: (202) 463-2400
          By:  JAMES R. BILLINGS-KANG, ESQ.
16             jbillingskang@seyfarth.com
17
18   ON BEHALF OF THE DEFENDANT PTI:
19        TUCKER ELLIS
          233 South Wacker Drive
20        Chicago, Illinois 60606
          Telephone: (312) 624-6300
21        By:  JAMES W. MIZGALA, ESQ.
               james.mizgala@tuckerellis.com
22
23   VIDEOGRAPHER:
24        Brad Smith
25
```

## Page 4

```
 1               INDEX OF EXAMINATIONS
 2                                      PAGE
 3   BY MR. ZELLERS . . . . . . . . . . . . . . . .9, 345
 4   BY MS. BOCKUS  . . . . . . . . . . . . . .308, 345
 5   BY MR. MIZAGALA  . . . . . . . . . . . . . . . 341
 6   BY MS. O'DELL  . . . . . . . . . . . . . . . . 343
 7
 8               INDEX OF EXHIBITS
 9   NUMBER      DESCRIPTION           MARKED
10   Exhibit 1   Notice of Deposition of . . . . . . . .11
                 Daniel L. Clarke-Pearson
11
                 Exhibit 2   Invoice from UNC School of  . . . . .16
12               Medicine to Beasley Allen Law
                 Firm, dated January 4, 2019
13
                 Exhibit 3   Dr. Clarke-Pearson's list of  . . . . .26
14               medicolegal cases in the past
                 five years
15
                 Exhibit 4   Exhibit C:  . . . . . . . . . . . . .26
16               Daniel Clarke-Pearson, MD,
                 Prior Testimony
17
                 Exhibit 5   Rule 26 Expert Report of  . . . . . . .30
18               Daniel L. Clarke-Pearson, MD
19   Exhibit 6   Exhibit B: Listing of additional  . . .33
                 materials considered
20
                 Exhibit 7   Article titled "Epidemiology of . . . .36
21               Commonly Used Statistical Terms
                 and Analysis of Clinical
22               Studies," by Wendy R. Brewster,
                 MD, PhD
23
                 Exhibit 8   UpToDate reprint of article . . . . . .36
24               titled "Evidence-based medicine,"
                 authored by Arthur T. Evans, MD,
25               MPH, and Gregory Mints, MD, FACP
```

## Page 5

```
 1           INDEX OF EXHIBITS (Continued)
 2   NUMBER      DESCRIPTION           MARKED
 3   Exhibit 9   Article titled "Emerging Themes . . . .36
                 in Epidemiology," by Fedak et al.
 4
     Exhibit 10  Folder marked "ASBESTOS OV CA" . . . .37
 5
     Exhibit 11  Folder marked "EPI" . . . . . . . . . .47
 6
     Exhibit 12  Folder titled "ANIMALS" . . . . . . . .49
 7
     Exhibit 13  Folder titled "LATENCY" . . . . . . . .51
 8
     Exhibit 14  Folder titled "ASBESTOS FIBROUS . . . .53
 9               TALK LONGO, ETC"
10   Exhibit 15  Exhibit A: Curriculum Vitae of  . . . .54
                 Daniel Lyle Clarke-Pearson, M.D.
11
     Exhibit 16  Article titled "Spectrum of . . . . . .99
12               Mutation and Frequency of Allelic
                 Deletion of the p53 Gene in
13               Ovarian Cancer," by Matthew F.
                 Kohler, et al.
14
     Exhibit 17  Article titled "Screening for . . . . 102
15               Ovarian Cancer," published by
                 Daniel L. Clarke-Pearson, M.D.,
16               in The New England Journal of
                 Medicine
17
     Exhibit 18  Article from the National . . . . . . 110
18               Cancer Institute website titled
                 "Ovarian, Fallopian Tube, and
19               Primary Peritoneal Cancer
                 Prevention (PDQ®) - Health
20               Professional Version"
21   Exhibit 19  Letter from FDA Department of . . . . 113
                 Health and Human Services, dated
22               April 1, 2014, to Samuel S.
                 Epstein, M.D.
