# EXHIBIT 41

Pasqualina Rausa

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

PASQUALINA RAUSA,            )
                             )
        Plaintiff,           )
                             )   MDL NO. 16-2738
vs.                          )   (FLW) (LHG)
                             )
JOHNSON & JOHNSON, et al.,   )   CASE NO.
                             )    3:20-cv-02947-FLW-LHG
        Defendants.          )

WEDNESDAY, JANUARY 27, 2021

Remote deposition of Pasqualina Rausa, conducted at the location of the witness in Ponte Vedra, Florida, commencing at 12:58 p.m., on the above date, before Dianne N. Sarkisian, Certified Shorthand Reporter and Registered Professional Reporter.

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Pasqualina Rausa

## Page 2

```
 1   APPEARANCES:
 2
        JENNIFER EMMEL, ESQUIRE
 3      Beasley Allen Law Firm
        218 Commerce Street
 4      Montgomery, Alabama 36104
        (334) 495-1306
 5      Jennifer.Emmel@BeasleyAllen.com
 6         Appearing on behalf of the Plaintiff
           (via Zoom.)
 7
 8
 9      LORI C. McGRODER, ESQUIRE
        Shook, Hardy & Bacon, LLP
10      2555 Grand Boulevard
        Kansas City, Missouri  64108
11      (816) 474-6550
        Lmcgroder@shb.com
12
           Appearing on behalf of the Defendants
13         (via Zoom.)
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                INDEX
 2   Witness                                Page
     Pasqualina Rausa
 3
     DIRECT EXAMINATION
 4   BY MS. McGRODER:                          5
 5
     CROSS EXAMINATION
 6   BY MS. EMMEL:                           146
 7   REDIRECT EXAMINATION
     BY MS. McGRODER:                        175
 8
     RECROSS EXAMINATION
 9   BY MS. EMMEL:                           177
10              EXHIBITS
11
     Exhibit                                 Page
12   (Exhibits attached to transcript.)
13   PLAINTIFF'S PREMARKED EXHIBITS 1-3        4
     PHOTOGRAPHS
14
     DEFENDANT'S EXHIBIT 1, DEFENDANT'S       30
15   JOHNSON & JOHNSON AND JOHNSON &
     JOHNSON CONSUMER INC.'S NOTICE OF
16   DISCOVERY DEPOSITION VIA REMOTE
     TECHNOLOGY OF PASQUALINA RAUSA AND
17   SUBPOENA DUCES TECUM
18   DEFENDANT'S EXHIBIT 2 AND 2-A,           33
     PLAINTIFF PROFILE FORM AND SIGNED
19   DECLARATION PAGE
20   DEFENDANT'S EXHIBIT 3, MEDICAL RECORD    93
     PRrausaAMG, BATES 10-13
21
     DEFENDANT'S EXHIBIT 4, MEDICAL RECORD    95
22   PRausaPL, BATES 27-31
23   DEFENDANT'S EXHIBIT 5, MEDICAL RECORD   103
     PRAUSACMAMR, BATES 58-61
24
25
```

## Page 4

```
 1   Ponte Vedra, Florida
 2   Wednesday, January 27, 2021
 3   12:58 p.m.
 4              ***
 5        (PLAINTIFF'S PREMARKED EXHIBITS 1-3
 6        PHOTOGRAPHS MARKED FOR IDENTIFICATION.)
 7        COURT REPORTER:  Good afternoon.  We are
 8   on the record.
 9        The attorneys participating in this
10   deposition acknowledge that I, court reporter, am
11   not present with the witness and that I will be
12   reporting the proceedings and administering the
13   oath remotely.
14        This arrangement is pursuant to the
15   Florida Supreme Court Administrative Order
16   AOSC-20-16 and extended by AOSC-20-17.  The
17   parties and their counsel consent to this
18   arrangement and waive any objections to this
19   manner of reporting.
20        Please indicate your agreement by
21   stating your name and your agreement on the
22   record.
23        Thank you.
24        MS. McGRODER:  Lori McGroder of Shook
25   Hardy & Bacon, on behalf of J&J, and we agree to
```

## Page 5

```
 1   the process here today.
 2        MS. EMMEL:  Jennifer Emmel with Beasley
 3   Allen for the Plaintiff.  We also agree.
 4        COURT REPORTER:  Okay.  I'll swear the
 5   witness in.
 6        Ma'am, I'll swear you in under oath.
 7        Please raise your right hand.
 8        (Witness complied.)
 9        COURT REPORTER:  Do you swear the
10   testimony you're about to give is the truth, the
11   whole truth, and nothing but the truth?
12        THE WITNESS:  Yes, I do.
13        COURT REPORTER:  Thank you, ma'am.
14        Please proceed.
15              ***
16        PASQUALINA RAUSA,
17   was thereupon called as a witness herein, and after
18   having first been duly sworn or affirmed to testify
19   to the truth, was examined and testified as follows:
20        DIRECT EXAMINATION
21   BY MS. McGRODER:
22        Q.  Well, good afternoon, Ms. Rausa.  We met
23   very briefly by video right before we got started
24   here.  I'm Lori McGroder, and I represent Johnson
25   & Johnson.
```

