## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Converse v. Johnson & Johnson*<br>No. 3:18-cv-17586-MAS-RLS<br><br>*Newsome v. Johnson & Johnson*<br>No. 3:18-cv-17146-MAS-RLS<br><br>*Rausa v. Johnson & Johnson*<br>No. 3:20-cv-02947-MAS-RLS | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DR. DANIEL CLARKE-PEARSON** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order that excludes Dr. Clarke-Pearson's specific causation opinions with respect to Ms. Rausa, Ms. Converse, and Ms. Newsome; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** as follows:

1. Defendants' Motion to Exclude the Opinions of Dr. Daniel Clarke-Pearson is hereby **GRANTED**; and

2.     Dr. Daniel Clarke-Pearson's specific causation opinions with respect to Ms. Rausa, Ms. Converse, and Ms. Newsome are hereby excluded.

 

_____
Hon. Michael A. Shipp, U.S.D.J.