**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' GENERAL CAUSATION OPINIONS** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order that excludes Plaintiffs' experts' general causation opinions in their entirety; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby **ORDERED** as follows:

1. Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions is hereby **GRANTED**; and

2. Plaintiffs' experts' general causation opinions are hereby excluded in their entirety.

_____
Hon. Michael A. Shipp, U.S.D.J.
