# EXHIBIT 21

Archives of Gynecology and Obstetrics
https://doi.org/10.1007/s00404-022-06539-8

**NEWS AND VIEWS**

# Talc powder and ovarian cancer: what is the evidence?

John P. Micha[1] · Mark A. Rettenmaier[1] · Randy Bohart[2] · Bram H. Goldstein[1]

© Springer-Verlag GmbH Germany, part of Springer Nature 2022

**Abstract**
Talc is a desiccant that has been historically used as baby powder by numerous women to enhance their feminine hygiene. Talc has been identified in proximity to asbestos; accordingly, retrospective and case-control studies have implicated the role of talc use in the development of ovarian cancer, whereas prospective evaluations have not documented concordant findings. Moreover, the positive associations derived from case–control studies have been remote and the putative causal factors remain inconclusive. Consequently, one should be circumspect regarding the assertion that genital talc powder application induces ovarian cancer development.

**Keywords** Talc use · Ovarian cancer · Risk factors · Prevalence

## Introduction

Ovarian cancer is the most aggressive gynecologic malignancy in the United States, contributing to 14,000 deaths annually [1]. The neoplasm potentially manifests itself in response to hereditary factors, including BRCA1 and BRCA2 gene mutations, which potentially increase a woman's lifetime risk of the disease by approximately 50% and 30%, respectively [2]. Additionally, case–control studies have implicated talc powder as a risk factor in ovarian carcinogenesis [3–5].

Talc is frequently used as a desiccant in hygienic or cosmetic agents. Talc was initially purported to be carcinogenic because the silicate is encountered adjacently to asbestos and quartz [6], two minerals notoriously associated with malignancies [7, 8]. Asbestos's carcinogenic mechanism is postulated to be the protein, HMGB1, which initiates an inflammatory process that induces neoplastic infiltration [9].

When silicates were originally detected in body powder, there was speculation that talc powder was contaminated by asbestos from mining-related procedures [10, 11]. Talc powder was further considered a contributory factor in ovarian cancer in response to findings indicating that asbestos precipitated ovarian tumor development in guinea pigs [12]. Thenceforth, a case–control study asserted that perineal talc use was associated with an increased risk for ovarian cancer [4].

## Mechanism of action

The primary mechanism for talc-induced ovarian cancer is reproductive tract inflammation, a response putatively engendered by talc particulate migration and embedment in ovarian epithelial tissue [13, 14]. Consequently, increased oxidative stress levels, DNA damage, and cell division are prompted, whereupon carcinogenesis is theoretically occasioned [15]. However, perineal application of talc does not conclusively render vaginal or cervical permeation, much less ovarian infiltration [16, 17]. Similarly, the contention that talc fibers migrate into the diaphragm via the peritoneal cavity and ultimately pervade the ovaries is quite speculative [18]. Nevertheless, there have been rare, histopathologic cases of talc identified in the lymph nodes, cervix, uterine corpus, and fallopian tubes via polarized light and scanning electron microscopy [19].

✉ Bram H. Goldstein
  bram@womenscancerfoundation.com

1 Women's Cancer Research Foundation, 699 Diamond Street, Laguna Beach, CA, USA

2 Oso Home Care, Inc., Irvine, CA, USA

Published online: 29 March 2022

## Clinical evidence

Several case–control studies have examined the relationship between talc use and ovarian cancer development, wherein an elevated risk (relative risk: 1.1–3.9) of developing ovarian cancer was reported [5, 20–22], whereas alternative reports have not demonstrated a relationship [4]. Despite the select assertions from these case–control studies that talc use contributes to ovarian cancer development, both prior and subsequent talc exposure to a cancer diagnosis was assessed, thereby confounding the rates between case and control subjects [13]. There was also profound study variability involving the application of talc (e.g., diaphragm, sanitary napkin, condom) and the specific exposure areas (e.g., genital, perineal) [8, 15], not to mention long-term recall bias inherent in self-reported measures [6].

In a prospective, pooled-data study conducted by the National Institute of Health, 252,745 women reported on their talc powder frequency of use and duration [23]. The primary outcome measures were ever use of powder on the genitalia and incidence of ovarian cancer. Following a duration of 11.2 years, the study findings recounted an ovarian cancer incidence of 61 cases/100,000 (0.061%) for users and 55 cases/100,000 (0.055%) for never users, a difference that was not statistically significant. Similarly, another prospective analysis from the Nurses' Health Study examined talc use and the development of ovarian cancer with 78,630 female registered nurses [24]. The results indicated no overall association with talc use and a risk for ovarian cancer (multivariate relative risk = 1.09; 95% CI = 0.86–1.37), irrespective of talc application frequency.

## Discussion

Initially, ovarian cancer development was predicated on the exposure of asbestos to talc, two silicates that are naturally occurring. While talc products may have contained asbestos, cosmetic talc has been asbestos-free for several decades [6]. In May 2020, Johnson and Johnson discontinued their talc-based baby powder and thus, proponents of talc powder's carcinogenic attributes should eventually predict a decrease in ovarian cancer incidence. However, there has already been a steady decline in ovarian cancer for nearly 30 years; since 1992 to 2019, the observed rate of new annual ovarian cancer cases in the United States fell from 14.9/100,000 (0.0149%) persons to 9.6/100,000 (0.0096%) [1]. Perhaps, since talcum powder use has declined significantly since the 1990s [25], a decreased incidence in ovarian cancer incidence might be attributed to talc-free latex condoms, but lead-time bias and an imprecise duration of oncogenesis preclude any irrefutable determination.

