# EXHIBIT 52

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCT MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to All Cases* | **Civil Action No. 3:16-md-2738- MAS-RLS**<br><br>**MDL No. 2738** |

**ADENDUM TO THE EXPERT REPORT OF**

**BERNARD L. HARLOW, Ph.D.**

May 28, 2024

Bernard L
Harlow

Digitally signed by Bernard L
Harlow
Date: 2024.05.28 11:51:22 -
04'00'

Bernard L. Harlow, Ph.D.

# Expert Report Addendum
# Bernard L Harlow, Ph.D.

### May 28, 2024

The recent publication of a reanalysis of the Sister Cohort Study[1] warrants a supplemental report to assess how these newly published findings align with previous studies that have assessed the talc and ovarian cancer association.

The initial analysis from the Sister Study published in 2016 found no association with any use of talc over the past 12 months. However, in my review of that paper, inadequate and limited exposure assessment, and the exclusion of talc exposure in women who had previously been diagnosed with ovarian cancer prior to study enrollment, undermined the credibility of these findings.

In this new publication, O'Brien and colleagues expanded on previous analyses with newly added cases of ovarian cancer, and new data on lifetime use of talc applied to the genital area obtained over a three-year follow-up period between 2017 and 2019. The authors recognized the potential for misclassification of talc exposure due to some of the original cohort participants being unable to complete the follow up assessments. Thus, they conducted a Quantitative Bias Analysis (QBA) to assess how associations are altered under various missing data scenarios in terms of direction, magnitude, and uncertainty.[2] QBA is a well-accepted practice in the field of epidemiology.[3] The authors followed that up with multiple imputation to correct for missing talc information in this most recent follow-up assessment. This methodological approach has been used for decades and is well accepted within the statistical field.[4]  Finally, the authors evaluated the impact of recall bias by recoding a proportion of those with ovarian cancer who reported short term talc as non-exposed, and a proportion of non-cases classified as non-talc users as infrequent talc users. This type of sensitivity analysis determines how different values of an independent exposure affects a particular outcome under a given set of assumptions.

Using this much improved exposure assessment and a larger number of ovarian cancer outcomes, the authors reported a risk ratio of 1.17 (95%CI 0.92-1.49) for any use of perineal talc _under the assumption_ that all unexposed women at enrollment _with missing follow-up data_ remained as unexposed. They also reported a risk ratio of 3.34 (95%CI 2.51-4.44) for any use of perineal talc _under the assumption_ that all unexposed women at enrollment _with missing follow-up data_ were in fact exposed during follow-up. Thus, taking into account missing follow-up data, the true risk would likely fall somewhere in between these two

[1]O'Brien KM, et al. Cancer Prev Control 2024; DOI https://doi.org/10.1200/JCO.23.02037

[2]Petersen JM, Ranker LR, Barnard-Mayers R, MacLehose RF, Fox MP. A systematic review of quantitative bias analysis applied to epidemiological research. Int J Epidemiol. 2021 Nov 10;50(5):1708-1730. doi: 10.1093/ije/dyab061. PMID: 33880532.

[3]Fox MP, Lash TL. Quantitative bias analysis for study and grant planning. Ann Epidemiol. 2020 Mar;43:32-36. doi: 10.1016/j.annepidem.2020.01.013. Epub 2020 Feb 11. PMID: 32113733.

[4] Rubin D: Multiple Imputation for Nonresponse in Surveys. New York, NY, John Wiley & Sons, 1987.

estimates of 1.17 and 3.34. After using multiple imputation to approximate exposure in women with missing data and estimate where that risk might fall within the range of 1.17 and 3.34, the authors reported a risk ratio of 1.82 for ever use of perineal talc with a 95% confidence interval 1.36-2.43.

The authors then corrected that 1.82 risk ratio for any use of talc, taking into consideration a recall bias-correction and reported a risk ratio of 1.40 (95%CI 1.04-1.89). This risk estimate is similar to what many earlier studies have reported. However, this recall bias-corrected estimate increased to 1.81 (95%CI 1.29-2.53) for "frequent use" and 2.01 (95%CI 1.39-2.91) for "long term" use. Thus, the authors concluded they "found evidence supporting a positive association" with "increasing dose response patterns for both frequency and duration of use." Although the authors state that they cannot rule out the presence of unmeasured confounding, any confounding event or exposure would have had to occur before the first onset of talc exposure, and, would have to be associated with an increased risk of ovarian cancer as well. In addition, the magnitude of that confounding factor on the talc and ovarian cancer association would need to be sufficient to offset the observed talc and ovarian cancer association present in this analysis. Thus, unmeasured confounding is highly unlikely to have any impact on these findings.

In an accompanying editorial, Harris et al[5] recognized talc as a modifiable exposure and that women should be informed of its potential risk for ovarian cancer. More than 30 years ago, my colleagues and I made the same recommendation. The unique approach in this study to employ the well-accepted methods of QBA to address the potential for misclassification of talc use, and the sensitivity analyses to consider how recall bias could have impacted the risk estimates, addresses concerns raised in previous studies. Thus, this new analysis adds more evidence to an already large number of studies consistently showing that perineal exposure to talc can cause ovarian cancer.

---

[5] Harris HN, et al. Cancer Prev Control 2024; DOI https://doi.org/10.1200/JCO.24.00602

# EXHIBIT A

# Curriculum Vitae of Bernard Harlow, PhD

# CURRICULUM VITAE

**DATE:**          **July 2023**

**Name:**          Bernard Leslie Harlow

**Home Address:**    180 Winch Street
                     Framingham, MA 01701

**Office Address:**  715 Albany Street, T424E
                     Boston University School of Public Health
                     Boston, MA  02118
**Phone:**           (612) 638-6736
**Email:**           harlow@bu.edu

## Education:

| 1975 | B.S. | University of Rhode Island |
| 1977 | M.P.H. | University of Minnesota |
| 1987 | PH.D. | University of Washington |

## Professional Experience:

| 1987-1989 | Instructor in Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |
| 1987-2005 | Clinical Epidemiologist, Brigham and Women's Hospital Boston, MA |
| 1989-1996 | Assistant Professor of Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |
| 1990-2005 | Co-Director, Obstetrics and Gynecology Epidemiology Center, Brigham and Women's Hospital, Boston, MA |
| 1996-2005 | Associate Professor of Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |
| 1999-2005 | Associate Professor in the Department of Epidemiology, Harvard School of Public Health, Boston, MA |
| 2005-2015 | Mayo Professor, Division of Epidemiology and Community Health, University of Minnesota, Minneapolis, MN |
| 2005-2014 | Chair, Division of Epidemiology and Community Health, University of Minnesota, Minneapolis, MN |

| | |
|---|---|
| 2005-2014 | Adjunct Professor of Epidemiology, Harvard School of Public Health, Boston, MA |
| 2006-2015 | Adjunct Associate Professor, Department of Obstetrics, Gynecology and women's Health, University of Minnesota Medical School |
| 2012-2015 | Research Director, Building Interdisciplinary Research Careers in Women's Health (BIRWCH) |
| 2013-2015 | Associate Director, Populations and Community Engagement, Clinical and Translational Science Institute, University of Minnesota |
| 2015-Present | Professor of Epidemiology. Boston University School of Public Health |
| 2015-Present | Adjunct Mayo Professor, Division of Epidemiology and Community Health, University of Minnesota, Minneapolis, MN |

**Honors and Awards:**

| | |
|---|---|
| 2003 | Nominated for Mary Horrigan Connors Award for Outstanding Leadership in Women's Health, Brigham and Women's Hospital / Harvard Medical School |
| 2004 | Nominated for Mary Horrigan Connors Award for Outstanding Leadership in Women's Health, Brigham and Women's Hospital / Harvard Medical School |
| 2005 | Mayo Professor of Public Health, University of Minnesota School of Public Health |
| 2011 | Gaylord W. Anderson Leadership Award, University of Minnesota School of Public Health |
| 2015-18 | President-elect, President, Past-President, Society for Epidemiologic Research |
| 2020 | BUSPH Excellence in Research Mentoring Award |

**<u>Governmental and External Committee Assignments</u>**

| | |
|---|---|
| 1999 | Cancer Prevention Research Centers Grant Review Committee, Member, Center for Disease Control |
| 2001 | 2001 Cancer Conference Planning Committee, Member, Center for Disease Control |
| 2002-2005 | Human Subjects Research Committee, Member, Brigham and Women's Hospital |
| 2002-2005 | Women's Health Advisory Council, Member, Pharmaceutical Industry Trade Organization |
| 2002-2005 | Education and Research Development Committee, Member, Brigham and Women's Hospital |

| | |
|---|---|
| 2002 | Cancer Prevention Research Centers Grant Review Committee, Member, Center for Disease Control |
| 2004-2005 | Expanding the Boundaries Funding Committee, Department of Obstet Gynecol, Member, Brigham and Women's Hospital |
| 2004-Present | Scientific Advisory Board, Member, National Vulvodynia Association |
| 2004 | Quadrennial Site Visit Evaluation Committee for NICHD, Member, National Institutes of Health |
| 2005 | NIH-CSR Reproductive Epidemiology Study Section, Member, National Institutes of Health |
| 2005-2006 | Advisory Board of Connors Center for Women's Health & Gender Biology, Member, Brigham and Women's Hospital |
| 2005 | Special Emphasis Panel, Reproductive Health Research, Member, Center for Disease Control |
| 2005-2006 | Institute of Medicine National Research Council Committee on Assessing the Medical Risks of Human Oocyte Donation for Stem Cell Research |
| 2006 | NIH Infectious Disease, Reproductive Health, Asthma and Pulmonary (IRAP) Conditions Study Section |
| 2008 | Nominated as permanent member: NIH Infectious Disease, Reproductive Health, Asthma and Pulmonary (IRAP) Conditions Study Section |
| 2009-2014 | Member of the Board of Scientific Counselors for Clinical Sciences and Epidemiology of the National Cancer Institute |
| 2011-2013 | Chair, NIH Infectious Disease, Reproductive Health, Asthma and Pulmonary (IRAP) Conditions Study Section |
| 2012-present | External Advisory Board, Boston Center for Endometriosis (BCE) |
| 2014 | External Advisory Committee, Department of Epidemiology, Brown University |
| 2015 (Nov) | NIH-CSR– Chair, Ad-Hoc Study Section to review IRAP Study Section member grants. |
| 2016 (July) | NIH-CSR – ECHO Data Coordinating Center Reviewer |
| 2019 (Feb) | NIH – IRAP – Study Section Reviewer Grant Proposal Reviewer |
| 2019 (June) | NIH-CSR – CKD- Coordinating Center Reviewer |

3

2023 (Nov)        National Academies of Sciences, Engineering, and Medicine – Committee on Frameworks for the Consideration of Chronic Debilitating Conditions in Women.

