# EXHIBIT 55

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NEW JERSEY
 2
 3     ------------------------------
                                     )
 4     IN RE JOHNSON & JOHNSON       )
       TALCUM POWDER PRODUCTS        )  MDL NO.
 5     MARKETING, SALES PRACTICES,   )  16-2738(FLW)(LHG)
       AND PRODUCTS LIABILITY        )
 6     LITIGATION                    )
                                     )
 7     ------------------------------
 8       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                     STATE OF MISSOURI
 9
       VALERIE SWANN,                )
10                                   )
             Plaintiff,              )
11                                   )  Cause No.
       v.                            )  1422-CC09326-03
12                                   )
       JOHNSON & JOHNSON, et al.,    )
13                                   )
             Defendants.             )
14     _____
15                    — — —
16           Tuesday, September 14, 2021
                      — — —
17
18        Oral Deposition of JUDITH WOLF, M.D.,
       VOLUME 2, held at the Fairmont Hotel, 101 Red
19     River Street, Austin, Texas, commencing at
       8:53 a.m. CDT, on the above date, before
20     Michael E. Miller, Fellow of the Academy of
       Professional Reporters, Certified Court
21     Reporter, Registered Diplomate Reporter,
       Certified Realtime Reporter and Notary
22     Public.
23                    — — —
24            GOLKOW LITIGATION SERVICES
          877.370.DEPS | fax 917.591.5672
25               deps@golkow.com
```

Judith Wolf, M.D.

Page 430

```
 1   APPEARANCES:
 2   BEASLEY ALLEN PC
     BY: MARGARET M. THOMPSON, M.D., ESQUIRE
 3       margaret.thompson@beasleyallen.com
     218 Commerce Street
 4   Montgomery, Alabama 36104
     (334) 269-2343
 5   Counsel for Plaintiffs
 6
 7   ONDERLAW LLC
     BY: CYNTHIA L. GARBER, ESQUIRE
 8       garber@onderlaw.com
     12 Corporate Plaza Drive
 9   Suite 275
     Newport Beach, California 92660
10   (949)688-1799
     Counsel for Plaintiffs
11
12   BLASINGAME BURCH GARRARD & ASHLEY PC
     BY: SARA SCHRAMM, ESQUIRE
13       sschramm@bbga.com
     440 College Avenue
14   Suite 320
     Athens, Georgia 30601
15   (706)354-4000
     Counsel for Plaintiffs
16
17   TUCKER ELLIS LLP
     BY: MICHAEL C. ZELLERS, ESQUIRE
18       michael.zellers@tuckerellis.com
     515 South Flower Street
19   42nd Floor
     Los Angeles, California 90071
20   (213) 430-3400
     Counsel for Johnson & Johnson Defendants
21
22
23
24
25
```

Page 431

```
 1   APPEARANCES:
 2   FAEGRE DRINKER BIDDLE & REATH LLP
     BY: ERIC M. FRIEDMAN, ESQUIRE
 3       eric.friedman@faegredrinker.com
         (via Zoom)
 4   300 North Meridian Street
     Suite 2500
 5   Indianapolis, Indiana 46204
     (317)237-0300
 6   Counsel for Johnson & Johnson Defendants
```

Page 432

```
 1              INDEX
 2        JUDITH WOLF, M.D.
 3        September 14, 2021
 4
 5   APPEARANCES                          430
 6   PROCEEDINGS                          436
 7
 8   EXAMINATION OF JUDITH WOLF, M.D.:
 9      BY MR. ZELLERS                    436
10      BY DR. THOMPSON                   691
11      BY MR. ZELLERS                    709
12      BY DR. THOMPSON                   722
13
14   CERTIFICATE                          728
15   ERRATA                               730
16   ACKNOWLEDGMENT OF DEPONENT           731
17   LAWYER'S NOTES                       732
18
19
20
21        LITIGATION SUPPORT INDEX    PAGE
22   Instruction Not To Answer            590
23   Instruction Not To Answer            591
24
25
```

Page 433

```
 1           DEPOSITION EXHIBITS
 2   NUMBER                           MARKED
 3   Wolf-40     Medical Record(s),        444
 4               LBONDURANT_PL_00012 -
 5               LBONDURANT_PL_00019
 6   Wolf-41     Medical Record(s),        445
 7               LBONDURANT_MDAMR_01215 -
 8               LBONDURANT_MDAMR_01216
 9   Wolf-42     NCI Definition of Gorlin  452
10               Syndrome
11   Wolf-43     The Association Between Talc  480
12               Use and Ovarian Cancer, by
13               Cramer et al
14   Wolf-44     Genital Powder Use and Risk of  482
15               Ovarian Cancer... by Terry
16               et al
17   Wolf-45     Perineal Talc Use and Ovarian  490
18               Cancer... by Penninkilampi
19               et al
20   Wolf-46     Excerpt from Wolf MDL     496
21               Deposition
22   Wolf-47     Talc, Body Powder and Ovarian  497
23               Cancer... by Wentzensen et al
24
25
```

Judith Wolf, M.D.

Page 434

