# EXHIBIT 69

1     IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF NEW JERSEY
2

3             -   -   -

4  IN RE: JOHNSON &        :   MDL No.
  JOHNSON TALCUM POWDER    :   16-2738
  PRODUCTS MARKETING,      :   (MAS)(RES)
5  SALES PRACTICES, AND     :
  PRODUCTS LIABILITY       :
6  LITIGATION               :

7

8  _____

9      SUPERIOR COURT OF NEW JERSEY
      LAW DIVISION, ATLANTIC COUNTY

10           -   -   -

11  IN RE: TALC-BASED        :   Consolidated
  POWDER PRODUCTS          :   Docket No.
12  LITIGATION               :   ATL-L-2648-15
                 :
13                 :   MCL Case No.
                 :   300
14

15           -   -   -

16       January 10, 2024

17           -   -   -

18       Remote Oral Expert
  deposition of JUDITH KAY WOLF, M.D.,
19  conducted at the location of the witness
  in Austin, Texas, commencing at 10:15
20  a.m. Eastern, on the above date, before
  Kimberly A. Cahill, a Federally Approved
21  Registered Merit Reporter, Certified
  Court Reporter, and Notary Public.

22           -   -   -

23     GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph| 917.591.5672
24       deps@golkow.com



APPEARANCES:

BEASLEY ALLEN
BY: P. LEIGH O'DELL, ESQUIRE
BY: MARGARET M. THOMPSON, ESQUIRE
218 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
leigh.odell@beasleyallen.com
margaret.thompson@beasleyallen.com
Representing the Plaintiffs

ASHCRAFT & GEREL
BY: MICHELLE A. PARFITT, ESQUIRE
1825 K Street NW
Suite 700
Washington, D.C. 20006
(202) 335-2600
Representing the Plaintiffs

GOLOMB LEGAL
BY: RICHARD M. GOLOMB, ESQUIRE
1835 Market Street
Suite 2900
Philadelphia, Pennsylvania 19013
(215) 985-9177
Representing the Plaintiffs

SHOOK, HARDY & BACON L.L.P.
BY: MARK C. HEGARTY, ESQUIRE
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
mhegarty@shb.com
Representing the Defendants, Johnson & Johnson and Johnson & Johnson Consumer, Inc.

\- - -

\- - -

I N D E X

\- - -

Testimony of: JUDITH KAY WOLF, M.D.

| | |
|---|---|
| By Mr. Hegarty | 25 |
| By Ms. O'Dell | 275 |
| By Mr. Hegarty | 285 |

\- - -

E X H I B I T S

\- - -

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Wolf-1 | Materials Considered List Attached as Exhibit B to the 11/15/23 2nd Amended Export Report (General) of Judith Wolf, M.D. | 71 |
| Wolf-2 | "Folder #2 General Causation Materials, Lynch Systematic Review Tables" | 80 |
| Wolf-3 | Thirty-four Pages of Judith Wolf Invoices Starting with January 2017 | 107 |
| Wolf-4 | Three Pages of Judith Wolf Invoices from August to December 2023 | 110 |
| Wolf-5 | Curriculum Vitae of Judith K. Wolf, M.D. | 116 |
| Wolf-6 | Notice of Oral Deposition of Judith E. Wolf, M.D. and Duces Tecum in MDL | 119 |
| Wolf-7 | 11/15/23 Second Amended Rule 26 General Expert Report of Judith Wolf, M.D. | 124 |
| Wolf-8 | 11/15/23 Amended Rule 26 Bondurant Case-Specific Expert Report of Judith Wolf, M.D. | 125 |
| Wolf-9 | 11/15/23 Amended Rule 26 Judkins Case-Specific Expert Report of Judith Wolf, M.D. | 127 |
| Wolf-10 | 11/15/23 Amended Rule 26 Gallardo Case-Specific Expert Report of Judith Wolf, M.D. | 128 |
| Wolf-11 | "Effects of Risk Factors for ovarian cancer in women with and without endometriosis" Paper by Phung, et al | 142 |
| Wolf-12 | "Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium" Paper by Davis, et al | 167 |
| Wolf-13 | "Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis" Paper by Woolen, et al | 192 |
| Wolf-14 | "Asbestos Exposure and Ovarian Cancer - A Gynaecological Occupational Disease. Background, Mandatory Notification, Practical Approach" Paper by Nowak, et al | 206 |
| Wolf-15 | "The effect of talc powders on phagocytes in co-culture with ovarian cancer cells" Paper by Mandarino, et al | 215 |
| Wolf-16 | "Transcriptomic and epigenomic effects of insoluble particles on J774 macrophages" Paper by Emi, et al | 221 |
| Wolf-17 | "Talcum powder | 236 |

Judith Kay Wolf, M.D.

