# EXHIBIT 72

Page 1

1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
2

3   IN RE JOHNSON & JOHNSON TALCUM   )
    POWDER PRODUCTS MARKETING,       ) MDL NO.
4   SALES PRACTICIES, AND PRODUCTS   ) 16-2738 (MAS) (RLS)
    LIABILITY LITIGATION
5

6   ************************************************************
7                    ORAL DEPOSITION OF
8                    JUDITH WOLF, M.D.
9                    APRIL 25, 2024
10                      (VOLUME 2)
11  ************************************************************
12
13
14
15          ORAL DEPOSITION of JUDITH WOLF, M.D., produced
16  as a witness at the instance of the Defendants, and duly
17  sworn, was taken in the above-styled and numbered cause
18  on the 25th day of April, 2024, from 8:58 a.m. to 11:16
19  a.m., before Gabriela S. Silva, CSR, RPR in and for the
20  State of Texas, reported by stenograph, at Aloft Austin
21  Downtown, 109 East 7th Street, Austin, Texas, pursuant
22  to the Federal Rules of Civil Procedure and the
23  provisions stated on the record or attached hereto.
24
25

Page 2

1       A P P E A R A N C E S
2
3  COUNSEL FOR THE PLAINTIFF, STEERING COMMITTEE:
4       P. LEIGH O'DELL
        MARGARET THOMPSON (via Zoom)
5       MICHELLE PARFITT (via Zoom)
        BEASLEY ALLEN
6       218 Commerce Street
        Montgomery, Alabama 36103
7       (334) 269-2343
        Leigh.odell@beasleyallen.com
8
   COUNSEL FOR THE STATE COURT PLAINTIFFS:
9
        RICHARD M. GOLOMB
10      GOLOMB SPIRT GRUNFELD
        1835 Market Street, Suite 2900
11      Philadelphia, Pennsylvania 19103
        (215) 985-9177
12      Rgolomb@golomblegal.com
13 COUNSEL FOR THE DEFENDANTS:
14      MARK HEGARTY
        SHOOK, HARDY & BACON, LLP
15      2555 Grand Boulevard
        Kansas City, Missouri 64108
16      (816) 474-6550
        Mhegarty@shb.com
17
   COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:
18
        SUZANNE I. TURPIN (via Zoom)
19      REILLY, MCDEVITT & HENRICH, P.C.
        3 Executive Campus, Suite 310
20      Cherry Hill, New Jersey 08002
        (856) 317-7180
21      Sturpin@rmh-law.com
22
23
24
25

Page 3

1           I N D E X
2                           PAGE
3  Appearances.................................. 02
4
      Exhibits.................................. 04
5
6
7           JUDITH WOLF, M.D.
8
   Direct Examination by MR. HEGARTY........... 05
9  Cross-Examination by MRS. O'DELL............. 84
   Redirect Examination by MR. HEGARTY........... 88
10 Recross-Examination by MRS. O'DELL............. 90
11
      Changes and Signature........................ 91
12
      Reporter's Certificate....................... 93
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1       E X H I B I T S
2  Exhibit No. 1
        12/2023 Invoice........................ 08
3
   Exhibit No. 2
4       01/2024 Invoice........................ 09
5  Exhibit No. 3
        Amended Rule 26 Expert Report of
6       Shawn Levy, PHD........................ 13
7  Exhibit No. 4
        3rd Supplemental MDL Report............ 13
8
   Exhibit No. 5
9       Expert Report.......................... 13
10 Exhibit No. 6
        Judith Wolf Bondurant Expert Report..... 25
11
   Exhibit No. 7
12      BondurantL-AGC-00004................... 25
13 Exhibit No. 8
        Judith Wolf Gallardo Expert Report...... 34
14
   Exhibit No. 9
15      Gallardo_Anna_Drmutch_00001-004......... 34
16 Exhibit No. 10
        Judith Wolf Judkins Expert Report....... 41
17
   Exhibit No. 11
18      JudkinsC_REC000003-009.................. 41
19 Exhibit No. 12
        Cancer Genetics Article................. 45
20
   Exhibit No. 13
21      Notice of Deposition of Judith Wolf,
        M.D., and Duces Tecum Cancer
22      Genetics Article....................... 83
23 Exhibit No. 14
        Plaintiffs' Steering Committee's Response
24      And Objections to the Notice of Oral
        Deposition of Judith Wolf, M.D. and
25      Duces Tecum............................ 83

