# EXHIBIT 79

DocuSign Envelope ID: BFB3AAC3-1B51-4758-BGC8-A45173FCAAC7

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS          ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,      DANIEL L.

                                 CLARKE-PEARSON, MD

AND PRODUCTS LIABILITY

                                     VOLUME 1

LITIGATION

_____

*      *      *      *

THURSDAY, AUGUST 26, 2021

*      *      *      *

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 2

1
2
3
4
5
6
7                    Transcript of proceedings in the
8       above matter taken stenographically by
9       Theresa Mastroianni Kugler, Certified Court Reporter,
10      license number 30X100085700, Notary Public of the
11      State of New Jersey and the Commonwealth of
12      Pennsylvania at The Notary Hotel, 21 N. Juniper
13      Street, Mezzanine 1, Philadelphia, Pennsylvania,
14      commencing at 10:05 AM.
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2       SKADDEN ARPS
        BY:  ALLISON M. BROWN, ESQUIRE
        - and -
3       BY:  KATE MULLALEY, ESQUIRE
        ONE MANHATTAN WEST
4       NEW YORK, NEW YORK  10001-8602
        212-735-3000
5       212-735-2000/1
        allison.brown@skadden.com
6       ATTORNEYS FOR THE DEFENDANT,
        JOHNSON & JOHNSON
7
8
        FAEGRE, DRINKER, BIDDLE & REATH, LLP
9       BY:  ERIC M. FRIEDMAN, ESQUIRE
        300 NORTH MERIDIAN STREET
10      SUITE 2500
        INDIANAPOLIS, INDIANA  46204
11      317-237-1187
        FAX - 317-237-1000
12      eric.friedman@faegredrinker.com
        ATTORNEYS FOR THE DEFENDANT,
13      JOHNSON & JOHNSON
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2
3       A P P E A R A N C E S :
        BEASLEY ALLEN LAW FIRM
        BY:  MARGARET THOMPSON, MD, ESQUIRE
4       218 COMMERCE STREET
        P.O. BOX 4160
5       MONTGOMERY, ALABAMA  36104
        512-695-1708
6       margaret.thompson@beasleyallen.com
        ATTORNEYS FOR THE PLAINTIFFS
7
8
9       ASHCRAFT & GEREL, LLP
        BY:  MICHELLE A. PARFITT, ESQUIRE
        SUITE 700
10      1825 K STREET NW
        WASHINGTON DC, 20006
11      202-783-6400
        FAX 202-416-6392
12      mparfitt@ashcraftlaw.com
        ATTORNEYS FOR THE PLAINTIFFS
13
14
15      ONDER LAW, LLC
        BY:  CYNTHIA L. GARBER, ESQUIRE
        12 CORPORATE PLAZA
16      SUITE 275
        NEWPORT BEACH, CALIFORNIA  92660
17      OFFICE - 949-688-1799
        DIRECT - 949-688-1796
18      FAX - 949-209-5884
        garber@onderlaw.com
19      ATTORNEYS FOR THE PLAINTIFFS,
        CONVERSE AND GALLARDO
20
21
22      BLASINGAME, BURCH, GARRARD, ASHLEY, PC
        BY:  LEANNA B. PITTARD, ESQUIRE
        2100 SOUTHBRIDGE PARKWAY
23      SUITE 650
        BIRMINGHAM, ALABAMA  35209
24      205-414-7009
        lpittard@bbga.com
25      ATTORNEYS FOR THE PLAINTIFF,

Page 5

1
2             W I T N E S S   I N D E X
3
4       EXAMINATION OF DR. CLARKE-PEARSON, MD
5
6         By MS. BROWN              Page  10
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Pages 2 to 5

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

## Page 6

E X H I B I T S

EXHIBITS ATTACHED TO THE END OF THIS TRANSCRIPT

Exhibit 1, notice of deposition of Dr. Daniel L.
Clarke-Pearson
     Page 10

Exhibit 1A, amended notice of deposition of Dr.
Daniel L. Clarke-Pearson
     Page 10

Exhibit 2, original Dropbox production of documents
responsive to deposition
     Page 11

