Exhibit 14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCT MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738- MAS-RLS |
| | MDL No. 2738 |
| *This Document Relates to All Cases* | |

**EXPERT REPORT OF**

**BERNARD L. HARLOW, Ph.D. and KENNETH J. ROTHMAN, Dr.P.H.**

November 15, 2023

# Talc and Ovarian Cancer Review;

Expert report written by Bernard L Harlow, Ph.D. and Kenneth J Rothman, DrPH

November, 2023

## MANDATE

We have been retained to review the current state of the science regarding whether genital application of talcum powder products, including Johnson & Johnson Baby Powder and Shower to Shower, causes epithelial ovarian cancer in women who use them for genital hygiene.

## CREDENTIALS, EXPERTISE, AND EXPERIENCE

### Bernard L Harlow, PhD

Dr. Harlow is a Professor of Epidemiology at the Boston University School of Public Health (BUSPH). Formerly, he was the Mayo Professor and Chair of the Division of Epidemiology and Community Health at the University of Minnesota School of Public Health for 10 years. Before becoming Chair in Minnesota, Dr. Harlow was an Associate Professor of Ob/Gyn and Reproductive Medicine at Brigham and Women's Hospital and Harvard Medical School, and Associate Professor of Epidemiology at the Harvard School of Public Health. During that 18-year period, he Co-Founded and Co-Directed The Ob/Gyn Epidemiology Center at Brigham and Women's Hospital.

Dr. Harlow is an elected member of the American College of Epidemiology and an active member in the Society for Epidemiologic Research, where he served as President Elect, President, and Past-President from 2015 and 2018. In addition, he served as a member of the Board of Scientific Counselors for Clinical Sciences and Epidemiology of the National Cancer Institute and Chaired or participated in numerous NIH Scientific Grant Review Study Sections. Dr. Harlow received the Gaylord W Anderson Leadership Award while at the University of Minnesota School of Public Health and recently received the Boston University School of Public Health Excellence in Research Mentoring award.

Dr. Harlow received his PhD in Epidemiology in 1987 from the University of Washington. For the past 35 years, he has focused on epidemiologic research specifically in women's cancers and other benign gynecological disorders. With respect to research on perineal exposure to talc and risk of ovarian cancer, he either led or was involved in publishing 4 peer-reviewed scientific articles between 1987 and 1999 and a letter to the editor in 2020 (see below). In addition, he received multiple NIH grants to lead a large prospective study of depression and premature menopause (The Harvard Study of Moods and Cycles), and multiple NIH grants to lead studies on the prevalence and etiology of unexplained vulvar pain. Dr. Harlow has published approximately 160 peer reviewed scientific articles and has several currently in process or under review. He served on the editorial board for the American Journal of Epidemiology and has reviewed manuscripts for over a dozen prestigious journals including: JAMA, Epidemiology, Journal of the National Cancer Institute, and New England Journal of Medicine, to name a few.

1

Dr. Harlow is particularly well suited to evaluate the merits of the research on talc and ovarian cancer because of his expertise in methods of data collection. Early in his career, he worked for Westat, Inc, an outstanding data collection company in the Washington DC area. During that time, he developed questionnaires and managed the data collection process for numerous large-scale epidemiologic studies for the National Cancer Institute. Recently, he developed a graduate level course on Data Collection Methods at Boston University that educates future public health researchers about how to collect data that can adequately capture the relevant details on exposures that are needed to assess their associations with adverse health outcomes. He currently conducts a Grant Writing Workshop for faculty at Boston University that focuses on developing the most scientifically appropriate methods for data collection to address a particular research hypothesis.  Finally, he teaches a course on Guided Epidemiology Research where students identify an important public health research question, develop the most appropriate analytic approach, carry out the analyses, interpret the findings, and then write the results up for publication in the scientific literature.

Below are citations for Dr. Harlow's 4 published research articles and one letter to the editor with Dr. Rothman:

**Harlow BL**, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.
**Harlow BL,** Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.
**Harlow BL**, Hartge PA.  A review of perineal talc exposure and risk of ovarian cancer (Review).  Regulatory Toxicology & Pharmacology 1995;21(2):254-260
Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, **Harlow BL**. Genital talc exposure and risk of ovarian cancer. Int J Cancer. 1999;81(3):351-6.
**Harlow BL**, Murray EJ, **Rothman KJ**. Re: Genital Powder Use and Ovarian Cancer. JAMA. 2020;323(20):2096. doi:10.1001/jama.2020.3858.

Dr. Harlow has never testified as an expert at trial or deposition. His compensation for preparing this report was $600 per hour.

**Kenneth J. Rothman, DrPH**
Dr. Rothman is a Professor of Epidemiology at Boston University and a Distinguished Fellow Emeritus at the Research Triangle Institute. He has authored or co-authored over 500 epidemiologic publications, including many research studies relating to environmental epidemiology. His main career focus, however, has been the development and teaching of epidemiologic research methods. He has authored two epidemiology textbooks, *Epidemiology – An Introduction*, currently in its second edition, and *Modern Epidemiology*, first published in 1986 and now in its fourth edition. *Modern Epidemiology* is the leading advanced textbook in its field, used worldwide for doctoral training in epidemiology. In addition, he was the editor of a book published in 1988 entitled *Causal Inference,* which focused on the considerations that guide inferences about causal connections. Both *Modern Epidemiology* and *Causal Inference* are cited in the Federal Judicial Center's *Reference Manual on Scientific Evidence (Third*

2

*Edition)*. Dr. Rothman's published work has been cited in the biomedical literature more than 100,000 times.

Dr. Rothman was the founding editor of the journal *Epidemiology*, and an Editor of the *American Journal of Epidemiology.* He was also a member of the Editorial Board of two leading medical journals, the *New England Journal of Medicine* and *The Lancet*. He is the recipient of the American College of Epidemiology's Lilienfeld Award for Excellence in Epidemiology, the Society for Epidemiologic Research's Career Accomplishment Award, the International Society for Pharmacoepidemiology's Sustained Service Award, and an honorary MD degree from Aarhus University in Denmark. Early in his career, he served as President of the Society for Epidemiologic Research, the primary professional society for research epidemiologists. This society now bestows an annual award called the Kenneth Rothman Career Accomplishment Award.

He has written landmark papers on the topic of causation and causal inference. One paper, entitled "Causes," published in 1976 in the American Journal of Epidemiology, was honored as a "Classic Paper" contribution to the epidemiology literature by the Journal in 1995. He has been an invited lecturer at the Food and Drug Administration, the Centers for Disease Control, and many universities within the U.S. and abroad. Over a period of 50 years, he has taught invited courses on epidemiologic study design and analysis at various locations, including the University of Minnesota, Erasmus University, University of Oslo, Tufts University, Massachusetts Institute of Technology, the Karolinska Institute, the University of North Carolina, the University of Washington, Ohio State University, University of Auckland, Teikyo University, the University of Utah, and many others.

Dr. Rothman was the author of a report in 2000 on the relation between talc and ovarian cancer that was commissioned by talc manufacturers, and a co-author of a letter to the editor of the Journal of the American Medical Association, with Dr. Harlow and Dr. Eleanor Murray. He has not testified on this topic at trial or deposition. His compensation for contributing to the current report was $1000 per hour.

**OVERALL APPROACH AND METHODOLOGY OF THIS REVIEW.**

Attempts to infer whether an environmental agent is a cause of a given disease are often submitted to a set of checklist-type conditions, such as those attributed to Austin Bradford-Hill.[1] The work of several philosophers of science, however, such as David Hume, Karl Popper, and others, have shown that there is no checklist approach that will serve as a logical template for identifying causes. If all it took for a valid inference about causation were to check off a list of criteria, science could follow a recipe. Any time that an association was consistently observed between an exposure and a disease, the conditions for causality could be checked and causal connections could be identified or rejected. Unfortunately, despite the fact that purported lists of causal criteria have been proposed and implemented, a valid set of such criteria does not exist. Bradford-Hill himself stated:

*"What I do not believe ⋯ is that we can usefully lay down some hard-and-fast rules of evidence that must be observed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non."* [1]

Bradford-Hill knew that the list of conditions he spoke about was riddled with exceptions that defeated the purpose of any checklist for causation. For example, one of his criteria was strength of association, based on the idea that strong associations tend to be causal and weak associations are likely to be non-causal. Nonetheless, many strong associations are not causal. For example, there is a strong association between birth rank and Down syndrome, with first-born having lowest risk and later born babies having higher risk. This strong association is not causal; it is entirely explained by the association between mother's age and Down syndrome. Conversely, many associations known to be causal, such as the association between cigarette smoking and cardiovascular disease, are weak. If strong associations may be non-causal and weak associations may be causal, strength of association is hardly a criterion for causal inference. Similar analysis shows that none of Bradford-Hill's list of considerations is a reliable criterion that separates causal from non-causal associations.

If no checklist for causal inference exists, then how does causal inference proceed? When it comes to determining whether an observed association is causal, epidemiologists proceed by posing alternative non-causal explanations to account for the association. An example of such an alternative explanation would be, can chance explain the association? Or, was the association attributable to some other factor that causes the disease and is associated with the exposure under study? Suppose we find that there is an association between coffee drinking and cancer of the urinary bladder. One might hypothesize that some component of coffee acts to cause bladder cancer. Alternatively, a non-causal explanation would be that coffee consumption is greater among tobacco smokers than nonsmokers, and that it is smoking rather than coffee drinking that causes an increase in occurrence of bladder cancer. In fact, the latter explanation is thought to be correct. If tobacco smoking is then controlled in the study design or the data analysis, the association between coffee drinking and bladder cancer will

disappear and the causal theory about coffee and bladder cancer will be refuted. The point is that epidemiologists make their inferences by pitting alternative explanations against one another. This approach amounts to pitting non-causal theories against a causal theory. Epidemiologists ask, "Is there some systematic error in the data from a study? Then let's control that problem and see what association if any remains between exposure and disease."

Apart from chance, epidemiologists use a term to describe, collectively, the range of non-causal explanations that compete with the idea of cause and effect. The term is "bias." This term has a broader meaning in the epidemiologic context than it does in ordinary parlance. In epidemiology, "bias" can refer to a prejudicial mindset, but it is more generally used to describe any type of systematic error that will distort the results of a study, in either direction. Thus, many biases are the product of errors in data, or problems with study design, or other factors that do not involve investigator prejudices. As explained above, epidemiologic inference about causation largely involves ways of trying to remove or to assess biases to determine whether the observed association is valid. If no bias can be found to explain an association that is observed consistently across many studies, the causal theory may begin to look like the most reasonable explanation for the observed association. This process of pitting competing theories against one another better describes how causal inference proceeds in epidemiology than does the application of checklists of supposed causal criteria.

5

**EXECUTIVE SUMMARY**

Keeping in mind the methodology described above, we have reviewed the epidemiologic literature regarding the possible carcinogenic effect of perineal talc exposure on the ovaries, along with relevant information from other scientific disciplines.  As mentioned, checklist approaches such as the list of criteria taken from a talk by Bradford-Hill cannot be a dispositive method of causal inference in empirical science. Rather, a causal hypothesis must be weighed against non-causal explanations of an association.

Most of the epidemiologic data that exist come from older studies, but there have been recent publications that combine these older studies into summary meta-analyses.  The principal finding from the literature is a consistent association between frequent talc use and ovarian cancer, an association that is stronger and more consistent for the subtype of serous ovarian cancer.  Some reviewers are inclined to ascribe the association to recall bias in case-control studies, but published methodological reviews show that recall bias typically has a negligible effect, and in our opinion, it is not plausible that recall bias can explain away the association. We note that there is also an association between talc use and ovarian cancer in cohort studies. Although such associations are weaker, they are expected to be weaker because cohort studies often have worse exposure assessment for chronic exposures that vary over time. Inaccuracies in exposure assessment typically lead to underestimates of associations. Biologically, talc has been shown to migrate through the female reproductive tract to the fallopian tubes and ovaries, and has been shown to contain asbestos particulates, which are known to be carcinogenic.  Those studies that were able to assess continuous use of talc over decades showed strong associations within those populations.

Overall, the persistent association between talc use and ovarian cancer is not readily explained by any non-causal hypothesis. It is our opinion that causation is the most reasonable explanation for the association between perineal exposure to talc and ovarian cancer.

**SCIENTIFIC REPORT**

Interest in talc exposure dates back to the 1960's, when excess risk of ovarian cancer was observed among female asbestos workers.  Talc (platy talc and talc fibers) and asbestos are structurally similar and occur in nature together, so the application of talc to the genital area has been an object of research over nearly 4 decades as a possible cause of ovarian cancer.  The causal hypothesis involves the plausible mechanism that talc applied directly to the genital area or undergarments may migrate through the cervix to the fallopian tubes and ovaries, where it has a carcinogenic effect.

In the following sections we provide a brief overview of findings from prior case-control and cohort studies, focusing on potential biases and limitations associated with this research. We then summarize reviews of articles published between 2018 and 2023. All are meta-analyses, critical reviews, or commentaries on the earlier body of literature that includes dozens of case-control studies and four cohort studies that have examined this association. It should be noted that many of the studies used in these meta or pooled analyses overlap.  As far as we know, no study involving collection of new data related to perineal exposure to talc and ovarian cancer has been reported since 2016.

**A. Case-control Studies**

The majority of observational studies that have examined this association were case-control (sometimes described, inaccurately, as retrospective studies).  These studies produce estimates of the



**Figure 1**
**Study-specific Relative Risk Estimates for Ovarian Cancer Among Talc Users, and Overall Weighted Average of Study Results**

risk of ovarian cancer among talc users, relative to the risk among nonusers of talc. The ratio of these risks is termed the "risk ratio" (also referred to as "relative risk"). It is estimated by comparing women with and without ovarian cancer with respect to their previous use of talc. As seen in an unpublished report in 2000 by Rothman *et al.*, a weighted average of study specific relative risk estimates from 16 earlier case-control studies yielded an estimated risk ratio of 1.31 with a narrow confidence interval[a] around this estimate (Figure 1). This value, if valid, would imply a 31% greater risk for ovarian cancer among talc users.

---

[a] A confidence interval defines a range of values for the measure of interest that would be considered more compatible with the data than values outside the range, if the statistical model and all its assumptions are correct. (Greenland *et al.*, Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations. Eur J Epidemiol (2016) 31:337–350  DOI 10.1007/s10654-016-0149-3)

A 2008 published meta-analysis of 14 general population case-control studies reported that women who had used talc had a risk ratio for ovarian cancer of 1.4, which is to say that they were estimated to have a 40% greater risk for ovarian cancer than women who had not used talc. The corresponding 95% confidence interval around the estimate ranged from 1.30 to 1.52.[2] There was an unusual degree of consistency across these 14 studies, with all but two reporting risk ratio estimates between 1 and 2. The other two studies reported risk ratio estimates greater than 2.  A more recent pooled analysis published in 2013 of 8 studies (6 USA, 1 Australian, and 1 Canadian) as part of the Ovarian Cancer Association Consortium (OCAC) reported that women with perineal talc exposure had a risk ratio of 1.24 for ovarian cancer (a 24% greater risk), compared with women with no talc exposure. The 95% confidence interval around this estimate ranged from 1.15 to 1.33.[3] Seven of the 8 studies reported risk ratio estimates in the range from 1.13 to 1.36.   All histological subtypes of epithelial ovarian cancer were found to be associated with talc exposure, with the strongest association seen for women with serous ovarian tumors.

The most recent studies that reported newly collected data were published in 2016; they confirmed earlier findings. The first, by Cramer *et al.*,[4] studied more than 2000 women with ovarian cancer and compared them with a control series of 2000 women without ovarian cancer. Those reporting perineal use of talc had a risk ratio estimate of 1.33, with a 95% confidence interval of 1.16—1.52. Women with more than 20 years of daily genital talc exposure had a nearly 40% greater risk of ovarian cancer relative to nonusers (OR=1.39, 95%CI 1.11-1.75). There was a clear trend of increasing risk with increasing exposure, and a strong dose response relation with heavier and longer exposure. The second study by Schildkraut *et al.*[5] was among African-American women where those with talc exposure were 44% more likely to develop ovarian cancer than those with no talc exposure, also showing a trend of increasing risk with increasing years and frequency of exposure.

**B. Cohort Studies**

There are 4 cohort studies that have attempted to assess this association: The Nurses' Health Study I and II, The Sisters Study, and the Women's Health Initiative.

**Nurses' Health Study**: The Nurses' Health Study comprises a pair of cohort studies of U.S. nurses who enrolled in the study and have been followed for decades with respect to a range of outcomes.  In 2000, Gertig *et al.* [6]  reported on the nurses' experience with ovarian cancer according to their self-reported history of talc exposure. They found an overall multivariate adjusted risk ratio of 1.09, with a 95% CI of 0.86-1.37. They also reported an estimated risk ratio of 1.40 (95% CI 1.02--1.91) for invasive serous ovarian tumors. The latter measure was 1.51 (95% CI 1.07--2.15) when the analysis was restricted to women who were 45 years of age or older in 1982. This restriction served as a proxy for identifying talc exposure that was used in earlier times and was more likely to contain greater amounts

8

of asbestiform fibers. However, we have since learned that asbestiform fibers have been detected within talc even in studies as recent as 2020, when it was reported that talcum products used by 8 out of 10 women who developed serous ovarian cancer contained tremolite and/or anthophyllite asbestos. [7] In addition, an analysis of Johnson and Johnson's talcum power between 1960 and 2000 found evidence that talc has contained asbestos and talc fibers, and the FDA tested Johnson & Johnson's baby powder in 2019, finding asbestos and talc fibers.[b]

**Women's Health Initiative**: In 2013, Houghton *et al.*[8] reported an overall risk ratio of 1.12 for ovarian cancer among women who applied "powder" to their genital area (95% CI 0.92--1.36), compared with women who did not apply "powder." The multivariate adjusted hazard ratio for serous ovarian tumors was 1.16 (95% CI 0.88--1.53). In women who applied powder to both the genital area and to their diaphragms, the risk ratio was 1.45 (95% CI 0.95--2.23). Although we cannot determine whether "talc" as opposed to other non-talc powders such as cornstarch were used by these participants, a possible concern is that only women older than 50 years of age were included. Thus, about half of ovarian cancers, those cancers that occur in women

Table 1. Jeffrey T. Quirk, Nachthu Natarajan, Ovarian cancer incidence in the United States, 1992–1999, Gynecologic Oncology, Volume 97, Issue 2, 2005, Pages 519-523. [9]

Descriptive characteristics of microscopically confirmed ovarian cancer cases, SEER 1992 − 1999[a]

| Classification | N | %[b] | Age (median) | Age distribution (%) | | | Racial distribution (%) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | <30 | 30−59 | ≥60 | White | Black | Other | Unknown |
| All ovarian cancer | 23,484 | 100.0 | 60.0 | 5.0 | 43.1 | 51.9 | 85.3 | 6.4 | 7.7 | 0.5 |
| All epithelial | 22,378 | 95.3 | 61.0 | 3.5 | 43.3 | 53.2 | 85.9 | 6.0 | 7.6 | 0.5 |
| Serous | 9734 | 41.4 | 60.0 | 4.2 | 45.1 | 50.7 | 87.3 | 6.1 | 6.1 | 0.6 |
| Mucinous | 3229 | 13.7 | 52.0 | 8.8 | 54.3 | 36.9 | 82.7 | 6.0 | 10.7 | 0.6 |
| Endometrioid | 2997 | 12.8 | 58.0 | 1.1 | 52.5 | 46.4 | 86.0 | 5.0 | 8.5 | 0.5 |
| Clear cell | 892 | 3.8 | 55.0 | 0.6 | 61.5 | 37.9 | 80.9 | 3.9 | 14.8 | 0.3 |
| Other epithelial | 5526 | 23.5 | 70.0 | 1.1 | 25.5 | 73.4 | 85.9 | 6.9 | 6.7 | 0.4 |
| Germ cell | 614 | 2.6 | 26.0 | 58.0 | 32.6 | 9.4 | 74.8 | 12.1 | 12.5 | 0.7 |
| Sex cord-stromal | 293 | 1.2 | 50.0 | 12.3 | 57.3 | 30.4 | 70.0 | 21.8 | 7.5 | 0.7 |
| Other ovary | 199 | 0.8 | 70.0 | 3.5 | 28.2 | 68.3 | 80.9 | 11.6 | 7.0 | 0.5 |

less than 50 years of age, would have been missed (See table above). Women over age 50 are less likely to have a patent genital tract, which makes the true talc exposure more difficult to quantify. This problem would result in nondifferential misclassification of actual exposure and likely underestimation of any effect.

---

[b] Amended Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (February 2, 2019) (finding that 68% of the samples tested contained amphibole asbestos and 98% contained fibrous talc or talc fibers); Exhibit 28, Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 26, 2018); AMA Analytical Serv., Certificate of Analysis (Oct. 3, 2019) (FDA commissioned testing finding chrysotile asbestos and talc fibers).

**Sisters Study:** In 2016, Gonzalez *et al.*[10] reported a hazard ratio of 0.73 for ovarian cancer occurring after use of talc 12 months before enrollment (95% CI 0.44--1.2), in a cohort study of women whose sisters had developed breast cancer, and were therefore at higher risk themselves for ovarian cancer than most women.[10] These results, showing a negative association between talc and ovarian cancer, are anomalous. We note that the measured exposure to talc only included exposure within the past 12 months, whereas most research in this area indicates that it is long-term use of talc that is associated with the greatest risk.

**C. Recent Meta Analyses and Commentaries published between 2018 and 2023 (in chronological order by year)**

*1) Berge, Mundt, Luu, and Boffetta, 2017* [11] **-** The authors carried out a meta-analysis based on the Preferred Reporting items for Scientific Review and selected 24 case-control studies, 3 cohort studies, and one pooled analysis of 8 of the 24 case control studies. The pooled relative risk estimate from all 27 studies for any genital talc use was 1.22 (95%CI 1.13-1.30). Although the authors state that they *"identified a small but statistically significant association between genital talc use and risk of ovarian cancer"*, they state that it was largely limited to serous ovarian tumors and that the *"heterogeneity of results between case control studies and cohort studies do not support a causal interpretation of the association.*"

There are many dubious statements and analytic assessments of the data throughout this manuscript; we will try to point out the most pertinent. First, the authors present results that are consistent with other meta analyses showing that perineal talc exposure was associated with a 20-30 percent greater risk of ovarian cancer. The authors put greater weight on the cohort studies, stating that the reason for the smaller effect estimates in cohort studies cannot be explained by power: *"low power of cohort studies cannot be invoked as explanation of the heterogeneity of results."* Yet, there is no discussion of the limitation of exposure assessments in cohort studies, which we discussed above.

The authors also state: *"The fact that the association between genital talc use and risk of ovarian cancer is present in case–control, but not in cohort studies, can be attributed to bias in the former type of studies"* and they cite Dr. Rothman's 3rd edition of Modern Epidemiology, published in 2008. Presumably the authors are referring to recall bias, which is a possibility in some case-control studies but not in cohort studies. However, no evidence is offered that recall bias is actually present in the case-control studies. Although it is often assumed that case-control interview-based studies will be affected by recall bias, the magnitude of error from this mechanism has not often been examined. When it has been examined, the evidence shows that it is not an important concern. For example, Drews *et al.* [12] showed that for a large number of recalled variables, there was negligible bias when the recall of parents of children who succumbed to sudden infant death syndrome was compared with the

10

recall of parents whose children had not suffered this outcome. In another evaluation of recall bias, Paganini-Hill and Ross [13] found little error in recall comparing women with breast cancer with controls in recalling past medication use and medical history: *"There was no evidence on Interview of cases preferentially recalling more drug use or past diseases than controls."* Furthermore, Drews and Greenland [14] showed that, even with differential recall, the effect on the magnitude of association in a study is often mathematically negligible: *"under many circumstances recall bias may have limited impact on study validity."* [14] Thus, despite commonly expressed concern about recall bias, it is far from established that it is an important concern in any but a few case-control studies. We note that Berge *et al.* do not offer any evidence that recall bias actually poses a problem in these talc case-control studies.

From a biological perspective, the authors state "talcum powders for domestic use in the USA have been virtually asbestos free since the 1970s." and cite a reference from 1976. Berge *et al.* published their paper in 2017. As described above in the discussion of the Nurse's Health Study, analyses of J&J talcum powder from the 1960s to 2019 have demonstrated the presence of asbestiform fibers (asbestos and talc) in USA talc products. Another paper, published in 2020, found that 10 women diagnosed with serous ovarian cancer who had documented use of J&J cosmetic talcum powder all had talc and 8 of the 10 had asbestos in samples of their ovarian tissue.[7]

**2) *Penninkilampi and Eslick, 2018***[15] - These authors conducted a systematic review using the PRISMA guidelines for meta-analysis: "Preferred Reporting Items for Systematic review and Meta-Analyses." A summary of the 27 studies included showed a 24 to 39 percent excess risk of ovarian cancer associated with perineal exposure to talc. The authors stated that the 25% greater risk of serous ovarian cancer observed in the 3 cohort studies provided evidence that offset the concern related to recall bias potential in the case-control studies.

**3) *Goodman et al., 2020***:[16] These authors published a critical review of the talc and ovarian cancer literature and concluded that the evidence across all scientific disciplines does not support a causal association. We believe that many statements in this review are inaccurate. We summarize a few of them here:

Statement 1: *"Some case control studies and meta-analyses reported associations, while other case control investigations, and three large prospective studies, and a pooled analysis of cohort investigations found this association to be null."*

Of the 33 studies presented by the authors, they highlighted 18 that they deemed "statistically significant" for either any use or perineal application of talc. However, only two of the 15 remaining studies showed risk ratio estimates of 1.0 or lower. The other 13 studies reported risk ratio estimates in the range of 1.2 to 2.5. As discussed above, there are substantial scientific biases that can affect

cohort studies that the reviewers failed to integrate into their assessment. As shown throughout this report, most meta-analyses support associations with point estimates and confidence intervals that are highly compatible with harmful effects.

Statement 2: *"In summary, the prospective cohort studies consistently reported a null association …..talc exposure was not associated with increased risks of any subtypes of ovarian cancer, and associations did not appear to vary by subtype."*

This statement ignores the finding from The Nurses' Health Study, which reported a risk ratio of 1.4 (95% CI 1.02--1.91) for serous ovarian tumors, which comprise the large majority of invasive ovarian cancers. The estimate of 1.4 is consistent with the magnitude of the association observed across the majority of all epidemiologic studies.

Statement 3: "*Our analysis of the epidemiology studies indicates that there is a small, increased association observed between perineal talc and ovarian cancer in some case control studies. In contrast, in meta-analyses, despite the above observations, there is no consistent finding of a positive exposure-response relationship."*

The authors of this review specifically discuss the pooled analysis of 8 studies from the Ovarian Cancer Association Consortium.[3]  That analysis found an overall estimated risk ratio for any talc use of 1.24 (95% CI 1.15--1.33); furthermore, the authors stated that for genital talc application *"most studies demonstrat(ed) significant elevated risks".*

Statement 4: "*A striking feature of the body of epidemiology evidence regarding talc and ovarian cancer is the difference in results reported between case-control and cohort studies."*

In our view, the case-control and cohort study results show reasonable consistency, especially if one focuses on the reported findings that are most scientifically relevant to this research question. As mentioned above, the WHI and the Sisters Study had problematic exposure assessments for talc. The NHS collected information about talc exposure only during the first NHS study, using their 1982 questionnaire, and reported an overall multivariate adjusted risk ratio of 1.09 (95%CI 0.86-1.37), a risk ratio of 1.40 (95%CI 1.02-1,91) for invasive serous ovarian tumors, and a risk ratio of 1.51 (95%CI 1.07-2.15) when restricted to women 45 years of age or older in 1982.

Furthermore, this statement carries an implication that cohort studies and case-control studies should reach identical results, and if they do not, the cohort studies automatically have greater validity, based on the presumption that case-control study results are less reliable than the cohort study results. We disagree with this implied premise. In many circumstances, case-control studies may offer greater

validity than cohort studies. Cohort studies are not well suited to assess associations between exposures and outcomes that span long periods of time, unless an exposed cohort can be followed continuously for that long period and the exposure information updated, which is often impractical or impossible. Case-control studies, in contrast, can readily assess associations that span many years or decades. For example, a single case-control study of adenocarcinoma of the vagina, with only 8 cases and 32 controls, sufficed to demonstrate beyond any doubt that exposure to diethylstilbestrol *in utero* caused the development of vaginal cancer when the exposed female fetuses became adults.[17] If the research question involves the action of a cause over a period of a decade or many decades, as appears to be the case for talc and ovarian cancer, we would expect case-control studies and cohort studies to differ in their ability to measure these associations. Our expectation, however, is that there would be less bias in the case-control studies, if they are properly conducted, than in cohort studies. In our opinion, most of the cohort studies that have addressed the talc and ovarian cancer association failed to assess talc exposure adequately across the life-course, with a consequent bias that likely leads to underestimation of the talc-ovarian cancer relationship.

*4) O'Brien et al., 2020-*[18] These investigators pooled the NHS I and II, the WHI, and the Sisters Study to assess the pooled estimate of ovarian cancer risk in relation to perineal exposure to talc among the published cohort studies. This analysis therefore incorporates the biases we have mentioned in our description of the cohort studies above. Nonetheless, even with these biases, which would underestimate the association, the pooled analysis showed an adjusted hazard ratio (HR)[c] of 1.13 (95% CI 1.01--1.26) for ever use of talc in those with a patent genital tract. The authors concluded that "there was not a statistically significant association between self-reported use of powder in the genital area and incidence ovarian cancer." In a letter to the editor after publication,[19] Harlow *et al*. noted that the HR of 1.13 was actually greater than the estimated 10% increased risk shown among those with an intact genital tract who reported 10,000 or more applications across their lifetime.[20] In their response, O'Brien *et al*. agreed that *"our results, particularly the analysis limited to women with intact genital tracts, should not be discounted because of lack of statistical significance"*. Considering the exposure misclassification issues present in the cohort studies and likely underestimation of effect, this pooled result of 1.13 is reasonably compatible with the results from the case-control studies.

*5) Taher et al 2020* [21] **–** The authors conducted a meta-analysis using 24 case control studies and 3 cohort studies. They reported a pooled overall relative risk estimate of 1.28 (95%CI 1.20--1.37), indicating comparability with other pooled analyses. As seen in other meta analyses, relative risk estimates in the cohort studies were lower. In this analysis, the author assessed frequency of talc use based on three groups: high (once daily for >25 days/month), medium (once daily for 10–25 days/month) and low (once daily for 1–<10 days/month). The OR for the high-use group was greater (OR=1.39, 95%CI 1.22-1.58) than that for the other two groups (OR=1.22, 95%CI 1.0-1.5). Although the

---

[c] A hazard ratio is an epidemiologic measure that for practical purposes may be considered equivalent to a risk ratio.

trend with number of years of use was not substantially different, the authors did not take into account frequency of use and length of use simultaneously in their analyses. A cumulative measure that combines both might be even more informative. Nonetheless, the authors conclude: *"Consistent with a previous evaluation by the IARC in 2010, the present evaluation of all currently available relevant data indicates that perineal exposure to talc powder is a possible cause of ovarian cancer in humans*."

*6) Davis et al 2021* [22] **–** The authors pooled all studies of ovarian cancer that had at least 40 cases of ovarian cancer in African American (AA) women from the Ovarian Cancer of Women of African American Ancestry pool of case-control studies. Analyses included 620 cases of ovarian cancer in AA women and 2800 cases in white women.  The authors found an association consistent with that observed in most case-control studies, with 20-40 percent excess risk estimates present in both AA and white women. They also observed little difference in risk by histologic subtype. Their analysis of a possible dose-response relation was limited to those who used talc <1 time/week compared with those who used talc >1 time/week). They concluded that *"there was not a dose–response relationship between frequency or duration of genital powder use".* Their dose-response analysis did not combine frequency with duration of use to get a cumulative exposure measure. The authors concluded while the prevalence of ever use of genital body powder was higher among AA women in the OCWAA consortium, the association between genital powder use and ovarian cancer risk was similar among AA and White women. We note that there is no reason to think that a smaller or greater prevalence of exposure would change the magnitude of the effect of the exposure, so the conclusion should not be considered surprising.

### 7) Health Canada Screening Assessment of Talc – 2021[d]

This report was issued by the Offices of the Minister of the Environment and the Minister of Health in Canada. Upon their review of the literature pertaining to perineal exposure of talc and ovarian cancer, they concluded that *"the data are indicative of a causal effect*." Although not published in a scientific journal, this public-health assessment was critically reviewed by scientists within the Canadian government and others within Canada with expertise in this area.

---

[d] Screening Assessment; Talc. Government of Canada. April 2021

**8) Woolen et al., 2022**-[23] These authors conducted a meta-analysis based upon the Meta-analyses of Observational Studies (MOOSE) reporting guidelines. There were eleven studies that met the stringent



quality assessment of frequent talc exposure (10 case control, 1 cohort study). Three of the four cohort studies did not meet the exposure assessment criteria. The pooled risk ratio for the association with frequent talc exposure was 1.47 (95% CI 1.31--1.65) as shown here.

**9) Micha, Rettenmaier, Bohart, and Goldstein Commentary 2022** [24] – These authors published a commentary questioning the evidence for a talc and ovarian cancer association. The authors state that *"perineal application of talc does not conclusively render vaginal or cervical permeation, much less ovarian infiltration."* In fact, multiple studies have now shown the presence of talc in both fallopian tubes and ovarian tissue. The authors state *"there have been rare, histopathologic cases of talc identified in the lymph nodes, cervix and uterine corpus and fallopian tubes."* In our discussion below regarding the biological plausibility of an association, we cite a paper by McDonald *et al.* [25] in 2019 specifically showing talc particulates in many of these anatomical areas.

The authors state: *"While several case control studies have suggested a relationship between talc powder and the incidence of ovarian cancer, numerous epidemiological studies have refuted any such association."* It appears that the authors are equating refutation with a lack of statistical significance, which is a well-understood fallacy. Refuting an association requires a confidence interval that is narrow and is near the null value, which is a condition that none of the studies meet. One need only review the summaries of these studies that we have described above to see that this statement is indefensible.

The authors also state that in case-control studies *"both prior and subsequent talc exposure to a cancer diagnosis was assessed, thereby confounding the rates between case and control study subjects*." Though they described this as a confounding issue, it is not one of confounding but instead an issue of exposure misclassification. Furthermore, contrary to their implication, in the recent study by Cramer *et al.* [4], and in the earlier study by Harlow *et al.* [20], exposure to talc was only assessed before first

15

diagnosis of ovarian cancer in cases, and a matched reference age in controls, to ensure both temporality and comparability of exposure assessment.

The authors go on to cite the findings from the cohort studies, which we have already addressed above.

***10) Lynch et al., 2023*** [26] – The authors ranked studies according to USA EPA designated five methodological domains (participation, exposure assessment, outcome assessment, confounding control, and analytic approach).  In the figure below, virtually all studies showed risk ratio estimates above 1.0.



