# Exhibit 20

# HHS Public Access
Author manuscript
*Fertil Steril.* Author manuscript; available in PMC 2023 February 27.

Published in final edited form as:
*Fertil Steril.* 2022 November ; 118(5): 960–969. doi:10.1016/j.fertnstert.2022.07.019.

# Effects of risk factors for ovarian cancer in women with and without endometriosis

**Minh Tung Phung, M.P.H., Ph.D.**[a], **Aruna Muthukumar, M.P.H.**[a], **Britton Trabert, Ph.D.**[b,c], **Penelope M. Webb, Ph.D.**[d], **Susan J. Jordan, Ph.D.**[e], **Kathryn L. Terry, Sc.D.**[f,g], **Daniel W. Cramer, Sc.D., M.D.**[f,g], **Linda J. Titus, Ph.D.**[h], **Harvey A. Risch, Ph.D., M.D.**[i], **Jennifer Anne Doherty, Ph.D.**[j], **Holly R. Harris, Sc.D.**[k,l], **Marc T. Goodman, Ph.D.**[m,n], **Francesmary Modugno, M.P.H. Ph.D.**[o,p,q], **Kirsten B. Moysich, Ph.D.**[r], **Allan Jensen, Ph.D.**[s], **Susanne K. Kjaer, D.M.Sc., M.D.**[t,u], **Hoda Anton-Culver, Ph.D.**[v], **Argyrios Ziogas, Ph.D.**[v], **Andrew Berchuck, M.D.**[w], **Lilah Khoja, M.P.H.**[a], **Anna H. Wu, Ph.D.**[x], **Malcolm C. Pike, Ph.D.**[x,y], **Celeste Leigh Pearce, M.P.H., Ph.D.**[a], **Alice W. Lee, M.P.H., Ph.D.**[z]

[a]Department of Epidemiology, University of Michigan School of Public Health, Ann Arbor, Michigan;

[b]Department of Obstetrics and Gynecology, University of Utah, Salt Lake City, Utah;

[c]Cancer Control and Populations Sciences Program, Huntsman Cancer Institute at the University of Utah, Salt Lake City, Utah;

[d]Department of Population Health, QIMR Berghofer Medical Research Institute, Brisbane, Queensland, Australia;

[e]University of Queensland, School of Public Health, Brisbane, Queensland, Australia;

[f]Department of Epidemiology, Harvard T.H. Chan School of Public Health, Boston, Massachusetts;

[g]Department of Obstetrics and Gynecology, Brigham and Women's Hospital and Harvard Medical School, Boston, Massachusetts;

[h]Public Health, Muskie School of Public Service, University of Southern Maine, Portland, Maine;

[i]Chronic Disease Epidemiology, Yale School of Public Health, New Haven, Connecticut;

[j]Department of Population Health Sciences, Huntsman Cancer Institute, University of Utah, Salt Lake City, Utah;

[k]Division of Public Health Sciences, Program in Epidemiology, Fred Hutchinson Cancer Research Center, Seattle, Washington;

[l]Department of Epidemiology, University of Washington School of Public Health, Seattle, Washington;

This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

Correspondence: Alice W. Lee, M.P.H., Ph.D., 800 N. State College Boulevard, KHS-127 Fullerton, California 92831 (alicelee@fullerton.edu).
M.T.P. and A.M. should be considered similar in author order.

[m]Samuel Oschin Comprehensive Cancer Institute, Cancer Prevention and Genetics Program, Cedars-Sinai Medical Center, Los Angeles, California;

[n]Department of Biomedical Sciences, Community and Population Health Research Institute, Cedars-Sinai Medical Center, Los Angeles, California;

[o]Women's Cancer Research Center, Magee-Women's Research Institute and Hillman Cancer Center, Pittsburgh, Pennsylvania;

[p]Department of Epidemiology, University of Pittsburgh Graduate School of Public Health, Pittsburgh, Pennsylvania;

[q]Division of Gynecologic Oncology, Department of Obstetrics, Gynecology and Reproductive Sciences, University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania;

[r]Division of Cancer Prevention and Control, Roswell Park Comprehensive Cancer Center, Buffalo, New York;

[s]Department of Lifestyle, Reproduction and Cancer, Danish Cancer Society Research Center, Copenhagen, Denmark;

[t]Department of Virus, Lifestyle and Genes, Danish Cancer Society Research Center, Copenhagen, Denmark;

[u]Department of Gynaecology, Rigshospitalet, University of Copenhagen, Copenhagen, Denmark;

[v]Department of Medicine, University of California, Irvine, Irvine, California;

[w]Division of Gynecologic Oncology, Duke University School of Medicine, Durham, North Carolina;

[x]Department of Population and Public Health Sciences, Keck School of Medicine, University of Southern California, Los Angeles, California;

[y]Department of Epidemiology and Biostatistics, Memorial Sloan Kettering Cancer Center, New York, New York;

[z]Department of Public Health, California State University, Fullerton, Fullerton, California

## Abstract

**Objective:** To evaluate the associations between 10 well-established ovarian cancer risk factors and risk of ovarian cancer among women with vs. without endometriosis.

**Design:** Pooled analysis of 9 case-control studies in the Ovarian Cancer Association Consortium.

**Setting:** Population-based.

**Patient(s):** We included 8,500 women with ovarian cancer, 13,592 control women.

**Intervention(s):** Ten well-established ovarian cancer risk factors.

**Main Outcome Measure(s):** Risk of ovarian cancer for women with and without endometriosis.

**Result(s):** Most risk factor-ovarian cancer associations were similar when comparing women with and without endometriosis, and no interactions were statistically significant. However, body

mass index (BMI) 25–<30 kg/m$^2$ was associated with increased ovarian cancer risk among women with endometriosis (odds ratio [OR] = 1.27, 95% confidence interval [CI] 1.00–1.60), but not associated with the risk among women without endometriosis (OR = 0.97; 95% CI, 0.91–1.05) when compared with BMI 18.5–<25 kg/m$^2$; an increased risk was observed for a BMI   30 kg/m$^2$, although there was little difference comparing women with endometriosis (OR = 1.21; 95% CI, 0.94– 1.57) to women without (OR = 1.13; 95% CI, 1.04–1.22) (*P*-interaction = .51). Genital talcum powder use and long-term menopausal estrogen-only therapy use showed increased ovarian cancer risk, but risk appeared greater for those with endometriosis vs. those without (genital talcum powder: OR = 1.38; 95% CI, 1.04–1.84 vs. OR = 1.12; 95% CI, 1.01–1.25, respectively;   10 years of estrogen-only therapy: OR = 1.88; 95% CI, 1.09–3.24 vs. OR = 1.42; 95% CI, 1.14–1.76, respectively); neither of these interactions were statistically significant (*P*-interaction = .65 and *P*-interaction = .96, respectively).

