Exhibit 22

**Epidemiology Publish Ahead of Print**

**DOI: 10.1097/EDE.0000000000000745**

**PERINEAL TALC USE AND OVARIAN CANCER: A SYSTEMATIC REVIEW AND META-ANALYSIS**

(SHORT TITLE: PERINEAL TALC USE AND OVARIAN CANCER)

**Ross Penninkilampi** [∞]

**Guy D. Eslick** [∞]

[∞] The Whiteley-Martin Research Centre, Discipline of Surgery, The University of Sydney, Nepean Hospital, Penrith, New South Wales, Australia.

Address for correspondence: Professor Guy D. Eslick, The Whiteley-Martin Research Centre, Discipline of Surgery, The University of Sydney, Nepean Hospital, Level 3, Clinical Building, P.O. Box 63, Penrith, NSW 2751, Australia. Tel: +61 2 47 341 373, Fax: +61 2 47 343 432, E-mail: guy.eslick@sydney.edu.au

**Word count: 3993 body, 246 abstract**

**Figures: 3**

**Tables: 4**

This manuscript is original, has not been previously published in whole or in part, and is not under consideration for publication elsewhere. Neither animals nor human subjects were not used in this research.

The authors have no competing interests to disclose. All authors have read the manuscript, agree that the work is ready for submission, and accept the contents of the manuscript.

**Potential competing interests:**

None.

**Conflicts of Interest**

The authors declare that they have no conflict of interest.

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

## Abstract

**Background:** It has been posited that there is an association between perineal talc use and the incidence of ovarian cancer. To date, this has only been explored in observational studies.

**Objectives:** To perform a meta-analysis to evaluate the association between perineal talc use and risk of ovarian cancer.

**Methods:** Studies were identified using six electronic databases. Observational studies involving at least 50 cases of ovarian cancer were eligible for inclusion. We analyzed the association between ovarian cancer, including specific types, and any perineal talc use, long-term (>10 year) use, total lifetime applications, and use on diaphragms or sanitary napkins. A sub-group analysis was performed, stratifying by study design and population.

**Results:** We identified 24 case–control (13421 cases) and three cohort studies (890 cases, 181 860 person-years). Any perineal talc use was associated with increased risk of ovarian cancer (OR=1.31, 95%CI 1.24-1.39). >3600 lifetime applications (OR=1.42, 95%CI 1.25-1.61) was slightly more associated with ovarian cancer than <3600 (OR=1.32, 95%CI 1.15-1.50). An association with ever use of talc was found in case–control studies (OR=1.35, 95%CI 1.27-1.43), but not cohort studies (OR=1.06, 95%CI 0.90-1.25). However, cohort studies found an association between talc use and invasive serous type ovarian cancer (OR=1.25, 95%CI 1.01-1.55). We found an increased risk of serous and endometrioid but not mucinous or clear cell subtypes.

**Conclusions:** In general, there is a consistent association between perineal talc use and ovarian cancer. Some variation in the magnitude of the effect was found when considering study design and ovarian cancer subtype.

**Keywords: talc; ovarian cancer; etiology; risk factor.**

2

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

## Introduction

Ovarian cancer is the gynecologic cancer associated with the highest mortality in the U.S., in 2012 being the fifth highest cause of cancer death in women with 14404 deaths in that country.[1] The National Cancer Institute's Surveillance, Epidemiology, and End Results Program (SEER) predicts that in the United States in 2016 there will be 22280 incidences of newly diagnosed ovarian cancer, and 14240 deaths caused by ovarian cancer based on age-adjusted data from 2009-13.[2] The 5-year survival statistics for ovarian cancer are poor, largely because patients usually present with advanced disease, which is less amenable to curative therapy.[3] SEER estimates that only 15% of patients present with disease localized to the ovary, which contributes to a 5-year survival of 46.2%.[2] It is imperative to develop public health programs which either reduce the incidence of ovarian cancer, or detect it at an earlier stage, to reduce the burden of this disease.

Routine pelvic examinations, transvaginal ultrasonography, and tumor markers have been trialed as potential screening tools for ovarian cancer, but are limited in their usefulness. The cancer marker cancer antigen 125 (CA-125, also known as mucin 16) has been found to be elevated in 80% of all ovarian carcinomas, but this falls to 50% in women in which the cancer is localized only to the ovary, where it is most amenable to treatment.[4] As CA-125 has a low sensitivity and limited specificity, it is hence not recommended as a screening test for women without clinical symptoms.[5] Ultrasound has a reasonable sensitivity but poor specificity and positive predictive value, particularly as it is poor at distinguishing between benign and malignant masses.[6] While the search for an effective screening regimen for ovarian cancer continues, the importance of primary prevention becomes paramount. Talcum powder is made of talc, a hydrated magnesium silicate, and is used to absorb moisture on the body. Some women choose to dust talc on the perineum, or apply it to diaphragms or sanitary napkins, to reduce friction, keep the skin dry, reduce odor, and

3

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

prevent rashes. The potential association between perineal talc use and ovarian cancer has been discussed for decades. The first investigation of this association was performed by Cramer et al. in 1982, when the investigators found a relative risk of 1.92 (95% CI: 1.27-2.89) for ovarian cancer when women either dusted the perineum with talc powder, or used it on sanitary napkins.[7] Since this time, there has been substantial interest in and research into this association.

