UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (MAS) (RLS)** |

*THIS DOCUMENT RELATES TO ALL CASES*

## PROPOSED ORDER EXCLUDING THE OPINIONS OF DEFENDANTS' EXPERT WITNESS, DR. ANALISA DIFEO

**THIS MATTER**, having been opened to the Court by Plaintiffs for entry of an order excluding the opinions of Defendants' expert witness, Dr. Analisa DiFeo, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this _____ day of _____, 2024

**ORDERED** as follows:

1. Plaintiffs' Motion to Exclude the Opinions of Defendants' Expert Witness, Dr. Analisa DiFeo is Granted in its entirety; and

2. Dr. Analisa DiFeo, expert for Defendants, shall be barred from offering general causation opinions and testifying about general causation.

_____
Hon. Michael A. Shipp