Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (MAS) (RLS) |

<u>**EXPERT REPORT OF ANALISA DIFEO, Ph.D.**</u>

Date: May 28, 2024

_____
Analisa DiFeo, Ph.D.

1

<u>**EXPERT REPORT OF ANALISA DIFEO, Ph.D.**</u>

**I.     BACKGROUND AND QUALIFICATIONS**

I am a Professor (with tenure) in the Department of Pathology and Obstetrics & Gynecology at the University of Michigan Medical School. I have more than 20 years of experience in biomedical research focused on ovarian cancer. I have a broad background in ovarian cancer genetics and biology, with specific training and expertise in cancer biology, chemotherapy resistance, tumor initiation, and development of patient-based models. The focus of my laboratory spans the continuum of translational research, beginning with an in-depth analysis of patient tumors and progressing to a functional assessment of key genetic drivers of ovarian cancer progression and the development of a novel therapeutic approach to abrogate these drivers to uncover therapies that will improve ovarian cancer patient survival. In my role as a translational research scientist, I oversee a translational ovarian cancer research laboratory, which I independently started in 2012. In addition, I have organized and founded several large translational research programs at a variety of different institutions that focused on developing a team of diverse investigators interested in gynecological cancers and developing well-characterized patient-relevant gynecological cancer tumor models that have been used by numerous individuals in the scientific community and industry partners, leading to the discovery of novel therapeutic targets, biomarkers, and drugs. Currently, I am also the Director of the Michigan Ovarian Cancer Science and Innovation Consortium (MOSAIC) and the co-Principal Investigator of the gynecologic cancer tumor repository. Samples collected from this tumor bank have been shared with more than 30 labs across the world, have resulted in more than 30 peer-reviewed publications, and led to more than $16 million in funding from philanthropic gifts, federal grants, and industry-sponsored research agreements.

Since the inception of my laboratory, it has been funded continuously through numerous federal, foundation and industry grants, primarily focused on ovarian cancer, including, but not limited to, numerous Department of Defense awards, several Mary Kay Foundation awards, Ovarian Cancer Research Alliance, Eli Lilly Research Award, and R21 and R01 funding through the National Cancer Institute. We have published more than 70 original research articles (>4800 citations; h-index 39) and have been granted a patent on Biomarker Associated with Risk of Melanoma Recurrence, US Patent **US20150218649A1,** and filed another patent for Compositions and Methods for Treating Cancer, Worldwide Patent **WO2017176756A.**

I received my Bachelor of Science in Biochemistry at SUNY Binghamton in 2001, and my Ph.D. in Cancer Genetics from Mount Sinai School of Medicine (now named Icahn School of Medicine) in New York in 2008, where I played a central role in defining alternative splicing of the KLF6 gene family as a key regulator in ovarian cancer. We found that both KLF6 and its oncogenic splice variant, KLF6-SV1, are key regulators of epithelial ovarian cancer pathogenesis. Our findings were the first to demonstrate that a majority of ovarian cancer tumors have increased expression of the oncogenic KLF6-SV1 isoform, and that this variant is a novel anti-apoptotic protein that regulates chemotherapy response. Through this work, I received the AstraZeneca Scholar-in-Training Award from the American Association of Cancer Research, and the Terry Krulwich Doctoral Dissertation Award from Mount Sinai School of Medicine. In 2012, I was appointed an Assistant Professor in the Division of General Medical Sciences (Oncology) at Case Western Reserve University School of Medicine and started my own research laboratory. Soon after, I was honored with The Norma C. and Albert I. Geller Designated Professor in Ovarian Cancer Research in 2014 for my efforts in developing the first Gynecologic Oncology Translational Research Program at the Case Comprehensive Cancer Center in Cleveland, OH. The

3

Program, which included Case Western Reserve University, University Hospitals of Cleveland, and Cleveland Clinic, was a well-integrated, state-of-the-art research program with a rich repository of patient-derived cell lines and mouse ovarian cancer models that was highly useful for translational research and was perfectly poised to perform impactful translational research to uncover the drivers of ovarian cancer transformation and tumor recurrence. This program increased the interest in ovarian cancer research among the faculty. Most notably, the development of this program resulted in numerous collaborative projects and increased the ovarian cancer research endeavors on campus. Through these efforts in bringing awareness to ovarian cancer and developing a gynecological cancer translational research program, I was chosen as a Crain's Cleveland Business 40 Under 40 honoree.

In 2018, I was recruited to be an Associate Professor (with tenure) in the Department of Pathology and Obstetrics & Gynecology at the University of Michigan Medical School, to continue performing impactful research that through collaborative teamwork and rigorous research will improve the lives of women burdened by ovarian cancer. At the University of Michigan, I am the Director of the Michigan Ovarian Cancer Science and Innovation Consortium (MOSAIC), a statewide program that connects passionate physicians, scientists, and patient advocates from prestigious research institutions throughout Michigan. Its primary goal is to work together in order to perform impactful research that will uncover novel diagnostic tools or therapies that can ultimately improve the lives of all women diagnosed with ovarian cancer and advanced-stage uterine cancer. We currently have ~60 members from backgrounds in Public Health, Pathology, Cancer Biology, Genomics, Materials Science and Engineering, Biomedical Engineering, Bioinformatics, Gynecologic Oncology, Medicinal Chemistry, and Epigenetics. Through these programs, I have developed a state-of-the-art gynecologic tumor biobank, which includes novel

4

patient-derived cell lines, organoids, and mouse models, which are used to uncover advance personalized approaches to cancer treatment.

I am also the Associate Director of the Cancer Biology Graduate Program, a Member of the Rogel Cancer Center, the Biomedical Research Council (BMRC), Cancer Biology Graduate Program Steering Committee, and Elected Member of the Senate Assembly of the University of Michigan.

Beyond the aforementioned research, I serve on numerous international and national grant review committees, and I periodically review for more than 20 journals. I am also on the Editorial Board of the journal Endocrinology and am an Associate Editor for the Frontiers in Oncology (gynecological oncology journal). In addition, I serve as a key opinion leader for various biotechnology companies developing drugs to treat ovarian cancer. I serve on numerous grant review committees within my institution such as the institution's Biomedical Research Council (BMRC) for three years, where I evaluate University-wide prestigious limited submission awards. In addition, I am a member of the Rogel Cancer Center Research Committee (CRC), which evaluates all grants awarded by Rogel monthly. Nationally, I am a Charter Member of the Developmental Therapeutics study section at the National Cancer Institute (NCI), a Standing Member of the American Cancer Society's Mission Boost Panel, a Charter Member of the Cancer Center Pilot Grant Program at the Medical College of Wisconsin, and an ad hoc reviewer on various other national and international committees listed on my CV.

For a more detailed description of awards, grants, and publications, please refer to my complete curriculum vitae, which is attached as an appendix to this report. I am being compensated at the rate of $775 an hour for the time spent on this work. I have never testified as an expert witness before.

5

## II.    SCOPE OF REPORT

This report reflects my analysis and opinions, based on my education, training and expertise as a cancer biologist, and a thorough review of the relevant literature, on the issue of whether cosmetic talc causes or contributes to the development of ovarian cancer.

Fortunately, many experimental tools have been developed to assess the impact of substances on the development of diseases, including cancer. Use of these tools, and independent review by experts, allow us to evaluate claims of causation.

In this report, I provide an overview of cancer, what is known about ovarian cancer, the origins of ovarian cancer, modeling malignant transformation, bioassays to assess neoplastic transformation, and an overview on inflammation. I then address my overall opinion on the hypothesized role of talc in ovarian cancer development and discuss numerous concerns with the data presented by Dr. Mandarino, Dr. Emi, Dr. Saed and their colleagues, and why the results of their research do not constitute scientifically sound evidence that cosmetic talc use can cause ovarian cancer.

## III.    SUMMARY OF OPINIONS

Based on my education and experience, I conclude that cosmetic talc, regardless of its exact constituents or alleged contaminants, does not cause or contribute to the development of ovarian cancer. Specifically, cosmetic talc has not been shown to be capable of migrating to the fimbrial ends of the fallopian tubes, from which most ovarian cancers arise. Nor has it been shown to induce any portion of the multistep malignant transformation process. The studies on which plaintiffs' experts rely have been performed on flawed cell lines, use physiologically irrelevant concentrations of talc, and, in any event, do not demonstrate neoplastic transformation.

6

## IV.    CANCER

Cancer is the most common human genetic disease.  Cancer is caused by altered expression of genes or by genetic mutations – most often, a series of mutations, some of which may be inherited.  Most cancers arise from several genetic mutations that accumulate in cells of the body over a person's lifespan.   During division, every cell produces two identical progeny. Consequently, a cell that acquires a mutation transfers that mutation to its progeny via processes of cell division and growth.   The proliferation of cells harboring cancer-associated mutations surpasses that of normal cells, thereby increasing the quantity of cellular candidates for further mutations.  As cancer-causing mutations accumulate, they are replicated in descendant cells.  If one cell finally acquires enough mutations to become cancerous, subsequent cancer cells will be derived from that one single transformed cell and a tumor will form.  Because cells with cancer-linked mutations tend to proliferate more than normal cells, cellular candidates for additional mutations grow in number.  Mutations continue to accumulate and are copied to descendant cells. These are called somatic mutations, and the genes involved are usually located on autosomes (non-sex chromosomes).  Cancer may also have a germline mutation component, meaning that it occurs in germ cells, better known as the ovum or sperm.  Germline mutations may occur de novo (for the first time) or be inherited from a parent's germ cells.  Examples of germline mutations linked to cancer are the ones that occur in cancer susceptibility genes such as BRCA1 or BRCA2, which increase a person's risk for breast, ovarian, prostate, or pancreatic cancer.

Genes in which mutations cause cancer fall into two groups:  tumor suppressor genes and oncogenes.  Tumor suppressor genes prevent the development of tumors by: (1) regulating cell growth (preventing cells from dividing too quickly); and (2) controlling cell death (referred to by scientists as apoptosis).  A mutation in these genes can cause cells to divide too quickly and fail to

7

die, resulting in cancer. Oncogenes similarly interfere with the normal growth and death of cells, enabling cells to proliferate uncontrollably and thereby leading to cancer. There are an estimated $10^{15}$ cell divisions during the lifetime of an adult. Replication errors alone result in thousands of new DNA mutations in the genome in every cell of the organism. However, the majority of those mutations are not in tumor suppressor genes or oncogenes. At least ~350 (1.6%) of the ~22,000 protein-coding genes in the human genome are reported to show recurrent somatic mutations in cancer with strong evidence that these contribute to cancer development.[1] Studies in mice have suggested that more than 3,000 genes, when appropriately altered, may have the potential to contribute to cancer development.[2] Mutations may be acquired while the cell lineage is phenotypically normal, reflecting both the intrinsic mutations acquired during cell division and the effects of exogenous mutagens such as tobacco use or UV light. During the development of the cancer, processes other than cell division, for example, DNA repair defects, may contribute to the mutational burden. When they are functioning properly, DNA repair genes help to fix damaged DNA. During the development of cancer, however, these genes can mutate, a process that causes other mutations in these cells, including chromosomal changes that promote cancer growth. Once cancer cells have acquired enough mutations, they gain additional attributes that distinguish them from normal cells in several ways: a) they grow indefinitely regardless of signals telling them to stop growing; b) they do not undergo programmed cell death (or apoptosis); c) they spread into surrounding tissue; d) they generate new blood vessel to supply nutrients to the growing tumor; e) they evade the immune system in order to not be attacked by immune cells; and f) they use different bodily energy sources from those that promote normal cell growth and thereby are able to grow faster than normal cells.

## V.    OVARIAN CANCER

Ovarian cancer is currently one of the deadliest cancers diagnosed in women.  In 2024, there will be approximately 19,680 new cases and 12,740 ovarian cancer deaths in the US.[3]  The prognosis for patients diagnosed with ovarian cancer is grim, with overall survival rates remaining relatively unchanged for the past 30 years.  The 5-year overall survival rate for all ovarian cancer patients is 49.1% and varies greatly with stage.  Patients diagnosed with Stage 1 ovarian cancer have a 5-year survival rate of 92.6%, whereas those diagnosed with Stage 3/4 cancer have a 5-year survival rate of approximately 30%.[3]  The term "ovarian cancer" is a misnomer as it does not refer exclusively to cancer that originates from the ovaries.[4]  Rather, ovarian cancer is an umbrella term that refers to several different subtypes of cancer that can arise from different anatomical areas of the gynecological tract, including the ovaries, fallopian tube, and uterus.[4]  The World Health Organization currently separates ovarian cancer into three major types.  The first type is epithelial ovarian cancer (EOC) which constitutes approximately 90% of all ovarian cancers.  The second type is germ cell, which accounts for most of the remainder, and the third type is sex cord-stromal, which account for 3% and 2% of all ovarian cancers, respectively.  EOC is further subdivided into 5 distinct subtypes based on cell type and grade.  Each of the subtypes is distinct in terms of morphology, etiology, anatomic origin, molecular characteristics, and prognosis.  Currently, a dualistic model exists for the classification of epithelial ovarian cancers into two groups, **Type 1** and **Type 2**.  Type 1 EOCs include low-grade serous carcinoma (LGSC), low-grade endometrioid carcinoma (EC), mucinous carcinoma (MC), and clear cell carcinoma (CCC).[5]  Type 1 cancers make up 25% of the EOC cases, are usually considered low-grade, and are well differentiated.  They tend to be driven by well-defined somatic mutations in KRAS, BRAF, PI3KCA, and ERBB2

genes and generally do not have p53 mutations.  They typically progress slowly and are diagnosed at an early stage.[5]

Type 2 cancers include the high-grade serous carcinomas (HGSC), high-grade endometrioid carcinoma (HGEC), undifferentiated carcinomas, and carcinosarcomas.  They make up the majority of the EOC cases and are normally characterized by a lack of consistent driver mutations, except for almost universal p53 mutations.[5]  They tend to exhibit a high degree of genomic instability and defects in the DNA damage repair (DDR) pathway.[6]  These cancers tend to be aggressive, highly metastatic, and are usually diagnosed at a late stage.  HGSC makes up 75% of the serous carcinomas diagnosed and is responsible for the majority of deaths caused by EOC.[5]  The morphology of HGSC is characterized by poorly differentiated columnar cells that form papillae, solid masses, and slit-like spaces.[6,7]  They are positive for certain tissue markers, such as the mullerian marker PAX8, as well as the epithelial marker CK7, and the transcription factor WT1.  HGSCs also stain positive for nuclear p53 due to accumulation of mutant p53.  Genetically, HGSCs have very few mutations that are common among all patients, with p53 present in 96% of patients and BRCA1/BRCA2 mutations seen in ~20% of patients.[6,7]  However, most of the other mutations found in HGSC occur at a lower frequency.  The most common genetic alteration in HGSCs is genomic instability, which is defined by frequent gains and losses of pieces of DNA.[6,7]  This is due in part to defects in the cell's ability to repair its DNA, which is called homologous recombination (HR) and DNA damage repair (DDR).  Around 50% of all HGSCs have HR/DDR defects.  HGSCs can be further categorized by gene expression patterns, which cluster into four distinct groups that are called immunoreactive, mesenchymal, proliferative, and differentiated based on the genes that they represent.  Patients with the mesenchymal subtype of

HGSC tend to have the poorest prognosis and overall survival rates, although the exact reasons for this remain unclear.[6]

LGSCs are infrequent and make up about 10% of serous carcinomas and 2% of all ovarian cancers.[3,5]  They are typically diagnosed at a younger age, at early stage, are slow-growing, and have a much better prognosis and survival rate than HGSC.  Morphologically, they are similar to HGSC, but they do not have nuclear atypia.  LGSCs display similar immunophenotype markers as HGSC, including PAX8 and CK7.[8]  They generally do not have p53 mutation or aberrant p53 staining.  LGSCs are genomically stable and have recurrent driver mutations in KRAS or BRAF that promote tumor progression.

Apart from the serous carcinomas, the other types of EOC occur infrequently. Endometrioid carcinomas ("EC") account for the next-largest patient population, making up 10% of all ovarian cancers.[3]  These tumors usually arise from the endometrium, are associated with endometriosis, are typically diagnosed at early stage, are usually low-grade, and have a good prognosis.  Morphologically, they are differentiated, with glandular structure similar to endometrial epithelium.[3]  The grade of EC can vary, with the low-grade showing very few defects in the nuclei and the high-grade showing significant defects.  These tumors also have markers that can be used to define them further, such as being positive for PAX8 and CK7, negative for WT1 and possible overexpression of p53.[3,8]  Unlike HGSC tumors, ECs do not display a high degree of genomic instability, and they have a distinct molecular profile from HGSC tumors, accompanied by accumulation of mutations predicted to deregulate canonical Wnt signaling (usually *CTNNB1*), PI3K/Pten signaling (*PTEN, PIK3CA*), ARID1A, and PPP2R1A.[5,61]

Although endometriosis is associated primarily with EC, it is also associated with increased risk for clear cell cancers ("CCC") which account for 9.5% of all ovarian cancers and do not have

11

a well-defined site of origin.[5,62]  Twenty to fifty percent of women diagnosed with clear-cell and endometrioid ovarian carcinomas also have endometriosis.[81]  In women with endometriosis, the risk of developing clear-cell and endometrioid ovarian carcinomas is 3.4 and 2.3 times greater, respectively.[83]  Patients with CCC are typically younger, tend to present at an early stage, and the most frequent and important specific gene alterations in CCC are mutations of ARID1A (~50% of cases) and PIK3CA (~50% cases).[5]  CCCs are associated with endometriosis and are aggressive with a poor prognosis, similar to HGSC.  Morphologically they are large cuboidal or flattened clear cells that can grow in papillar, solid, or tubulocystic patterns.[3]  CCC genomic stability has not been well characterized.  Immunologically, they are negative for PAX8, CK7, p53, and WT1, while they are positive for napsin A.[3,8]  Some recurrent mutations in ARIDA1, PTEN, PI3KCA have been reported.[6]

Atypical endometriosis can also be associated with borderline tumors (BOTs) [94,95] and has been observed in 10.5% of patients with borderline or invasive ovarian epithelial tumors.[96]  BOTs are distinguished by the growth of cells and a little level of abnormality in the cell nuclei; therefore, they are also called tumors of low malignant potential.  They account for 10% of all epithelial tumors.  They manifest at an earlier age than carcinomas (median age, 45 years), have a potential hereditary risk and commonly have mutations in *KRAS* or *BRAF*.[97]

Lastly, mucinous cancer ("MC") accounts for only 3-4% of ovarian cancers,[8] is usually low-grade, detected at early stage, and has a good prognosis.  They are large, multicystic tumors that grow in papillary patterns.  MC are usually positive for CK7 and PAX8, but not WT1 or p53.  Recurrent driver mutations include KRAS (75%) and HER2 (20%) activation.[3]

## VI.    OVARIAN CANCER RISK FACTORS

There are several risk factors that can contribute to the development of ovarian cancer. Certain genetic factors are associated with increased risk of developing ovarian cancer, and approximately 24% of ovarian cancers diagnosed have at least one predisposing germline mutation.[9] Of these, mutations in BRCA1 and BRCA2 are the most common and make up about 18% of the germline mutations.[9] The risk of developing ovarian cancer (as well as other types of cancer) is greatly increased in BRCA1/2 mutation carriers.[6-7,9-13] The lifetime risk of developing ovarian cancer in BRCA1 carriers is 44% and 17% in BRCA2 carriers.[4] However, BRCA1/2 carriers have increased sensitivity to therapies that affect DDR, such as platinum and PARP inhibitors, and thus have a better prognosis.[11] Other genetic factors for developing ovarian cancer are also usually components of DDR, and their inactivation contributes to increased DNA damage and tumorigenesis.[14] There are at least 16 genes known to be involved in hereditary tumorigenesis, including TP53, ATM, RAD50, RAD51C, RAD51D, MRE11A, CHECK2, PALB2, BRIP1, and BARD1.[9,13-15] This list of genes, as well as mutations within these genes, is constantly evolving as there are mutations that remain unknown, have an unclear impact on cancer progression or cannot be detected by current tests.[16] For instance, though we may know some of the genes that predispose a woman to developing ovarian cancer, the exact mutations in those genes that cause cancer may not be clear; thus, they are referred to as variants of unknown significance (VUS).[17] In a recent study that analyzed more than 800 patients who underwent genetic testing for *BRCA1/2,* 5.6% of the original VUS mutations were reclassified as pathogenic or likely pathogenic variants over a 13-year period.[17] Further expanding the complexity of VUS mutations is another study that examined BRCA1 and BRCA2 intronic VUS mutations in a cohort of 707 ovarian cancer patients.[80] This study found that 2 mutations that were previously thought to be non-pathogenic

13

resulted in loss of protein expression and the mutations (BRCA1 c.4358-2A>G and BRCA2 c.475+5G>C) were reclassified as pathogenic variants.[80]  Findings such as these highlight how germline genetic testing and classifying cancer-causing mutations is an evolving field.

Beyond new hereditary mutations being introduced in genes we already know to be involved in hereditary ovarian cancer, new genes continue to be identified.  For example, Fierheller et al. uncovered a novel ovarian cancer-predisposing gene, FANCI, through whole genome sequencing of numerous families with ovarian cancer (OC) cases not harboring pathogenic mutations in either of the BRCA1 and BRCA2 genes.[18] Women with congenital diseases such as Lynch syndrome (characterized by mutations in the genes of the mismatch repair pathway) also have an increased risk of developing ovarian cancer.

Repeated cycles of ovulation can contribute to the lifetime risk of ovarian cancer, and studies have shown that use of oral contraceptives can conversely reduce the risk of ovarian cancer.  The explanation for this is not clearly delineated.  Several earlier studies had postulated that it may be due to a reduction in the genotoxic and inflammatory stress associated with continuous follicular rupture and release.  More recently, however, several studies have shown that the decreased risk may be due to the effects of increased progesterone on apoptosis.[20,21]  Reproductive factors, such as endometriosis or never carrying a pregnancy to term, can also contribute to ovarian cancer risk.  Salpingectomy and oophorectomy are the most effective means of preventing ovarian cancer and are often recommended for high-risk patients, such as BRCA1/2 carriers, after childbearing is complete.  Bilateral salpingo-oophorectomy can reduce the risk of developing ovarian cancer in such patients by approximately 70%, but not 100% given that ovarian cancer can originate from organs other than the fallopian tubes and ovaries, which are removed during bilateral salpingo-oophorectomy surgery.[22]  Other factors, such as environmental factors and

14

lifestyle choices, can also contribute to the risk of ovarian cancer. For example, obesity is associated with non-serous ovarian cancer,[98] and smoking has been shown to be associated with mucinous cancer.[99]

Advanced age is also a risk factor for ovarian cancer, and patients are diagnosed at a median age of 63 years. Normal cell replications over the course of our lives contribute to the accumulation of random mutations that can eventually lead to cancer, hence the increasing risk with age.[1]

There are currently two major barriers to successful treatment of HGSC that are the cause of the high mortality rate associated with HGSC. The first is that there are no reliable methods for early detection of HGSC, which results in more than 70% of HGSC patients being diagnosed with end-stage disease that has already metastasized throughout the peritoneal cavity. This is because initially ovarian cancer can be asymptomatic. When symptoms arise, they are often non-specific and may be mistaken for other diseases. Effective minimally invasive screening procedures, such as the mammogram in breast cancer or colonoscopy in colon cancer, are not feasible for HGSC early detection.

The second major barrier is that because such a high percentage of HGSC patients are diagnosed at end stage, there is a very high rate of recurrence (>80%). Both barriers translate into a poor prognosis, and both have their roots in the fact that the origins and natural history of HGSC are still poorly understood. Unlike most other epithelial cancers, the anatomical complexity and location associated with HGSC has made understanding the HGSC tumorigenesis process extremely difficult.

15

## VII.    INFLAMMATION

Inflammation is a critical defense mechanism that is essential to health.  It contributes to numerous physiological and pathological processes within the human body, such as wound healing and infection.[63]  The inflammatory cascade represents an immune response of the host to damaging stimuli and contributes to rebuilding tissue homeostasis in order to resolve acute inflammation.[64] The etiologies of inflammation can be infectious, such as bacteria and viruses, or non-infectious, such as chemicals or tissue damage.  Beyond the role of inflammation in normal physiology, in the last couple of decades, it has been shown that inflammation can contribute to the development and progression of certain cancers.  One reason is that tumors that emit persistent oncogene stress signals chronically induce inflammatory cell recruitment, which aids in their survival.[65]  Thus, some cancers are thought to be caused by infection, chronic inflammation or autoimmunity at the same tissue or organ site.[66]  In most of these cases, it is due to pathogenic diseases such as inflammatory bowel diseases (IBD), chronic hepatitis, Helicobacter-induced gastritis or Schistosoma-induced bladder inflammation, increasing the risk of colitis-associated cancer (CAC) (though only 2% of CAC cases are preceded by intestinal inflammation), liver cancer, stomach cancer or bladder cancer, respectively.  Overall, however, the development of the large majority of cancers is not preceded by chronic inflammation.[67]

Inflammation does not appear to play a role in ovarian cancer.  Although the surface epithelium of the ovary and the fimbriae of the fallopian tube are consistently exposed to strong inflammatory stimuli due to natural by-products of ovulation, follicular fluid, and ovulatory rupture, the role of chronic inflammation in driving OC development has not been demonstrated. This suggests that the cells in this microenvironment have adapted to withstand these pro-inflammatory insults throughout their life.  To date, there is no evidence that inflammation

16

precedes HGSC and there is no evidence of an association between chronic inflammation and the occurrence of the precursor's lesions of HGSC.[100]

## VIII.   MALIGNANT TRANSFORMATION

Understanding the mechanisms that underlie cancer development requires knowledge of cellular transformations; in the next section, I will delineate the defining characteristics of transformation as well as the fundamental signaling events that initiate the process. Malignant, or oncogenic, transformation is a complex, multi-step process in which normal cells undergo a slow conversion as oncogenic and tumor suppressor signaling compete for dominance.[23]   While the exact sequence and steps necessary for complete transformation of normal cells varies depending on the cancer, there are certain general signaling events necessary for transformation to occur.  Full malignant transformation requires changes that: 1) alter telomere maintenance to bypass replicative senescence; 2) inactivate tumor suppressive pathways; and 3) activate oncogenic signaling pathways.[23]  After a finite number of cell divisions, normal cells will undergo replicative senescence.  In cancer cells, this process is bypassed by upregulation of the hTERT catalytic subunit of human telomerase.  Loss of tumor suppressor signaling typically occurs through functional inactivation of the p53/Rb signaling pathways, facilitating cell cycle deregulation and loss of ability to undergo apoptosis.  Various pro-oncogenic signaling events, such as Ras activation and upregulation of c-MYC, facilitate increased proliferation, angiogenesis, and metastasis.  The combination of these three oncogenic components provides the necessary changes for complete transformation from normal cells to premalignant lesions to fully transformed carcinomas.  Progression of a normal cell to a neoplastic cell capable of forming a tumor happens because of random mutations and epigenetic alterations that affect genes controlling cell survival, proliferation, metastasis and other traits associated with the malignant phenotype.   These

17

alterations occur in the context of complex microenvironmental inputs, which exert selective pressures (either positive or negative) on the evolution of the developing cancer cell. Oncogenic transformation normally requires at least two to three oncogenic "hits" or molecular alterations that promote the malignant phenotype. In human cells, more than two hits (as many as 10) are usually required for progression to fully developed carcinoma depending on the cancer type.[81] The "hits" necessary for successful oncogenic transformation usually consist of gains of oncogenes and loss of tumor suppressors.

An oncogene is a gene that contributes to the development of the malignant phenotype. This is often accomplished by activation of a proto-oncogene, which has a controlled role in normal cell growth and division. Aberrant activation of a proto-oncogene (i.e., mutation, transcriptional activation, post-translational modification, epigenetic activation, etc.) converts it to an oncogene, which then promotes tumorigenesis. Tumor suppressors are the other primary category of regulators involved in tumorigenesis. Tumor suppressors are genes that prevent uncontrolled cell growth and proliferation in response to oncogenic stimuli. They can do this by promoting cell cycle arrest, senescence, and apoptosis. Loss of tumor suppressor function (via mutational inactivation, decrease in expression, inhibition of function, etc.) also promotes tumorigenesis.

Human cells are highly resistant to oncogenic transformation, and several barriers must be overcome for a normal cell to transform into a cancer cell. Normal cells typically have a finite lifespan (termed the Hayflick limit) or number of cell divisions that they can undergo before they stop dividing. The normal machinery of the cell tightly regulates the signaling involved in cell division to prevent excessive or aberrant cell proliferation. To escape this regulation, one of the major barriers that cells must overcome is replicative senescence. As cells reach the end of their replicative lifespan, they are genetically programmed to undergo a process termed replicative

18

senescence or M1. This is usually facilitated through increased activation of p53 and RB1 signaling, which prevent cell cycle progression, promote cell cycle arrest, and activate apoptosis. These signaling pathways can be activated by several cues, including reaching the Hayflick limit, DNA damage, increased reactive oxygen species, increased stress signaling, strong mitogenic signaling, and oncogene activation. Inactivation of the p53 and RB1 signaling pathways is needed for the cell to continue dividing past this limit. Loss of RB1 function removes the block on G1/S cell cycle progression, and loss of p53 function promotes cell cycle progression and inhibits apoptosis. This allows the cell to continue dividing due to loss of cell cycle regulation. Eventually, the cell will reach a point where the telomeres (structures at the end of chromosomes that protect the DNA) become critically shortened. This is called M2 or "crisis." In the presence of a competent p53 pathway, these critically short telomeres facilitate large-scale genomic instability, which can result in necessary cell death. This is because extremely short human telomeres cause decrease in growth by either activating the tumor suppressor gene p53 or starting the p16/RB pathway. Cancer cells also need to avoid the tumor suppressor signaling that comes with having shorter telomeres. Cell immortalization – one of several steps toward carcinogenesis – usually happens because of activation of hTERT, the catalytic subunit of telomerase. Indeed, hTERT activation is seen in the overwhelming majority of human cancers. hTERT activation leads to increased telomerase activity, which maintains the telomeres, prevents the activation of tumor suppressor genes, and allows the cells to continue dividing indefinitely. At this point, the cells are immortal but still may not be capable of forming a tumor. In vivo, this is akin to a pre-malignant lesion, which shows some of the characteristics of a fully developed carcinoma, such as loss of contact inhibition and dysplasia, but is limited in terms of growth and metastasis. Further oncogenic alterations such as increased proliferative signaling (via increased activity of oncogenes

19

such as MYC or RAS) and increased epithelial-to-mesenchymal transition (EMT) are needed to promote the transition of the pre-malignant lesion to carcinoma in-situ. Even after cells begin to proliferate abnormally, additional genetic mutations are required to transform them into cells that will metastasize into other tissues, the characteristic property of metastatic carcinoma.

