# Exhibit 11

Page 1

1              UNITED STATES DISTRICT COURT

                 DISTRICT OF NEW JERSEY

2

3     IN RE:  JOHNSON &      )

      JOHNSON TALCUM         )

4     POWDER PRODUCTS        )

      MARKETING, SALES       )

5     PRACTICES and          )

      PRODUCTS LIABILITY     )

6     LITIGATION             ) NO. MDL-NO.

                             ) 16-2738(MAS)(RLS

7     _ _ _ _ _ _ _ _ _ _    ) )

8

9

10            Remote deposition by Zoom of

11    MICHAEL FINAN, M.D., taken pursuant to

12    notice, was held at the location of the

13    witness, Mobile, Alabama, commencing at

14    1:02 p.m., Central Time, on Wednesday,

15    June 26, 2024, before Dana M. Jones,

16    Certified Shorthand Reporter and Notary

17    Public.

18

19

20

21            GOLKOW, a Veritext Division

              877.370.3377 ph/917.591.5672 fax

22

23

24

Page 2

1 A P P E A R A N C E S :
2
3   BEASLEY ALLEN
      BY:  LEANNA PITTARD, ESQUIRE
4      MARGARET THOMPSON, ESQUIRE
         LEIGH O'DELL, ESQUIRE
5      218 Commerce Street
         Montgomery, Alabama  36104
6   Leanna.pittard@beasleyallen.
      com
7   Margaret.thompson@
      beasleyallen.com
8   Leigh.odell@beasleyallen.com
         Counsel for the
9   Plaintiffs
10
11   NUTTER MCCLENNEN & FISH
      BY:  DAWN CURRY, ESQUIRE
12      155 Seaport Boulevard
         Boston, Massachusetts 02210
13      Dcurry@nutter.com
            Counsel for the
14   Defendant, Johnson & Johnson
15
      REILLY MCDEVITT HENRICH
16      BY:  KEVIN KOTCH, ESQUIRE
         3 Executive Campus, Suite
17   310
         Cherry Hill, New Jersey
18   08002
         Kkotch@rmh-law.com
19         Counsel for the
      Defendant, Personal Care
20   Products
21
22
23
24

Page 3

1   I N D E X
2   WITNESS:
      MICHAEL FINAN, M.D.
3
   EXAMINATIONS
4                              PAGE
5   MS. PITTARD              6
6
7      E X H I B I T S
8   Exhibit No. Description       Page
9   Exhibit  Defendant's        9
      No. 1    Response to the
10         Notice of Oral
            Deposition
11   Exhibit  Curriculum Vitae    11
      No. 2
12   Exhibit  12/28/21 Invoice    27
      No. 3
13   Exhibit  1/2/2024 Invoice    27
      No. 4
14   Exhibit  Materials          31
      No. 5    Considered List
15   Exhibit  Expert Report of    44
      No. 6    Dr. Finan
16   Exhibit  Genetic Testing    64
      No. 7    Document
17   Exhibit  Genetic Counseling  67
      No. 8    Letter
18   Exhibit  Tiffany Sia        78
      No. 9    Article
19   Exhibit  NCCN Guidelines    82
      No. 10
20   Exhibit  UpToDate Article    86
      No. 11
21   Exhibit  ACOG Practice      88
      No. 12   Bulletin
22   Exhibit  Wu article         125
      No. 13
23   Exhibit  O'Brien article    137
      No. 14   2024
24

Page 4

1      EXHIBITS
      (Continued)
2
3   Exhibit  Harris Article      154
      No. 15
4                  160
      Exhibit  ASCO Press Release
5   No. 16
      Exhibit  Katie Terry        168
6   No. 17   article
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 5

1
      DEPOSITION SUPPORT PAGE
2
      INSTRUCTIONS NOT TO ANSWER:
3      PAGE      LINE
4         133    15
5
6   REQUESTS FOR PRODUCTION OF DOCUMENTS OR
   INFORMATION:
7
      PAGE        LINE
8
         26      18
9
10      STIPULATIONS:
11   PAGE        LINE
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 6

1          (By agreement of counsel,
2    the signing, sealing, filing, and
3    certification of the transcript
4    have been waived; and all
5    objections, except as to the form
6    of the question, have been
7    reserved until the time of trial.)
8          COURT REPORTER: All parties
9    to this deposition are appearing
10   remotely and have agreed to the
11   witness being sworn in remotely.
12         Due to the nature of remote
13   reporting, please pause briefly
14   before speaking to ensure all
15   parties are heard completely.
16         MICHAEL FINAN, M.D., after
17   having been duly sworn, was
18   examined and testified as follows:
19            - - -
20         EXAMINATION
21            - - -
22   BY MS. PITTARD:
23     Q.   Good afternoon, Dr. Finan.
24   We just met off the record, but my name

Page 7

1    is Leann Pittard, and I'm here
2    representing the plaintiff in this case.
3          As you know, this is the
4    case specific deposition of Linda
5    Bondurant; correct?
6      A.   Correct.
7      Q.   And I know you've had your
8    deposition taken many times, so I won't
9    go through all the rules, so to speak,
10   but just a couple reminders that let's do
11   our best not to talk over each other, and
12   if you need a break at any time, just let
13   me know.
14     A.   Will do. And I'll just say
15   that I am -- I am a practicing physician.
16   I'm in solo practice, and I may get a
17   call from my nurse or the hospital. I'm
18   going to leave my phone upside down so
19   the screen won't show, but if I do a
20   message, we may need to take a little
21   break for that.
22     Q.   Absolutely.
23         Did you bring any materials
24   with you today, printed materials or

Page 8

1    otherwise?
2      A.   I did. I brought my expert
3    report, which you should have a copy of.
4    And I brought three other documents. One
5    is an article by Katie O'Brien, which is
6    recently added to my expert report.
7          One is a ASCO, A-S-C-O, a
8    press release regarding that article.
9          And another one is an
10   article by Holly Harris, again related to
11   this article by O'Brien. That's all I
12   have on --
13         COURT REPORTER: Article
14   by -- I'm sorry. Article by what?
15         THE WITNESS: By Holly
16   Harris, H-a-r-r-i-s, related to
17   the O'Brien.
18   BY MS. PITTARD:
19     Q.   And I assume that's the 2024
20   O'Brien?
21     A.   Correct.
22     Q.   Okay. Thank you, Doctor.
23         Have you had the opportunity
24   to review your Notice of Deposition in

Page 9

1    this case?
2      A.   Yes, I believe so.
3      Q.   Okay. I'm just going to put
4    it up on the screen, and I'm also going
5    to drop it into the chat.
6          MS. CURRY: Are you marking
7    this as Exhibit 1?
8          MS. PITTARD: This will be
9    Exhibit 1.
10         (At this time, a document
11   was marked for identification as
12   Exhibit No. 1.)
13   BY MS. PITTARD:
14     Q.   I was telling Ms. Curry that
15   I would drop it in the chat as well in
16   case you wanted to scroll through it or
17   look at it at a different pace that
18   what's on the screen. But I will also
19   share it so that we can refer to the same
20   document.
21         MS. CURRY: So, Dr. Finan,
22   if you, on the bottom of your
23   screen in the chat function, if
24   you open that up, and you can just

1    open the PDF and then you can
2    scroll through it if you need to
3    see any of the other pages.
4    That's what Leanna is referring
5    to.
6        THE WITNESS:  Okay.  I see.
7    Thank you.  I will do that.
8  BY MS. PITTARD:
9    Q.   Dr. Finan, I have introduced
10  as Exhibit 1 defendant's response to the
11  Notice of Oral Deposition of Michael
12  Finan, M.D., in duces tecum.  Is this
13  familiar to you as the response to your
14  deposition Notice?
15    A.   It is.
16        MS. CURRY:  Object to the
17    form.  For the record, we also did
18    produce documents in response to
19    the Notice of Deposition that
20    should have accompanied the
21    objections.
22        MS. PITTARD:  Yes, they sure
23    did.  And we'll go through those
24    as well.

1        MS. CURRY:  Okay.
2  BY MS. PITTARD:
3    Q.   And, actually, the first one
4  we're going to talk about is your CV,
5  Dr. Finan, which I'm going to introduce
6  as Exhibit No. 2.
7        (At this time, a document
8    was marked for identification as
9    Exhibit No. 2.)
10  BY MS. PITTARD:
11    Q.   And -- and this was produced
12  by the defendants in -- in response to
13  questions 1, 7, and 10.  I'm going to put
14  that up now so that you can see it.
15  Okay.  Let me drop it in the chat, too.
16        All right.  Dr. Finan, can
17  you see Exhibit 2, your curriculum vitae?
18    A.   Give me just a second.  I
19  lost my -- I see the file name.  I think
20  you're maybe sharing the wrong screen.
21        MS. CURRY:  In the chat
22    function, Dr. Finan, you'll see
23    the actual CV.
24        THE WITNESS:  Now I see it,

1    yes.
2  BY MS. PITTARD:
3    Q.   Okay.  Thank you.  I had to
4  stop my share and restart it.  So thank
5  you.  Always some kind of technical
6  glitch at the beginning.
7        Okay.  Do you believe this
8  to be your most recent and up-to-date
9  Curriculum Vitae?
10    A.   Yes.
11    Q.   Okay.  On -- let's scroll
12  down to page 5.  And this has got --
13  let's see -- your -- your present or what
14  I know to be your present position, which
15  is Singing River Health System, director
16  of the cancer center, chief of women's
17  health, gynecologic oncologist; is that
18  correct?
19    A.   That is correct.
20    Q.   Okay.  Does -- in your
21  expert report, I just happened to notice
22  that you stated your position as chief of
23  cancer services.  Is that the same
24  position?

1    A.   Yes.  It's -- yes.  It's
2  just two ways of referring to it.
3    Q.   Okay.
4    A.   I'm not --
5    Q.   I'm sorry.  Were you -- were
6  you through?
7    A.   Yes.  I'm not sure why
8  it's -- it's listed differently in
9  different documents at work, and I tend
10  to refer to it differently as well.  I
11  apologize.  But it's the same -- it's the
12  same position.
13    Q.   Okay.  All right.  Let's go
14  to pages 9 and 10.  And on page 9 and
15  continued on to page 10, you list grants
16  and funding.
17    A.   Yes.
18    Q.   And then patents starting on
19  page 10.
20    A.   Yes.
21    Q.   And I know that the patent
22  that you were granted in 2020 was
23  something that you worked on for a while;
24  right?

Page 14

1    A.   That is correct.
2         MS. CURRY:  Object to form.
3 BY MS. PITTARD:
4    Q.   Is -- have you had any --
5 have you had any other patents since
6 2020?
7    A.   I have not.
8    Q.   Are any of your patents
9 related to the genital use of talcum
10 powder?
11    A.   Not at all.
12    Q.   All right.  Let's scroll
13 down to the bottom of page 10.  You've
14 listed some research here.
15         The first is for Bristol
16 Myers Squibb.  When was that research
17 conducted?
18    A.   I do not recall.
19    Q.   Okay.  Within the past ten
20 years or prior to that?
21    A.   To be honest with you, I do
22 not recall at all.
23    Q.   Okay.  The second research
24 listed, starting at the top of page 11,

Page 15

1 is novel method of screening for ovarian
2 cancer.  Do you recall about when that
3 research was conducted?
4    A.   Yes.  That's directly
5 related to those patents, and that --
6 that research was directly related to the
7 grant.
8         So the dates of the grant --
9 so the research went on, I believe -- if
10 you can scroll back up to -- so the
11 research started in 2008.  The first
12 patent was filed in 2010, and that
13 particular part of the study was directly
14 related to the grant where we collected
15 specimens from about 20 sites across the
16 country and did assignments at South
17 Alabama.
18         So I was the principal
19 investigator for the specimen collection
20 portion of that study.
21    Q.   So would your, I guess, role
22 in that research have wrapped up, let's
23 say, 2020?
24         MS. CURRY:  Object to the

Page 16

1 form.
2         THE WITNESS:  Yes.  Yes.
3 The -- the technology was licensed
4 to a company Swift Biotechnology,
5 and they licensed it and took over
6 in 2020 when I retired from South
7 Alabama.
8 BY MS. PITTARD:
9    Q.   Has any of your research
10 been related to the genital use of talcum
11 powder?
12    A.   None.  No.
13    Q.   Okay.  I'm going to scroll
14 down to page 11, where you've got
15 lectures and presentations.  And that
16 goes on for a few pages here, looks like
17 down to 2017, I believe, which is on
18 page 22.
19         Have you done any lectures
20 or presentations since 2017, as far as
21 you remember?
22    A.   I did.  I spoke at -- at
23 this Society For Gynecologic Nurse
24 Oncologists last year, 2022 -- no, 2023,

Page 17

1 in the spring.  That's -- I think that's
2 the only one since then.
3    Q.   And where was that
4 conference held?
5    A.   Well, I take it back.  I've
6 given -- I give about four lectures a
7 year to various -- now that I'm seeing
8 the middle of that page -- I do still
9 speak with rotary folks and Kiwanis clubs
10 and community organizations and also our
11 medical staff roughly four times a year.
12         And then I also spoke at the
13 Society of Gynecologic Nurse Oncologists.
14 That was in Gulf Shores, Alabama, at the
15 state park, the new lodge at the state
16 park.
17    Q.   In your presentation there
18 in Gulf Shores, did you -- did your
19 presentation relate, in any way, to the
20 genital use of talcum powder?
21    A.   No.  None of my lectures
22 have.  I've never spoken publically to
23 groups about that.
24    Q.   And that would include the

5 (Pages 14 - 17)

Page 18

1  lectures you give to rotary club and to
2  residents and so forth?
3      A.   Correct, yes.
4      Q.   Okay.  Moving down to your
5  postgraduate research, beginning at the
6  bottom of page 22, original contributions
7  and peer reviewed journals, let's see,
8  you've got several pages here going down
9  to page 24 -- excuse me -- page 28.  It
10 looks like the last publication there is
11 2021 with Dr. Rocconi.
12         Have you published any --
13 any literature since 2021?
14     A.   Not that I recall.
15     Q.   Have you ever published
16 anything related to the genital use of
17 talcum powder?
18     A.   No, ma'am, I have not.
19     Q.   Okay.  At the bottom of
20 page 28, you've listed your review
21 articles, and those go on for several
22 pages as well, ending on page 35.  It
23 looks like the last one -- review article
24 listed there is March 2019.

Page 19

1         Do you recall publishing any
2  review articles since 2019?
3      A.   No.  And, actually, that --
4  the review articles only totaled about
5  six or so.
6         The subsequent list of 1
7  through 71 is abstracts presented at
8  meetings.
9         But I haven't -- I haven't
10 published any review articles nor any
11 abstracts since then.
12     Q.   Thank you for that
13 clarification.  That kind of combined my
14 question, but you -- you got to the
15 endpoint regarding review articles and
16 abstracts.
17         Have you ever -- have you
18 ever published any review article related
19 to the genital use of talcum powder?
20     A.   No, I have not.
21     Q.   Have you ever published an
22 abstract related to the genital use of
23 talcum powder?
24     A.   No, I have not.

Page 20

1      Q.   Okay.  Moving now to the
2  bottom of page 35, published letters,
3  there was one in 1991.
4         Have you ever published any
5  letters related to the genital use of
6  talcum powder?
7      A.   No.
8      Q.   Okay.  And then at the
9  bottom of page 35, you've listed some
10 films and videos that carry on to
11 page 36, the most recent being October of
12 2009.
13         Have you appeared in any
14 films or videos that you can think of
15 since October of 2009?
16     A.   No.
17     Q.   And have you appeared in any
18 films or videos that have anything to do
19 with the genital application of talcum
20 powder?
21     A.   No, ma'am.
22     Q.   You mentioned in your expert
23 report that you oversee -- I'm going to
24 stop sharing this because we don't need

Page 21

1  -- you mentioned in your expert report
2  that you oversee the cancer risk
3  assessment program at Singing River; is
4  that correct?
5      A.   That is correct.
6      Q.   Can you tell us a little bit
7  more about the cancer risk assessment
8  program?
9      A.   Sure.  So it's a program
10 that we initially started through our
11 mammography unit where every woman coming
12 in for a mammography is offered a cancer
13 risk assessment based on her family
14 history and the Tyrer-Cuzick score of her
15 mammogram.
16         And every woman is given a
17 form to fill out to complete, which
18 includes their family history of various
19 cancers, such as ovarian cancer or breast
20 cancer, colon cancer, etcetera, based on
21 the NCCN guidelines.
22         And if the patient's form
23 meets any of the NCCN guidelines for
24 genetic testing, they are immediately

6 (Pages 18 - 21)

Page 22

1 offered genetic -- genetic counseling and
2 genetic testing through Myriad Genetics.
3          And that program has been
4 very successful in detecting dozens of --
5 dozens and dozens of genetic mutations
6 amongst our patient population.
7          So now we've expanded it to
8 the primary care realm and trying to
9 screen males, in particularly, in
10 particular because they were left out of
11 the original program.  And then also to
12 try to screen males and females starting
13 at the age of 25 so that we try to catch
14 more of the genetic mutations.
15     Q.   All right.  So if I
16 understand you correctly, that would
17 assess risk both for breast and ovarian
18 cancer?
19     A.   Not only that, oddly enough,
20 we're detecting a lot of Lynch syndromes,
21 which puts patients at risk for colon
22 cancer and endometrial cancer.  We're
23 detecting a whole spectrum of genetic
24 mutations putting patients at risk for

Page 23

1 pancreatic cancer, melanoma.
2          So the screen -- the test --
3 the test that we're offering is a full
4 panel Myriad Genetics test. It's not just
5 BRCA1 and BRCA2.
6     Q.   Gotcha.  Okay.
7          And is each person assigned
8 a number or a score?
9          MS. CURRY:  Object to the
10     form.
11          THE WITNESS:  No.  The way
12     the -- the way the screening works
13     is they're either at risk or not
14     at risk.  So it's if, you know, if
15     they are -- the NCCN defines who's
16     at risk.  And if they're at risk
17     for any cancer, they're offered
18     the full panel.
19          So no, there's no score.
20          Well, there's a 0 and 100.
21     There's only two scores.  It's
22     not -- it's not a scale.
23 BY MS. PITTARD:
24     Q.   Gotcha.

Page 24

1          What doctors are considered
2 --
3     A.   I'm sorry.  Can I -- I'm
4 sorry.
5          The Tyrer-Cuzick score is a
6 score.  So the Tyrer-Cuzick score --
7          THE WITNESS:  And, Dana,
8     please don't ask me to spell that.
9     Don't quote me on this, but I
10     think it might be T-y-r-e-r,
11     hyphen, C-u-s-i-k, but I'm not
12     certain that -- that will get you
13     in the right ballpark.
14          But that -- that is a score
15     based on the mammogram itself, and
16     that gives the patient -- gives us
17     and the patient a number, which is
18     on a scale.  And it actually
19     assigns a percentage risk of them
20     developing breast cancer.
21          And if that -- if that score
22     is above a certain number, then
23     they're offered a q6month MRI of
24     the breast alternating with a

Page 25

1     q6month mammography.
2          And we have a breast
3     navigator who follows those
4     patients and makes sure that they
5     show up and, if they don't show
6     up, calls them.
7          So it's -- the -- I think I
8     would argue, despite the fact that
9     we're on the Mississippi gulf
10     coast, we're, I think, ahead of
11     many health care systems with
12     regard to cancer risk assessments
13     and genetic screening.
14 BY MS. PITTARD:
15     Q.   And you mentioned that it
16 follows the NCCN guidelines.
17          What factors does that risk
18 assessment take into account from the
19 NCCN guidelines?
20          MS. CURRY:  Object to the
21     form.
22          THE WITNESS:  Family
23     history.  Personal history and
24     family history.

7 (Pages 22 - 25)

Page 26

1  BY MS. PITTARD:
2      Q.   And when you talk of family
3  history, what specifically does it look
4  at?  I mean, are we talking first-degree
5  relatives?  Second-degree relatives?  How
6  far out does the assessment reach?
7      A.   I would have to look at it.
8  I -- we give those forms to my patients.
9  The form then goes to my nurse, who
10  enters it into the computer.  And if
11  they're positive, they are offered the
12  test.
13         And I don't have a
14  photographic memory, unfortunately, but I
15  can certainly get a copy.
16      Q.   That would be great.  Sure.
17  Thank you.
18         MS. PITTARD:  And, Dawn,
19      I'll send you an e-mail to remind
20      you of that request.  Thank you.
21  BY MS. PITTARD:
22      Q.   Okay.  Going back to the
23  Notice of Deposition that we marked as an
24  exhibit, I wanted to share with you the

Page 27

1  second thing that was produced by the
2  attorneys in this matter, and those were
3  some invoices related to your work in
4  this case.  I'm going to go ahead and
5  introduce -- or add those to Exhibits 2
6  and 3.
7         MS. CURRY:  I think the CV
8      was marked as 2.  So maybe 3 and
9      4.
10         MS. PITTARD:  You're right.
11      Thank you.  3 and 4.
12         (At this time, documents
13      were marked for identification as
14      Exhibit No. 3 and Exhibit No. 4.)
15  BY MS. PITTARD:
16      Q.   Okay.  Dr. Finan, this is an
17  invoice that was produced by the
18  attorneys for Johnson & Johnson dated
19  December 28, 2021.  Do you see that on
20  your screen okay?
21      A.   Yes.
22      Q.   And on the re line, it's got
23  the name Bondurant.  And so am I correct
24  in understanding that this invoice is

Page 28

1  related specifically to the case of Linda
2  Bondurant?
3      A.   That is correct.
4      Q.   Okay.  And your hourly rate
5  on this invoice is $650?
6      A.   Correct.
7      Q.   And you spent 24.5 hours, I
8  guess, as of the date of this invoice,
9  December 28, '21; correct?
10      A.   That is correct.
11      Q.   One of the items that you
12  listed here is meetings with attorneys.
13         Do you have any recollection
14  of about how long you spent meeting with
15  attorneys, you know, back towards the
16  ends of 2021?
17      A.   No, I really don't.
18      Q.   All right.  And now I'm
19  going to show you Exhibit 4.  And can you
20  see that on your screen?
21      A.   Yes, I can.
22      Q.   All right.  And it's dated
23  January 2 of 2024; correct?
24      A.   Correct.

Page 29

1      Q.   And this also has on the re
2  line Bondurant v. J & J.  So am I correct
3  in assuming this is case specific to
4  Ms. Bondurant's case?
5      A.   Yes.
6      Q.   And, again, your hourly rate
7  is $650?
8      A.   That is correct.
9      Q.   And you spent 14 hours as of
10  that time?
11      A.   That's correct.
12         MS. CURRY:  Object to the
13      form.  Since the prior invoice.
14         MS. PITTARD:  Fair enough.
15         THE WITNESS:  Yes.
16  BY MS. PITTARD:
17      Q.   Now, to the best of your
18  knowledge, you spent 14 hours on
19  Ms. Bondurant's case since your previous
20  voice?
21      A.   That's correct.
22      Q.   And do you happen to recall
23  this has -- all this has September 23
24  through January 24.  Do you happen to

Page 30

1 recall how much time you spent meeting
2 with attorneys during that time period?
3      A.   It was no more than a couple
4 of hours.  At most, one or two.
5      Q.   Okay.  Since the date of
6 this invoice in January of 2024, about
7 how much time have you spent on the
8 Bondurant case since then?
9      A.   I would have to tally it up.
10 But I would estimate in the 30s or low
11 30s hours.
12      Q.   How much time did you spend
13 meeting with attorneys in preparation for
14 your deposition today?
15      A.   Oh, not more than --
16 specifically in preparation for this
17 deposition?
18      Q.   Ms. Bondurant's?
19      A.   I think it was just about an
20 hour.
21      Q.   And is your hourly rate the
22 same $650?
23      A.   Yes.
24      Q.   Do you charge the same for

Page 31

1 trial testimony?
2      A.   No.
3      Q.   What's your rate for trial
4 testimony?
5      A.   I have to look.  I think
6 it's around 5 -- 5,000 or 6,000 a day
7 plus travel expenses.
8      Q.   Okay.  All right.  Now going
9 back to the topic of your Notice of
10 Deposition, your materials relied on and
11 considered list was also produced by
12 J & J's attorneys.
13         MS. PITTARD:  And I'm going
14      to list that as Exhibit 5.
15         (At this time, a document
16      was marked for identification as
17      Exhibit No. 5.)
18 BY MS. PITTARD:
19      Q.   You should be able to see
20 that in the chat now.  And can you see it
21 on your screen as well?
22      A.   I can.
23      Q.   Okay.  In the interest of
24 time, I've just highlighted some of these

Page 32

1 exhibits to help us get to what we're
2 looking for a little bit quicker.
3         And on this Exhibit 5, I've
4 highlighted three expert reports, the
5 5/28/2024 amended Rule 26 expert report
6 of Judith Wolf; the 11/15/2023 amended
7 expert report of Shawn Levy; and then the
8 5/28/2024 amended Rule 26 expert report
9 of Shawn Levy.
10         Are those the three expert
11 reports, to your recollection, that are
12 new to this amended materials considered
13 list?
14      A.   Yes.
15      Q.   Did Dr. Wolf's amended
16 report change your opinions in any
17 regard?
18         MS. CURRY:  Object to the
19      form.
20         THE WITNESS:  No.
21 BY MS. PITTARD:
22      Q.   Did anything in her amended
23 report cause you to question or
24 reconsider any of the opinions in this

Page 33

1 case?
2         MS. CURRY:  Object to the
3      form.
4         THE WITNESS:  Well, I'm
5      always questioning and
6      reconsidering my opinions because
7      new articles come out and new
8      information comes out.
9         But not specifically in her
10      amended report, no.
11 BY MS. PITTARD:
12      Q.   You mentioned new literature
13 that comes out.
14         Is there anything that comes
15 to your mind as something that made you
16 question or reconsider your opinions in
17 this matter?
18         MS. CURRY:  Object to the
19      form.
20         THE WITNESS:  Well, the
21      article by O'Brien, certainly, I
22      referenced initially.
23 BY MS. PITTARD:
24      Q.   Okay.  And I do want to talk

9 (Pages 30 - 33)

Page 34

1  about that more in a little bit, but just
2  so that we don't get sidetracked, do you
3  have -- I wanted to ask you a little bit
4  more about Dr. Wolf's report.
5          Do you have any particular
6  comments or criticisms of her amended
7  expert report?
8          MS. CURRY:  Object to the
9      form.
10 BY MS. PITTARD:
11     Q.   Let me clarify that you
12 haven't already addressed in your report?
13     A.   No.  I mean, I adjusted in
14 my report.  It's nothing -- I mean,
15 it's -- it's -- I think they're detailed
16 in my expert report.  But nothing new.
17     Q.   Nothing new.  Okay.
18         There are also two reports
19 here by Dr. Levy.
20         Did his two reports change
21 your opinions in this case in any manner?
22         MS. CURRY:  Object to the
23     form.
24         THE WITNESS:  No.

Page 35

1  BY MS. PITTARD:
2      Q.   Did they cause you to
3  question or reconsider any of your
4  opinions in this case?
5          MS. CURRY:  Object to the
6      form.
7          THE WITNESS:  No.
8  BY MS. PITTARD:
9      Q.   And other than what you have
10 written in your report, do you have any
11 particular comments or criticisms of
12 Dr. Levy's reports?
13     A.   No.
14     Q.   Also, let's see.  Have you
15 reviewed the expert report of Dr. Juan
16 Felix related to Ms. Bondurant?
17     A.   Dr. Juan Felix.  What's his
18 specialty?
19     Q.   Let me get his exact title.
20         MS. CURRY:  I can help with
21     that if you'd like, Leanna.
22         MS. PITTARD:  Sure.  Yeah.
23         MS. CURRY:  He's the
24     gynecologic pathology expert for

Page 36

1          Johnson & Johnson in these cases.
2  BY MS. PITTARD:
3      Q.   I was afraid I would tell
4  you the wrong thing.  So I wanted to look
5  it up.
6      A.   I'll be honest with you.
7  I'm terrible with names.  And I've read
8  literally thousands of pages on these
9  various cases.  And I believe I have read
10 a report by him, but I cannot say for
11 certain.
12         MS. PITTARD:  If you -- if
13     you would verify that with J & J's
14     attorneys -- and I know -- I'm
15     sure you'll supplement it if it
16     needs to be added; right, Dawn.
17         MS. CURRY:  Correct.
18         MS. PITTARD:  Thank you.
19         MS. CURRY:  And he may be
20     thinking about the call.  Because
21     if he had reviewed it, my
22     presumption is that it would have
23     been on this updated materials
24     considered list.

Page 37

1          THE WITNESS:  That is
2      correct.  Yeah.  I'm just having
3      trouble keeping these names
4      straight.  I apologize.
5  BY MS. PITTARD:
6      Q.   Understandable.
7          Okay.  Also, I highlighted,
8  let's see, two new medical records that,
9  I believe, are new to your supplemental
10 materials considered list here.
11         And the first one is Heart
12 of Hospice, and the second one, a little
13 further down on page 2, is Tulane Cancer
14 Center.  And just to be clear, I know you
15 had previously reviewed some of those
16 records from Tulane, but it looks like
17 some additional records were provided.
18         Are you aware of any records
19 other than those two that are new to your
20 materials considered list?
21     A.   Not that I'm aware of.
22     Q.   Did these new and additional
23 records change your opinions in this case
24 in any manner?

10 (Pages 34 - 37)

Page 38

1    A.   No.  They were really at the
2 end of life, I believe, just the
3 details -- important details and not
4 related to -- nothing that would change
5 my opinion.  No.
6    Q.   So I assume there was
7 nothing in those records that you would
8 have -- that would have caused you to
9 amend or exchange your expert report?
10    A.   No, ma'am.
11    Q.   Do you have any particular
12 comments regarding those medical records?
13    A.   Not at this time, no.
14    Q.   And this is just a small
15 point --
16    MS. PITTARD:  And, Dawn,
17    maybe you'll actually answer it
18    better.
19 BY MS. PITTARD:
20    Q.   But I had underlined here
21 this pathology report from MD Anderson
22 that's Bates-numbered 00007, and, I
23 believe, in the report, it's 1.  I just
24 wanted to make sure that that was, in

Page 39

1 fact, 00001 instead of seven?
2    MS. CURRY:  Let me check.
3    I'll confirm that during the
4    deposition.
5    MS. PITTARD:  Sounds good.
6    Thank you.
7    MS. CURRY:  No problem.
8 BY MS. PITTARD:
9    Q.   All right.  Have you
10 reviewed any of Johnson & Johnson
11 corporate documents in this matter?
12    A.   No, ma'am.
13    Q.   All right.  And -- and do
14 you have any other changes or comments or
15 amendments to your materials considered
16 list?
17    A.   I do not.
18    Q.   Let me go back to the Notice
19 of Deposition, which was Exhibit 1.  I
20 happened to notice during this -- in this
21 Notice of Deposition that there were
22 several references to Accutane.  I assume
23 those were just typos as well?
24    A.   I'm sorry.  References to

Page 40

1 what?
2    Q.   Accutane?
3    MS. CURRY:  Where are you?
4    MS. PITTARD:  Page 7, 13.
5    MS. CURRY:  Oh, I -- so I
6 believe that because the
7 objections are often filed for
8 both the New Jersey MCL as well as
9 the federal cases in the MDL, they
10 put in both languages.
11    Because in New Jersey state
12 court, it would be called an
13 Accutane hearing versus a Daubert
14 or a 702.  I think that's probably
15 why that's in there but...
16    MS. PITTARD:  Okay.
17    MS. CURRY:  I believe that
18 that's the reasoning.
19    MS. PITTARD:  Thank you for
20 the clarification.  Gotcha.
21 BY MS. PITTARD:
22    Q.   There are also several
23 objections in this Notice of Deposition
24 stating that it would be unreasonable, or

Page 41

1 that it would be burdensome to disclose
2 ongoing or unpublished scientific
3 research.  And I just wanted to be clear
4 for the record.
5    You don't have any ongoing
6 or unpublished scientific research
7 related to the issues in this case, do
8 you?
9    MS. CURRY:  Object to the
10 form.
11    But you can answer.
12    THE WITNESS:  I do not.
13 BY MS. PITTARD:
14    Q.   Having had the chance to
15 review the Notice of Deposition --
16    A.   Well, I'm sorry.
17    Q.   Yeah.
18    A.   I should -- I need to
19 disclose that we do clinical -- I'm no
20 longer an academic researcher.  Singing
21 River is a community-based health system.
22    We do have a clinical
23 research department that I oversee, the
24 cancer research, but it's all -- it's all

11 (Pages 38 - 41)

Page 42

1 clinical research and it's -- it's very
2 little clinical research. None of it has
3 to do with talcum powder or any of the
4 issues in this litigation.
5          One study, for instance,
6 collects ascites and sends it up to a bio
7 bank.
8          Another study might do a
9 questionnaire on patients getting a
10 certain type of treatment.
11         That's the only research I'm
12 involved in right now.
13     Q.   Gotcha. Nothing to do with
14 the genital application of talcum powder?
15     A.   No, ma'am.
16     Q.   All right. In your recent
17 MDL deposition, which, I believe, was
18 taken earlier this month -- or I'm
19 sorry -- last month, May of 2024, you
20 were asked how many times you had
21 testified at trial. And I believe the
22 answer at that time was that you had
23 testified in Cadigan, Evans, and Matthey.
24          Any other talc -- I'm

Page 43

1 sorry -- talc trials in which you have
2 testified?
3     A.   No, ma'am.
4     Q.   Okay.
5     A.   Just those three.
6     Q.   All right. And then in
7 terms of talcum powder depositions, of
8 course, we've got those three and then
9 the Call case (ph) that you testified in
10 recently along with your general MDL
11 deposition.
12          Any others other than those
13 four depositions in the talcum powder
14 litigation?
15     A.   Not that I recall.
16     Q.   Okay. To your knowledge,
17 will you would be acting as an expert
18 witness in any other talcum
19 powder-related cases?
20          MS. CURRY: Please do not
21     disclose -- only disclose
22     information for cases in which you
23     know -- you are aware that you've
24     been disclosed as a nonexpert in

Page 44

1 the case. So nothing where you
2 haven't already either served an
3 expert report or had your
4 deposition taken or otherwise been
5 officially retained and disclosed.
6          THE WITNESS: That would be
7 a no.
8 BY MS. PITTARD:
9     Q.   Okay. Let's now turn to
10 your expert report, which I'm going to
11 drop in the chat.
12          MS. PITTARD: And I'm going
13     to introduce this as Exhibit 6.
14     It should be in the chat now.
15          (At this time, a document
16     was marked for identification as
17     Exhibit No. 6.)
18 BY MS. PITTARD:
19     Q.   And I'm going to share my
20 screen. Do you see that okay?
21     A.   Yes.
22     Q.   Okay. I'm going to go
23 first and just jump right to page 63.
24 And this is where your case specific

