# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-MAS-RLS<br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

## MOTION AND NOTICE OF MOTION OF THE PLAINTIFFS' STEERING COMMITTEE TO EXCLUDE THE OPINIONS OF DR. JOHN KORNAK

**PLEASE TAKE NOTICE,** that pursuant to Fed. R. Evid. 104(a), 403, 702, and 703, the Plaintiffs' Steering Committee ("PSC") hereby moves to exclude the opinions and testimony of Dr. John Kornak.

For the reasons set forth more fully in the following accompanying materials, the Court should grant the PSC's motion:

- The Plaintiffs' Steering Committee's Brief Regarding the Rule 702 Standard;
- The Plaintiffs' Steering Committee's Memorandum of Law in Support of Its Motion to Exclude the Opinions of Dr. John Kornak; and
- Certification of Counsel with attached Exhibits.

A proposed form of order is attached.

1

Dated: July 23, 2024                    Respectfully submitted,

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-783-6400
Fax: 202-416-6392
mparfitt@ashcraftlaw.com

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
Leigh.odell@beasleyallen.com

*Plaintiffs' Co-Lead Counsel*

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*

2

**PLAINTIFFS' EXECUTIVE COMMITTEE:**

| | |
|---|---|
| Warren T. Burns<br>BURNS CHAREST LLP<br>500 North Akard Street, Suite 2810<br>Dallas, TX 75201<br>Tel: 469-904-4551<br>Fax: 469-444-5002<br>wburns@burnscharest.com | Richard Golomb<br>GOLOMB & HONIK, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel: 215-985-9177<br>rgolomb@golombhonik.com |
| Hunter J. Shkolnik<br>NAPOLI SHKOLNIK PLLC<br>360 Lexington Avenue, 11thFloor New York, NY 10017<br>Tel: 212-397-1000<br>hunter@napolilaw.com | |

**PLAINTIFFS' STEERING COMMITTEE:**

| | |
|---|---|
| Laurence S. Berman<br>LEVIN, SEDRAN & BERMAN LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: 215-592-1500<br>Fax: 215-592-4663<br>lberman@lfsblaw.com | Timothy G. Blood<br>BLOOD, HURST & O'REARDON, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619-338-1100<br>Fax: 619-338-1101<br>tblood@bholaw.com |
| Sindhu S. Daniel<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, #1100<br>Dallas, TX 75219<br>Tel: 214-521-3605<br>Fax: 214-520-1181<br>sdaniel@baronbudd.com | Jeff S. Gibson<br>WAGNER REESE, LLP<br>11939 N. Meridian St.<br>Carmel, IN 46032<br>Tel: (317) 569-0000<br>Fax: (317) 569-8088<br>jgibson@wagnerreese.com |

<div style="display: flex;">

Kristie M. Hightower
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Tel: 337-439-0707
Fax: 337-439-1029
khightower@lundylawllp.com

Victoria Maniatis
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NJ 11530
Tel: 516-640-3913
Fax: 516-741-0128
vmaniatis@thesandersfirm.com

Christopher V. Tisi
LEVIN PAPANTONIO
316 South Baylen St.
Pensacola, FL 32502
(850) 435-7000
ctisi@levinlaw.com

Daniel R. Lapinski
MOTLEY RICE LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-667-0500
Fax: 856-667-5133
dlapinski@motleyrice.com

Carmen S. Scott
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: 843-216-9162
Fax: 843-216-9450
cscott@motleyrice.com

</div>