## **CERTIFICATE OF SERVICE**

    I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Motion and Notice of Motion to Exclude the Opinions of Dr. John Kornak to be filed electronically via the court's electronic filing system the 23rd day of July, 2024. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:   July 23, 2024    */s/ Michelle A. Parfitt*
                                                                               Michelle A. Parfitt