# Exhibit 4

# John Kornak

# INVOICE

**INVOICE #** 72                                                                                                                                   **DATE** 6/1/24

**MAILING INFO**
John Kornak

Alameda, CA  94502
Phone: (   )
Email: john.kornak@ucsf.edu

**BILL TO**
King & Spalding LLP /
Johnson & Johnson
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Phone: (212) 790-5342

Re: Talcum Powder Litigation

| DATE | Ref | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/20/24 | | Reviewing O'Brien 24 Quantitative bias paper and meeting with Cornerstone and legal team | 3.25 | 700.00 | 2,275.00 |
| 5/21/24 | | Reviewing O'Brien Quantitative bias paper and meeting with Cornerstone team | 5.5 | 700.00 | 3,850.00 |
| 5/22/24 | | Reviewing O'Brien Quantitative bias paper, preparing notes for report, and meeting with Cornerstone team | 10 | 700.00 | 7,000.00 |
| 5/23/24 | | Report writing -- summary text. Reiding up on Rubin Missing Data reference | 6.25 | 700.00 | 4,375.00 |
| 5/24/24 | | Report editing, Re-reading O'Brien quantitative analysis paper, Review Quantitative bias analysis | 9.75 | 700.00 | 6,825.00 |
| 5/25/24 | | Revising report, reading up on MICE and missiing not at random mechanisms | 8.5 | 700.00 | 5,950.00 |
| 5/26/24 | | Revising report, reading MICE references, Meeting with Cornerstone team | 8 | 700.00 | 5,600.00 |
| 5/27/24 | | Revising report, Meeting with Cornerstone team, Quanitative Bias Analysis reading | 11.25 | 700.00 | 7,875.00 |
| 5/28/24 | | Revising report, checking report. Cox model and left truncation, Calls with Cornerstone team, final read | 9.25 | 700.00 | 6,475.00 |
| 5/29/24 | | Calls with Cornerstone team. | 0.25 | 700.00 | 175.00 |
| | | | | **TOTAL** | **$50,400.00** |

Please make check payable to:
**John Kornak**

**OTHER COMMENTS**
1. Total payment due in 30 days
2. Please include the invoice number on your check

**SS#**          -- Please make check payable to "John Kornak" and send check to
         , Alameda, CA 94502

© 2013-2014 Vertex42.com