# Exhibit 7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (MAS) (RLS)

**REBUTTAL EXPERT REPORT OF**
**ELIZABETH A. STUART, PH.D.**

Date:  July 21, 2024

Elizabeth
A. Stuart

Digitally signed by
Elizabeth A. Stuart
Date: 2024.07.22
19:52:06 -04'00'

Elizabeth A. Stuart, Ph.D.

I submit this report documenting my expert opinion on O'Brien, K., et al. *Intimate Care Products and Incidence of Hormone-Related Cancers*, 2024. J Clin. Oncol 001-16 (O'Brien 2024). I was asked to review the O'Brien et al. (2024) manuscript and the criticisms of that work offered by Johnson & Johnson's biostatistical expert John Kornak, PhD through his report and his deposition, and in particular the aspects related to genital talc use and ovarian cancer. I have considered the O'Brien et al. (2024) paper, including its methods, results, strengths, and limitations as well as other relevant scientific literature; this report summarizes the results of that consideration.

**Summary of Opinion**
Overall, I find Dr. Kornak's concerns about O'Brien et al. (2024) substantially incorrect and not reflective of statistical best practices and standards; in particular I do not agree with his characterization of O'Brien et al. (2024) as "flawed and unreliable." In contrast to Dr. Kornak I find the O'Brien et al. (2024) paper to be a careful and thorough analysis, using appropriate and well recognized methods (such as quantitative bias analysis and multiple imputation) to deal with known limitations of the data and explore the implications of potential unknown biases. In particular, O'Brien et al.'s use of quantitative bias analysis and multiple imputation are appropriate and well considered, allowing the analysis to use all the prospective and retrospective data available and drawing appropriate conclusions regarding the links between genital talc use and ovarian cancer. As indicated and expected given its publication in a top peer-reviewed oncology journal it is an important contribution to the body of literature on the relationship between genital talc use and ovarian cancer and should be included when considering the weight of the evidence regarding such a link.

**My own qualifications and background**

**General professional qualifications**
I am the Catharine Dorrier and Frank Hurley Professor and Chair in the Department of Biostatistics at the Johns Hopkins Bloomberg School of Public Health – a department consistently ranked as one of the top two biostatistics departments in the country. I also hold a position as Bloomberg Professor of American Health and have joint appointments in the Department of Mental Health, Department of Health Policy and Management, and the School of Education at Johns Hopkins.

I received my PhD in Statistics from Harvard University in 2004; my primary advisor was Donald Rubin, one of the originators of the idea and theory behind multiple imputation. It was during graduate school in 1999-2004 that I first learned about multiple imputation and related missing data methods, from Donald Rubin and other faculty, including Xiao-Li Meng, who first coined the term "congeniality" in this context (discussed further below). As detailed further below since then I have continued to stay abreast of the literature regarding missing data and multiple imputation and have published numerous papers and given multiple presentations and workshops on the topic. I have advised over 15 masters and 15 PhD students and multiple postdoctoral fellows; a number of whom have used multiple imputation and related ideas in their theses, dissertations, and other work, and I have consulted on numerous applied projects that use multiple imputation in practice.

Overall, I have published over 350 papers and have received millions in dollars of research funding as Principal Investigator from the National Science Foundation, the Institute of Education Sciences, the WT Grant Foundation, the Patient Centered Outcomes Research Institute, the

National Institutes of Health, and other entities. I have also served on advisory panels for the National Academy of Sciences, the US Department of Education, and the Patient Centered Outcomes Research Institute.

I am a Fellow of the American Statistical Association (ASA) and the American Association for the Advancement of Science (AAAS) and received the mid-career award from the Health Policy Statistics Section of the ASA, the Gertrude Cox Award for applied statistics, Harvard University's Myrto Lefkopoulou Award for excellence in Biostatistics, and the Society for Epidemiologic Research Marshall Joffe Epidemiologic Methods award. I was formerly Chair of the Patient Centered Outcomes Research Institute's Clinical Trials Advisory Panel and former President of the Society for Research on Educational Effectiveness. I currently serve on the National Academy of Sciences Engineering and Medicine (NASEM)'s Committee on National Statistics and co-chair NASEM's Committee on Applied and Theoretical Statistics.

 I also serve as a Statistical Editor for *JAMA Health Forum*, and have served as Associate or Statistical Editor for a number of top statistical and applied journals, including the *Journal of the Royal Statistical Society – Series A, Statistics in Medicine, the Journal of Research on Educational Effectiveness (methods editor), Observational Studies, the Journal of Causal Inference, Journal of the American Statistical Association, JAMA Psychiatry, NEJM Evidence,* and *the Harvard Data Science Review.* My full CV is attached as **Exhibit A**.

**Overview of research interests and expertise**
My research interests are in statistical methods, especially study design and analysis approaches for estimating causal effects in experimental and non-experimental studies, including questions around the external validity of randomized trials and the internal validity of non-experimental studies, as well as generally how to deal with data complications such as clustering and missing data. My recent work includes methods for combining data sources to assess treatment effect heterogeneity and methods for evidence synthesis, including how to handle disparate or mismeasured outcomes, as well as methods for policy evaluation. My work has broad application across medicine and public health, and I have worked in a number of applied areas, including mental health, substance use, gun violence, suicide prevention, and cancer.

**Experience with the missing data and recall bias methods in O'Brien et al. (2024)**
As noted above, I first learned about missing data methods and multiple imputation from Donald Rubin from 1999-2004. I have conducted methodological work around best practices for multiple imputation, and the use of multiple imputation to solve data complications and have used multiple imputation in many substantive collaborations and projects.

Since 2008 I have been continuously funded by the National Institutes of Health, including an R01 grant (R01MH099010) that included multiple imputation as one of the approaches used to handle a methodological challenge. I have also served on a panel for the What Works Clearinghouse (an evidence clearinghouse for education research, funded by the US Department of Education) on missing data.

I have taught introductory and more advanced workshops and short courses on missing data, including multiple imputation, both at Johns Hopkins and at conferences. Examples include:

2

- " Methods for handling missing data in psychosocial research ." Johns Hopkins Bloomberg School of Public Health Summer Institute.  (Taught with Dr. Trang Nguyen). Currently on hold given my move to the Department Chair role.
- "Recent advances in missing data methods: Imputation and Weighting". U.S. Department of Health and Human Services, Maternal and Child Health Bureau, Epidemiology Program Training Webinar, September 2012 (20 attendees).
- "Introduction to methods for handling missing data". BSPH Center for American Indian Health, January 2012 (15 attendees).
- "Missing Data Methods in Criminology", Department of Criminology, University of Maryland, April 2009, December 2011.
- "Multiple imputation using chained equations". International Conference on Health Policy Statistics workshop, October 2011 (50 attendees).
- "Recent advances in missing data methods: Multiple Imputation by Chained Equations." AcademyHealth Annual Research Meeting methods seminar, June 2010 (80 attendees).
- "Handling missing data: The motivation and method of multiple imputation." 21st Annual Research Conference: A System of Care for Children's Mental Health: Expanding the Research Base.  Tampa, FL, 2008.
- "Practical issues in implementing multiple imputation." Association for Public Policy Analysis and Management Annual Research Meeting, Washington, DC, 2007.

I have published multiple studies on multiple imputation and other missing data approaches, including:

- Nguyen, T. Q., & Stuart, E. A. (2024). Multiple imputation for propensity score analysis with covariates missing at random: some clarity on within and across methods. American Journal of Epidemiology, kwae105. https://doi.org/10.1093/aje/kwae105
- Li, P., and Stuart, E.A. (2019). Best (but oft-forgotten) practices:  Missing data methods in randomized controlled nutrition trials.  The American Journal of Clinical Nutrition. 109:3: 504–508, https://doi.org/10.1093/ajcn/nqy271
- Webb-Vargas, Y., Rudolph, K.E., Lenis, D., Murakami, P., and Stuart, E.A (2017). An imputation-based solution to using mismeasured covariates in propensity score analysis. Statistical methods in medical research, 26(4), 1824-1837. http://www.ncbi.nlm.nih.gov/pubmed/26037527
- Li, P., Stuart, E.A, and Allison, D.B. (2015). Multiple imputation: A flexible tool for handling missing data. Journal of the American Medical Association 314(18): 1966-1967. NIHMS ID: 731701. PMCID: PMC4638176. http://www.ncbi.nlm.nih.gov/pubmed/26547468.
- Azur, M., Stuart, E.A., Frangakis, C.M., and Leaf, P.J.  (2011).  Multiple imputation by chained equations: What is it and how does it work? International Journal of Methods in Psychiatric Research 20(1): 40-49.  PMCID: PMC3074241. http://www.ncbi.nlm.nih.gov/pubmed/21499542.
- Stuart, E.A., Azur, M., Frangakis, C.E., & Leaf, P.  (2009).  Multiple imputation with large datasets: A case study of the Children's Mental Health Initiative. American Journal of Epidemiology 169(9): 1133-1139. PMCID: PMC2727238. http://www.ncbi.nlm.nih.gov/pubmed/19318618.

3

I was also involved in the creation of a statistical software program (a package in the R programming language) that allows the use of multiple imputation with a particular approach for causal inference, propensity scores:

- Pishgar, F., Greifer, N., Leyrat, C., and Stuart, E.A. (2020). MatchThem: matching and weighting after multiple imputation. arXiv preprint arXiv:2009.11772. https://journal.r-project.org/archive/2021/RJ-2021-073/RJ-2021-073.pdf.  (Not peer reviewed)
- MatchThem package:  https://cran.r-project.org/web/packages/MatchThem/index.html

In writing this report I consulted the following sources:

- Dr. John Kornak's written Expert Report, dated May 28, 2024, submitted in the United States District Court District of New Jersey (case number 3:16-md-02738, MDL No. 2738)
- The transcript of Dr. John Kornak's deposition, taken July 8, 2024 (MDL No. 16-2738)
- O'Brien et al. (2024) and other scientific literature related to missing data and multiple imputation, as cited below, as well as Rubin (1987) and Little and Rubin (2002).
- I have also used my own statistical and public health knowledge from my over 20 years in the field, and with more context for that provided below.
- I have never before submitted an expert report for any legal cases.

My rate for reviewing the relevant literature was $900 per hour.  My compensation is not contingent in any way or based on the content of my opinion or the outcome of this matter. All opinions expressed and implied in this report are solely mine and do not represent or reflect the views of the Johns Hopkins University or the Johns Hopkins Health System.  I have not previously provided expert testimony in the past four years.

A copy of materials relied on and considered are attached as **Exhibit B**.

I now turn to the specifics of the O'Brien et al. paper and Dr. Kornak's comments on it.

### Summary of O'Brien et al. (2024)

I now provide a summary of the O'Brien et al. (2024) paper, especially the aspects relevant to the analysis examining any links between genital talc use and ovarian cancer.  This report focuses on the O'Brien et al. (2024) paper, but it is important to note that it builds on a broader body of literature and evidence, including, for example, Gonzalez et al. (2016), which used similar data as O'Brien et al. (2024), but did not include any information from the follow-up survey described further below.

O'Brien et al. (2024) uses a combination of prospective and retrospective data from the Sister Study, a cohort study that enrolled over 50,000 women with a sister with breast cancer.  Limited information on genital talc use was collected at enrollment between 2003-2009 and more detailed questions regarding talc use were included in a follow-up survey between 2017 and 2019.  The paper used Cox proportional hazards models to assess the relationship between genital talc use and ovarian cancer (as well as additional analyses examining douching, and other gynecologic cancers).

A key aspect of the O'Brien et al. (2024) analysis is that it needed to deal with a combination of prospective and retrospective data on genital talc use, as well as missing data on that exposure of interest. In particular, the original Sister Study enrollment survey asked about genital talc use only during specific and limited time windows: ages 10-13 and in the 12 months before enrollment, which Table 1 indicates was on average at about age 53-56. A more detailed follow-up survey between 2017-2019 asked about whether participants ever used douching or genital talc, and if yes, their age at first use and most recent use, and frequency of use during each decade. Of relevance, O'Brien et al. (2023) Table 2 indicates that among genital talc users the most common decades of use were teens, 20's, and 30's, implying that the enrollment survey of the Sister Study would have missed many individuals who used genital talc use in time windows not captured by the enrollment questionnaire – i.e., use of only exposure data from the enrollment questionnaire would underestimate the extent of talc use in the sample. In addition, both surveys had some missing values that need to be addressed in analyses.

As recognized by O'Brien et al. (2024), there are concerns about retrospective assessment of genital talc use, however, especially whether it might be differential across women with and without cancer, which could bias reported associations. O'Brien et al. use a number of approaches to address such a concern, including a well-considered approach to reconciling apparently contradictory enrollment and follow up information, and handling missing exposure values at the follow-up survey among women who hadn't previously reported genital talc use, including a quantitative bias analysis framework and multiple imputation to rigorously assess the implications of such data challenges.

O'Brien et al. (2024) used four primary approaches to handling challenges in the exposure measurement: (1) no exposure data correction, (2) corrections to resolve contradictory enrollment and follow-up information, (3) corrections of contradictory information as well as categorizing missing or undefined as exposed, and (4) the preferred and most rigorous approach, incorporating correction of contradictory information and multiple imputation of missing exposure data. In my opinion, Approach (4) is the most rigorous and preferred approach as it uses a missing at random assumption (detailed more below) to deal with the missing values and takes into account the broader range of time points covered in the follow-up survey. Approaches (2) and (3) each provide an extreme scenario in terms of the missing values, and so in a sense represent a range of possible relationships between talc use and outcomes, with the recognition that each estimate is extreme. The corrections for contradictory information done (as detailed in O'Brien et al.'s Appendix 1) are well thought out and reasoned, such as assuming that women who reported some use were likely users even if they were not fully consistent regarding when that use happened, and that recent use is likely more accurately remembered than use farther in the past.

In addition to those 4 approaches for handling exposure missingness, O'Brien et al. (2024) go even further, and conduct an analysis (Figure 2) to examine how much differential recall bias regarding genital talc use may bias the observed associations between genital talc use and ovarian cancer. In particular, they consider a range of percentages of ovarian cancer cases to be incorrectly classified – users classified as non-users, and vice versa, essentially probing whether the results are sensitive to some unobserved biases. They use a formal framework and well-grounded scientific approach (quantitative bias analysis) to probe the robustness of their primary results to such exposure misclassification.

5

Overall, I find the set of O'Brien et al. (2024) analyses to be a comprehensive set of appropriate analyses that use the prospective and retrospective data as well as possible, and with an impressive array of robustness checks to probe how sensitive results are to a variety of data challenges and potential biases.

To summarize their results and as accurately noted in the O'Brien et al. (2024) abstract, "In models adjusted for exposure misclassification, genital talc use was positively associated with ovarian cancer (HR range, 1.17-3.34) …Differential reporting of talc use by cases and noncases likely produces positive biases but correcting for error still resulted in HRs above 1.0. For example, HR, 1.40 (95% CI, 1.04 to 1.89) when 25% of exposed cases and 10% of unexposed noncases had talc status reassigned…. Although results show how differential recall would upwardly bias estimates, corrected results support a positive association between use of intimate care products, including genital talc, and ovarian cancer." This is an accurate summary of the range of results in the paper, with the bulk of analyses – including those that address potential observed and unobserved biases – indicating a link between genital talc use and ovarian cancer.

### Background context on the quantitative bias analysis and multiple imputation approaches used in O'Brien et al. (2024)

There are multiple fundamental misunderstandings in Dr. Kornak's report and deposition regarding the implementation of multiple imputation and quantitative bias analysis in O'Brien et al. (2024). In particular, the concerns he raises are unfounded and in reality, O'Brien et al. (2024) follows statistical best practice.

### Imputing the exposure variable is a well-established practice

First, Dr. Kornak states that it is fundamentally inappropriate to impute the key exposure variable of interest, as done in O'Brien et al. (2024). Dr. Kornak's interpretation is not consistent with the statistical theory underlying multiple imputation, nor with the guidelines regarding its best use. In fact, the original multiple imputation theory and methods do not distinguish covariates, exposures, and outcomes in terms of the recommended approaches. As just one example, as noted in D'Agostino McGowan et al. (2024), "We focus on the common scenario where a covariate included in the final outcome model has missingness. This covariate can be the variable of primary interest (e.g. a treatment) or one that will be used for adjustment (e.g. age or a comorbidity)." The exposure of interest is commonly imputed, as with other missing variables, and is directly described in the White and Royston (2009) paper referenced by O'Brien et al. (2024). (I note that Dr. Kornak did not reference this White and Royston (2009) paper in his original report and did not seem fully familiar with it in his deposition). To say this a bit more formally and to go back to the original statistical theory underlying multiple imputation (in books such as Rubin (1987) and Little and Rubin (2002)), the theory and methods for missing data typically refer to "$Y_{obs}$" (the observed values) and "$Y_{mis}$," (the missing values) as whole sets of variables, without distinguishing what variables in Y – exposures, outcomes, and/or covariates are bundled all together in "Y". In other words, what matters is what values are missing, not which types of variables they are in any given analysis.

**Including outcomes in the imputation of other variables is statistical best practice**

Second, Dr. Kornak states that including the outcomes (cancer incidence) in the imputation model (as done in O'Brien et al. (2024)) is inappropriate and leads to biased results, asserting that it would rely on circular logic. On the contrary, decades of research show that not including the outcome in the imputation approach would lead to bias and that it should in fact be included; this is also recommended in the White and Royston paper cited by O'Brien et al. (2024) when describing their multiple imputation approach. Crucially, *not* including the outcome in imputations of the exposure would assume no relationship between those variables, thus biasing the analysis results towards the null. In other words, if cancer status was not included as a predictor in the imputation models, then the imputations would be generated assuming that there was no relationship between talc exposure and cancer incidence, thus biasing any estimated relationship towards no association. In contrast, including cancer incidence in the imputation approach allows the imputations to be generated in a way that reflects the associations actually observed in the data. Thus, O'Brien et al.'s use of the outcomes in their imputation (as specified in Note d of Table 2 of O'Brien et al. (2024) and other places) is seen as best practice in the missing data literature.

In addition to the White and Royston (2009) paper cited by O'Brien et al. (2024) I highlight just a few relevant quotes from leading researchers in this area describing why outcomes should be included in imputations of other variables:

From D'Agostino McGowan et al. (2024; Statistical Methods in Medical Research; The "Why" behind including "Y" in your imputation model):

> "The recommendation to include the outcome in a stochastic imputation model has been given.[1,4,6,8] However, we have not seen a simple mathematical explanation for why this is so. Additionally, the inclusion of the outcome in the imputation model is often perceived as a suggestion rather than a stipulation, but, as we demonstrate here, this ought not just be recommended but rather required in order to yield unbiased results with stochastic imputation." (p. 1006).

From Moons et al. (2006; Journal of Clinical Epidemiology, Using the outcome for imputation of missing predictor values was preferred):

> "For all types of missing values, imputation of missing predictor values using the outcome is preferred over imputation without outcome and is no self-fulfilling prophecy."

From Kontopanetelis et al. (2017; Outcome-sensetive multiple imputation: a simulation study, BMC Medical Research Methodology; Discussion):

> "However, as long as the outcome is included in the imputation model, the choice of the multiple imputation approach makes no practical difference. Important covariates need to be included in the imputation models even when their levels of missingness are very high. Although the use of secondary outcomes did not lead to substantially better models in our simulations, some improvements were observed in the sensitivity analysis, and we recommend their inclusion. Multiple imputation is the best

approach across all missingness mechanisms and offers some protection in some simple missing not at random contexts."

From Bartlett, Frost, and Carpenter (2011; Brain; Multiple imputation models should incorporate the outcome in the model of interest):

> "In summary, we emphasize that multiple imputation is a powerful statistical tool for the analysis of partially observed data that can alleviate biases and recover information. However, the validity of estimates and inferences relies critically on appropriate specification of the imputation model. In general, one should always include the outcome variable of the final model of interest in the imputation model, and failure to do so may result in biased estimates of associations between the variable being imputed and the outcome of interest."

From White, Royston, and Wood (2010; Statistics in Medicine; Multiple imputation using chained equations: Issues and guidance for practice):

> "To avoid bias in the analysis model, the imputation model must include all variables that are in the analysis model [7]. In particular, when imputing missing values of analysis model covariates, the analysis model outcome must be in the imputation model [25]."

The quotes above are just a sampling of the methodological papers that discuss this issue.

Stepping back for just a bit more context, the issue itself is one example of a foundational concept in multiple imputation, which is that of "congeniality." Dr. Kornak did not reference this literature in his report, and it is unclear if it was taken into account in his assessment of O'Brien et al. (2024). First articulated and proven by Meng (1994; *Statistical Science*; Multiple-imputation inferences with uncongenial sources of input); congeniality refers to whether an imputation model is in a sense "larger" than the analysis models that will later be run using the imputed data, and Meng (1994) and others show that for accurate results following multiple imputation the models do need to be congenial. In other words, the imputation model should be "larger" than the analysis model in the sense that all variables to be used in the analysis should be included in the imputation procedure, and not doing so will lead to bias in the results (in particular, bias towards a null finding in this case, underestimating the true association between talc exposure and cancer incidence). This is well known in the imputation literature, and guidance in my own and others' peer-reviewed papers is that the imputation models should include all variables to be used in the analysis, as illustrated in the quotes above.

Of relevance and indicating the alignment of their methods with best practice in the multiple imputation literature, O'Brien et al. (2024) also include some "auxiliary" variables in the imputation model (page 4) – variables that are not included in the analysis model but may be predictive of the missing values, including childhood household income level, marital status, and weight relative to peers in teen years. Auxiliary variables such as these are used to help improve imputation of missing genital talc exposure variables.

8

**Unfounded concerns about multiple imputation if data is not missing at random**

Third, Dr. Kornak implies that multiple imputation itself is fully inappropriate because of concerns about missingness being not missing at random – that, as acknowledged by O'Brien et al. (2024), and as O'Brien et al. probe to some extent with their Scenarios 1-3 and recall bias sensitivity analyses, there may be unobserved factors that relate to missingness of the exposure (talc use) and outcomes of interest.

This too is a misunderstanding. It is common practice to use multiple imputation to handle and adjust for observed variables as well as possible, assuming missing at random, and then to essentially "add on" a robustness check / sensitivity analysis assessing how much the results would change if there was some unobserved factor that might relate to missingness, exposure, and/or outcome, as a way to probe missingness that may be "not at random" – exactly the process that O'Brien et al. (2024) use. This sort of approach, which first imputes assuming missing at random, and then considers violation of missing at random through a sensitivity analysis type approach as implemented by O'Brien et al. (2024) is recommended in Rubin (1987), Enders (2010), Carpenter and Kenward (2013, e.g., p. 72, Section 10.2) and others. As summarized by Schafer ("Analysis of incomplete multivariate data", p. 26), "Even when the missing data are not precisely MAR, however, general ignorable procedures [such as multiple imputation assuming missing at random] still tend to be better than ad hoc procedures such as case deletion," explaining basically that dealing with the observed variables through an approach like missing at random helps address any bias due to those observed factors, thus mitigating any bias, while approaches such as complete case analysis do not.

**Multiple imputation is not a speculative approach that "makes up" data**

Fourth, throughout his report and deposition Dr. Kornak implies that multiple imputation is "making up" data and that it is speculative and suggests that the strongest analysis would be one using only the "true" observed data -- what is known as a "complete case" analysis that uses data only from women with no missing values. However, as is well established in the statistical literature, complete case and related approaches are illusory in terms of their seeming validity. In particular, complete case analysis can lead to bias because often the people with fully observed data are not representative of the underlying population and requires an assumption of "missing completely at random" – that the people with missing values are no different on average than people with fully observed values. Using multiple imputation instead allows a weaker assumption -- missing at random – which allows the missingness to depend on observed characteristics. As shown in Table 1 of O'Brien et al. (2024) (and as mentioned in Paragraph 47 of Dr. Kornak's report) there are differences in the covariates between women with observed and missing values on genital talc use (including variables such as race/ethnicity, Census region, and history of hormonal birth control use, among others). An analysis such as Dr. Kornak suggests, which would drop anyone with missing genital talc data, would not account for those differences in characteristics. The multiple imputation-based approach (e.g., O'Brien et al. (2024)'s "Scenario 4" in Table 2) does.

To summarize, as stated in Li, Stuart, and Allison (2015; JAMA), "Many nonstatisticians chafe at 'making up data' as is done in MI [multiple imputation] and note that the validity of MI depends on an assumption about which factors relate to the probability that a data point is missing. Because of concern this assumption may be violated, it is tempting to retreat to the safe haven of complete

9

case analysis, i.e., only analyze the participants without missing values. This safe haven is, however, illusory. Although rarely made explicit by users, complete case analysis requires a far more restrictive assumption than whether any data-point is missing at random."

Multiple imputation is not about guessing, but rather about using methods that will give accurate inferences about the parameters of interest. With missing data, we have to make some assumptions about the missingness, and the key is to make those assumptions as reasonable as possible, such as through the missing at random assumption used by O'Brien et al. (2024) in their Scenario 4.

A related note is that O'Brien et al. (2024) does show variation in results using the different missing data approaches to deal with missing exposures (Scenarios 1-4 in Table 2). As discussed above, Scenarios 1-3 each represent a fairly extreme assumption – Scenarios 1 and 2 assume that everyone who reported no exposure at enrollment and had missing values at follow up was unexposed, while Scenario 3 assumes that all of those individuals were exposed. O'Brien et al. (2024) acknowledge that they are extreme situations, but they provide some sense of the implications of those extremes on the relationships under study. Scenario 4 uses multiple imputation to make a more realistic assumption – missing at random – and uses the observed data (on covariates and outcomes) to multiply impute missing exposure status at follow-up. Doing such an approach, probing different scenarios, is an example of a thorough analysis approach. (And then O'Brien et al. (2024) follow up with an additional analysis, probing the missing at random assumption and assessing how much results would change if there were unobserved differences between the women with and without missing follow-up information (the recall bias Scenarios in Figure 2).

Given the varying assumptions underlying the Scenarios in Table 2 it is not surprising that some of the results change after imputation, and/but, importantly, O'Brien et al. would not have known in which direction the results might change before running the analyses.

**Multiple imputation can yield accurate results even without strong predictors of missing values**
Finally, and fifth, in his report, Dr. Kornak implies that the [multiply] imputed talc use may not be accurate, given the lack of strong predictors of talc use. This would be a problem if O'Brien et al. did single imputation, as the analysis then would not account for the uncertainty in the imputed values. However, O'Brien et al. (2024) used multiple imputation, and with multiple imputation if there are not strong predictors of the missing values (talc use in this case) the imputations will just be very variable, and the variance estimation will account for that uncertainty. This again is one of the key benefits of multiple (vs. single) imputation.

### Other concerns raised by Dr. Kornak

**Using only prospective data is likely not the most rigorous analysis**
Dr. Kornak implies in his deposition that the majority of the O'Brien et al. (2024) analyses are speculative and involve making up data and results and implies that the most rigorous analysis is the first set of Columns of Table A2, which uses only the prospective data collection on exposure status from the original survey. There are three problems with that perspective.

10

First, those analyses are severely underpowered, and so while the point estimates for links between douching and genital talc use are above 1 (1.30 and 1.02, respectively), the confidence intervals are quite broad.

Second, that initial survey does not take into account possible exposure across the life span, as captured more fully by the fourth follow-up questionnaire.  As discussed above, that later questionnaire captured possible talc use from many more calendar years, rather than just ages 10-13 and the 12 months before the initial questionnaire (the information available in the enrollment questionnaire).  Some women who did not report talc use in the initial survey but did in the retrospective follow-up questions may have used talc in the time periods not covered by the initial survey, and O'Brien et al. (2023) indicates that actually a substantial number of women may have used talc in the decades not covered well by the enrollment survey. Dr. Kornak implies that any difference in reports from the enrollment survey to the follow-up survey implies bias/incorrect answers, but it may be that both responses are accurate and due to differences in the time periods reported on, with the follow-up survey including a more comprehensive set of time points.

Third, Dr. Kornak seems to ignore the final columns of Table A2, which includes all of the prospective data available.  Thus, if preference is for use of only prospective data (as implied by Dr. Kornak), that final column is what should be preferred, given its use of prospective data and exposure information from both enrollment and follow-up. Those results show a hazard ratio of 1.84 (95% CI: 0.90, 3.77).  Although not statistically significant this analysis has limited statistical power and does indicate a potential link between genital talc exposure and ovarian cancer.  That said, O'Brien et al. (2024)'s decision to include those analyses in an appendix rather than in the main text is also reasonable, given that it is not as comprehensive and does not use as much of the data as does the careful and appropriate analyses in the main text, in Tables 2-4 and Figure 2.

**Dangers of overreliance on "statistical significance"**
This raises another key point regarding interpretation of study results.  Although a p-value less than 0.05 has been regarded in a variety of scientific contexts as indication of a meaningful relationship, an overreliance on a strict threshold does not indicate best scientific practice.

Statistical significance is an arbitrary threshold and a result crossing the arbitrary 0.05 p-value threshold does not magically mean that it is more accurate or "real" than an estimate whose p-value does not meet that threshold; for example, in fact two results may be broadly consistent with one another even if one has a p-value less than 0.05 and the other does not, due to differences in statistical power or other statistical factors.  The challenges and inaccurate interpretations that can be generated through inappropriate reliance on an arbitrary p-value threshold such as p<.05 are highlighted in the 2016 American Statistical Association statement on p-values.  As summarized by Principle 3 of that statement, "Practices that reduce data analysis or scientific inference to mechanical "bright-line" rules (such as "p < 0.05") for justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision making. A conclusion does not immediately become "true" on one side of the divide and "false" on the other. Researchers should bring many contextual factors into play to derive scientific inferences, including the design of a study, the quality of the measurements, the external evidence for the phenomenon under study, and the validity of assumptions that underlie the data analysis. Pragmatic considerations often require binary, "yes-no" decisions, but this does not mean that p-values alone can ensure that a decision

11

is correct or incorrect. The widespread use of "statistical significance" (generally interpreted as "$p \leq 0.05$") as a license for making a claim of a scientific finding (or implied truth) leads to considerable distortion of the scientific process."

**Overstatement regarding potential recall bias**
Dr. Kornak also implies that that there is likely large recall bias. However, O'Brien et al. (2023) shows relatively strong reliability of self-reported measures of douching and genital talc use, with approximately 90% reporting consistent results, and that that rate did not differ by cancer status. Dr. Kornak is also concerned about possible differential response based on cancer status, implying that women who developed cancer and had used genital talc may have had more incentive to respond. However, it is important to remember that the follow-up survey was not specifically about talc use, and was a quite long survey, and so it is unclear how often respondents would have been responding because of their desire to report specifically on their talc use (or not). It could be interesting to explore missing data patterns in other variables in the follow-up survey and assess whether they follow similar patterns as the talc use questions. In addition, it is important to note that O'Brien et al. (2024) do not rely on an assumption that there is no differential recall bias; probing robustness of results to a variety of recall bias scenarios is why they do the analyses in Figure 2. The fact that O'Brien et al. do multiple imputation and then also do some robustness checks some recall bias is not a sign that they are aiming to manipulate the results to show an effect, but rather that they are thoughtful and careful scientists who want to probe possible biases, even if deemed unlikely.

**Inaccurate characterization of analyses as merely "thought experiments"**
Throughout his report and deposition Dr. Kornak discounts many of the O'Brien et al. (2024) analyses as a "thought experiment." On the contrary, the quantitative bias analysis approach underlying the results in Figure 2 of O'Brien et al. (2024) is a well-established scientific approach, used to probe the robustness of results to a range of underlying data scenarios. Essentially, the multiple imputation helps deal with observed characteristics that predict missing talc use and talc use itself, and then the recall bias exercise basically asks how much it would change the results if there is additional recall bias, and especially if there is recall bias that differs between women with and without cancer. Ironically, this sort of analysis is very similar in spirit to the "tipping point" analysis Dr. Kornak *suggests* that O'Brien et al. should do in Paragraph 51 of his report – taking a sensitivity parameter (in O'Brien et al.'s case, the extent of recall bias among cases and non-cases) and probing how much various values of it would change the study conclusions. In that sense O'Brien et al. are actually taking Dr. Kornak's suggestion and implementing it to help understand the strength of the evidence regarding links between douching and genital talc exposure and cancer outcomes.

**Rigorous science can be done using surveys and questions not originally planned**
Another concern raised by Dr. Kornak is about the validity at all of the follow-up survey and implies that because the questions about previous talc use in the follow-up survey were not part of the original survey design at enrollment that any analyses using them are invalid. This attitude does not reflect the reality of scientific practice. It is incredibly common for longitudinal cohorts to add questionnaires later as science evolves; this might include additional retrospective elements such as done in the Sister Study. For example, the ECHO study, which I am involved in, involves combining data across a number of cohorts related to child health, with new questionnaires being

used – assessing things that would not have been anticipated when those cohorts began. The idea that scientists can only study topics planned when a cohort was started (sometimes 20+ years earlier) does not represent good scientific practice and would mean that many scientific advances would not have happened, for example not being able to study anything about COVID-19 in cohorts that began before the COVID-19 pandemic, or nothing about HIV in cohorts that began before the emergence of HIV.

### The value of the peer-review and scientific process, and importance of consideration of the weight of evidence

I want to close with some notes about the peer review process and the need for scientific expertise in judging research studies such as O'Brien et al. (2024). Scientific research is complex, and with advanced statistical methods and research designs that require substantial expertise to evaluate. Although I have not published in the *Journal of Clinical Oncology,* I understand that it is a top journal in the field (ranked in the top 10 by multiple journal rating scales, including #1 based on google scholar's h-index (a commonly used metric), and #6 of 322 in terms of impact factor), and I'm sure with robust and rigorous peer-review procedures. It is important to recognize that process, and the input that would have been received and incorporated by the authors in that process, provided by other experts in the field, who would have assessed the data and methods used, as well as whether the conclusions drawn by the authors are reasonable and appropriate.

It is also important to note that with complex scientific questions such as the links between environmental or other exposures and outcomes such as cancer it is incredibly useful to have multiple studies to help understand the underlying mechanisms and causal links – Paul Rosenbaum at the University of Pennsylvania refers to this as a "causal crossword" (*Observational Studies*, 2015). This was also a theme in two National Academies reports I co-authored (NASEM, 2020, Long-term effects of antimalarial drugs), including one on a causality framework for air pollution and human health that I was the co-chair for (NASEM, 2022, Advancing the Framework for Assessing Causality of Health and Welfare Effects to Inform National Ambient Air Quality Standard Reviews).

To summarize, those reports, and scientific best practice, involves a thoughtful and thorough consideration of all the evidence available, combined with a weight of evidence approach that assesses the strengths and limitations of each study, without arbitrary lines regarding which studies should or should not be included at all. Thoughtful scientists recognize, for example, that randomized trials generally offer the most internally valid estimates of causal relationships between exposures and outcomes, and that they are often infeasible for some important scientific questions, and thus that well-done non-experimental studies can provide important insights, and with their strengths and limitations taken into account. Analogously here, it would be inappropriate to assert that only prospective information can be used to assess the links between genital talc use and ovarian cancer, or that only studies that meet an arbitrary p-value less than 0.05 threshold should be considered at all. Any assessment of links between genital talc use and cancer outcomes should take into account the overall scientific record on the topic, assessing the weight of the evidence and recognizing that each study will have strengths and limitations. The methods of O'Brien et al. (2024) are strong and have passed a rigorous peer review process; it is the sort of study that should be included in an assessment of the weight of the evidence, with the rest of the relevant literature.

13

Exhibit A

Updated June 25, 2024

CURRICULUM VITAE

Elizabeth A. Stuart, Ph.D.