23
     Exhibit 20  International Agency for  . . . . . . 124
24               Research on Cancer printout
                 listing agents classified by the
25               IARC Monographs, Volumes 1-123
```

2 (Pages 2 to 5)

Daniel L. Clarke-Pearson, M.D.

Page 6

INDEX OF EXHIBITS (Continued)
NUMBER          DESCRIPTION                    MARKED
Exhibit 21   Article titled "Perineal Use of . . . 136
             Talc and Risk of Ovarian Cancer,"
             by H. Langseth, et al.
Exhibit 22   Article titled "Genital Use of . . . 152
             Talc and Risk of Ovarian Cancer:
             A Meta-Analysis," by Wera Berge,
             et al.
Exhibit 23   Ovid SP printout of article . . . . . 152
             titled "Genital Use of Talc and
             Risk of Ovarian Cancer: A
             Meta-Analysis," by Wera Berge,
             et al.
Exhibit 24   Article titled "Perineal Talc . . . . 153
             Use and Ovarian Cancer A
             Systematic Review and
             Meta-Analysis," by Ross
             Penninkilampi and Guy D. Eslick
Exhibit 25   Article titled "Association . . . . . 159
             between Body Powder Use and
             Ovarian Cancer: The African
             American Cancer Epidemiology
             Study (AACES)," by Joellen M.
             Schildkraut, et al.
Exhibit 26   Article titled "The Association . . . 190
             Between Talc Use and Ovarian
             Cancer A Retrospective
             Case-Control Study in Two US
             States," by Daniel W. Cramer, et
             al.
Exhibit 27   Article titled "The . . . . . . . . . 230
             Relationship Between Perineal
             Cosmetic Talc Usage and Ovarian
             Talc Particle Burden," by
             Debra S. Heller, MD, et al.

Page 7

INDEX OF EXHIBITS (Continued)
NUMBER          DESCRIPTION                    MARKED
Exhibit 28   Article titled "Talcum Powder, . . . 238
             Chronic Pelvic Inflammation and
             NSAIDs in Relation to Risk of
             Epithelial Ovarian Cancer," by
             Melissa A. Merritt, et al.
Exhibit 29   Health Canada Decision-Making . . . . 292
             Framework for Identifying,
             Assessing, and Managing Health
             Risks, dated August 1, 2000
Exhibit 30   Systematic Review and . . . . . . . . 300
             Meta-Analysis of the Association
             between Perineal Use of Talc and
             Risk of Ovarian Cancer, by
             Mohamed Kadry Taher, et al.

Page 8

PROCEEDINGS
THE VIDEOGRAPHER:  We are now on record.  Today's date is February 4, 2019, and the time is approximately 9:03 a.m.
This is the videotaped deposition of Dr. Daniel Clarke-Pearson.  It's being taken in regards to the Talcum Powder Litigation, MDL No. 2738.
Would counsel please now introduce themselves for the record, and then our court reporter will swear in the witness.
MS. O'DELL:  Leigh O'Dell from Beasley Allen, on behalf of the plaintiffs.
MS. THOMPSON:  Margaret Thompson, Beasley Allen, on behalf of the plaintiffs.
MS. BROWN:  Paula Brown from Blood, Hurst & O'Reardon, on behalf of the plaintiffs.
MR. ZELLERS:  Michael Zellers, on behalf of the Johnson & Johnson defendants.
MS. BRENNAN:  Jessica Brennan, on behalf of the Johnson & Johnson defendants.
MR. BILLINGS-KANG:  James Billings-Kang, Seyfarth Shaw, on behalf of Personal Care Products Council.
MS. BOCKUS:  Jane Bockus, on behalf of Imerys.

Page 9

MS. MESEHA:  Maryam Meseha, on behalf of Imerys.
MR. MIZGALA:  James Mizgala, on behalf of PTI.