Pasqualina Rausa

Page 78

1  Q. What years was he deployed?
2  A. He went... When the Gulf War broke out,
3  he deployed and he stayed... He deployed in
4  November and he stayed till the following May. So
5  I don't remember the year that was, though; 1990s.
6  I don't remember what year.
7  Q. Early '90s?
8  A. I think so, yeah.
9  Q. And so what did he do during his...
10 What was his military experience like, his job?
11 A. He was in communications.
12 Q. Any other times he was deployed?
13 A. No.
14     MS. McGRODER: Let's take a short break,
15 five, ten minutes. And when we come back, we'll
16 talk a little bit more about your medical history,
17 okay?
18     THE WITNESS: Um-hum.
19     MS. McGRODER: Okay, thank you.
20     COURT REPORTER: Okay. Off the record.
21 It's 2:37. We'll come back at 2:47, something
22 like that.
23     MS. McGRODER: Okay, 2:47.
24     COURT REPORTER: Yes, ma'am. Thank you.
25     (Recess taken at 2:37 p.m.)

Page 79

1     (Back on the record at 2:47 p.m.)
2     COURT REPORTER: We're on the record.
3     MS. McGRODER: Thank you.
4  BY MS. McGRODER:
5  Q. Ms. Rausa, I'm going to ask you a few
6  questions and this is where we're going to get
7  into areas that are, you know, about your personal
8  and medical history, including your gynecologic
9  history.
10     So once again, I don't mean to ask you
11 anything, you know, to embarrass you or anything
12 like that. Just have to ask these questions based
13 on the type of lawsuit you brought, okay?
14 A. I'm fine.
15 Q. All right. How old were you when you
16 first got your period?
17 A. 11.
18 Q. So that would have been about 1966?
19 A. Um-hum.
20 Q. And over the course of your life, having
21 menstrual periods, did they ever change in nature
22 or were they typically the same?
23 A. No, typically the same.
24 Q. And tell me about your periods. Were
25 they, uh... How many days, typically?

Page 80

1  A. About five days.
2  Q. And did you ever have irregular periods?
3  A. No, no. I never had a problem.
4  Q. Did you ever have periods that were too
5  heavy?
6  A. No.
7  Q. Did you ever have painful periods?
8  A. No.
9  Q. Did you ever have symptoms with your
10 menstrual cycle like cramping or headaches?
11 A. No.
12 Q. Did you ever at any time have to see a
13 physician related to your menstrual cycle?
14 A. No.
15 Q. Did you ever miss any school, for
16 example, because you had to stay home with cramps
17 or anything like that?
18 A. No. I could never understand why women
19 or girls used to complain 'cause I never had that.
20 Q. And do you know what year you finished
21 menopause?
22 A. I believe it was between 55 and 56.
23 Q. Do you know when your last menstrual
24 period was?
25 A. I wouldn't be able to tell you the

Page 81

1  month, no. I don't know.
2  Q. Did you have symptoms when you were
3  going through menopause?
4  A. The only thing I had was hot flashes.
5  Q. For how long did you experience hot
6  flashes with menopause?
7  A. Well, I know that I retired in, I was
8  around 61, and I remember having to keep a little
9  fan on my desk even in the winter, 'cause I always
10 had the hot flashes. But when I retired, I don't
11 remember them as much, but when I worked I had
12 them.
13 Q. So you would have retired in 2016, did
14 you say?
15 A. I was almost 61 when I retired.
16 Q. Do you remember when your hot flashes
17 began?
18 A. No, no, I do not.
19 Q. Did you ever seek treatment for your hot
20 flashes?
21 A. No.
22 Q. Did you report your symptoms of hot
23 flashes to any doctors?
24 A. I might have, but I don't think it was
25 an issue.

21 (Pages 78 to 81)

Pasqualina Rausa

Page 98

1  ▓▓▓, humm.
2      Q. You don't disagree that's what this
3  record states, right?
4      A. That's what it states, but I know for a
5  fact, I was about 55 or 56 years old when I last
6  had a period.
7      Q. Okay.
8      A. The reason why I remember that is
9  because my sister told me ▓▓▓
10 ▓▓▓ and so I don't
11 know where they're getting this information from
12 because I know it was between 55 and 56.
13     Q. Okay. But we've now seen two records
14 that state ▓▓▓
15 ▓▓▓
16 ▓▓▓ You don't disagree with that,
17 do you? I mean, that's what's in the records,
18 right?
19     A. It's in the record, but let me see.
20 About how old was I in 2002? Um...
21     Q. Well, you were born in '55. 2005 you
22 would have been 50. So in 2002 you'd be about 47.
23     A. Yeah. I don't think it was that... I
24 don't... I don't know. It can't be that young.
25 I don't know where that information came from, but