## Conclusion

While several case-control studies have suggested a relationship between talc powder and the incidence of ovarian cancer, numerous epidemiological studies have refuted any such association. Since clinical research has accorded inconsistent findings, an implicated biomarker for talc powder and ovarian carcinogenesis has not been elucidated, and confounding variables have been insufficiently addressed, an unequivocal conclusion that the observed associations between talc powder and ovarian cancer are causal remains untenable [13]. Nevertheless, in endeavoring to attenuate potential health risks, researchers should further evaluate the effects of both prolonged exposure and specific timing (i.e., opportunistic circumstances) of talc use to conclusively determine if the silicate harbors carcinogenic potential.

**Author contributions**  JPM: conceptualization, supervision, original draft preparation, and final review. MAR: content analysis, draft preparation, and final manuscript review. RB: reviewed content, participated in draft preparation, and final review. BHG: study supervision, original draft preparation, final editing, and study approval.

**Funding**  This study was supported by the Women's Cancer Research Foundation, the family of Susan Berg, and the family of Joan and Len Rullo in memory of Elizabeth Johnson.

## Declarations

**Conflict of interest**  The authors have no relevant financial or non-financial interests to disclose.

## References

1. Siegel RL, Miller KD, Fuchs HE, Jemal A (2021) Cancer statistics, 2021. CA Cancer J Clin 71:7–33
2. Biglia N, Sgandurra P, Bounous VE et al (2016) (Ovarian cancer in BRCA1 and BRCA2 gene mutation carriers: analysis of prognostic factors and survival. Ecancermedicalscience 10:639
3. Schildkraut JM, Abbott SE, Alberg AJ et al (2016) Association between body powder use and ovarian cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev 25:1411–1417
4. Cramer DW, Welch WR, Scully RE et al (1982) Ovarian cancer and talc: a case-control study. Cancer 50:372–376
5. Godard B, Foulkes WD, Provencher D et al (1998) Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol 179:403–410
6. Muscat JE, Huncharek MS (2008) Perineal talc use and ovarian cancer: a critical review. Eur J Cancer Prev 17:139–146



7. Moline J, Bevil Acqua K, Alexandri M, Gordon RE (2020) Mesothelioma associated with the use of cosmetic talc. J Occup Environ Med 62:11–17
8. (2012) IARC Working Group on the Evaluation of Carcinogenic Risks to Humans, Arsenic, metals, fibres, and dusts. IARC Monogr Eval Carcinog Risks Hum 100:11–465
9. Yang H, Rivera Z, Jube S et al (2010) Programmed necrosis induced by asbestos in human mesothelial cells causes high-mobility group box 1 protein release and resultant inflammation. PNAS 107:12611–12616
10. Longo DL, Young RC (1979) Cosmetic talc and ovarian cancer. Lancet 2:349–351
11. Rohl AN, Langer AM, Selikoff IJ et al (1976) Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 2:255–284
12. Graham J, Graham R (1967) Ovarian cancer and asbestos. Environ Res 1:115–128
13. Wentzensen N, O'Brien KM (2021) Talc, body powder, and ovarian cancer: a summary of the epidemiologic evidence. Gynecol Oncol 163:199–208
14. Crawford L, Reeves KW, Luisi N et al (2012) Perineal powder use and risk of endometrial cancer in postmenopausal women. Cancer Causes Control 23:1673–1680
15. Ness RB, Cottreau C (1999) Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 91:1459–1467
16. Wright HR, Wheeler JC, Woods JA, Hesford J, Taylor P, Edlich RF (1996) Potential toxicity of retrograde uterine passage of particulate matter. J Long Term Eff Med Implants 6:19–206
17. Wehner AP (2002) Cosmetic talc should not be listed as a carcinogen: comments on NTP's deliberations to list talc as a carcinogen. Reg Toxicol Pharmacol 36:40–50
18. Reid A, de Klerk N, Musk AW (2011) Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. Cancer Epidemiol Biomarkers Prev 20:1–10
19. McDonald SA, Fan Y, Welch WR, Cramer DW, Godleski JJ (2019) Migration of talc from the perineum to multiple pelvic organ sites. Am J Clin Pathol 152:590–607
20. Harlow BL, Hartge PA (1995) A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 21:254–260
21. Hartge P, Hoover R, Lesher LP, McGowan L (1983) Talc and ovarian cancer. JAMA 250:1844
22. Chen Y, Wu PC, Lang JH et al (1992) Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol 21:23–29
23. O'Brien KM, Tworoger SS, Harris HR et al (2020) Association of powder use in the genital area with risk of ovarian cancer. JAMA 323:49–59
24. Gertig DM, Hunter DJ, Cramer DW et al (2000) Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 92:249–252
25. Kelly TD, Matos GR (2017) Historical statistics for mineral and material commodities in the United States, https://www.usgs.gov/centers/nmic/historical-statistics-mineraland-material-commodities-united-states

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