## University of Minnesota Committee Assignments

2006              Investigative Advisory Board for the National Children's Study: Ramsey Location being conducted by the University of Minnesota's School of Public Health

2006-2007         Chair, Search Committee for Head, Division of Biostatistics, School of Public Health, University of Minnesota

2007              Co-Chair, Search Committee for Health, Policy and Management Division Head, School of Public Health, University of Minnesota

2008              Search Committee:  Chair of Department of Medicine, University of Minnesota Medical School

2008              Review Committee for the 2008 Academic Health Center Translational Research Grants

2009              Search Committee for the Academic Health Center Vice President for Research

1999-2005         Teaching commendations, Committee on Educational Policy, Harvard School of Public Health

## Boston University Committee Assignments

2015-Present      Member: BU Clinical and Translational Science Institute's Strategic Executive Committee.

2015-2016         Co-Chair: Biostatistics, Epidemiology, Design and Analysis Center (BEDAC) Planning Committee.

2016-Present      DrPH Admissions and Monitoring Committee

2016              BU-CTSI Pilot Review Committee

2016-2017         Member, University Committee on Academic Program Review of BU

2016-2017         Member, MPH Admissions Committee

2018-2019         Co-Director, MS Degree Program in Epidemiology

2019-Present      Co-Director, MPH Epidemiology/Biostatistics Certificate Program

2020              BU-CTSI Pilot Review Committee

**Editorial Service**

| | |
|---|---|
| 1988- | Reviewer, Preventive Medicine |
| 1992- | Reviewer, Epidemiology |
| 1992- | Reviewer, Fertility & Sterility |
| 1993- | Reviewer, American Journal of Public Health |
| 1994- | Reviewer, American Journal of Obstetrics and Gynecology |
| 1994- | Reviewer, Obstetrics and Gynecology |
| 1995- | Reviewer, Journal of the National Cancer Institute |
| 1995- | Reviewer, New England Journal of Medicine |
| 1997- | Associate Editor, American Journal of Epidemiology |
| 1998- | Reviewer, Maturitas |
| 2000- | Reviewer, Paediatric & Perinatal Epidemiology |
| 2002- | Reviewer, Journal of Epidemiology and Community Health |
| 2002- | Reviewer, American Journal of Psychiatry |
| 2002- | Reviewer, Archives of General Psychiatry |
| 2003- | Reviewer, Obesity Research |
| 2005- | Journal of Women's Health |
| 2016- | British Journal of Gynecology and Obstetrics (BJOG) |
| 2016-2017 | Editor, Special 50th Anniversary Issue, American Journal of Epidemiology |
| 2018- | Reviewer, Journal of Urology |
| 2018- | Journal of the American Medical Association |

**Professional Societies:**

| | |
|---|---|
| 1981- | Society for Epidemiologic Research, Member |
| 1995- | American Public Health Association, Member |
| 1997- | American College of Epidemiology, Peer-reviewed Fellow |
| 2003- | International Society for the Study of Vulvovaginal Diseases, Peer-reviewed Fellow |
| 2010-2013 | Elected, Member-at-Large on Board of Directors of the Society for Epidemiological Research |
| 2013- | American Epidemiological Society, elected to membership |
| 2015-2017 | President-Elect, President, Past President, Society for Epidemiological Research |
| 2020- | Society for Perinatal Epidemiologic Research |

**B. Funding Information**

**Past**

1987-1992    Project Director, N.I.H., NICHD/U01, Ultrasound screening in pregnancy

1989-1993    Co-P.I., N.I.H., NICHD/R01, Epidemiologic and biologic correlates of premature menopause;

1992-1993    Investigator, American Institute for Cancer Research, Galactose consumption and metabolism in familial ovarian cancer

1992-1997    Investigator, N.I.H., NCI/R01 , Ovarian cancer risk and hypergonadotropic hypogonadism

| 1994-1995 | <u>P.I.</u>, Milton Fund, Dietary Factors and Hyperemesis Gravidarum |
|---|---|
| 1994-1998 | <u>Co-P.I.</u>, N.I.H., NICHD/R01, Epidemiologic and biologic predictors of IVF success |
| 1995-2000 | <u>P.I.</u>, N.I.H., R01-HD50013, Depression and Hypogonadism |
| 1998-2000 | <u>Project Director</u>, N.I.H., NIMH/R01, Epidemiology of Ovarian Function in relation to violence |
| 1998-2000 | <u>P.I.</u>, Partners Women's Cancer Collaborative Research, Pathogenesis and Prevention of Cervical Cancer |
| 1998-2002 | <u>Investigator</u>, N.I.H., R01-HD, Epidemiologic and biologic predictors of IVF success |
| 1998-2003 | <u>Investigator</u>, N.I.H., R01-CA, Ovarian cancer risk and hypergonadotropic hypogonadism |
| 1999-2003 | <u>P.I.</u> (Subcontract), N.I.H., R01-MH, Relapse of Depression during Pregnancy and Puerperum |
| 2000-2005 | <u>P.I.</u>, N.I.H., R01-HD, Prevalence and etiological predictors of vulvodynia |
| 2003-2005 | <u>P.I.</u>, National Alliance for Research on Schizophrenia and Depression, Postpartum psychosis in women with prior psychiatric hospitalizations |
| 2003-2006 | <u>P.I.</u> (Subcontract), N.I.H., R01-MH, Predictors of antenatal and postpartum depression |
| 2003-2008 | <u>P.I.</u> (Subcontract), N.I.H., R01-MH, Risk and Predictors of Postpartum Depression |
| 2004-2006 | <u>P.I.</u> N.I.H., R01-HD, Risk for new onset of depression in perimenopausal women |
| 2006- 2009 | <u>P.I.</u> (Subcontract) N.I.H., R01-HD, Risk for new onset of depression in perimenopausal women |
| 2007-2008 | <u>P.I.</u> University of Minnesota, Office of International Programs, Interdisciplinary and Intercultural Public Health and Medical Program in Ecuador |
| 2008-2009 | <u>P.I.</u> University of Minnesota, Office of International Programs, Interdisciplinary and Intercultural Public Health and Medical Program in Ecuador |
| 2009-2014 | <u>P.I.</u>  N.I.H., R01-HD058608-01A1, Immunological Factors and Risk of Vulvodynia |
| 2012-2017 | <u>Co-I</u>  (Raymond PI) University of Minnesota Building Inter-Disciplinary Careers in Women's Health Program (BIRWCH). **Direct Costs: $462,956**. |
| 2011-2015 | Co-I (Blazer PI) NIH-NCATS UL1TR000114, University of Minnesota Clinical and Translational Sciences Award. **Direct Costs: $34,855,966** |

6

2016-2017    P.I. – NIH-NCATS - 1 R13 TR002021-01 – SER Doctoral Student Workshop.
**Direct Costs: $18,000**

2017-2018    P.I. – NIH-NCATS - 1 R13 TR002021-02 – SER Doctoral Student Workshop.
**Direct Costs: $28,000**

2017-2018    Co-PI National Vulvodynia Association – Molecular Microbial Markers and
Vulvodynia
**Direct Costs: $20,000**

2017-2018    P.I. – Neonatal exposures and subsequent risk of vulvodynia – A lifecourse analysis
for exploring immune dysfunction
**Direct Costs: $20,000**

2019-2020    P.I. – BUSPH Pilot Grant - Vulvar Pain Assessment Questionnaire (VPAQ) –
Feasibility Assessment within a College Student Population.
**Direct Costs: $20,000**

2020-2021    P.I. – BUSPH Pilot Grant - Boston STRONG (Study to Tackle Risks Of
iNcontinence post-Gestation) – Feasibility Assessment Within a Pregnant and
Postpartum Population.
**Direct Costs: $15,000 (in conjunction with $15,000 from BMC)**


**Current**

2020-2025    <u>P.I.</u>  NIH 1-U24 DK106786-06, Prevention of Lower Urinary Tract Symptoms in
Women: Bladder Health Scientific and Data Coordinating Center (PLUS-SDCC)
**Direct Costs: $2,000,000**

2017-2022    PI-Subcontract (Robinson PI) NIH-NICHD 1-R01 HD - Sexual pain and genital
cutting among Somali women in Minnesota
**Direct Costs: $46,812**

2020-2022    P.I. – NIH-R21 HD099533-01: Risk of vulvodynia due to immune-related health
events throughout the life course
**Direct Costs: $229,720**

**Pending**

2023-2025    MPI – NIH-R21 HD111728-01: A North American preconception cohort study of the
vaginal microbiome, subfertility, and miscarriage
**Direct Costs: $229,720**


**Teaching:**

| Year | Class Title | # of Students |
|------|-------------|---------------|
| 1990 | Resident and Fellow Independent Mentorship | 5 |

7

| | | |
|---|---|---|
| 1999-2005 | HSPH-EPI269-Epidemiologic Research in Obstetrics and Gynecology | 20 |
| 2001-2005 | HSPH-EPI270-Advanced Topics in Reproductive Epidemiology | 8 |
| 2003-2005 | HSPH-EPI287-Female Reproductive Morbidity Associated With Trauma and Stress | 15 |
| 2003-2005 | Epidemiologic Research Methods for Ob/Gyn Residents and Fellows | 20 |
| Spr 2005-2011 | PubH 8377 Seminar: Chronic Disease and Behavioral Epidemiology | 10-15 |
| Fall 2006-2011 | PubH 6348 Writing Research Grants | 10-15 |
| Winter 2005-2011 | Winter Short Course, Harvard School of Public Health: Bridging Psychiatric Morbidity and Adverse Reproductive Outcomes. | |
| Summer 2006 | PubH 6600 Women's Mental Health and Reproductive Outcomes | |
| Fall 2012-2013 | PubH 6341 Epidemiologic Methods I | 60 |
| Spring 2017 | EP 813 Intermediate Epidemiology | 25 |
| Fall 2017 | EP 722 Data Collection Methods for Epidemiologic Research | 16 |
| Summer 2018 | EP 722 Data Collection Methods for Epidemiologic Research | 9 |
| Fall 2018 | EP 722 Data Collection Methods for Epidemiologic Research | 18 |
| Spring 2019 | EP 817 Guided Epidemiologic Research | 8 |
| Summer 2019 | EP 722 Data Collection Methods for Epidemiologic Research | 10 |
| Fall 2019 | EP 722 Data Collection Methods for Epidemiologic Research | 20 |
| Spring 2020 | EP 817 Guided Epidemiologic Research | 12 |
| Summer 2020 | EP 722 Data Collection Methods for Epidemiologic Research | 10 |
| Fall 2020 | EP 816 Guided Epidemiologic Research | 9 |
| Fall 2020 | EP 722 Data Collection Methods for Epidemiologic Research | 24 |
| Fall 2020 | Development of New Asynchronous Data Collection Methods Course | |
| Spring 2021 | PH 880 Guided Epidemiologic Research (Continuation) | |
| Spring 2021 | EP 722 Data Collection Methods for Epidemiologic Research (Asynchronous) | |
| Spring 2022 | EP 722 Data Collection Methods for Epidemiologic Research (Asynchronous) | |
| Fall 2022 | EP 816 Guided Epidemiologic Research | 11 |