```
 1         DEPOSITION EXHIBITS
 2  Wolf-48    6/18/21 Godleski Expert Report    595
 3             re: Judkins
 4  Wolf-49    Medical Record(s),                615
 5             SWANNV_MBMC_0034
 6  Wolf-50    Excerpt from Lydia Huston         618
 7             Deposition
 8  Wolf-51    4/18/19 Godleski Expert Report    634
 9             re: Swann
10  Wolf-52    Genital Powder Use and Risk       640
11             for Ovarian Cancer... by Davis
12             et al
13  Wolf-53    Excerpt from Lydia Huston         655
14             Deposition
15  Wolf-54    Medical Record(s),                661
16             SWANNV_ELBENDARYA_0035 -
17             SWANNV_ELBENDARYA_0036
18  Wolf-55    Douching, Talc Use, and Risk      667
19             of Ovarian Cancer, by Gonzalez
20             et al
21  Wolf-56    Curriculum Vitae                  688
```

Page 435

```
 1      PREVIOUSLY MARKED EXHIBITS
 2    NUMBER                        PAGE
 3  Wolf-6    .........................  436
 4  Wolf-8    .........................  575
 5  Wolf-9    .........................  610
 6  Wolf-20   .........................  691
 7  Wolf-37   .........................  470
```

Page 436

```
 1             ------------
 2           P R O C E E D I N G S
 3      September 14, 2021, 8:53 a.m. CDT
 4             ------------
 5           JUDITH WOLF, M.D.,
 6   having been previously duly sworn,
 7         testified as follows:
 8             ------------
 9             EXAMINATION
10             ------------
11  BY MR. ZELLERS:
12      Q.   Good morning, Dr. Wolf.
13      A.   Good morning.
14      Q.   I'd like to ask you some
15  questions about Lynda Bondurant and the case
16  that's been filed on her behalf.
17      A.   Okay.
18      Q.   You have prepared a
19  case-specific report regarding Ms. Bondurant;
20  is that right?
21      A.   Yes.
22      Q.   We marked that yesterday as
23  Deposition Exhibit 6, and you have that in
24  front of you; is that right?
25      A.   Yes.
```

Page 437