Page 6

```
 1    induces malignant
 2    transformation in
      normal human
 3    primary ovarian
      epithelial cells
 4    Paper by Harper, et
      al
 5  Wolf-18    PLOS ONE Reviewer  236
 6            Comments
            SAED_SEPT222021_
 7          through
            SAED_SEPT222021_
 8          SUPPL_000104
 9  Wolf-19    Gynecologic        251
10            Oncology Reviewer
            Comments
11          SAED_SEPT222021_
            SUPPL_000069 and
12          SAED_SEPT222021-
            SUPPL_000070
13  Wolf-20    General Report of  266
14            Dr. Wolf Present
            with Witness
15  Wolf-21    Judkins            267
16            Case-Specific
            Report of Dr. Wolf
17          Present with
            Witness
18  Wolf-22    Gallardo           268
19            Case-Specific
            Report of Dr. Wolf
20          Present with
            Witness
21  Wolf-23    Bondurant          268
22            Case-Specific
            Report of Dr. Wolf
23          Present with
            Witness
24  Wolf-24    Dr. Longo's        269
```

Page 7

```
 1            Exposure Report
            Present with
 2          Witness
 3  Wolf-25    Dr. Longo's MDL    269
 4            Third Supplemental
            Report Present with
 5          Witness
 6  Wolf-26    Dr. Levy's Report  269
            Present with
 7          Witness
 8  Wolf-27    Entirety of        270
            Literature Dr. Wolf
 9          Brought to
            Deposition
10  Wolf-28    HHS Public Access  280
11            "General powder use
            and risk of
12          epithelial ovarian
            cancer in the
13          Ovarian Cancer in
            Women of African
14          Ancestry
            Consortium" Paper
15          by Davis, et al
16
17
18
19
20
21
22
23
24
```

Page 8

```
 1            - - -
 2      DEPOSITION SUPPORT INDEX
 3            - - -
 4
 5  Direction to Witness Not to Answer
 6  Page Line    Page Line    Page Line
 7
 8  Request for Production of Documents
 9  Page Line    Page Line    Page Line
10  114 6
11
12  Stipulations
13  Page Line    Page Line    Page Line
14
15
16  Question Marked
17  Page Line    Page Line    Page Line
18
19
20
21
22
23
24
```

Page 9

```
 1            - - -
 2        THE COURT REPORTER:  All
    parties to this deposition are
 3  appearing remotely and have agreed
 4  to the witness being sworn in
 5  remotely.  Due to the nature of
 6  remote reporting, please pause
 7  briefly before speaking to ensure
 8  all parties are heard completely.
 9        Counsel, please state your
10  appearances for the record.
11        MS. O'DELL:  Leigh O'Dell
12  from Beasley Allen for the
13  plaintiffs.
14        MS. THOMPSON:  Margaret
15  Thompson from Beasley Allen.
16        MS. PARFITT:  Michelle
17  Parfitt, Ashcraft & Gerel, for the
18  plaintiffs, MDL steering
19  committee.
20        MR. GOLOMB:  Richard Golomb
21  from Golomb Legal for the
22  plaintiffs.
23        MR. HEGARTY:  Mark Hegarty
24
```

Judith Kay Wolf, M.D.

Page 154

¹ in my copy -- it's the table that says
² "Association between family history and
³ lifestyle factors and ovarian cancer risk
⁴ by endometriosis status."
⁵           Do you see that table?
⁶      A.   Yes.
⁷      Q.   In that table, as to talc
⁸ and endometriosis, the authors did an
⁹ interaction test and found no
¹⁰ statistically significant interaction;
¹¹ correct?
¹²      A.   I'm looking at -- yes,
¹³ that's correct.
¹⁴      Q.   That means that --
¹⁵           MS. O'DELL:  Excuse me,
¹⁶ Mark.  I don't know that she was
¹⁷ finished.
¹⁸           MR. HEGARTY:  Okay.  I'm
¹⁹ sorry.
²⁰           MS. O'DELL:  If you were,
²¹ Doctor, you know, fine, but I
²² thought you weren't finished.
²³           THE WITNESS:  But the
²⁴ numbers are different.  The cases