Page 5

1       P R O C E E D I N G S
2       COURT REPORTER: We are on the record at    08:58
3  8:58 a.m. Central Standard Time on April 25th, 2024.    08:58
4       Will Counsel please identify themselves and    08:58
5  whom they represent, after which I will swear in the    08:58
6  witness?                                               08:58
7       MRS. O'DELL: Leigh O'Dell from Beasley    08:59
8  Allen on behalf of the plaintiff Steering Committee.    08:59
9       MR. HEGARTY: Mark Hegarty on behalf of the    08:59
10 Johnson & Johnson Defendants.                           08:59
11      MR. GOLOMB: Richard Golomb on behalf of    08:59
12 the State court plaintiffs.                             08:59
13      MRS. THOMPSON: Margaret Thompson, Beasley    08:59
14 Allen for the plaintiffs.                               08:59
15      MRS. TURPIN: Suzanne Turpin. I'm with    08:59
16 Reilly, McDevitt & Henrich and I'm here for Personal    08:59
17 Care Products Council.                                  08:59
18          (Witness sworn in.)
19          JUDITH WOLF, M.D.,
20   having been duly sworn, testified as follows:
21          DIRECT EXAMINATION
22 BY MR. HEGARTY:
23   Q.  Good morning, Dr. Wolf.                    09:00
24   A.  Good morning.                              09:00
25   Q.  Would you please tell us your full name?    09:00

Page 62

| | |
|---|---|
| 1 | A. I don't understand that question. Amphibole is   10:24 |
| 2 | a form of asbestos.   10:24 |
| 3 | Q. Right. Do you know what form of asbestos he   10:24 |
| 4 | says that -- that he -- that tested positive?   10:24 |
| 5 | A. I don't -- I don't understand that question.   10:25 |
| 6 | MRS. O'DELL: Object to the form.   10:25 |
| 7 | Q. (By Mr. Hegarty) Well, do you know what types   10:25 |
| 8 | of asbestos he says he found from his testing?   10:25 |
| 9 | A. Other than what it says there? I don't know   10:25 |
| 10 | what you're asking.   10:25 |
| 11 | Q. Well, part -- whether based on this report or   10:25 |
| 12 | otherwise, do you know what -- for purposes of your   10:25 |
| 13 | opinion in this case, did you consider the particular   10:25 |
| 14 | types of asbestos Dr. Longo claims he found in Johnson's   10:25 |
| 15 | Baby Powder or Shower to Shower?   10:25 |
| 16 | A. Well, all types of asbestos are considered   10:25 |
| 17 | carcinogenic, so to me it doesn't matter what type it   10:25 |
| 18 | is.   10:25 |
| 19 | Q. Are any of the numbers that Dr. Longo reports   10:25 |
| 20 | here as to Mrs. Bondurant necessary for your opinions as   10:25 |
| 21 | to Mrs. Bondurant?   10:25 |
| 22 | A. No, they're supportive, but not necessary.   10:25 |
| 23 | Q. You said at least a couple of times that, well,   10:25 |
| 24 | Dr. Longo is trying to be specific as to the volume.   10:26 |
| 25 | From your standpoint, Mrs. Bondurant used to use a lot?   10:26 |

Page 63

| | |
|---|---|
| 1 | A. She did for many years on a near daily basis.   10:26 |
| 2 | Q. Is there some threshold of talc use that you   10:26 |
| 3 | apply to Mrs. Bondurant for you to say that her   10:26 |
| 4 | Johnson's Baby Powder and Shower to Shower is a   10:26 |
| 5 | contributing cause to her ovarian cancer?   10:26 |
| 6 | A. No.   10:26 |
| 7 | Q. Now, Mrs. Bondurant has clear cell   10:26 |
| 8 | adenocarcinoma. Correct?   10:26 |
| 9 | A. Yes.   10:26 |
| 10 | Q. Are you aware of any literature that is   10:26 |
| 11 | reported on a threshold exposure to talc that must be   10:26 |
| 12 | reached to increase the risk of clear cell   10:26 |
| 13 | adenocarcinoma?   10:26 |
| 14 | MRS. O'DELL: Object to the form.   10:26 |
| 15 | A. I'm not aware of any study that's reported on   10:26 |
| 16 | any particular threshold for any type. Several of the   10:26 |
| 17 | studies looked at relative risk of using talc and types   10:26 |
| 18 | of ovarian cancer, some of the -- a few studies   10:27 |
| 19 | separated out clear cell, but because it's such a small   10:27 |
| 20 | portion of epithelial ovarian cancers, the numbers are   10:27 |
| 21 | small in all of those studies. And none of them looked   10:27 |
| 22 | at specific threshold amount that was or was not   10:27 |
| 23 | related.   10:27 |
| 24 | Q. Same type of question as to asbestos.   10:27 |
| 25 | Are you aware of any literature that has   10:27 |