Exhibit 3, supplement of Dropbox documents
     Page 11

Exhibit 4, binder of Dr. Daniel L. Clarke-Pearson
     Page 12

Exhibit 5, collection of notes and some miscellaneous
additional information separate from binder
     Page 16

Exhibit D-6, collection of the invoices
     Page 23

Exhibit 7, MDL report from November 16th, 2018
     Page 44

Exhibit 8, the amended report dated July 2nd, 2021
     Page 44

Exhibit 9, a red line amended report
     Page 44

## Page 8

Exhibit 21, email from Ed McCarthy dated October 21,
2012
     Page 196

Exhibit 22, article by Dr. Wong, et al, entitled:
Perineal Talc Exposure and Subsequent Epithelial
Ovarian Cancer:  A Case-Control Study
     Page 199

Exhibit 23, publication by David Egilman, et al
titled:  A Review of the Talc Industry's Influence on
Federal Regulation and Scientific Standards For
Asbestos in Talc
     Page 204

Exhibit 24, Dr. Clarke-Pearson's oral deposition
dated Monday, February 4, 2019
     Page 206

Exhibit 25, Expert Report of Daniel L.
Clarke-Pearson, MD on Hilary Converse
     Page 264

Exhibit 26, medical record for Hilary Converse
     Page 339

Exhibit 27, NCI PDQ
     Page 342

Exhibit 28, ProHealth Physicians of Hamden medical
record
     Page 349

## Page 7

Exhibit D-10, CV of Dr. Daniel L. Clarke-Pearson
dated June 22, 2021
     Page 45

Exhibit 11, email correspondence
     Page 65

Exhibit 12, email correspondence with SGO
     Page 65

Exhibit 13, slide presentation
     Page 155

Exhibit 14, Exhibit B to the amended report
     Page 171

Exhibit 15, red line report
     Page 171

Exhibit 16, most recently updated reliance list
     Page 180

Exhibit 17, red line to the previous updated reliance
list
     Page 180

Exhibit 18, letter from Dr. Jerrold L. Abraham dated
August 25, 1997
     Page 189

Exhibit 19, US Public Health Service document from
1948
     Page 191

Exhibit 20, IMERYS document dated May 23, 2002
     Page 193

## Page 9

R E Q U E S T S

REQUEST....................Page  20

REQUEST....................Page  26

REQUEST....................Page  27

REQUEST....................Page  43

REQUEST....................Page  56

REQUEST....................Page  63

REQUEST....................Page  67

REQUEST....................Page  67

REQUEST....................Page  70

REQUEST....................Page  104

REQUEST....................Page  251

REQUEST....................Page  264

M A R K E D

Marked by Ms. Parfitt at Page 233

Pages 6 to 9

Daniel L. Clarke-Pearson, MD                                    August 26, 2021

---

Page 10

1          (On the record at 10:05 AM)
2     (D A N I E L  L.  C L A R K E - P E A R S O N,  M D,
3     having been duly sworn, was examined and testified as
4     follows:)
5     (EXAMINATION OF DR. CLARKE-PEARSON BY MS. BROWN:)
6          Q.     Dr. Clarke-Pearson, good morning, Dr.
7     Clarke, how are you?
8          **A.     I'm fine, thank you.  Good morning.**
9          Q.     Good morning.  I'm Alli Brown.  We've
10    met before.  It's nice to see you again.
11         **A.     Yes.**
12         Q.     I'm here with my colleague, Kate
13    Mullaley, and we have some questions for you on
14    behalf of Johnson & Johnson.
15              Okay?
16         **A.     Okay.**
17         Q.     So let's just do a couple of
18    housekeeping things, if we could.
19              What I'd like to do is mark as Exhibit
20    1 and 1-A the notice of your deposition and then the
21    amended notice of your deposition.
22              (Exhibit 1, notice of deposition of Dr.
23    Daniel Clarke-Pearson, is marked for
24    identification)
25              (Exhibit 1A, amended notice of