## D. National Cancer Institute, Physician Data Query (PDQ)

The PDQ cancer information summaries are peer-reviewed, evidence-based summaries on topics including adult and pediatric cancer treatment, supportive and palliative care, screening, prevention,

genetics, and complementary and alternative medicine. The review is done by an outside committee appointed by the NCI. These PDQ cancer information summaries are updated periodically. The association between Talc and Ovarian Cancer has been addressed consistently over the past 20 years. In 2013, the PDQ summary labeled talc exposure as a "*Factor with adequate evidence of increased risk of ovarian cancer.*" The statement indicated: *"Based on solid evidence, perineal application of talc is associated with a small increased risk of ovarian cancer. The IARC has concluded that perineal talc is a possible carcinogen."* However, a few years later, in 2016, and in each subsequent report up to the present, the PDQ drew a different conclusion, as illustrated in their most recent 2023 summary of the scientific evidence: *"Results from case-control and cohort studies are inconsistent, so the data are inadequate to support an association between perineal talc exposure and an increased risk of ovarian cancer."*

In our review above, we have discussed the recall bias issue and the exposure assessment deficiencies observed in the cohort studies. The one cohort study that had the most appropriate exposure assessment reported findings similar to those of the case-control studies.[6] In this recent PDQ report, the authors stated that the study with the strongest association between talc and ovarian cancer reviewed by Woolen *et al*. was a *"highly selected subset analysis.*" In fact, this was the Nurses' Health Study, and it was selected by Woolen *et al.* based on the review of the actual data collected showing that adequate exposure assessment was performed. As we have pointed out, the other cohort studies suffered from both selection bias of participants and inadequate assessment of talc exposure. The PDQ committee indicated that the finding of a 1.47 pooled risk ratio estimate (95%CI 1.31-1.65) for "frequent" use of talc, cited by Woolen *et al., "was inconsistent with the main findings."* The meaning of this statement is unclear, but the PDQ committee goes on to cite the Gertig *et al.* analysis (incorrectly cited in the PDQ report as O'Brien et al) that reported a multivariate adjusted relative risk for any perineal talc use of 1.09 (95%CI 0.86-1.37). However, they fail to mention the finding of a risk ratio estimate of 1.26 (95%CI 0.94-1.69) for any serous tumor, and a finding of 1.4 (95%CI 1.02-1.91) for invasive serous tumors. In addition, they failed to mention that when *Gertig et al*. restricted the analysis to women 45 years of age or older in 1982, the relative risk for invasive serous tumors was 1.51 (95%CI 1.07-2.15). In the next section below, we discuss the assumptions being made about the superiority of cohort studies over case-control studies and how cohort studies can spuriously underreport true associations.

**E. Addressing skepticism related to this research**

There are many concerns that have been raised related to the quality of the studies published and the biological rationale for such an association. Below, we address narratives used to refute these findings.

*1. Recall bias can easily explain the associations*

17

Recall bias is a concern when the health outcome influences the recall of particular antecedent exposures of interest. This is most relevant in interview-based case-control studies where there is concern that study participants with the disease or adverse health outcome will either under- or over-report an exposure due to the influence of knowing that they have the outcome being studied. First, as described above, when recall bias has been measured in various settings, it has often been shown to be inconsequential [12-14]. Furthermore, even when there is differential recall, its effect on the observed association may be minor. [14] In addition, errors in exposure categorization can and do occur in cohort studies, many of which involve interviews or questionnaires requiring recall of past events. If such errors occur before the study outcome occurs, the errors will not depend on knowledge of the outcome and will typically lead to underestimation of the association. These errors will tend to bias cohort study results toward the value of no effect, a bias opposite to that presumed to occur from recall bias in case-control studies. In our opinion, daily use of talc over long periods or decades is unlikely to be recalled inaccurately. It was this type of use, daily over many years, that was reported to be most strongly associated with ovarian cancer.[4,20]

*2. Case-control studies are inferior to cohort studies*

Dr. Rothman has written on this research misconception:

*"Discrepancies between cohort studies and case–control studies should not be explained away superficially by a presumed validity advantage for cohort studies over case–control studies. Properly designed case–control studies will produce the same results as properly designed cohort studies. When conflicts arise, they could stem from problems in either or both types of study. Although case–control studies have long been disparaged as being backwards versions of cohort studies, starting from disease and tracing back to possible causes, epidemiologists today understand case–control studies to be conceptually identical to cohort studies, apart from an efficiency gain that comes from sampling the denominators rather than conducting a complete census. Indeed, the efficiency gain may allow more resources for exposure assessment or case validation in case–control studies, resulting in less bias than in corresponding cohort studies of the same relation."* [27]

In short, both cohort and case-control studies will yield valid results when properly conducted. When the outcome of interest is relatively rare, as for most cancers, the case-control study is more efficient, and as mentioned above, may be a better tool for studying exposure-disease connections that bridge long time spans.  As we have shown, the findings from the Nurses' Health Study are comparable with those observed in the multiple case-control studies. The exposure assessment issues in the Women's Health Initiative and the Sisters study may explain why their results diverge from the other studies.

*3. Only statistically significant associations provide evidence of a causal effect.*

18

A consensus is slowly building among scientists that statistical significance testing has been a source of many errors in interpretation, and should be avoided. There is a considerable literature addressing this issue. One recent commentary in *Nature* by Amrhein, Greenland and McShane, and endorsed by 800 signatories[28], stated:

*"We should never conclude there is 'no difference' or 'no association' just because a P value is larger than a threshold such as 0.05 or, equivalently, because a confidence interval includes zero. Neither should we conclude that two studies conflict because one had a statistically significant result and the other did not. These errors waste research efforts and misinform policy decisions."*

Thus, if a lower 95% confidence interval for a risk ratio is 0.99 in one study, and 1.01 in another study, that is no basis for reaching a different interpretation for the findings. Statistical significance testing should be avoided, and confidence intervals should be interpreted as general indicators of the magnitude of the effect size.

The consensus statement from the American Statistical Association mentioned above states:

*"A p-value, or statistical significance, does not measure the size of an effect or the importance of a result…. By itself, a p-value does not provide a good measure of evidence regarding a model or hypothesis…. Scientific conclusions and business or policy decisions should not be based only on whether a p-value passes a specific threshold."*

*4. There is a lack of evidence regarding the biological plausibility of talc-induced carcinogenesis.*
Documenting the presence of talc particulates in the fallopian tubes and ovaries would be necessary to show the migration of these particulates through the genital tract. In earlier studies that documented the presence of talc in ovarian tissue, there was skepticism that the potential for talc contamination via surgical procedures may have explained the findings. However, a recent study by McDonald *et al.* [25] used polarized light microscopy and in-situ scanning electronic microscopy (SEM) with energy-dispersive x-ray analysis (EDX) to differentiate particulates that may be due to contamination. Five women with documented perineal talc exposure and ovarian cancer all showed pelvic migration of talc particulates and the existence of morphologically demonstrated talc in multiple pelvic organ sites, including pelvic tissues and lymph nodes. None was found in the negative exposure controls.

Recent studies have also suggested that the formation of cancer in the ovaries could be seeded from a primary tumor in the fallopian tubes involving changes in key genes such as TP53, PTEN, and BRCA1 or BRCA2. [29] Thus, the migration of talc may not need to travel into the ovaries to have a carcinogenic effect. Although the exact pathogenic mechanism by which talc may incur carcinogenesis is unknown, plausible mechanisms may involve inflammation.

**E. Summary**

Considering the preponderance of evidence, including

> a) similar findings across dozens of studies;
> b) after controlling for known risk and protective factors for ovarian cancer, evidence of a trend of increasing risk of ovarian cancer with increasing talc applications, especially when the vaginal tract is open to the ovaries; and
> c) the presence of talc particulates within ovarian biopsied tissue;

it appears to us that the most plausible interpretation of the existing data is that women exposed to talc for a long period of time are at greater risk of developing ovarian cancer than women who were never exposed, as a result of their talc exposure. Although the evidence continues to accumulate, the risk of ovarian cancer as a consequence of perineal exposure to talc has been suspected for over 40 years. Over 30 years ago, in a 1992 publication, Dr. Harlow wrote that approximately 10% of the incidence of ovarian cancer in the U.S. may be attributable to this exposure. He also recommended then that given the poor prognosis for ovarian cancer, potentially harmful exposures with limited benefits should be avoided.  Since then, the evidence for an association between perineal talc exposure and ovarian cancer has increased.  During these decades, an application of the Precautionary Principle would seem to have been justified; this principle is described as "a common sense rule for doing good by preventing harm to public health by delay: when in doubt about the presence of a hazard, there should be no doubt about its prevention or removal." [30]

We believe that none of the non-causal explanations can account adequately for the consistent positive association across so many studies.  Unfortunately, few studies were able to assess data pertaining to women with extreme exposure, such as those who applied talc directly to their perineum every day for decades. Nonetheless, the consistency of the overall results, combined with biological plausibility that talc acts, similarly to asbestos, as a carcinogen, persuades us that the use of talcum powder products can cause epithelial ovarian cancer in women who use it for feminine hygiene. Based on our review of the scientific and medical literature, it is our opinion that talcum powder products, including Johnson's Baby Powder and Shower to Shower, applied to the genital area of women, can cause ovarian cancer.

However, we reserve the right to amend this report should additional information become available or provided to us, and to review and comment on other legal expert reports.

Bernard L Harlow, Ph.D., Professor & Kenneth J Rothman, ScD, Professor
Department of Epidemiology, Boston University School of Public Health

20

## Literature Cited

1. HILL AB. The environment and disease: Association or causation? *Proc R Soc Med*. 1965;58(5):295-300.

2. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health*. 2008;62(4):358-360. doi: 10.1136/jech.2006.047894.

3. Terry KL, Karageorgi S, Shvetsov YB, *et al*. Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)*. 2013;6(8):811-821. doi: 10.1158/1940-6207.CAPR-13-0037.

4. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: A retrospective case-control study in two US states. *Epidemiology*. 2016;27(3):334-346. doi: 10.1097/EDE.0000000000000434.

5. Schildkraut JM, Abbott SE, Alberg AJ, *et al*. Association between body powder use and ovarian cancer: The african american cancer epidemiology study (AACES). *Cancer Epidemiol Biomarkers Prev*. 2016;25(10):1411-1417. doi: 10.1158/1055-9965.EPI-15-1281.

6. Gertig DM, Hunter DJ, Cramer DW, *et al*. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst*. 2000;92(3):249-252. doi: 10.1093/jnci/92.3.249.

7. Steffen JE, Tran T, Yimam M, *et al*. Serous ovarian cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders-A case series. *J Occup Environ Med*. 2020;62(2):e65-e77. doi: 10.1097/JOM.0000000000001800.

8. Houghton SC, Reeves KW, Hankinson SE, *et al*. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst*. 2014;106(9):dju208. doi: 10.1093/jnci/dju208. Print 2014 Sep. doi: 10.1093/jnci/dju208.

9. Quirk JT, Natarajan N, Mettlin CJ. Age-specific ovarian cancer incidence rate patterns in the united states. *Gynecol Oncol*. 2005;99(1):248-250. doi: 10.1016/j.ygyno.2005.06.052.

10. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. *Epidemiology*. 2016;27(6):797-802. doi: 10.1097/EDE.0000000000000528.

11. Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: A meta-analysis. *Eur J Cancer Prev*. 2018;27(3):248-257. doi: 10.1097/CEJ.0000000000000340.

12. Drews CD, Kraus JF, Greenland S. Recall bias in a case-control study of sudden infant death syndrome. *Int J Epidemiol*. 1990;19(2):405-411. doi: 10.1093/ije/19.2.405.

13. Paganini-Hill A, Ross RK. Reliability of recall of drug usage and other health-related information. *Am J Epidemiol*. 1982;116(1):114-122. doi: 10.1093/oxfordjournals.aje.a113386.

14. Drews CD, Greeland S. The impact of differential recall on the results of case-control studies. *Int J Epidemiol*. 1990;19(4):1107-1112. doi: 10.1093/ije/19.4.1107.

15. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: A systematic review and meta-analysis. *Epidemiology*. 2018;29(1):41-49. doi: 10.1097/EDE.0000000000000745.

16. Goodman JE, Kerper LE, Prueitt RL, Marsh CM. A critical review of talc and ovarian cancer. *J Toxicol Environ Health B Crit Rev*. 2020;23(5):183-213. doi: 10.1080/10937404.2020.1755402.

17. Herbst AL, Ulfelder H, Poskanzer DC, Longo LD. Adenocarcinoma of the vagina. association of maternal stilbestrol therapy with tumor appearance in young women. 1971. *Am J Obstet Gynecol*. 1999;181(6):1574-1575. doi: 10.1016/s0002-9378(99)70411-4.

18. O'Brien KM, Tworoger SS, Harris HR, *et al*. Association of powder use in the genital area with risk of ovarian cancer. *JAMA*. 2020;323(1):49-59. doi: 10.1001/jama.2019.20079.

19. Harlow BL, Murray EJ, Rothman KJ. Genital powder use and ovarian cancer. *JAMA*. 2020;323(20):2096. doi: 10.1001/jama.2020.3858.

20. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol*. 1992;80(1):19-26.

21. Taher MK, Farhat N, Karyakina NA, *et al*. Data on systematic review and meta-analysis of epidemiologic evidence on the association between perineal use of talc powder and risk of ovarian cancer. *Data Brief*. 2020;29:105277. doi: 10.1016/j.dib.2020.105277.

22. Davis CP, Bandera EV, Bethea TN, *et al*. Genital powder use and risk of epithelial ova+rian cancer in the ovarian cancer in women of african ancestry consortium. *Cancer Epidemiol Biomarkers Prev*. 2021;30(9):1660-1668. doi: 10.1158/1055-9965.EPI-21-0162.

23. Woolen SA, Lazar AA, Smith-Bindman R. Association between the frequent use of perineal talcum powder products and ovarian cancer: A systematic review and meta-analysis. *J Gen Intern Med*. 2022;37(10):2526-2532. doi: 10.1007/s11606-022-07414-7.

24. Micha JP, Rettenmaier MA, Bohart R, Goldstein BH. Talc powder and ovarian cancer: What is the evidence? *Arch Gynecol Obstet*. 2022;306(4):931-933. doi: 10.1007/s00404-022-06539-8.

25. McDonald SA, Fan Y, Welch WR, Cramer DW, Godleski JJ. Migration of talc from the perineum to multiple pelvic organ sites. *Am J Clin Pathol*. 2019;152(5):590-607. doi: 10.1093/ajcp/aqz080.

26. Lynch HN, Lauer DJ, Leleck OM, *et al*. Systematic review of the association between talc and female reproductive tract cancers. *Front Toxicol*. 2023;5:1157761. doi: 10.3389/ftox.2023.1157761.

27. Rothman KJ. Six persistent research misconceptions. *J Gen Intern Med*. 2014;29(7):1060-1064. doi: 10.1007/s11606-013-2755-z.

28. Amrhein V, Greenland S, McShane B. Scientists rise up against statistical significance. *Nature*. 2019;567(7748):305-307. doi: 10.1038/d41586-019-00857-9.

29. Galhenage P, Zhou Y, Perry E, *et al*. Replication stress and defective checkpoints make fallopian tube epithelial cells putative drivers of high-grade serous ovarian cancer. *Cell Rep*. 2023;42(10):113144. doi: 10.1016/j.celrep.2023.113144.

30. Richter ED, Laster R. The precautionary principle, epidemiology and the ethics of delay. *Int J Occup Med Environ Health*. 2004;17(1):9-16.

# EXHIBIT A

# Curriculum Vitae of Bernard Harlow, PhD

# CURRICULUM VITAE

**DATE:**          **July 2023**

**Name:**          Bernard Leslie Harlow

**Home Address:**  180 Winch Street
                   Framingham, MA 01701

**Office Address:** 715 Albany Street, T424E
                   Boston University School of Public Health
                   Boston, MA  02118
**Phone:**         (612) 638-6736
**Email:**         harlow@bu.edu

**Education:**

| 1975 | B.S.   | University of Rhode Island |
| 1977 | M.P.H. | University of Minnesota |
| 1987 | PH.D.  | University of Washington |

**Professional Experience:**

| 1987-1989 | Instructor in Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |
| 1987-2005 | Clinical Epidemiologist, Brigham and Women's Hospital Boston, MA |
| 1989-1996 | Assistant Professor of Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |
| 1990-2005 | Co-Director, Obstetrics and Gynecology Epidemiology Center, Brigham and Women's Hospital, Boston, MA |
| 1996-2005 | Associate Professor of Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |
| 1999-2005 | Associate Professor in the Department of Epidemiology, Harvard School of Public Health, Boston, MA |
| 2005-2015 | Mayo Professor, Division of Epidemiology and Community Health, University of Minnesota, Minneapolis, MN |
| 2005-2014 | Chair, Division of Epidemiology and Community Health, University of Minnesota, Minneapolis, MN |

| 2005-2014 | Adjunct Professor of Epidemiology, Harvard School of Public Health, Boston, MA |
| 2006-2015 | Adjunct Associate Professor, Department of Obstetrics, Gynecology and women's Health, University of Minnesota Medical School |
| 2012-2015 | Research Director, Building Interdisciplinary Research Careers in Women's Health (BIRWCH) |
| 2013-2015 | Associate Director, Populations and Community Engagement, Clinical and Translational Science Institute, University of Minnesota |
| 2015-Present | Professor of Epidemiology. Boston University School of Public Health |
| 2015-Present | Adjunct Mayo Professor, Division of Epidemiology and Community Health, University of Minnesota, Minneapolis, MN |

**Honors and Awards:**

| 2003 | Nominated for Mary Horrigan Connors Award for Outstanding Leadership in Women's Health, Brigham and Women's Hospital / Harvard Medical School |
| 2004 | Nominated for Mary Horrigan Connors Award for Outstanding Leadership in Women's Health, Brigham and Women's Hospital / Harvard Medical School |
| 2005 | Mayo Professor of Public Health, University of Minnesota School of Public Health |
| 2011 | Gaylord W. Anderson Leadership Award, University of Minnesota School of Public Health |
| 2015-18 | President-elect, President, Past-President, Society for Epidemiologic Research |
| 2020 | BUSPH Excellence in Research Mentoring Award |

**Governmental and External Committee Assignments**

| 1999 | Cancer Prevention Research Centers Grant Review Committee, Member, Center for Disease Control |
| 2001 | 2001 Cancer Conference Planning Committee, Member, Center for Disease Control |
| 2002-2005 | Human Subjects Research Committee, Member, Brigham and Women's Hospital |
| 2002-2005 | Women's Health Advisory Council, Member, Pharmaceutical Industry Trade Organization |
| 2002-2005 | Education and Research Development Committee, Member, Brigham and Women's Hospital |

2

| | |
|---|---|
| 2002 | Cancer Prevention Research Centers Grant Review Committee, Member, Center for Disease Control |
| 2004-2005 | Expanding the Boundaries Funding Committee, Department of Obstet Gynecol, Member, Brigham and Women's Hospital |
| 2004-Present | Scientific Advisory Board, Member, National Vulvodynia Association |
| 2004 | Quadrennial Site Visit Evaluation Committee for NICHD, Member, National Institutes of Health |
| 2005 | NIH-CSR Reproductive Epidemiology Study Section, Member, National Institutes of Health |
| 2005-2006 | Advisory Board of Connors Center for Women's Health & Gender Biology, Member, Brigham and Women's Hospital |
| 2005 | Special Emphasis Panel, Reproductive Health Research, Member, Center for Disease Control |
| 2005-2006 | Institute of Medicine National Research Council Committee on Assessing the Medical Risks of Human Oocyte Donation for Stem Cell Research |
| 2006 | NIH Infectious Disease, Reproductive Health, Asthma and Pulmonary (IRAP) Conditions Study Section |
| 2008 | Nominated as permanent member: NIH Infectious Disease, Reproductive Health, Asthma and Pulmonary (IRAP) Conditions Study Section |
| 2009-2014 | Member of the Board of Scientific Counselors for Clinical Sciences and Epidemiology of the National Cancer Institute |
| 2011-2013 | Chair, NIH Infectious Disease, Reproductive Health, Asthma and Pulmonary (IRAP) Conditions Study Section |
| 2012-present | External Advisory Board, Boston Center for Endometriosis (BCE) |
| 2014 | External Advisory Committee, Department of Epidemiology, Brown University |
| 2015 (Nov) | NIH-CSR– Chair, Ad-Hoc Study Section to review IRAP Study Section member grants. |
| 2016 (July) | NIH-CSR – ECHO Data Coordinating Center Reviewer |
| 2019 (Feb) | NIH – IRAP – Study Section Reviewer Grant Proposal Reviewer |
| 2019 (June) | NIH-CSR – CKD- Coordinating Center Reviewer |

3

| 2023 (Nov) | National Academies of Sciences, Engineering, and Medicine – Committee on Frameworks for the Consideration of Chronic Debilitating Conditions in Women. |
| --- | --- |

## University of Minnesota Committee Assignments

| 2006 | Investigative Advisory Board for the National Children's Study: Ramsey Location being conducted by the University of Minnesota's School of Public Health |
| --- | --- |
| 2006-2007 | Chair, Search Committee for Head, Division of Biostatistics, School of Public Health, University of Minnesota |
| 2007 | Co-Chair, Search Committee for Health, Policy and Management Division Head, School of Public Health, University of Minnesota |
| 2008 | Search Committee:  Chair of Department of Medicine, University of Minnesota Medical School |
| 2008 | Review Committee for the 2008 Academic Health Center Translational Research Grants |
| 2009 | Search Committee for the Academic Health Center Vice President for Research |
| 1999-2005 | Teaching commendations, Committee on Educational Policy, Harvard School of Public Health |

## Boston University Committee Assignments

| 2015-Present | Member: BU Clinical and Translational Science Institute's Strategic Executive Committee. |
| --- | --- |
| 2015-2016 | Co-Chair: Biostatistics, Epidemiology, Design and Analysis Center (BEDAC) Planning Committee. |
| 2016-Present | DrPH Admissions and Monitoring Committee |
| 2016 | BU-CTSI Pilot Review Committee |
| 2016-2017 | Member, University Committee on Academic Program Review of BU |
| 2016-2017 | Member, MPH Admissions Committee |
| 2018-2019 | Co-Director, MS Degree Program in Epidemiology |
| 2019-Present | Co-Director, MPH Epidemiology/Biostatistics Certificate Program |
| 2020 | BU-CTSI Pilot Review Committee |

## Editorial Service

| | |
|---|---|
| 1988- | Reviewer, Preventive Medicine |
| 1992- | Reviewer, Epidemiology |
| 1992- | Reviewer, Fertility & Sterility |
| 1993- | Reviewer, American Journal of Public Health |
| 1994- | Reviewer, American Journal of Obstetrics and Gynecology |
| 1994- | Reviewer, Obstetrics and Gynecology |
| 1995- | Reviewer, Journal of the National Cancer Institute |
| 1995- | Reviewer, New England Journal of Medicine |
| 1997- | Associate Editor, American Journal of Epidemiology |
| 1998- | Reviewer, Maturitas |
| 2000- | Reviewer, Paediatric & Perinatal Epidemiology |
| 2002- | Reviewer, Journal of Epidemiology and Community Health |
| 2002- | Reviewer, American Journal of Psychiatry |
| 2002- | Reviewer, Archives of General Psychiatry |
| 2003- | Reviewer, Obesity Research |
| 2005- | Journal of Women's Health |
| 2016- | British Journal of Gynecology and Obstetrics (BJOG) |
| 2016-2017 | Editor, Special 50th Anniversary Issue, American Journal of Epidemiology |
| 2018- | Reviewer, Journal of Urology |
| 2018- | Journal of the American Medical Association |

## Professional Societies:

| | |
|---|---|
| 1981- | Society for Epidemiologic Research, Member |
| 1995- | American Public Health Association, Member |
| 1997- | American College of Epidemiology, Peer-reviewed Fellow |
| 2003- | International Society for the Study of Vulvovaginal Diseases, Peer-reviewed Fellow |
| 2010-2013 | Elected, Member-at-Large on Board of Directors of the Society for Epidemiological Research |
| 2013- | American Epidemiological Society, elected to membership |
| 2015-2017 | President-Elect, President, Past President, Society for Epidemiological Research |
| 2020- | Society for Perinatal Epidemiologic Research |

## B. Funding Information

## Past

1987-1992    <u>Project Director</u>, N.I.H., NICHD/U01, Ultrasound screening in pregnancy

1989-1993    <u>Co-P.I.</u>, N.I.H., NICHD/R01, Epidemiologic and biologic correlates of premature menopause;

1992-1993    <u>Investigator</u>, American Institute for Cancer Research, Galactose consumption and metabolism in familial ovarian cancer

1992-1997    <u>Investigator</u>, N.I.H., NCI/R01 , Ovarian cancer risk and hypergonadotropic hypogonadism

1994-1995     P.I., Milton Fund, Dietary Factors and Hyperemesis Gravidarum

1994-1998     Co-P.I., N.I.H., NICHD/R01, Epidemiologic and biologic predictors of IVF success

1995-2000     P.I., N.I.H., R01-HD50013, Depression and Hypogonadism

1998-2000     Project Director, N.I.H., NIMH/R01, Epidemiology of Ovarian Function in relation to violence

1998-2000     P.I., Partners Women's Cancer Collaborative Research, Pathogenesis and Prevention of Cervical Cancer

1998-2002     Investigator, N.I.H., R01-HD, Epidemiologic and biologic predictors of IVF success

1998-2003     Investigator, N.I.H., R01-CA, Ovarian cancer risk and hypergonadotropic hypogonadism

1999-2003     P.I. (Subcontract), N.I.H., R01-MH, Relapse of Depression during Pregnancy and Puerperum

2000-2005     P.I., N.I.H., R01-HD, Prevalence and etiological predictors of vulvodynia

2003-2005     P.I., National Alliance for Research on Schizophrenia and Depression, Postpartum psychosis in women with prior psychiatric hospitalizations

2003-2006     P.I. (Subcontract), N.I.H., R01-MH, Predictors of antenatal and postpartum depression

2003-2008     P.I. (Subcontract), N.I.H., R01-MH, Risk and Predictors of Postpartum Depression

2004-2006     P.I. N.I.H., R01-HD, Risk for new onset of depression in perimenopausal women

2006- 2009     P.I. (Subcontract) N.I.H., R01-HD, Risk for new onset of depression in perimenopausal women

2007-2008     P.I. University of Minnesota, Office of International Programs, Interdisciplinary and Intercultural Public Health and Medical Program in Ecuador

2008-2009     P.I. University of Minnesota, Office of International Programs, Interdisciplinary and Intercultural Public Health and Medical Program in Ecuador

2009-2014     P.I.  N.I.H., R01-HD058608-01A1, Immunological Factors and Risk of Vulvodynia

2012-2017     Co-I  (Raymond PI) University of Minnesota Building Inter-Disciplinary Careers in Women's Health Program (BIRWCH). **Direct Costs: $462,956**.

2011-2015     Co-I (Blazer PI) NIH-NCATS UL1TR000114, University of Minnesota Clinical and Translational Sciences Award. **Direct Costs: $34,855,966**

| 2016-2017 | P.I. – NIH-NCATS - 1 R13 TR002021-01 – SER Doctoral Student Workshop. **Direct Costs: $18,000** |
|---|---|
| 2017-2018 | P.I. – NIH-NCATS - 1 R13 TR002021-02 – SER Doctoral Student Workshop. **Direct Costs: $28,000** |
| 2017-2018 | Co-PI National Vulvodynia Association – Molecular Microbial Markers and Vulvodynia **Direct Costs: $20,000** |
| 2017-2018 | P.I. – Neonatal exposures and subsequent risk of vulvodynia – A lifecourse analysis for exploring immune dysfunction **Direct Costs: $20,000** |
| 2019-2020 | P.I. – BUSPH Pilot Grant - Vulvar Pain Assessment Questionnaire (VPAQ) – Feasibility Assessment within a College Student Population. **Direct Costs: $20,000** |
| 2020-2021 | P.I. – BUSPH Pilot Grant - Boston STRONG (Study to Tackle Risks Of iNcontinence post-Gestation) – Feasibility Assessment Within a Pregnant and Postpartum Population. **Direct Costs: $15,000 (in conjunction with $15,000 from BMC)** |

**Current**

| 2020-2025 | <u>P.I.</u>  NIH 1-U24 DK106786-06, Prevention of Lower Urinary Tract Symptoms in Women: Bladder Health Scientific and Data Coordinating Center (PLUS-SDCC) **Direct Costs: $2,000,000** |
|---|---|
| 2017-2022 | PI-Subcontract (Robinson PI) NIH-NICHD 1-R01 HD - Sexual pain and genital cutting among Somali women in Minnesota **Direct Costs: $46,812** |
| 2020-2022 | P.I. – NIH-R21 HD099533-01: Risk of vulvodynia due to immune-related health events throughout the life course **Direct Costs: $229,720** |

**Pending**

| 2023-2025 | MPI – NIH-R21 HD111728-01: A North American preconception cohort study of the vaginal microbiome, subfertility, and miscarriage **Direct Costs: $229,720** |
|---|---|

**Teaching:**

| Year | Class Title | # of Students |
|---|---|---|
| 1990 | Resident and Fellow Independent Mentorship | 5 |

7

| | | |
|---|---|---|
| 1999-2005 | HSPH-EPI269-Epidemiologic Research in Obstetrics and Gynecology | 20 |
| 2001-2005 | HSPH-EPI270-Advanced Topics in Reproductive Epidemiology | 8 |
| 2003-2005 | HSPH-EPI287-Female Reproductive Morbidity Associated With Trauma and Stress | 15 |
| 2003-2005 | Epidemiologic Research Methods for Ob/Gyn Residents and Fellows | 20 |
| Spr 2005-2011 | PubH 8377 Seminar: Chronic Disease and Behavioral Epidemiology | 10-15 |
| Fall 2006-2011 | PubH 6348 Writing Research Grants | 10-15 |
| Winter 2005-2011 | Winter Short Course, Harvard School of Public Health: Bridging Psychiatric Morbidity and Adverse Reproductive Outcomes. | |
| Summer 2006 | PubH 6600  Women's Mental Health and Reproductive Outcomes | |
| Fall 2012-2013 | PubH 6341 Epidemiologic Methods I | 60 |
| Spring 2017 | EP 813 Intermediate Epidemiology | 25 |
| Fall 2017 | EP 722 Data Collection Methods for Epidemiologic Research | 16 |
| Summer 2018 | EP 722 Data Collection Methods for Epidemiologic Research | 9 |
| Fall 2018 | EP 722 Data Collection Methods for Epidemiologic Research | 18 |
| Spring 2019 | EP 817 Guided Epidemiologic Research | 8 |
| Summer 2019 | EP 722 Data Collection Methods for Epidemiologic Research | 10 |
| Fall 2019 | EP 722 Data Collection Methods for Epidemiologic Research | 20 |
| Spring 2020 | EP 817 Guided Epidemiologic Research | 12 |
| Summer 2020 | EP 722 Data Collection Methods for Epidemiologic Research | 10 |
| Fall 2020 | EP 816 Guided Epidemiologic Research | 9 |
| Fall 2020 | EP 722 Data Collection Methods for Epidemiologic Research | 24 |
| Fall 2020 | Development of New Asynchronous Data Collection Methods Course | |
| Spring 2021 | PH 880 Guided Epidemiologic Research (Continuation) | |
| Spring 2021 | EP 722 Data Collection Methods for Epidemiologic Research (Asynchronous) | |
| Spring 2022 | EP 722 Data Collection Methods for Epidemiologic Research (Asynchronous) | |
| Fall 2022 | EP 816 Guided Epidemiologic Research | 11 |

### Advisees/Trainees - Research

| Training Duration | Name | Current Position |
|---|---|---|
| 1992-1993 | Carolyn Zelop, M.D. | Ultrasonographer, Chicago Lying-In Hospital |
| 1995-1997 | Sarah Feldman, M.D., MPH | Assistant Professor |
| 1996-1997 | Isaac Glatstein, M.D. | Reproductive Endocrinologist, Private Practice |
| 1996-1999 | Lisa B. Signorello, Ph.D. | Senior Epidemiologist, International Epidemiology Association, Associate Professor, Harvard SPH |
| 1998-1999 | Ramin Mirhashemi, M.D. | Gyn Oncologist, University of Miami |
| 1998-2003 | Lauren A. Wise, Sc.D. | Associate Professor, Slone Epidemiology Center, Boston University |
| 2000-2001 | Les Reti, M.D., MPH | Gynecologic Oncologist, Private Practice |
| 2000-2003 | Beth Bazydlo, MS | Research Associate, Abt Associates |
| 2001-2003 | Hazel Bogan, MS | Research Associate, University of Wisconsin, Madison |
| 2001-2003 | Hadine Joffe, M.D., MS | Assistant Professor, Perinatal Psychiatry, Mass General Hospital |
| 2001-2004 | Geetanjali Datta, MS | Research Associate, Slone Epidemiology Unit, Boston University |

8

| 2001-2004 | Sara Cherkerzian, Sc.D. | Postdoctoral Fellow, Psychiatric Epidemiology |
| 2003-2005 | Elizabeth Reed, MS | Doctoral Student, HSPH |
| 2003-2005 | Michele Hacker, MS | Doctoral Student, HSPH |
| 2004-2005 | Haim A. Abenhaim, M.D. | Resident, Ob/Gyn, McGill University |
| 2004-2005 | Ghasi Phillips, MS | Doctoral Student, HSPH |
| 2006-2008 | Bassim Birkland, MS | Epidemiology, MPH |
| 2006-2009 | Erin Galegher, MPH | Epidemiology, MPH |
| 2006-2009 | Trista Olmstead, | Maternal & Child Health, MPH |
| 2007-2009 | Jennifer (Springsteen) Fricton | Maternal & Child Health, MPH |
| 2007-2009 | Katy Backes Kozhimannil | Assistant Professor, HPM, UMN |
| 2008-2010 | Roma Patel | Epidemiology, MPH |
| 2009-current | Maheruh Khandker | Epidemiology, PhD |
| 2010-2014 | Laura Anderson | Maternal & Child Health, MPH |
| 2011-2014 | Christine Kunitz | Epidemiology, PhD |
| 2011-2014 | Alyssa Herreid | Epidemiology, MPH |
| 2016- | Miriam Haviland | Epidemiology, PhD |
| 2017- | Sam Golenbach | Epidemiology MS |
| 2017- | Ying Sun | Epidemiology MPH |
| 2017- | Lisa Bedford | Epidemiology MS |
| 2018- | Sydney Willis | Epidemiology PhD |
| 2019- | Julia C Bond | Epidemiology PhD |
| 2020-2022 | Chad M Coleman | Epidemiology PhD |
| 2022- | Amy Zheng | Epidemiology PhD |

## Invited Presentations:

1981    Telephone Interviewing Methods, National Institutes of Health

1982    Assessing Occupational Exposures, National Institute for Occupational Safety and Health

1983    Telephone Household Screening and Interviewing, Fred Hutchinson Cancer Research Center

1984    A Comparison of Computer Assisted and Hard Copy Telephone Interviewing, University of Washington, Seattle, WA

1986    Health Services Research Methods Course, University of Washington, Seattle, WA

1987    The Influence of Perineal Exposure to Talc on the Risk of Borderline Ovarian Tumors, Society for Epidemiologic Research