**Conclusion(s):** The associations between ovarian cancer and most risk factors were similar among women with and without endometriosis. However, there was some suggestion of differences by endometriosis status for BMI, menopausal hormone therapy use, and genital talcum powder use, highlighting the complexity of ovarian cancer etiology.

## Abstract

Evaluar las asociaciones entre 10 factores de riesgo de cáncer de ovario bien establecidos y el riesgo de cáncer de ovario entre mujeres con y sin endometriosis.

Analisis conjunto de 9 estudios de casos y controles en el Consorcio de la Asociación de Cáncer de Ovario

Con base en la población

Se incluyeron 8.500 mujeres con cáncer de ovario, 13.592 mujeres de control

Diez factores de riesgo de cáncer de ovario bien establecidos

Riesgo de cáncer de ovario en mujeres con y sin endometriosis.

La mayoría de las asociaciones entre los factores de riesgo y el cancer de ovario fueron similares al comparar a las mujeres con y sin endometriosis, y ninguna interacción fue estadísticamente significativa. Sin embargo, el índice de masa corporal (BMI) 25-<30 kg/m2 se asocio con un mayor riesgo de cáncer de ovario entre las mujeres con endometriosis (odds ratio [OR]= 1.27; intervalo de confianza [IC] del 95%, 1,00–1,60), pero no se asocio el riesgo entre las mujeres sin endometriosis (OR = 0.97; IC del 95%, 0.91–1.05) en comparacion con el IMC 18.5- <25 kg/m2; se observo un mayor riesgo para un IMC   30 kg/m2, aunque hubo poca diferencia al comparar a las mujeres con endometriosis (OR= 1.21; IC 95%, 0.94–1.57) con las mujeres sin endometriosis (OR =1.13; IC 95%, 1.04–1.22) (P-interaccion = 0.51). El uso de polvos de talco genitales y el uso de terapias con solo estrógenos a largo plazo en menopausia mostraron un riesgo aumentado de cáncer de ovario, pero el riesgo parecía ser mayor para aquellas que tenían endometriosis frente a las que no sin ella (polvos de talco genitales: OR=1.38; IC 95%, 1.04–1.84 vs. OR=1.12; IC 95%, 1.01–1.25, respectivamente;   10 años de terapia con solo estrógenos: OR = 1.88; IC 95%, 1.09–3.24 vs. OR = 1.42; IC 95%, 1.14–1.76, respectivamente); ninguna de estas interacciones fueron estadísticamente significativas (P-interaccion = 0.65 y P-interaccion = 0.96, respectivamente).

Las asociaciones entre el cancer de ovario y la mayoría de los factores de riesgo fueron similares entre las mujeres con y sin endometriosis. Sin embargo, hubo algunos indicios de diferencias según el estado de la endometriosis para el IMC, el uso de la terapia hormonal menopausica y el uso de polvos de talco en los genitales, lo que pone de relieve la complejidad de la etiología del cancer de ovario.

**Keywords**

Endometriosis; ovarian cancer; effect modification; risk factors; interactions

Endometriosis is a common gynecologic condition that involves the growth of endometrial glands and stroma outside the uterine cavity (1). Its association with the risk of ovarian cancer is well established; there is a 3-fold increased risk for the clear cell histotype and a 2-fold increased risk for the endometrioid as well as low-grade serous histotypes (1, 2). In general, endometriosis and ovarian cancer are thought to have a shared pathophysiology (3), and there is also some evidence of a genetic link between these conditions (4, 5).

It has been suggested that the effects of ovarian cancer risk factors may be different among women with vs. without endometriosis. An Australian record-linkage study by Dixon-Suen et al. (6) and a pooled analysis of 11 case-control studies by Khoja et al. (7) found hysterectomy to be associated with a significantly reduced risk of ovarian cancer among women who had endometriosis, but to have no association among women who did not have endometriosis. Effect differences by history of endometriosis for other ovarian cancer risk factors are possible and should be evaluated, although to our knowledge only 1 study has done this.

Modugno et al. (8) considered the effect modification by endometriosis status and found no statistically significant differences possibly because of a small sample size (177 ovarian cancer cases with endometriosis, 184 controls with endometriosis). Thus, we conducted a comprehensive study of endometriosis as an effect modifier of ovarian cancer risk factors using epidemiologic data from over 22,000 women in the Ovarian Cancer Association Consortium (OCAC), of whom more than 800 cases and 900 controls had endometriosis. Our analysis considers 10 well-established ovarian cancer risk factors, including body mass index (BMI), talcum powder (i.e., talc) use, family history of ovarian cancer, nonsteroidal anti-inflammatory drug (NSAID) use, breastfeeding, hormonal oral contraceptive use, parity, tubal ligation, menopausal hormone therapy (HT) use (estrogen-only therapy and estrogen-progestin therapy), and age at menarche. We hypothesized that the associations between these factors and ovarian cancer risk may be different among women with and without endometriosis.

## MATERIALS AND METHODS

### Study Population

Data from 9 population based case-control studies were included in this pooled analysis; 1 study was conducted in Australia (9), 1 in Denmark (10), and the remaining in the United States (11–17). These studies are part of the OCAC, an international collaboration

that collects and shares risk factor data for the purposes of increasing power for analyses of genetic and environmental exposures (http://ocac.ccge.medschl.cam.ac.uk/). Cases were women with pathologically confirmed high-grade serous, low-grade serous, mucinous, endometrioid, clear cell, and other invasive epithelial ovarian, fallopian tube, or primary peritoneal cancer diagnoses (hereafter referred to as ovarian cancer). Controls were women who had at least 1 ovary but had not been diagnosed with ovarian cancer on or before their reference date (i.e., date of interview at time of study enrollment). Details of each included study are summarized in Table 1. Overall, the study enrollment of cases and controls spanned from 1992 to 2010.

Across the 9 studies, 8,500 ovarian cancer cases and 13,592 control women self-reported whether they had a history of endometriosis and were thus included in the analysis (Table 1). Our study did have some overlap with the report by Modugno et al. (8) for participants ascertained from 1993 to 1999 for 2 OCAC studies: the Hawaii Ovarian Cancer Study (HAW) (approximately 58% of HAW participants; N = 1,047) and University of Southern California Study of Lifestyle and Women's Health (USC) (approximately 44% of USC participants, N = 1,996).

Institutional review board approval was obtained by the original studies, and all women had provided written informed consent.