In the present context, the association between talc use and ovarian cancer takes on considerable relevance, as the pharmaceutical and consumer products company Johnson & Johnson has recently had damages levied to the total of US$717 million against them in five law suits. In these cases, juries decided that the use of talcum powder caused or contributed to the development of the plaintiff's ovarian cancer. The evidence for the association between perineal talc use and ovarian cancer is based on the body of knowledge from observational studies, and most of these have been retrospective case–control studies prone to recall bias. Hence, while perineal talc use has not been shown to be safe, in a similar regard a certain causal link between talc use and ovarian cancer has not yet been established.[8,9]

In 2013, a pooled analysis was performed for eight population-based case–control studies, and found a modest increased risk (OR=1.24) of ovarian carcinoma associated with perineal talc use.[10] In 2007, a meta-analysis was performed of nine observational studies; however, this study only examined the use of talc on contraceptive diaphragms.[11] The overall finding of this meta-analysis was that the use of talc on contraceptive diaphragms was not associated with ovarian cancer. Meta-analyses have been performed on this subject before; however, the most recent was in 2008,[9] and since this time the results of a number of large case–control studies, and two cohort studies,[12,13] have been published. Hence, there is a need to update the literature, particularly considering pending litigation against Johnson & Johnson by other claimants, and Johnson & Johnson's potential plans to appeal the previous decisions.

4

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

Furthermore, producers of talcum powder products continue to sell these products without any warning labels regarding perineal use and potential associations with ovarian cancer. Hence there is a need for clarification, to allow women to be adequately informed of the risk of use of these products, possibly preventing future harm.

This paper aims to review the literature and provide an overall risk estimate for the association between perineal talc use and ovarian carcinoma. We will also perform sub-group analyses by the method of talc application, the duration of talc use, the total number of perineal talc applications, and the type of ovarian cancer developed, to further elucidate the relationship between talc use and ovarian carcinoma.

### Methods

**Study Protocol**

We followed the Preferred Reporting Items for Systematic reviews and Meta-Analyses (PRISMA) guidelines.[14] R Penninkilampi performed a systematic search of the databases MEDLINE (from 1950), PubMed (from 1946), EMBASE (from 1949), the Cumulative Index to Nursing and Allied Health Literature (CINAHL), LILACS, and the Cochrane Central Register of Controlled Trials through to 22 August 2017 identify relevant articles. The search used the terms ('talc' OR 'talcum powder') AND ('ovarian cancer' OR 'ovarian carcinoma'), which were searched as text word and as exploded medical subject headings where possible. We also searched the reference lists of relevant articles for appropriate studies. No language restrictions were used in either the search or study selection. We did not search for unpublished literature.

**Study Selection**

We included studies that met the following inclusion criteria: (1) the study investigated the perineal use of talc in relation to risk of development of ovarian cancer; (2) the study reported adverse events as an odds ratio (OR), or the data was presented such that an OR could be

5

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

calculated; (3) the 95% confidence interval (CI) was reported, or the data was presented such that the CI could be calculated; and (4) the study involved a minimum of fifty cases. We excluded studies that did not meet the inclusion criteria.

**Data Extraction**

One of us (RP) performed data extraction using a standardized data extraction form, collecting information on the publication year, study design, number of cases, number of controls, total sample size, population type, country, mean age, number of adjusted variables, the risk estimates or data used to calculate the risk estimates, CIs or data used to calculate CIs, and the type of ovarian cancer. RP assessed the quality of the studies using the Newcastle-Ottawa Quality Assessment Scale (NOS); however, no studies were excluded on the basis of NOS score.[15] Authors were not contacted for missing data. Adjusted ratios were extracted in preference to non-adjusted ratios, however, where ratios were not provided, RP calculated unadjusted ORs and CIs.

**Statistical Analysis**

One of us (GDE) calculated pooled ORs and 95% CIs for the effect of any perineal talc use with all ovarian cancers using a random effects model [16]. Analyses were also performed based on the method of administration (diaphragm, sanitary napkins), duration of use, and type of ovarian cancer developed (all mucinous, mucinous invasive, mucinous borderline, all serous, serous invasive, serous borderline, endometrioid, clear cell). For long-term talc use, we extracted the odds ratio for the group with the longest duration of talc exposure compared to controls, provided that group used talc for a minimum duration of 10 years. For overall lifetime talc applications, groups within each study were divided into either <3600 lifetime applications, equivalent to less than approximately 10 years of daily use, or >3600 applications. Where a group from a study did not completely fit into this dichotomy, we placed it into the category it most closely fit. See eTable 1; http://links.lww.com/EDE/B261

6

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

for details on the categorization of individual groups. Odds ratios were pooled for invasive serous, invasive mucinous, borderline serous, and borderline mucinous tumors individually. However, as many studies reported only all mucinous or all serous in a single group, we also ran analyses for risk associated with all mucinous and all serous tumors. Where a study reported separately as borderline and serous, both odds ratios were included separately in the meta-analysis, to ensure all available data was considered.