## IX.    EXPERIMENTAL MODELS TO ASSESS MALIGNANT TRANSFORMATION

Modeling carcinogenesis and determining whether a chemical or genetic alteration can induce onco-transformation are essential to understanding the factors that drive tumor development. Therefore, numerous cell-based and animal studies have been done to measure the acquisition of a malignant phenotype. Tumor formation usually happens over a period of decades and normal human cells do not grow on plastic (e.g., petri dishes) indefinitely. Therefore, the most critical first step in an in vitro experiment is determining the "normal" cells that will be used for the assays. Typically, normal fibroblast cells that can already grow on plastic plates indeterminately are used because they have been immortalized via activation of hTERT and loss of several key tumor suppressor genes. Unfortunately, these cells are not biologically relevant for most cancers given that very few cancers originate from fibroblasts. Therefore, it is best to use normal cells that are known to be the precursor for the specific cancer. For example, in order to assess whether a substance can induce HGSC or EC malignant transformation, it is essential to use normal fallopian tube secretory epithelial cells (FTSEC) or endometrium cells respectively since HGSC usually arises from the fimbriae of the fallopian tubes and endometrial cancer in the endometrium. Recent work from our laboratory details the use of three different FTSEC cell line models to reveal the transformative ability of the oncogenic microRNA, miR-181a.[24] Figure 1A shows pictures of one of the normal FTSEC models used with cells that have been immortalized using hTERT, have TP53 loss and have a CDK4 mutation, therefore mimicking a serous tubal

intraepithelial carcinoma (STIC) lesion, and highlights the morphological changes induced by expressing one (miR-181a) or two (miR-181a + MYC) oncogenes, as well as the distinct growth patterns. Given that transformation is a multi-step process, several other assays are required to confirm a malignant phenotype, including, but not limited to, increased proliferation (Figure 1B), increased anchorage-independent growth or sphere formation (Figure 1C), and most importantly, growth of these cells in immunodeficient mice to confirm that they can grow tumors (Figure 1D).[24] Additional comprehensive molecular profiling of the transformed cells should also be performed to confirm consistent genetic signatures with human tumors. Ultimately, Figure 1 briefly provides a description of what is commonly accepted for ascertaining the transformative ability of various potentially carcinogenic genetic alterations or chemicals. Some studies have concluded that there is a satisfactory predictive capability of using sphere assays to test for malignant transformation; however, the assays were not validated in vivo and did not correlate with tumor formation in mice. Thus, the Organization for Economic Cooperation and Development (OECD) did not consider it to be sufficiently robust for regulatory test guideline purposes.[25-27]

21



**Figure 1. Bioassays to test malignant transformation. A**. Normal fallopian tube secretory cells (FTSEC) are immortalized via the activation of hTERT and inactivation of TP53 to allow them to grow on plastic indefinitely. To test whether certain genes can contribute to malignant transformation they can be overexpressed in the cells either alone or in combination and observed over time to assess changes in morphology. **B.** Overexpression of one or both oncogenes result in increased cell growth whereas the normal cells stop growing at day 8. **C.** Another assay commonly performed is sphere-forming assay in soft-agar to measure anchorage independent growth given that normal cells cannot grow in suspension or in spheres. **D.** The most critical step of transformation is determining whether the cells that have been modified can grow tumors in mice.

## X.    ONCOGENIC TRANSFORMATION OF OVARIAN CANCER

*High Grade Serous Ovarian Cancer*

The lack of knowledge about the natural history of HGSC has made it difficult to develop effective early detection and intervention strategies or novel therapeutic approaches. However, over the past 10 years, progress has been made in elucidating the origins of HGSC. For the last three decades, the predominant view was that HGSC originated from the ovarian surface epithelium (OSE). The OSE model was initially proposed by Fathalla in 1971 and was termed the "incessant ovulation" hypothesis.[28] This model of HGSC tumorigenesis posited that the process

of incessant ovulation subjected the OSE to repeated cycles of rupture and repair. The continuous process of repeated ovulation was thought to promote a pro-inflammatory microenvironment and chronic DNA damage in the OSE that facilitated its transformation. Follicular rupture facilitates a spike in ROS and pro-inflammatory cytokines, which increases the genotoxic stress the OSE cells are under, making them more susceptible to mutation and oncogenic transformation. This hypothesis was initially based on the observation that oral contraceptives (which prevent ovulation) reduce the risk of developing HGSC, the primary tumor mass was located on the ovary in the majority of HGSC patients, and later the observation that women with germline BRCA1/2 mutations (and therefore defective DDR) had a greater risk of developing HGSC. Initially, it was thought that OSE inclusion cysts exposed to the interior ovarian follicular matrix, would undergo metaplasia and eventual transformation. However, there is a high frequency of inclusion cysts in pathologically normal ovaries. In addition, there is no definitive evidence of inclusion cyst precursors that give rise to HGSC, or that OSE cells in the inclusion cysts can undergo mullerian transdifferentiation and metaplasia, which are forms of cellular transformation.

The proposal that the OSE was the site of origin for HGSC offered almost no insight into the details of how HGSC developed. The natural history of HGSC languished in obscurity for more than 20 years until by serendipity an alternative site of origin was uncovered. The discovery that women who carried the germline BRCA1/2 mutation were at high risk of developing ovarian cancer led to the regular employment of prophylactic risk-reducing bilateral salpingo-oophorectomy (RRSO) (surgical removal of the fallopian tubes and ovaries). RRSO allowed pathologists to meticulously examine the fallopian tube and ovaries of these high-risk patients for occult cancer lesions.

Interestingly, no ovarian lesions were uncovered, but several in-situ and invasive lesions were discovered in the fallopian tube surface epithelium (FTSE).[29]  Follow-up studies confirmed these observations, with occult lesions being present in the FTSE (usually concentrated at the fimbriated end) in 40-100% of patients.  These lesions were also present in the FTSE of women who were not BRCA1/2 carriers, and not at elevated risk for developing HGSC.[29-42]

Following the initial studies, Nik N et al. proposed that the occult tubal cancers might shed metastatic cells from the fallopian tube that could seed and then grow on the ovary.[43]  This



Figure 2: Incessant ovulation has been deemed one of the factors that contributes to HGSC carcinogenesis because of consistent observations that the number of lifetime ovulations is positively related to ovarian cancer incidence.  The fluid ruptured from follicles during ovulation is proposed to be carcinogenic because it contains abundant reactive oxygen radical species, which can damage DNA, break DNA strands, and initiate DNA damage repair.  The fallopian tube epithelial cells, especially those located at the fimbriated ends where most of the STICs are found, are directly exposed to follicular fluids immediately after ovulation.  With repeated episodes of DNA damage and repair, the follicular fluid-exposed tubal epithelial (putative progenitor) cells may acquire somatic mutations, some of which are cancer-promoting, and clonally expand.  This carcinogenic process accelerates in the presence of germline mutations and epigenetic inactivation of genes participating in homologous recombination DNA repair such as BRCA1 and BRCA2.  Furthermore, various growth factors in follicular fluid promote the transformation of TP53 -mutated epithelial cells.  The STIC then undergoes malignant transformation and sheds to various other sites, including the ovary, throughout the peritoneal cavity.

24

hypothesis formed the basis for the FTSE or Tubal theory of HGSC carcinogenesis (outlined in Figure 2). The occult carcinoma in situ found in the fallopian tube was named STIC and was proposed as a precursor of HGSC.

STICs have a high nuclear to cytoplasmic ratio, nuclear pleomorphism, lack of ciliated cells, sporadic mitotic figures, and loss of epithelial polarity. STICs are present in approximately 60% of HGSC patients, 8-10% of healthy BRCA1/2 carriers, and 1-3% of the healthy population.[44-45]

In addition to STIC, other precursor lesions originating from the FTSE have also been identified. The first was a pre-malignant lesion termed the "p53 signature" (PSIG). The PSIG is a stretch of 12-30 morphologically normal-looking FTSE cells that stain strongly for nuclear p53 (indicating p53 mutation). PSIGs are not proliferative, but do show increased staining of $\gamma$H2AX foci, indicating an increase in DNA damage in these cells compared to the surrounding normal cells.[46] PSIGs can be found in 50% of salpingectomies from all women (healthy and HGSC patients) and are found at similar frequencies in BRCA1/2 carriers and non-BRCA1/2 carriers.[47] PSIGs are usually concentrated at the fimbrial end of the fallopian tube and occur at a higher frequency in conjunction with co-occurring STIC. Often, the PSIGs are seen in histological continuity with STIC, suggesting a clonal origin.

Based on the pathological studies of occult lesions in the fallopian tube, a histological model of HGSC pathogenesis from the fallopian tube has emerged.[48] In this model, there are two normal cell types present in the FTSE. The first are FTSECs, which secrete a variety of factors that facilitate oocyte survival and fertilization. The second are fallopian tube epithelial ciliated cells (FTCs), which facilitate transport of the oocyte from the proximal to distal end of the fallopian tube. FTSECs are proposed as the cell-of-origin for HGSC as they are the only cell type of the

25

two that can be transformed in vitro and in vivo. FTSECs subjected to the transforming environment of the juxtaovarian niche undergo p53 mutation to become PSIG cells, which are the earliest detectable HGSC precursor lesion. PSIGs then undergo yet undefined further oncogenic alterations, which promote their transitional oncogenic transformation to STIC. The STIC then undergoes epithelial-to-mesenchymal transition (very generally, the cells become mobile) and sheds or spreads to various other sites, including the ovary and throughout the peritoneal cavity.[48]

The evidence to support a tubal origin of many (if not all) HGSCs is substantial. FTSECs isolated from human fallopian tube fimbria can be transformed to give rise to tumors that are histologically and genetically similar to HGSC using viral and non-viral methods.[49-51] STICs are associated with the majority of HGSCs diagnosed and bear a high degree of genetic and morphologic similarity to HGSC. Additionally, no equivalents of STICs or PSIGs have been found in the ovary during prophylactic risk reduction surgery (RRSO) regardless of BRCA status. STICs have an increase in expression of oncogenes such as CCNE1 that are also upregulated in HGSC. STICs can also be found in prophylactic RRSOs where no carcinoma is present (refuting the contention that STICs are only metastases to the fallopian tube rather than the initiating lesion). STIC cells also have shortened telomeres compared to HGSC. Comparative gene expression profiling and phylogenetic analysis of OSE, FTSE, and HGSC show that HGSCs are more closely related to FTSE than OSE.[50,51] Several genetically engineered mouse models of HGSC also support a tubal origin for the majority of HGSCs.[52-54] The first HGSC genetically engineered mouse model used an AMHR2-Cre-driven model to investigate HGSC pathogenesis. AMHR2 is a semi-specific mullerian promoter expressed in the FTSE. Kim et al. used AMHR2-Cre-driven deletion of Dicer and PTEN to generate tumors that had some similarities to HGSC, which did not form when the fallopian tubes were surgically removed.[52]

26

An improved genetically engineered mouse model was then developed by Perets et al. that utilized the mullerian-specific PAX8 transcription factor to drive Cre expression.[53]  The PAX8-Cre model was much more specific for conditional expression of Cre in the fallopian tube and specifically FTSECs.  Different combinations of clinically relevant oncogenic alterations, including PTEN deletion, p53 deletion, and BRCA1/2 deletion in the PAX8-Cre mice resulted in tumors that recapitulated the morphology, precursor lesions, genetics, markers, and dissemination of HGSC to a high degree.  In addition, they showed that mice with salpingectomy did not form tumors while those with either hysterectomy or oophorectomy did.[53]

Lastly, a third genetically engineered mouse model has been developed using the mouse mullerian-specific OVGP1 promoter to drive Cre expression.  In the mouse, OVGP1 is expressed 45 times higher in the fallopian tube and FTSECs than in any other female reproductive tissue.  The OVGP1-Cre mouse model most faithfully recapitulates HGSC in humans and is the closest mimic to what is believed to happen during human HGSC pathogenesis.[54,55]

## XI.    COSMETIC TALC AND OVARIAN CANCER

### A.    Lack Of Evidence Showing That Talc Increases Ovarian Cancer Incidence.

Numerous carcinogenesis bioassays have been performed in animals to assess whether talc can induce tumor development, and none of them has shown an increase in ovarian cancer.  For example, using female Sprague-Dawley rats that received direct intrabursal (adjacent to the ovary) injection of 100 mg/mL Italian talc, histological examination at 12 months showed some changes in some of the treated animals but no evidence of ovarian neoplasia (or nuclear atypia) in any animals.[68]  In another study, 100-mg of USP-grade talc was intraperitoneally or intravaginally applied and observed for 18 to 21 months, and no tumors were found on the ovaries or FT.[69]  Lastly, in 2009, Keskin et al. showed that when talc was delivered to rats intravaginally or via their perineum, no neoplastic changes were detected even though they observed foreign body reactions

in both control and talc treated groups.[70]   The authors concluded that direct intravaginal or intraperitoneal talc application may have "unfavorable effects" like foreign body reaction, but did not cause "neoplastic change."  In sum, these studies conclude that direct injection of _**very**_ high doses of talc may cause foreign body reaction and/or infection, but not cancer, in animals.

B.    **Talc Particles Cannot Travel To The Fallopian Tubes, Precursor Lesions, Or Ovaries**.

Several studies have attempted to demonstrate that talc can migrate through the female genital tract to the ovaries and peritoneal cavity.  However, these studies were conducted under artificial conditions that do not mimic the use or perineal application of cosmetic talc, and do not conclusively show that talc can migrate to the fallopian tubes or ovaries.[73-75]

Numerous animal studies have been performed to assess whether talc particles can migrate through the gynecological tract and none has shown that particles can translocate from the vagina to the ovaries or fallopian tube (FT).  It would be hard to comprehend how cosmetic talc could allegedly initiate HGSC if it cannot migrate to the fimbrial end of the FT.  Henderson et al. (1986) placed 100 mg/mL of talc particles in 250 uL of phosphate into the vagina of Sprague-Dawley rats and found no talc particles in the ovaries of the animals after 48 hours.[76] In addition, several other studies show similar results, including one performed in cynomolgus monkeys (Macaca fascicularis), whose anatomy is much closer than rats to humans.  Monkeys received 125 mg of neutron-activated cosmetic talc suspended in 0.3 mL of deionized water.  None of the monkeys had translocation of talc into the oviducts despite artificial conditions that would be much more likely to promote migration than application to the external genitals.[77]  As a way to keep the monkeys from moving, a Velcro strap was used to hold their pelvises up and their knees bent close to their chests.  The monkeys were then given an injection of the man-made talc powder into the vaginal fornix (the part nearest the cervix).  The monkeys were given 10 units of oxytocin once a

28

week to make their uteruses contract, further promoting the possibility of retrograde migration. This was done 30 times on each monkey. Perineal washing was done two days after the 30th talc injection into the back of the vaginal fornix and ultimately even in these non-physiological conditions it was concluded that there were no detectable amounts of talc moving from the cynomolgus monkey's vaginal fornix to the uterus or elsewhere. Lastly, in a National Toxicology Program (NTP) study where female rats were covered with talc so that there was ample opportunity for oral, respiratory, and perineal exposure, talc particles were identified in the lungs of exposed rats but were not found in the fallopian tube, ovaries, or ovarian bursa of any of the rats.[78] From all these studies, there is no evidence that talc has been found on the fallopian tubes of any animals, undermining the theorized role of cosmetic talc in the development of high-grade serous ovarian cancer.

### C. Cosmetic Talc Does Not Induce Malignant Transformation.

Several bioassays outlined in Section IV above can be used to assess the role of a gene's or chemical's impact on malignant transformation. However, to date, there have been no studies that have demonstrated that cosmetic talc induces neoplastic transformation.

***Buz'zard.*** In 2007, Buz'zard et al. claimed that talc induced cellular transformation of "normal" ovarian epithelial cells and a granulosa cell line while also promoting cell proliferation and increased reactive oxygen species in cell culture.[71] There were many flaws with this study, and the results do not justify these conclusions. For example, the cells that were used for the studies were not appropriate given that fallopian tube cells are the precursor cells for HGSC and the granulosa cells used (which come from the ovaries, not the fallopian tubes) are not appropriate for studying epithelial ovarian cancer. In addition, when performing colony formation assays, it is standard to show a representative image of the colonies that form in order for the reviewer to

29

appreciate the difference in the number and sizes of the colonies between the experimental groups. Buz'zard failed to do so. The cell viability data also do not match what would be expected from a transformed cell (as shown in Figure 1 of this report) because the data show that talc increases viability at low doses but kills them at higher levels. The authors also say that adding 5ug/mL of talc increases viability at early timepoints. This should be accompanied by continued growth increases over time, but this is not seen and the viability actually decreases.

At the highest level of talc treatment, two different ovarian cells showed statistically significant *decreases* in viability compared to untreated controls – the opposite of what would be seen if talc were actually causing carcinogenesis. In any event, even if Buz'zard had shown increased cell viability, cellular transformation is a multi-step process. Buz'zard and colleagues used just one assay (growth of cells in soft agar), which is not sufficient to claim neoplastic transformation, as highlighted in Section VIII. Finally, the authors looked into what talc does to the production of reactive oxygen species (ROS) in cells and found that it decreases and then increases a little over time (again, a result that is hard to explain and inconsistent with a dose-response). Because the effects on ROS production are small, these results probably are not biologically meaningful. After all, the positive control H2O2 caused the OSE cells to make 2.5 times more ROS. The authors also show that increasing quantities of talc cause ROS to be released in polymorphonuclear neutrophils (PMN). However, this is only when compared to controls that were not treated, and it does not consider the vehicle in which talc was resuspended, which is likely to be contributing to cell death, thereby leading to ROS.

Ultimately, the results in this paper fail to demonstrate that cosmetic talc causes ROS production or transforms ovarian cells.

30

A few more recent studies have examined the effects of talc on cells such as macrophages on ovarian cancer cell growth to ascertain the hypothesized impact of talc on transformation.[89,90] Tumor-associated macrophages (TAMs) are often present in large numbers in the ovarian cancer tumor microenvironments (TMEs). In particular, TAMs can make up a high percentage of the cells in peritoneal tumors and ascites.[101] However, whether macrophages contribute directly to the initiation of OC or influence early transformation has not been shown; therefore, the clinical relevance of these studies is unclear. In addition, because macrophages can function to stimulate the immune system or to suppress it, they can be either tumor-promoting or tumor-suppressing. For instance, a significant presence of macrophages in solid tumors, such as breast cancer, bladder cancer, melanoma, and prostate cancer, is frequently linked to a poor prognosis or tumor progression. Conversely, in colorectal and stomach cancer, a significant presence of macrophages is associated with a more favorable outlook.[102] The contradictory effects that have been observed have been associated with the ability of macrophages to alter their activation state in response to environmental factors, as determined by the genes they express. This highlights the importance of utilizing the appropriate models and experimental conditions to best reflect human disease. As described more fully below, these investigations are deficient in the rigor, appropriate models, and clinical applicability required to validate the assertion that cosmetic talc is a contributor to the development of ovarian cancer.

***Mandarino.*** This paper sought to evaluate the effect of (industrial-grade) talc alone or in combination with 17-β estradiol (E2) on macrophages by evaluating cytotoxicity, gene expression, and viability of mouse ID8 cells in co-culture with mouse macrophages. The authors claim that their "findings suggest that in vitro exposure to talc, particularly in a high-estrogen environment, may compromise immunosurveillance functions of macrophages."[89] This conclusion would be of

limited clinical relevance if it accurately reflected the results of the study, and there is reason to question that the results support that conclusion.

First, the cell lines used are not relevant. As noted above, it is not clear that macrophages play a role in OC initiation and progression. Even assuming there is a role, though, the study used macrophage cell lines rather than primary macrophages (i.e., it did not use macrophages obtained directly from living mice). Given the different impacts that were observed in gene expression among the various cell lines used in this study (as discussed below), it would be speculative to suggest that the results observed in any one of these cell lines accurately describes what would occur in the macrophages that would serve any proposed role in OC. In addition, one of the macrophage cell lines used for some of the studies, IC21 cells, are genetically male; this calls into question the interpretation and relevance of any estrogen-dependent effect. Furthermore, the authors' use of a mouse ovarian cancer cell line (ID8), which the authors incorrectly classify as mouse ovarian epithelial cells throughout the manuscript, further limits the paper. Due to the transformation that these ID8 cells have already undergone, it is no longer feasible to evaluate the progression of malignancy. And ID8 cells are not even a good model of early ovarian cancer since they derive from the ovaries themselves, not from the fallopian tubes in which most OC cases arise. Furthermore, it has been demonstrated that this cell line does not resemble the known subtypes of human ovarian cancer (for instance, it does not contain mutations characteristic of ovarian cancer subtypes), thus rendering the clinical applicability of the studies questionable.[84] For these reasons, Mandarino et al. provides no evidence that cosmetic talc can cause or contribute to transformation.

Second, Mandarino et al. reported their "key finding" (i.e., the supposed effect of talc and E2 on proliferation of cancer cells in co-culture with macrophages) using a hybrid metric that

obscures what is occurring in the study. In order to study proliferation, which is the number of times a cell divides, the authors transduced the ID8 cells with a vector that expresses GFP (i.e., a fluorescent protein) driven by the *EF1α* promoter, which allowed the authors to characterize the number of ID8 cells via flow cytometry. However, given that they are using a surrogate biomarker (i.e., the number of cells exhibiting GFP expression) rather than reporting the actual number of surviving ID8 cells, it is important to determine whether E2 itself effects GFP expression. This is important because the authors do not report the percentage or number of cells that express GFP (i.e., the number of ID8 cells in a given population); rather, they fold that number into a combined metric that is also driven by the mean intensity of the fluorescence. Therefore, an increase in the hybrid measure could be driven by increased GFP expression (which would not be relevant to ovarian cancer) rather than by reduced macrophage activity and/or increased OC cell number, particularly given how modest the effect was when such high concentrations of E2 (2 ug/mL) were used. When the authors investigate the correlation between cell number and fluorescence detection of ID8-GFP+ cells in Supplementary Figure 1, they omit an ID8-GFP+ control lacking E2. This omitted control would have provided confirmation whether the cell number did indeed increase, rather than merely the amount of GFP expressed by each cell. Furthermore, Supplementary Figure 3, in which the experiment was validated in cells without the GFP transgene, shows that there was no difference between the effect of talc alone and talc in combination with E2.

Third, the study showed only modest effects even at doses of E2 that are not physiologically relevant. It is important to perform experiments using E2 concentrations found in the ovary microenvironment if the investigators want to evaluate the effects of talc and E2 on development of ovarian cancer. Previous studies have demonstrated that E2 concentrations in the follicular fluid of pre-menopausal women typically range from 24 to 621 ng/mL, which are significantly lower

than what is used in these studies.[85]  The authors of Mandarino et al. seem to agree, writing that E2 serum levels can rise into the "ng/mL" range (citing papers that reported on mice) and that "ovarian tissue concentration of E2 is more than 100-fold higher than in serum" based on a paper[86] that found that estradiol levels were lower in the setting of ovarian cancer (and thus would not be expected to reach the "ng/mL" levels that Mandarino et al. cite as the high end of the range for "normal" mice and humans).  Moreover, more than **65%** of patients diagnosed with ovarian cancer are postmenopausal[87] and have reduced estrogen (as the study cited by Mandarino et al. confirms).  However, E2 was used in doses of up to 10 ug/mL in Mandarino et al., which is equivalent to 10,000 ng/mL.  Mandarino et al. used 2 ug/mL (2,000 ng/mL) – substantially higher than what would be expected in tissues of even pre-menopausal women – in what they described as their "key finding."  This is critical, because Mandarino et al.'s "key finding" (as shown in Figure 8 of the article) was supposedly inhibited tumoricidal activity after co-incubation of fluorescent ID8 GFP+ cells with phagocytes pre-treated with talc and E2.  However, the experiment was performed with 10 ug/well of talc and 2 ug/mL of E2, and even at those concentrations, it showed only about a 0.5% increase in the above-described hybrid measure when comparing talc and control cells without E2 present, and only a 1% increase in the presence of E2 (which was not markedly different whether chromosomally female or male macrophages were assessed).

In short, the similarity in behavior between the female and male macrophages calls into question how and whether the effects observed were driven by E2 exposure.  Moreover, the study employed talc in concentrations of up to 20 ug/well in Mandarino et al.  It is not at all clear that this represents a physiologically possible concentration, and the rationale for using these doses is not provided.  The minimal increase in Mandarino et al.'s hybrid metric at these doses is not relevant to ovarian cancer.  It is noteworthy that a similar assessment was made by the editor of

34

Particle and Fibre Toxicology, who opined that the research was "too preliminary to conclude that talc combined with oestrogens affects the immunosurveillance of ovarian cancer cells."[1]  And the authors themselves acknowledged that they "did not investigate the carcinogenic properties of talc per se."

The authors' evaluation of gene expression in phagocytes exposed to talc is likewise problematic.  Although the authors observed alterations in gene expression within the macrophages in the study, the data were merely descriptive.  The biological effects of these genetic alterations have not been validated.  For instance, the extent to which each gene is modified or whether this modification leads to a difference in protein expression, or secretion of the protein, is crucial.  Without the validation of the gene expression changes, the potential impact of the observed gene changes on the macrophages' function and, most importantly, its effects on ovarian cancer cells, remain unknown.  Moreover, the fact that the effects were modest and inconsistent between macrophage lines further calls into question the relevance of the findings.  Another concern is that the clinical relevance and reproducibility of the studies is unclear given that the gene expression changes observed when the macrophages were exposed to talc alone or in the presence of E2 have not been compared to publicly available gene expression data from similar studies or ovarian tumors from patients.  In addition, if the alterations are influenced by E2, it would be expected that the bulk of the differentially expressed genes would be linked to estrogen signaling.  However, the genes at issue have not been previously shown to be responsive to estrogen signaling.[88]

*Emi.*  Some of the same researchers published a follow-up study, Emi et al. (2021).[90] Rather than validate the biological impact and relevance of the gene expression data reported by Mandarino et al., Emi et al. further investigated the impact of talc and titanium dioxide on the

---

[1]        TalcMDL-Godleski-000118.

epigenome and gene expression using the identical J774 mouse macrophage cell line and high doses of talc (10 ug/well) and E2 (2 ug/mL), which, as discussed above, is not a relevant dose to human physiology. The authors took measurements at only one point in time: 24 hours after exposure. The authors purported to show that both talc and titanium dioxide led to changes in gene expression, which is unsurprising since measurement was taken shortly after substantial cellular insult (i.e., treatment with a megadose of a foreign substance). Once more, these studies do not offer meaningful evidence about the alleged carcinogenicity of talc due to the lack of proper controls, the use of non-physiological doses of E2, the inability to confirm the activation of altered genetic pathways, the failure to specify the consistency of gene expression variations between the two studies, the lack of validation for the dependence of gene effects on estrogen, the use of cell lines rather than primary macrophages, and the lack of in vivo validation or mouse studies to confirm their findings. The authors purport to compare the number of changes in gene expression in talc/estrogen treated cells compared to cells treated with other substances, but that comparison is meaningless, because it is not possible to ascertain the extent to which these supposedly affected genes overlap or the magnitude of any differences in gene expression. Moreover, quantitative real-time PCR is required to validate the microarray data. There is not even a particularly robust discussion of how (or whether) the observed changes would be relevant to immunosurveillance. Merely showing that gene expression within macrophages has been altered, without more, would not indicate that immunosurveillance has been compromised. Moreover, the idea that a single dose of talc would have a profound and global effect on DNA methylation in macrophages is hard to reconcile with the rarity of OC if Emi et al.'s findings were physiologically relevant. That is especially so since the purported changes were observed in just 24 hours. The authors themselves acknowledged that no one else had ever reported DNA methylation in such a short period of time.

Like Mandarino et al.'s findings, Emi et al.'s work is preliminary at best. Once again, the authors acknowledged as much, stating that their study proposed a "hypothesis that merits future testing."

In summary, neither Mandarino et al. nor Emi et al. provides any evidence that cosmetic talc can cause or contribute to malignant transformation in ovarian cancer because neither study used cells that could be (but had not already been) transformed. Moreover, neither study provides any evidence that cosmetic talc can directly affect immunosurveillance in any clinically relevant way because (1) the doses of talc and estradiol used in the studies are of questionable relevance; (2) the cells used in the studies are of questionable relevance; and (3) the results of the studies are unvalidated, modest, and of questionable clinical significance.

***Saed/Fletcher/Harper.*** Dr. Ghassan Saed, whose work is at least partially funded by plaintiffs' lawyers in cosmetic talc litigation, also has not produced any papers that support the conclusion that cosmetic talc induces malignant transformation.

In Fletcher et al. 2019 (an article on which Dr. Saed was the corresponding author), the authors assessed the effects of cosmetic talc on ovarian cancer cells and suggested that it increased ovarian cancer cell proliferation, immune gene expression, and prevented apoptosis.[72] This manuscript does not even suggest (let alone demonstrate) that cosmetic talc causes malignant transformation. The manuscript also has numerous flaws, including the following:

(1) The cell lines used in the study are not representative of HGSC.

(2) The talc was resuspended in dimethyl sulfoxide (DMSO; Sigma Aldrich) which is known to be toxic to cells when used at high concentrations. Thus, the supposedly observed effects may be due to the high concentration of DMSO.

(3) Decrease in antioxidant enzyme activity observed by ELISA can be attributed to cell death given that the amount of protein lysate across samples is not normalized and DMSO at these high concentrations can induce cell death.

(4) The authors used tetrazolium salt, 3,[4,5-dimethylthiazol-2- yl]-2,5-diphenyl-tetrazolium bromide (MTT) to measure cell proliferation.  However, MTT does not measure proliferation; it measures mitochondrial enzymes.  Therefore, the assay described simply looks at cell number at a given timepoint (24 hours), and given that there are no data on how many cells were initially plated in each treatment group, it is difficult to interpret whether there is a difference between the groups.

(5) The investigators claim that talc induces single nucleotide polymorphisms (SNPs), which are mutations that are commonly seen in at least 1% of the population and not commonly pathogenic.  These data are difficult to interpret given that there are no data showing chemicals can mutate DNA, especially in such a short period of time; therefore, additional studies are needed to confirm these results.  These types of studies have not been documented in the literature before and have not been proven credible; they require proper controls and validation, which was not provided.  For example, talc at multiple doses and time points is required to address whether these SNPs are selecting for a certain population of cells with the mutation or whether it is actually causing the mutation.  The authors claim that talc can induce SNPs within a 72-hour period, which is not feasible given that acquisition of a genetic mutation – a large number of them, as is claimed in the manuscript – within this short period of time would require selection and passaging of the cells.  These experimental defects undermine the validity of the authors' assertion.

Additionally, I was provided with numerous documents pertaining to more recent work performed by Dr. Saed, including several versions of a manuscript drafted by Dr. Saed et al. that

38

was submitted to and rejected by numerous journals in 2020 and 2021, including Gynecologic Oncology and several other lower-impact journals, including Reproductive Sciences, a publication by the Society for Reproductive Investigation (where Dr. Saed is a member of the Publications Committee). The documents also included an abstract that was accepted as a poster presentation to the Society of Gynecologic Oncology (SGO) 2020 annual meeting. Having been a reviewer for poster abstracts, I know that ~90% of abstracts get accepted to these large annual meetings. The actual acceptance rate for the SGO 2020 meeting, which can be found at https://www.gynecologiconcology-online.net/article/S0090-8258(20)32327-1/fulltext, is similar: 842 abstracts were submitted, and 743 (88%) were accepted. The reason why so many abstracts are accepted as a poster presentation is that the reviewers expect that the data presented may be preliminary, and thus they tend to be more lenient in their expectations. Lastly, I reviewed a published manuscript of Dr. Saed's work in a journal called Minerva Obstetrics and Gynecology, which accepted it after multiple rejections from other journals and has an extremely low impact factor of 1.8.[79] I approached my review of these documents the same way I have reviewed numerous manuscripts, posters and grants for various journals and funding agencies as a peer-reviewer over the past 15 years. As a reviewer, we are blinded to the other reviewers' comments to maintain an unbiased critique of the research study; thus, I began by reading and analyzing all the documents prior to examining the comments from the previous reviewers.

Overall, I had numerous concerns with the data presented, and the conclusions reached by the authors, which are not supported by the experimental evidence. Moreover, the majority of my concerns were consistent with the numerous critiques raised by the peer-reviewers. Interestingly, even one of the co-authors, Dr. Robert Morris, also raised some of my concerns, which were never

addressed by Dr. Saed.[2]  In addition, I was shocked by the lack of transparency, in terms of not always reporting that the source of funding for the studies was from a plaintiffs' law firm.  In particular, I was surprised that Wayne State University would allow this type of research collaboration given that Dr. Saed was also serving as an expert witness for talc plaintiffs; this is typically not allowed at most universities.  Below, I explain why I believe the data presented do not show that cosmetic talc induces malignant transformation.