Page 45

1 opinions begin.
2          So you were asked in this
3 case to provide your opinion as to
4 whether Ms. Bondurant's perineal use of
5 talcum powder caused or contributed to
6 her clear cell ovarian cancer; correct?
7     A.   Correct.
8     Q.   When you are asked to
9 provide a case specific opinion, can you
10 walk us through the methodology that you
11 use in coming to those conclusions?
12     A.   Well, I look at the
13 patient's history. That's the first
14 thing, their medical records. And then
15 using all the details that are provided
16 from pages 1 through 63, try to determine
17 if there's a cause or risk factors.
18          And ultimately, we only know
19 of -- there's really only two categories
20 of causes of ovarian cancer. One is
21 genetic and the other is sporadic.
22 Outside of those two, there really is no
23 other known cause.
24          In Ms. Bondurant's case, I

12 (Pages 42 - 45)

Page 46

1 believe, she fell into the genetic
2 category. So that's what I concluded.
3     Q.   All right. And I do want to
4 talk more about that, and we will.
5         But just to kind of set the
6 table for Ms. Bondurant's history, it --
7 it -- I wanted to just point out in this,
8 I guess, second paragraph on the bottom
9 that she was diagnosed -- I'm sorry. In
10 the first paragraph in her history,
11 rather -- that she was diagnosed on
12 October 17, 2018, with malignant clear
13 cells likely of mullerian origin; is that
14 correct?
15     A.   That's correct.
16     Q.   And my understanding is that
17 she was Stage 3 at diagnosis but,
18 ultimately, progressed to Stage 4. Is
19 that your understanding as well?
20     A.   Yes.
21     Q.   And in your practice, what
22 is the typical prognosis for a patient
23 with Stage 3 clear cell ovarian cancer?
24         MS. CURRY: Object to the

Page 47

1     form.
2         THE WITNESS: Most patients
3     present with Stage 3 or Stage 4
4     disease. So she fell into the
5     majority. That would be 75 to
6     80 percent. And if the disease is
7     chemo sensitive, then patients can
8     live several years, five, six,
9     even ten years.
10        If it's chemo resistant,
11    generally the median survival is
12    18 to 24 months, which is, sadly,
13    what I believe she had, was
14    chemo -- chemo therapy resistant
15    disease.
16 BY MS. PITTARD:
17    Q.   All right. And what is the
18 prognosis for a patient who has been
19 diagnosed with Stage 4 clear cell ovarian
20 cancer?
21        MS. CURRY: Object to the
22    form.
23        THE WITNESS: Well, again,
24    it depends on if it's chemo

Page 48

1     sensitive or chemo resistant.
2     It's -- the life span tends to be
3     shorter.
4         But if it's chemo sensitive,
5     they can live for several years,
6     just as the patient with Stage 3
7     can.
8         It really all depends on
9     that factor. You can divide
10    patients into two groups. More
11    specifically, we call them
12    platinum sensitive and platinum
13    resistant. And that's a more
14    important determinant of survival
15    than the difference between
16    Stage 3 and Stage 4.
17        But Stage 4 patients tend to
18    not live as long as Stage 3, but
19    they can still live for several
20    years.
21 BY MS. PITTARD:
22    Q.   What about Stage 4 patients
23 who are chemo resistant?
24        MS. CURRY: Object to the

Page 49

1     form.
2         THE WITNESS: Their median
3     survival would be more like 18
4     months, 16 to 18 months.
5 BY MS. PITTARD:
6     Q.   When a patient is diagnosed
7 with Stage 3 clear cell ovarian cancer,
8 what treatment do you typically
9 recommend?
10        MS. CURRY: Object to the
11    form.
12        THE WITNESS: I generally
13    treat with neoadjuvant chemo
14    therapy, carboplatin and taxol or
15    carboplatin and the sister drug
16    taxol, which is Taxotere.
17        COURT REPORTER: I'm sorry.
18    Can you repeat that?
19        THE WITNESS: Yes. I
20    generally treat with carboplatin
21    and taxol or the sister drug of
22    taxol, which is Taxotere,
23    T-a-x-o-t-e-r-e.
24        And I give neoadjuvant chemo

13 (Pages 46 - 49)

Page 50

1    therapy in most cases, similar to
2    what Dr. Shank. That's chemo
3    therapy initially followed by
4    surgery.
5 BY MS. PITTARD:
6    Q.   That was my next question.
7 When is -- or let me say this.
8        In a Stage 3 patient, what
9 determines whether you do chemo therapy
10 first or surgery first?
11    A.   Really, it's the appearance
12 of the disease on the CAT scan and the
13 PET scan. And in addition to that, I'll
14 generally do a laparoscopy to assess the
15 disease. And at the time of the
16 laparoscopy, I'll place a central venous
17 port for -- I'll get biopsies, I'll
18 assess the disease, and I'll place a
19 central venous port for chemo therapy
20 because they're going to need the
21 chemotherapy either way.
22        And if -- if the CT scan
23 looks favorable and the laparoscopic
24 findings are favorable, then in those

Page 51

1 cases, I may open the patient and debulk
2 them initially right then and there.
3        But to be honest, my -- in
4 my practice of generally the -- the
5 disease appears unfavorable both on CT
6 and laparoscopy, probably nine times out
7 of ten. And the advantage of neoadjuvant
8 chemotherapy is that the measurable
9 outcomes are all improved when you give
10 neoadjuvant chemo therapy first.
11        The measurable outcomes of
12 debulking surgery, you get a higher
13 debulking -- higher optimal debulking
14 rate, lower blood loss, lower incident of
15 colostomy, a shortened ICU stay, fewer
16 transfusions.
17        So every single outcome
18 that's measurable is improved, which is
19 why I tend to lean on that approach.
20    Q.   When you mentioned that you
21 check the scans and a laparotomy for
22 conditions favorable to surgery, what
23 type of conditions would you consider
24 favorable?

Page 52

1    MS. CURRY:  Object to the
2 form.
3    THE WITNESS:  Well, when you
4 look in the abdomen at
5 laparoscopy, let's say the disease
6 seems to be confined to the pelvis
7 and it's mobile. It's not stuck
8 to anything in the omentum and
9 there's no peritoneal seeding --
10 that's s-e-e-d-i-n-g -- that is
11 where the -- you get these small
12 nodules covering the peritoneum
13 that are very difficult to remove
14 in many cases. They can be on the
15 small bowel and the colon and the
16 stomach.
17        So if the disease is
18 confined to the pelvis and mobile
19 and confined to the omentum, and
20 there's no extensive seeding,
21 then, in my opinion, they are a
22 candidate for primary debulking
23 surgery.
24        In other words, you want to

Page 53

1 be able to get all the cancer out.
2 So if I don't think I can get all
3 the cancer out, I'm not going to
4 operate.
5    I saw a patient yesterday
6 who has about a two centimeter
7 lymph node right between the
8 external iliac artery and the
9 external iliac vein that I don't
10 think I can get out. So that's
11 another example of a CT finding
12 that -- and in her case, I'm not
13 going to laparoscope her. We
14 already have a biopsy from
15 radiology.
16        But that's a disease that I
17 don't think I can get out without
18 some neoadjuvant chemotherapy. So
19 it just varies case to case.
20 BY MS. PITTARD:
21    Q.   So in Ms. Bondurant's case,
22 as you know, they -- her surgeons opted
23 to do -- sorry. Not her surgeons -- but
24 her treating physicians opted to do

14 (Pages 50 - 53)

Page 54

1 chemotherapy first.
2        Does that tell you anything
3 about the -- between that and the medical
4 records you reviewed, does that tell you
5 anything about the extent of her disease?
6        MS. CURRY:  Object to the
7    form.
8        THE WITNESS:  Yes.  They
9    said -- they said themselves it
10   was extensive and unresectable
11   based on a CT dated October 12,
12   2018.
13       So that's -- that's what she
14   presented with, and that's what
15   they had to deal with.
16       So I think they made the
17   right decision to try some
18   chemotherapy first.  The other --
19 BY MS. PITTARD:
20   Q.   And -- go ahead I'm sorry?
21   A.   The other advantage of
22 neoadjuvant chemotherapy is you get a
23 scan at the beginning, and then you get a
24 scan after -- or I get a scan after three

Page 55

1 cycles, and it sort of gives you an in
2 vivo chemo sensitivity test.
3        So in other words, we don't
4 know initially if chemotherapy is going
5 to work or not going to work.  But after
6 giving three cycles, you can compare the
7 scans and that's another way to assess
8 prognosis, as if this cancer melts away
9 and the scan looks dramatically better,
10 that's a very chemical sensitive tumor.
11       But if the cancer is very
12 little changed, or even grown after three
13 cycles of chemo, that's a very poor
14 prognostic sign.  So that's the other
15 advantage, that you have that information
16 after just about eight or nine weeks.
17   Q.   And in Ms. Bondurant's case,
18 they weren't able to do a debulking
19 surgery; is that correct?
20   A.   Correct.
21   Q.   And is that, I guess, a
22 result of the extent of the disease that
23 was present in her body?
24       MS. CURRY:  Object to the

Page 56

1    form.
2        THE WITNESS:  No.  It's --
3 I'm sorry.  I didn't mean to speak
4 over you.
5        It's more a result of it
6 being platinum resistant or
7 platinum refractory, which I
8 described earlier.  That's more
9 important than the volume of
10 disease.
11 BY MS. PITTARD:
12   Q.   Okay.  And just so I follow
13 you, how would the platinum -- and I see
14 in your report and, also, in her records
15 that she did develop platinum refractory
16 disease.  So how would that affect her
17 candidacy for her surgical intervention?
18   A.   Well, first of all, you
19 don't know that initially.  You don't
20 know that until you start treating the
21 patient.
22       I'm unaware of any test that
23 will accurately predict that, but there
24 used to be a chemo sensitivity test back

Page 57

1 in the 90's or the early 2000's.  But it
2 turned out to be not very helpful, and I
3 don't believe they offer that test
4 anymore.
5        So you don't know that --
6 that initially when you first see the
7 patient.  You don't know it until you
8 give the three cycles and repeat the scan
9 and see how they respond.
10       But if they fall into that
11 chemo refractory group, then they're not
12 going to benefit from surgery at all.
13   Q.   I see.
14   A.   Unless there's some specific
15 symptom, like, let's say, a bowel
16 obstruction that you're going to address
17 or a certain, let's say, a mass that's
18 extremely symptomatic.
19       And those surgeries can be
20 extremely morbid.  So if it's chemo
21 resistant, we tend to try to avoid
22 surgery because surgery is not likely to
23 be of any help.  And it's also likely to
24 result in suboptimal debulking.

15 (Pages 54 - 57)

Page 58

1          Chemo resistant patients
2 tend of to end up with suboptimal
3 debulking, which is -- puts them into
4 another poor prognosis category.  And a
5 suboptimal debulking doesn't really
6 improve survival.  You can only improve
7 survival if you can get the bulk of the
8 tumor out.
9          Q.   Given the fact that
10 Ms. Bondurant was -- did turnout to be
11 platinum resistant and was not a
12 candidate for debulking surgery, how
13 would you define her prognosis at that
14 point?
15          MS. CURRY:  Object to the
16     form.
17          THE WITNESS:  I'm sorry.
18     Can you repeat that?
19 BY MS. PITTARD:
20     Q.   Sure.  In, let's say, July
21 of 2019, after several rounds of therapy,
22 when Ms. Bondurant was found to be
23 platinum -- have platinum refractory
24 disease and not be candidate for

Page 59

1 debulking surgery, how would you
2 characterize her prognosis at that point?
3     A.   Oh, I'd say it's four --
4 there are probably six -- between six and
5 ten chemotherapy regimens that she'll
6 likely go through, and she may respond a
7 little bit to each one or to select ones,
8 but she's going to go through multiple
9 different drugs and, ultimately, die.
10          Usually -- it varies, but,
11 usually, within a year or so from that
12 point, she would be -- she would succumb
13 to the disease.
14          So she actually lived longer
15 than I would have expected, a little bit
16 longer, from July of 2019 to September of
17 2020.  So she may have responded to some
18 of the treatments.
19     Q.   Okay.  Do you have any
20 comments or any criticisms regarding the
21 care that Ms. Bondurant received from her
22 medical providers?
23     A.   No, not at all.  Her care
24 was excellent.

Page 60

1     Q.   Would you have recommended
2 anything different for her?
3     A.   No, ma'am.
4     Q.   I'm going to jump back up to
5 page 7 of your report under the heading
6 risk Factors For Ovarian Cancer.
7          Based on your report, would
8 you agree that the cause of ovarian
9 cancer is multifactorial?
10          MS. CURRY:  Object to the
11     form.  And also, this is starting
12     to trend into general cause
13     opinions, which have already been
14     covered extensively during his
15     prior deposition.
16          MS. PITTARD:  If you would
17     just allow me to set the table for
18     this line of questioning, it will
19     come back around to Ms. Bondurant.
20     But I want to explore, I guess,
21     opinions on these -- on these risk
22     factors in preparation for that
23     line of questions.
24          MS. CURRY:  If you can frame

Page 61

1     it in terms of Ms. Bondurant's
2     risk factors, then I'm fine with
3     that.  Well, potential risk
4     factors.
5          MS. PITTARD:  Sure.
6 BY MS. PITTARD:
7     Q.   Dr. Finan, in your expert
8 report here, you talk about different
9 risk factors including genetic, family
10 history, environmental, reproductive, and
11 other; correct?
12     A.   Yes.
13     Q.   And are these, I guess,
14 categories of risk factors that you
15 considered in Ms. Bondurant's case?
16     A.   Yes.
17     Q.   Is it your opinion that in a
18 patient like Ms. Bondurant that ovarian
19 cancer is multifactorial?
20          MS. CURRY:  Object to the
21     form.
22          THE WITNESS:  Well, there's
23     only two known causes.  One is
24     genetic and the other is sporadic.

16 (Pages 58 - 61)

Page 62

1    In Ms. Bondurant's case, she
2    had a genetic cause.
3        Sporadic means we don't know
4    the cause. We don't know the
5    cause of over 95 percent of
6    cancers. We don't know the cause
7    of bladder cancer, kidney cancer,
8    liver cancer, stomach cancer,
9    cancer of the ovary, cancer of the
10   endometrium. Outside of genetics,
11   we don't know cause of most
12   cancers.
13   BY MS. PITTARD:
14   Q.   And to be fair, there are
15   others in your field of belief that there
16   are other causes of ovarian cancer;
17   correct?
18       MS. CURRY: Object to the
19   form.
20   BY MS. PITTARD:
21   Q.   Regarding talcum powder use?
22       MS. CURRY: Object to the
23   form.
24       THE WITNESS: I'm sorry.

Page 63

1    Can you repeat that?
2    BY MS. PITTARD:
3    Q.   Sure. You stated that there
4    are only two causes of ovarian cancer and
5    that they're genetic or sporadic.
6        And I just wanted to clarify
7    that, to be fair, there are those in your
8    field who would disagree with that;
9    correct?
10   A.   Correct.
11       MS. CURRY: Object to the
12   form.
13   BY MS. PITTARD:
14   Q.   And who would feel that
15   there may be other causes for ovarian
16   cancer other than genetic or sporadic?
17       MS. CURRY: Object to the
18   form.
19       THE WITNESS: That is
20   correct.
21   BY MS. PITTARD:
22   Q.   In your report here, you
23   discuss genetics and family history
24   starting on page 7 and, specifically,

Page 64

1    BRCA1 and 2 mutations; correct?
2    A.   Correct.
3        MS. PITTARD: I'm going to
4    put up on the screen what I'm
5    going to mark as Exhibit 7, and
6    that is Ms. Bondurant's genetic
7    testing. It should be in the chat
8    now. And I'll also put it on my
9    screen.
10       (At this time, a document
11   was marked for identification as
12   Exhibit No. 7.)
13   BY MS. PITTARD:
14   Q.   Are you able to see this
15   document with Ambry Genetics at the top?
16   A.   Yes.
17   Q.   Let's see -- under -- under
18   this genetic testing document, the title
19   is BRCA1/2 Analyses With Cancer
20   Next-Expanded; correct?
21   A.   That is correct.
22   Q.   Okay. And is it your
23   understanding that based on this
24   document, Ms. Bondurant tested negative

Page 65

1    for the BRCA1 and 2?
2    A.   That is correct.
3    Q.   There's also no indication
4    in this document that she had Lynch
5    syndrome; correct?
6    A.   That is --
7        MS. CURRY: Object to the
8    form.
9        THE WITNESS: That is
10   correct.
11   BY MS. PITTARD:
12   Q.   There was a pathological
13   variant in the SDHA gene; isn't that
14   right?
15   A.   That's right.
16   Q.   Okay. I wanted to now
17   introduce -- let's see -- not
18   introduce -- but point you to page 30 of
19   this same document, Exhibit 7, where it
20   talks about the title, at least, is
21   "Understanding Your Positive SDHA Genetic
22   Test Result."
23       Do you see what page I'm on?
24   A.   I do.

17 (Pages 62 - 65)

Page 66

1      Q.   Okay.  And then it says,
2  "Four things to know:  No. 1, your
3  testing shows that you have a pathogenic
4  mutation or a variant that is likely
5  pathogenic in the SDHA gene."
6          "No. 2, noncancerous tumor
7  and cancer risks:  You have an increased
8  chance to develop paragangliomas, in
9  paren, PGLs, pheachromocytomas, in paren,
10  PCCs, gastrointestinal stromal tumors, in
11  parenthesis GISTs, and kidney cancer."
12      Is that your understanding
13  of an SDHA genetic variant or genetic
14  mutation?
15          MS. CURRY:  Object to the
16      form.
17          THE WITNESS:  Yes.
18  BY MS. PITTARD:
19      Q.   And then I also wanted to,
20  on the same topic, share with you the
21  genetic counseling letter that appeared
22  in Ms. Bondurant's records.  I'm going to
23  pull that up and share it on the screen
24  as well.

Page 67

1          (At this time, a document
2      was marked for identification as
3      Exhibit No. 8.)
4  BY MS. PITTARD:
5      Q.   And, again, I've highlighted
6  this just in the interest of time.
7  Doesn't seem to be coming up.  Let me
8  try again.  Okay.  Do you see the
9  document with Tulane at the top?
10      A.   I do.
11      Q.   Okay.  And it's dated
12  February 12, 2019?
13      A.   Correct.
14      Q.   I'm going to scroll down to
15  the page that's Bates-labeled 1629, and I
16  believe, you discussed this genetic
17  counseling letter or note in your expert
18  report as well; correct?
19      A.   Yes.
20      Q.   Okay.  And just to read it
21  into the record, "The CancerNext Expanded
22  panel from Ambry", which included 67
23  genes related to hereditary cancer
24  syndromes revealed no positive results

Page 68

1  related to her ovarian cancer or other
2  reported cancers in her family history.
3          This decreased the
4  likelihood that her ovarian cancer is due
5  to a strong hereditary factor in the
6  family; although, family members,
7  including her three daughters, should be
8  monitored carefully since hereditary is
9  never 100 percent sensitive.
10          However, a likely pathogenic
11  variant was discovered in the SDHA gene,
12  which is associated with a hereditary
13  susceptibility to neuroendocrine tumors
14  such as paraganglioma, pheochromocytoma,
15  as well as pituitary gland tumors and
16  gastrointestinal stromal tumors, open
17  paren, GIST, closed paren.
18          We discussed that the risk
19  for this particular gene tend to be low
20  compared to other genes associated with
21  these tumors with only 10 percent of
22  individuals with SDHA mutations
23  developing any tumors by age 70.
24          In addition, the risk of any

Page 69

1  of these SDHA related tumors becoming
2  malignant is, thankfully, very low.
3          Now, as I recall, you cited
4  a portion of this statement in your
5  expert report; correct?
6      A.   I did.
7      Q.   Okay?  And just to be
8  clear -- and I really want to focus on
9  the second-to-last sentence -- "We
10  discussed that the risk for this
11  particular gene tend to be low compared
12  to other genes associated with these
13  tumors with only 10 percent of
14  individuals with SDHA mutations
15  developing any tumors by age 70."
16          Now, my reading of this
17  would indicate that the tumors the
18  counselor is talking about here are these
19  neuroendocrine tumors such as the
20  paraganglioma and the pheochromocytoma.
21  Is that the way you read it as well?
22          MS. CURRY:  Object to the
23      form.
24          THE WITNESS:  No.  The way I

18 (Pages 66 - 69)

Page 70

1  read it is only 10 percent of
2  individuals with SDHA mutations
3  developing any tumors by age 70,
4  and that's strengthened by the
5  fact that she says in the first
6  paragraph this decreases the
7  likelihood. She doesn't say it
8  eliminates the likelihood. She
9  carefully says this decreases the
10  likelihood of her ovarian cancer
11  due to the strong hereditary
12  factor in the family.
13      She also says genetic
14  testing is never 100 percent
15  sensitive. So she clearly says
16  only 10 percent of individuals
17  with SDHA mutations developing any
18  tumors by age 70, any tumors.
19      And if I had a patient -- if
20  this patient had come to me with a
21  test and that family history, and
22  she did not have cancer and she
23  was 59, I would recommend that she
24  have her ovaries out.

Page 71

1      That family history combined
2  with this test, laparoscopic
3  surgery, she goes home the same
4  day, it's minimally invasive, it's
5  like having a tubal. If she had
6  had that done, she'd still be
7  alive.
8      And if I had this test and
9  that family history, that's what I
10  would recommend.
11 BY MS. PITTARD:
12      Q.  I'm sorry. Say again what
13  you would have recommended that she do
14  that you think would have saved her life?
15      A.  Have the laparoscopic
16  bilateral salpingo-oophorectomy. Removal
17  of the --
18      COURT REPORTER:  Bilateral
19  what?
20      THE WITNESS:  Bilateral
21  salpingo-oophorectomy. It's the
22  removal of the tubes and ovaries.
23      Q.  Okay. Well, she had already
24  had her tubes removed; right?

Page 72

1      A.  I said if she had come to me
2  without cancer, if she had come to me at
3  the age of 59 and did not have cancer.
4      Q.  I see.
5      A.  I said I would recommend
6  that she have a prophylactic removal of
7  her tubes and ovaries.
8      Q.  I see. And I misunderstood.
9  I thought you meant that when she
10  received these results that what you
11  would have recommended.
12      A.  No. What I was saying was
13  that if she had -- if she did not have
14  cancer and she came to me at the age of
15  59 cancer free, and she had this result
16  and her family history, no question. I
17  would recommend that she have her tubes
18  and ovaries removed.
19      Q.  Right. And in fairness,
20  based on her daughter's deposition, she
21  did think she had her ovaries removed;
22  right?
23      A.  Right.
24      Q.  Yeah. So you know, I guess

Page 73

1  that's why they say hindsight is 20/20.
2      A.  In 50 percent of cases,
3  women her age do.
4      Q.  You cut out a little bit.
5  Can you repeat it?
6      A.  In 50 percent in cases, in
7  my experience, women at her age, their
8  history of what surgery they had with
9  regards to their tubes and ovaries is
10  inaccurate.
11      Half -- literally half of
12  the patients I operate on, they either
13  think -- they think they had both ovaries
14  and they're missing one or they think
15  they had them out and there's still one
16  or two there. The -- I think it's
17  becoming less common in the younger
18  generations, but that's 50 percent is
19  accuracy of that personal history in her
20  age group.
21      Q.  Well, and, in fairness, she
22  wouldn't have had have these results if
23  she didn't have cancer; right? I mean,
24  unfortunately, this isn't something most

19 (Pages 70 - 73)

Page 74

1  people have until after the fact?
2      A.   No, actually --
3          MS. CURRY:  Object to the
4      form.
5          THE WITNESS:  -- based on
6      our cancer risk assessment, if she
7      were 45 and come in getting a
8      mammogram, she'd have these
9      results and she would have been
10     referred to me for counseling.
11 BY MS. PITTARD:
12     Q.   Well, we are all thankful
13 for those types of developments in cancer
14 risk assessment.  Unfortunately, I guess,
15 it's too late for Ms. Bondurant.
16         But going back to our
17 discussion about the counseling.  I do
18 want to -- and, perhaps, this is just a
19 point that we'll have to agree to
20 disagree on, but I do want to go back to
21 the discussion of tumors where it says
22 that the risk for this gene tend to be
23 low compared to other genes associated
24 with these tumors.

Page 75

1          And they're talking about
2  the tumors in that paragraph, and only
3  10 percent with SDHA mutations develop
4  any tumors by age 70?
5      A.   So why didn't she say these
6  again?
7          MS. CURRY:  Sorry.  She
8      hasn't asked an actual question
9      yet, Dr. Finan.  Just wait for the
10     question.
11 BY MS. PITTARD:
12     Q.   In addition, the risk of any
13 of these SDHA related tumors becoming
14 malignant is, thankfully, very low.
15         So wouldn't you agree that
16 she's talking here about developing any
17 of these SDHA related tumors?
18         MS. CURRY:  Object to the
19     form; asked and answered.
20         THE WITNESS:  She did not
21     say only 10 percent of individuals
22     with SDHA mutations developing
23     any -- these tumors.  She said any
24     tumors.

Page 76

1          And she said the risk of any
2      of these SDHA related tumors
3      becoming malignant is very low.
4      She didn't say it was zero.
5  BY MS. PITTARD:
6      Q.   Okay.
7      A.   I've cited -- I've cited a
8  paper by Sia that references a patient
9  with clear cell ovarian cancer with a
10 SDHA mutation.
11     Q.   Well, that's actually my
12 next exhibit.  So we'll get to that.  But
13 let's finish this one up first.
14         Down on page -- down on the
15 bottom of page 1630, it says there was
16 also a variant of unknown significance in
17 the PTCH1 gene associated with Gorlin
18 syndrome and unlikely to be relevant to
19 Linda or her family.
20         Now, are you aware in your
21 research of any association between the
22 PTCH1 gene and ovarian cancer?
23     A.   No, but variants of unknown
24 significance are, you know, genetics is a

Page 77

1  constantly changing field.  New genes are
2  being associated with diseases on an
3  annual basis.
4          If you look at genetic
5  testing 20 years ago, we had the BRCA1
6  and the BRCA2 gene.  And if you look at a
7  time line over the last 20 or so years,
8  you'll see that every year, or every few
9  years new genes were added to the list of
10 ones that are associated with ovarian
11 cancer.  And we expect that to continue
12 going forward.
13         So that's why you can't --
14 you can't say with certainty that these
15 genes are unrelated.  And I'm not just
16 looking at these genes.  You're looking
17 at them in isolation, and I'm looking at
18 them in combination with her family
19 history.
20     Q.   As far as the state of the
21 research in the literature today, is
22 there any literature associating the
23 PTCH1 gene with clear cell ovarian
24 cancer?

20 (Pages 74 - 77)

Page 78

1    A.   No.
2    Q.   Does Gorlin syndrome have
3 anything to do with ovarian cancer?
4    A.   Not to my knowledge.
5    Q.   I'm now going to share
6 Exhibit 9, which is the Sia case that you
7 just referenced.
8        (At this time, a document
9        was marked for identification as
10       Exhibit No. 9.)
11       MS. PITTARD:  And just for
12    the record, this is an article --
13    this is an article by Tiffany Sia,
14    S-i-a, dated 2022.
15 BY MS. PITTARD:
16    Q.   Which was cited in your
17 expert report as well, right, Dr. Finan?
18    A.   That is correct.
19    Q.   And I believe the reference
20 in your report was to Table 2, which is
21 on page 17.
22       To be clear, I have
23 suggested that this was your reference
24 because this was the only place in this

Page 79

1 paper where I saw SDHA germline mutation
2 referenced.  Am I right about that?
3       MS. CURRY:  Object to the
4    form.
5       THE WITNESS:  I don't see --
6    all I see is your file.  The
7    screen you're sharing is a list of
8    files.
9 BY MS. PITTARD:
10    Q.   All right.  Let me try
11 again.
12    A.   There we go.
13    Q.   Okay.  So this is Table 2 on
14 page 17, and the reference you make in
15 your report, I believe, is to Patient
16 No. 9.  And the reason, you know, as I
17 said that I believe this is the reference
18 that you -- or the table you're
19 referencing is because it's the only
20 place in this entire article where SDHA
21 is mentioned.  Is that true to your
22 recollection?
23       MS. CURRY:  Object to the
24    form.

Page 80

1       THE WITNESS:  I can't -- I
2    don't have a copy of the whole
3    paper in front of me.  I'll take
4    your word for it.  I don't -- I
5    need a copy of the article to say
6    that's the only place they cited.
7    I'll trust you on that.
8 BY MS. PITTARD:
9    Q.   Sure.  I appreciate that.
10 And also, the document is available to
11 you in the chat as well if you wanted to
12 pull it up.
13    A.   Yeah.  That's not working
14 for me today for some reason but...
15    Q.   Okay.
16    A.   I have a copy of it.  So I'm
17 good.  I trust you.
18    Q.   So on Table 2, there are 16
19 patients listed.  And Patient 9 is the
20 only one with an SDHA mutation; isn't
21 that correct?
22    A.   That's correct.
23    Q.   Now, the authors in Sia
24 don't make any effort to establish a

Page 81

1 causation or any association, even,
2 between SDHA and clear cell carcinoma, do
3 they?
4    A.   They do not.
5       MS. CURRY:  Object to the
6    form.
7       THE WITNESS:  They do not.
8    That was not the purpose of their
9    paper.  This was a paper talking
10    about immunotherapy.
11 BY MS. PITTARD:
12    Q.   They don't attribute any
13 significance to the fact that Patient 9
14 had both SDHA gene and clear cell
15 carcinoma?
16    A.   No.
17       MS. CURRY:  Object to the
18    form.  Sorry.
19 BY MS. PITTARD:
20    Q.   All right.  Let's go now
21 to --
22       MS. PITTARD:  I'm going to
23    introduce as Exhibit 10 and put it
24    in the chat first.

21 (Pages 78 - 81)

Page 82

1           (At this time, a document
2       was marked for identification as
3       Exhibit No. 10.)
4   BY MS. PITTARD:
5       Q.   Exhibit 10 are the NCNN
6   guidelines?
7       A.   That would be NCCN.
8       Q.   Oh, I'm sorry.  I said NCNN.
9           NCCN guidelines.  And based
10  on your prior deposition testimony, you
11  consider NCCN a reliable source, don't
12  you?
13      A.   Yes.
14      Q.   In fact, you cite it in your
15  report?
16      A.   That is correct.
17      Q.   I'm just going to jump down
18  to page 70.  This is a 240-page document.
19  So in the interest of time, I highlighted
20  the topics that I'd like to discuss with
21  you, and it's here.  "Risk Factors For
22  Ovarian Cancer" is the heading at the
23  top; correct?
24      A.   That's correct.

Page 83

1       Q.   Okay.  Now, in this section
2   on risk factors for ovarian cancer, NCCN
3   has not recognized SDHA as a pathogenic
4   mutation for ovarian cancer, have they?
5       A.   No.
6       Q.   And similarly, the PTCH1
7   mutation has not been listed as a risk
8   factor by NCCN?
9       A.   No.  But in all fairness to
10  them, they give examples -- they do not
11  declare that this is authoritative or
12  complete list, and they do state studies
13  testing large panels of genes have found
14  that 3 to 8 percent of patients with
15  ovarian cancer carry mutations in genes
16  other than BRCA1 and BRCA2.
17          And again, this is a
18  constantly evolving field, and it's not
19  just the gene mutation in isolation.
20  That plus their family history.
21      Q.   And I believe I see where
22  you're referencing in this document,
23  which is the top of page MS 4.
24          And in that paragraph that

Page 84

1   says, Germline mutations in a variety of
2   other genes have been associated with
3   increased risk of ovarian cancer, e.g.,
4   ATM, BRIP1, NBN, PALB2, STK11, RAD51C,
5   RAD51D.
6           They do not list PTCH1;
7   correct?
8       A.   They do not.
9       Q.   Right.  And scrolling back
10  up to the bottom of page MS 3, "Family
11  history, primarily patients having two or
12  more first-degree relatives with ovarian
13  cancer, including linkage with BRCA1 and
14  BRCA2 genotypes, and then, open paren,
15  hereditary breast and ovarian cancer,
16  HBOC syndrome, closed paren, or families
17  affected by Lynch syndrome, open paren,
18  hereditary none polyposis, colorectal
19  cancer, HNPCC syndrome, is associated
20  with increased risk of ovarian cancer,
21  particularly early onset disease."
22          Now, in the case of
23  Ms. Bondurant specifically, we already
24  established that she did not have a BRCA1

Page 85

1   or 2 mutation; correct?
2       A.   Correct.
3       Q.   And she also did not have
4   Lynch syndrome?
5       A.   Correct.
6       Q.   Okay.  And so let's talk,
7   then, about family history, and this is
8   primarily patients having two or more
9   first-degree relatives with ovarian
10  cancer.
11          And you set out in your
12  expert report, which I'm going to go back
13  to now, Exhibit 6.  On page 64, you set
14  out her family history as we know it,
15  breast cancer in a maternal aunt, breast
16  cancer in her mother, lymphoma in her
17  brother, lymphoma in her maternal
18  grandmother, ovarian cancer in her
19  maternal aunt, and pancreatic cancer in a
20  maternal cousin; correct?
21      A.   Correct.
22      Q.   Which of the relatives on
23  this list are considered first-degree
24  relatives?

22 (Pages 82 - 85)

Page 86

1    A.    The mother and the brother.
2    Q.    Okay.  And neither of them
3 have ovarian cancer; right?
4    A.    Correct.
5    Q.    The NCCN stated that two or
6 more first-degree relatives with ovarian
7 cancer would be considered a relevant
8 family history.
9         Are there two or more
10 first-degree relatives with ovarian
11 cancer on this list?
12    A.    No.
13         MS. PITTARD:  Okay.  I want
14    to now introduce Exhibit 11.
15         (At this time, a document
16    was marked for identification as
17    Exhibit No. 11.)
18 BY MS. PITTARD:
19    Q.    Exhibit 11 is an article
20 that was published by UpToDate.  And I
21 believe UpToDate is a source that you use
22 as well, isn't it?
23         MS. CURRY:  Object to form.
24         THE WITNESS:  It is.