**PROFESSIONAL DATA**

Department of Biostatistics
Johns Hopkins Bloomberg School of Public Health
615 N. Wolfe St. E3527
Baltimore, MD 21205

Phone: 202-489-8446
estuart@jhu.edu
www.elizabethstuart.org
@lizstuartdc

**EDUCATION AND TRAINING**

| | | |
|---|---|---|
| 2004 | PhD | Statistics, Harvard University |
| | | Advisor: Professor Donald B. Rubin |
| | | Thesis "Matching methods for estimating causal effects using multiple control groups" |
| 2001 | AM | Statistics, Harvard University |
| 1997 | AB | Mathematics (major) and Chemistry (minor), Smith College |
| 1995-1996 | | Visiting Student in Mathematics and Computation, Oxford University |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2023 - | Frank Hurley and Catharine Dorrier Professor and Chair |
| | Department of Biostatistics |
| | Department of Mental Health (joint) |
| | Department of Health Policy and Management (joint) |
| | Johns Hopkins Bloomberg School of Public Health |
| | Johns Hopkins University School of Education (courtesy joint) |
| 2020- | Bloomberg Professor of American Health |
| 2024- | Faculty Member, JHU Data Science and AI Institute |
| 2022-2023 | Executive Vice Dean for Academic Affairs |
| 2021 | Vice Dean for Education |
| 2017- | Core Faculty, Bloomberg American Health Initiative |
| 2016-2021 | Associate Dean for Education |
| 2015- | Professor |
| 2010-2022 | Co-Director, BSPH Center for Mental Health and Addiction Policy |
| 2010-2020 | Associate Director for Statistical Methods, BSPH Wendy Klag Center for Autism & Developmental Disabilities |
| 2011-2015 | Associate Professor |
| | Johns Hopkins Bloomberg School of Public Health |
| 2006-2011 | Assistant Professor |
| | Johns Hopkins Bloomberg School of Public Health |
| 2004-2006 | Researcher |
| | Mathematica Policy Research, Inc. |
| 2006 | Adjunct Faculty |
| | Joint Program in Survey Methodology, University of Maryland |

E.A. Stuart

1

and University of Michigan

| | |
|---|---|
| 2004. | Contractor |
| | U.S. Bureau of the Census |

1999-2004     Research Assistant for Professor Gary King
Department of Government, Harvard University

1999-2004     Teaching and Research Assistant
Department of Statistics, Harvard University

1999.     Research Assistant/Programmer
Mathematica Policy Research, Inc.

1997.     Research Assistant
Department of Mathematics, Smith College

**PROFESSIONAL ACTIVITIES**
*Society Membership and Leadership*
Eastern North American Region, International Biometric Society
Award Committee Member, Elizabeth L. Scott award, 2023 -
American Association for the Advancement of Science (AAAS) Section U Electorate Nominating
Committee, 2020-2022
Association for Schools and Programs of Public Health
Education Advisory Committee, 2019-
Data Section Institutional Representative, 2019 - 2021
Task Force on Scholarship of Teaching and Learning, 2018 - 2021
American Statistical Association, 2001-present
Selection Committee, Editor, *Journal of Statistics and Public Policy*, 2023-2024
Excellence in Statistical Reporting Award Committee, 2021-2023
Founding Member, Mental Health Statistics Section
Co-Director, Charter Workgroup, 2011
Member, Liaison Committee, 2012 -  2016
Council of Sections Representative, 2012 – 2015
Chair Elect, 2016
Chair, 2017
Past Chair, 2018
Social Statistics Section
Program Chair, 2012
Health Policy Statistics Section
Awards Committee, 2017
Waksberg Award selection committee, 2016-2018
Council of Sections Nominating Committee, 2013
Committee on Women in Statistics, 2007 - 2012
ASA Gertrude Cox Scholarship Committee, 2006-2008
Member, Focus Group on AAAS Human Rights Coalition and International Right to
Enjoy the Benefits of Scientific Progress and its Applications, 2011
Judge, Washington Statistical Society Curtis Jacobs Award, 2005
American Educational Research Association
Palmer O. Johnson Award Committee, 2019-2021
International Conference on Health Policy Statistics

E.A. Stuart

2

Chair, Outreach Committee, 2017
        Organizing Committee, 2011, 2013, 2015, 2017
Third Annual Thomas R. Ten Have Symposium on Statistics in Mental Health
        Organizing Committee, 2013
Society for Epidemiologic Research
        Member, Education Committee, 2018-2020
Society for Prevention Research
        Member, Innovative Methods Theme Committee, 2009-2011
        Annual Meeting Program Committee, 2009
Society for Research on Educational Effectiveness, 2011 – present
        President, 2022
        Board member, 2017 -  2023
Association for Public Policy Analysis and Management, 2004-2008
        Methods Program Committee, Fall Research Meeting, 2012, 2013
International Biometric Society Eastern North American Region
        Spring Meeting Program Committee, 2010
American PsychoPathological Association, 2009-2010
Organizer, Atlantic Causal Inference Conference, 2008, 2012
American Public Health Association, 2007-2009
Institute of Mathematical Statistics, 2001-2008

*Participation on Advisory Panels and Boards*
2024 -          Panel Member, Panel on 8th Edition of Principles and Practices for a Federal
                    Statistical Agency, National Academies of Sciences, Engineering, and
                    Medicine
2023-           Member, AWS Impact Computing Project Advisory Board, Harvard Data Science
                    Initiative
2023-           co-Chair, Committee on Applied and Theoretical Statistics (CATS), National
                    Academies of Sciences, Engineering, and Medicine
2022-           Advisory Board, Blueprints for Healthy Youth Development
2022-           Core Member, TARGET - TrAnsparent ReportinG of studies Emulating a Target
                    trial work group
2022-           Member, Informed Population Health Opinions (INPHO) survey, Stanford
                    University
2021-2023       Committee on the Implications of Using Multiple Data Sources for Major Survey
                    Programs, National Academies of Sciences Engineering and Medicine
2021-           External Advisory Board, Center for Perioperative Mental Health (NIMH-funded
                    ALACRITY Center), Washington University
2021-2022       co-Chair, National Academies of Sciences Engineering and Medicine Panel on
                    Assessing Causality from a Multidisciplinary Evidence Base for National
                    Ambient Air Quality Standards
2020-           Committee on National Statistics (CNSTAT), National Academies of Sciences,
                    Engineering, and Medicine
2020-           Committee on Applied and Theoretical Statistics (CATS), National Academies of
                    Sciences, Engineering, and Medicine
2019            Homeless Veterans Reintegration Program Evaluation Technical Working Group
                    U.S. Department of Labor/Mathematica
2019            Panel to assess the long-term impacts of antimalarials, National Academies of
                    Sciences, Engineering, and Medicine
2019            National Cancer Institute (NCI) Provocative Questions Workshop Member
2018            Friends of Cancer Research Historical Control Task Force

E.A. Stuart                                                                                              3

| | |
|---|---|
| 2018 | Pew Charitable Trusts, Coordinating Center for the Community Opioid Response & Evaluation Project (CORE), National Advisory Committee. |
| 2018 | Promise Neighborhoods Evaluation Technical Working Group, US Department of Education/Mathematica Policy Research |
| 2017 - 2018 | Applied Research Advisory Group GovEx |
| 2016 - | What Works Clearinghouse panel on missing data US Department of Education, Institute of Education Sciences |
| 2016 - | Member, Improvement Analytics Unit Technical Advisory Group The Health Foundation and NHS England |
| 2016 | Committee of Visitors, Division of Social and Economic Sciences National Science Foundation |
| 2014-2018 | Chair, Inaugural PCORI Clinical Trials Advisory Panel |
| 2014 | National Academy of Sciences Planning Meeting on the Design and Analysis of Observational Studies to Enhance Their Use in Providing Causal Inference (for the National Institute of Aging) |
| 2014 | Member, What Works Clearinghouse Findings Development Team U.S. Department of Education/Mathematica Policy Research, Inc. |
| 2014-2015 | Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier, Safety and Driver Health (Committee Code: ZZ134455), National Academy of Sciences |
| 2012 | GEAR Up Evaluation Technical Working Group U.S. Department of Education/Abt Associates |
| 2012 | Advisory Committee on Advancing Adult Education Research U.S. Department of Education, Institute of Education Sciences |
| 2012 | Committee to advise The Legacy Foundation Schroeder Institute for Tobacco Research and Policy Studies on issue of equipoise |
| 2011-2015 | Evaluation of Race To The Top and School Improvement Grants Technical Working Group U.S. Department of Education/Mathematica Policy Research, Inc. |
| 2010-2013 | Evaluation of Teacher Residency Programs Technical Working Group U.S. Department of Education/Mathematica Policy Research, Inc. |
| 2010 | National Evaluation of the Individuals with Disabilities Education Act (IDEA) Technical Assistance and Dissemination Program (TA&D Program) Technical Working Group U.S. Department of Education/Westat |
| 2009-2012 | ITEST Advisory Board U.S. Department of Education/University of South Florida |
| 2008 | Strengthening Adult Reading Instructional Practices Advisory Board U.S. Department of Education/Abt Associates |
| 2007 | National Head Start Impact Study Advisory Board U.S. Department of Health and Human Services |

*Consultations*

| | |
|---|---|
| 2018-2020 | University of Rochester, Crisis Text Line evaluation (Dr. Anthony Pisani) |
| 2016-2017 | National Cancer Institute |
| 2014-2017 | Georgetown University (Center for Research on Children in the United States) |
| 2014-2016 | Arizona State University (Prevention Research Center; Dr. Irwin Sandler) |
| 2013-2015 | Brigham and Women's Hospital (Department of Pharmacoepidemiology) |
| 2013 | SRI International |
| 2012-2013 | National Opinion Research Center (NORC) |

4

E.A. Stuart

2010-2013     Abt Associates
2009-2011     Washington University
2008-2010     American Institutes for Research
2008              The Urban Institute
2006-2012     University of Pennsylvania School of Medicine
2006              Mathematica Policy Research, Inc.
2004-2006     RAND Corporation
2002-2005     Genzyme Corporation
2000-2004     Active Girls Initiative

*Faculty Affiliations*
Faculty Member, JHU Data Science and AI Institute (2024- )
Research Affiliate, the Stanford Education Opportunity Project (2023- )
Advisory Board, The Good Science Project-JHU MA in Science Writing Fellowship (2023-)
Hopkins Business of Health Initiative (Core Faculty, 2022 - )
Johns Hopkins Center for Gun Violence Solutions (Core Faculty, 2021 - )
Bloomberg American Health Initiative (Evidence workgroup lead, 2016-)
Hopkins Population Center (Faculty Associate and Coordinating Committee, 2015- )
BSPH Center for Mental Health and Addiction Policy (co-Director, 2014-2022; Senior Advisor
        2023- )
Lerner Center for Public Health Promotion (Special Advisor, 2018 - 2020)
Mannheim Center for European Social Research, University of Mannheim (External Fellow,
        2014)
BSPH Wendy Klag Center for Autism & Developmental Disabilities (Associate Director; 2013-)
BSPH Center for Prevention and Early Intervention (Methods Core Co-Director, 2006 - 2014)
JHU Institute for Data Intensive Engineering and Science (IDIES; Affiliate Member, 2013 - )
BSPH Center for Drug Safety and Effectiveness (Core Faculty; 2012 - )
BSPH Center for the Prevention of Youth Violence (2006 - 2014)
BSPH Psychiatric Epidemiology Training Program (Core Faculty; 2012 - )
BSPH Drug Dependence Epidemiology Training Program (Core Faculty; 2012 - 2017)
Summer Research Institute on Geriatric Mental Health Affiliated Faculty (2013)
Johns Hopkins University Training Program in Education Research (2009-2012)
BSPH ACTIVE Evaluation, Fidelity Assessment Advisory Board (2010-2012)
Faculty Visitor, BEAR Program, Graduate School of Education, University of California at
        Berkeley (2008)
Faculty Visitor, Institute for Employment Research, Nuremberg, Germany (2011)
Steering Committee, Prevention Science & Methodology Group (PSMG; 2012 - 2016)

*Data Safety Monitoring Boards (DSMB)*
National Institute of Drug Abuse HEAL Prevention DSMB (2020-)
Drexel University, Connecting the Dots Study (Promoting Positive Outcomes for Individuals with
        ASD: Linking Early Detection, Treatment, and Long-term Outcomes)  (PI:  Robins, 2018)
Columbia University Center for Homelessness Prevention Studies (PI: Caton; 2011)
The Impact of Neighborhoods, Networks and Depression on Drug Users' HIV Risks (PI: Latkin;
        2009-2011)

**EDITORIAL AND OTHER PEER REVIEW ACTIVITIES**
*Editorial Boards*
        2009 - 2012   Associate Editor, *Journal of the Royal Statistical Society, Series A*
        2011 – 2016   Associate Editor, *The Journal of Causal Inference*
        2012 - 2020   Associate Editor, *Sociological Methods and Research*

E.A. Stuart

| 2012 - 2016 | Associate Editor, *Statistics in Medicine* |
| 2013 - 2014 | Associate Editor, *Journal of Educational and Behavioral Statistics* |
| 2014 - 2019 | Management Committee, *Journal of Educational and Behavioral Statistics* |
| 2013 - 2015 | Associate Editor, *Journal of Research on Educational Effectiveness* |
| 2014 - 2016 | Associate Editor, *Journal of the American Statistical Association, Reviews* |
| 2014 - | Associate Editor, *Observational Studies* |
| 2015 - 2019 | Associate Editor, *Psychometrika* |
| 2015 - 2019 | Methods Editor, *Journal of Research on Educational Effectiveness* |
| 2018 - 2021 | Associate Editor, *Journal of the American Statistical Association Theory & Methods* |
| 2018 - 2023 | Statistical Reviewer, *JAMA Psychiatry* |
| 2018 - 2021 | Associate Editor, *American Journal of Political Science* |
| 2021 - 2023 | Statistical Reviewer, *NEJM Evidence* |
| 2022 - | Associate Editor, *Harvard Data Science Review* |
| 2023 - | Statistical Editor, *JAMA Health Forum* |

*Journal Peer Review Activities*

Academy Health
Administration and Policy in Mental Health
American Journal of Epidemiology (Outstanding reviewer award, 2018)
American Journal of Evaluation
American Journal of Geriatric Psychiatry
American Journal of Public Health
The American Statistician
Annals of Applied Statistics
Annals of Epidemiology
Annals of Internal Medicine (Outstanding reviewer award, 2023)
Bayesian Analysis
Biometrics
Biostatistics
British Medical Journal (BMJ)
Children and Youth Services Review
Circulation
Clinical Trials
Communications in Statistics
Comparative Effectiveness Research
Computational Statistics and Data Analysis
Criminology
Developmental Psychology
Educational Psychology Review
Epidemiology
Epidemiology and Psychiatric Sciences
European Journal of Agricultural Economics
Health Economics
Health Services & Outcomes Research Methodology
Health Services Research
International Journal of Biostatistics
International Journal of Eating Disorders
International Statistical Review
Journal of Adolescent Health
Journal of the American Medical Association

E.A. Stuart

6

Journal of the American Statistical Association
Journal of Behavioral Health Services & Research
Journal of Clinical Epidemiology
Journal of Clinical Psychiatry
Journal of Consulting and Clinical Psychology
Journal of Educational and Behavioral Statistics (Outstanding reviewer award, 2011)
Journal of Health Communication
Journal of Official Statistics
Journal of Politics
Methodology
Multivariate Behavioral Research
PeerJ
Pharmacoepidemiology and drug safety (Outstanding reviewer award, 2012)
Prevention Science
Psychiatric Services
Psychological Methods
Psychology of Addictive Behavior
Review of General Psychology
Science
Sociological Methods & Research
Statistical Methods in Medical Research
Statistica Sinica
Statistical Science
Statistics in Medicine
Survey Methodology

*Proposal Reviews*

2017 – 2020 Chair, National Institute of Mental Health Services Research Committee (**SERV**)

2015-2017 Standing Member, National Institute of Mental Health Services Research Committee (**SERV**)

2014   National Institute of Mental Health, Clinical Trials to Test the Effectiveness of Treatment, Prevention, and Services Interventions R01 and R01 Collaborative (Clinical Trials R01) Applications (**ZMH1 ERB-K (01))**

2014   National Institute of Mental Health, Services Conflicts (**ZMH1 ERB-K (06)**)

2014   National Institute of Mental Health, Improving Health and Reducing Premature Mortality in People with Severe Mental Illness (**ZMH1 ERB-1 03 R**)

2014-2016     Principal member, Institute of Education Sciences, U.S. Department of Education, Education Systems and Broad Reform Review Panel

2013   National Institute of Mental Health, Fellowships and Dissertations Review Panel (**ZMH1 ERB-K 01 L**; ad hoc**)**

2013   Institute of Education Sciences, U.S. Department of Education, Accelerating the Academic Achievement of Students with Learning Disabilities Research Initiative Review Panel (ad hoc)

2012   National Institute of Mental Health, Grand Challenges in Global Mental Health, Special Emphasis Panel (**ZMH1 ERB-B**)

2011-2013  Principal member, Institute of Education Sciences, U.S. Department of Education Statistics and Modeling Panel

2011-2012  Institute of Education Sciences, U.S. Department of Education, Math and Science I Review Panel (ad hoc)

2010 National Institute of Mental Health, Interventions Committee For Disorders

E.A. Stuart

7

Involving Children And Their Families (**ITVC**; ad hoc)
2010 Institute of Education Sciences, U.S. Department of Education, Early Intervention
   and Early Childhood Education Panel (ad hoc)
2010 Institute of Education Sciences, U.S. Department of Education, Education Systems
   and Broad Reform Panel (ad hoc)
2009 Institute of Education Sciences, U.S. Department of Education, Reading,
   Writing, and Language Development Panel (ad hoc)

*Book reviewer*
   Oxford University Press
   Sage Publications
   Springer Verlag

*Ad-hoc review of grant proposals*
   National Science Foundation
   Netherlands Organisation for Health Research and Development

## HONORS AND AWARDS

*Honors*

| | |
|---|---|
| 2020 | Fellow, American Association for the Advancement of Science (AAAS) |
| 2016 | Delta Omega Honor Society in Public Health, Alpha Chapter |
| 2014 | Fellow, American Statistical Association |
| 2009 | Paper recognized as "New Hot Paper" by Thomson Reuters |
| 2008 | Warren Miller Prize for best paper published in Volume 15 of *Political Analysis.* |
| 1997 | AB Magna cum laude, Smith College |
| 1997 | Phi Beta Kappa |

*Awards*

| | |
|---|---|
| 2021-2022 | Highly Cited Researcher (top 1% of citations), Clarivate |
| 2020 | Marshall Joffe Methods Award, Society for Epidemiologic Research |
| 2019 | Highly Cited Researcher (top 1% by citations), Web of Science |
| 2017 | American Statistical Association, Gertrude Cox Award, Washington Statistical Society/RTI |
| 2015 | American Statistical Association Health Policy Statistics Section Mid-Career Award |
| 2015 | BSPH AMTRA Advising, Mentoring, and Teaching Recognition Award |
| 2010 | BSPH Golden Apple award for Excellence in Teaching |
| 2010 | BSPH AMTRA Advising, Mentoring, and Teaching Recognition Award |
| 2010-2024 | BSPH Recognition for Excellence in Teaching (based on course reviews; for 2 courses: 140.664, 330.805, nearly every time the courses offered) |
| 2007 | Johns Hopkins Bloomberg School of Public Health Edward R. Brewster Faculty Innovation Fund Awardee |
| 2007 | Child Prevention, Intervention, and Services Fellow |
| 2007 | Society for Prevention Research Travel Award |
| 2002 | Harvard University Cochran Travel Award |
| 2001 | Student Paper Award ASA Government Statistics/Social Statistics Section/Survey Research Methods Section of the American Statistical Association |
| 2000 | American Statistical Association Gertrude Cox Scholarship |

8

E.A. Stuart

| 2002, 2004 | Harvard University Certificate of Distinction in Teaching |
| 1999 | Harvard University William Cochran Fellowship |
| 1999-2001 | National Science Foundation Graduate Research Fellowship |
| 1997 | Smith College Pokora Prize for Senior who excels in Mathematics |
| 1995-1997 | Barry M. Goldwater Scholar |
| 1993-1997 | Robert C. Byrd Scholar |

*Named Lectureships*

| 2024 | Science Achievement Graduate Fellowship Lecture, The Pennsylvania State University |
| 2021 | Keynote, Harvard Data Science Initiative 5-year Anniversary, Harvard University |
| 2021 | Distinguished Speaker Series, Research Center for Child Well-Being, University of South Carolina |
| 2021 | Myra Samuels Memorial Lecture, Perdue University Department of Statistics |
| 2020 | Rod Little Lectureship Award, University of Michigan Department of Biostatistics |
| 2018 | Myrto Lefkopoulou Distinguished Lectureship, Harvard University Department of Biostatistics |
| 2017 | The Dorothy Wrinch Lecture in Biomathematics, Women in Mathematics in New England Conference, Smith College |
| 2013 | Dean's Lecture, Curry School of Education, University of Virginia |
| 2012 | Dean's Distinguished Lecture, Harvard University Graduate School of Education |

## PUBLICATIONS
[* indicates order of authors alphabetical]
[** indicates student co-author]

### *Journal Articles (peer review)*

1. Gemmill A, Margerison CE, **Stuart E.A.,** Bell SO. (2024) Infant Deaths After Texas' 2021 Ban on Abortion in Early Pregnancy. *JAMA Pediatr.* Published online June 24, 2024. https://jamanetwork.com/journals/jamapediatrics/article-abstract/2819785

2. Ettman, C.K., Badillo-Goicoechea, E., and **Stuart, E.A.** (in press). Financial strain, schooling modality, and mental health of U.S. adults living with children during the COVID-19 pandemic. Forthcoming in *Journal of Epidemiology & Community Health*.

3. Nguyen, T. Q., **Stuart, E. A.**, Scharfstein, D. O., & Ogburn, E. L. (2023). Sensitivity analysis for principal ignorability violation in estimating complier and noncomplier average causal effects. Forthcoming in *Statistics in Medicine*. *https://doi.org/10.1002/sim.10153*

4. Nguyen, T. Q., & **Stuart, E. A.** (2024). Multiple imputation for propensity score analysis with covariates missing at random: some clarity on within and across methods. *American Journal of Epidemiology*, kwae105. https://doi.org/10.1093/aje/kwae105

E.A. Stuart

9

5.  **Ringlein, G.V., Ettman, C.K., and **Stuart, E.A.** (in press). Links between income or job loss and psychological distress during the COVID-19 pandemic. *JAMA Network Open*.

6.  **Stone, E.M., **Jopson, A.D., Seewald, N.J., **Stuart, E.A.,** Wise, E., McCourt, A.D., German, D., and McGinty, E.E. (in press). Effects of Texas state agency integration on mental health service use among individuals with co-occurring cognitive disabilities and mental health conditions. *Community Mental Health Journal*.

7.  **Flores, J.P., Kahn, G., Penfold, R.B., **Stuart, E.A.**, Ahmedani, B.K., Beck, A., Boggs, J.M., Coleman, K.J., Daida, Y.G., Lynch, F.L., Richards, J.E., Rossom, R.C., Simon, G.E., and Wilcox, H.C. (2024). Adolescents who do not endorse risk via the patient health questionnaire before self-harm or suicide. *JAMA Psychiatry*.
     https://doi.org/10.1001/jamapsychiatry.2024.0603

8.  Letourneau, E. J., Walker, A., Sun, Y., Nair, R., Assini-Meytin, L. C., **Stuart, E. A**., & McGinty, E. B. (2024). Associations between the Affordable Care Act's Medicaid expansion and youth violent offense charges and adjudications from 2008-2018. *Psychology, Public Policy, and Law.*

9.  Schuler, M.S., Coffman, D.L., **Stuart, E.A.,** Nguyen, T.Q., Vegetabile, B., McCaffrey, D.F. (2024). Practical challenges in mediation analysis: A guide for applied researchers. *Health Services and Outcomes Research Methodology.* Published online 12 April 2024.
     https://doi.org/10.1007/s10742-024-00327-4

10. Nguyen, T. Q., Carlson, M. C., & **Stuart, E. A.** (2024). Identification of complier and noncomplier average causal effects in the presence of latent missing-at-random (LMAR) outcomes: a unifying view and choices of assumptions. *Biostatistics*, kxae011.
    https://doi.org/10.1093/biostatistics/kxae011

11. Ettman, C.K., Badillo Goicoechea, E., **Stuart, E.A.,** and Dean, L.T. (in press). Area-level credit scores and symptoms of depression and anxiety in adults. *American Journal of Epidemiology*.

12. Eddelbuettel, J.C.P., Kennedy-Hendricks, A., Meiselbach, M.K., **Stuart, E.A.**, Huskamp, H.A., Busch, A.B., Hollander, M.A.G., Schilling, C., Barry, C.L. & Eisenberg, M.D. (2024). Changes in Healthcare Spending Attributable to High Deductible Health Plan Offer Among Enrollees with Comorbid Cardiovascular Disease and Substance Use Disorder. *Journal of General Internal Medicine,1-8*. https://link.springer.com/article/10.1007/s11606-024-08700-2

13. McGinty, E.E., Alegria, M., Beidas, R.S., Braithewaite, J., Kola, L., Leslie, D.L., Moise, N., Mueller, B., Pincus, H.A., Shidhaye, R., Simon, K., Singer, S., **Stuart, E.A**., Eisenberg, M.D. (2024). The Lancet Psychiatry Commission on Transforming Mental Health Implementation Research. *Lancet Psychiatry, 11(5), 368-396*.
    https://doi.org/10.1016/S2215-0366(24)00040-3

14. **Mehta, R., Hochberg, M., Shardell, M., Ryan, A., Dong, Y., Beamer, B., Peer, J., **Stuart, E.A.,** Schuler, M.S., Gallo, J., and Rathbun, A. (2024). Evaluation of Dynamic Effects of Depressive Symptoms on Physical Function in Knee Osteoarthritis. *Arthritis Care & Research, 76(5), 673*. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC11039384/

E.A. Stuart

15. **Pampati, S., Liddon, N., **Stuart, E.A.**, Waller, L., Mpofu, J., Lopman, B., Adkins, S., Guest, J., and Jones, J. (2024). Disparities in Unmet Health Care Needs Among US Children During the COVID-19 Pandemic. *Annals of Family Medicine, 22(2),* 130+. http://dx.doi.org.proxy.lib.duke.edu/10.1370/afm.3079

16. **Stone, E., Wise, E., **Stuart, E.A.**, and McGinty, E.E. (2024). Experiences of health care services among people with cognitive disabilities and mental health conditions. *Disability and Health Journal, 17(2),* 101547-101547. https://doi.org/10.1016/j.dhjo.2023.101547

17. Robertson, S.E., Joyce, N.R., Steingrimsson, J.A., **Stuart, E.A.**, Aberle, D.R., Gatsonis, C.A., and Dahabreh, I.J. (2024). Comparing lung cancer screening strategies in a nationally representative US population using transportability methods for the national lung cancer screening trial. *JAMA Network Open, 7(1),* e2346295-e2346295. https://doi.org/10.1001/jamanetworkopen.2023.46295

18. Murphy, K.A., **Sarker, E., **Stuart, E.A.,** Cook, C., Goldsholl, S., Daumit, G.L. (2024). Effect of care management on cholesterol for individuals with serious mental illness: A secondary analysis of an RCT. *Journal of General Internal Medicine : JGIM, 39(2),* 354-356. https://doi.org/10.1007/s11606-023-08510-y

19. **Brantner, C.L., Nguyen, T.Q., **Tang, T., Zhao, C., Hong, H., & **Stuart, E.A.** (2024). Comparison of methods that combine multiple randomized trials to estimate heterogeneous treatment effects. *Statistics in Medicine, 43(7),* 1291-1314. https://doi.org/10.1002/sim.9955

20. Dang, L.E., Gruber, S., Lee, H., Dahabreh, I.J., **Stuart, E.A.,** Williamson, B.D., Wyss, R., Diaz, I., Ghosh, D., Kiciman, E., Alemayehu, D., Hoffman, K.L., Vossen, C.Y., Huml, R.A, Ravn, H., Kvist, K., Pratley, R., Shih, M-C., Pennello, G., Martin, D., Waddy, S.P., Barr, C.E., Akacha, M., Buse, J.B., van der Laan, M., and Petersen, M. (2023). A causal roadmap for generating high-quality real-world evidence. *Journal of Clinical and Translational Science, 7(1).* https://doi.org/10.1017/cts.2023.635

21. Gibbons, J.B., Li, W., **Stuart, E.A**., and Saloner, B. (2024). Simulated impact of mobile opioid treatment program units on increasing access to methadone for opioid use disorder. *Health Services Research,* https://doi.org/10.1111/1475-6773.14271

22. Ettman, C. K., Subramanian, M., Fan, A. Y., Adam, G. P., Abdalla, S. M., Galea, S., & **Stuart, E. A.** (2024). Assets and depression in US adults during the COVID-19 pandemic: a systematic review. *Social psychiatry and psychiatric epidemiology, 59(4),* 571-583. https://link.springer.com/article/10.1007/s00127-023-02565-2

23. Rathbun, A.M., Shardell, M.D., Gallo, J.J., Ryan, A.S., **Stuart, E.A.,** Schuler, M.S., Dong, Y., Beamer, B., Mehta, R., Peer, J.E., Hochberg, M.C. (2024). Time-varying treatment effect modification of oral analgesic effectiveness by depressive symptoms in knee osteoarthritis: An application of structural nested mean models in a prospective cohort. *International Journal of Epidemiology, 53(1).* https://doi.org/10.1093/ije/dyad152

24. Tormohlen, K.N., Schmid, I., **Stuart, E.A.,** Davis, C., McGinty, E.E. (2024). State Laws That Require Coprescribing Opioids and Naloxone and Codispensing Practices. *American journal of preventive medicine, 66(1),* 138–145. https://doi.org/10.1016/j.amepre.2023.09.016

E.A. Stuart

25. Williamson, B.D., Wyss, R., **Stuart, E.A.,** Dang, L.E., Mertens, A.N., Neugebauer, R.S., Wilson, A., and Gruber, S. (2023). An application of the causal roadmap in two safety monitoring case studies: Causal inference and outcome prediction using electronic health record data. *Journal of Clinical and Translational Science, 7(1),* e208-e208. https://doi.org/10.1017/cts.2023.632

26. Hansford, H.J., Cashin, A.G., Jones, M.D., Swanson, S.J., Islam, N., Douglas, S.R.G., Rizzo, R.R.N., Devonshire, J.J., Williams, S.A., Dahabreh, I.J., Dickerman, B.A., Egger, M., Garcia-Albeniz, X., Golub, R.M., Lodi, S., Moreno-Betancur, M., Pearson, S-A., Schneeweiss, S., Sterne, J.A.C., Sharp, M.K., **Stuart, E.A**., Hernan, M.A., Lee, H., McAuley, J.H. (2023). Reporting of observational studies explicitly aiming to emulate randomized trials: A systematic review. *JAMA Network Open, 6(9)*, e2336023-e2336023. https://doi.org/10.1001/jamanetworkopen.2023.36023

27. Hansford, H.J., Cashin, A.G., Jones, M.D., Swanson, S.J., Islam, N., Douglas, S.R.G., Rizzo, R.R.N., Devonshire, J.J., Williams, S.A., Dahabreh, I.J., Dickerman, B.A., Egger, M., Garcia-Albeniz, X., Golub, R.M., Lodi, S., Moreno-Betancur, M., Pearson, S-A., Schneeweiss, S., Sterne, J.A.C., Sharp, M.K., **Stuart, E.A**., Hernan, M.A., Lee, H., McAuley, J.H. (2023). Development of the TrAnsparent ReportinG of observational studies emulating a target trial (TARGET) guideline. *BMJ Open, 13(9)*, e074626-e074626. https://doi.org/10.1136/bmjopen-2023-074626

28. Meiselbach, M.K., Huskamp, H., Eddelbuettel, J.C.P., Kennedy-Hendricks, A., Schilling, C., Busch, A., **Stuart, E.A**., Hollander, M.A., Barry, C.L., Eisenberg, M.D. (2023). Choice of High-Deductible Health Plans among Enrollees with a Substance Use Disorder. *Journal of Substance Use and Addiction Treatment* 154: 209152. https://doi.org/10.1016/j.josat.2023.20915

29. Ettman, C.K., Badillo Goicoechea, E., and **Stuart, E.A.** (2023). Evolution of depression and anxiety over the COVID-19 pandemic and across demographic groups in a large sample of U.S. adults. *AJPM Focus* 2:4: 100140. https://doi.org/10.1016/j.focus.2023.100140

30. Diouf, I., Malpas, C. B., Sharmin, S., Roos, I., Horakova, D., Havrdova, E. K., ... & Kalincik, T. (2023). Effectiveness of multiple disease-modifying therapies in relapsing-remitting multiple sclerosis: causal inference to emulate a multiarm randomised trial. *Journal of Neurology, Neurosurgery & Psychiatry, 94(12)*, 1004-1011. https://jnnp.bmj.com/content/94/12/1004

31. Griffin, B.A., Stein, B., Schuler, M., **Stuart, E.A**., Patrick, S., de Lima, P.N., Griswold, M., and Scherling, A. (2023). Identifying Optimal Methods for Addressing Confounding Bias When Estimating the Effects of State-Level Policies. *Epidemiology 34(6)*:p 856-864, November 2023. | DOI: 10.1097/EDE.0000000000001659

32. Ettman, C.K., **Lupton Brantner, C., Albert, M., Goes, F., Mojtabai, R., Spivak, S., **Stuart, E.A.,** and Zandi, P.P. (2024). Trends in Telepsychiatry and In-Person Psychiatric Care for Depression in an Academic Health System, 2017–2022. *Psychiatric Services, 75(2),* 178–181. https://doi.org/10.1176/appi.ps.20230064

33. Bell, S. O., **Stuart, E. A**., & Gemmill, A. (2023). Texas' 2021 ban on abortion in early pregnancy and changes in live births. *JAMA : The Journal of the American Medical Association, 330(3)*, 281-282. https://doi.org/10.1001/jama.2023.12034

E.A. Stuart

34. Tormohlen, K.N., Eisenberg, M.D., Fingerhood, M.I., Yu, J., McCourt, A.D., **Stuart, E.A.**, Rutkow, L., Quintero, L., White, S.A., McGinty, E.E. (2024). Trends in opioid use disorder outpatient treatment and telehealth utilization before and during the COVID-19 pandemic. *Psychiatric Services (Washington, D.C.), 75(1),* 72-75. https://doi.org/10.1176/appi.ps.20230102

35. Hollander, M.A.G., Kennedy-Hendricks, A., Schilling, C., Meiselbach, M., **Stuart, E.A.**, Huskamp, H., Busch, A.B., Eddelbuettel, J.C.P., Barry, C.L., and Eisenberg, M.D. (2023). Do HDHPs incentivize postponing SUD treatment? *Medical Care Research and Review, 80(5),* 530-539. https://doi.org/10.1177/10775587231180667

36. Eddelbuettel, J.C.P., Barry, C. L., Kennedy-Hendricks, A., Busch, A.B., Hollander, A. G., Huskamp, H.A., Meiselbach, M.K., Schilling, C., **Stuart, E.A.,** & Eisenberg, M.D. (2023). High-deductible Health Plans and Nonfatal Opioid Overdose. *Medical care, 61(9),* 601-604. https://doi.org/10.1097/MLR.0000000000001886

37. Samuel, L.J., Zhu, J., Dwidevi, P., **Stuart, E.A**., Szanton, S.L., Li, Q., Thorpe, R.J., Reed, N.S., and Swenor, B.K. (2023). Food insecurity gaps in the Supplemental Nutrition Assistance Program based on disability status. *Disability and health journal, 16(4),* 101486. https://doi.org/10.1016/j.dhjo.2023.101486

38. Hong, H., Liu, L., Mojtabai, R., and **Stuart, E.A.** (2023) Calibrated meta-analysis to estimate the efficacy of mental health treatments in target populations: An application to paliperidone trials for treatment of schizophrenia. *BMC Medical Research Methodology, 23(1),* 150-150. https://doi.org/10.1186/s12874-023-01958-w

39. McGinty, E.E., Tormohlen, K., Seewald, N., Bicket, M.C., McCourt, A., Rutkow, L., White, S.A., **Stuart, E.A.** (2023). Effects of US state medical cannabis laws on treatment of chronic noncancer pain. *Annals of internal medicine, 176(7),* 904-912. https://doi.org/10.7326/M23-0053

40. Kennedy-Hendricks, A., Eddelbuettel, J., Bicket, M.C., Meiselbach, M.K., Hollander, M., Busch, A.B., Huskamp, H.A., **Stuart, E.A**., Barry, C.L., Eisenberg, M.D. (2023). Impact of High Deductible Health Plans on US Adults With Chronic Pain. *American journal of preventive medicine, 65(5),* 800-808. https://doi.org/10.1016/j.amepre.2023.05.008

41. Samuel, L.J., Crews, D.C., Swenor, B.K., Zhu, J., **Stuart, E.A.,** Szanton, S.L., Kim, B., Dwivedi, P., Li, Q., Reed, N.S., Thorpe, R.J., (2023). Supplemental nutrition assistance program access and racial disparities in food insecurity. *JAMA Network Open, 6(6),* e2320196-e2320196. https://doi.org/10.1001/jamanetworkopen.2023.20196

42. **Lupton Brantner, C., **Chang, T.-Y., Hong, H., **Di Stefano, L., Nguyen, T.Q., and **Stuart, E.A.** (2023).  Methods for Integrating Trials and Non-Experimental Data to Examine Treatment Effect Heterogeneity. *Statistical Science 38(4):* 640-654. https://doi.org/10.1214/23-STS890

43. Gazit, S., Saciuk, Y., Perez, G., Peretz, A., Ben-Tov, A., **Stuart, E.A.,** and Patalon, T. (2023). Hybrid immunity against reinfection with SARS-CoV-2 following a previous SARS-CoV-2 infection and single dose of the BNT162b2 vaccine in children and adolescents: a

target trial emulation. *The Lancet Microbe, 4(7),* e495-e505. https://doi.org/10.1016/S2666-5247(23)00103-9