Whereupon,
   DANIEL L. CLARKE-PEARSON, MD,
   having first been duly sworn/affirmed,
   was examined and testified as follows:
   EXAMINATION BY COUNSEL FOR THE
   JOHNSON & JOHNSON DEFENDANTS
BY MR. ZELLERS:
   Q.  Can you state your name, please.
   A.  Yes.  Daniel Lyle Clarke-Pearson.
   Q.  Dr. Clarke-Pearson, we're here to take your deposition in the talcum powder MDL litigation.
      You're aware of that?
   A.  Yes, sir.
   Q.  You've given a number of depositions in the past; is that right?
   A.  I have.
   Q.  You are familiar with the rules that we're going to follow here today?
   A.  Yes.
   Q.  If I ask you a question or if any counsel asks you a question that you don't understand, tell us

Daniel L. Clarke-Pearson, M.D.

Page 130

BY MR. ZELLERS:
 Q. I take it that's no to my question. Is that right? And I'll ask it again if you'd like me to.
   MS. O'DELL: Object to the form. I think he answered your question.
   THE WITNESS: I'm not aware that it's a strong association or a weak association. It's a statistically significant association.
BY MR. ZELLERS:
 Q. You cannot point me to any peer-reviewed literature on talc and ovarian cancer that states that 1.3 is a strong association; correct?
   MS. O'DELL: Object to the form. Asked and answered.
   THE WITNESS: That's correct.
BY MR. ZELLERS:
 Q. IARC does not refer to this as a strong association; correct?
 A. I'm not familiar with what IARC says.
 Q. FDA does not refer to this as a strong association; correct?
 A. I'm not aware.
 Q. The National Cancer Institute does not refer to this as a strong association; correct?
 A. I'm not aware what they said about strong or

Page 131

weak.
 Q. Do your opinions on causation and strength of association apply equally to all forms of ovarian cancer?
 A. No.
 Q. Are you able to break down your opinion with respect to ovarian cancer?
 A. Yeah. So there are three types of ovarian cancer: germ cell, sex cord-stromal, and epithelial ovarian cancers. I have no evidence that sex cord-stromal tumors or germ cell tumors are associated with the use of talcum powder, although they are rare cancers, so it would take much larger populations to really fully investigate that issue.
 Q. Do you -- strike that.
   Does your opinion on strength of association and causation apply equally to all forms of epithelial ovarian cancer?
 A. Reading the literature, it appears that there is some variation in terms of impact that talcum powder might have on some forms of ovarian cancer.
 Q. Tell us what your opinions with the different subtypes of epithelial ovarian cancer and whether or not they are either a risk factor or a causative factor for ovarian cancer.

Page 132

   MS. O'DELL: Object to the form.
   THE WITNESS: I'm not sure that question --
BY MR. ZELLERS:
 Q. I thought it was a good question. I can try to do it again, but, did you not understand that question?
 A. I think what you're trying to get at is does talcum powder have equal carcinogenic effect resulting in different types of epithelial ovarian cancers?
 Q. Yes.
 A. Okay. So different types of epithelial ovarian cancers are separated into several -- and we believe there are several different mechanisms that cause them. So in the past, they've been lumped into epithelial ovarian cancers; but, in fact, the biology of mucinous tumors -- cancers -- are different than serous cancers.
   Based on the epidemiologic evidence that I've seen, there is a preponderance of impact on women that have serous carcinomas of the ovary, which is the most common ovarian cancer; and because it is the most common, it's more likely we're going to see a statistical association as opposed to a rarer cancer like a mucinous cancer.

Page 133

   So that is my answer to your question.
 Q. Do your opinions as to talcum powder used in the perineal area being a risk factor and/or a causative factor for serous ovarian cancer also apply to mucinous ovarian cancer?