Page 99

1  it's not correct.
2      Q. So your testimony is both of these
3  records are wrong?
4      A. The age, yes, is wrong.
5      Q. Okay. This record also states, just
6  going through here, that ▓▓▓
7  ▓▓▓. That's correct, right?
8      A. Yes.
9      Q. And that ▓▓▓
10 ▓▓▓; is that correct?
11     A. I don't... I wouldn't say I have a
12 history of it. I had it for a short period of
13 time, but I do not have a history of it.
14     Q. So you were diagnosed with ▓▓▓
15 at one time; is that correct?
16     A. Yes, ▓▓▓, yes. Mild they
17 called it, mild.
18     Q. Were you ordered a ▓▓▓?
19     A. I was, but I used it for a very short
20 period of time.
21     Q. And you stopped using that on your own,
22 correct?
23     A. Yes.
24     Q. Then going on with respect to this ob/
25 gyn history, it says, ▓▓▓

Page 100

1  ▓▓▓. That's correct, right?
2      A. (No Response.)
3      Q. Is that right?
4      A. Yes.
5      Q. ▓▓▓; is that
6  right?
7      A. Right.
8      Q. ▓▓▓. That's
9  correct, right?
10     A. Right.
11     Q. I think that's all the questions I have
12 on this document.
13         Have you had issues with your weight
14 throughout your adulthood?
15     A. On and off, yes.
16     Q. And I'm going to just ask you some
17 general questions about your weight.
18         If the records reflect ▓▓▓
19 ▓▓▓
20 ▓▓▓, do you have any reason to disagree
21 with that, that ▓▓▓?
22     A. No, I don't disagree.
23     Q. Is it correct that you have a history of
24 diabetes?
25     A. No, that's not correct.

Page 101

1      Q. You were diagnosed with diabetes; is
2  that correct?
3      A. No, I was never diagnosed with diabetus.
4  I went to a doctor and he told me ▓▓▓
5  ▓▓▓
6  ▓▓▓
7  ▓▓▓
8  ▓▓▓.
9      Q. Have you ever taken the drug, ▓▓▓?
10     A. I think ▓▓▓
11 ▓▓▓
12 ▓▓▓.
13     Q. So your testimony is, you've never been
14 diagnosed with diabetes?
15     A. Well, I don't... I was never told I had
16 diabetus.
17     Q. Okay. Have you ever been diagnosed with
18 reactive airway disease?
19     A. Reactive? Yes, I had that. I was
20 diagnosed with that one year and I had a terrible,
21 terrible cold.
22     Q. Have you ever been diagnosed with
23 asthma?
24     A. No. Reactive airway disease they called
25 it.

26 (Pages 98 to 101)

Golkow Litigation Services - 1.877.370.DEPS

Pasqualina Rausa

Page 178

1  MS. McGRODER: I have no further
2  questions, either.
3  Ms. Rausa, it was wonderful meeting you
4  today. And thank you very much for being here for
5  the deposition. I appreciate your patience with
6  the whole virtual process and just really good
7  luck to you and thanks for participating.
8  THE WITNESS: Thank you.
9  MS. McGRODER: Let's go off the record.
10  COURT REPORTER: Yes, ma'am, off the
11  record.
12  (Deposition concluded at 5:23 p.m.
13  Signature not reserved.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 179

1  CERTIFICATE OF OATH
2
3  THE STATE OF FLORIDA)
4  COUNTY OF MIAMI-DADE)
5
6  I, Dianne N. Sarkisian, CSR, Certified
7  Shorthand Reporter, in my capacity as a Notary Public of
8  the State of Florida at Large, authorized to administer
9  oaths on this 27th day of January, 2021, at 12:58 PM,
10  certify that PASQUALINA RAUSA appeared before me via
11  Zoom pursuant to Florida Supreme Court Administrative
12  Order AOSC-20-16 and extended by AOSC-20-17, and took an
13  oath or affirmation for the purpose of giving testimony
14  in the above-entitled matter.
15
16
17
        _____
18      Dianne N. Sarkisian
        Notary Public - State of Florida
19      My Commission No. GG 959678
        Expires: 02-18-2024
20
21
22
23
24
25

Page 180

1  CERTIFICATE OF REPORTER
2
3  THE STATE OF FLORIDA)
4  COUNTY OF MIAMI-DADE)
5
6  I, DIANNE N. SARKISIAN, CSR, Certified
7  Shorthand Reporter, and Notary Public of the State
8  of Florida, do hereby certify that I was authorized
9  to and did stenographically report the deposition
10  of PASQUALINA RAUSA; that a review of the
11  transcript was waived; and that pages 1 through 178
12  is a true record of the foregoing transcript.
13  I FURTHER CERTIFY that I am not a
14  relative nor employee of any counsel, nor any of
15  the parties in said suit, nor am I financially
16  interested in the action.
17  DATED this 5th day of February 2021, at
18  Miami; Miami-Dade County, Florida.
19
20
        _____
21      Dianne N. Sarkisian
        Certified Court Reporter
22
23
24
25

46 (Pages 178 to 180)