### Advisees/Trainees - Research

| Training Duration | Name | Current Position |
|---|---|---|
| 1992-1993 | Carolyn Zelop, M.D. | Ultrasonographer, Chicago Lying-In Hospital |
| 1995-1997 | Sarah Feldman, M.D., MPH | Assistant Professor |
| 1996-1997 | Isaac Glatstein, M.D. | Reproductive Endocrinologist, Private Practice |
| 1996-1999 | Lisa B. Signorello, Ph.D. | Senior Epidemiologist, International Epidemiology Association, Associate Professor, Harvard SPH |
| 1998-1999 | Ramin Mirhashemi, M.D. | Gyn Oncologist, University of Miami |
| 1998-2003 | Lauren A. Wise, Sc.D. | Associate Professor, Slone Epidemiology Center, Boston University |
| 2000-2001 | Les Reti, M.D., MPH | Gynecologic Oncologist, Private Practice |
| 2000-2003 | Beth Bazydlo, MS | Research Associate, Abt Associates |
| 2001-2003 | Hazel Bogan, MS | Research Associate, University of Wisconsin, Madison |
| 2001-2003 | Hadine Joffe, M.D., MS | Assistant Professor, Perinatal Psychiatry, Mass General Hospital |
| 2001-2004 | Geetanjali Datta, MS | Research Associate, Slone Epidemiology Unit, Boston University |

| | | |
|---|---|---|
| 2001-2004 | Sara Cherkerzian, Sc.D. | Postdoctoral Fellow, Psychiatric Epidemiology |
| 2003-2005 | Elizabeth Reed, MS | Doctoral Student, HSPH |
| 2003-2005 | Michele Hacker, MS | Doctoral Student, HSPH |
| 2004-2005 | Haim A. Abenhaim, M.D. | Resident, Ob/Gyn, McGill University |
| 2004-2005 | Ghasi Phillips, MS | Doctoral Student, HSPH |
| 2006-2008 | Bassim Birkland, MS | Epidemiology, MPH |
| 2006-2009 | Erin Galegher, MPH | Epidemiology, MPH |
| 2006-2009 | Trista Olmstead, | Maternal & Child Health, MPH |
| 2007-2009 | Jennifer (Springsteen) Fricton | Maternal & Child Health, MPH |
| 2007-2009 | Katy Backes Kozhimannil | Assistant Professor, HPM, UMN |
| 2008-2010 | Roma Patel | Epidemiology, MPH |
| 2009-current | Maheruh Khandker | Epidemiology, PhD |
| 2010-2014 | Laura Anderson | Maternal & Child Health, MPH |
| 2011-2014 | Christine Kunitz | Epidemiology, PhD |
| 2011-2014 | Alyssa Herreid | Epidemiology, MPH |
| 2016- | Miriam Haviland | Epidemiology, PhD |
| 2017- | Sam Golenbach | Epidemiology MS |
| 2017- | Ying Sun | Epidemiology MPH |
| 2017- | Lisa Bedford | Epidemiology MS |
| 2018- | Sydney Willis | Epidemiology PhD |
| 2019- | Julia C Bond | Epidemiology PhD |
| 2020-2022 | Chad M Coleman | Epidemiology PhD |
| 2022- | Amy Zheng | Epidemiology PhD |

**Invited Presentations:**

1981    Telephone Interviewing Methods, National Institutes of Health

1982    Assessing Occupational Exposures, National Institute for Occupational Safety and Health

1983    Telephone Household Screening and Interviewing, Fred Hutchinson Cancer Research Center

1984    A Comparison of Computer Assisted and Hard Copy Telephone Interviewing, University of Washington, Seattle, WA

1986    Health Services Research Methods Course, University of Washington, Seattle, WA

1987    The Influence of Perineal Exposure to Talc on the Risk of Borderline Ovarian Tumors, Society for Epidemiologic Research

1987    Epidemiology of Borderline Ovarian Tumors, University of Washington

1990    The Influence of Lactose Consumption on the Association of Oral Contraceptives and Ovarian Cancer Risk, Fred Hutchinson Cancer Research Center

1990    The Influence of Lactose Consumption on the Association of Oral Contraceptives and Ovarian Cancer Risk, University of Minnesota

1992    Depression and Hypogonadism, Society for Epidemiologic Research Annual Meeting

1993    Talc: Consumer Uses and Health Perspectives, FDA Workshop, NIH

1994    The Relationship Between Depression and Ovarian Function: An Epidemiological Perspective, Dartmouth Medical School

1994    The Relationship Between Depression and Ovarian Function: An Epidemiological Perspective, Yale University School of Public Health

1994    Physical Activity and Risk of Early Menopause, Society for Epidemiologic Research Annual Meeting

1995    Self-reported use of antidepressants and benzodiazepine tranquilizers and risk of epithelial ovarian cancer, American Association for Cancer Research Annual Meeting

1996    Assessing major depression and ovarian function: Results from the Harvard Study of Moods and Cycles, American Psychiatric Association Annual Meeting

1996    Harvard Study of Moods and Cycles: Depression and factors related to menstruation and ovulation, Society for Epidemiologic Research Annual Meeting

1996    Reproductive correlates of chronic fatigue syndrome, American Public Health Association Annual Meeting

1997    Use of psychotropic medication and risk of malignant epithelial ovarian cancer, American College of Epidemiology Annual Meeting

1997    Integration of biological, clinical, and epidemiological data in the assessment of ovarian cancer and other disorders in women, Dartmouth Medical School

1997    Influence of major depression on reproductive function: Preliminary results from the Harvard Study of Moods and Cycles, Department of Family and Community Medicine, Brown Medical School

1998    Epidemiology of Ovarian Cancer, Dana Farber Cancer Institute

1999    Reproductive endocrine correlates of major depression: Results from the Harvard Study of Moods and Cycles, International Epidemiology Association

2000    The influence of depression on ovarian function: Results from the Harvard Study of Moods and Cycles, Women's Health 2000 Conference

2001    Cervical Cancer Etiology and HPV Infection, CDC

10

| 2001 | Prevalence and Predictors of Chronic Lower Genital Tract Discomfort, Female Sexual Function Forum |
| 2001 | Major depression and the risk of an early transition to the menopause: Results from the Harvard Study of Moods and Cycles, National Institutes of Health |
| 2002 | Depression and the Transition to the Perimenopause: The Harvard Study of Moods and Cycles, American Psychiatric Association |
| 2002 | Depression and Perimenopause: Results from the Harvard Study of Moods and Cycles, Oxford University, Institute of Health Sciences |
| 2002 | Chronic Unexplained Vulvar Pain: Is vulvar dysesthesia a silent epidemic?, Oxford University, Department of Ob/Gyn |
| 2002 | Prevalence and Etiologic Predictors of Chronic Lower Genital Disorders: Are we facing a silent epidemic? NICHD, National Institutes of Health |
| 2003 | Depression and Risk of Early Perimenopause, Dept of Medical Epidemiology, Karolinska Institutet, Stockholm, Sweden |
| 2003 | NIH Study Prevalence and Etiology of Vulvodynia, Dandryd Hospital, Karolinska Institutet, Stockholm, Sweden |
| 2003 | NIH Conference on Vulvodynia - Toward Understanding a Pain Syndrome, National Institutes of Health |
| 2004 | Vulvodynia and sexual pain disorders in women: A state of the art consensus conference, National Institutes of Health |
| 2004 | Prevalence and Etiological Predictors of Vulvodynia, Society for Sex Therapy and Research, Annual Meeting, Washington DC |
| 2004 | Prevalence and Etiological Predictors of Vulvodynia, American Medical Women's Association Annual Meeting |
| 2004 | Depression and Perimenopause: The Harvard Study of Moods and Cycles, Department of Epidemiology, McGill University |
| 2006 | Understanding The Bridge Between Reproductive Morbidity and Psychiatric Disorders. 2006 Congress of Epidemiology Meeting |
| 2006 | Influence of Mood Disorders on The Early Onset of Menopause.  Obstetrics Gynecology Grand Rounds, University of Minnesota Medical School |
| 2007 | Assessment of Clinical and Epidemiological Markers Related to Altered Immuno-Inflammatory Response Among Women With and Without Vulvodynia.  International Society for the Study of Vulvovaginal Disease Word Congress, Alaska, July 28-August 4, 2007 |

2007    Global Women's Health Update: An epidemiological perspective. Obstetrics, Gynecology, & Women's Health: 38th Annual Autumn Seminar, October 1-2, 2007, Minneapolis, Minnesota

2008    Harvard Study of Moods and Cycles. Department of OBGYN Grand Rounds, Iceland Women's Hospital, Reykjavik, Iceland

2008    Etiology of Vulvodynia. Iceland Society of Obstetrics and Gynecology, Reykjavik, Iceland

2008    New Insight Into The Etiology of Vulvodynia. Guest Speaker: Resident and Fellow Research Day, Minneapolis, Minnesota, May 12, 2008

2008    NIH Study Prevalence And Etiology of Vulvodynia, Dandryd Hospital, Karolinska Institute, Stockholm, Sweden

2008    Menopause & Depression: Is There a Link? North American Menopause Society National Meeting, Orlando, Florida (Sept)

2008    Exploring the Etiology of Vulvodynia: An Unexplained Vulvar Pain Syndrome. University of Washington, Seattle, Washington (Nov)

2010    Probing the Pathogenesis of Unexplained Vulvar Pain. Lecture at the University of Vermont, Burlington Vermont (January)

2010    Probing the Pathogenesis of Unexplained Vulvar Pain. OB/GYN Grand Rounds, Mayo Clinic, Rochester, Minnesota (April)

2010    Probing the Pathogenesis of Unexplained Vulvar Pain. University of Minnesota, School of Public Health, Mayo Lecture (October)

2012    Geographic variation in new onset depression during the menopausal transition: can we believe our data? New Findings from the Harvard Study of Moods and Cycles. Columbia University (March)

2012    Disparate rates of new onset depression during the menopausal transition: Biased or real? 9th Annual Women's Health Research Conference, Minneapolis, MN (Sept)

2013    Vulvodynia: Prevalent, Debilitating, Poorly Understood; Environmental and Psychiatric Immunoinflammatory Hypotheses. Royal Women's Hospital, Melbourne, Australia (January)

2013    Vulvodynia: Prevalent, Debilitating, Poorly Understood; Environmental and Psychiatric Immunoinflammatory Hypotheses. James Cook University School of Public Health (February)

2013    Vulvodynia: Prevalent, Debilitating, Poorly Understood; Environmental and Psychiatric Immunoinflammatory Hypotheses. NICHD Program in Reproductive and Adult Endocrinology Research Conference. (April)

2014    Vulvodynia: Prevalent, Debilitating, Poorly Understood; Exploring Biopsychosocial Hypotheses. Harvard School of Public Health Invited Seminar Series (October)

2014    Vulvodynia: Prevalent, Debilitating, Poorly Understood; Exploring Biopsychosocial Hypotheses. Medical University of South Carolina Seminar (November)

2015    The role of trauma and psychiatric morbidity in women's gynecological disorders. Harvard T.H. Chan School of Public Health, Psychiatric Epidemiology Colloquium. (December)

2016    Recurrent Yeast Infections and Vulvodynia: Can we believe associations based on self-reported data? American Epidemiological Society (March)

2016    Vulvodynia: Prevalent, Debilitating, Poorly Understood; Exploring Biopsychosocial Hypotheses. University of Massachusetts School of Public Health Invited Seminar (April)

2017    The Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium: *A transdisciplinary approach toward promoting bladder health and preventing lower urinary tract symptoms in women across the life course.* University of Iceland, Department of Public Health Sciences (September)

2018    The association of vulvodynia and urological urgency and frequency: Findings from a community-based study. The International Continence Society Annual Meeting. Philadelphia, August, 2018.