```
 1      Q.   That report contains your
 2  case-specific opinions with regard to
 3  Ms. Bondurant; is that right?
 4      A.   Yes.
 5      Q.   The first 21 pages of
 6  Exhibit 6, your report, is the same as the
 7  general amended report that we discussed
 8  yesterday, correct?
 9      A.   Yes.
10      Q.   Ms. Bondurant had clear-cell
11  carcinoma; is that right?
12      A.   Clear-cell carcinoma of the
13  ovary, yes.
14      Q.   And it's your opinion, as
15  stated on pages 22 to 24 of your report,
16  Exhibit 6, that talcum powder is a
17  substantial contributing cause of
18  Ms. Bondurant's clear-cell cancer of the
19  ovary; is that right?
20      A.   Yes.
21      Q.   You did not identify any other
22  contributing causes of Ms. Bondurant's
23  clear-cell ovarian cancer; is that right?
24      A.   I'm just relooking just to make
25  sure that -- she did have a family history --
```

Page 534

1  A. I don't think there's anything
2  else in her history that I identified.
3      Smoking would be mucinous
4  cancer, and she did not have mucinous cancer.
5  Q. In Ms. Bondurant's case and in
6  any case, we have the possibility of factors
7  that are, as of now, unknown, correct?
8  That's true for any --
9  A. All cancers, yeah.
10 Q. Okay. I asked you this
11 yesterday and I don't think we ever reached
12 an agreement, but new question.
13     In Ms. Bondurant's case, are
14 you able to ascribe a percentage that talc
15 caused her ovarian cancer as compared to a
16 percentage that family history caused her
17 ovarian cancer as compared to a percentage
18 that endometriosis caused her ovarian cancer?
19     DR. THOMPSON: Object to form.
20 A. I don't know how I would
21 ever -- I don't know how to answer that
22 question because I don't think of it as a
23 percentage.
24     Are you -- so I guess I'm still
25 not understanding your question.

Page 535

1  BY MR. ZELLERS:
2  Q. I'm asking -- my job today is
3  to ask you your opinions.
4  A. Yes.
5  Q. So do I understand correctly
6  that, in your opinion, you cannot ascribe a
7  percentage cause of talc to Ms. Bondurant's
8  ovarian cancer or a percentage cause of
9  family history to her ovarian cancer or a
10 percentage cause that endometriosis caused
11 her ovarian cancer?
12 A. Are you asking me to rank what
13 I think the causes are?
14 Q. Well, here's what I'm asking
15 you to do. In Ms. Bondurant's case, she has
16 ovarian cancer.
17 A. Yes.
18 Q. Did talc contribute 20% to her
19 ovarian cancer? Did it contribute 60% to her
20 ovarian cancer? Similarly, did family
21 history contribute 20% to her ovarian cancer
22 or 40 or 60%? Did endometriosis contribute
23 20 or 30 or 40%?
24     Are you able to give an opinion
25 among the different risk factors as to what

Page 536

1  their proportionate cause was of
2  Ms. Bondurant's ovarian cancer?
3      DR. THOMPSON: Object to form.
4  A. That is not something that
5  makes any clinical sense to me, so I'm not
6  sure what you're asking. And I would never
7  say, well, it's a 20% chance that this caused
8  it and a 20% that that caused it and a 20%
9  chance that that caused it. That sounds like
10 that's what you're asking me.
11 BY MR. ZELLERS:
12 Q. Well, let me try to do a little
13 better. And if you can't -- I just want to
14 know if that's an opinion that you either
15 have or may have.
16     Can you attribute or break down
17 among the different risk factors for ovarian
18 cancer, and in Ms. Bondurant's case, we've
19 got talc use, we've got family history and
20 possibly endometriosis.
21     And your opinion is that talc
22 use is a cause, family history may be a
23 cause, and endometriosis, if it was verified,
24 may be a cause, fair?
25 A. Yes.

Page 537

1  Q. And I think you told me earlier
2  that your assumption, when you looked at
3  these cases, is: If there is an identifiable
4  risk factor, that it has some role in causing
5  the ovarian cancer, correct?
6  A. Yes.
7  Q. So among, in Ms. Bondurant's
8  case -- in Ms. Bondurant's case, among the
9  risk factors, are you able to say that you
10 think talc was 50% responsible for her
11 ovarian cancer and family history was 30%
12 responsible and endometriosis is 20%
13 responsible, or is that not something that
14 you think, you know, as an expert, that you
15 can ascribe percentages of the risk factors
16 to the cause of her cancer?
17     DR. THOMPSON: Object to form.
18 A. In an individual patient, I
19 would not assess percentage of cause from
20 different individual risk factors.
21 BY MR. ZELLERS:
22 Q. Go back to the -- is it the
23 Wentzensen article? That's the 2021 article
24 that we marked a bit ago that was written
25 with O'Brien as a coauthor.

Page 726

1    MR. ZELLERS:  Objection, form.
2    A.   It includes epithelial ovarian
3  cancer, which would include all subtypes.
4  BY DR. THOMPSON:
5    Q.   And then let's go to another
6  place.  I don't have the page number, so let
7  me look this up real quick.  Okay.
8    DR. THOMPSON:  My Internet went
9  out on me.  Sorry.
10   (Pause.)
11 BY DR. THOMPSON:
12   Q.   Okay.  Let's go to page 43.
13 The paragraph that begins with "Based on the
14 available data."
15   A.   (Nods head.)
16   Q.   Based on the available data,
17 ovarian cancer was identified as a critical
18 health effect for the perineal route of
19 exposure to talc, and a long discussion of
20 why that is.
21       Data from a meta-analysis of
22 epidemiological studies indicate a consistent
23 and statistically significant positive
24 association between perineal exposure to talc
25 and ovarian cancer, with several references.

Page 727

1       Would the ovarian cancer
2  referred to in that clause include all the
3  subtypes of epithelial ovarian cancer?
4    MR. ZELLERS:  Objection, form.
5    A.   Yes, because those papers that
6  they discussed, many of them include all
7  subtypes or don't separate and just call it
8  epithelial ovarian cancer.
9  BY DR. THOMPSON:
10   Q.   And the last sentence:  Given
11 that there's a potential for perineal
12 exposure to talc from the use of various
13 self-care products, a potential concern for
14 human health has been identified.
15       And that would include all the
16 subtypes of epithelial ovarian cancer?
17   MR. ZELLERS:  Objection, form.
18 BY DR. THOMPSON:
19   Q.   Is that right?
20   A.   Yes.
21   DR. THOMPSON:  That's all.
22   MR. ZELLERS:  I have no further
23 questions.  Thank you.
24   THE WITNESS:  Thank you.
25   (Time noted: 4:41 p.m. CDT)

Page 728

1              CERTIFICATE
2       I, MICHAEL E. MILLER, Fellow of
the Academy of Professional Reporters,
3  Registered Diplomate Reporter, Certified
Realtime Reporter, Certified Court Reporter
4  and Notary Public, do hereby certify that
prior to the commencement of the examination,
5  JUDITH WOLF, M.D. was duly sworn by me to
testify to the truth, the whole truth and
6  nothing but the truth.
7       I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
ability.
10
        I DO FURTHER CERTIFY that pursuant
11 to FRCP Rule 30, signature of the witness was
not requested by the witness or other party
12 before the conclusion of the deposition.
        I DO FURTHER CERTIFY that I am
13 neither a relative nor employee nor attorney
nor counsel of any of the parties to this
14 action, and that I am neither a relative nor
employee of such attorney or counsel, and
15 that I am not financially interested in the
action.
16
17
18
    MICHAEL E. MILLER, FAPR, RDR, CRR
19  Fellow of the Academy of Professional Reporters
    NCRA Registered Diplomate Reporter
20  NCRA Certified Realtime Reporter
    Certified Court Reporter
21
    Notary Public in and for the
22  State of Texas
    My Commission Expires:  7/9/2024
23
    Dated: September 16, 2021
24
25

Page 729

1         INSTRUCTIONS TO WITNESS
2
3       Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8       After doing so, please sign the
9  errata sheet and date it.
10      You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14      It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.