Page 155

¹   and controls without endometriosis
²   who -- in the patients who had
³   genital talc use, odds ratio was
⁴   1.12 and for those with
⁵   endometriosis, it was 1.38.
⁶ BY MR. HEGARTY:
⁷      Q.   So with regard to looking at
⁸ statistical significance between those
⁹ two odds ratios, statistically, there was
¹⁰ no difference; correct?
¹¹      A.   It was .2, which they did
¹² not consider statistically significant,
¹³ but the interaction between those two was
¹⁴ more than any of the other risk factors.
¹⁵      Q.   Not finding statistical
¹⁶ significance means that the authors could
¹⁷ not reject the null hypothesis of no
¹⁸ interaction; correct?
¹⁹           MS. O'DELL:  Object to the
²⁰ form.
²¹           THE WITNESS:  Based on the
²² statistics they used, that's
²³ correct.
²⁴ BY MR. HEGARTY:

Page 156

¹      Q.   Do you mention anywhere in
² your report that the Phung authors found
³ no statistically significant interaction
⁴ between talcum powder use and
⁵ endometriosis?
⁶      A.   No.  What my report states
⁷ is that it -- that paper, the OCAC group,
⁸ demonstrated a greater increased risk of
⁹ ovarian cancer with genital talc use and
¹⁰ endometriosis versus those without.  It
¹¹ doesn't say statistically significant.
¹²      Q.   Why isn't the reader of your
¹³ report entitled to know that the authors
¹⁴ found no statistically significant
¹⁵ interaction between talcum powder use and
¹⁶ endometriosis?
¹⁷           MS. O'DELL:  Objection to
¹⁸ the form.
¹⁹           THE WITNESS:  That was not
²⁰ the point of putting -- putting
²¹ this in.  The point of putting it
²² in was, it was another group, this
²³ well-established, respected group
²⁴ of authors, who accept that talcum

Page 157

¹   powder use is a risk for ovarian
²   cancer and that both endometriosis
³   and talcum powder can cause
⁴   inflammation; and that
⁵   inflammation can cause ovarian
⁶   cancer, chronic inflammation can
⁷   cause ovarian cancer.
⁸        I didn't feel that it was
⁹   important to add the statistically
¹⁰  significant difference or the P
¹¹  value.  Just it was that two
¹²  inflammatory processes increase
¹³  the risk more than one.
¹⁴ BY MR. HEGARTY:
¹⁵      Q.   Please look back again at
¹⁶ table number 2.  With regard to talc use,
¹⁷ it reports odds ratios below 1 for
¹⁸ nongenital talc use with and without
¹⁹ endometriosis.
²⁰           Do you see that?
²¹      A.   I do.
²²      Q.   Does that mean that using
²³ nongenital talc protects or reduces the
²⁴ risk against ovarian cancer in patients

Page 170

1 analysis of the risk of ovarian cancer
2 with genital talcum powder use in African
3 -- in the African-American women studied,
4 as it relates to all subtypes, they
5 cannot reject the null hypothesis of no
6 significant difference in risk; correct?
7    A.   Not --
8       MS. O'DELL:  Excuse me,
9    Mark.  Would you mind repeating
10    your question?
11       MR. HEGARTY:  Sure.
12 BY MR. HEGARTY:
13    Q.   As this study relates to the
14 African-American women studied and for
15 all subtypes, they could not reject the
16 null hypothesis of no significant
17 difference in risk between talc users and
18 non-talc users; correct?
19       MS. O'DELL:  Objection to
20    the form.  Are you talking about
21    all participants or are you
22    talking about African-American
23    participants?
24       MR. HEGARTY:  My question, I

Page 171

1 believe, was limited to
2 African-American women.
3       MS. O'DELL:  It wasn't clear
4 to me.  Okay.  Thank you.
5       THE WITNESS:  So in
6 African-American women, the odds
7 ratios for all-comers was 1.22.
8 The confidence interval did cross
9 1, 0.97 to 1.53.
10       When I'm looking at the
11 paper, table 2, the number of
12 patients, 402, had high-grade
13 serous cancers and then there was
14 22 with low grade, 51 with
15 endometrioid, 23 with clear cell,
16 40 with mucinous, and 80 with
17 others.
18       And so to look at them
19 individually, they can't, and when
20 they specifically just looked at
21 serous, it was statistically
22 significant.
23 BY MR. HEGARTY:
24    Q.   When a study cannot reject