Page 64

| | |
|---|---|
| 1 | identified a threshold exposure to asbestos that must be   10:27 |
| 2 | reached for it to contribute to cause clear cell   10:27 |
| 3 | adenocarcinoma?   10:27 |
| 4 | MRS. O'DELL: Object to the form.   10:27 |
| 5 | A. I'm not, but again I'm not aware of any known   10:27 |
| 6 | safe dose.   10:27 |
| 7 | Q. (By Mr. Hegarty) Are you aware of any published   10:27 |
| 8 | scientific or medical literature that has specifically   10:27 |
| 9 | looked at asbestos exposure and a clear cell   10:27 |
| 10 | adenocarcinoma?   10:27 |
| 11 | MRS. O'DELL: Object to the form, asked and   10:27 |
| 12 | answered.   10:27 |
| 13 | A. I am not aware of that. Again, it would be   10:27 |
| 14 | hard to do because it's so uncommon.   10:27 |
| 15 | Q. (By Mr. Hegarty) Is it your opinion that absent   10:27 |
| 16 | asbestos being in the Johnson's Baby Powder and Shower   10:28 |
| 17 | to Shower that Mrs. Bondurant used, she would not have   10:28 |
| 18 | developed clear cell adenocarcinoma?   10:28 |
| 19 | A. That is not my opinion.   10:28 |
| 20 | Q. So asbestos is not necessary for your   10:28 |
| 21 | opinion -- asbestos exposure by Mrs. Bondurant is not   10:28 |
| 22 | necessary for your opinion as it relates to the cause of   10:28 |
| 23 | her clear cell adenocarcinoma?   10:28 |
| 24 | A. Well, it's the product, which the majority of   10:28 |
| 25 | it contains asbestos. So it's hard for me to separate   10:28 |

Page 65

| | |
|---|---|
| 1 | that.   10:28 |
| 2 | Q. Is there anything from your review of Mrs.   10:28 |
| 3 | Bondurant's medical records that ▮▮▮▮▮▮▮▮▮▮ |
| 4 | ▮▮▮▮▮▮▮▮▮▮ |
| 5 | ▮▮▮▮▮   10:28 |
| 6 | MRS. O'DELL: Objection, form.   10:28 |
| 7 | A. I'm not aware of anything in her medical   10:28 |
| 8 | records that ▮▮▮▮▮▮▮▮▮▮ |
| 9 | ▮▮▮▮.   10:28 |
| 10 | Q. (By Mr. Hegarty) To be more specific, has Mrs.   10:28 |
| 11 | Bondurant ▮▮▮▮▮▮▮▮▮▮ |
| 12 | ▮▮▮▮▮▮▮▮?   10:29 |
| 13 | A. Not as far as I'm aware of in the records that   10:29 |
| 14 | I saw.   10:29 |
| 15 | Q. In the records that you saw, did you see any   10:29 |
| 16 | ▮▮▮▮▮▮▮▮▮▮ |
| 17 | ▮▮▮▮▮?   10:29 |
| 18 | A. Not on any of the imaging that she had.   10:29 |
| 19 | Q. Did she have any blood or other testing that   10:29 |
| 20 | could show -- that showed ▮▮▮▮▮▮ |
| 21 | ▮▮▮▮▮▮▮▮?   10:29 |
| 22 | MRS. O'DELL: Object to the form.   10:29 |
| 23 | A. I am not aware of any blood test ▮▮▮ |
| 24 | ▮▮▮▮▮▮▮▮▮▮ |
| 25 | ▮▮▮▮▮▮.   10:29 |