---

Page 11

1     deposition of Dr. Daniel L. Clarke-Pearson, is marked
2     for identification)
3     BY MS. BROWN:
4          Q.     And I don't think we have to waste a
5     whole lot of time with these, Doctor, because I
6     understand through your counsel you've already
7     provided us with some responsive documents.
8              So mark those as 1 and 1-A.
9              MS. THOMPSON:  And we filed objections
10    as well.
11             MS. BROWN:  Sure.
12    BY MS. BROWN:
13         Q.     And then I'd like to mark as Exhibit 2
14    the original Dropbox production of documents
15    responsive to this deposition notice.
16             (Exhibit 2, original Dropbox production
17    of documents responsive to deposition, is marked for
18    identification)
19    BY MS. BROWN:
20         Q.     And then we will mark as Exhibit 3 a
21    supplement of those Dropbox documents which was
22    produced a few days ago.
23             (Exhibit 3, supplement of Dropbox
24    documents, is marked for identification)
25    BY MS. BROWN:

---

Page 12

1          Q.     And we had a discussion with counsel
2     off the record, the documents are quite voluminous,
3     and so we will supplement this record with some kind
4     of electronic copy for the court reporter so that we
5     can somehow have a complete record of what was
6     produced in advance of your deposition.
7              And then, Dr. Clarke-Pearson, I
8     understand you have physically brought to your
9     deposition a very large, maybe three or four-inch
10    looking binder.
11             Would you be so kind on the record as
12    to explain to us what it is and then we will
13    supplement a copy, which I think would bring us to
14    Exhibit 4 for your binder.
15             (Exhibit 4, binder of Dr. Daniel L.
16    Clarke-Pearson, is marked for identification)
17             THE WITNESS:  Okay.  So this binder
18    contains materials that I reviewed in preparation for
19    this case.
20             There is three sections for the three
21    patients that we're going to be deposed -- I'm going
22    to be deposed about.  So there is an expert report
23    for each one of those.  There is a patient profile
24    report.  A first amended profile report.  A second
25    amended profile report.  And this is with regard to

---

Page 13

1     Mrs. Converse.
2          Q.     Okay.
3          **A.     And the deposition of Mrs. Converse.**
4          **The depositions of Marquis Converse.**
5          **Deposition of Jessica Hughes.**
6          **Deposition of Dr. Peter Schwartz.**
7          **Genetic testing report for**
8     **Mrs. Converse.**
9          **Second genetic testing report for**
10    **Mrs. Converse.**
11         **Dr. Schwartz final most recent clinic**
12    **note.**
13         **A consultation note from Memorial**
14    **Sloan-Kettering for Mrs. Converse dated August 28th,**
15    **2007.**
16         **Dr. Schwartz's operative note.**
17         **Now, Mrs. Newsom, my expert report.**
18         **Expert report from Dr. John Godleski.**
19         **Deposition of Mrs. Tamara Newsome.**
20         **Deposition of Daniel François.**
21         **And deposition of Taylor François.**
22         **Deposition of Ravin Garg.**
23         **And the deposition of Albert Steren.**
24         **And a plaintiff's questionnaire.**
25         **PPF.**

---

schedules@mfreporting.com          Mastroianni & Formaroli, Inc.          856-546-1100
                           Professionals Serving Professionals

Daniel L. Clarke-Pearson, MD                    August 26, 2021

Page 134

1   African-American population?
2       A.   Yes.
3       Q.   And one of the things the authors
4   conclude in that paper you know, Doctor, is that
5   African-American women use talc more than white
6   women, right?
7       A.   I think Schildkraut said that too, yes.
8       Q.   And you believe that to be true,
9   correct?
10      A.   That's what they determined, so I
11  accept that.
12      Q.   And yet in the Davis paper, number one,
13  they found no dose response, right?
14           MS. THOMPSON:  Object to form.
15           THE WITNESS:  I don't recall exactly
16  what they looked at.
17  BY MS. BROWN:
18      Q.   And they found even though
19  African-American women used talc more than white
20  women, they found no statistically significant
21  association in African-American women, but they did
22  in white women, right?
23           MS. THOMPSON:  If you're asking him
24  continued questions, I would like for him to have the
25  article in front of him.