1987    Epidemiology of Borderline Ovarian Tumors, University of Washington

1990    The Influence of Lactose Consumption on the Association of Oral Contraceptives and Ovarian Cancer Risk, Fred Hutchinson Cancer Research Center

| | |
|---|---|
| 1990 | The Influence of Lactose Consumption on the Association of Oral Contraceptives and Ovarian Cancer Risk, University of Minnesota |
| 1992 | Depression and Hypogonadism, Society for Epidemiologic Research Annual Meeting |
| 1993 | Talc: Consumer Uses and Health Perspectives, FDA Workshop, NIH |
| 1994 | The Relationship Between Depression and Ovarian Function: An Epidemiological Perspective, Dartmouth Medical School |
| 1994 | The Relationship Between Depression and Ovarian Function: An Epidemiological Perspective, Yale University School of Public Health |
| 1994 | Physical Activity and Risk of Early Menopause, Society for Epidemiologic Research Annual Meeting |
| 1995 | Self-reported use of antidepressants and benzodiazepine tranquilizers and risk of epithelial ovarian cancer, American Association for Cancer Research Annual Meeting |
| 1996 | Assessing major depression and ovarian function: Results from the Harvard Study of Moods and Cycles, American Psychiatric Association Annual Meeting |
| 1996 | Harvard Study of Moods and Cycles: Depression and factors related to menstruation and ovulation, Society for Epidemiologic Research Annual Meeting |
| 1996 | Reproductive correlates of chronic fatigue syndrome, American Public Health Association Annual Meeting |
| 1997 | Use of psychotropic medication and risk of malignant epithelial ovarian cancer, American College of Epidemiology Annual Meeting |
| 1997 | Integration of biological, clinical, and epidemiological data in the assessment of ovarian cancer and other disorders in women, Dartmouth Medical School |
| 1997 | Influence of major depression on reproductive function: Preliminary results from the Harvard Study of Moods and Cycles, Department of Family and Community Medicine, Brown Medical School |
| 1998 | Epidemiology of Ovarian Cancer, Dana Farber Cancer Institute |
| 1999 | Reproductive endocrine correlates of major depression: Results from the Harvard Study of Moods and Cycles, International Epidemiology Association |
| 2000 | The influence of depression on ovarian function: Results from the Harvard Study of Moods and Cycles, Women's Health 2000 Conference |
| 2001 | Cervical Cancer Etiology and HPV Infection, CDC |

2001    Prevalence and Predictors of Chronic Lower Genital Tract Discomfort, Female Sexual Function Forum

2001    Major depression and the risk of an early transition to the menopause: Results from the Harvard Study of Moods and Cycles, National Institutes of Health

2002    Depression and the Transition to the Perimenopause: The Harvard Study of Moods and Cycles, American Psychiatric Association

2002    Depression and Perimenopause: Results from the Harvard Study of Moods and Cycles, Oxford University, Institute of Health Sciences

2002    Chronic Unexplained Vulvar Pain: Is vulvar dysesthesia a silent epidemic?, Oxford University, Department of Ob/Gyn

2002    Prevalence and Etiologic Predictors of Chronic Lower Genital Disorders: Are we facing a silent epidemic? NICHD, National Institutes of Health

2003    Depression and Risk of Early Perimenopause, Dept of Medical Epidemiology, Karolinska Institutet, Stockholm, Sweden

2003    NIH Study Prevalence and Etiology of Vulvodynia, Dandryd Hospital, Karolinska Institutet, Stockholm, Sweden

2003    NIH Conference on Vulvodynia - Toward Understanding a Pain Syndrome, National Institutes of Health

2004    Vulvodynia and sexual pain disorders in women: A state of the art consensus conference, National Institutes of Health

2004    Prevalence and Etiological Predictors of Vulvodynia, Society for Sex Therapy and Research, Annual Meeting, Washington DC

2004    Prevalence and Etiological Predictors of Vulvodynia, American Medical Women's Association Annual Meeting

2004    Depression and Perimenopause: The Harvard Study of Moods and Cycles, Department of Epidemiology, McGill University

2006    Understanding The Bridge Between Reproductive Morbidity and Psychiatric Disorders. 2006 Congress of Epidemiology Meeting

2006    Influence of Mood Disorders on The Early Onset of Menopause.  Obstetrics Gynecology Grand Rounds, University of Minnesota Medical School

2007    Assessment of Clinical and Epidemiological Markers Related to Altered Immuno-Inflammatory Response Among Women With and Without Vulvodynia.  International Society for the Study of Vulvovaginal Disease Word Congress, Alaska, July 28-August 4, 2007

11

| | |
|---|---|
| 2007 | Global Women's Health Update: An epidemiological perspective.  Obstetrics, Gynecology, & Women's Health: 38th Annual Autumn Seminar, October 1-2, 2007, Minneapolis, Minnesota |
| 2008 | Harvard Study of Moods and Cycles.  Department of OBGYN Grand Rounds, Iceland Women's Hospital, Reykjavik, Iceland |
| 2008 | Etiology of Vulvodynia.  Iceland Society of Obstetrics and Gynecology, Reykjavik, Iceland |
| 2008 | New Insight Into The Etiology of Vulvodynia.  Guest Speaker: Resident and Fellow Research Day, Minneapolis, Minnesota, May 12, 2008 |
| 2008 | NIH Study Prevalence And Etiology of Vulvodynia, Dandryd Hospital, Karolinska Institute, Stockholm, Sweden |
| 2008 | Menopause & Depression:  Is There a Link?  North American Menopause Society National Meeting, Orlando, Florida (Sept) |
| 2008 | Exploring the Etiology of Vulvodynia:  An Unexplained Vulvar Pain Syndrome. University of Washington, Seattle, Washington (Nov) |
| 2010 | Probing the Pathogenesis of Unexplained Vulvar Pain. Lecture at the University of Vermont, Burlington Vermont (January) |
| 2010 | Probing the Pathogenesis of Unexplained Vulvar Pain.  OB/GYN Grand Rounds, Mayo Clinic, Rochester, Minnesota (April) |
| 2010 | Probing the Pathogenesis of Unexplained Vulvar Pain. University of Minnesota, School of Public Health, Mayo Lecture (October) |
| 2012 | Geographic variation in new onset depression during the menopausal transition: can we believe our data? New Findings from the Harvard Study of Moods and Cycles. Columbia University (March) |
| 2012 | Disparate rates of new onset depression during the menopausal transition: Biased or real? 9th Annual Women's Health Research Conference, Minneapolis, MN (Sept) |
| 2013 | Vulvodynia: Prevalent, Debilitating, Poorly Understood; Environmental and Psychiatric Immunoinflammatory Hypotheses.  Royal Women's Hospital, Melbourne, Australia (January) |
| 2013 | Vulvodynia: Prevalent, Debilitating, Poorly Understood; Environmental and Psychiatric Immunoinflammatory Hypotheses. James Cook University School of Public Health (February) |
| 2013 | Vulvodynia: Prevalent, Debilitating, Poorly Understood; Environmental and Psychiatric Immunoinflammatory Hypotheses.  NICHD Program in Reproductive and Adult Endocrinology Research Conference.  (April) |

| 2014 | Vulvodynia: Prevalent, Debilitating, Poorly Understood; Exploring Biopsychosocial Hypotheses. Harvard School of Public Health Invited Seminar Series (October) |
| 2014 | Vulvodynia: Prevalent, Debilitating, Poorly Understood; Exploring Biopsychosocial Hypotheses. Medical University of South Carolina Seminar (November) |
| 2015 | The role of trauma and psychiatric morbidity in women's gynecological disorders. Harvard T.H. Chan School of Public Health, Psychiatric Epidemiology Colloquium. (December) |
| 2016 | Recurrent Yeast Infections and Vulvodynia: Can we believe associations based on self-reported data? American Epidemiological Society (March) |
| 2016 | Vulvodynia: Prevalent, Debilitating, Poorly Understood; Exploring Biopsychosocial Hypotheses. University of Massachusetts School of Public Health Invited Seminar (April) |
| 2017 | The Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium: *A transdisciplinary approach toward promoting bladder health and preventing lower urinary tract symptoms in women across the life course.* University of Iceland, Department of Public Health Sciences (September) |
| 2018 | The association of vulvodynia and urological urgency and frequency: Findings from a community-based study. The International Continence Society Annual Meeting. Philadelphia, August, 2018. |
| 2019 | Vaginal microbiome and vulvodynia. International Society for the Study of Vulvovaginal Diseases (ISSVD World Congress, Turin, Italy. (September) |
| 2020 | Lower Urinary Tract Symptoms at Age 19: Associations with Sexual Activities Prior to Age 17. American Urogynecology Society (September) |
| 2020 | Invited Symposium: Vulvodynia: Prevalent; Debilitating; An Epidemiologic Challenge. Society for Perinatal Epidemiologic Research (December) |
| 2022 | Invited Symposium: Vulvodynia: Prevalent; Debilitating; An Epidemiologic Challenge. International Society for the Study of Vulvovaginal Diseases (ISSVD World Congress, Dublin, Ireland. (June) |

## Publications

### Reviews/Chapters/Editorials

1. **Harlow BL**, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 1995;21(2):254-60.
2. **Harlow BL**, Abraham ME. Depression in Menopause. In: Seifer DB, Kennard EA, editors. Menopause: Endocrinology and Management. Totowa (NJ): The Humana Press, Inc; 1999. p. 111-124.

13

3. Gyllstrom ME, Schreiner PJ, **Harlow BL**. Pereimenopause and depression: strength of association, causal mechanisms and treatment recommendations. Chapter 8 in: Best Practice & Research Clinical Obstetrics and Gynaecology, Vol 21, No. 2, pp. 275-292, 2007.

4. Ferguson S, Soares CN, **Harlow BL**. Depression during the Perimenopausal Transition: What have we learned from epidemiological studies? In: Soares C, Warren M (eds): The Menopausal Transition. Interface between Gynecology and Psychiatry. Key Issues in Mental Health. Basel, Karger, 2009, vol 175, pp 66-76.

5. Rasmussen-Torvik, LJ and **Harlow BL.** The association between depression and diabetes in the perinatal period. Curr Diab Rep 2010; 10(3):217-23.

6. **Harlow BL**, Khandker M, Stewart EG, Margesson LJ. Vulvodynia. Chapter 24 In: Goldman MB and Hatch MC (eds): Women & Health, 2nd edition.

7. **Harlow BL,** Haviland MJ, Bergeron S. Vulvodynia and Psychiatric Comorbidities. Chapter 25 In: Maldonado-Bouchard S, Clark MR, Incayawar M (Eds): Overlapping Pain and Psychiatric Syndromes. Oxford University Press, In Press.

8. **Harlow BL,** Szklo M. Editorial: The 50th Anniversary of the Society for Epidemiologic Research. Am J Epidemiol 2017;185:988-989.

## **Original Articles**

1. **Harlow BL**, Hartge P. Telephone household screening and interviewing. Am J Epidemiol. 1983;117(5):632-3.

2. **Harlow BL**, Rosenthal JF, Ziegler RG. A comparison of computer-assisted and hard copy telephone interviewing. Am J Epidemiol. 1985;122(2):335-40.

3. **Harlow BL**, Weiss NS, Lofton S. The epidemiology of sarcomas of the uterus. J Natl Cancer Inst. 1986;76(3):399-402.

4. Voigt LF, **Harlow BL**, Weiss NS. The influence of age at first birth and parity on ovarian cancer risk. Am J Epidemiol. 1986;124(3):490-1.

5. Weiss NS, **Harlow BL**. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer? Am J Epidemiol. 1986;124(5):856-8.

6. **Harlow BL**, Weiss NS, Lofton S. Epidemiology of borderline ovarian tumors. J Natl Cancer Inst. 1987;78(1):71-4.

7. **Harlow BL**, Davis S. Two one-step methods for household screening and interviewing using random digit dialing. Am J Epidemiol. 1988;127(4):857-63.

8. **Harlow BL**, Weiss NS, Roth GJ, Chu J, Daling JR. Case-control study of borderline ovarian tumors: reproductive history and exposure to exogenous female hormones. Cancer Res. 1988;48(20):5849-52.

9. Cramer DW, **Harlow B**L, Barbieri RL, Ng WG. Galactose-1-phosphate uridyl transferase activity associated with age at menopause and reproductive history. Fertil Steril. 1989;51(4):609-15.

10. Saltzman DH, Frigoletto FD, **Harlow BL**, Barss VA, Benacerraf BR. Sonographic evaluation of hydrops fetalis. Obstet Gynecol. 1989;74(1):106-11.

11. Cramer DW, **Harlow BL**, Willett WC, Welch WR, Bell DA, Scully RE, Ng WG, Knapp RC. Galactose consumption and metabolism in relation to the risk of ovarian cancer. Lancet. 1989;2(8654):66-71.

12. **Harlow BL**, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.

13. **Harlow BL**, Weiss NS. Re: "Familial ovarian cancer: a population-based case-control study". Am J Epidemiol. 1989;130(5):1071-3.

14. Benacerraf BR, Mandell J, Estroff JA, **Harlow BL**, Frigoletto FD. Fetal pyelectasis: a possible association with Down syndrome. Obstet Gynecol. 1990;76(1):58-60.
15. Benacerraf BR, **Harlow BL**, Frigoletto FD. Hypoplasia of the middle phalanx of the fifth digit. A feature of the second trimester fetus with Down's syndrome. J Ultrasound Med. 1990;9(7):389-94.
16. **Harlow BL**, Weiss NS, Holmes EH. Plasma alpha-L-fucosidase activity and the risk of borderline epithelial ovarian tumors. Cancer Res. 1990;50(15):4702-3.
17. Benacerraf BR, **Harlow B**, Frigoletto FD Jr.  Are choroids plexus cysts an indication for second-trimester amniocentesis?  American Journal of Obstetrics & Gynecology 1990;162(4):1001-6.
18. Bromley B, **Harlow BL**, Laboda LA, Benacerraf BR. Small sac size in the first trimester: a predictor of poor fetal outcome. Radiology. 1991;178(2):375-7.
19. **Harlow BL**, Cramer DW, Geller J, Willett WC, Bell DA, Welch WR. The influence of lactose consumption on the association of oral contraceptive use and ovarian cancer risk. Am J Epidemiol. 1991;134(5):445-53.
20. Cramer DW, **Harlow BL**. Commentary: re: "A case-control study of milk drinking and ovarian cancer risk." Am J Epidemiol. 1991;134(5):454-6.
21. de Haas I, **Harlow BL**, Cramer DW, Frigoletto FD. Spontaneous preterm birth: a case-control study. Am J Obstet Gynecol. 1991;165(5 Pt 1):1290-6.
22. Hill JA, Polgar K, **Harlow BL**, Anderson DJ. Evidence of embryo- and trophoblast-toxic cellular immune response(s) in women with recurrent spontaneous abortion. Am J Obstet Gynecol. 1992;166(4):1044-52.
23. **Harlow BL,** Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.
24. Goodman HM, **Harlow BL**, Sheets EE, Muto MG, Brooks S, Steller M, Knapp RC, Berkowitz RS. The role of cytoreductive surgery in the management of stage IV epithelial ovarian carcinoma. Gynecol Oncol. 1992;46(3):367-71.
25. Zelop CM, **Harlow BL**, Frigoletto FD, Safon LE, Saltzman DH. Emergency peripartum hysterectomy. Am J Obstet Gynecol. 1993;168(5):1443-8.
26. **Harlow BL**, Crea EC, East MA, Oleson B, Fraer CJ, Cramer DW. Telephone answering machines: the influence of leaving messages on telephone interviewing response rates. Epidemiology. 1993;4(4):380-3.
27. **Harlow BL**, Fuhr JE, McDonald TW, Schwartz SM, Beuerlein FJ, Weiss NS. Flow cytometry as a prognostic indicator in women with borderline epithelial ovarian tumors. Gynecol Oncol. 1993;50(3):305-9.
28. Muto MG, Cramer DW, Brown DL, Welch WR, **Harlow BL**, Xu H, Brucks JP, Tsao SW, Berkowitz RS. Screening for ovarian cancer: the preliminary experience of a familial ovarian cancer center. Gynecol Oncol. 1993;51(1):12-20.
29. Bromley B, Frigoletto FD, **Harlow BL**, Evans JK, Benacerraf BR. Biometric measurements in fetuses of different race and gender. Ultrasound Obstet Gynecol. 1993;3(6):395-402.
30. Cramer DW, Barbieri RL, Muto MG, Kelly A, Brucks JP, **Harlow BL**. Characteristics of women with a family history of ovarian cancer. II. Follicular phase hormone levels. Cancer. 1994;74(4):1318-22.
31. Bromley B, Frigoletto FD, **Harlow BL**, Pauker S, Benacerraf BR. The role of Doppler velocimetry in the structurally normal second-trimester fetus with elevated levels of maternal serum alpha-fetoprotein. Ultrasound Obstet Gynecol. 1994;4(5):377-80.
32. Spirtas R, Heineman EF, Bernstein L, Beebe GW, Keehn RJ, Stark A, **Harlow BL**, Benichou J. Malignant mesothelioma: attributable risk of asbestos exposure. Occup Environ Med. 1994;51(12):804-11.

33. **Harlow BL**, Frigoletto FD, Cramer DW, Evans JK, Bain RP, Ewigman B, McNellis D. Epidemiologic predictors of cesarean section in nulliparous patients at low risk. RADIUS Study Group. Routine Antenatal Diagnostic Imaging with Ultrasound Study. Am J Obstet Gynecol. 1995;172(1 Pt 1):156-62.

34. Cramer DW, Xu H, **Harlow BL**. Does "incessant" ovulation increase risk for early menopause? Am J Obstet Gynecol. 1995;172(2 Pt 1):568-73.

35. Feldman S, Cook EF, **Harlow BL**, Berkowitz RS. Predicting endometrial cancer among older women who present with abnormal vaginal bleeding. Gynecol Oncol. 1995;56(3):376-81.

36. **Harlow BL**, Cramer DW. Self-reported use of antidepressants or benzodiazepine tranquilizers and risk of epithelial ovarian cancer: evidence from two combined case-control studies (Massachusetts, United States). Cancer Causes Control. 1995;6(2):130-4.

37. Hornstein MD, **Harlow BL**, Thomas PP, Check JH. Use of a new CA 125 assay in the diagnosis of endometriosis. Hum Reprod. 1995;10(4):932-4.

38. **Harlow BL**, Cramer DW, Annis KM. Association of medically treated depression and age at natural menopause. Am J Epidemiol. 1995;141(12):1170-76.

39. Cramer DW, **Harlow BL**, Xu H, Fraer C, Barbieri R. Cross-sectional and case-controlled analyses of the association between smoking and early menopause. Maturitas. 1995;22(2):79-87.

40. Berkowitz RS, Bernstein MR, **Harlow BL**, Rice LW, Lage JM, Goldstein DP, Cramer DW. Case-control study of risk factors for partial molar pregnancy. Am J Obstet Gynecol. 1995;173(3 Pt 1):788-94.

41. Cramer DW, Xu H, **Harlow BL**. Family history as a predictor of early menopause. Fertil Steril. 1995;64(4):740-5.

42. **Harlow BL**. Coping with the personal and professional frustrations of epidemiologic research. Am J Epidemiol. 1995;142(8):785-7.

43. **Harlow BL**, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer (Review). Regulatory Toxicology & Pharmacology 1995;21(2):254-260.

44. Hornstein MD, Goodman HM, Thomas PP, Knapp RC, **Harlow BL**. Use of a second-generation CA125 assay in gynecologic patients. Gynecol Obstet Invest. 1996;42(3):196-200.

45. **Harlow BL**, Frigoletto FD, Cramer DW, Evans JK, LeFevre ML, Bain RP, McNellis D. Determinants of preterm delivery in low-risk pregnancies. The RADIUS Study Group. J Clin Epidemiol. 1996;49(4):441-8.

46. Versi E, Chia P, Griffiths DJ, **Harlow BL**. Bacteriuria in pregnancy: a comparison of Bangladeshi and Caucasian women. Int Urogynecol J Pelvic Floor Dysfunct. 1997;8(1):8-12.

47. Glatstein IZ, **Harlow BL**, Hornstein MD. Practice patterns among reproductive endocrinologists: the infertility evaluation. Fertil Steril. 1997;67(3):443-51.

48. Signorello LB, **Harlow BL**, Cramer DW, Spiegelman D, Hill JA. Epidemiologic determinants of endometriosis: a hospital-based case-control study. Ann Epidemiol. 1997;7(4):267-741.

49. Cramer DW, **Harlow BL**, Titus-Ernstoff L, Bohlke K, Welch WR, Greenberg ER. Over-the-counter analgesics and risk of ovarian cancer. Lancet. 1998;351(9096):104-7.

50. Mirhashemi R, **Harlow BL**, Ginsberg E, Signorello LB, Berkowitz R, Feldman S. Risk of complications following gynecological laparoscopic surgery. Prim. Care Update Ob Gyns. 1998;5(4):202.

51. Glatstein IZ, **Harlow BL**, Hornstein MD. Practice patterns among reproductive endocrinologists: further aspects of the infertility evaluation. Fertil Steril. 1998;70(2):263-9.

52. **Harlow BL**, Cramer DW, Baron JA, Titus-Ernstoff L, Greenberg ER. Psychotropic medication use and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 1998;7(8):697-702.

53. Mirhashemi R, **Harlow BL**, Ginsburg ES, Signorello LB, Berkowitz R, Feldman S. Predicting risk of complications with gynecologic laparoscopic surgery. Obstet Gynecol. 1998;92(3):327-31.

16

54. **Harlow BL**, Signorello LB, Hall JE, Dailey C, Komaroff AL. Reproductive correlates of chronic fatigue syndrome. Am J Med. 1998;105(3A):94S-99S.

55. Signorello LB, **Harlow BL**, Wang S, Erick MA. Saturated fat intake and the risk of severe hyperemesis gravidarum. Epidemiology. 1998;9(6):636-40.

56. **Harlow BL**, Cohen LS, Otto MW, Spiegelman D, Cramer DW. Prevalence and predictors of depressive symptoms in older premenopausal women: the Harvard Study of Moods and Cycles. Arch Gen Psychiatry. 1999;56(5):418-24.

57. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, **Harlow BL**. Genital talc exposure and risk of ovarian cancer. Int J Cancer. 1999;81(3):351-6.

58. Pinto AP, Signorello LB, Crum CP, **Harlow BL**, Abrão F, Villa LL. Squamous cell carcinoma of the vulva in Brazil: prognostic importance of host and viral variables. Gynecol Oncol. 1999;74(1):61-7.

59. Bohlke K, **Harlow BL**, Cramer DW, Spiegelman D, Mueller NE. Evaluation of a population roster as a source of population controls: the Massachusetts Resident Lists. Am J Epidemiol. 1999;150(4):354-8.

60. Sahakyan M, **Harlow BL**, Hornstein MD. Influence of age, diagnosis, and cycle number on pregnancy rates with gonadotropin-induced controlled ovarian hyperstimulation and intrauterine insemination. Fertil Steril. 1999;72(3):500-4.

61. Cnattingius S, Granath F, Petersson G, **Harlow BL**. The influence of gestational age and smoking habits on the risk of subsequent preterm deliveries. N Engl J Med. 1999;341(13):943-8.

62. **Harlow BL**, Barbieri RL. Influence of education on risk of hysterectomy before age 45 years. Am J Epidemiol. 1999;150(8):843-7.

63. Signorello LB, **Harlow BL**, Chekos AK, Repke JT. Midline episiotomy and anal incontinence: retrospective cohort study. BMJ. 2000;320(7227):86-90.

64. **Harlow BL**, Signorello LB. Factors associated with early menopause. Maturitas. 2000;35(1):3-9.

65. Propst AM, Liberman RF, **Harlow BL**, Ginsburg ES. Complications of hysteroscopic surgery: predicting patients at risk. Obstet Gynecol. 2000;96(4):517-20.

66. Kuper H, Titus-Ernstoff L, **Harlow BL**, Cramer DW. Population based study of coffee, alcohol and tobacco use and risk of ovarian cancer. Int J Cancer. 2000;88(2):313-8.

67. Titus-Ernstoff L, Perez K, Cramer DW, **Harlow BL**, Baron JA, Greenberg ER. Menstrual and reproductive factors in relation to ovarian cancer risk. Br J Cancer. 2001;84(5):714-21.

68. Signorello LB, **Harlow BL**, Chekos AK, Repke JT. Postpartum sexual functioning and its relationship to perineal trauma: a retrospective cohort study of primiparous women. Am J Obstet Gynecol. 2001;184(5):881-8; discussion 888-90.

69. **Harlow BL,** Wise LA, Stewart EG. Prevalence and predictors of chronic lower genital tract discomfort. Am J Obstet Gynecol. 2001;185(3):545-50.

70. Wise LA, Zierler S, Krieger N, **Harlow BL**. Adult onset of major depressive disorder in relation to early life violent victimisation: a case-control study. Lancet 2001;358(9285):881-7.

71. Cramer DW, Kuper H, **Harlow BL**, Titus-Ernstoff L. Carotenoids, antioxidants and ovarian cancer risk in pre- and postmenopausal women. Int J Cancer. 2001;94(1):128-34.

72. Lucero J, **Harlow BL**, Barbieri RL, Sluss P, Cramer DW. Early follicular phase hormone levels in relation to patterns of alcohol, tobacco, and coffee use. Fertil Steril. 2001;76(4):723-9.

73. Allsworth JE, Zierler S, Krieger N, **Harlow BL**. Ovarian function in late reproductive years in relation to lifetime experiences of abuse. Epidemiology. 2001;12(6):676-81.

74. Soares CN, Cohen LS, Otto MW, **Harlow BL**. Characteristics of women with premenstrual dysphoric disorder (PMDD) who did or did not report history of depression: a preliminary report from the Harvard Study of Moods and Cycles. J Womens Health Gend Based Med. 2001;10(9):873-8.

17

75. Otto MW, Wilhelm S, Cohen LS, **Harlow BL**. Prevalence of body dysmorphic disorder in a community sample of women. Am J Psychiatry. 2001;158(12):2061-3.

76. Cramer DW, Barbieri RL, Fraer AR, **Harlow BL**. Determinants of early follicular phase gonadotrophin and estradiol concentrations in women of late reproductive age. Hum Reprod. 2002;17(1):221-7.

77. Hughes SA, Sun D, Gibson C, Bellerose B, Rushing L, Chen H, **Harlow BL**, Genest DR, Sheets EE, Crum CP. Managing atypical squamous cells of undetermined significance (ASCUS): human papillomavirus testing, ASCUS subtyping,or follow-up cytology? Am J Obstet Gynecol. 2002;186(3):396-403.

78. **Harlow BL**, Cohen LS, Otto MW, Liberman RF, Spiegelman D, Cramer DW. Demographic, family, and occupational characteristics associated with major depression: the Harvard study of moods and cycles. Acta Psychiatr Scand. 2002;105(3):209-17.

79. Stewart EA, Faur AV, Wise LA, Reilly RJ, **Harlow BL**. Predictors of subsequent surgery for uterine leiomyomata after abdominal myomectomy. Obstet Gynecol. 2002;99(3):426-32.

80. **Harlow BL**, Missmer SA, Cramer DW, Barbieri RL. Does tubal sterilization influence the subsequent risk of menorrhagia or dysmenorrhea? Fertil Steril. 2002;77(4):754-60.

81. Cohen LS, Soares CN, Otto MW, Sweeney BH, Liberman RF, **Harlow BL**. Prevalence and predictors of premenstrual dysphoric disorder (PMDD) in older premenopausal women. The Harvard Study of Moods and Cycles. J Affect Disord. 2002;70(2):125-32.

82. Jain T, **Harlow BL**, Hornstein MD. Insurance coverage and outcomes of in vitro fertilization. N Engl J Med. 2002;347(9):661-6.

83. Wise LA, Krieger N, Zierler S, **Harlow BL**. Lifetime socioeconomic position in relation to onset of perimenopause. J Epidemiol Community Health. 2002;56(11):851-60.

84. **Harlow BL**, Wise LA, Otto MW, Soares CN, Cohen LS. Depression and its influence on reproductive endocrine and menstrual cycle markers associated with perimenopause: the Harvard Study of Moods and Cycles. Arch Gen Psychiatry. 2003;60(1):29-36.

85. **Harlow BL**, Stewart EG. A population-based assessment of chronic unexplained vulvar pain: have we underestimated the prevalence of vulvodynia? J Am Med Womens Assoc. 2003;58(2):82-8.

86. Gale S, **Harlow BL**. Postpartum mood disorders: a review of clinical and epidemiological factors. J Psychosom Obstet Gynaecol. 2003;24(4):257-66.

87. Joffe H, Cohen LS, **Harlow BL**. Impact of oral contraceptive pill use on premenstrual mood: predictors of improvement and deterioration. Am J Obstet Gynecol. 2003;189(6):1523-30.

88. Wise LA, Palmer JR, **Harlow BL**, Spiegelman D, Stewart EA, Adams-Campbell LL, Rosenberg L. Reproductive factors, hormonal contraception, and risk of uterine leiomyomata in African-American women: a prospective study. Am J Epidemiol. 2004;159(2):113-23.

89. **Harlow BL**, Cohen LS, Otto MW, Spiegelman D, Cramer DW. Early life menstrual characteristics and pregnancy experiences among women with and without major depression: the Harvard study of moods and cycles. J Affect Disord. 2004;79(1-3):167-76.

90. Nichols HB, **Harlow BL**. Childhood abuse and risk of smoking onset. J Epidemiol Community Health. 2004;58(5):402-6.

91. Rayworth BB, Wise LA, **Harlow BL**. Childhood abuse and risk of eating disorders in women. Epidemiology. 2004;15(3):271-8.

92. Wise LA, Palmer JR, **Harlow BL**, Spiegelman D, Stewart EA, Adams-Campbell LL, Rosenberg L. Risk of uterine leiomyomata in relation to tobacco, alcohol and caffeine consumption in the Black Women's Health Study. Hum Reprod. 2004;19(8):1746-54.

93. Allsworth JE, Zierler S, Lapane KL, Krieger N, Hogan JW, **Harlow BL**. Longitudinal study of the inception of perimenopause in relation to lifetime history of sexual or physical violence. J Epidemiol Community Health. 2004;58(11):938-43.

94. **Harlow BL**, Stewart EG. Adult-onset vulvodynia in relation to childhood violence victimization. Am J Epidemiol. 2005;161:871-880.

95. Wise LA, Palmer JR, Spiegelman D, **Harlow BL**, Stewart EA, Adams-Campbell LL, Rosenberg L.  Influence of body size and body fat distribution on risk of uterine leiomyomata in U.S. black women.  Epidemiology 2005;16(3):346-354.

96. Abenhaim H, **Harlow BL**.  Live births and cesarean sections and the development of menstrual abnormalities.  Int J Obstet Gynecol, 2006;92:111-116.

97. Cohen LS, Soares CN, Vitonis AF, Otto MW, **Harlow BL**.  Risk for New Onset of Depression During the Menopausal Transition. The Harvard Study of Moods and Cycles. Arch Gen Psychiatry. 2006;63:385-390.

98. Rich-Edwards JW, Kleinman K, Abrams A, **Harlow BL**, McLaughlin TJ, Joffe H, Gillman MW.  Sociodemographic predictors of antenatal and postpartum depressive symptoms among women in a medical group practice J Epi Comm Health, 2006;60:221-227.

99. Cohen LS, Altshuler LL, **Harlow B**L, Nonacs R, Newport DJ, Viguera A, Suri R, Burt V, Hendrick V, Reminick A, Loughead A, Vitonis AF, Stowe ZN.  Relapse of major depression during pregnancy in women who maintain or discontinue antidepressant treatment: A prospective study.  JAMA, 2006;295:499-507.

100. Lambert-Messerlian GM, **Harlow BL**.  The influence of depression, body mass index and smoking on serum inhibin B levels in late reproductive aged women.  J Clin Endocrinol Metab 2006;91:1496-1500.

101. Thurston RC, Joffe H, Soares CN, **Harlow BL**.  Physical activity and risk of vasomotor symptoms in women with and without a history of depression: Results from the Harvard Study of Moods and Cycles.  Menopause, 2006;13(4):553-560.

102. Bachmann GA, Rosen R, Pinn VW, Utian WH, Ayers C, Basson R, Binik YM, Brown C, Foster DC, Gibbons JM Jr, Goldstein I, Graziottin A, Haefner HK, **HarlowBL,** Spadt SK. Leiblum SR, Masheb RM, Reed BD, Sobel JD, Veasley C, Wesselmann U, Witkin SS. Vulvodynia: a state-of-the-art consensus on  definitions, diagnosis and management. Consensus Development Conference. Journal of Reproductive Medicine 2006;51(6):447-56．

103. Joffe H, Kim DR, Foris JM, Baldassano CF, Gyulai L, Hwang CH, McLaughlin WL, Sachs GS, Thase ME, **Harlow BL**, Cohen LS.  Menstrual dysfunction prior to onset of psychiatric illness is reported more commonly by women with bipolar disorder than by women with unipolar depression and healthy controls. J Clin Psychiatry, 2006;67(2):297-304.

104. Otto M. W., Teachman B. A, Cohen L. S., Soares C. N., Vitonis A. F., & **Harlow B. L**. Dysfunctional attitudes and episodes of major depression: Predictive validity and temporal stability in never-depressed, depressed, and recovered women.  Journal of Abnormal Psychology, 2007;116:475-483.

105. **Harlow BL**, Vitonis AF, Sparen P, Cnattingius S, Joffe H, Hultman CM.  Incidence of hospitalization for postpartum psychotic and bipolar episodes in women with and without prior prepregnancy or prenatal psychotic hospitalizations.  Arch Gen Psychiatry 2007;64:42-48.

106. Phillips GS, Wise LA, **Harlow BL**.  A prospective analysis of alcohol consumption and onset of perimenopause.  Maturias  2007;56:263-272.

107. Prizment AE, Anderson KE, **Harlow BL**, Folsom AR:  Reproductive risk factors for incident bladder cancer:  Iowa Women's Health Study.  Int J Cancer 2007;120:1093-1098.

108. **Harlow BL**, Vitonis AF, Stewart EG.  The influence of oral contraceptive use on risk of adult-onset vulvodynia.  Journal of Reproductive Medicine, 2008;53(2):102-110. **PMCID# not available**

109. **Harlow BL,** Abenhaim HA, Vitonis AF, Harnack L.  The influence of dietary oxalates on the risk of adult-onset vulvodynia.  Journal of Reproductive Medicine, 2008;53(3):171-178. **PMCID# not available**

110. Huyck KL, Panhuysen CIM, Cuenco KT, Zhang J, Goldhammer H, Jones ES, Somasundaram P, Lynch AM, **Harlow BL**, Lee H, Stewart EA, Morton CC. The impact of race as a risk factor for symptom severity and age at diagnosis of uterine leiomyomata among affected sisters. Am J Obstet Gynecol 2008;198:168.e1-168.e9. **PMCID: PMC2265083**

111. Valdimarsdottir U, Hultman CM, **Harlow B**, Cnattingius S, Sparen P. Psychotic illness in first-time mothers with no previous psychiatric hospitalizations: A population-based study. PLoS Medicine February 2009;6(2)0194-0201. **PMCID: PMC2637917**

112. Kozhimannil KB, Pereira M, **Harlow BL**. The association between diabetes and perinatal depression among low-income mothers. JAMA 2009;301(8):842-847. **PMCID# not available**

113. Nguyen RHN, Swanson D, **Harlow BL**. Urogenital infections in relation to the occurrence of vulvodynia. J Reprod Med 2009;54:385-392. **PMCID# not available**

114. Calkins, AW, Otto MW, Cohen LS, Soares CN, Vitonis, AF, Hearon BA, **Harlow BL**. Psychosocial predictors of the onset of anxiety disorders in women: Results from a prospective 3-year longitudinal study. Journal of Anxiety Disorders 2009;23:1165–1169. **PMCID: PMC2760601**

115. **Harlow BL**, Vazquez G, MacLehose RF, Erickson DJ, Oakes JM, Duval SJ. Self-Reported Vulvar Pain Characteristics and their Association with Clinically Confirmed Vestibulodynia. J Women's Health 2009;18(9):1333-1339. **PMCID: PMC2825727**

116. **Harlow BL**, He W, Nguyen RHN. Allergic reactions and risk of vulvodynia. Ann Epidemiol 2009;19:771-777. **PMCID: PMC2773800**

117. Khandker M, Brady SS, Vitonis AF, MacLehose RF, Stewart EG, **Harlow BL**. The Influence of Depression and Anxiety on Risk of Adult Onset Vulvodynia. J Women's Health 2011 Oct;20(10):1445-51 **PMCID: PMC3186444**

118. Nguyen RHN, MacLehose RF, Veasley C, Turner RM, **Harlow BL**, Horvath KJ. Comfort in Discussing Vulvar Pain in Social Relationships among Women with Vulvodynia. J Reprod Med 2012;57:109-114. **PMCID: not available**

119. Nguyen RHN, Ecklund AM, MacLehose RF, Veasley C, **Harlow BL**. Co-morbid pain conditions and feelings of invalidation and isolation among women with vulvodynia. Psychology, Health & Medicine 2012;17(5):589-98 **PMCID: not available**

120. Nguyen RHN, Stewart EG, **Harlow BL.** A population-based study of pregnancy and delivery characteristics among women with vulvodynia. Pain Therapy 2012;1:2 DOI 10.1007/s40122-012-0002-7.