**Statistical Analysis**

All data were self-reported using standardized in-person or phone interviews or self-completed questionnaires. The information collected reflected the time at each participant's reference date (i.e., date of diagnosis for cases, date of interview at the time of study enrollment for controls). We considered 10 risk factors whose associations with ovarian cancer have been well established in the literature. First-degree family history of ovarian cancer, tubal ligation, and NSAID use were evaluated as dichotomous yes/no or never/ever variables. Age at menarche was examined in age categories of <12, 12–14, and  15 years. Use of talc was categorized based on the area of application (i.e., genital or nongenital) with those who did not report using talc categorized as never users. Parity was grouped as nulliparous, 1, 2, and  3 births. BMI 1 year prior to the woman's reference date or 5 years prior for studies that did not ask for women's BMI 1 year prior was categorized as <18.5, 18.5–<25, 25–<30, and  30 kg/m$^2$. In addition, hormonal oral contraceptive use and breastfeeding were evaluated by total duration with categories of <1 (including never users), 1–<5, 5–<10, and  10 years for hormonal oral contraceptive use and never, <12, 12–<24, and  24 months for breastfeeding. We only considered postmenopausal HT use, hence we used age 50 as a proxy for age at menopause and only counted HT used at age 50 or later in our duration categories of never users (including those whose use was only before menopause [i.e. before age 50]), <5, 5–<10, and  10 years. This was done for estrogen-only therapy and estrogen-progestin therapy separately.

For most covariates and risk factors, the percentage of women missing data was minimal, ranging from 0.0% missing age to 4.4% missing family history of ovarian cancer (Supplementary Table 1, available online). The only exceptions were for NSAID use (31.4% missing) and talc use, which was not collected in the Danish study (the Malignant Ovarian

*Fertil Steril.* Author manuscript; available in PMC 2023 February 27.

Tumor Study [MAL]) and was missing in 5.0% of women in the Australian study (the Australian Ovarian Cancer Study [AUS]) and 41.4% in the US studies (Supplementary Table 1). Multiple imputation (*mice* package in R) was used to address data missingness, and 50 imputed datasets were generated. All variables in the dataset were initially considered for imputation, including those that were not used in the final models. The data were imputed separately for cases and controls and by geographic location (i.e., Australia, Denmark, the United States). The OCAC study was included as a predictor in the imputation for US studies.

All data were pooled, and logistic regression models were fit to assess the association between each factor and ovarian cancer risk overall and by histotype (where the numbers allowed) for women who had a history of endometriosis and women who did not, separately. None of the studies directly matched on the ovarian cancer risk factor se valuated although some did match on race/ethnicity (HAW and USC), neighborhood (USC), or age at reference date (AUS, the Connecticut Ovary Study [CON], the Diseases of the Ovary and Their Evaluation Study [DOV], HAW, the Hormones and Ovarian Cancer Prediction [HOP], MAL, the New England Case-Control Study of Ovarian Cancer [NEC], USC). Because studies have shown that unconditional logistic regression adjusting for matched factors improves precision when matching does not approximate unique matching pairs (e.g., matching on sibling) (18, 19), we adjusted for age (<40, in 5-year age groups to 74, 75 years), race/ethnicity (non-Hispanic White, Hispanic White, Black, Asian, and other), highest level of education attained (<high school, high school graduate, some college, and college graduate) as a proxy for neighborhood/socioeconomic status as well as OCAC study. The impact of the other 9 factors on each factor's association with ovarian cancer risk was then evaluated, and only those that changed the association of interest by 10% were included in the final models. Sensitivity analyses adjusting on a priori confounders (i.e., those associated with both the exposure of interest and outcome and not mediators) were also conducted.

The models for breastfeeding were fit among parous women only (n = 17,919). In addition, since the study population included both pre and postmenopausal women, the models for estrogen-only therapy and estrogen-progestin therapy use were restricted to postmenopausal women (n = 14,661). Only exclusive estrogen-only therapy and estrogen-progestin therapy use was considered, hence postmenopausal women who used both types (n = 700) or an unknown type of HT (n = 149) were excluded from these analyses; those excluded from the analyses because of use of both estrogen-only therapy and estrogen-progestin therapy or an unknown type of HT (n = 849) had a similar proportion of endometriosis as those included in the analysis (n = 13,812) (9.4% and 7.5%, respectively). Because information on talc use was not collected in the study conducted in Denmark (MAL), the analyses for talc use were only based on the 8 OCAC studies in the United States and Australia.

Odds ratios (ORs) across the 50 imputed datasets were pooled using Rubin's rule to obtain a single point estimate (20). Confidence intervals (CIs) were calculated from pooled standard errors, which were derived from within and between imputation variances (20, 21). Likelihood ratio tests comparing models with and without interaction terms were conducted

*Fertil Steril.* Author manuscript; available in PMC 2023 February 27.

to generate $P$ values for interactions to determine whether endometriosis statistically significantly modified any of the risk factor to ovarian cancer associations.

Among the 830 ovarian cancer cases with endometriosis, 329 were high-grade serous, 33 were low-grade serous, 32 were mucinous, 190 were endometrioid, 133 were clear cell, and the remaining 113 were other invasive, epithelial tumor types that were not classified as 1 of these 5 main histotypes, including mixed cell and Brenner tumors. As such, we had limited numbers to conduct meaningful histotype-specific analyses for most associations by endometriosis status, with the exception of the BMI 25–<30 kg/m$^2$ category.

All tests were two-sided, and $P$ values that were 0.05 were considered statistically significant. The analyses were performed using R Studio version 1.3.1073.

## RESULTS

The analyses included a total of 22,092 women across the 9 OCAC studies, the majority of whom were postmenopausal (n = 14,661). Among the 8,500 cases with ovarian cancer and 13,592 controls, 9.8% (n = 830) and 6.7% (n = 914) reported a history of endometriosis, respectively (Table 1). Overall, we did not find any statistically significant interactions between endometriosis and the 10 ovarian cancer risk factors considered in our analysis, although we did observe some qualitative differences by endometriosis status.

Although endometriosis did not statistically significantly interact with BMI ($P$-interaction = .51), among those with endometriosis, being overweight (i.e., BMI = 25–<30 kg/m$^2$) was associated with a 27% increased risk of ovarian cancer compared with those having a normal weight (i.e., BMI = 18.5–<25 kg/m$^2$) (OR = 1.27; 95% CI, 1.00–1.60), but showed no association for those without endometriosis (OR = 0.97; 95% CI, 0.91–1.05) (Table 2). An increased risk was also observed for those classified as obese (i.e., BMI = 30 kg/m$^2$), although there was little difference in the ORs for those with endometriosis (OR = 1.21; 95% CI, 0.94–1.57) vs. those without (OR = 1.13; 95% CI, 1.04–1.22) (Table 2). When we considered histotype, we observed a difference in the association between being overweight and risk of ovarian cancer across histotypes when comparing women with and without endometriosis, although none of the interactions were statistically significant (Supplementary Fig. 1, available online).