We tested heterogeneity with Cochran's $Q$ statistic, with p<0.10 indicating heterogeneity, and quantified the degree of heterogeneity using the $I^2$ statistic, which represents the percentage of the total variability across studies which is due to heterogeneity. $I^2$ values of 25%, 50%, and 75% corresponded to low, moderate, and high degrees of heterogeneity respectively [17]. We quantified publication bias using the Egger's regression model [18], with the effect of bias assessed using the fail-safe number method. The fail-safe number was the number of studies that we would need to have missed for our observed result to be nullified to statistical non-significance at the p<0.05 level. Publication bias is generally regarded as a concern if the fail-safe number is less than 5n+10, with n being the number of studies included in the meta-analysis [19]. All analyses were performed with Comprehensive Meta-analysis (version 3·0), Biostat, Englewood, NJ (2014).

**Results**

**Study characteristics**

We performed a broad literature search of electronic databases, identifying 363 citations for review (see Figure 1). Initially, 318 studies were discarded, with many being narrative reviews, duplicates, animal studies, opinion pieces, editorials, or otherwise irrelevant. Forty-five citations were selected for full-text review. Of these, three were excluded due to being associated with endometrial rather than ovarian cancer, two were meta-analyses, five were duplications of data from the same study, one involved non-perineal application of talc, and

7

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

seven were otherwise irrelevant. No studies were excluded for failing to report an odds ratio, or for not providing the necessary raw data from which an odds ratio could be provided. Some studies provided only the raw data, that is, the number of cases and controls with and without perineal talc use. This allowed an unadjusted odds ratio to be calculated, which was then included in the analysis. Overall, 27 studies were selected. Note that Wu et al. (2015)[33] includes results from Wu et al. (2009)[36]; however, only Wu et al. (2009)[36] reported on non-perineal talc use, total lifetime applications, and long-term talc use. Hence data was extracted from Wu et al. (2015)[33] for the 'any perineal use' outcome, and from Wu et al. (2009)[36] for the three other outcomes previously mentioned. Hence, while 27 studies were included in the analysis, only 26 were included in the 'any perineal use' analysis. Three studies were cohort studies, including 890 cases and 181 860 person–years.[12,13,20] The remaining 26 studies were case–control studies, with a total of 13 421 cases and 19 314 controls. The case–control studies are described in eTable 1; http://links.lww.com/EDE/B261, while the cohort studies are described in eTable 2; http://links.lww.com/EDE/B261. In total, studies involving 14 311 cases of ovarian cancer were included in this review.

The quality of the studies was assessed using the Newcastle-Ottawa Scale (NOS), which involves separate assessment tools for both case–control and cohort studies.[15] The highest score awarded was 8/10, and the lowest was 5/10. The mean score was 7.0. Almost all studies lost points because the exposure to talc was ascertained through self-report rather than an independently verified source, and because the interviewer was not blinded to cases and controls. Many studies also failed to specifically describe that their chosen controls did not have a personal history of previous ovarian cancer. It may be the case that this was done, but not reported in the study methods. Generally, case ascertainment and matching controls based on age and other factors, often geographical location or ethnicity, was well performed in the reviewed studies. The breakdown of individual study scores is included in Tables 1 and 2.

8

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

Overall, the quality of studies included in this review was reasonably high. No studies were excluded from the review based on NOS score.

All studies reported at least an odds ratio for any perineal use of talc and its association with ovarian cancer. As previously described, Wu et al. (2009)[36] was not included in this analysis to prevent duplication of data. Five studies reported on only non-perineal exposure. Additionally, eight studies provided data for use of talc on a diaphragm, and 12 for sanitary napkins. 12 studies provided an odds ratio for long-term talc use and its association with ovarian cancer; however, the chosen threshold for long term was variable, from more than 10 years to more than 37.4 years. Five studies reported on the total number of talc applications. It was frequently necessary to report different groups from a single study separately to perform the meta-analysis of this outcome, with the groupings being described specifically in eTable 1; http://links.lww.com/EDE/B261. Ten studies reported odds ratios for all serous ovarian cancers, five reported for serous invasive cancers, and three reported for serous borderline cancers. Similarly, nine reported for all mucinous cancers, two for mucinous invasive, and three for mucinous borderline. Eight studies reported odds ratios for endometrioid ovarian cancer, and three reported for clear cell ovarian cancer.