1.    **Use of incorrect and uncharacterized normal cell lines.**  The investigators use primary ovarian epithelial cells purchased from either Cell Biologics or ScienCell Research Laboratories; however, there is no characterization of these lines, and it is not clear whether it was confirmed these cells maintained their epithelial origin.  It is stated that these cells were passaged numerous times, but normal cells cannot grow on plastic indefinitely without being immortalized using hTERT or through the loss of various tumor suppressor genes, including p53, RB1, or PTEN.  In order to confirm that cosmetic talc is inducing malignant transformation of ovarian or fallopian tube cells, it is essential to start with normal ovarian or fallopian tube cells, and this was not done in these experiments.  Second, these studies do not address the transformative potential of cosmetic talc on the most common subtype of ovarian cancer, HGSC, given that FTSEC, which are the precursor cells for this cancer, are not used for these studies.

---

[2] SAED_SEPT222021_SUPPL_000151.

2.     **Malignant transformation cannot be confirmed using one assay.**  To measure cell transformation, the investigators used a single cell transformation assay from Abcam that measures anchorage-independent cell growth over time, which is only one step of transformation (*see* section VI), and this was measured via viable mitochondria using a colorimetric assay.  The mitochondria, which is an organelle found in large numbers in most cells, provides the biochemical processes of respiration and energy production for the cell.  The investigators found an increase in absorbance signal (which should represent cell number) when cells are pre-exposed to cosmetic talc for 72 hours.  There are several concerns with how the assay was performed.  First, the investigators did not confirm that equal numbers of cells were plated at the beginning of the experiments as is shown on the manufacturer's website (Figure 3).



Figure 3: Graph taken from manufacturer's website (https://www.abcam.com/cell-transformation-assay-kit-colorimetric-ab235698.html#lb), which shows equal numbers of cells were seeded at the beginning of the study on Day 0 for the Cell Transformation Assay and the cell numbers increased after 6 days.

Second, the blank control did not include talc powder solution to confirm that it does not affect the absorbance.  Given that the investigator did not characterize what was in the talcum powder solution after sonication, or whether any of the particles that remain in the solution or in the agar could affect the colorimetric reading, it is important to have a negative control that contains the talc powder solution in order to confirm that it is not altering the absorbance values.

Third, the lack of details on the talc solution is very concerning, especially because talc is insoluble in PBS, and therefore, after the solution is sonicated and filtered, it is not clear what remains in the supernatant.  Furthermore, given that the sonicated solution was not analyzed, and talc in the final stock solution was not quantified, it remains unclear how the working concentration

41

of talc was ascertained. This concern was shared by the peer-reviewers. For example, one reviewer stated that "several critical fatal flaws in the study included no description of talc powder and TiO2 characteristics."[3] The reviewer also states that "it is surprising that no particle characterization effort was performed" because [m]ost particle-based toxicity studies are now recommended to perform minimal particle characterization."[4] In addition, if this dose of talc is accurate, it is very high and most likely not physiological (as discussed above with regard to other studies relied on by plaintiffs' experts in this litigation). This concern was also raised by the other peer-reviewers. For example, Reviewer 2 for the Gynecologic Oncology submission states, "I also think the dose of talcum powder is extremely high, I calculate it to be 263mM for the lower dose which is unlikely to ever replicate physiological dosing…,"[5] and interestingly, one of the co-authors of the manuscript, Dr. Morris, sent an email to Dr. Saed asking, "Are the concentrations used physiologically possible (especially in the ovary)?"[6] To my knowledge, Dr. Saed never replied to this question, and he did not address it in the submitted manuscript.

Fourth, OD values are not correlated with actual number of colony numbers to confirm that the increased cell numbers reflect increased colony numbers. This is especially concerning because the authors do have images of cells; therefore, they could have taken more images and quantified the colonies. This point is crucial given that the assay has not been established by many labs and is not referenced in the literature. This is also important because absorbance can be detecting individual cells that are not in colonies or spheres.

---

[3] SAED_SEPT222021_SUPPL_000101.

[4] SAED_SEPT222021_SUPPL_000101.

[5] SAED_SEPT222021_SUPPL_000070.

[6] SAED_SEPT222021_SUPPL_000151.

Fifth, only one assay that measures transformation is performed, which is not sufficient to determine malignant transformation, as outlined in section VI.

Lastly, there is no analysis of the cells during the 72 hours pre-incubation period with talc. For instance, morphological changes or alterations in proliferation could be observed in these assays; however, nothing was documented (as shown in Figure 2A and B). In sum, transformation is a multi-step process that is measured routinely in the laboratory; however, none of these assays was performed to confirm that cosmetic talc induced malignant transformation. Thus, further data showing transformative changes using more established assays is required to claim that cosmetic talc has transformative abilities. In addition, to state that a single application of a cosmetic talc powder at a very high dose is transformative requires further robust scientific support because given the wide use of this compound one would expect a much higher incidence of cancer, especially ovarian cancer.

Numerous scientists who reviewed this manuscript agreed with my assessment, including Reviewer 1 of PLOS One, who stated: "Soft agar colony formation alone in an in vitro test system is not enough data to claim malignant transformation."[7] "To show 'neoplastic transformation', authors would need to conduct a more diverse battery of tests to show that these 'transformed' cells possess a tumor or cancer cell phenotype …"[8] This reviewer also states, "This suggests that a single application of talc is extremely potent and carries high risk for cell transformation. Since talc powder is widely used, why aren't cancer rates much, much higher? . . . Without adequate discussion or further data to support this claim, this finding is highly questionable."[9]

---

[7] SAED_SEPT222021_SUPPL_000101.

[8] SAED_SEPT222021_SUPPL_000101.

[9] SAED_SEPT222021_SUPPL_000101.

43

3.    **Mechanistic insight or molecular changes were not consistent with transformative phenotype.**  To confirm that transformation has occurred, the investigators stained the cells with p53 and Ki67 antibodies to assess whether p53 becomes mutated or whether the cells are more proliferative upon cosmetic talc treatment.  Unfortunately, neither of these conclusions can be made from these assays, for several reasons.  First, it is well known that intense p53 nuclear staining, especially in STIC and ovarian cancer cells, correlates with TP53 missense mutations.  Therefore, given that the normal cells have high focal expression of nuclear TP53 may indicate that it already has a TP53 mutation.  Thus, in order to confirm TP53 status in these cells, sequencing of the TP53 gene is required, especially given that the large majority of normal ovarian epithelial cells that grow in culture acquire a TP53 mutation.

Second, to accurately assess the expression difference between control and experimental conditions, the immunohistochemistry data need to be quantified and statistical differences between the quantification need to be assessed.  Shockingly, there is no quantification of p53 or Ki67 staining on the posters, lab notebooks, or manuscripts submitted to numerous journals.

Third, p53 protein triggers a protective response in the cell and its expression is altered transiently for numerous reasons; thus, it is important to confirm the differences observed over time.  In sum, given these deficiencies, no conclusion can be made from the immunohistochemical data, and no molecular changes consistent with ovarian cancer transformation are presented.

Fourth, because most cancers arise from several genetic mutations that accumulate in cells over multiple rounds of cell division, it is not possible that 72 hours of cosmetic talc exposure would be enough time for the numerous mutations needed for malignant transformation to become fixed.

4.      **Lab notebook standards not maintained.**  I also received pages from Dr. Saed's lab notebook that contained information about the experiments included in the manuscript detailing the role of cosmetic talc and malignant transformation.[10]  These documents were also very concerning given that a lab notebook is the legacy of a research laboratory, and it is meant to provide an explanation of why experiments were initiated, how they were performed, and the results of the experiments.  Here, the information in the lab notebook lacked details and complete record of procedures.  Most notably, the lab notebook should be a record for all the raw data.  However, that was clearly lacking in Dr. Saed's lab notebook.  Much of the information in the lab notebook more closely resembled a photocopy from the manufacturer's generic protocol than a description of what was actually done in this case, and if one would want to replicate these experiments from the lab notebook, it would be impossible due to the lack of further details, such as those described below.  The lack of experimental detail is also reflected in the materials and methods section of the manuscript submitted to several journals.  Numerous reviewers noted difficulty in analyzing the data presented given the scarcity of details provided for the assays as well.  Below, I provide some examples of what several of the reviewers stated in their critiques of the manuscripts.  With almost no exceptions, the lab notebook does not contain additional information that would resolve these criticisms; if anything, it generates more questions and creates more confusion:

- Reviewer #2 for the PLOS One review states: "*The authors fail to tell the reader what density of cells were used for these experiments. 24 wells? 96 wells?  All relevant information in missing.*"[11]

---

[10] SAED_SEPT222021_SUPPL_000161-171.

[11] SAED_SEPT222021_SUPPL_000103.

- Reviewer 1, Gyn Onc:  *"Several phrases describing cell culture and colorimetric assay within the methods and discussion appear to be taken verbatim from the manufacturers' websites ..."*[12]

- Reviewer 2, Gyn Onc: "*Ultimately these data are too premature for publication, the authors present very preliminary in vitro data suggesting that talcum powder may induce malignant change in normal ovarian epithelial cells, but not in fibroblasts.  The data are premature, restricted to two cell lines and really offer no significant mechanistic insight."*[13]

- Editor, PLOS One: "*Both reviewers have raised serious concerns about the experimental design, analyses and interpretation of the findings.*"[14]

- Reviewer 1, PLOS One: "*Based on the minimal amount of data provided in this manuscript, the authors' conclusions suggesting acute exposure of talc powder to ovary epithelial cells is associated with ovarian cancer are outrageous and not supported by the manuscript's data."*[15]

- Reviewer 1, PLOS One: "*The method for particle exposure to ovarian cells is not adequate. What was the seeding density in each well and what size wells were used? What size were the talc powder particles and TiO2 particles in cell culture medium during exposure?  How were exposed cells handled and transferred to the colony*

---

[12] SAED_SEPT222021_SUPPL_000070.

[13] SAED_SEPT222021_SUPPL_000070.

[14] SAED_SEPT222021_SUPPL_000100.

[15] SAED_SEPT222021_SUPPL_000101.

*formation assay? ... Page 5 states that the negative control was a blank. If so, how can*

*you have a positive percent transformed cell response for this treatment?"*[16]

- When commenting on the materials and methods section, reviewer 2 of the PLOS One
submission states, "*The lack of detail in this section makes this paper extremely difficult
to follow.*"[17]

- When commenting on a subsection of the materials and methods section, reviewer 2 of
the PLOS One submission states, "*I have no idea what I am reading here. First the
authors talk about an agarose assay, then WST, and now they are combined? This is
very poorly explained.*"[18]

- Again, reviewer 2 of the PLOS One submission states with clear frustration, "*The
authors mention malignant transformations observed in cells, but where was the
methodology for this? I did not see any carcinogenic assays[.] I did not see any
methodology for detecting malignant transformations.*" [19]

- Lastly, given the lack of experimental details, it was difficult to interpret a lot of the
data, and this was also articulated by the majority of the reviewers. Reviewer 2 of the
PLOS One submission states, "*If the authors do not tell the reader which one of their
methods was used to detect cell malignancies, then how is the reader supposed to just
understand this results section?"*[20]

---

[16] SAED_SEPT222021_SUPPL_000102.

[17] SAED_SEPT222021_SUPPL_000103.

[18] SAED_SEPT222021_SUPPL_000103.

[19] SAED_SEPT222021_SUPPL_000103.

[20] SAED_SEPT222021_SUPPL_000103.

5.    **Conflicting Data.**  Another concerning aspect of Dr. Saed and his team's studies was the unreliable and inconsistent nature of how the data were presented in the various posters and manuscripts.  For example, the poster abstract submitted to the SGO, which ultimately grew into the 2023 publication, stated that "no colonies formed in normal fibroblasts treated with talcum powder," and "[t]here were no detectible transformed cells when treated with$TiO_2$."  However, this is incorrect based on the data in their lab notebook, where colonies in the fibroblasts or the quantification and absorbance values from the fibroblast experiments are missing.  Furthermore, the data presented in their own figures in the excel files, lab notebook, manuscripts and posters reveal that all conditions have colonies, including the TiO2 treated cells; however, it is consistently noted in all posters and manuscripts that the control cells do not form colonies.  Thus, it is very confusing how they could state that there were no colonies detectable in these conditions.

In addition, there is a discrepancy in the interpretation of the Ki67 quantification from the immunohistochemistry experiments.  For instance, in the lab notebook, the staining in the HOSEPIC-control cells states that Ki67 staining is 70% and the -talc treated is 50%;[21] however, the poster and manuscripts report that an increase in the proliferation index (Ki67) was observed in talcum powder-treated versus controls.  Even more confusing, the lab notebook states that HOSEPIC-control cells have mutated p53 and HOSEPIC-talc treated cells were wild-type p53, but the posters and manuscripts report the opposite.[22]  Another discrepancy between that SRI poster in 2021 and the lab notebook is that the poster states that the researchers ran a TiO2 control on the p53/Ki67 staining, but the lab notebook does not indicate this and no images from these cells are shown.[23]  Moreover, the statistical methods used to assess the relevance of the IHC staining is

---

[21] SAED_SEPT222021_SUPPL_000171.

[22] SAED_SEPT222021_SUPPL_000171.

[23] SAED_SEPT222021_SUPPL_000169-171.

unclear and never shown. As stated by Reviewer 1 from the Gynecology Oncology submission: "*The authors conclude that proliferative index is elevated to 90%, but do not show evidence or statistical analysis to this effect. Moreover, the methods describe a binary method of scoring Ki-67 of high or low, calling into question how the 90% value was generated.*"[24]

In sum, the discrepancies I observed between the posters, manuscripts and lab notebook make me question all the results presented by Dr. Saed and I could not trust the data. I agree with the majority of the peer-reviewers who reviewed the manuscript, especially Reviewer #2 for PLOS One, who stated "*The problems with this submission are too numerous to count, and the science, methodology, and data cannot be trusted.*"[25]

Dr. Saed also recently published a review article, in which he repeats his claim to have "unequivocal evidence" that talc "induces molecular changes that mimic the hallmarks of cancer," but also acknowledges that "[t]he mechanism by which talc might contribute to an increased risk of developing ovarian cancer is not entirely clear."[103] The article mostly repeats the findings from the papers his group has previously published, and therefore cannot be trusted for all the reasons just discussed. To the extent it mentions other literature, it selectively highlights certain results. For instance, the article notes certain changes in gene expression observed in Shukla, et al. (2009) but fails to acknowledge those authors' conclusion that "nonfibrous talc is regarded as noncarcinogenic" and cells "adapt to or undergo repair after exposure to this mineral."[104]

***O'Brien***. A few weeks ago, a new paper, O'Brien 2024, combined prospective and retrospective data from the Sister Study, along with "imputations" and "corrections," to derive various risk ratios assessing a potential association between (among other things) genital talc use

---

[24] SAED_SEPT222021_SUPPL_000070.

[25] SAED_SEPT222021_SUPPL_000104.

and ovarian cancer.[105] I understand that other experts are addressing the main findings of the paper.
I just briefly note that the authors acknowledge that their results "*do not pinpoint a specific cause
or mechanism*" and condition their policy recommendations on whether "*the underlying biologic
mechanisms and causal agents can be confirmed.*"  Moreover, according to the authors themselves,
"*These results do not establish causality and do not implicate any specific cancer-inducing agent.
Those reporting talc use could be recalling products that contained talc, cornstarch, or a mixture,
and women may have used different products at different times.*"  This paper does not alter my
opinion that identification of the precise chemical agent and functional validation of this agent's
effect on the transformation of normal cells via the assays outlined in Section IX would be
necessary to establish causality.

I hold all the opinions expressed in this report to a reasonable degree of scientific certainty.

50

## REFERENCES

1. Stratton, M. R., Campbell, P. J., & Futreal, P. A. (2009). The cancer genome. *Nature*, *458*(7239), 719-724.0

2. Touw, I. P., & Erkeland, S. J. (2007). Retroviral insertion mutagenesis in mice as a comparative oncogenomics tool to identify disease genes in human leukemia. *Molecular Therapy*, *15*(1), 13-19.

3. American Cancer Society Cancer Facts & Figures 2023..

4. Kossaï, M., Leary, A., Scoazec, J. Y., & Genestie, C. (2018). Ovarian cancer: a heterogeneous disease. *Pathobiology*, *85*(1-2), 41-49.

5. Dion, L., Carton, I., Jaillard, S., Nyangoh Timoh, K., Henno, S., Sardain, H., ... & Lavoué, V. (2020). The landscape and therapeutic implications of molecular profiles in epithelial ovarian cancer. *Journal of Clinical Medicine*, *9*(7), 2239.

6. Cancer Genome Atlas Research Network. (2011). Integrated genomic analyses of ovarian carcinoma. *Nature*, *474*(7353), 609.

7. Ciriello, G., Miller, M. L., Aksoy, B. A., Senbabaoglu, Y., Schultz, N., & Sander, C. (2013). Emerging landscape of oncogenic signatures across human cancers. *Nature genetics*, *45*(10), 1127-1133.

8. Meagher, N. S., Wang, L., Rambau, P. F., Intermaggio, M. P., Huntsman, D. G., Wilkens, L. R., ... & Köbel, M. (2019). A combination of the immunohistochemical markers CK7 and SATB2 is highly sensitive and specific for distinguishing primary ovarian mucinous tumors from colorectal and appendiceal metastases. *Modern Pathology*, *32*(12), 1834-1846.

9. Walsh, T., Casadei, S., Lee, M. K., Pennil, C. C., Nord, A. S., Thornton, A. M., ... & Swisher, E. M. (2011). Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing. *Proceedings of the National Academy of Sciences*, *108*(44), 18032-18037.

10. Zhang, S., Royer, R., Li, S., McLaughlin, J. R., Rosen, B., Risch, H. A., ... & Narod, S. A. (2011). Frequencies of BRCA1 and BRCA2 mutations among 1,342 unselected patients with invasive ovarian cancer. *Gynecologic Oncology*, *121*(2), 353-357.

11. Alsop, K., Fereday, S., Meldrum, C., DeFazio, A., Emmanuel, C., George, J., ... & Mitchell, G. (2012). BRCA mutation frequency and patterns of treatment response in BRCA mutation–positive women with ovarian cancer: a report from the Australian Ovarian Cancer Study Group. *Journal of Clinical Oncology*, *30*(21), 2654-2663.

12. Castilla, L. H., Couch, F. J., Erdos, M. R., Hoskins, K. F., Calzone, K., Garber, J. E., ... & Weber, B. L. (1994). Mutations in the BRCA1 gene in families with early-onset breast and ovarian cancer. *Nature Genetics*, *8*(4), 387-391.

13. Bolton, K. L., Chenevix-Trench, G., Goh, C., Sadetzki, S., Ramus, S. J., Karlan, B. Y., ... & Pharoah, P. D. (2012). Association between BRCA1 and BRCA2 mutations and survival in women with invasive epithelial ovarian cancer. *JAMA*, *307*(4), 382-389.

14. Pennington, K. P., & Swisher, E. M. (2012). Hereditary ovarian cancer: beyond the usual suspects. *Gynecologic Oncology*, *124*(2), 347-353.

15. Norquist, B. M., Harrell, M. I., Brady, M. F., Walsh, T., Lee, M. K., Gulsuner, S., ... & Birrer, M. J. (2016). Inherited mutations in women with ovarian carcinoma. *JAMA Oncology*, *2*(4), 482-490.

16. Mighton, C., Charames, G. S., Wang, M., Zakoor, K. R., Wong, A., Shickh, S., ... & Lerner-Ellis, J. (2019). Variant classification changes over time in BRCA1 and BRCA2. *Genetics in Medicine*, *21*(10), 2248-2254.

17. Ha, H. I., Ryu, J. S., Shim, H., Kong, S. Y., & Lim, M. C. (2020). Reclassification of BRCA1 and BRCA2 variants found in ovarian epithelial, fallopian tube, and primary peritoneal cancers. *Journal of Gynecologic Oncology*, *31*(6):e83.

18. Fierheller, C. T., Guitton-Sert, L., Alenezi, W. M., Revil, T., Oros, K. K., Gao, Y., ... & Tonin, P. N. (2021). A functionally impaired missense variant identified in French Canadian families implicates FANCI as a candidate ovarian cancer-predisposing gene. *Genome Medicine*, *13*(1):186, 1-26.

19. Huang, T., Shafrir, A. L., Eliassen, A. H., Rexrode, K. M., & Tworoger, S. S. (2020). Estimated number of lifetime ovulatory years and its determinants in relation to levels of circulating inflammatory biomarkers. *American Journal of Epidemiology*, *189*(7), 660-670.

20. Syed, V., & Ho, S. M. (2003). Progesterone-induced apoptosis in immortalized normal and malignant human ovarian surface epithelial cells involves enhanced expression of FasL. *Oncogene*, *22*(44), 6883-6890.

21. Diep, C. H., Daniel, A. R., Mauro, L. J., Knutson, T. P., & Lange, C. A. (2015). Progesterone action in breast, uterine, and ovarian cancers. *Journal of Molecular Endocrinology*, *54*(2), R31-R53.

22. Domchek, S. M., Friebel, T. M., Singer, C. F., Evans, D. G., Lynch, H. T., Isaacs, C., ... & Rebbeck, T. R. (2010). Association of risk-reducing surgery in BRCA1 or BRCA2 mutation carriers with cancer risk and mortality. *JAMA*, *304*(9), 967-975.

23. Hahn, W. C., Counter, C. M., Lundberg, A. S., Beijersbergen, R. L., Brooks, M. W., & Weinberg, R. A. (1999). Creation of human tumour cells with defined genetic elements. *Nature*, *400*(6743), 464-468.

24. Knarr, M., Avelar, R. A., Sekhar, S. C., Kwiatkowski, L. J., Dziubinski, M. L., McAnulty, J., ... & DiFeo, A. (2020). miR-181a initiates and perpetuates oncogenic transformation through the regulation of innate immune signaling. *Nature Communications*, *11*(1), 1-21.

25. Annys, E., Billington, R., Clayton, R., Bremm, K. D., Graziano, M., McKelvie, J., ... & Woodward, K. N. (2014). Advancing the 3Rs in regulatory toxicology–carcinogenicity testing: scope for harmonisation and advancing the 3Rs in regulated sectors of the European Union. *Regulatory Toxicology and Pharmacology*, *69*(2), 234-242.

26. Corvi, R., Aardema, M. J., Gribaldo, L., Hayashi, M., Hoffmann, S., Schechtman, L., & Vanparys, P. (2012). ECVAM prevalidation study on in vitro cell transformation assays: general outline and conclusions of the study. *Mutation Research/Genetic Toxicology and Environmental Mutagenesis*, *744*(1), 12-19.

27. Tanaka, N., Bohnenberger, S., Kunkelmann, T., Munaro, B., Ponti, J., Poth, A., ... & Umeda, M. (2012). Prevalidation study of the BALB/c 3T3 cell transformation assay for

assessment of carcinogenic potential of chemicals. *Mutation Research/Genetic Toxicology and Environmental Mutagenesis, 744*(1), 20-29.

28. Fathalla, M. F. (1971). Incessant ovulation—a factor in ovarian neoplasia. *Lancet, 2*(7716), 163.

29. Piek, J. M., Van Diest, P. J., Zweemer, R. P., Jansen, J. W., Poort-Keesom, R. J., Menko, F. H., ... & Verheijen, R. H. (2001). Dysplastic changes in prophylactically removed fallopian tubes of women predisposed to developing ovarian cancer. *The Journal of Pathology: A Journal of the Pathological Society of Great Britain and Ireland, 195*(4), 451-456.

30. Gross, A. L., Kurman, R. J., Vang, R., Shih, I. M., & Visvanathan, K. (2010). Precursor lesions of high-grade serous ovarian carcinoma: morphological and molecular characteristics. *Journal of Oncology*, 2010.

31. Carlson, J. W., Miron, A., Jarboe, E. A., Parast, M. M., Hirsch, M. S., Lee, Y., ... & Crum, C. P. (2008). Serous tubal intraepithelial carcinoma: its potential role in primary peritoneal serous carcinoma and serous cancer prevention. *Journal of Clinical Oncology, 26*(25), 4160.

32. Hirst, J. E., Gard, G. B., Mcillroy, K., Nevell, D., & Field, M. (2009). High rates of occult fallopian tube cancer diagnosed at prophylactic bilateral salpingo-oophorectomy. International Journal of Gynecologic Cancer, *19*(5), 826–829.

33. Manchanda, R., Abdelraheim, A., Johnson, M., Rosenthal, A. N., Benjamin, E., Brunell, C., ... & Menon, U. (2011). Outcome of risk-reducing salpingo-oophorectomy in BRCA carriers and women of unknown mutation status. *BJOG: An International Journal of Obstetrics & Gynaecology, 118*(7), 814-824.

34. Tang, S., Onuma, K., Deb, P., Wang, E., Lytwyn, A., Sur, M., & Daya, D. (2012). Frequency of serous tubal intraepithelial carcinoma in various gynecologic malignancies: a study of 300 consecutive cases. *International Journal of Gynecological Pathology, 31*(2), 103-110.

35. Reitsma, W., de Bock, G. H., Oosterwijk, J. C., Bart, J., Hollema, H., & Mourits, M. J. (2013). Support of the 'fallopian tube hypothesis' in a prospective series of risk-reducing salpingo-oophorectomy specimens. *European Journal of Cancer, 49*(1), 132-141.

36. Sherman, M. E., Piedmonte, M., Mai, P. L., Ioffe, O. B., Ronnett, B. M., Van Le, L., ... & Greene, M. H. (2014). Pathologic findings at risk-reducing salpingo-oophorectomy: primary results from Gynecologic Oncology Group Trial GOG-0199. *Journal of Clinical Oncology, 32*(29), 3275.

37. Colgan, T. J., Murphy, J., Cole, D. E., Narod, S., & Rosen, B. (2001). Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status. *The American Journal of Surgical Pathology, 25*(10), 1283-1289.

38. Leeper, K., Garcia, R., Swisher, E., Goff, B., Greer, B., & Paley, P. (2002). Pathologic findings in prophylactic oophorectomy specimens in high-risk women. *Gynecologic Oncology, 87*(1), 52-56.

39. Carcangiu, M. L., Peissel, B., Pasini, B., Spatti, G., Radice, P., & Manoukian, S. (2006). Incidental carcinomas in prophylactic specimens in BRCA1 and BRCA2 germ-line

mutation carriers, with emphasis on fallopian tube lesions: report of 6 cases and review of the literature. *The American Journal of Surgical Pathology*, *30*(10), 1222-1230.

40. Finch, A., Shaw, P., Rosen, B., Murphy, J., Narod, S. A., & Colgan, T. J. (2006). Clinical and pathologic findings of prophylactic salpingo-oophorectomies in 159 BRCA1 and BRCA2 carriers. *Gynecologic Oncology*, *100*(1), 58-64.

41. Medeiros, F., Muto, M. G., Lee, Y., Elvin, J. A., Callahan, M. J., Feltmate, C., ... & Crum, C. P. (2006). The tubal fimbria is a preferred site for early adenocarcinoma in women with familial ovarian cancer syndrome. The American Journal of Surgical Pathology, *30*(2), 230-236.

42. Callahan, M. J., Crum, C. P., Medeiros, F., Kindelberger, D. W., Elvin, J. A., Garber, J. E., ... & Muto, M. G. (2007). Primary fallopian tube malignancies in BRCA-positive women undergoing surgery for ovarian cancer risk reduction. *Journal of Clinical Oncology*, *25*(25), 3985-3990.

43. Nik, N. N., Vang, R., Shih, I. M., & Kurman, R. J. (2014). Origin and pathogenesis of pelvic (ovarian, tubal, and primary peritoneal) serous carcinoma. *Annual Review of Pathology: Mechanisms of Disease*, *9*, 27-45.

44. Przybycin, C. G., Kurman, R. J., Ronnett, B. M., Shih, I. M., & Vang, R. (2010). Are all pelvic (nonuterine) serous carcinomas of tubal origin?. *The American Journal of Surgical Pathology*, *34*(10), 1407-1416.

45. Shaw, P. A., Rouzbahman, M., Pizer, E. S., Pintilie, M., & Begley, H. (2009). Candidate serous cancer precursors in fallopian tube epithelium of BRCA1/2 mutation carriers. *Modern Pathology*, 22(9), 1133-1138.

46. Mehra, K., Mehrad, M., Ning, G., Drapkin, R., McKeon, F. D., Xian, W., & Crum, C. P. (2011). STICS, SCOUTs and p53 signatures; a new language for pelvic serous carcinogenesis. *Frontiers in Bioscience (Elite Ed)*, *3*, 625-634.

47. Lee, Y., Miron, A., Drapkin, R., Nucci, M. R., Medeiros, F., Saleemuddin, A., ... & Crum, C. P. (2007). A candidate precursor to serous carcinoma that originates in the distal fallopian tube. *The Journal of Pathology: A Journal of the Pathological Society of Great Britain and Ireland*, *211*(1), 26-35.

48. Mei, J., Tian, H., Huang, H. S., Hsu, C. F., Liou, Y., Wu, N., ... & Chu, T. Y. (2021). Cellular models of development of ovarian high-grade serous carcinoma: A review of cell of origin and mechanisms of carcinogenesis. *Cell Proliferation*, *54*(5), e13029

49. Karst, A. M., Levanon, K., & Drapkin, R. (2011). Modeling high-grade serous ovarian carcinogenesis from the fallopian tube. *Proceedings of the National Academy of Sciences*, *108*(18), 7547-7552.

50. Jazaeri, A. A., Bryant, J. L., Park, H., Li, H., Dahiya, N., Stoler, M. H., ... & Dutta, A. (2011). Molecular requirements for transformation of fallopian tube epithelial cells into serous carcinoma. *Neoplasia*, *13*(10), 899-IN16.

51. Sehdev, A. S., Kurman, R. J., Kuhn, E., & Shih, I. M. (2010). Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinomas including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. *Modern Pathology*, 23(6), 844-855.

52. Kim, J., Coffey, D. M., Creighton, C. J., Yu, Z., Hawkins, S. M., & Matzuk, M. M. (2012). High-grade serous ovarian cancer arises from fallopian tube in a mouse model. *Proceedings of the National Academy of Sciences*, *109*(10), 3921-3926.

53. Perets, R., Wyant, G. A., Muto, K. W., Bijron, J. G., Poole, B. B., Chin, K. T., ... & Drapkin, R. (2013). Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca; Tp53; Pten models. *Cancer Cell*, *24*(6), 751-765.

54. Zhai, Y., Wu, R., Kuick, R., Sessine, M. S., Schulman, S., Green, M., ... & Cho, K. R. (2017). High-grade serous carcinomas arise in the mouse oviduct via defects linked to the human disease. *The Journal of Pathology*, *243*(1), 16-25.

55. Sherman-Baust, C. A., Kuhn, E., Valle, B. L., Shih, I. M., Kurman, R. J., Wang, T. L., ... & Morin, P. J. (2014). A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. *The Journal of Pathology*, *233*(3), 228-237.

56. Fukunaga, M., Nomura, K., Ishikawa, E., & Ushigome, S. (1997). Ovarian atypical endometriosis: its close association with malignant epithelial tumours. *Histopathology*, *30*(3), 249-255.

57. Yoshikawa, H., Jimbo, H., Okada, S., Matsumoto, K., Onda, T., Yasugi, T., & Taketani, Y. (2000). Prevalence of endometriosis in ovarian cancer. *Gynecologic and Obstetric Investigation*, *50*(Suppl. 1), 11-17.

58. Eržen, M., Rakar, S., Klančar, B., & Syrjänen, K. (2001). Endometriosis-associated ovarian carcinoma (EAOC): an entity distinct from other ovarian carcinomas as suggested by a nested case-control study. *Gynecologic Oncology*, *83*(1), 100-108.