Page 87

1 BY MS. PITTARD:
2    Q.    You would consider it a
3 reliable source?
4    A.    It is reliable.
5    Q.    Now -- and I'll give you
6 time if you would like to review this.
7         But to your knowledge and
8 based on this article, SDHA is not been
9 recognized by UpToDate as a pathogenic
10 mutation for ovarian cancer, has it?
11         MS. CURRY:  Object to the
12    form.
13         THE WITNESS:  No.
14 BY MS. PITTARD:
15    Q.    And PTCH1 mutation has not
16 been listed as a risk factor either?
17         MS. CURRY:  Object to form.
18         THE WITNESS:  No.
19 BY MS. PITTARD:
20    Q.    All right.  Turning now to
21 ACOG Practice Bulletin.
22         MS. PITTARD:  Which I'm
23    going to introduce as Exhibit 11,
24    and I will drop that in the chat

Page 88

1 as well.
2         COURT REPORTER:  I think
3    it's 12.
4         MS. CURRY:  I think it's 12.
5         MS. PITTARD:  12.  Thank
6    you.
7         (At this time, a document
8    was marked for identification as
9    Exhibit No. 12.)
10 BY MS. PITTARD:
11    Q.    Now, this ACOG Practice
12 Bulletin, can you see it on your screen
13 okay?
14    A.    Yes.
15    Q.    Okay.  It's dated
16 September 2017, but I would represent to
17 you that it's been reaffirmed in 2021.
18 Do you have any disagreement with that
19 statement?
20    A.    No.
21    Q.    Okay.  ACOG is also a source
22 that you consider reliable, isn't it?
23    A.    Yes.
24    Q.    And in this ACOG Practice

Page 89

1 Bulletin, they discuss BRCA1 and 2,
2 founder BRCA mutations.
3         And then in this Table 1,
4 they've got this really helpful chart
5 of -- I'm sorry -- genetic mutations --
6 I'm trying to blow it up -- associated
7 with this hereditary breast and ovarian
8 cancer syndrome.
9         And, Dr. Finan, is SDHA
10 listed anywhere on Table 1 as a genetic
11 mutation associated with hereditary
12 breast and ovarian cancer syndrome?
13    A.    Not that I see there, no.
14    Q.    And is PTCH1 mutation listed
15 as a risk factor or a genetic mutation?
16    A.    No.
17    Q.    In your experience, how many
18 genes have been associated with ovarian
19 cancer?
20         MS. CURRY:  Object to the
21    form.
22         THE WITNESS:  Roughly 25.
23 BY MS. PITTARD:
24    Q.    And Ms. Bondurant had a 67

23 (Pages 86 - 89)

Page 90

1  gene panel; correct?
2      A.    Correct.
3      Q.    Going back to
4  Ms. Bondurant's family history -- and I
5  know we said that we would tab into that
6  a little deeper.  So I would like to go
7  back to that now and pull up your report
8  again.
9          In your opinion, does her
10  maternal aunt's ovarian cancer increase
11  her risk of ovarian cancer herself?
12      A.    Not in isolation, but in
13  combination with the aunt that had breast
14  cancer, the mother with breast cancer,
15  and the cousin with pancreatic cancer,
16  those four together along with the SDHA
17  mutation, along with the PTCH1 gene,
18  you're trying to look at these issues in
19  isolation.  And you can't practice
20  medicine by Googling something on
21  UpToDate.
22          We practice medicine based
23  on multiple years of training, more than
24  a decade in my case and 30 plus years of

Page 91

1  experience in my case.  You cannot look
2  at a single family member in isolation.
3  It's the whole picture, the puzzle that
4  comes together in her case.
5          That family screams familial
6  cancer syndrome.  It's the whole picture.
7  It's not one aunt or one mom.  It's the
8  maternal aunt with breast cancer.  The
9  mother with breast cancer.  The aunt with
10  ovarian cancer.  The cousin with
11  pancreatic cancer.  There's a family
12  syndrome there.
13          And again, if she had come
14  to me with that SDHA mutation as a result
15  of our cancer risk assessment -- let's
16  say she was at the age of 50 -- I would
17  recommend taking her ovaries out.  And
18  I'm recommending that based on a familial
19  genetic --
20          My suspicion based on 30
21  plus years of experience, based on being
22  a practicing gynecological oncologist,
23  not just Googling UpToDate or an ACOG
24  article that lists something and tells me

Page 92

1  what to do, I would recommend she have
2  her ovaries out.  It's a very simple
3  operation, and she would still be alive
4  today if she had seen me.  And she would
5  have had this test if she had gotten a
6  mammogram in our system.
7      Q.    Dr. Finan -- and I certainly
8  admire the risk assessment you did.
9  Again, I wish that Ms. Bondurant had had
10  that opportunity -- but -- and certainly,
11  certainly respect your three decades of
12  practice.
13          But you know, in a case like
14  this, we really have to have a --
15  something we can show a jury.  And so
16  what I'm asking you for is, besides
17  your -- your practice, is there any type
18  of literature that you could point to
19  that would -- that would help us
20  understand how this particular family
21  history would lead you to the conclusion
22  that she had familial cancer syndrome?
23          MS. CURRY:  Object to the
24      form.

Page 93

1          THE WITNESS:  Well, again,
2  I'll go through it, and I'll site
3  the Sia article, which has a
4  patient, Patient No. 9, with clear
5  cell ovarian cancer and a SDHA
6  mutation.
7          She has a maternal aunt with
8  breast cancer, a mother with
9  breast cancer, an aunt with
10  ovarian cancer, a cousin with
11  pancreatic cancer.  I don't know
12  how much more clear I can make it.
13          That family history along
14  with two genetic mutations tells
15  me as a clinician, not as a
16  Googler, but as a clinician, that
17  this lady is at high risk for
18  ovarian cancer, higher than the
19  general population, and that it's
20  likely a genetic syndrome.
21          Again, new findings -- if
22  you go back and take a look at the
23  abstract that ACOG, committee
24  opinion, in the abstract, they say

24 (Pages 90 - 93)

Page 94

1  that new findings in genetics are
2  occurring all the time. I'm
3  paraphrasing there.
4      So they even point out that
5  their list is not complete and
6  authoritative because it changes
7  every year or every two years.
8  And all that Dr. Sia has to find
9  out is that Ms. Bondurant had a
10  clear cell cancer and a SDHA
11  mutation, and he'll be writing an
12  article, a series -- a case series
13  polling the rest of gynecological
14  oncologists across the county,
15  have you seen any patients with
16  clear cell and SDHA mutations.
17  That's how new discoveries are
18  made.
19  BY MS. PITTARD:
20      Q.  And we talked about Dr.
21  Sia's article, and she did not associate
22  SDHA with clear cell carcinoma, did she?
23      A.  She probably --
24          MS. CURRY: Object to form.

Page 95

1          THE WITNESS: -- doesn't
2  know about -- I'm sorry.
3          She probably doesn't know
4  about Ms. Bondurant's case.
5  BY MS. PITTARD:
6      Q.  Well, that's, I mean, to be
7  fair, that's speculation on your part;
8  right?
9      A.  We're going to have to agree
10  to disagree. This patient had a -- has a
11  family history of a -- of being at
12  increased risk for ovarian cancer due to
13  a genetic mutation.
14      Q.  And other than Sia -- I'm
15  sorry. Go ahead.
16      A.  I made my opinion crystal
17  clear.
18      Q.  And had -- let me kind of
19  ask it a different way or ask a different
20  question.
21          If you had a colleague or,
22  let's say, a family member who wanted to
23  read up on familial cancer syndrome other
24  than the Sia paper, where would you point

Page 96

1  them?
2      A.  Well, again, I don't -- I
3  don't practice medicine based on Google,
4  and I'm not going to recommend to a
5  colleague that they practice medicine
6  based upon Google. I'm simply not going
7  to do it.
8          They can look at NCCN. They
9  can look at UpToDate. They can go to the
10  same resources that I cited in my 70-some
11  plus page expert opinion.
12      Q.  I just didn't see any
13  sources in your expert opinion to support
14  a finding of, you know, familial cancer
15  syndrome in this case scenario. So I
16  guess that's what I'm asking for.
17      A.  I'm going to need a break.
18  I'm sorry.
19          MS. PITTARD: Sure.
20          (At this time, a short break
21          was taken.)
22  BY MS. PITTARD:
23      Q.  Dr. Finan, are you aware of
24  any association between a family history

Page 97

1  of lymphoma non-Hodgkin's lymphoma and
2  ovarian cancer?
3      A.  No.
4      Q.  Are you aware of any
5  association in the literature associating
6  family history of pancreatic cancer with
7  ovarian cancer?
8      A.  Yes.
9      Q.  Where would I find that
10  source?
11      A.  Practice gynecologic
12  oncology for 30-some odd years.
13      Q.  Okay. But just to go back
14  to my question, I believe my question
15  was: Are you aware of any literature
16  that would suggest an association between
17  pancreatic cancer and ovarian cancer?
18      A.  Oh, no, ma'am. Not
19  everything we do is in the literature,
20  though. Trust me. Come spend a day with
21  me.
22      Q.  Have you ever diagnosed
23  someone with family -- or I'm sorry --
24  what you refer to as familial cancer

25 (Pages 94 - 97)

Page 98

1 syndrome who is negative for BRCA1 and 2
2 as well as Lynch syndrome?
3      A.   Absolutely.  We --
4      Q.   And is that something
5 that -- I'm sorry.  I didn't mean to
6 interrupt you.
7      A.   We do it all the time.
8      Q.   Is that something you note
9 in their medical records, the family
10 cancer syndrome?
11     A.   Yes.
12     Q.   How often does that happen
13 in your practice?  Let me clarify my
14 question.
15          How often in your practice
16 have you diagnosed a women with familial
17 cancer syndrome with BRCA1 and 2 negative
18 and did not have Lynch syndrome?
19          MS. CURRY:  Ever in his 30
20     years are you referring to.
21          MS. PITTARD:  Yes.
22          MS. CURRY:  Okay.
23          THE WITNESS:  I would say it
24     happens a handful of times a year,

Page 99

1      two to five times a year.
2 BY MS. PITTARD:
3      Q.   And, again, that's based on
4 your -- and this is just so I'm clear,
5 that if there is a source, I'm aware of
6 it.  But you don't have -- there's not a
7 source that you use as a guideline for
8 that, but it's based on your practice and
9 experience; correct?
10     A.   Well, all of the sources --
11 all of the sources, I believe, state that
12 genetic testing is not perfect.  It's not
13 comprehensive.  New developments are
14 being made every year, and that we have
15 to use our clinical judgment.
16          Even the testing has
17 disclaimers like that.  So -- at least
18 the testing we use, the Myriad testing.
19 I get letters -- I get a
20 letter from Myriad Genetics on an
21 occasional basis on a patient who has
22 tested ten or more years ago and had a --
23 a VUS, a variant of undetermined
24 significance.  And that letter tells me,

Page 100

1 hey, Dr. Finan, this is now significant.
2 We've discovered -- we made a discovery
3 that this gene is associated with these
4 diseases or these cancers.
5      Q.   But in terms -- and I
6 understand that and appreciate that, but
7 my question really is:  Is there some
8 source that you look to in addition to
9 your experience?  Is there any type of
10 publication or checklist that would
11 provide some type of guidance or protocol
12 for diagnosing familial cancer syndrome?
13          MS. CURRY:  Object to form.
14          THE WITNESS:  There is an
15     NCCN publication specifically on
16     familial cancer syndromes, breast
17     and ovarian.  And that's the one I
18     rely on.
19 BY MS. PITTARD:
20     Q.   And which one is that?
21     A.   It's the NCCN guidelines on
22 familial ovarian and breast cancer
23 syndromes.
24     Q.   And is that different than

Page 101

1 the one we looked at earlier?
2      A.   Yes.  The one you looked at
3 was the ovarian cancer guidelines.
4      Q.   Okay.
5      A.   There's one specifically on
6 genetics.
7      Q.   Let's see.  Would you point
8 me to that in your -- I'm going to pull
9 your report back up so you can point me
10 to it.
11     A.   I'm not sure I cited that.
12     Q.   Oh, okay.  Is that something
13 that you can provide us with?
14     A.   I believe your question was
15 what do I rely on in my practice.
16     Q.   Oh.  Well, let's say there's
17 a new -- a new practitioner who wants a
18 resource on familial cancer syndrome and
19 wants to see what the guidelines are.  It
20 sounds like you believe there's an NCCN
21 article?
22     A.   There is an NCCN set of
23 guidelines.
24     Q.   I'm sorry.  I didn't mean to

26 (Pages 98 - 101)

Page 102

1 talk over you.
2          Can you provide me with
3 that? It can be after the deposition.
4          MS. CURRY: Could you just
5     make your request in writing and
6     then we can respond appropriately.
7          MS. PITTARD: Yes. Sure.
8     Just haven't -- haven't seen that.
9 BY MS. PITTARD:
10    Q.   Or, at least, I haven't seen
11 what I understand you to be describing.
12 So yes, I'd like to see a copy of it.
13 Thank you.
14          In terms of the
15 salpingo-oophorectomy that you mentioned
16 as a recommendation to Ms. Bondurant, she
17 wouldn't fall under any of the public or,
18 rather, published guidelines for risk
19 producing BSO, would she?
20          MS. CURRY: Object to the
21     form.
22          THE WITNESS: No. Again,
23     those guidelines are not meant to
24     be comprehensive and rigid. We

Page 103

1     are to use our clinical judgment
2     and 30-plus years of experience.
3     You can't practice -- you can't
4     just practice based on lists and
5     flowcharts. If we could, we could
6     be easily replaced by machines,
7     wouldn't we?
8 BY MS. PITTARD:
9     Q.   There are long term, you
10 know, significant numbers of outcomes to
11 BSO's; correct?
12          MS. CURRY: Object to the
13     form.
14          THE WITNESS: If -- if
15     performed at a young age, yes.
16     Less so if performed at the age of
17     50 or 55 or 59.
18 BY MS. PITTARD:
19    Q.   Is that why they're usually
20 not recommended unless there's a pretty
21 significant risk?
22    A.   Well, again, I said that if
23 she came to me in her early 50's, I would
24 recommend it because there -- there is

Page 104

1 not a significant risk.
2          The risk is if you do it at
3 the age of 35, 40, not so much after
4 menopause.
5     Q.   Oh, okay.
6     A.   That's why I --
7     Q.   I misunderstood your
8 testimony.
9     A.   That's why I said if she
10 came to me in her early 50's with that
11 family history and that genetic mutation,
12 I would recommend that she have her tubes
13 and ovaries removed. I didn't say I
14 would do that if she was 35 or 40.
15    Q.   And I'm sure that you would,
16 of course, alert her of the long-term
17 adverse risk potential of a BSO?
18    A.   Of course. But that risk --
19 that risk weighed against the risk of
20 dying from ovarian cancer, most women, in
21 my experience, would choose to have the
22 tubes and ovaries removed once they
23 understand both sides of the equation.
24    Q.   Well, heart disease is one

Page 105

1 of the potential adverse outcomes, isn't
2 it?
3          MS. CURRY: Object to the
4     form.
5          THE WITNESS: Yes.
6 BY MS. PITTARD:
7     Q.   Switching topics a little
8 bit but going back to your report, your
9 report discusses environmental risk
10 factors for ovarian cancer and,
11 specifically, cigarettes.
12          Now, just to make sure we're
13 on the same page, cigarettes have not
14 been shown to be a risk factor for clear
15 cell ovarian cancer; correct?
16    A.   That is correct.
17    Q.   Also, your report discusses
18 that early menarche and late menopause
19 are associated with increased risk of
20 ovarian cancer; isn't that right?
21    A.   That's correct.
22    Q.   And Ms. Bondurant's menarche
23 at age 15 was, actually, considered a
24 little bit of a late menarche. Wouldn't

27 (Pages 102 - 105)

Page 106

1  you agree?
2      A.    Correct.
3      Q.    And her menopause in her
4  40's would be considered early?
5      A.    Correct.
6      Q.    So the risk factors of early
7  menarche and late menopause do not apply
8  to Ms. Bondurant; correct?
9      A.    No.
10     Q.    And infertility is
11  associated with an increased risk of
12  ovarian cancer?
13     A.    It is, yes.
14     Q.    Ms. Bondurant was never
15  diagnosed with infertility; correct?
16     A.    Correct.
17     Q.    In your report, you state
18  that studies on hormone replacement
19  therapy and risk of ovarian cancer have
20  been inconsistent.  But Ms. Bondurant was
21  never on hormone replacement therapy;
22  correct?
23     A.    Correct.
24     Q.    As far as age, you state in

Page 107

1  your report that advancing age,
2  particularly after age 60, is a risk
3  factor for ovarian cancer?
4      A.    Correct.
5      Q.    And the median age is 62?
6      A.    Correct.
7      Q.    And Ms. Bondurant was
8  sixty -- I'm sorry -- was 59 when she was
9  diagnosed; correct?
10     A.    That is correct.
11     Q.    Obesity has been found to
12  increase the risk of ovarian cancer;
13  correct?
14     A.    Correct.
15     Q.    And Ms. Bondurant was not
16  obese; correct?
17     A.    I don't believe she was.
18     Q.    Your report also mentions
19  race.  Now, would you consider race a
20  risk factor for ovarian cancer?
21     A.    It's much more common in
22  Caucasians.  So yes, there's a distinct
23  difference.
24     Q.    When you say distinct

Page 108

1  difference, you mean between Caucasians
2  and other races?
3      A.    Yes.
4      Q.    All right.  Let's talk about
5  endometriosis.  Can you explain to the,
6  let's say, to the jury what endometriosis
7  is?
8      A.    Sure.  The lining of the
9  uterus is called the endometrium.  The
10  endometrium spills out every month when a
11  women has her menstrual period.  That's
12  the tissue that you see along with the
13  blood.  It's pink in color or gray.
14          And in some patients, that
15  spills out on the fallopian tubes and
16  gets implanted on the ovaries, and those
17  implants can then grow every month when a
18  patient -- when a women has her menstrual
19  period.  She can bleed internally, and
20  those implants can grow and spread and
21  develop almost like a cancer.  They can
22  spread to the upper abdomen and, in some
23  cases, even the lungs.
24          And the features of

Page 109

1  endometriosis are very, very similar to
2  cancer in that the implants can invade
3  organs and cause tissue damage.
4          The only difference is the
5  endometriosis doesn't kill you.  It just
6  causes infertility, a lot of pain, and
7  other problems.  But it can develop into
8  cancer over time in some patients, that
9  cancer being a clear cell cancer of the
10  ovary.
11     Q.    And are there are other
12  cancers that endometriosis could develop
13  into, like endometrioid?
14     A.    Endometriomas, they can
15  develop masses on the ovaries, but
16  they're called endometriomas or as or
17  chocolate cysts.  They can develop into
18  pleural effusions.
19          I had a 28-year-old recently
20  that had pleural effusions and a mass in
21  her stomach.
22          Yes.  So they can cause all
23  sorts of strange things.  They can
24  cause -- they can be implanted in

28 (Pages 106 - 109)

Page 110

1 surgical incisions, like a C-section
2 incision. It's painful every month and
3 causes a mass when they have their
4 menstrual period.
5          So yes, endometriosis can
6 cause a lot of problems. I don't believe
7 it's associated with any other cancers,
8 though. Endometrial cancer is a separate
9 entity.
10     Q.   Is pelvic pain a symptom of
11 endometriosis?
12     A.   Yes.
13     Q.   And painful periods?
14     A.   Yes.
15     Q.   Pain with intercourse?
16     A.   Yes.
17     Q.   Pain with bowel movements or
18 urination?
19     A.   Correct.
20     Q.   Heavy periods or bleeding
21 between periods?
22     A.   Not so much. Not directly
23 related to endometriosis, no.
24     Q.   What about -- oh, I think

Page 111

1 you mentioned infertility?
2     A.   Yes.
3     Q.   At what age is endometriosis
4 usually diagnosed?
5     A.   It varies, but commonly when
6 a woman is in her 20's or 30's.
7     Q.   Is it common for
8 endometriosis to recur in a
9 postmenopausal woman who's not on HRT and
10 has had both a tubal ligation and a
11 hysterectomy?
12          MS. CURRY: Object to the
13     form.
14          THE WITNESS: I'm sorry.
15     Did you say is it common?
16 BY MS. PITTARD:
17     Q.   Yes.
18     A.   No. That would not be
19 common.
20          But endometriosis, once you
21 have it, it doesn't tend to go away. It
22 doesn't just magically disappear.
23          Generally, women are
24 diagnosed in their 20's or 30's, and

Page 112

1 it's -- it is fairly common for it to be
2 a life-long disease if it's not treated.
3     Q.   What's the treatment for it?
4          MS. CURRY: Object to the
5     form.
6          THE WITNESS: Surgery is the
7     most common treatment. They can
8     treat it with birth control pills,
9     with a drug called Depo Lupron,
10     which creates a temporary
11     menopause.
12          And it's actually driven by
13     estrogen. So typically, after the
14     menopause, it would tend to shrink
15     and get better.
16 BY MS. PITTARD:
17     Q.   What type of surgery is the
18 treatment for endometriosis?
19          MS. CURRY: Object to the
20     form.
21          THE WITNESS: Well,
22     conservative surgery is they
23     can -- I don't do that, and I
24     haven't seen or heard of folks

Page 113

1     doing that in many, many years.
2          But my understanding is they
3     can treat it laparoscopically,
4     either by removing the lesions or
5     cauterizing them or burning them
6     in some way.
7          They use to use a laser.
8     I'm not sure if they're still
9     doing laser laparoscopy.
10          But ultimately, removal of
11     the tubes and ovaries is the
12     definitive treatment because that
13     takes away the -- and removal of
14     the lesions or destruction of the
15     lesion.
16          In some cases, we have to
17     resect the colon or part of the
18     stomach, part of the small
19     intestine, depending on which
20     organs are involved.
21          Removal of the lesions,
22     destroying them, and then removal
23     of the tubes and ovaries is the
24     definitive treatment.

29 (Pages 110 - 113)

Page 114

BY MS. PITTARD:

2    Q.   Would removal of the uterus
3 and fallopian tubes be definitive
4 treatment for endometriosis?
5      MS. CURRY: Object to the
6   form.
7      THE WITNESS: Not without
8   removing the ovaries, no. Because
9   the ovaries drive the process.
10     Or I should say that the
11   ovarian production of estrogen
12   drives the growth of
13   endometriosis.
14 BY MS. PITTARD:
15    Q.   And to be clear, where does
16 that growth occur?
17    A.   Where does what growth
18 occur?
19    Q.   I thought I understood you
20 to say that the ovaries drive growth of
21 endometriosis? Am I --
22    A.   Right. That's correct. So
23 the ovaries produce estrogen, which
24 drives the growth of the endometriosis.

Page 115

1     And as I just said a few
2 minutes ago, the endometriosis can be
3 anywhere in the body. It's generally
4 confined to the abdomen and pelvis, but
5 you can find it in the lungs. Like I
6 said, the upper abdomen, pleural
7 effusion.
8     I had this young
9 28-year-old. I took out both tubes and
10 ovaries, and she ended up having an
11 ovarian remnant, just a little piece of
12 an ovary that caused her pleural
13 effusions to occur and the upper
14 abdominal disease in the stomach.
15     So we ended up having to
16 resect her colon just to get that ovarian
17 remnant out. And it's a terrible
18 disease.
19    Q.   I'm sorry. I thought you
20 were finished. Go ahead.
21    A.   I just said it's a terrible
22 disease.
23    Q.   Oh, for sure.
24     How often in your practice

Page 116

1 have you diagnosed a women at age 60
2 who's postmenopausal, has had a
3 hysterectomy and a tubal ligation with
4 endometriosis?
5    A.   That's not real common.
6     One particular case comes to
7 mind. An OB/GYN in town, who I trained,
8 sent his mother to me. His mother was in
9 her late 50's, and she had ascites and
10 omental mass and an elevated CA 125 over
11 1,000.
12     And I operated on her, and
13 it turned out to be endometriosis. That
14 was a number of years ago, but it does
15 happen.
16    Q.   Sounds like it's pretty rare
17 there. That's the one case you can
18 remember?
19     MS. CURRY: Object to the
20   form.
21     THE WITNESS: Well, I just
22   gave that as an example. I
23   probably see a case every couple
24   years. It is very uncommon, yes.

Page 117

1 BY MS. PITTARD:
2    Q.   Would that be particularly
3 true in a woman who is not on replacement
4 hormone therapy?
5     MS. CURRY: Object to the
6   form.
7 BY MS. PITTARD:
8    Q.   It would be rare, just to
9 clarify?
10    A.   It would be rare to see
11 active endometriosis, but it would not be
12 rare to see a clear cell cancer that
13 originated from endometriosis, like
14 Ms. Bondurant had.
15    Q.   We just talked about some of
16 the symptoms of endometriosis.
17     Did you see any
18 indication -- and let me be clear on
19 this, too -- other than a history of
20 endometriosis back in the 80's, maybe
21 early '90's, did you see any indication
22 that endometriosis was an issue for
23 Ms. Bondurant between, let's say, 1992,
24 when she had her hysterectomy, and the

30 (Pages 114 - 117)

Page 118

1 day of her diagnosis?
2         MS. CURRY:  Object to the
3     form.
4         THE WITNESS:  The only --
5     the evidence that I saw was on her
6     plaintiff's information sheet and
7     then, I believe, in the daughter's
8     deposition.
9         And I certainly respect the
10     daughter and the patient, that
11     they were telling the truth.
12         But once a women has
13     endometriosis, she's -- has a
14     lifetime risk of clear cell
15     carcinoma.
16         And the clear cell carcinoma
17     doesn't go away just because they
18     don't have active endometriosis.
19     The active endometriosis tends to
20     shrivel up and become less
21     symptomatic, but the risk of clear
22     cell carcinoma doesn't seem to go
23     away.
24         The risk of clear cell

Page 119

1     carcinoma is related to the
2     history of endometriosis, not
3     active endometriosis.
4 BY MS. PITTARD:
5     Q.   And just to go back to my
6 original question, did you see any
7 evidence between -- and I believe the
8 daughter and the plaintiff actually both
9 referred to endometriosis before 1992.
10         So between 1992, when she
11 had her hysterectomy, and the time of her
12 diagnosis, were there any indications in
13 her medical records that relate to
14 endometriosis signs or symptoms?
15     A.   Not that I saw.
16     Q.   And have you seen or
17 reviewed the pathology from her
18 hysterectomy back in the early 1990's?
19     A.   I don't recall.  I reviewed
20 thousands and thousands pages of records,
21 it seems like, but I'll have to look back
22 at that.
23     Q.   Other than her -- other than
24 her history as reported in the medical

Page 120

1 records -- and, you know, I guess this
2 goes to your point that sometimes, you
3 know, women may get confused sometimes
4 about their gynecological history.
5         So did you see anything
6 definitive in the records that would
7 indicate a diagnosis of endometriosis?
8         MS. CURRY:  Object to the
9     form.
10         THE WITNESS:  I think it was
11     mentioned in her history a couple
12     of times.  Certainly -- and again,
13     I'm not going to question the
14     truthfulness of Ms. Bondurant.
15     I'm going to make the assumption
16     that she was truthful in giving
17     her medical history.
18         But other than that, no.
19 BY MS. PITTARD:
20     Q.   Okay.  No pathology reports
21 or anything that would provide clinical
22 evidence of endometriosis?
23     A.   No.  And we don't really
24 need pathology reports.  We commonly base

Page 121

1 our management based on patient history.
2 We -- frequently, we don't have pathology
3 reports, especially if a woman had a
4 hysterectomy 20 or 30 years prior.  We
5 base -- we base our management based on
6 the fact that the patient -- we're
7 assuming that the patient is telling us
8 the truth.
9     Q.   Sure.  Sure.  I just wanted
10 to make sure there wasn't anything in the
11 record that I might have missed.
12     A.   No.
13     Q.   Okay.  Miss -- and just kind
14 of wrapping up our discussion of factors,
15 Ms. Bondurant's daughter also testified
16 in her deposition that she did not
17 douche; correct?
18     A.   I believe that's correct.
19     Q.   In terms of discussion --
20 you know, there's a lot of discussion
21 about protective factors in your report
22 and in the literature.
23         Can you describe what's
24 meant by a protective factor for ovarian

31 (Pages 118 - 121)

Page 122

1  cancer?
2      A.   Well, there are factors that
3  seem to reduce the risk, like a tubal
4  ligation, for example, or taking birth
5  control pills for five years or more, or
6  breastfeeding.  Those seem to be
7  protective.
8      Q.   And, actually, Ms. Bondurant
9  had a tubal ligation in 1987; correct?
10     A.   Right.
11     Q.   And she took oral
12  contraceptive pills according to her
13  medical records and her daughter's
14  deposition; correct?
15     A.   Yes.  I pointed out all the
16  factors that were risk reducing on
17  page 64 or 65 in my report.  Something
18  like that.
19     Q.   Right.  And, in fact, you
20  said that taking OCP's for five years or
21  more can reduce risk by as much as
22  50 percent?
23     A.   That's correct.
24     Q.   And, in fact, you counsel

Page 123

1  some of your patients, I believe, to take
2  OCP's to reduce their cancer risk;
3  correct?
4      A.   Absolutely.  It's one of few
5  medical measures that we have that's a
6  simple pill that can prevent cancer.  So
7  absolutely.
8      Q.   And you also state in your
9  report that breastfeeding is associated
10  with risk reduction, about 20 to
11  25 percent?
12     A.   Right.
13     Q.   And Ms. Bondurant breastfed
14  for about nine months, according to her
15  records; correct?
16     A.   Yes.
17     Q.   And in your report, you
18  break down the different percentages of
19  breastfeeding and risk reduction.  And I
20  believe that correlates to about a
21  27 percent reduction in risk based on
22  your report?
23     A.   Correct.
24     Q.   Also, you talk about

Page 124

1  pregnancy as a protective factor;
2  correct?
3      A.   That is correct.
4      Q.   And it's -- the effect is
5  additive, meaning the more pregnancies
6  you have, the more protective the factor?
7          MS. CURRY:  Object to the
8      form.
9          THE WITNESS:  That seems to
10     be the case.
11  BY MS. PITTARD:
12     Q.   And in this case,
13  Ms. Bondurant had five pregnancies and
14  three births?
15     A.   Yes.
16     Q.   Hysterectomy also offers a
17  protective factor against ovarian cancer;
18  correct?
19     A.   Yes.
20     Q.   And, as I mentioned,
21  Ms. Bondurant had a hysterectomy in 1992?
22     A.   That is correct.
23     Q.   I'm going to share my screen
24  now, and we'll talk about some

Page 125

1  literature.  We'll start with Exhibit 13.
2  It's not going up.  Just one sec.
3          (At this time, a document
4      was marked for identification as
5      Exhibit No. 13.)
6  BY MS. PITTARD:
7      Q.   Can you see it now?  It's
8  the Wu article?
9      A.   I do.
10         MS. CURRY:  I don't see it
11     in the chat.  Can you put that in
12     the chat?
13         MS. PITTARD:  Yes.  I'm
14     working on it right now.  Okay.
15     It should be there now, Dawn.
16         MS. CURRY:  Got it.  Yes,
17     thank you.
18         MS. PITTARD:  Sure.
19  BY MS. PITTARD:
20     Q.   Okay.  Exhibit 13 is a case
21  control study entitled "Markers of
22  inflammation and Risk of Ovarian Cancer
23  in Los Angeles County.  And this one of
24  the studies that you cited in your

32 (Pages 122 - 125)

Page 126

1 report; correct?
2     A.   Yes.
3     Q.   The study included 609 women
4 with newly diagnosed epithelial ovarian
5 cancer and 688 population-based control
6 women?
7     A.   I thought this deposition
8 was supposed to be --
9         MS. CURRY:  Yeah.  I'll
10       handle that, Dr. Finan.  Thank
11       you.
12        So I was giving you leeway
13       to get a question about
14       Ms. Bondurant with respect to this
15       particular article.  But this
16       article was not something that was
17       newly added to Dr. Finan's expert
18       report after the general causation
19       opinions have already been asked
20       about.
21        So if you're going to ask a
22       question about Ms. Bondurant,
23       that's fine, but I don't want to
24       retread through literature that

Page 127

1       could have been asked about
2       previously.
3         MS. PITTARD:  Fair enough.
4 BY MS. PITTARD:
5     Q.   And I actually highlighted
6 in this article the parts that apply to
7 Ms. Bondurant since this was cited in her
8 case specific report.
9         So let's look at the first
10 highlight I've got here on page 1411
11 under materials and methods.  And it
12 states that the cell type distribution in
13 this case included 14 percent clear cell
14 endometrioid cancers; correct?
15    A.   Correct.
16    Q.   And then I'm going to scroll
17 down to page 1411, results section.  It
18 says that.  The association between talc
19 use and risk of ovarian cancer was
20 strongest per serous ovarian cancer.  The
21 RR associated with it was 1.7.
22        And then the risk
23 associations for talc use and other
24 histologic cell types overlapped with the

Page 128

1 finding for serous ovarian cancer.
2         And then the part that's, of
3 course, relevant to Ms. Bondurant is this
4 1.19 for clear endometrioid; correct?
5         MS. CURRY:  Object to the
6       form.
7         THE WITNESS:  That's what it
8       says.
9 BY MS. PITTARD:
10    Q.   And so based on this
11 article, the Wu article that is cited in
12 your report, the relative risk for
13 Ms. Bondurant would have been 1.19?
14        MS. CURRY:  Object to the
15       form.
16        THE WITNESS:  Well, I want
17       to see the table because the table
18       will give me the confidence
19       interval.
20 BY MS. PITTARD:
21    Q.   Sure.  I think it may be --
22 oh, you're right.  It's not there.  Let
23 me see.  I'm beginning to wonder if they
24 put in a table, and maybe that's why I

Page 129

1 don't have it highlighted.
2         THE WITNESS:  Well, if the
3       confidence interval crosses one,
4       then it's not significant.  So I'm
5       not going to agree to that, the
6       accuracy of that statement until I
7       see the confidence interval.
8 BY MS. PITTARD:
9     Q.   Okay.  Let's go back to --
10 to this paragraph.  The association
11 between talc use and risk for ovarian
12 cancer was strongest for serous ovarian
13 cancer.  The RR associated with any use
14 was 1.7, 95 percent confidence interval,
15 1.27 to 2.28; correct?
16    A.   Right.
17    Q.   Okay.  And then the risk
18 associations for talc use and other
19 histologic cell types overlapped with the
20 finding for serous ovarian cancer.  And
21 it says RR's were .99 for mucinous, 1.19
22 for clear endometrioid, and 1.46 for
23 other cell types; correct?
24    A.   Correct.

33 (Pages 126 - 129)

Page 130

1    Q.   Okay.  And then there was
2  elevated risk related to -- in relation
3  to talc use for those found with invasive
4  cancers.  And Ms. Bondurant's cancer was
5  invasive; correct?
6    A.   Correct.
7    Q.   And also, her cancer was
8  advanced stage?
9    A.   Correct.
10    Q.   And so the risk ratio there
11  is 1.66 with a 95 percent confidence
12  interval, 1.22 to 2.26 for advanced
13  stage; correct?
14        MS. CURRY:  Object to the
15    form.
16        THE WITNESS:  That's
17    correct.
18  BY MS. PITTARD:
19    Q.   And then moving down to
20  page 412, compared with women who did not
21  have endometriosis and were non talc
22  users, risk increased threefold.  Risk
23  ratio equals 3.12 with a 95 confidence
24  interval, 1.37 to 7.22.