44. Solomon, K.T., O'Connor, J., Gibbons, J.B., Kilaru, A.S., Feder, K.A., Xue, L., Saloner, B., **Stuart, E.A.,** Cole, E.S., Hulsey, E., Meisel, Z., Patel, E., and Donohue, J.M. (2023, March). Association between hospital adoption of an emergency department treatment pathway for opioid use disorder and patient initiation of buprenorphine after discharge. In *JAMA Health Forum* (Vol. 4, No. 3, pp. e230245-e230245). American Medical Association. https://doi.org/10.1001/jamahealthforum.2023.0245

45. Olsen, R.B., **Stuart, E.A.,** Bell, S., Miyaoka, A., Badillo Goicoechea, E., Petraglia, E., and Orr, L.L. (2023). Using a Multi-Site RCT to Predict Impacts for a Single Site: Do Better Data and Methods Yield More Accurate Predictions? *Journal of Research on Educational Effectiveness , 17(1),* 184. https://doi.org/10.1080/19345747.2023.2180464

46. Ettman, C.K., Fan, A.Y., Subramanian, M., Adam, G.P., Badillo Goicoechea, E., Abdalla, S.M., **Stuart, E.A.**, Galea, S. (2023). Prevalence of depressive symptoms in US adults during the COVID-19 pandemic: a systematic review. *SSM-Population Health, 21*, 101348. https://doi.org/10.1016/j.ssmph.2023.101348

*47.* Busch, A., Kennedy-Hendricks, A., Schilling, C., Eisenberg, M., Huskamp, H., Barry, C., **Stuart, E.A.**, Meiselbach, M., and Hollander, M. (2023). Measurement approaches to estimating methadone continuity in opioid use disorder care. *Medical care, 61(5),* 314-320. https://doi.org/10.1097/MLR.0000000000001838

48. Nolley, E.P., Saheyta, S.K., Hochberg, C.H., Hossen, S., Hager, D.N., Brower, R.G., **Stuart, E.A**., and Checkley, W. (2023). Outcomes among mechanically ventilated patients with severe pneumonia and acute hypoxemic respiratory failure from SARS-CoV-2 and other etiologies. *JAMA Network Open.* 6(1):e2250401. https://doi.org/10.1001/jamanetworkopen.2022.50401

49. Nguyen, T.Q., **Schmid, I., Ogburn, E., Koning, H.M., **Sarker, E.B., Greifer, N., and **Stuart, E.A**. (2023). Causal mediation analysis: From simple to more robust strategies for estimation of marginal natural (in)direct effects. *Statistics Surveys* 17: 1-41. https://doi.org/10.1214/22-SS140

50. **Kahn, G.D., Wilcox, H.C., **Stuart, E.A.** (2022). Identifying causal risk factors for self-harm among adolescents with US child protective services contact. *Archives of suicide research, 28(1)*, 173-183. https://doi.org/10.1080/13811118.2022.2150104

51. Meiselbach, M.K., Kennedy-Hendricks, A., Schilling, C., Busch, A., Huskamp, H., **Stuart, E.A.,** Hollander, M.A., Barry, C.L., and Eisenberg, M.D. (2022). High deductible health plans and spending among families with a substance use disorder. *Drug and Alcohol Dependence* 241: 109681. https://doi.org/10.1016/j.drugalcdep.2022.109681

52. Chokesuwattanaskul R, Ananwattanasuk T, Hughey AB, **Stuart EA**, Shah MM, Atreya AR, Chugh A, Bogun F, Crawford T, Pelosi F, Cunnane R, Ghanbari H, Latchamsetty R, Chung E, Saeed M, Ghannam M, Liang J, Oral H, Morady F, Jongnarangsin K. (2023). Three-dimensional-guided and ICE-guided transseptal puncture for cardiac ablations: A propensity score match study. *Journal of cardiovascular electrophysiology*, 34(2), 382-388. https://doi.org/10.1111/jce.15756

E.A. Stuart

53. Wissow, L., Mojtabai, R., **Stuart, E.A.,** and Sharifi, V. (2023).  Effect of general practitioner training in a collaborative child mental health care program on children's mental health outcomes in a low-resource setting: a cluster randomized trial. *JAMA psychiatry, 80(1),* 22-30. https://doi.org/10.1001/jamapsychiatry.2022.3989

*54.* Kush, J., Badillo Goicoechea, E., and **Stuart, E.A.** (2022). Teachers' mental health during the COVID-19 pandemic. *Educational Researcher, 51(9),* 593-597. https://doi.org/10.3102/0013189X221134281

*55.* McCourt, A.D., Tormohlen, K.N., \*\*Schmid, I., \*\*Stone, E.M., **Stuart, E.A**., Davis, C.S., Bicket, M.C., and McGinty, E.E. (2023). Effects of opioid prescribing cap laws on opioid and other pain treatments among persons with chronic pain. *Journal of general internal medicine, 38(4)*, 929-937. https://doi.org/10.1007/s11606-022-07796-8

56. Tormohlen, K.N., McCourt, A.D., \*\*Schmid, I., \*\*Stone, E.M., **Stuart, E.A.,** Davis, C.S., Bicket, M.C., and McGinty, E.E. (2022). State prescribing cap laws' association with opioid analgesic prescribing and opioid overdose. *Drug and alcohol dependence, 240*, 109626. https://doi.org/10.1016/j.drugalcdep.2022.109626

57. \*\*Lupton-Smith, C., Badillo Goicoechea, E., Collins, M., Lessler, J., Grabowski, M.K., and **Stuart, E.A.** (2023). Consistency between Household and County Measures of Onsite Schooling during the COVID-19 Pandemic. *Journal of research on educational effectiveness, 16(3)*, 419-441. https://doi.org/10.1080/19345747.2022.2131660

58. McGinty, E.E., Seewald, N.J., Bandara, S., Cerda, M., Daumit. G.L., Eisenberg, M.D., Griffin, B.A., Igusa, T., Jackson, J.W., Kennedy-Hendricks, A., Marsteller, J., Miech, E.J., Purtle, J., \*\*Schmid. I., Schuler, M.S., Yuan, C.T., and **Stuart, E.A.** (2024). Scaling interventions to manage chronic disease: innovative methods at the intersection of health policy research and implementation science. *Prevention Science, 25*(Suppl 1), 96-108. https://doi.org/10.1007/s11121-022-01427-8

*59.* Nguyen, T.Q., \*\*Schmid, I., Ogburn, E., and **Stuart, E.A.** (2022). Clarifying causal mediation analysis: Effect identification via three assumptions and five potential outcomes. *Journal of Causal Inference, 10(1),* 246-279. https://doi.org/10.1515/jci-2021-0049

*60.* Dahabreh, I.J., Matthews, A., Steingrimsson, J., Scharfstein, D., and **Stuart, E.A** (2023). Using trial and observational data to assess effectiveness: Trial emulation, transportability, benchmarking, and joint analysis. *Epidemiologic Reviews,* mxac011. https://doi.org/10.1093/epirev/mxac011.

*61.* Dahabreh, I.J., Robins, J.M., Haneuse, S.J-P.,A., Saeed, I., \*\*Robertson, S.E., **Stuart, E.A**., and Hernan, M.A. (2023). Sensitivity analysis using bias functions for studies extending inferences from a randomized trial to a target population. *Statistics in Medicine.* 42(13):2029-2043. https://doi.org/10.1002/sim.9550

*62.* \*\*Sheridan, S., Clary, L., **Stuart, E.A.,** and Mendelson, T. (2022). Associations of extracurricular activity participation with bullying victimization among US middle and high school students: A nationally representative sample. *Journal of school violence, 21*(4), 475-490. https://doi.org/10.1080/15388220.2022.2114487

63.  **Chang, T.-H., Nguyen, T.Q., Lee, Y., Jackson, J., and **Stuart, E.A.** (2022). Flexible propensity score estimation strategies for clustered data in observational studies. *Statistics in Medicine*.10;41(25):5016-5032.  https://doi.org/10.1002/sim.9551

64.  Carroll, G., Solomon, K.T., Heil, J., Saloner, B., **Stuart, E.A.,** Greifer, N., Patel, E.Y., Salzman, M.S., Baston, K.E., Murphy, E., and Haroz, R. (2022). Impact of Administering Buprenorphine to Overdose Survivors Using Emergency Medical Services. *Annals of Emergency Medicine*. 81(2)1; 65-175  https://doi.org/10.1016/j.annemergmed.2022.07.006

65.  **Riehm, K., Brignone, E., Gallo, J.J., **Stuart, E.A.,** and Mojtabai, R.M. (2022). Emergency health services use and medically-treated suicidal behaviors following depression screening among adolescents: A longitudinal cohort study. *Preventive Medicine, 161*, 107148.  https://doi.org/10.1016/j.ypmed.2022.107148

66.  **Stone, E.M., Tormohlen, K.N., McCourt, A.D., **Schmid, I., **Stuart, E.A.,** Davis, C.S., Bicket, M.C., and McGinty, E.E. (2022, August). Association between State Opioid Prescribing Cap laws and receipt of opioid prescriptions among children and adolescents. In *JAMA Health Forum* (Vol. 3, No. 8, pp. e222461-e222461). American Medical Association.  https://doi.org/10.1001/jamahealthforum.2022.2461

67.  Griffin, B.A., Schuler, M.S., Pane, J., Patrick, S.W., Smart, R., Stein, B.D., Grimm, G., and **Stuart, E.A.**  (2023). Methodological considerations for estimating policy effects in the context of co-occurring policies.  *Health Services and Outcomes Research Methodology*. 23, 149–165.  https://doi.org/10.1007/s10742-022-00284-w

68.  **Schmid, I., **Stuart, E.A**., McCourt, A., Tormohlen, K., Stone, E., Davis, C., Bicket, M., and McGinty, E.E. (2022). Effects of state opioid prescribing cap laws on opioid prescribing after surgery. *Health services research, 57*(5), 1154-1164.  https://doi.org/10.1111/1475-6773.14023.
       As of April 2024 one of the top 10 most-cited papers published in the journal in 2022 or 2023.

69.  Purtle, J., Lindsey, M., **Stuart, E.A.,** and Raghavan, R. (2023). National Suicide Prevention Lifeline 2020 in-state answer rates, stratified by call volume rates and geographic region. *Psychiatric services, 74(2)*, 204-205.  https://doi.org/10.1176/appi.ps.202200020

70.  **Chang T., and **Stuart, E.A.** (2022). Propensity score methods for observational studies with clustered data: a review. *Statistics in Medicine, 41*(18), 3612-3626.  https://doi.org/10.1002/sim.9437

71.  Letourneau, E.J., Assini-Meytin, L.C., Nair, R., **Stuart, E.A.,** Decker, M.R., & McGinty, E.B. (2022). Health insurance expansion and family violence prevention: A conceptual framework. *Child Abuse & Neglect*. 129  https://doi.org/10.1016/j.chiabu.2022.105664

72.  **Flores, J.P., **Stuart, E.A**. Swartz, K.L., Jallah, N.A., and Wilcox, H.C. (2022). Risk and protective factors associated with suicidal thoughts and behaviors among Maryland middle school students. *School mental health, 14*(4), 1024-1043.  https://doi.org/10.1007/s12310-022-09521-6

73.  Darden, M.E., Dowdy, D., Gardner, L., Hamilton, B.H., Kopecky, K., Marx, M., Papageorge, N.W., Polsky, D., Powers, K.A., **Stuart, E.A**., and **Zahn, M. (2021). Modeling to inform

economy-wide pandemic policy: Bringing epidemiologists and economists together (No. w29475). *National Bureau of Economic Research*. https://doi.org/10.1002/hec.4527

74. Bandara, S., Maniates, H., Hulsey, E., Smith J.H., DiDomenico, E., **Stuart, E.A.**, Saloner, B., Krawczyk, N. (2022). Opioid Treatment Program Safety Measures During the COVID-19 Pandemic: A Statewide Survey. *BMC Health Services* 22(1), 418. https://doi.org/10.1186/s12913-022-07832-7

75. Eisenberg MD, Kennedy-Hendricks A, Schilling C, Busch A, Huskamp H, **Stuart E.A.**, Meiselbach M, Barry CL. (2022). High deductible health plans and spending among families with a substance use disorder. *Drug and Alcohol Dependence, 241*, 109681. https://doi.org/10.1016/j.drugalcdep.2022.109681

76. Haber NA, Wieten SE, Rohrer JM, Arah OA, Tennant PWG, **Stuart EA**, Murray EJ, Pilleron S, Lam ST, Riederer E, Howcutt SJ, Simmons AE, Leyrat C, Schoenegger P, Booman A, Kang Dufour M, O'Donoghue AL, Baglini R, Do S, De La Rosa Takashima M, Evans TR, Rodriguez-Molina D, Alsalti TM, Dunleavy DJ, Meyerowitz-Katz G, Antonietti A, Calvache JA, Kelson MJ, Salvia MG, Olarte Parra C, Khalatbari-Soltani S, McLinden T, Chatton A, Seiler J, Steriu A, Alshihayb TS, Twardowski SE, Dabravolskaj J, Au E, Hoopsick RA, Suresh S, Judd N, Peña S, Axfors C, Khan P, Rivera Aguirre AE, Odo NU, Schmid I, Fox MP (2022). Causal and associational language in observational health research: A systematic evaluation. *American Journal of Epidemiology*. Volume 191, Issue 12, December 2022, 2084–2097. https://doi.org/10.1093/aje/kwac137

77. Wiens, K., Smith, C., Badillo-Goicoechea, E., Grantz, K., Grabowski, M.K., **Stuart, E.A.**, and Lessler, J. (2022). In-person schooling and associated COVID-19 risk in the United States over Spring Semester 2021. *Science Advances*. 8,eabm9128. https://doi.org/10.1126/sciadv.abm9128

78. Riehm, K.E., Badillo-Goicoechea, E., Wang, F.M., Kim, E., Aldridge, L.R., Lupton-Smith, C.P., Presskreischer, R., Chang, T., LaRocca, S., Kreuter, F., and **Stuart, E.A**. (2022). Association of non-pharmaceutical interventions to reduce the spread of SARS-CoV-2 with anxiety and depressive symptoms: a multi-national study of 43 countries. *International journal of public health, 67*, 1604430. https://doi.org/10.3389/ijph.2022.1604430

79. McGinty, E.E., Bicket, M.C., Seewald, N.J., **Stuart, E.A.**, Alexander, G.C., Barry, C.L., McCourt, A.D., and Rutkow, L. (2022). Effects of state opioid prescribing laws on use of opioid and other pain treatments among commercially insured US adults. *Annals of internal medicine, 175*(5), 617-627. https://doi.org/10.7326/M21-4363

80. Assini-Meytin, L.C., Nair, R.**,** McGinty, E.B., **Stuart, E.A.,** & Letourneau, E.J. (2022). Is the Affordable Care Act Medicaid expansion associated with reported incidents of child sexual abuse? *Child Maltreatment. 28*(2), 203–208. https://doi.org/10.1177/10775595221079605

81. Krawczyk, N., Maniates, H., Hulsey, E., Smith, J., DiDomenico, E., **Stuart, E.A.**, Saloner, B., Bandara, S. (2022) Shifting medication treatment practices in the COVID-19 pandemic: A statewide survey of Pennsylvania opioid treatment programs. *Journal of Addiction Medicine*. 16(6):p 645-652. https://doi.org/10.1097/ADM.0000000000000981

*82.* Redd, A., Peetluk, L.S., **Jarrett, B., Hanrahan, C., Schwartz, S., Rao, A., Jaffe, A.E., Peer, A.D., Jones, C.B., Lutz, C.S., McKee, C.D., Patel, E.U., Rosen, A.D., Desany, H.G.,

E.A. Stuart

McKay, H.S., Muschelli, J., Andersen, K.M., Link, M.A., Wada, N., **Baral, P., Young, R., Boon, D., Grabowski, M.K., Gurley, E.S., the Novel Coronavirus Compendium Team (2022). Curating the evidence about COVID-19 for frontline public health and clinical care: The Novel Coronavirus Research Compendium. *Public Health Reports*. 2022;137(2):197-202.  https://doi.org/10.1177/00333549211058732

83. **Lupton-Smith, C., **Stuart, E.A.,** McGinty, B., Dalcin, A., Jerome, G.J., Wang, N-Y., and Daumit, G.  (2022).  Determining Predictors of Weight Loss in a Behavioral Intervention: A case study in the use of Lasso regression.  *Frontiers in Psychiatry, 12,* 707707.  *https://doi.org/10.3389/fpsyt.2021.707707*

84. **Lupton-Smith, C., Badillo Goicoechea, E., **Chang, T-H., **Maniates, H., **Riehm, K., **Schmid, I., and **Stuart, E.A**. (2022). Factors Associated with County-Level Mental Health During the COVID-19 Pandemic. *Journal of Community Psychology*. 50:2431–42.  https://doi.org/10.1002/jcop.22785

85. Li, F., Hong, H., and **Stuart, E.A.** (2022). A note on semiparametric efficient generalization of causal effects from randomized trials to target populations. *Communications in Statistics – Theory and Methods. 52*(16); 5767-5798.  https://doi.org/10.1080/03610926.2021.2020291

86. **Robertson, S. E., Steingrimsson, J. A., Joyce, N. R., **Stuart, E. A.,** & Dahabreh, I. J. (2024). Estimating subgroup effects in generalizability and transportability analyses. *American Journal of Epidemiology. 193*(1), 149-158.  https://doi.org/10.1093/aje/kwac036

87. Haber, N. A., Clarke-Deelder, E., Feller, A., Smith, E. R., Salomon, J. A., MacCormack-Gelles, B., ... & **Stuart, E. A.** (2022). Problems with evidence assessment in COVID-19 health policy impact evaluation: a systematic review of study design and evidence strength. *BMJ open, 12*(1), e053820.  https://doi.org/10.1136/bmjopen-2021-053820

88. Eisenberg, M.D., McCourt, A., **Stuart, E.A.,** Rutkow, L., Tormohlen, K.N., Fingerhood, M.I., Quintero, L., White, S.A., McGinty, E.E. (2021). Studying how state health services delivery policies can mitigate the effects of disasters on drug addiction treatment and overdose: Protocol for a mixed-methods study. *PloS one, 16*(12), e0261115.  https://doi.org/10.1371/journal.pone.0261115

89. Griffin, B.A., Stein, B., Pacula, R.L., Schuler, M., **Stuart, E.A.,** Patrick, S., Schell, T., Smart, R., Powell, D., and McNeer, E. (2021). Moving beyond the classic difference-in-differences model: A simulation study comparing statistical methods for estimating effectiveness of state-level policies. *BMC Medical Research Methodology, 21,* 1-19.  https://doi.org/10.1186/s12874-021-01471-y

90. Davi, R., Stewart, M., **Stuart, E.A.**, Mishra-Kalyani, P., Sridhara, R., Yin, X., and Dawson, J. (2022). Exploring the potential of external control arms created from patient level data:  A case study in non-small cell lung cancer.  *Journal of Biopharmaceutical Statistics.* 32:1, 204-218.  https://doi.org/10.1080/10543406.2021.2011901

91. Badillo-Goicoechea, E., Chang, T., Kim, E., LaRocca, S., Morris, K., Deng, X., Chiu, S., Bradford, A., Garcia, A., Kern, C., Cobb, C., Kreuter, F., and **Stuart, E.A.**  (2021). Global Trends and Predictors of Face Mask Usage During the COVID-19 Pandemic. *BMC Public Health*. 15;21(1):2099.  https://pubmed.ncbi.nlm.nih.gov/34781917

E.A. Stuart

18

92.  Gibbons, J., **Stuart, E.A**., and Saloner, B. (2022). Methadone on wheels: Mobile units offer promise but need financial, technical, and policy support. *JAMA Psychiatry.* 79(3):187-188. https://doi.org/10.1001/jamapsychiatry.2021.3716

93.  **Kahn, G.D., Rabinowitz, J.A., **Stuart, E.A**., Wilcox, H.C. (2021). Prospective examination of self-harm up to three years after contact with Child Protective Services (CPS). *International Journal of Injury Control and Safety Promotion*. 29. https://doi.org/10.1080/17457300.2021.1993266

94.  **Brenneke, S., **Nordeck, C., **Riehm, K., **Schmid, I., Tormohlen, K., **Smail, E., **Stuart, E.A.,** Kalb, L., Johnson, R.M., and Thrul, J. (2022). Trends in cannabis use among US adults amid the COVID-19 pandemic. *International Journal of Drug Policy, 100,* 103517. https://doi.org/10.1016/j.drugpo.2021.103517

*95.* **Riehm, K., Brignone, E., **Stuart, E.A.,** Gallo, J., and Mojtabai, R. (2021). Diagnoses and treatment after depression screening in primary care among youth. Forthcoming in *American Journal of Preventive Medicine. 62*(4), 511-518. https://doi.org/10.1016/j.amepre.2021.09.008

96.  Tormohlen, K.N., Bicket, M.C., White, S., Barry, C.L., **Stuart, E.A**., Rutkow, L., McGinty, EE. The state of the evidence on the association between state cannabis laws and opioid-related outcomes: A review. *Current Addiction Reports* 8, 538–545 (2021). https://doi.org/10.1007/s40429-021-00397-1

97.  Smail, E., Riehm, K., Veldhuis, C., Johnson, R., Holingue, C., **Stuart, E**.A, Kalb., L., & Thrul, J. (2022). Associations of household structure and presence of children in the household with mental distress during the early stages of the US COVID-19 pandemic. *Families, Systems, & Health, 40*(1), 46. https://doi.org/10.1037/fsh0000657

98.  Tormohlen, K. N., Mojtabai, R., Seiwell, A., McGinty, E.E., **Stuart, E. A.,** Tobin, K.E., & Troiani, V. (2021). Co-occurring opioid use and depressive disorders: Patient characteristics and co-occurring health conditions. *Journal of Dual Diagnosis*. 17:4, 296-303. https://doi.org/10.1080/15504263.2021.1979349

99.  Kennedy-Hendricks, A., Schilling, C.J., Busch, A.B., **Stuart, E.A**., Huskamp, H.A., Meiselbach, M.K., Barry, C.L., and Eisenberg, M.D. (2022). Impact of high deductible health plans on continuous buprenorphine treatment for opioid use disorder. *Journal of general internal medicine, 37*(4), 769-776. https://doi.org/10.1007/s11606-021-07094-9

100. Kalb, L., Badillo-Goicoechea, E., Holingue, C., **Riehm, K., Thrul, J., **Stuart, E.A**, **Smail, J., Law, K., White-Lehman, C., & Fallin, M.D (2021). Psychological Distress among Caregivers Raising a Child with Autism Spectrum Disorder during the COVID-19 Pandemic. *Autism Research 14* (10): 2183-2188. https://doi.org/10.1002/aur.2589

101. Lee, Y., Nguyen, T.Q., and **Stuart, E.A.** (2021).  Partially Pooled Propensity Score Models for Average Treatment Effect Estimation with Multilevel Data. *Journal of the Royal Statistical Society Series A 184*(4): 1578-1598. https://doi.org/10.1111/rssa.12741

102. Schilling, C., Barry, C.B., Kennedy-Hendricks, A., Huskamp, H., Busch, A., Meiselbach, M., **Stuart, E.A.,** and Eisenberg, M. (2022). Effects of high-deductible health plans on enrollees

with mental health conditions with and without substance use disorders. *Psychiatric Services, 73(5)*, 518-525. https://doi.org/10.1176/appi.ps.202000914

103. McGinty, E.E., Nair, R., Assini-Meytin, L.C., **Stuart, E.A**., and Letourneau, E.J. (2022). Impact of Medicaid expansion on reported incidents of child neglect and physical abuse. *American journal of preventive medicine, 62*(1), e11-e20. https://doi.org/10.1016/j.amepre.2021.06.010

104. Pishgar, F., Greifer, N., Leyrat, C., and **Stuart, E.A.** (2020). MatchThem:: matching and weighting after multiple imputation. arXiv preprint arXiv:2009.11772. https://journal.r-project.org/archive/2021/RJ-2021-073/RJ-2021-073.pdf

105. Powell, M., Koenecke, A., Byrd, J. B., Nishimura, A., Konig, M. F., Xiong, R., Mahmood, S., Mucaj, V., Bettegowda, C., Rose, L., Tamang, S., Sacarny, A., Caffo, B., Athey, S., **Stuart, E. A.**, & Vogelstein, J. T. (2021). Ten Rules for Conducting Retrospective Pharmacoepidemiological Analyses: Example COVID-19 Study. *Frontiers in pharmacology, 12*, 700776. https://doi.org/10.3389/fphar.2021.700776

106. \*\*Hecht, A. A., **Stuart, E. A.**, & Pollack Porter, K. M. (2022). Factors associated with universal free school meal provision adoption among US public schools. *Journal of the Academy of Nutrition and Dietetics, 122*(1), 49-63. https://doi.org/10.1016/j.jand.2021.06.282

107. Dick, A. S., Lopez, D. A., Watts, A. L., Heeringa, S., Reuter, C., Bartsch, H., Fan, C. C., Kennedy, D. N., Palmer, C., Marshall, A., Haist, F., Hawes, S., Nichols, T. E., Barch, D. M., Jernigan, T. L., Garavan, H., Grant, S., Pariyadath, V., …, **Stuart, E. A.,** …,Thompson, W. K. (2021). Meaningful associations in the adolescent brain cognitive development study. *NeuroImage, 239*, 118262. https://doi.org/10.1016/j.neuroimage.2021.118262

108. \*\*Nordeck, C., \*\*Riehm, K., \*\*Smail, E., Holingue, C., \*\*Kane, J., Johnson, R.M., Veldhuis, C., Kalb, L., Kreuter, F., **Stuart, E.A**., and Thrul, J. (2022). Changes in drinking days among US adults during the COVID-19 pandemic. *Addiction 117*(2): 331-340. https://doi.org/10.1111/add.15622

    As of April 2024 one of the top 10 most-cited papers published in the journal in 2022 or 2023.

*109.* Yan, M., Sigurdson, S., Greifer, N., Kennedy, T., Szen Toh, T., Lindsay, P.E., Weiss, J., Hueniken, K., Yeung, C., Sugumar, V., Sun, A., Bezjak, A., Cho, J., Raman, S., Hope, A.J., Giuliani, M.E., **Stuart, E.A.**, Owen, T., Ashworth, A., Robinson, A., Ynoe Moraes, F., Liu, G., and Lok, B.H. (2021). A Comparison of Hypofractionated and Twice Daily Thoracic Irradiation in Limited-Stage Small Cell Lung Cancer: An Overlap Weighted Analysis. *Cancers 13*(12): 2895. https://doi.org/10.3390/cancers13122895

*110.* Patel, E., Bandara, S., Saloner, B., **Stuart, E. A.,** Goodman, D., Terplan, M., McCourt, A., White, S., & McGinty, E. E. (2021). Heterogeneity in prenatal substance use screening despite universal screening recommendations: findings from the Pregnancy Risk Assessment Monitoring System, 2016-2018. *American journal of obstetrics & gynecology MFM, 3(5),* 100419. https://doi.org/10.1016/j.ajogmf.2021.100419

111. **Stuart, E.A.**, Schmid, I., Nguyen, T.Q., Sarker, E., Pittman, A., Benke, K., Rudolph, K., Badillo-Goicoechea, E., and Leoutsakos, J-M. (2021). Assumptions not often assessed or satisfied published mediation analyses in psychology and psychiatry. Forthcoming in *Epidemiologic Reviews, 43(1),* 48–52. https://doi.org/10.1093/epirev/mxab007

112. Greifer, N., and **Stuart, E.A**. (2021).  Matching Methods for Confounder Adjustment: an Addition to the Epidemiologist's Toolbox. *Epidemiologic Reviews, 43(1*), 118-129.  https://doi.org/10.1093/epirev/mxab003

113. Feller, A., and **Stuart, E.A.** (2021). Challenges with evaluating education policy using panel data during and after the COVID-19 pandemic.  *Journal of Research on Educational Effectiveness*, 14:3, 668-675.  http://doi.org/10.1080/19345747.2021.1938316

114. Koenecke, A., Powell, M., Xiong, R., Shen, Z., Fischer, N., Huq, S., Khalafallah, A. M., Trevisan, M., Sparen, P., Carrero, J. J., Nishimura, A., Caffo, B., **Stuart, E. A.**, Bai, R., Staedtke, V., Thomas, D. L., Papadopoulos, N., Kinzler, K. W., Vogelstein, B., Zhou, S., … Athey, S. (2021). Alpha-1 adrenergic receptor antagonists to prevent hyperinflammation and death from lower respiratory tract infection. *eLife*, 10, e61700.  https://doi.org/10.7554/eLife.61700

115. Haber, N. A., Clarke-Deelder, E., Salomon, J. A., Feller, A., & **Stuart, E. A.** (2021). Policy evaluation in COVID-19: A Guide to Common Design Issues. *American journal of epidemiology, 190*(11), 2474–2486.  https://doi.org/10.1093/aje/kwab185.
 *  One of 10 American Journal of Epidemiology 2021 articles of the year.

116. Lessler, J., Grabowski, M. K., Grantz, K. H., Badillo-Goicoechea, E., Metcalf, C., Lupton-Smith, C., Azman, A. S., & **Stuart, E. A**. (2021). Household COVID-19 risk and in-person schooling. *Science (New York, N.Y.), 372*(6546), 1092–1097.  https://doi.org/10.1126/science.abh2939

117. Solomon, K., Krawczyk, N., **Stuart, E.A.**, Bandara, S., Connolly, E., Reynolds, I., and **Saloner, B**. (2021). Association Between Availability of Medications for Opioid Use Disorder in Specialty Treatment and Use of Medications Among Patients: A State-Level Trends Analysis. *Journal of Substance Abuse Treatment*. *132*, 108424.  https://doi.org/10.1016/j.jsat.2021.108424

118. **Huang, W., Chang, C. H., **Stuart, E. A.**, Daumit, G. L., Wang, N. Y., McGinty, E. E., Dickerson, F. B., & Igusa, T. (2021). Agent-Based Modeling for Implementation Research: An Application to Tobacco Smoking Cessation for Persons with Serious Mental Illness. *Implementation research and practice*, *2,* 10.1177/26334895211010664.  https://doi.org/10.1177/26334895211010664

119. **Burgdorf, J. G., Arbaje, A. I., **Stuart, E. A.**, & Wolff, J. L. (2021). Unmet family caregiver training needs associated with acute care utilization during home health care. *Journal of the American Geriatrics Society*, *69*(7), 1887–1895.  https://doi.org/10.1111/jgs.17138

120. McGinty, E. E., Thompson, D., Murphy, K. A., **Stuart, E. A**., Wang, N. Y., Dalcin, A., Mace, E., Gennusa, J. V., 3rd, & Daumit, G. L. (2021). Adapting the Comprehensive Unit Safety Program (CUSP) implementation strategy to increase delivery of evidence-based cardiovascular risk factor care in community mental health organizations: protocol for a pilot study. *Implementation science communications*, *2*(1), 26.  https://doi.org/10.1186/s43058-021-00129-6

121. **Antiporta, D. A., Cutipé, Y. L., Mendoza, M., Celentano, D. D., **Stuart, E. A.,** & Bruni, A. (2021). Depressive symptoms among Peruvian adult residents amidst a National Lockdown during the COVID-19 pandemic. *BMC psychiatry, 21,* 1-12.  https://doi.org/10.1186/s12888-021-03107-3

122. **Ferris, L.M., Saloner, B., Jackson, K., Lyons, B.C., Murthy, V., Kharrazi, H., Latimore, A., **Stuart, E.A.,** and Weiner, J.P. (2020). Performance of a predictive model versus prescription-based thresholds in identifying patients at risk of fatal opioid overdose. *Substance Use & Misuse, 56*(3), 396-403. https://doi.org/10.1080/10826084.2020.1868520.

123. **Ackerman, B., Siddique, J., & **Stuart, E. A.** (2021). Calibrating validation samples when accounting for measurement error in intervention studies. *Statistical methods in medical research*, *30*(5), 1235–1248. https://doi.org/10.1177/0962280220988574.

124. Power, M.C., Bennett, E., Glymour, M.M., Gianattasio, K.Z., Couper, D., Mosley, T.H., Jr., Gottesman, R.F., Griswold, M.E., Wei, J., Mehrotra, M. and **Stuart, E.A.** (2020), Assessing the generalizability of findings from the Alzheimer's Disease Neuroimaging Initiative to the Atherosclerosis Risk in Communities study cohort. *Alzheimer's & Dementia: The Journal of the Alzheimer's Association*, *16*: e038874. https://doi.org/10.1002/alz.038874.

125. **Riehm, K. E., Holingue, C., Smail, E. J., Kapteyn, A., Bennett, D., Thrul, J., Kreuter, F., McGinty, E. E., Kalb, L. G., Veldhuis, C. B., Johnson, R. M., Fallin, M. D., & **Stuart, E. A.** (2021). Trajectories of Mental Distress Among U.S. Adults During the COVID-19 Pandemic. *Annals of behavioral medicine : a publication of the Society of Behavioral Medicine*, *55*(2), 93–102. https://doi.org/10.1093/abm/kaaa126.