 A. I think the association is weaker for mucinous.
 Q. How about for endometrioid?
 A. I think some studies have suggested endometrioid is increased risk with talcum powder.
 Q. Is it weaker?
 A. Is it weaker?
 Q. Than serous.
 A. Than serous? I'm not certain of that.
 Q. Clear cell, is it weaker than serous?
 A. I'm not certain of that because clear cell is a very rare cancer.
 Q. On page 8 of your report, you say that (as read):
   "The strength of association
   between talcum powder and ovarian
   cancer is critically important
   because of severity and frequency
   of ovarian cancer."
   Is that right?

34 (Pages 130 to 133)

Daniel L. Clarke-Pearson, M.D.

Page 346

1  of having ovarian cancer. I'm not aware of any study
2  that's been able to investigate that to date.
3  BY MS. BOCKUS:
4      Q. That is something that could be investigated;
5  correct?
6          MS. O'DELL: Object to the form.
7          THE WITNESS: In a case-control study,
8  yes.
9  BY MS. BOCKUS:
10     Q. But to your knowledge, it's never been
11 reported; correct?
12     A. Not that I'm aware of.
13         MS. BOCKUS: That's all I have.
14         THE WITNESS: Thank you, everybody.
15         MR. ZELLERS: Thank you, Doctor.
16         THE VIDEOGRAPHER: Just one second.
17     This concludes the deposition of Dr. Daniel
18 Clarke-Pearson. Time going off the record is
19 5:44 p.m.
20     (Whereupon, at 5:44 p.m., the deposition ceased.
21         Signature was reserved.)
22
23
24
25

Page 347

1          ACKNOWLEDGMENT OF DEPONENT
2      I, DANIEL L. CLARKE-PEARSON, M.D., do hereby
3  acknowledge that I have read and examined the foregoing
4  testimony, and the same is a true, correct, and complete
5  transcription of the testimony given by me, and any
6  corrections appear on the attached errata sheet signed
7  by me.
8
9  _____  _____
10      (DATE)              (SIGNATURE)

Page 348

1              E R R A T A
2  CASE NAME: TALCUM POWDER LITIGATION MDL NO. 2738CASE
3  WITNESS NAME: DANIEL L. CLARKE-PEARSON, M.D.
4  CASE NUMBER: 16-2738 (FLW)(LHG)
5  PAGE  LINE     READS            SHOULD READ
6  ___  ___  _____  _____
7  ___  ___  _____  _____
8  ___  ___  _____  _____
9  ___  ___  _____  _____
10 ___  ___  _____  _____
11 ___  ___  _____  _____
12 ___  ___  _____  _____
13 ___  ___  _____  _____
14 ___  ___  _____  _____
15 ___  ___  _____  _____
16 ___  ___  _____  _____
17 ___  ___  _____  _____
18 ___  ___  _____  _____
19 ___  ___  _____  _____
20 ___  ___  _____  _____
21 ___  ___  _____  _____
22 ___  ___  _____  _____
23 ___  ___  _____  _____
24 ___  ___  _____  _____
25 ___  ___  _____  _____

Page 349

1  STATE OF NORTH CAROLINA  )
                            ) C E R T I F I C A T E
2  COUNTY OF ORANGE         )
3      I, Sophie Brock, Court Reporter and Notary
4  Public, the officer before whom the foregoing proceeding
5  was conducted, do hereby certify that the witness(es)
6  whose testimony appears in the foregoing proceeding were
7  duly sworn by me; that the testimony of said witness(es)
8  were taken by me to the best of my ability and
9  thereafter transcribed under my supervision; and that
10 the foregoing pages, inclusive, constitute a true and
11 accurate transcription of the testimony of the
12 witness(es).
13     I do further certify that I am neither counsel
14 for, related to, nor employed by any of the parties to
15 this action, and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties thereof, nor financially or otherwise interested
18 in the outcome of said action.
19     This, the 6th day of February, 2019.
20
21
22
23              _____
              Sophie Brock, RPR, RMR, RDR, CRR
24            Notary Number: 200834000001
25

88 (Pages 346 to 349)