2019    Vaginal microbiome and vulvodynia. International Society for the Study of Vulvovaginal Diseases (ISSVD World Congress, Turin, Italy. (September)

2020    Lower Urinary Tract Symptoms at Age 19: Associations with Sexual Activities Prior to Age 17. American Urogynecology Society (September)

2020    Invited Symposium: Vulvodynia: Prevalent; Debilitating; An Epidemiologic Challenge. Society for Perinatal Epidemiologic Research (December)

2022    Invited Symposium: Vulvodynia: Prevalent; Debilitating; An Epidemiologic Challenge. International Society for the Study of Vulvovaginal Diseases (ISSVD World Congress, Dublin, Ireland. (June)

## Publications

## Reviews/Chapters/Editorials

1.  **Harlow BL**, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 1995;21(2):254-60.
2.  **Harlow BL**, Abraham ME. Depression in Menopause. In: Seifer DB, Kennard EA, editors. Menopause: Endocrinology and Management. Totowa (NJ): The Humana Press, Inc; 1999. p. 111-124.

3. Gyllstrom ME, Schreiner PJ, **Harlow BL**. Pereimenopause and depression: strength of association, causal mechanisms and treatment recommendations. Chapter 8 in: Best Practice & Research Clinical Obstetrics and Gynaecology, Vol 21, No. 2, pp. 275-292, 2007.

4. Ferguson S, Soares CN, **Harlow BL**. Depression during the Perimenopausal Transition: What have we learned from epidemiological studies? In: Soares C, Warren M (eds): The Menopausal Transition. Interface between Gynecology and Psychiatry. Key Issues in Mental Health. Basel, Karger, 2009, vol 175, pp 66-76.

5. Rasmussen-Torvik, LJ and **Harlow BL.** The association between depression and diabetes in the perinatal period. Curr Diab Rep 2010; 10(3):217-23.

6. **Harlow BL**, Khandker M, Stewart EG, Margesson LJ. Vulvodynia. Chapter 24 In: Goldman MB and Hatch MC (eds): Women & Health, 2nd edition.

7. **Harlow BL,** Haviland MJ, Bergeron S. Vulvodynia and Psychiatric Comorbidities. Chapter 25 In: Maldonado-Bouchard S, Clark MR, Incayawar M (Eds): Overlapping Pain and Psychiatric Syndromes. Oxford University Press, In Press.

8. **Harlow BL,** Szklo M. Editorial: The 50th Anniversary of the Society for Epidemiologic Research. Am J Epidemiol 2017;185:988-989.

## Original Articles

1. **Harlow BL**, Hartge P. Telephone household screening and interviewing. Am J Epidemiol. 1983;117(5):632-3.

2. **Harlow BL**, Rosenthal JF, Ziegler RG. A comparison of computer-assisted and hard copy telephone interviewing. Am J Epidemiol. 1985;122(2):335-40.

3. **Harlow BL**, Weiss NS, Lofton S. The epidemiology of sarcomas of the uterus. J Natl Cancer Inst. 1986;76(3):399-402.

4. Voigt LF, **Harlow BL**, Weiss NS. The influence of age at first birth and parity on ovarian cancer risk. Am J Epidemiol. 1986;124(3):490-1.

5. Weiss NS, **Harlow BL**. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer? Am J Epidemiol. 1986;124(5):856-8.

6. **Harlow BL**, Weiss NS, Lofton S. Epidemiology of borderline ovarian tumors. J Natl Cancer Inst. 1987;78(1):71-4.

7. **Harlow BL**, Davis S. Two one-step methods for household screening and interviewing using random digit dialing. Am J Epidemiol. 1988;127(4):857-63.

8. **Harlow BL**, Weiss NS, Roth GJ, Chu J, Daling JR. Case-control study of borderline ovarian tumors: reproductive history and exposure to exogenous female hormones. Cancer Res. 1988;48(20):5849-52.

9. Cramer DW, **Harlow B**L, Barbieri RL, Ng WG. Galactose-1-phosphate uridyl transferase activity associated with age at menopause and reproductive history. Fertil Steril. 1989;51(4):609-15.

10. Saltzman DH, Frigoletto FD, **Harlow BL**, Barss VA, Benacerraf BR. Sonographic evaluation of hydrops fetalis. Obstet Gynecol. 1989;74(1):106-11.

11. Cramer DW, **Harlow BL**, Willett WC, Welch WR, Bell DA, Scully RE, Ng WG, Knapp RC. Galactose consumption and metabolism in relation to the risk of ovarian cancer. Lancet. 1989;2(8654):66-71.

12. **Harlow BL**, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.

13. **Harlow BL**, Weiss NS. Re: "Familial ovarian cancer: a population-based case-control study". Am J Epidemiol. 1989;130(5):1071-3.

14

14. Benacerraf BR, Mandell J, Estroff JA, **Harlow BL**, Frigoletto FD. Fetal pyelectasis: a possible association with Down syndrome. Obstet Gynecol. 1990;76(1):58-60.

15. Benacerraf BR, **Harlow BL**, Frigoletto FD. Hypoplasia of the middle phalanx of the fifth digit. A feature of the second trimester fetus with Down's syndrome. J Ultrasound Med. 1990;9(7):389-94.

16. **Harlow BL**, Weiss NS, Holmes EH. Plasma alpha-L-fucosidase activity and the risk of borderline epithelial ovarian tumors. Cancer Res. 1990;50(15):4702-3.

17. Benacerraf BR, **Harlow B**, Frigoletto FD Jr.  Are choroids plexus cysts an indication for second-trimester amniocentesis?  American Journal of Obstetrics & Gynecology 1990;162(4):1001-6.

18. Bromley B, **Harlow BL**, Laboda LA, Benacerraf BR. Small sac size in the first trimester: a predictor of poor fetal outcome. Radiology. 1991;178(2):375-7.

19. **Harlow BL**, Cramer DW, Geller J, Willett WC, Bell DA, Welch WR. The influence of lactose consumption on the association of oral contraceptive use and ovarian cancer risk. Am J Epidemiol. 1991;134(5):445-53.

20. Cramer DW, **Harlow BL**. Commentary: re: "A case-control study of milk drinking and ovarian cancer risk." Am J Epidemiol. 1991;134(5):454-6.

21. de Haas I, **Harlow BL**, Cramer DW, Frigoletto FD. Spontaneous preterm birth: a case-control study. Am J Obstet Gynecol. 1991;165(5 Pt 1):1290-6.

22. Hill JA, Polgar K, **Harlow BL**, Anderson DJ. Evidence of embryo- and trophoblast-toxic cellular immune response(s) in women with recurrent spontaneous abortion. Am J Obstet Gynecol. 1992;166(4):1044-52.

23. **Harlow BL,** Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.

24. Goodman HM, **Harlow BL**, Sheets EE, Muto MG, Brooks S, Steller M, Knapp RC, Berkowitz RS. The role of cytoreductive surgery in the management of stage IV epithelial ovarian carcinoma. Gynecol Oncol. 1992;46(3):367-71.

25. Zelop CM, **Harlow BL**, Frigoletto FD, Safon LE, Saltzman DH. Emergency peripartum hysterectomy. Am J Obstet Gynecol. 1993;168(5):1443-8.

26. **Harlow BL**, Crea EC, East MA, Oleson B, Fraer CJ, Cramer DW. Telephone answering machines: the influence of leaving messages on telephone interviewing response rates. Epidemiology. 1993;4(4):380-3.

27. **Harlow BL**, Fuhr JE, McDonald TW, Schwartz SM, Beuerlein FJ, Weiss NS. Flow cytometry as a prognostic indicator in women with borderline epithelial ovarian tumors. Gynecol Oncol. 1993;50(3):305-9.

28. Muto MG, Cramer DW, Brown DL, Welch WR, **Harlow BL**, Xu H, Brucks JP, Tsao SW, Berkowitz RS. Screening for ovarian cancer: the preliminary experience of a familial ovarian cancer center. Gynecol Oncol. 1993;51(1):12-20.

29. Bromley B, Frigoletto FD, **Harlow BL**, Evans JK, Benacerraf BR. Biometric measurements in fetuses of different race and gender. Ultrasound Obstet Gynecol. 1993;3(6):395-402.

30. Cramer DW, Barbieri RL, Muto MG, Kelly A, Brucks JP, **Harlow BL**. Characteristics of women with a family history of ovarian cancer. II. Follicular phase hormone levels. Cancer. 1994;74(4):1318-22.

31. Bromley B, Frigoletto FD, **Harlow BL**, Pauker S, Benacerraf BR. The role of Doppler velocimetry in the structurally normal second-trimester fetus with elevated levels of maternal serum alpha-fetoprotein. Ultrasound Obstet Gynecol. 1994;4(5):377-80.

32. Spirtas R, Heineman EF, Bernstein L, Beebe GW, Keehn RJ, Stark A, **Harlow BL**, Benichou J. Malignant mesothelioma: attributable risk of asbestos exposure. Occup Environ Med. 1994;51(12):804-11.

33. **Harlow BL**, Frigoletto FD, Cramer DW, Evans JK, Bain RP, Ewigman B, McNellis D. Epidemiologic predictors of cesarean section in nulliparous patients at low risk. RADIUS Study Group. Routine Antenatal Diagnostic Imaging with Ultrasound Study. Am J Obstet Gynecol. 1995;172(1 Pt 1):156-62.

34. Cramer DW, Xu H, **Harlow BL**. Does "incessant" ovulation increase risk for early menopause? Am J Obstet Gynecol. 1995;172(2 Pt 1):568-73.

35. Feldman S, Cook EF, **Harlow BL**, Berkowitz RS. Predicting endometrial cancer among older women who present with abnormal vaginal bleeding. Gynecol Oncol. 1995;56(3):376-81.

36. **Harlow BL**, Cramer DW. Self-reported use of antidepressants or benzodiazepine tranquilizers and risk of epithelial ovarian cancer: evidence from two combined case-control studies (Massachusetts, United States). Cancer Causes Control. 1995;6(2):130-4.

37. Hornstein MD, **Harlow BL**, Thomas PP, Check JH. Use of a new CA 125 assay in the diagnosis of endometriosis. Hum Reprod. 1995;10(4):932-4.