Page 172

1 the null hypothesis because the
2 confidence interval crosses 1, that means
3 the finding could be due to chance;
4 correct?
5       MS. O'DELL:  Object to the
6    form.
7       THE WITNESS:  So that --
8    that could have -- that could
9    happen, but this number is
10    consistent with all the other
11    numbers in many of the other
12    studies which are statistically
13    significant.
14 BY MR. HEGARTY:
15    Q.   This study -- I'm sorry.  Go
16 ahead.
17    A.   And I -- and I would -- and
18 I would argue does include mucinous
19 tumors, which are not thought to be the
20 same pathologic disease as serous cancers
21 and endometrioid and clear cell, and so
22 would generally not be thought to be
23 related to the same risk factors.
24    Q.   You just mentioned over in

Page 173

1 table 2 that the study looked at
2 histotypes of ovarian cancer in
3 African-American women besides high-grade
4 serous; correct?
5    A.   Yes.
6    Q.   And in particular, it lists
7 in table 2 that they looked at patients
8 with low-grade serous, endometrioid,
9 clear cell, mucinous, and other types of
10 ovarian cancer; correct?
11    A.   Yes.
12    Q.   And with regard to the other
13 histotypes that -- besides high-grade
14 serous, the authors -- what did the
15 authors find in terms of the relative
16 risk or odds ratio?
17    A.   They didn't specifically
18 look at them individually because the
19 numbers are small; and as I mentioned,
20 for mucinous tumors, it's thought to be a
21 different pathway with different set of
22 risk factors.  It's treated differently.
23    Q.   Well, if we look over at --
24 well, strike that.

Page 290

1
2          CERTIFICATE
3
4
5      I, Kimberly A. Cahill, a
6 Federally Approved Registered Merit
  Reporter, Certified Court Reporter and
7 Notary Public, do hereby certify that
  prior to the commencement of the
8 examination, the witness was duly
  remotely sworn by me to testify to the
9 truth, the whole truth and nothing but
  the truth.
10     I DO FURTHER CERTIFY that
11 the foregoing is a verbatim transcript of
   the testimony as taken stenographically
12 by me at the time, place and on the date
   hereinbefore set forth, to the best of my
13 ability.
14     I DO FURTHER CERTIFY that I
   am neither a relative nor employee nor
15 attorney nor counsel of any of the
   parties to this action, and that I am
16 neither a relative nor employee of such
   attorney or counsel, and that I am not
17 financially interested in the action.
18
19     KIMBERLY A. CAHILL, a
20 Federally Approved Registered
   Merit Reporter
21 Certified Court Reporter
   Notary Public
22 Dated:  January 13, 2024
23
24

Page 291

1    INSTRUCTIONS TO WITNESS
2
3      Please read your deposition
4 over carefully and make any necessary
5 corrections.  You should state the reason
6 in the appropriate space on the errata
7 sheet for any corrections that are made.
8      After doing so, please sign
9 the errata sheet and date it.
10      You are signing same subject
11 to the changes you have noted on the
12 errata sheet, which will be attached to
13 your deposition.
14      It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days
17 of receipt of the deposition transcript
18 by you.  If you fail to do so, the
19 deposition transcript may be deemed to be
20 accurate and may be used in court.
21
22
23
24

Page 292

1        E R R A T A
2
3 PAGE  LINE  CHANGE
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____

Page 293

1
2   ACKNOWLEDGMENT OF DEPONENT
3
4      I,_____, do
5 hereby certify that I have read the
6 foregoing pages, 1 - 294, and that the
7 same is a correct transcription of the
8 answers given by me to the questions
9 therein propounded, except for the
10 corrections or changes in form or
11 substance, if any, noted in the attached
12 Errata Sheet.
13
14
15 _____
16 JUDITH KAY WOLF, M.D.        DATE
17
18
19 Subscribed and sworn
   to before me this
20 _____ day of _____, 20____.
21 My commission expires:_____
22
23 _____
   Notary Public
24