17 (Pages 62 - 65)

|  |  |
|---|---|
| Page 90 | Page 92 |
| 1  Q. And all that is still accurate?                    11:16<br>2  A. Yes.                                                          11:16<br>3       MR. HEGARTY: Those are all the questions I  11:16<br>4  have.                                                          11:16<br>5            RECROSS-EXAMINATION                 11:16<br>6  BY MRS. O'DELL:                                        11:16<br>7  Q. One last follow up.  In addition to the     11:16<br>8  specific references in your report to asbestos and   11:16<br>9  studies that are pinpoint cited or specifically  11:16<br>10 referenced in the body of your report, do you also rely  11:16<br>11 on all the literature regarding asbestos as included in  11:16<br>12 your materials considered?                       11:16<br>13 A. Yes.                                                         11:16<br>14       MRS. O'DELL: Thank you. Nothing further.  11:16<br>15       MR. HEGARTY: No further questions.     11:16<br>16       COURT REPORTER: Mrs. O'Dell, were you<br>17 going to want a copy of this transcript?<br>18       MRS. O'DELL: Yes, please.<br>19       COURT REPORTER: And Mr. Golomb?<br>20       MR. GOLOMB: I do.<br>21       (Deposition concluded at 11:16 a.m.)<br>22            *-*-*SIGNATURE REQUESTED*-*-*<br>23<br>24<br>25 | 1      I, JUDITH WOLF, M.D., have read the foregoing<br>2  deposition and hereby affix my signature that same is<br>3  true and correct, except as noted above.<br>4<br>5<br>6       _____<br>7            JUDITH WOLF, M.D.<br>8  THE STATE OF _____)<br>9  COUNTY OF _____)<br>10       Before me, _____, on<br>11 this day personally appeared JUDITH WOLF, M.D., known to<br>12 me (or proved to me under oath or through<br>13 _____) (description of identity card or<br>14 other document) to be the person whose name is<br>15 subscribed to the foregoing instrument and acknowledged<br>16 to me that they executed the same for the purposes and<br>17 consideration therein expressed.<br>18       Given under my hand and seal of office this<br>19 _____ day of _____, 2024.<br>20<br>21<br>22 _____<br>23       Notary Public in and for<br>24       The State of<br>25 |
| Page 91 | Page 93 |
| 1           CHANGES AND SIGNATURE<br>2  WITNESS NAME:_____ DATE OF DEPOSITION:_____<br>3  PAGE LINE    CHANGE              REASON<br>4  _____<br>5  _____<br>6  _____<br>7  _____<br>8  _____<br>9  _____<br>10 _____<br>11 _____<br>12 _____<br>13 _____<br>14 _____<br>15 _____<br>16 _____<br>17 _____<br>18 _____<br>19 _____<br>20 _____<br>21 _____<br>22 _____<br>23 _____<br>24 _____<br>25 _____ | 1       IN THE UNITED STATES DISTRICT COURT<br>         FOR THE DISTRICT OF NEW JERSEY<br>2<br>3  IN RE JOHNSON & JOHNSON TALCUM   )<br>   POWDER PRODUCTS MARKETING,    ) MDL NO.<br>4  SALES PRACTICES, AND PRODUCTS  ) 16-2738 (MAS) (RLS)<br>5       REPORTER'S CERTIFICATION<br>       DEPOSITION OF JUDITH WOLF, M.D.<br>6       April 25, 2024<br>7<br>       I, Gabriela S. Silva, Certified Shorthand<br>8  Reporter in and for the State of Texas, hereby certify<br>   to the following:<br>9<br>       That the witness, JUDITH WOLF, M.D., was duly<br>10 sworn by the officer and that the transcript of the oral<br>   deposition is a true record of the testimony given by<br>11 the witness;<br>12      I further certify that pursuant to FRCP Rule<br>   30(f)(1) that the signature of the deponent:<br>13<br>       __X__ was requested by the deponent or a party<br>14 before the completion of the deposition and that the<br>   signature is to be before any notary public and returned<br>15 within 30 days from date of receipt of the transcript.<br>   If returned, the attached Changes and Signature Page<br>16 contains any changes and the reasons therefor;<br>17      ____ was not requested by the deponent or a party<br>   before the completion of the deposition.<br>18<br>       I further certify that I am neither counsel<br>19 for, related to, nor employed by any of the parties or<br>   attorney in the action in which this proceeding was<br>20 taken, and further that I am not financially or<br>   otherwise interested in the outcome of the action.<br>21<br>22      Certified to by me this _____ day of<br>   _____, 2024.<br>23<br>24      <%23035,Signature%><br>25 |