Page 135

1   BY MS. BROWN:
2       Q.   Sure.
3            And you guys sent me the article as
4   something you had looked at, is that true?
5       A.   I looked at it, but it's not something
6   that I have right on the top of my head.
7       Q.   Would you expect a population of women
8   who use more talcum powder to have a higher incidence
9   of ovarian cancer?
10           MS. THOMPSON:  Object to form.
11           THE WITNESS:  It depends upon a lot of
12  other factors, other risk factors that have to do
13  with ovarian cancer.
14  BY MS. BROWN:
15      Q.   Like what?
16      A.   Parity, whether patients have had their
17  tubes tied, their age, breast feeding.  I mean a
18  variety of other -- the risks factors that you know
19  as well as I do.  And African-American women don't
20  necessarily all have the same risk factors.
21      Q.   African-American women, to your
22  knowledge, use talcum powder more than white women,
23  true?
24      A.   That's my understanding.
25      Q.   And on sheer rates of incidence,

Page 136

1   African-American women get ovarian cancer less than
2   white women, right?
3       A.   That's my understanding.
4       Q.   And that's not what you would
5   necessarily expect if talcum powder was causing
6   ovarian cancer, right?
7            MS. THOMPSON:  Object to form.
8            THE WITNESS:  So talcum powder isn't
9   the only cause of ovarian cancer.  So other risk
10  factors modulate the risk that talcum powder might
11  bring to the table, so to speak.  So I'm not saying
12  that talcum powder is the only cause of ovarian
13  cancer as there are many things contribute to it, so
14  it's a multifactorial disease.
15  BY MS. BROWN:
16      Q.   Have you done an investigation into the
17  causes of ovarian cancer by race?
18           MS. THOMPSON:  Object to form.
19           THE WITNESS:  We know that genetically
20  African-American have different genetics.  They
21  carry, for example, more often a P-53 mutation, for
22  example.
23           So those are issues that are not --
24  that are racial to some degree and so that would be
25  an example of a difference that isn't modifiable in

Page 137

1   the environment.  It doesn't impact fertility or
2   breast feeding or tubal ligations, things like that.
3   BY MS. BROWN:
4       Q.   The P-53 mutation is a somatic
5   mutation, right?
6       A.   Is a what?
7       Q.   Somatic mutation?
8       A.   Yes.  It can be.  Not always.
9       Q.   And, in fact, most high-grade serous
10  cancers contain a P-53 mutation, right?
11      A.   Many do.
12      Q.   And are you suggesting that there is
13  some scientific literature that suggests that ovarian
14  cancers in African-American women show more P-53
15  mutations than in white women?
16           MS. THOMPSON:  Object to form.
17           THE WITNESS:  I was really referencing
18  in my own mind in terms of genetic differences by
19  race endometrial cancer.  And P-53 in black women is
20  much more common in the somatic form.  So I don't
21  know about ovarian cancer.  But what I'm trying to
22  say is that African-American women genetically have
23  differences than white women.
24  BY MS. BROWN:
25      Q.   And you referenced endometrioid --

Pages 134 to 137

DocuSign Envelope ID: BFB3AAC3-1B51-4758-BGC8-A45173FCAAG7

Case 3.16-md-02738-MAS-RLS    Document 33008-82    Filed 07/23/24    Page 7 of 7
PageID: 213487
Daniel L. Clarke-Pearson, MD                                    August 26, 2021

Page 374

```
 1          C E R T I F I C A T E
 2
 3       I, Theresa Mastroianni Kugler, a Notary Public
 4    and Certified Shorthand Reporter of the State of New
 5    Jersey, do hereby certify that prior to the
 6    commencement of the examination,
 7    D A N I E L  L.  C L A R K E - P E A R S O N, M D,
 8    was duly sworn by me to testify the truth, the whole
 9    truth, and nothing but the truth.
10       I DO FURTHER CERTIFY that the foregoing is a
11    true and accurate transcript of the testimony as
12    taken stenographically by and before me at the time,
13    place, and on the date hereinbefore set forth, to the
14    best of my ability.
15       I DO FURTHER CERTIFY that I am neither a
16    relative nor employee nor attorney nor counsel of any
17    of the parties to this action, and that I am neither
18    a relative nor employee of such attorney or counsel,
19    and that I am not financially interested in the
20    action.
21
22
23
      Theresa Mastroianni Kugler, C.S.R.
24    Certified Court Reporter
      Certificate No. XIO857
25    Date: August 30, 2021
```



DocuSigned by:

Theresa Kugler

439DA67C1C71495...

Page 374