121. Hellerstedt WL, Phelan SM, Cnattingius S, Hultman CM, **Harlow BL**. Are prenatal, obstetric and infant complications associated with postpartum psychosis among women with pre-conception psychiatric hospitalisations? BJOG, An International Journal of Obstetrics and Gynaecology 2012;120(4):446-55. **PMCID: not available**

122. Nguyen R, Turner R, Rydell S, MacLehose R, **Harlow B**. Perceived stereotyping and seeking care for chronic vulvar pain. Pain Medicine, 2013 June 6 doi: 10.1111/pme.12141 (Epub ahead of print).

123. **Harlow BL**, MacLehose RF, Smolenski DJ, Soares CN, Otto MW, Joffe H, Cohen LS. Disparate rates of new onset depression during the menopausal transition in two community-based populations: Real, or really wrong? Am J Epidemiol 2013;177(10):1148-1156. **PMCID: PMC3649637**

124. **Harlow BL**, Kunitz CG, Nguyen RHN, Rydell SA, Turner RM, MacLehose, RF. Prevalence of Symptoms Consistent with a Diagnosis of Vulvodynia: Population-based estimates from two geographical regions. Am J Obstet Gynecol 2014;210(1):40.e1–40.e8 **PMCID: PMC3885163**

125. Nguyen RHN, Mathur C, Wynings EM, Wiliams DA, **Harlow BL**. Remission of Vulvar Pain among Women with Primary Vulvodynia. Journal of Lower Genital Tract Disease, 2014, doi: 10.1097/LGT.0000000000000041 12141 (Epub ahead of print)._**PMCID: PMC4241190**

20

126. Khandker M, Brady SS, Stewart EG, **Harlow BL**. Is chronic stress during childhood associated with adult onset vulvodynia? J Wom Health 2014;23:649-656.

127. Nguyen RHN, Turner RM, Sieling J, Williams DA, Hodges JS, **Harlow BL**. Feasibility of collecting vulvar pain variability and its correlates using prospective collection with smart phones. Pain Res & Treatment 2014;Article ID 659863, 7 pages; http://dx.doi.org/10.1155/2014/659863.

128. Gisladottir A, **Harlow BL**, Gudmundsdottir B, Bjarnadottir RI, Jonsdottir E, Aspelund T, Cnattingius S, Valdimarsdottir UA. Risk factors and health during pregnancy among women previously exposed to sexual violence. Acta Obstet Gynecol Scand 2014;93:351-358.  PubMed PMID: 24490826

129. Wise LA, Troisi R, Hatch EE, Tituus LJ, Rothhman KJ, **Harlow BL**. Prenatal Diethylstilbestrol Exposure and Reproductive Hormones in Premenopausal Women. J Develop Origins Health Dis, 2015;6(3):208-216.

130. Oakes JM, MacLehose RF, McDonald K, **Harlow BL**. Using administrative health records to recruit a community-based sample for population research. Ann Epidemiol 2015;25:526-531.

131. Nguyen R, Reese R, **Harlow B**.  Differences in pain subtypes between Hispanic and non-Hispanic White women with chronic vulvar pain.  J Women's Health 2015;24:144-50.

132. Mason SM, MacLehose RF, Katz-Wise SL, Austin SB, Neumark-Sztaner D, **Harlow BL**, Rich-Edwards JW.  Childhood Abuse victimization, stress-related eating, and weight status in young women.  Ann Epidemiol 2015;25:760-766.

133. Mason SM, Frazier PA, Austin SB, **Harlow BL**, Jackson B, Raymond NC, Rich-Edwards JW. Posttraumatic stress disorder symptoms and problematic overeating behaviors in young men and women. Ann Behav Med 2017;51:822-832.

134. **Harlow BL**, Caron RE, Parker SE, Chatterjea D, Fox MP, Nguyen RHN. Recurrent yeast infections and vulvodynia: Can we believe associations based on self-reported data? J Wom Health 2017;26:1069-1076.

135. Gisladottir A, Luque-Fernandex MA, **Harlow BL**, Gudmundsdottir B, Jonsdottir E, Hauksdottir A, Aspelund T, Cnattingius S, Valdimarsdottir UA. Obstetric outcomes of mothers previously exposed to sexual violence. PLOS1 2016;11:e0150726. PMID: 27007230.

136. Gisladottir A, Cnattingius S**,** Luque-Fernandez MA, Thorkelsson T, Hauksdottir A, Gudmundsdottir B, Ragnheidur I, Bjarnadottir RI, Aspelund T, **Harlow BL**, Valdimarsdottir UA. Neonatal outcomes in infants of women with past exposure to sexual violence. In review.

137. Nguyen RHN, Pukall CF, Rydell SA, Hoffman SL, **Harlow BL**. Reduced vulvar pain tolerance in the presence of comorbid pain among women with vulvodynia. Pain 2016, In review.

138. Millar A, Isaksson R, Bedel S, Looby MA, Hubbs JL, **Harlow BL**, Ghebre R. Patterns of contraceptive use among Somali women in the postpartum period. Contraception & Reproductive Med 2017;Apr 4;2:14. doi: 10.1186/s40834-017-0041-x. eCollection.

139. Pasquali M, **Harlow BL**, Soares C, Cohen LS, Minuzzi L, Gelain D, Moreira JC, Frey B. A longitudinal study of the neurotropyhic, oxidative and inflammatory markers in first-onset depression in midlife women. Eur Archives Psych & Clin Neuro 2018;268:771-781.

140. **Harlow BL**, Bavendam TG, Palmer MH, Brubaker B, Burgio KL, Emily S. Lukacz ES, Miller JM, Mueller E, Newman DK, Rickey LM, Sutcliffe S, Simons-Morton D. The Prevention of Lower Urinary Tract Symptoms Research Consortium: A Transdisciplinary Approach Toward Promoting Bladder Health and Preventing Lower Urinary Tract Symptoms in Women Across the Life Course. The PLUS Research Consortium. J Women's Health 2018;27:283-289.

141. Allen AM, Lundeen K, Murphy SE, Spector L, Harlow BL. Web-Delivered Multimedia Training Materials for the Self-Collection of Dried Blood Spots: A Formative Project. JMIR Form Res. 2018 Nov 05; 2(2):e11025. PMID: 30684406

142. Klann AM, Rosenberg J, Wang T, Parker SE, **Harlow BL**. Exploring hygienic behaviors and vulvodynia. J Lower Genital Tract & Dis 2019;23(3):220-225.

143. Khandker M, Brady SS, Rydell SA, Turner RM, Schreiner PJ, **Harlow BL**. Early-life chronic stressors, rumination, and the onset of vulvodynia. J Sex Med 2019;16(6):880-890.

144. Sun Y, **Harlow BL.** The association of vulvar pain and urological urgency and frequency: Findings from a community-based case-control study. Int J Urogynecol 2019;30(11):1871-1878.

145. Schmitz KH,  Bavendam T, Brady SS, Sutcliffe S, Lukacz E, Miller JM, **Harlow BL**, Rudser K, James A, Burgio K, Newman D, Palmer MH, Brubaker L; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. Is the Juice Worth the Squeeze? Transdisciplinary Team Science in Bladder Health. Neurourol Urodyn. 2020;1-11. http://doi.org/10.1002/nau.24357.

146. Brady SS, Berry A, Camenga DR, Fitzgerald CM, Gahagan S, Hardacker CT, **Harlow BL**, Hebert-Beirne J, LaCoursiere DY, Lewis JB, Low LK, Lowder JL, Markland AD, McGwin G, Newman DK, Palmer MH, Shoham DA, Smith AL, Stapleton A, Williams BR, Sutcliffe S; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. Applying concepts of life course theory and life course epidemiology to the study of bladder health and lower urinary tract symptoms among girls and women. Neurourol Urodyn. 2020;39:1185-1202

147. Bedford L, Parker SE, Davis E, Salzman E, Hillier SL, Foxman B, **Harlow BL**. Characteristics of the vaginal microbiome in women with and without clinically confirmed vulvodynia [published online ahead of print, 2020 Mar 2]. *Am J Obstet Gynecol*. 2020;S0002-9378(20)30227-1. doi:10.1016/j.ajog.2020.02.039

148. Willis SK, Aiello AE, Chatterjea D, Nelson JA, Hibberd PL, **Harlow BL**. Characterizing Differences in Thymic Function in Women With and Without Vulvodynia: A Community-Based Study. J Low Genit Tract Dis. 2021 Oct 1;25(4):296-302. doi: 10.1097/LGT.0000000000000620. PMID: 34542085; PMCID: PMC10155502.

149. Connor JJ, Haviland M, Robinson BE, Brady SS, **Harlow BL**. Psychosocial factors influence sexual satisfaction among women with vulvodynia. J Sex Marital Therapy; 2020;46(6):589-598.

150. Mühlrad H, Haraldson P, **Harlow BL**, Olofsson MA, Bohm-Starke N. Early life health in women with provoked vestibulodynia and/or vaginismus. J Women's Health 2021;30(6):799-806.

151. Golenbock SW, Wise LA, Lambert-Messerlian GM, Eklund EE, **Harlow BL**. Association between a history of depression and anti-mullerian hormone among late reproductive aged women: The Harvard Study of Moods and Cycles. Women's Midlife Health. 2020 Sep 1;6:9. doi: 10.1186/s40695-020-00056-x. PMID: 32884826 .

152. **Harlow BL**, Murray EJ, Rothman KJ. Re: Genital Powder Use and Ovarian Cancer. JAMA. 2020;323(20):2096. doi:10.1001/jama.2020.3858.

153. Bond JC, Kachura JJ, Fox MP, Weuve J, **Harlow BL**. Potential for Selection Bias in Studies of the Association of Hormonal Contraception and Chronic Vulvar Pain. J Womens Health (Larchmt). 2022 Feb;31(2):194-201. doi: 10.1089/jwh.2020.8857. Epub 2021 Jun 29. PMID: 34190629; PMCID: PMC8864423.

154. Estibeiro V, Juntunen A, Bond JC, **Harlow BL**. Menstrual Cycle Characteristics and Vulvodynia. J Womens Health (Larchmt). 2022 Aug;31(8):1127-1136. doi: 10.1089/jwh.2020.9011. Epub 2022 Jan 17. PMID: 35041490; PMCID: PMC9419961.

155. Shoham DA, Wang Z, Lindberg S, Chu H, Brubaker L, Brady SS, Coyne-Beasley T, Fitzgerald CM, Gahagan S, **Harlow BL**, Joinson C, Low LK, Markland AD, Newman DK, Smith AL, Stapleton A, Sutcliffe S, Berry A. School Toileting Environment, Bullying, and Lower Urinary Tract Symptoms in a Population of Adolescent and Young Adult Girls: Preventing Lower Urinary Tract Symptoms Consortium Analysis of Avon Longitudinal Study of Parents and Children. Urology. 2020 Jul 15. PMID: 32679271.

156. Bond JC, **Harlow BL**, White KO. Care Seeking for Chronic Vulvar Pain Among a Large, Population-Based Sample of Reproductive-Aged Women. J Womens Health (Larchmt). 2022 Apr;31(4):513-520. doi: 10.1089/jwh.2021.0086. Epub 2021 Sep 14. PMID: 34520267; PMCID: PMC9063164.

157. Newman DK, Burgio KL, Cain C, Hebert-Beirne J, Low LK, Palmer MH, Smith AL, Rickey L, Rudser K, Gahagan S, **Harlow BL**, James AS, Lacoursiere DY, Hardacker CT, Wyman JF; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. Toileting Behaviors and Lower Urinary Tract Symptoms: A Cross-sectional Study of Diverse Women in the United States. Int J Nurs Stud Adv. 2021 Nov;3:100052. doi: 10.1016/j.ijnsa.2021.100052. Epub 2021 Nov 10. PMID: 35498154; PMCID: PMC9053318.

158. Casey SM, Varela A, Marriott JP, Coleman CM, **Harlow BL**. The influence of diagnosed mental health conditions and symptoms of depression and/or anxiety on suicide ideation, plan, and attempt among college students: Findings from the Healthy Minds Study, 2018-2019. J Affect Disord. 2022 Feb 1;298(Pt A):464-471. doi: 10.1016/j.jad.2021.11.006. Epub 2021 Nov 10. PMID: 34774646.

159. Smith AL, Rudser K, **Harlow BL**, McGwin G, Barthold J, Brady SS, Brubaker L, Cunningham SD, Griffith JW, Kenton K, Klusaritz H, Lewis CE, Lukacz ES, Maki J, Markland AD, Mueller ER, Newman DK, Nodora J, Rickey LM, Rockwood T, Simon M, Wyman JF, Sutcliffe S; Prevention of Lower Urinary Tract Symptoms (PLUS) Research Consortium. RISE FOR HEALTH: Rationale and protocol for a prospective cohort study of bladder health in women. Neurourol Urodyn. 2022 Nov 2:10.1002/nau.25074. doi: 10.1002/nau.25074. Epub ahead of print. PMID: 36321762; PMCID: PMC10151425.

160. **Harlow BL**, Coleman CM, Mühlrad H, Yan J, Linnros E, Lu D, Fox MP, Bohm-Starke N. The Association Between Immune-Related Conditions Across the Life-Course and Provoked Vulvodynia. J Pain. 2023 Mar 20:S1526-5900(23)00367-X. doi: 10.1016/j.jpain.2023.03.007. Epub ahead of print. PMID: 36940787.

**IN PRESS/REVIEW**

161. Abanobi AN, Itacy S, Coleman CM, **Harlow BL**. Association between eating disorders and sleep duration among college students: Findings from the Health Minds Study. J Amer Coll Health.

162. Danish AN, Mason SM, Brady SS, **Harlow BL**. Vulvodynia and Social Support. Pain Med 2021; In review

163. James AS, ……**Harlow BL**. Building Community Engagement capacity in a transdisciplinary, population health research consortia, In press.

164. Husain J,….**Harlow BL** The Effect of Cannabis Use on Opioid Relapse in Patients on Extended-Release Naltrexone or Buprenorphine-Naloxone for Opioid Use Disorder: A Secondary Analysis of the X:BOT Trial. Amer J Addictions, In press.

165. Raposa M, Smithers DL, Matthews CM, **Harlow BL**. Depression and help seeking behaviors among college students: Findings from the Healthy Minds Study. J American College Health, In press.

166. Yang Y, Valdimarsdottir UA, Manson JE, Sievert LL Harlow BL, Eliassen AH, Bertone-Johnson ER, Lu D. Premenstrual disorders, timing of menopause and severity of vasomotor symptoms. 10.1001/jamanetworkopen.2023.34545

# EXHIBIT B

# Curriculum Vitae of Kenneth Rothman, DrPH

# Curriculum Vitae of Kenneth Jay Rothman

Academic Training

| | | |
|---|---|---|
| Dr.P.H. | Epidemiology and Biostatistics<br>Harvard School of Public Health | 1972 |
| M.P.H. | Epidemiology<br>Harvard School of Public Health | 1970 |
| D.M.D. | Dental Medicine<br>Harvard School of Dental Medicine | 1969 |
| A.B. | Physical Sciences<br>Colgate University | 1966 |

Honors

Phi Beta Kappa; Student Prize Paper, Society for Epidemiologic Research, 1972; Adolph G. Kammer Award, American Occupational Medical Association, 1983; James H. Sterner Lecturer, University of California at Irvine, 1987; Boston University School of Public Health Excellence in Teaching Award, 1990, 1991, 1992, 1996; American Journal of Epidemiology "Classic Paper" selection ("Causes," originally published in 1976), 1995; Will Solimene Award for Excellence in Medical Communication, American Medical Writers Association, 1997; Honorary Fellowship, American College of Epidemiology, 1997; Commencement Speaker, Netherlands Institute for Health Science, Erasmus University, Rotterdam, June 1999; American Public Health Association Lilienfeld Teaching Award, 2000; Fellowship, International Society for Pharmacoepidemiology, 2005; Distinguished Fellow, RTI International, 2008; Harry Guess Memorial Lecture, UNC Gillings School of Public Health, 2009; Mildred Morehead Visiting Professor and Lecturer, Albert Einstein College of Medicine, 2010; Saward-Berg Invited Lecturer, University of Rochester, 2012; Leonard M. Schuman Invited Lecture, University of Michigan, 2012; Abraham Lilienfeld Award for Excellence in Epidemiology, American College of Epidemiology, 2014; Cutter Lecturer, Harvard University School of Public Health, 2014; Harland Austin Invited Lecturer, Emory University School of Public Health, 2015; Society for Epidemiologic Research Career Accomplishment Award, 2017; Honorary Degree: M.D. *Honoris Causa*, Univ of Aarhus, 2017; Honorary Skou Professor of Epidemiology, Univ of Aarhus, 2019-24.

Positions Held

| Position | Institution | Dates |
|---|---|---|
| Distinguished Fellow Emeritus | Research Triangle Institute | 2022-Present |
| Professor | Department of Epidemiology<br>Boston University School of Public Health | 1988-Present |
| Honorary Professor | Department of Clinical Epidemiology<br>Faculty of Health, Aarhus University | 2012-Present |

Kenneth J. Rothman                                page -2-                              Curriculum Vitae

| | | |
|---|---|---|
| Distinguished Fellow | Research Triangle Institute | 2009-2021 |
| VP Epidemiology | RTI Health Solutions | 2005-2021 |
| Foreign Adjunct Professor | Department of Medical Epidemiology Karolinska Institute, Stockholm | 2001-2006 |
| Adjunct Professor | Department of Epidemiology Harvard School of Public Health | 1992-2006 |
| Founding Editor | *Epidemiology* | 1988-2001 |
| Senior Scientist | Epidemiology Resources Inc. Newton Lower Falls, MA | 1980-1999 |
| Professor | Department of Family and Community Medicine U. of Mass. Medical School | 1984-1989 |
| Consultant in Epidemiology | Massachusetts General Hospital Boston, MA | 1975-1985 |
| Research Associate in Cardiology | Children's Hospital Boston, MA | 1973-1985 |
| Associate Professor | Department of Epidemiology Harvard School of Public Health | 1975-1984 |
| Visiting Epidemiologist | National Cancer Institute Bethesda, MD | 1976-1977 |
| Assistant Professor | Department of Epidemiology Harvard School of Public Health | 1972-1975 |

Other Professional Activities

| | | |
|---|---|---|
| Member | Editorial Board, Eur J Epidemiol | 2011-Present |
| Member | Editorial Board, RTI Press | 2015-2021 |
| Member | Scientific Advisory Board, Observational Medical Outcomes Partnership (OMOP), Foundation For the National Institutes of Health | 2009-2013 |
| Board of Directors | Intl. Society for Pharmacoepidemiology | 2002-2008 |

<u>Kenneth J. Rothman</u>                          page -3-                          <u>Curriculum Vitae</u>

| | | |
|---|---|---|
| Member | International Agency for Research on Cancer (IARC) Review Committee Biostatistics and Epidemiology | 2007 |
| Member | Board of Scientific and Policy Advisers American Council on Science and Health | 1988-2006 |
| Member | Scientific Oversight Committee Interphone Study International Union Against Cancer | 2002-2006 |
| Member | CDC/IOM Workshop on the Health Burden of Overweight and Obesity | 2006 |
| Member | External Epidemiology Advisory Panel National Institute of Allergy and Infectious Disease | 2005 |
| International Advisory Board | *The Lancet* | 1996-2002 |
| Member | National Council on Radiation Protection and Measurements, Scientific Committee 59 (Evaluation of Human Irradiation Exposure Experience) | 1979-1992 |
| Chair | Working Group on Methodology Issues in Environmental Epidemiology The Health Effects Institute | 1990-1992 |
| Editorial Board | *New England Journal of Medicine* | 1978-1989 |
| Member | Health and Environment Research Advisory Committee U.S. Department of Energy | 1986-1989 |
| Editor | *American Journal of Epidemiology* | 1982-1987 |
| Assistant Editor | *American Journal of Public Health* | 1983-1987 |
| Board of Overseers | *American Journal of Epidemiology* | 1984-1985 |
| President | Society for Epidemiologic Research | 1984-1985 |

<u>Kenneth J. Rothman</u>                    page -4-                    <u>Curriculum Vitae</u>

| | | |
|---|---|---|
| Epidemiology Section Council | American Public Health Association | 1979-1985 |
| Member | Advisory Committee to the Surgeon General on the Health Consequences of Smokeless Tobacco | 1984-1985 |
| Co-chair | Advisory Panel Consensus Workshop on Formaldehyde Environmental Protection Agency and National Center for Toxicological Research (Environmental Health Perspectives, Vol. 58, Dec. 1984) | 1983 |
| Associate Editor | *American Journal of Epidemiology* | 1979-1982 |

<u>Invited Courses in Epidemiologic Methods</u>

| | |
|---|---|
| Erasmus Summer Programme | 2002-2017 (annually) |
| Erasmus Winter Programme | 2009-2018 (annually) |
| Universitá Cattolica del Sacro Cuore, Rome | 2007, 09, 11, 13, 15, 17 |
| Teikyo University, Tokyo, Japan | 2014 |
| Australian Res. Allian. for Children & Youth | 2013 |
| University of Auckland, New Zealand | 2008 |
| University of Halle, Germany | 2005 |
| Ohio State University | 2002, 2004 |
| Nat. Inst. Publ. Hlth (RIVM), The Netherlands | 2001, 2002 |
| Mediterranean School of Epidemiology | 2001 |
| Free University, The Netherlands | 1998 |
| University of Tasmania, Australia | 1995, 1997, 2002, 2006 |
| California Department of Health Services | 1994 |
| University of Uppsala, Sweden | 1993 |
| University of Madrid, Spain | 1993 |
| University of Santiago de Compostela, Spain | 1991 |
| University of Oslo, Norway | 1990, 2005, 09, 12, 14 |
| University of Nijmegen, The Netherlands | 1989, 91, 94, 95, 97, 2000, 2002 |
| Bundesgesundheitsamt, Germany | 1988 |
| U. S. Food and Drug Administration, DHHS | 1988 |
| University of Utah | 1987 |
| University of Aarhus, Denmark | 1986, 92, 94, 96, 2003 |
| Karolinska Institute, Sweden | 1981, 83, 85, 87, 2002 |
| New England Epidemiology Institute | 1981-2001 (annually) |
| Massachusetts Institute of Technology | 1980, 81 |
| Centers for Disease Control | 1979, 81 |
| University of Washington | 1978, 80, 85 |

<u>Kenneth J. Rothman</u>                                page -5-                                <u>Curriculum Vitae</u>

University of North Carolina                    1977
University of Minnesota                          1974, 1975, 1976

<u>Books</u>

*Epidemiologic Analysis with a Programmable Calculator*.  **Rothman KJ** and JD Boice Jr., U.S. Department of Health, Education and Welfare, Public Health Service, National Institutes of Health, NIH Publication No. 79-1649, 1979.

*Epidemiologic Analysis with a Programmable Calculator, with an Appendix for the HP-41CV by H Austin*.  **Rothman KJ** and JD Boice Jr.,  Epidemiology Resources Inc., Boston, MA, 1982.

*Modern Epidemiology*.  **Rothman KJ**.  Little, Brown & Co., Boston, MA, 1986.

*Causal Inference*.  **Rothman KJ**, ed. Epidemiology Resources Inc., Boston, MA, 1988.

*Modern Epidemiology, 2nd Edition*.  **Rothman KJ** and Greenland S.  Lippincott, Philadelphia, PA, 1998

*Epidemiology.  An Introduction.*  **Rothman KJ**.  Oxford University Press, New York, 2002

Modern Epidemiology, 3rd Edition.  **Rothman KJ,** Greenland S and Lash T.  Lippincott, Philadelphia, PA, 2008

*Epidemiology.  An Introduction, 2nd Edition.*  **Rothman KJ**.  Oxford University Press, New York, 2012

*Modern Epidemiology, 4th Edition*.  Lash TL, VanderWeele TJ, Haneuse S, **Rothman KJ**, Wolters-Kluwers, Philadelphia, PA, 2021


<u>Book Chapters</u>

"Alcohol," **Rothman KJ**, in *Persons at High Risk of Cancer:  An Approach to Cancer Etiology and Control*, Joseph Fraumeni, Jr. (ed.), Academic Press, New York, 1975.

"Five-year Follow-up of Infant Cardiacs:  Intelligence Quotient," Fyler DC, Silbert AR and **Rothman KJ**, in *The Child with Congenital Heart Disease After Surgery*, Kidd BSL and Rowe RD (eds.), Futura, Mt. Kisco, NY, 1976.

"Causes and Risks," **Rothman KJ**, in *Pulmonary Disease:  Defense Mechanisms and Populations at Risk*, Clark MA (ed.), Tobacco and Health Research Institute, Lexington, KY, 1977.

"The Determinants of Five Year Survival of Infants with Critical Congenital Heart Disease," Fyler DC, **Rothman KJ**, Buckley LP, *et al*., in *Pediatric Cardiovascular Disease*, Engle MA (ed.), FA Davis Co., Philadelphia, PA, 1980.

"Diseases of the Mouth," **Rothman KJ**, in *Preventive and Community Medicine*, Clark DW and MacMahon B (eds.), 2nd edition, Little, Brown and Co., Boston, MA, 1981.

"Causation and Causal Inference," in *Cancer Epidemiology and Prevention*, Schottenfeld D and Fraumeni JF, Jr. (eds.), WB Saunders Co., Philadelphia, PA, 1982.

"Significance of Studies of Low-Dose Radiation Fallout in the Western United States," **KJ Rothman**, in *Radiation Carcinogenesis: Epidemiology and Biological Significance*, Boice JD Jr., and Fraumeni JF Jr. (eds.), Raven Press, New York, NY 1984.

"Interpretation of Epidemiologic Studies on Smokeless Tobacco and Cancer," **KJ Rothman**, in *Health Implications of Smokeless Tobacco*, NIH Consensus Development Conference, 1986.

"Epidemiology of Laryngeal Cancer," Cann CI, **Rothman KJ**, Fried MP, in *The Larynx*, Fried MP (ed.), Little, Brown and Co., Boston, MA, 1988.

Foreword to *Pharmacoepidemiology. An Introduction*, **Rothman KJ;** Hartzema AG, Porta MS and Tilson HH (eds.), Harvey Whitney Books, Cincinnati, 1988.

"Malattie della bocca," **Rothman KJ**, in *Medicina Preventiva e di Comunità*, Clark DW and MacMahon B, Liviana Università Press, 1994.

"Epidemiology of Laryngeal Cancer," Cann CI, **Rothman KJ**, Fried MP, Chap 37 in *The Larynx, a Multidisciplinary Approach* (Second Edition), Fried MP (ed.), Mosby, St. Louis, 1995.

"Causation and Causal Inference," **Rothman KJ** and Poole C, in *Cancer Epidemiology and Prevention*, 2nd edition, Schottenfeld D and Fraumeni JF, Jr. (eds.), Oxford University Press, New York, 1996.

"Causation and Causal Inference," **Rothman KJ** and Greenland S, in *The Oxford Textbook of Public Health, 3rd Edition,* Detels R, Holland WW, McEwen J, and Omenn GS, eds., Oxford University Press, Oxford, 1997

"Hill's Criteria for Causality," **Rothman KJ**, Greenland S, in *The Encyclopedia of Biostatistics*, 3:1920-1924, Armitage P and Colton T, eds., John Wiley & Sons, Chichester, UK, 1998

"Validity and Generalizability in Epidemiologic Studies," **Rothman KJ**, Greenland S, in *The Encyclopedia of Biostatistics*, 6:4700-4706, Armitage P and Colton T, eds., John Wiley & Sons, Chichester, UK, 1998

"State of the Science in RF Epidemiology," **Rothman KJ**, in *Wireless Phones and Health. Scientific Progress.* Carlo GL, ed, Kluwer Academic Publishers, Boston, 1998.

"Hyperhomocysteinemia, Diabetes, and Cardiovascular Disease," Hoogeveen EK and **Rothman KJ**, in *Primary and Secondary Preventive Nutrition*, Bendich A and Deckelbaum RJ, eds., Humana Press, Totowa NJ, 2001

"A First Course in Epidemiologic Principles and Methods," **Rothman KJ**, in *Teaching Epidemiology. A Guide for Teachers in Epidemiology, Public Health and Clinical Medicine.* Second Edition. Olsen J, Saracci R, Trichopoulos D, eds., Oxford University Press, Oxford, UK, 2001

"When is it Appropriate to Use a Placebo Arm in a Trial?", **Rothman KJ** and Michels KB, in *The Science of the Placebo: Toward an Interdisciplinary Research Agenda*, Guess HA, Kleinman A, Kusek JW and Engel LW, eds., BMJ Books, London, 2002

"Basic Concepts", **Rothman KJ** and Greenland S, in *Handbook of Epidemiology*, Ahrens W and Pigeot I, eds., Springer, New York, 2004

"Basic Concepts", **Rothman KJ** and Greenland S, in *Handbook of Epidemiology, 2nd Edition*, Ahrens W and Pigeot I, eds., Springer, New York, 2007

"Epidemiologic Study Designs", **Rothman KJ**, Greenland S, and Lash TL, in Handbook of Epidemiology and Medical Statistics, Rao CR, Miller JP, and Rao DC, eds., Elsevier, New York, 2008.

"Case-control Studies", **Rothman KJ**, Greenland S, and Lash TL, in Encyclopedia of Quantitative Risk Analysis and Assessment, Everitt B and Melnick E, eds., Wiley, New York, 2008.

"Planning a Registry", Gross T, Kremer JM, McDonough CG, Haas J, **Rothman KJ**, Chapter 2 in Registries for Evaluating Patient Outcomes: A User's Guide, 2nd Edition. Agency for Healthcare Research and Quality, USDHHS, AHRQ Publication No. 10-EHC049, 2010.

"Modern Epidemiology and Global Health in the era of Information System and mHealth", Fox MP and **Rothman KJ**, Chapter 4 in Global Health Informatics, MIT Press, 2017

Journal Publications

**Rothman KJ**, Keller AZ: The effect of joint exposure to alcohol and tobacco on risk of cancer of the mouth and pharynx. J Chron Dis 1972; 25:711-716.

**Rothman KJ**, Glass RL, Espinal F, Velez H: Caries-free teeth in the absence of fluoride ion. J Pub Health Dent 1972; 32:225-228.

**Rothman KJ**, Glass RL, Espinal F, Velez H, Mejia R: Dental caries and soil contents of trace metals in two Colombian villages. J Dent Res 1972; 51:1686.

**Rothman KJ**, Monson RR:  The epidemiology of trigeminal neuralgia.  J Chron Dis 1973; 26:3-12.

**Rothman KJ**, Monson RR:  Survival in trigeminal neuralgia.  J Chron Dis 1973; 26:303-309.

Bode H, **Rothman KJ**, Danon M:  Linkage of thyroxine-binding globulin deficiency to other X-chromosome loci.  J Clin Endocrinol Metab 1973; 31:25-29.

MacMahon B, Yen S, **Rothman KJ**:  Potato blight and neural tube defects.  Lancet 1973; i:598-599.

Glass RL, KJ Rothman, F Espinal, H Velez, NJ Smith:  Prevalence of human dental caries and water-borne trace metals.  Arch Oral Biol 1973; 18:1099-1104.

Cole P, Mack T, **Rothman KJ**, Henderson B, Newell G:  Tonsillectomy and Hodgkin's disease.  N Engl J Med 1973; 288:634.

**Rothman KJ**, Beckman TM:  Epidemiologic evidence for two types of trigeminal neuralgia.  Lancet 1974; i:7-9.

**Rothman KJ**, Wepsic J:  Side of facial pain in trigeminal neuralgia.  J Neurosurg 1974; 40:514-517.

**Rothman KJ**, Fyler DC:  Seasonal occurrence of complex ventricular septal defect.  Lancet 1974; ii:194-197.

**Rothman KJ**: Synergy and antagonism in cause-effect relationships.  Am J Epidemiol 1974; 99:385-388

Needleman HL, Pueschel SM, **Rothman KJ**:  Fluoridation and the occurrence of Down's syndrome.  N Engl J Med 1974; 291:821-823.

**Rothman KJ**: Review of *An Introduction to Medical Statistics,* by HO Lancaster, Wiley, N Engl J Med 1974; 291:685.

**Rothman KJ**:  Computer analysis for case-control studies with individual matching.  Int J Biomed Comp 1974; 5:241-247.

**Rothman KJ**:  A pictorial representation of confounding in epidemiologic studies.  J Chron Dis 1975; 28:101-108.

Needleman HL, Pueschel SM, **Rothman KJ**:  Fluoridation and Down's syndrome (reply).  N Engl J Med 1975; 292:161-162.

**Rothman KJ**:  Computation of exact confidence intervals for the odds ratio.  Int J Biomed Comp 1975; 6:31-39.

Pueschel SM, **Rothman KJ**, Ogilby JD:  Birth weight of children with Down's syndrome.  Am J Ment Def 1976; 80:442-445.

**Rothman KJ**, Fyler DC:  Association of congenital heart defects with season and population density.  Teratology 1976; 13:29-34.

Suit HD, Sedlacek R, Wagner M, Orsi L, Silobrcic V, **Rothman KJ**:  Effect of *Corynebacterium parvum* on the response to irradiation of a C3H fibrosarcoma.  Cancer Res 1976; 36:1305-1314.

**Rothman KJ**:  Estimation of synergy and antagonism.  Am J Epidemiology 1976; 103:506-511.

**Rothman KJ**, Fabia JJ:  Place and time aspects of the occurrence of Down's syndrome.  Am J Epidemiol 1976; 103:560-564.

**Rothman KJ**, Fyler DC:  Sex, birth order and maternal age characteristics of infants with congenital heart defects. Am J Epidemiol 1976; 104:527-534.