Having a first-degree family history of ovarian cancer was associated with an increased risk regardless of endometriosis status; however, the increased risk appeared greater for women without endometriosis than women with endometriosis (OR = 2.20; 95% CI, 1.88–2.57 vs. OR = 1.58; 95% CI, 0.97–2.57, respectively; $P$-interaction = .20) (Table 2). Genital talc use was also positively associated with risk for women with and without endometriosis, although its magnitude seemed to be greater for women with than women without (OR = 1.38; 95% CI, 1.04–1.84 vs. OR = 1.12; 95% CI, 1.01–1.25, respectively; $P$-interaction = .65) (Table 2). A similar pattern was observed for longer menopausal estrogen-only therapy use; the increased risk appeared greater for women with vs. without endometriosis, particularly for those who used estrogen-only therapy for 10 years (OR = 1.88; 95% CI, 1.09–3.24 vs. OR = 1.42; 95% CI, 1.14–1.76, respectively, $P$-interaction = .96) (Table 3). On the other

hand, use of estrogen-progestin therapy was inversely associated with ovarian cancer risk among women with endometriosis, but not associated with risk among women without endometriosis (for 5–<10years: OR = 0.64; 95% CI, 0.38–1.07vs. OR = 0.98; 95%CI, 0.84–1.14,respectively; *P*-interaction =.57)(Table 3).

For breastfeeding, hormonal oral contraceptive use, parity, tubal ligation, age at menarche, and NSAID use, the magnitudes of their associations with risk of ovarian cancer did not appear to differ by endometriosis status (Tables 2 and 3). Overall, none of the results changed when sensitivity analyses were conducted adjusting for a priori confounders (Supplementary Tables 2 and 3, available online).

## DISCUSSION

Endometriosis is a common gynecologic condition and a well-established risk factor for ovarian cancer (22). Given the previous work showing hysterectomy's association with ovarian cancer risk to differ by endometriosis status (6, 7), we examined the relationships of 10 other ovarian cancer risk factors, including BMI, talc use, first-degree family history of ovarian cancer, NSAID use, breastfeeding, hormonal oral contraceptive use, parity, tubal ligation, HT use, and age at menarche. To our knowledge, this is the first analysis that considers all of these well-established ovarian cancer risk factors when examining endometriosis' potential interactions with regard to the ovarian cancer risk.

Although we did not observe a statistically significant interaction between endometriosis and BMI, the higher risk associated with being overweight among women with endometriosis is interesting because endometriosis is considered an inflammatory disease (23) and adiposity contributes to a proinflammatory state (24). This was seen across histotypes, and a possible explanation may be related to inflammation. Because inflammation plays a role in the development of many cancers, including ovarian cancer (25), the increased risk observed specifically among women with endometriosis is plausible because overweight women with endometriosis may have higher levels of inflammation. Both endometriotic foci (26, 27) and adipose tissues (28) produce proinflammatory cytokines, including TNF-α, IL-1, and IL-6. These proinflammatory cytokines have been shown to increase the risk of ovarian cancer as they promote the synthesis of prostaglandins (3), which in turns inhibits cell differentiation and apoptosis (29), and enhances invasion and angiogenesis (30). This would also be in line with our observation of a higher risk associated with genital talc use for women with endometriosis since inflammation has been proposed as a possible biologic mechanism for talc's association with ovarian cancer (9).

Because endometriosis regresses after menopause and exposure to estrogen may reactivate endometriosis and stimulate carcinogenesis (31), we hypothesized that the association between estrogen-only therapy and ovarian cancer among women with endometriosis and women without endometriosis may differ. We did not observe endometriosis to statistically significantly interact with estrogen-only therapy, although longer use was associated with greater ovarian cancer risk among women with endometriosis, which is in line with estrogen's hypothesized role in endometriosis growth and ovarian cancer development. This difference in OR magnitude was not observed for short-term estrogen-only therapy

use; however, this may be because estrogen-only therapy's effect on ovarian cancer has been shown to depend on the duration of use with substantial risk among long-term users (32). Interestingly, longer estrogen-progestin therapy use showed an inverse association for women with endometriosis, but there was no association with ovarian cancer risk for women without endometriosis. Some studies have shown that including a progestin component to an estrogen-only therapy regimen (i.e., estrogen-progestin therapy) may ameliorate some of the carcinogenic effects of estrogen when it comes to ovarian cancer risk (33, 34), and progestin therapy is often used to treat endometriosis (35). Information regarding the progestin included in the HT as well as endometriosis treatments would be relevant, although this information was unavailable.

A first-degree family history of ovarian cancer was associated with an increased ovarian cancer risk among women with and without endometriosis, although the magnitude of the association was greater for those who did not have endometriosis. It is unclear to us why this positive association may be greater for those without endometriosis. Studies have shown that high-grade serous, which is the most common histotype, is strongly associated with pathogenic variants in *BRCA1* and *BRCA2*, and this histotype is not associated with endometriosis (36). Endometrioid and clear cell ovarian cancer have also been shown to be associated with pathogenic variants in Lynch syndrome genes, and both histotypes are more common among women with endometriosis (36). Knowing the prevalence of these variants in women with and without endometriosis would be relevant, but to our knowledge, this has not been examined. However, at the same time, we acknowledge that the observed results may simply be due to chance given the small number of women with endometriosis and a family history of ovarian cancer.

A limitation of our study is that the information on endometriosis was based on self-report, and as such there could be misclassification. This misclassification would make the associations more similar when comparing women with and without endometriosis. However, it has been shown that self-reported endometriosis is reasonably accurate when compared with diagnosed endometriosis with at least 70% accuracy (37). An important strength of our study is our large sample size; we included over 22,000 women from various geographic regions, and of them, over 1,700 women had endometriosis. The only other study, to our knowledge, that has examined endometriosis' interactive effects with other ovarian cancer risk factors is the study by Modugno et al. (8), which included <400 women who self-reported a history of endometriosis. Similar to the study by Modugno et al., we did not find any statistically significant interactions with hormonal oral contraceptive use, parity, and tubal ligation as well as observed ovarian cancer risk reductions of equal magnitude regardless of endometriosis status for all 3 factors. Although the type of hormonal oral contraception used likely varies between women with and without endometriosis, this information was unavailable.

Despite our large sample size, we had limited numbers to examine most associations by endometriosis status and histotype, and some risk factors have been shown to have histotype-specific effects. For example, studies have shown that BMI is associated with increased risk of endometrioid and low-grade serous ovarian cancer (38); estrogen-only therapy use is associated with increased risk of serous and endometrioid ovarian cancer

(32); and genital talc use is associated with increased risk of serous, endometrioid, and clear cell ovarian cancer (39). It is possible that the differential associations that we observed by endometriosis status could partly be attributable to the histotype. However, when we examined the association between overweight and ovarian cancer by endometriosis status, we observed higher ORs among women with endometriosis regardless of the histotype.