**Quantitative data synthesis**

The results of the initial pooling of data from all studies is summarized in Table 1. Pooling of data revealed an increased risk of ovarian cancer associated with any perineal use of talc (see Figure 2a; OR=1.31, 95% CI 1.24-1.39). Use of talc long-term (>10 years) was also associated with an increased ovarian cancer risk (see Figure 2b; OR=1.25, 95% CI 1.10-1.43). Both <3600 total lifetime applications (OR=1.32, 95% CI 1.15-1.50) and >3600 lifetime applications (OR=1.42, 95% CI 1.25-1.61) of talc were associated with an increased risk of ovarian cancer, with a slightly higher risk in the group with greater usage. Talc use on diaphragms or on sanitary napkins were not individually associated with increased risk of

9

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

ovarian cancer. Any perineal talc use was associated with any serous (see Figure 2c;
OR=1.32, 95% CI 1.22-1.43), serous invasive (OR=1.32, 95% CI 1.13-1.54), serous
borderline (OR=1.39, 95% CI 1.09-1.78), and endometrioid (see Figure 2d; OR=1.35, 95%
CI 1.14-1.60) subtypes of ovarian cancer, but not the other subtypes.

We performed a subgroup analysis stratifying by study design. It is important to note that
there were only three cohort studies, each of which did not report on all the assessed
associations. For any perineal talc use, only case–control studies showed an association with
ovarian cancer (see Figure 2a; OR=1.35, 95% CI 1.27-1.43), while no association was noted
for cohort studies (OR=1.06, 95% CI 0.90-1.25). For the other associations assessed, the
results are reported in Table 2. In cohort studies, the only association found was between
perineal talc use and the incidence of serous invasive cancer subtypes (OR=1.25, 95% CI
1.01-1.55). For borderline serous, borderline mucinous, invasive mucinous, and clear cell
ovarian cancer subtypes, no cohort studies provided data for the association and hence the
odds ratios reported in eTable 2; http://links.lww.com/EDE/B261 are derived entirely from
case–control studies. The only outcome reported in all three cohort studies was any perineal
talc use; hence the available data from prospective studies was limited.

A subgroup analysis related to study population setting, that is in the hospital or in the
general population, was performed for any perineal talc application. Generally, hospital-
based studies were older (pre-2000) than the community-based studies. There were seven
hospital-based studies, all of which were case–control studies. There were 20 population-
based studies, including 17 case–control studies and all three cohort studies. There was no
difference between the pooled results for hospital- and population-based studies (OR: 1.22 vs
1.33). respectively.

There was heterogeneity in the analysis of non-perineal applications of talc ($I^2$=66.84,
p=0.02). There was no heterogeneity for any of the other outcome measures in either the

10

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

meta-analysis of all available studies, or the sub-group analyses. There was no publication

bias in the meta-analysis of any genital talc exposure and ovarian cancer, which included all

the studies in the review, except Wu et al. (2009)[36] (see Figure 3; p=0.09). The result for

publication bias for each of the individual analyses is included in Table 1.

## Discussion

The present meta-analysis reports a positive association between perineal talc use and ovarian

cancer, specifically of the serous and endometrioid histological subtypes. The mechanism by

which perineal talc use may increase the risk of ovarian cancer is uncertain. It has been

previously proposed that talc, as a foreign body, may ascend from the vagina through to the

uterine tubes and instigate a chronic inflammatory response, which may predispose to the

development of ovarian cancer. It is argued that cellular injury, oxidative stress, and local

increase in inflammatory mediators such as cytokines and prostaglandins may be mutagenic

and hence promote carcinogenesis.[21] In support of this hypothesis, it has been found that

hysterectomy or bilateral tubal ligation, in which ovarian exposure to inflammatory mediators

would be significantly curtailed, is associated with a reduced risk of ovarian cancer.[22-24]

However, the use of NSAIDs is not inversely associated with the incidence of ovarian cancer,

as may be expected if the etiology was related to chronic inflammation.[25,26] It has also been

found that human epithelial ovarian cells have an unusually low expression of COX-1 and

COX-2, which would reduce their sensitivity to the action of NSAIDs.[27] The potential

mechanism by which genital talc is associated with an increased risk of ovarian cancer hence

remains unclear.

An important finding of this study is that talc use appears to be associated with increased risk

of serous ovarian cancer, of both invasive and borderline types, and not with mucinous

ovarian cancer. Additionally, endometrioid ovarian cancers but not clear cell cancers were

significantly associated with perineal talc use. Intriguingly, a meta-analysis examining the

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

effects of tubal ligation of ovarian cancer risk found a reduced risk of the same subtypes of ovarian cancer as mentioned here: serous and endometrioid, but not mucinous.[24] If chronic inflammation due to ascending foreign bodies is indeed the mechanism by which talc use is associated with increased ovarian cancer risk, then these results fit the picture. The results for non-perineal application of talc were still positive but of lower magnitude, supporting the hypothesis of ascending foreign bodies causing chronic inflammation. It is plausible that non-perineal application of talc may cause increased risk through, for example, the respiratory tract.  Unfortunately, the evidence remains insufficient to understand the mechanism with any reasonable certainty.