59. Kline, R. C., Wharton, J. T., Atkinson, E. N., Burke, T. W., Gershenson, D. M., & Edwards, C. L. (1990). Endometrioid carcinoma of the ovary: retrospective review of 145 cases. *Gynecologic Oncology*, *39*(3), 337-346.

60. Catasús, L., Bussaglia, E., Rodríguez, I., Gallardo, A., Pons, C., Irving, J. A., & Prat, J. (2004). Molecular genetic alterations in endometrioid carcinomas of the ovary: similar frequency of beta-catenin abnormalities but lower rate of microsatellite instability and PTEN alterations than in uterine endometrioid carcinomas. *Human Pathology*, *35*(11), 1360-1368.

61. Bulun, S. E., Wan, Y., & Matei, D. (2019). Epithelial mutations in endometriosis: link to ovarian cancer. *Endocrinology*, *160*(3), 626-638.

62. Giudice, L.C., & Kao, L.C.(2004) Endometriosis. *Lancet*. 364 (9447):1789–1799.

63. Nathan, C., & Ding, A. (2010). Nonresolving inflammation. *Cell*, *140*(6), 871-882.

64. Chen, L., Deng, H., Cui, H., Fang, J., Zuo, Z., Deng, J., ... & Zhao, L. (2018). Inflammatory responses and inflammation-associated diseases in organs. *Oncotarget*, *9*(6), 7204-7208.

65. Mantovani, A., Romero, P., Palucka, A. K., & Marincola, F. M. (2008). Tumour immunity: effector response to tumour and role of the microenvironment. *The Lancet*, *371*(9614), 771-783.

66. Grivennikov, S. I., Greten, F. R., & Karin, M. (2010). Immunity, inflammation, and cancer. *Cell*, *140*(6), 883-899.

67. Florian, R.G., and Grivennikov, S.I. (2019) Inflammation and Cancer: Triggers, Mechanisms, and Consequences, *Immunity*, *51*(1)27-41.

68. Hamilton, T. C., Fox, H., Buckley, C. H., Henderson, W. J., & Griffiths, K. (1984). Effects of talc on the rat ovary. *British journal of experimental pathology*, *65*(1), 101-106.

69. Bischoff, f., & Bryson, G. 91976) Talc at the rodent intrathoracic, intraperitoneal, and subcutaneous sites. *AACR Abstracts*

70. Keskın, N., Teksen, Y. A., Ongun, E. G., Özay, Y., & Saygılı, H. (2009). Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. *Archives of Gynecology andOobstetrics*, *280*(6), 925-931.

71. Buz'Zard, A. R., & Lau, B. H. (2007). Pycnogenol® reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytotherapy Research: An International Journal Devoted to Pharmacological and Toxicological Evaluation of Natural Product Derivatives*, *21*(6), 579-586.

72. Fletcher, N. M., Harper, A. K., Memaj, I., Fan, R., Morris, R. T., & Saed, G. M. (2019). Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer. *Reproductive Sciences*, 26(12), 1603-1612.

73. Egli, G. E., Newton, M. (1961) The transport of carbon particles in the human female reproductive tract. *Fertility & Sterility, 12*(2), 151-155.

74. Sjosten, A. C. E., Ellis, H., Edelstam, G. A. B. (2004) Retrograde migration of glove powder in the human female genital tract. *Human Reproduction*, *19*(4) 991-995

75. Venter, PF & Iturralde, M. (1979). Migration of particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *South African Medical Journal*, *55*(23), 917-919.

76. Henderson, W. J., Hamilton, T. C., Baylis, M. S., Pierrepoint, C. G., & Griffiths, K. (1986). The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. *Environmental Research*, *40*(2), 247-250.

77. Wehner, A. P. (1994). Biological effects of cosmetic talc. *Food and Chemical Toxicology*, *32*(12), 1173-1184.

78. Boorman, G. A., & Seely, J. C. (1995). The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. *Regulatory Toxicology and Pharmacology, 21*(2), 242-243.

79. Harper, A. K., Wang, X., Fan, R., Mangu, T. K., Fletcher, N. M., Morris, R. T., & Saed, G. M. (2023). Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells. *Minerva Obstetrics and Gynecology*. DOI: 10.23736/S2724606X.21.04989-7.

80. Ning, Y., Zhang, Y., Tian, T. et al. Reclassifying BRCA1 c.4358-2A > G and BRCA2 c.475 + 5G > C variants from "Uncertain Significance" to "Pathogenic" based on minigene assays and clinical evidence.  (2024). *J Cancer Res Clin Oncol*, 150, 62 (2024).

81. Giunta S. Decoding human cancer with whole genome sequencing: a review of PCAWG Project studies published in February 2020. (2021). *Cancer Metastasis Rev*. 40(3):909-924.

82. Wentzensen N., et al. Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium. (2016). *JCO* 34, 2888-2898.

83. Kvaskoff M, Mahamat-Saleh Y, Farland LV, Shigesi N, Terry KL, Harris HR, et al. (2021). Endometriosis and cancer: a systematic review and meta-analysis. *Hum Reprod Update*, 27:393–420.

84. Walton J, Blagih J, Ennis D, Leung E, Dowson S, Farquharson M, Tookman LA, Orange C, Athineos D, Mason S, Stevenson D, Blyth K, Strathdee D, Balkwill FR, Vousden K, Lockley M, McNeish IA. CRISPR/Cas9-Mediated Trp53 and Brca2 Knockout to Generate Improved Murine Models of Ovarian High-Grade Serous Carcinoma. (2016). *Cancer Res*, 76(20):6118-6129.

85. Huang HS, Chu SC, Hsu CF, Chen PC, Ding DC, Chang MY, Chu TY. Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. (2015). *Carcinogenesis*, 36(11):1419-28.

86. Lindgren, P.R., Bäckström, T., Cajander, S., Damber, M.G., Mählck, C.G., Zhu, D., Olofsson, J.I., (2002). The pattern of estradiol and progesterone differs in serum and tissue of benign and malignant ovarian tumors. *Int. J. Oncol.* 21 (3), 583–589.

87. Rampersad AC, Wang Y, Smith ER, Xu X. Menopause and Ovarian Cancer Risk: Mechanisms and Experimental Support. (2015). *Am J Clin Exp Obstet Gynecol*, 2(1): 14–23.

88. Tang S, Zhang Z, Tan SL, Tang MH, Kumar AP, Ramadoss SK, Bajic VB. KBERG: (2007). Knowledge Base for Estrogen Responsive Genes. *Nucleic Acids Res*, 35: D732-6.

89. Mandarino A., Gregory D., McGuire C., Leblanc B., Witt H., Rivera L.M., Godleski J., Fedulov A. (2020). The effect of talc particles in phagocytes in co-culture with ovarian cancer calls. *Environ Res*, 180,108676.

90. Emi T et al. Transcriptomic and epigenomic effects of insoluble particles on J774 macrophages. (2021). *Epigenetics*, 16(10), 1053-1070.

91. Roby K., Taylor C., Sweetwood J., Cheng Y., Pace J., Tawfik O., Persons D., Smith P., Terranova P. Development of a syngeneic mouse model for events related to ovarian cancer. (2000). *Carcinogenesis*, 21(4), 585–591.

92. Harper, AK, et al. Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells. *Minerva Obstetrics and Gynecol*. 2023 Apr;75(2):150-157.

93. Saed Confidential Documents (SAED_SEPT222021_SUPPL_00001-00399)

94. Engin O, et al. Concomitant endometriosis in malignant and borderline ovarian tumours (2018). *Journal of Obstetrics and Gynecol.*, 38(8):1104-1109.

95. So KA, et al. Association between atypical endometriosis and ovarian malignancies in the real world. (2021). *J Ovarian Res.,* 14(1):110.

96. Bas-Esteve E, et al. Endometriosis and ovarian cancer: Their association and relationship. (2019). *Eur J Obstet Gynecol Reprod Biol.*, 3:100053.

97. Park JM, Kim MK. Hereditary risk evaluation for borderline ovarian tumors based on immunohistochemistry. (2014). *J Menopausal Med.*, 20(1):14-20.

98. Olsen, C. M., et al. Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. (2013). Endocrine-Related Cancer, 20(2): 251-262.

99. Marchbanks, P. A., Wilson, H., Bastos, E., Cramer, D. W., Schildkraut, J. M., & Peterson, H. B. Cigarette smoking and epithelial ovarian cancer by histologic type. (2000). Obstetrics & Gynecology, 95(2), 255-260.

100.    Malmberg, K., Klynning, C., Flöter-Rådestad, A., & Carlson, J. W. Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development. (2016). *Virchows Archiv*, 468(6), 707-713.

101.    Gupta V, Yull F, Khabele D. Bipolar tumor-associated macrophages in ovarian cancer as targets for therapy. (2018) *Cancers* 10.

102.    DeNardo DG, Ruffell B. Macrophages as regulators of tumour immunity and immunotherapy. (2019). *Nat Rev Immunol.,* 19(6):369-382.

103.    Saed GM. Is there a link between talcum powder, oxidative stress, and ovarian cancer risk? *Expert Rev Anticancer Ther.* 2024 May 8:1-7. doi: 10.1080/14737140.2024.2352506. Online ahead of print.

104.    Shukla A., MacPherson M., Hillegrass J., Ramos-Nino M., Alexeeva V., Vacek P., Bond J., Pass H., Steele C., Mossman B. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. (2009) *American Journal of Respiratory Cell and Molecular Biology.* 41(1):114-23.

105.    O'Brien K., Wentzensen N., Ogunsina K., Weinberg C., D'Aloisio A., Edwards J., Sandler D. Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis. *J Clin Oncol.* 2024 May 15:JCO2302037. doi: 10.1200/JCO.23.02037. Online ahead of print.

# EXHIBIT A

**Analisa DiFeo, Ph.D.**
**Professor, Department of Pathology**
**Professor, Department of Obstetrics & Gynecology**
**Associate Director, Cancer Biology Graduate Program**
**University of Michigan, Michigan Medicine**
**1600 Huron Parkway, Ann Arbor, Michigan 48109 Office:**
**(734) 936-5685, Cell: (516) 528-5126**
**adifeo@med.umich.edu**

## Education and Training

### Education

| | |
|---|---|
| 09/1997-05/2001 | BS, State University of New York at Binghamton Binghamton, NY |
| 06/2004-03/2008 | PhD, Icahn School of Medicine at Mount Sinai, New York, NY |

### Postdoctoral Training

| | |
|---|---|
| 03/2008-07/2012 | Postdoctoral Fellow, Department of Genetics and Genomic Sciences, Mount Sinai School of Medicine, New York, NY |

## Work Experience

### Academic Appointment

| | |
|---|---|
| 03/2012-06/2018 | Assistant Professor, Division of General Medical Sciences (Oncology), Department of Medicine, Case Western Reserve University School of Medicine, Cleveland |
| 07/2014-06/2018 | Assistant Professor, Department of Genetics and Genome Sciences, Case Western Reserve University School of Medicine, Cleveland |
| 10/2014-06/2018 | Norma C. and Albert I. Geller Designated Professor in Ovarian Cancer Research, Case Western Reserve University School of Medicine, Cleveland |
| 01/2016-01/2018 | Director, Xenograft and Preclinical Therapeutics Core, Case Western Cancer Center, Cleveland, Ohio |
| 07/2018-05/2024 | Associate Professor, University of Michigan, Department of Pathology, Department of Obstetrics and Gynecology, Ann Arbor (Tenured) |
| 01/2021-Present | Co-Director, Cancer Biology Training Program, University of Michigan, Ann Arbor, Michigan |
| 01/2023-Present | Associate Director, Cancer Biology PhD Program, University of Michigan, Ann Arbor, Michigan |
| 05/2024-present | Professor, University of Michigan, Department of Pathology, Department of Obstetrics and Gynecology, Ann Arbor (Tenured) |

### Administrative Appointment

| | |
|---|---|
| 01/2011-Present | Co-Founder, Chair of Scientific Advisory Board, The Young Scientist Foundation, Ann Arbor, MI |

Analisa DiFeo, PhD                                               1

| | |
|---|---|
| 01/2012-01/2018 | Founder and Director, Gynecologic Oncology Translational Research Group, Cleveland, Ohio |
| 01/2013-01/2018 | Elected Member, Faculty By-laws Committee, Case Western Reserve University, Cleveland, Ohio |
| 01/2016-01/2018 | Elected Vice Chair, Committee on Biomedical Research, Research Infrastructure Council, Case Western University, Case Western Reserve University |
| 01/2018-Present | Member, Rogel Cancer Center, University of Michigan, Ann Arbor, Michigan |
| 01/2019-Present | Diversity Ambassador, Program in Biomedical Sciences (BIPS) program, University of Michigan, Ann Arbor, Michigan |
| 01/2019-01/2022 | Senate Assembly, University of Michigan, Ann Arbor, Michigan |
| 01/2020-Present | Member, Medical Affairs Advisory Committee (MAAC), University of Michigan, Ann Arbor, Michigan |
| 01/2020-01/2022 | Editorial Board Member, Endocrinology, Oxford Academic Journals, Oxford, United Kingdom |
| 03/2021-Present | Expert Witness, Faegre Drinker Biddle & Reath LLP, Johnson & Johnson Consulting, Florham Park, New Jersey 07932 |
| 01/2022-Present | Co-Chair, Mission Boost Grant Peer Review Committee, American Cancer Society, Kennesaw, Georgia |
| 01/2022-Present | Member, Animal Care and Use Faculty Advisory Committee, University of Michigan, Ann Arbor, Michigan |
| 01/2022-Present | Director, Michigan Ovarian Cancer Science, and Innovation Consortium (MOSAIC), University of Michigan, Ann Arbor, Michigan |
| 01/2022-Present | Chair, Medical Affairs Advisory Committee (MAAC), University of Michigan, Ann Arbor, Michigan |
| 01/2023-Present | Board Member, Michigan Ovarian Cancer Alliance (MIOCA), Ann Arbor, Michigan |
| 08/2023-Present | Associate Editor, Frontiers in Oncology (Gynecological Oncology), Lausanne, Switzerland |
| 09/2023-Present | Member, Rackham Predoctoral Committee for Biological and Health Sciences, University of Michigan, Ann Arbor, Michigan |

**Research Interests**
- Functional characterization of pathways driving of ovarian cancer
- Development novel therapeutic approaches to enhance ovarian cancer patient survival.
- Identification of novel biomarkers and drivers for early detection or therapeutic response
- Generation of patient-relevant mouse models

**Grants**
**ACTIVE**

Title: B55 alpha deficiency as a therapeutic target in cancer
Time Commitments: 1.08 calendar
Funding Agency: Ohio State University/ NIH - R01 CA240374 (PI: Zhang)
Performance Period: 07/01/2020 – 06/30/2025
Level of Funding: $58,340.00

Analisa DiFeo, PhD                    2

Goals/Aims: Evaluating the efficacy of ATR and CHK1 inhibitor in targeting B55a-defective ovarian cancer.
Role: Co-Investigator
Overlap: There is no scientific, funding or effort overlap.


Title: Ovarian cancer projects
Time Commitments: 0.01 Calendar Months
Funding Agency: University of Michigan
Performance Period: 10/29/2018 – 10/28/2028
Level of Funding: $7,500
Goals: Use of Tumor Repository and PDX bank in order to uncover biomarkers for drug response
Specific Aims: N/A
Role: Principal Investigator
Overlap: There is no scientific, funding or effort overlap.


Title: Cancer Biology Training Program
Time Commitments: 0.6 calendar
Funding Agency: NIH/NCI (T32CA009676)
Performance Period: 9/30/1997-8/31/2024 (NCE)
Level of Funding: $1,388,990
Goals: This award supports graduate and post-graduate training in Cancer Biology at the University of Michigan. Dr. DiFeo's effort for this award is support mainly by cost-share with the Rogel Cancer Center and the Medical School.
Specific Aims: NA
Role: Multiple PI
No scientific or budgetary overlap.


Title: Treatment of Homologous Recombination Proficient Ovarian Cancer and PARP Inhibitor-Resistant Tumors Using PP2A Re-Activation Strategies
Time Commitments: 1.8 Calendar Months
Funding Agency: Department of Defense (OC210149)
Performance Period: 5/1/2022 – 4/30/2025
Level of Funding: $702,000
Goals: Assess whether Small Molecule Activators of PP2A (SMAPs) can confer a "BRCAness" phenotype in HGSOC tumors to sensitizes tumors to DNA repair inhibitors such as PARPi, thus allowing for expanding the patient population that can benefit from PARPi therapies
Role: PD/PI
Overlap: There is no scientific, funding or effort overlap.


Title: Examining the role of the miR-181a:Wnt/B-catenin axis in ovarian cancer
Time Commitments: 2.64 Calendar Months
Funding Agency: NIH/NCI (R01CA197780)
Performance Period: 4/6/2023 – 3/31/2028
Level of Funding: $1,906,182
Goals: The overall goal of this study is to develop an effective STING reactivation strategy by inhibiting miR-181a to activate a powerful anti-tumor immune response which can then be combined with complimentary existing therapies to prevent HGSOC progression and recurrence.
Role: PD/PI
No scientific or budgetary overlap.
Analisa DiFeo, PhD                              3

Title: Profiling the Fluid Assisted Dissemination of Pre-malignant cells in Fallopian Tubes
Time Commitments: 0.6 Calendar Months
Funding Agency: NIH
Performance Period: 7/7/2023 – 6/30/2028
Level of Funding: $2,468,0178
Goals/Aims: Aim 1: Characterize dissemination of the FTSEC due to shear stress in the in vitro microfluidic models. Aim 2 Research Approach: A2.1: Analyze the gene expression changes of shear stress stimulated FTSEC. Aim 3: Determine if shear stress stimulated FTSEC are capable of tumor initiation in vivo.
Role: Co-I
No scientific or budgetary overlap.


Title: Determine the efficacy of Muc-1-ADC in patient relevant ovarian cancer models
Time Commitments: 1.8 Calendar Months
Funding Agency: SPARC/SUN PHARMA
Performance Period: 3/31/2023 - 3/30/2025
Level of Funding: $534,060
Goals: The overall scope of this proposal is to utilize the robust pre-clinical tumor models that have been developed in the laboratory, to examine the clinical efficacy of Muc-1-ADC to confirm that advanced stage chemotherapy resistant ovarian cancer is the optimal tumor subtypes for clinical development and assess whether miR-181a may be an appropriate biomarker for use in early phase clinical trials.
Role: PD/PI
No scientific or budgetary overlap.


Title: Determining a role for PP2A in the development and treatment of endometriosis
Time Commitments: 0.24 calendar months
Funding Agency: DoD
Performance Period: 1/15/2023 – 1/14/2025
Level of Funding: $312,000
Goals: To determine if mutations to PP2A are a molecular driver of endometriosis development, and if small molecule modulation of PP2A is a viable treatment option.
Role: Co-I
No scientific or budgetary overlap.


Title: Therapeutic Modulation of the Serine/Threonine Phosphatase PP2A for the Treatment of Uterine Serous Cancer (USC) and Uterine Carcinosarcoma (UCS)
Time Commitments: 1.2 Calendar Months
Funding Agency: DoD
Performance Period: 9/1/2024 – 8/31/2027
Level of Funding: $1,555,176
Goals: Discover new therapies for the treatment of high grade uterine cancers
Specific Aims: AIM 1: Define the therapeutic efficacy of the lead PMG in a series of high-grade uterine cancer xenograft and PDX models. AIM 2: Elucidate the functional relevance and mechanistic basis of A-B56a-C stabilization in uterine cancer cells and xenografts. AIM 3: Explore combinations therapies with PMGs using in vivo xenograft models of uterine cancer.
Contact: TBD
Role: Co-I

Analisa DiFeo, PhD                                4

No scientific or budgetary overlap.


Title: Ultrasensitive detection of circulating PRAME as a 'binary' blood biomarker for endometrial cancer
Time Commitments: 0.4 calendar
Role: Co-I
Funding Agency: Department of Defense
Performance Period: 02/01/2024 – 01/31/2026
Level of Funding: $587,862
Project Goal: The proposed work addresses the PRCRP Topic Area of endometrial cancer (EC) and the PRCRP Overarching Challenge in developing minimally invasive methods for cancer detection and recurrence prediction. We will address gaps in early detection of EC that can impact mission readiness and the health of military members and their families, by developing an ultrasensitive blood test for the early, accurate detection of EC, particularly aggressive, high-risk cases.
Overlap: None


**PENDING**
Title: Cancer Biology Training Program
Time Commitments: 0.6 calendar
Funding Agency: NIH/NCI (T32CA009676) (Renewal)
Performance Period: 9/01/2024-8/31/2029
Level of Funding: $2,446,760
Goals: To train exceptional junior investigators to address fundamental biological problems related to human cancer.
Role: Multiple PI
No scientific or budgetary overlap.

Title: Bridging Immune Response and Nanotechnology through the targeting of miR181a
Time Commitments: 1.2 calendar months
Funding Agency: NCI/NIH
Performance Period: 9/1/2024 – 8/31/2029
Level of Funding: $1,274,158
Goals: The laboratory of Dr. DiFeo will be responsible for performing the studies proposed in specific aim 2, as well as providing the mir-181a antigomers for the preparation of nanoparticles. Her research staff will (1) coordinate with Dr. Lopez-Bernstein's group to receive the nanoparticles; (2) establish the in vivo models; (3) test miR-181a targeting drug, STING agonist and immunotherapies in vivo followed by flow cytometry and IHC/IF to determine immune cell activation; (4) discuss and plan work for these studies with the Lopez- Bernstein lab and other co-investigators, and agree to share all data.
Contact: TBD
Role: PD/PI
No scientific or budgetary overlap.


PREVIOUS
Title: Validating AI predicted targets in a clinically relevant patient derived cisplatin resistant ovarian cancer 3D model
Benevolent AI Collaboration (DiFeo, PI) 10/01/2018 – 06/30/2022 (NCE) 1.08 Calendar Months
Benevolent AI $48,360
Goals: We aim to validate predictions generated in slico using AI and machine learning to target CSC and cisplatin resistant mechanisms in recurrent resistant ovarian cancer.
Role: Principal Investigator
Analisa DiFeo, PhD                          5

Overlap: There is no scientific, funding or effort overlap.


Title: Examining the role of the miR-181a:Wnt/B-catenin axis in ovarian cancer recurrence
R01CA197780 (PI: DiFeo) 4/1/2016-12/31/2021 3.60 calendar
NIH/NCI $238,870
Goals: We aim to test the hypothesis that miR-181a activation of the Wnt signaling pathway plays a hitherto unappreciated role in the emergence of HGSOC platinum-resistance through the maintenance of CICs thus introducing a novel targetable pathway for the treatment of chemoresistant HGSOC. In order to substantiate this hypothesis we will establish the mechanism by which miR-181a regulates the Wnt signaling pathway, functionally assess Wnt-driven tumor cells isolated from primary HGSOC tumors and lastly, investigate the therapeutic benefits of selectively targeting the Wnt signaling pathway.
Role: Principal Investigator


Title: Treatment of Ovarian Cancer: Aim # 2
Shaugnessy Family Foundation (PI: DiFeo) 8/01/2018 – 12/31/2021 (NCE) 1.08 Calendar Months
Sponsor: Shaughnessy Family Foundation $99,022
TO Case Western Reserve Univ
Goals: Upon completion of this aim, faculty will have established pharmacodynamics in multiple mouse
models, with data from patient-derived mouse models of greatest importance. These findings will demonstrate the pre-clinical efficacy of VLP and inspire funding from external sources {i.e. pharma, Harrington Institute, NIH, foundations) to advance toward drug development and eventual clinical trials.
Role: Principal Investigator
Overlap: There is no scientific, funding or effort overlap.


Title: Targeting miR-181a-STING Signaling for the Treatment of Ovarian Cancer
Rogel Cancer Center Research Grant 12/1/2019-11/30/2021 1.08 Calendar Months
Sponsor: University of Michigan Source Country: USA
Annual Direct Costs: $75,000 Total Award Amount: $75,000
Role: Principal Investigator


Title: SMAPs for the Treatment of Ovarian Cancer
W81XWH-16-1-0587 (DiFeo, PI) 09/01/2016-3/30/2021 (NCE) 3.00 calendar
Sponsor: Department of Defense $147,812
Goals: Determine the effects of Small Molecule Activators of PP2A (SMAPs) on clinically relevant PDX models of ovarian cancer, assess the mechanism of SMAP-induced degradation of PLK1 and its associations with anti- tumor activity in vivo, and exploit SMAPs effects on PLK1 and the DNA damage response pathways to sensitize ovarian tumors to other DNA damage targeting drugs.
Role: Principal Investigator


Title: PTPµ as a targeting agent for ultrasound-enhanced treatment of ovarian cancer
Mary Kay Ash Charitable Foundation (PI: Brady-Kalnay) 07/01/2017 – 06/30/2019 0 calendar
The Mary Kay Foundation $43,478
Goals: To develop an Ovarian Cancer image-guided drug delivery system composed of a novel OC-targeting agent directed towards tumor-specific fragments of PTPµ.
Role: Co-PI

Analisa DiFeo, PhD                    6

Title: OutRun Ovarian Cancer (OROC) (PI: DiFeo) 01/15/2018– 07/01/2019 0.6 calendar
Philanthropic Funds $50,000.00
Use of Tumor Repository and PDX bank in order to uncover biomarkers for drug response
Role: Principal Investigator
Michigan Drug Discovery 07/01/2019-6/30/2021 1.08 Calendar Months
Sponsor University of Michigan Source Country: USA
Annual Direct Costs: $7,500 Total Award Amount: $7,500
Development of miR-181a inhibitors for the treatment of cancer
Role: Principal Investigator


Title: Testing of Small Molecule PP2A Activators in Gynecological Cancer
Time Commitments: 0.6 Calendar Months
Funding Agency: Rappta Therapeutics Oy
Performance Period: 9/1/2020 - 12/31/2022
Level of Funding: $172,067.85
Goals: This budget represents the testing of EV440 and EV612 in genetically distinct patient-derived cell lines: endometrial cancer, high grade serous ovarian cancer (HGSOC), isogenic platinum-resistant HGSOC, isogenic PARPi resistant HGSOC and non-transformed fallopian tube.
Role: Co-Investigator
Overlap: There is no scientific, funding or effort overlap.


Title: Identification of Chemical Entities that Regulate OncomiR-181a
Time Commitments: 0.01 Calendar Months
Funding Agency: Michigan Drug Discovery (MDD Screening Award)
Performance Period: 7/1/2021-1/31/2023
Level of Funding: $70,000
Goals: High-throughput drug screen using miRNA-181a biosensor to identify miR-181a targeting drugs.
Role: PD/PI
Overlap: There is no scientific, funding or effort overlap.


**Patents / Disclosures**

Development of primary endometrial and ovarian cancer cell lines and patient-derived xenograft models**,** Hera BioLabs License Agreement, A2017-11084, 01/17/2017

Compositions and methods for treating cancer, Author, US, 4/1/2016.

Biomarker Associated with Risk of Melanoma Recurrence, US 2015/0218649 A1, Author, US, 8/1/2012.