Page 131

1        In women who had
2  endometriosis and were talc users,
3  whereas about 50 percent increase risk
4  was observed in women who had either
5  exposure; correct?
6        MS. CURRY:  Object to the
7    form.
8        THE WITNESS:  That's
9    correct --
10        MS. CURRY:  Are you asking
11    if you've read that correctly, or
12    are you asking him if the
13    statement itself is correct.
14        MS. PITTARD:  I'm asking him
15    if that's what the study says that
16    he cited in his report.
17        THE WITNESS:  Yes, you read
18    that correctly.  That's what it
19    says.
20  BY MS. PITTARD:
21    Q.   Dr. Finan, you use Johnson's
22  Baby Powder yourself, don't you?
23    A.   Yes.
24    Q.   Have you ever seen a warning

Page 132

1  on either -- on any of those Johnson's
2  Baby Powder containers for a woman like
3  Ms. Bondurant that states that if you
4  have a history of endometriosis, assuming
5  she did, that your risk of ovarian cancer
6  is increased threefold by using Johnson's
7  Baby Powder?
8        MS. CURRY:  Object to the
9    form.
10        THE WITNESS:  I don't
11    recall.  But to be honest with
12    you, I don't really spend a lot of
13    time reading labels on anything.
14  BY MS. PITTARD:
15    Q.   How long have you used
16  Johnson's Baby Powder?
17        MS. CURRY:  Object to form.
18    This has nothing to do with
19    Ms. Bondurant.
20        MS. PITTARD:  Well, I
21    disagree because if -- if there is
22    an allegation that she had
23    endometriosis and if Johnson &
24    Johnson's product could

Page 133

1    potentially triple her chance of
2    ovarian cancer, I think that we
3    should -- that that's fair game.
4        MS. CURRY:  But not how long
5    Dr. Finan has used Johnson's Baby
6    Powder has nothing to do with
7    anything -- with the opinion that
8    you're even trying to get out of
9    him right now.
10        MS. PITTARD:  I think it has
11    to do with how many opportunities
12    he had to observe this warning.
13    But I'll move on.
14  BY MS. PITTARD:
15    Q.   Dr. Finan, are you aware
16  whether Johnson & Johnson's Baby Powder
17  or Shower to Shower has ever included a
18  warning about women with a history of
19  endometriosis should not use the product?
20        MS. CURRY:  Object to the
21    form.  It's outside the scope of
22    his opinions.  He's not here to
23    provide warning opinions as a
24    gynecologic oncologist.  Also,

34 (Pages 130 - 133)

Page 134

1  outside his specific opinion.
2       MS. PITTARD:  It's not a
3  warning opinion.  I'm asking him
4  whether he's ever seen a warning
5  on a Johnson's Baby Powder bottle
6  or a Shower to Shower bottle that
7  warns women with endometriosis not
8  to use it.
9       MS. CURRY:  Outside the
10 scope of this case specific
11 deposition.
12 BY MS. PITTARD:
13      Q.   You can answer.
14      MS. CURRY:  No.  I'm
15 actually going to instruct him not
16 to answer.
17 BY MS. PITTARD:
18      Q.   Dr. Finan, are you aware --
19 assuming that the allegation that
20 Ms. Bondurant had endometriosis is
21 correct, are you aware that using
22 Johnson's Baby Powder would have tripled
23 her risk of ovarian cancer?
24      MS. CURRY:  Object to the

Page 135

1  form.
2       THE WITNESS:  This was a
3  case control study, and case
4  control studies are notoriously at
5  risk for several types of bias,
6  selection bias and recall bias
7  being two of the strongest.
8       And I pointed that out
9  throughout my expert opinion, and
10 I simply don't agree with this --
11 with this statement or these
12 findings.
13      I've made it clear, in my
14 opinion, that I don't believe
15 talcum powder causes ovarian
16 cancer, and certainly don't
17 believe that it increases the risk
18 of ovarian cancer in women with a
19 history of endometriosis.
20 BY MS. PITTARD:
21      Q.   Just to be clear, you did
22 cite this article in your expert report?
23      A.   Sure.  I cited many
24 articles.  Over a hundred.

Page 136

1       Q.   Moving on to the discussion
2  in this article, it states, "Our findings
3  on talc and endometriosis are consistent
4  with previous findings, and are
5  compatible with the hypothesis that these
6  factors increase the risk of ovarian
7  cancer and inflammation may be a common
8  pathway."
9       Now, endometriosis is known
10 to cause inflammation; right?
11      MS. CURRY:  Object to the
12 form.
13      THE WITNESS:  I'm sorry.
14 Repeat the question.
15 BY MS. PITTARD:
16      Q.   Sure.  Is endometriosis
17 known to cause inflammation?
18      MS. CURRY:  Same objection.
19      THE WITNESS:  Yes, it can.
20 BY MS. PITTARD:
21      Q.   Does talcum powder cause
22 inflammation?
23      MS. CURRY:  Object to the
24 form.

Page 137

1       THE WITNESS:  Not in my
2  experience.  I mean, women use it
3  because it's so soothing.  If it
4  caused inflammation, I don't
5  believe it would have sold -- they
6  wouldn't have sold many bottles of
7  it.
8  BY MS. PITTARD:
9       Q.   What about in pleurodesis?
10 Does it cause inflammation in that
11 context?
12      A.   Yes.  Yes.
13      Q.   All right.
14      MS. PITTARD:  Let's move on
15 to what I'm going to introduce as
16 Exhibit 14.  And I will drop that
17 in the chat as well.
18      (At this time, a document
19 was marked for identification as
20 Exhibit No. 14.)
21      MS. PITTARD:  Give me one
22 minute.  Sorry.  I -- I think I
23 just lost my -- it's actually --
24 can you see this O'Brien article

35 (Pages 134 - 137)

Page 138

1    2024, Katie O'Brien?
2        MS. CURRY: Can you put it
3    in the chat? Sorry. And it's
4    also not on the screen.
5        THE WITNESS: No. Just your
6    file is on the screen. There you
7    go.
8        MS. PITTARD: Okay. There's
9    some magic to closing things out
10   in the right order that seems to
11   play --
12       MS. CURRY: You're doing way
13   better than I would.
14       THE WITNESS: I have not
15   figured that magic out myself.
16   BY MS. PITTARD:
17       Q.   Okay. There we go. All
18   right. So this is the 2024 article by
19   Katie O'Brien, and I believe you were --
20   that you referenced earlier in our
21   discussion; correct?
22       A.   Correct.
23       Q.   Okay. All right. And when
24   we talked about it earlier, I believe,

Page 139

1    the context of it coming up in our
2    discussion is I had asked you if there
3    was any new literature citations in your
4    materials considered list that made you,
5    you know, reconsider your opinions, and
6    you mentioned the O'Brien article.
7        Can you tell us more
8    about -- about the O'Brien article and
9    how it made you, I guess, reconsider or
10   rethink your opinions in this case?
11       MS. CURRY: Object to the
12   form.
13       THE WITNESS: Yes.
14   Absolutely. So I love this
15   article because it specifically
16   points out the recall bias in case
17   controlled studies.
18       On page 2, she specifically
19   states that in studies with
20   retrospective data collection,
21   women with and without ovarian
22   cancer may differentially report
23   exposure leading to recall bias.
24       And she also states that

Page 140

1    prospective studies are not
2    affected by recall bias.
3        And then finally, on
4    page 14, she says, when she's
5    talking about the findings
6    supporting her hypothesis, she
7    said they do not pinpoint a
8    specific cause or mechanism.
9        So all of this strengthens
10   my -- all of those statements
11   strengthen my opinion, oddly
12   enough.
13   BY MS. PITTARD:
14       Q.   And one of the purposes of
15   this article was to, I guess, correct or
16   plug in holes in what may be perceived as
17   bias; correct?
18       MS. CURRY: Object to the
19   form.
20       THE WITNESS: I think that
21   was the purpose, but it's really
22   missed the boat, in my opinion, in
23   doing that.
24   BY MS. PITTARD:

Page 141

1        Q.   In your report, you
2    criticize this article for applying what
3    you call artificial scenarios. So let's
4    look at page 4 of the article. There is
5    some -- let's see.
6        Okay. Here under
7    quantitative bias analysis, for ever
8    versus never used analyses, we compared
9    four possible scenarios using
10   quantitative bias analysis.
11       No. 1, no correction; No. 2,
12   contradictory data correction; No. 3,
13   contradictory data correction plus
14   categorizing missing or undefined as
15   exposed; and 4, contradictory data
16   correction with multiple imputation of
17   missing or undefined data.
18       Are those the artificial
19   scenarios that you're referring to in
20   your report?
21       MS. CURRY: Object to the
22   form.
23       THE WITNESS: Well, there's
24   multiple. The artificial

36 (Pages 138 - 141)

Page 142

1  scenarios go throughout the
2  whole -- the whole dadgum article.
3  They -- they -- they apply all
4  these artificial scenarios of
5  recall bias from, I think,
6  10 percent all the way up through
7  90 percent, and they're using --
8  they're not -- they're using data
9  where they only collected -- they
10  only had a 60 percent response
11  rate.
12      And the questionnaire that
13  they sent out was after 2014, when
14  all this became mentioned in the
15  media.  The legal cases just
16  became mentioned in the news
17  media.  So that adds tremendous
18  bias.
19      And I love the fact that
20  she's pointing out that there is
21  recall bias because the original
22  sister study, which was very well
23  done, did not show an association
24  between talcum powder and ovarian

Page 143

1  cancer.  So it's not only these
2  four, but it's everything I just
3  mentioned.
4  BY MS. PITTARD:
5      Q.  And again, the point of the
6  scenarios that the researchers created
7  was to account for recall bias or to
8  control for recall bias; correct?
9          MS. CURRY:  Object to the
10      form.
11          THE WITNESS:  That was their
12      intended purpose, yes.
13  BY MS. PITTARD:
14      Q.  Let's look at Table 4, which
15  is on page 12 of the article and use this
16  as it might apply to Ms. Bondurant.
17      So under the row or the
18  category of ovarian cancer, there's
19  three, I guess, subcategories, medically
20  confirmed, serous, and nonserous.  And so
21  the type of cancer that Ms. Bondurant had
22  was nonserous; correct?
23          MS. CURRY:  Object to the
24      form.

Page 144

1          THE WITNESS:  Correct.
2  BY MS. PITTARD:
3      Q.  And in nonserous, under ever
4  genital talc use with no bias correction,
5  the HR was 1.64 with a 95 percent
6  confidence interval of 1.02 to 2.65;
7  correct?
8      A.  That is correct.
9      Q.  And ever genital talc use
10  that was corrected for recall bias had a
11  hazard ratio of 1.29?
12      A.  That was not significant.
13  So that also supports my opinion that
14  it's not related.  Because the confidence
15  interval is .79 to 2.09.
16      Q.  So -- I'm sorry.  Go ahead.
17      A.  So the 1.29 is a
18  nonsignificant result.  It means that the
19  two groups were similar.
20      Q.  Well, when you say -- when
21  you say "not significant," I think you
22  mean, you know, obviously, not
23  statistically significant; correct?
24          MS. CURRY:  Object to the

Page 145

1      form.
2          THE WITNESS:  Correct.
3  BY MS. PITTARD:
4      Q.  And that's not the same as
5  saying there's no association; correct?
6          MS. CURRY:  Object to the
7      form.
8          THE WITNESS:  What it is
9      saying is that there's no
10      association.  Statistically
11      similar results.
12  BY MS. PITTARD:
13      Q.  Well, there can be a
14  positive association between two factors
15  without statistical significance, can't
16  there?
17          MS. CURRY:  Object to the
18      form.
19          THE WITNESS:  No.
20  BY MS. PITTARD:
21      Q.  Again, we'll just agree to
22  disagree on that.
23      All right.  Let's look at
24  serous.  In serous, with ever genital

37 (Pages 142 - 145)

Page 146

1 talc use and no recall bias correction,
2 the hazard ratio is 2.12 and the
3 confidence interval is 95 percent, 1.38
4 to 2.35; correct?
5      A.   Right.
6      Q.   And so this is indicating a
7 more than twofold increase of the risk of
8 ovarian cancer in genital talc use?
9           MS. CURRY:  Object to the
10     form.
11          THE WITNESS:  Right.  But if
12     you look back at the sister study,
13     which is the prospective study,
14     they found no association.
15          So this, to me, is -- I'm
16     not sure -- I'm not sure -- yes.
17     The answer is, yes, you read it
18     correctly.
19 BY MS. PITTARD:
20     Q.   This is the same data from
21 the sister study; correct?
22          MS. CURRY:  Object to the
23     form.
24          THE WITNESS:  My

Page 147

1      understanding is they sent out a
2      fresh questionnaire.
3           In Appendix 1, they talk
4      about some of their methods.  And
5      they sent out a fresh
6      questionnaire where they got a
7      60 percent response rate.  And I
8      was assuming that this table was
9      based on that.
10 BY MS. PITTARD:
11     Q.   And it's the fourth
12 follow-up, isn't it, the questionnaire?
13     A.   Right.  And my point is it
14 was sent out -- it was -- it was sent out
15 after 2014, which injects tremendous
16 bias, as she pointed out earlier in her
17 article.
18     Q.   And so that takes us to the
19 next column on the table, which is ever
20 genital talc corrected for recall bias,
21 which, I believe, is the point you were
22 trying to make.
23          And in that column, we've
24 got a hazard ration of 1.62, a 95 percent

Page 148

1 confidence interval of 1.06 to 2.48;
2 correct?
3           MS. CURRY:  Object to the
4      form.
5           THE WITNESS:  Correct.
6 BY MS. PITTARD:
7      Q.   So whether -- I'm sorry.  Go
8 ahead.
9      A.   But more importantly, when
10 you do a prospective cohort study, and
11 you ask the questionnaire to 50,000
12 women, and you follow them over time, you
13 eliminate both selection bias and recall
14 bias.  You totally eliminate it.  That's
15 the whole purpose of the prospective
16 cohort study.
17          And that study, the sister
18 study, found no significant association
19 between talcum powder and ovarian cancer.
20 That's the data I'm relying on.
21          This study has a number of
22 flaws, which I pointed out in my expert
23 report.
24          So, yes, you are correct.

Page 149

1 You read that right, and that is what
2 they found.  I just disagree with the
3 finding and the conclusions.
4           But I do agree with the fact
5 that she states very clearly, there's no
6 cause and effect, which, I believe, that
7 was on page 14 or 15.
8      Q.   So back to my question, for
9 the serous findings, whether recall bias
10 is corrected or not corrected, the
11 results are both positive and
12 statistically significant; correct?
13          MS. CURRY:  Object to the
14     form.
15          THE WITNESS:  With the
16     artificial measures that she
17     injected, yes, you are correct.
18 BY MS. PITTARD:
19     Q.   And by "artificial," you
20 mean controlling for recall bias?
21          MS. CURRY:  Object to the
22     form.
23          THE WITNESS:  Manipulating
24     the data is what I would call it.

Page 150

1 BY MS. PITTARD:
2     Q.   What --
3     A.   The sister study has
4 beautiful data, collected over many
5 years, and patients were followed over
6 many years.  And its results are
7 conclusive, that there is no association.
8         And the reason that's
9 important is because they eliminated
10 recall bias and selection bias by asking
11 these questions at the very beginning of
12 the study.  It's indisputable.  And Chang
13 subsequently studied the same data and
14 published the same findings in 2024.
15         So to take -- to take a
16 study that was perfectly done and very
17 well respected, and then manipulate the
18 data in these artificial means, in my
19 opinion, is unfair to the poor women who
20 developed ovarian cancer in that study.
21 And it's unfair to the -- to the -- to
22 all 50,000.
23         On top of that, they only
24 had a response rate of 60 percent.

Page 151

1         So I just -- I understand
2 that the plaintiffs love this article for
3 many reasons.  I just -- it has a lot of
4 flaws, in my opinion.
5     Q.   When the authors of this
6 article provided hazard ratios, both with
7 recall bias correction and without recall
8 bias correction, wouldn't that eliminate
9 the artificial scenarios that you've
10 expressed in your expert report?
11         MS. CURRY:  Object to the
12     form.
13         THE WITNESS:  Again, I'm
14     going back -- I trust the original
15     sister study.
16         MS. PITTARD:  Let's take
17     about a five-minute break.  Okay?
18         MS. CURRY:  Sure.
19         THE WITNESS:  That would be
20     great.
21         (At this time, a short break
22     was taken.)
23 BY MS. PITTARD:
24     Q.   When we left off, we were

Page 152

1 talking about the O'Brien study 2024,
2 which is on your reliance list.  And I
3 want to put it back on my screen.  All
4 right.  Can you see that?
5     A.   I do.
6     Q.   Okay.  All right.  Great.
7 I'm want to just go back up to the top of
8 the article page 1.  And so Katie O'Brien
9 is an author who has published numerous
10 articles on genital talc and ovarian
11 cancer, wouldn't you agree?
12         MS. CURRY:  Object to the
13     form.
14         THE WITNESS:  Agreed.
15 BY MS. PITTARD:
16     Q.   And Nicolas Wentzensen, are
17 you familiar with that author as well?
18     A.   Not really.  Not that I
19 recall, at least.
20     Q.   Do you recognize his name
21 from other articles on genital talc use
22 on ovarian cancer?
23     A.   I'm terrible with names.  I
24 may have seen it many times, but that's

Page 153

1 one of the -- one of my many faults.
2 I'll trust you on that.
3     Q.   This was published in a
4 journal of clinical oncology; correct?
5     A.   Correct.
6     Q.   You're a clinical oncologist
7 as well?
8         COURT REPORTER:  What was
9     that?  I'm sorry.
10         MS. PITTARD:  I was asking
11     Dr. Finan if he is a clinical
12     oncologist.
13         COURT REPORTER:  Thank you.
14         THE WITNESS:  Yes.  I'm not
15     a member of that society, but I am
16     a clinical oncologist.
17 BY MS. PITTARD:
18     Q.   Okay.  In this study, it
19 mentions that -- I'm trying to find it
20 here -- the quote -- in the study, as you
21 might recall, it mentions that women who
22 used talc during their 20's and 30's are
23 at the greatest increased risk of
24 developing ovarian cancer; is that

39 (Pages 150 - 153)

Page 154

1  correct?
2      A.   That's what they state, yes.
3      Q.   Was there any association
4  for breast or uterine cancer in this
5  study?
6      A.   No.
7      Q.   There was an editorial that
8  was published alongside this.  Are you
9  familiar with that?  By Harris?
10     A.   Yes.
11     Q.   In fact, I believe, you said
12 that was one of the articles you brought
13 with you today?
14     A.   Yes.
15     Q.   Give me just a minute.  And
16 is this the Harris editorial that you
17 were referring to earlier?
18     A.   It is.
19         MS. PITTARD:  I'm going to
20     introduce this as Exhibit 15.
21         (At this time, a document
22     was marked for identification as
23     Exhibit No. 15.)
24 BY MS. PITTARD:

Page 155

1      Q.   In the Harris article or
2  commentary, on page 2, under takeaway, it
3  says, "Given that genital powder use and
4  douching are modifiable exposures
5  potentially associated with a highly
6  fatal disease, these data suggest that
7  people at risk for ovarian cancer,
8  particularly those in their 20's and 30's
9  should be made aware of potential risk."
10         Would you agree that genital
11 powder use is a modifiable exposure?
12         MS. CURRY:  Object to the
13     form.
14         THE WITNESS:  It is -- I'm
15     sorry.  Go ahead.
16         MS. CURRY:  Go ahead.  I
17     just objected to the form.
18         THE WITNESS:  I agree that
19     it is a modifiable exposure.
20 BY MS. PITTARD:
21     Q.   And would you agree that
22 ovarian cancer is a highly fatal disease?
23     A.   Yes.
24     Q.   Knowing those two things and

Page 156

1  this takeaway and suggestion by Harris
2  and others, is it your intention to make
3  your patients aware of the potential risk
4  of ovarian with genital powder use?
5          MS. CURRY:  Object to the
6      form.
7          THE WITNESS:  No.  Talcum
8      powder does not cause ovarian
9      cancer.  That's very clear.
10 BY MS. PITTARD:
11     Q.   Does talcum powder have any
12 positive medical benefit?
13         MS. CURRY:  Object to the
14     form.
15 BY MS. PITTARD:
16     Q.   When used in the genital
17 area?
18     A.   Absolutely.
19     Q.   And what would that be?
20     A.   Well, you grow up in Mobile
21 in a hot and humid environment.  It's a
22 drying agent.  It's soothing.  Drying may
23 help prevent or, at least, lower the risk
24 of yeast infections.  It prevents

Page 157

1  chaffing in -- particularly in obese
2  women.
3          It's a -- it can be used as
4  a lubricant on condoms and diaphragms.
5  And there's -- I can just tell you that
6  talcum powder is not causing ovarian
7  cancer.  I wish we knew what caused it,
8  but it's not talcum powder.
9      Q.   In your mind, how does the
10 risk of yeast infections or chaffing
11 compare to the risk of ovarian cancer?
12         MS. CURRY:  Object to the
13     form.
14         THE WITNESS:  They're not
15     comparable.  And to even ask that
16     question is an insult to every
17     woman with ovarian cancer.
18 BY MS. PITTARD:
19     Q.   My point in asking the
20 question is that if there is a modifiable
21 risk, Doctor, that has been shown as
22 recently as a month ago to cause ovarian
23 cancer, to be positively associated, even
24 up to double the risk, and it does not

40 (Pages 154 - 157)

Page 158

1  have any type of medical benefit that
2  would even remotely compare to ovarian
3  cancer, why wouldn't you counsel your
4  patients not to use it?
5          MS. CURRY:  Object to the
6      form.
7          THE WITNESS:  Well, not only
8  does it not cause ovarian cancer,
9  but Katie O'Brien says our
10 findings demonstrate -- well, I'm
11 sorry -- that they did not
12 pinpoint a specific cause or
13 mechanism.
14         You're totally ignoring her
15 statement at the very last
16 paragraph of her article.  They do
17 not pinpoint a specific cause or
18 mechanism.
19         They found an association,
20 like more than a dozen other
21 authors.  That association is not
22 a cause and effect.  And --
23 BY MS. PITTARD:
24     Q.   Would it also -- sorry?

Page 159

1          MS. CURRY:  Were you
2      finished with your answer,
3      Dr. Finan?
4          THE WITNESS:  No, I was not
5      finished.
6          To make a woman with ovarian
7      cancer feel guilty that she caused
8      her ovarian cancer, you realize
9      what you're doing here.  What
10     you're doing is you're implying
11     that a woman with ovarian cancer
12     caused her own cancer.
13         I see these women every
14     single day.  They did not cause
15     their cancer by using talcum
16     powder.  That's an insult to them,
17     and I'm not going to tolerate it.
18 BY MS. PITTARD:
19     Q.   Dr. Finan, a large majority
20 of your practice is devoted, and -- and
21 commendably so, to preventing ovarian
22 cancer.
23         And so let's say you never
24 have that conversation with anyone who

Page 160

1  has ovarian cancer.
2          But your patients who have
3  not yet been diagnosed, wouldn't you find
4  it advisable to let them know that these
5  scientists who have published, you know,
6  more than 40 articles have found a
7  positive association between talcum
8  powder use and ovarian cancer?
9          MS. CURRY:  Object to the
10     form.
11         THE WITNESS:  No.
12 BY MS. PITTARD:
13     Q.   Okay.  You also mentioned
14 the ASCO press release.  I believe that's
15 one of the papers you brought with you
16 today?
17     A.   That is correct.
18         MS. PITTARD:  Okay.  And I'm
19     going to introduce that as
20     Exhibit 16.
21         (At this time, a document
22     was marked for identification as
23     Exhibit No. 16.)
24 BY MS. PITTARD:

Page 161

1      Q.   Is that on your screen?
2      A.   Yes, that is.
3      Q.   The ASCO study -- or the
4  ASCO press release is entitled "Study
5  Finds Association Between Genital Talc
6  Use and Increased Risk of Ovarian
7  Cancer"; correct?
8      A.   Correct.
9      Q.   In this first paragraph,
10 this study underscores the potential risk
11 associated with intimate care products,
12 particularly genital talc.  The evidence
13 adds to a growing body of literature that
14 suggests such products could contribute
15 to an increased risk of ovarian cancer,
16 especially among frequent users and those
17 using these products in their 20s 30s.
18         And that's the first
19 paragraph of the ASCO press release;
20 correct?
21     A.   Yes.  And that -- did you
22 read who -- who said that?  A radiation
23 oncologist.  Tell me -- well, I'll just
24 tell you.

41 (Pages 158 - 161)

Page 162

1    Q.   Yeah.
2    A.   Radiation oncologists do not
3  treat ovarian cancer.  It's -- it's never
4  used.  He is a -- he or she is a
5  radiation oncologist.  That tells you a
6  lot about this statement.
7    Q.   Okay.
8    A.   And they could not find --
9  that tells me that they could not find a
10  gynecologic oncologist to make this
11  statement.  They had to find a radiation
12  oncologist who do not treat ovarian
13  cancer.
14    Q.   Well, that's -- you don't
15  have any -- you have don't have any solid
16  knowledge of that fact, do you?
17    A.   It's an interesting -- it's
18  an interesting feature of this press
19  release.
20    Q.   Okay.  But it's based on
21  your opinion?
22    A.   Of course.
23    Q.   This also says that -- and
24  this statement is by Katie O'Brien, by

Page 163

1  the way.
2         Katie O'Brien, the lead
3  author, says, Despite challenges in
4  assessing exposure history and biases
5  inherent in retrospective data, our
6  findings are robust, showing a consistent
7  association between genital talc use and
8  ovarian cancer.
9         You don't take issue with
10  the person who made this statement, do
11  you?
12         MS. CURRY:  Object to the
13    form.
14         THE WITNESS:  No.
15  BY MS. PITTARD:
16    Q.   The leverages detailed
17  lifetime exposure histories -- I'm sorry.
18         The study leverage detailed
19  lifetime exposure histories and the
20  unique design of the sister study to
21  provide more reliable evidence that
22  supports a potential association between
23  long-term and frequent genital talc use
24  in ovarian cancer; correct?

Page 164

1         MS. CURRY:  Object to the
2    form.
3         THE WITNESS:  You read that
4    correctly.
5  BY MS. PITTARD:
6    Q.   Now, in your experience,
7  does ASCO make a public statement on
8  every article that it publishes in its
9  journal?
10    A.   No.
11    Q.   Would that indicate to you
12  the importance of this 2024 O'Brien
13  study?
14         MS. CURRY:  Object to the
15    form.
16         THE WITNESS:  I don't know
17    how to interpret it.
18  BY MS. PITTARD:
19    Q.   When taken in combination,
20  the O'Brien 2024 study, the Harris
21  commentary, and this ASCO press release,
22  does that have any influence on your
23  opinion that there is no association
24  between genital talc use and ovarian

Page 165

1  cancer?
2         MS. CURRY:  Object to the
3    form.
4         THE WITNESS:  It strengthens
5    my opinion that there's no
6    association.
7         Even -- even Katie O'Brien
8    herself on page 14 says, "Those
9    who died of their disease."
10         Now, keep in mind, Katie
11    O'Brien is not a gynecologic
12    oncologist either.  But she
13    probably realizes that ovarian
14    cancer has the death rate of about
15    75 percent.
16         "Those who died of their
17    disease could not have completed
18    the follow-up questionnaire
19    allowing for bias because of
20    differential missingness.  This
21    was particularly problematic for
22    ovarian cancer, which has a low
23    survival rate."
24         Then she also goes on to

42 (Pages 162 - 165)

Page 166

1    say, "Unmeasured confounding", on
2    page 14, second-to-last paragraph,
3    "Detailed data on related
4    covariates informed our complex
5    imputations and limited the
6    possibility of residual
7    confounding.  However, unmeasured
8    confounding could still be
9    present."
10        And then finally, again, she
11   says, "They do not pinpoint a
12   specific cause or mechanism."
13        So I knew you all would love
14   this article, but they mean --
15   they mean, to me, the data and the
16   results and findings of all three
17   of these are -- have a much
18   different meaning to me than they
19   do to y'all, I'm sure.
20   BY MS. PITTARD:
21       Q.   What made you say that you
22   knew we would love this article?
23       A.   Because of all the questions
24   you're asking me.

Page 167

1        Q.   How about before I asked
2    you?
3            MS. CURRY:  Object to the
4        form.
5            THE WITNESS:  I guess I was
6        predicting the questions.
7    BY MS. PITTARD:
8        Q.   Because there's a
9    statistically significant positive
10   association between ovarian cancer and
11   genital talc use?
12       A.   Yes.  Yes.  Like there has
13   been in half of the case controlled
14   studies.
15           And the fact that she spent
16   so much effort looking at recall bias
17   confirms exactly what I say about all the
18   case control studies that are detailed in
19   my expert report.  I feel vindicated.
20   Very happy.
21       Q.   That's an odd conclusion, I
22   must say.
23           MS. PITTARD:  Okay.  Let's
24       move on to the Terry article,

Page 168

1    which I'm going to introduce as
2    Exhibit 16.
3            COURT REPORTER:  17.
4            MS. PITTARD:  17.  Thank
5        you.
6            (At this time, a document
7        was marked for identification as
8        Exhibit No. 17.)
9            THE WITNESS:  I thought I
10       had already been deposed on this.
11   BY MS. PITTARD:
12       Q.   Well, this is one of the
13   articles that you cited in your case
14   specific -- in your report on
15   Ms. Bondurant.  And so I'm going to limit
16   my questions to those that would relate
17   to her.
18           MS. PITTARD:  And I am going
19       to drop it in the chat.  It's
20       going to have the wrong exhibit
21       number on it.
22   BY MS. PITTARD:
23       Q.   All right.  So this is an
24   article by Katie Terry.  And I want to --

Page 169

1    again, I've highlighted the language that
2    is relevant here specifically to
3    Ms. Bondurant.
4            And the first instance of
5    that would be under the abstract where it
6    says that, genital powder use was
7    associated with modest increased risk of
8    epithelial ovarian cancer, and that's a
9    odds ratio of 1.24, 95 percent confidence
10   interval, 1.15 to 1.33.  Relative to
11   women who never used powder.
12           Risk was elevated for
13   invasive serous, endometrioid, and clear
14   cell, which Ms. Bondurant had.  Odds
15   ratio of 1.24, 95 confidence interval,
16   1.01 to 1.52.
17           Do you disagree that -- with
18   Dr. Terry's conclusion that genital
19   powder use increased Ms. Bondurant's risk
20   by 1.24 percent?
21           MS. CURRY:  Object to the
22       form.
23           THE WITNESS:  No.  Because
24       this study was based on case

43 (Pages 166 - 169)

Page 170

1 control studies, which are --
2 which Dr. O'Brien pointed out are
3 notoriously impacted by selection
4 bias and recall bias.
5     So when you combine those --
6 when you combine case control
7 studies, you magnify that effect.
8 So, no, this is all.  I'm sorry.
9 Go ahead.
10 BY MS. PITTARD:
11    Q.   Oh, no.  I'm sorry.  I
12 didn't mean to interrupt you.
13    A.   This is all -- all of these
14 are affected by selection bias and recall
15 bias.
16    Q.   Which is the very thing that
17 Katie O'Brien was attempting to control
18 for in 2024; correct?
19       MS. CURRY:  Object to the
20       form.
21       THE WITNESS:  Right.  But
22       she -- she cleverly pointed out
23       that that's a big problem in case
24       control studies.

Page 171

1 BY MS. PITTARD:
2    Q.   Would you agree with the
3 statement by the authors that an odds
4 ratio of 1.24 is indicative of a modest
5 increased risk?
6    A.   No.  The lung cancer studies
7 showed an odds ratio -- odds ratios of 30
8 to 50.
9       The HPV cervical cancer
10 studies showed an odd ratio of 20 to 30,
11 not 1.2, 20 to 30.
12       In lung cancer, 30 to 50.
13       Those are some of the few
14 cancers that we really know the cause of.
15 So, no, I'm not buying that.
16    Q.   Well, they do use the modest
17 increased risk.  Would you agree to that?
18       MS. CURRY:  Object to the
19       form.
20       THE WITNESS:  I agree they
21       use those words, yes, but I don't
22       agree with that statement, no.
23 BY MS. PITTARD:
24    Q.   You don't agree that 1.24 is

Page 172

1 a modest increased risk, in other words?
2    A.   No.  It's a result of recall
3 bias and selection bias.
4    Q.   Their finding for clear cell
5 here, with an odds ratio of 1.24 and the
6 confidence interval of 1.01 to 1.52,
7 would be a statistically significant
8 finding.  You'll agree with that; right?
9    A.   Agree with that, yes.
10    Q.   Down on page 819 --
11    A.   But it's due to recall bias
12 and selection bias.  But go ahead.
13    Q.   Under discussion, it says,
14 "This pooled analysis of eight control
15 studies suggest that genital powder use
16 is associated with a modest 20 to
17 30 percent increased risk -- increase in
18 risk of developing epithelial ovarian
19 cancer, including serous, endometrioid,
20 and clear cell tumors, but is less
21 relevant to invasive mucinous tumors."
22       Do you have any -- any
23 reason to disagree with the calculation
24 of 20 to 30 percent increased risk of

Page 173

1 developing epithelial ovarian cancer
2 other than assuming you'll say recall
3 bias?
4       MS. CURRY:  Object to the
5       form.
6       THE WITNESS:  Right.  They
7       didn't -- they didn't account for
8       recall bias or selection bias.
9       That's what they concluded, but
10       their -- the whole basis of their
11       study is based on case control
12       studies, which are notoriously
13       impacted by those two biases.
14 BY MS. PITTARD:
15    Q.   And how much of a --
16    A.   And -- and if you keep
17 repeating the same error over and over
18 and over again, you're going to get the
19 same results.
20    Q.   What -- I'm sorry.  I didn't
21 mean to speak over you.
22    A.   And if you keep repeating
23 the same errors over and over and over
24 again, you're going to get the same

44 (Pages 170 - 173)

Page 174

1 results. Those are going to be magnified
2 by combining all of those erroneous
3 results in these case control studies.
4 The meta analyses magnify the earth.
5 It's a well-described phenomenon.
6     Q.    What percent impact would
7 you expect recall bias to have?
8         MS. CURRY:  Object to the
9     form.
10        THE WITNESS:  It's unknown
11     because you -- it's -- it's -- I
12     don't know.
13 BY MS. PITTARD:
14     Q.    So then you couldn't really
15 say for certain that it is a 20 to
16 30 percent effect?
17        MS. CURRY:  Object to the
18     form.
19        THE WITNESS:  Well, you've
20     got -- you've got that combined
21     with the selection bias.
22        Selection bias, meaning
23     ovarian -- you select ovarian
24     cancer patients because they're

Page 175

1     diagnosed with ovarian cancer.
2         And then you try to match
3     them to controls that don't have
4     cancer, and those are matched in
5     multiple different ways. Like,
6     let's say one is trying to match
7     them by age, race, and let's just
8     say occupation.
9         And so you have, let's say,
10     200 ovarian cancer patients and
11     you -- and how are you going to
12     find your controls?  Let's say you
13     do random phone calls, and you
14     have a list of a thousand people
15     you're going to call.
16         Only 200 of them answer the
17     phone, so those are the 200 you're
18     stuck with as your controls.
19         The ovarian cancer patients
20     are very, very interested in what
21     caused their cancer.  So they're
22     hyper-focused.
23         So that's -- that's
24     selection bias, first of all.  You

Page 176

1     had a thousand.  You got 200, and
2     the 200 were chosen because they
3     chose to answer the phone.  That's
4     not a great way to create equal
5     groups.
6         But anyway, so then recall
7     bias, the ovarian cancer patients,
8     they're hyper-focused on their
9     cancer.  They're searching for
10     answers.  So they are very, very
11     hyper-focused on each question.
12         The people you call on the
13     phone are very focused on getting
14     off the phone.  They want to
15     finish the survey.  They're not
16     focused on anything, but maybe
17     they're an attorney and they've
18     got a bunch of cases to work on.
19     Maybe they're a physician or a
20     nurse practitioner.  Maybe they're
21     a mom with three kids.  They've
22     got a lot of other things going
23     on.  They're not that interested
24     in -- they're not as interested as

Page 177

1     the patients with ovarian cancer.
2     That's recall bias.
3         So between those two biases,
4     that's what pushes all those
5     confidence intervals to the right
6     of one.  It's a known phenomenon,
7     and that's what all the data
8     shows.  And that's what Katie
9     O'Brien pointed out in her article
10     last month.
11 BY MS. PITTARD:
12     Q.    And what -- I'm sorry.  Go
13 ahead?
14     A.    I said which was a beautiful
15 statement because it confirms what I've
16 been saying all along.
17         And if I had to guess, I
18 would expect 20 to 50 percent between
19 those two biases, if I had to guess.
20 Maybe more.  But I don't know.  I don't
21 think anybody knows.
22     Q.    So you estimate 20 to
23 50 percent impact of bias on the results
24 of all case control studies?