126. **Riehm, K.E., **Brenneke, S.G., Adams, L.B., Gilan, D., Lieb, K., Kunzler, A.M., **Smail, E.J., Holingue, C., **Stuart, E.A**., Kalb, L.G., and Thrul, J. (2020). Association between psychological resilience and changes in mental distress during the COVID-19 pandemic. *Journal of Affective Disorders 282*: 381-385. https://pubmed.ncbi.nlm.nih.gov/33421866/

127. Krawczyk, N., Garrett, B., Ahmad, N. J., Patel, E., Solomon, K., **Stuart, E. A.**, & Saloner, B. (2021). Medications for opioid use disorder among American Indians and Alaska natives: Availability and use across a national sample. *Drug and alcohol dependence, 220,* 108512. https://doi.org/10.1016/j.drugalcdep.2021.108512

128. McGinty, E.E., Tormohlen, K.N., Barry, C.L., Bicket, M.C., Rutkow, L., **Stuart, E. A.** Protocol: mixed-methods study of how implementation of US state medical cannabis laws affects treatment of chronic non-cancer pain and adverse opioid outcomes. *Implementation Science. 16,* 2 (2021). https://doi.org/10.1186/s13012-020-01071-2

*129.* Ben-Michael, E., Feller, A., and **Stuart, E.A.** (2021). A trial emulation approach for policy evaluations with group-level longitudinal data. *Epidemiology. 32, 4. 533-540.* https://doi.org/0.1097/EDE.0000000000001369

130. Oh, E. S., Rosenberg, P. B., Rattinger, G. B., **Stuart, E. A.**, Lyketsos, C. G., & Leoutsakos, J. S. (2021). Psychotropic Medication and Cognitive, Functional, and Neuropsychiatric Outcomes in Alzheimer's Disease (AD). *Journal of the American Geriatrics Society*, *69*(4), 955–963. https://doi.org/10.1111/jgs.16970

131. **Ackerman, B., Lesko, C.R., Siddique, J., Susukida, R., and **Stuart, E.A.** (2021). Generalizing randomized trial findings to a target population using complex survey population data. *Statistics in Medicine. 40*(5): 1101-1120. https://onlinelibrary.wiley.com/doi/abs/10.1002/sim.8822

132. **Pittman, A., **Stuart, E.A**., and Siddique, J. (2020). Characterizing Measurement Error in Dietary Sodium in Longitudinal Intervention Studies. *Frontiers in Nutrition, 7*, 581439. https://pubmed.ncbi.nlm.nih.gov/33330581/

133. Seamans, M.J., Hong, H., **Ackerman, B., **Schmid, I., and **Stuart, E.A.** (2021). Generalizability of subgroup effects. *Epidemiology (Cambridge, Mass.), 32*(3), 389-392. https://doi.org/10.1097/EDE.0000000000001329

134. **Burgdorf, J. G., **Stuart, E. A.**, Arbaje, A. I., & Wolff, J. L. (2021). Family Caregiver Training Needs and Medicare Home Health Visit Utilization. *Medical care*, *59*(4), 341–347. https://doi.org/10.1097/MLR.0000000000001487

135. Schuler, M., Cerda, M., McGinty, E.E., **Stuart, E.A.,** and Griffin, B.A. (2020). Methodological challenges and proposed solutions for evaluating opioid policy effectiveness. *Health Services and Outcomes Research Methodology , 21(1)*, 21-41. https://doi.org/10.1007/s10742-020-00228-2

136. Kennedy-Hendricks, A., Bandara, S., Daumit, G. L., Busch, A. B., Stone, E. M., **Stuart, E. A.**, Murphy, K. A., & McGinty, E. E. (2021). Behavioral health home impact on transitional care and readmissions among adults with serious mental illness. *Health services research*, *56*(3), 432–439. https://doi.org/10.1111/1475-6773.13594

137. Wang, L., Motter, J., Bae, S., Ahn, J. B., Kanakry, J. A., Jackson, J., Schnitzler, M. A., Hess, G., Lentine, K. L., **Stuart, E. A.**, Segev, D. L., & McAdams-DeMarco, M. (2020). Induction immunosuppression and the risk of incident malignancies among older and younger kidney transplant recipients: A prospective cohort study. *Clinical transplantation*, *34*(12), e14121. https://doi.org/10.1111/ctr.14121

138. Holingue, C., Kalb, L. G., Riehm, K. E., Bennett, D., Kapteyn, A., Veldhuis, C. B., Johnson, R. M., Fallin, M. D., Kreuter, F., **Stuart, E. A.**, & Thrul, J. (2020). Mental Distress in the United States at the Beginning of the COVID-19 Pandemic. *American journal of public health*, *110*(11), 1628–1634. https://doi.org/10.2105/AJPH.2020.305857

139. **Krawczyk, N., Mojtabai, R., **Stuart, E. A.**, Fingerhood, M., Agus, D., Lyons, B. C., Weiner, J. P., & Saloner, B. (2020). Opioid agonist treatment and fatal overdose risk in a state-wide US population receiving opioid use disorder services. *Addiction* (Abingdon, England*), 115*(9), 1683–1694. https://doi.org/10.1111/add.14991

140. Austin, P.C., and **Stuart, E.A.** (2021). The effect of a constraint on the maximum number of controls matched to each treated subject on the performance of full matching on the propensity score when estimating risk differences. *Statistics in Medicine 40*(1): 101-118. https://onlinelibrary.wiley.com/doi/10.1002/sim.8764

141. Holingue, C., Badillo-Goicoechea, E., Riehm, K. E., Veldhuis, C. B., Thrul, J., Johnson, R. M., Fallin, M. D., Kreuter, F., **Stuart, E. A.**, & Kalb, L. G. (2020). Mental distress during the COVID-19 pandemic among US adults without a pre-existing mental health condition: Findings from American trend panel survey. *Preventive medicine*, *139,* 106231. https://doi.org/10.1016/j.ypmed.2020.106231

142. **Feder, K.A., Ali, M.A., Sherman, L., Letourneau, E.J., Barry, C.L., **Stuart, E.A.**, and Mutter, R. (2020) Elevated Prevalence of Antisocial Behavior in Adolescent Children Whose Mothers use Opioids. *Drug and Alcohol Dependence 215*: 108153. https://pubmed.ncbi.nlm.nih.gov/32862083/

143. French, B., and **Stuart, E.A.** (2020). Study designs and statistical methods for studies of child and adolescent health policies. *JAMA Pediatrics 174*(10): 925-927. https://jamanetwork.com/journals/jamapediatrics/article-abstract/2769691

144. **Riehm, K., **Holingue, C., Kalb, L., Bennett, D., Kapteyn, A., Jiang, Q., Veldhuis, C., Johnson, R.M., Fallin, M.D., Kreuter, F., **Stuart, E.A.,** and Thrul, J. (2020). Associations between media exposure and mental distress among U.S. adults at the beginning of the COVID-19 pandemic. *American Journal of Preventive Medicine 59*(5): 630-638. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7351429/

145. Schuler, M.S., Heins, S.E., Smart, R., Griffin, B.A., Powell, D., **Stuart, E.A.,** Pardo, B., Smucker, S., Patrick, S., Pacula, R.L., and Stein, B.D. (2020). The state of the science in opioid policy research. *Drug and alcohol dependence, 214,* 108137. https://doi.org/10.1016/j.drugalcdep.2020.108137

146. Dong, N., **Lenis, D., Nguyen, T., and **Stuart, E.A**. (2020). Using Propensity Score Analysis of Survey Data to Estimate Population Average Treatment Effects: A Case Study Comparing Different Methods. *Evaluation Review, 44*(1), 84-108. https://doi.org/10.1177/0193841X20938497

147. McCourt, A. D., Crifasi, C. K., **Stuart, E. A.,** Vernick, J. S., Kagawa, R., Wintemute, G. J., & Webster, D. W. (2020). Purchaser Licensing, Point-of-Sale Background Check Laws, and Firearm Homicide and Suicide in 4 US States, 1985-2017. *American Journal of Public Health, 110*(10), 1546–1552. https://doi.org/10.2105/AJPH.2020.305822

148. Kreuter, F., Barkay, N., Bilinski, A., Bradford, A., Chiu, S., Eliat, R., Fan, J., Galili, T., Haimovich, D., Kim, B., LaRocca, S., Li, Y., Morris, K., Presser, S., Sarig, T., Salomon, J. A., Stewart, K., **Stuart, E. A.,** & Tibshirani, R. (2020). Partnering with a global platform to inform research and public policy making. *Survey Research Methods*, *14*(2), 159-163. https://doi.org/10.18148/srm/2020.v14i2.7761

149. Nguyen, T.Q., **Schmid, I., and **Stuart, E.A.** (2021). Clarifying causal mediation analysis for the applied researcher: Defining effects based on what we want to learn. *Psychological Methods, 26*(2), 255. https://pubmed.ncbi.nlm.nih.gov/32673039/

150. Dahabreh, I. J., Haneuse, S., Robins, J. M., Robertson, S. E., Buchanan, A. L., **Stuart, E. A.,** & Hernán, M. A. (2021). Study Designs for Extending Causal Inferences From a Randomized Trial to a Target Population. *American Journal of Epidemiology*, *190*(8), 1632–1642. https://doi.org/10.1093/aje/kwaa270
.* One of 10 American Journal of Epidemiology 2021 articles of the year.

151. Rudolph, K. E., Goin, D. E., & **Stuart, E. A.** (2020). The Peril of Power: A Tutorial on Using Simulation to Better Understand When and How We Can Estimate Mediating Effects. *American Journal of Epidemiology*, *189*(12), 1559–1567. https://doi.org/10.1093/aje/kwaa083

152. **Schmid, I., Rudolph, K.E., Nguyen, T.Q., Hong, H., Seamans, M.J., **Ackerman, B., **Stuart, E.A.** (2022). Comparing the performance of statistical methods that generalize effect estimates from randomized controlled trials to much larger target populations. *Communications in Statistics-Simulation and Computation, 51*(8), 4326-4348. https://doi.org/10.1080/03610918.2020.1741621

153. Rathbun, A., Shardell, M.D., Ryan, A.S., Yau, M.S., Gallo, J.J., Schuler, M.S., **Stuart, E.A.,** and Hochberg, M.C. (2020). Association between Disease Progression and Depression Onset in Persons with Radiographic Knee Osteoarthritis. *Rheumatology 59*(11) : 3390-3399. https://doi.org/10.1093/rheumatology/keaa141

154. Amoah, J., **Stuart, E. A.**, Cosgrove, S. E., Harris, A. D., Han, J. H., Lautenbach, E., & Tamma, P. D. (2020). Comparing Propensity Score Methods Versus Traditional Regression Analysis for the Evaluation of Observational Data: A Case Study Evaluating the Treatment of Gram-Negative Bloodstream Infections. *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America, 71*(9), e497–e505. https://doi.org/10.1093/cid/ciaa169

155. Nguyen, T. Q., & Stuart, E. A. (2020). Propensity Score Analysis With Latent Covariates: Measurement Error Bias Correction Using the Covariate's Posterior Mean, aka the Inclusive Factor Score. *Journal of Educational and Behavioral Statistics*, *45*(5), 598–636. https://doi.org/10.3102/1076998620911920

156. McGinty, E. E., Stone, E. M., Kennedy-Hendricks, A., Bandara, S., Murphy, K. A., **Stuart, E. A.**, Rosenblum, M. A., & Daumit, G. L. (2020). Effects of Maryland's Affordable Care Act Medicaid Health Home Waiver on Quality of Cardiovascular Care Among People with Serious Mental Illness. *Journal of General Internal Medicine*, *35*(11), 3148–3158. https://doi.org/10.1007/s11606-020-05690-9

157. Flores, J., Swartz, K., **Stuart, E.A.**, and Wilcox, H. (2020). Co-occurring risk factors among US high school students at risk for suicidal thoughts and behaviors. *Journal of affective disorders, 266,* 743-752. https://doi.org/10.1016/j.jad.2020.01.177

158. Krawczyk, N., Mojtabai, R.M., **Stuart, E.A.**, Fingerhood, M., Agus, D., Lyons, B.C., Weiner, J., and Saloner, B. (2020).  Opioid agonist treatment and fatal overdose risk in a statewide U.S. population receiving opioid use disorder services. *Addiction 115*(9): 1683-1694. https://doi.org/10.1111/add.14991

159. Rudolph, K.E., Ahern, J., Stiles, J.L., Schmidt, N., and **Stuart, E.A.** (2020). Using transportability to understand differences in mediation mechanisms across trial sites: applying a novel estimation approach to a large-scale housing voucher experiment. *Epidemiology 31*(4) : 523-533. 10.1097/EDE.0000000000001191

160. Bandara, S.N., Kennedy-Hendricks, A., **Stuart, E.A.,** Barry, C.L., Abrams, M.T., Daumit, G.L., and McGinty, E.E. (2020). The Effects of the Maryland Medicaid Health Home Waiver on Emergency Department and Inpatient Utilization Among Individuals with Serious Mental Illness. *General Hospital Psychiatry.* 2020; 64 : 99-104. https://doi.org/10.1016/j.genhosppsych.2019.12.004

161. Webster, D., McCourt, A., Crifasi, C., Booty, M., and **Stuart, E.A.**  (2020). Evidence Concerning the Regulation of Firearms Design, Sale, and Carrying on Fatal Mass Shootings in the United States. *Criminology & Public Policy.* 19:1:171-212. https://doi.org/10.1111/1745-9133.12487

162. Murphy, K. A., Daumit, G. L., Bandara, S. N., Stone, E. M., Kennedy-Hendricks, A., **Stuart, E. A.**, Pollack, C. E., & McGinty, E. E. (2020). Association Between the Maryland Medicaid Behavioral Health Home Program and Cancer Screening in People With Serious Mental Illness. *Psychiatric services (Washington, D.C.), 71*(6), 608–611. https://doi.org/10.1176/appi.ps.201900299

*163.* Mendelson, T., Clary, L., Sibinga, E., Tandon, S.D., Musci, R., Mmari, K., Salkever, D., **Stuart, E.A.**, and Ialongo, N. (2020). A randomized controlled trial of a trauma-informed school prevention program for urban youth: Rationale, design, and methods. *Contemporary Clinical Trials* 90: 105895. https://doi.org/10.1016/j.cct.2019.105895

164. Dahabreh, I., Hernan, M., Robertson, S., Steingrimsson, J., and **Stuart, E.A.** (2020). Extending inferences from a randomized trial to a new target population. *Statistics in Medicine*. 39:14:1999-2014. https://doi.org/10.1002/sim.8426

165. Heyward, J., Olson, L., Sharfstein, J. M., **Stuart, E. A.**, Lurie, P., & Alexander, G. C. (2020). Evaluation of the Extended-Release/Long-Acting Opioid Prescribing Risk Evaluation and Mitigation Strategy Program by the US Food and Drug Administration: A Review. *JAMA internal medicine*, *180*(2), 301–309. https://doi.org/10.1001/jamainternmed.2019.5459

166. **Cowling, K., **Stuart, E.A.,** Neff, R.,A., Vernick, J., Magraw, D, and Pollack Porter, K. (2020). The relationship between joining a U.S. free trade agreement (FTA) and processed food sales, 2002-2016: a comparative interrupted time-series analysis. *Public Health Nutrition*. 23:9:1609-1617. https://doi.org/10.1017/S1368980019003999

167. **Parekh, J., **Stuart, E.A.,** Blum, R., Caldas, V., Whitfield, B., Jennings, J.M. (2019). Addressing the adherence-adaptation debate : Lessons from the replication of an evidence-based sexual health program in school settings. *Prevention Science*. *20*(7):1074-1088. https://doi.org/ 10.1007/s11121-019-01032-2

168. **Feder, K. A., Mojtabai, R., Stuart, E. A., Musci, R., & Letourneau, E. J. (2020). Florida's Opioid Crackdown and Mortality From Drug Overdose, Motor Vehicle Crashes, and Suicide: A Bayesian Interrupted Time-Series Analysis. *American journal of epidemiology*, *189*(9), 885–893. https://doi.org/10.1093/aje/kwaa015

169. Sharifi, V., Shahrivar, Z., Zarafshan, H., Ashkezary, S.B., **Stuart, E.**, Mojtabai, R., and Wissow, L. (2019). Collaborative care for child and youth mental health problems in a middle-income country: study protocol for a randomized controlled trial training general practitioners. *Trials* 20: 405. https://www.ncbi.nlm.nih.gov/pubmed/31287011

170. **Knapp, E.A., Wendy L. Bennett, Renee F. Wilson, Allen Zhang, Eva Tseng, Lawrence j. Cheskin, Eric B.Bass, Hadi Kharrazi, **Stuart, E. A.** (2019). Methods and risks of bias in natural experiments in obesity: Opportunities for the future informed by a systematic review. *Obesity, 27*(12), 1950-1957. https://doi.org/10.1002/oby.22645

171. **Shelley, K., Peters, D., Baqui, A., **Stuart, E.A.**, Mpembeni, R., Frumence, G., and Killewo, J. (2019). Integrating community health worker roles to improve facility delivery utilization in Tanzania: evidence from an interrupted time series analysis. *Maternal and child health journal, 23*, 1327-1338. https://www.ncbi.nlm.nih.gov/pubmed/31228143

172. Mayo-Wilson E*, Fusco N*, Li T, Hong H, Canner JK, Dickersin K for the MUDS investigators (2019). Harms are assessed inconsistently and reported inadequately Part 1: Systematic adverse events. *Journal of Clinical Epidemiology 113*: 20-27. https://doi.org/10.1016/j.jclinepi.2019.04.022

173. Mayo-Wilson E*, Fusco N*, Li T, Hong H, Canner JK, Dickersin K for the MUDS investigators (2019). Harms are assessed inconsistently and reported inadequately Part 2: Non-systematic adverse events. *Journal of Clinical Epidemiology*. 113: 11-19. https://doi.org/10.1016/j.jclinepi.2019.04.020

174. Samples, H., **Stuart, E.A.**, Saloner, B., Barry, C.L., Mojtabai, R. (2020). The Role of Screening in Depression Diagnosis and Treatment in a Representative Sample of U.S. Primary Care Visits. *Journal of General Internal Medicine 35*(1): 12-20. https://www.ncbi.nlm.nih.gov/pubmed/31388917

E.A. Stuart

175. Orr, L.L., Olsen, R.B., Schmid, I., Shivji, A., Bell, S., and **Stuart, E.A.** (2019). Using the results from rigorous multi-site evaluations to inform local policy decisions. *Journal of Policy Analysis and Management*. 38:4: 978-1003. https://doi.org/10.1002/pam.22154

176. Rathbun, A. M., Schuler, M. S., Stuart, E. A., Shardell, M. D., Yau, M. S., Gallo, J. J., Ryan, A. S., & Hochberg, M. C. (2020). Depression Subtypes in Individuals With or at Risk for Symptomatic Knee Osteoarthritis. *Arthritis care & research*., *72* (5), 669–678. https://doi.org/10.1002/acr.23898

177. Li, P., and **Stuart, E.A.** (2019). Best (but oft-forgotten) practices: Missing data methods in randomized controlled nutrition trials. *The American Journal of Clinical Nutrition*. 109:3: 504–508, https://doi.org/10.1093/ajcn/nqy271

178. Samples, H., **Stuart, E.A.**, and Olfson, M. (2019). Opioid Use, Misuse, and Suicidal Behaviors in a Nationally Representative Sample of U.S. Adults. *American Journal of Epidemiology 188*(7): 1245-1253. https://www.ncbi.nlm.nih.gov/pubmed/30834448

179. Siddique, J., Daniels, M., Carroll, R., Trivellore, R., and **Stuart, E.A.** (2019). Measurement error correction and sensitivity analysis in longitudinal dietary intervention studies using an external validation study. *Biometrics*. 75(3):927-937. https://doi.org/10.1111/biom.13044

180. Goldstein, BA, Phelan, M, Pagidipati, NJ, Holman, RR., Pencina, MJ, and **Stuart, EA**. (2019). An Outcome Model Approach to Transporting a Randomized Controlled Trial Results to a Target Population. *Journal of the American Medical Informatics Association*. 26:5: 429–437. https://doi.org/10.1093/jamia/ocy188

181. Nguyen, T. Q., Ackerman, B., Schmid, I., Cole, S., **Stuart, E.A**. (2019). Sensitivity analyses for effect modifiers not observed in the target population when generalizing treatment effects from a randomized controlled trial: Assumptions, models, effect scales, data scenarios, and implementation details. *PLoS ONE 13(12),* e0208795. https://doi.org/10.1371/journal.pone.0208795

182. Rosenblum, M., Miller, P., Reist, B.M., **Stuart, E.A.**, Thieme, M.T., and Louis, T.A. (2019). Adaptive design in surveys and clinical trials: similarities, differences and opportunities for cross-fertilization. *Journal of the Royal Statistical Society Series A: Statistics in Society, 182*(3), 963-982. https://doi.org/10.1111/rssa.12438

183. Resnick, B., Sharfstein, J.M., Morlock, L., Stuart, E.A., Spencer, M., and Diener-West, M. (2019). PH WINS and the future of public health education. *Journal of Public Health Management and Practice 25*: S10-S12. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6519884/

184. **Ackerman, B., Schmid, I., Rudolph, K. E., Seamans, M. J., Susukida, R., Mojtabai, R., & **Stuart, E. A.** (2019). Implementing statistical methods for generalizing randomized trial findings to a target population. *Addictive behaviors, 94*, 124-132. https://doi.org/10.1016/j.addbeh.2018.10.033

185. Townsend, L., Beaudry, M.B., Schweizer, B., Swartz, K., Wilcox, H., **Stuart, E.A.**, Musci, R., Heley, K., and Ruble, A. (2019). Gender differences in depression literacy and stigma after a randomized controlled evaluation of a universal depression education program. *Journal of Adolescent Health, 64*(4), 472-477. https://doi.org/10.1016/j.jadohealth.2018.10.298

186. Rudolph, K., Goin, D., Paksarian, D., Crowder, R., Merikangas, K., and **Stuart, E.A.** (2019). Causal mediation analysis with observational data: considerations and illustration

examining mechanisms linking neighborhood poverty to adolescent substance use. *American Journal of Epidemiology. 1*;188(3):598-608. https://doi.org/10.1093/aje/kwy248

187. Cowling, K., **Stuart, E.A.**, Neff, R., Magraw, D., Vernick, J., and Pollack Porter, K. The impacts of joining the World Trade Organization (WTO) on non-communicable disease risk factors: a natural experiment, 1980-2013 (NCD) Research. *Bulletin of the World Health Organization.* https://www.who.int/bulletin/volumes/97/2/18-218057.pdf

188. Dahabreh, I., Robertson, S., **Stuart, E.A.**, Hernan, M., and Tchetgen Tchetgen, E. (2018). Generalizing causal inferences from individuals in randomized trials to all trial-eligible individuals. *Biometrics.* 75:2: 685-69.4 https://doi.org/10.1111/biom.13009

189. Westreich, D., Edwards, J., Lesko, C., Cole, S., and **Stuart, E.A.** (2019). Target validity and the hierarchy of study designs. *American journal of epidemiology, 188*(2), 438-443. https://doi.org/10.1093/aje/kwy228

190. Hong, H., Aaby, D.A., Siddique, J., and **Stuart, E.A**. (2018). Propensity score-based estimators with multiple error-prone covariates. *American Journal of Epidemiology, 188*:1222–230, https://doi.org/10.1093/aje/kwy210

191. Rathbun, A., Shardell, M., **Stuart, E.A.**, Gallo, J., Schuler, M., Hochberg, M., and Yau, M. (2018). Pain Severity as a Mediator of the Association between Depressive Symptoms and Physical Performance in Knee Osteoarthritis. *Osteoarthritis and Cartilage, 26(11), 1453-1460.* https://www.ncbi.nlm.nih.gov/pubmed/30092262

192. Kohler, U., Kreuter, F., and **Stuart, E.A.** (2019). Nonprobability sampling and causal analysis. *Annual Reviews of Statistics and its Application, 6,* 149-172. https://doi.org/10.1146/annurev-statistics-030718-104951

193. **\*\*Raghavan, K.**, Wang, X., Paige, D., **Stuart, E.A.**, Wang, G., Hong, X., Ji, Y., and Fallin, D.M. (2019). Cord and early childhood plasma adiponectin levels and autism risk: a prospective birth cohort study. *Journal of autism and developmental disorders, 49*, 173-184. https://doi.org/10.1007/s10803-018-3688-5

194. McDowell MJ, Busch AB, Sen AP, **Stuart EA**, Riedel L, Barry CL, Huskamp HA. (2018). Participation in Accountable Care Organizations Among Hospitals Offering Substance Use Disorder and Mental Health Services. *Psychiatric Services, 69*(11), 1131-1134. https://doi.org/10.1176/appi.ps.201800248

195. Crum, R.M., Green, K.M., **Stuart, E.A.**, La Flair, L.N., Kealhofer, M., Young, A.S., \*\*Krawczyk, N., \*\*Tormohlen, K., Storr, C.L., Alvanzo, A.A.H., Mojtabai, R., Pacek, L.R., Cullen, B.A., and Reboussin, B.A. (2018). Transitions through stages of alcohol involvement: The potential role of mood disorders. *Drug and Alcohol Dependence 189*: 116-124. https://doi.org/10.1016/j.drugalcdep.2018.02.027

196. Callahan, K., and **Stuart, E.A.** (2018). Bringing Evidence to Bear on Public Health in the United States. *Public Health Reports 133*(1): Supplement 20S-24S. https://doi.org/10.1177/0033354918788879

197. \*\*Lenis, D., \*\*Ackerman, B. and **Stuart, E.A**. (2019). Measuring Model Misspecification: Application to Propensity Score Methods with Complex Survey Data. *Computational statistics & data analysis, 128,* 48-57. https://doi.org/10.1016/j.csda.2018.05.003

198. Bennett, W.L., Wilson, R.F., Zhang, A., Tseng, E., **Knapp, E.A., Kharrazi, H., **Stuart, E.A**., Shogbesan, O., Bass, E.B., and Cheskin, L.J. (2018). Methods for evaluating natural experiments in obesity: A systematic review. *Annals of Internal Medicine, 168*(11), 791-800. http://pubmed.com/29710087

199. Kennedy-Hendricks, A., Epstein, A.J., **Stuart, E.A.,** Haffajee, R., McGinty, E.E., Busch, A.B., Huskamp, H., and Barry, C.L. (2018). Federal parity and spending for mental illness. *Pediatrics, 142*(2). https://pediatrics.aappublications.org/content/142/2/e20172618.long

200. Mitchell, S., Gelman, A., Ross, R., Chen, J., Bari, S., Huynh, U.K., Harris, M.W., Sachs, S.E., **Stuart, E.A.,** Feller, A., Makela, S., Zaslavsky, A.M., McClellan, L., Ohemeng-Dapaah, S., Namakula, P., Palm, C.A., and Sachs, J.D. (2018). The Millennium Villages Project: A retrospective, observational, endline evaluation. *The Lancet Global Health. 6*: e500-e513. http://www.thelancet.com/journals/langlo/article/PIIS2214-109X(18)30065-2/fulltext

201. **Susukida, R., Crum, R., **Stuart, E.A**., and Mojtabai, R. (2018). Generalizability of the findings from a randomized controlled trial of a web-based substance use disorder intervention. *The American Journal on Addictions, 27*(3), 231-237. https://doi.org/10.1111/ajad.12714

202. Stern, H. Blower, D., Cohen, M.L., Czeisler, C., Dinges, D.F., Greenhouse, J.B., Guo, F., Hanowski, R.J., Hartenbaum, N.P., Krueger, G.P., Mallis, M.M., Pain, R.F., Rizzo, M., Sinha, E., Small, D.S., **Stuart, E.A**., and Wegman, D.H. (2019). Data and Methods for Studying Commercial Motor Vehicle Driver Fatigue, Highway Safety and Long-Term Driver Health. *Accident Analysis & Prevention, 126*, 37-42. https://doi.org/10.1016/j.aap.2018.02.021

203. Tein*, J.-Y., Mazza*, G. L., Gunn, H. J., Kim, H., **Stuart, E. A**., Sandler, I. N., & Wolchik, S. A. (2018). Multigroup propensity score approach to evaluating an effectiveness trial of the new beginnings program. *Evaluation & the health professions, 41*(2), 290-320. (*: Equal contributions by the authors.) https://doi.org/10.1177/0163278718763499

204. McGinty EE, **Stuart EA**, Alexander GC, Barry CL, Bicket MC, Rutkow L. (2018). Protocol: mixed-methods study to evaluate implementation, enforcement, and outcomes of US state laws intended to curb high-risk opioid prescribing. *Implementation Science, 13,* 1-10. https://implementationscience.biomedcentral.com/articles/10.1186/s13012-018-0719-8

205. Werner, R., **Stuart, E.A**., and Kontezka, T. (2018). The effect of integration of hospitals and post-acute care providers on Medicare payment and patient outcomes. *Journal of Health Economics. 61*: 244-258. https://doi.org/10.1016/j.jhealeco.2018.01.005

206. Nguyen, T.Q., Johnson, R., Ebnesajjad, C., **Stuart, E.A.**, and Kennedy, R.D. Does Marijuana Use at Ages 16-18 Predict Initiation of Daily Cigarette Smoking in Late Adolescence and Early Adulthood? A Propensity Score Analysis of Add Health Data. *Prevention Science, 20,* 246-256. https://doi.org/10.1007/s11121-018-0874-9

207. Rathbun, A.M., Shardell, M., **Stuart, E.A**., Baldini, A., Orwig, D., Ostir, G., Hicks, G., Hochberg M., and Magaziner, J. (2018). Persistence of Depressive Symptoms and Gait Speed Recovery in Older Adults after Hip Fracture. *International Journal of Geriatric Psychiatry, 33*(7), 875-882. https://doi.org/10.1002/gps.4864

208. Susukida, R., Crum, R., **Stuart, E.A.,** and Mojtabai, R. (2018). Comparing

pharmacological treatments for cocaine dependence: Incorporation of methods for enhancing generalizability in meta-analytic studies. *International Journal of Methods in Psychiatric Research, 27*(4), e1609. https://doi.org/10.1002/mpr.1609.

209. Rathbun, A. M., **Stuart, E. A.,** Shardell, M., Yau, M. S., Baumgarten, M., & Hochberg, M. C. (2018). Dynamic effects of depressive symptoms on osteoarthritis knee pain. *Arthritis care & research, 70*(1), 80-88. http://www.ncbi.nlm.nih.gov/pubmed/28320048.

210. Stoto, M., Oakes, M., **Stuart, E.**, Savitz, L., Priest, E.L., Zurovac, J. (2017). Analytical Methods for a Learning Health System: 1. Framing the Research Question. *eGEMs (Generating Evidence & Methods to improve patient outcomes)*, *5*(1): 28. http://egems.academyhealth.org/articles/abstract/10.5334/egems.250.

211. Stoto, M., Oakes, M., **Stuart, E.**, Priest, E.L., Savitz, L. (2017). Analytical Methods for a Learning Health System: 2. Design of Observational Studies. *eGEMs (Generating Evidence & Methods to improve patient outcomes)*. 5(1): 29. http://egems.academyhealth.org/articles/abstract/10.5334/egems.251.

212. Stoto, M., Oakes, M., **Stuart, E.**, Brown, R., Zurovac, J., Priest, E.L. (2017). Analytical Methods for a Learning Health System: 3. Analysis of Observational Studies. *eGEMs (Generating Evidence & Methods to improve patient outcomes)*. 5(1): 30. http://egems.academyhealth.org/articles/abstract/10.5334/egems.252.

213. Austin, P.C., and **Stuart, E.A.** (2017). Estimating of the effect of treatment on binary outcomes using full matching on the propensity score. *Statistical Methods in Medical Research* 26(6): 2505-25. http://www.ncbi.nlm.nih.gov/pubmed/26329750.

214. Jackson, J.J., Schmid, I., and **Stuart, E.A.** (2017). Propensity scores in pharmacoepidemiology: Beyond the horizon. *Current Epidemiology Reports*, *4*, 271-280. http://link.springer.com/article/10.1007/s40471-017-0131-y.

215. **Lenis, D., Nguyen, T.Q., Dong, N., and **Stuart, E.A.** (2019). It's all about balance: propensity score matching in the context of complex survey data. *Biostatistics, 20*(1), 147-163. https://academic.oup.com/biostatistics/article/20/1/147/4780267

216. Waasdorp, T. E., Berg, J., Debnam, K. J., **Stuart, E. A.** & Bradshaw, C. P. (2018) Comparing Social, Emotional, and Behavioral Health Risks among Youth Attending Public versus Parochial Schools. *Journal of School Violence, 17*(3), 381-391. http://www.tandfonline.com/doi/abs/10.1080/15388220.2017.1387130.

217. Donohue JM, Barry CL, **Stuart EA**, Greenfield SF, Song Z, Chernew ME, Huskamp HA. (2017). Effects of global payment and accountable care on medication treatment for alcohol and opioid use disorders. *Journal of Addiction Medicine*, *12*(1), 11-18. http://www.ncbi.nlm.nih.gov/pubmed/29189295.

218. Raghavan, K., Riley, A.W., Volk, H., Caruso, D., Hironaka, L., Sices, L., Hong, X., Wang, G., Ji, Y., Brucato, M., Wahl, A., Stivers, T., Pearson, C., Zuckerman, B., **Stuart, E.A.,** Landa, R., Fallin, M.D., and Wang, X. (2018). Maternal multivitamin intake, plasma folate and vitamin B12 levels and autism spectrum disorder risk in offspring. *Pediatric and perinatal epidemiology, 32*(1), 100-111. http://onlinelibrary.wiley.com/doi/10.1111/ppe.12414/full.

219. Huskamp H.A., Samples, H., Hadland, S.E., McGinty, E.E., Gibson, T.B., Goldman, H.H., Busch, S.H., **Stuart, E.A.,** and Barry, C.L. (2018). Mental Health Spending and Intensity of Service Use following Federal Parity for Individuals Diagnosed with Eating Disorders. *Psychiatric services (Washington, DC), 69*(2), 217.

http://www.ncbi.nlm.nih.gov/pubmed/29137561 .

220. Brucato, M. Ladd-Acosta, C., Li, M., Caruso, D., Hong, X., Kaczaniuk, J., **Stuart, E.A.**, Fallin, M.D., and Wang, X. (2017). Prenatal exposure to fever is associated with autism spectrum disorder in the Boston Birth Cohort. *Autism Research* *10*(11): 1878-90. PMCID: PMC5685874. http://www.ncbi.nlm.nih.gov/pubmed/28799289 .

221. Mayo-Wilson, E., et al. (2017). Cherry-picking by trialists and meta-analysts can drive conclusions about intervention efficacy. *Journal of Clinical Epidemiology* *91*: 95-110. PMID: 28842290. http://www.ncbi.nlm.nih.gov/pubmed/28842290 .

222. Joyce, N.R., Huskamp, H.A., Hadland, S.E., Donohue, J.M., Greenfield, S.F., **Stuart, E.A.,** and Barry, C.L. (2017). The Alternative Quality Contract: Impact on Service Use and Spending for Children with ADHD. *Psychiatric Services* *68*(12): 1210-12. PMID: 29137554. http://www.ncbi.nlm.nih.gov/pubmed/29137554 .

223. **Stuart, E.A.,** Ackerman, B., and Westreich, D. (2017). Generalizability of randomized trial results to target populations: Design and analysis possibilities. *Research on Social Work Practice, 28*(5), 532-537. http://journals.sagepub.com/doi/abs/10.1177/1049731517720730

224. Johnston, S., Salkever, D., Ialongo, N., Slade, E., and **Stuart, E.A.** (2017). Estimating the Economic Value of Information for Screening in Disseminating and Targeting Effective School-based Preventive Interventions: An Illustrative Example. *Administration and Policy in Mental Health and Mental Health Services Research* *44*(6): 932-42. http://www.ncbi.nlm.nih.gov/pubmed/28689292 .

225. Rudolph, K., and **Stuart, E.A.** (2018). Using sensitivity analyses for unobserved confounding to address covariate measurement error in propensity score methods. Forthcoming in *American Journal of Epidemiology, 187*(3), 604-613. http://www.ncbi.nlm.nih.gov/pubmed/28992211 .

226. Busch, S.H., McGinty, E.E., **Stuart, E.A.,** Huskamp, H.A., Gibson, T.B., Goldman, H.H., and Barry, C.L. (2017). Was Federal Parity Associated with Changes in Out-of-network Mental Health Care Use and Spending? *BMC Health Service Research* *17*(1): 315. http://www.ncbi.nlm.nih.gov/pubmed/28464814 .

227. McDonald EM, Davani A, Price A, Mahoney P, Shields W, Musci RJ, Solomon BS, **Stuart EA**, Gielen AC. (2017). Health education intervention promoting infant safe sleep in paediatric primary care: randomised controlled trial. *Injury Prevention, 25*(3), 146-151. http://www.ncbi.nlm.nih.gov/pubmed/28939661 .

228. **Kalb, L., **Stuart, E.A.,** Mandell, D., Olfson, M., & Vasa, R. (2017). Management of Mental Health Crises among Children with and without Autism Spectrum Disorder: A National Survey of Child Psychiatrists. *Psychiatric Services 68*(10): 1039-45. PMID: 28566025. http://www.ncbi.nlm.nih.gov/pubmed/28566025 .

229. Mojtabai, R., **Stuart, E.A.**, Hwang, I., Eaton, W.W., Sampson, N., Kessler, R.C (2017). Long-Term Effects of Mental disorders on Marital Outcomes in the National Comorbidity Survey Ten-Year Follow-up. *Social Psychiatry and Psychiatric Epidemiology 52(*10): 1217-26. PMID: 28378065. http://www.ncbi.nlm.nih.gov/pubmed/28378065 .

230. Austin, P., and **Stuart, E.A.** (2017). The performance of inverse probability of treatment weighting (IPTW) and full matching on the propensity score in the presence of model misspecification when estimating the effect of treatment on survival outcomes. *Statistical Methods in Medical Research 26*(4): 1654-70. PMCID: PMC5564952. http://www.ncbi.nlm.nih.gov/pubmed/25934643 .

231. **Susukida, R., Crum, R., Ebnesajjad, C., **Stuart, E.A.**, and Mojtabai, R. (2017). Generalizability of Findings from Randomized Controlled Trials: Application to the National Institute of Drug Abuse Clinical Trials Network. *Addiction 112*(7): 1210-1219. PMCID: PMC5461185. http://www.ncbi.nlm.nih.gov/pubmed/28191694 .

232. Townsend, L., Musci, R., **Stuart, E.A.**, Ruble, A., and Beadreau, M. (2017). The Association between School Climate, Depression Literacy, and Mental Health Stigma among High School Students. *Journal of School Health 87*(8): 567-74. PMCID: PMC5520658. http://www.ncbi.nlm.nih.gov/pubmed/28691174 .

233. Franklin JM, Eddings W, Austin PC, **Stuart EA,** Schneeweiss S. (2017). Comparing the performance of propensity score methods in healthcare database studies with rare outcomes. *Statistics in Medicine 36*(12): 1946-63. PMID: 28208229. http://www.ncbi.nlm.nih.gov/pubmed/28208229 .

234. **Stuart, E.A.,** McGinty, E.E., **Kalb, L., Huskamp, H.A., Busch, S.H., Gibson, T.B., Goldman, H., and Barry, C.L. (2017). Increased Service Use Among Children With Autism Spectrum Disorder Associated With Mental Health Parity Law. *Health Affairs* (Millwood) *36*(2): 337-345. PMID: 28167724. http://www.ncbi.nlm.nih.gov/pubmed/28167724 .

235. Westreich, D., Edwards, J.K., Lesko, C.R., **Stuart, E.A.,** and Cole, S.R. (2017). Transportability of trial results using inverse odds of sampling weights. *American Journal of Epidemiology 186*(8): 1010-1014. http://www.ncbi.nlm.nih.gov/pubmed/28535275 .

236. Nguyen, T.Q., Cole, S., Ebnesajjad, C., and **Stuart, E.A.** (2017). Sensitivity Analysis for an Unobserved Moderator in RCT-to-Target-Population Generalization of Treatment Effects. *The Annals of Applied Statistics 11*(1): 225-247. http://projecteuclid.org/euclid.aoas/1491616879 .