38. **Harlow BL**, Cramer DW, Annis KM. Association of medically treated depression and age at natural menopause. Am J Epidemiol. 1995;141(12):1170-76.

39. Cramer DW, **Harlow BL**, Xu H, Fraer C, Barbieri R. Cross-sectional and case-controlled analyses of the association between smoking and early menopause. Maturitas. 1995;22(2):79-87.

40. Berkowitz RS, Bernstein MR, **Harlow BL**, Rice LW, Lage JM, Goldstein DP, Cramer DW. Case-control study of risk factors for partial molar pregnancy. Am J Obstet Gynecol. 1995;173(3 Pt 1):788-94.

41. Cramer DW, Xu H, **Harlow BL**. Family history as a predictor of early menopause. Fertil Steril. 1995;64(4):740-5.

42. **Harlow BL**. Coping with the personal and professional frustrations of epidemiologic research. Am J Epidemiol. 1995;142(8):785-7.

43. **Harlow BL**, Hartge PA.  A review of perineal talc exposure and risk of ovarian cancer (Review). Regulatory Toxicology & Pharmacology 1995;21(2):254-260.

44. Hornstein MD, Goodman HM, Thomas PP, Knapp RC, **Harlow BL**. Use of a second-generation CA125 assay in gynecologic patients. Gynecol Obstet Invest. 1996;42(3):196-200.

45. **Harlow BL**, Frigoletto FD, Cramer DW, Evans JK, LeFevre ML, Bain RP, McNellis D. Determinants of preterm delivery in low-risk pregnancies. The RADIUS Study Group. J Clin Epidemiol. 1996;49(4):441-8.

46. Versi E, Chia P, Griffiths DJ, **Harlow BL**. Bacteriuria in pregnancy: a comparison of Bangladeshi and Caucasian women. Int Urogynecol J Pelvic Floor Dysfunct. 1997;8(1):8-12.

47. Glatstein IZ, **Harlow BL**, Hornstein MD. Practice patterns among reproductive endocrinologists: the infertility evaluation. Fertil Steril. 1997;67(3):443-51.

48. Signorello LB, **Harlow BL**, Cramer DW, Spiegelman D, Hill JA. Epidemiologic determinants of endometriosis: a hospital-based case-control study. Ann Epidemiol. 1997;7(4):267-741.

49. Cramer DW, **Harlow BL**, Titus-Ernstoff L, Bohlke K, Welch WR, Greenberg ER. Over-the-counter analgesics and risk of ovarian cancer. Lancet. 1998;351(9096):104-7.

50. Mirhashemi R, **Harlow BL**, Ginsberg E, Signorello LB, Berkowitz R, Feldman S. Risk of complications following gynecological laparoscopic surgery. Prim. Care Update Ob Gyns. 1998;5(4):202.

51. Glatstein IZ, **Harlow BL**, Hornstein MD. Practice patterns among reproductive endocrinologists: further aspects of the infertility evaluation. Fertil Steril. 1998;70(2):263-9.

52. **Harlow BL**, Cramer DW, Baron JA, Titus-Ernstoff L, Greenberg ER. Psychotropic medication use and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 1998;7(8):697-702.

53. Mirhashemi R, **Harlow BL**, Ginsburg ES, Signorello LB, Berkowitz R, Feldman S. Predicting risk of complications with gynecologic laparoscopic surgery. Obstet Gynecol. 1998;92(3):327-31.

54. **Harlow BL**, Signorello LB, Hall JE, Dailey C, Komaroff AL. Reproductive correlates of chronic fatigue syndrome. Am J Med. 1998;105(3A):94S-99S.

55. Signorello LB, **Harlow BL**, Wang S, Erick MA. Saturated fat intake and the risk of severe hyperemesis gravidarum. Epidemiology. 1998;9(6):636-40.

56. **Harlow BL**, Cohen LS, Otto MW, Spiegelman D, Cramer DW. Prevalence and predictors of depressive symptoms in older premenopausal women: the Harvard Study of Moods and Cycles. Arch Gen Psychiatry. 1999;56(5):418-24.

57. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, **Harlow BL**. Genital talc exposure and risk of ovarian cancer. Int J Cancer. 1999;81(3):351-6.

58. Pinto AP, Signorello LB, Crum CP, **Harlow BL**, Abrão F, Villa LL. Squamous cell carcinoma of the vulva in Brazil: prognostic importance of host and viral variables. Gynecol Oncol. 1999;74(1):61-7.

59. Bohlke K, **Harlow BL**, Cramer DW, Spiegelman D, Mueller NE. Evaluation of a population roster as a source of population controls: the Massachusetts Resident Lists. Am J Epidemiol. 1999;150(4):354-8.

60. Sahakyan M, **Harlow BL**, Hornstein MD. Influence of age, diagnosis, and cycle number on pregnancy rates with gonadotropin-induced controlled ovarian hyperstimulation and intrauterine insemination. Fertil Steril. 1999;72(3):500-4.

61. Cnattingius S, Granath F, Petersson G, **Harlow BL**. The influence of gestational age and smoking habits on the risk of subsequent preterm deliveries. N Engl J Med. 1999;341(13):943-8.

62. **Harlow BL**, Barbieri RL. Influence of education on risk of hysterectomy before age 45 years. Am J Epidemiol. 1999;150(8):843-7.

63. Signorello LB, **Harlow BL**, Chekos AK, Repke JT. Midline episiotomy and anal incontinence: retrospective cohort study. BMJ. 2000;320(7227):86-90.

64. **Harlow BL**, Signorello LB. Factors associated with early menopause. Maturitas. 2000;35(1):3-9.

65. Propst AM, Liberman RF, **Harlow BL**, Ginsburg ES. Complications of hysteroscopic surgery: predicting patients at risk. Obstet Gynecol. 2000;96(4):517-20.

66. Kuper H, Titus-Ernstoff L, **Harlow BL**, Cramer DW. Population based study of coffee, alcohol and tobacco use and risk of ovarian cancer. Int J Cancer. 2000;88(2):313-8.

67. Titus-Ernstoff L, Perez K, Cramer DW, **Harlow BL**, Baron JA, Greenberg ER. Menstrual and reproductive factors in relation to ovarian cancer risk. Br J Cancer. 2001;84(5):714-21.

68. Signorello LB, **Harlow BL**, Chekos AK, Repke JT. Postpartum sexual functioning and its relationship to perineal trauma: a retrospective cohort study of primiparous women. Am J Obstet Gynecol. 2001;184(5):881-8; discussion 888-90.

69. **Harlow BL,** Wise LA, Stewart EG. Prevalence and predictors of chronic lower genital tract discomfort. Am J Obstet Gynecol. 2001;185(3):545-50.

70. Wise LA, Zierler S, Krieger N, **Harlow BL**. Adult onset of major depressive disorder in relation to early life violent victimisation: a case-control study. Lancet 2001;358(9285):881-7.

71. Cramer DW, Kuper H, **Harlow BL**, Titus-Ernstoff L. Carotenoids, antioxidants and ovarian cancer risk in pre- and postmenopausal women. Int J Cancer. 2001;94(1):128-34.

72. Lucero J, **Harlow BL**, Barbieri RL, Sluss P, Cramer DW. Early follicular phase hormone levels in relation to patterns of alcohol, tobacco, and coffee use. Fertil Steril. 2001;76(4):723-9.

73. Allsworth JE, Zierler S, Krieger N, **Harlow BL**. Ovarian function in late reproductive years in relation to lifetime experiences of abuse. Epidemiology. 2001;12(6):676-81.

74. Soares CN, Cohen LS, Otto MW, **Harlow BL**. Characteristics of women with premenstrual dysphoric disorder (PMDD) who did or did not report history of depression: a preliminary report from the Harvard Study of Moods and Cycles. J Womens Health Gend Based Med. 2001;10(9):873-8.

75. Otto MW, Wilhelm S, Cohen LS, **Harlow BL**. Prevalence of body dysmorphic disorder in a community sample of women. Am J Psychiatry. 2001;158(12):2061-3.

76. Cramer DW, Barbieri RL, Fraer AR, **Harlow BL**. Determinants of early follicular phase gonadotrophin and estradiol concentrations in women of late reproductive age. Hum Reprod. 2002;17(1):221-7.

77. Hughes SA, Sun D, Gibson C, Bellerose B, Rushing L, Chen H, **Harlow BL**, Genest DR, Sheets EE, Crum CP. Managing atypical squamous cells of undetermined significance (ASCUS): human papillomavirus testing, ASCUS subtyping,or follow-up cytology? Am J Obstet Gynecol. 2002;186(3):396-403.

78. **Harlow BL**, Cohen LS, Otto MW, Liberman RF, Spiegelman D, Cramer DW. Demographic, family, and occupational characteristics associated with major depression: the Harvard study of moods and cycles. Acta Psychiatr Scand. 2002;105(3):209-17.

79. Stewart EA, Faur AV, Wise LA, Reilly RJ, **Harlow BL**. Predictors of subsequent surgery for uterine leiomyomata after abdominal myomectomy. Obstet Gynecol. 2002;99(3):426-32.

80. **Harlow BL**, Missmer SA, Cramer DW, Barbieri RL. Does tubal sterilization influence the subsequent risk of menorrhagia or dysmenorrhea? Fertil Steril. 2002;77(4):754-60.

81. Cohen LS, Soares CN, Otto MW, Sweeney BH, Liberman RF, **Harlow BL**. Prevalence and predictors of premenstrual dysphoric disorder (PMDD) in older premenopausal women. The Harvard Study of Moods and Cycles. J Affect Disord. 2002;70(2):125-32.

82. Jain T, **Harlow BL**, Hornstein MD. Insurance coverage and outcomes of in vitro fertilization. N Engl J Med. 2002;347(9):661-6.

83. Wise LA, Krieger N, Zierler S, **Harlow BL**. Lifetime socioeconomic position in relation to onset of perimenopause. J Epidemiol Community Health. 2002;56(11):851-60.

84. **Harlow BL**, Wise LA, Otto MW, Soares CN, Cohen LS. Depression and its influence on reproductive endocrine and menstrual cycle markers associated with perimenopause: the Harvard Study of Moods and Cycles. Arch Gen Psychiatry. 2003;60(1):29-36.

85. **Harlow BL**, Stewart EG. A population-based assessment of chronic unexplained vulvar pain: have we underestimated the prevalence of vulvodynia? J Am Med Womens Assoc. 2003;58(2):82-8.

86. Gale S, **Harlow BL**. Postpartum mood disorders: a review of clinical and epidemiological factors. J Psychosom Obstet Gynaecol. 2003;24(4):257-66.

87. Joffe H, Cohen LS, **Harlow BL**. Impact of oral contraceptive pill use on premenstrual mood: predictors of improvement and deterioration. Am J Obstet Gynecol. 2003;189(6):1523-30.