**Rothman KJ**, Pueschel SM:  Birth weight of children with phenylketonuria.  Pediatrics 1976; 58:842-844.

**Rothman KJ**:  Detecting cyclic variation.  Am J Epidemiol 1976; 104:585-586.

**Rothman KJ**, Liess J:  Gender of offspring after oral-contraceptive use.  N Engl J Med 1976; 295:859-861.

**Rothman KJ**.  Causes.  Am J Epidemiol 1976; 104:587-592.

**Rothman KJ**:  Epidemiologic methods in clinical trials.  Cancer 1977; 39:1771-1775.

**Rothman KJ**:  Fetal loss, twinning and birth weight after oral-contraceptive use.  N Engl J Med 1977; 297:468-471.

Elwood JM, Cole P, **Rothman KJ**, Kaplan S:  Epidemiology of endometrial cancer.  J Nat Cancer Inst 1977; 59:1055-1060.

**Rothman KJ**:  The effect of alcohol consumption on risk of cancer of the head and neck.  Laryngoscope 1978; 88:1-5.

**Rothman KJ**:  Epidemiology of head and neck cancer.  Laryngoscope 1978; 88:435-438.

Jick H, Dinan B, **Rothman KJ**:  Oral contraceptives and nonfatal myocardial infarction.  JAMA 1978; 239:1403-1406.

Jick H, Dinan B, **Rothman KJ**:  Non-contraceptive estrogens and nonfatal myocardial infarction.  JAMA 1978; 239:1407-1408.

**Rothman KJ**:  Estimation of confidence limits for the cumulative probability of survival in life-table analysis.  J Chron Dis 1978; 31:557-560.

**Rothman KJ**:  Estimation versus detection in the assessment of synergy.  Am J Epidemiol 1978; 108:9-11.

Suit HD, Sedlacek R, Fagundes L, Goitein M, **Rothman KJ**:  Time distribution of recurrences of an immunogenic and non-immunogenic tumor following local irradiation.  Rad Res 1978; 73:251-256.

**Rothman KJ**, Louik C:  Oral contraceptives and birth defects.  N Engl J Med 1978; 299:522-524.

Jick H, Porter J, **Rothman KJ**:  Oral contraceptives and non-fatal stroke in healthy young women.  Ann Int Med 1978; 89:58-60.

Jick H, Dinan B, Herman R, **Rothman KJ**:  Myocardial infarction and other vascular diseases in young women.  Role of estrogens and other factors.  JAMA 1978; 240:2548-2552.

Hutchison GB, **Rothman KJ**:  Correcting a bias? (Editorial) N Engl J Med 1978; 299:1129-1130.

**Rothman KJ**:  Occam's razor pares the choice among statistical models.  Am J Epidemiol 1978; 108:347-349.

**Rothman KJ**:  A show of confidence. (Editorial) N Engl J Med 1978; 299:1362-1363.

Jick H, Watkins RN, Hunter JR, Dinan BJ, Madsen S, **Rothman KJ**, Walker AM:  Replacement estrogens and endometrial cancer.  N Engl J Med 1979; 300:218-222.

**Rothman KJ**, Fyler DC, Goldblatt A, Kreidberg MB:  Exogenous hormones and other drug exposures of children with congenital heart disease.  Am J Epidemiol 1979; 109:433-439.

Jick H, Porter J, Morrison AS, **Rothman KJ**:  Lung cancer in young women.  Arch Intern Med 1979; 139:745-746.

**Rothman KJ**, Louik C: Oral contraceptives and birth defects (reply).  N Engl J Med 1980; 300:47.

Rosenberg L, Hennekens CH, Rosner B, Belanger C, **Rothman KJ**, Speizer FE:  Oral-contraceptive use in relation to nonfatal myocardial infarction.  Am J Epidemiol 1980; 111:59-66.

Jick H, Walker AM, **Rothman KJ**:  The epidemic of endometrial cancer:  a commentary.  Am J Public Health 1980; 70:264-267.

**Rothman KJ**:  The proportion of cancer attributable to alcohol.  Preventive Medicine 1980; 9:174-179.

**Rothman KJ**, MacMahon B, Lin TM, Lowe CR, Mirra AP, Ravnihar B, Salber EJ, Trichopoulous D, Yuasa S:  Maternal age and birth rank of women with breast cancer.  J Natl Cancer Inst 1980; 65:719-722.

**Rothman KJ**, Greenland S, Walker AM:  Concepts of interaction.  Am J Epidemiol 1980; 112:467-470.

Jick H, Walker AM, Watkins RN, D'Ewart DC, Hunter JR, Danford A, Madsen S, Dinan BJ, **Rothman KJ**:  Oral contraceptives and breast cancer.  Am J Epidemiol 1980; 112:577-585.

Jick H, Walker AM, Watkins RN, D'Ewart DC, Hunter JR, Danford A, Madsen S, Dinan BJ, **Rothman KJ**:  Replacement estrogens and breast cancer.  Am J Epidemiol 1980; 112:586-594.

**Rothman KJ**, Cann CI, Flanders D, Fried MP:  Epidemiology of laryngeal cancer.  Epidemiol Rev 1980; 2:195-205.

**Rothman KJ**, Pueschel SM: Birth weight of children with ketonuria (reply).  Pediatrics 1980;65:192.

**Rothman KJ**:  Low-dose radiation and leukemia.  N Engl J Med 1980; 303:815.

Walker AM, **Rothman KJ**:  Single-dose penicillin prophylaxis of newborn infants.  N Engl J Med 1981;304:485.

Rosenberg L, Hennekens CH, Rosner B, Belanger C, **Rothman KJ**, Speizer FE:  Early menopause and the risk of myocardial infarction.  Am J Obstet Gynecol 1981; 139:47-51.

Jick H, Walker AM, **Rothman KJ**, Hunter JR, Holmes LB, Watkins RN, D'Ewart DC, Danford A, Madsen S:  Vaginal spermicides and congenital disorders.  JAMA 1981; 245:1329-1332.

**Rothman KJ**:  The rise and fall of epidemiology, 1950-2000 A.D.  N Engl J Med 1981; 304:600-602.

Walker AM, Jick H, Hunter JR, Danford A, **Rothman KJ**:  Hospitalization rates in vasectomized men.  JAMA 1981; 245:2315-2317.

**Rothman KJ**:  Induction and latent period.  Am J Epidemiol 1981; 114:253-259.

Jick H, Walker AW, **Rothman KJ**, Holmes LB: Re: Vaginal spermicides and congenital disorders.  JAMA 1981; 246;2677-2678.

Walker AM, Jick H, Hunter JR, Danford A, Watkins RN, Alhadeff L, **Rothman KJ**:  Vasectomy and non-fatal myocardial infarction.  Lancet 1981; i:13-15.

**Rothman KJ**:  The epidemiologist's lament (Editorial).  Am J Public Health 1981; 71:1309-1311.

Lawson D, Jick H, **Rothman KJ**:  Coffee and tea consumption and breast disease.  Surgery 1981; 90:801-803.

Walker AM, Dreyer NA, Friedlander E, Loughlin JE, **Rothman KJ**, Kohn HI:  An independent analysis of the National Cancer Institute study of non-nutritive sweeteners and bladder cancer.  Am J Public Health 1982; 72:376-381.

Walker AM, **Rothman KJ**:  Models of varying parametric form.  Am J Epidemiol 1982; 115:129-137.

Flanders WD, **Rothman KJ**:  Interaction of alcohol and tobacco in laryngeal cancer.  Am J Epidemiol 1982; 115:371-379.

MacKay AM, **Rothman KJ**:  The incidence and severity of burn injuries following Project Burn Prevention.  Am J Public Health 1982; 72:248-252.

Flanders WD, **Rothman KJ**:  Occupational risk for laryngeal cancer.  Am J Public Health 1982; 72:369-372.

**Rothman KJ**:  Spermicide use and Down's syndrome.  Am J Public Health 1982; 72:399-401.

Jick H, Hannan MT, Stergachis A, Heidrich F, Perera DR, **Rothman KJ**:  Vaginal spermicides and gonorrhea.  JAMA 1982; 248:1619-1621.

Walker AW, Loughlin JE, Friedlander ER, **Rothman KJ**, Dreyer NA:  Projections of asbestos-related disease, 1980-2009.  J Occup Med 1983; 25:409-425.

Flanders WD, Cann CI, **Rothman KJ**, Fried MP:  Work-related risk factors for laryngeal cancer.  Am J Epidemiol 1984; 119:23-32.

Poole C, Lanes S, **Rothman KJ**:  Analyzing data from ordered categories.  N Engl J Med 1984; 311:1382.

Cann CI, **Rothman KJ**:  IRBs and epidemiologic research:  How inappropriate restrictions hamper studies.  IRB 1984; 6(4):5-7.

Aselton P, Jick H, Chentow SJ, Perera DR, Hunter JR, **Rothman KJ**:  Pyloric stenosis and maternal Bendectin exposure.  Am J Epidemiol 1984; 120:251-256.

Hershey N, Cann CI, **Rothman KJ**:  Overcoming hurdles to epidemiologic research.  IRB 1985; 7:7-9.

**Rothman KJ**, Poole C:  Science and policy making (Editorial).  Am J Public Health 1985; 75:340-341.

Cann CI, Fried MP, **Rothman KJ**:  Epidemiology of squamous cell cancer of the head and neck.  Otolaryngol Clin North Am 1985; 18:367-388.

**Rothman KJ**:  Sleuthing in hospitals (Editorial).  N Engl J Med 1985; 313:258-260.

Zierler S, **Rothman KJ**:  Congenital heart disease in relation to maternal use of Bendectin and other drugs in early pregnancy.  N Engl J Med 1985; 313:347-352.

**Rothman KJ**:  Tobacco habits (Editorial).  Am J Public Health 1986; 76:133.

**Rothman KJ**:  Non-sexual transmission of HTLV-III/LAV in households.  JAMA 1986; 256:3091.

Lanes SF, Delzell E, Dreyer NA, **Rothman KJ**:  Analgesics and kidney disease.  Intl J Epidemiol 1986; 15:454-455.

**Rothman KJ**:  Significance questing (Editorial).  Ann Int Med 1986; 105:445-447.

**Rothman KJ**:  Zaire: Nonsexual household transmission of AIDS.  JAMA 1986; 256:3091

**Rothman KJ**:  Clustering of disease (Editorial).  Am J Public Health 1987; 77:13-15.

Zierler S, Theodore M, Cohen A, **Rothman KJ**:  Chemical quality of maternal drinking water and congenital heart disease.  Int J Epidemiol 1988; 17:589-594.

Dreyer NA, Loughlin JE, Lanes S, **Rothman KJ**:  Mortality among employees of a nuclear power company.  J Occup Med 1988; 30:988-989.

Poole C, **Rothman KJ**, Dreyer NA:  Leukemia near Pilgrim nuclear power plant, Massachusetts.  Lancet 1988; 2:1308.

**Rothman KJ**, Poole C:  A strengthening programme for weak associations.  Int J Epidemiol 1988; 17(Suppl)955-959.

**Rothman KJ**:  The cost of adjustments for multiple comparisons is enormous.  Svepet 1989, No. 3, p10.

Milunsky A, Jick SS, Bruell CL, MacLaughlin DS, Tsung YK, Jick H, **Rothman KJ**, Willett W:  Predictive values, relative risks and overall benefits of high and low maternal serum alpha-fetoprotein screening in singleton pregnancies:  new epidemiologic data.  Am J Obstet Gynecol 1989; 161:291-297.

Milunsky A, Jick H, Jick SS, Bruell CL, MacLaughlin DS, **Rothman KJ**, Willett W:  Multivitamin/folic acid supplementation in early pregnancy reduces the prevalence of neural tube defects.  JAMA 1989;262:2847-2852.

Austin H, Flanders WD, **Rothman KJ**:  Bias arising in case-control studies from selection of controls from overlapping groups.  Int J Epidemiol 1989; 18:713-716.

**Rothman KJ**, Cann CI, Fried MP:  The carcinogenicity of dark liquor.  Am J Public Hlth 1989; 79:1516-1520.

**Rothman KJ**:  Epidemiology:  the journal (Editorial).  Epidemiology 1990; 1:3-4.

**Rothman KJ**:  No adjustments are needed for multiple comparisons.  Epidemiology 1990; 1:43-46.

**Rothman KJ**:  A sobering start for the cluster busters' conference.  Am J Epidemiol 1990; 132(S):6-13.

**Rothman KJ**, Funch D, Dreyer NA:  Bromocriptine and puerperal seizures.  Epidemiology 1990; 1:232-238.

Lanes SF, Cohen A, **Rothman KJ**, Dreyer NA, Soden KJ:  Mortality of cellulose fiber production workers.  Swedish J Work Health Environ 1990; 16:247-251.

**Rothman KJ**:  Statistics in nonrandomized studies (Editorial).  Epidemiology 1990; 1:417-418.

Lanes SF, **Rothman KJ**:  Tampon absorbency, composition and oxygen content and risk of toxic shock syndrome.  J Clin Epidemiol 1990; 43:1379-1385.

Poole C, **Rothman KJ**:  Epidemiologic science and public health policy.  J Clin Epidemiol 1990; 43:1270

**Rothman KJ**:  Handedness and longevity.  N Engl J Med 1991; 325:1041.

**Rothman KJ**:  The ethics of research sponsorship.  J Clin Epidemiol, 1991; 44(Supplement):23S-28S.

Walker AM, Cohen AJ, Loughlin JE, **Rothman KJ**, DeFonso LR:  Mortality from cancer of the colon or rectum among workers exposed to acrylate and methyl methacrylate.  Scand J Work Environment Hlth 1991; 17:7-19.

**Rothman KJ**:  Rats.  (Editorial).  Epidemiology 1992; 3:81-82.

Milunsky A, Ulcickas M, **Rothman KJ**, Willett W, Jick SS, Jick H:  Maternal heat exposure and neural tube defects.  JAMA 1992; 268:882-885.

Milunsky A, Morris JS, Jick H, **Rothman KJ**, Ulcickas M, Jick SS, Shoukimas P, Willett W:  Maternal zinc and fetal neural tube defects.  Teratology 1992; 46:341-348.

**Rothman KJ**, Weiss NS, Robins J, Neutra R, Stellman S:  *Amicus Curiae* brief for the U. S. Supreme Court, Daubert v. Merrell Dow Pharmaceuticals, Petition for Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit, No. 92-102, October Term, 1992 (dealing with the issues of how publication of opinions in peer reviewed journals and statistical significance of findings affect admissibility of scientific evidence into court).

**Rothman KJ**:  Longevity of jazz musicians.  Am J Public Health 1992; 82:761

**Rothman KJ**:  Journal policies on conflict of interest.  Science 1993; 261:1661

**Rothman KJ**:  Policy recommendations in epidemiology research papers.  (Editorial) Epidemiology 1993; 4:94-95.

**Rothman KJ**:  Conflict of interest--The new McCarthyism in science.  JAMA 1993; 269:2782-2784.

MacMahon B, Cole P, **Rothman KJ**:  Tribute to Alan S. Morrison.  Epidemiol Rev 1993; 15:3-6.

**Rothman KJ**:  Supreme Court ruling edges courtroom closer to science.  Product Safety & Liabil Rep 1993; 21:26-27.

Lanes SF, **Rothman KJ**, Dreyer NA, Soden KJ:  Mortality update of cellulose fiber production workers.  Scand J Work Environ Health 1993; 19:426-428.

**Rothman KJ**:  Methodologic frontiers in environmental epidemiology.  Environ Health Perspectives 1993; 101(Suppl 4):19-21.

Poole C, Dreyer NA, Satterfield MH, Levin LL, **Rothman KJ**:  Kidney cancer and hydrocarbon exposures among petroleum refinery workers.  Environ Health Perspectives 1993; 101:53-62.

**Rothman KJ**, Lanes S, Robins J:  Causal inference.  Epidemiol 1993; 4:555-556

**Rothman KJ**:  Conflict of interest policies:  protecting readers or censoring authors?  JAMA 1993; 270:2684.

**Rothman KJ**:  Conflicts of interest and journal policies.  N Engl J Med 1994; 330:503-504.

Grodstein F, **Rothman KJ**:  Epidemiology of pelvic inflammatory disease.  Epidemiology 1994; 5:234-242.

Lanes SF, **Rothman KJ**, Dreyer NA, Soden K:  Mortality among workers exposed to glycerol polyglicidyl ether.  Am J Industr Med 1994; 25:689-696.

Adami HO, Baron J, **Rothman KJ**:  Is a trial of prostate cancer screening ethical?  Lancet 1994; 343:958-960.

**Rothman KJ**, Michels KB:  The continuing unethical use of placebo controls.  N Engl J Med 1994; 331:394-398.

**Rothman KJ**:  Cancer occurrence among workers exposed to acrylonitrile.  Scandinav J Work Environ Hlth 1994;20:313-321.

**Rothman KJ**:  Research and prevention priorities for alcohol carcinogenesis.  Environ Health Perspect 1995; 103 Suppl 8:161-163.

Moore LL, Nguyen UDT, **Rothman KJ**, Cupples LA, Ellison RC:  Preschool physical activity level and change in body fatness.  The Framingham Children's Study.  Am J Epidemiol 1995; 142:982-988.

**Rothman KJ**, Moore LL, Singer MR, Nguyen UDT, Mannino S, Milunsky A:  Teratogenicity of high vitamin A intake in humans.  N Engl J Med 1995; 333:1369-1373.

**Rothman KJ**, Michels KB:  The use of placebo controls.  N Engl J Med 1995; 332:62.

Willett W, Greenland S, MacMahon B, Trichopoulos D, **Rothman KJ**, Thomas D, Thun M, Weiss N:  The discipline of epidemiology.  Science. 1995; 269:1325-1326

**Rothman KJ**:  Lessons from John Graunt.  Lancet 1996; 347:37-39.

**Rothman KJ**, Chou C-K, Morgan R, Balzano Q, Guy AW, Funch DP, Preston-Martin S, Mandel J, Steffens R, Carlo G: Assessment of cellular telephone and other radio frequency exposure for epidemiologic research.  Epidemiology 1996; 7:291-298.

Funch DP, **Rothman KJ**, Loughlin JE, Dreyer NA:  Utility of telephone company records for epidemiologic studies of cellular telephones.  Epidemiology 1996; 7:299-302.

**Rothman KJ**, Loughlin JE, Funch DP, Dreyer NA:  Overall mortality of cellular telephone customers.  Epidemiology 1996; 7:303-305.

**Rothman KJ**:  Placebo mania.  (Editorial)  Brit Med J 1996; 313;3-4.

**Rothman KJ**, Lanza L, Lal A, Peskin EG, Dreyer NA:  Incidence of pelvic inflammatory disease among women treated for gonorrhea and chlamydia.  Pharmacoepidemiol Drug Safety 1996; 5:409-414.

**Rothman KJ**, Cann CI, Walker AM:  Epidemiology and the internet.  (Editorial)  Epidemiol 1997; 8:123-125.

**Rothman KJ**, Cann CI:  Judging words rather than authors.  (Editorial)  Epidemiology 1997; 8:223-225.

Sørensen HT, Sabroe S, Gillman M, **Rothman KJ**, Madsen KM, Fischer P, Sørensen TIA:  Continued increase in prevalence of obesity in young Danish men.  Int J Obesity 1997; 21:712-714.

Sørensen HT, Sabroe S, Olsen J, **Rothman KJ**,  Gillman MW, Fischer P:   Birth weight and cognitive function in young adult life: historical cohort study.  BMJ 1997; 315:401-403.

Seretakis D, Lagiou P, Lipworth L, Signorello LB, **Rothman KJ**, Trichopoulos D: Changing seasonality of coronary mortality in the USA.  JAMA 1997; 278:1012-1014

Walker AM, Lanza LL, Arellano F, **Rothman KJ**: Mortality in current and former users of clozapine.  Epidemiology 1997; 8:671-677.

Sørensen HT, Sabroe S, **Rothman KJ**, Gillman M, Steffensen FH, Fischer P, Sørensen TIA:  Relation between weight and length at birth and body mass index in young adulthood: cohort study.  BMJ 1997; 315:1137.

Lang J, **Rothman KJ**, Cann CI:  That confounded *P*-value. (Editorial)  Epidemiology 1998; 9:7-8.

**Rothman KJ**:  Writing for Epidemiology.  Epidemiology 1998; 9:333-337.

**Rothman KJ**, Adami H-O, Trichopoulos D: Should the mission of epidemiology include the eradication of poverty?  Lancet 1998; 352:810-813.

Poole C, **Rothman KJ**: Our conscientious objection to the epidemiology wars.  J Epidemiol Community Health 1998; 52:613-614.

Vinceti M, **Rothman KJ**, Bergomi M, Borciani N, Serra L, Vivoli G: Reply to commentary on "Excess melanoma incidence in a cohort exposed to high levels of environmental selenium."  Cancer Epidemiology, Biomarkers & Prevention 1998; 7:851-852.

Vinceti M, **Rothman KJ**, Bergomi M, Borciani N, Serra L, Vivoli G: Excess melanoma incidence in a cohort exposed to high levels of environmental selenium.  Cancer Epidemiology, Biomarkers & Prevention 1998; 7:853-856.

Loughlin JE, **Rothman KJ**, Dreyer NA: Lymphatic and haematopoietic cancer mortality in a population attending school adjacent to styrene-butadiene facilities, 1963-1993.  J Epidemiol Community Health 1999; 53:283-287.

Sørensen HT, **Rothman KJ**, Gillman MW, Steffensen FH, Fischer P, Sabroe S:  Historical cohort study of in utero exposure to uterotonic drugs and cognitive function in young adult life.  BMJ 1999; 318:433-434

Dreyer NA, Loughlin JE, **Rothman KJ**:  Epidemiologic safety surveillance of cellular telephones in the U.S.  Radiation Protection Dosimetry.  1999; 83:159-163.

Sørensen HT, Sabroe S, Olsen J, **Rothman KJ**, Gillman MW, Fisher P:  Birth weight as a predictor of young men's intelligence. A historical cohort study. [Danish]  Ugeskr Laeger 1999; 161:791-793.

Enger C, **Rothman KJ**, Kylstra JW:  Mortality rates during two years of treatment with intermittent inhaled tobramycin (TOBI) in cystic fibrosis.  Pediatric Pulmonology 1999; 28:(S19)339-340.

Sørensen HT, Sabroe S, **Rothman KJ**, Gillman M, Steffensen FH, Fischer P, Sørensen TIA:  Birth weight and length as predictors for adult height.  Am J Epidemiol 1999; 149:726-729.

**Rothman KJ**:  A proposal to calculate publication equivalents.  Epidemiol 1999; 10:664-665.

**Rothman KJ**, Johnson ES, Sugano DS:  Is flutamide effective in patients with bilateral orchiectomy?  Lancet 1999; 353:1184.

Dreyer NA, Loughlin JE, **Rothman KJ**:  Cause-specific mortality in cellular telephone users.  JAMA 1999; 282:1814-1816.

Sørensen HT, Steffensen FH, Olsen J, Sabroe S, Gillman MW, Fischer P, **Rothman KJ**: Long-term follow-up of cognitive outcome after breech presentation at birth. Epidemiology 1999; 10:554-556.

Steffensen FH, Sørensen HT, Gillman MW, **Rothman KJ**, Sabroe S, Fischer P, Olsen J: Low birth weight and preterm delivery as risk factors for asthma and atopic dermatitis in young adult males. Epidemiology. 2000; 11:185-188.

**Rothman KJ**, Michels KB: The Declaration of Helsinki should be strengthened. BMJ 2000; 321:442-445.

**Rothman KJ**, Cann CI: A smoking gun? (Editorial). Epidemiology 2000; 11:485-486

Loughlin JE, **Rothman KJ**, Dreyer NA: Lymphatic and haematopoietic cancer mortality, author's reply. J Epidemiol Community Health 2000;54:480

Moore LL, Singer MR, Bradlee L, **Rothman KJ**, Milunsky A: A prospective study of the risk of congenital defects associated with maternal obesity and diabetes mellitus. Epidemiology 2000; 11:689-694.

Sørensen HT, Steffensen FH, **Rothman KJ**, Gillman MW, Fischer P, Sabroe S, Olsen J: Effect of home and hospital delivery on long-term cognitive function. Epidemiology 2000; 11:706-708.

**Rothman KJ**: Health risks of cellular telephones. Lancet 2000; 356:1837-1840.

Olsen J, Sørensen HT, Steffensen FH, Sabroe S, Gillman MW, Fischer P, **Rothman KJ**: The association of indicators of fetal growth with visual acuity and hearing among conscripts. Epidemiology 2001; 12:235-238.

Sørensen HT, Pedersen L, Olsen JH, **Rothman KJ**: Seasonal variation in month of birth and diagnosis of early childhood acute lymphoblastic leukemia. JAMA 2001; 285:168-169

**Rothman KJ**: Sizing up research. Lancet 2001; 357:890

**Rothman KJ**: Cellular telephones and risk of brain tumours. Lancet 2001; 357:961

Hoogeveen EK, **Rothman KJ**: Hyperhomocysteinemia increases the risk of death in type 2 diabetes. Cardiovasc Rev Rep 2001; 22:207-212.

**Rothman KJ**: Ultrasound and handedness. Epidemiology 2001; 12:601

Sørensen HT, Pedersen L, Nørgård B, Fonager K, **Rothman KJ**: Does month of birth affect risk of Crohn's disease in childhood and adolescence? Brit Med J 2001; 323: 907

Ellison RC, Zhang Y, McLennan CE, **Rothman KJ**:  Exploring the relation of alcohol consumption to risk of breast cancer.  Am J Epidemiol. 2001; 154:740-747.

**Rothman KJ**: My actual beliefs.  J Clin Epidemiol 2001; 54:1275.

Czeizel AE, **Rothman KJ**:  Does relaxed reproductive selection explain the decline in male reproductive health?  A new hypothesis.  Epidemiology 2002; 13:113-114.

Loughlin JE, Cole JA, **Rothman KJ**, Johnson ES:  Prevalence of serious eosinophilia and incidence of Churg-Strauss syndrome in a cohort of asthma patients.  Ann Allergy Asthma Immunol 2002; 88:319-325.

Frost L, Johnsen SP, Pedersen L, Husted S, Engholm G, Sorensen HT, **Rothman KJ**:  Seasonal variation in hospital discharge diagnosis of atrial fibrillation:  a population-based study.  Epidemiology 2002; 13:211-215.

**Rothman KJ**, Ray W:  Should epidemiologists exclude cases with a "known" cause of their disease? Pharmacoepidemiol Drug Safety 2002; 11:11-14.

Moore LL, Bradlee ML, Singer MR, **Rothman KJ**, Milunsky A: Chromosomal anomalies among the offspring of women with gestational diabetes.  Am J Epidemiol 2002; 155:719-724.

Djoussé L, **Rothman KJ**, Cupples LA, Levy D, Ellison RC: Serum albumin and risk of myocardial infarction and all-cause mortality in the Framingham Offspring Study.  Circulation 2002; 106:2919-2924.

**Rothman KJ**, Wentworth CE:  Mortality of cystic fibrosis patients receiving tobramycin solution for inhalation.  Epidemiology 2003; 14:55-59.

Djousse L, **Rothman KJ,** Cupples LA, Arnett DK, Ellison RC: Relation between serum albumin and carotid atherosclerosis: the NHLBI Family Heart Study.  Stroke 2003; 34:53-57.

Michels KB, **Rothman KJ**: Update on unethical use of placebos in randomized trials.  Bioethics 2003; 17:188-204.

Djousse L, **Rothman KJ**, Cupples LA, Levy D, Ellison RC:  Effect of serum albumin and bilirubin on the risk of myocardial infarction (the Framingham Offspring Study).  Am J Cardiol 2003; 91:485-488.

Moore LL, Bradlee ML, Singer MR, **Rothman KJ**, Milunsky A:  Folate intake and the risk of neural tube defects: an estimation of dose-response.  Epidemiology 2003; 14:200-205.

**Rothman KJ**, Funch DP, Alfredson T, Brady J, Dreyer NA:  Randomized field trial of vaginal douching, pelvic inflammatory disease, and pregnancy.  Epidemiology 2003; 14;340-348.

Langagergaard V, Norgard B, Mellemkjaer L, Pedersen L, **Rothman KJ**, Sorensen HT: Seasonal variation in month of birth and diagnosis in children and adolescents with Hodgkin's disease and non-Hodgkin's lymphoma.  J Pediatr Hematol Oncol. 2003; 25:534-538.

**Rothman KJ**, Mahon BE:  Confounding and effect-measure modification in the evaluation of immunogenic agents.  Eur J Epidemiol 2004; 19:205-207.

Enger C, Nordstrom BL, Thakrar B, Sacks S, **Rothman KJ:**  Health outcomes among patients receiving oseltamivir. Pharmacoepidemiol Drug Safety 2004; 13:227–237

**Rothman KJ**: Interaction and evolution in epidemiology.  Soc Prev Med 2004; 49:105-106.

**Rothman KJ**:  A potential bias in safety evaluation during open-label extensions of randomized clinical trials. Pharmacoepidemiol Drug Safety 2004; 13:295-298.

**Rothman KJ**, Lanes S, Sacks ST:  The reporting odds ratio and its advantages over the proportional reporting ratio.  Pharmacoepidemiol Drug Safety 2004; 13:519-523.

**Rothman KJ**, Lanes S, Sacks ST:  Measuring drug effects means getting a clearer signal. Pharmacoepidemiol Drug Safety 2004; 13:527-528.

**Rothman KJ**: My interview with John Snow.  Epidemiology 2004; 15:640-644

Fischer T, Johnsen SP, Pedersen L, Gaist D, Sorensen HT, **Rothman KJ**:  Seasonal variation in hospitalization and case fatality of subarachnoid hemorrhage - a nationwide Danish study on 9,367 patients.  Neuroepidemiology  2004; 24:32-37.

Skriver MV, Pedersen L, Stang P, Lund L, **Rothman KJ**, Sorensen HT: The month of birth does not affect the risk of hypospadias.  European J Epidemiol 2004; 19:1135-1136.

Cvetkovski RS, **Rothman KJ**, Olsen J, Mathiesen B, Iversen L, Johansen JD, Agner T:  Relation between diagnoses on severity, sick leave and loss of job among patients with occupational hand eczema.  Br J Dermatol 2005; 152:93-8.

Stürmer T, Schneeweiss S, Brookhart MA, **Rothman KJ**, Avorn J, Glynn RJ:  Analytic strategies to adjust confounding using exposure propensity scores and disease risk scores: nonsteroidal antiinflammatory drugs and short-term mortality in the elderly.  Am J Epidemiol 2005; 161:891-898.

Nielsen GL, Norgard B, Puho E, **Rothman KJ**, Sorensen HT, Czeizel AE:  Risk of specific congenital abnormalities in offspring of women with diabetes.  Diabet Med. 2005; 22:693- 696.

**Rothman KJ**, Arellano F: Elevating the level of scientific discourse.  Int J Occupat Environ Hlth 2005; 11:327-328.

**Rothman KJ**, Greenland S:  Causation and causal inference in epidemiology.  Am J Public Health 2005; 95:S144-150.

Sorensen HT, Pedersen L, Nørgaard M, Wogelius P, **Rothman KJ:**  Maternal asthma, preeclampsia and risk of hypospadias.  Epidemiology. 2005; 16:806-807.

Ellison RC, **Rothman KJ**, Zhang Y, Djousse L:  Cardiovascular risk factors and confounders among nondrinking and moderate-drinking U.S. adults.  Am J Prev Med. 2005; 29:243.

Nielsen GL, Norgard B, Puho E, **Rothman KJ**, Sorensen HT, Czeizel AE:  Risk of specific congenital abnormalities in offspring of women with diabetes.  Diabet Med. 2005; 22:693-696.

**Rothman KJ**, Evans S:  Extra scrutiny for industry funded trials.  BMJ  2005; 331:1350-1351.

Langagergaard V, Gislum M, Skriver MV, Norgard B, Lash TL, **Rothman KJ**, Sorensen HT:  Birth outcome in women with breast cancer.   Br J Cancer. 2006; 94:142-6.

Nørgaard M, Larsson H, Pedersen G, Schønheyder HC, **Rothman KJ**, Sørensen HT:  Short-term mortality of bacteraemia in elderly patients with haematological malignancies.  Brit J Haematol 2006; 132:25-31.

Ehrenstein V, Sorensen HT, Pedersen L, Larsen H, Holsteen V, **Rothman KJ**:  Apgar score and hospitalization for epilepsy in childhood: a registry-based cohort study.  BMC Public Health 2006; 6:23 doi:10.1186/1471-2458-6-23

Missmer SA, Suarez L, Felkner M, Wang E, Merrill AH Jr., **Rothman KJ**, Hendricks KA:  Exposure to fumonisins and the occurrence of neural tube defects along the Texas–Mexico border.  Environ Health Perspect 2006; 114:237–241.

**Rothman KJ**, Young-Xu Y, Arellano F:  Age dependence of the relation between reassortant rotavirus vaccine (RotaShield) and intussusception.  JID 2006; 193:898.

MacMahon B, **Rothman KJ**: Anencephaly and twins. Prenatal Diag 2006; 26:380-381.

**Rothman KJ**, Evans S:  More on JAMA's policy on industry sponsored studies.  BMJ  2006; 332:489

Stürmer T, Joshi M, Glynn RJ, Avorn J, **Rothman KJ**, Schneeweiss S:  A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods.   J Clin Epidemiol. 2006; 59:437-447.

Brookhart MA, Schneeweiss S, **Rothman KJ**, Glynn RJ, Avorn J, Stürmer T: Variable selection for propensity score models. Am J Epidemiol. 2006; 163:1149-1156.

**Rothman KJ**: Thrombosis after travel. PLoS Med 2006; 3:e300.

Stürmer T, **Rothman KJ**, Glynn RJ: Insights into different results from different causal contrasts in the presence of effect-measure modification. Pharmacoepidemiol Drug Safety 2006; 10:698-709

Cole JA, **Rothman KJ**, Cabral HJ, Zhang Y, Farraye FA: Migraine, fibromyalgia, and depression among people with IBS: a prevalence study. BMC Gastroenterology 2006, 6:26  doi:10.1186/1471-230X-6-26

Arellano FM, Ulcickas-Yood M, Wentworth CE, Oliveria SA, Rivero E, Verma A, **Rothman KJ**: Use of cyclo-oxygenase 2 inhibitors (COX-2) and prescription non-steroidal anti-inflammatory drugs (NSAIDS) in UK and USA populations. Implications for COX-2 cardiovascular profile. Pharmacoepidemiol Drug Safety 2006; 15:861–872.

Sorensen HT, Pedersen L, Norgaard M, **Rothman KJ**, Lash TL: No excess risk of breast cancer in mothers of boys with hypospadias. Epidemiology. 2006; 17:706-707.

Sorensen HT, Lash T, **Rothman KJ**: Beyond randomized controlled trials. A critical comparison of trials with non-randomized studies. Hepatology. 2006; 44:1075-1082.

**Rothman KJ**, Arellano FM, Young-Xu Y, Simonsen L: Reply to "Is there a safe age for vaccinating infants with tetravalent rhesus-human reassortant rotavirus vaccine?" J Infect Dis 2006; 194:1794–1795

Cole JA,·**Rothman KJ**, Cabral HJ,·Zhang Y,Farraye FA: Incidence of IBS in a cohort of people with asthma. Dig Dis Sci 2007; 52:329-335.

Ehrenstein V, Pedersen L, Larsen H, Holsteen V, **Rothman KJ**, Sørensen HT: Postterm delivery and risk of epilepsy in childhood. Pediatrics 2007; 119(3):e554-561.

Mahon BE, Ehrenstein V, Nørgaard M, Pedersen L, **Rothman KJ**, Sorensen HT: Perinatal risk factors for hospitalization for pneumococcal disease in childhood: a population-based cohort study. Pediatrics 2007; 119:e804-812.