In conclusion, our study is the first to examine endometriosis' interactive effects with 10 well-established ovarian cancer risk factors on risk of ovarian cancer. Most risk factors showed similar associations among women with and without endometriosis, and none of the interactions that we evaluated were statistically significant. However, there was some suggestion that the associations for BMI, genital talc use, and HT use may differ between women with and without endometriosis, which may be worth further exploring. A better understanding of the mechanisms underlying these findings is still needed, but regardless, our study provides some insight into the etiology of this complex disease.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgments:

The authors are grateful for all the contributions made by the researchers of the Ovarian Cancer Association Consortium. The authors express their deep appreciation to the women who participated in these studies as well as to the doctors, nurses, clinical and scientific collaborators, health care providers, and administrative staff who made this work possible.

Further, the Australian Ovarian Cancer Study (AUS) also acknowledges the cooperation of the participating institutions in Australia, and the contribution of the study nurses, research assistants, and all clinical and scientific collaborators. The complete AUS Study Group can be found at www.aocstudy.org. The AUS Study Group is thankful to all the women who participated in this research program. The Connecticut Ovary Study (CON) acknowledges the cooperation of the 32 Connecticut hospitals, including Stamford Hospital, in allowing patient access. The CON study was approved by the State of Connecticut Department of Public Health Human Investigation Committee. Certain data used in the CON study were obtained from the Connecticut Tumor Registry in the Connecticut Department of Public Health. The authors assume full responsibility for analyses and interpretation of the CON study's data.

M.T.P. has nothing to disclose. A.M. reports consulting fees paid to their institution from AstraZeneca and Pfizer as well as reports stock and stock options ownership of Clovis Oncology. B.T. has nothing to disclose. P.M.W. reports grant funding to their institution from AstraZeneca, US Army Medical Research and Materiel Command, National Health and Medical Research Council of Australia, Cancer Councils of New South Wales, Victoria, Queensland, South Australia, and Tasmania and Cancer Foundation of Western Australia as well as receipt of a speaker's fee from AstraZeneca. S.J.J. has nothing to disclose. K.L.T. has nothing to disclose. D.W.C. reports payment for expert testimony from Ferraro Law Firm and Ashcraft and Gerel Law Firm and grant funding to their institution from the National Institutes of Health. L.J.T. reports grant funding to their institution from the National Cancer Institute. H.A.R. has nothing to disclose. J.A.D. has nothing to disclose. H.R.H. has nothing to disclose. M.T.G. has nothing to disclose. F.M. reports receipt of grants to their institution from the National Cancer Institute, the Department of Defense, and the Deans Faculty Advancement Fund and National Science Foundation. K.B.M. has nothing to disclose. A.J. has nothing to disclose. S.K.K. reports grant funding to their institution from Mermaid Project (Mermaid 3). H.A. has nothing to disclose. A.Z. has nothing to disclose. A.B. has nothing to disclose. L.K. has nothing to disclose. A.H.W. has nothing to disclose. M.C.P reports grant funding to their institution from the National Cancer Institute and the Department of Defense. C.L.P. reports grant funding to their institution from the National Institutes of Health and the Department of Defense; receipt of reimbursements for travel expenses from the Canadian Conference on Ovarian Cancer Research; declining an honorarium for participation on an advisory board for the Ovarian Cancer Research Alliance; and no payment received for a leadership role in the Ovarian Cancer Association Consortium. A.W.L. reports grant funding to their institution from the Rivkin Center for Ovarian Cancer.

The Ovarian Cancer Association Consortium (OCAC) was funded by the generous contributions of its research investigators. It was also supported in part by the National Cancer Institute in Bethesda, US GAME-ON Post-GWAS Initiative (U19-CA148112). This study made use of data generated by the Wellcome Trust Case Control consortium that was supported by the Wellcome Trust in London, UK (award 076113). The AUS study was supported by the Army Medical Research and Materiel Command Department of Defense in Fort Detrick, US(DAMD17-01-1-0729), National Health & Medical Research Council in Caberra, Australia (199600, 400413, 400281), Cancer Councils of New South Wales, Victoria, Queensland, South Australia, and Tasmania and Cancer Foundation of Western Australia (Multi-State Applications 191, 21, 182). The AUS study was also supported by Ovarian Cancer Australia in Melbourne, Australia and the Peter MacCallum Foundation in Melbourne, Australia. P.M.W. was supported by an Investigator Grant from the National Health & Medical Research Council in Canberra, Australia (APP1173346). The CON study was supported by the National Institutes of Health in Bethesda, US (R01-CA063678, R01-CA074850, R01-CA080742). The DOV study was supported by the National Institutes of Health in Bethesda, US (R01-CA112523, R01-CA87538). The HAW study was supported by the National Institutes of Health in Bethesda, US (R01-CA58598, N01-CN55424, N01-PC67001). The HOP study was supported by the Army Medical Research and Materiel Command Department of Defense in Fort Detrick, US (DAMD17-02-1-0669), the National Cancer Institute in Bethesda, US (K07-CA080668, R01-CA95023), and the National Institutes of Health/National Center for Research Resources/General Clinical Research Center in Bethesda, US (M01-RR000056). The MAL study was supported by the National Cancer Institute at the National Institutes for Health in Bethesda, US (R01CA61107), the Danish Cancer Society in Copenhagen, Denmark (94 222 52), and the Mermaid I and III projects in Copenhagen, Denmark. The NEC study was supported by the National Institutes of Health in Bethesda, US(R01-CA54419, P50-CA105009), and the Army Medical Research and Materiel Command Department of Defense in Fort Detrick, US(W81XWH-10-1-02802). The UCI study was supported by the National Institutes of Health in Bethesda, US(R01CA058860) and the Lon V Smith Foundation in Beverly Hills, US(LVS-39420).The USC study was supported by the National Institutes of Health in Bethesda, US(P01-CA17054, P30-CA14089, R01-CA61132,N01-PC67010,R03-CA113148, R03-CA115195, N01-CN025403) and the California Cancer Research Program in the US(00-01389V-20170,2II0200). M.C.P was partially supported by the National Institutes of Health/National Cancer Institute support grant to Memorial Sloan Kettering Cancer Center (PI: C.B. Thompson) (P30-CA008748). B.T. was partially supported in part by the National Institutes of Health/National Cancer Institute support grant to the Huntsman Cancer Institute (P30-CA040214).