We also found a slightly greater increased risk of ovarian cancer with more than 3600 lifetime applications compared with those with fewer than 3600 lifetime applications. The number of lifetime applications is a more valid measure of the patient's exposure to perineal talc than either duration or frequency of use alone. This finding also supports the chronic inflammatory hypothesis, as repeated exposure would induce a longer period of chronic inflammation, and therefore should increase the predisposition to the development of ovarian cancer. It is notable that this data was only available from case–control studies, as the three cohort studies did not sufficiently record duration and frequency of use to be included in the analysis. This retrospective finding is therefore prone to recall bias.

This meta-analysis had several strengths. None of the analyses in this review had statistically significant heterogeneity, except for non-perineal application, which indicates consistency in the direction and magnitude of the effect size between individual studies, and strengthening the reliability of the pooled effect sizes. Another strength of this review is the large number of overall cases ($n$=14 311), improving the power of the meta-analysis to detect a relatively small effect size, as occurred in this case. Another strength of this review is that the included studies were of relatively high quality as assessed through the NOS, reducing the potential for

12

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

bias in the conclusions drawn. The NOS revealed that the most common limitations of the included case–control studies were the failure to blind interviewers to case and control status of subjects in the interview, and reliance on memory and self-report for collection of data on perineal talc use.

A limitation of this study is that it pools non-randomized studies, primarily case–control studies. The retrospective nature of case–control studies introduces the potential for recall bias. In this case, it is entirely possible that patients with ovarian cancer may be more aware of their previous talc use and hence be more likely to report higher past use. It is possible to attempt to overcome this by blinding the participants to the nature of the study, usually by asking spurious questions, however the effectiveness of this approach may be limited.[28]

Many of the studies in this review recorded data about talc use as part of a more extensive questionnaire focused on other associations, which may reduce the potential for recall bias. However, since the initiation of lawsuits in 2014, there has been extensive media coverage regarding this association, and the potential for recall bias in case–control studies conducted since then may be exacerbated.

Cohort studies are useful in that they are prospective, however the low incidence of ovarian cancer results in relatively small numbers of cases even in large cohorts, as seen in the three cohort studies included in this review.[29] Considering potential exposure misclassification issues in case–control studies, the effect for any perineal talc use was very weak in a small number of cohort studies. However, an association between talc use and serous invasive ovarian cancer was found.

Of the studies in this review, case–control studies achieved much large numbers of cases, in some instances in excess of 2000 cases and a similar number of age-matched controls, which provide greater statistical power for the detection of an effect size of small magnitude. Hence while case–control studies are low-level evidence, they have been preferred in the

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

investigation of the association between talc use and ovarian cancer. They also have the important advantage of not requiring 15 or more years of follow-up, as is necessary for a cohort study to sufficient detect cases of ovarian cancer relative to certain exposures. One potential way to overcome this limitation in future studies is to ensure that talc use is always included in questionnaires of any cohort studies investigating ovarian cancer. It is important not only that talc use be investigated, but also the precise location, duration, and frequency of use. As it stands, a meta-analysis of observational studies such as the present study provides the highest level of evidence practically feasible for this research question.

## Conclusions

The results of this review indicate that perineal talc use is associated with a 24%-39% increased risk of ovarian cancer. While the results of case–control studies are prone to recall bias, especially with intense media attention following the commencement of litigation in 2014, the confirmation of an association in cohort studies between perineal talc use and serous invasive ovarian cancer is suggestive of a causal association. Additional epidemiologic evidence from prospective studies with attention to effects within ovarian cancer subtype is warranted. There is a substantial need for further research on a potential mechanism by which ovarian cancer may be caused by talc, as this will allow a causal relationship to be established or rejected with more certainty. However, particularly because of the dearth of screening tests available for this high-mortality cancer, it is important that research into this association continue as it is a potential avenue for cancer prevention.

14

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

# References

1.    Siegel RL, Miller KD, Jemal A. Cancer statistics, 2016. *CA Cancer J Clin* 2016;**66**:7-30.

2.    SEER. SEER stat fact sheet: ovary cancer. Accessed 8 May 2016.

3.    Holschneider CH, Berek JS. Ovarian cancer: epidemiology, biology, and prognostic factors. *Semin Surg Oncol* 2000;**19**:3-10.

4.    Jelovac D, Armstrong DK. Recent progress in the diagnosis and treatment of ovarian cancer. *CA Cancer J Clin* 2011;**61**(3):183-203.

5.    Soletormos G, Duffy MJ, Abu Hassan SO, Verheijen RHM. Clinical Use of Cancer Biomarkers in Epithelial Ovarian Cancer Updated Guidelines From the European Group on Tumor Markers. *International Journal of Gynecological Cancer* 2016;**26**(1):43-51.