**Honors and Awards**

<u>National</u>

| 2009 | AACR AstraZeneca Scholar-in-Training Award, AACR Annual Meeting, United States |
| 2014 | Liz Tilberis Scholar Award, Ovarian Cancer Research Fund, New York, NY, United States |
| 2014 | Norma C. and Albert I. Geller Designated Professor in Ovarian Cancer, Case Western University School of Medicine |

Analisa DiFeo, PhD                                7

| 2016 | The Nsoroma Science Award, National Technical Association, Cleveland Chapter |
| 2016 | Invited Spark Speaker, Annual Conference of Healthcare Businesswoman's Association, United States |
| 2022, 2023 | ResearcHER American Cancer Society Ambassador, American Cancer Society, Kennesaw, Georgia |
| 2023 | Association of American Cancer Institutes (AACI) and American Association for Cancer Research (AACR) annual Hill Day Participant, Washington, DC, |

**Regional**

| 2014 | Crain's Forty Under 40, Crain's Cleveland Business, Cleveland, OH, United States |

**Institutional**

| 2005 | Travel Award, Mount Sinai School of Medicine, Graduate School, United |
| States 2007 | Travel Award, Mount Sinai School of Medicine, Graduate School, United |
| States | |
| 2008 | Terry Krulwich Doctoral Dissertation Award, Mount Sinai School of Medicine, United States |


**Study Sections, Editorial Boards, Journal & Abstract Review**

**Study Sections**

**International**

| 2012 - present | Grant Peer Reviewer, Molecular Research Council (MRC) Molecular and Cellular Medicine Board, One Kemble Street, London WC2B 4AN |
| 2012 | Portuguese Foundation for Science and Technology (Grant Peer Reviewer) |
| 2014 | The Wellcome Trust DBT Indian Alliance (Grant Peer Reviewer), The Wellcome Trust DBT Indian Alliance (Grant Peer Reviewer) |
| 2017 - present | Agence Nationale de la Recherche (ANR), RHU-S Hospital and Academics Research in Health Area, French NIH study section (Grant Peer Reviewer) |
| 2018 - present | Grant Reviewer, Cancer Research UK, Research Committee, United Kingdom, (Standing Member) |
| 2019 - present | Grant Reviewer, University "Forco Italio" of Rome, Italy Research Council, Italy, (Standing Member) |
| 2022 - present | Grant Reviewer, KU Leuven Research Council, University of Leuven, Belgium, (Standing Member) |
| 2022- present | Grant Reviewer, The French Ministry of Health, and the National Cancer Institute of France (INCa), Boulogne-Billancourt, France (Grant Peer Reviewer) |


**National**

| 2009 - 2011 | Peer Reviewed Medical Research Program (PRMRP) Osteoporosis and related bone disease Peer Review Panels, United States Department of Defense, |

| | |
|---|---|
| 2012 - 2013 | Department of Defense. Peer Reviewed Medical Research Program (PRMRP) Neuroblastoma Peer Review Panels, |
| 2014 - present | Department of Defense, Peer Reviewed Medical Research Program (PRMRP) Ovarian Cancer Peer Review Panels |
| 2014 | The Mary Kay Foundation Research Review Committee, |
| 2014 | Collaborative Funding Grant (CFG) program, North Carolina Biotechnology        Center, |
| 2016 - 2018 | Career Enhancement Program (CEP) and/or Developmental Research Program (DRP), Roswell-UPMC Ovarian Cancer SPORE, |
| 2017 - 2018 | NIH/NCI Developmental Therapeutic Study Section (R01, R21), |
| 2017 | NIH/NCI PDX Network (U54/U24): RFA-CA- 17-003 and RFA-CA- 17-004, (AdHoc) |
| 2018 | Michigan Ovarian Cancer Alliance (MIOCA), Ann Arbor, MI, |
| 2018 - present | Breast Cancer Peer Review Panels, Department of Defense, Peer Reviewed Medical Research Program (PRMRP), (Standing Member) |
| 2019 - present | Charter Member, NIH/NCI Developmental Therapeutics Study Section, (Standing Member) |
| 2020 - present | Charter Member, Mission Boost Grant Peer Review Committee, American Cancer Society, (Standing Member) |
| 2020 - present | Charter Member, Team Science Award, Medical College of Wisconsin Cancer Center, Cancer Center Pilot Grant Program Review Committee, (Standing Member) |

**Regional**

| | |
|---|---|
| 2013 - present | Protocol Review and Monitoring Committee (PRMC), University Hospital Cleveland Medical Center, Cleveland, OH (Permanent Reviewer) |

**Institutional**

| | |
|---|---|
| 2016 | American Cancer Society-Pilot Awards, Case Western Reserve University, Cleveland, OH, |
| 2016 | CTSC Annual Pilot Review Committee, Case Western Reserve University, Cleveland, OH, |
| 2017 | Internal Advisory Board, Adolescent Young Adult Group, Case Comprehensive Cancer Center, Cleveland, OH (Standing member) |
| 2020-present | Biomedical Research Council (BMRC) Member, The University of Michigan, Ann Arbor, MI (Standing member) |
| 2021-present | Rogel Cancer Center Research Committee (CRC) member, The University of Michigan, Ann Arbor, MI (Standing member) |

**Editorial Boards / Journal & Abstract Reviews**
**Journal Review (Ad hoc)**

| | |
|---|---|
| 2012 - present | Molecular Cancer Research |
| 2012 - present | Science |
| 2012 - present | Scientific Reports |
| 2012 - present | Nature Reports |

Analisa DiFeo, PhD                     9

| | |
|---|---|
| 2012 - present | Molecular Cell |
| 2012 - present | Cell Reports |
| 2012 - present | Cancer Cell |
| 2012 - present | PLoS ONE |
| 2012 - present | BMC Cancer |
| 2012 - present | Journal of Molecular Endocrinology  2012 |
| - present | Cancer Biomarkers |
| 2012 - present | British Journal of Cancer |
| 2012 - present | American Journal of Pathology  2012 |
| - present | Journal of Ovarian Research |
| 2012 - present | Gynecologic Oncology |
| 2012 - present | Endocrinology  (Editorial Board member 2020-22) |
| 2012 - present | Oncogene |
| 2012 - present | Oncotarget |
| 2012 - present | EMBO Biology |
| 2012 - present | Molecular Cancer Therapeutics  2012 |
| - present | Molecular Cancer |
| 2014 - present | Cancer Research |
| 2018 - present | Analytical Cellular Pathology |
| 2018 - present | JCO Precision Oncology |
| 2019 - present | American Journal of Pathology |
| 2019 - present | Free Radical Biology and Medicine |
| 2020 - present | Cell Death and Disease |
| 2020 - present | Nature Communications |
| 2021 - present | Human Molecular Genetics |
| 2021 - present | eLife |
| 2021 - present | Journal of Clinical Investigation |
| 2021 - present | Science Reports |
| 2022- present | Nuclear Medicine |
| 2022 - present | BMC Cancer |

## Teaching

## Mentorship
## Junior Faculty

2023- present        Zhen Ni Zhou, University of Michigan Health,

Analisa DiFeo, PhD                10

Ann Arbor, MI, Division of Gynecology Oncology
Currently, Clinical Assistant Professor, University
of Michigan Health, Ann Arbor, MI, Division of
Gynecology Oncology

**Clinical Fellow**

2011-2012          William H. Bradley, Mount Sinai Medical Center,
New York, NY, Division of Gynecology Oncology,
Currently, Professor, Froedtert Hospital and
Medical College of Wisconsin

2011-2012          Valentin Kolev, Mount Sinai Medical Center, New
York, NY, Division of Gynecology Oncology,
Currently Professor, Mount Sinai Medical Center,
New York, NY

2013-2014          Sareena Singh, University Hospitals of
Cleveland, Cleveland, OH, Division of
Gynecology Oncology, Currently Clinical
Assistant Professor of Obstetrics and
Gynecology, Northeast Ohio Medical University

2014-2015          Amy Armstrong, MD, University Hospitals of
Cleveland, Cleveland, OH, Division of
Gynecology, Currently, Residency Program
Director, Obstetrics and Gynecology, UH
Cleveland Medical Center

2015-2016          Randi S. Connor, MD, University Hospitals of
Cleveland, Cleveland, OH, Division of
Gynecology Oncology, Currently, an attending
physician in Gynecology Oncology at Erlanger
Health System, Chattanooga, TN

2015-2017          Gretchen Garbe, MD, University Hospitals of
Cleveland, Cleveland, OH, Division of
Gynecology Oncology, Currently, an attending

Analisa DiFeo, PhD                          11

physician at Prestige Medical Group, Santa Ana, CA

2016-2017            Elizabeth Hopp, MD, University Hospitals of Cleveland, Cleveland, OH, Division of Gynecology Oncology, Currently, Assistant Professor Froedtert Hospital and Medical College of Wisconsin

2017-2018            Christa Dominick, MD, University Hospitals of Cleveland, Cleveland, OH, Division of Gynecology Oncology, Currently, Physician at Sutter Medical Group, Sacramento, CA

### Postdoctoral Fellow

01/2013-01/201      Anil Belur Nagaraj, Case Western Reserve University, Cleveland, OH, Department of Medicine, Currently, Director of Medical and Scientific Affairs at Vereo Communications, LLC

04/2019-04/2020     Matthew Knarr, PhD, University of Michigan, Ann Arbor, MI, Department of Pathology, Currently, post-doctoral fellow at University of Pennsylvania, Philadelphia, PA

03/2019-present     Sreeja Sekhar, PhD, University of Michigan, Ann Arbor, MI, Department of Pathology

04/2021-present     Jose Colina, PhD, University of Michigan, Ann Arbor, MI, Department of Pathology

### Medical Student

01/2013-01/2014     Aditya Parikh, MD with research distinction awarded 2014, Case Western Reserve University, Currently, an attending physician at University of Pennsylvania, Philadelphia, PA

01/2013-01/2014     Danielle Peress, MD with research distinction awarded 2014, Case Western Reserve University,

01/2015-07/2018     Olga Kovalenko, MD recipient of Brian Werbel Memorial Fund, Case Western Reserve University, Currently, Chief Resident, Division of Gynecology Oncology, University Hospitals of Cleveland, OH

Analisa DiFeo, PhD

| 01/2016-07/2018 | Arshia Surti, MD recipient of Brian Werbel Memorial Fund, Case Western Reserve University, Currently, Resident IV / PGY4, UCLA Health, Los Angeles, CA |

**Graduate Student**

| 01/2014-01/2015 | Heather Cottage, Case Western Reserve University, master's Thesis Advisor, Currently, Physician Assistant at Butler Health System, Butler, PA |

| 01/2015-01/2016 | Alexandria Milan, Case Western Reserve University, master's Thesis Advisor, Currently, Physician Assistant at Cleveland Clinic Foundation, Cleveland, OH |

| 01/2015-01/2017 | Sandra Mantilla, Case Western Reserve University, master's Thesis Advisor, Currently, Quality Engineer II, Boeing, Everett, Washington |

| 01/2016-04/2018 | Erin Ponting, Case Western Reserve University, PhD Thesis Mentor, Currently, Consultant at Newry Corp, Cleveland, OH |

| 01/2014-03/2020 | Matthew Knarr, Case Western Reserve University, PhD Thesis Mentor, Currently, post-doctoral fellow at University of Pennsylvania, Philadelphia, PA |

| 01/2017-04/2023 | Rita Avelar, University of Michigan, PhD Thesis Mentor, Currently, post-doctoral fellow at University of Michigan, Ann Arbor, MI |

| 01/2019-present | Jessica McAnulty, Molecular Cellular Pathology, The University of Michigan, PhD Thesis Mentor, Advancing toward degree. |

| 2019 | Kristian Lossel, Cancer Biology rotation student, The University of Michigan, Ann Arbor, MI, Advancing toward degree. |

| 2019 | Daniela Gomez Zubieta, MSTP rotation student, The University of Michigan, Ann Arbor, MI, Advancing toward degree. |

| 2020 | Kassidy Jungles, PIBS rotation student, The University of Michigan, Ann Arbor, MI, Advancing toward degree. |

| 01/2020-present | Noah Puleo, Molecular Cellular Pathology, PhD Thesis Mentor, The University of Michigan, Advancing toward degree. |

| 04/2022-present | Grace McIntrye, Molecular Cellular Pathology, PhD Thesis Mentor, The University of Michigan, Advancing toward degree. |

| 2022 | Nicole Dean, Cancer Biology rotation student, The University of Michigan, Advancing toward degree. |

Analisa DiFeo, PhD                                      13

| 2022 | Julia Ugras, Cancer Biology rotation student, The University of Michigan, Advancing toward degree. |
|---|---|
| 2022 | Franchesca Fonseca-Lanza, Cancer Biology rotation student, The University of Michigan, Advancing toward degree. |

## Undergraduate Student

| 01/2014-01/2016 | Tiffany Seik-Ismail, Case Western Reserve University, Currently, Medical student, Western University of Health Sciences, Pomona, California, |
|---|---|
| 01/2016-01/2017 | Alexis Fleming, The Ohio State University, Medical student at University of Cincinnati, Cincinnati, OH |
| 01/2017-01/2018 | Patrick Balsom, Case Western Reserve University, Working on Graduate degree. |
| 01/2019-01/2020 | Emma Gijsbers, University of Michigan, Working on advanced degree. |
| 01/2019-01/2022 | Riya Gupta, University of Michigan, Publication, Continuing to medical school. |
| 01/2019-01/2022 | Grace Carvette, University of Michigan, Publication, Continuing to medical school. |
| 01/2019-01/2022 | Alexander Sobek, University of Michigan, Research Technician, University of Michigan, Ann Arbor, MI |
| 01/2020-01/2022 | Agharan Singh, University of Michigan, Curriculum Mentorship |
| 01/2021-Present | Margaret Farah, University of Michigan, Curriculum Mentorship |
| 01/2022-Present | Paula De Benedetto, University of Michigan, Curriculum Mentorship |
| 01/2022-Present | Amber Farah, University of Michigan, Curriculum Mentorship |
| 01/2022-Present | Mukund Jayaraju, University of Michigan, Curriculum Mentorship |
| 01/2022-Present | Sadie Hertz, University of Michigan, Curriculum Mentorship |

## High school Student

| 01/2013-01/2013 | Jesse Mansoor, Gilmore Academy, Shaker Heights, OH, Advancing toward degree. |
|---|---|
| 01/2014-01/2015 | Sarah Socrates, Gilmore Academy, Shaker Heights, OH Advancing toward degree |
| 01/2015-01/2015 | Adrian Powell, New Tech High School, Cleveland, OH, Currently, Advancing toward degree |

| | |
|---|---|
| 01/2015-01/2016 | Richard Alvarez, Shaker Heights High School, Shaker Heights, OH Currently, advancing toward degree. |
| 01/2015-01/2017 | Daniel Shanhuai, Beachwood High School, Currently, medical student SUNY Albany, Albany, NY |
| 01/2016-01/2017 | Kortney Mave, Bera Midpark High School, Currently, Undergraduate student The Ohio State University |
| 01/2017-07/2018 | Lily Kwiatkowski, John Jay High School, Cleveland, OH, Currently, Joan C. Edwards Scholar and medical student Case Western Reserve University, Cleveland, OH, |
| 01/2017-01/2018 | Sejal Sangani, Hathaway Brown, Cleveland, OH, Currently, Undergraduate student, University of Pennsylvania, Philadelphia, PA, |
| 01/2017-07/2018 | Kareem King, Charles Brush High School, Currently, Undergraduate student, Harvard University, Boston, MA |
| 03/2022-Present | Dylan Carvette, Green Hills High School, Currently, Undergraduate student, Undergraduate student, University of Michigan, Ann Arbor, MI |
| 06//2023-Present | Justin Baldassere, Hastings-on-the Hudson, New York, Currently, High school student |
| 06/2023-Present | Fiza Ali, Green Hills High School, Currently, High school student |

## Teaching Activity
### Institutional

| | |
|---|---|
| 01/2013-07/2018 | Department of Genetics and Genomic Sciences, Lecturer, GENE 500/504 Advanced Eukaryotic Genetics I, Case Western Reserve University |
| 01/2014-07/2018 | Graduate School, Small group facilitator, IBMS 500 On Becoming a Professional Scientist, Case Western Reserve University |
| 01/2016-07/2018 | Medical School First-Year Curriculum, IQ (inquiry group) team facilitator, Block 2 Medical School, The Human Blueprint (Molecular Biology and Genetics), Case Western Reserve University |
| 01/2016-07/2018 | Department of Pathology and Biochemistry, Course Director, BIOC 420/PATH 420 Current Topics in Cancer, Case Western Reserve University |
| 01/2017-07/2018 | Medical School, Year 2-4 Curriculum, IQ (inquiry group) team facilitator, Block 6 Medical School, Cognition, Sensation, and Movement |
| 01/2017-07/2018 | Department of Pharmacology, Lecturer, PHARM 528 Contemporary Approaches to Drug Discovery, Case Western Reserve University |
| 2019- present | Cancer Biology 554 lecturer, Cancer Biology Graduate Program, University of Michigan, Ann Arbor, MI |
| 2020-present | Pharmacology 502, University of Michigan, Ann Arbor, MI |
| 2020- present | Cancer Biology 800, Co-Director, Cancer Biology Graduate Program, University of Michigan, Ann Arbor, MI |
| 2022-present | PIBS 503, Responsible Conduct of Research, University of Michigan, Ann Arbor, MI |

Analisa DiFeo, PhD                    15

**Dissertation Committee**

| | |
|---|---|
| 01/2013-4/2019 | Samuel Li, Genetics and Genomic Sciences, Case Western Reserve University, Committee Member |
| 01/2013-02/2020 | Megan Forrest, Genetics and Genomic Sciences, Case Western Reserve University, Committee Member |
| 01/2013-03/2018 | Elizabeth Akinbiyi, Pathology, Case Western Reserve University, Committee Member |
| 01/2013-12/2019 | Abby Perl, Pharmacology, Case Western Reserve University, Committee Member |
| 01/2013-Present | Christine Lee, Pharmacology, Case Western Reserve University, Committee Member |
| 01/2013-05/2019 | Caitlin O'Connor, Pharmacology, Case Western Reserve University, Committee Member |
| 01/2013-04/2021 | Tian He, Biochemistry, Case Western Reserve University, Committee Member |
| 01/2014-01/2018 | Valery Adorno-Cruz, Pharmacology, Case Western Reserve University, Committee Member |
| 01/2015-10/2019 | Alyssa La Belle, Pharmacology, Case Western Reserve University, Committee Member |
| 01/2015-01/2018 | Jennifer Brancato, Pharmacology, Case Western Reserve University, Committee Member |
| 01/2017-06/17 | Ryan Hansen, Biomedical Engineering, Case Western Reserve University, Committee Member |
| 01/2013-04/2017 | Christina Franke, Biomedical Engineering, Case Western Reserve University, Committee Member |
| 01/2012-04/2017 | Anna Czapar, Pathology, Case Western Reserve University Committee Member |
| 01/2012-09/2017 | Benjamin Bryson, Pathology, Case Western Reserve University, Committee Member |
| 01/2016-07/2018 | Melissa Shively, Pharmacology, Case Western Reserve University, Committee Member |
| 2018-2019 | Cayman Novak, Biomedical Engineering, University of Michigan, Committee Member |
| 0/2/2019- 04/2022 | Jennifer Jimenez, Cancer Biology University of Michigan, Committee Member |
| 2019-present | Eric Horst, Biomedical Engineering, University of Michigan, Committee Member |
| 2020 | Eziwoma Alibo, Cancer Biology, Icahn School of Medicine at Mount Sinai, External Thesis Reviewer |
| 2018-2020 | Emily Sherman, Pharmacology, University of Michigan, Committee Member |
| 2021- present | Terrence Haanen, Cancer Biology, University of Michigan, Committee Chair |
| 2021- present | Yating Zheng, Pharmacology University of Michigan, Committee Member |
| 2021-present | Alan Kelleher, Cancer Biology, University of Michigan, Committee Chair |
| 2021-present | Brian Train, Pharmacology, University of Michigan, Committee Member |
| 2021- present | Yun Zhang, Cancer Biology, University of Michigan, Committee Chair |
| 2022- present | Monice Bonilla, Cancer Biology, University of Michigan, Committee Chair |
| 2022-present | Angelo Guilatco, Cancer Biology, University of Michigan, Committee Chair |
| 2022-present | Katie Burkhead, Biomedical Engineering, University of Michigan, Committee Member |

**Memberships in Professional Societies**    16

Analisa DiFeo, PhD

| | |
|---|---|
| 2006 - Present | Women in Cancer Research (WICR) |
| 2006 - Present | American Association for Cancer Research (AACR) |
| 2023 -Present | American Association for the Advancement of Science (AAAS) |

**Committee/Service**

**National**

| | |
|---|---|
| 2011 - present | The Young Scientist Foundation, Scientific Advisory Board, Other, Co-Founder and Chair |
| 2014 - present | Colleen's Dream, Scientific Advisory Board, Other, Member |
| 2015 | Gynecologic Cancer Symposium, Gathering Place, Other, Co-Chair |
| 2015 - 2018 | Northeast Ohio Science and Engineering Fair, Cleveland, OH, Other, Poster Judge |
| 2016 | Cancer Stem Cell Conference, Other, Co-Director |
| 2017 | Gynecologic Cancer Symposium, Gathering Place, Other, Member |
| 2018 | Cancer Stem Cell Conference, Other, Co-Director |
| 2022-present | Michigan Ovarian Cancer Innovation and Science Consortium (MOSAIC), Director |
| 2022-present | MIOCA Board of Trustees, Board Member |
| 2022- present | American Cancer Society ResearcHERs, American Cancer Society, Ambassador |

**Institutional**

| | |
|---|---|
| 2012 - 2018 | Fellowship Interviews for Department of OB/Gyn Gynecological Oncology, Case Western Reserve University, Other, Member |
| 2012 - 2018 | MD/PhD Admission Interviews for MSTP program (Prospective MD/PhD Students), Case Western Reserve University, Other, Applicant Interviewer |
| 2012 - 2018 | MD Admission Interviews for MD program, Case Western Reserve University, Other, Member |
| 2012 - 2018 | PhD Admission Interviews for BSTP program (Prospective PhD Students), Case Western Reserve University, Other, Applicant Interviewer |
| 2013 - 2018 | CWRU Faculty Senate By-laws Committee, elected to serve for 2 terms, Other, Member |
| 2013 - 2018 | Medical Student Training Program Retreat, Case Western Reserve University, Other, Poster Judge and Panelist |
| 2016 - 2018 | Cell and Molecular Biology Training Program, Case Western Reserve University, Steering Committee |
| 2016 - 2018 | Molecular Therapeutic Training Program, Case Western Reserve University, Steering Committee |
| 2017 - 2018 | Council on Biomedical Research, Case Western Reserve University, Vice Chair of Infrastructure Council |
| 2017 - 2018 | Committee on Drug Development and Resistance, Case Western Reserve University, Member |

| | |
|---|---|
| 2019-present | Program in Biomedical Sciences (PIBS) Interview Committee, The University of Michigan, Ann Arbor, MI |
| 2019 | Undergraduate Research Opportunity Program (UROP) Career Fair Speaker, The University of Michigan, Ann Arbor, MI |
| 2019 | One Day Closer, Kick-Off Speaker, Rogel Cancer Center, The University of Michigan, Ann Arbor, MI |
| 2019-2022 | Senate Assembly, The University of Michigan Medical School, Ann Arbor, MI |
| 2019-present | Poster Judge, Cancer Biology Spring Symposium, Rogel Cancer Center, The University of Michigan, Ann Arbor, MI |
| 2019-present | Grant reviewer, post-doctoral fellowship competition, Rogel Cancer Center, The University of Michigan, Ann Arbor, MI |
| 2019-present | Cancer Biology Graduate Program Admission's Committee, The University of Michigan, Ann Arbor, MI |
| 2019-present | Physician Scientist Training Program Interview Committee, Michigan Medicine, Ann Arbor, MI |
| 2019-present | Cancer Biology Graduate Program Steering Committee, The University of Michigan, Ann Arbor, MI |
| 2019-present | Program in Biomedical Sciences (PIBS) Inclusive Committee, The University of Michigan, Ann Arbor, MI |
| 2019-present | Diversity Ambassador, Program in Biomedical Sciences (PIBS) program, The University of Michigan, Ann Arbor, MI |
| 2020-present | Pathology Physician Scientist Training Program Interview Committee, Michigan Medicine, Ann Arbor, MI |
| 2020-present | Biomedical Research Council (BMRC) Member, The University of Michigan, Ann Arbor, MI |
| 2020-present | Rackham Mentoring Awards Committee member, The University of Michigan, Ann Arbor, MI |
| 2020-present | Poster Judge, Pathology Symposium, The University of Michigan, Ann Arbor, MI |
| 2021-present | Rogel Cancer Center Cancer Research Committee (CRC) member, The University of Michigan, Ann Arbor, MI |
| 2021-present | Medical Affairs Advisory Committee (MAAC) member, The University of Michigan, Ann Arbor, MI |

| 2021- present | Wellness committee, Department of Pathology, The University of Michigan, Ann Arbor, MI |
|---|---|
| 2021 | Faculty participant and mentor, Developing Future Biologists Virtual Fall Research Symposium Program, The University of Michigan, Ann Arbor, MI |
| 2022 | One Day Closer, Career Panel, Rogel Cancer Center, The University of Michigan, Ann Arbor, MI |
| 2022-Present | Member, Animal Care and Use Faculty Advisory Committee, University of Michigan, Ann Arbor, Michigan |
| 2022 | Pathways Fellowship speaker, Rogel Cancer Center, The University of Michigan, Ann Arbor, MI |
| 2022-present | Advisory committee of the T32 Training Grant (NHLBI) for Hematology, The University of Michigan, Ann Arbor, MI |
| 2021-present | Medical Affairs Advisory Committee (MAAC) Chair, The University of Michigan, Ann Arbor, MI |
| 2023- present | Rogel Training, Education, and Career Development (TrEC) internal advisory council, The University of Michigan, Ann Arbor, MI |
| 2023 | MIOCA 5K to Teal Run Kick-Off Speaker, The University of Michigan, Ann Arbor, MI |

**Scholarly Activities**

**Presentations**

<u>Other</u>

1. *KLF6 and KLF6-SV1 Regulate Ovarian Cancer Progression and Dissemination Identification of a Novel KLF6/E-cadherin Pathway.* April 2004, AACR Annual Meeting, Washington D.C.

2. *Essential role of KLF6-SV1 in regulating tumor cell apoptosis and greatly increasing median and overall ovarian cancer survival: identification and pre-clinical targeting of a novel prosurvival/anti-apoptotic protein.* Plenary Presentation: Experimental and Molecular Therapeutics. April 2008, AACR Annual Meeting, San Diego, CA

3. *Uncovering Novel miRNA's Driving Ovarian Cancer Chemoresistance* University of Michigan Cancer Center Grand Rounds, February 2011, University of Michigan Comprehensive Cancer Center, Ann Arbor, MI

4. *Uncovering the Paths of Ovarian Cancer Chemoresistance._*Department of Genetics Seminar Series, March 2011, Icahn School of Medicine at Mount Sinai, New York, NY

5. *KLF6-SV1 is a Novel Uterine Leiomyosarcoma Gene: From Transgenic Mouse Model to Human Disease.* Focused Plenary Presentation, Society of Gynecologic Oncologist Annual Meeting, March 2011, Orlando, Florida

6. *Dissecting the Mechanisms of Ovarian Cancer Development and Chemotherapy Resistance."* Cancer Center Seminar Series, April 2011, Case Comprehensive Cancer Center, Case Western Reserve University, Cleveland, OH

7. *miR-181a driven repression of Smad7 induces epithelial-to-mesenchymal transition and is associated with poor outcome in late-stage epithelial ovarian cancer.* AACR Noncoding RNAs and Cancer Conference, January 2012, Miami Beach, FL.

8. *microRNA-181a activates TGF-beta and is associated with poor outcome in epithelial.*

   *ovarian cancer.* Ovarian Cancer: Molecular Mechanisms and Personalized Medicine Symposium, May 2012 UPMC Cancer Pavilion, Pittsburg, PA

9. AACR: Advances in Ovarian Cancer Research: From Concept to Clinic conference, September 2013 Miami, Florida

10. *Development of Small Molecule Activators of Protein Phosphatase 2A (SMAPs) for the Treatment of High-Grade Serous Ovarian and Uterine Cancer*, June 2015, EACR-AACR-SIC conference Florence, Italy

11. *Identification of functional microRNA: mRNA pathways driving ovarian cancer chemotherapy resistance and disease recurrence.* Cancer Biology Seminar Mario Negri Institute, June 2015, Milan, Italy

12. *B-catenin as a TIC therapeutic target in epithelial ovarian cancer.* AACR Special Conference on Advances in Ovarian Cancer Research: Exploiting Vulnerabilities October 2015, Orlando, FL

13. *Ovarian Cancer pathogenesis: What we know and where we need to go.* NTA Technical Symposium, Ohio Aerospace Institute (OAI), June 2016, Cleveland, OH

14. *Ovarian Cancer pathogenesis: What we know and where we need to go.* NTA Technical Symposium, Ohio Aerospace Institute (OAI), June 2016, Cleveland, OH

15. *Passion is Contagious: Uniting researchers and physicians in pursuit of a common mission.* Main Stage Presentation, Healthcare Businesswomen Association Annual Meeting, November 2016, St. Louis, MO

16. *miR-181a: At the crossroads of signal transduction driving ovarian cancer initiation, metastasis, and drug resistance.* The Cleveland Clinic Lerner Research Institute, Cancer Biology Seminar Series, December 2016, Cleveland Clinic Foundation, Cleveland, OH

17. *Update on Biomarkers of Ovarian Cancer*, Gynecological Cancers Forum, 04/2017, Cleveland Clinic

18. *microRNAs: Small but powerful Drivers of Ovarian Cancer pathogenesis.* Grand Rounds Department of Medicine, June 2017, Washington University, St. Louis, MO

19. *Novel approaches to targeting microRNAs.* RNA Therapeutics Symposium, August 2017, Center for RNA Sciences and Therapeutics, Case Western Reserve University

Analisa DiFeo, PhD                             20

20. *microRNAs: Small but powerful Drivers of Ovarian Cancer pathogenesis.*   Department of Pathology Seminar Series, November 2017, University of Michigan, Ann Arbor, MI

21. *miR-181a: At the crossroads of signal transduction driving ovarian cancer initiation, metastasis, and drug resistance.* Sidney Kimmel Cancer Center Seminar Series, December 2017, Thomas Jefferson University, Philadelphia, PA

22. *microRNAs: Small but powerful Drivers of Ovarian Cancer pathogenesis.* February 2018, Cancer Center Seminar Series, Medical College of Wisconsin

23. *microRNAs: Small but powerful Drivers of Ovarian Cancer pathogenesis.* July 2018, Society for the Study of Reproduction (SSR) 51st Annual Conference, Invited Speaker

24. *A miRNA-mediated approach to dissect the complexity of tumor-initiating cell function and identify miRNA-targeting drugs.* Cancer Stem Cell Conference, Cleveland, OH, Invited Speaker, August 2018

25. *A miRNA-mediated approach to dissect the complexity of ovarian tumor-initiating cells and identify miRNA-targeting drugs.* Pathology for Investigators, Students and Academicians (PISA) 2018 Annual Meeting, Ann Arbor, MI, Invited Speaker, October 2018

26. *A miRNA-mediated approach to dissect the complexity of ovarian tumor-initiating cells and identify miRNA-targeting drugs.* Gordon Research Conference (GRC) on Hormone-Dependent Cancers: Small and Big Data, Invited Speaker, August 2019

27. *miR-181a initiates and perpetuates oncogenic transformation through the regulation of innate immune signaling.* AACR-Advances in Ovarian Cancer, Presentation, September 2019

28. "*Small but mighty: Function of microRNA-181a in driving ovarian cancer pathogenesis*" 18th Annual Pathology Research Symposium, University of Michigan, Ann Arbor, MI

29. *microRNAs: Small but powerful Drivers of Ovarian Cancer Pathogenesis.* June 2020, Cancer Therapeutics Seminar Series, UC San Diego, Invited Speaker

30. *Teamwork makes the dreamwork: Uncovering key drivers of ovarian cancer progression and developing novel therapies through effective clinical-translational collaboration.* 30th John R.G. Gosling Lecture, Department of Obstetrics and Gynecology, March 2021 University of Michigan, Ann Arbor, MI

31. *A miRNA-mediated approach to dissect the complexity of tumor-initiation and identify anti-cancer drugs.* Third Annual Precision Health Symposium, September 30, 2021, Michigan State University, East Lansing, MI

32. *Therapeutic Targeting of miR-181a to Modulate Tumor Immune Response.* Keystone Symposium: Small Regulatory RNAs: From Bench to Bedside, May 1-4th 2022, Santa Fe, NM, Invited Speaker

33. *Faculty Spotlight, Inaugural Pathways to Careers in Cancer Care & Research Undergraduate Fellowship Program*, Rogel Cancer Center, July 2022 University of Michigan, Ann Arbor, MI

34. *Modulating tumor immune response, stemness, and treatment resistance by targeting miR-181a.* November 15, 2022, Distinguished Lecture Series in Experimental Therapeutics, MD Anderson Cancer Center

35. *Modulating tumor immune response, stemness, and treatment resistance by targeting miR-181a.* November 10, 2022, Ovarian Cancer Midwest Focus Conference, Minneapolis, MN

36. *Two Birds One Stone: Therapeutic Targeting miR-181a Modulates Cancer Stem Cell-Immune Cell cross talk in Ovarian Cancer.* January 25, 2023, Grand Rounds Center for Research on Reproduction and Women's Health, University of Pennsylvania, PA

37. *Two Birds One Stone: Therapeutic Targeting miR-181a Modulates Cancer Stem Cell-Immune Cell cross talk in Ovarian Cancer.* April 18, 2023, Grand Rounds Center for Research on Reproduction and Women's Health, Sanford University, Sioux Falls, SD

38. *From Patients to Progress: Unraveling Innovative Therapies through Tumor Analysis and Genetic Insights.* October 10, 2023, Ovarian Cancer Research Symposium, Mott Center, Karmanos Cancer Center, Detroit, MI

39. *From Patients to Progress: Unraveling Innovative Therapies through Tumor Analysis and Genetic Insights.* March 7, 2024, Women in Cancer Symposium, University of Michigan, Ann Arbor, MI

Publications/Scholarship
(Co-First Author *; Corresponding author **; Co-Last author ***)

**Peer-Reviewed**

<u>Journal Article</u>

1. Dowling O, **Difeo A**, Ramirez MC, Tukel T, Narla G, Bonafe L, Kayserili H, Yuksel-Apak M, Paller AS, Norton K, Teebi AS, Grum-Tokars V, Martin GS, Davis GE, Glucksman MJ, Martignetti JA: Mutations in capillary morphogenesis gene-2 result in the allelic disorders juvenile hyaline fibromatosis and infantile systemic hyalinosis. *Am J Hum Genet*.73(4): 957-966, 10/2003. PM12973667

2. Kremer-Tal S, Reeves HL, Narla G, Thung SN, Schwartz M, **Difeo A**, Katz A, Bruix J, Bioulac-Sage P, Martignetti JA, Friedman SL: Frequent inactivation of the tumor suppressor Kruppel-like factor 6 (KLF6) in hepatocellular carcinoma. *Hepatology*.40(5): 1047-1052, 11/2004. PM15486921

3. Narla G, **Difeo A**, Reeves HL, Schaid DJ, Hirshfeld J, Hod E, Katz A, Isaacs WB, Hebbring S, Komiya A, McDonnell SK, Wiley KE, Jacobsen SJ, Isaacs SD, Walsh PC, Zheng SL, Chang B-L, Friedrichsen DM, Stanford JL, Ostrander EA, Chinnaiyan AM, Rubin MA, Xu J, Thibodeau SN, Friedman SL, Martignetti JA: A germline DNA polymorphism enhances alternative splicing of the KLF6 tumor suppressor gene and is associated with increased prostate cancer risk. *Cancer Res*.65(4): 1213-1222, 02/2005. PM15735005

4. Narla G, **DiFeo A**, Yao S, Banno A, Hod E, Reeves HL, Qiao RF, Camacho-Vanegas O, Levine A, Kirschenbaum A, Chan AM, Friedman SL, Martignetti JA: Targeted inhibition of the KLF6 splice variant, KLF6 SV1, suppresses prostate cancer cell growth and spread.