45 (Pages 174 - 177)

Page 178

1    MS. CURRY:  Object to the
2    form.
3    THE WITNESS:  What I'm
4    saying is I don't know.  We'll go
5    back -- I said it could be as much
6    as that.  It could be more.  It
7    could be double, triple that.
8    Nobody knows because there's
9    no way to get that to that number.
10    There's no way to get to that
11    number.  You can't -- you can't
12    control for it.
13    The only way you can control
14    for it is to do a prospective
15    cohort study of which there have
16    been four.  And you can combine
17    that data, and when you combine
18    all four of those, that's over
19    250,000 patients.  They found
20    no -- no association.
21    BY MS. PITTARD:
22    Q.   So what I think I'm hearing
23    you say, Dr. Finan, is that there is no
24    way to predict what impact selection bias

Page 179

1    or recall bias had on the results of this
2    article's findings?
3    MS. CURRY:  Object to the
4    form.
5    THE WITNESS:  I can tell you
6    that those two biases definitely
7    pushed -- pushed the odds ratio
8    towards greater than 1, and they
9    definitely pushed the confidence
10    intervals towards being
11    significantly different.  That's
12    the effect they have on the end
13    results.
14    BY MS. PITTARD:
15    Q.   But you can't say how much
16    of an effect those things have?
17    A.   I'd have to give it more
18    thought.  I'll try to get back to you on
19    that.
20    Q.   In your expert report, you
21    cite Terry as proof of a lack of
22    dose-response.
23    And in this article, in
24    Terry's article, the author states, The

Page 180

1    lack of significance dose-response may
2    reflect the difficulty inherent and
3    accurate recollection of specific details
4    of frequency and duration of genital
5    powder use.
6    Also, because not all powder
7    products contain talc, various products
8    may differ in their potential carcinogen
9    effects.
10    Alternately, the association
11    between genital powder exposure in
12    ovarian cancer risk may not be linear and
13    modest exposure may be sufficient to
14    increase cancer risk.
15    Do you have any reason to
16    disagree with those statements by the
17    author?
18    CURRY:  Object to the form.
19    This is trending into general
20    causation opinions and not
21    specific to Ms. Bondurant.
22    MS. PITTARD:  Well, it was
23    in Ms. Bondurant's case specific
24    report.  That's why I'm asking

Page 181

1    about it.
2    MS. CURRY:  With respect to
3    the clear cell carcinoma finding,
4    but not with respect to
5    dose-response.
6    You can answer this one
7    question, but I want to move off
8    of general causation opinions.
9    BY MS. PITTARD:
10    Q.   So you can answer,
11    Dr. Finan.
12    A.   Can you show me the table
13    you're referring to?
14    Q.   It's the citation on the
15    screen that's highlighted, the lack of
16    significance dose-response.
17    A.   Yeah.  What I'm asking is to
18    see the table.  Let me if I can -- can I
19    just share in the document.
20    Q.   Yes.  I don't believe
21    there's a table associated with this
22    statement.
23    A.   There is.
24    Q.   Okay.

46 (Pages 178 - 181)

Page 182

1      MS. CURRY: If you go
2  into -- can you open the document,
3  Dr. Finan?
4      THE WITNESS: I'm looking
5  for it. Which exhibit is it?
6      MS. CURRY: 16.
7      MS. PITTARD: It's not 16.
8  It's actually 17.
9      MS. CURRY: I think it's
10  labeled as 16.
11      MS. PITTARD: It is labeled
12  as 16.
13  BY MS. PITTARD:
14   Q.   But what I'm saying is this
15  is a commentary by the author about
16  dose-response. And I don't believe that
17  there is a table on dose-response?
18   A.   There is.
19   Q.   Okay.
20   A.   There is. Let me find it,
21  and I'll tell you which one it is.
22   Q.   Okay.
23   A.   It has to do with how much
24  powder they used, I believe, unless I'm

Page 183

1  thinking of a different article.
2      Yes. It's Table 5,
3  "Association between estimated lifetime
4  applications and risk of ovarian cancer."
5      So let's look -- looking at
6  all of the cases, 7,587 cases, odds ratio
7  is 1.14 for the first quartile, 1.23 for
8  the second quartile, 1.22 for the third
9  quartile, and 1.32 for the fourth
10  quartile.
11      So if you compare that to
12  exposures of the two other cancers, the
13  only two cancers that we know the cause
14  of being lung cancer and cervical
15  cancer -- those are the only two that I
16  know of that we know the actual cause, at
17  least those more common cancers -- those
18  both have a dose-response. The more a
19  person smokes, the higher the odds ratio
20  of them getting cancer.
21      And again, the odds ratios
22  in lung cancer are 30 to 50. They're not
23  1.14 or 1.32.
24   Q.   Right. I don't believe

Page 184

1  we're on the same page.
2      What I'm referring to is the
3  authors' explanation for dose-response,
4  which is why I didn't understand that you
5  were referencing this table.
6      And the authors, in this
7  highlighted passage, are explaining why
8  there may be a lack of dose-response.
9  And they're stating that it may reflect
10  difficulty and accurate recollection of
11  details of frequency and duration. It
12  could be because not all powders contain
13  talc, or it could be because the
14  association between genital talc powder
15  use and ovarian cancer may not be linear,
16  and a modest exposure may be sufficient
17  to cause ovarian cancer.
18      And my question to you is do
19  you have any reason to disagree that any
20  of those things could affect
21  dose-response?
22      MS. CURRY: Object to the
23  form.
24      THE WITNESS: Well, I

Page 185

1  think -- I think Terry should have
2  added another line. And the other
3  line is, "or it could be that
4  talcum powder does not cause
5  ovarian cancer and these findings
6  are related to recall bias and
7  selection bias."
8      That's the answer -- that's
9  not the answer that you're looking
10  for.
11  BY MS. PITTARD:
12   Q.   But that's not what Terry
13  wrote, is it?
14   A.   But it's the truth.
15   Q.   My question is that's not
16  what Terry and the other authors wrote in
17  this article, is it?
18      MS. CURRY: Object to the
19  form, and can we move back on to
20  Ms. Bondurant's case, please.
21      MS. PITTARD: Yes, we can,
22  but he still hasn't answered my
23  question.
24      MS. CURRY: But he has.

47 (Pages 182 - 185)

Page 186

1          MS. PITTARD:  So if we can
2    just get an answer to that, then
3    we'll move on.
4          THE WITNESS:  You read it
5    correctly, and this is what they
6    said.
7          But they should have added
8    another line that said this could
9    be due to recall bias, selection
10   bias, or the fact that talcum
11   powder does not cause ovarian
12   cancer.
13         That's my opinion, and,
14   oddly enough, it's also the truth.
15   BY MS. PITTARD:
16     Q.   My question was not whether
17   I read it correctly.
18         My question was:  Do you
19   have any reason to disagree that any one
20   of these explanations by the authors of
21   this article could explain the lack of
22   dose-response?
23     A.   Yes, I do.
24         MS. CURRY:  Object to the

Page 187

1    form.  Asked and answered.
2          THE WITNESS:  I disagree
3    with it because of the example of
4    lung cancer that I gave you and
5    because of the example of cervical
6    cancer.  Those are the only two
7    cancers with a known cause.  And
8    cervical cancer has a
9    dose-response to a number of
10   sexual partners, the number of
11   sexual partners being a surrogate
12   for HPV exposure.
13         Those two cancers are the
14   only two cancers that we know a
15   cause of, and based on Bradford
16   Hill's criteria, a dose-response
17   was key.
18         It also -- it also had to do
19   in his seminal lecture with
20   testicular cancer and the number
21   of exposures of chimney sweeps.
22   The more they were exposed to tar
23   in chimneys, the higher their risk
24   of testicular cancer.

Page 188

1    So dose-response is key, and
2    they don't find a dose-response.
3    Therefore, I disagree with this
4    statement.  I think -- I think
5    they missed out on the obvious
6    statement that they should have
7    added.  Yes, I disagree.
8    BY MS. PITTARD:
9      Q.   If the cases in this study
10   were to, let's say, underestimate the
11   frequency or duration with which they
12   applied talcum powder, would that effect
13   the dose-response calculations?
14         MS. CURRY:  Object to the
15   form.  This is clearly within the
16   general causation opinions that
17   have already been asked about
18   extensively during the prior
19   deposition.  I'm instructing him
20   not to answer any further
21   questions on dose-response.  I'm
22   sorry.
23         MS. PITTARD:  No, I -- I
24   actually don't think he has yet

Page 189

1    answered my question because he
2    keeps subtracting into statistical
3    calculation, which is not my
4    question.
5          But I will move on because I
6    think we have belabored this
7    longer than necessary.
8          And I think I'm about done.
9    If you'll give me about ten
10   minutes so I can just double-check
11   my notes, and then we can wrap it
12   up.
13         MS. CURRY:  Sure.  Thank
14   you.
15         (At this time, a short break
16   was taken.)
17         COURT REPORTER:  While we're
18   waiting, would you like a rough,
19   Ms. Pittard?
20         MS. CURRY:  I would like
21   one, actually, please.
22         MS. PITTARD:  I will take
23   one, thank you.
24   BY MS. PITTARD:

48 (Pages 186 - 189)

Page 190

1    Q.   Dr. Finan, before we move to
2 Ms. Bondurant (indiscernible).  She used
3 Johnson's Baby Powder for about 56 years.
4 Does that sound correct to your
5 recollection?
6    A.   Yes.
7    Q.   Three to five times a week?
8    A.   Yes.
9    Q.   Do you believe recall factor
10 to -- I'm sorry -- recall bias to be a
11 factor as it concerns Ms. Bondurant?
12      MS. CURRY:  Object to the
13    form.
14      THE WITNESS:  No.  I trust
15    Ms. Bondurant implicitly.  I
16    suppose -- I assume that she spoke
17    the truth.
18 BY MS. PITTARD:
19    Q.   And are all of your opinions
20 related to Ms. Bondurant either expressed
21 in your expert report or expressed here
22 in your deposition?
23    A.   Yes, to the best of my
24 knowledge.  Yes.

Page 191

1    Q.   Any additional opinions that
2 you have not expressed either in your
3 expert report or in today's deposition as
4 they relate to Ms. Bondurant?
5    A.   No.
6      MS. PITTARD:  I have no
7    further questions.
8      MS. CURRY:  I have no
9    questions today.  Thank you.
10      COURT REPORTER:  Would you
11    both like a copy along with the
12    rough?
13      MS. PITTARD:  Yes.
14      MS. CURRY:  Yes, thank
15    you.
16      (Witness excused.)
17      (Deposition concluded at
18    4:33 p.m. Central Time)
19
20
21
22
23
24

Page 192

1      C E R T I F I C A T I O N
2
3      I, DANA M. JONES, Professional
4 Court Reporter and Notary Public, certify
5 that the foregoing is a true and
6 accurate, to the best of my ability,
7 transcript of the deposition held before
8 me at the time, place and on the date
9 hereinbefore set forth.
10      I further certify that I am
11 neither attorney nor counsel for, not
12 related to or employed by, any of the
13 parties to the action in which this
14 deposition was taken; further, that I am
15 not a relative or employee of any
16 attorney or counsel employed in this
17 case, nor am I financially interested in
18 this action.
19
20
21
22
23      DANA M. JONES
24

Page 193

1      LAWYER'S NOTES
2
3 PAGE  LINE
4 ____  ____  _____
5 ____  ____  _____
6 ____  ____  _____
7 ____  ____  _____
8 ____  ____  _____
9 ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24

49 (Pages 190 - 193)

**[& - 2014]**                                                                    Page 1

| & | | | |
|---|---|---|---|

**&**   1:3 2:11,14
27:18 29:2
31:12 36:1,13
39:10 132:23
133:16

**0**

**0**   23:20
**00001**   39:1
**00007**   38:22
**02210**   2:12
**08002**   2:18

**1**

**1**   3:9 9:7,9,12
10:10 11:13
19:6 38:23
39:19 45:16
66:2 89:3,10
141:11 147:3
152:8 179:8
**1,000**   116:11
**1.01**   169:16
172:6
**1.02**   144:6
**1.06**   148:1
**1.14**   183:7,23
**1.15**   169:10
**1.19**   128:4,13
129:21
**1.2**   171:11
**1.22**   130:12
183:8
**1.23**   183:7

**1.24**   169:9,15
169:20 171:4
171:24 172:5
**1.27**   129:15
**1.29**   144:11,17
**1.32**   183:9
**1.32.**   183:23
**1.33.**   169:10
**1.37**   130:24
**1.38**   146:3
**1.46**   129:22
**1.52**   172:6
**1.52.**   169:16
**1.62**   147:24
**1.64**   144:5
**1.66**   130:11
**1.7**   129:14
**1.7.**   127:21
**1/2/2024**   3:13
**10**   3:19 11:13
13:14,15,19
14:13 68:21
69:13 70:1,16
75:3,21 81:23
82:3,5 142:6
**100**   23:20 68:9
70:14
**11**   3:11,20
14:24 16:14
86:14,17,19
87:23
**11/15/2023**   32:6
**12**   3:21 54:11
67:12 88:3,4,5
88:9 143:15

**12/28/21**   3:12
**125**   3:22 116:10
**13**   3:22 40:4
125:1,5,20
**133**   5:4
**137**   3:23
**14**   3:23 29:9,18
127:13 137:16
137:20 140:4
149:7 165:8
166:2
**1411**   127:10,17
**15**   4:3 5:4
105:23 149:7
154:20,23
**154**   4:3
**155**   2:12
**16**   4:5 49:4
80:18 160:20
160:23 168:2
182:6,7,10,12
**16-2738**   1:6
**160**   4:4
**1629**   67:15
**1630**   76:15
**168**   4:5
**17**   4:6 46:12
78:21 79:14
168:3,4,8 182:8
**18**   5:8 47:12
49:3,4
**1987**   122:9
**1990's**   119:18
**1991**   20:3
**1992**   117:23
119:9,10

124:21
**1:02**   1:14

| 2 | | | |
|---|---|---|---|

**2**   3:11 11:6,9,17
27:5,8 28:23
37:13 64:1 65:1
66:6 78:20
79:13 80:18
85:1 89:1 98:1
98:17 139:18
141:11 155:2
**2.09.**   144:15
**2.12**   146:2
**2.26**   130:12
**2.28**   129:15
**2.35**   146:4
**2.48**   148:1
**2.65**   144:6
**20**   15:15 77:5,7
121:4 123:10
171:10,11
172:16,24
174:15 177:18
177:22
**20's**   111:6,24
153:22 155:8
**20/20**   73:1
**200**   175:10,16
175:17 176:1,2
**2000's**   57:1
**2008**   15:11
**2009**   20:12,15
**2010**   15:12
**2014**   142:13
147:15

**[2017 - 79]**                                                          Page 2

**2017**  16:17,20
88:16
**2018**  46:12
54:12
**2019**  18:24 19:2
58:21 59:16
67:12
**2020**  13:22 14:6
15:23 16:6
59:17
**2021**  18:11,13
27:19 28:16
88:17
**2022**  16:24
78:14
**2023**  16:24
**2024**  1:15 3:23
8:19 28:23 30:6
42:19 138:1,18
150:14 152:1
164:12,20
170:18
**20s**  161:17
**21**  28:9
**218**  2:5
**22**  16:18 18:6
**23**  29:23
**24**  18:9 29:24
47:12
**24.5**  28:7
**240**  82:18
**25**  22:13 89:22
123:11
**250,000**  178:19
**26**  1:15 5:8 32:5
32:8

**27**  3:12,13
123:21
**28**  18:9,20
27:19 28:9
109:19 115:9

**3**

**3**  2:16 3:12 27:6
27:8,11,14
46:17,23 47:3
48:6,16,18 49:7
50:8 83:14
84:10 141:12
**3.12**  130:23
**30**  65:18 90:24
91:20 97:12
98:19 103:2
121:4 171:7,10
171:11,12
172:17,24
174:16 183:22
**30's**  111:6,24
153:22 155:8
**30s**  30:10,11
161:17
**31**  3:14
**310**  2:17
**31585**  192:22
**35**  18:22 20:2,9
104:3,14
**36**  20:11
**36104**  2:5

**4**

**4**  3:13 27:9,11
27:14 28:19
46:18 47:3,19

48:16,17,22
83:23 141:4,15
143:14
**40**  104:3,14
160:6
**40's**  106:4
**412**  130:20
**44**  3:15
**45**  74:7
**4:33**  191:18

**5**

**5**  3:14 12:12
31:6,14,17 32:3
183:2
**5,000**  31:6
**5/28/2024**  32:5
32:8
**50**  73:2,6,18
91:16 103:17
122:22 131:3
171:8,12
177:18,23
183:22
**50's**  103:23
104:10 116:9
**50,000**  148:11
150:22
**55**  103:17
**56**  190:3
**59**  70:23 72:3
72:15 103:17
107:8

**6**

**6**  3:5,15 44:13
44:17 85:13
**6,000**  31:6
**60**  107:2 116:1
142:10 147:7
150:24
**609**  126:3
**62**  107:5
**63**  44:23 45:16
**64**  3:16 85:13
122:17
**65**  122:17
**650**  28:5 29:7
30:22
**67**  3:17 67:22
89:24
**688**  126:5

**7**

**7**  3:16 11:13
40:4 60:5 63:24
64:5,12 65:19
**7,587**  183:6
**7.22.**  130:24
**70**  68:23 69:15
70:3,18 75:4
82:18 96:10
**702**  40:14
**71**  19:7
**75**  47:5 165:15
**78**  3:18
**79**  144:15

**[8 - ahead]**

| **8** |
| --- |

**8** 3:17 67:3
  83:14
**80** 47:6
**80's** 117:20
**819** 172:10
**82** 3:19
**86** 3:20
**877.370.3377**
  1:21
**88** 3:21

| **9** |
| --- |

**9** 3:9,18 13:14
  13:14 78:6,10
  79:16 80:19
  81:13 93:4
**90** 142:7
**90's** 57:1
  117:21
**917.591.5672**
  1:21
**95** 62:5 129:14
  130:11,23
  144:5 146:3
  147:24 169:9
  169:15
**99** 129:21

| **a** |
| --- |

**abdomen** 52:4
  108:22 115:4,6
**abdominal**
  115:14
**ability** 192:6

**able** 31:19 53:1
  55:18 64:14
**above** 24:22
**absolutely** 7:22
  98:3 123:4,7
  139:14 156:18
**abstract** 19:22
  93:23,24 169:5
**abstracts** 19:7
  19:11,16
**academic** 41:20
**accompanied**
  10:20
**account** 25:18
  143:7 173:7
**accuracy** 73:19
  129:6
**accurate** 180:3
  184:10 192:6
**accurately**
  56:23
**accutane** 39:22
  40:2,13
**acog** 3:21 87:21
  88:11,21,24
  91:23 93:23
**acting** 43:17
**action** 192:13
  192:18
**active** 117:11
  118:18,19
  119:3
**actual** 11:23
  75:8 183:16
**actually** 11:3
  19:3 24:18

38:17 59:14
  74:2 76:11
  105:23 112:12
  119:8 122:8
  127:5 134:15
  137:23 182:8
  188:24 189:21
**add** 27:5
**added** 8:6
  36:16 77:9
  126:17 185:2
  186:7 188:7
**addition** 50:13
  68:24 75:12
  100:8
**additional**
  37:17,22 191:1
**additive** 124:5
**address** 57:16
**addressed**
  34:12
**adds** 142:17
  161:13
**adjusted** 34:13
**admire** 92:8
**advanced** 130:8
  130:12
**advancing**
  107:1
**advantage** 51:7
  54:21 55:15
**adverse** 104:17
  105:1
**advisable** 160:4
**affect** 56:16
  184:20

**affected** 84:17
  140:2 170:14
**afraid** 36:3
**afternoon** 6:23
**age** 22:13 68:23
  69:15 70:3,18
  72:3,14 73:3,7
  73:20 75:4
  91:16 103:15
  103:16 104:3
  105:23 106:24
  107:1,2,5 111:3
  116:1 175:7
**agent** 156:22
**ago** 77:5 99:22
  115:2 116:14
  157:22
**agree** 60:8
  74:19 75:15
  95:9 106:1
  129:5 135:10
  145:21 149:4
  152:11 155:10
  155:18,21
  171:2,17,20,22
  171:24 172:8,9
**agreed** 6:10
  152:14
**agreement** 6:1
**ahead** 25:10
  27:4 54:20
  95:15 115:20
  144:16 148:8
  155:15,16
  170:9 172:12
  177:13

**[alabama - assignments]**

**alabama** 1:13
2:5 15:17 16:7
17:14
**alert** 104:16
**alive** 71:7 92:3
**allegation**
132:22 134:19
**allen** 2:3
**allow** 60:17
**allowing**
165:19
**alongside** 154:8
**alternately**
180:10
**alternating**
24:24
**ambry** 64:15
67:22
**amend** 38:9
**amended** 32:5
32:6,8,12,15,22
33:10 34:6
**amendments**
39:15
**analyses** 64:19
141:8 174:4
**analysis** 141:7
141:10 172:14
**anderson** 38:21
**angeles** 125:23
**annual** 77:3
**answer** 5:2
38:17 41:11
42:22 134:13
134:16 146:17
159:2 175:16

176:3 181:6,10
185:8,9 186:2
188:20
**answered** 75:19
185:22 187:1
189:1
**answers** 176:10
**anybody**
177:21
**anymore** 57:4
**anyway** 176:6
**apologize** 13:11
37:4
**appearance**
50:11
**appeared** 20:13
20:17 66:21
**appearing** 6:9
**appears** 51:5
**appendix** 147:3
**application**
20:19 42:14
**applications**
183:4
**applied** 188:12
**apply** 106:7
127:6 142:3
143:16
**applying** 141:2
**appreciate** 80:9
100:6
**approach** 51:19
**appropriately**
102:6
**area** 156:17

**argue** 25:8
**artery** 53:8
**article** 3:18,20
3:22,23 4:3,6
8:5,8,10,11,13
8:14 18:23
19:18 33:21
78:12,13 79:20
80:5 86:19 87:8
91:24 93:3
94:12,21
101:21 125:8
126:15,16
127:6 128:11
128:11 135:22
136:2 137:24
138:18 139:6,8
139:15 140:15
141:2,4 142:2
143:15 147:17
151:2,6 152:8
155:1 158:16
164:8 166:14
166:22 167:24
168:24 177:9
179:23,24
183:1 185:17
186:21
**article's** 179:2
**articles** 18:21
19:2,4,10,15
33:7 135:24
152:10,21
154:12 160:6
168:13

**artificial** 141:3
141:18,24
142:4 149:16
149:19 150:18
151:9
**ascites** 42:6
116:9
**asco** 4:4 8:7
160:14 161:3,4
161:19 164:7
164:21
**asked** 42:20
45:2,8 75:8,19
126:19 127:1
139:2 167:1
187:1 188:17
**asking** 92:16
96:16 131:10
131:12,14
134:3 150:10
153:10 157:19
166:24 180:24
181:17
**assess** 22:17
50:14,18 55:7
**assessing** 163:4
**assessment**
21:3,7,13 25:18
26:6 74:6,14
91:15 92:8
**assessments**
25:12
**assigned** 23:7
**assignments**
15:16

[assigns - believe]                                                          Page 5

**assigns**  24:19
**associate**  94:21
**associated**
  68:12,20 69:12
  74:23 76:17
  77:2,10 84:2,19
  89:6,11,18
  100:3 105:19
  106:11 110:7
  123:9 127:21
  129:13 155:5
  157:23 161:11
  169:7 172:16
  181:21
**associating**
  77:22 97:5
**association**
  76:21 81:1
  96:24 97:5,16
  127:18 129:10
  142:23 145:5
  145:10,14
  146:14 148:18
  150:7 154:3
  158:19,21
  160:7 161:5
  163:7,22
  164:23 165:6
  167:10 178:20
  180:10 183:3
  184:14
**associations**
  127:23 129:18
**assume**  8:19
  38:6 39:22
  190:16

**assuming**  29:3
  121:7 132:4
  134:19 147:8
  173:2
**assumption**
  120:15
**atm**  84:4
**attempting**
  170:17
**attorney**
  176:17 192:11
  192:16
**attorneys**  27:2
  27:18 28:12,15
  30:2,13 31:12
  36:14
**attribute**  81:12
**aunt**  85:15,19
  90:13 91:7,8,9
  93:7,9
**aunt's**  90:10
**author**  152:9
  152:17 163:3
  179:24 180:17
  182:15
**authoritative**
  83:11 94:6
**authors**  80:23
  151:5 158:21
  171:3 184:3,6
  185:16 186:20
**available**  80:10
**avoid**  57:21
**aware**  37:18,21
  43:23 76:20
  96:23 97:4,15

99:5 133:15
  134:18,21
  155:9 156:3

**b**

**b**  3:7
**baby**  131:22
  132:2,7,16
  133:5,16 134:5
  134:22 190:3
**back**  15:10 17:5
  26:22 28:15
  31:9 39:18
  56:24 60:4,19
  74:16,20 84:9
  85:12 90:3,7
  93:22 97:13
  101:9 105:8
  117:20 119:5
  119:18,21
  129:9 146:12
  149:8 151:14
  152:3,7 178:5
  179:18 185:19
**ballpark**  24:13
**bank**  42:7
**base**  120:24
  121:5,5
**based**  21:13,20
  24:15 41:21
  54:11 60:7
  64:23 72:20
  74:5 82:9 87:8
  90:22 91:18,20
  91:21 96:3,6
  99:3,8 103:4

121:1,5 123:21
  126:5 128:10
  147:9 162:20
  169:24 173:11
  187:15
**basis**  77:3
  99:21 173:10
**bates**  38:22
  67:15
**beasley**  2:3
**beasleyallen**
  2:6
**beasleyallen....**
  2:7,8
**beautiful**  150:4
  177:14
**becoming**  69:1
  73:17 75:13
  76:3
**beginning**  12:6
  18:5 54:23
  128:23 150:11
**belabored**
  189:6
**belief**  62:15
**believe**  9:2 12:7
  15:9 16:17 36:9
  37:9 38:2,23
  40:6,17 42:17
  42:21 46:1
  47:13 57:3
  67:16 78:19
  79:15,17 83:21
  86:21 97:14
  99:11 101:14
  101:20 107:17

[believe - bso]                                                                              Page 6

110:6 118:7
119:7 121:18
123:1,20
135:14,17
137:5 138:19
138:24 147:21
149:6 154:11
160:14 181:20
182:16,24
183:24 190:9
**benefit**  57:12
156:12 158:1
**best**  7:11 29:17
190:23 192:6
**better**  38:18
55:9 112:15
138:13
**bias**  135:5,6,6
139:16,23
140:2,17 141:7
141:10 142:5
142:18,21
143:7,8 144:4
144:10 146:1
147:16,20
148:13,14
149:9,20
150:10,10
151:7,8 165:19
167:16 170:4,4
170:14,15
172:3,3,11,12
173:3,8,8 174:7
174:21,22
175:24 176:7
177:2,23

178:24 179:1
185:6,7 186:9
186:10 190:10
**biases**  163:4
173:13 177:3
177:19 179:6
**big**  170:23
**bilateral**  71:16
71:18,20
**bio**  42:6
**biopsies**  50:17
**biopsy**  53:14
**biotechnology**
16:4
**birth**  112:8
122:4
**births**  124:14
**bit**  21:6 32:2
34:1,3 59:7,15
73:4 105:8,24
**bladder**  62:7
**bleed**  108:19
**bleeding**  110:20
**blood**  51:14
108:13
**blow**  89:6
**boat**  140:22
**body**  55:23
115:3 161:13
**bondurant**  7:5
27:23 28:2 29:2
30:8 35:16
58:10,22 59:21
60:19 61:18
64:24 74:15
84:23 89:24

92:9 94:9
102:16 106:8
106:14,20
107:7,15
117:14,23
120:14 122:8
123:13 124:13
124:21 126:14
126:22 127:7
128:3,13 132:3
132:19 134:20
143:16,21
168:15 169:3
169:14 180:21
190:2,11,15,20
191:4
**bondurant's**
29:4,19 30:18
45:4,24 46:6
53:21 55:17
61:1,15 62:1
64:6 66:22 90:4
95:4 105:22
121:15 130:4
169:19 180:23
185:20
**boston**  2:12
**bottle**  134:5,6
**bottles**  137:6
**bottom**  9:22
14:13 18:6,19
20:2,9 46:8
76:15 84:10
**boulevard**  2:12
**bowel**  52:15
57:15 110:17

**bradford**
187:15
**brca**  89:2
**brca1**  23:5 64:1
65:1 77:5 83:16
84:13,24 89:1
98:1,17
**brca1/2**  64:19
**brca2**  23:5 77:6
83:16 84:14
**break**  7:12,21
96:17,20
123:18 151:17
151:21 189:15
**breast**  21:19
22:17 24:20,24
25:2 84:15
85:15,15 89:7
89:12 90:13,14
91:8,9 93:8,9
100:16,22
154:4
**breastfed**
123:13
**breastfeeding**
122:6 123:9,19
**briefly**  6:13
**bring**  7:23
**brip1**  84:4
**bristol**  14:15
**brother**  85:17
86:1
**brought**  8:2,4
154:12 160:15
**bso**  102:19
104:17

[bso's - case]                                                                Page 7

| | | | |
|---|---|---|---|
| **bso's** 103:11 | 37:13 41:24 | 117:12 122:1 | **cancernext** |
| **bulk** 58:7 | 45:6,20 46:23 | 123:2,6 124:17 | 67:21 |
| **bulletin** 3:21 | 47:20 49:7 53:1 | 125:22 126:5 | **cancers** 21:19 |
| 87:21 88:12 | 53:3 55:8,11 | 127:19,20 | 62:6,12 68:2 |
| 89:1 | 60:6,9 61:19 | 128:1 129:12 | 100:4 109:12 |
| **bunch** 176:18 | 62:7,7,8,8,9,9 | 129:13,20 | 110:7 127:14 |
| **burdensome** | 62:16 63:4,16 | 130:4,7 132:5 | 130:4 171:14 |
| 41:1 | 64:19 66:7,11 | 133:2 134:23 | 183:12,13,17 |
| **burning** 113:5 | 67:23 68:1,4 | 135:16,18 | 187:7,13,14 |
| **buying** 171:15 | 70:10,22 72:2,3 | 136:7 139:22 | **candidacy** |
| **c** | 72:14,15 73:23 | 143:1,18,21 | 56:17 |
| | 74:6,13 76:9,22 | 146:8 148:19 | **candidate** |
| **c** 2:1 8:7 24:11 | 77:11,24 78:3 | 150:20 152:11 | 52:22 58:12,24 |
| 110:1 192:1,1 | 82:22 83:2,4,15 | 152:22 153:24 | **carboplatin** |
| **ca** 116:10 | 84:3,13,15,19 | 154:4 155:7,22 | 49:14,15,20 |
| **cadigan** 42:23 | 84:20 85:10,15 | 156:9 157:7,11 | **carcinogen** |
| **calculation** | 85:16,18,19 | 157:17,23 | 180:8 |
| 172:23 189:3 | 86:3,7,11 87:10 | 158:3,8 159:7,8 | **carcinoma** 81:2 |
| **calculations** | 89:8,12,19 | 159:11,12,15 | 81:15 94:22 |
| 188:13 | 90:10,11,14,14 | 159:22 160:1,8 | 118:15,16,22 |
| **call** 7:17 36:20 | 90:15 91:6,8,9 | 161:7,15 162:3 | 119:1 181:3 |
| 43:9 48:11 | 91:10,11,15 | 162:13 163:8 | **care** 2:19 22:8 |
| 141:3 149:24 | 92:22 93:5,8,9 | 163:24 165:1 | 25:11 59:21,23 |
| 175:15 176:12 | 93:10,11,18 | 165:14,22 | 161:11 |
| **called** 40:12 | 94:10 95:12,23 | 167:10 169:8 | **carefully** 68:8 |
| 108:9 109:16 | 96:14 97:2,6,7 | 171:6,9,12 | 70:9 |
| 112:9 | 97:17,17,24 | 172:19 173:1 | **carry** 20:10 |
| **calls** 25:6 | 98:10,17 | 174:24 175:1,4 | 83:15 |
| 175:13 | 100:12,16,22 | 175:10,19,21 | **case** 7:2,4 9:1 |
| **campus** 2:16 | 101:3,18 | 176:7,9 177:1 | 9:16 27:4 28:1 |
| **cancer** 12:16 | 104:20 105:10 | 180:12,14 | 29:3,4,19 30:8 |
| 12:23 15:2 21:2 | 105:15,20 | 183:4,14,15,20 | 33:1 34:21 35:4 |
| 21:7,12,19,20 | 106:12,19 | 183:22 184:15 | 37:23 41:7 43:9 |
| 21:20 22:18,22 | 107:3,12,20 | 184:17 185:5 | 44:1,24 45:3,9 |
| 22:22 23:1,17 | 108:21 109:2,8 | 186:12 187:4,6 | 45:24 53:12,19 |
| 24:20 25:12 | 109:9,9 110:8 | 187:8,20,24 | 53:19,21 55:17 |