237. Gibbs, H.G., McLernon, T., Call, R., Outten, K., Efird, L., Doyle, P.A., **Stuart, E.A.,** Mathioudakis, N., Glasgow, N., Joshi, A., George, P., Feroli, B., Zink, E.K. (2017). A randomized-controlled evaluation of an insulin pen storage policy. *American Journal of Health-System Pharmacy 74*: 2054-2059. PMID: 29222362. http://www.ncbi.nlm.nih.gov/pubmed/29222362 .

238. Tung, G.J., Vernick, J.S., **Stuart, E.A.,** Webster, D.W., and Gielen, A.C. (2017). Federal Actions to Incentivize State Adoption of 0.08g/dl Blood Alcohol Concentration Laws. *Injury Prevention 23*(5):309-13. http://www.ncbi.nlm.nih.gov/pubmed/27799290 .

239. Mercer, A., Kreuter, F., Keeter, S., and **Stuart, E.A**. (2017). Theory and Practice in Non-Probability Surveys: Parallels Between Causal Inference and Survey Inference. *Public Opinion Quarterly 81*: 250-279. (With invited discussion and rejoinder). http://doi.org/10.1093/poq/nfw060 .

240. **Lenis, D., Ebnesajjad, C.E., and **Stuart, E.A.** (2017). A doubly robust estimator for the average treatment effect in the context of a mean-reverting measurement error. *Biostatistics* 18(2): 325-337. https://doi.org/10.1093/biostatistics/kxw046

241. **Stuart, E.A.**, Barry, C.L., Donohue, J.M., Greenfield, S.F., Duckworth, K., Song, Z., Kouri,

E.A. Stuart

E.M., Ebnesajjad, C., Mechanic, R., Chernew, M.E., and Huskamp, H.A. (2017). Effects of accountable care and payment reform on substance use disorder treatment: Evidence from the initial three years of the Alternative Quality Contract. *Addiction* 112(1): 124-133. PMCID: PMC5148657. http://www.ncbi.nlm.nih.gov/pubmed/27517740.

242. Ostrow, L., Penney, D., **Stuart, E.A.,** and Leaf, P.J. (2017). Web-Based Survey Data Collection with Peer Support and Advocacy Organizations: Implications of Participatory Methods. *Progress in Community Health Partnerships: Research, Education, and Action.* 11(1): 45-52. PMID: 28603150. http://www.ncbi.nlm.nih.gov/pubmed/28603150.

243. Hong, H., Rudolph, K.E., and **Stuart, E.A.** (2017). Bayesian approach for addressing differential covariate measurement error in propensity score methods. *Psychometrika.* 82(4): 1078-1096. PMCID: PMC5391318. http://www.ncbi.nlm.nih.gov/pubmed/27738956.

244. **Stuart, E.A.,** Bell, S.H., Ebnesajjad, C., Olsen, R.B., and Orr, L.L. (2017). Characteristics of school districts that participate in rigorous national educational evaluations. *Journal of Research on Educational Effectiveness.* 10(1): 168-206. http://www.tandfonline.com/doi/abs/10.1080/19345747.2016.1205160.

245. **Stuart, E.A.,** and \*\*Rhodes, A. (2017). Generalizing Treatment Effect Estimates from Sample to Population: A case study in the difficulties of finding sufficient data. *Evaluation Review.* 41(4): 357-388. PMID: 27491758. http://www.ncbi.nlm.nih.gov/pubmed/27491758.

246. \*\*Westlund, E., and **Stuart, E.A.** (2017). The Nonuse, Misuse, and Proper Use of Pilot Studies in Experimental Evaluation Research. *American Journal of Evaluation* 38(2): 246-261. http://journals.sagepub.com/doi/abs/10.1177/1098214016651489?ai=1gvoi&mi=3ricys&af=R

247. Gorodetski, B., Chapiro, J., Schernthaner, R., Duran, R., Lin, M., Lee, H., Lenis, D., **Stuart, E.A.,** Nonyane, B.A., Pekurovsky, V., Tamrazi, A., Gebauer, B., Schlachter, T., Pawlik, T.M., and Geschwind, J.F. (2017). Advanced-stage hepatocellular carcinoma with portal vein thrombosis: conventional versus drug-eluting beads transcatheter arterial chemoembolization. *European Radiology.* 27(2): 526-535. PMCID: PMC5470590. http://www.ncbi.nlm.nih.gov/pubmed/27277261.

248. Cheng, C., Zandi, P., **Stuart, E.A.,** Lin, C.H., Su, P.Y., Alexander, G.C., and Lan, T.H. (2017). Association between lithium use and risk of Alzheimer's Disease. *Journal of Clinical Psychiatry.* 78(2): e139-e145. PMID: 28002662. http://www.ncbi.nlm.nih.gov/pubmed/28002662.

249. Rathbun, A.M., Yau, M.S., Shardell, M., **Stuart, E.A.,** and Hochberg, M.C. (2017). Depressive symptoms and structural disease progression in knee osteoarthritis: data from the Osteoarthritis Initiative. *Clinical Rheumatology* 36(1): 155-163. PMID: 27957619. http://www.ncbi.nlm.nih.gov/pubmed/27957619.

250. Birkbak, J., **Stuart, E.A.,** Lind, B.D., Qin, P., Stenager, E., Larsen, J.J., Wang, A.G., Nielsen, A.C., Pedersen, C.M., Winslow, J-H., Langhoff, C., Muhlmann, C., Nordentoft, M., and Erlangsen, A. (2016). Psychosocial therapy and causes of death after deliberate self-harm: a register-based, nationwide multicentre study using propensity score matching. *Psychological Medicine.* 46(16): 3419-3427. PMID: 27654845. http://www.ncbi.nlm.nih.gov/pubmed/27654845.

251. Bell, S. H., and **Stuart, E. A.** (2016). On the "where" of social experiments: The nature

and extent of the generalizability problem. In L. R. Peck (Ed.), Social experiments in practice: The what, why, when, where, and how of experimental design & analysis. *New Directions for Evaluation.* 152: 47–59.
http://onlinelibrary.wiley.com/doi/10.1002/ev.20212/full .

252. Rudolph, K.E., Colson, K.E., **Stuart, E.A.**, and Ahern, J. (2016). Optimally combining propensity score subclasses. *Statistics in Medicine. 35*(27): 4937-4947. PMCID: PMC5096953. http://www.ncbi.nlm.nih.gov/pubmed/27426623 .

253. Huskamp, H., Greenfield, S.F., **Stuart, E.A.,** Donohue, J.M., Duckworth, K., Kouri, E.M., Song, Z., Chernew, M.E., and Barry, C.L. (2016). Effects of Global Payment and Accountable Care on Tobacco Cessation Service Use: An Observational Study. *Journal of General Internal Medicine. 31*(10): 1134-40. PMCID: PMC5023596.
http://www.ncbi.nlm.nih.gov/pubmed/27177915 .

254. **Hassan, A.N., **Stuart, E.A.**, and De Luca, V. (2016). Childhood maltreatment increases the risk of suicide attempt in schizophrenia. *Schizophrenia Research. 176*(2-3):572-7. PMID: 27236409. http://www.ncbi.nlm.nih.gov/pubmed/27236409 .

255. Patterson, J., **Stuart, E.A.,** and Ford, J. (2016). Use of propensity score methods to address adverse events associated with the storage time of blood in an obstetric population: a comparison of methods. *BMC Research Notes.* 9, 1-9. PMCID: PMC4962488. http://www.ncbi.nlm.nih.gov/pubmed/27461118 .

256. Westreich, D., Edwards, J.K., Rogawski, E., Hudgens, M.G., **Stuart, E.A**., and Cole, S.R. (2016). Causal impact: Epidemiological approaches for a public health of consequence. *American Journal of Public Health. 106*(6): 1011-1012. PMCID: PMC4880276.
http://www.ncbi.nlm.nih.gov/pubmed/27153017 .

257. Lamont, A., Lyons, M.D., Jaki, T., **Stuart, E.A.**, Feaster, D.J., Tharmaratnam, K., Obserski, D., Ishwaran, H., Wilson, D.K., and Van Horn, M.L. (2016). Identification of predicted individual treatment effects in randomized clinical trials. *Statistical Methods in Medical Research,* 27(1), 142-157. http://www.ncbi.nlm.nih.gov/pubmed/26988928 .

258. Wang CP, Lehman D, Lam YWF, Kuhn J, Mahalingam D, Weitman S, Lorenzo C, Downs JD, **Stuart EA**, Hernandez J, Thompson IM, Ramirez AG. (2016). Metformin for Reducing Racial/Ethnic Difference in Prostate Cancer Incidence for Men with Type 2 Diabetes. *Cancer Prevention Research. 9*(10): 779-787. PMCID: PMC5042809.
http://www.ncbi.nlm.nih.gov/pubmed/27026681 .

259. Colson, K.E., Rudolph, K.E., Zimmerman, S.C., Goin, D.E., **Stuart, E.A.**, van der Laan, M., and Ahern, J. (2016). Optimizing matching and analysis combinations for estimating causal effects. *Scientific Reports, 6*(1), 23222.
http://www.ncbi.nlm.nih.gov/pubmed/26980444 .

260. Susukida, R., Crum, R., **Stuart, E.A.**, Ebnesajjad, C., and Mojtabai, R. (2016). Assessing Sample Representativeness in Randomized Control Trials: Application to the National Institute of Drug Abuse Clinical Trials Network. *Addiction. 111*(7): 1226-1234. PMCID: PMC4899104. http://www.ncbi.nlm.nih.gov/pubmed/26825855 .

261. George, B.J., Beasley, T.M., Brown, A.W., Dawson, J., Dimova, R., Divers, J., Goldsby, T.U., Heo, M., Kaiser, K.A., Keith, S.W., Kim, M.Y., Li, P., Mehta, T., Oakes, J.M., Skinner, A., **Stuart, E.A**., and Allison, D.B. (2016). Common Scientific and Statistical Errors in Obesity Research. *Obesity. 24*: 781-790. PMCID: PMC4817356.

http://www.ncbi.nlm.nih.gov/pubmed/27028280 .

262. Kennedy-Hendricks A, Richey M, McGinty EE, **Stuart EA**, Barry CL, Webster DW. (2016). Opioid Overdose Deaths and Florida's Crackdown on Pill Mills. *American Journal of Public Health 106*(2): 291-297. PMID: 26691121.
http://www.ncbi.nlm.nih.gov/pubmed/26691121 .

263. Bell, S.H., Olsen, R.B., Orr, L.L., and **Stuart, E.A.** (2016). Estimates of external validity bias when impact evaluations select sites non-randomly. *Educational Evaluation and Policy Analysis 38*(2): 318-335.
http://journals.sagepub.com/doi/abs/10.3102/0162373715617549?journalCode=epaa .

264. Rudolph, K., Sanchez, B.N., **Stuart, E.A.**, Greenberg, B., Fujishiro, K., Wand, G.S., Shrager, S., Seeman, T., Diez Roux, A.V., and Golden, S.H. (2016). Job strain and the cortisol diurnal cycle in MESA: accounting for between- and within-day variability. *American Journal of Epidemiology 183*(5): 497-506. PMCID: PMC4772437.
http://www.ncbi.nlm.nih.gov/pubmed/26905339 .

265. Kern, H.L., **Stuart, E.A.**, Hill, J., and Green, D.P. (2016). Assessing methods for generalizing experimental impact estimates to target populations. *Journal of Research on Educational Effectiveness 9*(1): 103-127. PMCID: PMC5030077.
http://www.ncbi.nlm.nih.gov/pubmed/27668031 .

266. Barry CL, **Stuart EA**, Donohue J, Greenfield S, Kouri E, Duckworth K, Song C, Mechanic R, Chernew M, Huskamp HA. (2015). The early impact of the "Alternative Quality Contract" on Mental Health Service Use and Spending in Massachusetts. *Health Affairs 34*(12): 2077-2085. http://www.ncbi.nlm.nih.gov/pubmed/26643628 .

267. Mayo-Wilson, E., Hutfless, S., Li, T., Gresham, G., Fusco, N., Ehmsen, J., Heyward, J., Vedula, S., Lock, D., Haythornwaite, J., Payne, J.L., Cowley, T., Tolbert, E., Rosman, L., Twose, C., **Stuart, E.A.**, Hong, H., Doshi, P., Suarez-Cuervo, C., Singh, S., and Dickersin, K. (2015). Integrating multiple data sources (MUDS) for meta-analysis to improve patient-centered outcomes research: a protocol for a systematic review. *Systematic Reviews* 4: 143. PMCID: PMC4630908. http://www.ncbi.nlm.nih.gov/pubmed/26525044 .

268. Li, P., **Stuart, E.A, and** Allison, D.B. (2015). Multiple imputation: A flexible tool for handling missing data. *Journal of the American Medical Association 314(*18): 1966-1967. NIHMS ID: 731701. PMCID: PMC4638176.
http://www.ncbi.nlm.nih.gov/pubmed/26547468 .

269. Austin, P.C., and **Stuart, E.A.** (2015). Moving towards best practice when using inverse probability of treatment weighting (IPTW) using the propensity score to estimate causal treatment effects in observational studies. *Statistics in Medicine 34*(28): 3661-3679. PMCID: PMC4626409. http://www.ncbi.nlm.nih.gov/pubmed/26238958 .

270. Mojtabai, R., **Stuart, E.A**., Hwang I., Susukida, R., Eaton, W.W., Sampson, N., and Kessler, R.C. (2015). Long-Term Effects of Mental disorders on Employment in the National Comorbidity Survey Ten-Year Follow-up. *Social Psychiatry and Psychiatric Epidemiology 50*(11): 1657-1668. PMCID: PMC4618045.
http://www.ncbi.nlm.nih.gov/pubmed/26211661 .

271. Austin, P.C. and **Stuart, E.A.** (2015). Optimal full matching for survival outcomes: A method that merits more widespread use. *Statistics in Medicine 34*(30): 3949-3967. PMCID: PMC4715723. http://www.ncbi.nlm.nih.gov/pubmed/26250611 .

272. Rutkow, L., Chang, H-Y., Daubresse, M., Webster, D.W., **Stuart, E.A.**, and Alexander, G.C. (2015). Effects of Florida's prescription drug monitoring program and pill mill laws on opioid prescribing and use. *JAMA Internal Medicine 175*(10): 1642-1649. PMID: 26280092. http://www.ncbi.nlm.nih.gov/pubmed/26280092.

273. Mojtabai, R., Sampson, N.A., Hwang, I., Eaton, W.W., **Stuart, E.A.**, and Kessler, R. (2015). Long-Term Effects of Mental disorders on Educational Attainment In the National Comorbidity Survey Ten-Year Follow-up. *Social Psychiatry and Psychiatric Epidemiology 50*(10): 1577-1591. PMCID: PMC4964966. http://www.ncbi.nlm.nih.gov/pubmed/26082040.

274. Nguyen, T.Q., **Webb-Vargas, Y., Koning, I.M., and **Stuart, E.A.** (2016). Causal mediation analysis with a binary outcome and multiple continuous or ordinal mediators: Simulations and application to an alcohol intervention. *Structural equation modeling: a multidisciplinary journal, 23*(3), 368-383. http://www.ncbi.nlm.nih.gov/pubmed/27158217.

275. Kohrt, B., Burkey, M., **Stuart, E.A.**, and Koirola, S. (2015). Alternative approaches for studying humanitarian interventions: propensity score methods to evaluate reintegration packages impact on depression, PTSD, and function impairment among child soldiers in Nepal. *Global Mental Health, 2*. https://doi.org/10.1017/gmh.2015.13.

276. Slade, E.P., Goldman, H.H., Dixon, L.B., Gibbons, B., and **Stuart, E.A.** (2015). Assessing the representativeness of Medical Expenditure Panel Survey inpatient utilization data for individuals with psychiatric and non-psychiatric conditions. *Medical Care Research and Review 72*(6): 736-755. http://www.ncbi.nlm.nih.gov/pubmed/26149973.

277. **Webb-Vargas, Y., Rudolph, K.E., **Lenis, D., Murakami, P., and **Stuart, E.A** (2017). An imputation-based solution to using mismeasured covariates in propensity score analysis. *Statistical methods in medical research, 26*(4), 1824-1837. http://www.ncbi.nlm.nih.gov/pubmed/26037527.

278. Rudolph, K., **Stuart, E.A.,** Vernick, J., and Webster, D. (2015). Association between Connecticut's Permit-to-Purchase Handgun Law and Homicides. *American Journal of Public Health 105*(8): e49-54. PMCID: PMC4504296. http://www.ncbi.nlm.nih.gov/pubmed/26066959.

279. McGinty, E.E., Busch, S.H., **Stuart, E.A.,** Huskamp, H., Gibson, T., Goldman, H.G., Barry, C.L. (2015). Federal Parity Law Associated With Increased Probability Of Using Out-Of-Network Substance Use Disorder Treatment Services. *Health Affairs 34*: 1331-1339. PMCID: PMC4607035. http://www.ncbi.nlm.nih.gov/pubmed/26240247.

280. **Baller, J.B., **Stuart, E.A.,** McGinty, E.E., Fallin, M.D., and Barry, C.L. (2015). Students with autism served in special education: trends from 2004-2012. *Health Behavior and Policy Review 2*(3): 210-218. http://www.ingentaconnect.com/content/psp/hbpr/2015/00000002/00000003/art00005.

281. Hollm-Delgado, M-G., Piel, F., Weiss, D., Howes, R., **Stuart, E.A.**, Hay, S., and Black, R. (2015). Vitamin A supplements, routine immunization and the subsequent risk of Plasmodium infection among children under 5 years. *eLife* 4: e03925. PMCID: PMC4383226. http://www.ncbi.nlm.nih.gov/pubmed/25647726.

282. Erlangsen, A., Lind, B.D., **Stuart, E.A.,** et al. (2015). Short and long term effects of psychosocial therapy for people after deliberate self-harm: a register-based, nationwide multicentre study using propensity score matching. *Lancet Psychiatry* 2(1): 49-58. PMID:

26359612.  http://www.ncbi.nlm.nih.gov/pubmed/26359612 .

283. **Stuart, E.A.,** Bradshaw, C.P., and Leaf, P.J. (2015). Assessing the generalizability of randomized trial results to target populations.  *Prevention Science. 16*(3): 475-485. PMCID: PMC4359056.   http://www.ncbi.nlm.nih.gov/pubmed/25307417

284. **Stuart, E.A.**, and Jo, B. (2015).  Assessing the sensitivity of methods for estimating principal causal effects. *Statistical Methods in Medical Research. 24*(6): 657-674. NIHMS 317632. PMCID: PMC3253203.  http://www.ncbi.nlm.nih.gov/pubmed/21971481.

285. **Jarlenski, M.P., Bennett, W.L., Bleich, S.N., Barry, C.L., and **Stuart, E.A.**   (2014). Effects of breastfeeding on postpartum weight loss among U.S. women. *Preventive Medicine. 69*: 146-150.. PMCID: PMC4312189. http://www.ncbi.nlm.nih.gov/pubmed/25284261

286. **Stuart, E.A.**, Huskamp, H.A., Duckworth, K., Simmons, J., Song, Z., Chernew, M., and Barry, C.L. (2014).  Using propensity scores in difference-in-differences models to estimate the effects of a policy change. *Health Services & Outcomes Research Methodology. 14*(4): 166-182. PMCID: PMC4267761.  http://www.ncbi.nlm.nih.gov/pubmed/25530705

287. **Schuler, M.S., Leoutsakos, J., and **Stuart, E.A.**  (2014). Addressing confounding when estimating the effects of latent classes on a distal outcome. *Health Services and Outcomes Research Methodology. 14*(4): 232-254. NIHMSID #615439. PMCID: PMC4269287.  http://www.ncbi.nlm.nih.gov/pubmed/25530706 .

288. **Rudolph, K., Diaz, I., Rosenblum, M., and **Stuart, E.A.**  (2014).  Estimating population treatment effects from a survey sub-sample. *American Journal of Epidemiology. 180:* 737-748.. PMCID: PMC4172168.  http://www.ncbi.nlm.nih.gov/pubmed/25190679 .

289. **Chan, G.J., **Stuart, E.A.,** Zaman, M., Mahmud, A.A., Baqui, A.H., and Black, R.E. (2014). The effect of intrapartum antibiotics on early-onset neonatal sepsis in Dhaka, Bangladesh: A propensity score matched analysis. *BMC Pediatrics. 14*: 104. doi:10.1186/1471-2431-14-104. PMCID: PMC4021342. http://www.ncbi.nlm.nih.gov/pubmed/24742087 .

290. **Jarlenski, M., Bennett, W., **Stuart, E.A.**, Barry, C., and Bleich, S. (2014). Effects of State Medicaid Enrollment Policies on Prenatal Smoking Cessation and Adverse Birth Outcomes. *Health Affairs. 33*: 6997-1005.. PMCID: PMC4248559. http://www.ncbi.nlm.nih.gov/pubmed/24889949

291. **Gross, A., Brandt, J., Bandeen-Roche, K.R., Carlson, M.C., **Stuart, E.A.**, Marsiske, M., and Rebok, G.W. (2014).  Do older adults use the Method of Loci?  Results from the ACTIVE study. *Experimental Aging Research. 40*(2): 140-63.. PMCID: PMC3955885. http://www.ncbi.nlm.nih.gov/pubmed/24625044.

292. Green, K.M., and **Stuart, E.A.** (2014).  Examining Moderation Analyses in Propensity Score Methods: Application to Depression and Substance Use. *Journal of Consulting and Clinical Psychology. 82*(5): 773.  http://www.ncbi.nlm.nih.gov/pubmed/24731233

293. **Pacek, L.R., Crum, R., Knowlton, A., **Stuart, E.A.**, and Latkin, C. (2014). Interest in quitting and lifetime quit attempts among smokers living with HIV infection. *Drug and Alcohol Dependence. 138*: 220-224  http://www.ncbi.nlm.nih.gov/pubmed/24602364.

294. **Rudolph, K.E., Wand, G.S., **Stuart, E.A.**, Glass, T.A., Marques, A.H., Duncko, R., and

E.A. Stuart

Merikangas, K.R. (2014).  The association between cortisol and neighborhood disadvantage in a U.S. population-based sample of adolescents.  *Health & Place* 25:68-77.  PMCID: PMC3913161.  http://www.ncbi.nlm.nih.gov/pubmed/24367996.

295.  \*\*DuGoff, E.H., Bekelman, J.,  **Stuart, E.A.,**  Armstrong, K., and Pollack, C.E. (2014).  Surgical quality is more than volume:  The association between changing urologists and complications for patients with localized prostate cancer. *Health Services Research* 49(4): 1165-1183.  DOI: 10.1111/1475-6773.12148.  PMCID: PMC4110202.  http://www.ncbi.nlm.nih.gov/pubmed/24461049.

296.  \*\*Lee, G.,  **Stuart, E.A.,**  Martins, S., and Ialongo, N. (2014).  Parental monitoring trajectories and gambling among a longitudinal cohort of urban youth. *Addiction* 109(6): 977-985.  DOI 10.1111/add.12399. PMCID: 4012009.  http://www.ncbi.nlm.nih.gov/pubmed/24321006.

297.  Hollm-Delgado, M-G., **Stuart, E.A.**, and Black, R. (2014).  Acute lower respiratory infection among Bacille Calmette-Guérin (BCG) vaccinated children. *Pediatrics* 133(1): e73-81.  PMID: 24379224.  http://www.ncbi.nlm.nih.gov/pubmed/24379224.

298.  \*\*Tung, G., Webster, D., **Stuart, E.A.,** and Vernick, J. (2014).  Political Factors Affecting the Enactment of State Level Clean Indoor Air Laws.  *American Journal of Public Health* 104(6): e92-e97. PMCID: PMC4062011.  http://www.ncbi.nlm.nih.gov/pubmed/24825239.

299.  \*\*Zablotsky, B., Kalb, L., Freedman, B., Vasa, R., and **Stuart, E.A.** (2014).  The association between healthcare experiences and perceived financial impact among families raising a child with an autism spectrum disorder.  *Psychiatric Services* 65(3): 395-398. PMCID: PMC4384426.  http://www.ncbi.nlm.nih.gov/pubmed/24584528.

300.  \*\*Leacy, F., and **Stuart, E.A.** (2014).  On the joint use of propensity and prognostic scores in estimation of the Average Treatment Effect on the Treated: A simulation study. *Statistics in Medicine* 33(20): 3488-3508.  DOI 10.1002/sim.6030. PMCID: PMC3995901.  http://www.ncbi.nlm.nih.gov/pubmed/24151187.

301.  \*\*Leis, J., Mendelson, T., **Stuart, E.A.,** and Heron, J. (2014).  Associations between maternal mental health and child emotional and behavioral problems: Does prenatal mental health matter?" *Journal of Abnormal Child Psychology* 42(1): 161-171. PMID: 23748337.  http://www.ncbi.nlm.nih.gov/pubmed/23748337.

302.  \*\*Rudolph, K., **Stuart, E.A.,** Merikangas, K., and Glass, T.  (2014). Neighborhood disadvantage in context: the influence of urbanicity on the association between neighborhood disadvantage and adolescent emotional disorder. *Social Psychiatry and Psychiatric Epidemiology* 49(3): 467-475. PMID: 23754682.  http://www.ncbi.nlm.nih.gov/pubmed/23754682.

303.  \*\*DuGoff, E.H., \*\*Schuler, M., and **Stuart, E.A.**. (2014). Generalizing Observational Study Results: Applying Propensity Score Methods to Complex Surveys. *Health Services Research* 49(1): 284-303.  https://pubmed.ncbi.nlm.nih.gov/23855598/

304.  **Stuart, E.A.**, \*\*DuGoff, E., Abrams, M., Salkever, D., and Steinwachs, D. (2013). Estimating Causal Effects in Observational Studies Using Electronic Health Data: Challenges and (some) Solutions.  *eGEMS (Generating Evidence & Methods to improve patient outcomes):* 1(3), Article 4.  http://www.ncbi.nlm.nih.gov/pubmed/24921064.

305. **Hanna, D.B., Buchacz, K., Gebo, K.A., Hessol, N.A., Horberg, M.A., Jacobson, L.P., Kirk, G.D., Kitahata, M.M., Korthuis, P.T., Moore, R.D., Napravnik, S., Patel, P., Silverberg, M.J., Sterling, T.R., Willig, J.H., Collier, A., Samji, H., Thorne, J.E., Althoff, K.N., Martin, J.N., Rodriguez, B., **Stuart, E.A.**, and Gange, S.J. for the NA-ACCORD (2013). Association between U.S. state AIDS Drug Assistance Program (ADAP) features and HIV antiretroviral therapy initiation, 2001-2009. *PLOS ONE* 8(11): e78952. PMCID: PMC3832515. http://www.ncbi.nlm.nih.gov/pubmed/24260137.

306. Petras, H., Buckley, J.A., Leoutsakos, J-M.S., **Stuart, E.A.**, and Ialongo, N.S. (2013). The use of multiple versus single assessment time points to improve screening accuracy in identifying children at risk for later serious antisocial behavior. *Prevention Science* 14(5): 423-436. PMID: 23408279. http://www.ncbi.nlm.nih.gov/pubmed/23408279.

307. Mendelson, T., **Leis, J.A., Perry, D.F., **Stuart, E.A.,** & Tandon, S.D. (2013). Impact of a preventive intervention for perinatal depression on mood regulation, social support, and coping. *Archives of Women's Mental Health* 16(3): 211-218. PMID: 23456540. http://www.ncbi.nlm.nih.gov/pubmed/23456540.

308. Werner, R., Duey, K., Zhu, J., **Stuart, E.A.**, and Duggan, M. (2013). The patient-centered medical home: An evaluation of a single private-payer demonstration in New Jersey. *Medical Care* 51(6): 487-493. PMID: 23552431. http://www.ncbi.nlm.nih.gov/pubmed/23552431.

309. **Stuart, E.A.**, Lee, B.K., and **Leacy, F.P. (2013). Prognostic-score based balance measures for propensity score methods in comparative effectiveness research. *Journal of Clinical Epidemiology* 66: S84-S90. PMCID: PMC3713509. http://www.ncbi.nlm.nih.gov/pubmed/23849158.

310. Crum, R., Mojtabai, R., Lazareck, S., Bolton, J.M., Robinson, J., Sareen, J., Green, K.M., **Stuart, E.A.**, La Flair, L., Alvanzo, A.A.H., and Storr, C.L. (2013). A Prospective Assessment of Reports of Drinking to Self-medicate Mood Symptoms with the Incidence and Persistence of Alcohol Dependence. *JAMA Psychiatry* 70(7): 718-726. PMCID: PMC4151472. http://www.ncbi.nlm.nih.gov/pubmed/23636710.

311. Kalb, L.G., **Stuart, E.A.,** Freedman, B., **Zablotsky, B., and Vasa, R. (2012). Psychiatry-related emergency department visits among children with an Autism Spectrum Disorder. *Pediatric Emergency Care* 28(12): 1-8. PMID: 23187983. http://www.ncbi.nlm.nih.gov/pubmed/23187983.

312. **Zablotsky, B., **Stuart, E.A.**, and Bradshaw, C.P. (2013). The Association between Mental Health, Stress, and Coping Supports in Mothers of Children with Autism Spectrum Disorders. *Journal of Autism and Developmental Disorders* 43(6): 1380-1393. PMID 23100053. http://www.ncbi.nlm.nih.gov/pubmed/23100053.

313. Liu, W., **Kuramoto, S.K., and **Stuart, E.A.** (2013). An Introduction to Sensitivity Analysis for Unobserved Confounding in Non-Experimental Prevention Research. *Prevention Science* 14(6): 570-580. PMCID: 3800481. http://www.ncbi.nlm.nih.gov/pubmed/23408282.

314. Olsen, R., Bell, S., Orr, L., and **Stuart, E.A.** (2013). External Validity in Policy Evaluations that Choose Sites Purposively. *Journal of Policy Analysis and Management* 32(1): 107-121. NIHMS 382967. http://onlinelibrary.wiley.com/doi/10.1002/pam.21660/full.

315. Landa, R., \*\*Gross, A., **Stuart, E.A.,** and Faherty, A. (2013). Developmental trajectories in children with and without autism spectrum disorders: The first three years. *Child Development* 84(2): 429-442. PMCID: PMC4105265. http://www.ncbi.nlm.nih.gov/pubmed/23110514.

  .\* Paper highlighted by the Interagency Autism Coordinating Committee as one of the papers having the greatest impact on the field with regard to questions about "When should I be concerned?" http://iacc.hhs.gov/summary-advances/2013/index.shtml#question5-comparative-efficacy-leap-teacch-non-model-specific-special-education-programs-preschoolers-autism-spectrum-disorders

316. \*\*Kuramoto, S.J., Runeson, B., Lichtenstein, P., **Stuart, E.A.**, and Wilcox, H. (2013). Time to hospitalization for suicide attempt by the timing of parental suicide during offspring early development. *JAMA Psychiatry* 70(2): 149-157. PMCID: PMC3664187. http://www.ncbi.nlm.nih.gov/pubmed/23229861.

317. Kruse, G., Polsky, D., **Stuart, E.A.**, and Werner, R.M. (2012). The Impact of Hospital Pay-for-Performance on Hospital and Medicare Costs. *Health Services Research* 47(6): 2118-2136. PMCID: PMC3523367. http://www.ncbi.nlm.nih.gov/pubmed/23088391.

318. Landa, R., \*\*Gross, A., and **Stuart, E.A.** (2012). Latent class analysis of early developmental trajectory in baby sibs of children with Autism. *Journal of Child Psychiatry & Psychology* 53(9): 986-996. PMCID: PMC3432306. http://www.ncbi.nlm.nih.gov/pubmed/22574686.

319. Marcus, S.M., **Stuart, E.A.**, Wang, P., Shadish, W.R., and Steiner, P.M. (2012). Estimating the causal effect of randomization versus treatment preference in a Doubly-Randomized Preference Trial. *Psychological Methods* 17(2): 244-254. PMCID: PMC3772621. http://www.ncbi.nlm.nih.gov/pubmed/22563844.

320. \*\*Leis, J., Heron, J., **Stuart, E.A.,** and Mendelson, T. (2012). Associations between depressive and anxious symptoms and prenatal alcohol use. *Maternal and Child Health Journal* 16(6): 1304-1311. PMID: 21971680. http://www.ncbi.nlm.nih.gov/pubmed/21971680.

321. \*\*Sahastrabuddhe, S., Gupta, A., **Stuart, E.A.**, Godbole, S., Ghate, M., Sahay, S., Gangakhedkar, R., Rishud, A., Divekar, A., Bollinger, R., and Mehendale, S.M. (2012). Sexually transmitted infections and risk behaviors among transgender (Hijras) of Pune, India. *Journal of Acquired Immune Deficiency Syndromes* 59(1): 72-78. PMID: 21937924. http://www.ncbi.nlm.nih.gov/pubmed/21937924.

322. Wang, Y., Storr, C., Green, K., Zhu, S., **Stuart, E.A**., Lynne-Landsman, S.D., Clemans, K.H., Petras, H., Kellam, S.G., and Ialongo, N. (2012). The Effect of Two Elementary School-based Prevention Interventions on Being Offered Tobacco and the Transition to Smoking. *Drug and Alcohol Dependence* 120(1-3): 202-208. PMID: 21868176. http://www.ncbi.nlm.nih.gov/pubmed/21868176.

323. Freedman, B.H., Kalb, L., \*\*Zablotsky, B., and **Stuart, E.A.** (2012). Relationship Status among Parents of Children with Autism Spectrum Disorders: A Population-Based Study. *Journal of Autism and Developmental Disorders* 42(4): 539-548. PMID: 21590433. http://www.ncbi.nlm.nih.gov/pubmed/21590433.

324. Karakus, M.C., Salkever, D.S., Slade, E.P., Ialongo, N., **Stuart, E.A.** (2012). Implications of Middle School Behavior Problems for High School Graduation and Employment Outcomes of Young Adults: Estimation of a Recursive Model. *Education Economics* 20(1): 33-52. http://www.tandfonline.com/doi/abs/10.1080/09645292.2010.511816.

325. \*\*Villanti, A.C., Cullen, J., Vallone, D.M., and **Stuart, E.A.** (2011). Use of propensity score matching to evaluate a national smoking cessation media campaign. *Evaluation Review* 35(6): 571-591. PMID: 22473492. http://www.ncbi.nlm.nih.gov/pubmed/22473492.

326. Cooley-Strickland, M., Quille, T.J., Griffin, R.S., **Stuart, E.A.**, Bradshaw, C.P., and Furr-Holden, D.M. (2011). Efectos de la Exposición de los Adolescentes a la Violencia en la Comunidad: El Proyecto MORE. (Effects of Youth's Exposure to Community Violence: The More Project). *Psychosocial Intervention* 20(2): 131—148. http://europa.sim.ucm.es/compludoc/AA?articuloId=811188.

327. Rosenberg, R.E., Landa, R.J., Law, J.K., **Stuart, E.A.,** and Law, P.A. (2011). Factors Affecting Age at Initial Autism Spectrum Disorder Diagnosis in a National Survey. *Autism Research and Treatment, 2011*(1), 874619. PMCID: PMC3420379. http://www.ncbi.nlm.nih.gov/pubmed/22937257. http://www.hindawi.com/journals/aurt/2011/874619/

328. \*Imai, K., Jo, B., and Stuart, E.A. (2011). Commentary: Using potential outcomes to understand causal mediation analysis. *Multivariate Behavioral Research* 46(5): 861-873. PMCID: PMC3685497. http://www.tandfonline.com/doi/abs/10.1080/00273171.2011.606743.

329. Jo, B., **Stuart, E.A.,** MacKinnon, D., and Vinokur, A.D. (2011). The use of propensity scores in mediation analysis. *Multivariate Behavioral Research 46*: 425-452. PMCID: PMC3293166. http://www.ncbi.nlm.nih.gov/pubmed/22399826.

330. \*\*Christensen, A.L., **Stuart, E.A.,** Perry, D.F., and Le, H-N. (2011). Unintended pregnancy and perinatal depression trajectories in low-income, high-risk Hispanic immigrants. *Prevention Science 12*(3): 289-299. PMCID: PMC3742050. http://www.ncbi.nlm.nih.gov/pubmed/21537899.

331. \*\*Lee, B., Lessler, J., and **Stuart, E.A.** (2011). Weight trimming and propensity score weighting. *PLoS ONE* 6(3): e18174. PMCID: PMC3069059. http://www.ncbi.nlm.nih.gov/pubmed/21483818.

332. Le, H-N., Perry, D., and **Stuart, E.A.** (2011). Randomized controlled trial of a preventive intervention for perinatal depression in high-risk Latinas. *Journal of Consulting and Clinical Psychology* 79(2): 135-141. PMID: 21319897. http://www.ncbi.nlm.nih.gov/pubmed/21319897.

333. Azur, M., **Stuart, E.A.**, Frangakis, C.M., and Leaf, P.J. (2011). Multiple imputation by chained equations: What is it and how does it work? *International Journal of Methods in Psychiatric Research* 20(1): 40-49. PMCID: PMC3074241. http://www.ncbi.nlm.nih.gov/pubmed/21499542.