88. Wise LA, Palmer JR, **Harlow BL**, Spiegelman D, Stewart EA, Adams-Campbell LL, Rosenberg L. Reproductive factors, hormonal contraception, and risk of uterine leiomyomata in African-American women: a prospective study. Am J Epidemiol. 2004;159(2):113-23.

89. **Harlow BL**, Cohen LS, Otto MW, Spiegelman D, Cramer DW. Early life menstrual characteristics and pregnancy experiences among women with and without major depression: the Harvard study of moods and cycles. J Affect Disord. 2004;79(1-3):167-76.

90. Nichols HB, **Harlow BL**. Childhood abuse and risk of smoking onset. J Epidemiol Community Health. 2004;58(5):402-6.

91. Rayworth BB, Wise LA, **Harlow BL**. Childhood abuse and risk of eating disorders in women. Epidemiology. 2004;15(3):271-8.

92. Wise LA, Palmer JR, **Harlow BL**, Spiegelman D, Stewart EA, Adams-Campbell LL, Rosenberg L. Risk of uterine leiomyomata in relation to tobacco, alcohol and caffeine consumption in the Black Women's Health Study. Hum Reprod. 2004;19(8):1746-54.

93. Allsworth JE, Zierler S, Lapane KL, Krieger N, Hogan JW, **Harlow BL**. Longitudinal study of the inception of perimenopause in relation to lifetime history of sexual or physical violence. J Epidemiol Community Health. 2004;58(11):938-43.

18

94. **Harlow BL**, Stewart EG. Adult-onset vulvodynia in relation to childhood violence victimization. Am J Epidemiol. 2005;161:871-880.

95. Wise LA, Palmer JR, Spiegelman D, **Harlow BL**, Stewart EA, Adams-Campbell LL, Rosenberg L. Influence of body size and body fat distribution on risk of uterine leiomyomata in U.S. black women. Epidemiology 2005;16(3):346-354.

96. Abenhaim H, **Harlow BL**. Live births and cesarean sections and the development of menstrual abnormalities. Int J Obstet Gynecol, 2006;92:111-116.

97. Cohen LS, Soares CN, Vitonis AF, Otto MW, **Harlow BL**. Risk for New Onset of Depression During the Menopausal Transition. The Harvard Study of Moods and Cycles. Arch Gen Psychiatry. 2006;63:385-390.

98. Rich-Edwards JW, Kleinman K, Abrams A, **Harlow BL**, McLaughlin TJ, Joffe H, Gillman MW. Sociodemographic predictors of antenatal and postpartum depressive symptoms among women in a medical group practice J Epi Comm Health, 2006;60:221-227.

99. Cohen LS, Altshuler LL, **Harlow B**L, Nonacs R, Newport DJ, Viguera A, Suri R, Burt V, Hendrick V, Reminick A, Loughead A, Vitonis AF, Stowe ZN. Relapse of major depression during pregnancy in women who maintain or discontinue antidepressant treatment: A prospective study. JAMA, 2006;295:499-507.

100. Lambert-Messerlian GM, **Harlow BL**. The influence of depression, body mass index and smoking on serum inhibin B levels in late reproductive aged women. J Clin Endocrinol Metab 2006;91:1496-1500.

101. Thurston RC, Joffe H, Soares CN, **Harlow BL**. Physical activity and risk of vasomotor symptoms in women with and without a history of depression: Results from the Harvard Study of Moods and Cycles. Menopause, 2006;13(4):553-560.

102. Bachmann GA, Rosen R, Pinn VW, Utian WH, Ayers C, Basson R, Binik YM, Brown C, Foster DC, Gibbons JM Jr, Goldstein I, Graziottin A, Haefner HK, **HarlowBL,** Spadt SK. Leiblum SR, Masheb RM, Reed BD, Sobel JD, Veasley C, Wesselmann U, Witkin SS. Vulvodynia: a state-of-the-art consensus on definitions, diagnosis and management. Consensus Development Conference. Journal of Reproductive Medicine 2006;51(6):447-56.

103. Joffe H, Kim DR, Foris JM, Baldassano CF, Gyulai L, Hwang CH, McLaughlin WL, Sachs GS, Thase ME, **Harlow BL**, Cohen LS. Menstrual dysfunction prior to onset of psychiatric illness is reported more commonly by women with bipolar disorder than by women with unipolar depression and healthy controls. J Clin Psychiatry, 2006;67(2):297-304.

104. Otto M. W., Teachman B. A, Cohen L. S., Soares C. N., Vitonis A. F., & **Harlow B. L**. Dysfunctional attitudes and episodes of major depression: Predictive validity and temporal stability in never-depressed, depressed, and recovered women. Journal of Abnormal Psychology, 2007;116:475-483.

105. **Harlow BL**, Vitonis AF, Sparen P, Cnattingius S, Joffe H, Hultman CM. Incidence of hospitalization for postpartum psychotic and bipolar episodes in women with and without prior prepregnancy or prenatal psychotic hospitalizations. Arch Gen Psychiatry 2007;64:42-48.

106. Phillips GS, Wise LA, **Harlow BL**. A prospective analysis of alcohol consumption and onset of perimenopause. Maturias 2007;56:263-272.

107. Prizment AE, Anderson KE, **Harlow BL**, Folsom AR: Reproductive risk factors for incident bladder cancer: Iowa Women's Health Study. Int J Cancer 2007;120:1093-1098.

108. **Harlow BL**, Vitonis AF, Stewart EG. The influence of oral contraceptive use on risk of adult-onset vulvodynia. Journal of Reproductive Medicine, 2008;53(2):102-110. **PMCID# not available**

109. **Harlow BL,** Abenhaim HA, Vitonis AF, Harnack L. The influence of dietary oxalates on the risk of adult-onset vulvodynia. Journal of Reproductive Medicine, 2008;53(3):171-178. **PMCID# not available**

110. Huyck KL, Panhuysen CIM, Cuenco KT, Zhang J, Goldhammer H, Jones ES, Somasundaram P, Lynch AM, **Harlow BL**, Lee H, Stewart EA, Morton CC. The impact of race as a risk factor for symptom severity and age at diagnosis of uterine leiomyomata among affected sisters. Am J Obstet Gynecol 2008;198:168.e1-168.e9. **PMCID: PMC2265083**

111. Valdimarsdottir U, Hultman CM, **Harlow B**, Cnattingius S, Sparen P. Psychotic illness in first-time mothers with no previous psychiatric hospitalizations: A population-based study. PLoS Medicine February 2009;6(2)0194-0201. **PMCID: PMC2637917**

112. Kozhimannil KB, Pereira M, **Harlow BL**. The association between diabetes and perinatal depression among low-income mothers. JAMA 2009;301(8):842-847. **PMCID# not available**

113. Nguyen RHN, Swanson D, **Harlow BL**. Urogenital infections in relation to the occurrence of vulvodynia. J Reprod Med 2009;54:385-392. **PMCID# not available**

114. Calkins, AW, Otto MW, Cohen LS, Soares CN, Vitonis, AF, Hearon BA, **Harlow BL**. Psychosocial predictors of the onset of anxiety disorders in women: Results from a prospective 3-year longitudinal study. Journal of Anxiety Disorders 2009;23:1165–1169. **PMCID: PMC2760601**

115. **Harlow BL**, Vazquez G, MacLehose RF, Erickson DJ, Oakes JM, Duval SJ. Self-Reported Vulvar Pain Characteristics and their Association with Clinically Confirmed Vestibulodynia. J Women's Health 2009;18(9):1333-1339. **PMCID: PMC2825727**

116. **Harlow BL**, He W, Nguyen RHN. Allergic reactions and risk of vulvodynia. Ann Epidemiol 2009;19:771-777. **PMCID: PMC2773800**

117. Khandker M, Brady SS, Vitonis AF, MacLehose RF, Stewart EG, **Harlow BL**. The Influence of Depression and Anxiety on Risk of Adult Onset Vulvodynia. J Women's Health 2011 Oct;20(10):1445-51 **PMCID: PMC3186444**

118. Nguyen RHN, MacLehose RF, Veasley C, Turner RM, **Harlow BL**, Horvath KJ. Comfort in Discussing Vulvar Pain in Social Relationships among Women with Vulvodynia. J Reprod Med 2012;57:109-114. **PMCID: not available**

119. Nguyen RHN, Ecklund AM, MacLehose RF, Veasley C, **Harlow BL**. Co-morbid pain conditions and feelings of invalidation and isolation among women with vulvodynia. Psychology, Health & Medicine 2012;17(5):589-98 **PMCID: not available**

120. Nguyen RHN, Stewart EG, **Harlow BL.** A population-based study of pregnancy and delivery characteristics among women with vulvodynia. Pain Therapy 2012;1:2 DOI 10.1007/s40122-012-0002-7.

121. Hellerstedt WL, Phelan SM, Cnattingius S, Hultman CM, **Harlow BL**. Are prenatal, obstetric and infant complications associated with postpartum psychosis among women with pre-conception psychiatric hospitalisations? BJOG, An International Journal of Obstetrics and Gynaecology 2012;120(4):446-55. **PMCID: not available**

122. Nguyen R, Turner R, Rydell S, MacLehose R, **Harlow B**. Perceived stereotyping and seeking care for chronic vulvar pain. Pain Medicine, 2013 June 6 doi: 10.1111/pme.12141 (Epub ahead of print).

123. **Harlow BL**, MacLehose RF, Smolenski DJ, Soares CN, Otto MW, Joffe H, Cohen LS. Disparate rates of new onset depression during the menopausal transition in two community-based populations: Real, or really wrong? Am J Epidemiol 2013;177(10):1148-1156. **PMCID: PMC3649637**

124. **Harlow BL**, Kunitz CG, Nguyen RHN, Rydell SA, Turner RM, MacLehose, RF. Prevalence of Symptoms Consistent with a Diagnosis of Vulvodynia: Population-based estimates from two geographical regions. Am J Obstet Gynecol 2014;210(1):40.e1–40.e8 **PMCID: PMC3885163**

125. Nguyen RHN, Mathur C, Wynings EM, Wiliams DA, **Harlow BL**. Remission of Vulvar Pain among Women with Primary Vulvodynia. Journal of Lower Genital Tract Disease, 2014, doi: 10.1097/LGT.0000000000000041 12141 (Epub ahead of print). _PMCID: PMC4241190

126. Khandker M, Brady SS, Stewart EG, **Harlow BL**. Is chronic stress during childhood associated with adult onset vulvodynia? J Wom Health 2014;23:649-656.

127. Nguyen RHN, Turner RM, Sieling J, Williams DA, Hodges JS, **Harlow BL**. Feasibility of collecting vulvar pain variability and its correlates using prospective collection with smart phones. Pain Res & Treatment 2014;Article ID 659863, 7 pages; http://dx.doi.org/10.1155/2014/659863.