Stürmer T, Schneeweiss S, **Rothman KJ**, Avorn J, Glynn RJ: Performance of propensity score calibration – a simulation study. Am J Epidemiol. 2007; 165:1110-1118.

Yood MU, Campbell UB, **Rothman KJ**, Jick SS, Lang J, Wells KE, Jick H, Johnson CC: Using prescription claims data for drugs available over-the-counter (OTC). Pharmacoepidemiol Drug Saf. 2007; 16:961-968.

**Rothman KJ**:  Epidemiology still ascendant. (Commentary)  Int J Epidemiol. 2007; 36:710-711.

**Rothman KJ**: Real world data.  Value in Health 2007; 10:322-323.

Schneeweiss S, Patrick AR, Stürmer T, Brookhart MA, Avorn J, Maclure M, **Rothman KJ**, Glynn RJ:  Increasing levels of restriction in pharmacoepidemiologic database studies of elderly and comparison with randomized trial results. Med Care. 2007; 45(10 Suppl 2):S131-142.

Stürmer T, Glynn RJ, **Rothman KJ**, Avorn J, Schneeweiss S:  Adjustments for unmeasured confounders in pharmacoepidemiologic database studies using external information. Med Care. 2007; 45(10 Suppl 2):S158-165.

Cole JA, Farraye FA, Cabral HJ, Zhang Y, **Rothman KJ**:  Irritable bowel syndrome and hysterectomy: a sequence symmetry analysis. Epidemiology. 2007; 18:837-838.

**Rothman KJ**, Poole C:  Some guidelines on guidelines: they should come with expiration dates. Epidemiology. 2007; 6:794-796.

Stürmer T, Schneeweiss S, **Rothman KJ**, Avorn J, Glynn RJ: Propensity score calibration and its alternatives.  Am J Epidemiol. 2007; 165:1122-1123.

Cole JA, Farraye FA, Cabral HJ, Zhang Y, **Rothman KJ**:  Irritable bowel syndrome and hysterectomy: a sequence symmetry analysis.  Epidemiology 2007;18:837-838.

Bradbury BD, Wang O, Critchlow CW, **Rothman KJ**, Heagerty P, Keen M, Acquavella JF:  Exploring relative mortality and epoetin alfa dose among hemodialysis patients.  Am J Kidney Dis. 2008; 51:62-70.

Stürmer T, **Rothman KJ**, Avorn J:  Pharmacoepidemiology and "in silico" drug evaluation: is there common ground?  J Clin Epidemiol. 2008; 61:205-206.

Brookhart MA, Schneeweiss S, Avorn J, Bradbury BD, **Rothman KJ**, Fischer MA, Metha J, Winkelmayer WC:  The effect of altitude on dosing and response to erythropoietin in ESRD. J Am Soc Nephrol 2008; 19: 1389-1385

Pedersen L, Nørgaard M, **Rothman KJ**, Sørensen HT:  Loratadine during pregnancy and hypospadias.  Epidemiology 2008; 19:359-360.

Hutchison GB, **Rothman KJ**, Cole P, Mack T, Weiss NS, Monson RR:  Brian MacMahon, 1923-2007.  Epidemiology 2008; 19:357.

**Rothman KJ**: BMI-related errors in the measurement of obesity.  Int J Obesity 2008; 32(suppl 3):556-559.

Solomon DH, Glynn RJ, **Rothman KJ**, Schneeweiss S, Setoguchi S, Mogun H, Avorn J, Stürmer T:  Subgroup analyses to determine cardiovascular risk associated with nonsteroidal antiinflammatory drugs and coxibs in specific patient groups.   Arthritis Rheum. 2008; 59:1097-1104.

**Rothman KJ**, Suissa S: Exclusion of immortal person-time.  Pharmacoepidemiol Drug Saf. 2008; 17:1036.

Arellano FM, Ulcickas Yood M, Wentworth CE, Oliveria SA, Rivero E, Arana A,  **Rothman KJ**:  Use of cyclo-oxygenase 2 inhibitors (COX-2) and prescription non-steroidal anti-inflammatory drugs (NSAIDS) in UK and USA populations.  Pharmacoepidemiol Drug Saf. 2008; 17:1037.

Danese MD, Belozeroff V, Smirnakis K, **Rothman KJ**:  Consistent control of mineral and bone disorder in incident hemodialysis patients.  Clin J Am Soc Nephrol. 2008; 3:1423-1429.

Brookhart MA, **Rothman KJ**:  Simple estimators of the intensity of seasonal occurrence.  BMC Med Res Methodol 2008 Oct 22;8:67.

Mikkelsen EM, Hatch EE, Wise LA, **Rothman KJ**, Riis A, Sørensen HT:  Cohort profile: The Danish web-based pregnancy planning study--'Snart-Gravid.' Int J Epidemiol. 2009; 38:938-943.

**Rothman KJ**, Mikkelsen EM, Riis A, Sørensen HT, Wise LA, Hatch EE: Randomized trial of questionnaire length.  Epidemiology 2009; 20:154.

**Rothman KJ**: Bare versus drug-eluting stents.  N Engl J Med 2009; 360:301.

Lunt M, Solomon D, **Rothman K**, Glynn R, Hyrich K, Symmons DPM, Sturmer T, et al: Different methods of balancing covariates leading to different effect estimates in the presence of effect modification.  Am J Epidemiol 2009; 169:909-917

Nguyen US, **Rothman KJ**, Demissie S, Jackson DJ, Lang JM, Ecker JL:  Transfers among women intending a birth center delivery in the san diego birth center study.  J Midwifery Womens Health. 2009;54:104-110.

Lundbye-Christensen S, Dethlefsen C, Gorst-Rasmussen A, Fischer T, Schønheyder HC, **Rothman KJ**, Sørensen HT:  Examining secular trends and seasonality in count data using dynamic generalized linear modelling: a new methodological approach illustrated with hospital discharge data on myocardial infarction.  Eur J Epidemiol. 2009;24:225-230.

Ehrenstein V, Pedersen L, Grijota M, Lauge Nielsen G, **Rothman KJ**, Sorensen HT:  Association of Apgar score at five minutes with long-term neurologic disability and

cognitive function in a prevalence study of Danish conscripts.   BMC Pregnancy Childbirth. 2009; Apr 2;9:14.

Gramling R, Eaton CB, **Rothman KJ**, Cabral H, Silliman RA, Lash TL:  Hormone replacement therapy, family history and invasive breast cancer among postmenopausal women. Epidemiology 2009;20:752-756.

**Rothman KJ**:  Health effects of mobile telephones.  Epidemiology. 2009;20:653-655.

Nørgaard M, Ehrenstein V, Mahon BE, Nielsen GL, **Rothman KJ**, Sørensen HT:  Febrile seizures and cognitive function in young adult life: a prevalence study in Danish conscripts.  J Pediatr. 2009; 155:404-409.

Bradbury BD, Brookhart MA, Winkelmayer WC, Critchlow CW, Kilpatrick RD, Joffe MM, Feldman HI, Acquavella JF, Wang O, **Rothman KJ**:  Evolving statistical methods to facilitate evaluation of the causal association between erythropoiesis-stimulating agent dose and mortality in nonexperimental research: strengths and limitations.  Am J Kidney Dis. 2009; 54:554-560.

Nørgaard M, Wogelius P, Pedersen L, **Rothman KJ**, Sørensen HT:  Maternal use of oral contraceptives during early pregnancy and risk of hypospadias in male offspring. Urology. 2009; 74:583-587. doi: 10.1016/j.urology.2009.04.034.

Ehrenstein V, **Rothman KJ**, Pedersen L, Hatch EE, Sørensen HT:  Pregnancy-associated hypertensive disorders and adult cognitive function among Danish conscripts.  Am J Epidemiol. 2009; 170:1025-1031.

Nguyen US, **Rothman KJ**, Demissie S, Jackson DJ, Lang JM, Ecker JL:  Epidural analgesia and risks of cesarean and operative vaginal deliveries in nulliparous and multiparous women. Matern Child Health J 2010; 14:705-712.

Stark JR, Mucci L, **Rothman KJ**, Adami HO:  Screening for prostate cancer remains controversial.  BMJ. 2009 Sep 24;339:b3601. doi: 10.1136/bmj.b3601.

Wise LA, **Rothman KJ**, Mikkelsen EM, Sørensen HT, Riis A, Hatch EE:  An internet-based prospective study of body size and time-to-pregnancy.  Hum Reprod. 2010: 25:253-264.

Wang O, Kilpatrick RD, Critchlow CW, Ling X, Bradbury BD, Gilbertson DT, Collins AJ, **Rothman KJ**, Acquavella JF:  Relationship between epoetin alfa dose and mortality: findings from a marginal structural model.  Clin J Am Soc Nephrol. 2010; 5:182-188.

Huybrechts KF, Mikkelsen EM, Christensen T, Riis A, Hatch EE, Wise LA, Sørensen HT, **Rothman KJ**:  A successful implementation of e-epidemiology: evidence from the Danish pregnancy planning study 'Snart-Gravid'. Eur J Epidemiol 2010;25:297-304.

Sørensen HT, **Rothman KJ**: The prognosis for research.  BMJ 2010; 340:c703.

**Rothman KJ**:  Curbing type I and type II errors.  Eur J Epidemiol 2010; 25:223-224.

Lash TL, Fox MP, Greenland S, Jurek AM, Hoggatt KJ, Cole SR, Maldonado G, Brooks D, **Rothman KJ**, Poole C:  Re: Promoting healthy skepticism in the news: helping journalists get it right.  J Natl Cancer Ins. 2010;102:829-830.

Fondell E, Lagerros YT, Sundberg CJ, Lekander M, Bälter O, **Rothman KJ**, Bälter K:  Physical activity, stress, and self-reported upper respiratory tract infection.  Med Sci Sports Exerc 2011; 43:272-279.

Stürmer T, **Rothman KJ**, Avorn J, Glynn RJ:  Treatment effects in the presence of unmeasured confounding: dealing with observations in the tails of the propensity score distribution–a simulation study.   Am J Epidemiol. 2010; 172:843-854.

Gramling R, Lash TL, **Rothman KJ**, Cabral HJ, Silliman R, Roberts M, Stefanick ML, Harrigan R, Bertoia ML, Eaton CB:  Family history of later-onset breast cancer, breast healthy behavior and invasive breast cancer among postmenopausal women: a cohort study.  Breast Cancer Res 2010;12:R82.

Vinceti M, Bonvicini F, **Rothman KJ**, Vescovi L, Wang F:  The relation between amyotrophic lateral sclerosis and inorganic selenium in drinking water: a population-based case-control study. Environmental Health 2010, 9;77, doi:10.1186/1476-069X-9-77

Lash TL, Johansen MB, Christensen S, Baron JA, **Rothman KJ**, Hansen JG, Sørensen HT:  Hospitalization Rates and Survival Associated with COPD: A Nationwide Danish Cohort Study. Lung 2011;189:27-35.  doi: 10.1007/s00408-010-9274-z. Epub 2010 Dec 19.

Maskey MK, Baral KP, Shah R, Shrestha BD, Lang J, **Rothman KJ**:  Field test results of the motherhood method to measure maternal mortality.  Indian J Med 2011;133:64-69.

Hoogeveen EK, Aalten J, **Rothman KJ**, Roodnat JI, Mallat MJ, Borm G, Weimar W, Hoitsma AJ, de Fijter JW: Effect of obesity on the outcome of kidney transplantation: a 20-year follow-up.  Transplantation. 2011;91:869-874.

Patrick AR, Schneeweiss S, Brookhart MA, Glynn RJ, **Rothman KJ**, Avorn J, Stürmer T: The implications of propensity score variable selection strategies in pharmacoepidemiology: an empirical illustration.  Pharmacoepidemiol Drug Saf 2011;20:551-559. doi: 10.1002/pds.2098. Epub 2011 Mar 10.

Huybrechts KF, **Rothman KJ**, Silliman RA, Brookhart A, Schneeweiss S:  Risk of death and hospital admission for major medical events after initiation of psychotropic medications in older adults admitted to nursing homes. CMAJ 2011;183:E411-419. Epub 2011 Mar 28.

**Rothman KJ**, Stein Z, Susser M: Rebuilding bridges: what is the real role of social class in disease occurrence?  Eur J Epidemiol 2011;26:431-432. doi: 10.1007/s10654-011-9579-0. Epub 2011 Apr 19.

Tennis P, Gelfand JM, **Rothman KJ**:  Evaluation of cancer risk related to atopic dermatitis and use of topical calcineurin inhibitors.  Br J Dermatol. 2011;165:465-473. doi: 10.1111/j.1365-2133.2011.10363.x.

**Rothman KJ**, Lang JM, Cohen A, Dreyer NA:   Cristina Isabel Cann, 1943-2010.  Epidemiology 2011;22:437.

**Rothman KJ**, Mosquin PL:  Confounding after risk-set sampling in the beryllium study of Sanderson et al.  Ann Epidemiol 2011;21:773-779. doi: 10.1016/j.annepidem.2011.03.008.  Epub 2011 Apr 16.

Stang A, **Rothman KJ**: That confounded P-value revisited.  J Clin Epidemiol 2011; doi: 10.1016/j.jclinepi.2011.03.004

Schmidt M, Christiansen CF, Horvath-Puhó E, Glynn RJ, **Rothman KJ**, Sørensen HT: Nonsteroidal anti-inflammatory drug use and risk of venous thromboembolism. J Thromb Haemost. 2011;9:1326-1333. doi: 10.1111/j.1538-7836.2011.04354.x.

Schmidt M, Christiansen CF, Mehnert F, **Rothman KJ**, Sørensen HT:  Non-steroidal anti-inflammatory drug use and risk of atrial fibrillation or flutter: population based case-control study.  BMJ. 2011 Jul 4;343:d3450. doi: 10.1136/bmj.d3450.

Kilpatrick RD, Danese MD, Belozeroff V, Smirnakis K, Goodman WG, **Rothman KJ:**  The association of vitamin D use with hypercalcemia and hyperphosphatemia in hemodialysis patients: a case-crossover study.  Pharmacoepidemiol Drug Saf 2011;20:914-921. doi: 10.1002/pds.2183.

Huybrechts KF, Brookhart MA, **Rothman KJ**, Silliman RA, Gerhard T, Crystal S, Schneeweiss S:  Comparison of different approaches to confounding adjustment in a study on the association of antipsychotic medication with mortality in older nursing home patients.  Am J Epidemiol. 2011;174:1089-1099. Epub 2011 Sep 20

**Rothman KJ**, Wise LA, Hatch EE:  Should graphs of risk or rate ratios be plotted on a log scale?  Am J Epidemiol 2011;174:376-377

Fondell E, Bälter O, **Rothman KJ**, Bälter K:  Dietary intake and supplement use of vitamins C and E and upper respiratory tract infection.  J Am Coll Nutr. 2011;30:248-258.

Myers JA, Rassen JA, Gagne JJ, Huybrechts KF, Schneeweiss S, **Rothman KJ**, Joffe MM, Glynn RJ:  Effects of adjusting for instrumental variables on bias and precision of effect estimates.  Am J Epidemiol 2011;174:1213-1222. doi: 10.1093/aje/kwr364.

Myers JA, Rassen JA, Gagne JJ, Huybrechts KF, Schneeweiss S, **Rothman KJ**, Glynn RJ: Myers et al. respond to "Understanding Bias Amplification" Am J Epidemiol 2011 Oct 24. [Epub ahead of print]

Ahern TP, Pedersen L, Sværke C, **Rothman KJ**, Sørensen HT, Lash TL: The association between vitamin K antagonist therapy and site-specific cancer incidence estimated by using heart valve replacement as an instrumental variable. Am J Epidemiol 2011;174:1382-1390.

Rassen JA, Glynn RJ, **Rothman KJ**, Setoguchi S, Schneeweiss S: Applying propensity scores estimated in a full cohort to adjust for confounding in subgroup analyses. Pharmacoepidemiol Drug Safety 2011; DOI: 10.1002/pds

Huybrechts KF, **Rothman KJ**, Brookhart MA, Silliman RA, Crystal S, Gerhard T, Schneeweiss S: Variation in antipsychotic treatment choice across US nursing homes. J Clin Psychopharmacol 2012;32:11-17.

Lavonas EJ, Fries JF, Furst DE, **Rothman KJ**, Stergachis A, Vaida AJ, Zelterman D, Reynolds KM, Green JL, Dart RC: Comparative risks of non-prescription analgesics: a structured topic review and research priorities. Exp Opin Drug Safety, 2012;11:33-44.

Hoogeveen EK, Halbesma N, **Rothman KJ**, Stijnen T, van Dijk S, Dekker FW, Boeschoten EW, de Mutsert R (for the Netherlands Cooperative Study on the Adequacy of Dialysis-2): Obesity and mortality risk among younger dialysis patients. Clin J Am Soc Nephrol 2012;7:280-288.

Rassen JA, Glynn RJ, **Rothman KJ**, Setoguchi S, Schneeweiss S: Response to commentary by Marcus and Gibbons. Pharmacoepidemiol Drug Safety 2012; DOI: 10.1002/pds.3211

Hatch EE, Wise LA, Mikkelsen EM, Christensen T, Riis AH, Sørensen HT, **Rothman KJ**: Caffeinated beverage and soda consumption and time to pregnancy. Epidemiology 2012;23:393-401.

Wise LA, **Rothman KJ**, Mikkelsen EM, Sørensen HT, Riis AH, Hatch EE: A prospective cohort study of physical activity and time to pregnancy. Fertil Steril 2012;97:1136-1142.e1-4

Rassen JA, Shelat AA, Myers J, Glynn RJ, **Rothman KJ**, Schneeweiss S: One-to-many propensity score matching in cohort studies. Pharmacoepidemiol Drug Saf. 2012;21 Suppl 2:69-80. doi: 10.1002/pds.3263.

Zoëga H, **Rothman KJ**, Huybrechts KF, Ólafsson Ö, Baldursson G, Almarsdóttir AB, Jónsdóttir S, Halldórsson M, Hernández-Diaz S, Valdimarsdóttir UA: A population-based study of stimulant drug treatment of ADHD and academic progress in children. Pediatrics 2012; 130:1-10.

Lunt M, Glynn RJ, **Rothman KJ**, Avorn J, Stürmer T:  Propensity score calibration in the absence of surrogacy. Am J Epidemiol 2012;175:1294-1302. Epub 2012 Apr 24.

Kilpatrick RD, Gilbertson D, Brookhart MA, Polley E, **Rothman KJ**, Bradbury BD: Exploring large weight deletion and the ability to balance confounders when using inverse probability of treatment weighting in the presence of rare treatment decisions. Pharmacoepidemiol Drug Saf 2012; Jun 4. doi: 10.1002/pds.3297. [Epub ahead of print]

Tennis P, **Rothman KJ**, Bohn RL, Tan H, Zavras A, Laskarides C, Calingaert B, Anthony MS: Incidence of osteonecrosis of the jaw among users of bisphosphonates with selected cancers or osteoporosis.  Pharmacoepidemiol Drug Saf 2012 Jun 19. doi: 10.1002/pds.3292. [Epub ahead of print]

Christiansen CF, Pedersen L, Sørensen HT, **Rothman KJ**:  Methods to assess seasonal effects in epidemiological studies of infectious diseases exemplified by application to the occurrence of meningococcal disease.  Clin Microbiol Infect 2012, Jun 14. doi: 10.1111/j.1469-0691.2012.03966.x. [Epub ahead of print]

Vinceti M, **Rothman KJ**, Crespi CM, Sterni A, Cherubini A, Guerra L, Maffeis G, Ferretti E, Fabbi S, Teggi S, Consonni D, De Girolamo G, Meggiato A, Palazzi G, Paolucci P, Malagoli C: Leukemia risk in children exposed to benzene and PM(10) from vehicular traffic: a case-control study in an Italian population.  Eur J Epidemiol 2012; 10:781-790.

Mannino S, Villa M, Apolone G, Weiss NS, Groth N, Aquino I, Boldori L, Caramaschi F, Gattinoni A, Malchiodi G, **Rothman KJ**:  Effectiveness of adjuvanted influenza vaccination in elderly subjects in northern Italy. Am J Epidemiol 2012; DOI: 10.1093/aje/kws313

Huybrechts KF, Seeger JD, **Rothman KJ**, Glynn RJ, Avorn J, Schneeweiss S:  Bias in comparative effectiveness studies due to regional vaariation in medical practice intensity: a legitimate concern, or much ado about nothing?  Circulation: Cardiovascular Quality and Outcomes. 2012; 5: e61-e64 doi: 10.1161/CIRCOUTCOMES.112.966093.

Cueto HT, Riis AH, Hatch EE, Wise LA, **Rothman KJ**, Mikkelsen EM:  Predictors of preconceptional folic acid or multivitamin supplement use: a cross-sectional study of Danish pregnancy planners.  Clin Epidemiol 2012; 4:259-265, doi: 10.2147/CLEPS35463

Lübbeke A, Garavaglia G, **Rothman KJ**, Bonvin A, Roussos C, Miozzari H, Hoffmeyer P: Statins may reduce femoral osteolysis in patients with total hip arthroplasty.  J Orthop Res 2013; 31:814-820.   doi: 10.1002/jor.22262.

Schneeweiss S, Rassen JA, Glynn RJ, Myers J, Daniel GW, Singer J, Solomon DH, Kim S, **Rothman KJ**, Liu J, Avorn J:  Supplementing claims data with outpatient laboratory test

<u>Kenneth J. Rothman</u>                              page -31-                              <u>Curriculum Vitae</u>

results to improve confounding adjustment in effectiveness studies of lipid-lowering treatments. BMC Med Res Methodol 2012; Nov 26;12(1):180. doi: 10.1186/1471-2288-12-180.

**Rothman KJ**, Mosquin PL: Sparse-data bias accompanying overly fine stratification in an analysis of beryllium exposure and lung cancer risk. Ann Epidemiol 2013; 23(2):43-48. doi: 10.1016/j.annepidem.2012.11.005. Epub 2012 Dec 6.

Mikkelsen EM, Riis AH, Wise LA, Hatch EE, **Rothman KJ,** Sørensen HT: Pre-gravid oral contraceptive use and time to pregnancy: a Danish prospective cohort study. Human Reproduction, 2013; 28:1398-1405. doi:10.1093/humrep/det023

**Rothman KJ**, Lanza LL: Estimated risks of fatal events associated with acetaminophen, ibuprofen, and naproxen sodium used for analgesia. Adv Pharmacoepidem Drug Safety 2013; 2:1-5. (2:124. doi:10.4172/2167-1052.1000124)

Henk HJ, Kaye JA, **Rothman KJ**, Becker LK, Legg JC, Li X, Deeter R: Variation by age in neutropenic complications among patients with cancer receiving chemotherapy. Commun Oncol 2013; 10:16-26 http://dx.doi.org/j.CO.2013.001

Dulisse B, Li X, Gayle JA, Barron RL, Ernst FR, **Rothman KJ**, Legg JC, Kaye JA: A retrospective study of the clinical and economic burden during hospitalizations among cancer patients with febrile neutropenia. J Med Econ 2013; 16:720-735. doi: 10.3111/13696998.2013.782034.

**Rothman KJ**, Wise LA, Sørensen HT, Riis AH, Mikkelsen EM, Hatch EE: Volitional determinants and age-related decline in fecundability: a general population prospective cohort study in Denmark. Fertil Steril 2013; 99:1958-1964. doi: 10.1016/j.fertnstert.2013.02.040.

Brunelli SM, Gagne JJ, Huybrechts KF, Wang SV, Patrick AR, **Rothman KJ**, Seeger JD: Estimation using all available covariate information versus a fixed look-back window for dichotomous covariates: Pharmacoepidemiol Drug Saf 2013;22:542-550 doi: 10.1002/pds.3434.

Fine P, Victora CG, **Rothman KJ**, Moore PS, Chang Y, Curtis V, Heymann DL, Slutkin G, May RM, Patel V, Roberts I, Wortley R, Torgeson C, Deaton A: John Snow's legacy: epidemiology without borders. Lancet 2013; 381:1302-1311. doi: 10.1016/S0140-6736(13)60771-0.

Roed C, Omland LH, Skinhoj P, **Rothman KJ**, Sørensen HT, Obel N: Educational achievement and economic self-sufficiency in adults after childhood bacterial meningitis. JAMA. 2013; 309:1714-1721. doi: 10.1001/jama.2013.3792.

Lanza LL, McQuay LJ, **Rothman KJ**, Bone HG, Kaunitz AM, Harel Z, Ataher Q, Ross D, Arena PL, Wolter KD:  Use of depot medroxyprogesterone acetate contraception and incidence of bone fracture. Obstet Gynecol 2013; 121:593–600 doi: 10.1097/AOG.0b013e318283d1a1.

Villa M, Black S, Groth N, **Rothman KJ,** Apolone G, Weiss NS, Aquino I, Boldori L, Caramaschi F, Gattinoni A, Malchiodi G, Crucitti A, Della Cioppa G, Scarpini E, Mavilio D, Mannino S:  Safety of MF59-adjuvanted influenza vaccination in the elderly: Results of a comparative study of MF59-adjuvanted vaccine versus nonadjuvanted influenza vaccine in northern Italy.  Am J Epidemiol 2013; 178:1139-1145. doi: 10.1093/aje/kwt078.

Toh S, Avorn J, D'Agostino Sr RB, Gurwitz JH, Psaty BM, **Rothman KJ**, Saag KG, Sturkenboom MCJM, Vandenbroucke JP, Winterstein AG, Strom BL: Re-using Mini-Sentinel data following rapid assessments of potential safety signals via modular analytic programs.  Pharmacoepidemiol Drug Safety 2013; 22:1036–1045 doi: 10.1002/pds.3478

Hahn KA, Wise LA, Riis AH, Mikkelsen EM, **Rothman KJ**, Banholzer K, Hatch EE: Correlates of menstrual cycle characteristics among nulliparous Danish women.  Clin Epidemiol 2013; 5:311–319.  doi: 10.2147/CLEP.S46712.

**Rothman KJ**, Gallacher JEJ, Hatch EE:  Why representativeness should be avoided.  Int J Epidemiol 2013;42:1012–1014;  doi:10.1093/ije/dys223.

**Rothman KJ**, Gallacher JEJ, Hatch EE: Rebuttal: When it comes to scientific inference, sometimes a cigar is just a cigar. Int J Epidemiol 2013;42:1026–1028; doi:10.1093/ije/dyt124.

Lanza LL, McQuay LJ, **Rothman KJ**, Bone HG, Kaunitz AM, Harel Z, Ataher Q, Ross D, Arena PL, Wolter KD.  Comment on journal review of 'Use of depot medroxyprogesterone acetate contraception and incidence of bone fracture'.  J Fam Plann Reprod Health Care. 2013; 39:306. doi: 10.1136/jfprhc-2013-100759.

Bui CL, Kaye JA, Castellsague J, Calingaert B, McQuay LJ, Riera-Guardia N, Saltus CW, Quinlan SC, Holick CN, Wahl PM, Suzart K, **Rothman KJ**, Wallander MA, Perez-Gutthann S:   Validation of acute liver injury cases in a population-based cohort study of oral antimicrobial users.  Curr Drug Saf 2014; 9:23-28.

Kimball AB, Schenfeld J, Accortt NA, Anthony MS, **Rothman KJ**, Pariser D: Incidence rates of malignancies and hospitalized infections events in psoriasis patients with or without treatment and a general population in the US: 2005-2009. Br J Dermatol 2014; 170:366-373. doi: 10.1111/bjd.12744.

Long MD, Hutfless S, Kappelman MD, Khalili H, Kaplan GG, Bernstein CN, Colombel JF, Gower-Rousseau C, Herrinton L, Velayos F, Loftus EV Jr, Nguyen GC, Ananthakrishnan AN, Sonnenberg A, Chan A, Sandler RS, Atreja A, Shah SA, **Rothman KJ**, Leleiko NS, Bright R, Boffetta P, Myers KD, Sands BE:  Challenges in designing a national surveillance program for inflammatory bowel disease in the United States.  Inflamm Bowel Dis. 2014;20:398-415. doi: 10.1097/01.MIB.0000435441.30107.8b.

**Rothman KJ**, Hatch E, Gallacher J:   Representativeness is not helpful in studying heterogeneity of effects across subgroups.   Int J Epidemiol. 2014; 43:633-634. doi: 10.1093/ije/dyt265

**Rothman KJ**: Six persistent research misconceptions.  J Gen Intern Med 2014; 29:1060-1064. doi: 10.1007/s11606-013-2755-z

Huisman MV, Lip GY, Diener HC, Dubner SJ, Halperin JL, Ma CS, **Rothman KJ**, Teutsch C, Zint K, Ackermann D, Clemens A, Bartels DB:  Design and rationale of Global Registry on Long-Term Oral Antithrombotic Treatment in Patients with Atrial Fibrillation.  Am Heart J. 2014; 167:329-334. doi: 10.1016/j.ahj.2013.12.006.

Lubbeke A, **Rothman KJ**, Garavaglia G, Barea C, Christofilopoulos P, Stern R, Hoffmeyer P:  Strong association between smoking and the risk of revision in a cohort study of patients with metal-on-metal total hip arthroplasty.  J Orthopedic Res 2014; 32:762-768. doi: 10.1002/jor.22603.

Long A, Rahmaoui A, **Rothman KJ**, Guinan E, Eisner M, Bradley MS, Iribarren C, Chen H, Carrigan G, Rosén K, Szefler S:  Incidence of malignancy in patients with moderate-to-severe asthma treated with or without omalizumab.  J Allergy Clin Immunol 2014;134:560-567.e4. doi: 10.1016/j.jaci.2014.02.007.

Mines D, Tennis P, Curkendall SM, Li DK, Peterson C, Andrews EB, Calingaert B, Chen H, Deshpande G, Esposito DB, Everage N, Holick CN, Meyer NM, Nkhoma ET, Quinn S, **Rothman KJ**, Chan KA: Topiramate use in pregnancy and the birth prevalence of oral clefts.   Pharmacoepidemiol Drug Saf 2014; 23:1017-1025. doi: 10.1002/pds.3612.

Wildenschild C, Riis AH, Ehrenstein V, Heitmann BL, Hatch EE, Wise LA, **Rothman KJ**, Sørensen HT, Mikkelsen EM:  Weight at birth and subsequent fecundability: a prospective cohort study.  PLoS One. 2014 Apr 15;9(4):e95257. doi: 10.1371/journal.pone.0095257.

Radin RG, Hatch EE, **Rothman KJ**, Mikkelsen EM, Sørensen HT, Riis AH, Wise LA:  Active and passive smoking and fecundability in Danish pregnancy planners.  Fertil Steril 2014; 102:183-191.e2. doi: 10.1016/j.fertnstert.2014.03.018.

Virkus RA, Løkkegaard E, Lidegaard O, Langhoff-Roos J, Nielsen AK, **Rothman KJ**, Bergholt T:  Risk factors for venous thromboembolism in 1.3 million pregnancies: a nationwide

prospective cohort. PLoS One. 2014 May 2;9(5):e96495. doi: 10.1371/journal.pone.0096495.

Vinceti M, Malagoli C, **Rothman KJ**, Rodolfi R, Astolfi G, Calzolari E, Puccini A, Bertolotti M, Lunt M, Paterlini L, Martini M, Nicolini F:  Risk of birth defects associated with maternal pregestational diabetes.  Eur J Epidemiol 2014; 29:411-418.  doi: 10.1007/s10654-014-9913-4.

Kaye JA, Castellsague J, Bui CL, Calingaert B, McQuay LJ, Riera-Guardia N, Saltus CW, Quinlan S, Holick CN, Wahl PM, Suzart K, **Rothman KJ**, Wallander MA, Perez-Gutthann S:  Risk of acute liver injury associated with the use of moxifloxacin and other oral antimicrobials: a retrospective, population-based cohort study. Pharmacotherapy 2014;34:336-349  doi: 10.1002/phar.1367. Epub 2013 Nov 5.

Svensson E, Ehrenstein V, Nørgaard M, Bakketeig LS, **Rothman KJ**, Sørensen HT, Pedersen L: Estimating the proportion of all observed birth defects occurring in pregnancies terminated by a second-trimester abortion.  Epidemiology 2014;25:866-871.  doi: 10.1097/EDE.0000000000000163.

Heaton B, Applebaum KM, **Rothman KJ**, Brooks DR, Heeren T, Dietrich T, Garcia RI:  The influence of prevalent cohort bias in the association between periodontal disease progression and incident coronary heart disease.  Ann Epidemiol 2014; 24:741-746.  doi: 10.1016/j.annepidem.2014.07.006.

Hahn KA, Hatch EE, **Rothman KJ**, Mikkelsen EM, Brogly SB, Sørensen HT, Riis AH, Wise LA:  Body size and risk of spontaneous abortion among Danish pregnancy planners. Paediatr Perinat Epidemiol 2014;28:412-423.   doi: 10.1111/ppe.12142.

Kimball AB, **Rothman KJ**, Kricorian G, Pariser D, Yamauchi PS, Menter A, Teller CF, Aras G, Accortt NA, Hooper M, Rice KC, Gelfand JM:  OBSERVE-5: Observational postmarketing safety surveillance registry of etanercept for the treatment of psoriasis – final 5-year results.  J Am Acad Dermatol 2015; 72:115-122.   doi: 10.1016/j.jaad.2014.08.050.

Schmidt M, **Rothman KJ**:  Mistaken inference caused by reliance on and misinterpretation of a significance test.  Int J Cardiol 2014; 177:1089–1090.

**Rothman KJ**: *Epidemiology* at 25 years.  Epidemiol 2015;26:1-3.

Jackson ML, **Rothman KJ**:  Effects of imperfect test sensitivity and specificity on observational studies of influenza vaccine effectiveness.  Vaccine 2015; 33:1313-1316. doi: 10.1016/j.vaccine.2015.01.069.

Wildenschild C, Riis AH, Ehrenstein V, Hatch EE, Wise LA, **Rothman KJ**, Sørensen HT, Mikkelsen EM:  A prospective cohort study of a woman's own gestational age and her fecundability.  Hum Reprod 2015; Feb 11. pii: dev007. [Epub ahead of print]

Wise LA, Troisi R, Hatch EE, Titus LJ, **Rothman KJ**, Harlow BL:  Prenatal diethylstilbestrol exposure and reproductive hormones in premenopausal women.  J Dev Orig Health Dis 2015; Feb 20:1-9. doi: 10.1017/S2040174415000082  [Epub ahead of print]

Wise LA, Mikkelsen EM, Sørensen HT, **Rothman KJ**, Hahn KA, Riis AH, Hatch EE: Prospective study of time to pregnancy and adverse birth outcomes.  Fertil Steril 2015; Feb 20. pii: S0015-0282(15)00071-0. doi: 10.1016/j.fertnstert.2015.01.024. [Epub ahead of print]

Tennis P, Chan KA, Curkendall SM, Li K, Mines D, Peterson C, Andrews EB, Calingaert B, Chen HY, Deshpande G, Everage N, Holick CN, Meyer NM, Nkhoma ET, Quinn S, **Rothman KJ**, Esposito DB:  Topiramate use during pregnancy and major congenital malformations in multiple populations.  Birth Defects Res A Clin Mol Teratol. 2015; doi: 10.1002/bdra.23357. [Epub ahead of print]

Hahn KA, Wise LA, **Rothman KJ**, Mikkelsen EM, Brogly SB, Sørensen HT, Riis AH, Hatch EE:  Caffeine and caffeinated beverage consumption and risk of spontaneous abortion. Hum Reprod. 2015 Mar 18. pii: dev063. [Epub ahead of print]

Roed C, Sørensen HT, **Rothman KJ**, Skinhøj P, Obel N: Employment and disability pension after central nervous system infections in adults. Am J Epidemiol. 2015;  Apr 7. pii: kwu359. [Epub ahead of print]

Hatch EE, Hahn KA, Mikkelsen EM, Riis AH, Sorensen HT, **Rothman KJ**, Wise LA: Pre-gravid oral contraceptive use in relation to birth weight: a prospective cohort study. Eur J Epidemiol. 2015;  Jun 16 [Epub ahead of print]

Cueto HT, Riis AH, Hatch EE, Wise LA, **Rothman KJ**, Sørensen HT, Mikkelsen EM: Folic acid supplementation and fecundability: a Danish prospective cohort study.  Eur J Clin Nutr. 2015; Jun 17. doi: 10.1038/ejcn.2015.94. [Epub ahead of print]

Wise LA, **Rothman KJ**, Mikkelsen EM, Stanford JB, Wesselink AK, McKinnon C, Gruschow SM, Horgan CE, Wiley AS, Hahn KA, Sørensen HT, Hatch EE:  Design and conduct of an Internet-based preconception cohort study in North America: Pregnancy Study Online. Paediatr Perinat Epidemiol. 2015;29:360-371.    doi: 10.1111/ppe.12201.