# REFERENCES

1. Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. Lancet Oncol 2012;13: 385–94. [PubMed: 22361336]

2. Wentzensen N, Poole EM, Trabert B, White E, Arslan AA, Patel AV, et al. Ovarian cancer risk factors by histologic subtype: an analysis from the Ovarian Cancer Cohort Consortium. J Clin Oncol 2016;34: 2888–98. [PubMed: 27325851]

3. Ness RB. Endometriosis and ovarian cancer: thoughts on shared pathophysiology. Am J Obstet Gynecol 2003;189:280–94. [PubMed: 12861175]

4. Lee AW, Templeman C, Stram DA, Beesley J, Tyrer J, Berchuck A, et al. Evidence of a genetic link between endometriosis and ovarian cancer. Fertil Steril 2016;105:35–43. [PubMed: 26477498]

5. Lu Y, Cuellar-Partida G, Painter JN, Nyholt DR. Australian Ovarian Cancer Study Group, International Endogene Consortium, et al. Shared genetics underlying epidemiological association between endometriosis and ovarian cancer. Hum Mol Genet 2015;24:5955–64. [PubMed: 26231222]

6. Dixon-Suen SC, Webb PM, Wilson LF, Tuesley K, Stewart LM, Jordan SJ. The association between hysterectomy and ovarian cancer risk: a population-based record-linkage study. J Natl Cancer Inst 2019;111:1097–103. [PubMed: 30753695]

7. Khoja L, Weber RP. Australian Ovarian Cancer Study Group, Webb PM, Jordan SJ, Muthukumar A, et al. Endometriosis and menopausal hormone therapy impact the hysterectomy-ovarian cancer association. Gynecol Oncol 2022;164:195–201. [PubMed: 34776242]

8. Modugno F, Ness RB, Allen GO, Schildkraut JM, Davis FG, Goodman MT. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol 2004;191:733–40. [PubMed: 15467532]

9. Merritt MA, Green AC, Nagle CM, Webb PM. Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6. [PubMed: 17721999]

Phung et al. Page 12

10. Glud E, Kjaer SK, Thomsen BL, Høgdall C, Christensen L, Høgdall E, et al. Hormone therapy and the impact of estrogen intake on the risk of ovarian cancer. Arch Intern Med 2004;164:2253–9. [PubMed: 15534163]

11. Risch HA, Bale AE, Beck PA, Zheng W. PGR þ331 A/G and increased risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 2006;15:1738–41. [PubMed: 16985038]

12. Rossing MA, Cushing-Haugen KL, Wicklund KG, Doherty JA, Weiss NS. Risk of epithelial ovarian cancer in relation to benign ovarian conditions and ovarian surgery. Cancer Causes Control 2008;19:1357–64. [PubMed: 18704718]

13. Lurie G, Wilkens LR, Thompson PJ, McDuffie KE, Carney ME, Terada KY, et al. Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology 2008;19:237–43. [PubMed: 18223481]

14. Ness RB, Dodge RC, Edwards RP, Baker JA, Moysich KB. Contraception methods, beyond oral contraceptives and tubal ligation, and risk of ovarian cancer. Ann Epidemiol 2011;21:188–96. [PubMed: 21109450]

15. Terry KL, De Vivo I, Titus-Ernstoff L, Shih MC, Cramer DW. Androgen receptor cytosine, adenine, guanine repeats, and haplotypes in relation to ovarian cancer risk. Cancer Res 2005;65:5974–81. [PubMed: 15994977]

16. Ziogas A, Gildea M, Cohen P, Bringman D, Taylor TH, Seminara D, et al. Cancer risk estimates for family members of a population-based family registry for breast and ovarian cancer. Cancer Epidemiol Biomarkers Prev 2000;9:103–11. [PubMed: 10667470]

17. Wu AH, Pearce CL, Lee AW, Tseng C, Jotwani A, Patel P, et al. Timing of births and oral contraceptive use influences ovarian cancer risk. Int J Cancer 2017;141:2392–9. [PubMed: 28748634]

18. Mansournia MA, Jewell NP, Greenland S. Case-control matching: effects, misconceptions, and recommendations. Eur J Epidemiol 2018;33:5–14. [PubMed: 29101596]

19. Pearce N Analysis of matched case-control studies. BMJ 2016;352:i969. [PubMed: 26916049]

20. Rubin DB. Multiple imputation for nonresponse in surveys. New York: John Wiley & Sons, Inc.; 1987.

21. Marshall A, Altman DG, Holder RL, Royston P. Combining estimates of interest in prognostic modelling studies after multiple imputation: current practice and guidelines. BMC Med Res Methodol 2009;9:57. [PubMed: 19638200]

22. Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer Biol Med 2017;14:9–32. [PubMed: 28443200]

23. Machairiotis N, Vasilakaki S, Thomakos N. Inflammatory mediators and pain in endometriosis: a systematic review. Biomedicines 2021;9:54. [PubMed: 33435569]

24. Lyon CJ, Law RE, Hsueh WA. Minireview: adiposity, inflammation, and atherogenesis. Endocrinology 2003;144:2195–200. [PubMed: 12746274]

25. Savant SS, Sriramkumar S, O'Hagan HM. The role of inflammation and inflammatory mediators in the development, progression, metastasis, and chemoresistance of epithelial ovarian cancer. Cancers (Basel) 2018;10:251. [PubMed: 30061485]

26. Harada T, Iwabe T, Terakawa N. Role of cytokines in endometriosis. Fertil Steril 2001;76:1–10. [PubMed: 11438312]

27. Tsudo T, Harada T, Iwabe T, Tanikawa M, Nagano Y, Ito M, et al. Altered gene expression and secretion of interleukin-6 in stromal cells derived from endometriotic tissues. Fertil Steril 2000;73:205–11. [PubMed: 10685516]

28. Wang T, He C. Pro-inflammatory cytokines: the link between obesity and osteoarthritis. Cytokine Growth Factor Rev 2018;44:38–50. [PubMed: 30340925]

29. Sheng H, Shao J, Morrow JD, Beauchamp RD, DuBois RN. Modulation of apoptosis and Bcl-2 expression by prostaglandin E2 in human colon cancer cells. Cancer Res 1998;58:362–6. [PubMed: 9443418]

30. Taketo MM. Cyclooxygenase-2 inhibitors in tumorigenesis (Part II). J Natl Cancer Inst 1998;90:1609–20. [PubMed: 9811310]

31. Gemmell LC, Webster KE, Kirtley S, Vincent K, Zondervan KT, Becker CM. The management of menopause in women with a history of endometriosis: a systematic review. Hum Reprod Update 2017;23: 481–500. [PubMed: 28498913]

32. Lee AW, Ness RB, Roman LD, Terry KL, Schildkraut JM, Chang-Claude J, et al. Association between menopausal estrogen-only therapy and ovarian carcinoma risk. Obstet Gynecol 2016;127:828–36. [PubMed: 27054934]