6.    van Nagell JR, Jr., Hoff JT. Transvaginal ultrasonography in ovarian cancer screening: current perspectives. *Int J Womens Health* 2013;**6**:25-33.

7.    Cramer DW, Welch WR, Scully RE, Wojciechowski RN. Ovarian cancer and talc: a case–control study. *Cancer* 1982;**50**:372-76.

8.    Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *Eur J Cancer Prev* 2011;**20**(6):501-7.

9.    Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health* 2008;**62**(4):358-60.

10.    Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, Carney ME, Weber RP, Akushevich L, Lo-Ciganic WH, Cushing-Haugen K, Sieh W, Moysich K, Doherty JA, Nagle CM, Berchuck A, Pearce CL, Pike M, Ness RB,

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G, Rossing MA, Schildkraut J, Risch H, Goodman MT, Ovarian Cancer Association C. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)* 2013;**6**(8):811-21.

11.    Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *Eur J Cancer Prev* 2007;**16**:422-9.

12.    Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, Thomson CA, Ockene JK, Sturgeon SR. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst* 2014;**106**(9).

13.    Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology* 2016.

14.    Moher D, Liberati A, Tetzlaff J, Altman DG, Group P. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *Int J Surg* 2010;**8**(5):336-41.

15.    Wells GA, Shea B, O'Connell D, Peterson JEA, Welch V, Losos M, Tugwell P. The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised trials in meta-analyses. 2000.

16.    DerSimonian R, Laird N. Meta-analysis in clinical trials. *Controlled Clinical Trials* 1986;**7**:177-88.

17.    Higgins JPT, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. *BMJ* 2003;**327**:557-60.

18.    Egger M, Smith GD, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. *BMJ* 1997;**315**:629-34.

16

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

19.     Orwin RG. A fail-safe N for effect size in meta-analysis. *Journal of Educational Statistics* 1983;**8**(2):157-9.

20.     Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst* 2000;**92**(3):249-52.

21.     Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* 1999;**91**(17):1459-67.

22.     Weiss NS, Harlow BL. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer? *Am J Epidemiol* 1986;**124**(5):856-8.

23.     Irwin KL, Weiss NS, Lee NC, Peterson HB. Tubal Sterilization, Hysterectomy, and the Subsequent Occurrence of Epithelial Ovarian Cancer. *Am J Epidemiol* 1991;**134**(4):362-9.

24.     Cibula D, Widschwendter M, Májek O, Dusek L. Tubal ligation and the risk of ovarian cancer: review and meta-analysis. *Human Reproduction Update* 2011;**17**(1):55-67.

25.     Bonovas S, Filioussi K, Sitaras NM. Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. *Br J Clin Pharmacol* 2005;**60**(2):194-203.

26.     Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer* 2008;**122**(1):170-6.

27.     Rodríguez-Burford C, Barnes MN, Oelschlager DK, Partridge EE, Grizzle WE. Effects of Nonsteroidal Anti-Inflammatory Agents (NSAIDs) on Ovarian Carcinoma

17

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

Cell Lines: Preclinical Evaluation of NSAIDs as Chemopreventive Agents. *Clin Cancer Res* 2002;**8**:202-9.

28.    Mann CJ. Observational research methods. Research design II: cohort, cross sectional, and case–control studies. *Emerg Med J* 2003;**20**:54-60.

29.    Narod SA. Talc and ovarian cancer. *Gynecol Oncol* 2016.

30.    Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, Cote ML, Funkhouser E, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Camacho F, Wang F, Moorman PG. Association between Body Powder Use and Ovarian Cancer: the African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev* 2016.

31.    Cramer DW, Xu H. Epidemiological evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol* 1995;**5**(4):310-14.

32.    Cramer DW, Vitonis A, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: a retrospective case–control study in two US states. *Epidemiology* 2016;**27**(3):334-46.

33.    Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. *Cancer Epidemiol Biomarkers Prev* 2015;**24**(7):1094-100.

34.    Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, Modugno F, Ness RB, Diergaarde B. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case–control study. *Cancer Epidemiol Biomarkers Prev* 2012;**21**(8):1282-92.

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

35.    Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control* 2011;**22**(5):737-42.

36.    Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer* 2009;**124**(6):1409-15.

37.    Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer* 2004;**112**(3):458-64.

38.    Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 2000;**11**(2):111-7.

39.    Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case–control study. *Obstet Gynecol* 1999;**93**(3):372-6.

40.    Godard B, Foulkes WD, Provencher D, Brunet J-S, Tonin PN, Mes-Masson A-M, Narod SA, Ghadirian P. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case–control study. *Am J Obstet Gynecol* 1998;**179**(2):403-10.

41.    Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, Ward B, The Survey of Women's Health Study Group. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. *Int J Cancer* 1997;**71**:948-51.

42.    Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 1997;**145**(5):459-65.

43.    Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 1997;**79**(12):2396-401.

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

44.    Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertil Steril* 1996;**65**(1):13-8.