*Cancer Res.*65(13): 5761-5768, 07/2005. PM15994951

5. Park J-H, Eliyahu E, Narla G, **DiFeo A**, Martignetti JA, Schuchman EH: KLF6 is one transcription factor involved in regulating acid ceramidase gene expression. *Biochim Biophys Acta.*1732(1-3): 82-87, 12/2005. PM16500425

6. **DiFeo A**, Narla G, Hirshfeld J, Camacho-Vanegas O, Narla J, Rose SL, Kalir T, Yao S, Levine A, Birrer MJ, Bonome T, Friedman SL, Buller RE, Martignetti JA: Roles of KLF6 and KLF6-SV1 in ovarian cancer progression and intraperitoneal dissemination. *Clin Cancer Res.*12(12): 3730-3739, 06/2006. PM16778100

7. **DiFeo A**, Narla G, Camacho-Vanegas O, Nishio H, Rose SL, Buller RE, Friedman SL, Walsh MJ, Martignetti JA: E-cadherin is a novel transcriptional target of the KLF6 tumor suppressor. *Oncogene.*25(44): 6026-6031, 09/2006. PM16702959

8. Utsch B, **DiFeo A**, Kujat A, Karle S, Schuster V, Lenk H, Jacobs U, Müller M, Dötsch J, Rascher W, Reutter H, Martignetti JA, Ludwig M, Tröbs R-B: Bladder exstrophy and Epstein type congenital macrothrombocytopenia: evidence for a common cause?. *Am J Med Genet A.*140(20): 2251-2253, 10/2006. PM16969870

9. Kremer-Tal S, Narla G, Chen Y, Hod E, **DiFeo A**, Yea S, Lee J-S, Schwartz M, Thung SN, Fiel IM, Banck M, Zimran E, Thorgeirsson SS, Mazzaferro V, Bruix J, Martignetti JA, Llovet JM, Friedman SL: Downregulation of KLF6 is an early event in hepatocarcinogenesis, and stimulates proliferation while reducing differentiation. *J Hepatol.*46(4): 645-654, 04/2007. PM17196295

10. Phadke SR, Ramirez M, **DiFeo A**, Martignetti JA, Girisha KM: Torg-Winchester syndrome: lack of efficacy of pamidronate therapy. *Clin Dysmorphol.*16(2): 95-100, 04/2007. PM17351352

11. Mosig RA, Dowling O, **DiFeo A**, Ramirez MC M, Parker IC, Abe E, Diouri J, Aqeel AA, Wylie JD, Oblander SA, Madri J, Bianco P, Apte SS, Zaidi M, Doty SB, Majeska RJ, Schaffler MB, Martignetti JA: Loss of MMP-2 disrupts skeletal and craniofacial development and results in decreased bone mineralization, joint erosion and defects in osteoblast and osteoclast growth. *Hum Mol Genet.*16(9): 1113- 1123, 05/2007. PM17400654

12. Camacho-Vanegas O, Narla G, Teixeira MS, **DiFeo A**, Misra A, Singh G, Chan AM, Friedman SL, Feuerstein BG, Martignetti JA: Functional inactivation of the KLF6 tumor suppressor gene by loss of heterozygosity and increased alternative splicing in glioblastoma. *Int J Cancer.*121(6): 1390-1395, 09/2007. PM17514651

13. Teixeira MS, Camacho-Vanegas O, Fernandez Y, Narla G, **DiFeo A**, Lee B, Kalir T, Friedman SL, Schlecht NF, Genden EM, Urken M, Brandwein-Gensler M, Martignetti JA: KLF6 allelic loss is associated with tumor recurrence and markedly decreased survival in head and neck squamous cell carcinoma. *Int J Cancer.*121(9): 1976-1983, 11/2007. PM17621627

14. **DiFeo A**, Feld L, Rodriguez E, Wang C, Beer DG, Martignetti JA, Narla G: A functional role for KLF6- SV1 in lung adenocarcinoma prognosis and chemotherapy response. *Cancer Res.*68(4): 965-970, 02/2008. PM18250346

15. Villanueva A, Chiang DY, Newell P, Peix J, Thung S, Alsinet C, Tovar V, Roayaie S, Minguez B, Sole M, Battiston C, Van Laarhoven S, Fiel MI, Di Feo A, Hoshida Y, Yea S, Toffanin S, Ramos A, Martignetti JA, Mazzaferro V, Bruix J, Waxman S, Schwartz M, Meyerson M, Friedman SL, Llovet JM: Pivotal role of mTOR signaling in hepatocellular carcinoma. *Gastroenterology.*135(6)01/2008. PM18929564

16. Narla G, **DiFeo A**, Fernandez Y, Dhanasekaran S, Huang F, Sangodkar J, Hod E, Leake D, Friedman SL, Hall SJ, Chinnaiyan AM, Gerald WL, Rubin MA, Martignetti JA: KLF6-SV1 overexpression accelerates human and mouse prostate cancer progression and metastasis. *J Clin Invest.*118(8): 2711-2721, 08/2008. PM18596922

17. Sangodkar J, Shi J, **DiFeo A**, Schwartz R, Bromberg R, Choudhri A, McClinch K, Hatami R, Scheer E, Kremer-Tal S, Martignetti JA, Hui A, Leung WK, Friedman SL, Narla G: Functional role of the KLF6 tumour suppressor gene in gastric cancer. *Eur J Cancer.*45(4): 666-676, 03/2009. PM19101139

18. Deuquet J, Abrami L, **Difeo A**, Ramirez MC M, Martignetti JA, van der Goot FG: Systemic hyalinosis mutations in the CMG2 ectodomain leading to loss of function through retention in the endoplasmic reticulum. *Hum Mutat*.30(4): 583-589, 04/2009. PM19191226

19. **Difeo A**, Huang F, Sangodkar J, Terzo EA, Leake D, Narla G, Martignetti JA: KLF6-SV1 is a novel antiapoptotic protein that targets the BH3-only protein NOXA for degradation and whose inhibition extends survival in an ovarian cancer model. *Cancer Res*.69(11): 4733-4741, 06/2009. PM19435908

20. Sanborn KB, Rak GD, Maru SY, Demers K, **Difeo A**, Martignetti JA, Betts MR, Favier R, Banerjee PP, Orange JS: Myosin IIA associates with NK cell lytic granules to enable their interaction with F-actin and function at the immunological synapse. *J Immunol*.182(11): 6969-6984, 06/2009. PM19454694

21. Xiong SD, Yu K, Liu XH, Yin LH, Kirschenbaum A, Yao S, Narla G, **DiFeo A**, Wu JB, Yuan Y, Ho S- M, Lam YW, Levine AC: Ribosome-inactivating proteins isolated from dietary bitter melon induce apoptosis and inhibit histone deacetylase-1 selectively in premalignant and malignant prostate cancer cells. *Int J Cancer*.125(4): 774-782, 08/2009. PM19384952

22. **DiFeo A**, Narla G, Martignetti JA: Emerging roles of Kruppel-like factor 6 and Kruppel-like factor 6 splice variant 1 in ovarian cancer progression and treatment. *Mt Sinai J Med*.76(6): 557-566, 12/2009. PM20014424

23. Sangodkar J, **DiFeo A**, Feld L, Bromberg R, Schwartz R, Huang F, Terzo EA, Choudhri A, Narla G: Targeted reduction of KLF6-SV1 restores chemotherapy sensitivity in resistant lung adenocarcinoma. *Lung Cancer*.66(3): 292-297, 12/2009. PM19328586

24. Rodríguez E, Aburjania N, Priedigkeit NM, **DiFeo A**, Martignetti JA: Nucleo-cytoplasmic localization domains regulate Krüppel-like factor 6 (KLF6) protein stability and tumor suppressor function. *PLoS One*.5 (9)09/2010. PM20844588

25. Radbill BD, Gupta R, Ramirez MC M, **DiFeo A**, Martignetti JA, Alvarez CE, Friedman SL, Narla G, Vrabie R, Bowles R, Saiman Y, Bansal MB: Loss of matrix metalloproteinase-2 amplifies murine toxin- induced liver fibrosis by upregulating collagen I expression. *Dig Dis Sci*.56(2): 406-416, 02/2011. PM20563750

26. Poopak B, Rezvani H, **Difeo A**, Martignetti JA, Khosravipour G, Yousefian A, Farahani K, Haghnejad Doshanlo F, Saki N: The first report of homozygous May-Hegglin anomaly E1841K mutation. *Eur J Haematol*.86(4): 357, 04/2011. PM21083612

27. Sanborn KB, Mace EM, Rak GD, **Difeo A**, Martignetti JA, Pecci A, Bussel JB, Favier R, Orange JS: Phosphorylation of the myosin IIA tailpiece regulates single myosin IIA molecule association with lytic granules to promote NK-cell cytotoxicity. *Blood*.118(22): 5862-5871, 11/2011. PM22123909

28. Calderon MR, Verway M, An B-S, **DiFeo A**, Bismar TA, Ann DK, Martignetti JA, Shalom-Barak T, White JH: Ligand-dependent corepressor (LCoR) recruitment by Kruppel-like factor 6 (KLF6) regulates expression of the cyclin-dependent kinase inhibitor CDKN1A gene. *J Biol Chem*.287(12): 8662-8674, 03/2012. PM22277651

29. Sangodkar J, Dhawan NS, Melville H, Singh VJ, Yuan E, Rana H, Izadmehr S, Farrington C, Mazhar S, Katz S, Albano T, Arnovitz P, Okrent R, Ohlmeyer M, Galsky M, Burstein D, Zhang D, Politi K, **DiFeo A**, Narla G: Targeting the FOXO1/KLF6 axis regulates EGFR signaling and treatment response. *J Clin Invest*.122(7): 2637-2651, 07/2012. PM22653055

30. Mosoyan G, Nagi C, Marukian S, Teixeira A, Simonian A, Resnick-Silverman L, **DiFeo A**, Johnston D, Reynolds SR, Roses DF, Mosoian A: Multiple breast cancer cell-lines derived from a single tumor differ in their molecular characteristics and tumorigenic potential. *PLoS One*.8(1): e55145, 01/2013. PM23372829

31. Favier R, **DiFeo A**, Hezard N, Fabre M, Bedossa P, Martignetti JA: A new feature of the MYH9-related syndrome: chronic transaminase elevation. *Hepatology*.57(3): 1288-1289, 03/2013. PM22806255

32. Hatami R, Sieuwerts AM, Izadmehr S, Yao Z, Qiao RF, Papa L, Look MP, Smid M, Ohlssen J, Levine AC, Germain D, Burstein D, Kirschenbaum A, **DiFeo A**, Foekens JA, Narla G: KLF6-SV1 drives breast cancer metastasis and is associated with poor survival. *Sci Transl Med*.5(169): 169ra12, 01/2013. PM23345610

33. Parikh A, Lee C, Joseph P, Marchini S, Baccarini A, Kolev V, Romualdi C, Fruscio R, Shah H, Wang F, Mullokandov G, Fishman D, D'Incalci M, Rahaman J, Kalir T, Redline RW, Brown BD, Narla G, **DiFeo A**: microRNA-181a has a critical role in ovarian cancer progression through the regulation of the epithelial- mesenchymal transition. *Nat Commun*.5: 2977, 01/2014. PM24394555

34. Carter RR, **DiFeo A**, Bogie K, Zhang G-Q, Sun J: Crowdsourcing awareness: exploration of the ovarian cancer knowledge gap through Amazon Mechanical Turk. *PLoS One*.9(1): e85508, 01/2014. PM24465580

35. Sivendran S, Chang R, Pham L, Phelps RG, Harcharik ST, Hall LD, Bernardo SG, Moskalenko MM, Sivendran M, Fu Y, de Moll EH, Pan Am, Moon JY, Arora S, Cohain A, **DiFeo A**, Ferringer TC, Tismenetsky M, Tsui CL, Friedlander PA, Parides MK, Banchereau J, Chaussabel D, Lebwohl MG, Wolchok JD, Bhardwaj N, Burakoff SJ, Oh WK, Palucka K, Merad M, Schadt EE, Saenger YM: Dissection of immune gene networks in primary melanoma tumors critical for antitumor surveillance of patients with stage II-III resectable disease. *J Invest Dermatol*.134(8): 2202-2211, 08/2014. PM24522433

36. Nagaraj AB, Joseph P, **DiFeo A**: miRNAs as prognostic and therapeutic tools in epithelial ovarian cancer. *Biomark Med*.9(3): 241-257, 01/2015. PM25731210

37. Nagaraj AB, Joseph P, Kovalenko O, Singh S, Armstrong A, Redline R, Resnick K, Zanotti K, Waggoner S, **DiFeo A**: Critical role of Wnt/β-catenin signaling in driving epithelial ovarian cancer platinum resistance. *Oncotarget*.6(27): 23720-23734, 09/2015. PM26125441

38. Wang Y, Deng O, Feng Z, Du Z, Xiong X, Lai J, Yang X, Xu M, Wang H, Taylor D, Yan C, Chen C, **Difeo A**, Ma Z, Zhang J: RNF126 promotes homologous recombination via regulation of E2F1-mediated BRCA1 expression. *Oncogene*.35(11): 1363-1372, 03/2016. PM26234677

39. Petrillo M, Zannoni GF, Beltrame L, Martinelli E, **DiFeo A**, Paracchini L, Craparotta I, Mannarino L, Vizzielli G, Scambia G, D'Incalci M, Romualdi C, Marchini S: Identification of high-grade serous ovarian cancer miRNA species associated with survival and drug response in patients receiving neoadjuvant chemotherapy: a retrospective longitudinal analysis using matched tumor biopsies. *Ann Oncol*.27(4): 625- 634, 04/2016. PM26782955

40. Wiechert A, Saygin C, Thiagarajan PS, Rao VS, Hale JS, Gupta N, Hitomi M, Nagaraj AB, **DiFeo A**, Lathia JD, Reizes O: Cisplatin induces stemness in ovarian cancer. *Oncotarget*.7(21): 30511-30522, 05/2016. PM27105520

41. Hudson CD, Savadelis A, Nagaraj AB, Joseph P, Avril S, **DiFeo A**, Avril N: Altered glutamine metabolism in platinum resistant ovarian cancer. *Oncotarget*.7(27): 41637-41649, 07/2016. PM27191653

42. Calura E, Paracchini L, Fruscio R, **DiFeo A**, Ravaggi A, Peronne J, Martini P, Sales G, Beltrame L, Bignotti E, Tognon G, Milani R, Clivio L, Dell'Anna T, Cattoretti G, Katsaros D, Sartori E, Mangioni C, Ardighieri L, D'Incalci M, Marchini S, Romualdi C: A prognostic regulatory pathway in stage I epithelial ovarian cancer: new hints for the poor prognosis assessment. *Ann Oncol*.27(8): 1511-1519, 08/2016. PM27194815

43. Dimitrova N, Nagaraj AB, Razi A, Singh S, Kamalakaran S, Banerjee N, Joseph P, Mankovich A, Mittal P, **DiFeo A**, Varadan V: InFlo: a novel systems biology framework identifies cAMP-CREB1 axis as a key modulator of platinum resistance in ovarian cancer. *Oncogene*.36(17): 2472-2482, 04/2017. PM27819677

44. Sangodkar J, Perl A, Tohme R, Kiselar J, Kastrinsky DB, Zaware N, Izadmehr S, Mazhar S, Wiredja DD, O'Connor CM, Hoon D, Dhawan NS, Schlatzer D, Yao S, Leonard D, Borczuk AC, Gokulrangan G, Wang L, Svenson E, Farrington CC, Yuan E, Avelar RA, Stachnik A, Smith B, Gidwani V, Giannini HM, McQuaid D, McClinch K, Wang Z, Levine AC, Sears RC,

Chen EY, Duan Q, Datt M, Haider S, Ma'ayan A, **DiFeo A**, Sharma N, Galsky MD, Brautigan DL, Ioannou YA, Xu W, Chance MR, Ohlmeyer M, Narla G: Activation of tumor suppressor protein PP2A inhibits KRAS-driven tumor growth. *J Clin Invest*.127(6): 2081- 2090, 06/2017. PM28504649

45. Saygin C, Wiechert A, Rao VS, Alluri R, Connor E, Thiagarajan PS, Hale JS, Li Y, Chumakova A, Jarrar A, Parker Y, Lindner DJ, Nagaraj AB, Kim JJ, **DiFeo A**, Abdul-Karim FW, Michener C, Rose PG, DeBernardo R, Mahdi H, McCrae KR, Lin F, Lathia JD, Reizes O: CD55 regulates self-renewal and cisplatin resistance in endometrioid tumors. *J Exp Med*.214(9): 2715-2732, 09/2017. PM28838952

46. Nagaraj AB, Wang QQ, Joseph P, Zheng C, Chen Y, Kovalenko O, Singh S, Armstrong A, Resnick K, Zanotti K, Waggoner S, Xu R, **DiFeo A**: Using a novel computational drug-repositioning approach (DrugPredict) to rapidly identify potent drug candidates for cancer treatment. *Oncogene*.37(3): 403-414, 01/2018. PM28967908

47. Morrow JJ, Bayles I, Funnell AP W, Miller TE, Saiakhova A, Lizardo MM, Bartels CF, Kapteijn MY, Hung S, Mendoza A, Dhillon G, Chee DR, Myers JT, Allen F, Gambarotti M, Righi A, **DiFeo A**, Rubin BP, Huang AY, Meltzer PS, Helman LJ, Picci P, Versteeg HH, Stamatoyannopoulos JA, Khanna C, Scacheri PC: Positively selected enhancer elements endow osteosarcoma cells with metastatic competence. *Nat Med*.24(2): 176-185, 02/2018. PM29334376

48. McClinch K, Avelar RA, Callejas D, Izadmehr S, Wiredja D, Perl A, Sangodkar J, Kastrinsky DB, Schlatzer D, Cooper M, Kiselar J, Stachnik A, Yao S, Hoon D, McQuaid D, Zaware N, Gong Y, Brautigan DL, Plymate SR, Sprenger CC T, Oh WK, Levine AC, Kirschenbaum A, Sfakianos JP, Sears R, **DiFeo A**, Ioannou Y, Ohlmeyer M, Narla G, Galsky MD: Small-Molecule Activators of Protein Phosphatase 2A for the Treatment of Castration-Resistant Prostate Cancer. *Cancer Res*.78(8): 2065-2080, 04/2018. PM29358171

49. Belur Nagaraj A, Kovalenko O, Avelar R, Joseph P, Brown A, Surti A, Mantilla S, **DiFeo A**: Mitotic Exit Dysfunction through the Deregulation of APC/C Characterizes Cisplatin-Resistant State in Epithelial Ovarian Cancer. *Clin Cancer Res*.24(18): 4588-4601, 09/2018. PM29653924

50. Noto FK, Adjan-Steffey V, Tong M, Ravichandran K, Zhang W, Arey A, McClain CB, Ostertag E, Mazhar S, Sangodkar J, **DiFeo A**, Crawford J, Narla G, Jamling TY: Sprague Dawley Rag2-Null Rats Created from Engineered Spermatogonial Stem Cells Are Immunodeficient and Permissive to Human Xenografts. *Mol Cancer Ther*.17(11): 2481-2489, 11/2018. PM30206106

51. Belur Nagaraj A, Joseph P, Kovalenko O, Wang Q, Xu R, **DiFeo A**: Evaluating class III antiarrhythmic agents as novel MYC targeting drugs in ovarian cancer. *Gynecol Oncol*.151(3): 525-532, 12/2018. PM30301560

52. **DiFeo A**: Repurposed Drugs Trials for Ovarian Cancer. *Cancer J*.25(2): 149-152, 01/2019. PM30896539

53. Belur Nagaraj A, Joseph P, Ponting E, Fedorov Y, Singh S, Cole A, Lee W, Yoon E, Baccarini A, Scacheri P, Buckanovich R, Adams DJ, Drapkin R, Brown BD, **DiFeo A**: A miRNA-Mediated Approach to Dissect the Complexity of Tumor-Initiating Cell Function and Identify miRNA-Targeting Drugs. *Stem Cell Reports*.12(1): 122-134, 01/2019. PM30629937

54. Knarr M, Nagaraj AB, Kwiatkowski LJ, **DiFeo A**: miR-181a modulates circadian rhythm in immortalized bone marrow and adipose derived stromal cells and promotes differentiation through the regulation of PER3. *Sci Rep*.9(1): 307, 01/2019. PM30670712

55. Collins G, Mesiano S, **DiFeo A**: Effects of Metformin on Cellular Proliferation and Steroid Hormone Receptors in Patient-Derived, Low-Grade Endometrial Cancer Cell Lines. *Reprod Sci*.26(5): 609-618, 05/2019. PM29848180

56. Taylor SE, O'Connor CM, Wang Z, Shen G, Song H, Leonard D, Sangodkar J, LaVasseur C, Avril S, Waggoner S, Zanotti K, Armstrong AJ, Nagel C, Resnick K, Singh S, Jackson MW, Xu W, Haider S, **DiFeo A**, Narla G: The Highly Recurrent PP2A Aα-Subunit Mutation P179R

Alters Protein Structure and Impairs PP2A Enzyme Function to Promote Endometrial Tumorigenesis. *Cancer Res*.79(16): 4242-4257, 08/2019. PM31142515

57. Parasido E, Avetian GS, Naeem A, Graham G, Pishvaian M, Glasgow E, Mudambi S, Lee Y, Ihemelandu C, Choudhry M, Peran I, Banerjee PP, Avantaggiati ML, Bryant K, Baldelli E, Pierobon M, Liotta L, Petricoin E, Fricke ST, Sebastian A, Cozzitorto J, Loots GG, Kumar D, Byers S, Londin E, **DiFeo A**, Narla G, Winter J, Brody JR, Rodriguez O, Albanese C: The Sustained Induction of c-MYC Drives Nab-Paclitaxel Resistance in Primary Pancreatic Ductal Carcinoma Cells. *Mol Cancer Res*.17(9): 1815-1827, 09/2019. PM31164413

58. Shang S, Yang J, Jazaeri AA, Duval AJ, Tufan T, Lopes Fischer N, Benamar M, Guessous F, Lee I, Campbell RM, Ebert PJ, Abbas T, Landen CN, **Difeo A**, Scacheri PC, Adli M: Chemotherapy-Induced Distal Enhancers Drive Transcriptional Programs to Maintain the Chemoresistant State in Ovarian Cancer. *Cancer Res*.79(18): 4599-4611, 09/2019. PM31358529

59. Noto FK, Sangodkar J, Adedeji BT, Moody S, McClain CB, Tong M, Ostertag E, Crawford J, Gao X, Hurst L, O'Connor CM, Hanson EN, Izadmehr S, Tohmé R, Narla J, LeSueur K, Bhattacharya K, Rupani A, Tayeh MK, Innis JW, Galsky MD, Evers BM, **DiFeo A**, Narla G, Jamling TY: The SRG rat, a Sprague- Dawley Rag2/Il2rg double-knockout validated for human tumor oncology studies. *PLoS One*.15(10): e0240169, 01/2020. PM33027304

60. O'Connor CM, Leonard D, Wiredja D, Avelar RA, Wang Z, Schlatzer D, Bryson B, Tokala E, Taylor SE, Upadhyay A, Sangodkar J, Gingras A-C, Westermarck J, Xu W, **DiFeo A**, Brautigan DL, Haider S, Jackson M, Narla G: Inactivation of PP2A by a recurrent mutation drives resistance to MEK inhibitors. *Oncogene*.39(3): 703-717, 01/2020. PM31541192

61. Knarr M, Avelar RA, Sekhar SC, Kwiatkowski LJ, Dziubinski ML, McAnulty J, Skala S, Avril S, Drapkin R, **DiFeo A**: miR-181a initiates and perpetuates oncogenic transformation through the regulation of innate immune signaling. *Nature Communications*.11(1)12/2020. PM32591511

62. McAnulty J, **DiFeo A**: The Molecular 'Myc-anisms' Behind Myc-Driven Tumorigenesis and the Relevant Myc-Directed Therapeutics. *Int J Mol Sci*.21(24)12/2020. PM33322239

63. Lee RT, Yang P, Alahmadi A, McQuade J, Yuan E, *Difeo A*, Narla G, Kaseb A: Mistletoe Extract Viscum Fraxini-2 for Treatment of Advanced Hepatocellular Carcinoma: A Case Series. *Case Rep Oncol*.14 (1): 224-231, 01/2021. PM33776708

64. Vincent J, Craig SE L, Johansen ML, Narla J, Avril S, **DiFeo A**, Brady-Kalnay SM: Detection of Tumor-Specific PTPmu in Gynecological Cancer and Patient Derived Xenografts. *Diagnostics (Basel)*.11 (2)01/2021. PM33513911

65. Belur Nagaraj A, Knarr M, Sekhar S, Connor RS, Joseph P, Kovalenko O, Fleming A, Surti A, Nurmemmedov E, Beltrame L, Marchini S, Kahn M, **DiFeo A**: The miR-181a-SFRP4 Axis Regulates Wnt Activation to Drive Stemness and Platinum Resistance in Ovarian Cancer. *Cancer Res*.81(8): 2044-2055, 04/2021. PM33574092

66. Huvila J, Cochrane DR, Ta M, Chow C, Greening K, Leung S, Karnezis AN, **DiFeo A**, Huntsman DG: STING pathway expression in low-grade serous carcinoma of the ovary: an unexpected therapeutic opportunity?. *J Pathol Clin Res*.7(6): 548-555, 11/2021. PM34138519

67. O'Connor CM, Taylor SE, Miller KM, Hurst L, Haanen TJ, Suhan TK, Zawacki KP, Noto FK, Trako J, Mohan A, Sangodkar J, Zamarin D, **DiFeo A**, Narla G: Targeting Ribonucleotide Reductase Induces Synthetic Lethality in PP2A-Deficient Uterine Serous Carcinoma. *Cancer Res*.82(4): 721-733, 02/2022. PM34921012

68. Achreja A, Yu T, Mittal A, Choppara S, Animasahun O, Nenwani M, Wuchu F, Meurs N, Mohan A, Jeon JH, Sarangi I, Jayaraman A, Owen S, Kulkarni R, Cusato M, Weinberg F, Kweon HK, Subramanian C, Wicha MS, Merajver SD, Nagrath S, Cho KR, **DiFeo A**, Lu X, Nagrath D: Metabolic collateral lethal target identification reveals MTHFD2 paralogue dependency in ovarian cancer. *Nat Metab*.4(9): 1119-1137, 09/2022. PM36131208

69. Avelar R*, Armstrong A, Carvette G, Gupta R, Puleo N, Colina J, Joseph P, Sobeck A,

O'Connor C, Raines B, Gandhi A, Dziubinski M, Ma D, Resnick K, Singh S, Zanotti K, Nagel C, Waggoner S, Thomas D, Skala S, Zhang J, Narla G, **DiFeo A**: Small molecule mediated stabilization of PP2A modulates the Homologous Recombination pathway and potentiates DNA damage-induced cell death. *Mol Cancer Ther.* 2023: MCT-21-0880. doi: 10.1158/1535-7163.MCT-21-0880. PMID: 36788429

70. Bustos MA, Yokoe T, Shoji Y, Kobayashi Y, Mizuno S, Murakami T, Zhang X, Sekhar SC, Kim S, Ryu S, Knarr M, Vasilev SA, DiFeo A, Drapkin R, Hoon DSB. MiR-181a targets STING to drive PARP inhibitor resistance in BRCA- mutated triple-negative breast cancer and ovarian cancer. Cell Biosci. 2023 Nov 6;13(1):200. doi: 10.1186/s13578-023-01151-y. PMID: 37932806.