[case - chimney]

| | | | |
|---|---|---|---|
| 61:15 62:1 78:6 | **cause** 32:23 | 127:13,24 | 38:4 |
| 84:22 90:24 | 35:2 45:17,23 | 129:19,23 | **changed** 55:12 |
| 91:1,4 92:13 | 60:8,12 62:2,4 | 169:14 172:4 | **changes** 39:14 |
| 94:12 95:4 | 62:5,6,11 109:3 | 172:20 181:3 | 94:6 |
| 96:15 116:6,17 | 109:22,24 | **cells** 46:13 | **changing** 77:1 |
| 116:23 124:10 | 110:6 136:10 | **center** 12:16 | **characterize** |
| 124:12 125:20 | 136:17,21 | 37:14 | 59:2 |
| 127:8,13 | 137:10 140:8 | **centimeter** | **charge** 30:24 |
| 134:10 135:3,3 | 149:6 156:8 | 53:6 | **chart** 89:4 |
| 139:10,16 | 157:22 158:8 | **central** 1:14 | **chat** 9:5,15,23 |
| 167:13,18 | 158:12,17,22 | 50:16,19 | 11:15,21 31:20 |
| 168:13 169:24 | 159:14 166:12 | 191:18 | 44:11,14 64:7 |
| 170:6,23 | 171:14 183:13 | **certain** 24:12 | 80:11 81:24 |
| 173:11 174:3 | 183:16 184:17 | 24:22 36:11 | 87:24 125:11 |
| 177:24 180:23 | 185:4 186:11 | 42:10 57:17 | 125:12 137:17 |
| 185:20 192:17 | 187:7,15 | 174:15 | 138:3 168:19 |
| **cases** 36:1,9 | **caused** 38:8 | **certainly** 26:15 | **check** 39:2 |
| 40:9 43:19,22 | 45:5 115:12 | 33:21 92:7,10 | 51:21 189:10 |
| 50:1 51:1 52:14 | 137:4 157:7 | 92:11 118:9 | **checklist** |
| 73:2,6 108:23 | 159:7,12 | 120:12 135:16 | 100:10 |
| 113:16 142:15 | 175:21 | **certainty** 77:14 | **chemical** 55:10 |
| 176:18 183:6,6 | **causes** 45:20 | **certification** | **chemo** 47:7,10 |
| 188:9 | 61:23 62:16 | 6:3 | 47:14,14,24 |
| **cat** 50:12 | 63:4,15 109:6 | **certified** 1:16 | 48:1,4,23 49:13 |
| **catch** 22:13 | 110:3 135:15 | **certify** 192:4,10 | 49:24 50:2,9,19 |
| **categories** | **causing** 157:6 | **cervical** 171:9 | 51:10 55:2,13 |
| 45:19 61:14 | **cauterizing** | 183:14 187:5,8 | 56:24 57:11,20 |
| **categorizing** | 113:5 | **chaffing** 157:1 | 58:1 |
| 141:14 | **cell** 45:6 46:23 | 157:10 | **chemotherapy** |
| **category** 46:2 | 47:19 49:7 76:9 | **challenges** | 50:21 51:8 |
| 58:4 143:18 | 77:23 81:2,14 | 163:3 | 53:18 54:1,18 |
| **caucasians** | 93:5 94:10,16 | **chance** 41:14 | 54:22 55:4 59:5 |
| 107:22 108:1 | 94:22 105:15 | 66:8 133:1 | **cherry** 2:17 |
| **causation** 81:1 | 109:9 117:12 | **chang** 150:12 | **chief** 12:16,22 |
| 126:18 180:20 | 118:14,16,22 | **change** 32:16 | **chimney** |
| 181:8 188:16 | 118:24 127:12 | 34:20 37:23 | 187:21 |

**[chimneys - computer]**    Page 9

**chimneys**
187:23
**chocolate**
109:17
**choose** 104:21
**chose** 176:3
**chosen** 176:2
**cigarettes**
105:11,13
**citation** 181:14
**citations** 139:3
**cite** 82:14
135:22 179:21
**cited** 69:3 76:7
76:7 78:16 80:6
96:10 101:11
125:24 127:7
128:11 131:16
135:23 168:13
**clarification**
19:13 40:20
**clarify** 34:11
63:6 98:13
117:9
**clear** 37:14
41:3 45:6 46:12
46:23 47:19
49:7 69:8 76:9
77:23 78:22
81:2,14 93:4,12
94:10,16,22
95:17 99:4
105:14 109:9
114:15 117:12
117:18 118:14
118:16,21,24

127:13 128:4
129:22 135:13
135:21 156:9
169:13 172:4
172:20 181:3
**clearly** 70:15
149:5 188:15
**cleverly** 170:22
**clinical** 41:19
41:22 42:1,2
99:15 103:1
120:21 153:4,6
153:11,16
**clinician** 93:15
93:16
**closed** 68:17
84:16
**closing** 138:9
**club** 18:1
**clubs** 17:9
**coast** 25:10
**cohort** 148:10
148:16 178:15
**colleague** 95:21
96:5
**collected** 15:14
142:9 150:4
**collection** 15:19
139:20
**collects** 42:6
**colon** 21:20
22:21 52:15
113:17 115:16
**color** 108:13
**colorectal**
84:18

**colostomy**
51:15
**column** 147:19
147:23
**com** 2:6
**combination**
77:18 90:13
164:19
**combine** 170:5
170:6 178:16
178:17
**combined**
19:13 71:1
174:20
**combining**
174:2
**come** 33:7
60:19 70:20
72:1,2 74:7
91:13 97:20
**comes** 33:8,13
33:14 91:4
116:6
**coming** 21:11
45:11 67:7
139:1
**commencing**
1:13
**commendably**
159:21
**commentary**
155:2 164:21
182:15
**comments** 34:6
35:11 38:12
39:14 59:20

**commerce** 2:5
**committee**
93:23
**common** 73:17
107:21 111:7
111:15,19
112:1,7 116:5
136:7 183:17
**commonly**
111:5 120:24
**community**
17:10 41:21
**company** 16:4
**comparable**
157:15
**compare** 55:6
157:11 158:2
183:11
**compared**
68:20 69:11
74:23 130:20
141:8
**compatible**
136:5
**complete** 21:17
83:12 94:5
**completed**
165:17
**completely**
6:15
**complex** 166:4
**comprehensive**
99:13 102:24
**computer**
26:10

**[concerns - correction]**

Page 10

**concerns**
190:11
**concluded** 46:2
173:9 191:17
**conclusion**
92:21 167:21
169:18
**conclusions**
45:11 149:3
**conclusive**
150:7
**conditions**
51:22,23
**condoms** 157:4
**conducted**
14:17 15:3
**conference**
17:4
**confidence**
128:18 129:3,7
129:14 130:11
130:23 144:6
144:14 146:3
148:1 169:9,15
172:6 177:5
179:9
**confined** 52:6
52:18,19 115:4
**confirm** 39:3
**confirmed**
143:20
**confirms**
167:17 177:15
**confounding**
166:1,7,8

**confused** 120:3
**conservative**
112:22
**consider** 51:23
82:11 87:2
88:22 107:19
**considered**
3:14 24:1 31:11
32:12 36:24
37:10,20 39:15
61:15 85:23
86:7 105:23
106:4 139:4
**consistent**
136:3 163:6
**constantly** 77:1
83:18
**contain** 180:7
184:12
**containers**
132:2
**context** 137:11
139:1
**continue** 77:11
**continued** 4:1
13:15
**contraceptive**
122:12
**contradictory**
141:12,13,15
**contribute**
161:14
**contributed**
45:5
**contributions**
18:6

**control** 112:8
122:5 125:21
126:5 135:3,4
143:8 167:18
170:1,6,17,24
172:14 173:11
174:3 177:24
178:12,13
**controlled**
139:17 167:13
**controlling**
149:20
**controls** 175:3
175:12,18
**conversation**
159:24
**copy** 8:3 26:15
80:2,5,16
102:12 191:11
**corporate**
39:11
**correct** 7:5,6
8:21 12:18,19
14:1 18:3 21:4
21:5 27:23 28:3
28:6,9,10,23,24
29:2,8,11,21
36:17 37:2 45:6
45:7 46:14,15
55:19,20 61:11
62:17 63:9,10
63:20 64:1,2,20
64:21 65:2,5,10
67:13,18 69:5
78:18 80:21,22
82:16,23,24

84:7 85:1,2,5
85:20,21 86:4
90:1,2 99:9
103:11 105:15
105:16,21
106:2,5,8,15,16
106:22,23
107:4,6,9,10,13
107:14,16
110:19 114:22
121:17,18
122:9,14,23
123:3,15,23
124:2,3,18,22
126:1 127:14
127:15 128:4
129:15,23,24
130:5,6,9,13,17
131:5,9,13
134:21 138:21
138:22 140:15
140:17 143:8
143:22 144:1,7
144:8,23 145:2
145:5 146:4,21
148:2,5,24
149:12,17
153:4,5 154:1
160:17 161:7,8
161:20 163:24
170:18 190:4
**corrected**
144:10 147:20
149:10,10
**correction**
141:11,12,13

[correction - dated]    Page 11

141:16 144:4
146:1 151:7,8
**correctly** 22:16
131:11,18
146:18 164:4
186:5,17
**correlates**
123:20
**counsel** 2:8,13
2:19 6:1 122:24
158:3 192:11
192:16
**counseling** 3:17
22:1 66:21
67:17 74:10,17
**counselor**
69:18
**country** 15:16
**county** 94:14
125:23
**couple** 7:10
30:3 116:23
120:11
**course** 43:8
104:16,18
128:3 162:22
**court** 1:1 6:8
8:13 40:12
49:17 71:18
88:2 153:8,13
168:3 189:17
191:10 192:4
**cousin** 85:20
90:15 91:10
93:10

**covariates**
166:4
**covered** 60:14
**covering** 52:12
**create** 176:4
**created** 143:6
**creates** 112:10
**criteria** 187:16
**criticisms** 34:6
35:11 59:20
**criticize** 141:2
**crosses** 129:3
**crystal** 95:16
**ct** 50:22 51:5
53:11 54:11
**curriculum**
3:11 11:17 12:9
**curry** 2:11 9:6
9:14,21 10:16
11:1,21 14:2
15:24 23:9
25:20 27:7
29:12 32:18
33:2,18 34:8,22
35:5,20,23
36:17,19 39:2,7
40:3,5,17 41:9
43:20 46:24
47:21 48:24
49:10 52:1 54:6
55:24 58:15
60:10,24 61:20
62:18,22 63:11
63:17 65:7
66:15 69:22
74:3 75:7,18

79:3,23 81:5,17
86:23 87:11,17
88:4 89:20
92:23 94:24
98:19,22
100:13 102:4
102:20 103:12
105:3 111:12
112:4,19 114:5
116:19 117:5
118:2 120:8
124:7 125:10
125:16 126:9
128:5,14
130:14 131:6
131:10 132:8
132:17 133:4
133:20 134:9
134:14,24
136:11,18,23
138:2,12
139:11 140:18
141:21 143:9
143:23 144:24
145:6,17 146:9
146:22 148:3
149:13,21
151:11,18
152:12 155:12
155:16 156:5
156:13 157:12
158:5 159:1
160:9 163:12
164:1,14 165:2
167:3 169:21
170:19 171:18

173:4 174:8,17
178:1 179:3
180:18 181:2
182:1,6,9
184:22 185:18
185:24 186:24
188:14 189:13
189:20 190:12
191:8,14
**cut** 73:4
**cuzick** 21:14
24:5,6
**cv** 11:4,23 27:7
**cycles** 55:1,6,13
57:8
**cysts** 109:17

| d |
|---|

**d** 3:1 52:10
**dadgum** 142:2
**damage** 109:3
**dana** 1:15 24:7
192:3,23
**data** 139:20
141:12,13,15
141:17 142:8
146:20 148:20
149:24 150:4
150:13,18
155:6 163:5
166:3,15 177:7
178:17
**date** 12:8 28:8
30:5 192:8
**dated** 27:18
28:22 54:11

**[dated - difference]** Page 12

67:11 78:14
88:15
**dates** 15:8
**daubert** 40:13
**daughter**
118:10 119:8
121:15
**daughter's**
72:20 118:7
122:13
**daughters** 68:7
**dawn** 2:11
26:18 36:16
38:16 125:15
**day** 31:6 71:4
97:20 118:1
159:14
**dcurry** 2:13
**deal** 54:15
**death** 165:14
**debulk** 51:1
**debulking**
51:12,13,13
52:22 55:18
57:24 58:3,5,12
59:1
**decade** 90:24
**decades** 92:11
**december**
27:19 28:9
**decision** 54:17
**declare** 83:11
**decreased** 68:3
**decreases** 70:6
70:9

**deeper** 90:6
**defendant** 2:14
2:19
**defendant's** 3:9
10:10
**defendants**
11:12
**define** 58:13
**defines** 23:15
**definitely** 179:6
179:9
**definitive**
113:12,24
114:3 120:6
**degree** 26:4,5
84:12 85:9,23
86:6,10
**demonstrate**
158:10
**department**
41:23
**depending**
113:19
**depends** 47:24
48:8
**depo** 112:9
**deposed** 168:10
**deposition** 1:10
3:10 5:1 6:9 7:4
7:8 8:24 10:11
10:14,19 26:23
30:14,17 31:10
39:4,19,21
40:23 41:15
42:17 43:11
44:4 60:15

72:20 82:10
102:3 118:8
121:16 122:14
126:7 134:11
188:19 190:22
191:3,17 192:7
192:14
**depositions**
43:7,13
**describe** 121:23
**described** 56:8
174:5
**describing**
102:11
**description** 3:8
**design** 163:20
**despite** 25:8
163:3
**destroying**
113:22
**destruction**
113:14
**detailed** 34:15
163:16,18
166:3 167:18
**details** 38:3,3
45:15 180:3
184:11
**detecting** 22:4
22:20,23
**determinant**
48:14
**determine**
45:16
**determines**
50:9

**develop** 56:15
66:8 75:3
108:21 109:7
109:12,15,17
**developed**
150:20
**developing**
24:20 68:23
69:15 70:3,17
75:16,22
153:24 172:18
173:1
**developments**
74:13 99:13
**devoted** 159:20
**diagnosed** 46:9
46:11 47:19
49:6 97:22
98:16 106:15
107:9 111:4,24
116:1 126:4
160:3 175:1
**diagnosing**
100:12
**diagnosis** 46:17
118:1 119:12
120:7
**diaphragms**
157:4
**die** 59:9
**died** 165:9,16
**differ** 180:8
**difference**
48:15 107:23
108:1 109:4

**[different - due]** Page 13

**different** 9:17
13:9 59:9 60:2
61:8 95:19,19
100:24 123:18
166:18 175:5
179:11 183:1
**differential**
165:20
**differentially**
139:22
**differently** 13:8
13:10
**difficult** 52:13
**difficulty** 180:2
184:10
**directly** 15:4,6
15:13 110:22
**director** 12:15
**disagree** 63:8
74:20 95:10
132:21 145:22
149:2 169:17
172:23 180:16
184:19 186:19
187:2 188:3,7
**disagreement**
88:18
**disappear**
111:22
**disclaimers**
99:17
**disclose** 41:1,19
43:21,21
**disclosed** 43:24
44:5

**discovered**
68:11 100:2
**discoveries**
94:17
**discovery** 100:2
**discuss** 63:23
82:20 89:1
**discussed** 67:16
68:18 69:10
**discusses** 105:9
105:17
**discussion**
74:17,21
121:14,19,20
136:1 138:21
139:2 172:13
**disease** 47:4,6
47:15 50:12,15
50:18 51:5 52:5
52:17 53:16
54:5 55:22
56:10,16 58:24
59:13 84:21
104:24 112:2
115:14,18,22
155:6,22 165:9
165:17
**diseases** 77:2
100:4
**distinct** 107:22
107:24
**distribution**
127:12
**district** 1:1,1
**divide** 48:9

**division** 1:21
**doctor** 8:22
157:21
**doctors** 24:1
**document** 3:16
9:10,20 11:7
31:15 44:15
64:10,15,18,24
65:4,19 67:1,9
78:8 80:10 82:1
82:18 83:22
86:15 88:7
125:3 137:18
154:21 160:21
168:6 181:19
182:2
**documents** 5:6
8:4 10:18 13:9
27:12 39:11
**doing** 113:1,9
138:12 140:23
159:9,10
**dose** 179:22
180:1 181:5,16
182:16,17
183:18 184:3,8
184:21 186:22
187:9,16 188:1
188:2,13,21
**double** 157:24
178:7 189:10
**douche** 121:17
**douching** 155:4
**dozen** 158:20
**dozens** 22:4,5,5

**dr** 3:15 6:23
9:21 10:9 11:5
11:16,22 18:11
27:16 32:15
34:4,19 35:12
35:15,17 50:2
61:7 75:9 78:17
89:9 92:7 94:8
94:20 96:23
100:1 126:10
126:17 131:21
133:5,15
134:18 153:11
159:3,19
169:18 170:2
178:23 181:11
182:3 190:1
**dramatically**
55:9
**drive** 114:9,20
**driven** 112:12
**drives** 114:12
114:24
**drop** 9:5,15
11:15 44:11
87:24 137:16
168:19
**drug** 49:15,21
112:9
**drugs** 59:9
**drying** 156:22
156:22
**duces** 10:12
**due** 6:12 68:4
70:11 95:12
172:11 186:9

**[duly - except]**

Page 14

**duly**  6:17
**duration**  180:4
  184:11 188:11
**dying**  104:20

**e**

**e**  2:1,1 3:1,7
  24:10 26:19
  49:23,23 52:10
  52:10 192:1
**e.g.**  84:3
**earlier**  42:18
  56:8 101:1
  138:20,24
  147:16 154:17
**early**  57:1
  84:21 103:23
  104:10 105:18
  106:4,6 117:21
  119:18
**earth**  174:4
**easily**  103:6
**editorial**  154:7
  154:16
**effect**  124:4
  149:6 158:22
  170:7 174:16
  179:12,16
  188:12
**effects**  180:9
**effort**  80:24
  167:16
**effusion**  115:7
**effusions**
  109:18,20
  115:13

**eight**  55:16
  172:14
**either**  23:13
  44:2 50:21
  73:12 87:16
  113:4 131:4
  132:1 165:12
  190:20 191:2
**elevated**  116:10
  130:2 169:12
**eliminate**
  148:13,14
  151:8
**eliminated**
  150:9
**eliminates**  70:8
**employed**
  192:12,16
**employee**
  192:15
**ended**  115:10
  115:15
**endometrial**
  22:22 110:8
**endometrioid**
  109:13 127:14
  128:4 129:22
  169:13 172:19
**endometriomas**
  109:14,16
**endometriosis**
  108:5,6 109:1,5
  109:12 110:5
  110:11,23
  111:3,8,20
  112:18 114:4

114:13,21,24
  115:2 116:4,13
  117:11,13,16
  117:20,22
  118:13,18,19
  119:2,3,9,14
  120:7,22
  130:21 131:2
  132:4,23
  133:19 134:7
  134:20 135:19
  136:3,9,16
**endometrium**
  62:10 108:9,10
**endpoint**  19:15
**ends**  28:16
**ensure**  6:14
**enters**  26:10
**entire**  79:20
**entitled**  125:21
  161:4
**entity**  110:9
**environment**
  156:21
**environmental**
  61:10 105:9
**epithelial**  126:4
  169:8 172:18
  173:1
**equal**  176:4
**equals**  130:23
**equation**
  104:23
**erroneous**
  174:2

**error**  173:17
**errors**  173:23
**especially**
  121:3 161:16
**esquire**  2:3,4,4
  2:11,16
**establish**  80:24
**established**
  84:24
**estimate**  30:10
  177:22
**estimated**
  183:3
**estrogen**
  112:13 114:11
  114:23
**etcetera**  21:20
**evans**  42:23
**evidence**  118:5
  119:7 120:22
  161:12 163:21
**evolving**  83:18
**exact**  35:19
**exactly**  167:17
**examination**
  6:20
**examinations**
  3:3
**examined**  6:18
**example**  53:11
  116:22 122:4
  187:3,5
**examples**  83:10
**excellent**  59:24
**except**  6:5

**[exchange - family]**                                        Page 15

| | | | |
|---|---|---|---|
| **exchange** 38:9 | 99:9 100:9 | 187:21 | 121:14,21 |
| **excuse** 18:9 | 103:2 104:21 | **expressed** | 122:2,16 136:6 |
| **excused** 191:16 | 137:2 164:6 | 151:10 190:20 | 145:14 |
| **executive** 2:16 | **expert** 3:15 8:2 | 190:21 191:2 | **fair** 29:14 62:14 |
| **exhibit** 3:8,9,11 | 8:6 12:21 20:22 | **extensive** 52:20 | 63:7 95:7 127:3 |
| 3:12,13,14,15 | 21:1 32:4,5,7,8 | 54:10 | 133:3 |
| 3:16,17,18,19 | 32:10 34:7,16 | **extensively** | **fairly** 112:1 |
| 3:20,21,22,23 | 35:15,24 38:9 | 60:14 188:18 | **fairness** 72:19 |
| 4:3,4,5 9:7,9,12 | 43:17 44:3,10 | **extent** 54:5 | 73:21 83:9 |
| 10:10 11:6,9,17 | 61:7 67:17 69:5 | 55:22 | **fall** 57:10 |
| 26:24 27:14,14 | 78:17 85:12 | **external** 53:8,9 | 102:17 |
| 28:19 31:14,17 | 96:11,13 | **extremely** | **fallopian** |
| 32:3 39:19 | 126:17 135:9 | 57:18,20 | 108:15 114:3 |
| 44:13,17 64:5 | 135:22 148:22 | | **familial** 91:5,18 |
| 64:12 65:19 | 151:10 167:19 | **f** | 92:22 95:23 |
| 67:3 76:12 78:6 | 179:20 190:21 | **f** 192:1 | 96:14 97:24 |
| 78:10 81:23 | 191:3 | **fact** 25:8 39:1 | 98:16 100:12 |
| 82:3,5 85:13 | **explain** 108:5 | 58:9 70:5 74:1 | 100:16,22 |
| 86:14,17,19 | 186:21 | 81:13 82:14 | 101:18 |
| 87:23 88:9 | **explaining** | 121:6 122:19 | **familiar** 10:13 |
| 125:1,5,20 | 184:7 | 122:24 142:19 | 152:17 154:9 |
| 137:16,20 | **explanation** | 149:4 154:11 | **families** 84:16 |
| 154:20,23 | 184:3 | 162:16 167:15 | **family** 21:13,18 |
| 160:20,23 | **explanations** | 186:10 | 25:22,24 26:2 |
| 168:2,8,20 | 186:20 | **factor** 48:9 | 61:9 63:23 68:2 |
| 182:5 | **explore** 60:20 | 68:5 70:12 83:8 | 68:6,6 70:12,21 |
| **exhibits** 4:1 | **exposed** 141:15 | 87:16 89:15 | 71:1,9 72:16 |
| 27:5 32:1 | 187:22 | 105:14 107:3 | 76:19 77:18 |
| **expanded** 22:7 | **exposure** 131:5 | 107:20 121:24 | 83:20 84:10 |
| 64:20 67:21 | 139:23 155:11 | 124:1,6,17 | 85:7,14 86:8 |
| **expect** 77:11 | 155:19 163:4 | 190:9,11 | 90:4 91:2,5,11 |
| 174:7 177:18 | 163:17,19 | **factors** 25:17 | 92:20 93:13 |
| **expected** 59:15 | 180:11,13 | 45:17 60:6,22 | 95:11,22 96:24 |
| **expenses** 31:7 | 184:16 187:12 | 61:2,4,9,14 | 97:6,23 98:9 |
| **experience** 73:7 | **exposures** | 82:21 83:2 | 104:11 |
| 89:17 91:1,21 | 155:4 183:12 | 105:10 106:6 | |

**[far - form]**                                                                Page 16

| | | | |
|---|---|---|---|
| **far** 16:20 26:6 | 96:23 100:1 | 45:13 46:10 | 33:3,19 34:9,23 |
| 77:20 106:24 | 126:10 131:21 | 50:10,10 51:10 | 35:6 41:10 47:1 |
| **fatal** 155:6,22 | 133:5,15 | 54:1,18 56:18 | 47:22 49:1,11 |
| **faults** 153:1 | 134:18 153:11 | 57:6 70:5 76:13 | 52:2 54:7 56:1 |
| **favorable** 50:23 | 159:3,19 | 81:24 84:12 | 58:16 60:11 |
| 50:24 51:22,24 | 178:23 181:11 | 85:9,23 86:6,10 | 61:21 62:19,23 |
| **fax** 1:21 | 182:3 190:1 | 127:9 161:9,18 | 63:12,18 65:8 |
| **feature** 162:18 | **finan's** 126:17 | 169:4 175:24 | 66:16 69:23 |
| **features** 108:24 | **financially** | 183:7 | 74:4 75:19 79:4 |
| **february** 67:12 | 192:17 | **fish** 2:11 | 79:24 81:6,18 |
| **federal** 40:9 | **find** 94:8 97:9 | **five** 47:8 99:1 | 86:23 87:12,17 |
| **feel** 63:14 159:7 | 115:5 153:19 | 122:5,20 | 89:21 92:24 |
| 167:19 | 160:3 162:8,9 | 124:13 151:17 | 94:24 100:13 |
| **felix** 35:16,17 | 162:11 175:12 | 190:7 | 102:21 103:13 |
| **fell** 46:1 47:4 | 182:20 188:2 | **flaws** 148:22 | 105:4 111:13 |
| **females** 22:12 | **finding** 53:11 | 151:4 | 112:5,20 114:6 |
| **fewer** 51:15 | 96:14 128:1 | **flowcharts** | 116:20 117:6 |
| **field** 62:15 63:8 | 129:20 149:3 | 103:5 | 118:3 120:9 |
| 77:1 83:18 | 172:4,8 181:3 | **focus** 69:8 | 124:8 128:6,15 |
| **figured** 138:15 | **findings** 50:24 | **focused** 175:22 | 130:15 131:7 |
| **file** 11:19 79:6 | 93:21 94:1 | 176:8,11,13,16 | 132:9,17 |
| 138:6 | 135:12 136:2,4 | **folks** 17:9 | 133:21 135:1 |
| **filed** 15:12 40:7 | 140:5 149:9 | 112:24 | 136:12,24 |
| **files** 79:8 | 150:14 158:10 | **follow** 56:12 | 139:12 140:19 |
| **filing** 6:2 | 163:6 166:16 | 147:12 148:12 | 141:22 143:10 |
| **fill** 21:17 | 179:2 185:5 | 165:18 | 143:24 145:1,7 |
| **films** 20:10,14 | **finds** 161:5 | **followed** 50:3 | 145:18 146:10 |
| 20:18 | **fine** 61:2 | 150:5 | 146:23 148:4 |
| **finally** 140:3 | 126:23 | **follows** 6:18 | 149:14,22 |
| 166:10 | **finish** 76:13 | 25:3,16 | 151:12 152:13 |
| **finan** 1:11 3:2 | 176:15 | **foregoing** 192:5 | 155:13,17 |
| 3:15 6:16,23 | **finished** 115:20 | **form** 6:5 10:17 | 156:6,14 |
| 9:21 10:9,12 | 159:2,5 | 14:2 16:1 21:17 | 157:13 158:6 |
| 11:5,16,22 | **first** 11:3 14:15 | 21:22 23:10 | 160:10 163:13 |
| 27:16 61:7 75:9 | 15:11 26:4 | 25:21 26:9 | 164:2,15 165:3 |
| 78:17 89:9 92:7 | 37:11 44:23 | 29:13 32:19 | 167:4 169:22 |

**[form - go]**                                                                     Page 17

170:20 171:19
173:5 174:9,18
178:2 179:4
180:18 184:23
185:19 187:1
188:15 190:13
**forms**   26:8
**forth**   18:2
192:9
**forward**   77:12
**found**   58:22
83:13 107:11
130:3 146:14
148:18 149:2
158:19 160:6
178:19
**founder**   89:2
**four**   17:6,11
43:13 59:3 66:2
90:16 141:9
143:2 178:16
178:18
**fourth**   147:11
183:9
**frame**   60:24
**free**   72:15
**frequency**
180:4 184:11
188:11
**frequent**
161:16 163:23
**frequently**
121:2
**fresh**   147:2,5
**front**   80:3

**full**   23:3,18
**function**   9:23
11:22
**funding**   13:16
**further**   37:13
188:20 191:7
192:10,14

**g**

**g**   52:10
**game**   133:3
**gastrointestinal**
66:10 68:16
**gene**   65:13 66:5
68:11,19 69:11
74:22 76:17,22
77:6,23 81:14
83:19 90:1,17
100:3
**general**   43:10
60:12 93:19
126:18 180:19
181:8 188:16
**generally**   47:11
49:12,20 50:14
51:4 111:23
115:3
**generations**
73:18
**genes**   67:23
68:20 69:12
74:23 77:1,9,15
77:16 83:13,15
84:2 89:18
**genetic**   3:16,17
21:24 22:1,1,2

22:5,14,23
25:13 45:21
46:1 61:9,24
62:2 63:5,16
64:6,18 65:21
66:13,13,21
67:16 70:13
77:4 89:5,10,15
91:19 93:14,20
95:13 99:12
104:11
**genetics**   22:2
23:4 62:10
63:23 64:15
76:24 94:1
99:20 101:6
**genital**   14:9
16:10 17:20
18:16 19:19,22
20:5,19 42:14
144:4,9 145:24
146:8 147:20
152:10,21
155:3,10 156:4
156:16 161:5
161:12 163:7
163:23 164:24
167:11 169:6
169:18 172:15
180:4,11
184:14
**genotypes**
84:14
**germline**   79:1
84:1

**getting**   42:9
74:7 176:13
183:20
**gist**   68:17
**gists**   66:11
**give**   11:18 17:6
18:1 26:8 49:24
51:9 57:8 83:10
87:5 128:18
137:21 154:15
179:17 189:9
**given**   17:6
21:16 58:9
155:3
**gives**   24:16,16
55:1
**giving**   55:6
120:16 126:12
**gland**   68:15
**glitch**   12:6
**go**   7:9 10:23
13:13 18:21
27:4 39:18
44:22 54:20
59:6,8 74:20
79:12 81:20
85:12 90:6 93:2
93:22 95:15
96:9 97:13
111:21 115:20
118:17,22
119:5 129:9
138:7,17 142:1
144:16 148:7
152:7 155:15
155:16 170:9

172:12 177:12
178:4 182:1
**goes** 16:16 26:9
71:3 120:2
165:24
**going** 7:18 9:3
9:4 11:4,5,13
16:13 18:8
20:23 26:22
27:4 28:19 31:8
31:13 44:10,12
44:19,22 50:20
53:3,13 55:4,5
57:12,16 59:8
60:4 64:3,5
66:22 67:14
74:16 77:12
78:5 81:22
82:17 85:12
87:23 90:3 95:9
96:4,6,17 101:8
105:8 120:13
120:15 124:23
125:2 126:21
127:16 129:5
134:15 137:15
151:14 154:19
159:17 160:19
168:1,15,18,20
173:18,24
174:1 175:11
175:15 176:22
**golkow** 1:21
**good** 6:23 39:5
80:17

**google** 96:3,6
**googler** 93:16
**googling** 90:20
91:23
**gorlin** 76:17
78:2
**gotcha** 23:6,24
40:20 42:13
**gotten** 92:5
**grandmother**
85:18
**grant** 15:7,8,14
**granted** 13:22
**grants** 13:15
**gray** 108:13
**great** 26:16
151:20 152:6
176:4
**greater** 179:8
**greatest** 153:23
**group** 57:11
73:20
**groups** 17:23
48:10 144:19
176:5
**grow** 108:17,20
156:20
**growing** 161:13
**grown** 55:12
**growth** 114:12
114:16,17,20
114:24
**guess** 15:21
28:8 46:8 55:21
60:20 61:13
72:24 74:14

96:16 120:1
139:9 140:15
143:19 167:5
177:17,19
**guidance**
100:11
**guideline** 99:7
**guidelines** 3:19
21:21,23 25:16
25:19 82:6,9
100:21 101:3
101:19,23
102:18,23
**guilty** 159:7
**gulf** 17:14,18
25:9
**gyn** 116:7
**gynecologic**
12:17 16:23
17:13 35:24
97:11 133:24
162:10 165:11
**gynecological**
91:22 94:13
120:4

**h**

**h** 3:7 8:16
**half** 73:11,11
167:13
**handful** 98:24
**handle** 126:10
**happen** 29:22
29:24 98:12
116:15

**happened**
12:21 39:20
**happens** 98:24
**happy** 167:20
**harris** 4:3 8:10
8:16 154:9,16
155:1 156:1
164:20
**hazard** 144:11
146:2 147:24
151:6
**hboc** 84:16
**he'll** 94:11
**heading** 60:5
82:22
**health** 12:15,17
25:11 41:21
**heard** 6:15
112:24
**hearing** 40:13
178:22
**heart** 37:11
104:24
**heavy** 110:20
**held** 1:12 17:4
192:7
**help** 32:1 35:20
57:23 92:19
156:23
**helpful** 57:2
89:4
**henrich** 2:15
**hereditary**
67:23 68:5,8,12
70:11 84:15,18
89:7,11

**[hereinbefore - increase]**                                   Page 19

**hereinbefore**
   192:9
**hey**   100:1
**high**   93:17
**higher**   51:12,13
   93:18 183:19
   187:23
**highlight**
   127:10
**highlighted**
   31:24 32:4 37:7
   67:5 82:19
   127:5 129:1
   169:1 181:15
   184:7
**highly**   155:5,22
**hill**   2:17
**hill's**   187:16
**hindsight**   73:1
**histologic**
   127:24 129:19
**histories**
   163:17,19
**history**   21:14
   21:18 25:23,23
   25:24 26:3
   45:13 46:6,10
   61:10 63:23
   68:2 70:21 71:1
   71:9 72:16 73:8
   73:19 77:19
   83:20 84:11
   85:7,14 86:8
   90:4 92:21
   93:13 95:11
   96:24 97:6

   104:11 117:19
   119:2,24 120:4
   120:11,17
   121:1 132:4
   133:18 135:19
   163:4
**hnpcc**   84:19
**hodgkin's**   97:1
**holes**   140:16
**holly**   8:10,15
**home**   71:3
**honest**   14:21
   36:6 51:3
   132:11
**hormone**
   106:18,21
   117:4
**hospice**   37:12
**hospital**   7:17
**hot**   156:21
**hour**   30:20
**hourly**   28:4
   29:6 30:21
**hours**   28:7 29:9
   29:18 30:4,11
**hpv**   171:9
   187:12
**hr**   144:5
**hrt**   111:9
**humid**   156:21
**hundred**
   135:24
**hyper**   175:22
   176:8,11
**hyphen**   24:11