334. Werner, R., Konetzka, T., **Stuart, E.A.**, and Polsky, D. (2011). Changes in patient sorting to nursing homes under public reporting: Improved patient matching or provider gaming? *Health Services Research* 46(2): 555-571. PMCID: PMC3074241. http://www.ncbi.nlm.nih.gov/pubmed/21105869.

E.A. Stuart

335. Werner, R., Kolstad, J.T., **Stuart, E.A.**, and Polsky, D. (2011). The effect of pay-for-performance in hospitals: Lessons for quality improvement. *Health Affairs* 30(4): 690-698. PMID: 21471490. http://www.ncbi.nlm.nih.gov/pubmed/21471490.

336. *Ho, D.E., Imai, K., King, G., and **Stuart, E.A.** (2011). MatchIt: Nonparametric preprocessing for parametric causal inference. *Journal of Statistical Software* 42(8): 1-28. http://r.iq.harvard.edu/docs/matchit/2.4-19/matchit.pdf.

337. **Stuart, E.A**., Cole, S.R., Bradshaw, C.P., and Leaf, P.J. (2011). The use of propensity scores to assess the generalizability of results from randomized trials. *The Journal of the Royal Statistical Society, Series A* 174(2): 369-386. PMCID: PMC4051511. http://www.ncbi.nlm.nih.gov/pubmed/24926156.

338. Landa, R.J., Holman, K.C., O'Neill, A.H., and **Stuart, E.A.** (2011). Intervention targeting development of socially synchronous engagement in toddlers with Autism Spectrum Disorder: A randomized controlled trial. *The Journal of Child Psychology and Psychiatry* 52(1): 13-21. PMCID: PMC3059234. http://www.ncbi.nlm.nih.gov/pubmed/21126245.

339. **Kuramoto, S.J., **Stuart, E.A.**, Runeson, B., Lichtenstein, P., Langstrom, P., and Wilcox, H. (2010). Maternal versus Paternal Suicide and Offspring Risk of Hospitalization for Psychiatric Disorders and Suicide Attempt. *Pediatrics* 126(5): e1026-1032. PMCID: PMC3666044. http://www.ncbi.nlm.nih.gov/pubmed/20956422.

340. Werner, R., Polsky, D., and **Stuart, E.A.** (2010). Public Reporting Drove Quality Gains At Nursing Homes. *Health Affairs* 29(9): 1706-1713. PMID: 20820030. http://www.ncbi.nlm.nih.gov/pubmed/20820030.

341. **Stuart, E.A.** and Ialongo, N.S. (2010). Matching methods for selection of subjects for follow-up. *Multivariate Behavioral Research* 45(4): 746-765. PMCID: PMC3017384. http://www.ncbi.nlm.nih.gov/pubmed/21221424.

342. Green, K.M., Doherty, E.E., **Stuart, E.A.**, and Ensminger, M.E. (2010). Does Heavy Adolescent Marijuana Lead to Criminal Involvement in Adulthood? Evidence from a Multiwave Longitudinal Study of Urban African Americans. *Drug and Alcohol Dependence* 112: 117-125. PMCID: PMC2950879. http://www.ncbi.nlm.nih.gov/pubmed/20598815.

343. Cole, S.R. and **Stuart, E.A.** (2010). Generalizing evidence from randomized clinical trials to target populations: the ACTG-320 trial. *American Journal of Epidemiology* 172: 107-115. PMCID: PMC2915476. http://www.ncbi.nlm.nih.gov/pubmed/20547574.

344. **Harder, V.S., **Stuart, E.A.**, and Anthony, J. (2010). Propensity Score Techniques and the Assessment of Measured Covariate Balance to Test Causal Associations in Psychological Research. *Psychological Methods* 15(3): 234-249. PMCID: PMC2936698. http://www.ncbi.nlm.nih.gov/pubmed/20822250.

345. **Stuart, E.A.** (2010). Matching Methods for Causal Inference: A review and a look forward. *Statistical Science* 25(1): 1-21. PMCID: PMC2943670. http://www.ncbi.nlm.nih.gov/pubmed/20871802.

346. **Lee, B., Lessler, J., and **Stuart, E.A.** (2009). Improving propensity score weighting using machine learning. *Statistics in Medicine* 29(3): 337-346. PMCID: PMC2807890. http://www.ncbi.nlm.nih.gov/pubmed/19960510.

E.A. Stuart

347. Jo, B., and **Stuart, E.A.** (2009). On the use of propensity scores in principal causal effect estimation. *Statistics in Medicine* 28: 2857-2875. PMCID: PMC2757143. http://www.ncbi.nlm.nih.gov/pubmed/19610131.

348. **Stuart, E.A.**, Marcus, S.M., Horvitz-Lennon, M.V., Gibbons, R.D., and Normand, S-L.T. (2009). Using non-experimental data to estimate treatment effects. *Psychiatric Annals* 39(7): 719-728. PMCID: PMC2886294. http://www.ncbi.nlm.nih.gov/pubmed/20563313.

349. Cooley-Strickland, M., Quille, T.J., Griffin, R.S., **Stuart, E.A.**, Bradshaw, C.P., and Furr-Holden, D.M. (2009). Community violence and youth: Affect, behavior, substance use, and academics. *Clinical Child and Family Psychology Review* 12: 127-156. PMCID: PMC2700237. http://www.ncbi.nlm.nih.gov/pubmed/19472053.

350. **Stuart, E.A.**, Azur, M., Frangakis, C.E., & Leaf, P. (2009). Multiple imputation with large datasets: A case study of the Children's Mental Health Initiative. *American Journal of Epidemiology* 169(9): 1133-1139. PMCID: PMC2727238. http://www.ncbi.nlm.nih.gov/pubmed/19318618.

351. Werner, R.M., Konetzka, R.T., **Stuart, E.A.**, Norton, E.C., Polsky, D., and Park, J. (2009). The impact of public reporting on quality of postacute care. *Health Services Research* 44(4): 1169-1187. PMCID: PMC2739023. http://www.ncbi.nlm.nih.gov/pubmed/19490160.

352. **Wang, Y., Browne, D.C., Petras, H., **Stuart, E.A.**, Wagner, F.A., Lambert, S.F., Kellam, S.G., & Ialongo, N.S. (2009). Depressed Mood and the Effect of Two Universal First Grade Preventive Interventions on Survival to the First Tobacco Cigarette Smoked Among Urban Youth. *Drug and Alcohol Dependence* 100: 194-203. PMCID: PMC3425943. http://www.ncbi.nlm.nih.gov/pubmed/19059736.

353. Marcus, S.M., Siddique, J., Ten Have, T.R., Gibbons, R.D., **Stuart, E.A.**, and Normand, S-L.T. (2008). Balancing treatment comparisons in longitudinal studies. *Psychiatric Annals* 38(12): 805-811. PMCID: PMC2722117. http://www.ncbi.nlm.nih.gov/pubmed/19668351.

354. **Stuart, E.A.** and Rubin, D.B. (2008). Matching with multiple control groups and adjusting for group differences. *Journal of Educational and Behavioral Statistics* 33(3): 279-306. doi:10.3102/1076998607306078. http://jeb.sagepub.com/content/33/3/279.short.

355. **Stuart, E.A.**, Perry, D.F., Le, H-N., & Ialongo, N.S. (2008). Estimating intervention effects of prevention programs: Accounting for noncompliance. *Prevention Science* 9(4): 288-298. PMCID: PMC2921838. http://www.ncbi.nlm.nih.gov/pubmed/18843535.

356. **Harder, V.S., **Stuart, E.A.**, & Anthony, J. (2008). Adolescent cannabis problems and young adult depression: Male-female stratified propensity score analyses. *American Journal of Epidemiology* 168: 592-601. PMCID: PMC2727198. http://www.ncbi.nlm.nih.gov/pubmed/18687663.

357. Miech, R., Azur, M., **Patterson, T., **Jowers, K., Goldstein, A.B., **Stuart, E.A.**, Walrath, C., and Leaf, P.J. (2008). The potential to reduce mental health disparities through the Comprehensive Community Mental Health Services for Children and Their Families Program. *The Journal of Behavioral Health Services & Research* 35(3): 253-264. PMCID: PMC2770375. http://www.ncbi.nlm.nih.gov/pubmed/18543110.

358. Crum, R.M., Green, K.M., Storr, C.L., Chan, Y-F., Ialongo, N., **Stuart, E.A.**, and Anthony, J.C. (2008). Depressed mood in childhood and subsequent alcohol use through

adolescence and young adulthood. *Archives of General Psychiatry* 65(6): 702-712. PMCID: PMC4151267. http://www.ncbi.nlm.nih.gov/pubmed/18519828.

359. Salkever, D.S., Johnston, S., Karakus, M.C., Ialongo, N.S., Slade, E.P., and **Stuart, E.A.** (2008). Enhancing the Net Benefits of Disseminating Efficacious Prevention Programs: A Note on Target Efficiency with Illustrative Examples. *Administration and Policy in Mental Health and Mental Health Services Research.* DOI 10.1007/s10488-008-0168-9. PMCID: PMC4880029. http://www.ncbi.nlm.nih.gov/pubmed/18343990.

360. Slade, E.P., **Stuart, E.A.**, Salkever, D.S., Karakus, M., Green, K.M., and Ialongo, N. (2008). Impacts of age of onset of substance use disorders on risk of adult incarceration among disadvantaged urban youth: A propensity score matching approach. *Drug and Alcohol Dependence* 95: 1-13. PMCID: PMC2387099. http://www.ncbi.nlm.nih.gov/pubmed/18242006.

361. **Stuart, E.A.** and Green, K.M. (2008). Using full matching to estimate causal effects in non-experimental studies: Examining the relationship between adolescent marijuana use and adult outcomes. *Developmental Psychology* 44(2): 395-406. PMID: 18331131. http://www.ncbi.nlm.nih.gov/pubmed/18331131.

362. *Imai, K., King, G., and **Stuart, E.A.** (2008). Misunderstandings between experimentalists and observationalists about causal inference. *Journal of the Royal Statistical Society, Series A: Statistics in Society, 171*(2), 481-502. http://onlinelibrary.wiley.com/doi/10.1111/j.1467-985X.2007.00527.x/full

   *On All-Time Top 10 list of downloads, Social Science Research Network, Quantitative Methods: Econometrics, Polimetrics, and Statistics Section (as of April 15, 2008). Recognized as a "New Hot Paper in Economics and Business" by Thomson Reuters for being among the most cited in those fields. http://sciencewatch.com/dr/nhp/2009/09julnhp/09julnhpImaiET/.*
   *\* As of June 26, 2010, most cited paper published in JRSS-A in 2007-2008.*

363. McConnell, S., **Stuart, E.A.**, and Devaney, B. (2008). The truncation-by-death problem: What to do in an experimental evaluation when the outcome is not always defined. *Evaluation Review* 32(2): 157-186. PMID: 18319423. http://www.ncbi.nlm.nih.gov/pubmed/18319423.

364. **Stuart, E.A.** (2007). Estimating causal effects using school-level data sets. *Educational Researcher* 36(4): 187-198. http://edr.sagepub.com/content/36/4/187.short.

365. *Ho, D.E., Imai, K., King, G., and **Stuart, E.A.** (2007). Matching as nonparametric preprocessing for reducing model dependence in parametric causal inference. *Political Analysis* 15(3): 199-236. http://pan.oxfordjournals.org/content/15/3/199.short.

   Winner of Warren Miller Prize for best paper published in Volume 15 of *Political Analysis.*

366. Selected as a Fast Breaking Paper in the field of Social Sciences, general, by Thomson Reuters, due to its being one of the most-cited papers in its discipline published between 2006 and 2008 (see http://sciencewatch.com/dr/fbp/2008/08octfbp/08octfbpHoET/.).

367. *Rubin, D.B. and **Stuart, E.A.** (2006). Affinely invariant matching methods with discriminant mixtures of proportional ellipsoidally symmetric distributions. *The Annals of Statistics* 34(4): 1814-1826. http://projecteuclid.org/euclid.aos/1162567634.

E.A. Stuart

368. *Rubin, D.B., **Stuart, E.A.**, and Zanutto, E.L. (2004)  A potential outcomes view of value-added assessment in education.  *Journal of Educational and Behavioral Statistics* 29 (1): 103-116.  http://www.jstor.org/stable/10.2307/3701308 .

369. * **Stuart, E.A.** and Zaslavsky, A.M. (2002)  Using administrative records to predict census day residency.  In *Case Studies in Bayesian Statistics, Volume VI,* Edited by Gatsonis, C., Kass, R.E., Carriquiry, A., Gelman, A., Higdon, D., Pauler, D.K., Verdinelli, I.  New York: Springer, pp. 335-324.  http://www.biostat.BSPH.edu/~estuart/adrecjsm.pdf .

370. Devaney, B. and **Stuart, E.A.** (1998)  Eating breakfast: Effects of the School Breakfast Program. *Family Economics and Nutrition Review* 11 (4).
 https://files.eric.ed.gov/fulltext/ED427860.pdf

### Books

1. Zubizarreta, J. R., **Stuart, E. A.**, Small, D. S., & Rosenbaum, P. R. (Eds.). (2023). Handbook of matching and weighting adjustments for causal inference. CRC Press.
 [PDF] CRC Press

### Articles, Editorials, and Other Publications not peer reviewed

1. **Stuart, E.A.**, and Sharfstein, J. (2024). Better debates, better decisions: Causality assessment in population health.  The Milbank Quarterly Opinion.  May 1, 2024.
 https://www.milbank.org/quarterly/opinions/better-debates-better-decisions-causality-assessment-in-population-health/

2. Purtle, J., Goldman, M.L., and **Stuart, E.A.** (2023).  Interpreting between-state variation in 988 suicide and crisis lifeline call volume rates. *Psychiatric Services, 74*(9), 901-901.
 https://doi.org/10.1176/appi.ps.23074015

3. Nadamuni, M., Takvorian, K.S., **Stuart, E.A.**, Muller, D., Vining, T., Knoper, K., Hardin, C.C., and Sacks, C.A. (2023).  Good intentions to treat.  *NEJM Evidence* 2(3).  Published February 28, 2023.  https://doi.org/10.1056/EVIDstat2300007

4. **Stuart, E.A.** (2023). What is a propensity score? Applications and extensions of balancing score methods.  *Observational Studies* 9(1): 113-117.  https://muse.jhu.edu/article/877893

5. **Stuart, E.A.** and Dowdy, D. (2021). Evidence-based COVID-19 policymaking in schools.
 *Nature Medicine, 27(12),* 2078-2079.  https://www.nature.com/articles/s41591-021-01585-2

6. **Stuart, E.A.,** and Lesko, K. (2020). The promise and challenges of methods to enhance the external validity of randomized trial results.  *Clinical Pharmacology & Therapeutics* 108: 817-825.  https://doi.org/10.1002/cpt.1992

7. Fox, M., Arah, O., and **Stuart, E.A.** (2020). The value of e-values and why they are not enough. Commentary on "Use of E-values for Addressing Confounding in Observational Studies".  *International Journal of Epidemiology* 49(5): 1505-1506.
 https://academic.oup.com/ije/article-abstract/49/5/1505/5867248

8. Feder, K., Mojtabai, R.M., and **Stuart, E.A** . (2020). The Association between Florida's Opioid Crackdown and Opioid-Related Mortality: The Role of Economic Factors and Mortality Misclassification—Response. *American Journal of Epidemiology* 189(9): 989-899.
 https://academic.oup.com/aje/article/189/9/898/5741086

9.  Reardon, S., and **Stuart, E.A.** (2019). Editors' Introduction: Education research in a new data environment: Special issue introduction. *Journal of Research on Educational Effectiveness, 12*(4), 567-569. https://www.tandfonline.com/doi/full/10.1080/19345747.2019.1685339

10. Ackerman, B., and **Stuart, E.A.** (2020). Commentary on Yu et al.: Opportunities and challenges for matching methods in larger databases. *Statistical Science.* 35(3): 367-370. *https://www.jstor.org/stable/26997905*

11. Musci, R.J, and **Stuart, E.A.** (2019). Ensuring causal, not casual, inference. Invited Commentary. *Prevention Science* 20(3): 452-456. https://pubmed.ncbi.nlm.nih.gov/30613853/

12. Sharfstein, J.M., **Stuart, E.A.**, and Antos, J. (2018). Global budgets in Maryland: assessing results to date. *Jama, 319*(24), 2475-2476. https://jamanetwork.com/journals/jama/fullarticle/2682350.

13. Sharfstein, J.M., **Stuart, E.A.**, and Antos, J. (2018). Maryland's all-payer health reform—a promising work in progress. *JAMA internal medicine, 178(2),* 269-270. 10.1001/jamainternmed.2017.7709

14. Reardon, S.F., and **Stuart, E.A.** (2017). Editors' Introduction: Theme issue on variation in treatment effects. *Journal of Research on Educational Effectiveness* 10(4): 671-674. http://www.tandfonline.com/doi/pdf/10.1080/19345747.2017.1386037.

15. **Stuart, E.A**., Crifasi, C.K., McCourt, A., Vernick, J., and Webster, D.W. (2017). Differing perspectives on analyzing data related to firearms and suicide. *American journal of public health, 107*(8), e26. http://ajph.aphapublications.org/doi/full/10.2105/AJPH.2017.303890

16. Kennedy-Hendricks A, Richey M, McGinty EE, **Stuart EA**, Barry CL, Webster DW. (2016). Response to Delcher et al Letter on Florida's Prescription Opioid Policy Interventions. *American Journal of Public Health* 106(6): e11-2. PMID: 27153026. http://www.ncbi.nlm.nih.gov/pubmed/27153026.

17. **Stuart, E.A.**, and **Hanna, D.B. (2013). Commentary: Should epidemiologists be more sensitive to design sensitivity? Invited Commentary. *Epidemiology* 24(1): 88-89. PMID: 23232614. http://www.ncbi.nlm.nih.gov/pubmed/23232614

18. *Sobel, M.E., and **Stuart, E.A.** (2012). Commentary on "Weighting methods for assessing policy effects mediated by policy change" by Guanglei Hong and Takako Nomi. *Journal of Research on Educational Effectiveness* 5: 290-292. http://www.tandfonline.com/doi/full/10.1080/19345747.2012.688461.

19. *Jo, B., and **Stuart, E. A.** (2012). Causal interpretations of mediation effects: Comment on "Principal stratification as a framework for investigating mediational processes in experimental settings" by Lindsay C. Page. *Journal of Research on Educational Effectiveness* 5: 250-253. http://www.tandfonline.com/doi/full/10.1080/19345747.2012.688414.

20. Parakh, K., Win, S., and **Stuart, E.A.** (2011). Mortality in women with new-onset atrial fibrillation. Letter to the Editor, *Journal of the American Medical Association* 306(11): 1200-1201. PMID: 21934050. http://www.ncbi.nlm.nih.gov/pubmed/21934050.

E.A. Stuart

21. **Stuart, E.A.** (2010).  Book review of *Design of Observational Studies*  by Paul R. Rosenbaum.  *Journal of Educational and Behavioral Statistics* 35(6): 774-778. http://www.jstor.org/stable/40959480 .

22. **Stuart, E.A.**  (2008). Developing practical recommendations for the use of propensity scores:  Discussion of "A critical appraisal of propensity score matching in the medical literature between 1996 and 2003" by Peter Austin, *Statistics in Medicine. Statistics in Medicine* 27(12): 2062-2065.  DOI: 10.1002/sim.3207. PMID: 18286673. http://www.ncbi.nlm.nih.gov/pubmed/18286673 .

23. *Cook, S.R. and **Stuart, E.A.**  (2007). Discussion of Dominici et al. "Does the effect of micronutrient supplementation on neonatal survival vary with respect to the percentiles of the birth weight distribution?"  *Bayesian Analysis* 1(5): 33-38. http://projecteuclid.org/DPubS/Repository/1.0/Disseminate?handle=euclid.ba/1340390059&view=body&content-type=pdf_1 .

24. **Stuart, E. A.,** & Rubin, D. B. (2008). Matching with multiple control groups with adjustment for group differences. *Journal of Educational and Behavioral Statistics, 33*(3), 279-306. https://doi.org/10.3102/107699860730607

25. **Stuart, E.A.** and Judson, D.H. (2003). An empirical evaluation of the use of administrative records to predict Census Day residency. *Joint Statistical Meet., San Francisco, Aug. 3rd–7th.* http://www.asasrms.org/Proceedings/y2003/Files/JSM2003-000452.pdf

26. *Asher, J., Fienberg, S.E., **Stuart, E.A.** and Zaslavsky, A.M. (2002). Inferences for finite populations using multiple data sources with different reference times. In *Proceedings of Statistics Canada Symposium*.  [PDF] researchgate.net

27. ***Stuart, E. A**., & Zaslavsky, A. M. (2002). Using administrative records to predict census day residency. In *Case Studies in Bayesian Statistics: Volume VI* (pp. 335-349). Springer New York.  https://link.springer.com/chapter/10.1007/978-1-4612-2078-7_18

## *Chapters*

1.  Keyes, K.M., Pakserian, D., Rudolph, K.E., Salum, G., **Stuart, E.A**. (2024). Population Neuroscience: Understanding Concepts of Generalizability and Transportability and Their Application to Improving the Public's Health. In: *Current Topics in Behavioral Neurosciences*. Springer, Berlin, Heidelberg. https://doi.org/10.1007/7854_2024_465

2.  Stuart, E.A. (2021). Accounting for differences in population: Predicting intervention impact at scale. In *The Scale up Effect in Early Childhood and Public Policy: Why Interventions Lose Impact at Scale and What we can do about it.*  Edited by John A. List, Dana Suskind, and Lauren Supplee. New York, NY: Routledge/Taylor & Francis. Chapter 14; pp. 265-279. https://www.taylorfrancis.com/chapters/edit/10.4324/9780367822972-19/accounting-differences-population-elizabeth-stuart

3.  Stuart, E.A. (2019).  Propensity scores and matching methods. In *The Reviewer's Guide to Quantitative Methods in the Social Sciences, 2nd Edition.*  Edited by Gregory R. Hancock, Laura M. Stapleton, and Ralph O. Mueller. New York, NY: Routledge.  pp. 388-396. https://doi.org/10.4324/9781315755649-28

4.  King, G., Imai, K., and **Stuart, E.A.**  (2014).  Misunderstandings between experimentalists and observationalists about causal inference. In *Field Experiments and their Critics: Essays on the uses and abuses of experimentation in the Social Sciences* (Dawn Langan Teele,

Editor). New Haven, CT: Yale University Press. pp. 196-227.
https://yalebooks.yale.edu/book/9780300169409/field-experiments-and-their-critics/

5.  **Stuart, E. A.,** & **Naeger, S. (2019). Introduction to Causal Inference Approaches. *Health Services Evaluation, 523*
https://www.researchgate.net/publication/318142539_Introduction_to_Causal_Inference_Approaches

6.  **Stuart, E.A.** (2017). Generalizability of clinical trial results. *Methods in Comparative Effectiveness Research* (pp. 197-222). Chapman and Hall/CRC. Edited by Constantine Gatsonis and Sally C. Morton.
https://www.taylorfrancis.com/chapters/edit/10.1201/9781315159409-14/generalizability-clinical-trials-results-elizabeth-stuart

7.  Hill, J., and **Stuart, E.A.** (2015). Causal inference: Overview. *International Encyclopedia of the Social and Behavioral Sciences: Statistics, 2nd Edition.* pp.255-260. Edited by Rafe Stolzenberg and Michael E. Sobel. https://nyuscholars.nyu.edu/en/publications/causal-inference-overview-2

8.  **Stuart, E.A.,** Leoutsakos, J-M., **Gross, A.L., **Kuramoto, S.J., and Eaton, W.W. (2012). An introduction to quantitative methods especially relevant for public mental health. *Public Mental Health* (p. 89)*. Edited by William W. Eaton. Oxford University Press. [PDF]

9.  Eaton, W.W., Mojtabai, R., **Stuart, E.A.**, Leoutsakos, J-M.S., Kuramoto, S.J. (2012). Assessment of distress, disorder, impairment and need in the population. *Public Mental Health 61.* Edited by William W. Eaton. Oxford University Press. [PDF]

10. **Stuart, E.A.** and Rubin, D.B. (2007). Best practices in quasi-experimental designs: Matching methods for causal inference. *Best Practices in Quantitative Methods*, 155-176. Edited by Jason Osborne (Chapter 11, pp. 155-176). New York: Sage Publications. [PDF]

11. **Stuart, E.A** (2003) Propensity scores. In *Encyclopedia of Social Science Research Methods*, Edited by Lewis-Beck, M., Bryman, A.E., and Liao, T.F. New York: Sage Publications.

## PRACTICE ACTIVITIES

### Practice-Related Reports

1.  Fahle, E.M., Patterson, T., Reardon, S.F., Staiger, D.O., and **Stuart, E.A** (2023). School district and community factors associated with learning loss during the COVID-19 pandemic. Center for Education Policy Research. Harvard University.
https://cepr.harvard.edu/sites/hwpi.harvard.edu/files/cepr/files/explaining_covid_losses_5.23.pdf

2.  National Academies of Sciences, Engineering, and Medicine. (2023). *Toward a 21st Century National Data Infrastructure: Enhancing Survey Programs by Using Multiple Data Sources*. Washington, DC: The National Academies Press. https://doi.org/10.17226/26804 .

3.  National Academies of Sciences, Engineering, and Medicine. (2022). *Advancing the Framework for Assessing Causality of Health and Welfare Effects to Inform National Ambient Air Quality Standard Reviews*. Washington, DC: The National Academies Press.
https://doi.org/10.17226/26612 .

E.A. Stuart

4.  National Academies of Sciences, Engineering, and Medicine. (2020). *Assessment of Long-Term Health Effects of Antimalarial Drugs When Used for Prophylaxis*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25688

5.  Global trends of mask usage in 19 million adults. October 2020. Chang, T-H., Goicoechea, E.B., Stuart, E.A., Kim, E., Morris, K., LaRocca, S., Cobb, C., Deng, X., Chiu, S., Bradford, A., and Kreuter, F.  Blog posting on Social Data Science Center, University of Maryland. https://socialdatascience.umd.edu/global-trends-of-mask-usage-in-19-million-adults/

6.  Medications for opioid use disorder among American Indians and Alaska natives: Availability and use across the state of Michigan. July 2020. Krawczyk, Noa; Garrett, Brady; Ahmad, N. Jia; Patel, Esita; Solomon, Keisha; Stuart, Elizabeth A; & Saloner, Brendan. Baltimore, MD: Johns Hopkins University. https://americanhealth.jhu.edu/sites/default/files/inline-files/JHU%20Opioid%20Initiative%20Report-FINAL.pdf

7.  Filling in the blanks: National research needs to guide decisions about reopening schools in the United States.  Johns Hopkins Bloomberg School of Public Health Center for Health Security.  Contributor.  May 2020. https://www.centerforhealthsecurity.org/our-work/pubs_archive/pubs-pdfs/2020/200515-reopening-schools.pdf.

8.  Student course and teacher evaluations: A report by the course and teacher evaluation working group of the Scholarship of Teaching and Learning Task Force. Association of Schools and Programs of Public Health. April 20202. https://s3.amazonaws.com/aspph-wp-production/wp-content/uploads/2020/04/2020-04-02_SoTL-CourseTeacherEvalWG_Final.pdf

9.  Exploring whether a synthetic control arm can be derived from historical clinical trials that match baseline characteristics and overall survival outcome of a randomized control arm: Case study in non-small cell lung cancer.  Friends of Cancer Research White Paper. November 2018. https://friendsofcancerresearch.org/wp-content/uploads/2018_AM_SCA_White_Paper-1.pdf

10. Guidance on NIMH Grant Application Power Calculations. Wesley Thompson and Elizabeth Stuart, on behalf of the Executive Committee of the Mental Health Statistics (MHS) Section of the American Statistical Association (ASA), on behalf of the American Statistical Association. https://www.amstat.org/asa/files/pdfs/POL-NIMH_PowerCalculations.pdf

11. Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health. (2016). Committee on National Statistics; Board on Human-Systems Integration; Division of Behavioral and Social Sciences and Education; Transportation Research Board; National Academies of Sciences, Engineering, and Medicine. http://www.nap.edu/author/CNSTAT/division-of-behavioral-and-social-sciences-and-education/committee-on-national-statistics

12. Cody, S., Schirm, A., **Stuart, E.,** Castner, L., and Zaslavsky, A. (2008). *Sources of variation in state-level food stamp participation rates.*  Report submitted to the U.S. Department of Agriculture Economic Research Service.  Washington, DC: Mathematica Policy Research, Inc. http://www.mathematica-mpr.com/-/media/publications/pdfs/variation-fspr.pdf

E.A. Stuart

13. McConnell, S., **Stuart, E.A.,** Fortson, K., Decker, P., Perez-Johnson, I., Harris, B., and Salzman, J. (2006). *Managing Customers' Training Choices: Findings from the Individual Training Account Experiment.* Report submitted to the U.S. Department of Labor, Employment and Training Administration. Washington, DC: Mathematica Policy Research, Inc. http://azmemory.azlibrary.gov/utils/getfile/collection/feddocs/id/524/filename/525.pdf .

14. Torgesen, J., Myers, D., Schirm, A., **Stuart, E.,** Vartivarian, S., Mansfield, W., Bornhstedt, G., Stancavage, F., Durno, D., Javorsky, R., and Haan, C. (2006). *Closing the reading gap: First-year findings from a randomized trial of four reading interventions for striving readers.* Report submitted to Congress by the Department of Education, Institute of Education Sciences. Washington, DC: Mathematica Policy Research, Inc. http://eric.ed.gov/?id=ED491144 .

15. **Stuart, E.,** Olsen, R., Schirm, A., Young, J., and DesRoches, D. (2006). *The impacts of regular Upward Bound on postsecondary educational activities within 4-6 years after scheduled high school graduation.* Draft report submitted to the U.S. Department of Education, Policy and Program Studies Service. Washington, DC: Mathematica Policy Research, Inc.

16. Schirm, A., **Stuart, E.,** and McKie, A. (2006). *The Quantum Opportunity Program Demonstration: Final Impacts.* Report submitted to the U.S. Department of Labor, Employment and Training Administration. Washington, DC: Mathematica Policy Research, Inc. http://files.eric.ed.gov/fulltext/ED498110.pdf .

17. Stuart, E.A. (2005). *Estimating school-level causal effects using school-level data sets*. Paper for National Academy of Sciences Board on Testing and Assessment's Symposium on the use of school-level data. Washington, DC: National Academy of Sciences. http://edr.sagepub.com/content/36/4/187.short .

18. **\*Stuart, E. A.,** & Zaslavsky, A. M. (2002). Using administrative records to predict census day residency. In *Case Studies in Bayesian Statistics: Volume VI* (pp. 335-349). Springer New York. https://link.springer.com/chapter/10.1007/978-1-4612-2078-7_18

*Media Dissemination*

1. **Stuart, E.A.,** Althoff, K., Smith Rogers, L. (2022). How families can approach "the great un-masking." March 4, 2022. https://publichealth.jhu.edu/2022/how-families-can-approach-the-great-unmasking

2. Hogan, J., Biliniski, A., **Stuart, E.A.,** and Salomon, J. (2022). Surveillance, screening, and self-testing can help us manage COVID in the long term. The Boston Globe: Globe Opinion. January 10, 2022. https://www.bostonglobe.com/2022/01/10/opinion/surveillance-screening-self-testing-can-help-us-manage-covid-long-term/

3. **Stuart, E.A.,** Darcey-Mahoney, A., Exum, N., and Raskin, S.E. (2021). A four-point plan to vaccinate America's elementary-school-age children. The Hill. November 10, 2021. https://thehill.com/opinion/healthcare/580905-a-four-point-plan-to-vaccinate-americas-elementary-school-age-children?rl=1

E.A. Stuart

4. Schenk, K., and **Stuart, E.A.** (2021). Don't let children under 12 slip through the cracks in the fight against COVID. STAT First Opinion. https://www.statnews.com/2021/08/10/dont-let-children-under-12-slip-through-the-cracks-in-the-fight-against-covid/

5. Althoff, K., and **Stuart, E.A.** (2021). Should I ask my friends if they are vaccinated? COVID-19 vaccine etiquette and considerations for all the people in your life. Published 22 June 2021. https://www.BSPH.edu/covid-19/articles/should-i-ask-my-friends-if-they-are-vaccinated.html/

6. Ranney, M., and **Stuart, E.A.** (2021). Can I give you a hug? Published 11 June 2021. CNN Opinion. https://www.cnn.com/2021/06/11/opinions/how-to-touch-after-covid-ranney-stuart/index.html

7. Limaye, R., Kirk Sell, T., and **Stuart, E.A.** (2021). How can I talk to my friends and family about getting vaccinated for COVID-19? Published 6 May 2021. https://www.BSPH.edu/covid-19/articles/how-can-i-talk-to-my-friends-and-family-about-getting-vaccinated-for-covid19.html

8. Veldhuis, C., **Stuart, E.A.,** and Fallin, M.D. (2021). Five Urgent Public Health Policies to Combat the Mental Health Effects of COVID-19. *Health Affairs Blog*. https://www.healthaffairs.org/do/10.1377/hblog20210122.959001/full/

9. Murray, L., Althoff, K., and **Stuart, E.A**. (2020). How to "reach in" to meaningfully connect with loved ones from afar. Published 16 November 2020. https://www.BSPH.edu/covid-19/articles/how-to-reach-in-to-meaningfully-connect-with-loved-ones-from-afar.html

10. Stuart, E.A., and Althoff, K. (2020). How to make decisions about winter holiday gatherings amid COVID-19. Published 10 November 2020. https://www.BSPH.edu/covid-19/articles/decisions-about-winter-holiday-gatherings.html

11. Althoff, K., and **Stuart, E.A.** (2020). Innovating holiday and winter gatherings in the time of COVID-19. Published 15 October 2020. https://www.BSPH.edu/covid-19/articles/innovative-holiday-and-winter-gatherings-in-the-time-of-covid-19.html

12. Althoff, K., and **Stuart, E.A**. (2020). Re-opening: How families can reassess. Published 11 June 2020. https://www.BSPH.edu/covid-19/articles/re-opening-how-families-can-reassess.html

13. **Stuart, E.A**., Polsky, D., Grabowski, M.K., and Peters, D. (2020). 10 tips for making sense of COVID-19 models for decision-making. Published 28 April 2020. https://www.BSPH.edu/covid-19/articles/10-tips-for-making-sense-of-covid-19-models-for-decision-making.html

14. **Stuart, E.A**., Althoff, K., Lessler, J., and Pollack, C. (2020). Schools close to control coronavirus. Will it work? Depends on what we do with our kids. Published 16 March 2020. https://www.usatoday.com/story/opinion/2020/03/16/schools-closed-but-children-can-still-spread-coronavirus-column/5054108002/

15. **Stuart, E.A.** (2018). Making the meandering path go where you want it to. StatTr@k: A website for new statistics professional navigating a data-centric world. https://stattrak.amstat.org/2018/09/01/meanderingpath/

E.A. Stuart

51

*Podcasts*

1. Appearance on the Scholar's Table series to provide information on US academic procedures and admissions for international applicants. Hosted by Banda Khalifa. October 11, 2023.