128. Gisladottir A, **Harlow BL**, Gudmundsdottir B, Bjarnadottir RI, Jonsdottir E, Aspelund T, Cnattingius S, Valdimarsdottir UA. Risk factors and health during pregnancy among women previously exposed to sexual violence. Acta Obstet Gynecol Scand 2014;93:351-358. PubMed PMID: 24490826

129. Wise LA, Troisi R, Hatch EE, Tituus LJ, Rothhman KJ, **Harlow BL**. Prenatal Diethylstilbestrol Exposure and Reproductive Hormones in Premenopausal Women. J Develop Origins Health Dis, 2015;6(3):208-216.

130. Oakes JM, MacLehose RF, McDonald K, **Harlow BL**. Using administrative health records to recruit a community-based sample for population research. Ann Epidemiol 2015;25:526-531.

131. Nguyen R, Reese R, **Harlow B**. Differences in pain subtypes between Hispanic and non-Hispanic White women with chronic vulvar pain. J Women's Health 2015;24:144-50.

132. Mason SM, MacLehose RF, Katz-Wise SL, Austin SB, Neumark-Sztaner D, **Harlow BL**, Rich-Edwards JW. Childhood Abuse victimization, stress-related eating, and weight status in young women. Ann Epidemiol 2015;25:760-766.

133. Mason SM, Frazier PA, Austin SB, **Harlow BL**, Jackson B, Raymond NC, Rich-Edwards JW. Posttraumatic stress disorder symptoms and problematic overeating behaviors in young men and women. Ann Behav Med 2017;51:822-832.

134. **Harlow BL**, Caron RE, Parker SE, Chatterjea D, Fox MP, Nguyen RHN. Recurrent yeast infections and vulvodynia: Can we believe associations based on self-reported data? J Wom Health 2017;26:1069-1076.

135. Gisladottir A, Luque-Fernandex MA, **Harlow BL**, Gudmundsdottir B, Jonsdottir E, Hauksdottir A, Aspelund T, Cnattingius S, Valdimarsdottir UA. Obstetric outcomes of mothers previously exposed to sexual violence. PLOS1 2016;11:e0150726. PMID: 27007230.

136. Gisladottir A, Cnattingius S, Luque-Fernandez MA, Thorkelsson T, Hauksdottir A, Gudmundsdottir B, Ragnheidur I, Bjarnadottir RI, Aspelund T, **Harlow BL**, Valdimarsdottir UA. Neonatal outcomes in infants of women with past exposure to sexual violence. In review.

137. Nguyen RHN, Pukall CF, Rydell SA, Hoffman SL, **Harlow BL**. Reduced vulvar pain tolerance in the presence of comorbid pain among women with vulvodynia. Pain 2016, In review.

138. Millar A, Isaksson R, Bedel S, Looby MA, Hubbs JL, **Harlow BL**, Ghebre R. Patterns of contraceptive use among Somali women in the postpartum period. Contraception & Reproductive Med 2017;Apr 4;2:14. doi: 10.1186/s40834-017-0041-x. eCollection.

139. Pasquali M, **Harlow BL**, Soares C, Cohen LS, Minuzzi L, Gelain D, Moreira JC, Frey B. A longitudinal study of the neurotropyhic, oxidative and inflammatory markers in first-onset depression in midlife women. Eur Archives Psych & Clin Neuro 2018;268:771-781.

140. **Harlow BL**, Bavendam TG, Palmer MH, Brubaker B, Burgio KL, Emily S. Lukacz ES, Miller JM, Mueller E, Newman DK, Rickey LM, Sutcliffe S, Simons-Morton D. The Prevention of Lower Urinary Tract Symptoms Research Consortium: A Transdisciplinary Approach Toward Promoting Bladder Health and Preventing Lower Urinary Tract Symptoms in Women Across the Life Course. The PLUS Research Consortium. J Women's Health 2018;27:283-289.

141. Allen AM, Lundeen K, Murphy SE, Spector L, Harlow BL. Web-Delivered Multimedia Training Materials for the Self-Collection of Dried Blood Spots: A Formative Project. JMIR Form Res. 2018 Nov 05; 2(2):e11025. PMID: 30684406

21

142. Klann AM, Rosenberg J, Wang T, Parker SE, **Harlow BL**. Exploring hygienic behaviors and vulvodynia. J Lower Genital Tract & Dis 2019;23(3):220-225.

143. Khandker M, Brady SS, Rydell SA, Turner RM, Schreiner PJ, **Harlow BL**. Early-life chronic stressors, rumination, and the onset of vulvodynia. J Sex Med 2019;16(6):880-890.

144. Sun Y, **Harlow BL.** The association of vulvar pain and urological urgency and frequency: Findings from a community-based case-control study. Int J Urogynecol 2019;30(11):1871-1878.

145. Schmitz KH,  Bavendam T, Brady SS, Sutcliffe S, Lukacz E, Miller JM, **Harlow BL**, Rudser K, James A, Burgio K, Newman D, Palmer MH, Brubaker L; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. Is the Juice Worth the Squeeze? Transdisciplinary Team Science in Bladder Health. Neurourol Urodyn. 2020;1-11. http://doi.org/10.1002/nau.24357.

146. Brady SS, Berry A, Camenga DR, Fitzgerald CM, Gahagan S, Hardacker CT, **Harlow BL**, Hebert-Beirne J, LaCoursiere DY, Lewis JB, Low LK, Lowder JL, Markland AD, McGwin G, Newman DK, Palmer MH, Shoham DA, Smith AL, Stapleton A, Williams BR, Sutcliffe S; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. Applying concepts of life course theory and life course epidemiology to the study of bladder health and lower urinary tract symptoms among girls and women. Neurourol Urodyn. 2020;39:1185-1202

147. Bedford L, Parker SE, Davis E, Salzman E, Hillier SL, Foxman B, **Harlow BL**. Characteristics of the vaginal microbiome in women with and without clinically confirmed vulvodynia [published online ahead of print, 2020 Mar 2]. *Am J Obstet Gynecol*. 2020;S0002-9378(20)30227-1. doi:10.1016/j.ajog.2020.02.039

148. Willis SK, Aiello AE, Chatterjea D, Nelson JA, Hibberd PL, **Harlow BL**. Characterizing Differences in Thymic Function in Women With and Without Vulvodynia: A Community-Based Study. J Low Genit Tract Dis. 2021 Oct 1;25(4):296-302. doi: 10.1097/LGT.0000000000000620. PMID: 34542085; PMCID: PMC10155502.

149. Connor JJ, Haviland M, Robinson BE, Brady SS, **Harlow BL**. Psychosocial factors influence sexual satisfaction among women with vulvodynia. J Sex Marital Therapy; 2020;46(6):589-598.

150. Mühlrad H, Haraldson P, **Harlow BL**, Olofsson MA, Bohm-Starke N. Early life health in women with provoked vestibulodynia and/or vaginismus. J Women's Health 2021;30(6):799-806.

151. Golenbock SW, Wise LA, Lambert-Messerlian GM, Eklund EE, **Harlow BL**. Association between a history of depression and anti-mullerian hormone among late reproductive aged women: The Harvard Study of Moods and Cycles. Women's Midlife Health. 2020 Sep 1;6:9. doi: 10.1186/s40695-020-00056-x. PMID: 32884826 .

152. **Harlow BL**, Murray EJ, Rothman KJ. Re: Genital Powder Use and Ovarian Cancer. JAMA. 2020;323(20):2096. doi:10.1001/jama.2020.3858.

153. Bond JC, Kachura JJ, Fox MP, Weuve J, **Harlow BL**. Potential for Selection Bias in Studies of the Association of Hormonal Contraception and Chronic Vulvar Pain. J Womens Health (Larchmt). 2022 Feb;31(2):194-201. doi: 10.1089/jwh.2020.8857. Epub 2021 Jun 29. PMID: 34190629; PMCID: PMC8864423.

154. Estibeiro V, Juntunen A, Bond JC, **Harlow BL**. Menstrual Cycle Characteristics and Vulvodynia. J Womens Health (Larchmt). 2022 Aug;31(8):1127-1136. doi: 10.1089/jwh.2020.9011. Epub 2022 Jan 17. PMID: 35041490; PMCID: PMC9419961.

155. Shoham DA, Wang Z, Lindberg S, Chu H, Brubaker L, Brady SS, Coyne-Beasley T, Fitzgerald CM, Gahagan S, **Harlow BL**, Joinson C, Low LK, Markland AD, Newman DK, Smith AL, Stapleton A, Sutcliffe S, Berry A. School Toileting Environment, Bullying, and Lower Urinary Tract Symptoms in a Population of Adolescent and Young Adult Girls: Preventing Lower Urinary Tract Symptoms Consortium Analysis of Avon Longitudinal Study of Parents and Children. Urology. 2020 Jul 15. PMID: 32679271.

156. Bond JC, **Harlow BL**, White KO. Care Seeking for Chronic Vulvar Pain Among a Large, Population-Based Sample of Reproductive-Aged Women. J Womens Health (Larchmt). 2022 Apr;31(4):513-520. doi: 10.1089/jwh.2021.0086. Epub 2021 Sep 14. PMID: 34520267; PMCID: PMC9063164.

157. Newman DK, Burgio KL, Cain C, Hebert-Beirne J, Low LK, Palmer MH, Smith AL, Rickey L, Rudser K, Gahagan S, **Harlow BL**, James AS, Lacoursiere DY, Hardacker CT, Wyman JF; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. Toileting Behaviors and Lower Urinary Tract Symptoms: A Cross-sectional Study of Diverse Women in the United States. Int J Nurs Stud Adv. 2021 Nov;3:100052. doi: 10.1016/j.ijnsa.2021.100052. Epub 2021 Nov 10. PMID: 35498154; PMCID: PMC9053318.

158. Casey SM, Varela A, Marriott JP, Coleman CM, **Harlow BL**. The influence of diagnosed mental health conditions and symptoms of depression and/or anxiety on suicide ideation, plan, and attempt among college students: Findings from the Healthy Minds Study, 2018-2019. J Affect Disord. 2022 Feb 1;298(Pt A):464-471. doi: 10.1016/j.jad.2021.11.006. Epub 2021 Nov 10. PMID: 34774646.

159. Smith AL, Rudser K, **Harlow BL**, McGwin G, Barthold J, Brady SS, Brubaker L, Cunningham SD, Griffith JW, Kenton K, Klusaritz H, Lewis CE, Lukacz ES, Maki J, Markland AD, Mueller ER, Newman DK, Nodora J, Rickey LM, Rockwood T, Simon M, Wyman JF, Sutcliffe S; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. RISE FOR HEALTH: Rationale and protocol for a prospective cohort study of bladder health in women. Neurourol Urodyn. 2022 Nov 2:10.1002/nau.25074. doi: 10.1002/nau.25074. Epub ahead of print. PMID: 36321762; PMCID: PMC10151425.

160. **Harlow BL**, Coleman CM, Mühlrad H, Yan J, Linnros E, Lu D, Fox MP, Bohm-Starke N. The Association Between Immune-Related Conditions Across the Life-Course and Provoked Vulvodynia. J Pain. 2023 Mar 20:S1526-5900(23)00367-X. doi: 10.1016/j.jpain.2023.03.007. Epub ahead of print. PMID: 36940787.