Hansen AT, Schmidt M, Horváth-Puhó E, Pedersen L, **Rothman KJ**, Hvas A, Sørensen HT: Preconception venous thromboembolism and placenta-mediated pregnancy complications.  J Thromb Haemost. 2015;  doi: 10.1111/jth.13046. [Epub ahead of print]

Kimball AB, Schenfeld J, Accortt NA, Anthony MS, **Rothman KJ**, Pariser D:  Cohort study of malignancies and hospitalised infectious events in treated and untreated patients with psoriasis and a general population in the United States. Br J Dermatol 2015; Aug 12. doi: 10.1111/bjd.14068.  [Epub ahead of print]

Huisman MV, **Rothman KJ**, Paquette M, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Marín C, Ma CS, Zint K, Elsaesser A, Bartels DB, Lip GY; GLORIA-AF Investigators: Antithrombotic treatment patterns in 10,871 patients with newly diagnosed non-valvular atrial fibrillation: the GLORIA-AF Registry Program, Phase II.  Am J Med. 2015; Jul 31. doi: 10.1016/j.amjmed.2015.07.013. [Epub ahead of print]

Arana A, Johannes CB, McQuay LJ, Varas-Lorenzo C, Fife D, **Rothman KJ**: Risk of out-of-hospital sudden cardiac death in users of domperidone, proton pump inhibitors, or metoclopramide: a population-based nested case-control study.  Drug Saf 2015; DOI 10.1007/s40264-015-0338-0.

Boccia S, **Rothman KJ**, Panic N, Flacco ME, Rosso A, Pastorino R, Manzoli L, La Vecchia C, Villari P, Boffetta P, Ricciardi W, Ioannidis JP:  Registration practices for observational studies on clinicaltrials.gov indicated low adherence.  J Clin Epidemiol 2015; Sep 16. pii: S0895-4356(15)00432-1. doi: 10.1016/j.jclinepi.2015.09.009. [Epub ahead of print]

Radin RG, **Rothman KJ**, Hatch EE, Mikkelsen EM, Sorensen HT, Riis AH, Fox MP, Wise LA: Maternal recall error in retrospectively reported time-to-pregnancy: an assessment and bias analysis.  Paediatric and Perinatal Epidemiol 2015; 29:576–588.  doi: 10.1111/ppe.12245

Hahn KA, Hatch EE, **Rothman KJ**, Mikkelsen EM, Brogly SB, Sørensen HT, Riis AH, Wise LA:  History of oral contraceptive use and risk of spontaneous abortion.  Ann Epidemiol 2015; 25:936-941 doi: 10.1016/j.annepidem.2015.09.001.

Gilbertson DT, Bradbury BD, Wetmore JB, Weinhandl ED, Monda KL, Liu J, Brookhart MA, Gustafson SK, Roberts T, Collins AJ, **Rothman KJ**:  Controlling confounding of treatment effects in administrative data in the presence of time-varying baseline confounders. Pharmacoepidemiol Drug Saf. 2016; 25:269-277. doi: 10.1002/pds.3922.

**Rothman KJ**: John Snow's grant application.  Epidemiology 2016; 27:311-313. doi: 10.1097/EDE.0000000000000453

Hatch EE, Hahn KA, Wise LA, Mikkelsen EM, Kumar R, Fox MP, Brooks DR, Riis AH, Sorensen HT, **Rothman KJ**:  Evaluation of selection bias in an internet-based study of pregnancy planners.   Epidemiology 2016; 27:98-104. doi: 10.1097/EDE.0000000000000400.]

Arana A, Johannes CB, McQuay LJ, Varas-Lorenzo C, Fife D, **Rothman KJ**:  Risk of out-of-hospital sudden cardiac death in users of domperidone, proton pump inhibitors, or metoclopramide: a population-based nested case-control study.  Drug Saf 2015; 38:1187–1199 doi 10.1007/s40264-015-0338-0

**Rothman KJ**, Hatch EE, Poole C, Wise LA, Gallacher JEJ, Lash TL, Mikkelsen EM, Sorensen HT: Comment on "Perils and Potentials of Self-Selected Entry to Epidemiological Studies and Surveys" by N Keiding and TA Louis. Journal of the Royal Statistical Society, Series A (Statistics in Society), 2016; 179:355-356, DOI: 10.1111/rssa.12136.

Chertow GM, Liu J, Monda KL, Gilbertson DT, Brookhart MA, Beaubrun AC, Winkelmayer WC, Pollock A, Herzog CA, Ashfaq A, Sturmer T, **Rothman KJ**, Bradbury BD, Collins AJ: Epoetin alfa and outcomes in dialysis amid regulatory and payment reform.  J Am Soc Nephrol 2016; 27:3129-3138. doi: 10.1681/ASN.2015111232

McKinnon CJ, Hatch EE, **Rothman KJ**, Mikkelsen EM, Wesselink AK, Hahn KA, Wise, LA. 2016. Body mass index, physical activity and fecundability in a North American preconception cohort study. Fertil Steril 106(2): 451-459.

Greenland S, Senn SJ, **Rothman KJ**, Carlin JB, Poole C, Goodman SN, Altman DG: Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations.  Eur J Epidemiol. 2016;31:337-350. doi: 10.1007/s10654-016-0149-3.

Wesselink AK, Wise LA, **Rothman KJ**, Hahn KA, Mikkelsen EM, Mahalingaiah S, Hatch EE: Caffeine and caffeinated beverage consumption and fecundability in a preconception cohort. Reprod Toxicol 2016; 62:39-45. doi: 10.1016/j.reprotox.2016.04.022.

McKinnon CJ, Hatch EE, **Rothman KJ**, Mikkelsen EM, Wesselink AK, Hahn KA, Wise LA: Body mass index, physical activity and fecundability in a North American preconception cohort study.  Fertil Steril 2016; Apr 25. pii: S0015-0282(16)61103-2. doi: 10.1016/j.fertnstert.2016.04.011. [Epub ahead of print]

Huisman MV, Ma CS, Diener H-C,Dubner SJ, Halperin JL, Rothman KJ, Teutsch C, Schoof N, Kleine E, Bartels DB, Lip GYH for the GLORIA-AF Investigators:  Antithrombotic therapy use in patients with atrial fibrillation before the era of non-vitamin K antagonist oral anticoagulants: the Global Registry on Long-Term Oral Antithrombotic Treatment in Patients with Atrial Fibrillation (GLORIA-AF) Phase I cohort.  Europace 2016; doi:10.1093/europace/euw073

**Rothman KJ**: Disengaging from statistical significance.  Eur J Epidemiol. 2016;31:443-44. doi: 10.1007/s10654-016-0158-2. Epub 2016 Jun 7.

Vinceti M, **Rothman KJ**:  More results but no clear conclusion on selenium and cancer.  Am J Clin Nutr. 2016 Jul 13. pii: ajcn139469.

Wesselink AK, Wise LA, Hatch EE, **Rothman KJ**, Mikkelsen EM, Stanford JB, McKinnon CJ, Mahalingaiah S. 2016. Menstrual cycle characteristics and fecundability in a North American preconception cohort. Ann Epidemiol 26(7): 482-487.

Varas-Lorenzo C, Arana A, Johannes CB, McQuay LJ, **Rothman KJ**, Fife D: Improving the
   identification of out-of-hospital sudden cardiac deaths in a general practice research
   database.  Drugs - Real World Outcomes.  DOI 10.1007/s40801-016-0086-1

Radin RG, Mikkelsen EM, **Rothman KJ**, Hatch EE, Sorensen HT, Riis AH, Kuohung W, Wise
   LA:  Cesarean delivery and subsequent fecundability.  Epidemiology 2016;27:889-893

Mikkelsen EM, Riis AH, Wise LA, Hatch EE, **Rothman KJ**, Cueto HT, Sørensen HT:  Alcohol
   consumption and fecundability: prospective Danish cohort study.  BMJ. 2016;354:i4262.
   doi: 10.1136/bmj.i4262.

Huisman MV, Ma CS, Diener HC, Dubner SJ, Halperin JL, **Rothman KJ**, Teutsch C, Schoof N,
   Kleine E, Bartels DB, Lip GY; GLORIA-AF Investigators:  Antithrombotic therapy use
   in patients with atrial fibrillation before the era of non-vitamin K antagonist oral
   anticoagulants: the Global Registry on Long-Term Oral Antithrombotic Treatment in
   Patients with Atrial Fibrillation (GLORIA-AF) Phase I cohort.  Europace.
   2016;18:1308-1318. doi: 10.1093/europace/euw073. Epub 2016 Jun 21.

Nillni YI, Wesselink AK, Gradus JL, Hatch EE, **Rothman KJ**, Mikkelsen EM, Wise LA:
   Depression, anxiety, and psychotropic medication use and fecundability.  Am J Obstet
   Gynecol. 2016;215:453.e1-8. doi: 10.1016/j.ajog.2016.04.022.

Iribarren C, Rahmaoui A, Long AA, Szefler SJ, Bradley MS, Carrigan G, Eisner MD, Chen H,
   Omachi TA, Farkouh ME, **Rothman KJ**:  Cardiovascular and cerebrovascular events
   among patients receiving omalizumab: Results from EXCELS, a prospective cohort study
   of moderate-to-severe asthma. J Allergy Clin Immunol 2016; Sep 14. pii:
   S0091-6749(16)30961-7. doi: 10.1016/j.jaci.2016.07.038. [Epub ahead of print]

Stang A, Deckert M, Poole C, **Rothman KJ**: Statistical inference in abstracts of major medical
   and epidemiology journals 1975-2014: a systematic review.  Eur J Epidemiol. 2016;
   [Epub ahead of print] DOI: 10.1007/s10654-016-0211-1

Wise LA, Wesselink AK, Mikkelsen EM, Cueto H, Hahn KA, **Rothman KJ**, Tucker KL,
   Sørensen HT, Hatch EE:   Dairy intake and fecundability in 2 preconception cohort
   studies.  Am J Clin Nutr 2016 Nov 30. pii: ajcn138404. [Epub ahead of print]

Johannes CB, McQuay LJ, Midkiff KD, Calingaert B, Andrews EB, Tennis P, Brown JS,
   Camargo CA Jr, DiSantostefano RL, **Rothman KJ**, Stürmer T, Lanes S, Davis KJ:  The
   feasibility of using multiple databases to study rare outcomes: the potential effect of
   long-acting beta agonists with inhaled corticosteroid therapy on asthma mortality.
   Pharmacoepidemiol Drug Saf  2016 Dec 21. doi: 10.1002/pds.4151. [Epub ahead of
   print]

McInerney KA, Hatch EE, Wesselink AK, **Rothman KJ**, Mikkelsen EM, Wise LA: Preconception use of pain-relievers and time-to-pregnancy: a prospective cohort study. Hum Reprod 2017;32:103-111. Epub 2016 Nov 5.

Mosquin PL, **Rothman KJ**:  Reanalysis of reported associations of beryllium and lung cancer in a large occupational cohort.  J Occup Environ Med 2017;  doi: 10.1097/JOM.0000000000000947. [Epub ahead of print]

Desai RJ, **Rothman KJ**, Bateman BT, Hernandez-Diaz S, Huybrechts KF:  A propensity-score-based fine stratification approach for confounding adjustment when exposure Is infrequent. Epidemiology 2017;28:249-257. doi: 10.1097/EDE.0000000000000595.

Christensen T, Riis AH, Hatch EE, Wise LA, Nielsen MG, **Rothman KJ**, Toft Sørensen H, Mikkelsen EM:  Costs and efficiency of online and offline recruitment methods: a web-based cohort study.  J Med Internet Res 2017;19(3):e58; DOI: 10.2196/jmir.6716

Huisman MV, **Rothman KJ**, Paquette M, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Ma CS, Zint K, Elsaesser A, Bartels DB, Lip GY; GLORIA-AF Investigators.  The Changing Landscape for Stroke Prevention in AF: Findings From the GLORIA-AF Registry Phase 2.  J Am Coll Cardiol 2017;69:777-785. doi: 10.1016/j.jacc.2016.11.061.

Iribarren C, **Rothman KJ**, Bradley MS, Carrigan G, Eisner MD, Chen H: Cardiovascular and cerebrovascular events among patients receiving omalizumab: Pooled analysis of patient-level data from 25 randomized, double-blind, placebo-controlled clinical trials. J Allergy Clin Immunol. 2017; 139:1678-1680. doi: 10.1016/j.jaci.2016.12.953.

**Rothman KJ**. Invited Commentary: When case-control studies came of age. Am J Epidemiol 2017; May 23; 1-3. PMID: 28535170 (epub ahead of print).

Wise LA, Wesselink AK, Tucker KL, Saklani S, Mikkelsen EM, Cueto H, Riis AH, Trolle E, McKinnon CJ, Hahn KA, **Rothman KJ**, Toft Sørensen H, Hatch EE: Dietary fat intake and fecundability in two preconception cohort studies.  Am J Epidemiol 2017; Jun 8. doi: 10.1093/aje/kwx204. [Epub ahead of print]

Vinceti M, Filippini T, Violi F, **Rothman KJ**, Costanzini S, Malagoli C, Wise LA, Odone A, Signorelli C, Iacuzio L, Arcolin E, Mandrioli J, Fini N, Patti F, Lo Fermo S, Pietrini V, Teggi S, Ghermandi G, Scillieri R, Ledda C, Mauceri C, Sciacca S, Fiore M, Ferrante M: Pesticide exposure assessed through agricultural crop proximity and risk of amyotrophic lateral sclerosis.  Environ Health. 2017; 16:91. doi: 10.1186/s12940-017-0297-2.

Hoogeveen EK, **Rothman KJ**, Voskamp PWM, de Mutsert R, Halbesma N, Dekker FW; PREPARE-2 Study Group: Obesity and risk of death or dialysis in younger and older patients on specialized pre-dialysis care. PLoS One. 2017;12:e0184007. doi: 10.1371/journal.pone.0184007. eCollection 2017.

Goyal RK, Tzivelekis S, **Rothman KJ**, Candrilli SD, Kaye JA:  Time trends in utilization of G-CSF prophylaxis and risk of febrile neutropenia in a Medicare population receiving adjuvant chemotherapy for early-stage breast cancer.  Support Care Cancer 2017; Sep 18. doi: 10.1007/s00520-017-3863-9.

Wesselink AK, **Rothman KJ**, Hatch EE, Mikkelsen EM, Sørensen HT, Wise LA:  Age and fecundability in a North American preconception cohort study.  Am J Obstet Gynecol. 2017; Sep 13. pii: S0002-9378(17)31107-9. doi: 10.1016/j.ajog.2017.09.002.

McInerney KA, Hatch EE, Wesselink AK, Mikkelsen EM, **Rothman KJ**, Perkins RB, Wise LA:  The effect of vaccination against human papillomavirus on fecundability.  Paediatr Perinat Epidemiol 2017; Sep 7. doi: 10.1111/ppe.12408.

**Rothman KJ**: The growing rift between epidemiologists and their data.  Eur J Epidemiol 2017;32:863–865

Paquette M, Riou França L, Teutsch C, Diener HC, Lu S, Dubner SJ, Ma CS, **Rothman KJ**, Zint K, Halperin JL, Huisman MV, Lip GYH, Nieuwlaat R:  Persistence with dabigatran therapy at 2 years in patients with atrial fibrillation.  J Am Coll Cardiol. 2017;70:1573-1583. doi: 10.1016/j.jacc.2017.07.793.

Franklin JM, Dejene S, Huybrechts KF, Wang SV, Kulldorff M, **Rothman KJ**:  A bias in the evaluation of bias comparing randomized trials with nonexperimental studies.  Epidemiol Methods. 2017;6(1). pii: 20160018. doi: 10.1515/em-2016-0018. Epub 2017 Apr 22.

Mazurek M, Huisman MV, **Rothman KJ**, Paquette M, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Ma CS, Zint K, Elsaesser A, Lu S, Lip GYH; GLORIA-AF Investigators: Regional differences in antithrombotic treatment for atrial fibrillation: Insights from the GLORIA-AF Phase II registry.  Thromb Haemost. 2017;117:2376-2388. doi: 10.1160/TH17-08-0555. Epub 2017 Dec 6.

Vinceti M, Chiari A, Eichmüller M, **Rothman KJ**, Filippini T, Malagoli C, Weuve J, Tondelli M, Zamboni G, Nichelli PF, Michalke B:  A selenium species in cerebrospinal fluid predicts conversion to Alzheimer's dementia in persons with mild cognitive impairment. Alzheimers Res Ther. 2017; 9:100. doi: 10.1186/s13195-017-0323-1.

Wise LA, Wesselink AK, Hatch EE, **Rothman KJ**, Mikkelsen EM, Sørensen HT, Mahalingaiah S:  Marijuana use and fecundability in a North American preconception cohort study.  J Epidemiol Community Health. 2017;  Dec 22. pii: jech-2017-209755. doi: 10.1136/jech-2017-209755. [Epub ahead of print]

Hatch EE, Wesselink AK, Hahn KA, Michiel JJ, Mikkelsen EM, Sorensen HT, **Rothman KJ**, Wise LA:   Intake of sugar-sweetened beverages and fecundability in a North American preconception cohort.  Epidemiology. 2018 Jan 30. doi: 10.1097/EDE.0000000000000812. [Epub ahead of print]

Young-Xu Y, Van Aalst R, Mahmud SM, **Rothman KJ**, Thornton Snider J, Westreich D, Mor V, Gravenstein S, Lee JKH, Thommes EW, Decker MD, Chit A: Relative vaccine effectiveness of high-dose versus standard-dose influenza vaccines among Veterans Health Administration Patients. J Infect Dis 2018; doi: 10.1093/infdis/jiy088.

Wise LA, **Rothman KJ**, Wesselink AK, Mikkelsen EM, Sorensen HT, McKinnon CJ, Hatch EE: Male sleep duration and fecundability in a North American preconception cohort study. Fertil Steril 2018;109:453-459. doi: 10.1016/j.fertnstert.2017.11.037.

Castellsague J, Kuiper JG, Pottegård A, Anveden Berglind I, Dedman D, Gutierrez L, Calingaert B, van Herk-Sukel MP, Hallas J, Sundström A, Gallagher AM, Kaye JA, Pardo C, **Rothman KJ**, Perez-Gutthann S: A cohort study on the risk of lymphoma and skin cancer in users of topical tacrolimus, pimecrolimus, and corticosteroids (Joint European Longitudinal Lymphoma and Skin Cancer Evaluation - JOELLE study). Clin Epidemiol 2018;10:299-310. doi: 10.2147/CLEP.S146442. eCollection 2018.

McInerney KA, Hahn KA, Hatch EE, Mikkelsen EM, Steiner AZ, **Rothman KJ**, Sørensen HT, Snerum TM, Wise LA: Lubricant use during intercourse and time-to-pregnancy: A prospective cohort study. BJOG 2018; Mar 15. doi: 10.1111/1471-0528.15218. [Epub ahead of print]

Mazurek M, Huisman MV, **Rothman KJ**, Paquette M, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Zint K, França LR, Lu S, Lip GYH, GLORIA-AF Investigators: Gender differences in antithrombotic treatment for newly diagnosed atrial fibrillation: the GLORIA-AF registry program. Am J Med 2018 Apr 11. pii: S0002-9343(18)30305-X. doi: 10.1016/j.amjmed.2018.03.024.

Huisman MV, **Rothman KJ**, Paquette M, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Ma CS, Zint K, Elsaesser A, Lu S, Bartels DB, Lip GYH; GLORIA-AF Investigators: Two-year follow-up of patients treated with dabigatran for stroke prevention in atrial fibrillation: Global Registry on Long-Term Antithrombotic Treatment in Patients with Atrial Fibrillation (GLORIA-AF) registry. Am Heart J 2018;198:55-63. doi: 10.1016/j.ahj.2017.08.018.

Wang SV, Kulldorff M, Glynn RJ, Gagne JJ, Pottegård A, **Rothman KJ**, Schneeweiss S, Walker AM: Reuse of data sources to evaluate drug safety signals: When is it appropriate? Pharmacoepidemiol Drug Saf. 2018; Apr 27. doi: 10.1002/pds.4442. [Epub ahead of print]

Arana A, Margulis AV, McQuay LJ, Ziemiecki R, Bartsch JL, **Rothman KJ**, Franks B, D Silva M, Appenteng K, Varas-Lorenzo C, Perez-Gutthann S: Variation in cardiovascular risk related to individual antimuscarinic drugs used to treat overactive bladder. A cohort study in the UK. Pharmacotherapy. 2018 May 3. doi: 10.1002/phar.2121. [Epub ahead of print]

Kuiper JG, van Herk-Sukel MPP, Castellsague J, Pottegård A, Berglind IA, Dedman D, Gutierrez L, Calingaert B, Hallas J, Sundström A, Gallagher AM, Kaye JA, Pardo C, **Rothman KJ**, Perez-Gutthann S: Use of topical tacrolimus and topical pimecrolimus in four European countries: A multicentre database cohort study.  Drugs Real World Outcomes. 2018 May 7. doi: 10.1007/s40801-018-0133-1. [Epub ahead of print]

Ripollone JE, Huybrechts KF, **Rothman KJ**, Ferguson RE, Franklin JM:  Implications of the propensity score matching paradox in pharmacoepidemiology.  Am J Epidemiol. 2018 May 10. doi: 10.1093/aje/kwy078. [Epub ahead of print]

Obel N, Dessau RB, Krogfelt KA, Bodilsen J, Andersen NS, Møller JK, Roed C, Omland LH, Christiansen CB, Ellermann-Eriksen S, Bangsborg JM, Hansen K, Benfield TL, **Rothman KJ**, Sørensen HT, Andersen CØ, Lebech AM:  Long term survival, health, social functioning, and education in patients with European Lyme neuroborreliosis: nationwide population based cohort study.  BMJ. 2018;361:k1998. doi: 10.1136/bmj.k1998.

**Rothman KJ**, Greenland S:  Planning study size based on precision rather than power.  Epidemiology. 2018; 29:599-603.

Wesselink AK, Hatch EE, Wise LA, **Rothman KJ**, Vieira VM, Aschengrau A: Exposure to tetrachloroethylene-contaminated drinking water and time to pregnancy.  Environ Res 2018; 167:136-143. doi: 10.1016/j.envres.2018.07.012. [Epub ahead of print]

Vinceti M, Filippini T, **Rothman KJ**:  Selenium exposure and the risk of type 2 diabetes: a systematic review and meta-analysis. Eur J Epidemiol 2018 Jul 5. doi: 10.1007/s10654-018-0422-8. [Epub ahead of print]

Skajaa N, Horváth-Puhó E, Sundbøll J, Adelborg K, **Rothman KJ**, Sørensen HT: 40-year seasonality trends in occurrence of myocardial infarction, ischemic stroke, and hemorrhagic stroke.  Epidemiol July 18, 2018 Publish Ahead of Print doi: 10.1097/EDE.0000000000000892

Wesselink AK, Hatch EE, **Rothman KJ**, Weuve JL, Aschengrau A, Song RJ, Wise LA: Perceived stress and fecundability: a preconception cohort study of North American couples.  Am J Epidemiol 2018; Aug 22. doi: 10.1093/aje/kwy186. [Epub ahead of print]

Borsari L, Malagoli C, Werler MM, **Rothman KJ**, Malavolti M, Rodolfi R, De Girolamo G, Nicolini F, Vinceti M: Joint effect of maternal tobacco smoking and pregestational diabetes on preterm births and congenital anomalies: a population-based study in northern Italy. J Diabetes Res 2018; Jun 28;2018:2782741. doi: 10.1155/2018/2782741.

Nillni YI, Wesselink AK, Hatch EE, Mikkelsen EM, Gradus JL, **Rothman KJ**, Wise LA: Mental health, psychotropic medication use, and menstrual cycle characteristics. Clin Epidemiol 2018; 10:1073-1082. doi: 10.2147/CLEP.S152131.

Ritchey ME, Harding A, Hunter S, Peterson C, Sager PT, Kowey PR, Nguyen L, Thomas S, Cainzos-Achirica M, **Rothman KJ**, Andrews EB, Anthony MS: Cardiovascular Safety During and After Use of Phentermine and Topiramate. J Clin Endocrinol Metab 2018 Sep 21. doi: 10.1210/jc.2018-01010.

Kinsey TL, Stürmer T, Poole C, **Rothman KJ**, Glynn RJ: Changing predictors of statin initiation in US women over two decades.  Pharmacoepidemiol Drug Saf 2018; Dec 19. doi: 10.1002/pds.4704. [Epub ahead of print]

Wesselink AK, Hatch EE, **Rothman KJ**, Mikkelsen EM, Aschengrau A, Wise LA: Prospective study of cigarette smoking and fecundability.  Hum Reprod. 2018 Dec 21. doi: 10.1093/humrep/dey372. [Epub ahead of print]

Gilbertson DT, **Rothman KJ**, Chertow GM, Bradbury BD, Brookhart MA, Liu J, Winkelmayer WC, Stürmer T, Monda KL, Herzog CA, Ashfaq A, Collins AJ, Wetmore JB: Excess deaths attributable to influenza-like illness in the ESRD population. J Am Soc Nephrol 2019 Jan 24. doi: 10.1681/ASN.2018060581. [Epub ahead of print]

Schneeweiss S, Rassen JA, Brown J, **Rothman KJ**, Happe L, Arlett P, Dal Pan G, Goettsch W, Murk W, Wang SV. Graphic depiction of longitudinal study designs in healthcare databases. Ann Intern Med 2019;170: March 12 epub ahead of print

Wildenschild C, Riis AH, Ehrenstein V, Hatch EE, Wise LA, **Rothman KJ**, Sørensen HT, Mikkelsen EM:  Fecundability among Danish women with a history of miscarriage: a prospective cohort study.  BMJ Open. 2019;9(1):e023996. doi: 10.1136/bmjopen-2018-023996.

Willis SK, Hatch EE, Wesselink AK, **Rothman KJ**, Mikkelsen EM, Wise LA:  Female sleep patterns, shift work, and fecundability in a North American preconception cohort study. Fertil Steril. 2019;111(6):1201-1210.e1. doi: 10.1016/j.fertnstert.2019.01.037.

Skajaa N, Horváth-Puhó E, Adelborg K, Bøtker HE, **Rothman KJ**, Sørensen HT: Lack of seasonality in occurrence of pericarditis, myocarditis, and endocarditis.  Ann Epidemiol 2019;37:77-80. doi: 10.1016/j.annepidem.2019.07.005.

Filippini T, Hatch EE, **Rothman KJ**, Heck JE, Park AS, Crippa A, Orsini N, Vinceti M: Association between outdoor air pollution and childhood leukemia: a systematic review and dose-response meta-analysis.  Environ Health Perspect. 2019;127:46002. doi: 10.1289/EHP4381.

Hahn KA, Wesselink AK, Wise LA, Mikkelsen EM, Cueto HT, Tucker KL, Vinceti M, **Rothman KJ**, Sorensen HT, Hatch EE: Iron consumption is not consistently associated with fecundability among North American and Danish pregnancy planners.  J Nutr 2019; Jun 1. pii: nxz094. doi: 10.1093/jn/nxz094.

Skajaa N, Horváth-Puhó E, Adelborg K, Prandoni P, **Rothman KJ**, Sørensen HT:  Venous thromboembolism in Denmark: seasonality in occurrence and mortality.  Thieme Open 2019;3:e171–e179.

Anthony MS, Armstrong MA, Getahun D, Scholes D, Gatz J, Schulze-Rath R, Postlethwaite D, Merchant M, Alabaster AL, Chillemi G, Raine-Bennett T, Xie F, Chiu VY, Im TM, Takhar HS, Fassett M, Grafton J, Cronkite D, Ichikawa L, Reed SD, Hui SL, Ritchey ME, Saltus CW, Andrews EB, **Rothman KJ**, Asiimwe A, Lynen R, Schoendorf J: Identification and validation of uterine perforation, intrauterine device expulsion, and breastfeeding in four health care systems with electronic health records. Clinical Epidemiol 2019;11:635–643.

Carrigan G, Whipple S, Capra WB, Taylor MD, Brown JS, Lu M, Arnieri B, Copping R, **Rothman KJ**:  Using electronic health records to derive control arms for early phase single-arm lung cancer trials: proof-of-concept in randomized controlled trials.  Clin Pharmacol Ther 2019; Jul 27. doi: 10.1002/cpt.1586. [Epub ahead of print]

Margulis A, Hernandez-Diaz S, McElrath T, **Rothman KJ**, Plana E, Almqvist C, D'Onofrio BM, Oberg AS: Relation of in-utero exposure to antiepileptic drugs to pregnancy duration and size at birth.  PLoS One. 2019 Aug 5;14(8):e0214180. doi: 10.1371/journal.pone.0214180. eCollection 2019.

Glynn RJ, Lunt M, **Rothman KJ**, Poole C, Schneeweiss S, Stürmer T: Comparison of alternative approaches to trim subjects in the tails of the propensity score distribution. Pharmacoepidemiol Drug Saf  2019 doi: 10.1002/pds.4846. [Epub ahead of print]

Mazurek M, Halperin JL, Huisman MV, Diener HC, Dubner SJ, Ma CS, **Rothman KJ**, Healey JS, Teutsch C, Paquette M, França LR, Lu S, Bartels DB, Lip GYH: Antithrombotic treatment for newly diagnosed atrial fibrillation in relation to patient age: the GLORIA-AF registry programme. Europace 2020;  22, 47–57 doi:10.1093/europace/euz278

Vinceti M, Filippini T, Malagoli C, Violi F, Mandrioli J, Consonni D, **Rothman KJ**, Wise LA: Amyotrophic lateral sclerosis incidence following exposure to inorganic selenium in drinking water: A long-term follow-up.  Environ Res  2019 Sep 14;179(Pt A):108742. doi: 10.1016/j.envres.2019.108742. [Epub ahead of print]

Ripollone JE, Huybrechts KF, **Rothman KJ**, Ferguson RE, Franklin JM:  Evaluating the utility of coarsened exact matching for pharmacoepidemiology using real and simulated claims data.  Am J Epidemiol  2019; pii: kwz268.  doi: 10.1093/aje/kwz268. [Epub ahead of print]

Sommer GJ, Wang TR, Epperson JG, Hatch EE, Wesselink AK, **Rothman KJ**, Fredriksen LL, Schaff UY, Behr B, Eisenberg ML, Wise LA:  At-home sperm testing for epidemiologic studies: evaluation of the Trak male fertility testing system in an internet-based preconception cohort. Paediatr Perinat Epidemiol  2019;  doi: 10.1111/ppe.12612. [Epub ahead of print]

Mazurek M, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Ma CS, **Rothman KJ**, Paquette M, Zint K, França LR, Lu S, Bartels DB, Huisman MV, Lip GYH; GLORIA-AF Investigators:  Safety and effectiveness of dabigatran at 2 years: final outcomes from Phase II of the GLORIA-AF registry program.  Am Heart J 2019; 218:123-127. doi: 10.1016/j.ahj.2019.08.012.

Willis SK, Wise LA, Wesselink AK, **Rothman KJ**, Mikkelsen EM, Tucker KL, Trolle E, Hatch EE:  Glycemic load, dietary fiber, and added sugar and fecundability in 2 preconception cohorts. Am J Clin Nutr  2020;   Jan 4. pii: nqz312. doi: 10.1093/ajcn/nqz312. [Epub ahead of print]

Paquette M, França LR, Teutsch C, Diener HC, Lu S, Dubner SJ, Ma CS, **Rothman KJ**, Zint K, Halperin JL, Olshansky B, Huisman MV, Lip GYH, Nieuwlaat R: Dabigatran persistence and outcomes following discontinuation in atrial fibrillation patients from the GLORIA-AF registry.  Am J Cardiol  2020;125:383-391. doi: 10.1016/j.amjcard.2019.10.047

Wesselink AK, Hatch EE, Mikkelsen EM, Trolle E, Willis SK, McCann SE, Valsta L, Lundqvist A, Tucker KL, **Rothman KJ**, Wise LA: Dietary phytoestrogen intakes of adult women are not strongly related to fecundability in 2 preconception cohort studies.  J Nutr 2020; Jan 14. pii: nxz335. doi: 10.1093/jn/nxz335. [Epub ahead of print]

Wesselink AK, Wise LA, Hatch EE, Mikkelsen EM, Sørensen HT, Riis AH, McKinnon CJ, **Rothman KJ**: Seasonal patterns in fecundability in North America and Denmark: a preconception cohort study [published online ahead of print, 2020 Jan 31]. Hum Reprod. 2020;dez265. doi:10.1093/humrep/dez265

Høyer S, Riis AH, Toft G, Wise LA, Hatch EE, Wesselink AK, **Rothman KJ**, Sørensen HT, Mikkelsen EM:  Male alcohol consumption and fecundability. Hum Reprod. 2020 Mar 10. pii: dez294. doi: 10.1093/humrep/dez294. [Epub ahead of print]

Willis SK, Mathew HM, Wise LA, Hatch EE, Wesselink AK, **Rothman KJ**, Mahalingaiah S: Menstrual patterns and self-reported hirsutism as assessed via the modified Ferriman-Gallwey scale: A cross-sectional study.  Eur J Obstet Gynecol Reprod Biol. 2020 Mar 6;248:137-143. doi: 10.1016/j.ejogrb.2020.03.012. [Epub ahead of print]

Wise LA, Wang TR, Willis SK, Wesselink AK, **Rothman KJ**, Hatch EE: Effect of a home pregnancy test intervention on cohort retention and pregnancy detection: A randomized trial. Am J Epidemiol. 2020 Mar 4. pii: kwaa027. doi: 10.1093/aje/kwaa027. [Epub ahead of print]

Orta OR, Hatch EE, Regan AK, Perkins R, Wesselink AK, Willis SK, Mikkelsen EM, **Rothman KJ**, Wise LA: A prospective study of influenza vaccination and time to pregnancy. Vaccine 2020; 38:4246-4251. doi: 10.1016/j.vaccine.2020.04.054. Epub 2020 May 11. PMID: 32409134

Harlow AF, Hatch EE, Wesselink AK, **Rothman KJ**, Wise LA: E-cigarettes and fecundability: Results from a prospective preconception cohort study. Am J Epidemiol 2020; May 7 doi: 10.1093/aje/kwaa067.