33. Pearce CL, Chung K, Pike MC, Wu AH. Increased ovarian cancer risk associated with menopausal estrogen therapy is reduced by adding a progestin. Cancer 2009;115:531–9. [PubMed: 19127543]

34. Lee AW, Wu AH, Wiensch A, Mukherjee B, Terry KL, Harris HR, et al. Estrogen plus progestin hormone therapy and ovarian cancer: a complicated relationship explored. Epidemiology 2020;31:402–8. [PubMed: 32028322]

35. Abdul Karim AK, Shafiee MN, Abd Aziz NH, Omar MH, Abdul Ghani NA, Lim PS, et al. Reviewing the role of progesterone therapy in endometriosis. Gynecol Endocrinol 2019;35:10–6. [PubMed: 30044157]

36. Carter NJ, Marshall ML, Susswein LR, Zorn KK, Hiraki S, Arvai KJ, et al. Germline pathogenic variants identified in women with ovarian tumors. Gynecol Oncol 2018;151:481–8. [PubMed: 30322717]

37. Shafrir AL, Wise LA, Palmer JR, Shuaib ZO, Katuska LM, Vinayak P, et al. Validity of self-reported endometriosis: a comparison across four cohorts. Hum Reprod 2021;36:1268–78. [PubMed: 33595055]

38. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, et al. Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. Endocr Relat Cancer 2013;20:251–62. [PubMed: 23404857]

39. Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res (Phila) 2013;6:811–21. [PubMed: 23761272]

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

## TABLE 1

Characteristics of the Ovarian Cancer Association Consortium studies included in the analysis.

| Site | Study name | Study location | Time period | Data collection method | No. of cases (% with endometriosis) | No. of controls (% with endometriosis) | Mean age at enrollment (SD) | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cases | Controls |
| AUS (9) | Australian Ovarian Cancer Study | Australia | 2002–2005 | Self-completed questionnaire | 1,336 (8.2%) | 1,491 (5.8%) | 59.2 (10.7) | 55.9 (12.5) |
| CON (11) | Connecticut Ovary Study | Connecticut, US | 1999–2003 | In-person interview | 388 (12.4%) | 551 (9.4%) | 59.3 (10.9) | 53.1 (10.4) |
| DOV (12) | Diseases of the Ovary and Their Evaluation Study | Washington, US | 2002–2009 | In-person interview | 1,137 (11.3%) | 1,828 (8.0%) | 56.2 (8.9) | 56.4 (9.3) |
| HAW (13) | Hawaii Ovarian Cancer Study | Hawaii, US | 1993–2008 | In-person interview | 698 (10.7%) | 1,103 (6.6%) | 57.0 (12.7) | 55.1 (14.6) |
| HOP (14) | Hormones and Ovarian Cancer Prediction | Western Pennsylvania, Northeast Ohio, Western New York, US | 2003–2009 | In-person interview | 717 (8.5%) | 1,802 (7.2%) | 60.2 (12.3) | 58.3 (12.4) |
| MAL (10) | Malignant Ovarian Tumor Study | Denmark | 1994–1999 | In-person or phone interview | 504 (1.4%) | 1,553 (1.0%) | 58.8 (10.8) | 57.1 (11.3) |
| NEC (15) | New England Case-Control Study of Ovarian Cancer | New Hampshire, Eastern Massachusetts, US | 1992–2008 | In-person interview | 1,472 (9.9%) | 2,100 (7.8%) | 55.4 (11.1) | 53.6 (12.5) |
| UCI (16) | University of California, Irvine Ovarian Cancer Study | Orange County and San Diego County, California, US | 1995–2005 | Self-completed questionnaire | 348 (17.5%) | 569 (12.7%) | 57.8 (12.0) | 54.2 (12.3) |
| USC (17) | University of Southern California Study of Lifestyle and Women's Health | Los Angeles, California, US | 1993–2010 | In-person interview | 1,900 (10.2%) | 2,595 (6.7%) | 57.3 (11.7) | 54.4 (12.3) |
| | | | | Total: | 8,500 (9.8%) | 13,592 (6.7%) | 57.5 (11.3) | 55.5 (12.1) |

AUS = Australian Ovarian Cancer Study; HAW = Hawaii Ovarian Cancer Study; USC = University of Southern California Study of Lifestyle and Women's Health; CON = Connecticut Ovary Study; DOV = Disease of the Ovary and Their Evaluation Study; HOP = Hormones and Ovarian Cancer Prediction; MAL = Malignant Ovarian Tumor Study; NEC = New England Case-Control Study of Ovarian Cancer; UCI = University of California, Irvine Ovarian Cancer Study; No. = number; SD = standard deviation

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

## TABLE 2

Associations between family history and lifestyle factors and ovarian cancer risk by endometriosis status.

| Risk Factor | Without Endometriosis (7,670 cases, 12,678 controls) | | | | With Endometriosis (830 cases, 914 controls) | | | | P-interaction[c] |
|---|---|---|---|---|---|---|---|---|---|
| | Cases[a] | Controls[a] | OR[b] | 95% CI | Cases[a] | Controls[a] | OR[b] | 95% CI | |
| BMI | | | | | | | | | .51 |
| <18.5 kg/m² | 178 | 290 | 1.12 | 0.92–1.36 | 16 | 21 | 0.82 | 0.42–1.62 | |
| 18.5–<25 kg/m² | 3,554 | 6,267 | 1.00 | — | 403 | 475 | 1.00 | — | |
| 25–<30 kg/m² | 2,142 | 3,588 | 0.97 | 0.91–1.05 | 230 | 231 | 1.27 | 1.00–1.60 | |
| 30 kg/m² | 1,670 | 2,462 | 1.13 | 1.04–0.22 | 172 | 186 | 1.21 | 0.94–1.57 | |
| | | | | P-trend = .04[d] | | | | P-trend = .06[d] | |
| Talc use[e] | | | | | | | | | .65 |
| Never | 2,172 | 4,137 | 1.00 | — | 220 | 323 | 1.00 | — | |
| Nongenital use | 1,391 | 1,909 | 0.76 | 0.49–1.19 | 162 | 140 | 0.83 | 0.39–1.77 | |
| Genital use | 827 | 1,304 | 1.12 | 1.01–1.25 | 79 | 106 | 1.38 | 1.04–1.84 | |
| First-degree family history of ovarian cancer | | | | | | | | | .20 |
| No | 6,943 | 11,811 | 1.00 | — | 762 | 841 | 1.00 | — | |
| Yes | 397 | 309 | 2.20 | 1.88–2.57 | 41 | 30 | 1.58 | 0.97–2.57 | |
| NSAID use | | | | | | | | | .50 |
| Never | 3,996 | 6,914 | 1.00 | — | 359 | 393 | 1.00 | — | |
| Ever | 1,130 | 2,007 | 0.90 | 0.78–1.04 | 169 | 196 | 0.85 | 0.63–1.13 | |

BMI = body mass index; CI = confidence interval; NSAID = nonsteroidal anti-inflammatory drug; OR = odds ratio.