45.    Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, Quinn M, Wright G, Russell P, Susil B, The Survey of Women's Health Study Group. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case–control study. *Int J Cancer* 1995;**62**:678-84.

46.    Tzonou A, Polychronopoulou A, Chung-cheng H, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* 1993;**55**:408-10.

47.    Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecologic Oncology* 1992;**45**:20-5.

48.    Chen Y, Wu P-C, Lang J-H, Ge W-J, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol* 1992;**21**(1):23-9.

49.    Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case–control study. *Br J Cancer* 1989;**60**:592-98.

50.    Harlow BL, Weiss NS. A case–control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol* 1989;**130**(2):390-4.

51.    Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, Hendrickson M. Personal and environmental characteristics related to epithelial ovarian cancer. II: Exposers to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* 1988;**128**(6):1228-40.

52.    Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA* 1983;**250**(14):1844.

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

**Figure 1.** PRISMA flow-chart for literature search and study selection.

**Figure 2a**: Any perineal talc use is associated with an increased risk of any ovarian cancer (OR=1.31, 95% CI 1.24 – 1.39)

**Fig 2b**: Long-term perineal talc use (>10 years use) is associated with an increased risk of any ovarian cancer, but of a lower magnitude than any perineal use (OR=1.25, 95% CI 1.10 – 1.43)

**Fig 2c**:   Any perineal talc use is associated with an increased risk of serous ovarian cancers (OR=1.32, 95% CI 1.22 – 1.43)

**Fig 2d**: Any perineal talc use is associated with an increased risk of endometrioid type ovarian cancers (OR=1.35, 95% CI 1.14 – 1.60)

**Figure 3.** Funnel plot for the meta-analysis of studies examining any perineal talc use and risk of ovarian cancer (p=0.09)

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

| | Number of Studies | Effect Size | Heterogeneity | | Publication Bias |
|---|---|---|---|---|---|
| | | OR (95% CI) | $I^2$ | p-value | p-value |
| **Method of talc use** | | | | | |
| Any perineal | 26 | 1.31 (1.24 – 1.39) | 10.52 | 0.31 | 0.09 |
| Any non-perineal | 5 | 1.24 (1.01 – 1.51) | 66.84 | 0.02 | 0.86 |
| Diaphragm | 8 | 0.84 (0.68 – 1.05) | 14.76 | 0.31 | 0.64 |
| Sanitary napkins | 12 | 1.15 (0.94 – 1.41) | 43.82 | 0.05 | 0.17 |
| **Length of talc use** | | | | | |
| Long-term use (>10 yrs) | 12 | 1.25 (1.10 – 1.43) | 45.11 | 0.04 | 0.31 |
| <3600 total applications | 5 | 1.32 (1.15 – 1.50) | 1.83 | 0.41 | 0.20 |
| >3600 total applications | 5 | 1.42 (1.25 – 1.61) | 12.59 | 0.33 | 0.40 |
| **Type of ovarian cancer** | | | | | |
| All serous | 10 | 1.32 (1.22 – 1.43) | 0.00 | 0.75 | 0.44 |
| Serous invasive | 5 | 1.32 (1.13 – 1.54) | 25.10 | 0.25 | 0.75 |
| Serous borderline | 3 | 1.39 (1.09 – 1.78) | 0.00 | 0.94 | 0.83 |
| All mucinous | 9 | 1.12 (0.94 – 1.33) | 5.79 | 0.39 | 0.79 |
| Mucinous invasive | 2 | 1.34 (0.48 – 3.79) | 69.39 | 0.07 | N/A[a] |
| Mucinous borderline | 3 | 1.18 (0.76 – 1.81) | 34.07 | 0.22 | 0.96 |
| Endometrioid | 8 | 1.35 (1.14 – 1.60) | 0.00 | 0.61 | 0.78 |
| Clear cell | 3 | 1.02 (0.75 – 1.39) | 0.00 | 0.78 | 0.22 |

[a] No publication bias result available when there are fewer than three studies in the analysis

**Table 1:** Summary of pooled effect sizes for examined outcome variables.
OR indicates odds ratio, CI confidence interval.