## Chapters

1. Narla G, **DiFeo A**, Martignetti JA: Alternative Splicing of KLF6 and KLF6-SV1 in Human Cancer. Beyond Guilt by Association. In Venables JP *Alternative Splicing in Cancer*, 1st, Transworld Research Network, (2006)

2. **DiFeo A**, Martignetti JA, Narla G: The role of KLF6 and its splice variants in cancer therapy. In DiFeo A, Martignetti JA, Narla G Eds. *Drug Resistance Updates*, Elsevier, (2009)

3. **DiFeo A**, Narla G, Martignetti JA: Kruppel-like Factors KLF6 and KLF6-SV1 in the Diagnosis and Treatment of Cancer. In Nagai R, Friedman SL, Kasuga M Eds. *The Biology of Kruppel-like Factors*, 1, Springer, New York, NY, (2009)

## Abstract/Posters

1. Hirshfeld J, Narla G, **Difeo A**, Kalir T, Buller R, Friedman S, Martignetti J: KLF6 POLYMORPHISM IN PROSTATE CANCER REVEALS A NOVEL MECHANISM OF TUMOR SUPPRESSOR GENE

2. INACTIVATION, *Journal of Investigative Medicine*.51, (6): 336, 2003

3. Hirshfeld J, Narla G, **Difeo A**, Kalir T, Buller R, Friedman S, Martignetti J: KLF6 POLYMORPHISM IN PROSTATE CANCER REVEALS A NOVEL MECHANISM OF TUMOR SUPPRESSOR GENE

4. INACTIVATION. *Journal of Investigative Medicine*.51(6): 336, 11/2003

5. Kremer-Tal S, Narla G, Banck M, **Difeo AV**, Lee JS, Thorgeirsson SS, Martignetti JA, Friedman SL: Significantly decreased expression of the tumor suppressor KLF6 in 85% of HCCS contributes to enhanced growth and reduced differentiation, *HEPATOLOGY*.40, (4): 520A-520A, 2004

6. **DiFeo AV**, Narla G, Hirshfeld J, Camacho-Vanegas O, Narla J, Nishio H, Rose SL, Yao S, Levine A, Kalir T, Friedman SL, Walsh M, Buller RE, Martignetti JA: KLF6 and KLF6-SV1 regulate ovarian cancer progression and dissemination: Identification of a novel KLF6 / E-cadherin pathway, AACR Annual Meeting, Washington, DC, 2006, *Cancer Research*.66, (8 Supplement)

7. **Difeo AV**, Narla G, Hirshfeld J, Camacho-Vanegas O, Narla J, Nishio H, Rose SL, Yao S, Levine A, Kalir T, Friedman SL, Walsh M, Buller RE, Martignetti JA: KLF6 and KLF6-SV1 regulate ovarian cancer progression and dissemination: Identification of a novel KLF6 / E-cadherin pathway, *CANCER RESEARCH*.66, (8)2006

8. Beale G, Patman G, Xu X, Burt A, **DiFeo A**, Martignetti J, Matsumoto N, Friedman S, Narla G, Reeves H: A role for Kruppel-like Factor 6 (KLF6) in colonic crypt development, AACR Annual Meeting, Los Angeles, CA, 2007, *Cancer Research*.67, (9 Supplement)

9. Villanueva A, Peix J, Newell P, **DiFeo A**, van Laarhoven S, Lemmer E, Fiel I, Thung S, Yea S, Roayaie S, Schwartz M, Martignetti J, Friedman S, Llovet JM: Molecular combined therapy in hepatocellular carcinoma with an EGFR/Her2/VEGF RTK inhibitor (AEE788) and an mTOR inhibitor (RAD001, everolimus) results in vitro and in vivo with tumor xenografts, AACR Annual Meeting, Los Angeles, CA, 2007, *Cancer Research*.67, (9 Supplement)

10. Kupferman ME, Rhee JS, Teixeira MS, Camacho–Vanegas O, Fernandez Y, Narla G, **Difeo A**, Schlecht NF, Brandwein–Gensler M, Martignetti JA: 10:30: KLF6 LOH Is Linked to Recurrence

and Lower Survival in HNSSC. *Otolaryngology*.137(S2): p77-p78, 08/2007

11. **DiFeo A**, Narla G, Huang F, Terzo E, Leake D, Martignetti J: Essential role of KLF6-SV1 in regulating tumor cell apoptosis and greatly increasing median and overall ovarian cancer survival: identification and pre-clinical targeting of a novel prosurvival/anti-apoptotic protein, Plenary Presentation, 99th AACR Annual Meeting, San Diego, CA, 2008, *Cancer Research*.68, (9 Supplement)

12. Narla G, **DiFeo A**, Fernandez Y, Dhanasekaran S, Huang F, Sangodkar J, Hod E, Leake D, Friedman S, Hall S, Chinnaiyan A, Gerald W, Rubin M, Martignetti J: KLF6-SV1 accelerates prostate cancer progression and metastasis, 99th AACR Annual Meeting, San Diego, CA, 2008, *Cancer Research*.68, (9 Supplement)

13. Liu XH, Xiong S, Yin LH, Kirschenbaum A, Yao S, Narla G, **DiFeo A**, Yu K, Wu JB, Yuan Y, Ho S-M, Lam YW, Levine A: Ribosome-inactivating proteins isolated from dietary bitter melon induce apoptosis and inhibit histone deacetylase-1 selectively in premalignant and malignant prostate cancer cells, 100th AACR Annual Meeting, Denver, CO, 2009, *Cancer Research*.69, (9 Supplement)

14. Sanborn KB, Rak GD, Maru SY, **Difeo A**, Martignetti JA, Favier R, Banerjee PP, Orange JS: Myosin IIA associates with NK cell lytic granules to enable their interaction with F-actin and function at the immunological synapse (134.13). *The Journal of Immunology*.182(1_Supplement): 134.13-134.13, 04/2009

15. Rodriguez E, Aburjania N, **DiFeo A**, Narla G, Martignetti J: KLF6 and KLF6-SV1 spatiotemporal regulation is defined by distinct protein domains, 100th AACR Annual Meeting, Denver, CO, 2009, *Cancer Research*.69, (9 Supplement)

16. Minguez B, Toffanin S, Lachenmayer A, Cabellos L, **DiFeo A**, Melgar-Lesmes P, Savic R, Thung SN, Friedman SL, Llovet JM: MOLECULAR THERAPY OF HEPATOCELLULAR CARCINOMA WITH SORAFENIB COMBINED WITH ABROGATION OF EGFR SIGNALING WITH XL647 (EGFR/HER2/NU/VEGFR INHIBITOR) COMPARED TO ERLOTINIB IN VIVO, *HEPATOLOGY*.50, (4): 856A-856A, 2009

17. Sangodkar J, Katz S, Albano T, Melville H, Burstein D, Politi K, **Difeo A**, Narla G: Abstract B41: Restoring sensitivity to anti-EGFR-based therapy in lung adenocarcinoma by downstream modulation of the FOXO1/KLF6 transcriptional network, *Clinical Cancer Research*.16, (14_Supplement): b41-b41, 2010

18. Camacho C, Camacho-Vanegas O, **DiFeo A**, Martignetti J: Generation of a double-fluorescent SKOV3 cell line for high-throughput screening of KLF6-SV1 inhibitors, *GYNECOLOGIC ONCOLOGY*.116,

19. (3): S165-S165, 2010

20. *Mínguez B, Toffanin S, Lachenmayer A, Cabellos L, Villanueva A, **DiFeo A**, Melgar-Lesmes P, Thung S, Friedman SL, Llovet JM: 881 COMBINATION THERAPY WITH EGFR1–2/VEGFR INHIBITOR (XL647) AND SORAFENIB IMPROVES OUTCOMES IN A PRE-CLINICAL MODEL OF HCC, Journal of*

21. *Hepatology*.52, s343-s344, 2010

22. **DiFeo A**, Sennet R, Huang F, Levine D, Kalir T, van de Rijn M, Dottino P, Martignetti J: KLF6-SV1 is a Novel Uterine Leiomyosarcoma Gene: From Transgenic Mouse Model to Human Disease, Focused Plenary Presentation, Society of Gynecologic Oncologist Annual Meeting, Orlando, FL, 2011, *Gynecologic Oncology*.120, (Supplement 1)

23. Fishman D, Wang F, **DiFeo A**, Narla G: Quantitative PCR array identification of microRNA clusters associated with epithelial ovarian cancer chemoresistance, 42nd Annual Meeting of the Society of Gynecologic Oncologists, Orlando, FL, 2011, *Gynecologic Oncology*.120, (Supplement 1)

24. Bradley W, Dottino P, Rahaman J, **DiFeo A**, Martignetti J: The tumor suppressor KLF6, lost in a majority of ovarian cancer cases, represses VEGF expression levels, 42nd Annual Meeting of the Society of Gynecologic Oncologists, Orlando, FL, 2011, *Gynecologic Oncology*.120, (Supplement 1)

25. Sangodkar J, Katz S, Melville H, Singh V, Dhawan N, **DiFeo A**, Narla G: Restoring sensitivity to anti- EGFR-based therapy in lung adenocarcinoma by downstream modulation of the FOXO1/KLF6 transcriptional network, AACR 102nd Annual Meeting, Orlando, FL, 2011, *Cancer Research*.71, (8 Supplement)

26. Wang F, **DiFeo A**, Narla G, Fishman DA: MicroRNA signatures associated with EOC chemoresistance to platinum-based therapy, AACR 102nd Annual Meeting, Orlando, FL, 2011, *Cancer Research*.71, (8)

27. Fishman D, Wang F, **DiFeo A**, Narla G: Quantitative PCR array identification of microRNA clusters associated with epithelial ovarian cancer chemoresistance, *Gynecologic Oncology*.120, : s54, 2011

28. Bradley W, Dottino P, Rahaman J, **DiFeo A**, Martignetti J: The tumor suppressor KLF6, lost in a majority of ovarian cancer cases, represses VEGF expression levels, *Gynecologic Oncology*.120, : s57, 2011

29. **DiFeo A**, Sennet R, Huang F, Levine D, Kalir T, van de Rijn M, Dottino P, Martignetti J: KLF6-SV1 is a novel uterine leiomyosarcoma gene: From transgenic mouse model to human disease, *Gynecologic Oncology*.120, : s8, 2011

30. Parikh A, **DiFeo A**, Lee C, Baccarini A, Kolev V, Rahaman J, Dottino P, Kalir T, Brown BD, Narla G: microRNA-181a regulates ovarian cancer progression and is associated with poor outcome in late-stage epithelial ovarian cancer, AACR Special Conference Noncoding RNAs and Cancer, Miami Beach, FL, 2012

31. Hatami R, Ohlseen J, Izadmehr S, Sieuwerts AM, Papa L, Kirschenbaum A, Levine A, Germain D, Foekens JA, **DiFeo A**, Narla G: An oncogenic splice variant of the KLF6 tumor suppressor gene is associated with poor survival and is a potent driver of breast cancer metastasis, AACR 103rd Annual Meeting, Chicago, IL, 2012, *Cancer Research*.72, (8 Supplement)

32. Izadmehr S, Lee CH, Fernandez H, Hatami R, Kirschenbaum A, Levine AC, **Difeo A**, Narla G: Abstract A57: Functional synergy between the KLF6-SV1 and c-MYC oncogenes in driving prostate cancer metastasis in a novel mouse model of the disease. *Cancer Research*.72(4_Supplement): a57-a57, 02/2012

33. Sangodkar J, Dhawan N, Melville H, Singh VJ, Farrignton C, Yuan E, Rana H, Smith B, Gidwani V, Okrent R, Burstein D, Ohlmeyer M, Politi K, **DiFeo A**, Narla G: Targeting the FOXO1/KLF6 transcriptional network to modulate response to anti-EGFR based therapy, AACR 103rd Annual Meeting, Chicago, IL, 2012, *Cancer Research*.72, (8 Supplement)

34. Parikh A, Lee C, Jospeh P, Marchini S, Baccarini A, Kolev V, Romualdi C, Fruscio R, Shah H, Feng W, Mullokandov G, Fishman D, D'Incalci M, Rahaman J, Kalir T, Redline R, Brown BD, Narla G, **DiFeo A**: microRNA-181a plays a critical role in ovarian cancer progression through the regulation of epithelial- mesenchymal transition, AACR: Advances in Ovarian Cancer Research: From Concept to Clinic, Miami, FL, 2013, *Clinical Cancer Research*.19, (19 Supplement)

35. Sivendran S, Chang RR, Harcharik S, Hall L, Bernardo S, Moskalenko M, Phelps R, Sivendran M, Cohain A, **Difeo A**, Parides M, Lebwohl M, Friedlander P, Bancherau J, Bhardwaj N, Oh WK, Burakoff SJ, Palucka K, Merad M, Saenger YM: Immune gene expression in primary melanomas to predict lower risk of recurrence and death, *JOURNAL OF CLINICAL ONCOLOGY*.31, (15)2013

36. Gilmore HL, Miskimen K, **Difeo A**, Harris LN: Determining Tumor Heterogeneity and Response to Treatment Ex Vivo Using 3D Mammosphere Cultures Derived from Primary Breast Cancers and Metastases, *LABORATORY INVESTIGATION*.93, : 43A-43A, 2013

37. Brubaker D, **Difeo A**, Chen Y, Pearl T, Zhai K, Bebek G, Chance M, Barnholtz-Sloan J: Drug Intervention Response Predictions with PARADIGM (DIRPP) identifies drug resistant cancer cell lines and pathway mechanisms of resistance, United States, *Pac Symp Biocomput*.: 125-135, 2014

38. Sangodkar J, Mazhar S, Wiredja D, Gokulrangan G, Schlatzer D, Kastrinsky D, **DiFeo A**, Yao S,

Izadmehr S, Sharma N, Ioannou Y, Ohlmeyer M, Narla G: Abstract A38: Therapeutic targeting of oncogenic KRAS signaling using a novel small molecule agonist of the PP2A tumor suppressor gene, *Molecular Cancer Research*.12, (12_Supplement): a38-a38, 2014

39. Singh S, Armstrong A, **DiFeo A**: The Role of Adjuvant Radiation in High Risk Early-Stage Endometrial Cancer. *Journal of Nuclear Medicine & Radiation Therapy*.501/2014

40. Singh SS, Armstrong AA, Joseph PJ, Resnick KR, Zanotti KZ, Waggoner SW, Ohlmeyer MO, Narla GN, **DiFeo A**: Development of small molecule activators of protein phosphatase 2A (SMAPs) for the treatment of high-drade serous ovarian and uterine cancer, EACR-AACR-SIC Special Conference on Anticancer Drug Action and Drug Resistance: From Cancer Biology to the Clinic, Florence, Italy, 2015

41. Marchini S, Petrillo M, Romualdi C, Beltrame L, Martinelli E, **DiFeo A**, Nero C, D'Incalci M, Scambia G, Zannoni G: miRNA landscape analysis in patients with high grade serous advanced ovarian cancer receiving neoadjuvant chemotherapy, EACR-AACR-SIC Special Conference on Anticancer Drug Actionand Drug Resistance: From Cancer Biology to the Clinic, Florence, Italy, 2015

42. Nagaraj AB, Joseph P, Kovalenko O, Singh S, Armstrong A, **DiFeo A**: β-catenin as a TIC therapeutic target in epithelial ovarian cancer, AACR Special Conference on Advances in Ovarian Cancer Research: Exploiting Vulerabilities, Orlando, FL, 2015, *Clinical Cancer Research*.22, (2 Supplement)

43. Singh S, Jospeh P, Nagaraj AB, Armstrong A, Resnick KE, Zanotti KM, Waggoner SE, Narla G, **DiFeo A**: Small molecule activators of protein phosphatase 2A for the treatment of endometrial cancer, 46th SGO Annual Meeting on Women's Cancer, Chicago, IL, 2015, *Gyencologic Oncology*.137, (Supplement 1)

44. Petrillo M, Marchini S, Romualdi C, Beltrame L, Martinelli E, **Difeo A**, D'Incalci M, Zannoni GF, Scambia G: ACTIVATION OF TGF-BETA PATHWAY THROUGH MIR-181A AND PSMAD-2 OVEREXPRESSION DRIVES RESISTANCE TO NEOADJUVANT CHEMOTHERAPY IN HIGH GRADE SEROUS ADVANCED OVARIAN CANCER, *INTERNATIONAL JOURNAL OF GYNECOLOGICAL CANCER*.25, (9): 99-101, 2015

45. Singh S, **DiFeo A**, Redline R, Shojaei H, Resnick KE: Association of Protein Phosphatase 2A (PP2A) overexpression with improved survival in patients with locally-advanced cervical cancer, *Journal of Clinical Oncology*.33, (15_suppl): e16594-e16594, 2015

46. Wiechert AC, Saygin C, Thiagarajan P, Hale J, Michener CM, **DiFeo A**, Lathia JD, Reizes O: Development and validation of a fluorescent reporter system for ovarian cancer stem cells, 2016 Society of Gynecologic Oncology 47th Annual Meeting on Women's Cancer, San Diego, CA, 2016, *Gynecologic Oncology*.141, (Supplement 1)

47. Saygin C, Wiechert A, Thiagarajan P, Rao V, Hale J, Hitomi M, **DiFeo A**, Lathia J, Reizes O: Cisplatin to induce cancer stem cell state in ovarian cancer, *Journal of Clinical Oncology*.34, (15_suppl): e17098- e17098, 2016

48. Singh S, **DiFeo A**, Shojaei H, Redline R, Resnick KE: The prognostic significance of cancerous inhibitor of PP2A (CIP2A) expression in cervical cancer (CC), *Journal of Clinical Oncology*.34, (15_suppl): e17019-e17019, 2016

49. Morrow JJ, Miller TE, Saiakhova A, Lizardo MM, Bartels CF, Bayles I, Hung S, Mendoza A, Myers JT, Allen F, **DiFeo A**, Rubin BP, Huang AY, Meltzer PS, Helman LJ, Khanna C, Scacheri PC: Abstract LB-151: Positively selected enhancer elements endow tumor cells with metastatic competence, *Cancer Research*.76, (14_Supplement): lb-151-lb-151, 2016

50. Farrington CC, Wang X, Janghorban M, Liang J, **Difeo A**, Sears R, Narla G: Abstract 3857: Pharmacological reactivation of the tumor suppressor protein phosphatase 2A as a novel approach for the treatment of breast cancer, *Cancer Research*.76, (14_Supplement): 3857-3857, 2016

51. Nagaraj AB, Joseph P, Kovalenko O, Singh S, Armstrong A, DiFeo. A: Abstract A64: β-catenin as a TIC therapeutic target in epithelial ovarian cancer, *Clinical Cancer Research*.22,

(2_Supplement): a64-a64, 2016

52. Armstrong AJ, Joseph P, Nagaraj AB, Nagel CI, Nakayama J, Waggoner SE, Zanotti KM, **DiFeo A**, Narla G: The use of novel PP2A activators in combination with PARP inhibitor for the treatment of high- grade serous ovarian cancer, 2017 Society of Gynecologic Oncology 48th Annual Meeting on Women's Cancer, National Harbor, MD, 2017, *Gynecologic Oncology*

53. Nagaraj AB, Wang Q, Kovalenko O, Joseph P, Chen Y, Xu R, **DiFeo A**: Abstract NTOC-081: PHARMACOLOGIC ANALYSIS OF HIGH–GRADE SEROUS OVARIAN CANCER TCGA DATASET IDENTIFIES A NOVEL CHEMO–ADJUVANT ROLE FOR NON–STEROIDAL ANTI–INFLAMMATORY

54. DRUGS (NSAIDS), *Clinical Cancer Research*.23, (11_Supplement): ntoc-081-ntoc-081, 2017

55. Connor RS, Nagaraj AB, Joseph P, Mantilla S, Kovalenko O, Nagel CI, Nakayama J, Waggoner SE, Zanotti KM, Singh S, **DiFeo A**: The wnt/β-catenin-specific inhibitor, ICG-001, proves effective for the treatment of high-grade serous ovarian cancer in murine models through the targeting of cancer initiating cells, 2017 Society of Gynecologic Oncology 48th Annual Meeting on Women's Cancer, National Harbor, MD, 2017, *Gynecologic Oncology*.145, (Supplement 1)

56. Singh S, Swarer K, **DiFeo A**, Sawady J, Syriac S, Resnick KE: Prognostic influence of BRCA 1 somatic mutations in African Amercian versus Caucasian ovarian cancer patients, *Journal of Clinical Oncology*.35, (15_suppl): e17054-e17054, 2017

57. Yang X, Su K-H, Kuo J-W, Tunc M, Avril S, **DiFeo A**, Muzic RF J, Avril N: FDG-PET/CT Kinetic Modeling Provides Detailed Information of Glucose Metabolism in Ovarian Cancer, *REPRODUCTIVE SCIENCES*.24, : 88A-88A, 2017

58. Nagaraj AB, Joseph P, Knarr M, Kovalenko O, Surti A, **DiFeo A**: Abstract B66: miRNA 3'UTR activity driven enrichment of ovarian tumor-initiating cells (TICs) to overcome the barriers of heterogeneity and TIC plasticity, *Clinical Cancer Research*.24, (15_Supplement): b66-b66, 2018

59. Nagaraj AB, Joseph P, Knarr M, Kovalenko O, Surti A, **Difeo A**: miRNA 3'UTR activity driven enrichment of ovarian tumor-initiating cells (TICs) to overcome the barriers of heterogeneity and TIC plasticity, *CLINICAL CANCER RESEARCH*.24, (15): 118-119, 2018

60. Collins G, Zolton J, Mesiano S, **Difeo A**: The effects of metformin on cellular proliferation and steroid hormone receptor expression in patient derived low grade endometrial cancer cell lines: implications for reproductive sparing treatment using metformin, *Fertility and Sterility*.109, (3): e21, 2018

61. Hopp E**, Joseph P, Nakayama J, Zanotti KM, Nagel CI, Waggoner SE, **DiFeo A**: Identifying susceptibilities and pharmacodynamic biomarkers for mirvetuximab soravtansine in high-grade ovarian and endometrial cancer. *Gynecologic Oncology*.149: 57, 06/2018

62. Morrow JJ, Bayles I, Funnell A, Miller TE, Saiakhova A, Lizardo MM, Bartels CF, Hung S, Hung S, Mendoza A, Myers JT, Allen F, **Difeo A**, Rubin BP, Huang AY, Meltzer PS, Helman LJ, Yustein JT, Picci P, Versteeg H, Stamatoyannopoulos J, Khanna C, Scacheri PC: Enhancer reprogramming mediates metastatic competence in osteosarcoma, *CLINICAL CANCER RESEARCH*.24, (2): 28-28, 2018

63. Stavrou EX, Bane KL, Joseph P, Nagaraj AB, **Difeo A**: Host and Tumor Factor XII Drive Ovarian Cancer Maintenance and Progression, *Blood*.134, (Supplement_1): 2384-2384, 2019

64. Knarr M, Kwiatkowski L, Nagaraj A, Drapkin R, **DiFeo A**: Abstract 3557: miR-181a is a key driver of genomic instability and ovarian cancer tumorigenesis through the regulation of RB1, *Cancer Research*.79, (13_Supplement): 3557-3557, 2019

65. Dominick C**, Joseph P, Ponting E, Armstrong AJ, Nakayama J, Nagel CI, Zanotti K, Waggoner SE, Steinmetz NF, **DiFeo A**: Cowpea mosaic virus nanoparticles for the treatment of high grade serous ovarian cancer: A patient-derived xenograft study. *Gynecologic Oncology*.154: 93-94, 06/2019

66. Knarr M, Kwiatkowski LJ, Dziubinski M, McAnulty J, Skala S, Avril S, Drapkin R, **DiFeo A**: miR-181a initiates and perpetuates oncogenic transformation through the regulation of innate immune signaling, Abstract, Poster, AACR Special Conference on Advances in Ovarian Cancer

Research, Atlanta, GA, 2019, *Clinical Cancer Research*.26, (13): 81-82, 2020

67. Knarr M, Avelar R, Sekhar S, Kwiatkowski L, Dziubinski M, McAnulty J, Skala S, Avril S, Drapkin R, **DiFeo A**: miR-181a initiates and perpetuates ovarian cancer transformation through inhibition of the tumor suppressors RB1 and stimulator of interferon genes (STING), Abstract, Poster, AACR Virtual Special Conference on Tumor Heterogeneity: From Single Cells to Clinical Impact, Virtual, 2020, *Cancer Research*.80, (21)2020

68. Kennelley G, Yuan E, Shatat M, Gauthier B, Yang P, **Difeo A**, Lee R: Abstract 1831: Mistletoe lectin induces apoptosis in MYC-driven cancers through post-translational downregulation of c-MYC protein, *Cancer Research*.80, (16_Supplement): 1831-1831, 2020

69. Knarr M, Avelar R, Sekhar S, Kwiatkowski L, Dziubinski M, McAnulty J, Skala S, Avril S, Drapkin R, **DiFeo A**: Abstract PO-076: miR-181a initiates and perpetuates ovarian cancer transformation through inhibition of the tumor suppressors RB1 and stimulator of interferon genes (STING), *Cancer Research*.80, (21_Supplement): po-076-po-076, 2020

70. Knarr M, Kwiatkowski LJ, Dziubinski M, McAnulty J, Skala S, Avril S, Drapkin R, **DiFeo A**: Abstract B02: miR-181a initiates and perpetuates oncogenic transformation through the regulation of innate immune signaling, *Clinical Cancer Research*.26, (13_Supplement): b02-b02, 2020

71. Avelar RA, Armstrong A, Narla G, **DiFeo A**: Abstract A34: Targeting Protein Phosphatase 2A in Combination with PARP inhibitors for the treatment of high-grade serous epithelial ovarian cancer, *Clinical Cancer Research*.26, (13_Supplement): a34-a34, 2020

72. Kump KJ, Lieberman M, Avelar RA, Foucar C, Kandarpa M, Di Cristofano A, Ryan RJ, **DiFeo A**, Malek SN, Wilcox RA, Bixby DL, Phillips TJ, Talpaz M, Nikolovska-Coleskaa Z: Precision medicine strategy to elucidate and target Bcl-2 pro-survival proteins in a wide spectrum of cancers, Advancing Precision Medicine Drug Development: Incorporation of Real-World Data and Other Novel Strategies, AACR, San Diego, CA, 2020

73. Achreja A, Yu T, Mittal A, Choppara S, Meurs N, Animasahun O, Jeon JH, Mohan A, Jayaraman A, Kulkarni R, Reinhold J, Cusato M, **Difeo A**, Lu X, Nagrath D: Abstract 236: Genomic loss in cancers enable discovery of metabolic targets for precision cancer therapy via multiobjective flux analysis and machine learning, *Cancer Research*.81, (13_Supplement): 236-236, 2021

Analisa DiFeo, PhD                                    33

74. O'Connor CM, Taylor SE, Miller KM, Hurst L, Haanen TJ, Suhan TK, Zawacki KP, Noto FK, Trako J, Mohan A, Sangodkar J, Zamarin D, **DiFeo A**, Narla G: Abstract 3341: Synthetic lethality by targeting ribonucleotide reductase in PP2A deficient uterine serous carcinoma, *Cancer Research*.82, (12_Supplement): 3341-3341, 2022

75. Avelar RA, Armstrong A, Narla G, **DiFeo A**: Abstract 3340: Small molecule mediated stabilization of PP2A modulates the homologous recombination pathway and potentiates DNA damage-induced cell death. *Cancer Research*.82(12_Supplement): 3340-3340, 06/2022

76. McAnulty J, Dziubinski M, Gandhi A, Farah M, Lee P, White AD, DiFeo A: Identification of a targeted anti-mitotic agent that degrades Myc and specifically induces cancer cell death, *CANCER RESEARCH*.82, (12)2022

77. Teitel J, Cusato M, Farah M, Gandhi A, Lee P, White A, Takyi-Williams J, Wen B, Da Rocha AM, DiFeo A: Abstract 1570: Novel Myc-dependent compound DL78 selectively induces mitotic catastrophe and cell death in high grade serous ovarian cancer. *Cancer Research*.83(7_Supplement): 1570-1570, 04/2023

78. Puleo N, Cusato Michele, Carvette Dylan, Hudson C, DiFeo A, Unraveling the function of TRAF2 and NCK interacting kinase (TNIK) in high-grade serous ovarian cancer Cancer Research, 83(7_Supplement), 1679-1679 - April 2023

# EXHIBIT B

MATERIALS REVIEWED AND CONSIDERED

## MEDICAL, SCIENTIFIC AND REGULATORY REFERENCES AND LITERATURE

Abbott SE, et al. Recreational physical activity and survival in African-American women with ovarian cancer. Cancer Causes Control. 2018 Jan;29(1):77-86.

Alberg AJ, et al. Socioeconomic Status in Relation to the Risk of Ovarian Cancer in African-American Women: A Population-Based Case-Control Study. Am J Epidemiol. 2016 Aug 15;184(4):274-83.

Alsop K, et al. BRCA mutation frequency and patterns of treatment response in BRCA mutation-positive women with ovarian cancer: a report from the Australian Ovarian Cancer Study Group. J Clin Oncol. 2012 Jul 20;30(21):2654-63.

American Cancer Society. Talcum Powder and Cancer, updated February 4, 2020. Available at: https://www.cancer.org/cancer/risk-prevention/chemicals/talcum-powder-and-cancer.html.

Annys E, et al. Advancing the 3Rs in regulatory toxicology - Carcinogenicity testing: Scope for harmonisation and advancing the 3Rs in regulated sectors of the European Union. Regul Toxicol Pharmacol. 2014 Jul;69(2):234-42.

Bandera EV, et al., Obesity, weight gain, and ovarian cancer risk in African American women. Int J Cancer. 2016 Aug 1;139(3):593-600.

Barrington DA, et al. Characteristics of African American women at high-risk for ovarian cancer in the southeast: Results from a Gynecologic Cancer Risk Assessment Clinic. Gynecol Oncol. 2018 May;149(2):337-340.

Bas-Esteve E, et al. Endometriosis and ovarian cancer: Their association and relationship. Eur J Obstet Gynecol Reprod Biol X. 2019 May 22;3:100053.

Berge W, et al. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 2018 May;27(3):248-257.

Bethea TN, et al. A prospective study of reproductive factors and exogenous hormone use in relation to ovarian cancer risk among Black women. Cancer Causes Control. 2017 May;28(5):385-391.

Bischoff F, et al. Talc at the rodent intrathoracic, intraperitoneal, and subcutaneous sites (Abstract No.1). Proc Am Assoc Cancer Res. 1976;17:1.

Bolton KL, et al. Association between BRCA1 and BRCA2 mutations and survival in women with invasive epithelial ovarian cancer. JAMA. 2012 Jan 25;307(4):382-90.

1

Boorman GA, et al. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. Regul Toxicol Pharmacol. 1995 Apr;21(2):242-3.

Booth M, et al. Risk factors for ovarian cancer: a case-control study. Br J Cancer. 1989 Oct;60(4):592-8.

Boyd J, et al. Whole exome sequence analysis of serous borderline tumors of the ovary. Gynecol Oncol. 2013 Sep;130(3):560-4.

Bulun SE, et al. Ovarian Cancer. Endocrinology. 2019 Mar 1;160(3):626-638.

Buz'zard AR, et al. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytother Res. 2007 Jun;21(6):579-86.

Callahan MJ, et al. Primary fallopian tube malignancies in BRCA-positive women undergoing surgery for ovarian cancer risk reduction. J Clin Oncol. 2007 Sep 1;25(25):3985-90.

Cancer Genome Atlas Research Network. Integrated genomic analyses of ovarian carcinoma. Nature. 2011 Jun 29;474(7353):609-15.

Camargo M, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect. 2011 Sep;119(9):1211-7.

Carcangiu ML, et al. Incidental carcinomas in prophylactic specimens in BRCA1 and BRCA2 germ-line mutation carriers, with emphasis on fallopian tube lesions: report of 6 cases and review of the literature. Am J Surg Pathol. 2006 Oct;30(10):1222-30.

Carlson JW, et al. Serous tubal intraepithelial carcinoma: its potential role in primary peritoneal serous carcinoma and serous cancer prevention. J Clin Oncol. 2008 Sep 1;26(25):4160-5.

Carr CJ. Talc: Consumer Uses and Health Perspectives.  Reg Toxicol Pharmacol 1995; 21: 211-215.

Catasús L, et al. Molecular genetic alterations in endometrioid carcinomas of the ovary: similar frequency of beta-catenin abnormalities but lower rate of microsatellite instability and PTEN alterations than in uterine endometrioid carcinomas. Hum Pathol. 2004 Nov;35(11):1360-8.

Castilla LH, et al. Mutations in the BRCA1 gene in families with early-onset breast and ovarian cancer. Nat Genet. 1994 Dec;8(4):387-91.

Centers for Disease Control (CDC). August 15, 2019. What are the risk factors for OC? Available at https://www.cdc.gov/cancer/ovarian/basic_info/risk_factors.htm.

Chang S, et al. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 1997 Jun 15;79(12):2396-401.

Chen L, et al. Inflammatory responses and inflammation-associated diseases in organs. Oncotarget. 2017 Dec 14;9(6):7204-7218.

Chen Y, et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992 Feb;21(1):23-9.

Chen T, et al. Risk of second primary cancers in women diagnosed with endometrial cancer in German and Swedish cancer registries. Int J Cancer. 2017 Dec 1;141(11):2270-2280.

Ciriello G, et al. Emerging landscape of oncogenic signatures across human cancers. Nat Genet. 2013 Oct;45(10):1127-33.

Colgan TJ, et al. Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status. Am J Surg Pathol. 2001 Oct;25(10):1283-9.

Cook LA, et al. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol. 1997 Mar 1;145(5):459-65.

Corvi R, et al. ECVAM prevalidation study on in vitro cell transformation assays: general outline and conclusions of the study. Mutat Res. 2012 Apr 11;744(1):12-9.

Cramer DW, et al. Ovarian cancer and talc: a case-control study. Cancer. 1982 Jul 15;50(2):372-6.

Cramer DW, et al. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Ann Epidemiol. 1995 Jul;5(4):310-4.

Cramer DW. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 1999 Jul;94(1):160-1.

Cramer DW, et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer. 1999 May 5;81(3):351-6.

Cramer DW, et al. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology. 2016 May;27(3):334-46.

Cramer DW. Genital Powder Use and Ovarian Cancer. JAMA. 2020 May 26;323(20):2095-2096.

Crawford L, et al. Perineal powder use and risk of endometrial cancer in postmenopausal women. Cancer Causes Control. 2012 Oct;23(10):1673-80.

3

Davis CP, et al.  Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021 Sep;30(9):1660-1668.

DeNardo D, et al. Macrophages as regulators of tumour immunity and immunotherapy. Nat Rev Immunol. 2019 Jun;19(6):369-382.

Deng Y, et al. Telomere dysfunction and tumour suppression: the senescence connection. Nat Rev Cancer. 2008 Jun;8(6):450-8.

Diep CH, et al. Progesterone action in breast, uterine, and ovarian cancers. J Mol Endocrinol. 2015 Apr;54(2):R31-53.

Dion L, et al. The Landscape and Therapeutic Implications of Molecular Profiles in Epithelial Ovarian Cancer. J Clin Med. 2020 Jul 15;9(7):2239.

Domchek SM, et al. Association of risk-reducing surgery in BRCA1 or BRCA2 mutation carriers with cancer risk and mortality. JAMA. 2010 Sep 1;304(9):967-75.

Egli GE, et al. The transport of carbon particles in the human female reproductive tract. Fertil Steril. 1961 Mar-Apr;12:151-5.

Emi T, et al. Transcriptomic and epigenomic effects of insoluble particles on J774 macrophages. Epigenetics. 2021 Oct;16(10):1053-1070.

Oral E., et al. Concomitant endometriosis in malignant and borderline ovarian tumours. J Obstet Gynaecol. 2018 Nov;38(8):1104-1109.