**hypothesis**
   136:5 140:6
**hysterectomy**
   111:11 116:3
   117:24 119:11
   119:18 121:4
   124:16,21

**i**

**icu**   51:15
**identification**
   9:11 11:8 27:13
   31:16 44:16
   64:11 67:2 78:9
   82:2 86:16 88:8
   125:4 137:19
   154:22 160:22
   168:7
**ignoring**
   158:14
**iliac**   53:8,9
**immediately**
   21:24
**immunothera...**
   81:10
**impact**   174:6
   177:23 178:24
**impacted**   170:3
   173:13
**implanted**
   108:16 109:24
**implants**
   108:17,20
   109:2
**implicitly**
   190:15

**implying**
   159:10
**importance**
   164:12
**important**   38:3
   48:14 56:9
   150:9
**importantly**
   148:9
**improve**   58:6,6
**improved**   51:9
   51:18
**imputation**
   141:16
**imputations**
   166:5
**inaccurate**
   73:10
**incident**   51:14
**incision**   110:2
**incisions**   110:1
**include**   17:24
**included**   67:22
   126:3 127:13
   133:17
**includes**   21:18
**including**   61:9
   68:7 84:13
   172:19
**inconsistent**
   106:20
**increase**   90:10
   107:12 131:3
   136:6 146:7
   172:17 180:14

**increased** 66:7
84:3,20 95:12
105:19 106:11
130:22 132:6
153:23 161:6
161:15 169:7
169:19 171:5
171:17 172:1
172:17,24
**increases**
135:17
**indicate** 69:17
120:7 164:11
**indicating**
146:6
**indication** 65:3
117:18,21
**indications**
119:12
**indicative**
171:4
**indiscernible**
190:2
**indisputable**
150:12
**individuals**
68:22 69:14
70:2,16 75:21
**infections**
156:24 157:10
**infertility**
106:10,15
109:6 111:1
**inflammation**
125:22 136:7
136:10,17,22

137:4,10
**influence**
164:22
**information**
5:6 33:8 43:22
55:15 118:6
**informed** 166:4
**inherent** 163:5
180:2
**initially** 21:10
33:22 50:3 51:2
55:4 56:19 57:6
**injected** 149:17
**injects** 147:15
**instance** 42:5
169:4
**instruct** 134:15
**instructing**
188:19
**instructions** 5:2
**insult** 157:16
159:16
**intended**
143:12
**intention** 156:2
**intercourse**
110:15
**interest** 31:23
67:6 82:19
**interested**
175:20 176:23
176:24 192:17
**interesting**
162:17,18
**internally**
108:19

**interpret**
164:17
**interrupt** 98:6
170:12
**interval** 128:19
129:3,7,14
130:12,24
144:6,15 146:3
148:1 169:10
169:15 172:6
**intervals** 177:5
179:10
**intervention**
56:17
**intestine**
113:19
**intimate** 161:11
**introduce** 11:5
27:5 44:13
65:17,18 81:23
86:14 87:23
137:15 154:20
160:19 168:1
**introduced**
10:9
**invade** 109:2
**invasive** 71:4
130:3,5 169:13
172:21
**investigator**
15:19
**invoice** 3:12,13
27:17,24 28:5,8
29:13 30:6
**invoices** 27:3

**involved** 42:12
113:20
**isolation** 77:17
83:19 90:12,19
91:2
**issue** 117:22
163:9
**issues** 41:7 42:4
90:18
**items** 28:11

**j**

**j** 29:2,2 31:12
36:13
**j's** 31:12 36:13
**january** 28:23
29:24 30:6
**jersey** 1:1 2:17
40:8,11
**johnson** 1:3,3
2:14,14 27:18
27:18 36:1,1
39:10,10
132:23 133:16
**johnson's**
131:21 132:1,6
132:16,24
133:5,16 134:5
134:22 190:3
**jones** 1:15
192:3,23
**journal** 153:4
164:9
**journals** 18:7
**juan** 35:15,17

**[judgment - lifetime]** Page 21

**judgment**
99:15 103:1
**judith** 32:6
**july** 58:20
59:16
**jump** 44:23
60:4 82:17
**june** 1:15
**jury** 92:15
108:6

**k**

**k** 24:11
**katie** 4:5 8:5
138:1,19 152:8
158:9 162:24
163:2 165:7,10
168:24 170:17
177:8
**keep** 165:10
173:16,22
**keeping** 37:3
**keeps** 189:2
**kevin** 2:16
**key** 187:17
188:1
**kidney** 62:7
66:11
**kids** 176:21
**kill** 109:5
**kind** 12:5 19:13
46:5 95:18
121:13
**kiwanis** 17:9
**kkotch** 2:18

**knew** 157:7
166:13,22
**know** 7:3,7,13
12:14 13:21
23:14 28:15
36:14 37:14
43:23 45:18
53:22 55:4
56:19,20 57:5,7
62:3,4,6,11
66:2 72:24
76:24 79:16
85:14 90:5
92:13 93:11
95:2,3 96:14
103:10 120:1,3
121:20 139:5
144:22 160:4,5
164:16 171:14
174:12 177:20
178:4 183:13
183:16,16
187:14
**knowing**
155:24
**knowledge**
29:18 43:16
78:4 87:7
162:16 190:24
**known** 45:23
61:23 136:9,17
177:6 187:7
**knows** 177:21
178:8
**kotch** 2:16

**l**

**labeled** 67:15
182:10,11
**labels** 132:13
**lack** 179:21
180:1 181:15
184:8 186:21
**lady** 93:17
**language** 169:1
**languages**
40:10
**laparoscope**
53:13
**laparoscopic**
50:23 71:2,15
**laparoscopica...**
113:3
**laparoscopy**
50:14,16 51:6
52:5 113:9
**laparotomy**
51:21
**large** 83:13
159:19
**laser** 113:7,9
**late** 74:15
105:18,24
106:7 116:9
**law.com** 2:18
**lawyer's** 193:1
**lead** 92:21
163:2
**leading** 139:23
**lean** 51:19

**leann** 7:1
**leanna** 2:3 10:4
35:21
**leanna.pittard**
2:6
**leave** 7:18
**lecture** 187:19
**lectures** 16:15
16:19 17:6,21
18:1
**leeway** 126:12
**left** 22:10
151:24
**legal** 142:15
**leigh** 2:4
**leigh.odell** 2:8
**lesion** 113:15
**lesions** 113:4,14
113:21
**letter** 3:17
66:21 67:17
99:20,24
**letters** 20:2,5
99:19
**leverage** 163:18
**leverages**
163:16
**levy** 32:7,9
34:19
**levy's** 35:12
**liability** 1:5
**licensed** 16:3,5
**life** 38:2 48:2
71:14 112:2
**lifetime** 118:14
163:17,19

**[lifetime - make]**                                            Page 22

183:3
**ligation**  111:10
116:3 122:4,9
**likelihood**  68:4
70:7,8,10
**likely**  46:13
57:22,23 59:6
66:4 68:10
93:20
**limit**  168:15
**limited**  166:5
**linda**  7:4 28:1
76:19
**line**  5:3,7,11
27:22 29:2
60:18,23 77:7
185:2,3 186:8
193:3
**linear**  180:12
184:15
**lining**  108:8
**linkage**  84:13
**list**  3:14 13:15
19:6 31:11,14
32:13 36:24
37:10,20 39:16
77:9 79:7 83:12
84:6 85:23
86:11 94:5
139:4 152:2
175:14
**listed**  13:8
14:14,24 18:20
18:24 20:9
28:12 80:19
83:7 87:16

89:10,14
**lists**  91:24
103:4
**literally**  36:8
73:11
**literature**  18:13
33:12 77:21,22
92:18 97:5,15
97:19 121:22
125:1 126:24
139:3 161:13
**litigation**  1:6
42:4 43:14
**little**  7:20 21:6
32:2 34:1,3
37:12 42:2
55:12 59:7,15
73:4 90:6 105:7
105:24 115:11
**live**  47:8 48:5
48:18,19
**lived**  59:14
**liver**  62:8
**location**  1:12
**lodge**  17:15
**long**  28:14
48:18 103:9
104:16 112:2
132:15 133:4
163:23
**longer**  41:20
59:14,16 189:7
**look**  9:17 26:3,7
31:5 36:4 45:12
52:4 77:4,6
90:18 91:1

93:22 96:8,9
100:8 119:21
127:9 141:4
143:14 145:23
146:12 183:5
**looked**  101:1,2
**looking**  32:2
77:16,16,17
167:16 182:4
183:5 185:9
**looks**  16:16
18:10,23 37:16
50:23 55:9
**los**  125:23
**loss**  51:14
**lost**  11:19
137:23
**lot**  22:20 109:6
110:6 121:20
132:12 151:3
162:6 176:22
**love**  139:14
142:19 151:2
166:13,22
**low**  30:10 68:19
69:2,11 74:23
75:14 76:3
165:22
**lower**  51:14,14
156:23
**lubricant**  157:4
**lung**  171:6,12
183:14,22
187:4
**lungs**  108:23
115:5

**lupron**  112:9
**lymph**  53:7
**lymphoma**
85:16,17 97:1,1
**lynch**  22:20
65:4 84:17 85:4
98:2,18

**m**

**m**  1:15 192:3
192:23
**m.d.**  1:11 3:2
6:16 10:12
**ma'am**  18:18
20:21 38:10
39:12 42:15
43:3 60:3 97:18
**machines**  103:6
**made**  33:15
54:16 94:18
95:16 99:14
100:2 135:13
139:4,9 155:9
163:10 166:21
**magic**  138:9,15
**magically**
111:22
**magnified**
174:1
**magnify**  170:7
174:4
**mail**  26:19
**majority**  47:5
159:19
**make**  38:24
79:14 80:24

**[make - method]** Page 23

93:12 102:5
105:12 120:15
121:10 147:22
156:2 159:6
162:10 164:7
**makes** 25:4
**males** 22:9,12
**malignant**
46:12 69:2
75:14 76:3
**mammogram**
21:15 24:15
74:8 92:6
**mammography**
21:11,12 25:1
**management**
121:1,5
**manipulate**
150:17
**manipulating**
149:23
**manner** 34:21
37:24
**march** 18:24
**margaret** 2:4
**margaret.tho...**
2:7
**mark** 64:5
**marked** 9:11
11:8 26:23 27:8
27:13 31:16
44:16 64:11
67:2 78:9 82:2
86:16 88:8
125:4 137:19
154:22 160:22

168:7
**markers**
125:21
**marketing** 1:4
**marking** 9:6
**mas** 1:6
**mass** 57:17
109:20 110:3
116:10
**massachusetts**
2:12
**masses** 109:15
**match** 175:2,6
**matched** 175:4
**materials** 3:14
7:23,24 31:10
32:12 36:23
37:10,20 39:15
127:11 139:4
**maternal** 85:15
85:17,19,20
90:10 91:8 93:7
**matter** 27:2
33:17 39:11
**matthey** 42:23
**mcclennen**
2:11
**mcdevitt** 2:15
**mcl** 40:8
**md** 38:21
**mdl** 1:6 40:9
42:17 43:10
**mean** 26:4
34:13,14 56:3
73:23 95:6 98:5
101:24 108:1

137:2 144:22
149:20 166:14
166:15 170:12
173:21
**meaning** 124:5
166:18 174:22
**means** 62:3
144:18 150:18
**meant** 72:9
102:23 121:24
**measurable**
51:8,11,18
**measures** 123:5
149:16
**mechanism**
140:8 158:13
158:18 166:12
**media** 142:15
142:17
**median** 47:11
49:2 107:5
**medical** 17:11
37:8 38:12
45:14 54:3
59:22 98:9
119:13,24
120:17 122:13
123:5 156:12
158:1
**medically**
143:19
**medicine** 90:20
90:22 96:3,5
**meeting** 28:14
30:1,13

**meetings** 19:8
28:12
**meets** 21:23
**melanoma** 23:1
**melts** 55:8
**member** 91:2
95:22 153:15
**members** 68:6
**memory** 26:14
**menarche**
105:18,22,24
106:7
**menopause**
104:4 105:18
106:3,7 112:11
112:14
**menstrual**
108:11,18
110:4
**mentioned**
20:22 21:1
25:15 33:12
51:20 79:21
102:15 111:1
120:11 124:20
139:6 142:14
142:16 143:3
160:13
**mentions**
107:18 153:19
153:21
**message** 7:20
**met** 6:24
**meta** 174:4
**method** 15:1

**methodology**
45:10
**methods**
127:11 147:4
**michael** 1:11
3:2 6:16 10:11
**middle** 17:8
**mind** 33:15
116:7 157:9
165:10
**minimally** 71:4
**minute** 137:22
151:17 154:15
**minutes** 115:2
189:10
**missed** 121:11
140:22 188:5
**missing** 73:14
141:14,17
**missingness**
165:20
**mississippi** 25:9
**misunderstood**
72:8 104:7
**mobile** 1:13
52:7,18 156:20
**modest** 169:7
171:4,16 172:1
172:16 180:13
184:16
**modifiable**
155:4,11,19
157:20
**mom** 91:7
176:21

**monitored** 68:8
**montgomery**
2:5
**month** 42:18,19
108:10,17
110:2 157:22
177:10
**months** 47:12
49:4,4 123:14
**morbid** 57:20
**mother** 85:16
86:1 90:14 91:9
93:8 116:8,8
**move** 133:13
137:14 167:24
181:7 185:19
186:3 189:5
190:1
**movements**
110:17
**moving** 18:4
20:1 130:19
136:1
**mri** 24:23
**mucinous**
129:21 172:21
**mullerian**
46:13
**multifactorial**
60:9 61:19
**multiple** 59:8
90:23 141:16
141:24 175:5
**mutation** 66:4
66:14 76:10
79:1 80:20 83:4

83:7,19 85:1
87:10,15 89:11
89:14,15 90:17
91:14 93:6
94:11 95:13
104:11
**mutations** 22:5
22:14,24 64:1
68:22 69:14
70:2,17 75:3,22
83:15 84:1 89:2
89:5 93:14
94:16
**myers** 14:16
**myriad** 22:2
23:4 99:18,20

## n

**n** 2:1 3:1 52:10
192:1
**name** 6:24
11:19 27:23
152:20
**names** 36:7
37:3 152:23
**nature** 6:12
**navigator** 25:3
**nbn** 84:4
**nccn** 3:19 21:21
21:23 23:15
25:16,19 82:7,9
82:11 83:2,8
86:5 96:8
100:15,21
101:20,22

**ncnn** 82:5,8
**necessary**
189:7
**need** 7:12,20
10:2 20:24
41:18 50:20
80:5 96:17
120:24
**needs** 36:16
**negative** 64:24
98:1,17
**neither** 86:2
192:11
**neoadjuvant**
49:13,24 51:7
51:10 53:18
54:22
**neuroendocrine**
68:13 69:19
**never** 17:22
68:9 70:14
106:14,21
141:8 159:23
162:3 169:11
**new** 1:1 2:17
17:15 32:12
33:7,7,12 34:16
34:17 37:8,9,19
37:22 40:8,11
77:1,9 93:21
94:1,17 99:13
101:17,17
139:3
**newly** 126:4,17
**news** 142:16

**[nicolas - oddly]**                                                    Page 25

**nicolas**  152:16
**nine**  51:6 55:16
  123:14
**node**  53:7
**nodules**  52:12
**non**  97:1
  130:21
**noncancerous**
  66:6
**nonexpert**
  43:24
**nonserous**
  143:20,22
  144:3
**nonsignificant**
  144:18
**notary**  1:16
  192:4
**note**  67:17 98:8
**notes**  189:11
  193:1
**notice**  1:12 3:10
  8:24 10:11,14
  10:19 12:21
  26:23 31:9
  39:18,20,21
  40:23 41:15
**notoriously**
  135:4 170:3
  173:12
**novel**  15:1
**number**  23:8
  24:17,22
  116:14 148:21
  168:21 178:9
  178:11 187:9

187:10,20
**numbered**
  38:22
**numbers**
  103:10
**numerous**
  152:9
**nurse**  7:17
  16:23 17:13
  26:9 176:20
**nutter**  2:11
**nutter.com**
  2:13

**o**

**o**  8:7 49:23
  192:1
**o'brien**  3:23 8:5
  8:11,17,20
  33:21 137:24
  138:1,19 139:6
  139:8 152:1,8
  158:9 162:24
  163:2 164:12
  164:20 165:7
  165:11 170:2
  170:17 177:9
**o'dell**  2:4
**ob**  116:7
**obese**  107:16
  157:1
**obesity**  107:11
**object**  10:16
  14:2 15:24 23:9
  25:20 29:12
  32:18 33:2,18

34:8,22 35:5
41:9 46:24
47:21 48:24
49:10 52:1 54:6
55:24 58:15
60:10 61:20
62:18,22 63:11
63:17 65:7
66:15 69:22
74:3 75:18 79:3
79:23 81:5,17
86:23 87:11,17
89:20 92:23
94:24 100:13
102:20 103:12
105:3 111:12
112:4,19 114:5
116:19 117:5
118:2 120:8
124:7 128:5,14
130:14 131:6
132:8,17
133:20 134:24
136:11,23
139:11 140:18
141:21 143:9
143:23 144:24
145:6,17 146:9
146:22 148:3
149:13,21
151:11 152:12
155:12 156:5
156:13 157:12
158:5 160:9
163:12 164:1
164:14 165:2

167:3 169:21
170:19 171:18
173:4 174:8,17
178:1 179:3
180:18 184:22
185:18 186:24
188:14 190:12
**objected**
  155:17
**objection**
  136:18
**objections**  6:5
  10:21 40:7,23
**observe**  133:12
**observed**  131:4
**obstruction**
  57:16
**obvious**  188:5
**obviously**
  144:22
**occasional**
  99:21
**occupation**
  175:8
**occur**  114:16
  114:18 115:13
**occurring**  94:2
**ocp's**  122:20
  123:2
**october**  20:11
  20:15 46:12
  54:11
**odd**  97:12
  167:21 171:10
**oddly**  22:19
  140:11 186:14

[odds - ovarian]                                                            Page 26

**odds**  169:9,14
  171:3,7,7 172:5
  179:7 183:6,19
  183:21
**offer**  57:3
**offered**  21:12
  22:1 23:17
  24:23 26:11
**offering**  23:3
**offers**  124:16
**officially**  44:5
**oh**  30:15 40:5
  59:3 82:8 97:18
  101:12,16
  104:5 110:24
  115:23 128:22
  170:11
**okay**  8:22 9:3
  10:6 11:1,15
  12:3,7,11,20
  13:3,13 14:19
  14:23 16:13
  18:4,19 20:1,8
  23:6 26:22
  27:16,20 28:4
  30:5 31:8,23
  33:24 34:17
  37:7 40:16 43:4
  43:16 44:9,20
  44:22 56:12
  59:19 64:22
  65:16 66:1 67:8
  67:11,20 69:7
  71:23 76:6
  79:13 80:15
  83:1 85:6 86:2

86:13 88:13,15
  88:21 97:13
  98:22 101:4,12
  104:5 120:20
  121:13 125:14
  125:20 129:9
  129:17 130:1
  138:8,17,23
  141:6 151:17
  152:6 153:18
  160:13,18
  162:7,20
  167:23 181:24
  182:19,22
**old**  109:19
  115:9
**omental**  116:10
**omentum**  52:8
  52:19
**once**  104:22
  111:20 118:12
**oncologist**
  12:17 91:22
  133:24 153:6
  153:12,16
  161:23 162:5
  162:10,12
  165:12
**oncologists**
  16:24 17:13
  94:14 162:2
**oncology**  97:12
  153:4
**ones**  59:7 77:10
**ongoing**  41:2,5

**onset**  84:21
**oophorectomy**
  71:16,21
  102:15
**open**  9:24 10:1
  51:1 68:16
  84:14,17 182:2
**operate**  53:4
  73:12
**operated**
  116:12
**operation**  92:3
**opinion**  38:5
  45:3,9 52:21
  61:17 90:9
  93:24 95:16
  96:11,13 133:7
  134:1,3 135:9
  135:14 140:11
  140:22 144:13
  150:19 151:4
  162:21 164:23
  165:5 186:13
**opinions**  32:16
  32:24 33:6,16
  34:21 35:4
  37:23 45:1
  60:13,21
  126:19 133:22
  133:23 139:5
  139:10 180:20
  181:8 188:16
  190:19 191:1
**opportunities**
  133:11

**opportunity**
  8:23 92:10
**opted**  53:22,24
**optimal**  51:13
**oral**  3:10 10:11
  122:11
**order**  138:10
**organizations**
  17:10
**organs**  109:3
  113:20
**origin**  46:13
**original**  18:6
  22:11 119:6
  142:21 151:14
**originated**
  117:13
**outcome**  51:17
**outcomes**  51:9
  51:11 103:10
  105:1
**outside**  45:22
  62:10 133:21
  134:1,9
**ovarian**  15:1
  21:19 22:17
  45:6,20 46:23
  47:19 49:7 60:6
  60:8 61:18
  62:16 63:4,15
  68:1,4 70:10
  76:9,22 77:10
  77:23 78:3
  82:22 83:2,4,15
  84:3,12,15,20
  85:9,18 86:3,6

[ovarian - passage]                                                        Page 27

86:10 87:10
89:7,12,18
90:10,11 91:10
93:5,10,18
95:12 97:2,7,17
100:17,22
101:3 104:20
105:10,15,20
106:12,19
107:3,12,20
114:11 115:11
115:16 121:24
124:17 125:22
126:4 127:19
127:20 128:1
129:11,12,20
132:5 133:2
134:23 135:15
135:18 136:6
139:21 142:24
143:18 146:8
148:19 150:20
152:10,22
153:24 155:7
155:22 156:4,8
157:6,11,17,22
158:2,8 159:6,8
159:11,21
160:1,8 161:6
161:15 162:3
162:12 163:8
163:24 164:24
165:13,22
167:10 169:8
172:18 173:1
174:23,23

175:1,10,19
176:7 177:1
180:12 183:4
184:15,17
185:5 186:11
**ovaries** 70:24
71:22 72:7,18
72:21 73:9,13
91:17 92:2
104:13,22
108:16 109:15
113:11,23
114:8,9,20,23
115:10
**ovary** 62:9
109:10 115:12
**overlapped**
127:24 129:19
**oversee** 20:23
21:2 41:23
**own** 159:12

**p**

**p** 2:1,1
**p.m.** 1:14
191:18
**pace** 9:17
**page** 3:4,8 5:1,3
5:7,11 12:12
13:14,15,19
14:13,24 16:14
16:18 17:8 18:6
18:9,9,20,22
20:2,9,11 37:13
40:4 44:23 60:5
63:24 65:18,23

67:15 76:14,15
78:21 79:14
82:18,18 83:23
84:10 85:13
96:11 105:13
122:17 127:10
127:17 130:20
139:18 140:4
141:4 143:15
149:7 152:8
155:2 165:8
166:2 172:10
184:1 193:3
**pages** 10:3
13:14 16:16
18:8,22 36:8
45:16 119:20
**pain** 109:6
110:10,15,17
**painful** 110:2
110:13
**palb2** 84:4
**pancreatic** 23:1
85:19 90:15
91:11 93:11
97:6,17
**panel** 23:4,18
67:22 90:1
**panels** 83:13
**paper** 76:8 79:1
80:3 81:9,9
95:24
**papers** 160:15
**paraganglioma**
68:14 69:20

**paraganglio...**
66:8
**paragraph** 46:8
46:10 70:6 75:2
83:24 129:10
158:16 161:9
161:19 166:2
**paraphrasing**
94:3
**paren** 66:9,9
68:17,17 84:14
84:16,17
**parenthesis**
66:11
**park** 17:15,16
**part** 15:13 95:7
113:17,18
128:2
**particular**
15:13 22:10
34:5 35:11
38:11 68:19
69:11 92:20
116:6 126:15
**particularly**
22:9 84:21
107:2 117:2
155:8 157:1
161:12 165:21
**parties** 6:8,15
192:13
**partners**
187:10,11
**parts** 127:6
**passage** 184:7

[past - pittard]                                                    Page 28

| | | | |
|---|---|---|---|
| **past**  14:19 | 94:15 108:14 | **percentage** | **physician**  7:15 |
| **patent**  13:21 | 109:8 123:1 | 24:19 | 176:19 |
| 15:12 | 150:5 156:3 | **percentages** | **physicians** |
| **patents**  13:18 | 158:4 160:2 | 123:18 | 53:24 |
| 14:5,8 15:5 | 174:24 175:10 | **perfect**  99:12 | **picture**  91:3,6 |
| **pathogenic** | 175:19 176:7 | **perfectly** | **piece**  115:11 |
| 66:3,5 68:10 | 177:1 178:19 | 150:16 | **pill**  123:6 |
| 83:3 87:9 | **pause**  6:13 | **performed** | **pills**  112:8 |
| **pathological** | **pccs**  66:10 | 103:15,16 | 122:5,12 |
| 65:12 | **pdf**  10:1 | **perineal**  45:4 | **pink**  108:13 |
| **pathology** | **peer**  18:7 | **period**  30:2 | **pinpoint**  140:7 |
| 35:24 38:21 | **pelvic**  110:10 | 108:11,19 | 158:12,17 |
| 119:17 120:20 | **pelvis**  52:6,18 | 110:4 | 166:11 |
| 120:24 121:2 | 115:4 | **periods**  110:13 | **pittard**  2:3 3:5 |
| **pathway**  136:8 | **people**  74:1 | 110:20,21 | 6:22 7:1 8:18 |
| **patient**  22:6 | 155:7 175:14 | **peritoneal**  52:9 | 9:8,13 10:8,22 |
| 24:16,17 46:22 | 176:12 | **peritoneum** | 11:2,10 12:2 |
| 47:18 48:6 49:6 | **perceived** | 52:12 | 14:3 16:8 23:23 |
| 50:8 51:1 53:5 | 140:16 | **person**  23:7 | 25:14 26:1,18 |
| 56:21 57:7 | **percent**  47:6 | 163:10 183:19 | 26:21 27:10,15 |
| 61:18 70:19,20 | 62:5 68:9,21 | **personal**  2:19 | 29:14,16 31:13 |
| 76:8 79:15 | 69:13 70:1,14 | 25:23 73:19 | 31:18 32:21 |
| 80:19 81:13 | 70:16 73:2,6,18 | **pet**  50:13 | 33:11,23 34:10 |
| 93:4,4 95:10 | 75:3,21 83:14 | **pgls**  66:9 | 35:1,8,22 36:2 |
| 99:21 108:18 | 122:22 123:11 | **ph**  1:21 43:9 | 36:12,18 37:5 |
| 118:10 121:1,6 | 123:21 127:13 | **pheachromoc...** | 38:16,19 39:5,8 |
| 121:7 | 129:14 130:11 | 66:9 | 40:4,16,19,21 |
| **patient's**  21:22 | 131:3 142:6,7 | **phenomenon** | 41:13 44:8,12 |
| 45:13 | 142:10 144:5 | 174:5 177:6 | 44:18 47:16 |
| **patients**  22:21 | 146:3 147:7,24 | **pheochromoc...** | 48:21 49:5 50:5 |
| 22:24 25:4 26:8 | 150:24 165:15 | 68:14 69:20 | 53:20 54:19 |
| 42:9 47:2,7 | 169:9,20 | **phone**  7:18 | 56:11 58:19 |
| 48:10,17,22 | 172:17,24 | 175:13,17 | 60:16 61:5,6 |
| 58:1 73:12 | 174:6,16 | 176:3,13,14 | 62:13,20 63:2 |
| 80:19 83:14 | 177:18,23 | **photographic** | 63:13,21 64:3 |
| 84:11 85:8 | | 26:14 | 64:13 65:11 |

**[pittard - powder]**    Page 29

66:18 67:4
71:11 74:11
75:11 76:5
78:11,15 79:9
80:8 81:11,19
81:22 82:4
86:13,18 87:1
87:14,19,22
88:5,10 89:23
94:19 95:5
96:19,22 98:21
99:2 100:19
102:7,9 103:8
103:18 105:6
111:16 112:16
114:1,14 117:1
117:7 119:4
120:19 124:11
125:6,13,18,19
127:3,4 128:9
128:20 129:8
130:18 131:14
131:20 132:14
132:20 133:10
133:14 134:2
134:12,17
135:20 136:15
136:20 137:8
137:14,21
138:8,16
140:13,24
143:4,13 144:2
145:3,12,20
146:19 147:10
148:6 149:18
150:1 151:16

151:23 152:15
153:10,17
154:19,24
155:20 156:10
156:15 157:18
158:23 159:18
160:12,18,24
163:15 164:5
164:18 166:20
167:7,23 168:4
168:11,18,22
170:10 171:1
171:23 173:14
174:13 177:11
178:21 179:14
180:22 181:9
182:7,11,13
185:11,21
186:1,15 188:8
188:23 189:19
189:22,24
190:18 191:6
191:13
**pituitary** 68:15
**place** 50:16,18
  78:24 79:20
  80:6 192:8
**plaintiff** 7:2
  119:8
**plaintiff's**
  118:6
**plaintiffs** 2:9
  151:2
**platinum** 48:12
  48:12 56:6,7,13
  56:15 58:11,23

58:23
**play** 138:11
**please** 6:13
  24:8 43:20
  185:20 189:21
**pleural** 109:18
  109:20 115:6
  115:12
**pleurodesis**
  137:9
**plug** 140:16
**plus** 31:7 83:20
  90:24 91:21
  96:11 103:2
  141:13
**point** 38:15
  46:7 58:14 59:2
  59:12 65:18
  74:19 92:18
  94:4 95:24
  101:7,9 120:2
  143:5 147:13
  147:21 157:19
**pointed** 122:15
  135:8 147:16
  148:22 170:2
  170:22 177:9
**pointing** 142:20
**points** 139:16
**polling** 94:13
**polyposis** 84:18
**pooled** 172:14
**poor** 55:13 58:4
  150:19
**population** 22:6
  93:19 126:5

**port** 50:17,19
**portion** 15:20
  69:4
**position** 12:14
  12:22,24 13:12
**positive** 26:11
  65:21 67:24
  145:14 149:11
  156:12 160:7
  167:9
**positively**
  157:23
**possibility**
  166:6
**possible** 141:9
**postgraduate**
  18:5
**postmenopau...**
  111:9 116:2
**potential** 61:3
  104:17 105:1
  155:9 156:3
  161:10 163:22
  180:8
**potentially**
  133:1 155:5
**powder** 1:4
  14:10 16:11
  17:20 18:17
  19:19,23 20:6
  20:20 42:3,14
  43:7,13,19 45:5
  62:21 131:22
  132:2,7,16
  133:6,16 134:5
  134:22 135:15

**[powder - publication]**                                                    Page 30

136:21 142:24
148:19 155:3
155:11 156:4,8
156:11 157:6,8
159:16 160:8
169:6,11,19
172:15 180:5,6
180:11 182:24
184:14 185:4
186:11 188:12
190:3
**powders**
  184:12
**practice**   3:21
  7:16 46:21 51:4
  87:21 88:11,24
  90:19,22 92:12
  92:17 96:3,5
  97:11 98:13,15
  99:8 101:15
  103:3,4 115:24
  159:20
**practices**   1:5
**practicing**   7:15
  91:22
**practitioner**
  101:17 176:20
**predict**   56:23
  178:24
**predicting**
  167:6
**pregnancies**
  124:5,13
**pregnancy**
  124:1

**preparation**
  30:13,16 60:22
**present**   12:13
  12:14 47:3
  55:23 166:9
**presentation**
  17:17,19
**presentations**
  16:15,20
**presented**   19:7
  54:14
**press**   4:4 8:8
  160:14 161:4
  161:19 162:18
  164:21
**presumption**
  36:22
**pretty**   103:20
  116:16
**prevent**   123:6
  156:23
**preventing**
  159:21
**prevents**
  156:24
**previous**   29:19
  136:4
**previously**
  37:15 127:2
**primarily**
  84:11 85:8
**primary**   22:8
  52:22
**principal**   15:18
**printed**   7:24

**prior**   14:20
  29:13 60:15
  82:10 121:4
  188:18
**probably**   40:14
  51:6 59:4 94:23
  95:3 116:23
  165:13
**problem**   39:7
  170:23
**problematic**
  165:21
**problems**   109:7
  110:6
**process**   114:9
**produce**   10:18
  114:23
**produced**   11:11
  27:1,17 31:11
**producing**
  102:19
**product**   132:24
  133:19
**production**   5:6
  114:11
**products**   1:4,5
  2:20 161:11,14
  161:17 180:7,7
**professional**
  192:3
**prognosis**   46:22
  47:18 55:8 58:4
  58:13 59:2
**prognostic**
  55:14

**program**   21:3,8
  21:9 22:3,11
**progressed**
  46:18
**proof**   179:21
**prophylactic**
  72:6
**prospective**
  140:1 146:13
  148:10,15
  178:14
**protective**
  121:21,24
  122:7 124:1,6
  124:17
**protocol**   100:11
**provide**   45:3,9
  100:11 101:13
  102:2 120:21
  133:23 163:21
**provided**   37:17
  45:15 151:6
**providers**   59:22
**ptch1**   76:17,22
  77:23 83:6 84:6
  87:15 89:14
  90:17
**public**   1:17
  102:17 164:7
  192:4
**publically**
  17:22
**publication**
  18:10 100:10
  100:15

**[published - recall]**                                                                Page 31

| | | | |
|---|---|---|---|
| **published** 18:12,15 19:10 19:18,21 20:2,4 86:20 102:18 150:14 152:9 153:3 154:8 160:5 | **quartile** 183:7 183:8,9,10 | **race** 107:19,19 175:7 | **reading** 69:16 132:13 |

**published**
  18:12,15 19:10
  19:18,21 20:2,4
  86:20 102:18
  150:14 152:9
  153:3 154:8
  160:5
**publishes** 164:8
**publishing** 19:1
**pull** 66:23
  80:12 90:7
  101:8
**purpose** 81:8
  140:21 143:12
  148:15
**purposes**
  140:14
**pursuant** 1:11
**pushed** 179:7,7
  179:9
**pushes** 177:4
**put** 9:3 11:13
  40:10 64:4,8
  81:23 125:11
  128:24 138:2
  152:3
**puts** 22:21 58:3
**putting** 22:24
**puzzle** 91:3

**q**

**q6month** 24:23
  25:1
**quantitative**
  141:7,10

**quartile** 183:7
  183:8,9,10
**question** 6:6
  19:14 32:23
  33:16 35:3 50:6
  72:16 75:8,10
  95:20 97:14,14
  98:14 100:7
  101:14 119:6
  120:13 126:13
  126:22 136:14
  149:8 157:16
  157:20 176:11
  181:7 184:18
  185:15,23
  186:16,18
  189:1,4
**questioning**
  33:5 60:18
**questionnaire**
  42:9 142:12
  147:2,6,12
  148:11 165:18
**questions** 11:13
  60:23 150:11
  166:23 167:6
  168:16 188:21
  191:7,9
**quicker** 32:2
**quote** 24:9
  153:20