2. Pandemic learning loss will take years to reverse. Public Health On Call. August 11, 2023. https://johnshopkinssph.libsyn.com/648-pandemic-learning-loss-will-take-years-to-reverse

3. Interview with Elizabeth Stuart, Biostatistician and Professor at Johns Hopkins University. The Mixtape with Scott [Cunningham]. May 30, 2023. https://causalinf.substack.com/p/s2e17-interview-with-elizabeth-stuart?utm_source=substack&utm_medium=email#details

4. Back to school: COVID, new CDC guidance, monkeypox, and more. (with Keri Althoff). Public Health on Call. August 22, 2022. https://johnshopkinssph.libsyn.com/508-back-to-school-covid-new-cdc-guidance-monkeypox-and-more-with-keri-althoff-and-liz-stuart

5. Another COVID summer – What's Changed and What Hasn't. (with Keri Althoff). Public Health on Call. June 10, 2022. https://johnshopkinssph.libsyn.com/479-another-covid-summerwhats-changed-and-what-hasnt

6. Chapter 4 – The Building blocks of epi with Dr. Liz Stuart. SERious Epi. (With Matthew Fox and Hailey Banack). January 19, 2022. https://seriousepi.blubrry.net/

7. Navigating another COVID holiday season. (with Keri Althoff). Public Health on Call. December 10, 2021. https://johnshopkinssph.libsyn.com/407-navigating-another-covid-holiday-season

8. Can you ask someone if they're vaccinated? The Quicky: Mamamia Podcasts. September 28, 2021. https://www.mamamia.com.au/podcasts/the-quicky/how-to-ask-if-someone-is-vaccinated/

9. The back-to-school episode. (with Keri Althoff). Public Health On Call. August 16, 2021. https://johnshopkinssph.libsyn.com/359-the-back-to-school-episode

10. Does in-person schooling put families at risk of COVID-19? (with Justin Lessler). Public Health on Call. May 19, 2021. https://johnshopkinssph.libsyn.com/320-does-in-person-schooling-put-families-at-risk-of-covid-19

11. Making safe decisions during the race of "infections vs. injections." (with Keri Althoff). Public Health on Call. April 15, 2021. https://johnshopkinssph.libsyn.com/296-making-safe-decisions-during-the-race-of-infections-vs-injections

12. Considering holiday travel during COVID-19. (with Keri Althoff). Public Health on Call. December 7, 2020. https://johnshopkinssph.libsyn.com/215-considering-holiday-travel-during-covid-19

13. Thinking through the fall and winter holidays during COVID-19: Innovative ways to gather and celebrate. (with Keri Althoff). Public Health on Call. October 15, 2020. Contributed to Public Health on Call receiving a Council for Advancement and Support of Education (CASE) Circle of Excellence Award; over 133,000 downloads. https://johnshopkinssph.libsyn.com/180-thinking-through-the-fall-and-winter-holidays-during-covid-19-innovative-ways-to-gather-and-celebrate

E.A. Stuart

14. How families can make decisions around summer activities during COVID-19.  (with Keri Althoff). Public Health On Call. June 24, 2020.  https://johnshopkinssph.libsyn.com/101-how-families-can-make-decisions-around-summer-activities-during-covid-19

15. How the experts are dealing with COVID-19 in their personal lives. (with Keri Althoff). Public Health On Call.  March 31, 2020.  https://johnshopkinssph.libsyn.com/how-the-experts-are-dealing-with-covid-19-in-their-personal-lives

16. Evening the (propensity) score. The Podcast @ DC.  January 10, 2020.  https://soundcloud.com/user-768286365/evening-the-propensity-score

17. Special co-host Liz Stuart.  The Effort Report.  November 20, 2017.  https://effortreport.libsyn.com/60-special-co-host-liz-stuart

18. Ignore the job description (A case study). The Effort Report. July 17, 2017.  https://effortreport.libsyn.com/47-ignore-the-job-description-a-case-study


***Presentations to policy-makers, communities, and other stakeholders***

1. "The Quantum Opportunity Program Demonstration: Final Impacts."  Briefing for Deputy Assistant Secretary, U.S. Department of Labor, Washington, DC, 2006.

2. "The Individual Training Accounts Experiment:  What Did We Learn?" Briefing for Deputy Assistant Secretary, U.S. Department of Labor, Washington, DC, 2006.

3. "Power analysis for the behavioral sciences". Administration for Children and Families, U.S. Department of Health and Human Services, March 2009.

4. "Introduction to Statistics". State of Delaware Psychiatry Residency Program, March 2009

5. "Recent advances in missing data methods: Imputation and Weighting". U.S. Department of Health and Human Services, Maternal and Child Health Bureau, Epidemiology Training Program Webinar, September 2012 (20 attendees).

6. "The loss of external validity in program evaluations that select sites purposively."  Institute of Education Sciences Speaker Series, Washington, DC, 2011.

7. "Analysis methods for enhancing external validity."  Invited speaker at two-day meeting on external validity, Office of Planning, Research, and Evaluation, Administration for Children and Families, Department of Health and Human Services, Washington, DC, 2014.

8. "Using propensity scores in difference-in-difference models to estimate causal effects." Invited speaker at Center for Medicare & Medicaid Innovation, Centers for Medicare & Medicaid Services, Baltimore, MD, 2015

9. "Propensity score methods:  The why, what and how." One-day short course at Center for Medicare & Medicaid Innovation, Centers for Medicare & Medicaid Services, Baltimore, MD, 2015.

10. "Propensity score methods with complex survey data."   Invited lecture at the National Center for Health Statistics, Hyattsville, MD, 2015.

11. "Overview of Panel Report: Research methodologies and statistical approaches to understanding driver fatigue factors in motor carrier safety and driver health." Briefing to the

E.A. Stuart

Federal Motor Carrier Safety Administration, U.S. Department of Transportation, Washington, DC, 2016.

12. "Propensity score methods."  Invited lecture in the Division of Cancer Control and Prevention Sciences, National Cancer Institute, Bethesda, MD, July 2016.

13. "Tutorial on propensity score methods."  Invited tutorial at the Office of Biometrics, Center for Drug Evaluation and Research (CDER), Food and Drug Administration (FDA), July 2016.

14. "Methods for assessing the generalizability of randomized trials to target populations."  One-day short course at Institute of Education Sciences, US Department of Education, December 2017.

15. "Advanced methods for non-experimental studies."  One-day short course at National Center for Education Statistics, US Department of Education, January 2018.

16. Moderator, Panel on Exploring whether a synthetic control arm can be derived from historical clinical trials that match baseline characteristics and overall survival outcome of a randomized control arm: Case study in non-small cell lung cancer.  Friends of Cancer Research Annual Meeting.  November 2018.

17. "Designs for evidence-based policymaking."  Presentation to the Lab@DC.  Washington, DC, January 2019.

18. "Propensity score methods for non-experimental studies."  Short course for Summer at Census.  US Census Bureau. Suitland, MD, July 2019.

19. "Propensity scores:  The basics and recent advances."  Webinar for the Office of Science, Center for Tobacco Products, US Food & Drug Administration.  Webinar, November 2022.


***Software development***
1.  Ho, D.E., Imai, K., King, G., and **Stuart, E.A.**  (2010).  MatchIt.  Software and package vignette for nonparametric preprocessing for parametric causal inference; listed at the Comprehensive R Archive Network.  http://cran.r-project.org/web/packages/MatchIt/index.html .


***Other: Data availability***
1.  *Ho, D.E., Imai, K., King, G., and **Stuart, E.A.** (2006).  Replication Data Set for "Matching as Nonparametric Preprocessing for Reducing Model Dependence in Parametric Causal Inference", hdl:1902.1/YVDZEQIYDS http://id.thedata.org/hdl%3A1902.1%2FYVDZEQIYDS ; UNF:3:QV0mYCd8eV+mJgWDnYct5g== Murray Research Archive [distributor(DDI)]


**Media Appearances or Quotations**

ABC News (print)

Australian Broadcasting Company (ABC; TV)

The Associated Press

Bloomberg News (radio and TV)

CBS News (print)

Education Week

Gizmodo

E.A. Stuart

The Guardian

Huffington Post

Kaiser Health News

National Public Radio (radio and print)

The New York Times

The Philadelphia Inquirer

Politico

ProPublica

Reuters

Tech and Learning

USA Today

US News and World Report

The Wall Street Journal

The Washington Post

WebMD

Wired

WTOP news (radio)

E.A. Stuart

CURRICULUM VITAE

Elizabeth A. Stuart

PART II

**TEACHING**
*Academic Advisees*

Valerie Harder                PhD, Mental Health                2008
Cannabis use and depression: Demystifying propensity score techniques
Current Position: Associate Professor, Public Health Virtual, University of Vermont

Satoko (Janet) Kuramoto-Crawford   PhD, Mental Health            2011
Suicidal ideation among inner-city drug users: Association with social support networks
      and polydrug use
      * Winner of Morton Kramer Award from Department of Mental Health
Current Position: Social Behavioral Scientist Administrator, National Institute of Drug
      Abuse, National Institutes of Health

Finbarr Leacy                ScM, Biostatistics                2012
On the Joint Use of Propensity and Prognosis Scores in Causal Treatment Effect
      Estimation
Current Position: Expert Biostatistician, European Medicines Regulatory Network, Health
      Products Regulatory Authority

Grace Lee                    PhD, Mental Health                2013
Antecedents, patterns, and consequences of gambling among urban youth
Current Position: Clinical Trials Results Analyst Associate, ICF International

Hali Hambridge              ScM, Biostatistics                2013
Handling the Complexities of Missing Data in the Context of a Propensity Score
      Analysis.
      * Delta Omega Inductee
Current Position:  PhD Candidate, Harvard Department of Biostatistics

Megan Schuler                PhD, Mental Health                2013
Estimating the relative treatment effects of natural clusters of adolescent substance
      abuse treatment services: Combining latent class analysis and propensity score
      methods
Winner of Morton Kramer Award from Department of Mental Health
Delta Omega Inductee
Current Position: Policy Researcher, the RAND Corporation

Kara Rudolph                MHS, Biostatistics                2014
                           (Concurrent with PhD in Epidemiology)
Estimating population treatment effects from a survey sub-sample
Current position:  Assistant Professor, Department of Epidemiology, Columbia University
K99/R00 recipient from the National Institute of Drug Abuse

Sarah Naeger                PhD, Mental Health                2014

56

Associations between Community Violence and Academic Competency in Urban
    Elementary School Children
Current Position: Director, Real World Investigator, Sanofi

Yenny Webb-Vargas (co-advisor)    PhD, Biostatistics            2016
Winner, 2015 Student Paper Award, Government/Social/Survey Statistics Sections of
    the American Statistical Association
Current Position:  Principal Statistical Scientist, Genentech

David Lenis                        PhD, Biostatistics            2017
Current Position:  Vice President, Biostatistics, Aetion

Luther Kalb                        PhD, Mental Health            2017
Mental health crisis in youth with Autism Spectrum Disorder
Recipient of NRSA F31 award from NICHD (primary mentor)
Winner of Morton Kramer award from the Department of Mental Health
Current Position:  Associate Professor, Kennedy Krieger Institute and BSPH

Adam Pittman                       ScM, Biostatistics            2019
Current position: Chief of Population Health, Maryland Health Services Cost Review
    Commission

Benjamin Ackerman                  PhD, Biostatistics            2020
Methods for transportability: Addressing external validity and measurement error
concerns in randomized trials
Current Position:  Principal Statistician, Janssen

Curtis Leung                       DrPH, Health Policy and Management  2020
Current position: Manager, ECG Management Consultants

Ting-Hsuan Chang                   ScM, Biostatistics            2021
Current position:  PhD Candidate, Department of Biostatistics, Columbia University

Lucy Qiao                          MHS, Biostatistics            2021
                                   (Concurrent with PhD in Epidemiology)
Current position: Associate Director, Epidemiology, AstraZeneca - Oncology

Natalya Kostandova                 MHS, Biostatistics            2023
                                   (Concurrent with PhD in Epidemiology)

Elizabeth Sarker                   PhD, Biostatistics            2023
Current position:  Statistician, Eli Lilly and Company

Ian Schmid                         PhD, Mental Health            2023
Current position:  Applied Statistician, Hailee Dunn Consulting

Carly Lupton Brantner              PhD, Biostatistics            2024
(formerly Lupton-Smith)
2023 Jane and Steve Dykacz Award honoring the best student paper in medical
    Statistics
2023 June B. Culley Award honoring outstanding achievement by a Biostatistics

E.A. Stuart

student on his or her preliminary school-wide examination paper
2024 Delta Omega
Current position:  Assistant Professor, Duke University Department of Biostatistics

Jason Haw                              MHS, Biostatistics                    2024
                                       (Concurrent with PhD in Epidemiology)
2023 Louis I. and Thomas D. Dublin Award for work in Epidemiology and Biostatistics

Mincen Liu                             ScM, Biostatistics                    2024

Victoria Green (joint advisor)         PhD, Mental Health

Leon DiStefano (joint advisor)         PhD, Biostatistics

Grace Ringlein (joint advisor)         PhD, Biostatistics

Noor Qaragholi                         DrPH
Bloomberg Fellow


*Post-doctoral fellows*
Kara Rudolph                                                 2014
Current position:  Assistant Professor, Department of Epidemiology, Columbia University
K99/R00 recipient from the National Institute of Drug Abuse

Trang Nguyen (co-advisor)                                    2014-2016
Current position:  Associate Research Professor, Department of Mental Health, Johns
        Hopkins Bloomberg School of Public Health

Hwanhee Hong                                                 2014-2018
K99/R00 recipient from the National Institute of Mental Health
Current position:  Assistant Professor, Department of Biostatistics and Bioinformatics,
        Duke University

Marissa Seamans                                              2017 – 2019
K01 recipient from the National Institute of Drug Abuse
Current position:  Assistant Professor, Department of Epidemiology, University of
        California – Los Angeles

Sachini Bandara                                              2018 – 2019
Funded through NIMH T32 on Mental Health Services and Systems
Current position:  Assistant Professor, Department of Mental Health,
        Johns Hopkins Bloomberg School of Public Health

Stephanie Moore                                              2018-2020
Funded through NIMH T32 on Mental Health Services and Systems
Current position:  Assistant Professor, University of California – Riverside

Youjin Lee                                                   2019
Current position:  Assistant Professor, Department of Biostatistics, Brown University

E.A. Stuart                                                                    58

Esita Patel (co-advisor, Brendan Saloner)                    2019-2021
Current position: OB/gyn nurse

Keisha Solomon (co-advisor, Brendan Saloner)                 2019-2022
Current position: Research scholar, Howard University

Noah Greifer                                                2020-2021
Current position: Programmer, Harvard University Institute for Quantitative and Social
        Science

Joseph Kush (co-advisor, Rashelle Musci)                    2021-2022
Current position:  Assistant Professor, James Madison University

Yongqi Zhong (co-advisor, Bryan Lau)                        2021-2022
Current position: Senior Biostatistician, GRAIL

Jason Gibbons (co-advisor, Brendan Saloner)                 2021 – 2023
Current position: Assistant Professor, Department of Health Systems, Management, and
        Policy; University of Colorado Anschutz Medical Campus

Samantha Harris (co-advisor, Brendan Saloner)               2021- 2023
Current position: Assistant Scientist, Department of Health Policy and Management,
        Bloomberg School of Public Health

Nick Seewald (co-advisor, Beth McGinty)                     2021-2023
Current position:  Assistant Professor, Department of Epidemiology and Biostatistics,
        University of Pennsylvania School of Medicine

Catherine Ettman                                            2022- 2023
Current position:  Assistant Professor, Department of Health Policy and Management,
        Bloomberg School of Public Health

Harsh Parikh (co-advisor, Kara Rudolph)                     2023 –

Bijan Niknam                                                2023 -

*MPH Advisees*
    Sushant Sahastrabuddhe                                  2009-2010
    Pamela Trangenstein                                     2012-2014
    Noor Qaragholi                                          2021-2022

*MPH Capstone Advisee*
    Sushant Sahastrabuddhe                                  2010
    Haley Gibbs                                             2015
    Ahmed Hassan                                            2016
    Siva Mulpuru                                            2020
    Michael Yan                                             2020
    Noor Qaragholi                                          2022

*Master's Thesis Reader*
    Keri Calkins, Epidemiology                              2014

                                                            59
E.A. Stuart

| Lu Shen, Biostatistics | 2014 |
| Katherine Freeland, Biostatistics | 2015 |
| Jeffery Zhao, Duke University Dept. of Biostatistics | 2022 |
| Elizabeth Wagner, Biostatistics | 2024 |

*Preliminary Oral Exam Participation (PhD or DrPH)*

| Alisha Creel | Health, Behavior, and Society | 2007 |
| Chanelle Howe | Epidemiology | 2007 |
| Lauren Cain | Epidemiology | 2007 |
| Erin McDonald | Health, Behavior, and Society | 2007 |
| Leslie Thornton | Mental Health | 2008 |
| Meredith Weaver | Health, Behavior, and Society | 2008 |
| Beth Marshall | Population, Family, and Reproductive Health | 2008 |
| Bruce Swihart | Biostatistics | 2008 |
| Lok Wong | Health Policy and Management | 2008 |
| Haley Hedlin | Biostatistics | 2008 |
| Julie Leis | Mental Health | 2009 |
| Alden Gross | Mental Health | 2009 |
| Isadora Gil | Health Policy and Management | 2009 |
| Amy Daniels | Mental Health | 2009 |
| Jennifer McCleary-Sills | Health, Behavior, and Society | 2009 |
| Bridget Ambrose | Epidemiology | 2009 |
| Camelia Graham | Mental Health | 2009 |
| Fang Tian | Epidemiology | 2010 |
| Mara McAdams | Epidemiology | 2010 |
| Benjamin Johns | International Health | 2010 |
| Brian Weir | Health, Behavior, and Society | 2010 |
| Erin Trish | Health Policy and Management | 2010 |
| Gregory Tung | Health Policy and Management | 2010 |
| David Hanna | Epidemiology | 2010 |
| Dell Simmons | Graduate Training Program in Clinical Investigation | 2010 |
| John Ayers | Health, Behavior, and Society | 2011 |
| Elizabeth Harrison | Population, Family, and Reproductive Health | 2011 |
| Alexo Esperato | Health Policy and Management | 2012 |
| Christine Buttorff | Health Policy and Management | 2012 |
| Sarah Khasawinah | Mental Health | 2012 |
| Laysha Ostrow | Mental Health | 2013 |
| Jeffrey Duong | Mental Health | 2013 |
| Barbara Condliffe | Sociology | 2013 |
| Kari Weber | Epidemiology | 2013 |
| Parichoy Pal Choudhury | Biostatistics | 2013 |
| Eric Roberts | Health Policy and Management | 2013 |
| Siri Warkentian | Sociology | 2013 |
| Julia Baller | Health Policy and Management | 2013 |
| Claudia Salzberg | Health Policy and Management | 2014 |
| Alene Kennedy Hendricks | Health Policy and Management | 2014 |
| Samira Soleimanpour | Population, Family, and Reproductive Health | 2014 |

E.A. Stuart

60

| Katharine Shelley | International Health | 2015 |
| Luke Kalb | Mental Health | 2016 |
| Ryan Andrews | Mental Health | 2016 |
| Hillary Samples | Health Policy and Management | 2016 |
| Taruja Kamarker | Health Policy and Management | 2016 |
| Sachini Bandara | Health Policy and Management | 2016 |
| Lyndsey Ferris | Health Policy and Management | 2017 |
| Alex McCourt | Health Policy and Management | 2017 |
| Alex Secora | Epidemiology | 2017 |
| Prosenjit Kundu | Biostatistics | 2018 |
| Margaret (Jean) Flores | Health Policy and Management | 2018 |
| Bingkai Wang | Biostatistics | 2018 |
| Rheanna Platt | Graduate Training Program in Clinical Investigation | 2018 |
| Amelie Hecht | Health Policy and Management | 2018 |
| Molly Francis | Health Policy and Management | 2018 |
| Julia Burgdorf | Health Policy and Management | 2018 |
| Kayla Tormohlen | Mental Health | 2019 |
| Geoff Kahn | Mental Health | 2019 |
| Curtis Leung | Health Policy and Management | 2019 |
| Bonnie Smith | Biostatistics | 2019 |
| Daniel Antiporta | Epidemiology | 2019 |
| Sherri-Chanelle Breighthaupf | Mental Health | 2019 |
| Debra Bozzi | Health Policy and Management | 2019 |
| Trang Nguyen | Biostatistics | 2020 |
| Kayte Andersen | Epidemiology | 2020 |
| Brendan Rabideau | Health Policy and Management | 2020 |
| Natalya Kostandova | Epidemiology | 2021 |
| Courtney Nordeck | Mental Health | 2021 |
| Leeya Correll | Population Familiy and Reproductive Health | 2021 |
| Elizabeth Stone | Health Policy and Management | 2021 |
| Claire Heffernan | Biostatistics | 2021 |
| Tyler Smith | Environmental Health and Engineering | 2021 |
| Sanjana Pampati | Emory Univ. Dept. Of Epidemiology | 2022 |
| Max Rubinstein | Carnegie Mellon Univ. Dept. of Statistics | 2022 |
| Kate Nelson | London School of Hygiene and Tropical Medicine, Statistics and Epidemiology | 2022 |
| Angela Liu | Health Policy and Management | 2022 |
| Jason Haw | Epidemiology | 2022 |
| Rui Chen | DrPH | 2022 |
| Christopher (Ross) Hatton | Health Policy and Management | 2023 |
| Kristin Bevilacqua | Population Family and Reproductive Health | 2023 |
| Jirka Taylor | Health Policy and Management | 2024 |

*Final Oral Exam Participation (PhD or DrPH)*

| Erin McDonald | Health, Behavior, and Society | 2007 |
| Xianbin Li | Biostatistics | 2008 |

E.A. Stuart

61

| | | |
|---|---|---|
| Chanelle Howe | Epidemiology | 2009 |
| Suzanne Goodwin | Health, Policy and Management | 2009 |
| Brian Lee | Epidemiology | 2009 |
| Beth Marshall | Population, Family, and Reproductive Health | 2009 |
| Leslie Thornton | Mental Health | 2009 |
| Nirali Shah | International Health | 2010 |
| Anna Christensen | Population, Family, and Reproductive Health | 2010 |
| Fengmin Zhao | International Health | 2010 |
| Alden Gross | Mental Health | 2010 |
| Julie Leis | Mental Health | 2010 |
| Amy Daniels | Mental Health | 2011 |
| Fang Tian | Epidemiology | 2012 |
| Lok Wong Samson | Health Policy and Management | 2012 |
| Benjamin Johns | International Health | 2012 |
| Nkemdiri Iruka | Health, Behavior, and Society | 2012 |
| Isadora Gil | Health Policy and Management | 2012 |
| David Hanna | Epidemiology | 2012 |
| Rebecca Evans | Health, Behavior, and Society | 2012 |
| Ben Zablotsky | Mental Health | 2012 |
| Brian Weir | Health, Behavior, and Society | 2012 |
| Gregory Tung | Health Policy and Management | 2012 |
| Divya Nair | International Health | 2012 |
| Elizabeth Harrison | Population, Family, and Reproductive Health | 2013 |
| Lauren Pacek | Mental Health | 2013 |
| Megan Schuler | Mental Health | 2013 |
| Christina Sun | Health, Behavior, and Society | 2014 |
| Kara Rudolph | Epidemiology | 2014 |
| Alexo Esperato-Martinez | Health Policy and Management | 2014 |
| Marian Jarlenski | Health Policy and Management | 2014 |
| Laysha Ostrow | Mental Health | 2014 |
| Christine Buttorff | Health Policy and Management | 2014 |
| Julia Baller | Health Policy and Management | 2014 |
| Emily Adrion | Health Policy and Management | 2015 |
| Claudia Salzberg | Health Policy and Management | 2015 |
| Samira Soleimanpour | Population, Family, and Reproductive Health | 2015 |
| Hoon Byun (DrPH) | Health Policy and Management | 2016 |
| Yi Lu | Biostatistics | 2016 |
| Steve Sutch (DrPH) | Health Policy and Management | 2016 |
| Mariana Socal | International Health | 2017 |
| Katharine Shelley | International Health | 2017 |
| Krycia Cowling | Health Policy and Management | 2017 |
| Nicole Fusco | Epidemiology | 2017 |
| Kriti Jain | Health Behavior and Society | 2018 |
| Sachini Bandara | Health Policy and Management | 2018 |
| Elizabeth Humberstone | Education | 2018 |
| Margaret (Jean) Flores | Health Policy and Management | 2019 |
| Lindsey Ferris | Health Policy and Management | 2019 |

E.A. Stuart

62

| | | |
|---|---|---|
| Julia Burgdorf | Health Policy and Management | 2020 |
| Amelie Hecht | Health Policy and Management | 2020 |
| Kayla Tormohlen | Mental Health | 2020 |
| Molly Francis | Health Policy and Management | 2020 |
| Imke Mayer | EHESS, Ecole Polytechnique | 2021 |
| Debra Bozzi | Health Policy and Management | 2021 |
| Geoff Kahn | Mental Health | 2021 |
| Trang Nguyen | Biostatistics | 2021 |
| Sarah Robertson | Brown University Epidemiology | 2021 |
| Rheanna Platt | Graduate Training Program in Clinical Epidemiology | 2022 |
| Brendan Rabideau | Health Policy and Management | 2022 |
| Ayobami Akenroye | Epidemiology | 2022 |
| Max Rubinstein | Carnegie Mellon University | 2023 |
| Wanyu Huang | Engineering | 2023 |
| Natalya Kostandova | Epidemiology | 2023 |
| Elizabeth Stone | Health Policy and Management | 2023 |
| Avery Davis | School of Education | 2024 |
| Sanjana Pampati | Emory Univ. School of Public Health | 2024 |
| Jason Haw | Epidemiology | 2024 |
| Christopher (Ross) Hatton | Health Policy and Management | 2024 |

*Training Grant Mentorship*
Co-Sponsor, PI: Elizabeth Stone (Johns Hopkins Bloomberg School of Public Health)
F31MH131311-01; 9/1/22 – 8/31/24
"The role of state agencies in mental health services for individuals with co-occurring intellectual and developmental disabilities and mental illness"

Co-Mentor, PI: Genevieve Graaf (University of Texas Arlington School of Social Work)
K01MH129991; 5/1/22-4/30/2026
"Assessing the impacts of Medicaid Home and Community Based Waivers for children with Severe Emotional Disturbance"

Co-Mentor, PI: Sunny Bai (Pennsylvania State University)
KL2 award; 5/22-4/24
"Crossover Effects of a Universal Adolescent Substance Use Prevention Program on Suicide Risk in Adulthood: Causal inference methods for studying mechanisms of change"

Co-Mentor, PI: Alina Schnake-Mal (Drexel University)
"Social and policy determinants and impacts on COVID-19 and influenza disparities"
(K01AI168579); 02/10/2022 - 02/01/2027

Co-Sponsor, PI: Kira Riehm (BSPH)
F31 award, National Institute of Mental Health (F31MH124330)
"Diagnostic, treatment, and health-related outcomes of depression screening in primary care settings: a longitudinal cohort study of adolescents"

Co-Mentor, PI: Catherine Lesko (BSPH)
K01 award, National Institute on Alcohol Abuse and Alcoholism (K01AA028193)
"Unhealthy alcohol use, other drug use, and mental health disorders: comorbidity burden in people with HIV, gaps in treatment, and impact on the HIV care continuum"

E.A. Stuart

Co-Mentor, PI: John Jackson (BSPH)
K01 award, National Heart Lung and Blood Institute (NHLBI)

Co-Sponsor, PI: Geoff Kahn (BSPH)
F31 award, National Institute of Mental Health (F31MH120973)
"Predicting Suicide Attempts in Youth with Child Protective Services Contact"

Co-Mentor, PI:  Alan Rathbun (University of Maryland)
Pilot Study, Claude D. Pepper Older Americans Independence Center
University of Maryland School of Medicine
"Characterizing the Heterogeneity and Role of Depression in Hip Fracture Recovery"

Advisor, PI: Catherine Maulsby (BSPH)
K01 award, National Institute of Mental Health (K01MH111388)
"An HIV Retention in Care Intervention for Black MSM in Baltimore with a Job Readiness
Component"

Mentor, PI: Hwanhee Hong (BSPH/Duke)
K99 award, National Institute of Mental Health (K99MH111807)
"Estimating Population Effects in Mental Health Research Using Meta-Analysis"

Mentor/Research Supervisor, PI:  John Jackson (BSPH)
NIH LRP

*Classroom Instruction*
Johns Hopkins University

| Year | Course/Description | Enrollment |
|---|---|---|
| 2008 - | Estimating causal effects in medicine and public health Dept. of Biostatistics 140.664 (Onsite and online) | 50 - 120 |
| 2011 - | Seminar in statistical methods for mental health Dept. of Mental Health 330.805 | 10 - 25 |
| 2010 - | Estimating the effects of mental health interventions in non-experimental settings Mental Health Summer Institute | 5 - 21 |
| 2009 - | Missing data methods for mental health Research Mental Health Summer Institute | 4 - 12 |

Guest Lectures

| 2016-2017 | Public health perspectives on Autism Spectrum Disorders (D. Fallin and L. Li) |
|---|---|
| 2011 | Advanced Statistical Methods in Education Research (M. Stein) JHU School of Education ED.883.720 Instructor for 2 sessions on power analysis |

E.A. Stuart

64

|      |      |
|------|------|
| 2009 | Doctoral Seminars in Epidemiology (S. Goodman) |
|      | Co-instructor for 3 sessions on causal inference |
|      | BSPH Epidemiology 340.863.01 |
| 2008-2011 | Seminars on Methods in Public Mental Health Research (P. Leaf) |
|      | BSPH Mental Health 330.660.01 |
| 2006- | Prevention of Mental Disorders: Public Health Interventions (N. Ialongo and G. Rebok) |
|      | BSPH Mental Health 330.607.01 |
| 2007-2010 | Methodologic Challenges in Epidemiologic Research (D. Fallin, T. Glass, S. Cole) |
|      | BSPH Epidemiology 340.754.01 |

Other institutions
    2006       Causal Inference in Randomized Experiments and Observational Studies
                          Joint Program in Survey Methodology, University of Maryland

*Other Teaching*
"Statistical Inference for causal effects in experiments and observational studies through potential outcomes."
Short course (with Donald B. Rubin and Samantha R. Cook)
Offered at the Food and Drug Administration (2003), Harvard University (2004), the Joint Statistical Meetings (2003), Karolinska Institute (Stockholm; 2004), the Medical College of Wisconsin (2003), the Conference of the Society for Multivariate Analysis in the Behavioral Sciences (SMABS, 2004), Smith College (2005), and the University of Minnesota (2003)

"Missing Data Methods in Criminology"
Department of Criminology, University of Maryland, April 2009, December 2011

"Applied Propensity Score Analysis II: Practical Considerations and Lessons for Use"
AcademyHealth webinar, January 2010 (> 100 attendees)

"The how, when, and why of the use of matching methods and propensity scores"
Advanced Quantitative Methods in Education Research, UCLA College of Education, April 2010 (35 attendees)
Short course at the 2015 International Meeting of the Psychometric Society, Beijing, China, July 2015

"Recent advances in missing data methods: Multiple Imputation by Chained Equations."
AcademyHealth Annual Research Meeting methods seminar, June 2010 (80 attendees).

"Multiple imputation using chained equations".
International Conference on Health Policy Statistics workshop, October 2011 (50 attendees)

"The how, when, and why of the use of matching methods and propensity scores"
American Statistical Association Philadelphia Chapter, Short Course, November 2011 (50 attendees)
Johnson and Johnson, April 2012 (100 attendees)
University of Pennsylvania Graduate School of Education, IES Training Program (25 attendees);

E.A. Stuart

European Educational Research Association, Oslo, Norway, May 2014 (25 attendees).

"Introduction to methods for handling missing data"
BSPH Center for American Indian Health, January 2012 (15 attendees)

"The how, when, and why of the use of matching methods and propensity scores"
JHMI General Internal Medicine Fellows Program, November 2012

"Propensity score methods for estimating causal effects in pharmaceutical research: The why, when and how."
ASA Biopharmaceutical Section/FDA Workshop, September 2014
American Statistical Association webinar, June 2015 (over 100 attendees)
Food and Drug Administration, July 2017

"Non-experimental study methods for psychiatry"
American Psychopathological Association, December 2022

## RESEARCH GRANT PARTICIPATION

*Principal Investigator*

| Title | Agency | Level | Budget Amount |
|---|---|---|---|
| Exploring Health and Wealth: Developing Novel Approaches to Understanding the Impact of Economic Precarity on Hospital Outcomes among Patients with Depression in the JHU System (1/1/22-12/31/22) Multi-PI, with Catherine Ettman and Peter Zandi | Hopkins Business of Health Initiative | NA | $12,500 |
| Design and analysis advances to improve generalizability of clinical trials for treating opioid use disorder (9/15/22 – 6/30/2027) R01DA056407 multi-PI; contact PI: Kara Rudolph (Columbia University) | NIDA | 10% | $770,972 |
| Combining data sources to identify effect moderation for personalized mental health treatment (8/19/2021-5/31/2025) R01MH126856 | NIMH | 10% | $1,730,235 |
| Advanced computational approaches for integrating data to assess effect heterogeneity (11/1/2021-11/30/2025) ME-2020C3-21145 | PCORI | 10% | $749,779 |
| Data integration for causal inference In behavioral health (7/1/2020-6/30/2025) T32MH122357 | NIMH | NA | $1,217,290 |

66

E.A. Stuart

| | | | |
|---|---|---|---|
| RAPID: Evaluating the impact of COVID-19 on labor market, social, and mental health outcomes (2028683) | NSF | 1% | $200,000 |
| co-PI's: Bennett (USC), de Bruin (USC), Krueter (Maryland), Stuart (BSPH), Thrul (BSPH) | | | |
| Causal mediation methods for Studying mechanisms in mental health R01MH115487 | NIMH | 20% | $1,309,834 |
| Training Program in Mental Health Services and Systems co-PI with Colleen Barry (2018-2020), Beth McGinty (2020-2022), Ramin Mojtabai (2023-) (7/1/2018-6/30/2020) T32MH109436 | NIMH | NA | $1,042,215 |
| Using propensity scores for causal inference with covariate measurement error (7/2013-6/2017) R01MH099010 | NIMH | 35% | $1,119,057 |
| Estimating population treatment effects: Incorporating propensity scores with complex survey data (7/2015-6/2018) R305D150001 co-PI with Nianbo Dong | IES | 15% | $798,022 |
| Statistical methods for using rigorous evaluation results to improve local education policy decisions (7/2015-6/2018) R305D150003 co-PI with Robert Olsen | IES | 15% | $896,361 |
| Enhancing external validity in existing STEM evaluations (10/2013-9/2016) DRL-1335843 co-PI with Robert Olsen | NSF | 12% | $796,205 |
| Estimating population effects of mental health interventions (8/2008-7/2013) HattonMH083846 | NIMH | 75% | $727,092 |
| Instrumental variables and propensity score methods when dealing with noncompliance (completed) | BSPH Faculty Innovations Fund | 20% | $29,557 |

E.A. Stuart

| Using administrative records to predict Census day residency (completed) | U.S. Census Bureau | 10% | $210,000 |

*Co-investigator*

| Title | Grant Number | PI | Agency |
|---|---|---|---|
| Evaluating and enhancing community Violence interruption effectiveness in the Nation's Capital City 4/3/23 – 12/31/26 | NA | Webster & Richardson | Arnold Ventures |
| Implementation of the federal 988 suicide and mental health crisis hotline policy: determinants and effects of state policy implementation financing strategies 9/1/22 – 8/31/26 | R01MH131649 | Purtle | NIMH |
| Methods for generalizing inferences from cluster randomized trials to target populations 2/4/2022 – 12/31/2025 (BSPH site-PI) | R01LM013616 | Dahabreh | NILM |
| Studying how state and local health services delivery policies can mitigate the effects of disasters on drug addiction treatment and overdose: A mixed methods study of COVID-19 8/1/2021-5/20/2025; $1,727,672 (directs) | R01DA049789 | McGinty | NIDA |
| State Medical Cannabis Laws, Chronic Pain, and Opioids: A Mixed-Methods Approach | R01DA049789 | McGinty | NIDA |
| Using licensure authority to increase access to medications for opioid use disorder in specialty treatment | NA | Saloner | Arnold Ventures |
| Bloomberg Opioid Initiative (Evaluation core co-lead) | NA | Sharfstein | Bloomberg Philanthropies |
| ECHODAC: Environmental influences on child health outcomes data analysis center | U24ODO23382 | Jacobsen | NIH (Director) |
| Center to accelerate translation of interventions to decrease premature mortality in SMI (Methods core co-Director) | P50MH115842 | Daumit | NIMH |
| Center for Opioid Policy Research (site PI) | P50DA046351 | Stein | NIDA |

E.A. Stuart

68

| | | | |
|---|---|---|---|
| A national evaluation of Medicaid expansion on the prevention of child abuse and neglect, youth violence, and intimate partner violence | U01CE002947 | Letourneau | CDC |
| Site selection when participation is voluntary: Improving the external validity of randomized trials | R305D190020 | Olsen | IES |
| An evaluation of state laws intended to curb high-risk opioid prescribing | R01DA044987 | Rutkow/ McGinty | NIDA |
| Consumer-directed health plans and substance use disorder treatment | R01DA044201 | Barry | NIDA |
| Comorbid patterns with alcohol use disorders | R01AA016346 | Crum | NIAAA |
| Testing the efficacy of a developmentally-informed coping power program in middle schools | R305A140070 | Pas | IES |
| Impacts of payment reform on racial disparities in hospital psychiatric care | R01MD010255 | Slade | NIMHD |
| Impacts of payment reform on the organization of hospital care for persons with mental illness | R01MH107459 | Slade | NIMH |
| RAP club improving mental health and school performance in urban eighth graders | R305A160082 | Mendelson | IES |
| A trauma informed intervention to improve mental health and school success for urban eighth graders | R01HD090022 | Mendelson | NICHD |
| Statistical methods to correct for measurement error in self-reported dietary data from lifestyle intervention trials (site PI) | R01HL127491 | Siddique | NHLBI |
| Development & Malleability from childhood to adulthood | R01DA044184 | Ialongo | NIDA |
| Evaluating Maryland state policies to improve school climate | R305H150027 | Pas | IES |
| Making better use of randomized | ME-1502-27794 | Dahabreh | PCORI |

E.A. Stuart

69

| | | | |
|---|---|---|---|
| trials: Assessing applicability and transporting causal effects | | (Stuart: Site PI) | |
| Generalizing RCT Efficacy Evidence: application to NIDA Clinical Trials Network | R01DA036520 | Mojtabai | NIDA |
| Social Consequences of Mental Disorders: a Ten-Year Follow-up Study | R01MH096826 | Mojtabai | NIMH |
| Impact of Increasing Adolescent depression Literacy on Treatment-Seeking behavior | R01MH095855 | Wilcox | NIMH |
| Heterogeneity in Prevention Intervention Effects On Substance Use: A Latent Variable Causal Modeling Approach (PI on subcontract) | R01DA031698 | Jo | NIDA |
| Identifying Predictors of Program Implementation to Inform A Tailored Teacher Coaching Process | R305A130060 | Bradshaw | IES |
| Feasibility of Web-Based Coach Training to Support Classroom Prevention Programs | R21DA034206 | Ialongo | NIDA |
| Center for Prevention and Early Intervention | P30MH086043 | Ialongo | NIMH |
| Estimating mental health expenditures using national household survey data (PI on subcontract) | R21MH096285 | Slade | NIMH |
| SMI Dual Eligibles and Medicare Part D: Impact on Medication Continuity and Outcomes | R01MH079974 | Steinwachs | NIMH |
| Community violence & youth: Affect, behavior, academics (completed) | R01DA018318 | Cooley | NIDA |
| Center for the Prevention of Youth Violence | U01CE001954 | Leaf | CDC |
| Enhancing Safe Sleep Practices among Urban, Low-Income Mothers | R01HD072821 | Gielen | NICHD |
| Substance use disorder treatment under new payment and delivery system models | R01DA035214 | Huskamp, Barry | NIDA |
| Implementation of Federal Mental Health Parity | R01MH093414 | Barry | NIMH |

**ACADEMIC SERVICE**

E.A. Stuart

*Johns Hopkins Bloomberg School of Public Health*

Member, Committee on Finance, 2022 -
Chair, Health Policy and Management Chair Search Committee, 2021
Co-Chair, Onsite Instruction Restart Committee, 2021
Executive Vice Dean of Finance and Administration Search Committee, 2020
Co-Chair, Health Policy Statistician Faculty search, 2019
Health Behavior and Society Department Review and Chair Search Committee, 2018
Department of Biostatistics Faculty Search Committee, 2017-2018
Department of Epidemiology Faculty Search Committee, 2017
Committee on Academic Standards, 2016-
Hopkins Population Center Faculty Coordinating Committee, 2016-
JHU Leadership Development Program (LDP), 2016
Committee on Appointments and Promotions, 2015-2016
Faculty Search Committee, Department of International Health, 2015-2016
Biostatistics Learning Advisory Committee, 2008-
Strategic Plan Steering Committee, 2007-2008
Department of Mental Health seminar coordinator, 2007
Biostatistics and Mental Health Causal Inference Working Group Coordinator, 2007-
Department of Mental Health Admissions Committee, 2008-2013

*Johns Hopkins University*

AI-X Foundry Academic Program Committee, 2023-
Race Neutral Alternatives Admissions Group, 2023-
PhD Collective Bargaining Agreement negotiating team, 2023-
Middle States Commission on Higher Education re-accreditation self-study working
   group, 2022 -
Vivien Thomas Scholars Initiative Working Group and Admissions Committee, 2021 -
JHU Student Services Excellence Initiative Governing Council, 2020 - 2021
JHU Teaching Academy Advisory Council, 2019 -
Biomedical Workforce Taskforce, 2018 - 2019
Johns Hopkins University inHealth Methodology Working Group, 2013-2015
PhD Innovation Initiative Review Committee, 2013

## PRESENTATIONS
*Invited talks at scientific meetings*

Using administrative records to predict Census day residency.
- Joint Statistical Meetings, Atlanta, GA, 2001.