**IN PRESS/REVIEW**

161. Abanobi AN, Itacy S, Coleman CM, **Harlow BL**. Association between eating disorders and sleep duration among college students: Findings from the Health Minds Study. J Amer Coll Health.

162. Danish AN, Mason SM, Brady SS, **Harlow BL**. Vulvodynia and Social Support. Pain Med 2021; In review

163. James AS, ……**Harlow BL**. Building Community Engagement capacity in a transdisciplinary, population health research consortia, In press.

164. Husain J,….**Harlow BL** The Effect of Cannabis Use on Opioid Relapse in Patients on Extended-Release Naltrexone or Buprenorphine-Naloxone for Opioid Use Disorder: A Secondary Analysis of the X:BOT Trial. Amer J Addictions, In press.

165. Raposa M, Smithers DL, Matthews CM, **Harlow BL**. Depression and help seeking behaviors among college students: Findings from the Healthy Minds Study. J American College Health, In press.

166. Yang Y, Valdimarsdottir UA, Manson JE, Sievert LL Harlow BL, Eliassen AH, Bertone-Johnson ER, Lu D. Premenstrual disorders, timing of menopause and severity of vasomotor symptoms. 10.1001/jamanetworkopen.2023.34545

# EXHIBIT B

# Materials Considered

## MATERIALS CONSIDERED

1.  AMA Final Report for Sample D 58 FDA Redacted July 24, 2019
2.  Berge, et al., Genital Use of Talc and Risk of Ovarian cancer: a Meta-Analysis, 27 European J. Cancer Prev. 248 (2018)
3.  Booth, Risk Factors for Ovarian Cancer: a Case-Control Study, 60 Brit. J. Cancer 592 (1989)
4.  Carr, Talc: Consumer Uses and Health Perspectives, 21 Reg. Tox. & Pharmacology 211–215 (1995)
5.  Chang & Harvey A. Risch, Perineal Talc Exposure and Risk of Ovarian Carcinoma, 79 Cancer 2396 (1997)
6.  Chen, et al., Risk Factors for Epithelial Ovarian Cancer in Beijing, China, 21 Int'l J. Epidemiology 23 (1992)
7.  Cramer, et al., Genital Talc Exposure and Risk of Ovarian Cancer, 81 Int'l J. Cancer 351 (1999)
8.  Cramer, et al., Ovarian Cancer and Talc: A Case-Control Study, 50 Cancer 372 (1982)
9.  Cramer, et al., The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States, 27 Epidemiology 334 (2016)
10. Davis, et al., Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium, 30 Cancer Epi. Biomarkers Prev. 1660 (2021)
11. FDA Response to Citizens Petitions, April 1, 2014
12. FDA Testing (AMA) (10-3-2019)
13. Gates, et al., Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype, 171 Am. J. Epidemiology 45 (2010)
14. Gates, et al., Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer, 17 Cancer Epidemiology Biomarkers Prev. 2436 (2008)
15. Gertig, et al., Prospective Study of Talc Use and Ovarian Cancer, 92 J. Nat'l Cancer Inst. 249 (2000)
16. Godard, et al., Risk Factors for Familial and Sporadic Ovarian Cancer Among French Canadians: a Case-Control Study, 179 Am. J. Obstetrics & Gynecology 403 (1998)
17. Gonzalez, et al., Douching, Talc Use, and Risk of Ovarian Cancer, 27 Epidemiology 797 (2016)
18. Goodman, et al., A Critical Review of Talc and Ovarian Cancer, 5 J. Tox. & Environ. Health 183 (2020)
19. Gross & Berg, A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer, 5 J. Exposure Analysis & Envtl. Epidemiology 181 (1995)
20. Harlow & Weiss, A Case –Control Study of Borderline Ovarian Tumors: the Influence of Perineal Exposure to Talc, 130 Am. J. Epidemiology 390 (1989)
21. Harlow, et al., Perineal Exposure to Talc and Ovarian Cancer Risk, 80 Obstetrics & Gynecology 19 (1992)

22.   Hartge & Stewart, Occupation and Ovarian Cancer: A Case-Control Study in the Washington, DC, Metropolitan Area, 1978-1981, J. Occupational Med. 924 (1994)

23.   Harvard Medical School 1982 Questionnaire - NHS 1982 Questionnaire (Long)

24.   Health Canada Final Screening Assessment (April 2021)

25.   Henderson et al., Talc in Normal and Malignant Ovarian Tissue, Lancet (1979)

26.   Henderson, et al., Talc and Carcinoma of the Ovary and Cervix, 78 J. Obstetrics & Gynaecology British Commonwealth 266 (1971)

27.   Hopkins Exhibit 28 (J&J testing)

28.   Houghton, et al., Perineal Powder Use and Risk of Ovarian Cancer, 106 J. Nat'l Cancer Inst. (2014)

29.   Huncharek, et al., Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: a Meta-Analysis of 11, 933 Subjects from Sixteen Observational Studies, 23 Anticancer Research 1955 (2003)

30.   IARC Monograph 100C, (Arsenic, Metals, Fibres, and Dusts V100C, A Review of Human Carcinogens - 2012)

31.   IARC Monograph Priorities, Advisory Group recommendations on priorities for the IARC Monographs (April 17, 2019)

32.   IARC Monographs on the Evaluation of Carcinogenic Risks to Humans V93, Carbon Black, Titanium Dioxide, and Talc, IARC Monograph 93 (2010)

33.   Kurta, et al., Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a U.S.-Based Case-Control Study, 21 Cancer Epidemiology Biomarkers Prev. 1282 (2012)

34.   Langseth, et al., Perineal Use of Talc and Risk of Ovarian Cancer, 62 J. Epidemiology Comm. Health 358 (2008)

35.   Longo & Rigler - Asbestos & Talc Fiber Exposure Tables 1960-2000s - JBP & S2S

36.   Longo & Rigler MDL 2nd Supp. Expert Report (Feb. 1, 2019)

37.   Lynch, et al. (2023), Systematic Review of the Association between Talc and Female Reproductive Tract Cancers, Frontiers in Toxicology (2023)

38.   Merritt, et al., Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer, 122 Int'l J. Cancer 170 (2008)

39.   Micha, et al. (2022). Talc powder and ovarian cancer: What is the evidence? 306 Archives Gynecology & Obstetrics 931 (2022)

40.   Mills, et al., Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California, 112 Int'l J. Cancer 458 (2004)

41.   Moorman, et al., Ovarian Cancer Risk Factors in African-American and White Women, 170 Am. J. Epidemiology 598 (2009)

42.   National Academies Press. (2011). Reference Guide on Epidemiology. In Reference Manual on Scientific Evidence (3rd ed., p. 549-631).

43.   NCI PDQ 03-19-2015 – P.385

44.   Ness, Does Talc Exposure Cause Ovarian Cancer?, 25 Int'l J. Gyn. Cancer (2015)

45.   Ness, Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer, 11 Epidemiology 111 (2000)

46.   O'Brien, et al., Association of Powder Use in the Genital Area with Risk of Ovarian Cancer, 323 JAMA 49 (2020)

47.    O'Brien (2020), E-tables

48.    Ovarian Cancer Prevention (PDQ), Sanford Health.
       https://www.sanfordhealth.org/healthinformation/healthwise/topic/ncicdr0000062822

49.    Ovarian, fallopian tube, & primary peritoneal cancers prevention (PDQ®). National
       Cancer Institute:
       http://www.cancer.gov/cancertopics/pdq/prevention/ovarian/HealthProfessional

50.    Ovarian, fallopian tube, and primary peritoneal cancers prevention (PDQ®). National
       Cancer Institute: http://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq

51.    P1.0125 – Rothman, et al., Interpretation of Epidemiologic Studies on Talc and Ovarian
       Cancer – Rothman, Nov.28, 2000

52.    P-18 – Cancer Prevention Coalition to J&J (1994)

53.    PDQ - Ovarian, Fallopian Tube, & Primary Peritoneal Cancer Prevention - NCI (6-29-
       2023)

54.    Penninkilampi & Eslick, Perineal Talc Use and Ovarian Cancer: A Systematic Review
       and Meta-Analysis, 29 Epidemiology 41 (2018)

55.    Purdie, et al., Reproductive and Other Factors and Risk of Epithelia Ovarian Cancer: an
       Australian Case-Control Study, 62 Int'l J. Cancer 678 (1995)

56.    Rosenblatt, et al., Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer,
       22 Cancer Causes Control 737 (2011)

57.    Rosenblatt, et al., Mineral Fiber Exposure and the Development of Ovarian Cancer 45
       Gynecologic Oncology 20 (1992)

58.    Schildkraut, et al., Association Between Body Powder Use and Ovarian Cancer: The
       African American Epidemiology Study (AACES), 25 Cancer Epidemiology Biomarkers
       Prev. 1411(2016)

59.    Shushan, et al., Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian
       Cancer, 65 Fertility & Sterility 13 (1996)

60.    Taher, et al., Critical Review of the Association Between Perineal Use of Talc Powder
       and Risk of Ovarian Cancer, 90 Reproductive Toxicology 88 (2019)

61.    Terry, et al., Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of
       85,25 Cases and 9,859 Controls, 6 Cancer Prev. Research 811 (2013)

62.    The Sister Study - Self-Administered Questionnaire re PersonalCare-v3-508, June 7,2004

63.    Tzonou, et al., Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as
       Risk Factors for Ovarian Cancer, 55 Int'l J. Cancer 408 (1993)

64.    Wentzensen & O'Brien, Talc, Body Powder, and Ovarian Cancer: A Summary of the
       Epidemiologic Evidence,163 Gynecologic Oncology, 199 (2021)

65.    Whittemore, et al., Personal and Environmental Characteristics Related to Epithelial
       Ovarian Cancer, 128 Am. J. Epidemiology (1988)

66.    Women's Health Initiative - Form 42 Observational Study Questionnaire

67.    Wong, et al., Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: a Case-
       Control Study, 93 Obstetrics & Gynecology 372 (1999)

68.    Woolen, et al., Association Between the Frequent Use of Perineal Talcum Powder
       Products and Ovarian Cancer: a Systematic Review and Meta-Analysis, J. Gen. Intern.
       Med. (2022)

69.    Wu, African-Americans and Hispanics Remain at Lower Risk of Ovarian Cancer than
       Non-Hispanic Whites After Considering Non-Genetic Risk Factors and Oophorectomy
       Rates, 24 Cancer Epidemiology Biomarkers Prev. 1094 (2015)

70.    Wu, Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County, 124
       Int'l J. Cancer 1409 (2009)

71.

72.

# EXHIBIT C

## Deposition Or Trial Testimony

## Provided In Last Four Years

**Depositions (last four years)**

U.S. District Court of New Jersey, *In re: Johnson & Johnson Talcum Powder Product Marketing, Sales Practices and Products Liability Litigation*, MDL No. 3:16-md-2738-MAS-RL: April 9, 2024.

**Trial Testimony**

I have not provided trial testimony.