Wesselink AK, Hatch EE, **Rothman KJ**, Willis SK, Orta OR, Wise LA: Pesticide residue intake from fruits and vegetables and fecundability in a North American preconception cohort study. Environ Int. 2020; 139:105693. doi: 10.1016/j.envint.2020.105693. Online ahead of print. PMID: 32259756

Omland LH, Holm-Hansen C, Lebech AM, Dessau RB, Bodilsen J, Andersen NS, Roed C, Christiansen CB, Ellermann-Eriksen S, Midgley S, Nielsen L, Benfield T, Hansen AE, Andersen CØ, **Rothman KJ**, Sørensen HT, Fischer TK, Obel N: Long-term survival, health, social functioning, and education in patients with an enterovirus central nervous system infection, Denmark, 1997-2016. J Infect Dis 2020 Apr 1:jiaa151. doi: 10.1093/infdis/jiaa151. PMID: 32236420

Harlow BL, Murray EJ, **Rothman KJ**: Genital powder use and ovarian cancer. JAMA. 2020; 323(20):2096. doi: 10.1001/jama.2020.3858.

Wise LA, Wesselink AK, Hatch EE, Weuve J, Murray EJ, Wang TR, Mikkelsen EM, Toft Sørensen H, **Rothman KJ**: Changes in behavior with increasing pregnancy attempt time: a prospective cohort study. Epidemiology 2020; 31(5):659-667. doi: 10.1097/EDE.0000000000001220.

Wesselink AK, Bresnick KA, Hatch EE, **Rothman KJ**, Mikkelsen EM, Wang TR, Huybrechts KF, Wise LA: Male use of pain medication and fecundability. Am J Epidemiol 2020;doi: 10.1093/aje/kwaa096.

Ma C, Riou França L, Lu S, Diener HC, Dubner SJ, Halperin JL, Li Q, Paquette M, Teutsch C, Huisman MV, Lip GYH, **Rothman KJ**: Stroke prevention in atrial fibrillation changes after dabigatran availability in China: the GLORIA-AF registry. J Arrhythm 2020;36(3):408-416. doi: 10.1002/joa3.12321.

Carrigan G, Whipple S, Capra WB, Taylor MD, Brown JS, Lu M, Arnieri B, Copping R, **Rothman KJ**: Response to "Externally controlled trials: are we there yet?" Clin Pharmacol Ther 2020; doi: 10.1002/cpt.1880.

Koziel M, Mazurek M, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Ma CS, **Rothman KJ**, Brandes A, Paquette M, Zint K, França LR, Lu S, Bartels DB, Huisman MV, Lip GYH: Persistence with anticoagulation for atrial fibrillation: report from the GLORIA-AF Phase III 1-year follow-up.  J Clin Med. 2020;9(6):1969. doi: 10.3390/jcm9061969.

Crowe HM, Wise LA, Wesselink AK, **Rothman KJ**, Mikkelsen EM, Sørensen HT, Walkey AJ, Hatch EE: Association of asthma diagnosis and medication use with fecundability: a prospective cohort study. Clin Epidemiol 2020;12:579-587. doi: 10.2147/CLEP.S245040

Dubner SJ, Teutsch C, Huisman MV, Diener HC, Halperin J, **Rothman KJ**, Ma CS, Chuquiure-Valenzuela E, Bergler-Klein J, Zint K, Riou França L, Lu S, Paquette M, Lip GYH: Characteristics and 2-year outcomes of dabigatran treatment in patients with heart failure and atrial fibrillation: GLORIA-AF.  ESC Heart Fail. 2020; doi: 10.1002/ehf2.12857.

Schrager NL, Wesselink AK, Wang TR, Hatch EE, **Rothman KJ**, Mikkelsen EM, Boynton-Jarrett RD, Wise LA: Association of income and education with fecundability in a North American preconception cohort. Ann Epidemiol 2020; doi:10.1016/j.annepidem.2020.07.004.

Willis SK, Hatch EE, Wesselink AK, **Rothman KJ**, Mikkelsen EM, Ahrens KA, Wise LA: Post-partum interval and time to pregnancy in a prospective preconception cohort. Paediatr Perinat Epidemiol 2020; doi: 10.1111/ppe.12702.

Wise LA, Willis SK, Mikkelsen EM, Wesselink AK, Sørensen HT, **Rothman KJ**, Tucker KL, Trolle E, Vinceti M, Hatch EE: The association between seafood intake and fecundability: analysis from two prospective studies. Nutrients. 2020;12(8):2276. doi: 10.3390/nu12082276.

Filippini T, **Rothman KJ**, Goffi A, Ferrari F, Maffeis G, Orsini N, Vinceti M: Satellite-detected tropospheric nitrogen dioxide and spread of SARS-CoV-2 infection in Northern Italy. Sci Total Environ 2020;739:140278. doi: 10.1016/j.scitotenv.2020.140278. Epub 2020 Jun 16.

Haviland MJ, Nillni YI, Fox MP, Savitz DA, Hatch EE, **Rothman KJ**, Hacker MR, Wang TR, Wise LA: Psychotropic medication use during pregnancy and gestational age at delivery. Ann Epidemiol 2020; S1047-2797(20)30291-X. doi: 10.1016/j.annepidem.2020.08.010

Vinceti M, Filippini T, **Rothman KJ**, Ferrari F, Goffi A, Maffeis G, Orsini N: Lockdown timing and efficacy in controlling COVID-19 using mobile phone tracking. EClinicalMedicine 2020; 25:100457. doi: 10.1016/j.eclinm.2020.100457. Epub 2020 Jul 13.

Stanford JB, Willis SK, Hatch EE, **Rothman KJ**, Wise LA: Fecundability in relation to use of mobile computing apps to track the menstrual cycle. Hum Reprod. 2020;35(10):2245-2252. doi: 10.1093/humrep/deaa176.

Ripollone JE, Huybrechts KF, **Rothman KJ**, Ferguson RE, Franklin JM: Brief discussion on sampling variability in 1:1 propensity score matching without replacement. Pharmacoepidemiol Drug Saf  2020; 29(9):1194-1197. doi: 10.1002/pds.5094.

Yland JJ, Bresnick KA, Hatch EE, Wesselink AK, Mikkelsen EM, **Rothman KJ**, Sørensen HT, Huybrechts KF, Wise LA: Pregravid contraceptive use and fecundability: prospective cohort study.  BMJ 2020;371:m3966. doi: 10.1136/bmj.m3966. PMID: 33177047

Harlow AF, Wesselink AK, Hatch EE, **Rothman KJ**, Wise LA: Male preconception marijuana use and spontaneous abortion: a prospective cohort study. Epidemiology  2020 Nov 5. doi: 10.1097/EDE.0000000000001303.

Filippini T, **Rothman KJ**, Cocchio S, Narne E, Mantoan D, Saia M, Goffi A, Ferrari F, Maffeis G, Orsini N, Baldo V, Vinceti M:  Associations between mortality from COVID-19 in two Italian regions and outdoor air pollution as assessed through tropospheric nitrogen dioxide. Sci Total Environ. 2020;  Nov 4:143355. doi: 10.1016/j.scitotenv.2020.143355

Webster-Clark M, Stürmer T, Wang T, Man K, Marinac-Dabic D, **Rothman KJ**, Ellis AR, Gokhale M, Lunt M, Girman C, Glynn RJ: Using propensity scores to estimate effects of treatment initiation decisions: State of the science.  Stat Med  2020 Dec 29. doi: 10.1002/sim.8866.

**Rothman KJ**: Rothman responds to "Surprise!"  Am J Epidemiol. 2021; 190:194-195. doi: 10.1093/aje/kwaa137. PMID: 33524113

Conover MM, **Rothman KJ**, Stürmer T, Ellis AR, Poole C, Jonsson Funk M: Stat Med 2021; doi: 10.1002/sim.8887. Online ahead of print. PMID: 33622016 Propensity score trimming mitigates bias due to covariate measurement error in inverse probability of treatment weighted analyses: A plasmode simulation.

Stürmer T, Webster-Clark M, Lund JL, Wyss R, Ellis AR, Lunt M, **Rothman KJ**, Glynn RJ: Propensity score weighting and trimming strategies to reduce variance and bias of treatment effect estimates: a simulation study.  Am J Epidemiol 2021; doi: 10.1093/aje/kwab041. Online ahead of print. PMID: 33615349

van der Wall SJ, Teutsch C, Dubner SJ, Diener HC, Halperin JL, Ma CS, **Rothman KJ**, Paquette M, Zint K, França LR, Lu S, Lip GYH, Huisman MV, GLORIA-AF Investigators: Anticoagulation prescription and outcomes in relation to renal function in patients with atrial fibrillation: results from GLORIA-AF. TH Open. 2021; doi: 10.1055/s-0040-1722706. eCollection 2021 Jan. PMID: 33564743 Free PMC article.

<u>Kenneth J. Rothman</u>                              page -49-                              <u>Curriculum Vitae</u>

Skajaa N, Adelborg K, Horváth-Puhó E, **Rothman KJ**, Henderson VW, Thygesen LC, Sørensen HT: Nationwide trends in incidence and mortality of stroke among younger and older adults in Denmark. Neurology  2021; doi: 10.1212/WNL.0000000000011636.

Hatch EE, Willis SK, Wesselink AK, Mikkelsen EM, Eisenberg ML, Sommer GJ, Sorensen HT, **Rothman KJ**, Wise LA: Male cellular telephone exposure, fecundability, and semen quality: results from two preconception cohort studies.  Hum Reprod 2021; doi: 10.1093/humrep/deab001. Online ahead of print. PMID: 33564831

Koziel M, Teutsch C, Halperin JL, **Rothman KJ**, Diener HC, Ma CS, Marler S, Lu S, Gurusamy VK, Huisman MV, Lip GYH; GLORIA-AF Investigators:  Atrial fibrillation and comorbidities: Clinical characteristics and antithrombotic treatment in GLORIA-AF. PLoS One. 2021 Apr 14;16(4):e0249524. doi: 10.1371/journal.pone.0249524.

Bond JC, Wise LA, Willis SK, Yland JJ, Hatch EE, **Rothman KJ**, Heaton B: Self-reported periodontitis and fecundability in a population of pregnancy planners. Hum Reprod. 2021 Apr 3:deab058. doi: 10.1093/humrep/deab058. PMID: 33822056

Vinceti M, Filippini T, **Rothman KJ**, Di Federico S, Orsini N:  SARS-CoV-2 infection incidence during the first and second COVID-19 waves in Italy.  Environ Res. 2021 Apr 1;197:111097. doi: 10.1016/j.envres.2021.111097. PMID: 33811866 Free PMC article.

Wesselink AK, Kirwa K, Hatch EE, Hystad P, Szpiro AA, Kaufman JD, Levy JI, Mikkelsen EM, Quraishi SM, **Rothman KJ**, Wise LA:  Residential proximity to major roads and fecundability in a preconception cohort.  Environ Epidemiol. 2020 Nov 11;4(6):e112. doi: 10.1097/EE9.0000000000000112. eCollection 2020 Dec. PMID: 33778352

Conover MM, **Rothman KJ**, Stürmer T, Ellis AR, Poole C, Jonsson Funk M:  Propensity score trimming mitigates bias due to covariate measurement error in inverse probability of treatment weighted analyses: A plasmode simulation.  Stat Med. 2021 Apr;40(9):2101-2112. doi: 10.1002/sim.8887. Epub 2021 Feb 23. PMID: 33622016

Stürmer T, Webster-Clark M, Lund JL, Wyss R, Ellis AR, Lunt M, **Rothman KJ**, Glynn RJ: Propensity score weighting and trimming strategies to reduce variance and bias of treatment effect estimates: a simulation study. Am J Epidemiol. 2021 Feb 22:kwab041. doi: 10.1093/aje/kwab041. PMID: 33615349

Yland JJ, Eisenberg ML, Hatch EE, **Rothman KJ**, McKinnon CJ, Nillni YI, Sommer GJ, Wang TR, Wise LA: A North American prospective study of depression, psychotropic medication use, and semen quality. Fertil Steril. 2021 May 6:S0015-0282(21)00263-6. doi: 10.1016/j.fertnstert.2021.03.052.

Wise LA, Wang TR, Wesselink AK, Willis SK, Chaiyasarikul A, Levinson JS, **Rothman KJ**, Hatch EE, Savitz DA:  Accuracy of self-reported birth outcomes relative to birth

certificate data in an Internet-based prospective cohort study. Paediatr Perinat Epidemiol. 2021 May 6. doi: 10.1111/ppe.12769.

Beachler DC, Taylor DH, Anthony MS, Yin R, Li L, Saltus CW, Li L, Shaunik A, Walsh KE, **Rothman KJ**, Johannes CB, Aroda VR, Carr W, Goldberg P, Accardi A, O'Shura JS, Sharma K, Juhaeri J, Lanes S, Wu C: Development and validation of a predictive model algorithm to identify anaphylaxis in adults with type 2 diabetes in U.S. administrative claims data. Pharmacoepidemiol Drug Saf. 2021 Apr 26. doi: 10.1002/pds.5257.

Vinceti M, Filippini T, Wise LA, **Rothman KJ**: A systematic review and dose-response meta-analysis of exposure to environmental selenium and the risk of type 2 diabetes in nonexperimental studies.  Environ Res. 2021 Apr 22;197:111210. doi: 10.1016/j.envres.2021.111210.

Basso O, Willis SK, Hatch EE, Mikkelsen EM, **Rothman KJ**, Wise LA. Maternal age at birth and daughter's fecundability.  Hum Reprod. 2021 Apr 16:deab057. doi: 10.1093/humrep/deab057.

van der Wall SJ, Lip GYH, Teutsch C, Kalejs O, Lyrer P, Hall C, Dubner SJ, Diener HC, Halperin JL, Ma CS, **Rothman KJ**, Zint K, Zhai D, Huisman MV; GLORIA-AF Investigators:   Low bleeding and thromboembolic risk with continued dabigatran during cardiovascular interventions: the GLORIA-AF study. Eur J Intern Med. 2021; S0953-6205(21)00171-0. doi: 10.1016/j.ejim.2021.05.020. Online ahead of print. PMID: 34120814

Yland JJ, Eisenberg ML, Hatch EE, **Rothman KJ**, McKinnon CJ, Nillni YI, Sommer GJ, Wang TR, Wise LA: A North American prospective study of depression, psychotropic medication use, and semen quality. Fertil Steril. 2021; S0015-0282(21)00263-6. doi: 10.1016/j.fertnstert.2021.03.052.  Online ahead of print. PMID: 33966888

Wise LA, Wang TR, Wesselink AK, Willis SK, Chaiyasarikul A, Levinson JS, **Rothman KJ**, Hatch EE, Savitz DA: Accuracy of self-reported birth outcomes relative to birth certificate data in an Internet-based prospective cohort study. Paediatr Perinat Epidemiol. 2021;  doi: 10.1111/ppe.12769. Online ahead of print. PMID: 33956369

Fortuny J, von Gersdorff G, Lassalle R, Linder M, Overbeek J, Reinold J, Toft G, Timmer A, Dress J, Blin P, Droz-Perroteau C, Ehrenstein V, Franzoni C, Herings R, Kollhorst B, Moore N, Odsbu I, Perez-Gutthann S, Schink T, Rascher K, Rasouliyan L, **Rothman KJ**, Saigi-Morgui N, Schaller M, Smits E, Forstner M; Intravenous Iron Consortium, Bénichou J, Bircher AJ, Garbe E, Rampton DS, Gutierrez L: Use of intravenous iron and risk of anaphylaxis: A multinational observational post-authorisation safety study in Europe. Pharmacoepidemiol Drug Saf. 2021 Jun 28. doi: 10.1002/pds.5319.

McKinnon CJ, Hatch EE, Orta OR, **Rothman KJ**, Eisenberg ML, Wefes-Potter J, Wise LA: The association between work hours, shift work, and job latitude with fecundability: A preconception cohort study. J Occup Health Psychol. 2021 Jul 29. doi: 10.1037/ocp0000279. Online ahead of print. PMID: 34323556

Koziel M, Teutsch C, Bayer V, Lu S, Gurusamy VK, Halperin JL, **Rothman KJ**, Diener HC, Ma CS, Huisman MV, Lip GYH, GLORIA-AF Investigators: Changes in anticoagulant prescription patterns over time for patients with atrial fibrillation around the world. J Arrhythm. 2021 Jul 10;37(4):990-1006. doi: 10.1002/joa3.12588. eCollection 2021 Aug. PMID: 34386125

**Rothman KJ**: The origin of *Modern Epidemiology*, the book. Eur J Epidemiol. 2021;36(8):763-765. doi: 10.1007/s10654-021-00790-0. Epub 2021 Aug 28.

Vinceti M, Filippini T, **Rothman KJ**, Di Federico S, Orsini N: The association between first and second wave COVID-19 mortality in Italy. BMC Public Health. 2021 Nov 11;21(1):2069. doi: 10.1186/s12889-021-12126-4. PMID: 34763690

Beachler DC, Taylor DH, Anthony MS, Yin R, Li L, Saltus CW, Li L, Shaunik A, Walsh KE, **Rothman KJ**, Johannes CB, Aroda VR, Carr W, Goldberg P, Accardi A, O'Shura JS, Sharma K, Juhaeri J, Lanes S, Wu C: Response to letter to the editor regarding "Development and validation of a predictive model algorithm to identify anaphylaxis in adults with type 2 diabetes in U.S. administrative claims data". Pharmacoepidemiol Drug Saf. 2021 Oct 23. doi: 10.1002/pds.5376. Online ahead of print. PMID: 34687257

Wesselink AK, Wang TR, Ketzel M, Mikkelsen EM, Brandt J, Khan J, Hertel O, Laursen ASD, Johannesen BR, Willis MD, Levy JI, **Rothman KJ**, Sørensen HT, Wise LA, Hatch EE: Air pollution and fecundability: Results from a Danish preconception cohort study. Paediatr Perinat Epidemiol. 2021 Dec 10. doi: 10.1111/ppe.12832. Online ahead of print. PMID: 34890081

Skajaa N, Adelborg K, Horváth-Puhó E, **Rothman KJ**, Henderson VW, Thygesen LC, Sørensen HT: Risks of stroke recurrence and mortality after first and recurrent strokes in Denmark: A nationwide registry study. Neurology 2021 Nov 29:10.1212/WNL.0000000000013118. doi: 10.1212/WNL.0000000000013118.

Cueto HT, Jacobsen BH, Laursen ASD, Riis AH, Hatch EE, Wise LA, Trolle E, Sørensen HT, **Rothman KJ**, Wesselink AK, Willis S, Johannesen BR, Mikkelsen EM: Dietary folate intake and fecundability in two preconception cohorts. Hum Reprod. 2022 Jan 20:deac002. doi: 10.1093/humrep/deac002. Online ahead of print. PMID: 35051293

Arana A, Pottegård A, Kuiper JG, Booth H, Reutfors J, Calingaert B, Lund LC, Crellin E, Schmitt-Egenolf M, Kaye JA, Gembert K, **Rothman KJ**, Kieler H, Dedman D, Houben E, Gutiérrez L, Hallas J, Perez-Gutthann S: Long-Term Risk of Skin Cancer and Lymphoma in Users of Topical Tacrolimus and Pimecrolimus: Final Results from the Extension of the Cohort Study Protopic Joint European Longitudinal Lymphoma and Skin Cancer Evaluation (JOELLE). Clin Epidemiol. 2021 Dec 29;13:1141-1153. doi: 10.2147/CLEP.S331287. eCollection 2021. PMID: 35002327

Wesselink AK, Hatch EE, **Rothman KJ**, Wang TR, Willis MD, Yland J, Crowe HM, Geller RJ, Willis SK, Perkins RB, Regan AK, Levinson J, Mikkelsen EM, Wise LA: A prospective cohort study of COVID-19 vaccination, SARS-CoV-2 infection, and fertility. Am J Epidemiol. 2022 Jan 20:kwac011. doi: 10.1093/aje/kwac011. Online ahead of print. PMID: 35051292

Yland JJ, McKinnon CJ, Hatch EE, Eisenberg ML, Nillni YI, **Rothman KJ**, Wise LA: A prospective study of male depression, psychotropic medication use, and fecundability. Am J Men's Health. 2022;16(1):15579883221075520. doi: 10.1177/15579883221075520. PMID: 35144505

Wesselink AK, Wise LA, Hatch EE, Mikkelsen EM, Savitz DA, Kirwa K, **Rothman KJ**:  A prospective cohort study of seasonal variation in spontaneous abortion.  Epidemiology. 2022 Feb 11. doi: 10.1097/EDE.0000000000001474.

Yland JJ, Crowe HM, Hatch EE, Willis SK, Wang TR, Mikkelsen EM, Savitz DA, Walkey AJ, **Rothman KJ**, Wise LA: A prospective study of preconception asthma and spontaneous abortion. Ann Epidemiol 2022 Feb 27:S1047-2797(22)00024-2. doi: 10.1016/j.annepidem.2022.02.006.

Wesselink AK, Willis SK, Laursen ASD, Mikkelsen EM, Wang TR, Trolle E, Tucker KL, **Rothman KJ**, Wise LA, Hatch EE:  Protein-rich food intake and risk of spontaneous abortion: a prospective cohort study. Eur J Nutr. 2022 Mar 13. doi: 10.1007/s00394-022-02849-4.

Laursen ASD, Johannesen BR, Willis SK, Hatch EE, Wise LA, Wesselink AK, **Rothman KJ**, Sørensen HT, Mikkelsen EM: Adherence to Nordic dietary patterns and risk of first-trimester spontaneous abortion. Eur J Nutr. 2022 Apr 24. doi: 10.1007/s00394-022-02886-z.

Rebordosa C, Farkas DK, Montonen J, Laugesen K, Voss F, Aguado J, Bothner U, **Rothman KJ**, Zint K, Mines D, Ehrenstein V: Cardiovascular events and all-cause mortality in patients with chronic obstructive pulmonary disease using olodaterol and other long-acting beta2-agonists. Pharmacoepidemiol Drug Saf. 2022 Mar 23. doi: 10.1002/pds.5432.

Skajaa N, Adelborg K, Horváth-Puhó E, **Rothman KJ**, Henderson VW, Thygesen LC, Sørensen HT: Stroke and Risk of Mental Disorders Compared With Matched General Population and Myocardial Infarction Comparators. Stroke. 2022 Mar 23:STROKEAHA121037740. doi: 10.1161/STROKEAHA.121.037740.

Lip GYH, Kotalczyk A, Teutsch C, Diener HC, Dubner SJ, Halperin JL, Ma CS, **Rothman KJ**, Marler S, Gurusamy VK, Huisman MV; GLORIA-AF Investigators: Comparative effectiveness and safety of non-vitamin K antagonists for atrial fibrillation in clinical practice. GLORIA-AF Registry. Clin Res Cardiol. 2022 May;111(5):560-573. doi: 10.1007/s00392-022-01996-2.

Huisman MV, Teutsch C, Lu S, Diener HC, Dubner SJ, Halperin JL, Ma CS, **Rothman KJ**, Lohmann R, Gurusamy VK, Bartels DB, Lip GYH; GLORIA-AF Investigators: Dabigatran versus vitamin K antagonists for atrial fibrillation in clinical practice: final outcomes from Phase III of the GLORIA-AF registry. Clin Res Cardiol. 2022 May;111(5):548-559. doi: 10.1007/s00392-021-01957-1.

Reed SD, Zhou X, Ichikawa L, Gatz JL, Peipert JF, Armstrong MA, Raine-Bennett T, Getahun D, Fassett MJ, Postlethwaite DA, Shi JM, Asiimwe A, Pisa F, Schoendorf J, Saltus CW, Anthony MS; APEX-IUD study team: Intrauterine device-related uterine perforation incidence and risk (APEX-IUD): a large multisite cohort study. Lancet. 2022;399(10341):2103-2112. doi: 10.1016/S0140-6736(22)00015-0. PMID: 35658995

Laursen ASD, Johannesen BR, Willis SK, Hatch EE, Wise LA, Wesselink AK, **Rothman KJ**, Sørensen HT, Mikkelsen EM: Adherence to Nordic dietary patterns and risk of first-trimester spontaneous abortion. Eur J Nutr. 2022 Apr 24. doi: 10.1007/s00394-022-02886-z.

Vinceti M, Balboni E, **Rothman KJ**, Teggi S, Bellino S, Pezzotti P, Ferrari F, Orsini N, Filippini T. J: Substantial impact of mobility restrictions on reducing COVID-19 incidence in Italy in 2020. Travel Med. 2022 Jul 24:taac081. doi: 10.1093/jtm/taac081.

McKinnon CJ, Joglekar DJ, Hatch EE, **Rothman KJ**, Wesselink AK, Willis MD, Wang TR, Mikkelsen EM, Eisenberg ML, Wise LA: Male personal heat exposures and fecundability: A preconception cohort study. Andrology 2022 Aug 4 doi: 10.1111/andr.13242.

Weissert SJ, Mikkelsen EM, Jacobsen BH, Hatch EE, Wesselink AK, Wise LA, **Rothman KJ**, Sørensen HT, Laursen ASD:  Organic food consumption and fecundability in a preconception cohort study of Danish couples trying to conceive. Paediatr Perinat Epidemiol. 2022 Sep 7. doi: 10.1111/ppe.12924.

Willis SK, Wise LA, Laursen ASD, Wesselink AK, Mikkelsen EM, Tucker KL, **Rothman KJ**, Hatch EE: Glycemic Load, Dietary Fiber, Added Sugar and Spontaneous Abortion in Two Preconception Cohorts. J Nutr. 2022 Sep 4:nxac202. doi: 10.1093/jn/nxac202.

page -54-

Quinn KL, Abdel-Qadir H, Barrett K, Bartsch E, Beaman A, Biering-Sørensen T, Colacci M, Cressman A, Detsky A, Gosset A, Lassen MH, Kandel C, Khaykin Y, Lapointe-Shaw L, Lovblom E, MacFadden DR, Perkins B, **Rothman KJ**, Skaarup KG, Stall N, Tang T, Yarnell C, Zipursky J, Warkentin MT, Fralick M: Variation in the risk of death due to COVID-19: An international multicenter cohort study of hospitalized adults. COVID-ACE Group. J Hosp Med. 2022 Aug 30. doi: 10.1002/jhm.12946.

# EXHIBIT C

# Materials Considered

## MATERIALS CONSIDERED

1. AMA Final Report for Sample D 58 FDA Redacted July 24, 2019
2. Berge, et al., Genital Use of Talc and Risk of Ovarian cancer: a Meta-Analysis, 27 European J. Cancer Prev. 248 (2018)
3. Booth, Risk Factors for Ovarian Cancer: a Case-Control Study, 60 Brit. J. Cancer 592 (1989)
4. Carr, Talc: Consumer Uses and Health Perspectives, 21 Reg. Tox. & Pharmacology 211–215 (1995)
5. Chang & Harvey A. Risch, Perineal Talc Exposure and Risk of Ovarian Carcinoma, 79 Cancer 2396 (1997)
6. Chen, et al., Risk Factors for Epithelial Ovarian Cancer in Beijing, China, 21 Int'l J. Epidemiology 23 (1992)
7. Cramer, et al., Genital Talc Exposure and Risk of Ovarian Cancer, 81 Int'l J. Cancer 351 (1999)
8. Cramer, et al., Ovarian Cancer and Talc: A Case-Control Study, 50 Cancer 372 (1982)
9. Cramer, et al., The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States, 27 Epidemiology 334 (2016)
10. Davis, et al., Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium, 30 Cancer Epi. Biomarkers Prev. 1660 (2021)
11. FDA Response to Citizens Petitions, April 1, 2014
12. FDA Testing (AMA) (10-3-2019)
13. Gates, et al., Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype, 171 Am. J. Epidemiology 45 (2010)
14. Gates, et al., Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer, 17 Cancer Epidemiology Biomarkers Prev. 2436 (2008)
15. Gertig, et al., Prospective Study of Talc Use and Ovarian Cancer, 92 J. Nat'l Cancer Inst. 249 (2000)
16. Godard, et al., Risk Factors for Familial and Sporadic Ovarian Cancer Among French Canadians: a Case-Control Study, 179 Am. J. Obstetrics & Gynecology 403 (1998)
17. Gonzalez, et al., Douching, Talc Use, and Risk of Ovarian Cancer, 27 Epidemiology 797 (2016)
18. Goodman, et al., A Critical Review of Talc and Ovarian Cancer, 5 J. Tox. & Environ. Health 183 (2020)
19. Gross & Berg, A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer, 5 J. Exposure Analysis & Envtl. Epidemiology 181 (1995)
20. Harlow & Weiss, A Case –Control Study of Borderline Ovarian Tumors: the Influence of Perineal Exposure to Talc, 130 Am. J. Epidemiology 390 (1989)
21. Harlow, et al., Perineal Exposure to Talc and Ovarian Cancer Risk, 80 Obstetrics & Gynecology 19 (1992)

22. Hartge & Stewart, Occupation and Ovarian Cancer: A Case-Control Study in the Washington, DC, Metropolitan Area, 1978-1981, J. Occupational Med. 924 (1994)

23. Harvard Medical School 1982 Questionnaire - NHS 1982 Questionnaire (Long)

24. Health Canada Final Screening Assessment (April 2021)

25. Henderson et al., Talc in Normal and Malignant Ovarian Tissue, Lancet (1979)

26. Henderson, et al., Talc and Carcinoma of the Ovary and Cervix, 78 J. Obstetrics & Gynaecology British Commonwealth 266 (1971)

27. Hopkins Exhibit 28 (J&J testing)

28. Houghton, et al., Perineal Powder Use and Risk of Ovarian Cancer, 106 J. Nat'l Cancer Inst. (2014)

29. Huncharek, et al., Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: a Meta-Analysis of 11, 933 Subjects from Sixteen Observational Studies, 23 Anticancer Research 1955 (2003)

30. IARC Monograph 100C, (Arsenic, Metals, Fibres, and Dusts V100C, A Review of Human Carcinogens - 2012)

31. IARC Monograph Priorities, Advisory Group recommendations on priorities for the IARC Monographs (April 17, 2019)

32. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans V93, Carbon Black, Titanium Dioxide, and Talc, IARC Monograph 93 (2010)

33. Kurta, et al., Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a U.S.-Based Case-Control Study, 21 Cancer Epidemiology Biomarkers Prev. 1282 (2012)

34. Langseth, et al., Perineal Use of Talc and Risk of Ovarian Cancer, 62 J. Epidemiology Comm. Health 358 (2008)

35. Longo & Rigler - Asbestos & Talc Fiber Exposure Tables 1960-2000s - JBP & S2S

36. Longo & Rigler MDL 2nd Supp. Expert Report (Feb. 1, 2019)

37. Lynch, et al. (2023), Systematic Review of the Association between Talc and Female Reproductive Tract Cancers, Frontiers in Toxicology (2023)

38. Merritt, et al., Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer, 122 Int'l J. Cancer 170 (2008)

39. Micha, et al. (2022). Talc powder and ovarian cancer: What is the evidence? 306 Archives Gynecology & Obstetrics 931 (2022)

40. Mills, et al., Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California, 112 Int'l J. Cancer 458 (2004)

41. Moorman, et al., Ovarian Cancer Risk Factors in African-American and White Women, 170 Am. J. Epidemiology 598 (2009)

42. National Academies Press. (2011). Reference Guide on Epidemiology. In Reference Manual on Scientific Evidence (3rd ed., p. 549-631).

43. NCI PDQ 03-19-2015 – P.385

44. Ness, Does Talc Exposure Cause Ovarian Cancer?, 25 Int'l J. Gyn. Cancer (2015)

45. Ness, Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer, 11 Epidemiology 111 (2000)

46. O'Brien, et al., Association of Powder Use in the Genital Area with Risk of Ovarian Cancer, 323 JAMA 49 (2020)

47.     O'Brien (2020), E-tables

48.     Ovarian Cancer Prevention (PDQ), Sanford Health.
        https://www.sanfordhealth.org/healthinformation/healthwise/topic/ncicdr0000062822

49.     Ovarian, fallopian tube, & primary peritoneal cancers prevention (PDQ®). National
        Cancer Institute:
        http://www.cancer.gov/cancertopics/pdq/prevention/ovarian/HealthProfessional

50.     Ovarian, fallopian tube, and primary peritoneal cancers prevention (PDQ®). National
        Cancer Institute: http://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq

51.     P1.0125 – Rothman, et al., Interpretation of Epidemiologic Studies on Talc and Ovarian
        Cancer – Rothman, Nov.28, 2000

52.     P-18 – Cancer Prevention Coalition to J&J (1994)

53.     PDQ - Ovarian, Fallopian Tube, & Primary Peritoneal Cancer Prevention - NCI (6-29-
        2023)

54.     Penninkilampi & Eslick, Perineal Talc Use and Ovarian Cancer: A Systematic Review
        and Meta-Analysis, 29 Epidemiology 41 (2018)

55.     Purdie, et al., Reproductive and Other Factors and Risk of Epithelia Ovarian Cancer: an
        Australian Case-Control Study, 62 Int'l J. Cancer 678 (1995)

56.     Rosenblatt, et al., Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer,
        22 Cancer Causes Control 737 (2011)

57.     Rosenblatt, et al., Mineral Fiber Exposure and the Development of Ovarian Cancer 45
        Gynecologic Oncology 20 (1992)

58.     Schildkraut, et al., Association Between Body Powder Use and Ovarian Cancer: The
        African American Epidemiology Study (AACES), 25 Cancer Epidemiology Biomarkers
        Prev. 1411(2016)

59.     Shushan, et al., Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian
        Cancer, 65 Fertility & Sterility 13 (1996)

60.     Taher, et al., Critical Review of the Association Between Perineal Use of Talc Powder
        and Risk of Ovarian Cancer, 90 Reproductive Toxicology 88 (2019)

61.     Terry, et al., Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of
        85,25 Cases and 9,859 Controls, 6 Cancer Prev. Research 811 (2013)

62.     The Sister Study - Self-Administered Questionnaire re PersonalCare-v3-508, June 7,2004

63.     Tzonou, et al., Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as
        Risk Factors for Ovarian Cancer, 55 Int'l J. Cancer 408 (1993)

64.     Wentzensen & O'Brien, Talc, Body Powder, and Ovarian Cancer: A Summary of the
        Epidemiologic Evidence,163 Gynecologic Oncology, 199 (2021)

65.     Whittemore, et al., Personal and Environmental Characteristics Related to Epithelial
        Ovarian Cancer, 128 Am. J. Epidemiology (1988)

66.     Women's Health Initiative - Form 42 Observational Study Questionnaire

67.     Wong, et al., Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: a Case-
        Control Study, 93 Obstetrics & Gynecology 372 (1999)

68.     Woolen, et al., Association Between the Frequent Use of Perineal Talcum Powder
        Products and Ovarian Cancer: a Systematic Review and Meta-Analysis, J. Gen. Intern.
        Med. (2022)

69.     Wu, African-Americans and Hispanics Remain at Lower Risk of Ovarian Cancer than
Non-Hispanic Whites After Considering Non-Genetic Risk Factors and Oophorectomy
Rates, 24 Cancer Epidemiology Biomarkers Prev. 1094 (2015)

70.     Wu, Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County, 124
Int'l J. Cancer 1409 (2009)