[a] Numbers may not sum to total because of missingness.

[b] Models were fit in 50 imputed datasets, pooled using Rubin's rule, and adjusted for age at reference date, race/ethnicity, education level, and Ovarian Cancer Association Consortium (OCAC) study.

[c] P value for interaction using a likelihood ratio test.

[d] P value for trend was calculated by fitting the categorical variable as an ordinal variable.

[e] Models were fit among participants in studies conducted in Australia and the United States only.

### TABLE 3

Associations between hormonal and reproductive risk factors and ovarian cancer risk by endometriosis status.

| Risk Factor | Without endometriosis (7,670 cases, 12,678 controls) | | | | With endometriosis (830 cases, 914 controls) | | | | P-interaction[c] | Risk factors adjusted |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cases[a] | Controls[a] | OR[b] | 95% CI | Cases[a] | Controls[a] | OR[b] | 95% CI | | |
| Breastfeeding[d] (mo) | | | | | | | | | .91 | Parity |
| Never | 2,226 | 3,021 | 1.00 | — | 196 | 201 | 1.00 | — | | |
| <12 | 2,176 | 4,184 | 0.81 | 0.74–0.88 | 201 | 279 | 0.70 | 0.53–0.94 | | |
| 12–<24 | 878 | 1,804 | 0.78 | 0.71–0.87 | 73 | 110 | 0.67 | 0.46–0.99 | | |
| 24 | 547 | 1,510 | 0.60 | 0.53–0.68 | 42 | 78 | 0.60 | 0.38–0.96 | | |
| | | | | $P$-trend <.001[e] | | | | $P$-trend =.009[e] | | |
| Duration of hormonal oral contraceptive use (y) | | | | | | | | | .91 | Parity |
| Never or <1 | 4,363 | 5,395 | 1.00 | — | 382 | 309 | 1.00 | — | | |
| 1–<5 | 1,629 | 2,987 | 0.67 | 0.62–0.73 | 212 | 265 | 0.63 | 0.49–0.80 | | |
| 5–<10 | 936 | 2,114 | 0.54 | 0.49–0.59 | 131 | 174 | 0.57 | 0.42–0.76 | | |
| 10 | 714 | 2,163 | 0.38 | 0.35–0.42 | 103 | 162 | 0.47 | 0.34–0.64 | | |
| | | | | $P$-trend <.001[e] | | | | $P$-trend <.001[e] | | |
| Parity | | | | | | | | | .40 | Breastfeeding and tubal ligation |
| 0 births | 1,761 | 1,886 | 1.00 | — | 310 | 211 | 1.00 | — | | |
| 1 birth | 1,042 | 1,652 | 0.75 | 0.67–0.84 | 147 | 165 | 0.80 | 0.57–1.13 | | |
| 2 births | 2,229 | 4,236 | 0.63 | 0.57–0.70 | 216 | 279 | 0.75 | 0.54–1.02 | | |
| 3 births | 2,635 | 4,902 | 0.58 | 0.52–0.64 | 157 | 259 | 0.61 | 0.43–0.88 | | |
| | | | | $P$-trend <.001[e] | | | | $P$-trend =.009[e] | | |
| Tubal ligation | | | | | | | | | .28 | Parity and breastfeeding |
| No | 6,444 | 9,666 | 1.00 | — | 714 | 667 | 1.00 | — | | |
| Yes | 1,195 | 2,749 | 0.67 | 0.61–0.72 | 111 | 207 | 0.62 | 0.47–0.82 | | |
| Duration of estrogen-only therapy use[f] (y) | | | | | | | | | .96 | |
| Never | 4,274 | 6,367 | 1.00 | — | 372 | 425 | 1.00 | — | | |
| <5 | 425 | 699 | 0.97 | 0.83–1.13 | 60 | 69 | 0.83 | 0.52–1.32 | | |

*Fertil Steril.* Author manuscript; available in PMC 2023 February 27.

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

| Risk Factor | Without endometriosis (7,670 cases, 12,678 controls) | | | | With endometriosis (830 cases, 914 controls) | | | | P-interaction[c] | Risk factors adjusted |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cases[a] | Controls[a] | OR[b] | 95% CI | Cases[a] | Controls[a] | OR[b] | 95% CI | | |
| 5–<10 | 218 | 268 | 1.17 | 0.95–1.45 | 36 | 34 | 1.23 | 0.71–2.12 | | |
| 10 | 351 | 373 | 1.42 | 1.14–1.76 | 45 | 34 | 1.88 | 1.09–3.24 | | |
| | | | | P-trend =.002[e] | | | | P-trend =.05[e] | | |
| Duration of estrogen-progestin therapy use[f] (y) | | | | | | | | | .57 | Hormonal oral contraceptive use |
| Never | 4,002 | 5,528 | 1.00 | — | 392 | 402 | 1.00 | — | | |
| <5 | 612 | 1,155 | 0.76 | 0.67–0.86 | 68 | 86 | 0.70 | 0.47–1.07 | | |
| 5–<10 | 381 | 576 | 0.98 | 0.84–1.14 | 36 | 51 | 0.64 | 0.38–1.07 | | |
| 10 | 255 | 414 | 0.93 | 0.76–1.12 | 17 | 22 | 0.68 | 0.33–1.39 | | |
| | | | | P-trend =.06[e] | | | | P-trend =.03[e] | | |
| Age at menarche (y) | | | | | | | | | .76 | |
| <12 | 1,499 | 2,509 | 0.96 | 0.89–1.03 | 212 | 225 | 1.04 | 0.83–1.30 | | |
| 12–14 | 5,140 | 8,362 | 1.00 | — | 544 | 594 | 1.00 | — | | |
| 15 | 981 | 1,731 | 0.89 | 0.81–0.97 | 73 | 90 | 0.89 | 0.63–1.25 | | |
| | | | | P-trend =.35[e] | | | | P-trend =.46[e] | | |

CI=confidence interval; OR=odds ratio.

[a] Numbers may not sum to total because of missingness.

[b] Models were fit in 50 imputed datasets, pooled using Rubin's rule, and adjusted for age at reference date, race/ethnicity, education level, Ovarian Cancer Association Consortium (OCAC) study, and other risk factors indicated in the "Risk factors adjusted" column.

[c] P value for interaction with endometriosis using a likelihood ratio test.

[d] Models were restricted to parous women only.

[e] P value for trend was calculated by fitting the categorical variable as an ordinal variable.

[f] Models were restricted to postmenopausal women only, excluding those who had ever used both estrogen-only therapy and estrogen-progestin therapy and those who used an unknown hormone therapy type.