22

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

| | Case-Control Studies (n=24) | | | Cohort Studies (n=3) | | | |
|---|---|---|---|---|---|---|---|
| | Number of Studies | Effect Size OR (95% CI) | Heterogeneity | | Number of Studies | Effect Size OR (95% CI) | Heterogeneity | |
| | | | $I^2$ | p-value | | | $I^2$ | p-value |
| **Method of talc use** | | | | | | | | |
| Any perineal use | 23 | 1.35 (1.27-1.43) | 0.00 | 0.77 | 3 | 1.06 (0.90-1.25) | 18.89 | 0.29 |
| Non-perineal use | 5 | 1.24 (1.01-1.51) | 66.84 | 0.02 | 0 | N/A | N/A | N/A |
| Diaphragm | 7 | 0.81 (0.61-1.08) | 21.92 | 0.26 | 1 | 0.92 (0.68-1.24) | 0.00 | 1.00 |
| Sanitary napkin | 10 | 1.27 (0.98-1.65) | 40.49 | 0.09 | 2 | 0.93 (0.77-1.13) | 0.00 | 0.77 |
| **Length of talc use** | | | | | | | | |
| Long-term use | 11 | 1.29 (1.13-1.47) | 40.53 | 0.08 | 1 | 0.98 (0.75-1.29) | 0.00 | 1.00 |
| <3600 total applications | 5 | 1.32 (1.15-1.50) | 1.83 | 0.41 | 0 | N/A | N/A | N/A |
| >3600 total applications | 5 | 1.42 (1.25-1.61) | 12.59 | 0.33 | 0 | N/A | N/A | N/A |
| **Type of ovarian cancer** | | | | | | | | |
| All serous | 12 | 1.34 (1.23-1.47) | 0.00 | 0.71 | 2 | 1.19 (0.97-1.47) | 0.00 | 0.61 |
| Serous invasive | 3 | 1.36 (1.05-1.75) | 47.96 | 0.15 | 2 | 1.25 (1.01-1.55) | 0.00 | 0.33 |
| Serous borderline | 3 | 1.39 (1.09-1.78) | 0.00 | 0.94 | 0 | N/A | N/A | N/A |
| All mucinous | 9 | 1.15 (0.93-1.41) | 21.03 | 0.26 | 2 | 0.96 (0.61-1.53) | 0.00 | 0.84 |
| Mucinous invasive | 2 | 1.34 (0.48-3.79) | 69.39 | 0.07 | 0 | N/A | N/A | N/A |
| Mucinous | 3 | 1.18 | 34.07 | 0.21 | 0 | N/A | N/A | N/A |

23

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| borderline | | (0.76-1.81) | | | | | | |
| Endometrioid | 6 | 1.39 (1.16-1.66) | 0.00 | 0.52 | 2 | 1.09 (0.66-1.80) | 0.00 | 0.48 |
| Clear cell | 3 | 1.02 (0.75-1.39) | 0.00 | 0.78 | 0 | N/A | N/A | N/A |

**Table 2**: Summary of pooled effect sizes in subgroup analysis by study design. OR indicates odds ratio, CI confidence interval.



Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.





**Figure 1:** PRISMA flow-chart for literature search and study selection.

25

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.



Figure 2a

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.





27

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.



| Study name | Odds ratio | Lower limit | Upper limit |
|---|---|---|---|
| Schildkraut et al. (2016) (30) | 1.38 | 1.03 | 1.85 |
| Cramer et al. (2016)a (32) | 1.42 | 1.19 | 1.69 |
| Cramer et al. (2016)b (32) | 1.40 | 1.03 | 1.90 |
| Houghton et al. (2014) (12) | 1.13 | 0.84 | 1.52 |
| Rosenblatt et al. (2011)a (35) | 1.47 | 0.84 | 2.56 |
| Rosenblatt et al. (2011)b (35) | 1.01 | 0.69 | 1.47 |
| Merritt et al. (2008) (26) | 1.21 | 1.02 | 1.43 |
| Mills et al. (2004) (37) | 1.77 | 1.12 | 2.80 |
| Mills et al. (2004)a (37) | 1.28 | 0.71 | 2.31 |
| Gertig et al. (2000) (20) | 1.26 | 0.94 | 1.69 |
| Cook et al. (1997) (42) | 1.70 | 1.16 | 2.50 |
| Chang & Risch (1997) (43) | 1.34 | 0.96 | 1.85 |
| Harlow & Weiss (1989) (50) | 1.40 | 0.90 | 2.19 |
| | 1.32 | 1.22 | 1.43 |

Figure 2c



28

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.



| Study name | Odds ratio | Lower limit | Upper limit |
|---|---|---|---|
| Cramer et al. (2016) (32) | 1.38 | 1.06 | 1.80 |
| Houghton et al. (2014) (12) | 1.29 | 0.64 | 2.61 |
| Merritt et al. (2008) (26) | 1.18 | 0.81 | 1.71 |
| Mills et al. (2004) (37) | 1.28 | 0.62 | 2.63 |
| Gertig et al. (2000) (20) | 0.91 | 0.44 | 1.87 |
| Cook et al. (1997) (42) | 1.20 | 0.61 | 2.35 |
| Chang & Risch (1997) (43) | 1.67 | 1.00 | 2.79 |
| Harlow & Weiss (1989) (50) | 2.80 | 1.21 | 6.47 |
|  | 1.35 | 1.14 | 1.60 |

Figure 2d

29

Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.



**Figure 3**: Funnel plot for the meta-analysis of studies examining any perineal talc use and risk of ovarian cancer (p=0.09)



Copyright © Wolters Kluwer Health, Inc. All rights reserved. Unauthorized reproduction of this article is prohibited.