Eržen M, et al. Endometriosis-associated ovarian carcinoma (EAOC): an entity distinct from other ovarian carcinomas as suggested by a nested case-control study. Gynecol Oncol. 2001 Oct;83(1):100-8.

Fierheller CT, et al. A functionally impaired missense variant identified in French Canadian families implicates FANCI as a candidate ovarian cancer-predisposing gene. Genome Med. 2021 Dec 3;13(1):186.

Fathalla MF. Incessant ovulation--a factor in ovarian neoplasia? Lancet. 1971 Jul 17;2(7716):163.

Finch A, et al. Clinical and pathologic findings of prophylactic salpingo-oophorectomies in 159 BRCA1 and BRCA2 carriers. Gynecol Oncol. 2006 Jan;100(1):58-64.

Fiume MM, et al.  Safety Assessment of Talc as Used in Cosmetics. Int J Toxicol. 2015 Jul-Aug;34(1 Suppl):66S-129S.

4

Fletcher NM, et al. Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer. Reprod Sci. 2019 Dec;26(12):1603-1612.

Florian RG, et al. Inflammation and Cancer: Triggers, Mechanisms, and Consequences. Immunity. 2019 Jul 16;51(1):27-41.

Food and Drug Administration, Denial of Citizens' Petition Requesting Asbestos Warning, July 11, 1986.

Food and Drug Administration, Letter from Musser SM to Epstein SS Re: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP. Date stamped: April 1, 2014. April 1, 2014 FDA Denial of 1994 and 2008 Petitions.

Food and Drug Administration. Statement on Talc (2019).

Fukunaga M, et al. Ovarian atypical endometriosis: its close association with malignant epithelial tumours. Histopathology. 1997 Mar;30(3):249-55.

Gabriel IM, et al. Douching, Talc Use, and Risk for Ovarian Cancer and Conditions Related to Genital Tract Inflammation. Cancer Epidemiol Biomarkers Prev. 2019 Nov;28(11):1835-1844.

Gates MA, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008 Sep;17(9):2436-44.

Gates MA, et al. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 2010 Jan 1;171(1):45-53.

Gertig DM, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst. 2000 Feb 2;92(3):249-52.

Giunta S. Decoding human cancer with whole genome sequencing: a review of PCAWG Project studies published in February 2020. Cancer Metastasis Rev. 2021 Sep;40(3):909-924.

Godard B, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998 Aug;179(2):403-10.

Gonzalez NL, et al. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology. 2016 Nov;27(6):797-802.

Goodman JE, et al. A critical review of talc and ovarian cancer. J Toxicol Environ Health B Crit Rev. 2020 Jul 3;23(5):183-213.

Gossett, DM, et al. Use of Powder in the Genital Area and Ovarian Cancer Risk: Examining the Evidence. JAMA. 2020 Jan 7;323(1):29-31.

5

Green A, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer. 1997 Jun 11;71(6):948-51.

Gross AJ, et al. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol. 1995 Apr-Jun;5(2):181-95.

Gross AL, et al. recursor lesions of high-grade serous ovarian carcinoma: morphological and molecular characteristics. J Oncol. 2010;2010:126295.

Giudice LC, et al. Endometriosis. Lancet 2004; 364 (9447): 1789–1799.

Grivennikov SI, et al. Immunity, inflammation, and cancer. Cell. 2010 Mar 19;140(6):883-99.

Gupta V, et al. Bipolar Tumor-Associated Macrophages in Ovarian Cancer as Targets for Therapy. Cancers (Basel). 2018 Sep 29;10(10):366.

Györik, S, et al. Long-term follow-up of thoracoscopic talc pleurodesis for primary spontaneous pneumothorax. Eur Respir J. 2007 Apr;29(4):757-60.

Ha HI, et al. Reclassification of *BRCA1* and *BRCA2* variants found in ovarian epithelial, fallopian tube, and primary peritoneal cancers. J Gynecol Oncol. 2020 Nov;31(6):e83.

Hahn WC, et al. Creation of human tumour cells with defined genetic elements. Nature. 1999 Jul 29;400(6743):464-8.

Hamilton TC, et al. Effects of talc on the rat ovary. Br J Exp Pathol. 1984 Feb;65(1):101-6.

Hanahan D, et al. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74.

Hanahan D. Hallmarks of Cancer: New Dimensions. Cancer Discov. 2022 Jan;12(1):31-46.

Harlow BL, et al. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989 Aug;130(2):390-4.

Harlow BL, et al. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992 Jul;80(1):19-26.

Harlow, BL, et al. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 1995 Apr;21(2):254-60.

Harlow BL, et al. Genital Powder Use and Ovarian Cancer. JAMA. 2020 May 26;323(20):2096.

Harper AK, et al. Abstract 297 - Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells but not human primary normal peritoneal fibroblasts. Society of Gynecologic Oncology (2019).

6

Harper AK, et al. Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells. Minerva Obstet Gynecol. 2023 Apr;75(2):150-157.

Hartge P, et al. Talc and ovarian cancer. JAMA. 1983 Oct 14;250(14):1844.

Health Canada. Draft Screening Assessment Report, Talc (Mg3H2(SiO3)4), Chemical Abstracts Service Registry Number 14807-96-6 (December 2018).

Henderson WJ, et al. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res. 1986 Aug;40(2):247-50.

Hirst JE, et al. High rates of occult fallopian tube cancer diagnosed at prophylactic bilateral salpingo-oophorectomy. Int J Gynecol Cancer. 2009 Jul;19(5):826-9.

Houghton SC, et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst. 2014 Sep 10;106(9):dju208.

Huang T, et al. Estimated Number of Lifetime Ovulatory Years and Its Determinants in Relation to Levels of Circulating Inflammatory Biomarkers. Am J Epidemiol. 2020 Jul 1;189(7):660-670.

Huang HS, et al. Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. Carcinogenesis. 2015 Nov;36(11):1419-28.

Huncharek M, et al. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res. 2003 Mar-Apr;23(2C):1955-60.

Huncharek M, et al. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. Eur J Cancer Prev. 2007 Oct;16(5):422-9.

Huncharek M, et al. Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. Eur J Cancer Prev. 2011 Nov;20(6):501-7.

Hunt I, et al. Is talc pleurodesis safe for young patients following primary spontaneous pneumothorax? Interact Cardiovasc Thorac Surg. 2007 Feb;6(1):117-20.

International Agency for Research on Cancer (IARC) Monographs on the Evaluation of Carcinogenic Risks to Humans. Carbon, Titanium Dioxide, and Talc. Volume 93 (pp. 1-52, 287-466) 2010.

International Agency for Research on Cancer (IARC) Monographs on the Evaluation of Carcinogenic Risks to Humans. Arsenic, Metals, Fibres, and Dusts, A Review of Human Carcinogens. Volume 100c, 2012.

Jazaeri AA, et al. Molecular requirements for transformation of fallopian tube epithelial cells into serous carcinoma. Neoplasia. 2011 Oct;13(10):899-911.

John EM, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. Collaborative Ovarian Cancer Group. J Natl Cancer Inst. 1993 Jan 20;85(2):142-7.

Jordan SJ, et al. Risk factors for benign serous and mucinous epithelial ovarian tumors. Obstet Gynecol. 2007 Mar;109(3):647-54.

Karageorgi S, et al. Perineal use of talcum powder and endometrial cancer risk. Cancer Epidemiol Biomarkers Prev. 2010 May;19(5):1269-75.

Karst AM, et al. Modeling high-grade serous ovarian carcinogenesis from the fallopian tube. Proc Natl Acad Sci U S A. 2011 May 3;108(18):7547-52.

Keleman LE, et al. Cigarette smoking and the association with serous ovarian cancer in African American women: African American Cancer Epidemiology Study (AACES). Cancer Causes Control. 2017 Jul;28(7):699-708.

Keskın N, et al. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol Obstet. 2009 Dec;280(6):925-31.

Kim J, et al. High-grade serous ovarian cancer arises from fallopian tube in a mouse model. Proc Natl Acad Sci U S A. 2012 Mar 6;109(10):3921-6.

Kim S, et al. Racial differences in stage at diagnosis and survival from epithelial ovarian cancer: a fundamental cause of disease approach. Soc Sci Med. 2010 Jul;71(2):274-281.

Kline RC, et al. Endometrioid carcinoma of the ovary: retrospective review of 145 cases. Gynecol Oncol. 1990 Dec;39(3):337-46.

Knarr M, et al. miR-181a initiates and perpetuates oncogenic transformation through the regulation of innate immune signaling. Nat Commun. 2020 Jun 26;11(1):3231.

Korsic M, et al. Talc pleurodesis improves survival of patients with malignant pleural effusions: case-control study. Wien Klin Wochenschr. 2015 Dec;127(23-24):963-9.

Kossaï M, et al. Ovarian Cancer: A Heterogeneous Disease. Pathobiology. 2018;85(1-2):41-49.

8

Kotsopoulos J, et al. Ovarian cancer risk factors by tumor dominance, a surrogate for cell of origin. Int J Cancer. 2013 Aug 1;133(3):730-9.

Kurta ML, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 2012 Aug;21(8):1282-92.

Kvaskoff M, et al. Endometriosis and cancer: a systematic review and meta-analysis. Hum Reprod Update. 2021 Feb 19;27(2):393-420.

Langseth H, et al. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 2008 Apr;62(4):358-60.

Lawrence HC III on behalf of the American College of Obstetrics and Gynecology (ACOG). Talc Use and Ovarian Cancer, updated September 11, 2017. Available from: https://www.acog.org/news/news-releases/2017/09/talc-use-and-ovarian-cancer.

Lee P, et al. Selective apoptosis of lung cancer cells with talc. Eur Respir J. 2010 Feb;35(2):450-2.

Lee Y, et al. A candidate precursor to serous carcinoma that originates in the distal fallopian tube. J Pathol. 2007 Jan;211(1):26-35.

Leeper K, et al. Pathologic findings in prophylactic oophorectomy specimens in high-risk women. Gynecol Oncol. 2002 Oct;87(1):52-6.

Lindgren P.R., et al. 2002 Sep. The pattern of estradiol and progesterone differs in serum and tissue of benign and malignant ovarian tumors. Int J Oncol. 2002 Sep;21(3):583-9.

Malmberg K, et al. Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development. Virchows Arch. 2016 Jun;468(6):707-13.

Manchanda R, et al. Outcome of risk-reducing salpingo-oophorectomy in BRCA carriers and women of unknown mutation status. BJOG. 2011 Jun;118(7):814-24.

Mandarino A, et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells. Environ Res. 2020 Jan;180:108676.

Mantovani, A, et al. Tumour immunity: effector response to tumour and role of the microenvironment. Lancet. 2008 Mar 1;371(9614):771-83.

Marchbanks P. A., et al. Cigarette smoking and epithelial ovarian cancer by histologic type. Obstet Gynecol. 2000 Feb;95(2):255-60.

Matsuo K, et al. Trends and outcomes of women with synchronous endometrial and ovarian cancer. Oncotarget. 2018 Jun 19;9(47):28757-28771.

Meagher NS, et al. A combination of the immunohistochemical markers CK7 and SATB2 is highly sensitive and specific for distinguishing primary ovarian mucinous tumors from colorectal and appendiceal metastases. Mod Pathol. 2019 Dec;32(12):1834-1846.

Medeiros F, et al. The tubal fimbria is a preferred site for early adenocarcinoma in women with familial ovarian cancer syndrome. Am J Surg Pathol. 2006 Feb;30(2):230-6.

Mehra K, et al. STICS, SCOUTs and p53 signatures; a new language for pelvic serous carcinogenesis. Front Biosci (Elite Ed). 2011 Jan 1;3(2):625-34.

Mei J, et al. Cellular models of development of ovarian high-grade serous carcinoma: A review of cell of origin and mechanisms of carcinogenesis. Cell Prolif. 2021 May;54(5):e13029.

Merritt MA, et al. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer. 2008 Jan 1;122(1):170-6.

Mighton C, et al. Variant classification changes over time in BRCA1 and BRCA2. Genet Med. 2019 Oct;21(10):2248-2254.

Mills PK, et al. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer. 2004 Nov 10;112(3):458-64.

Moorman PG, et al. Ovarian cancer risk factors in African-American and white women. Am J Epidemiol. 2009 Sep 1;170(5):598-606.

Muscat JE, et al. Perineal talc use and ovarian cancer: a critical review. Eur J Cancer Prev. 2008 Apr;17(2):139-46.

Nasreen N, et al. Talc induces apoptosis in human malignant mesothelioma cells in vitro. Am J Respir Crit Care Med. 2000 Feb;161(2 Pt 1):595-600.

Nasreen N, et al. Talc mediates angiostasis in malignant pleural effusions via endostatin induction. Eur Respir J. 2007 Apr;29(4):761-9.

National Cancer Institute (NCI).  July 8, 2021. Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention (PDQ)-Health Professional Version. Available at https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq#_220_toc.

National Institute of Health. *SEER Cancer Stat Facts: Ovarian Cancer.* Retrieved December 20,2021 from: https://training.seer.cancer.gov/ovarian/intro/risk.html.

Nathan C, et al. Nonresolving inflammation. Cell. 2010 Mar 19;140(6):871-82.

Neill AS, et al. Use of talcum powder and endometrial cancer risk. Cancer Causes Control. 2012 Mar;23(3):513-9.

10

Ness R, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000 Mar;11(2):111-7.

Ness R. DOES TALC EXPOSURE CAUSE OVARIAN CANCER?: IGCS-0015 Ovarian Cancer. Int J Gynecol Cancer. 2015 May;25 Suppl 1:51.

Ness R, et al. Racial differences in ovarian cancer risk. J Natl Med Assoc. 2000 Apr;92(4):176-82.

Nik NN, et al. Origin and pathogenesis of pelvic (ovarian, tubal, and primary peritoneal) serous carcinoma. Annu Rev Pathol. 2014;9:27-45.

Ning Y, et al. Reclassifying BRCA1 c.4358-2A > G and BRCA2 c.475 + 5G > C variants from "Uncertain Significance" to "Pathogenic" based on minigene assays and clinical evidence. J Cancer Res Clin Oncol. 2024 Feb 1;150(2):62.

Norquist BM, et al. Inherited Mutations in Women With Ovarian Carcinoma. JAMA Oncol. 2016 Apr;2(4):482-90.

O'Brien KM, et al. Perineal Talc Use, Douching, and the Risk of Uterine Cancer. Epidemiology. 2019 Nov;30(6):845-852.

O'Brien KM, et al. Association of Powder Use in the Genital Area With Risk of Ovarian Cancer. JAMA. 2020 Jan 7;323(1):49-59.

O'Brien KM, et al. Genital Powder Use and Ovarian Cancer-Reply. JAMA. 2020 May 26;323(20):2096-2097.

O'Brien KM, et al. Genital powder use and risk of uterine cancer: A pooled analysis of prospective studies. Int J Cancer. 2021 Jun 1;148(11):2692-2701.

O'Brien KM, et al. Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis. J Clin Oncol. 2024 May 15:JCO2302037.

Olsen CM, et al. Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. Endocr Relat Cancer. 2013 Mar 22;20(2):251-62.

Park HK, et al. Recent Trends in Ovarian Cancer Incidence and Relative Survival in the United States by Race/Ethnicity and Histologic Subtypes. Cancer Epidemiol Biomarkers Prev. 2017 Oct;26(10):1511-1518.

Park HK et al. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. Cancer Causes Control. 2018 Nov;29(11):1081-1091.

11

Park JM, et al. Hereditary risk evaluation for borderline ovarian tumors based on immunohistochemistry. J Menopausal Med. 2014 Apr;20(1):14-20.

Pennington KP, et al. Hereditary ovarian cancer: beyond the usual suspects. Gynecol Oncol. 2012 Feb;124(2):347-53.

Penninkilampi R, et al. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018 Jan;29(1):41-49.

Peres LC, et al. Analgesic medication use and risk of epithelial ovarian cancer in African American women. Br J Cancer. 2016 Mar 29;114(7):819-25.

Peres LC, et al. Lifetime number of ovulatory cycles and epithelial ovarian cancer risk in African American women. Cancer Causes Control. 2017 May;28(5):405-414.

Peres LC, et al. Racial/ethnic differences in the epidemiology of ovarian cancer: a pooled analysis of 12 case-control studies. Int J Epidemiol. 2018 Jun 1;47(3):1011.

Peres LC, et al. Racial Differences in Population Attributable Risk for Epithelial Ovarian Cancer in the OCWAA Consortium. J Natl Cancer Inst. 2021 Jun 1;113(6):710-718.

Perets R, et al. Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. Cancer Cell. 2013 Dec 9;24(6):751-65.

Piek JM, et al. Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. J Pathol. 2001 Nov;195(4):451-6.

Pike MC, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004 Jul;82(1):186-95.

Przybycin, CG, et al. Are all pelvic (nonuterine) serous carcinomas of tubal origin? Am J Surg Pathol. 2010 Oct;34(10):1407-16.

Purdie D, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. Int J Cancer. 1995 Sep 15;62(6):678-84.

Qin B, et al. Dietary carbohydrate intake, glycaemic load, glycaemic index and ovarian cancer risk in African-American women. Br J Nutr. 2016 Feb 28;115(4):694-702.

Qin B, et al. Dairy, calcium, vitamin D and ovarian cancer risk in African-American women. Br J Cancer. 2016 Oct 25;115(9):1122-1130.

Qin B, et al. Dietary Quality and Ovarian Cancer Risk in African-American Women. Am J Epidemiol. 2017 Jun 15;185(12):1281-1289.

Rampersad AC, et al. Menopause and Ovarian Cancer Risk: Mechanisms and Experimental Support. Am J Clin Exp Obstet Gynecol. 2015;2(1): 14–23.

Reid A, et al. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. Cancer Epidemiol Biomarkers Prev. 2011 Jul;20(7):1287-95.

Reitsma W, et al. Support of the 'fallopian tube hypothesis' in a prospective series of risk-reducing salpingo-oophorectomy specimens. Eur J Cancer. 2013 Jan;49(1):132-41.

Rosenblatt KA, et al. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 1992 Apr;45(1):20-5.

Rosenblatt KA, et al. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer Causes Control. 2011 May;22(5):737-42.

Saed G, et al. Poster - Talcum powder induces a malignant transformation in normal ovarian epithelial cells. Wayne State School of Medicine (2021).

Saed G. Is there a link between talcum powder, oxidative stress, and ovarian cancer risk? Expert Rev Anticancer Ther. 2024 May 8:1-7.

Schildkraut JM, et al. A multi-center population-based case-control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). BMC Cancer. 2014 Sep 22;14:688.

Schildkraut JM, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev. 2016 Oct;25(10):1411-1417.

Schildkraut JM, et al. Ovarian Cancer in Women of African Ancestry (OCWAA) consortium: a resource of harmonized data from eight epidemiologic studies of African American and white women. Cancer Causes Control. 2019 Sep;30(9):967-978.

Sehdev AS, et al. Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinomas including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. Mod Pathol. 2010 Jun;23(6):844-55.

Shaw PA, et al. Candidate serous cancer precursors in fallopian tube epithelium of BRCA1/2 mutation carriers. Mod Pathol. 2009 Sep;22(9):1133-8.

Sherman ME, et al. Pathologic findings at risk-reducing salpingo-oophorectomy: primary results from Gynecologic Oncology Group Trial GOG-0199. J Clin Oncol. 2014 Oct 10;32(29):3275-83.

Sherman-Baust CA, et al. A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. J Pathol. 2014 Jul;233(3):228-37.

Shukla A, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. Am J Respir Cell Mol Biol. 2009 Jul;41(1):114-23.

Shushan A, et al. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril. 1996 Jan;65(1):13-8.

Slomovitz B, et al. Asbestos and ovarian cancer: examining the historical evidence. Int J Gynecol Cancer. 2021 Jan;31(1):122-128.

So KA, et al. Association between atypical endometriosis and ovarian malignancies in the real world. J Ovarian Res. 2021 Aug 28;14(1):110.

Society of Gynecologic Oncology. October 2020. Ovarian Cancer: Risk Factors. Available at https://www.sgo.org/patient-resources/ovarian-cancer/ovarian-cancer-risk-factors/

Soliman PT, et al. Synchronous primary cancers of the endometrium and ovary: a single institution review of 84 cases. Gynecol Oncol. 2004 Aug;94(2):456-62.

Sjösten AC, et al. Retrograde migration of glove powder in the human female genital tract. Hum Reprod. 2004 Apr;19(4):991-5.

Stratton MR, et al. The cancer genome. Nature. 2009 Apr 9;458(7239):719-24.

Syed V, et al. Progesterone-induced apoptosis in immortalized normal and malignant human ovarian surface epithelial cells involves enhanced expression of FasL. Oncogene. 2003 Oct 9;22(44):6883-90.

Taher MK, et al. Critical review of the association between perineal use of talc powder and risk of ovarian cancer. Reprod Toxicol. 2019 Dec;90:88-101.

Tanaka N, et al. Prevalidation study of the BALB/c 3T3 cell transformation assay for assessment of carcinogenic potential of chemicals. Mutat Res. 2012 Apr 11;744(1):20-9.

Tang S, et al. Frequency of serous tubal intraepithelial carcinoma in various gynecologic malignancies: a study of 300 consecutive cases. Int J Gynecol Pathol. 2012 Mar;31(2):103-10.

Tang S, et al. KBERG: KnowledgeBase for Estrogen Responsive Genes. Nucleic Acids Res. 2007 Jan;35(Database issue):D732-6.

Terry KL, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res (Phila). 2013 Aug;6(8):811-21.

14

Trabert B. Body Powder and Ovarian Cancer Risk-What Is the Role of Recall Bias? Cancer Epidemiol Biomarkers Prev. 2016 Oct;25(10):1369-1370.

Touw, IP, et al. Retroviral insertion mutagenesis in mice as a comparative oncogenomics tool to identify disease genes in human leukemia. Mol Ther. 2007 Jan;15(1):13-9.

Tzonou A, et al. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer. 1993 Sep 30;55(3):408-10.

Urban N, et al. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. Gynecol Oncol. 2015 Nov;139(2):253-60.

Venter PF, et al. M. M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. S Afr Med J. 1979 Jun 2;55(23):917-9.

Viskum K, et al. Long term sequelae after talc pleurodesis for spontaneous pneumothorax. Pneumologie. 1989 Feb;43(2):105-6.

Walton J, et al. CRISPR/Cas9-Mediated Trp53 and Brca2 Knockout to Generate Improved Murine Models of Ovarian High-Grade Serous Carcinoma. Cancer Res. 2016 Oct 15;76(20):6118-6129.

Walsh T, et al. Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing. Proc Natl Acad Sci U S A. 2011 Nov 1;108(44):18032-7.

Wehner AP. Biological effects of cosmetic talc. Food Chem Toxicol. 1994 Dec;32(12):1173-84.

Wentzensen N., et al. S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. J Natl Cancer Inst. 2014 Sep 10;106(9):dju260.

Wentzensen, N, et al. Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence. Gynecol Oncol. 2021 Oct;163(1):199-208.

Wentzensen N, et al. Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium. J Clin Oncol. 2016 Aug 20;34(24):2888-98.

Whittemore AS, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol. 1988 Dec;128(6):1228-40.

Wong C, et al. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 1999 Mar;93(3):372-6.

Wu AH, et al. Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer. 2009 Mar 15;124(6):1409-15.

Wu AH, et al. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer Epidemiol Biomarkers Prev. 2015 Jul;24(7):1094-100.

Yang L, et al. 17β-estradiol modulates the viability, phenotype, endocytosis, and inflammatory cytokine expression of RAW264.7 macrophages. European Journal of Inflammation. 2016;14(1):10-17.

Yoshikawa, H, et al. Prevalence of endometriosis in ovarian cancer. Gynecol Obstet Invest. 2000;50 Suppl 1:11-7.

Zaino R, et al. Simultaneously detected endometrial and ovarian carcinomas--a prospective clinicopathologic study of 74 cases: a gynecologic oncology group study. Gynecol Oncol. 2001 Nov;83(2):355-62.

Zhai Y, et al. High-grade serous carcinomas arise in the mouse oviduct via defects linked to the human disease. J Pathol. 2017 Sep;243(1):16-25.

Zhang S, et al. Frequencies of BRCA1 and BRCA2 mutations among 1,342 unselected patients with invasive ovarian cancer. Gynecol Oncol. 2011 May 1;121(2):353-7.

## **REPORTS AND DEPOSITIONS**

Expert report of Jeff Boyd, PhD, February 25, 2019 (MDL No. 2738)

Supplemental Expert report of Jeff Boyd, PhD, December 27, 2021 (MDL No. 2738)

Supplemental Expert report of Jeff Boyd, PhD, April 4, 2024 (Carl & Balderrama)

Expert report of Matthew Sanchez, PhD, March 26, 2024 (Balderrama)

Expert report of Matthew Sanchez, PhD, March 26, 2024 (Carl)

Rebuttal (Kessler) Expert report of Matthew Sanchez, PhD, April 1, 2024 (Carl & Balderrama)

Rebuttal (Sage) Expert report of Matthew Sanchez, PhD, April 1, 2024 (Carl & Balderrama)

Expert report of Gregory Diette, MD, MHS, April 4, 2024 (Carl & Balderrama)

Expert report of Juan Carlos Felix, MD, April 2, 2024 (Balderrama)

Expert report of Juan Carlos Felix, MD, April 2, 2024 (Carl)

Expert report of Michael A. Finan, MD, April 3, 2024 (Carl)

Expert report of Christian Merlo, MD, MPH, April 5, 2024 (Carl & Balderrama)

Expert report of Nimesh Nagarsheth, MD, April 3, 2024 (Balderrama)

Expert report of Kathryn E. Osann, PhD, MPH April 5, 2024 (MCL)

Expert report of Paul A. Nony, PhD, CIH, CSP, April 8, 2024 (Carl & Balderrama)

Expert report of Ann G. Wylie, PhD, April 11, 2024 (MCL)

Expert report of Naresh Punjabi, MD, PhD, April 12, 2024 (Carl & Balderrama)

Expert report of Kathleen M. Sutcliffe, April 12, 2024 (Carl & Balderrama)

Expert report of Michael Birrer, MD, PhD, February 25, 2019 (MDL No. 2738)

Expert report of Robert Kurman, MD, February 25, 2019 (MDL No. 2738)

Expert report of Ie-Ming Shih, MD, PhD, February 25, 2019 (MDL No. 2738)

Expert report of Brooke Mossman, February 25, 2019 (MDL No. 2738)

Expert report of Benjamin Neel, MD, PhD, February 25, 2019 (MDL No. 2738)

Daubert hearing testimony of Dr. G. Saed, July 22 and 23, 2019 (MDL No. 2738)

Daubert hearing testimony of Benjamin Neel, MD, PhD dated July 23, 2019 (MDL No. 2738)

Case Specific Expert Report of John Godleski, MD, June 18, 2021 (Judkins)

Case Specific Expert Report of John Godleski, MD, June 21, 2021 (Rausa)

Case Specific Expert Report of John Godleski, MD, June 24, 2021 (Newsome)

Expert Report of Anne McTiernan, MD, PhD, June 24, 2021

Expert Report of Laura Plunkett, PhD, DABT, June 30, 2021

Expert Report of Jack Siemiatycki, MSc, PhD, June 30, 2021

Expert Report of Daniel Clarke-Pearson, MD, July 2, 2021

Case Specific Expert Report of Daniel Clarke-Pearson, MD, July 2, 2021 (Converse)

Case Specific Expert Report of Daniel Clarke-Pearson, MD, July 2, 2021 (Newsome)

Case Specific Expert Report of Daniel Clarke-Pearson, July 2, 2021 (Rausa)

Expert Report of Judith Wolf, MD, July 2, 2021

Case Specific Expert Report of Judith Wolf, July 2, 2021 (Gallardo)

Case Specific Expert Report of Judith Wolf, July 2, 2021 (Judkins)

Deposition Transcript of Judith Wolf, MD, September 13 and 14, 2021 (MDL No. 2738)

Deposition of Daniel Clarke-Pearson, MD, August 26 and 27, 2021 (MDL No. 2738)

Second Amended Expert Report of Anne McTiernan, MD, PhD, November 15, 2023 (MDL No. 2738)

Second Amended Expert Report of Jack Siemiatycki, MSc, PhD, November 15, 2023 (MDL No. 2738)

Second Amended Expert Report of Daniel Clarke-Pearson, MD, November 15, 2023 (MDL No. 2738)

Second Amended Expert Report of Judith Wolf, MD, November 15, 2023 (MDL No. 2738)

Second Amended Expert Report of Rebecca Smith-Bindman, MD, November 15, 2023 (MDL No. 2738)

Amended Expert Report of David A. Kessler, MD, November 15, 2023 (MDL No. 2738)

Amended Expert Report of Shawn Levy, PhD, November 15, 2023 (MDL No. 2738)

Amended Expert Report of William Sage, MD, JD, November 15, 2023 (MDL No. 2738)

Expert Report of Bernard L. Harlow, PhD, and Kenneth J. Rothman, Dr.PH, November 15, 2023 (MDL No. 2738)

Expert Report of George E. Newman, PhD, November 15, 2023 (MDL No. 2738)

Expert Report of Michele L. Cote, PhD, MPH, November 15, 2023 (MDL No. 2738)

Second Amended Expert Report of Laura Plunkett, PhD, DABT, November 15, 2023 (MDL No. 2738)

Supplemental Expert report of Patricia G. Moorman, MSPH, PhD, November 15, 2023 (MDL No. 2738)

18

Supplemental Expert Report of Sonal Singh, MD, MPH, November 15, 2023 (MDL No. 2738)


**DOCUMENTS**

SAED_SEPT222021_SUPPL_000001-399.

Exhibit 2 to Deposition of Ghassan Saed, PhD, January 23, 2019 (MDL No. 2738)

Exhibit 3 to Deposition of Ghassan Saed, PhD, January 23, 2019 (MDL No. 2738)

Exhibit 35 to Deposition of Ghassan Saed, PhD, February 14, 2019 (MDL No. 2738)

Exhibit 40 to Deposition of Ghassan Saed, PhD, February 14, 2019 (MDL No. 2738)

Exhibit A39 to Daubert hearing

Plaintiff's Steering Committee's Response and Objections to Defendant Johnson & Johnson's Second Set of Requests for the Production of Documents to John J. Godleski, January 22, 2024 (MDL No. 2738)

John J. Godleski Response No. 2 to Defendant Johnson & Johnson's Second Set of Requests for the Production of Documents, TalcMDL-Godleski-000024-000074 (MDL No. 2738)

John J. Godleski Response No. 3 to Defendant Johnson & Johnson's Second Set of Requests for the Production of Documents, TalcMDL-Godleski-000117-000119 (MDL No. 2738)

John J. Godleski Response No. 7 to Defendant Johnson & Johnson's Second Set of Requests for the Production of Documents, TalcMDL-Godleski-000075-000098 (MDL No. 2738)

John J. Godleski Response No. 11-1 to Defendant Johnson & Johnson's Second Set of Requests for the Production of Documents, TalcMDL-Godleski-000001-000023 (MDL No. 2738)

John J. Godleski Response No. 11-2 to Defendant Johnson & Johnson's Second Set of Requests for the Production of Documents, TalcMDL-Godleski-000099-000116 and TalcMDL-Godleski-000120-000286 (MDL No. 2738)

John J. Godleski Response No. 11-4 to Defendant Johnson & Johnson's Second Set of Requests for the Production of Documents, TalcMDL-Godleski-000287-000340 (MDL No. 2738)


**MEDICAL RECORDS**

Medical records for Diana Balderrama

Medical records for Linda Bondurant

Medical records for Hillary Converse

Medical records for Anna Gallardo

Medical records for Carter Judkins

Medical records for Tamara Newsome

Medical records for Pasqualina Rausa