**r**

**r** 2:1 8:16,16
  24:10,10 49:23
  192:1

**race** 107:19,19
  175:7
**races** 108:2
**rad51c** 84:4
**rad51d** 84:5
**radiation**
  161:22 162:2,5
  162:11
**radiology** 53:15
**random** 175:13
**rare** 116:16
  117:8,10,12
**rate** 28:4 29:6
  30:21 31:3
  51:14 142:11
  147:7 150:24
  165:14,23
**rather** 46:11
  102:18
**ratio** 130:10,23
  144:11 146:2
  169:9,15 171:4
  171:7,10 172:5
  179:7 183:6,19
**ration** 147:24
**ratios** 151:6
  171:7 183:21
**reach** 26:6
**read** 36:7,9
  67:20 69:21
  70:1 95:23
  131:11,17
  146:17 149:1
  161:22 164:3
  186:4,17

**reading** 69:16
  132:13
**reaffirmed**
  88:17
**real** 116:5
**realize** 159:8
**realizes** 165:13
**really** 28:17
  38:1 45:19,22
  48:8 50:11 58:5
  69:8 89:4 92:14
  100:7 120:23
  132:12 140:21
  152:18 171:14
  174:14
**realm** 22:8
**reason** 79:16
  80:14 150:8
  172:23 180:15
  184:19 186:19
**reasoning**
  40:18
**reasons** 151:3
**recall** 14:18,22
  15:2 18:14 19:1
  29:22 30:1
  43:15 69:3
  119:19 132:11
  135:6 139:16
  139:23 140:2
  142:5,21 143:7
  143:8 144:10
  146:1 147:20
  148:13 149:9
  149:20 150:10
  151:7,7 152:19

**[recall - removed]**                                                    Page 32

153:21 167:16
170:4,14 172:2
172:11 173:2,8
174:7 176:6
177:2 179:1
185:6 186:9
190:9,10
**received** 59:21
72:10
**recent** 12:8
20:11 42:16
**recently** 8:6
43:10 109:19
157:22
**recognize**
152:20
**recognized**
83:3 87:9
**recollection**
28:13 32:11
79:22 180:3
184:10 190:5
**recommend**
49:9 70:23
71:10 72:5,17
91:17 92:1 96:4
103:24 104:12
**recommendat...**
102:16
**recommended**
60:1 71:13
72:11 103:20
**recommending**
91:18
**reconsider**
32:24 33:16

35:3 139:5,9
**reconsidering**
33:6
**record** 6:24
10:17 41:4
67:21 78:12
121:11
**records** 37:8,16
37:17,18,23
38:7,12 45:14
54:4 56:14
66:22 98:9
119:13,20
120:1,6 122:13
123:15
**recur** 111:8
**reduce** 122:3
122:21 123:2
**reducing**
122:16
**reduction**
123:10,19,21
**refer** 9:19
13:10 97:24
**reference** 78:19
78:23 79:14,17
**referenced**
33:22 78:7 79:2
138:20
**references**
39:22,24 76:8
**referencing**
79:19 83:22
184:5
**referred** 74:10
119:9

**referring** 10:4
13:2 98:20
141:19 154:17
181:13 184:2
**reflect** 180:2
184:9
**refractory** 56:7
56:15 57:11
58:23
**regard** 25:12
32:17
**regarding** 8:8
19:15 38:12
59:20 62:21
**regards** 73:9
**regimens** 59:5
**reilly** 2:15
**relate** 17:19
119:13 168:16
191:4
**related** 8:10,16
14:9 15:5,6,14
16:10 18:16
19:18,22 20:5
27:3 28:1 35:16
38:4 41:7 43:19
67:23 68:1 69:1
75:13,17 76:2
110:23 119:1
130:2 144:14
166:3 185:6
190:20 192:12
**relation** 130:2
**relative** 128:12
169:10 192:15

**relatives** 26:5,5
84:12 85:9,22
85:24 86:6,10
**release** 4:4 8:8
160:14 161:4
161:19 162:19
164:21
**relevant** 76:18
86:7 128:3
169:2 172:21
**reliable** 82:11
87:3,4 88:22
163:21
**reliance** 152:2
**relied** 31:10
**rely** 100:18
101:15
**relying** 148:20
**remember**
16:21 116:18
**remind** 26:19
**reminders** 7:10
**remnant**
115:11,17
**remote** 1:10
6:12
**remotely** 6:10
6:11 158:2
**removal** 71:16
71:22 72:6
113:10,13,21
113:22 114:2
**remove** 52:13
**removed** 71:24
72:18,21
104:13,22

**[removing - right]**                                                    Page 33

removing  113:4
114:8
repeat  49:18
57:8 58:18 63:1
73:5 136:14
repeating
173:17,22
replaced  103:6
replacement
106:18,21
117:3
report  3:15 8:3
8:6 12:21 20:23
21:1 32:5,7,8
32:16,23 33:10
34:4,7,12,14,16
35:10,15 36:10
38:9,21,23 44:3
44:10 56:14
60:5,7 61:8
63:22 67:18
69:5 78:17,20
79:15 82:15
85:12 90:7
101:9 105:8,9
105:17 106:17
107:1,18
121:21 122:17
123:9,17,22
126:1,18 127:8
128:12 131:16
135:22 139:22
141:1,20
148:23 151:10
167:19 168:14
179:20 180:24

190:21 191:3
reported  68:2
119:24
reporter  1:16
6:8 8:13 49:17
71:18 88:2
153:8,13 168:3
189:17 191:10
192:4
reporting  6:13
reports  32:4,11
34:18,20 35:12
120:20,24
121:3
represent  88:16
representing
7:2
reproductive
61:10
request  26:20
102:5
requests  5:6
research  14:14
14:16,23 15:3,6
15:9,11,22 16:9
18:5 41:3,6,23
41:24 42:1,2,11
76:21 77:21
researcher
41:20
researchers
143:6
resect  113:17
115:16
reserved  6:7

residents  18:2
residual  166:6
resistant  47:10
47:14 48:1,13
48:23 56:6
57:21 58:1,11
resource
101:18
resources  96:10
respect  92:11
118:9 126:14
181:2,4
respected
150:17
respond  57:9
59:6 102:6
responded
59:17
response  3:9
10:10,13,18
11:12 142:10
147:7 150:24
179:22 180:1
181:5,16
182:16,17
183:18 184:3,8
184:21 186:22
187:9,16 188:1
188:2,13,21
rest  94:13
restart  12:4
result  55:22
56:5 57:24
65:22 72:15
91:14 144:18
172:2

results  67:24
72:10 73:22
74:9 127:17
145:11 149:11
150:6 166:16
173:19 174:1,3
177:23 179:1
179:13
retained  44:5
rethink  139:10
retired  16:6
retread  126:24
retrospective
139:20 163:5
revealed  67:24
review  8:24
18:20,23 19:2,4
19:10,15,18
41:15 87:6
reviewed  18:7
35:15 36:21
37:15 39:10
54:4 119:17,19
right  11:16
13:13,24 14:12
22:15 24:13
27:10 28:18,22
31:8 36:16 39:9
39:13 42:12,16
43:6 44:23 46:3
47:17 51:2 53:7
54:17 65:14,15
71:24 72:19,22
72:23 73:23
78:17 79:2,10
81:20 84:9 86:3

**[right - sdha]**                                                    Page 34

87:20 95:8
105:20 108:4
114:22 122:10
122:19 123:12
125:14 128:22
129:16 133:9
136:10 137:13
138:10,18,23
145:23 146:5
146:11 147:13
149:1 152:4,6
168:23 170:21
172:8 173:6
177:5 183:24
**rigid**  102:24
**risk**  21:2,7,13
22:17,21,24
23:13,14,16,16
24:19 25:12,17
45:17 60:6,21
61:2,3,9,14
68:18,24 69:10
74:6,14,22
75:12 76:1
82:21 83:2,7
84:3,20 87:16
89:15 90:11
91:15 92:8
93:17 95:12
102:18 103:21
104:1,2,17,18
104:19,19
105:9,14,19
106:6,11,19
107:2,12,20
118:14,21,24

122:3,16,21
123:2,10,19,21
125:22 127:19
127:22 128:12
129:11,17
130:2,10,22,22
131:3 132:5
134:23 135:5
135:17 136:6
146:7 153:23
155:7,9 156:3
156:23 157:10
157:11,21,24
161:6,10,15
169:7,12,19
171:5,17 172:1
172:17,18,24
180:12,14
183:4 187:23
**risks**  66:7
**river**  12:15
21:3 41:21
**rls**  1:6
**rmh**  2:18
**robust**  163:6
**rocconi**  18:11
**role**  15:21
**rotary**  17:9
18:1
**rough**  189:18
191:12
**roughly**  17:11
89:22
**rounds**  58:21
**row**  143:17

**rr**  127:21
129:13
**rr's**  129:21
**rule**  32:5,8
**rules**  7:9

**s**

**s**  2:1 3:7 8:7,16
24:11 52:10
78:14
**sadly**  47:12
**sales**  1:4
**salpingo**  71:16
71:21 102:15
**saved**  71:14
**saw**  53:5 79:1
118:5 119:15
**saying**  72:12
145:5,9 177:16
178:4 182:14
**says**  66:1 70:5,9
70:13,15 74:21
76:15 84:1
127:18 128:8
129:21 131:15
131:19 140:4
155:3 158:9
162:23 163:3
165:8 166:11
169:6 172:13
**scale**  23:22
24:18
**scan**  50:12,13
50:22 54:23,24
54:24 55:9 57:8

**scans**  51:21
55:7
**scenario**  96:15
**scenarios**  141:3
141:9,19 142:1
142:4 143:6
151:9
**scientific**  41:2,6
**scientists**  160:5
**scope**  133:21
134:10
**score**  21:14
23:8,19 24:5,6
24:6,14,21
**scores**  23:21
**screams**  91:5
**screen**  7:19 9:4
9:18,23 11:20
22:9,12 23:2
27:20 28:20
31:21 44:20
64:4,9 66:23
79:7 88:12
124:23 138:4,6
152:3 161:1
181:15
**screening**  15:1
23:12 25:13
**scroll**  9:16 10:2
12:11 14:12
15:10 16:13
67:14 127:16
**scrolling**  84:9
**sdha**  65:13,21
66:5,13 68:11
68:22 69:1,14

**[sdha - significance]**                                                      Page 35

70:2,17 75:3,13
75:17,22 76:2
76:10 79:1,20
80:20 81:2,14
83:3 87:8 89:9
90:16 91:14
93:5 94:10,16
94:22
**sealing**   6:2
**seaport**   2:12
**searching**
176:9
**sec**   125:2
**second**   11:18
14:23 26:5 27:1
37:12 46:8 69:9
166:2 183:8
**section**   83:1
110:1 127:17
**see**   10:3,6 11:14
11:17,19,22,24
12:13 18:7
27:19 28:20
31:19,20 35:14
37:8 44:20
56:13 57:6,9,13
64:14,17 65:17
65:23 67:8 72:4
72:8 77:8 79:5
79:6 83:21
88:12 89:13
96:12 101:7,19
102:12 108:12
116:23 117:10
117:12,17,21
119:6 120:5

125:7,10
128:17,23
129:7 137:24
141:5 152:4
159:13 181:18
**seeding**   52:9,20
**seeing**   17:7
**seem**   67:7
118:22 122:3,6
**seems**   52:6
119:21 124:9
138:10
**seen**   92:4 94:15
102:8,10
112:24 119:16
131:24 134:4
152:24
**select**   59:7
174:23
**selection**   135:6
148:13 150:10
170:3,14 172:3
172:12 173:8
174:21,22
175:24 178:24
185:7 186:9
**seminal**   187:19
**send**   26:19
**sends**   42:6
**sensitive**   47:7
48:1,4,12 55:10
68:9 70:15
**sensitivity**   55:2
56:24
**sent**   116:8
142:13 147:1,5

147:14,14
**sentence**   69:9
**separate**   110:8
**september**
29:23 59:16
88:16
**series**   94:12,12
**serous**   127:20
128:1 129:12
129:20 143:20
145:24,24
149:9 169:13
172:19
**served**   44:2
**services**   12:23
**set**   46:5 60:17
85:11,13
101:22 192:9
**seven**   39:1
**several**   18:8,21
39:22 40:22
47:8 48:5,19
58:21 135:5
**sexual**   187:10
187:11
**shank**   50:2
**share**   9:19 12:4
26:24 44:19
66:20,23 78:5
124:23 181:19
**sharing**   11:20
20:24 79:7
**shawn**   32:7,9
**she'd**   71:6 74:8
**she'll**   59:5

**sheet**   118:6
**shores**   17:14,18
**short**   96:20
151:21 189:15
**shortened**
51:15
**shorter**   48:3
**shorthand**   1:16
**show**   7:19 25:5
25:5 28:19
92:15 142:23
181:12
**showed**   171:7
171:10
**shower**   133:17
133:17 134:6,6
**showing**   163:6
**shown**   105:14
157:21
**shows**   66:3
177:8
**shrink**   112:14
**shrivel**   118:20
**sia**   3:18 76:8
78:6,13 80:23
93:3 94:8 95:14
95:24
**sia's**   94:21
**sides**   104:23
**sidetracked**
34:2
**sign**   55:14
**signature**
192:22
**significance**
76:16,24 81:13

**[significance - state]**                                                     Page 36

99:24 145:15
180:1 181:16
**significant**
100:1 103:10
103:21 104:1
129:4 144:12
144:21,23
148:18 149:12
167:9 172:7
**significantly**
179:11
**signing**  6:2
**signs**  119:14
**similar**  50:1
109:1 144:19
145:11
**similarly**  83:6
**simple**  92:2
123:6
**simply**  96:6
135:10
**singing**  12:15
21:3 41:20
**single**  51:17
91:2 159:14
**sister**  49:15,21
142:22 146:12
146:21 148:17
150:3 151:15
163:20
**site**  93:2
**sites**  15:15
**six**  19:5 47:8
59:4,4
**sixty**  107:8

**small**  38:14
52:11,15
113:18
**smokes**  183:19
**society**  16:23
17:13 153:15
**sold**  137:5,6
**solid**  162:15
**solo**  7:16
**soothing**  137:3
156:22
**sorry**  8:14 13:5
24:3,4 39:24
41:16 42:19
43:1 46:9 49:17
53:23 54:20
56:3 58:17
62:24 71:12
75:7 81:18 82:8
89:5 95:2,15
96:18 97:23
98:5 101:24
107:8 111:14
115:19 136:13
137:22 138:3
144:16 148:7
153:9 155:15
158:11,24
163:17 170:8
170:11 173:20
177:12 188:22
190:10
**sort**  55:1
**sorts**  109:23
**sound**  190:4

**sounds**  39:5
101:20 116:16
**source**  82:11
86:21 87:3
88:21 97:10
99:5,7 100:8
**sources**  96:13
99:10,11
**south**  15:16
16:6
**span**  48:2
**speak**  7:9 17:9
56:3 173:21
**speaking**  6:14
**specialty**  35:18
**specific**  7:4
29:3 44:24 45:9
57:14 127:8
134:1,10 140:8
158:12,17
166:12 168:14
180:3,21,23
**specifically**
26:3 28:1 30:16
33:9 48:11
63:24 84:23
100:15 101:5
105:11 139:15
139:18 169:2
**specimen**  15:19
**specimens**
15:15
**spectrum**  22:23
**speculation**
95:7

**spell**  24:8
**spend**  30:12
97:20 132:12
**spent**  28:7,14
29:9,18 30:1,7
167:15
**spills**  108:10,15
**spoke**  16:22
17:12 190:16
**spoken**  17:22
**sporadic**  45:21
61:24 62:3 63:5
63:16
**spread**  108:20
108:22
**spring**  17:1
**squibb**  14:16
**staff**  17:11
**stage**  46:17,18
46:23 47:3,3,19
48:6,16,16,17
48:18,22 49:7
50:8 130:8,13
**start**  56:20
125:1
**started**  15:11
21:10
**starting**  13:18
14:24 22:12
60:11 63:24
**state**  17:15,15
40:11 77:20
83:12 99:11
106:17,24
123:8 154:2

**[stated - survey]**                                                    Page 37

stated  12:22
  63:3 86:5
statement  69:4
  88:19 129:6
  131:13 135:11
  158:15 162:6
  162:11,24
  163:10 164:7
  171:3,22
  177:15 181:22
  188:4,6
statements
  140:10 180:16
states  1:1
  127:12 132:3
  136:2 139:19
  139:24 149:5
  179:24
stating  40:24
  184:9
statistical
  145:15 189:2
statistically
  144:23 145:10
  149:12 167:9
  172:7
stay  51:15
stipulations
  5:10
stk11  84:4
stomach  52:16
  62:8 109:21
  113:18 115:14
stop  12:4 20:24
straight  37:4

strange  109:23
street  2:5
strengthen
  140:11
strengthened
  70:4
strengthens
  140:9 165:4
stromal  66:10
  68:16
strong  68:5
  70:11
strongest
  127:20 129:12
  135:7
stuck  52:7
  175:18
studied  150:13
studies  83:12
  106:18 125:24
  135:4 139:17
  139:19 140:1
  167:14,18
  170:1,7,24
  171:6,10
  172:15 173:12
  174:3 177:24
study  15:13,20
  42:5,8 125:21
  126:3 131:15
  135:3 142:22
  146:12,13,21
  148:10,16,17
  148:18,21
  150:3,12,16,20
  151:15 152:1

153:18,20
  154:5 161:3,4
  161:10 163:18
  163:20 164:13
  164:20 169:24
  173:11 178:15
  188:9
subcategories
  143:19
suboptimal
  57:24 58:2,5
subsequent
  19:6
subsequently
  150:13
subtracking
  189:2
successful  22:4
succumb  59:12
sufficient
  180:13 184:16
suggest  97:16
  155:6 172:15
suggested
  78:23
suggestion
  156:1
suggests  161:14
suite  2:16
supplement
  36:15
supplemental
  37:9
support  5:1
  96:13

supporting
  140:6
supports
  144:13 163:22
suppose  190:16
supposed  126:8
sure  10:22 13:7
  21:9 25:4 26:16
  35:22 36:15
  38:24 58:20
  61:5 63:3 80:9
  96:19 101:11
  102:7 104:15
  105:12 108:8
  113:8 115:23
  121:9,9,10
  125:18 128:21
  135:23 136:16
  146:16,16
  151:18 166:19
  189:13
surgeons  53:22
  53:23
surgeries  57:19
surgery  50:4,10
  51:12,22 52:23
  55:19 57:12,22
  57:22 58:12
  59:1 71:3 73:8
  112:6,17,22
surgical  56:17
  110:1
surrogate
  187:11
survey  176:15

**[survival - terry]**                                                         Page 38

**survival** 47:11
  48:14 49:3 58:6
  58:7 165:23
**susceptibility**
  68:13
**suspicion** 91:20
**sweeps** 187:21
**swift** 16:4
**switching** 105:7
**sworn** 6:11,17
**symptom** 57:15
  110:10
**symptomatic**
  57:18 118:21
**symptoms**
  117:16 119:14
**syndrome** 65:5
  76:18 78:2
  84:16,17,19
  85:4 89:8,12
  91:6,12 92:22
  93:20 95:23
  96:15 98:1,2,10
  98:17,18
  100:12 101:18
**syndromes**
  22:20 67:24
  100:16,23
**system** 12:15
  41:21 92:6
**systems** 25:11

**t**

**t** 3:7 24:10
  49:23,23 192:1
  192:1

**tab** 90:5
**table** 46:6
  60:17 78:20
  79:13,18 80:18
  89:3,10 128:17
  128:17,24
  143:14 147:8
  147:19 181:12
  181:18,21
  182:17 183:2
  184:5
**take** 7:20 17:5
  25:18 80:3
  93:22 123:1
  150:15,15
  151:16 163:9
  189:22
**takeaway** 155:2
  156:1
**taken** 1:11 7:8
  42:18 44:4
  96:21 151:22
  164:19 189:16
  192:14
**takes** 113:13
  147:18
**talc** 42:24 43:1
  127:18,23
  129:11,18
  130:3,21 131:2
  136:3 144:4,9
  146:1,8 147:20
  152:10,21
  153:22 161:5
  161:12 163:7
  163:23 164:24

  167:11 180:7
  184:13,14
**talcum** 1:3 14:9
  16:10 17:20
  18:17 19:19,23
  20:6,19 42:3,14
  43:7,13,18 45:5
  62:21 135:15
  136:21 142:24
  148:19 156:7
  156:11 157:6,8
  159:15 160:7
  185:4 186:10
  188:12
**talk** 7:11 11:4
  26:2 33:24 46:4
  61:8 85:6 102:1
  108:4 123:24
  124:24 147:3
**talked** 94:20
  117:15 138:24
**talking** 26:4
  69:18 75:1,16
  81:9 140:5
  152:1
**talks** 65:20
**tally** 30:9
**tar** 187:22
**taxol** 49:14,16
  49:21,22
**taxotere** 49:16
  49:22
**technical** 12:5
**technology**
  16:3

**tecum** 10:12
**tell** 21:6 36:3
  54:2,4 139:7
  157:5 161:23
  161:24 179:5
  182:21
**telling** 9:14
  118:11 121:7
**tells** 91:24
  93:14 99:24
  162:5,9
**temporary**
  112:10
**ten** 14:19 47:9
  51:7 59:5 99:22
  189:9
**tend** 13:9 48:17
  51:19 57:21
  58:2 68:19
  69:11 74:22
  111:21 112:14
**tends** 48:2
  118:19
**term** 103:9
  104:16 163:23
**terms** 43:7 61:1
  100:5 102:14
  121:19
**terrible** 36:7
  115:17,21
  152:23
**terry** 4:5
  167:24 168:24
  179:21 185:1
  185:12,16

**[terry's - transcript]**

Page 39

**terry's**  169:18
179:24
**test**  23:2,3,4
26:12 55:2
56:22,24 57:3
65:22 70:21
71:2,8 92:5
**tested**  64:24
99:22
**testicular**
187:20,24
**testified**  6:18
42:21,23 43:2,9
121:15
**testimony**  31:1
31:4 82:10
104:8
**testing**  3:16
21:24 22:2 64:7
64:18 66:3
70:14 77:5
83:13 99:12,16
99:18,18
**thank**  8:22 10:7
12:3,4 19:12
26:17,20 27:11
36:18 39:6
40:19 88:5
102:13 125:17
126:10 153:13
168:4 189:13
189:23 191:9
191:14
**thankful**  74:12
**thankfully**  69:2
75:14

**therapy**  47:14
49:14 50:1,3,9
50:19 51:10
58:21 106:19
106:21 117:4
**thing**  27:1 36:4
45:14 170:16
**things**  66:2
109:23 138:9
155:24 176:22
179:16 184:20
**think**  11:19
17:1 20:14
24:10 25:7,10
27:7 30:19 31:5
34:15 40:14
53:2,10,17
54:16 71:14
72:21 73:13,13
73:14,16 88:2,4
110:24 120:10
128:21 133:2
133:10 137:22
140:20 142:5
144:21 177:21
178:22 182:9
185:1,1 188:4,4
188:24 189:6,8
**thinking**  36:20
183:1
**third**  183:8
**thompson**  2:4
**thought**  72:9
114:19 115:19
126:7 168:9
179:18

**thousand**
175:14 176:1
**thousands**  36:8
119:20,20
**three**  8:4 32:4
32:10 43:5,8
54:24 55:6,12
57:8 68:7 92:11
124:14 143:19
166:16 176:21
190:7
**threefold**
130:22 132:6
**tiffany**  3:18
78:13
**time**  1:14 6:7
7:12 9:10 11:7
27:12 29:10
30:1,2,7,12
31:15,24 38:13
42:22 44:15
50:15 64:10
67:1,6 77:7
78:8 82:1,19
86:15 87:6 88:7
94:2 96:20 98:7
109:8 119:11
125:3 132:13
137:18 148:12
151:21 154:21
160:21 168:6
189:15 191:18
192:8
**times**  7:8 17:11
42:20 51:6
98:24 99:1

**tissue**  108:12
109:3
**title**  35:19
64:18 65:20
**today**  7:24
30:14 77:21
80:14 92:4
154:13 160:16
191:9
**today's**  191:3
**together**  90:16
91:4
**tolerate**  159:17
**took**  16:5 115:9
122:11
**top**  14:24 64:15
67:9 82:23
83:23 150:23
152:7
**topic**  31:9
66:20
**topics**  82:20
105:7
**totaled**  19:4
**totally**  148:14
158:14
**towards**  28:15
179:8,10
**town**  116:7
**trained**  116:7
**training**  90:23
**transcript**  6:3
192:7

120:12 152:24
190:7

**[transfusions - unfair]**                                    Page 40

| | | | |
|---|---|---|---|
| **transfusions** 51:16 | **truthful** 120:16 | **turning** 87:20 | 59:9 113:10 |
| **travel** 31:7 | **truthfulness** 120:14 | **turnout** 58:10 | **unaware** 56:22 |
| **treat** 49:13,20 112:8 113:3 162:3,12 | **try** 22:12,13 45:16 54:17 57:21 67:8 79:10 175:2 179:18 | **two** 13:2 23:21 30:4 34:18,20 37:8,19 45:19 45:22 48:10 53:6 61:23 63:4 73:16 84:11 85:8 86:5,9 93:14 94:7 99:1 135:7 144:19 145:14 155:24 173:13 177:3 177:19 179:6 183:12,13,15 187:6,13,14 | **uncommon** 116:24 |
| **treated** 112:2 | | | **undefined** 141:14,17 |
| **treating** 53:24 56:20 | | | **under** 60:5 64:17,17 102:17 127:11 141:6 143:17 144:3 155:2 169:5 172:13 |
| **treatment** 42:10 49:8 112:3,7,18 113:12,24 114:4 | **trying** 22:8 89:6 90:18 133:8 147:22 153:19 175:6 | | |
| **treatments** 59:18 | **tubal** 71:5 111:10 116:3 122:3,9 | | |
| **tremendous** 142:17 147:15 | **tubes** 71:22,24 72:7,17 73:9 104:12,22 108:15 113:11 113:23 114:3 115:9 | **twofold** 146:7 | **underestimate** 188:10 |
| **trend** 60:12 | | **type** 42:10 51:23 92:17 100:9,11 112:17 127:12 143:21 158:1 | **underlined** 38:20 |
| **trending** 180:19 | | | **underscores** 161:10 |
| **trial** 6:7 31:1,3 42:21 | **tulane** 37:13,16 67:9 | | **understand** 22:16 92:20 100:6 102:11 104:23 151:1 184:4 |
| **trials** 43:1 | **tumor** 55:10 58:8 66:6 | **types** 74:13 127:24 129:19 129:23 135:5 | |
| **triple** 133:1 178:7 | **tumors** 66:10 68:13,15,16,21 68:23 69:1,13 69:15,17,19 70:3,18,18 74:21,24 75:2,4 75:13,17,23,24 76:2 172:20,21 | **typical** 46:22 | **understandable** 37:6 |
| **tripled** 134:22 | | **typically** 49:8 112:13 | **understanding** 27:24 46:16,19 64:23 65:21 66:12 113:2 147:1 |
| **trouble** 37:3 | | **typos** 39:23 | |
| **true** 79:21 117:3 192:5 | | **tyrer** 21:14 24:5,6 | |
| **trust** 80:7,17 97:20 151:14 153:2 190:14 | | | **understood** 114:19 |
| | | **u** | **undetermined** 99:23 |
| **truth** 118:11 121:8 185:14 186:14 190:17 | **turn** 44:9 | **u** 24:11 **ultimately** 45:18 46:18 | **unfair** 150:19 150:21 |
| | **turned** 57:2 116:13 | | |

**[unfavorable - weighed]** Page 41

| | | | |
|---|---|---|---|
| **unfavorable** | 113:7,7 127:19 | **v** | **want** 33:24 |
| 51:5 | 127:23 129:11 | | 46:3 52:24 |
| **unfortunately** | 129:13,18 | **v** 29:2 | 60:20 69:8 |
| 26:14 73:24 | 130:3 131:21 | **variant** 65:13 | 74:18,20 86:13 |
| 74:14 | 133:19 134:8 | 66:4,13 68:11 | 126:23 128:16 |
| **unique** 163:20 | 137:2 143:15 | 76:16 99:23 | 152:3,7 168:24 |
| **unit** 21:11 | 144:4,9 146:1,8 | **variants** 76:23 | 176:14 181:7 |
| **united** 1:1 | 152:21 155:3 | **varies** 53:19 | **wanted** 9:16 |
| **unknown** 76:16 | 155:11 156:4 | 59:10 111:5 | 26:24 34:3 36:4 |
| 76:23 174:10 | 158:4 160:8 | **variety** 84:1 | 38:24 41:3 46:7 |
| **unmeasured** | 161:6 163:7,23 | **various** 17:7 | 63:6 65:16 |
| 166:1,7 | 164:24 167:11 | 21:18 36:9 | 66:19 80:11 |
| **unpublished** | 169:6,19 | 180:7 | 95:22 121:9 |
| 41:2,6 | 171:16,21 | **vein** 53:9 | **wants** 101:17 |
| **unreasonable** | 172:15 180:5 | **venous** 50:16 | 101:19 |
| 40:24 | 184:15 | 50:19 | **warning** 131:24 |
| **unrelated** | **used** 56:24 | **verify** 36:13 | 133:12,18,23 |
| 77:15 | 132:15 133:5 | **veritext** 1:21 | 134:3,4 |
| **unresectable** | 141:8 153:22 | **versus** 40:13 | **warns** 134:7 |
| 54:10 | 156:16 157:3 | 141:8 | **way** 17:19 |
| **updated** 36:23 | 162:4 169:11 | **videos** 20:10,14 | 23:11,12 50:21 |
| **upper** 108:22 | 182:24 190:2 | 20:18 | 55:7 69:21,24 |
| 115:6,13 | **users** 130:22 | **vindicated** | 95:19 113:6 |
| **upside** 7:18 | 131:2 161:16 | 167:19 | 138:12 142:6 |
| **uptodate** 3:20 | **using** 45:15 | **vitae** 3:11 11:17 | 163:1 176:4 |
| 86:20,21 87:9 | 132:6 134:21 | 12:9 | 178:9,10,13,24 |
| 90:21 91:23 | 141:9 142:7,8 | **vivo** 55:2 | **ways** 13:2 |
| 96:9 | 159:15 161:17 | **voice** 29:20 | 175:5 |
| **urination** | **usually** 59:10 | **volume** 56:9 | **we've** 22:7 43:8 |
| 110:18 | 59:11 103:19 | **vus** 99:23 | 100:2 147:23 |
| **use** 14:9 16:10 | 111:4 | | **wednesday** |
| 17:20 18:16 | **uterine** 154:4 | **w** | 1:14 |
| 19:19,22 20:5 | **uterus** 108:9 | **wait** 75:9 | **week** 190:7 |
| 45:4,11 62:21 | 114:2 | **waiting** 189:18 | **weeks** 55:16 |
| 86:21 99:7,15 | | **waived** 6:4 | **weighed** 104:19 |
| 99:18 103:1 | | **walk** 45:10 | |

**[went - zoom]**                                                    Page 42

| | | | |
|---|---|---|---|
| **went** 15:9 | 141:23 143:11 | 137:2 139:21 | **yeah** 35:22 37:2 |
| **wentzensen** | 144:1 145:2,8 | 148:12 150:19 | 41:17 72:24 |
| 152:16 | 145:19 146:11 | 153:21 157:2 | 80:13 126:9 |
| **wish** 92:9 157:7 | 146:24 148:5 | 159:13 169:11 | 162:1 181:17 |
| **witness** 1:13 | 149:15,23 | **women's** 12:16 | **year** 16:24 17:7 |
| 3:2 6:11 8:15 | 151:13,19 | **wonder** 128:23 | 17:11 59:11 |
| 10:6 11:24 16:2 | 152:14 153:14 | **word** 80:4 | 77:8 94:7 98:24 |
| 23:11 24:7 | 155:14,18 | **words** 52:24 | 99:1,14 109:19 |
| 25:22 29:15 | 156:7 157:14 | 55:3 171:21 | 115:9 |
| 32:20 33:4,20 | 158:7 159:4 | 172:1 | **years** 14:20 |
| 34:24 35:7 37:1 | 160:11 163:14 | **work** 13:9 27:3 | 47:8,9 48:5,20 |
| 41:12 43:18 | 164:3,16 165:4 | 55:5,5 176:18 | 77:5,7,9 90:23 |
| 44:6 47:2,23 | 167:5 168:9 | **worked** 13:23 | 90:24 91:21 |
| 49:2,12,19 52:3 | 169:23 170:21 | **working** 80:13 | 94:7 97:12 |
| 54:8 56:2 58:17 | 171:20 173:6 | 125:14 | 98:20 99:22 |
| 61:22 62:24 | 174:10,19 | **works** 23:12 | 103:2 113:1 |
| 63:19 65:9 | 178:3 179:5 | **wrap** 189:11 | 116:14,24 |
| 66:17 69:24 | 182:4 184:24 | **wrapped** 15:22 | 121:4 122:5,20 |
| 71:20 74:5 | 186:4 187:2 | **wrapping** | 150:5,6 190:3 |
| 75:20 79:5 80:1 | 190:14 191:16 | 121:14 | **yeast** 156:24 |
| 81:7 86:24 | **wolf** 32:6 | **writing** 94:11 | 157:10 |
| 87:13,18 89:22 | **wolf's** 32:15 | 102:5 | **yesterday** 53:5 |
| 93:1 95:1 98:23 | 34:4 | **written** 35:10 | **young** 103:15 |
| 100:14 102:22 | **woman** 21:11 | **wrong** 11:20 | 115:8 |
| 103:14 105:5 | 21:16 111:6,9 | 36:4 168:20 | **younger** 73:17 |
| 111:14 112:6 | 117:3 121:3 | **wrote** 185:13 | |
| 112:21 114:7 | 132:2 157:17 | 185:16 | **z** |
| 116:21 118:4 | 159:6,11 | **wu** 3:22 125:8 | |
| 120:10 124:9 | **women** 73:3,7 | 128:11 | **zero** 76:4 |
| 128:7,16 129:2 | 98:16 104:20 | | **zoom** 1:10 |
| 130:16 131:8 | 108:11,18 | **x** | |
| 131:17 132:10 | 111:23 116:1 | **x** 3:1,7 49:23 | |
| 135:2 136:13 | 118:12 120:3 | **y** | |
| 136:19 137:1 | 126:3,6 130:20 | **y** 24:10 | |
| 138:5,14 | 131:1,4 133:18 | **y'all** 166:19 | |
| 139:13 140:20 | 134:7 135:18 | | |

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.