Choosing well matched historical patients to supplement a randomized clinical trial.
- New England Statistics Symposium, Harvard University, Cambridge, MA, 2004.

Matching with multiple control groups and adjusting for differences between the groups.
- Joint Statistical Meetings, Minneapolis, MN, 2005.
- Mid-Atlantic causal inference workshop, Columbia University, New York, NY, 2005.

Estimating causal effects using school-level datasets.
- National Academy of Sciences Board on Testing and Assessment's Symposium on the
  Use of School-level Data, Washington, DC, 2005.

E.A. Stuart

71

Dealing with control group dropout: Using historical patient information to supplement a randomized trial.
- Joint Statistical Meetings, Salt Lake City, UT, 2007.

Causal inference in education research.
- American Educational Research Association Dissertation Grants Conference, 2007.

Practical issues in implementing multiple imputation.
- Association for Public Policy Analysis and Management Annual Research Meeting, Washington, DC, 2007.

Discussion of "Is regression adjustment supported by the Neyman model for causal inference?" (P. Schochet).
- Association for Public Policy Analysis and Management Annual Research Meeting, Washington, DC, 2007.

Defining baseline using propensity score matching: Application to a clinical trial.
- International Conference of Health Policy Statistics, Philadelphia, PA, 2008.
- Sixth annual American Statistical Association Connecticut Chapter Mini-Conference on Applied Causal Inference, 2008.

Discussion of "Individual and contextual differences in treatment effects: New methodologies for experimental and observational research."  Invited Discussion.
- Society for Prevention Research Annual Meeting, San Francisco, CA, 2008.

New Directions in Prevention Science: Statistical Methodology. (Invited talk in session "Emerging investigators and emerging ideas in prevention science.")
- Society for Prevention Research Annual Meeting, San Francisco, CA, 2008.

Assessing generalizability: Case study of PBIS.
- Statistical and Applied Mathematical Sciences Institute Summer 2008 Program on Meta-analysis: Synthesis and Appraisal of Multiple Sources of Empirical Evidence, Durham, NC, 2008.

Using propensity scores to select subjects for follow-up.
- Probability and Statistics Day, University of Maryland Baltimore County, 2009.

The use of propensity scores to assess generalizability.
- Atlantic Causal Modeling Conference, University of Pennsylvania, 2009.

Connections between *Experimental Designs* and non-experimental designs.
- Joint Statistical Meetings, Washington, DC, 2009.

Generalizing evidence from randomized clinical trials to target populations: The ACTG-320 trial.
- Joint Statistical Meetings, Vancouver, BC, Canada, 2010.

Estimating Causal Effects. (Invited discussant)
- American Political Science Association Annual Meeting, Washington, DC, 2010.

72

E.A. Stuart

From propensity scores to prognosis scores: Matching methods in the context of principal stratification.
- Causal Inference in Health Research meeting, Centre de Recherche Mathematiques, Montreal, QC, Canada, 2011.

Challenging issues in the analysis of large-scale observational data: What you need to know.
- American Educational Research Association Grantee Meeting, Washington, DC, 2011.

Recent advances in estimating causal effects using prospective electronic clinical data.
- EDM Forum Methods Symposium, Washington, DC, 2011.

Statistical approaches to studying mediator effects in education research. (Invited discussant)
- Society for Research on Educational Effectiveness Spring 2012 Conference, Washington, DC, 2012.

Estimates of external validity bias when impact evaluations select sites purposively.
- Society for Research on Educational Effectiveness Spring 2012 Conference, Washington, DC, 2012.

Getting ready for propensity score methods: Designing non-experimental studies and selecting comparison groups.
- Office of Planning, Research, and Evaluation, Administrative for Children & Families, U.S. Department of Health and Human Service, Washington, DC, 2012.

Advances and challenges in propensity score matching. (Invited discussant)
- Society for Research on Educational Effectiveness Spring 2013 Conference, Washington, DC, 2013.

Strategies for dealing with covariate measurement error in propensity scores.
- Society for Research on Educational Effectiveness Spring 2013 Conference, Washington, DC, 2013.
- Joint Statistical Meetings, Boston, MA, 2014

Statistical methods for assessing and enhancing external validity of randomized experiments.
- AcademyHealth Annual Research Meeting, Baltimore, MD, 2013.
- Association for Psychological Science Annual Meeting, Washington, DC, 2013.
- Health Services Research Network, The Health Foundation, London, UK, 2014

Methods for assessing sensitivity to unobserved confounding in non-experimental studies.
- AcademyHealth Annual Research Meeting, Baltimore, MD, 2013.

Identifying Elements of Your Intervention that Generate Positive Impacts: Methodological Progress for Experimental Research. (Invited discussant)
- Office of Planning, Research, and Evaluation, Administrative for Children & Families, U.S. Department of Health and Human Service, Welfare Research and Evaluation Conference, Washington, DC, 2013.

Innovations in Propensity Score Methods for Addressing New Causal Questions in Observational Studies. (Invited discussant)
- Joint Statistical Meetings, Montreal, Canada, 2013.

73

E.A. Stuart

Model Selection and Uncertainty in Causal Effect Estimation. (Invited discussant)
- Joint Statistical Meetings, Montreal, Canada, 2013.

Using propensity scores and difference-in-differences methods to estimate the effects of mental health parity.
- International Conference on Health Policy Statistics, Chicago, IL, 2013.

Statistical methods for data synthesis. (Invited discussant)
- International Conference on Health Policy Statistics, Chicago, IL, 2013.

Assessing external validity: A discussion of setting standards. (Roundtable leader)
- American Evaluation Association Annual Meeting, Washington, DC, 2013.

Reweighting methods for generalizing results from RCTs.
Propensity score methods for estimating causal effects
- National Academy of Sciences Meeting on Observational Studies, for the National Institute of Aging, 2014.
- Society for Epidemiologic Research Annual Meeting, Seattle, WA, 2014.

Assessing methods for generalizing experimental impact estimates to target samples
- Atlantic Causal Inference Conference, Brown University, 2014

Bayesian approaches for handling differential covariate measurement error in propensity score methods
- International Biometrics Conference, Florence, Italy, 2014

Statistical Challenges in Education Research (Invited Discussant)
- Joint Statistical Meetings, Boston, MA, 2014

Using big data to estimate population treatment effects
- Workshop on big data in health policy, The Fields Institute, Toronto, Canada, 2015

"Implications of and solutions for covariate measurement error and differential covariate measurement across treatment groups."
- FDA/University of Maryland M-CERSI workshop on "Methodological Considerations to address Unmeasured Health Factors in Pharmacoepidemiology Studies that Rely on Electronic Healthcare Databases to Evaluate the Safety of Regulated Pharmaceutical Products in the Post-approval Setting."  Silver Spring, MD, May 2015.
- International Meeting of the Psychometric Society, Beijing, China, July 2015
- University of Illinois at Chicago Department of Psychiatry Division of Biostatistics and Epidemiology.  Chicago, IL, January 2016.

Statistical methods for implementation science
- Center for AIDS research conference on social and behavioral sciences, Baltimore, MD, October 2015

Estimating population treatment effects for public health interventions
- Dean's Lecture, BSPH, Baltimore, MD, February 2016
- Ross-Royall Symposium on population inference, BSPH, Baltimore, MD, February 2016

E.A. Stuart

Invited discussion on big data
- Refining the concept of scientific inference when working with big data.  A workshop of the Committee on Applied and Theoretical Statistics, The National Academies of Sciences, Engineering, Medicine.  Washington, DC, June 2016

Methods for assessing and enhancing the external validity of randomized trials
- Keynote lecture, ActStat annual meeting, Chicago, IL, July 2016.
- Keynote lecture, United Kingdom Causal Inference Meeting (UK CIM), University of Essex, April 2017.
- Stockholm Conference on Behavioral and Social Intervention Research: Premises, Challenges, and Revisiting Positions.  Stockholm, Sweden, May 2017.
- World Psychiatric Association Epidemiology and Public Health section.  New York, NY, May 2018.

Machine learning methods for causal inference in non-experimental studies
- Joint Statistical Meetings, Baltimore, MD, August 2017.

Discussion, Statistical methods for suicide research
- Joint Statistical Meetings, Baltimore, MD, August 2017.

Discussion, Collecting comprehensive and representative input
- US Food and Drug Administration Stakeholder Meeting, December 2017.

Invited moderator, Session on use of historical patient data in single arm trials
- Friends of Cancer Research Annual Meeting, Washington, DC, October 2018.

Consequences of effect heterogeneity when predicting site-level impacts
- US Department of Education PI's meeting, Washington, DC, January 2019.

Confounding?  Assumptions?  Huh?  Mediation analysis in the psychology and psychiatry literature.
- University of Florida Department of Statistics meeting on Causality and Mediation, Gainesville, FL, January 2019.

Propensity score methods for estimating policy effects
- Society for Epidemiologic Research webinar (> 150 attendees); March 2019

Opportunities for, and complexities of, using real world data
- NISS/Merck Webinar meet-up (> 320 attendees); April 2019

Data and methods for estimating the effects of state opioid policies
- National Academies of Science Engineering and Medicine; Committee on Applied and Theoretical Statistics; June 2019

Discussion: Evaluating strategies to reduce gun violence
- National Institute of Statistical Sciences Ingram Olkin Statistics Serving Society (S3) Forum; June 2019

Keynote Speaker, Assessing and enhancing the external validity of randomized trials

75

E.A. Stuart

- Australasia Epidemiologic Association Annual Meeting, Brisbane, Australia; October 2019

The landscape for evaluation of programs and policies to reduce the consequences of the opioid epidemic
- International Conference on Health Policy Statistics, San Diego, January 2020

Invited discussant, "Leveraging existing data on the opioid epidemic to quantify risk and inform policy"
- International Conference on Health Policy Statistics, San Diego, January 2020

Statistical questions, and challenges, for estimating the effects of opioid-related policies and programs
- International Conference on Health Policy Statistics, San Diego, January 2020

The use of synthetic control and other covariate adjustment strategies for policy evaluation
- International Conference on Health Policy Statistics, San Diego, January 2020

Accounting for differences in population: Predicting intervention impact at scale
- Society for Prevention Research, virtual conference, June 2021

The future of methods and measures in education research
- National Academies of Sciences, Engineering, and Medicine meeting on The Future of Education Research and the Institute of Education Sciences in the US Department of Education, virtual meeting, July 2021

Combining experimental and non-experimental data to examine treatment effect heterogeneity
- American Psychopathological Association, New York City, March 2023

_Other talks and posters at scientific meetings presented by E.A. Stuart_
Matching using two control groups.
- Joint Statistical Meetings, San Francisco, CA, 2003.

Individual-level multiple systems estimation: Predicting Census day residency.
- Joint Statistical Meetings, Toronto, Ontario, 2004.

Estimating causal effects using multiple control groups.
- Conference for the Society for Multivariate Analysis in the Behavioral Sciences (SMABS), Jena, Germany, 2004.

Using historical patients to supplement a randomized trial.
- Biennial CDC and ATSDR Symposium on Statistical Methods, Washington, DC, 2005.

Estimation of state-level standardized food stamp participation rates.
- Joint Statistical Meetings, Seattle, WA, 2006.

Design and implementation of case-control matching to estimate the effects of value-added assessment.
- American Educational Research Association Meeting, San Francisco, CA, 2006.

76

Making use of limited resources: Optimal selection of subjects for follow-up.
- Society for Prevention Research Annual Meeting, Washington, DC, 2007.
- Prevention Science Methodology Group conference.  Baltimore, MD, 2008.
- Society for Prevention Research Annual Meeting, Washington, DC, 2009.

Using Full Matching to Estimate Causal Effects in Non-Experimental Studies: Examining the Relationship between Adolescent Marijuana Use and Adult Outcomes.
- Society for Epidemiologic Research, Boston, MA, 2007.
- Society for Prevention Research Annual Meeting, San Francisco, CA, 2008.

Handling missing data: The motivation and method of multiple imputation.
- 21st Annual Research Conference: A System of Care for Children's Mental Health: Expanding the Research Base.  Tampa, FL, 2008.

Assessing generalizability: Case study of PBIS.
- Society for Prevention Research Annual Meeting, Washington, DC, 2007.
- 2nd Annual NIH conference on the science of dissemination and implementation: Building research capacity to bridge the gap from science to service.  Bethesda, MD, 2009.
- American Public Health Association Annual Meeting, Philadelphia, PA, 2009.
- Society for Prevention Research Annual Meeting, Washington, DC, 2011.

Combining experimental and population data: Moving towards external validity.
- Banff International Research Station Workshop on Causal Inference, Banff, Canada, 2009.

Estimating mediation using propensity score matching.
- Society for Prevention Research Annual Meeting, Washington, DC, 2009.

Balance metrics for propensity score methods.
- Joint Statistical Meetings, Miami Beach, FL, 2011.

Using multiple imputation – external calibration for propensity score estimation in the presence of covariate measurement error
- Society for Research in Educational Effectiveness Annual Meeting, March 2013
- National Council on Measurement in Education Annual Meeting, April 2014
- Society for Prevention Research Annual Meeting, May 2015

Bayesian approaches for handling differential covariate measurement error in propensity score methods
- International Biometrics Society Conference, Florence, Italy, July 2014

Invited Discussant, Session on Integrative Data Analysis
- Gerontological Society of America, Washington, DC, November 2014

Keynote speaker, Causal inference
- University of Umea Winter Conference in Statistics, Borgafjall, Sweden, March 2015

Combining Propensity Score Methods and Complex Survey Data to Estimate Population Treatment Effects.

E.A. Stuart

- Society for Research on Educational Effectiveness Annual Meeting, Washington, DC, March 2016

Invited Discussant, Recent advances in matching methods for non-experimental studies
- Joint Statistical Meetings, Chicago, IL, July 2016

Recent advances in non-experimental comparison group designs
- Building Strong Evidence in Challenging Contexts: Alternatives to traditional randomized controlled trials. Office of Planning Research and Evaluation, Administration for Children & Families, U.S. Department of Health and Human Services, September 2016

Keynote speaker, Moving towards external validity: Methods for assessing the generalizability of randomized trial results to target populations
- ActStat Annual Meeting, Chicago, IL, August 2016

Using historical patient data to estimate population treatment effects
- ENAR Spring Meeting, International Biometric Society, Washington, DC, March 2017

Mediation analyses to examine behavioral interventions
- Association for Behavioral and Cognitive Therapies, online, November 2020

Using stacked comparative interrupted time series methods for opioid policy evaluation
- ENAR Spring Meeting, International Biometric Society, virtual, March 2021
- Invited discussant, fusion designs for epidemiologic research
- Society for Epidemiologic Research annual meeting, Chicago, IL, June 2022

The role of epidemiology in expert consensus panels
- Society for Epidemiologic Research annual meeting, Chicago, IL, June 2022

Invited discussant, fusion designs for epidemiologic research
- Society for Epidemiologic Research annual meeting, Chicago, IL, June 2022

Scientific communication for epidemiologists during the COVID-19 pandemic
- Society for Epidemiologic Research annual meeting, Chicago, IL, June 2022

Discussant, Statistical methods for studying disparities
- Joint Statistical Meetings, Washington, DC, August 2022

Discussant, Making meta-analysis easy
- Society for Research on Educational Effectiveness annual meeting, Alexandria, VA, September 2022

Invited Discussant, Plenary (Dr. Sherry Glied)
- International Conference on Health Policy Statistics, Scottsdale, AZ, January 2023

*Invited Colloquia*
Matching methods for estimating causal effects using multiple control groups.
- Williams College Department of Mathematics and Statistics, Williamstown, MA, 2003.
- Colby College Department of Mathematics and Statistics, Waterville, ME, 2003.
- Georgetown University Department of Biostatistics, Washington, DC, 2003.

E.A. Stuart

- Boston University Veteran's Administration, Bedford, MA, 2004.
- Harvard University Department of Government, Cambridge, MA, 2004
- University of Washington Department of Biostatistics, Seattle, WA, 2004.
- University of Pennsylvania Department of Statistics, Philadelphia, PA, 2004.
- The RAND Corporation, Santa Monica, CA, 2004.
- Mathematica Policy Research, Inc., Washington, DC, 2004.
- Harvard University Department of Biostatistics, Boston, MA, 2004.

Evaluation of a school dropout prevention program: Estimation of causal effects through matching.
- Smith College Department of Mathematics, Northampton, MA, 2005.

Propensity score matching methods for estimating the effect of a school-level intervention.
- Johns Hopkins University Department of Mental Health, Washington, DC, 2006.

Causal Inference in Political Science and Public Policy Research: Matching as Nonparametric Preprocessing for Improving Parametric Causal Inference.
- George Washington University Institute of Public Policy, Washington, DC, 2006.

Propensity score matching with multiple control groups.
- Johns Hopkins University Department of Economics and Department of Biostatistics Causal Inference Workshop, Baltimore, MD, 2006.
- Prevention Science & Methodology Group, 2007.

Defining "baseline" in a propensity score matching analysis: Application to a clinical trial.
- The RAND Corporation, Washington, DC, 2006.

Statistical methods: Focus on experiments and their complications.
- CHIPS Summer Training Institute, Baltimore, MD, 2007.

Propensity scores and matching methods in education research: Designing observational studies.
- U.S. Department of Education, Washington, DC, 2007.

What happens when some of the controls get the treatment?  Connections to propensity scores, modeling, and clinical trial simulation.
- U.S. Food and Drug Administration, Rockville, MD, 2007.

Making use of limited resources: Optimal selection of subjects for follow-up.
- Prevention Science & Methodology Group, 2007.
- Prevention Science & Methodology Group biannual conference, Baltimore, MD, 2008.

Propensity score matching methods for examining the relationship between adolescent drug use and adult outcomes.
- The University of Chicago, Department of Health Studies, Chicago, IL, 2007.
- The Methodology Center, The Pennsylvania State University, State College, PA, 2007.
- Initiative in Population Research, Ohio State University, Columbus, OH, 2008.

Principal stratification in experimental and non-experimental studies.

E.A. Stuart

79

- American Institutes for Research, Washington, DC, 2008.

The use of propensity scores in mental health research.
- Department of Mental Health, BSPH, 2009.

Practical issues in the use of propensity score methods.
- Stat-Epi Group, BSPH, 2009.
- Department of Mathematics and Statistics, University of Maryland Baltimore County, 2009.

The use of propensity scores to assess generalizability.
- BEAR Program, Graduate School of Education, University of California at Berkeley, Berkeley, CA, 2008.
- Biostatistics Division, Department of Psychiatry, Columbia University, 2009.
- Department of Measurement, Statistics, and Evaluation, University of Maryland College of Education, 2010.
- Department of Biostatistics, UCLA, 2010.
- Department of Biostatistics and Epidemiology, McGill University, 2010.
- Prevention Science Methodology Group, 2010.
- Division of Biostatistics, University of Maryland Marlene and Stewart Greenebaum Cancer Center, Department of Epidemiology and Public Health, 2010.
- Institute of Statistics, Ludwig-Maximilians-University, Munich, Germany, 2011.
- Institute of Psychiatry, University of Jena, Germany, 2011.
- Institut fur Arbeitsmarkt-und Berufsforschung, Nuremberg, Germany, 2011.

Recent advances in propensity score methods: Estimation and balance checking.
- Welch Center for Prevention, Epidemiology, and Clinical Research, Johns Hopkins Medical Institutions, April 2012.

What propensity scores can and can't do for you
- Prevention Science Methodology Group, 2012.

Assessing the generalizability of randomized trial results in education and public policy.
- National Opinion Research Center (NORC), Bethesda, MD, 2012.
- The Urban Institute, Washington, DC, 2012.
- Northwestern University Institute for Policy Research, Evanston, IL, 2012.
- Harvard University Graduate School of Education, Dean's Distinguished Lecture, Cambridge, MA, 2012.
- Social Experiments in Practice: The why, when, where, and how of experimental design & analysis, Abt Associates 50th Anniversary, Washington, DC, 2014. http://www.appam.org/social-experiments-in-practice-the-why-when-where-and-how-of-experimental-design-analysis/

Recent advances in propensity score methods: Balance checking and sensitivity analysis
- Abt Associates, Bethesda, MD, 2012
- University of Maryland, Department of Measurement, Statistics, and Evaluation, College Park, MD, 2014

E.A. Stuart

Propensity score methods II: The how (of matching), how well (diagnostics), and what if (complications)?
- Pennsylvania State University IES Training Program Summer Institute, State College, PA, 2013.

Leveraging `big data' to estimate population treatment effects.
- Curry School of Education, University of Virginia, Dean's Lecture, Charlottesville, VA, 2013.

Propensity score methods for when covariates are measured with error
- Georgetown University Department of Biostatistics, Washington, DC, 2014
- The RAND Corporation, Jointly sponsored by the Statistics group and the Center for Causal Inference, Alexandria, VA, 2014
- DCEG Biostatistics Branch, National Cancer Institute, the National Institutes of Health, 2015

Applying propensity score methods in psychiatry and psychology: Case study of suicide prevention using Danish registry data
- Johns Hopkins Medicine Department of Psychiatry Research Conference, 2014

Panel on patient centered outcomes research
- Johns Hopkins Bloomberg School of Public Health, 2014

The effects of federal parity legislation on mental health service use among children with Autism Spectrum Disorders
- Center for Health Services and Outcomes Research and Wendy Klag Center for Autism and Developmental Disabilities, Johns Hopkins Bloomberg School of Public Health, 2015

PCORI and the Clinical Trials Advisory Panel: Perspectives from Year 1
- Prevention Science Methodology Group, 2015
- Center for Clinical Trials, Johns Hopkins University, 2015

The use of big data to assess and enhance external validity
- McCourt School of Public Policy, Initiative in Big Data, Georgetown University, 2015
- Interdisciplinary Seminar in Quantitative Methods, University of Michigan, 2015
- Department of Biostatistics, Institute of Psychiatry, King's College London, 2015
- Penn State University, Prevention Research Center and Methodology Center joint seminar series, 2016
- University of North Carolina at Chapel Hill, Causal Inference Working Group, December 2016
- Department of Statistics, University of Pennsylvania Wharton School of Business, December 2016

Using propensity scores with complex survey data
- National Center for Health Statistics, Hyattsville, MD, 2015
- Westat, Rockville, MD, 2015

Confronting unobserved confounding by using sensitivity analyses in non-experimental studies in education and health policy

E.A. Stuart

81

- Mathematica Policy Research, Inc., Washington, DC, 2015

Using administrative data to estimate causal effects
- The Health Foundation, London, England, 2015

Using synthetic control groups to estimate the effects of policy changes
- Mathematica Policy Research, Inc., Washington, DC, 2015

Why should we care about who enrolls in a randomized trial? Assessing and enhancing the generalizability of trials to target populations
- Johns Hopkins Medicine Department of Psychiatry Research Conference, October, 2016

Assessing and enhancing the generalizability of randomized trials to target populations
- Dartmouth College, Hanover, NH, October 2016
- Harvard University Institute for Quantitative Social Science, Cambridge, MA, March 2017
- Melbourne School of Population and Global Health, Melbourne, Australia, November 2017

External validity and the generalizability of randomized trial results to target populations
- Dartmouth College, Hanover, NH, October 2016
- University of Michigan Department of Biostatistics, Ann Arbor, MI, April 2018
- Harvard University Department of Biostatistics, Boston, MA, September 2018
- Vanderbilt University Department of Biostatistics, Nashville, TN, October 2018
- Facebook, San Jose, CA, April 2019
- Columbia University Department of Biostatistics, New York, NY, May 2019
- American University Department of Mathematics and Statistics, Washington, DC, October 2019
- Yale University Department of Biostatistics, virtual, September 2020
- University of Wisconsin Department of Biostatistics, virtual, October 2020
- Mental Health Research Network Methods Special Interest Group, virtual, October 2020
- University of California – San Diego School of Public Health Grand Rounds, virtual, May 2021
- Indiana University School of Public Health, virtual, April 2022

Propensity score methods in the context of covariate measurement error
- School of Public Health & Preventive Medicine, Monash University, Melbourne, Australia, November 2017

Moderator, Conventions for handling incomplete/missing data
- Mini-symposium series in HIV methods @ JHU, Baltimore, MD, November 2017

Introduction to propensity score methods
- National Cancer Institute, April 2018
- American Association for Public Opinion Research, webinar, virtual, April 2022

The opportunities, and challenges, in policy evaluation during the COVID-19 pandemic

- Brown University Data Science Institute Decoding Pandemic Data seminar, virtual, October 2020
- London School of Economics Department of Statistics, virtual, February 2021

Measuring population-level mental health during the COVID-19 pandemic
- Oxford University Center for Evidence-Based Intervention, Department of Social Policy and Intervention, Effects of COVID-19 on social and behavioral outcomes seminar series, virtual, October 2020

The role of data science in policy evaluation during the COVID-19 pandemic
- International Program in Survey and Data Science, CONNECT Annual Meeting, virtual, June 2021
- Harvard Data Science Initiative, virtual, October 2021
- University of North Carolina, Chapel Hill, Causal Inference Working Group, virtual, March 2022
- University of Washington Center for Statistics and the Social Sciences, Seattle, WA, March 2022

Policy evaluation in the real world
- International Conference on Health Policy Statistics, Scottsdale, AZ, January 2023

Challenges to statistical approaches for health equity
- Data Science for Health Equity, Genomics England, and the Alan Turing Institute, virtual, January 2023

The best (and worst?) of both worlds: Combining randomized trial and electronic health record data to examine treatment effect heterogeneity
- Harvard/Karolinska CAUSALab, virtual, April 2023
- Department of Statistics, University College London, virtual, May 2023
- Division of Quantitative Sciences, Kimmel Cancer Center, Johns Hopkins University, February 2023
- Harvard Data Science Institute Causal Inference Group, April 2024
- National Academy of Sciences, Engineering, and Medicine Federal Statistics AI Day, May 2024

Causal designs for studying policy and system changes
- National Academy of Sciences Engineering and Medicine, Board on Health Care Services, April 2024


**ADDITIONAL INFORMATION**

*Personal statement of research and research objectives*
Trained as a statistician, my primary research interests are in the development and use of methodology to better design and analyze the causal effects of public health and educational interventions. In this way I hope to bridge statistical advances and research practice, working with mental health and educational researchers to identify and solve methodological challenges.

I am particularly interested in the trade-offs in different designs for estimating causal effects, especially in terms of improving internal validity of non-experimental studies and external validity

83

E.A. Stuart

of randomized studies.  This translates into two primary research areas.  First, one of my primary research areas is in the use of propensity score methods for estimating causal effects in non-experimental studies (essentially as a tool to improve internal validity and reduce confounding).  My interests in this area include providing advice for researchers in terms of best practice for estimation, diagnostics, and use of propensity score methods.  This also includes investigation of how to handle complexities in propensity score methods, including multilevel data settings, covariate measurement error, and complex survey data.  My second primary research area is in methods to assess and enhance the external validity (generalizability) of randomized trial results and enable policymakers to determine how applicable the results of a particular randomized study are to their own target population. I also have interests in policy evaluation using large-scale data sources.

*Keywords*
Bayesian modeling, biostatistics, causal inference, external validity, generalizability, multi-level modeling, observational study, prevention research, propensity scores

# Exhibit B

## Materials Considered List

1. O'Brien, K. M., Wentzensen, N., Ogunsina, K., Weinberg, C. R., D'Aloisio, A. A., Edwards, J. K., & Sandler, D. P. (2024). Intimate care products and incidence of hormone-related cancers: A quantitative bias analysis. *Journal of Clinical Oncology*, JCO-23.

2. D'Agostino McGowan, L., Lotspeich, S. C., & Hepler, S. A. (2024). The why behind including Y in your imputation model. *Statistical Methods in Medical Research, 33*(6), 996-1020. https://doi.org/10.1177/096228022412446.

3. Rubin, D. B. (1987). *Multiple imputation for nonresponse in surveys*. New York: John Wiley & Sons. http://dx.doi.org/10.1002/9780470316696.

4. Little, R. J. A., & Rubin, D. B. (2002). *Statistical analysis with missing data* (2nd ed.). Hoboken, NJ: John Wiley & Sons. https://doi.org/10.1002/9781119013563.

5. Moons, K. G., Donders, R. A., Stijnen, T., & Harrell, F. E. (2006). Using the outcome for imputation of missing predictor values was preferred. *Journal of Clinical Epidemiology, 59*(10), 1092-1101.

6. Kontopantelis, E., White, I. R., Sperrin, M., & Buchan, I. (2017). Outcome-sensitive multiple imputation: A simulation study. *BMC Medical Research Methodology, 17*, 1-13. https://doi.org/10.1186/s12874-017-0384-6.

7. Bartlett, J. W., Frost, C., & Carpenter, J. R. (2011). Multiple imputation models should incorporate the outcome in the model of interest. *Brain, 134*(Pt 11), e189.

8. D'Agostino McGowan, L., Lotspeich, S. C., & Hepler, S. A. (2024). The "Why" behind including "Y" in your imputation model. *Statistical Methods in Medical Research, 33*(6), 996-1020. https://doi.org/10.1177/09622802241244608.

9. White, I. R., Royston, P., & Wood, A. M. (2011). Multiple imputation using chained equations: Issues and guidance for practice. *Statistics in Medicine, 30*(4), 377-399. https://doi.org/10.1002/sim.4067.

10. Meng, X. L. (1994). Multiple-imputation inferences with uncongenial sources of input. *Statistical Science, 9*(4), 538-558. https://doi.org/10.1214/ss/1177010269

11. Rubin, D. B. (1987). *Multiple imputation for nonresponse in surveys*. Hoboken, NJ: Wiley.

12. Enders, C. K. (2010). *Applied missing data analysis*. New York, NY: Guilford Press.

13. Carpenter, J. R., & Kenward, M. G. (2013). *Multiple imputation and its application*. Hoboken, NJ: Wiley. https://doi.org/10.1002/9781119013563.

14. Schafer, J. L. (1997). *Analysis of incomplete multivariate data*. New York, NY: Chapman & Hall. https://doi.org/10.1201/9780367803025.

15. Li, P., Stuart, E. A., & Allison, D. B. (2015). Multiple imputation: A flexible tool for handling missing data. *JAMA, 314*(18), 1966-1967. https://doi.org/10.1001/jama.2015.15281.

16. Wasserstein, R. L., & Lazar, N. A. (2016). The ASA's statement on p-values: Context, process, and purpose. *The American Statistician, 70*(2), 129-133. https://doi.org/10.1080/00031305.2016.1154108

17. O'Brien, K. M., Ogunsina, K., Wentzensen, N., et al. (2023). Douching and genital talc use: Patterns of use and reliability of self-reported exposure. *Epidemiology, 34*(3), 376-384.

18. Johns Hopkins Bloomberg School of Public Health. (2024). Environmental influences on child health outcomes (ECHO). Retrieved from https://publichealth.jhu.edu/echo.

19. ECHO (Environmental influences on Child Health Outcomes). (2024). Retrieved from https://echochildren.org/.

20. Rosenbaum, P. R. (2015). Cochran's causal crossword. *Observational Studies, 1* (1), 205-211. https://doi.org/10.1353/obs.2015.0021.

21. Imai, K., King, G., & Stuart, E. A. (2008). Misunderstandings between experimentalists and observationalists about causal inference. *Journal of the Royal Statistical Society, Series A: Statistics in Society, 171* (2), 481-502. https://doi.org/10.1111/j.1467-985X.2007.00527.

22. Expert Report of John Kornak, Ph.D., *In re Johnson & Johnson Talcum Powder Prods. Mktg., Sales Pracs. & Prods. Liab. Litig*., MDL No. 2738 (D.N.J. May 28, 2024).

23. Dep. Of John Kornack Ph.D. ("Kornack MDL Dep."), *In re Johnson & Johnson Talcum Powder Prods. Mktg., Sales Pracs. & Prods. Liab. Litig*., MDL No. 2738 (D.N.J. July 8, 2024).

24. O'Brien, K. M., Tworoger, S. S., Harris, H. R., Anderson, G. L., Trabert, B., et al. (2020). Association of powder use in the genital area with risk of ovarian cancer. *JAMA*, 323(1), 49-59. https://doi.org/10.1001/jama.2019.20079.

25. O'Brien, K. M., et al. (2020). Letter to the editor: Genital powder use and ovarian cancer. *JAMA*, 323(20), 2095. https://doi.org/10.1001/jama.2020.6015.

26. Harris, H. R., Davis, C. P., & Terry, K. L. (2024). Editorial: Epidemiologic methods to advance our understanding of ovarian cancer risk. *Journal of Clinical Oncology*. Advance online publication. https://doi.org/10.1200/JCO.24.00602

27. Personal Care Questionnaire, The Sister Study, available at https://sisterstudy.niehs.nih.gov/English/images/docs/PersonalCare-v3-508.pdf (Enrollment Questionnaire).

28. The Sister Study, Health, Medical History and Lifestyle, available at https://sisterstudy.niehs.nih.gov/English/images/docs/SIS_DFU4_2018_vA_07182018.pdf (Follow-Up Questionnaire).