# Exhibit 10

National Institute of Environmental Health Sciences — National Institutes of Health — U.S. Department of Health and Human Services

Search The Sister Study    Search

HOME

20TH ANNIVERSARY

ABOUT SISTER STUDY

FOR PARTICIPANTS

FOR RESEARCHERS

PUBLICATIONS

Newsletters

Research Articles

FAQS

RESOURCES

CONTACT US

**en español**

Home > Publications > Published Research Articles

# RESEARCH ARTICLES

Free full text article available for most publications through PubMed Central (PMC). More recent papers may not yet be available.

## In Press

- O'Brien KM, Wentzensen N, Ogunsina K, **Wein**berg CR, D'Aloisio AA, Edwards JK, Sandler DP. Intimate care products and incidence of hormone-related cancers: A quantitative bias analysis. *Journal of Clinical Oncology.* Epub 2024 May 15. (Free full text not yet available.)

- Sun X, Verma SP, Jia G, Wang X, Ping J, Guo X, Shu XO, Chen J, Derkach A, Cai Q, Liang X, Long J, Offit K, Oh JH, Reiner AS, Watt GP, Woods M, Yang Y, …, Sandler DP, …, Bernstein JL, Buas MF, Shu X. Case-case genome-wide analyses identify subtype-informative variants that confer risk for breast cancer. *Cancer Research.* Epub 2024 Jun 4. (Free full text not yet available.)

back to top

## 2024

- Brown JA, Ish JL, Chang CJ, Bookwalter DB, O'Brien KM, Jones RR, Kaufman JD, Sandler DP, White AJ. Outdoor air pollution exposure and uterine cancer incidence in the Sister Study. *Journal of the National Cancer Institute.* 2024 Jun 7;116(6):948-56.



- Cao Z, Yuan Y, White AJ, Li C, Luo Z, D'Aloisio AA, Huang X, Kaufman JD, Sandler DP, Chen H. Air pollutants and risk of Parkinson's disease among women in the Sister Study. ⊞ *Environmental Health Perspectives.* 2024 Jan;132(1):17001.

- Chamberlin KW, Li C, Luo Z, D'Aloisio AA, Pinto JM, Sandler DP, Chen H. Use of nonsteroidal anti-inflammatory drugs and poor olfaction in women. ⊞ *International Forum of Allergy & Rhinology.* 2024 Mar;14(3):639-50. Epub 2023 Jul 18. (Free full text not yet available)

- Chang CJ, O'Brien KM, Keil AP, Goldberg M, Taylor KW, Sandler DP, White AJ. Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: A U.S.-wide prospective cohort. ⊞ *Environment International.* 2024 Jan;183:108298. Epub 2023 Nov 2. (Free full text not yet available.)

- Chang CJ, O'Brien KM, Kresovich JK, Nwanaji-Enwerem JC, Xu Z, Gaston SA, Jackson CL, Sandler DP, Taylor JA, White AJ. Associations between use of chemical hair products and epigenetic age: Findings from the Sister Study. ⊞ *Environmental Epidemiology.* 2024 May 17;8(3):e311.

- Crawford B, Steck SE, Sandler DP, Nichols HB, Milne GL, Park YM. Association between healthy dietary patterns and markers of oxidative stress in the Sister Study. ⊞ *European Journal of Nutrition.* 2024 Mar;63(2):485-99. Epub 2023 Dec 9. (Free full text not yet available.)

- Dareng EO, Coetzee SG, Tyrer JP, Peng PC, Rosenow W, Chen S, Davis BD, Dezem FS, Seo JH, Nameki R, Reyes AL, …, Sandler DP, …, **Wein**berg CR, …, Berchuck A, Goode EL, Huntsman DG, Pearce CL, Ramus SJ, Sellers TA, Ovarian Cancer Association Consortium (OCAC), Freedman ML, Lawrenson K, Schildkraut JM, Plummer JT, Kar S, Jones MR, Pharoah PDP, Gayther SA. Integrative multi-omics analyses to identify the genetic and functional mechanisms underlying ovarian cancer risk regions. ⊞ *American Journal of Human Genetics.* 2024 Jun 6;111(6):1061-83. Epub 2024 May 8. (Free full text not yet available.)

- Fang F, Quach B, Lawrence KG, van Dongen J, Marks JA, Lundgren S, Lin M, Odintsova VV, Costeira R, Xu Z, Zhou L, Mandal M, Xia Y, Vink JM, Bierut LJ, Ollikainen M, Taylor JA, Bell JT, Kaprio J, Boomsma DI, Xu K, Sandler DP, Hancock DB, Johnson EO. Trans-ancestry epigenome-wide association meta-analysis of DNA methylation with lifetime cannabis use. ⊞ *Molecular Psychiatry.* 2024 Jan;29(1):124-33. Epub 2023 Nov 7.

- Goldberg M, Chang CJ, Ogunsina K, O'Brien KM, Taylor KW, White AJ, Sandler DP. Personal care product use during puberty and incident breast cancer among Black, Hispanic/Latina, and White women in a prospective US-wide cohort. ⊞ *Environmental Health Perspectives.* 2024 Feb;132(2):27001.

- Huang YH, Loftfield E, Argirion I, Adami HO, Albanes D, Chan AT, Fedirko V, Fraser GE, Freedman ND, Giles GG, Hartge P, Katzke V, Knutsen SF, Lacey J Jr, Liao LM, Luo J, Milne RL, O'Brien KM, Peters U, Poynter JN, Purdue MP, Robien K, Sandin S, Sandler DP, Setiawan VW, Kang JH, Simon TG, Sinha R, VoPham T, **Wein**stein SJ, White E, Zhang X, Zhu B, McGlynn KA, Campbell PT, Lee MH, Koshiol J. Association of tea and coffee consumption and biliary tract cancer risk: The Biliary Tract Cancers Pooling Project. ⊞ *Hepatology.* 2024 Jun 1;79(6):1324-36. Epub 2023 Dec 29. (Free full text not yet available.)

- Jia G, Ping J, Guo X, Yang Y, Tao R, Li B, …, Sandler DP, …, Adejumo PO, Ahearn T, Brewster AM, Hennis AJM, Makumbi T, Ndom P, O'Brien KM, Olshan AF, Oluwasanu MM, Reid S, Butler EN, Huang M, Ntekim A, Qian H, Zhang H, Ambrosone CB, Cai Q, Long J, Palmer JR, Haiman CA, Zheng W. Genome-wide association analyses of breast cancer in women of African ancestry identify new susceptibility loci and improve risk prediction. ⧉ *Nature Genetics*. 2024 May;56(5):819-26. (Free full text not yet available.)

- Jukic AMZ, Sandler DP, **Wein**berg CR, O'Brien KM. Vitamin D status and supplementation, calcium supplementation, and timing of natural menopause. ⧉ *Maturitas*. 2024 Apr;182:107916. Epub 2024 Jan 18. (Free full text not yet available.)

- Kresovich JK, O'Brien KM, Xu Z, **Wein**berg CR, Sandler DP, Taylor JA. Circulating leukocyte subsets before and after a breast cancer diagnosis and therapy. ⧉ *JAMA Network Open*. 2024 Feb 5;7(2):e2356113.

- Lin D, Sturgeon KM, Muscat JE, Zhou S, Hobkirk AL, O'Brien KM, Sandler DP, Thompson CL. Associations of pre-diagnosis physical activity with treatment tolerance and treatment efficacy in breast cancer patients with neoadjuvant chemotherapy. ⧉ *Breast Cancer*. 2024 May;31(3):519-28. Epub 2024 Apr 2. (Free full text not yet available.)

- Ochs-Balcom HM, Preus L, Du Z, Elston RC, Teerlink CC, Jia G, Guo X, Cai Q, Long J, Ping J, Li B, Stram DO, Shu XO, Sanderson M, Gao G, Ahearn T, Lunetta KL, Zirpoli G, Troester MA, Ruiz-Narváez EA, Haddad SA, Figueroa J, John EM, Bernstein L, Hu JJ, Ziegler RG, Nyante S, Bandera EV, Ingles SA, Mancuso N, Press MF, Deming SL, Rodriguez-Gil JL, Yao S, Ogundiran TO, Ojengbede O, Bolla MK, Dennis J, Dunning AM, Easton DF, Michailidou K, Pharoah PDP, Sandler DP, Taylor JA, Wang Q, O'Brien KM, **Wein**berg CR, Kitahara CM, Blot W, Nathanson KL, Hennis A, Nemesure B, Ambs S, Sucheston-Campbell LE, Bensen JT, Chanock SJ, Olshan AF, Ambrosone CB, Olopade OI; Ghana Breast Health Study Team; Conti DV, Palmer J, García-Closas M, Huo D, Zheng W, Haiman C. Novel breast cancer susceptibility loci under linkage peaks identified in African ancestry consortia. ⧉ *Human Molecular Genetics*. 2024 Apr 8;33(8):687-97. Epub 2024 Jan 23. (Free full text not yet available.)

- O'Grady TJ, Rinaldi S, Michels KA, Adami HO, Buring JE, Chen Y, Clendenen TV, D'Aloisio A, DeHart JC, Franceschi S, Freedman ND, Gierach GL, Giles GG, Lacey JV, Lee IM, Liao LM, Linet MS, McCullough ML, Patel AV, Prizment A, Robien K, Sandler DP, Stolzenberg-Solomon R, Weiderpass E, White E, Wolk A, Zheng W, Berrington de Gonzalez A, Kitahara CM. Association of hormonal and reproductive factors with differentiated thyroid cancer risk in women: a pooled prospective cohort analysis. ⧉ *International Journal of Epidemiology*. 2024 Feb 1;53(1):dyad172. Epub 2023 Dec 18. (Free full text not yet available.)

- Ping J, Jia G, Cai Q, Guo X, Tao R, Ambrosone C, Huo D, Ambs S, Barnard ME, Chen Y, Garcia-Closas M, Gu J, Hu JJ, John EM, Li CI, Nathanson K, Nemesure B, Olopade OI, Pal T, Press MF, Sanderson M, Sandler DP, Yoshimatsu T, Adejumo PO, Ahearn T, Brewster AM, Hennis AJM, Makumbi T, Ndom P, O'Brien KM, Olshan AF, Oluwasanu MM, Reid S, Yao S, Butler EN, Huang M, Ntekim A, Li B, Troester MA, Palmer JR, Haiman CA, Long J, Zheng W. Using genome and transcriptome data from African-ancestry female

- participants to identify putative breast cancer susceptibility genes. 🔗 *Nature Communications.* 2024 May 2;15(1):3718.

- Rodriguez-Villamizar LA, Hellemans K, Jerrett M, Su J, Sandler DP, Villeneuve PJ. Neighborhood greenness and participation in specific types of recreational physical activities in the Sister Study. 🔗 *Environmental Research.* 2024 Feb 15;243:117785. Epub 2023 Nov 28. (Free full text not yet available)

- Sweeney MR, Nichols HB, Jones RR, Olshan AF, Keil AP, Engel LS, James P, Sandler DP, White AJ, Jackson CL. Exposure to indoor light at night in relation to multiple dimensions of sleep health: Findings from the Sister Study. 🔗 *Sleep.* 2024 Feb 8;47(2):zsad100. Epub 2023 Apr 5.

- Timmins IR, Jones ME, O'Brien KM, …, Nichols HB, Sandler DP, Swerdlow AJ, Schoemaker MJ. International pooled analysis of leisure-time physical activity and premenopausal breast cancer in women from 19 cohorts. 🔗 *Journal of Clinical Oncology.* 2024 Mar 10;42(8):927-39. Epub 2023 Dec 11. (Free full text not yet available)

- Von Holle A, Adami HO, Baglietto L, Berrington de Gonzalez A, Bertrand KA, Blot W, Chen Y, DeHart JC, Dossus L, Eliassen AH, Fournier A, Garcia-Closas M, Giles G, Guevara M, Hankinson SE, Heath A, Jones ME, Joshu CE, Kaaks R, Kirsh VA, Kitahara CM, Koh WP, Linet MS, Park HL, Masala G, Mellemkjaer L, Milne RL, O'Brien KM, Palmer JR, Riboli E, Rohan TE, Shrubsole MJ, Sund M, Tamimi R, Tin Tin S, Visvanathan K, Vermeulen RC, Weiderpass E, Willett WC, Yuan JM, Zeleniuch-Jacquotte A, Nichols HB, Sandler DP, Swerdlow AJ, Schoemaker MJ, **Wein**berg CR. BMI and breast cancer risk around age at menopause. 🔗 *Cancer Epidemiology.* 2024 Apr;89:102545. Epub 2024 Feb 19. (Free full text not yet available)

- Von Holle A, O'Brien KM, Sandler DP, Janicek R, Karagas MR, White AJ, Niehoff NM, Levine KE, Jackson BP, **Wein**berg CR. Toenail and serum levels as biomarkers of iron status in pre- and postmenopausal women: correlations and stability over eight-year follow-up. 🔗 *Scientific Reports.* 2024 Jan 19;14(1):1682.

- Von Holle A, Thompson RL, O'Brien KM, Sandler DP, **Wein**berg CR. Associations between serum iron biomarkers and breast cancer tumor size. 🔗 *Cancer Research Communications.* 2024 Jan 23;4(1):182-5.

- Wojcik KM, Von Holle A, O'Brien KM, White AJ, Karagas MR, Levine KE, Jackson BP, **Wein**berg CR. . Seasonal patterns in trace elements assessed in toenails. 🔗 *Environmental Advances.* 2024 Apr;15:100496. Epub 2024 Feb 2. (Free full text not yet available)

- Zeldin J, Sandler DP, Ogunsina K, O'Brien KM. Association of fibroids, endometriosis, and gynecologic surgeries with breast cancer incidence and hormone receptor subtypes. 🔗 *Cancer Epidemiology, Biomarkers & Prevention.* 2024 Apr 3;33(4):576-85. Epub 2024 Jan 23. (Free full text not yet available)

## 2023

- Bodelon C, Gierach GL, Hatch EE, Riseberg E, Hutchinson A, Yeager M, Sandler DP, Taylor JA, Hoover RN, Xu Z, Titus L, Palmer JR, Troisi R. In utero exposure to diethylstilbestrol and blood DNA methylation in adult women: Results from a meta-analysis of two cohort studies. 🔗 *Environmental Research.*

2023 Aug 15;231(Pt 1):115990. Epub 2023 May 4. (Free full text not yet available.)

- Cao Z, Hernandez DG, Li C, Berghausen J, Luo Z, Iwaki H, D'Aloisio AA, Huang X, Pinto JM, Sandler DP, Singleton AB, Chen H. Polygenic risk score for Parkinson's disease and olfaction among middle-aged to older women. *Parkinsonism & Related Disorders.* 2023 Oct:115:105815. Epub 2023 Aug 17. (Free full text not yet available)

- Cao Z, Song S, Huang X, Li C, Luo Z, D'Aloisio AA, Suarez L, Hernandez DG, Singleton AB, Sandler DP, Chen H. Parkinson's disease case ascertainment in the Sister Study: A cohort for environmental health research. *Journal of Parkinson's Disease.* 2023;13(5):729-42. Epub 2023 Jun 16.

- Cao Z, Yang A, White AJ, Purdy F, Li C, Luo Z, D'Aloisio AA, Suarez L, Deming-Halverson S, Pinto JM, Chen JC, Werder EJ, Kaufman JD, Sandler DP, Chen H. Ambient air pollutants and olfaction among women 50-79 years of age from the Sister Study. *Environmental Health Perspectives.* 2023 Aug;131(8):87012.

- Carroll R, Ish JL, Sandler DP, White AJ, Zhao S. . Understanding the role of environmental and socioeconomic factors in the geographic variation of breast cancer risk in the US-wide Sister Study. *Environmental Research.* 2023 Dec 15;239(Pt 1):117349. Epub 2023 Oct 9. (Free full text not yet available)

- Crawford B, Steck SE, Sandler DP, Merchant AT, Woo JMP, Park YM. Dietary patterns, socioeconomic disparities, and risk of type 2 diabetes in the Sister Study. *Diabetes Research and Clinical Practice.* 2023 Oct:204:110906. Epub 2023 Sep 12. (Free full text not yet available)

- Gaston SA, Forde AT, Green M, Sandler DP, Jackson CL. Racial and ethnic discrimination and hypertension by educational attainment among a cohort of US women. *JAMA Network Open.* 2023 Nov 1;6(11):e2344707.

- Gaston SA, Riley NM, Parks CG, Woo JMP, Sandler DP, Jackson CL. Racial/Ethnic differences in associations between traumatic childhood experiences and both metabolic syndrome prevalence and type 2 diabetes mellitus risk among a cohort of US women. *Diabetes Care.* 2023 Feb 1;46(2):341-50. Epub 2022 Dec 16.

- Koenigsberg SH, Chang CJ, Ish J, Xu Z, Kresovich JK, Lawrence KG, Kaufman JD, Sandler DP, Taylor JA, White AJ. Air pollution and epigenetic aging among Black and White women in the US. *Environment International.* 2023 Nov;181:108270. Epub 2023 Oct 17.

- Kresovich JK, O'Brien KM, Xu Z, **Wein**berg CR, Sandler DP, Taylor JA. Changes in methylation-based aging in women who do and do not develop breast cancer. *Journal of the National Cancer Institute.* 2023 Nov 8;115(11):1329-36. Epub 2023 Jul 19.

- Kresovich JK, Sandler DP, Taylor JA. Methylation-based biological age and hypertension prevalence and incidence. *Hypertension.* 2023 Jun;80(6):1213-22. Epub 2023 Mar 28.

- Kresovich JK, Xu Z, O'Brien KM, Parks CG, **Wein**berg CR, Sandler DP, Taylor JA. Peripheral immune cell composition is altered in women before and after a hypertension diagnosis. *Hypertension.* 2023 Jan;80(1):43-53. Epub 2022 Oct 19.

- Levi H, Carmi S, Rosset S, Yerushalmi R, Zick A, Yablonski-Peretz T; BCAC Consortium; Wang Q, Bolla MK, Dennis J, Michailidou K, Lush M, …, O'Brien K, …, Sandler D, …, Taylor J, …, **Wein**berg C, …, Dunning AM, Pharoah P, Easton DF, Ben-Sachar S, Elefant N, Shamir R, Elkon R. Evaluation of European-based polygenic risk score for breast cancer in Ashkenazi Jewish women in Israel. ⧉ *Journal of Medical Genetics.* 2023 Nov 27;60(12):1186-97.

- Lovett SM, Sandler DP, O'Brien KM. Hysterectomy, bilateral oophorectomy, and breast cancer risk in a racially diverse prospective cohort study. ⧉ *Journal of the National Cancer Institute.* 2023 Jun 8;115(6):662-70. Epub 2023 Feb 20.

- Mehta SS, Hodgson ME, Lunn RM, Ashley CE, Arroyave WD, Sandler DP, White AJ. Indoor wood-burning from stoves and fireplaces and incident lung cancer among Sister Study participants. ⧉ *Environment International.* 2023 Aug;178:108128. (Free full text not yet available)

- Middha P, Wang X, Behrens S, Bolla MK, Wang Q, Dennis J, Michailidou K, …, O'Brien KM, …, Sandler DP, …, Taylor JA, …, **Wein**berg CR, …, Dunning AM, Pharoah PDP, García-Closas M, Schmidt MK, Kraft P, Milne RL, Lindström S, Easton DF, Chang-Claude J. A genome-wide gene-environment interaction study of breast cancer risk for women of European ancestry. ⧉ *Breast Cancer Research.* 2023 Aug 9;25(1):93.

- Mueller SH, Lai AG, Valkovskaya M, Michailidou K, Bolla MK, Wang Q, Dennis J, Lush M, …, O'Brien KM, …, Sandler DP, …, Taylor JA, …, **Wein**berg CR, …, Dunning AM, Easton DF, Hemingway H, Hamann U, Kuchenbaecker KB. Aggregation tests identify new gene associations with breast cancer in populations with diverse ancestry. ⧉ *Genome Medicine.* 2023 Jan 26;15(1):7.

- Nichols HB, House MG, Yarosh R, Mitra S, Goldberg M, Bertrand KA, Eliassen AH, Giles GG, Jones ME, Milne RL, O'Brien KM, Palmer JR, Sandin S, Willett WC, Yin W, Sandler DP, Swerdlow AJ, Schoemaker MJ. Hypertensive conditions of pregnancy, preterm birth, and premenopausal breast cancer risk: a premenopausal breast cancer collaborative group analysis. ⧉ *Breast Cancer Research and Treatment.* 2023 Jun;199(2):323-34. Epub 2023 Apr 5. (Free full text not yet available.)

- O'Brien KM, Ogunsina K, Wentzensen N, Sandler DP. Douching and genital talc use: Patterns of use and reliability of self-reported exposure. ⧉ *Epidemiology.* 2023 May 1;34(3):376-84. Epub 2023 Apr 3.

- Ogunsina K, Sandler DP, Murphy JD, Harmon QE, D'Aloisio AA, Baird DD, O'Brien KM. Association of genital talc and douche use in early adolescence or adulthood with uterine fibroids diagnoses. ⧉ *American Journal of Obstetrics & Gynecology.* 2023 Dec;229(6):665.e1-665.e10. Epub 2023 Aug 18. (Free full text not yet available)

- Pasqual E, O'Brien K, Rinaldi S, Sandler DP, Kitahara CM. Obesity, obesity-related metabolic conditions, and risk of thyroid cancer in women: results from a prospective cohort study (Sister Study). ⧉ *Lancet Regional Health - Americas.* 2023 Jul;23:100537. Epub 2023 Jun 14.

- Rhee J, Medgyesi DN, Fisher JA, White AJ, Sampson JN, Sandler DP, Ward MH, Jones RR. Residential proximity to dioxin emissions and risk of breast cancer in the Sister Study cohort. ⧉ *Environmental Research.* 2023 Apr 1;222:115297. Epub 2023 Jan 13.

- Trottier BA, Niehoff NM, Keil AP, Jones RR, Levine KE, MacNell NS, White AJ. Residential proximity to metal-containing superfund sites and their potential as a source of disparities in metal exposure among U.S. women. 🗗 *Environmental Health Perspectives.* 2023 Mar;131(3):37701.

- Tsai WL, Nash MS, Rosenbaum DJ, Prince SE, D'Aloisio AA, Mehaffey MH, Sandler DP, Buckley TJ, Neale AC. Association of redlining and natural environment with depressive symptoms in women in the Sister Study. 🗗 *Environmental Health Perspectives.* 2023 Oct;131(10):107009.

- Von Holle A, O'Brien KM, Janicek R, **Wein**berg CR. Development and validation of a prediction model for iron status in a large U.S. cohort of women. 🗗 *Scientific Reports.* 2023 Oct 12;13(1):17309.

- Wogu AF, Li H, Zhao S, Nichols HB, Cai J. Additive subdistribution hazards regression for competing risks data in case-cohort studies. 🗗 *Biometrics.* 2023 Dec;79(4):3010-22. Epub 2023 Jan 6. (Free full text not yet available.)

- Woo JMP, Bookwalter DB, Green GY, Sandler DP. Early life socioeconomic position contributes to adult obesity independent of adult socioeconomic factors: Findings from the Sister Study cohort. 🗗 *SSM - Population Health.* 2023 Nov 10;24:101556.

- Yadav S, Boddicker NJ, Na J, Polley EC, Hu C, Hart SN, Gnanaolivu RD, Larson N, Holtegaard S, Huang H, Dunn CA, Teras LR, Patel AV, Lacey JV, Neuhausen SL, Martinez E, Haiman C, Chen F, Ruddy KJ, Olson JE, John EM, Kurian AW, Sandler DP, O'Brien KM, Taylor JA, **Wein**berg CR, Anton-Culver H, Ziogas A, Zirpoli G, Goldgar DE, Palmer JR, Domchek SM, Weitzel JN, Nathanson KL, Kraft P, Couch FJ. Contralateral breast cancer risk among carriers of germline pathogenic variants in ATM, BRCA1, BRCA2, CHEK2, and PALB2. 🗗 *Journal of Clinical Oncology.* 2023 Mar 20;41(9):1703-13. Epub 2023 Jan 9.

- Yarosh RA, Jackson CL, Anderson C, Nichols HB, Sandler DP. Sleep disturbances among cancer survivors. 🗗 *Cancer Epidemiology.* 2023 Dec;87:102471. Epub 2023 Oct 12. (Free full text not yet available)

back to top

- - -

## 2022

- Ahearn TU, Zhang H, Michailidou K, Milne RL, Bolla MK, Dennis J, Dunning AM, Lush M, Wang Q, …, Sandler DP, …, Taylor JA, …, **Wein**berg CR…, Couch FJ, Simard J, Kraft P, Easton DF, Pharoah PDP, Schmidt MK, García-Closas M, Chatterjee N. Common variants in breast cancer risk loci predispose to distinct tumor subtypes. 🗗 *Breast Cancer Research.* 2022 Jan 4;24(1):2.

- Cao Z, Yang A, D'Aloisio AA, Suarez L, Deming-Halverson S, Li C, Luo Z, Pinto JM, Werder EJ, Sandler DP, Chen H. Assessment of self-reported sense of smell, objective testing, and associated factors in middle-aged and older women. 🗗 *JAMA Otolaryngology - Head & Neck Surgery.* 2022 May 1;148(5):408-17.

- Chang CJ, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP, White AJ. Use of straighteners and other hair products and incident uterine cancer. 🗗

*Journal of the National Cancer Institute.* 2022 Dec 8;114(12):1636-45. Epub 2022 Oct 17.

- Dareng EO, Tyrer JP, Barnes DR, Jones MR, Yang X, …, Sandler DP, …, **Wein**berg CR, …, Kleibl Z, Easton D, Lawrenson K, DeFazio A, Sellers TA, Ramus SJ, Pearce CL, Monteiro AN, Cunningham J, Goode EL, Schildkraut JM, Berchuck A, Chenevix-Trench G, Gayther SA, Antoniou AC, Pharoah PDP. Polygenic risk modeling for prediction of epithelial ovarian cancer risk. ⧉ *European Journal of Human Genetics.* 2022 Mar;30(3):349-62. Epub 2022 Jan 14.

- Dennis J, Tyrer JP, Walker LC, Michailidou K, Dorling L, Bolla MK, Wang Q, …, Sandler DP, …, Taylor JA, …, Simard J, Dunning AM, Pharoah PDP, Easton DF. Rare germline copy number variants (CNVs) and breast cancer risk. ⧉ *Communications Biology.* 2022 Jan 18;5(1):65.

- DeVries AA, Dennis J, Tyrer JP, Peng PC, Coetzee SG, Reyes AL, Plummer JT, Davis BD, Chen SS, Dezem FS, …, Sandler DP, …, Freedman ML, Lawrenson K, Pharoah PDP, Easton DF, Gayther SA, Jones MR. Copy number variants are ovarian cancer risk alleles at known and novel risk loci. ⧉ *Journal of the National Cancer Institute.* 2022 Nov 14;114(11):1533-44. Epub 2022 Oct 10.

- Diaz-Santana MV, O'Brien KM, Park YM, Sandler DP, **Wein**berg CR. Persistence of risk for type 2 diabetes after gestational diabetes mellitus. ⧉ *Diabetes Care.* 2022 Apr 1;45(4):864-70.

- Dixon-Suen SC, Lewis SJ, Martin RM, English DR, Boyle T, Giles GG, Michailidou K, Bolla MK, Wang Q, Dennis J, Lush M, …, Sandler DP, …, Taylor JA, …, **Wein**berg CR, …, Dunning AM, Pharoah PDP, Easton DF, Milne RL, Lynch BM; Breast Cancer Association Consortium. Physical activity, sedentary time and breast cancer risk: a Mendelian randomisation study. ⧉ *British Journal of Sports Medicine.* 2022 Oct;56(20):1157-70. Epub 2022 Sep 6.

- Gao G, Zhao F, Ahearn TU, Lunetta KL, Troester MA, Du Z, Ogundiran TO, Ojengbede O, Blot W, Nathanson KL, Domchek SM, Nemesure B, Hennis A, Ambs S, McClellan J, Nie M, Bertrand K, Zirpoli G, Yao S, Olshan AF, Bensen JT, Bandera EV, Nyante S, Conti DV, Press MF, Ingles SA, John EM, Bernstein L, Hu JJ, Deming-Halverson SL, Chanock SJ, Ziegler RG, Rodriguez-Gil JL, Sucheston-Campbell LE, Sandler DP, Taylor JA, Kitahara CM, O'Brien KM, Bolla MK, Dennis J, Dunning AM, Easton DF, Michailidou K, Pharoah PDP, Wang Q, Figueroa J, Biritwum R, Adjei E, Wiafe S; GBHS Study Team, Ambrosone CB, Zheng W, Olopade OI, García-Closas M, Palmer JR, Haiman CA, Huo D. Polygenic risk scores for prediction of breast cancer risk in women of African ancestry: a cross-ancestry approach. ⧉ *Human Molecular Genetics.* 2022 Sep 10;31(18):3133-43. Epub 2022 May 12.

- Goldberg M, Diaz-Santana MV, O'Brien KM, Zhao S, **Wein**berg CR, Sandler DP. Gestational hypertensive disorders and maternal breast cancer risk in a nationwide cohort of 40,720 parous women. ⧉ *Epidemiology.* 2022 Nov 1;33(6):868-79. Epub 2022 May 30.

- Gregoire AM, VoPham T, Laden F, Yarosh R, O'Brien KM, Sandler DP, White AJ. Residential ultraviolet radiation and breast cancer risk in a large prospective cohort. ⧉ *Environment International.* 2022 Jan 15;159:107028. Epub 2021 Dec 8.

- Hurwitz LM, Townsend MK, Jordan SJ, Patel AV, Teras LR, Lacey JV Jr, Doherty JA, Harris HR, Goodman MT, Shvetsov YB, Modugno F, Moysich KB, Robien K, Prizment A, Schildkraut JM, Berchuck A, Fortner RT, Chan AT, Wentzensen N, Hartge P, Sandler DP, O'Brien KM, Anton-Culver H, Ziogas A, Menon U, Ramus SJ, Pearce CL, Wu AH, White E, Peters U, Webb PM, Tworoger SS, Trabert B. Modification of the association between frequent aspirin use and ovarian cancer risk: A meta-analysis using individual-level data from two ovarian cancer consortia. ⧉ *Journal of Clinical Oncology*. 2022 Dec 20;40(36):4207-17. Epub 2022 Jul 22.

- Kim JI, Fine JP, Sandler DP, Zhao S. Accounting for preinvasive conditions in analysis of invasive cancer risk: application to breast cancer. ⧉ *Epidemiology*. 2022 Jan 1;33(1):48-54. Epub 2021 Sep 20.

- Kresovich JK, Park YM, Keller JA, Sandler DP, Taylor JA. Healthy eating patterns and epigenetic measures of biological age. ⧉ *The American Journal of Clinical Nutrition*. 2022 Jan 11;115(1):171-9. Epub 2021 Oct 12.

- Kresovich JK, Xu Z, O'Brien KM, Shi M, **Wein**berg CR, Sandler DP, Taylor JA. Blood DNA methylation profiles improve breast cancer prediction. ⧉ *Molecular Oncology*. 2022 Jan;16(1):42-53. Epub 2021 Aug 19.

- Lowry KP, Geuzinge HA, Stout NK, Alagoz O, Hampton J, Kerlikowske K, de Koning HJ, Miglioretti DL, van Ravesteyn NT, Schechter C, Sprague BL, Tosteson ANA, Trentham-Dietz A, Weaver D, Yaffe MJ, Yeh JM, Couch FJ, Hu C, Kraft P, Polley EC, Mandelblatt JS, Kurian AW, Robson ME; Breast Working Group of the Cancer Intervention and Surveillance Modeling Network (CISNET), in collaboration with the Breast Cancer Surveillance Consortium (BCSC), and the Cancer Risk Estimates Related to Susceptibility (CARRIERS) Consortium [including NIEHS authors: O'Brien KM, Sandler DP, Taylor JA, and **Wein**berg CR]. Breast cancer screening strategies for women with ATM, CHEK2, and PALB2 pathogenic variants: A comparative modeling analysis. ⧉ *JAMA Oncology*. 2022 Apr 1;8(4):587-96.

- Niehoff NM, Terry MB, Bookwalter DB, Kaufman JD, O'Brien KM, Sandler DP, White AJ. Air pollution and breast cancer: an examination of modification by underlying familial breast cancer risk. ⧉ *Cancer Epidemiology, Biomarkers & Prevention*. 2022 Feb;31(2):422-9. Epub 2021 Dec 14.

- O'Brien KM, Harmon QE, Jackson CL, Diaz-Santana MV, Taylor JA, **Wein**berg CR, Sandler DP. , Vitamin D concentrations and breast cancer incidence among Black/African American and non-Black Hispanic/Latina women. ⧉ *Cancer*. 2022 Jul 1;128(13):2463-73. Epub 2022 Apr 25.

- O'Brien KM, Keil AP, Harmon QE, Jackson CL, White AJ, Díaz-Santana MV, Taylor JA, Sandler DP. Vitamin D supplement use and risk of breast cancer by race-ethnicity. ⧉ *Epidemiology*. 2022 Jan 1;33(1):37-47.

- O'Brien KM, Lawrence KG, Keil AP. The case for case-cohort: An applied epidemiologist's guide to reframing case-cohort studies to improve usability and flexibility. ⧉ *Epidemiology*. 2022 May 1;33(3):354-61.

- Park YM, Lilyquist J, Van't Erve TJ, O'Brien KM, Nichols HB, Milne GL, **Wein**berg CR, Sandler DP. Association of dietary and plasma carotenoids with urinary $F_2$-isoprostanes. ⧉ *European Journal of Nutrition*. 2022 Aug;61(5):2711-23. Epub 2022 Mar 7.

- Sweeney MR, Nichols HB, Jones RR, Olshan AF, Keil AP, Engel LS, James P, Jackson CL, Sandler DP, White AJ. Light at night and the risk of breast cancer: Findings from the Sister Study. ⬚ Environment International. 2022 Nov;169:107495. Epub 2022 Sep 2.

- Talham CJ, Montiel Ishino FA, O'Brien KM, Sandler DP, Williams F. Breast cancer screening among Hispanic and non-Hispanic White women by birthplace in the Sister Study. ⬚ Cancer Medicine. 2022 Apr;11(8):1913-22. Epub 2022 Feb 12.

- Townsend MK, Trabert B, Fortner RT, Arslan AA, Buring JE, Carter BD, Giles GG, Irvin SR, Jones ME, Kaaks R, Kirsh VA, Knutsen SF, Koh WP, Lacey JV, Langseth H, Larsson SC, Lee IM, Martínez ME, Merritt MA, Milne RL, O'Brien KM, Orlich MJ, Palmer JR, Patel AV, Peters U, Poynter JN, Robien K, Rohan TE, Rosenberg L, Sandin S, Sandler DP, Schouten LJ, Setiawan VW, Swerdlow AJ, Ursin G, van den Brandt PA, Visvanathan K, Weiderpass E, Wolk A, Yuan JM, Zeleniuch-Jacquotte A, Tworoger SS, Wentzensen N. Cohort Profile: The Ovarian Cancer Cohort Consortium (OC3). ⬚ International Journal of Epidemiology. 2022 Jun 13;51(3):e73-e86. Epub 2021 Oct 15.

- Verdiesen RM, van der Schouw YT, van Gils CH, Verschuren WM, Broekmans FJ, Borges MC, Soares AL, Lawlor DA, Eliassen AH, Kraft P, Sandler DP, Harlow SD, Smith JA, Santoro N, Schoemaker MJ, Swerdlow AJ, Murray A, Ruth KS, Onland-Moret NC. Genome-wide association study meta-analysis identifies three novel loci for circulating anti-Müllerian hormone levels in women. ⬚ Human Reproduction. 2022 May 3;37(5):1069-82

- Wang X, Chen H, Middha Kapoor P, Su YR, Bolla MK, Dennis J, Dunning AM, Lush M, Wang Q, Michailidou K, Pharoah PDP, Hopper JL, Southey MC, Koutros S, Beane Freeman LE, Stone J, Rennert G, Shibli R, Murphy RA, Aronson K, Guénel P, Truong T, Teras LR, Hodge JM, Canzian F, Kaaks R, Brenner H, Arndt V, Hoppe R, Lo WY, Behrens S, Mannermaa A, Kosma VM, Jung A, Becher H, Giles GG, Haiman CA, Maskarinec G, Scott C, Winham S, Simard J, Goldberg MS, Zheng W, Long J, Troester MA, Love MI, Peng C, Tamimi R, Eliassen H, García-Closas M, Figueroa J, Ahearn T, Yang R, Evans DG, Howell A, Hall P, Czene K, Wolk A, Sandler DP, Taylor JA, Swerdlow AJ, Orr N, Lacey JV, Wang S, Olsson H, Easton DF, Milne RL, Hsu L, Kraft P, Chang-Claude J, Lindström S A genome-wide gene-based gene-environment interaction study of breast cancer in more than 90,000 women. ⬚ Cancer Research Communications. 2022 Apr;2(4):211-9. Epub 2022 Apr 8.

- White AJ, Gregoire AM, Fisher JA, Medgyesi DN, Li L, Koutrakis P, Sandler DP, Jones RR. Exposure to particle radioactivity and breast cancer risk in the Sister Study: A U.S.-wide prospective cohort. ⬚ Environmental Health Perspectives. 2022 Apr;130(4):47701. Epub 2022 Apr 4.

- Woo JMP, Parks CG, Hyde EE, Auer PL, Simanek AM, Konkel RH, Taylor J, Sandler DP, Meier HCS. Early life trauma and adult leucocyte telomere length. ⬚ Psychoneuroendocrinology. 2022 Oct;144:105876. Epub 2022 Jul 23.

- Woo JMP, Simanek A, O'Brien KM, Parks C, Gaston S, Auer PL, Konkel RH, Jackson CL, Meier HCS, Sandler DP. Latent class models of early-life trauma and incident breast cancer. ⬚ Epidemiology. 2022 Sep 1;33(5):729-38. Epub 2022 May 16.

- Xu J, Lawrence KG, O'Brien KM, Jackson CL, Sandler DP. Association between neighbourhood deprivation and hypertension in a US-wide cohort. 🗗 *Journal of Epidemiology & Community Health*. 2022 Mar;76(3):268-73. Epub 2021 Nov 17.

- Xu J, Niehoff NM, White AJ, Werder EJ, Sandler DP. Fossil-fuel and combustion-related air pollution and hypertension in the Sister Study. 🗗 *Environmental Pollution*. 2022 Dec 15;315:120401. Epub 2022 Oct 10.

back to top

## 2021

- Adedokun B, Du Z, Gao G, Ahearn TU, Lunetta KL, Zirpoli G, Figueroa J, John EM, Bernstein L, Zheng W, Hu JJ, Ziegler RG, Nyante S, Bandera EV, Ingles SA, Press MF, Deming-Halverson SL, Rodriguez-Gil JL, Yao S, Ogundiran TO, Ojengbede O, Blot W, Troester MA, Nathanson KL, Hennis A, Nemesure B, Ambs S, Fiorica PN, Sucheston-Campbell LE, Bensen JT, Kushi LH, Torres-Mejia G, Hu D, Fejerman L, Bolla MK, Dennis J, Dunning AM, Easton DF, Michailidou K, Pharoah PDP, Wang Q, Sandler DP, Taylor JA, O'Brien KM, Kitahara CM, Falusi AG, Babalola C, Yarney J, Awuah B, Addai-Wiafe B; GBHS Study Team, Chanock SJ, Olshan AF, Ambrosone CB, Conti DV, Ziv E, Olopade OI, Garcia-Closas M, Palmer JR, Haiman CA, Huo D. Cross-ancestry GWAS meta-analysis identifies six breast cancer loci in African and European ancestry women. 🗗 *Nature Communications*. 2021 Jul 7;12(1):4198.

- Anderson C, Fry RC, Hartwell H, Kleeberger C, Sandler DP, Nichols HB. Measurement of mitochondrial DNA copy number in dried blood spots: A pilot study. 🗗 *Mitochondrion*. 2021 Jan;56:35-9. Epub 2020 Nov 18.

- Baxter JS, Johnson N, Tomczyk K, Gillespie A, Maguire S, Brough R, Fachal L, Michailidou K, Bolla MK, Wang Q, Dennis J, , O'Brien KM, , Sandler DP, , Taylor JA, , Weinberg CR, , Pharoah PDP, Dunning AM, Easton DF, Pettitt SJ, Lord CJ, Haider S, Orr N, Fletcher O. Functional annotation of the 2q35 breast cancer risk locus implicates a structural variant in influencing activity of a long-range enhancer element. 🗗 *The American Journal of Human Genetics*. 2021 Jul 1;108(7):1190-1203. Epub 2021 Jun 18.

- Bertrand KA, O'Brien KM, Wright LB, Palmer JR, Blot WJ, Eliassen AH, Rosenberg L, Sandin S, Tobias D, Weiderpass E, Zheng W, Swerdlow AJ, Schoemaker MJ, Nichols HB, Sandler DP. Gestational diabetes and risk of breast cancer before age 55 years. 🗗 *International Journal of Epidemiology*. 2021 Dec;50(6):1936-47. Epub 2021 Aug 29.

- Boddicker NJ, Hu C, Weitzel JN, Kraft P, Nathanson KL, Goldgar DE, Na J, Huang H, Gnanaolivu RD, Larson N, Yussuf A, Yao S, Vachon CM, Trentham-Dietz A, Teras L, Taylor JA, Scott CE, Sandler DP, Pesaran T, Patel AV, Palmer JR, Ong IM, Olson JE, O'Brien K, Neuhausen S, Martinez E, Ma H, Lindstrom S, Le Marchand L, Kooperberg C, Karam R, Hunter DJ, Hodge JM, Haiman C, Gaudet MM, Gao C, LaDuca H, Lacey JV, Dolinsky JS, Chao E, Carter BD, Burnside ES, Bertrand KA, Bernstein L, Auer PW, Ambrosone C, Yadav S, Hart SN, Polley EC, Domchek SM, Couch FJ. Risk of late-onset breast cancer in genetically predisposed women. 🗗 *Journal of Clinical Oncology*. 2021 Nov 1;39(31):3430-40. Epub 2021 Jul 22.

- Clendenen TV, Ge W, Koenig KL, Afanasyeva Y, Agnoli C, Bertone-Johnson E, Brinton LA, Darvishian F, Dorgan JF, Eliassen AH, Falk RT, Hallmans G, Hankinson SE, Hoffman-Bolton J, Key TJ, Krogh V, Nichols HB, Sandler DP, Schoemaker MJ, Sluss PM, Sund M, Swerdlow AJ, Visvanathan K, Liu M, Zeleniuch-Jacquotte A. Breast cancer risk factors and circulating anti-Müllerian hormone concentration in healthy premenopausal women. ⧉ *The Journal of Clinical Endocrinology and Metabolism*. 2021 Oct 21;106(11):e4542-53. Epub 2021 Jun 22.

- Coignard J, Lush M, Beesley J, O'Mara TA, Dennis J, Tyrer JP, Barnes DR, McGuffog L, Leslie G, Bolla MK, , O'Brien KM, , Sandler DP, , Taylor JA, , Weinberg CR, , Park SK, Thomassen M, Offit K, Schmutzler RK, Couch FJ, Simard J, Chenevix-Trench G, Easton DF, Andrieu N, Antoniou AC. A case-only study to identify genetic modifiers of breast cancer risk for BRCA1/BRCA2 mutation carriers. ⧉ *Nature Communications*. 2021 Feb 17;12(1):1078.

- Du Z, Gao G, Adedokun B, Ahearn T, Lunetta KL, Zirpoli G, Troester MA, Ruiz-Narváez EA, Haddad SA, Pal Choudhury P, Figueroa J, John EM, Bernstein L, Zheng W, Hu JJ, Ziegler RG, Nyante S, Bandera EV, Ingles SA, Mancuso N, Press MF, Deming SL, Rodriguez-Gil JL, Yao S, Ogundiran TO, Ojengbe O, Bolla MK, Dennis J, Dunning AM, Easton DF, Michailidou K, Pharoah PDP, Sandler DP, Taylor JA, Wang Q, Weinberg CR, Kitahara CM, Blot W, Nathanson KL, Hennis A, Nemesure B, Ambs S, Sucheston-Campbell LE, Bensen JT, Chanock SJ, Olshan AF, Ambrosone CB, Olopade OI, Yarney J, Awuah B, Addai Wiafe B, Conti DV; GBHS Study Team, Palmer JR, Garcia-Closas M, Huo D, Haiman CA. Evaluating polygenic risk scores for breast cancer in women of African ancestry. ⧉ *Journal of the National Cancer Institute*. 2021 Sep 4;113(9):1168-76. Epub 2021 Mar 26.

- Gao C, Polley EC, Hart SN, Huang H, Hu C, Gnanaolivu R, Lilyquist J, Boddicker NJ, Na J, Ambrosone CB, Auer PL, Bernstein L, Burnside ES, Eliassen AH, Gaudet MM, Haiman C, Hunter DJ, Jacobs EJ, John EM, Lindström S, Ma H, Neuhausen SL, Newcomb PA, O'Brien KM, Olson JE, Ong IM, Patel AV, Palmer JR, Sandler DP, Tamimi R, Taylor JA, Teras LR, Trentham-Dietz A, Vachon CM, Weinberg CR, Yao S, Weitzel JN, Goldgar DE, Domchek SM, Nathanson KL, Couch FJ, Kraft P. Risk of breast cancer among carriers of pathogenic variants in breast cancer predisposition genes varies by polygenic risk score. ⧉ *Journal of Clinical Oncology*. 2021 Aug 10;39(23):2564-73. Epub 2021 Jun 8.

- Gaston SA, Atere-Roberts J, Ward J, Slopen NB, Forde AT, Sandler DP, Williams DR, Jackson CL. Experiences with everyday and major forms of racial/ethnic discrimination and type 2 diabetes risk among white, Black, and Hispanic/Latina women: findings from the Sister Study. ⧉ *American Journal of Epidemiology*. 2021 Dec 1;190(12):2552-62. Epub 2021 Jul 2.

- Gaston SA, McWhorter KL, Parks CG, D'Aloisio AA, Rojo-Wissar DM, Sandler DP, Jackson CL. Racial/ethnic disparities in the relationship between traumatic childhood experiences and suboptimal sleep dimensions among adult women: Findings from the Sister Study. ⧉ *International Journal of Behavioral Medicine*. 2021 Feb;28(1):116-29.

- Goldberg M, D'Aloisio AA, O'Brien KM, Zhao S, Sandler DP. Early-life exposures and age at thelarche in the Sister Study cohort. ⧉ *Breast Cancer Research* . 2021 Dec 11;23(1):111.

- Gregoire AM, Upson K, Niehoff NM, Chin HB, Kaufman JD, Weinberg CR, Sandler DP, Nichols HB, White AJ. Outdoor air pollution and anti-Müllerian hormone concentrations in the Sister Study. 🔗 *Environmental Epidemiology* . 2021 Oct;5(5):e163. Epub 2021 Aug 16.

- Hu C, Hart SN, Gnanaolivu R, Huang H, Lee KY, Na J, Gao C, Lilyquist J, Yadav S, Boddicker NJ, Samara R, Klebba J, Ambrosone CB, Anton-Culver H, Auer P, Bandera EV, Bernstein L, Bertrand KA, Burnside ES, Carter BD, Eliassen H, Gapstur SM, Gaudet M, Haiman C, Hodge JM, Hunter DJ, Jacobs EJ, John EM, Kooperberg C, Kurian AW, Le Marchand L, Lindstroem S, Lindstrom T, Ma H, Neuhausen S, Newcomb PA, O'Brien KM, Olson JE, Ong IM, Pal T, Palmer JR, Patel AV, Reid S, Rosenberg L, Sandler DP, Scott C, Tamimi R, Taylor JA, Trentham-Dietz A, Vachon CM, Weinberg C, Yao S, Ziogas A, Weitzel JN, Goldgar DE, Domchek SM, Nathanson KL, Kraft P, Polley EC, Couch FJ. A population-based study of genes previously implicated in breast cancer. 🔗 *The New England Journal of Medicine*. 2021 Feb 4;384(5):440-51. Epub 2021 Jan 20.

- Hurson AN, Pal Choudhury P, Gao C, Hüsing A, Eriksson M, Shi M, Jones ME, Evans DGR, Milne RL, Gaudet MM, Vachon CM, Chasman DI, Easton DF, Schmidt MK, Kraft P, Garcia-Closas M, Chatterjee N; B-CAST Risk Modelling Group. Prospective evaluation of a breast-cancer risk model integrating classical risk factors and polygenic risk in 15 cohorts from six countries. 🔗 *International Journal of Epidemiology*. 2021 Dec;50(6):1897-911. Epub 2021 Mar 23.

- Johnson N, Maguire S, Morra A, Kapoor PM, Tomczyk K, Jones ME, Schoemaker MJ, Gilham C, Bolla MK, Wang Q, Dennis J, , Sandler DP, , Taylor JA, , Weinberg CR, , Dunning AM, Pharoah PDP, Easton DF, Howie AF, Peto J, Dos-Santos-Silva I, Swerdlow AJ, Chang-Claude J, Schmidt MK, Orr N, Fletcher O. CYP3A7*1C allele: linking premenopausal oestrone and progesterone levels with risk of hormone receptor-positive breast cancers. 🔗 *British Journal of Cancer*. 2021 Feb;124(4):842-54. Epub 2021 Jan 26.

- Kapoor PM, Mavaddat N, Choudhury PP, Wilcox AN, Lindström S, Behrens S, Michailidou K, Dennis J, Bolla MK, Wang Q, Jung A, , O'Brien KM, , Sandler DP, , Taylor JA, , Dunning AM, Pharoah PDP, Schmidt MK, Kraft P, Easton DF, Milne RL, García-Closas M, Chang-Claude J. Combined associations of a polygenic risk score and classical risk factors with breast cancer risk. 🔗 *Journal of the National Cancer Institute*. 2021 Mar 1;113(3):329-37.

- Kresovich JK, Garval EL, Martinez Lopez AM, Xu Z, Niehoff NM, White AJ, Sandler DP, Taylor JA. Associations of body composition and physical activity level with multiple measures of epigenetic age acceleration. 🔗 *American Journal of Epidemiology*. 2021 Jun 1;190(6):984-93. Epub 2020 Nov 18.

- Kresovich JK, Martinez Lopez AM, Garval EL, Xu Z, White AJ, Sandler DP, Taylor JA. Alcohol consumption and methylation-based measures of biological age. 🔗 *The Journals of Gerontology: Series A Biological Sciences and Medical Sciences*. 2021 Dec;76(12):2107-11. Epub 2021 May 26.

- Lunyera J, Park YM, Ward JB, Gaston SA, Bhavsar NA, Muntner P, Sandler DP, Jackson CL. A prospective study of multiple sleep dimensions and hypertension risk among white, black and Hispanic/Latina women: findings from the Sister Study. 🔗 *Journal of Hypertension*. 2021 Nov 1;39(11):2210-9.

- Markunas CA, Hancock DB, Xu Z, Quach BC, Fang F, Sandler DP, Johnson EO, Taylor JA. Epigenome-wide analysis uncovers a blood-based DNA methylation biomarker of lifetime cannabis use. ⊞ *American Journal of Medical Genetics Part B, Neuropsychiatric Genetics*. 2021 Apr;186(3):173-82. Epub 2020 Aug 17.

- McCartney DL, Min JL, Richmond RC, Lu AT, Sobczyk MK, Davies G, Broer L, Guo X, Jeong A, Jung J, Kasela S, Katrinli S, Kuo PL, Matias-Garcia PR, Mishra PP, Nygaard M, Palviainen T, Patki A, Raffield LM, Ratliff SM, Richardson TG, Robinson O, Soerensen M, Sun D, Tsai PC, van der Zee MD, Walker RM, Wang X, Wang Y, Xia R, Xu Z, Yao J, Zhao W, Correa A, Boerwinkle E, Dugué PA, Durda P, Elliott HR, Gieger C; Genetics of DNA Methylation Consortium, de Geus EJC, Harris SE, Hemani G, Imboden M, Kähönen M, Kardia SLR, Kresovich JK, Li S, Lunetta KL, Mangino M, Mason D, McIntosh AM, Mengel-From J, Moore AZ, Murabito JM; NHLBI Trans-Omics for Precision Medicine (TOPMed) Consortium, Ollikainen M, Pankow JS, Pedersen NL, Peters A, Polidoro S, Porteous DJ, Raitakari O, Rich SS, Sandler DP, Sillanpää E, Smith AK, Southey MC, Strauch K, Tiwari H, Tanaka T, Tillin T, Uitterlinden AG, Van Den Berg DJ, van Dongen J, Wilson JG, Wright J, Yet I, Arnett D, Bandinelli S, Bell JT, Binder AM, Boomsma DI, Chen W, Christensen K, Conneely KN, Elliott P, Ferrucci L, Fornage M, Hägg S, Hayward C, Irvin M, Kaprio J, Lawlor DA, Lehtimäki T, Lohoff FW, Milani L, Milne RL, Probst-Hensch N, Reiner AP, Ritz B, Rotter JI, Smith JA, Taylor JA, van Meurs BJBJ, Vineis P, Waldenberger M, Deary IJ, Relton CL, Horvath S, Marioni RE. Genome-wide association studies identify 137 genetic loci for DNA methylation biomarkers of aging. ⊞ *Genome Biology*. 2021 Jun 29;22(1):194.

- Meernik C, Sandler DP, Peipins LA, Hodgson ME, Blinder VS, Wheeler SB, Nichols HB. Breast cancer-related employment disruption and financial hardship in the Sister Study. ⊞ *JNCI Cancer Spectrum*. 2021 Mar 17;5(3):pkab024.

- Niehoff NM, O'Brien KM, Keil AP, Levine KE, Liyanapatirana C, Haines LG, Waidyanatha S, Weinberg CR, White AJ. Metals and breast cancer risk: a prospective study using toenail biomarkers. ⊞ *American Journal of Epidemiology*. 2021 Nov 2;190(11):2360-73. Epub 2021 Jul 15.

- O'Brien KM, Tworoger SS, Harris HR, Trabert B, Weinberg CR, Fortner RT, D'Aloisio AA, Kaunitz AM, Wentzensen N, Sandler DP. Genital powder use and risk of uterine cancer: A pooled analysis of prospective studies. ⊞ *International Journal of Cancer*. 2021 Jun 1;148(11):2692-701. Epub 2021 Jan 12.

- O'Brien KM, Weinberg CR, D'Aloisio AA, Moore KR, Sandler DP. The association between douching, genital talc use, and the risk of prevalent and incident cervical cancer. ⊞ *Scientific Reports*. 2021 Jul 21;11(1):14836.

- Park HA, Neumeyer S, Michailidou K, Bolla MK, Wang Q, Dennis J, …, Taylor JA, …, Dunning AM, Pharoah PDP, Easton DF, Zheng W, Kraft P, Chang-Claude J. Mendelian randomisation study of smoking exposure in relation to breast cancer risk. ⊞ *British Journal of Cancer*. 2021 Oct;125(8):1135-45. Epub 2021 Aug 2.

- Park J, Rodriguez JL, O'Brien KM, Nichols HB, Hodgson ME, Weinberg CR, Sandler DP. Health-related quality of life outcomes among breast cancer survivors. ⊞ *Cancer*. 2021 Apr 1;127(7):1114-25. Epub 2020 Nov 25.

- Park YM, Bookwalter DB, O'Brien KM, Jackson CL, Weinberg CR, Sandler DP. A prospective study of type 2 diabetes, metformin use, and risk of breast cancer.

⧉ *Annals of Oncology*. 2021 Mar;32(3):351-9. Epub 2021 Jan 29.

- Park YM, Sandler DP. Making sense of associations between type 2 diabetes, metformin, and breast cancer risk. ⧉ *British Journal of Cancer*. 2021 Sep;125(7):909-10. Epub 2021 Apr 28.

- Park YM, Shivappa N, Petimar J, Hodgson ME, Nichols HB, Steck SE, Hébert JR, Sandler DP. Dietary inflammatory potential, oxidative balance score, and risk of breast cancer: Findings from the Sister Study. ⧉ *International Journal of Cancer*. 2021 Aug 1;149(3):615-26. Epub 2021 Mar 30.

- Peipins LA, Dasari S, Rodriguez JL, White MC, Hodgson ME, Sandler DP. Employment after breast cancer diagnosis and treatment among women in the Sister and the Two Sister studies. ⧉ *Journal of Occupational Rehabilitation*. 2021 Sep;31(3):543-51. Epub 2021 Jan 2.

- Ruth KS, Day FR, Hussain J, Martínez-Marchal A, Aiken CE, Azad A, Thompson DJ, Knoblochova L, Abe H, Tarry-Adkins JL, Gonzalez JM, Fontanillas P, Claringbould A, Bakker OB, Sulem P, Walters RG, Terao C, Turon S, Horikoshi M, Lin K, Onland-Moret NC, Sankar A, Hertz EPT, Timshel PN, Shukla V, Borup R, Olsen KW, Aguilera P, Ferrer-Roda M, Huang Y, Stankovic S, Timmers PRHJ, Ahearn TU, Alizadeh BZ, Naderi E, , Sandler DP, **Wein**berg CR, , Biobank-based Integrative Omics Study (BIOS) Consortium; eQTLGen Consortium; Biobank Japan Project; China Kadoorie Biobank Collaborative Group; kConFab Investigators; LifeLines Cohort Study; InterAct consortium; 23andMe Research Team, Chen Z, Li L, Franke L, Burgess S, Deelen P, Pers TH, Grøndahl ML, Andersen CY, Pujol A, Lopez-Contreras AJ, Daniel JA, Stefansson K, Chang-Claude J, van der Schouw YT, Lunetta KL, Chasman DI, Easton DF, Visser JA, Ozanne SE, Namekawa SH, Solc P, Murabito JM, Ong KK, Hoffmann ER, Murray A, Roig I, Perry JRB. Genetic insights into biological mechanisms governing human ovarian ageing. ⧉ *Nature*. 2021 Aug;596(7872):393-7. Epub 2021 Aug 4.

- Simanek AM, Meier HCS, D'Aloisio AA, Sandler DP. Objective and subjective childhood socioeconomic disadvantage and incident depression in adulthood: a longitudinal analysis in the Sister Study. ⧉ *Social Psychiatry and Psychiatric Epidemiology*. 2021 Jul;56(7):1201-10. Epub 2021 Apr 21.

- Tsai WL, Nash MS, Rosenbaum DJ, Prince SE, D'Aloisio AA, Neale AC, Sandler DP, Buckley TJ, Jackson LE. Types and spatial contexts of neighborhood greenery matter in associations with weight status in women across 28 U.S. communities. ⧉ *Environmental Research*. 2021 Aug;199:111327. Epub 2021 May 19.

- Upson K, **Wein**berg CR, Nichols HB, Dinse GE, D'Aloisio AA, Sandler DP, Baird DD. Early-life farm exposure and ovarian reserve in a U.S. cohort of women. ⧉ *Epidemiology*. 2021 Sep 1;32(5):672-80. Epub 2021 May 20.

- Von Holle A, O'Brien KM, Sandler DP, Janicek R, **Wein**berg CR. Association between serum iron biomarkers and breast cancer. ⧉ *Cancer Epidemiology, Biomarkers & Prevention*. 2021 Feb;30(2):422-5. Epub 2020 Dec 8.

- Von Holle A, O'Brien KM, Sandler DP, **Wein**berg CR. Evidence for familial clustering in breast cancer age of onset. ⧉ *International Journal of Epidemiology*. 2021 Mar 3;50(1):97-104.

- White AJ, Gregoire AM, Taylor KW, Eberle C, Gaston S, O'Brien KM, Jackson CL, Sandler DP. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. ⧉ *International Journal of Cancer*. 2021 May 1;148(9):2255-63. Epub 2020 Dec 14.

- White AJ, Sandler DP, Gaston SA, Jackson CL, M O'Brien K. Use of hair products in relation to ovarian cancer risk. ⧉ *Carcinogenesis*. 2021 Sep;42(9):1189-95. Epub 2021 Jun 26.

- Wogu AF, Zhao S, Nichols HB, Cai J. Proportional subdistribution hazards model for competing risks in case-cohort studies. ⧉ *American Journal of Applied Mathematics*. 2021 Oct;9(5):165-85.

- Wu Z, O'Brien KM, Lawrence KG, Han Y, **Wein**berg CR, Sandler DP, Vogtmann E. Associations of periodontal disease and tooth loss with all-cause and cause-specific mortality in the Sister Study. ⧉ *Journal of Clinical Periodontology*. 2021 Dec;48(12):1597-604. Epub 2021 Oct 17.

- Xu Z, Niu L, Taylor JA. The ENmix DNA methylation analysis pipeline for Illumina BeadChip and comparisons with seven other preprocessing pipelines. ⧉ *Clinical Epigenetics*. 2021 Dec 9;13(1):216.

- Xu Z, Taylor JA. Reliability of DNA methylation measures using Illumina methylation beadchip. ⧉ *Epigenetics*. 2021 May;16(5):495-502. Epub 2020 Aug 15.

- Yadav S, Hu C, Nathanson KL, Weitzel JN, Goldgar DE, Kraft P, Gnanaolivu RD, Na J, Huang H, Boddicker NJ, Larson N, Gao C, Yao S, **Wein**berg C, Vachon CM, Trentham-Dietz A, Taylor JA, Sandler DR, Patel A, Palmer JR, Olson JE, Neuhausen S, Martinez E, Lindstrom S, Lacey JV, Kurian AW, John EM, Haiman C, Bernstein L, Auer PW, Anton-Culver H, Ambrosone CB, Karam R, Chao E, Yussuf A, Pesaran T, Dolinsky JS, Hart SN, LaDuca H, Polley EC, Domchek SM, Couch FJ. Germline pathogenic variants in cancer predisposition genes among women with invasive lobular carcinoma of the breast. ⧉ *Journal of Clinical Oncology*. 2021 Dec 10;39(35):3918-26. Epub 2021 Oct 21.

back to top

---

## 2020

- Andrew AS, O'Brien KM, Jackson BP, Sandler DP, Kaye WE, Wagner L, Stommel EW, Horton DK, Mehta P, **Wein**berg CR. Keratinous biomarker of mercury exposure associated with amyotrophic lateral sclerosis risk in a nationwide U.S. study. ⧉ *Amyotrophic Lateral Sclerosis & Frontotemporal Degeneration*. 2020 Aug;21(5-6):420-7. Epub 2020 Apr 24.

- Chan AT, Drew DA, Nguyen LH, Joshi AD, Ma W, Guo CG, Lo CH, Mehta RS, Kwon S, Sikavi DR, Magicheva-Gupta MV, Fatehi ZS, Flynn JJ, Leonardo BM, Albert CM, Andreotti G, Beane-Freeman LE, Balasubramanian BA, Brownstein JS, Bruinsma F, Cowan AN, Deka A, Ernst ME, Figueiredo JC, Franks PW, Gardner CD, Ghobrial IM, Haiman CA, Hall JE, Deming-Halverson SL, Kirpach B, Lacey JV, Jr., Marchand LL, Marinac CR, Martinez ME, Milne RL, Murray AM, Nash D, Palmer JR, Patel AV, Rosenberg L, Sandler DP, Sharma SV, Schurman SH, Wilkens LR, Chavarro JE, Eliassen AH, Hart JE, Kang JH, Koenen KC, Kubzansky LD, Mucci LA, Ourselin S, Rich-Edwards JW, Song M, Stampfer MJ,

- Steves CJ, Willett WC, Wolf J, Spector T. The COronavirus Pandemic Epidemiology (COPE) Consortium: A call to action. 🔗 *Cancer Epidemiology, Biomarkers & Prevention*. 2020 Jul;29(7):1283-9. Epub 2020 May 5.

- Diaz-Santana MV, O'Brien KM, D'Aloisio AA, Regalado G, Sandler DP, **Wein**berg CR. Perinatal and postnatal exposures and risk of young-onset breast cancer. 🔗 *Breast Cancer Research*. 2020 Aug 13;22(1):88.

- Drew DA, Nguyen LH, Steves CJ, Menni C, Freydin M, Varsavsky T, Sudre CH, Cardoso MJ, Ourselin S, Wolf J, Spector TD, Chan AT; COPE Consortium [including NIEHS author: Sandler DP]. Rapid implementation of mobile technology for real-time epidemiology of COVID-19. 🔗 *Science*. 2020 Jun 19;368(6497):1362-7. Epub 2020 May 5.

- Eberle CE, Sandler DP, Taylor KW, White AJ. Hair dye and chemical straightener use and breast cancer risk in a large US population of Black and White women. 🔗 *International Journal of Cancer*. 2020 Jul 15;147(2):383-91. Epub 2019 Dec 3.

- Fachal L, Aschard H, Beesley J, Barnes DR, Allen J, Kar S, Pooley KA, Dennis J, Michailidou K, Turman C, Soucy P, Lemaçon A, Lush M, Tyrer JP, Ghoussaini M, Moradi Marjaneh M, Jiang X, , Sandler DP, , Taylor JA, **Wein**berg CR, , Hunter D, Pharoah PDP, Chang-Claude J, García-Closas M, Schmidt MK, Milne RL, Kristensen VN, French JD, Edwards SL, Antoniou AC, Chenevix-Trench G, Simard J, Easton DF, Kraft P, Dunning AM. Fine-mapping of 150 breast cancer risk regions identifies 191 likely target genes. 🔗 *Nature Genetics*. 2020 Jan;52(1):56-73. Epub 2020 Jan 7.

- Feng H, Gusev A, Pasaniuc B, Wu L, Long J, , Sandler DP, , Taylor JA, , **Wein**berg CR, , Milne RL, Easton DF, Chenevix-Trench G, Zheng W, Kraft P, Jiang X. Transcriptome-wide association study of breast cancer risk by estrogen-receptor status. 🔗 *Genetic Epidemiology*. 2020 Jul 1;44(5):442-68. Epub 2020 Mar 1.

- Fortner RT, Rice MS, Knutsen SF, Orlich MJ, Visvanathan K, Patel AV, Gaudet MM, Tjønneland A, Kvaskoff M, Kaaks R, Trichopoulou A, Pala V, Onland-Moret NC, Gram IT, Amiano P, Idahl A, Allen NE, Weiderpass E, Poynter JN, Robien K, Giles GG, Milne RL, Setiawan VW, Merritt MA, van den Brandt PA, Zeleniuch-Jacquotte A, Arslan AA, O'Brien KM, Sandler DP, Wolk A, Håkansson N, Harris HR, Trabert B, Wentzensen N, Tworoger SS, Schouten LJ. Ovarian cancer risk factor associations by primary anatomic site: The Ovarian Cancer Cohort Consortium. 🔗 *Cancer Epidemiology, Biomarkers & Prevention*. 2020 Oct;29(10):2010-8. Epub 2020 Jul 30.

- Gaston SA, Feinstein L, Slopen N, Sandler DP, Williams DR, Jackson CL. Everyday and major experiences of racial/ethnic discrimination and sleep health in a multiethnic population of U.S. women: Findings from the Sister Study. 🔗 *Sleep Medicine*. 2020 Jul;71:97-105. Epub 2020 Mar 21.

- Goldberg M, D'Aloisio AA, O'Brien KM, Zhao S, Sandler DP. Pubertal timing and breast cancer risk in the Sister Study cohort. 🔗 *Breast Cancer Research*. 2020 Oct 27;22(1):112. Epub 2020 Oct 27.

- Guinter MA, Park YM, Steck SE, Sandler DP. Day-to-day regularity in breakfast consumption is associated with weight status in a prospective cohort of women. 🔗 *International Journal of Obesity*. 2020 Jan;44(1):186-94. Epub 2019 Mar 29.

- Huang T, Townsend MK, Wentzensen N, Trabert B, White E, Arslan AA, Weiderpass E, Buring JE, Clendenen TV, Giles GG, Lee IM, Milne RL, Onland-Moret NC, Peters U, Sandler DP, Schouten LJ, van den Brandt PA, Wolk A, Zeleniuch-Jacquotte A, Tworoger SS. Reproductive and hormonal factors and risk of ovarian cancer by tumor dominance: Results from the Ovarian Cancer Cohort Consortium (OC3). Cancer Epidemiology, Biomarkers & Prevention. 2020 Jan;29(1):200-7. Epub 2019 Nov 12.

- Jackson SS, Adami HO, Andreotti G, Beane-Freeman LE, de González AB, Buring JE, Fraser GE, Freedman ND, Gapstur SM, Gierach G, Giles GG, Grodstein F, Hartge P, Jenab M, Kirsh V, Knutsen SF, Lan Q, Larsson SC, Lee IM, Lee MH, Liao LM, Milne RL, Monroe KR, Neuhouser ML, O'Brien KM, Petrick JL, Purdue MP, Rohan TE, Sandin S, Sandler DP, Sawada N, Shadyab AH, Simon TG, Sinha R, Stolzenberg-Solomon R, Tsugane S, Weiderpass E, Wolk A, Yang HI, Zheng W, McGlynn KA, Campbell PT, Koshiol J. Associations between reproductive factors and biliary tract cancers in women from the Biliary Tract Cancers Pooling Project. Journal of Hepatology. 2020 Oct;73(4):863-72. Epub 2020 May 11.

- Jia M, Wu Z, Vogtmann E, O'Brien KM, **Wein**berg CR, Sandler DP, Gierach GL. The association between periodontal disease and breast cancer in a prospective cohort study. Cancer Prevention Research. 2020 Dec;13(12):1007-16. Epub 2020 Jul 29.

- Kapoor PM, Lindström S, Behrens S, Wang X, Michailidou K, Bolla MK, Wang Q, Dennis J, Dunning AM, Pharoah PDP, Schmidt MK, Kraft P, García-Closas M, Easton DF, Milne RL, Chang-Claude J; Breast Cancer Association Consortium [Including NIEHS authors: O'Brien KM, Sandler DP, Taylor JA, and **Wein**berg CR]. Assessment of interactions between 205 breast cancer susceptibility loci and 13 established risk factors in relation to breast cancer risk, in the Breast Cancer Association Consortium. International Journal of Epidemiology. 2020 Feb 1;49(1):216-32. Epub 2019 Oct 12.

- Keller JP, Szpiro AA. Selecting a scale for spatial confounding adjustment. Journal of the Royal Statistical Society Series A, Statistics in Society. 2020 Jun;183(3):1121-43. Epub 2020 Mar 11.

- Kresovich JK, O'Brien KM, Xu Z, **Wein**berg CR, Sandler DP, Taylor JA. Prediagnostic immune cell profiles and breast cancer. JAMA Network Open. 2020 Jan 3;3(1):e1919536. Epub 2020 Jan 17.

- Kresovich JK, Parks CG, Sandler DP, **Wein**berg CR, Taylor JA. The role of blood cell composition in epidemiologic studies of telomeres. Epidemiology. 2020 Jul;31(4):e34-6.

- Lawrence KG, Kresovich JK, O'Brien KM, Hoang TT, Xu Z, Taylor JA, Sandler DP. Association of neighborhood deprivation with epigenetic aging using 4 clock metrics. JAMA Network Open. 2020 Nov 2;3(11):e2024329. Epub 2020 Nov 4.

- Lee S, Chang AM, Buxton OM, Jackson CL. Various types of perceived job discrimination and sleep health among working women: Findings from the Sister Study. American Journal of Epidemiology. 2020 Oct 1;189(10):1143-53. Epub 2020 May 14.

- Lo JJ, Park YM, Sinha R, Sandler DP. Association between meat consumption and risk of breast cancer: Findings from the Sister Study. International

*Journal of Cancer*. 2020 Apr 15;146(8):2156-65. Epub 2019 Aug 6.

- Mehta SS, Arroyave WD, Lunn RM, Park YM, Boyd WA, Sandler DP. A prospective analysis of red and processed meat consumption and risk of colorectal cancer in women. *Cancer Epidemiology, Biomarkers & Prevention*. 2020 Jan;29(1):141-50. Epub 2019 Oct 1.

- Nguyen LH, Drew DA, Graham MS, Joshi AD, Guo CG, Ma W, Mehta RS, Warner ET, Sikavi DR, Lo CH, Kwon S, Song M, Mucci LA, Stampfer MJ, Willett WC, Eliassen AH, Hart JE, Chavarro JE, Rich-Edwards JW, Davies R, Capdevila J, Lee KA, Lochlainn MN, Varsavsky T, Sudre CH, Cardoso MJ, Wolf J, Spector TD, Ourselin S, Steves CJ, Chan AT; COronavirus Pandemic Epidemiology Consortium [including NIEHS author: Sandler DP]. Risk of COVID-19 among front-line health-care workers and the general community: A prospective cohort study. *The Lancet Public Health*. 2020 Sep;5(9):e475-e83. Epub 2020 Jul 31.

- Niehoff NM, Keil AP, O'Brien KM, Jackson BP, Karagas MR, **Wein**berg CR, White AJ. Metals and trace elements in relation to body mass index in a prospective study of US women. *Environmental Research*. 2020 May;184:109396. Epub 2020 Mar 16.

- O'Brien KM, Tworoger SS, Harris HR, Anderson GL, **Wein**berg CR, Trabert B, Kaunitz AM, D'Aloisio AA, Sandler DP, Wentzensen N. Association of powder use in the genital area with risk of ovarian cancer. *JAMA*. 2020 Jan 7;323(1):49-59.

- Palmer JR, Polley EC, Hu C, John EM, Haiman C, Hart SN, Gaudet M, Pal T, Anton-Culver H, Trentham-Dietz A, Bernstein L, Ambrosone CB, Bandera EV, Bertrand KA, Bethea TN, Gao C, Gnanaolivu RD, Huang H, Lee KY, LeMarchand L, Na J, Sandler DP, Shah PD, Yadav S, Yang W, Weitzel JN, Domchek SM, Goldgar DE, Nathanson KL, Kraft P, Couch FJ. Contribution of germline predisposition gene mutations to breast cancer risk in African American women. *Journal of the National Cancer Institute*. 2020 Dec 14;112(12):1213-21.

- Schoemaker MJ, Nichols HB, Wright LB, Brook MN, Jones ME, O'Brien KM, Adami HO, Baglietto L, Bernstein L, Bertrand KA, Boutron-Ruault MC, Chen Y, Connor AE, Dossus L, Eliassen AH, Giles GG, Gram IT, Hankinson SE, Kaaks R, Key TJ, Kirsh VA, Kitahara CM, Larsson SC, Linet M, Ma H, Milne RL, Ozasa K, Palmer JR, Riboli E, Rohan TE, Sacerdote C, Sadakane A, Sund M, Tamimi RM, Trichopoulou A, Ursin G, Visvanathan K, Weiderpass E, Willett WC, Wolk A, Zeleniuch-Jacquotte A, Sandler DP, Swerdlow AJ. Adult weight change and premenopausal breast cancer risk: A prospective pooled analysis of data from 628,463 women. *International Journal of Cancer*. 2020 Sep 1;147(5):1306-14. Epub 2020 Feb 15.

- Shi M, O'Brien KM, **Wein**berg CR. Interactions between a polygenic risk score and non-genetic risk factors in young-onset breast cancer. *Scientific Reports*. 2020 Feb 24;10(1):3242. Epub 2020 Feb 24.

- Sweeney MR, Sandler DP, Niehoff NM, White AJ. Shift work and working at night in relation to breast cancer incidence. *Cancer Epidemiology, Biomarkers & Prevention*. 2020 Mar;29(3):687-9. Epub 2020 Jan 8.

- Trabert B, Tworoger SS, O'Brien KM, Townsend MK, Fortner RT, Iversen ES, Hartge P, White E, Amiano P, Arslan AA, Bernstein L, Brinton LA, Buring JE,

Dossus L, Fraser GL, Gaudet MM, Giles GG, Gram IT, Harris HR, Bolton JH, Idahl A, Jones ME, Kaaks R, Kirsh VA, Knutsen SF, Kvaskoff M, Lacey JV, Lee IM, Milne RL, Onland-Moret NC, Overvad K, Patel AV, Peters U, Poynter JN, Riboli E, Robien K, Rohan TE, Sandler DP, Schairer C, Schouten LJ, Setiawan VW, Swerdlow AJ, Travis RC, Trichopoulou A, van den Brandt PA, Visvanathan K, Wilkens LR, Wolk A, Zeleniuch-Jacquotte A, Wentzensen N. The risk of ovarian cancer increases with an increase in the lifetime number of ovulatory cycles: An analysis from the Ovarian Cancer Cohort Consortium (OC3). ⬚ *Cancer Research*. 2020 Mar 1;80(5):1210-8. Epub 2020 Jan 13.

- Tsai WL, Silva RA, Nash MS, Cochran FV, Prince SE, Rosenbaum DJ, D'Aloisio AA, Jackson LE, Mehaffey MH, Neale AC, Sandler DP, Buckley TJ. How do natural features in the residential environment influence women's self-reported general health? Results from cross-sectional analyses of a U.S. national cohort. ⬚ *Environmental Research*. 2020 Apr;183:109176. Epub 2020 Jan 30.

- Wang C, O'Brien KM, Xu Z, Sandler DP, Taylor JA, **Wein**berg CR. Long-term ambient fine particulate matter and DNA methylation in inflammation pathways: Results from the Sister Study. ⬚ *Epigenetics*. 2020 May;15(5):524-35. Epub 2019 Dec 10.

- White AJ, O'Brien KM, Niehoff NM, Jackson BP, Karagas MR, **Wein**berg CR, Keil AP. Toenail metal concentrations and age at menopause: A prospective study. ⬚ *Environmental Epidemiology*. 2020 Jul 16;4(4):e0104. Epub 2020 Aug.

- Xu J, White AJ, Niehoff NM, O'Brien KM, Sandler DP. Airborne metals exposure and risk of hypertension in the Sister Study. ⬚ *Environmental Research*. 2020 Dec;191:110144. Epub 2020 Sep 6.

- Xu Z, Sandler DP, Taylor JA. Blood DNA methylation and breast cancer: A prospective case-cohort analysis in the Sister Study. ⬚ *Journal of the National Cancer Institute*. 2020 Jan 1;112(1):87-94. Epub 2019 Apr 15.

- Yang Y, Wu L, Shu XO, Cai Q, Shu X, Li B, Guo X, Ye F, Michailidou K, Bolla MK, Wang Q, Dennis J, Andrulis IL, Brenner H, Chenevix-Trench G, Campa D, Castelao JE, Gago-Dominguez M, Dörk T, Hollestelle A, Lophatananon A, Muir K, Neuhausen SL, Olsson H, Sandler DP, Simard J, Kraft P, Pharoah PDP, Easton DF, Zheng W, Long J. Genetically predicted levels of DNA methylation biomarkers and breast cancer risk: Data from 228 951 women of European descent. ⬚ *Journal of the National Cancer Institute*. 2020 Mar 1;112(3):295-304. Epub 2019 May 29.

- Zhang D, Nichols HB, Troester M, Cai J, Bensen JT, Sandler DP. Tea consumption and breast cancer risk in a cohort of women with family history of breast cancer. ⬚ *International Journal of Cancer*. 2020 Aug 1;147(3):876-86. Epub 2020 Feb 4.

- Zhang H, Ahearn TU, Lecarpentier J, Barnes D, Beesley J, Qi G, Jiang X, O'Mara TA, Zhao N, , Sandler DP, , Taylor JA, , **Wein**berg CR, , Milne RL, Kraft P, Simard J, Pharoah PDP, Michailidou K, Antoniou AC, Schmidt MK, Chenevix-Trench G, Easton DF, Chatterjee N, García-Closas M. Genome-wide association study identifies 32 novel breast cancer susceptibility loci from overall and subtype-specific analyses. ⬚ *Nature Genetics*. 2020 Jun;52(6):572-81. Epub 2020 May 18.

back to top

## 2019

- Anderson C, Nichols HB, House M, Sandler DP. Risk versus benefit of chemoprevention among raloxifene and tamoxifen users with a family history of breast cancer. Cancer Prevention Research. 2019 Nov;12(11):801-8. Epub 2019 Aug 20.

- Basso O, **Wein**berg CR, D'Aloisio AA, Sandler DP. Mother's age at delivery and daughters' risk of preeclampsia. Paediatric and Perinatal Epidemiology. 2019 Mar;33(2):129-36. Epub 2019 Jan 20.

- Clendenen TV, Ge W, Koenig KL, Afanasyeva Y, Agnoli C, Brinton LA, Darvishian F, Dorgan JF, Eliassen AH, Falk RT, Hallmans G, Hankinson SE, Hoffman-Bolton J, Key TJ, Krogh V, Nichols HB, Sandler DP, Schoemaker MJ, Sluss PM, Sund M, Swerdlow AJ, Visvanathan K, Zeleniuch-Jacquotte A, Liu M. Breast cancer risk prediction in women aged 35-50 years: Impact of including sex hormone concentrations in the gail model. Breast Cancer Research. 2019 Mar 19;21(1):42.

- Furlong M, Deming-Halverson S, Sandler DP. Chronic antibiotic use during adulthood and weight change in the Sister Study. PloS ONE. 2019 May 16;14(5):e0216959.

- Gaston SA, Park YM, McWhorter KL, Sandler DP, Jackson CL. Multiple poor sleep characteristics and metabolic abnormalities consistent with metabolic syndrome among White, Black, and Hispanic/Latina women: Modification by menopausal status. Diabetology & Metabolic Syndrome. 2019 Feb 14;11:17.

- Grant DJ, Manichaikul A, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Moorman PG, Peres LC, Peters ES, Schwartz AG, Terry PD, Wang XQ, Keku TO, Hoyo C, Berchuck A, Sandler DP, Taylor JA, O'Brien KM, Velez Edwards DR, Edwards TL, Beeghly-Fadiel A, Wentzensen N, Pearce CL, Wu AH, Whittemore AS, McGuire V, Sieh W, Rothstein JH, Modugno F, Ness R, Moysich K, Rossing MA, Doherty JA, Sellers TA, Permuth-Way JB, Monteiro AN, Levine DA, Setiawan VW, Haiman CA, LeMarchand L, Wilkens LR, Karlan BY, Menon U, Ramus S, Gayther S, Gentry-Maharaj A, Terry KL, Cramer DW, Goode EL, Larson MC, Kaufmann SH, Cannioto R, Odunsi K, Etter JL, Huang RY, Bernardini MQ, Tone AA, May T, Goodman MT, Thompson PJ, Carney ME, Tworoger SS, Poole EM, Lambrechts D, Vergote I, Vanderstichele A, Van Nieuwenhuysen E, Anton-Culver H, Ziogas A, Brenton JD, Bjorge L, Salvensen HB, Kiemeney LA, Massuger L, Pejovic T, Bruegl A, Moffitt M, Cook L, Le ND, Brooks-Wilson A, Kelemen LE, Pharoah PDP, Song H, Campbell I, Eccles D, DeFazio A, Kennedy CJ, Schildkraut JM. Evaluation of vitamin D biosynthesis and pathway target genes reveals ugt2a1/2 and egfr polymorphisms associated with epithelial ovarian cancer in African American women. Cancer Medicine. 2019 May;8(5):2503-13. Epub 2019 Apr 18.

- Hall C, Heck JE, Sandler DP, Ritz B, Chen H, Krause N. Occupational and leisure-time physical activity differentially predict 6-year incidence of stroke and transient ischemic attack in women. Scandinavian Journal of Work, Environment & Health. 2019 May 1;45(3):267-79.

- Hawkins Bressler L, Mersereau JE, Anderson C, Rodriguez JL, Hodgson ME, **Wein**berg CR, Sandler DP, Nichols HB. Fertility-related experiences after breast

cancer diagnosis in the Sister and Two Sister Studies. ⬚ *Cancer*. 2019 Aug 1;125(15):2675-83. Epub 2019 Apr 23.

- Hosgood HD, 3rd, Klugman M, Matsuo K, White AJ, Sadakane A, Shu XO, Lopez-Ridaura R, Shin A, Tsuji I, Malekzadeh R, Noisel N, Bhatti P, Yang G, Saito E, Rahman S, Hu W, Bassig B, Downward G, Vermeulen R, Xue X, Rohan T, Abe SK, Broët P, Grant EJ, Dummer TJB, Rothman N, Inoue M, Lajous M, Yoo KY, Ito H, Sandler DP, Ashan H, Zheng W, Boffetta P, Lan Q. The establishment of the Household Air Pollution Consortium (HAPCO). ⬚ *Atmosphere*. 2019 Jul;10(7). Epub 2019 Jul 23.

- Jackson SS, Van Dyke AL, Zhu B, Pfeiffer RM, Petrick JL, Adami HO, Albanes D, Andreotti G, Beane Freeman LE, Berrington de González A, Buring JE, Chan AT, Chen Y, Fraser GE, Freedman ND, Gao YT, Gapstur SM, Gaziano JM, Giles GG, Grant EJ, Grodstein F, Hartge P, Jenab M, Kitahara CM, Knutsen SF, Koh WP, Larsson SC, Lee IM, Liao LM, Luo J, McGee EE, Milne RL, Monroe KR, Neuhouser ML, O'Brien KM, Peters U, Poynter JN, Purdue MP, Robien K, Sandler DP, Sawada N, Schairer C, Sesso HD, Simon TG, Sinha R, Stolzenberg-Solomon RZ, Tsugane S, Wang R, Weiderpass E, **Wein**stein SJ, White E, Wolk A, Yuan JM, Zeleniuch-Jacquotte A, Zhang X, McGlynn KA, Campbell PT, Koshiol J. Anthropometric risk factors for cancers of the biliary tract in the Biliary Tract Cancers Pooling Project. ⬚ *Cancer Research*. 2019 Aug 1;79(15):3973-82. Epub 2019 May 21.

- Jiang X, Finucane HK, Schumacher FR, Schmit SL, Tyrer JP, Han Y, Michailidou K, Lesseur C, Kuchenbaecker KB, Dennis J, Conti DV, Casey G, Gaudet MM, Huyghe JR, , Sandler DP, , Taylor JA, , **Wein**berg CR, , Lane JM, Saxena R, Thomas D, Hung RJ, Diergaarde B, McKay J, Peters U, Hsu L, García-Closas M, Eeles RA, Chenevix-Trench G, Brennan PJ, Haiman CA, Simard J, Easton DF, Gruber SB, Pharoah PDP, Price AL, Pasaniuc B, Amos CI, Kraft P, Lindström S. Shared heritability and functional enrichment across six solid cancers. ⬚ *Nature Communications*. 2019 Jan 25;10(1):431.

- Jiang Y, **Wein**berg CR, Sandler DP, Zhao S. Use of detailed family history data to improve risk prediction,with application to breast cancer screening. ⬚ *PloS ONE*. 2019 Dec 17;14(12):e0226407.

- Kresovich JK, Harmon QE, Xu Z, Nichols HB, Sandler DP, Taylor JA. Reproduction, DNA methylation and biological age. ⬚ *Human Reproduction*. 2019 Oct 2;34(10):1965-73. Epub 2019 Oct 10.

- Kresovich JK, Xu Z, O'Brien KM, **Wein**berg CR, Sandler DP, Taylor JA. Epigenetic mortality predictors and incidence of breast cancer. ⬚ *Aging*. 2019 Dec 17;11(24):11975-87. Epub 2019 Dec 17.

- Kresovich JK, Xu Z, O'Brien KM, **Wein**berg CR, Sandler DP, Taylor JA. Methylation-based biological age and breast cancer risk. ⬚ *Journal of the National Cancer Institute*. 2019 Oct 1;111(10):1051-8. Epub 2019 Feb 22.

- Lawrenson K, Song F, Hazelett DJ, Kar SP, Tyrer J, Phelan CM, Corona RI, Rodríguez-Malavé NI, Seo JH, Adler E, Coetzee SG, Segato F, Fonseca MAS, Amos CI, Carney ME, Chenevix-Trench G, Choi J, Doherty JA, Jia W, Jin GJ, Kim BG, Le ND, Lee J, Li L, Lim BK, Adenan NA, Mizuno M, Park B, Pearce CL, Shan K, Shi Y, Shu XO, Sieh W; Australian Ovarian Cancer Study Group, Thompson PJ, Wilkens LR, Wei Q, Woo YL, Yan L, Karlan BY, Freedman ML, Noushmehr H, Goode EL, Berchuck A, Sellers TA, Teo SH, Zheng W, Matsuo K,

Park S, Chen K, Pharoah PDP, Gayther SA, Goodman MT. Genome-wide association studies identify susceptibility loci for epithelial ovarian cancer in east Asian women. *Gynecologic Oncology*. 2019 May;153(2):343-55. Epub 2019 Mar 19. [Ovarian Cancer Association Consortium including Sister Study]

- Mavaddat N, Michailidou K, Dennis J, Lush M, Fachal L, Lee A, Tyrer JP, Chen TH, Wang Q, Bolla MK, Yang X, , Sandler DP, , Taylor JA, , **Wein**berg CR, , ABCTB Investigators; kConFab/AOCS Investigators, NBCS Collaborators, Dunning AM, Thompson DJ, Chenevix-Trench G, Chang-Claude J, Schmidt MK, Hall P, Milne RL, Pharoah PDP, Antoniou AC, Chatterjee N, Kraft P, García-Closas M, Simard J, Easton DF. Polygenic risk scores for prediction of breast cancer and breast cancer subtypes. *American Journal of Human Genetics*. 2019 Jan 3;104(1):21-34. Epub 2018 Dec 13.

- McGee EE, Jackson SS, Petrick JL, Van Dyke AL, Adami HO, Albanes D, Andreotti G, Beane-Freeman LE, Berrington de Gonzalez A, Buring JE, Chan AT, Chen Y, Fraser GE, Freedman ND, Gao YT, Gapstur SM, Gaziano JM, Giles GG, Grant EJ, Grodstein F, Hartge P, Jenab M, Kitahara CM, Knutsen SF, Koh WP, Larsson SC, Lee IM, Liao LM, Luo J, Milne RL, Monroe KR, Neuhouser ML, O'Brien KM, Peters U, Poynter JN, Purdue MP, Robien K, Sandler DP, Sawada N, Schairer C, Sesso HD, Simon TG, Sinha R, Stolzenberg-Solomon R, Tsugane S, Wang R, Weiderpass E, **Wein**stein SJ, White E, Wolk A, Yuan JM, Zeleniuch-Jacquotte A, Zhang X, Zhu B, McGlynn KA, Campbell PT, Koshiol J. Smoking, alcohol, and biliary tract cancer risk: A pooling project of 26 prospective studies. *Journal of the National Cancer Institute*. 2019 Dec 1;111(12):1263-78. Epub 2019 May 25.

- McWhorter KL, Park YM, Gaston SA, Fang KB, Sandler DP, Jackson CL. Multiple sleep dimensions and type 2 diabetes risk among women in the Sister Study: Differences by race/ethnicity. *BMJ Open Diabetes Research & Care*. 2019 Sep 20;7(1):e000842.

- McWhorter KL, Parks CG, D'Aloisio AA, Rojo-Wissar DM, Sandler DP, Jackson CL. Traumatic childhood experiences and multiple dimensions of poor sleep among adult women. *Sleep*. 2019 Aug 1;42(8).

- Moore AM, Xu Z, Kolli RT, White AJ, Sandler DP, Taylor JA. Persistent epigenetic changes in adult daughters of older mothers. *Epigenetics*. 2019 May;14(5):467-76. Epub 2019 Mar 28.

- Murphy JD, Sandler D, White AJ, O'Brien KM. Severe acne and risk of breast cancer. *Breast Cancer Research and Treatment*. 2019 Sep;177(2):487-95. Epub 2019 Jun 5.

- Nichols HB, Schoemaker MJ, Cai J, Xu J, Wright LB, Brook MN, Jones ME, Adami HO, Baglietto L, Bertrand KA, Blot WJ, Boutron-Ruault MC, Dorronsoro M, Dossus L, Eliassen AH, Giles GG, Gram IT, Hankinson SE, Hoffman-Bolton J, Kaaks R, Key TJ, Kitahara CM, Larsson SC, Linet M, Merritt MA, Milne RL, Pala V, Palmer JR, Peeters PH, Riboli E, Sund M, Tamimi RM, Tjonneland A, Trichopoulou A, Ursin G, Vatten L, Visvanathan K, Weiderpass E, Wolk A, Zheng W, **Wein**berg CR, Swerdlow AJ, Sandler DP. Breast cancer risk after recent childbirth: A pooled analysis of 15 prospective studies. *Annals of Internal Medicine*. 2019 Jan 1;170(1):22-30. Epub 2018 Dec 11.

- Niehoff NM, Gammon MD, Keil AP, Nichols HB, Engel LS, Sandler DP, White AJ. Airborne mammary carcinogens and breast cancer risk in the Sister Study.

*Environment International*. 2019 Sep;130:104897. Epub 2019 Jun 18.

- Niehoff NM, Gammon MD, Keil AP, Nichols HB, Engel LS, Taylor JA, White AJ, Sandler DP. Hazardous air pollutants and telomere length in the Sister Study. *Environmental Epidemiology*. 2019 Aug;3(4):e053. Epub 2019 Jun 28.

- Niehoff NM, Nichols HB, Zhao S, White AJ, Sandler DP. Adult physical activity and breast cancer risk in women with a family history of breast cancer. *Cancer Epidemiology, Biomarkers & Prevention*. 2019 Jan;28(1):51-8. Epub 2018 Oct 17.

- O'Brien KM, D'Aloisio AA, Shi M, Murphy JD, Sandler DP, **Wein**berg CR. Perineal talc use, douching, and the risk of uterine cancer. *Epidemiology*. 2019 Nov;30(6):845-52.

- O'Brien KM, Sandler DP, House M, Taylor JA, **Wein**berg CR. The association of a breast cancer diagnosis with serum 25-hydroxyvitamin D concentration over time. *American Journal of Epidemiology*. 2019 Apr 1;188(4):637-45. Epub 2019 Jan 4.

- O'Brien KM, White AJ, Jackson BP, Karagas MR, Sandler DP, **Wein**berg CR. Toenail-based metal concentrations and young-onset breast cancer. *American Journal of Epidemiology*. 2019 Nov 1;188(4):34-43. Epub 2019 Jan 4.

- O'Brien KM, White AJ, Sandler DP, Jackson BP, Karagas MR, **Wein**berg CR. Do post-breast cancer diagnosis toenail trace element concentrations reflect prediagnostic concentrations? *Epidemiology*. 2019 Jan;30(1):112-9.

- Park YM, Steck SE, Fung TT, Merchant AT, Hodgson ME, Keller JA, Sandler DP. Higher diet-dependent acid load is associated with risk of breast cancer: Findings from the Sister Study. *International Journal of Cancer*. 2019 Apr 15;144(8):1834-43. Epub 2018 Dec 7.

- Park Y-MM, White AJ, Jackson CL, **Wein**berg CR, Sandler DP. Association of exposure to artificial light at night while sleeping with risk of obesity in women. *JAMA Internal Medicine*. 2019 Jun 10;179(8):1061-71. Epub 2019 Jun 10.

- Petimar J, Park YM, Smith-Warner SA, Fung TT, Sandler DP. Dietary index scores and invasive breast cancer risk among women with a family history of breast cancer. *The American Journal of Clinical Nutrition*. 2019 May 1;109(5):1393-401.

- Ruth KS, Soares ALG, Borges MC, Eliassen AH, Hankinson SE, Jones ME, Kraft P, Nichols HB, Sandler DP, Schoemaker MJ, Taylor JA, Zeleniuch-Jacquotte A, Lawlor DA, Swerdlow AJ, Murray A. Genome-wide association study of anti-Müllerian hormone levels in pre-menopausal women of late reproductive age and relationship with genetic determinants of reproductive lifespan. *Human Molecular Genetics*. 2019 Apr 15;28(8):1392-401. Epub 2019 Jan 14.

- Shu X, Wu L, Khankari NK, Shu XO, Wang TJ, Michailidou K, Bolla MK, Wang Q, Dennis J, Milne RL, Schmidt MK, Pharoah PDP, Andrulis IL, Hunter DJ, Simard J, Easton DF, Zheng W; Breast Cancer Association Consortium [including NIEHS authors: Sandler DP, Taylor JA, and **Wein**berg CR]. Associations of obesity and circulating insulin and glucose with breast cancer risk: A Mendelian randomization analysis. *International Journal of Epidemiology*. 2019 Jun 1;48(3):795-806. Epub 2018 Oct 1.

- Trabert B, Poole EM, White E, Visvanathan K, Adami HO, Anderson GL, Brasky TM, Brinton LA, Fortner RT, Gaudet M, Hartge P, Hoffman-Bolton J, Jones M, Lacey JV, Larsson SC, Mackenzie GG, Schouten LJ, Sandler DP, O'Brien K, Patel AV, Peters U, Prizment A, Robien K, Setiawan VW, Swerdlow A, van den Brandt PA, Weiderpass E, Wilkens LR, Wolk A, Wentzensen N, Tworoger SS. Analgesic use and ovarian cancer risk: An analysis in the Ovarian Cancer Cohort Consortium. *Journal of the National Cancer Institute*. 2019 Feb 1;111(2):137-45. Epub 2018 May 31.

- White AJ, Keller JP, Zhao S, Carroll R, Kaufman JD, Sandler DP. Air pollution, clustering of particulate matter components, and breast cancer in the Sister Study: A U.S.-wide cohort. *Environmental Health Perspectives*. 2019 Oct;127(10):107002. Epub 2019 Oct 9.

- White AJ, Kresovich JK, Keller JP, Xu Z, Kaufman JD, **Wein**berg CR, Taylor JA, Sandler DP. Air pollution, particulate matter composition and methylation-based biologic age. *Environment International*. 2019 Nov;132:105071. Epub 2019 Aug 3.

- White AJ, Kresovich JK, Xu Z, Sandler DP, Taylor JA. Shift work, DNA methylation and epigenetic age. *International Journal of Epidemiology*. 2019 Oct 1;48(5):1536-44. Epub 2019 Mar 15.

- White AJ, O'Brien KM, Niehoff NM, Carroll R, Sandler DP. Metallic air pollutants and breast cancer risk in a nationwide cohort study. *Epidemiology*. 2019 Jan;30(1):20-8.

- Wilson LE, Xu Z, Harlid S, White AJ, Troester MA, Sandler DP, Taylor JA. Alcohol and DNA methylation: An epigenome-wide association study in blood and normal breast tissue. *American Journal of Epidemiology*. 2019 Jun 1;188(6):1055-65.

- Yang Y, Wu L, Shu X, Lu Y, Shu XO, Cai Q, Beeghly-Fadiel A, Li B, Ye F, Berchuck A, Anton-Culver H, Banerjee S, Benitez J, Bjørge L, Brenton JD, Butzow R, Campbell IG, Chang-Claude J, Chen K, Cook LS, Cramer DW, deFazio A, Dennis J, Doherty JA, Dörk T, Eccles DM, Edwards DV, Fasching PA, Fortner RT, Gayther SA, Giles GG, Glasspool RM, Goode EL, Goodman MT, Gronwald J, Harris HR, Heitz F, Hildebrandt MA, Høgdall E, Høgdall CK, Huntsman DG, Kar SP, Karlan BY, Kelemen LE, Kiemeney LA, Kjaer SK, Koushik A, Lambrechts D, Le ND, Levine DA, Massuger LF, Matsuo K, May T, McNeish IA, Menon U, Modugno F, Monteiro AN, Moorman PG, Moysich KB, Ness RB, Nevanlinna H, Olsson H, Onland-Moret NC, Park SK, Paul J, Pearce CL, Pejovic T, Phelan CM, Pike MC, Ramus SJ, Riboli E, Rodriguez-Antona C, Romieu I, Sandler DP, Schildkraut JM, Setiawan VW, Shan K, Siddiqui N, Sieh W, Stampfer MJ, Sutphen R, Swerdlow AJ, Szafron LM, Teo SH, Tworoger SS, Tyrer JP, Webb PM, Wentzensen N, White E, Willett WC, Wolk A, Woo YL, Wu AH, Yan L, Yannoukakos D, Chenevix-Trench G, Sellers TA, Pharoah PDP, Zheng W, Long J. Genetic data from nearly 63,000 women of European descent predicts DNA methylation biomarkers and epithelial ovarian cancer risk. *Cancer Research*. 2019 Feb 1;79(3):505-17. Epub 2018 Dec 17.

back to top

2018

- Anderson C, Milne GL, Park YM, Sandler DP, Nichols HB. Cardiovascular disease risk factors and oxidative stress among premenopausal women. Free Radical Biology & Medicine. 2018 Feb 1;115:246-51. Epub 2017 Dec 9.

- Anderson C, Milne GL, Park YM, Sandler DP, Nichols HB. Dietary glycemic index and glycemic load are positively associated with oxidative stress among premenopausal women. The Journal of Nutrition. 2018 Jan 1;148(1):125-30.

- Anderson C, Nichols HB, Deal AM, Park YM, Sandler DP. Changes in cardiovascular disease risk and risk factors among women with and without breast cancer. Cancer. 2018 Dec 1;124(23):4512-9. Epub 2018 Oct 6.

- Anderson C, Park YM, Stanczyk FZ, Sandler DP, Nichols HB. Dietary factors and serum anti-Müllerian hormone concentrations in late premenopausal women. Fertility and Sterility. 2018 Nov;110(6):1145-53.

- Basso O, Weinberg CR, D'Aloisio AA, Sandler DP. Maternal age at birth and daughters' subsequent childlessness. Human Reproduction. 2018 Feb 1;33(2):311-9.

- Ge W, Clendenen TV, Afanasyeva Y, Koenig KL, Agnoli C, Brinton LA, Dorgan JF, Eliassen AH, Falk RT, Hallmans G, Hankinson SE, Hoffman-Bolton J, Key TJ, Krogh V, Nichols HB, Sandler DP, Schoemaker MJ, Sluss PM, Sund M, Swerdlow AJ, Visvanathan K, Liu M, Zeleniuch-Jacquotte A. Circulating anti-Müllerian hormone and breast cancer risk: A study in ten prospective cohorts. International Journal of Cancer. 2018 Jun 1;142(11):2215-26. Epub 2018 Feb 8.

- Guinter MA, Sandler DP, McLain AC, Merchant AT, Steck SE. An estrogen-related dietary pattern and postmenopausal breast cancer risk in a cohort of women with a family history of breast cancer. Cancer Epidemiology, Biomarkers & Prevention. 2018 Oct;27(10):1223-6. Epub 2018 Sep 19.

- Hooper LG, Young MT, Keller JP, Szpiro AA, O'Brien KM, Sandler DP, Vedal S, Kaufman JD, London SJ. Ambient air pollution and chronic bronchitis in a cohort of U.S. women. Environmental Health Perspectives. 2018 Feb 6;126(2):027005.

- Kleeberger C, Shore D, Gunter E, Sandler DP, Weinberg CR. The effects of long-term storage on commonly measured serum analyte levels. Epidemiology. 2018 May;29(3):448-52.

- Kresovich JK, Parks CG, Sandler DP, Taylor JA. Reproductive history and blood cell telomere length. Aging. 2018 Sep 19;10(9):2383-93. Epub 2018 Sep 19.

- Lu Y, Beeghly-Fadiel A, Wu L, Guo X, Li B, Schildkraut JM, Im HK, Chen YA, Permuth JB, Reid BM, Teer JK, Moysich KB, , Sandler DP, , Gayther SA, Antoniou AC, Berchuck A, Goode EL, Chenevix-Trench G, Sellers TA, Pharoah PDP, Zheng W, Long J. A transcriptome-wide association study among 97,898 women to identify candidate susceptibility genes for epithelial ovarian cancer risk. Cancer Research. 2018 Sep 15;78(18):5419-30. Epub 2018 Jul 27.

- O'Brien KM, Sandler DP, Shi M, Harmon QE, Taylor JA, Weinberg CR. Genome-wide association study of serum 25-hydroxyvitamin D in US women. Frontiers in Genetics. 2018 Mar 1;9:67.

- O'Brien KM, Sandler DP, Xu Z, Kinyamu HK, Taylor JA, Weinberg CR. Vitamin D, DNA methylation, and breast cancer. Breast Cancer Research. 2018 Jul 11;20(1):70.

- Ong JS, Hwang LD, Cuellar-Partida G, Martin NG, Chenevix-Trench G, Quinn MCJ, Cornelis MC, Gharakhkhani P, Webb PM, MacGregor S; Ovarian Cancer Association Consortium [including NIEHS author: Sandler DP]. Assessment of moderate coffee consumption and risk of epithelial ovarian cancer: A Mendelian randomization study. ⧉ *International Journal of Epidemiology*. 2018 Apr 1;47(2):450-9. Epub 2017 Nov 25.

- Pan Y, Cai J, Kim S, Zhou H. Regression analysis for secondary response variable in a case-cohort study. ⧉ *Biometrics*. 2018 Sep;74(3):1014-22. Epub 2017 Dec 29.

- Parks CG, D'Aloisio AA, Sandler DP. Childhood residential and agricultural pesticide exposures in relation to adult-onset rheumatoid arthritis in women. ⧉ *American Journal of Epidemiology*. 2018 Feb 1;187(2):214-23.

- Peipins LA, Rodriguez JL, Hawkins NA, Soman A, White MC, Hodgson ME, DeRoo LA, Sandler DP. Communicating with daughters about familial risk of breast cancer: Individual, family, and provider influences on women's knowledge of cancer risk. ⧉ *Journal of Women's Health*. 2018 May;27(5):630-9. Epub 2018 Jan 29.

- Premenopausal Breast Cancer Collaborative Group, Schoemaker MJ, Nichols HB, Wright LB, Brook MN, Jones ME, O'Brien KM, Adami HO, Baglietto L, Bernstein L, Bertrand KA, Boutron-Ruault MC, Braaten T, Chen Y, Connor AE, Dorronsoro M, Dossus L, Eliassen AH, Giles GG, Hankinson SE, Kaaks R, Key TJ, Kirsh VA, Kitahara CM, Koh WP, Larsson SC, Linet MS, Ma H, Masala G, Merritt MA, Milne RL, Overvad K, Ozasa K, Palmer JR, Peeters PH, Riboli E, Rohan TE, Sadakane A, Sund M, Tamimi RM, Trichopoulou A, Ursin G, Vatten L, Visvanathan K, Weiderpass E, Willett WC, Wolk A, Yuan JM, Zeleniuch-Jacquotte A, Sandler DP, Swerdlow AJ. Association of body mass index and age with subsequent breast cancer risk in premenopausal women. ⧉ *JAMA Oncology*. 2018 Nov 1;4(11):e181771. Epub 2020 May 11.

- Taylor KW, Troester MA, Herring AH, Engel LS, Nichols HB, Sandler DP, Baird DD. Associations between personal care product use patterns and breast cancer risk among White and Black women in the Sister Study. ⧉ *Environmental Health Perspectives*. 2018 Feb 21;126(2):027011.

- Villeneuve PJ, Jerrett M, Su JG, Weichenthal S, Sandler DP. Association of residential greenness with obesity and physical activity in a US cohort of women. ⧉ *Environmental Research*. 2018 Jan;160:372-84. Epub 2017 Oct 20.

- White MC, Soman A, **Wein**berg CR, Rodriguez JL, Sabatino SA, Peipins LA, DeRoo L, Nichols HB, Hodgson ME, Sandler DP. Factors associated with breast MRI use among women with a family history of breast cancer. ⧉ *The Breast Journal*. 2018 Sep;24(5):764-71. Epub 2018 May 20.

- Wu L, Shi W, Long J, Guo X, Michailidou K, Beesley J, Bolla MK, Shu XO, Lu Y, Cai Q, Al-Ejeh F, Rozali E, Wang Q, Dennis J, Li B, Zeng C, Feng H, Gusev A, Barfield RT, , Sandler DP, , Taylor JA, , **Wein**berg CR, , kConFab/AOCS Investigators, Dunning AM, Pharoah PDP, Simard J, Milne RL, Edwards SL, Kraft P, Easton DF, Chenevix-Trench G, Zheng W. A transcriptome-wide association study of 229,000 women identifies new candidate susceptibility genes for breast cancer. ⧉ *Nature Genetics*. 2018 Jul;50(7):968-78. Epub 2018 Jun 18.

- Zhang D, Ferguson K, Troester M, Bensen JT, Cai J, Milne GL, Sandler DP, Nichols HB. Tea consumption and oxidative stress: A cross-sectional analysis of 889 premenopausal women from the Sister Study. ⧉ *The British Journal of Nutrition*. 2018 Dec 20;121(5):582-90. Epub 2018 Dec 20.

back to top

## 2017

- Amos CI, Dennis J, Wang Z, Byun J, Schumacher FR, Gayther SA, Casey G, Hunter DJ, Sellers TA, Gruber SB, Dunning AM, Michailidou K, Fachal L, Doheny K, Spurdle AB, Li Y, Xiao X, Romm J, Pugh E, Coetzee GA, Hazelett DJ, Bojesen SE, Caga-Anan C, Haiman CA, Kamal A, Luccarini C, Tessier D, Vincent D, Bacot F, Van Den Berg DJ, Nelson S, Demetriades S, Goldgar DE, Couch FJ, Forman JL, Giles GG, Conti DV, Bickeböller H, Risch A, Waldenberger M, Brüske-Hohlfeld I, Hicks BD, Ling H, McGuffog L, Lee A, Kuchenbaecker K, Soucy P, Manz J, Cunningham JM, Butterbach K, Kote-Jarai Z, Kraft P, FitzGerald L, Lindström S, Adams M, McKay JD, Phelan CM, Benlloch S, Kelemen LE, Brennan P, Riggan M, O'Mara TA, Shen H, Shi Y, Thompson DJ, Goodman MT, Nielsen SF, Berchuck A, Laboissiere S, Schmit SL, Shelford T, Edlund CK, Taylor JA, Field JK, Park SK, Offit K, Thomassen M, Schmutzler R, Ottini L, Hung RJ, Marchini J, Amin Al Olama A, Peters U, Eeles RA, Seldin MF, Gillanders E, Seminara D, Antoniou AC, Pharoah PD, Chenevix-Trench G, Chanock SJ, Simard J, Easton DF. The OncoArray Consortium: a network for understanding the genetic architecture of common cancers. ⧉ *Cancer Epidemiology, Biomarkers & Prevention*. 2017 Jan;26(1):126-35. Epub 2016 Oct 3.

- Anderson C, Islam JY, Hodgson ME, Sabatino SA, Rodriguez JL, Lee CN, Sandler DP, Nichols HB. Long-term satisfaction and body image after contralateral prophylactic mastectomy. ⧉ *Annals of Surgical Oncology*. 2017 Jun;24(6):1499-506. Epub 2017 Jan 5.

- Anderson C, Sandler DP, **Wein**berg CR, Houck K, Chunduri M, Hodgson ME, Sabatino SA, White MC, Rodriguez JL, Nichols HB. Age- and treatment-related associations with health behavior change among breast cancer survivors. ⧉ *The Breast*. 2017 Jun;33:1-7. Epub 2017 Feb 27.

- Campbell PT, Newton CC, Kitahara CM, Patel AV, Hartge P, Koshiol J, McGlynn KA, Adami HO, Berrington de González A, Beane Freeman LE, Bernstein L, Buring JE, Freedman ND, Gao YT, Giles GG, Gunter MJ, Jenab M, Liao LM, Milne RL, Robien K, Sandler DP, Schairer C, Sesso HD, Shu XO, Weiderpass E, Wolk A, Xiang YB, Zeleniuch-Jacquotte A, Zheng W, Gapstur SM. Body size indicators and risk of gallbladder cancer: pooled analysis of individual-level data from 19 prospective cohort studies. ⧉ *Cancer Epidemiology, Biomarkers & Prevention*. 2017 Apr;26(4):597-606. Epub 2017 Mar 17.

- D'Aloisio AA, Nichols HB, Hodgson ME, Deming-Halverson SL, Sandler DP. Validity of self-reported breast cancer characteristics in a nationwide cohort of women with a family history of breast cancer. ⧉ *BMC Cancer*. 2017 Oct 23;17:692.

- Keller JP, Drton M, Larson T, Kaufman JD, Sandler DP, Szpiro AA. Covariate-adaptive clustering of exposures for air pollution epidemiology cohorts. ⧉

*Annals of Applied Statistics*. 2017 Mar;11(1):93-113. Epub 2017 Apr 8.

- Kim S, Campbell J, Yoo W, Taylor JA, Sandler DP. Systemic levels of estrogens and PGE2 synthesis in relation to postmenopausal breast cancer risk. ⧉ *Cancer Epidemiology, Biomarkers & Prevention*. 2017 Mar;26(3):383-8. Epub 2016 Nov 18.

- Michailidou K, Lindström S, Dennis J, Beesley J, Hui S, Kar S, Lemaçon A, Soucy P, Glubb D, Rostamianfar A, Bolla MK, Wang Q, Tyrer J, Dicks E, Lee A, Wang Z, Allen J, Keeman R, Eilber U, French JD, Qing Chen X, Fachal L, McCue K, McCart Reed AE, Ghoussaini M, Carroll JS, Jiang X, Finucane H, ,..., Sandler DP, ... , Taylor JA, ... , **Wein**berg CR, ... , ABCTB Investigators; ConFab/AOCS Investigators, Lakhani SR, Antoniou AC, Droit A, Andrulis IL, Amos CI, Couch FJ, Pharoah PDP, Chang-Claude J, Hall P, Hunter DJ, Milne RL, García-Closas M, Schmidt MK, Chanock SJ, Dunning AM, Edwards SL, Bader GD, Chenevix-Trench G, Simard J, Kraft P, Easton DF. Association analysis identifies 65 new breast cancer risk loci. ⧉ *Nature*. 2017 Nov 2;551(7678):92-4. Epub 2017 Oct 23.

- Milne RL, Kuchenbaecker KB, Michailidou K, Beesley J, Kar S, Lindström S, Hui S, Lemaçon A, Soucy P, Dennis J, Jiang X, Rostamianfar A, Finucane H, Bolla MK, McGuffog L, Wang Q, ..., Sandler DP, ... , Taylor JA, ... , **Wein**berg CR, ... , Gago-Dominguez M, Mannermaa A, Olsson H, Teixeira MR, Stone J, Offit K, Ottini L, Park SK, Thomassen M, Hall P, Meindl A, Schmutzler RK, Droit A, Bader GD, Pharoah PDP, Couch FJ, Easton DF, Kraft P, Chenevix-Trench G, García-Closas M, Schmidt MK, Antoniou AC, Simard J. Identification of ten variants associated with risk of estrogen-receptor-negative breast cancer. ⧉ *Nature Genetics*. 2017 Dec;49(12):1767-78. Epub 2017 Oct 23.

- Nichols HB, Anderson C, White AJ, Milne GL, Sandler DP. Oxidative stress and breast cancer risk in premenopausal women. ⧉ *Epidemiology*. 2017 Sep;28(5):667-74. Epub 2017 May 17.

- Nichols HB, Schoemaker MJ, Wright LB, McGowan C, Brook MN, McClain KM, Jones ME, Adami HO, Agnoli C, Baglietto L, Bernstein L, Bertrand KA, Blot WJ, Boutron-Ruault MC, Butler L, Chen Y, Doody MM, Dossus L, Eliassen AH, Giles GG, Gram IT, Hankinson SE, Hoffman-Bolton J, Kaaks R, Key TJ, Kirsh VA, Kitahara CM, Koh WP, Larsson SC, Lund E, Ma H, Merritt MA, Milne RL, Navarro C, Overvad K, Ozasa K, Palmer JR, Peeters PH, Riboli E, Rohan TE, Sadakane A, Sund M, Tamimi RM, Trichopoulou A, Vatten L, Visvanathan K, Weiderpass E, Willett WC, Wolk A, Zeleniuch-Jacquotte A, Zheng W, Sandler DP, Swerdlow AJ. The Premenopausal Breast Cancer Collaboration: A pooling project of studies participating in the National Cancer Institute Cohort Consortium. ⧉ *Cancer Epidemiology Biomarkers & Prevention*. 2017 Sep;26(9):1360-9. Epub 2017 Jun 9.

- Niehoff NM, White AJ, Sandler DP. Childhood and teenage physical activity and breast cancer risk. ⧉ *Breast Cancer Research and Treatment*. 2017 Aug;164(3):697-705. Epub 2017 May 12.

- O'Brien KM, Sandler DP, Kinyamu HK, Taylor JA, **Wein**berg CR. Single-nucleotide polymorphisms in vitamin D-related genes may modify vitamin D-breast cancer associations. ⧉ *Cancer Epidemiology Biomarkers & Prevention*. 2017 Dec;26(12):1761-71. Epub 2017 Oct 25.

- O'Brien KM, Sandler DP, Taylor JA, **Wein**berg CR. Serum vitamin D and risk of breast cancer within five years. Environmental Health Perspectives. 2017 Jul 6;125(7):077004.

- O'Brien KM, Whelan DR, Sandler DP, Hall JE, **Wein**berg CR. Predictors and long-term health outcomes of eating disorders. PLoS One. 2017 Jul 10;12(7):e0181104.

- O'Brien KM, Whelan DR, Sandler DP, **Wein**berg CR. Eating disorders and breast cancer. Cancer Epidemiology, Biomarkers & Prevention. 2017 Feb;26(2):206-11. Epub 2016 Oct 18.

- Park YM, O'Brien KM, Zhao S, **Wein**berg CR, Baird DD, Sandler DP. Gestational diabetes mellitus may be associated with increased risk of breast cancer. British Journal of Cancer. 2017 Mar 28;116(7):960-3. Epub 2017 Feb 16.

- Park YM, White AJ, Nichols HB, O'Brien KM, **Wein**berg CR, Sandler DP. The association between metabolic health, obesity phenotype and the risk of breast cancer. International Journal of Cancer. 2017 Jun 15;140(12):2657-66. Epub 2017 Mar 7.

- Phelan CM, Kuchenbaecker KB, Tyrer JP, Kar SP, Lawrenson K, Winham SJ, Dennis J, Pirie A, Riggan MJ, Chornokur G, Earp MA, Lyra PC Jr, Lee JM, Coetzee S, Beesley J, McGuffog L, Soucy P, Dicks E, Lee A, Barrowdale D, Lecarpentier J, Leslie G, …, D'Aloisio AA, …, Sandler DP, …, Taylor JA, …, **Wein**berg CR, …, Narod SA, Easton DF, Amos CI, Schildkraut JM, Ramus SJ, Ottini L, Goodman MT, Park SK, Kelemen LE, Risch HA, Thomassen M, Offit K, Simard J, Schmutzler RK, Hazelett D, Monteiro AN, Couch FJ, Berchuck A, Chenevix-Trench G, Goode EL, Sellers TA, Gayther SA, Antoniou AC, Pharoah PD. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nature Genetics. 2017 May;49(5):680-91. Epub 2017 Mar 27.

- Sandler DP, Hodgson ME, Deming-Halverson SL, Juras PS, D'Aloisio AA, Suarez LM, Kleeberger CA, Shore DL, DeRoo LA, Taylor JA, **Wein**berg CR; Sister Study Research Team. The Sister Study cohort: baseline methods and participant characteristics. Environmental Health Perspectives. 2017 Dec 20;125(12):127003.

- Shi M, O'Brien KM, Sandler DP, Taylor JA, Zaykin DV, **Wein**berg CR. Previous GWAS hits in relation to young-onset breast cancer. Breast Cancer Research and Treatment. 2017 Jan;161(2):333-44. Epub 2016 Nov 15.

- Shmuel S, White AJ, Sandler DP. Residential exposure to vehicular traffic-related air pollution during childhood and breast cancer risk. Environmental Research. 2017 Nov;159:257-63. Epub 2017 Aug 17.

- Taylor KW, Baird DD, Herring AH, Engel LS, Nichols HB, Sandler DP, Troester MA. Associations among personal care product use patterns and exogenous hormone use in the NIEHS Sister Study. Journal of Exposure Science and Environmental Epidemiology. 2017 Sep;27(5):458-64. Epub 2017 Jan 25.

- White AJ, D'Aloisio AA, Nichols HB, DeRoo LA, Sandler DP. Breast cancer and exposure to tobacco smoke during potential windows of susceptibility. Cancer Causes & Control. 2017 Jul;28(7):667-75. Epub 2017 May 18.

- White AJ, DeRoo LA, **Wein**berg CR, Sandler DP. Lifetime alcohol intake, binge drinking behaviors, and breast cancer risk. American Journal of

*Epidemiology*. 2017 Sep 1;186(5):541-9. Epub 2017 Jun 1.

- White AJ, Sandler DP. Indoor wood-burning stove and fireplace use and breast cancer in a prospective cohort study. 🔗 *Environmental Health Perspectives*. 2017 July 18;125(7):077011.

- White AJ, **Wein**berg CR, Park YM, D'Aloisio AA, Vogtmann E, Nichols HB, Sandler DP. Sleep characteristics, light at night and breast cancer risk in a prospective cohort. 🔗 *International Journal of Cancer*. 2017 Dec 1;141(11):2204-14. Epub 2017 Aug 22.

- Wilson LE, Harlid S, Xu Z, Sandler DP, Taylor JA. An epigenome-wide study of body mass index and DNA methylation in blood using participants from the Sister Study cohort. 🔗 *International Journal of Obesity*. 2017 Jan;41(1):194-99. Epub 2016 Oct 24.

back to top

## 2016

- Anderson C, Milne GL, Sandler DP, Nichols HB. Oxidative stress in relation to diet and physical activity among premenopausal women. 🔗 *British Journal of Nutrition*. 2016 Oct;116(8):1416-24. Epub 2016 Oct 11.

- Bergen S, Sheppard L, Kaufman JD, Szpiro AA. Multipollutant measurement error in air pollution epidemiology studies arising from predicting exposures with penalized regression splines. 🔗 *Journal of the Royal Statistical Society Series C Applied Statistics*. 2016 Nov;65(5):731-53. Epub 2016 Mar 1.

- Chen L, **Wein**berg CR, Chen J. Using family members to augment genetic case-control studies of a life-threatening disease. 🔗 *Statistics in Medicine*. 2016 Jul 20;35(16):2815-30. Epub 2016 Feb 11.

- Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, **Wein**berg CR. Douching, talc use, and risk of ovarian cancer. 🔗 *Epidemiology*. 2016 Nov;27(6):797–802. Epub 2016 Jun 20.

- Greenlee H, Sardo Molmenti CL, Falci L, Ulmer R, Deming-Halverson S, DeRoo LA, Sandler DP. High use of complementary and alternative medicine among a large cohort of women with a family history of breast cancer: the Sister Study. 🔗 *Breast Cancer Research and Treatment*. 2016 Apr;156(3):527–38. Epub 2016 Mar 26.

- Kitahara CM, McCullough ML, Franceschi S, Rinaldi S, Wolk A, Neta G, Olov Adami H, Anderson K, Andreotti G, Beane Freeman LE, Bernstein L, Buring JE, Clavel-Chapelon F, De Roo LA, Gao YT, Gaziano JM, Giles GG, Hakansson N, Horn-Ross PL, Kirsh VA, Linet MS, MacInnis RJ, Orsini N, Park Y, Patel AV, Purdue MP, Riboli E, Robien K, Rohan T, Sandler DP, Schairer C, Schneider AB, Sesso HD, Shu XO, Singh PN, van den Brandt PA, Ward E, Weiderpass E, White E, Xiang YB, Zeleniuch-Jacquotte A, Zheng W, Hartge P, Berrington de Gonzalez A. Anthropometric factors and thyroid cancer risk by histological subtype: pooled analysis of 22 prospective studies. 🔗 *Thyroid*. 2016 Feb;26(2):306-18. Epub 2016 Jan 12.

- Markunas CA, Wilcox AJ, Xu Z, Joubert BR, Harlid S, Panduri V, Håberg SE, Nystad W, London SJ, Sandler DP, Lie RT, Wade PA, Taylor JA. Maternal age at delivery is associated with an epigenetic signature in both newborns and adults. ⧉ *PLoS One*. 2016 Jul 6;11(7):e0156361.

- Mathur MB, Epel E, Kind S, Desai M, Parks CG, Sandler DP, Khazeni N. Perceived stress and telomere length: a systematic review, meta-analysis, and methodologic considerations for advancing the field. ⧉ *Brain, Behavior, and Immunity*. 2016 May;54:158-69. Epub 2016 Feb 4.

- Niehoff NM, Nichols HB, White AJ, Parks CG, D'Aloisio AA, Sandler DP. Childhood and adolescent pesticide exposure and breast cancer risk. ⧉ *Epidemiology*. 2016 May;27(3):326-33. Epub 2016 Jan 22.

- O'Brien KM, Shi M, Sandler DP, Taylor JA, Zaykin DV, Keller J, Wise AS, **Wein**berg CR. A family-based, genome-wide association study of young-onset breast cancer: inherited variants and maternally mediated effects. ⧉ *European Journal of Human Genetics*. 2016 Aug;24(9):1316-23. Epub 2016 Feb 17.

- Parks CG, D'Aloisio AA, Sandler DP. Early life factors associated with adult-onset systemic lupus erythematosus in women. ⧉ *Frontiers in Immunology*. 2016 Mar 31; 7:103.

- Wentzensen N, Poole EM, Trabert B, White E, Arslan AA, Patel AV, Setiawan VW, Visvanathan K, Weiderpass E, Adami HO, Black A, Bernstein L, Brinton LA, Buring J, Butler LM, Chamosa S, Clendenen TV, Dossus L, Fortner R, Gapstur SM, Gaudet MM, Gram IT, Hartge P, Hoffman-Bolton J, Idahl A, Jones M, Kaaks R, Kirsh V, Koh WP, Lacey JV Jr, Lee IM, Lundin E, Merritt MA, Onland-Moret NC, Peters U, Poynter JN, Rinaldi S, Robien K, Rohan T, Sandler DP, Schairer C, Schouten LJ, Sjöholm LK, Sieri S, Swerdlow A, Tjonneland A, Travis R, Trichopoulou A, van den Brandt PA, Wilkens L, Wolk A, Yang HP, Zeleniuch-Jacquotte A, Tworoger SS. Ovarian cancer risk factors by histologic subtype: an analysis from the Ovarian Cancer Cohort Consortium. ⧉ *Journal of Clinical Oncology*. 2016 Aug 20;34(24):2888-98. Epub 2016 Jun 20.

- White AJ, Sandler DP, D'Aloisio AA, Stanczyk F, Whitworth KW, Baird DD, Nichols HB. Antimüllerian hormone (AMH) in relation to tobacco and marijuana use and sources of indoor heating/cooking. ⧉ *Fertility and Sterility*. 2016 Sep 1;106(3):723-30. Epub 2016 May 27.

- Wilson LE, D'Aloisio AA, Sandler DP, Taylor JA. Long-term use of calcium channel blocking drugs and breast cancer risk in a prospective cohort of US and Puerto Rican women. ⧉ *Breast Cancer Research*. 2016 Jul 5;18(1):61.

back to top

---

## 2015

- Buchanan ND, Dasari S, Rodriguez JL, Lee Smith J, Hodgson ME, **Wein**berg CR, Sandler DP. Post-treatment neurocognition and psychosocial care among breast cancer survivors. ⧉ *American Journal of Preventive Medicine*. 2015 Dec;49(6 Suppl 5):S498-S508.

- Chan SH, Van Hee VC, Bergen S, Szpiro AA, DeRoo LA, London SJ, Marshall JD, Kaufman JD, Sandler DP. Long-term air pollution exposure and blood

pressure in the Sister Study. 🔗 *Environmental Health Perspectives*. 2015 Oct;123(10):951-8. Epub 2015 Mar 6.

- Ekenga CC, Parks CG, Sandler DP. Chemical exposures in the workplace and breast cancer risk: a prospective cohort study. 🔗 *International Journal of Cancer*. 2015 Oct 1;137(7):1765-74. Epub 2015 Apr 27.

- Ekenga CC, Parks CG, Sandler DP. A prospective study of occupational physical activity and breast cancer risk. 🔗 *Cancer Causes & Control*. 2015 Dec;26(12):1779-89. Epub 2015 Oct 8.

- Ekenga CC, Parks CG, Wilson LE, Sandler DP. Leisure-time physical activity in relation to occupational physical activity among women. 🔗 *Preventive Medicine*. 2015 May;74:93-6. Epub 2015 Mar 12.

- Gaudet MM, Kitahara CM, Newton CC, Bernstein L, Reynolds P, Weiderpass E, Kreimer AR, Yang G, Adami HO, Alavanja MC, Beane Freeman LE, Boeing H, Buring J, Chaturvedi A, Chen Y, D'Aloisio AA, Freedman M, Gao YT, Gaziano JM, Giles GG, Håkansson N, Huang WY, Lee IM, Linet MS, MacInnis RJ, Park Y, Prizment A, Purdue MP, Riboli E, Robien K, Sandler DP, Schairer C, Sesso HD, Ou Shu X, White E, Wolk A, Xiang YB, Zelenuich-Jacquotte A, Zheng W, Patel AV, Hartge P, Berrington de González A, Gapstur SM. Anthropometry and head and neck cancer: a pooled analysis of cohort data. 🔗 *International Journal of Epidemiology*. 2015 Apr;44(2):673-81. Epub 2015 Jun 6.

- Harlid S, Xu Z, Panduri V, D'Aloisio AA, DeRoo LA, Sandler DP, Taylor JA. *In utero* exposure to diethylstilbestrol and blood DNA methylation in women ages 40-59 years from the Sister Study. 🔗 *PLoS ONE*. 2015 Mar 9; 10(3):e0118757.

- Kim S, Rimando J, Sandler DP. Fruit and vegetable intake and urinary levels of prostaglandin E2 metabolite in postmenopausal women. 🔗 *Nutrition and Cancer*. 2015 May-Jun;67(4):580-6. Epub 2015 Mar 26.

- Kim S, Shore DL, Wilson LE, Sanniez EI, Kim JH, Taylor JA, Sandler DP. Lifetime use of nonsteroidal anti-inflammatory drugs and breast cancer risk: results from a prospective study of women with a sister with breast cancer. 🔗 *BMC Cancer*. 2015 Dec 16; 15:960.

- Nichols HB, Baird DD, Stanczyk FZ, Steiner AZ, Troester MA, Whitworth KW, Sandler DP. Anti-Müllerian hormone concentrations in premenopausal women and breast cancer risk. 🔗 *Cancer Prevention Research*. 2015 Jun;8(6):528-34. Epub 2015 Apr 14.

- Nichols HB, DeRoo LA, Scharf DR, Sandler DP. Risk-benefit profiles of women using tamoxifen for chemoprevention. 🔗 *Journal of the National Cancer Institute*. 2015 Jan;107(1):354. Epub 2014 Dec 3.

- O'Brien KM, Fei C, Sandler DP, Nichols HB, DeRoo LA, **Wein**berg CR. Hormone therapy and young-onset breast cancer. 🔗 *American Journal of Epidemiology*. 2015 May 15;181(10):799-807. Epub 2015 Feb 18.

- O'Brien KM, Sun J, Sandler DP, DeRoo LA, **Wein**berg CR. Risk factors for young-onset invasive and in situ breast cancer. 🔗 *Cancer Causes & Control*. 2015 Dec;26(12):1771-8. Epub 2015 Sep 25.

- Reding KW, Young MT, Szpiro AA, Han CJ, DeRoo LA, **Wein**berg C, Kaufman JD, Sandler DP. Breast cancer risk in relation to ambient air pollution exposure

at residences in the Sister Study cohort. ⊡ *Cancer Epidemiology, Biomarkers & Prevention*. 2015 Dec;24(12):1907-9. Epub 2015 Oct 13.

- Shi M, DeRoo LA, Sandler DP, **Wein**berg CR. Migraine and possible etiologic heterogeneity for hormone-receptor-negative breast cancer. ⊡ *Scientific Reports*. 2015 Oct 12; 5:14943.

- White AJ, Nichols HB, Bradshaw PT, Sandler DP. Overall and central adiposity and breast cancer risk in the Sister Study. ⊡ *Cancer*. 2015 Oct 15;121(20):3700-8. Epub 2015 Jul 20.

- Wilson LE, Kim S, Xu Z, Harlid S, Sandler DP, Taylor JA. Non-steroidal anti-inflammatory drug use and genomic DNA methylation in blood. ⊡ *PloS ONE*. 2015 Sep 22; 10(9):e0138920.

back to top

---

## 2014

- DeRoo LA, Bolick SCE, Xu Z, Umbach DM, Shore D, **Wein**berg CR, Sandler DP, Taylor JA. Global DNA methylation and one-carbon metabolism gene polymorphisms and the risk of breast cancer in the Sister Study. ⊡ *Carcinogenesis*. 2014 Feb;35(2):333-8. Epub 2013 Oct 15.

- Ekenga CC, Parks CG, D'Aloisio AA, DeRoo LA, Sandler DP. Breast cancer risk after occupational solvent exposure: the influence of timing and setting. ⊡ *Cancer Research*. 2014 June 1;74(11):3076-83.

- Harlid S, Xu Z, Panduri V, Sandler DP, Taylor JA. CpG sites associated with cigarette smoking: analysis of epigenome-wide data from the Sister Study. ⊡ *Environmental Health Perspectives*. 2014 Jul;122(7):673-8. Epub 2014 Apr 4.

- **Wein**berg CR, Shi M, DeRoo LA, Taylor JA, Sandler DP, Umbach DM. Asymmetry in family history implicates nonstandard genetic mechanisms: application to the genetics of breast cancer. ⊡ *PLoS Genetics*. 2014 Mar 20;10(3):e1004174.

- Xu Z, Taylor JA. Genome-wide age-related DNA methylation changes in blood and other tissues relate to histone modification, expression and cancer. ⊡ *Carcinogenesis*. 2014 Feb;35(2):356-64. Epub 2013 Nov 28.

- Young MT, Sandler DP, DeRoo LA, Vedal S, Kaufman JD, London SJ. Ambient air pollution exposure and incident adult asthma in a nationwide cohort of U.S. women. ⊡ *American Journal of Respiratory and Critical Care Medicine*. 2014 Oct 15;190(8):914-21. Epub 2014 Aug 29.

back to top

---

## 2013

- D'Aloisio AA, DeRoo LA, Baird DD, **Wein**berg CR, Sandler DP. Prenatal and infant exposures and age at menarche. ⊡ *Epidemiology*. 2013 Mar;24(2):277-84.

- Fei C, DeRoo LA, Sandler DP, **Wein**berg CR. Menopausal symptoms and the risk of young-onset breast cancer. *European Journal of Cancer.* 2013 Mar;49(4):798-804. Epub 2012 Sept 27.

- Godfrey AC, Xu Z, **Wein**berg CR, Getts RC, Wade PA, DeRoo LA, Sandler DP, Taylor JA. Serum microRNA expression as an early marker for breast cancer risk in prospectively collected samples from the Sister Study cohort. *Breast Cancer Research.* 2013 May 24;15(3):R42.

- Kim S, Taylor JA, Milne GL, Sandler DP. Association between urinary prostaglandin E2 metabolite and breast cancer risk: a prospective, case-cohort study of postmenopausal women. *Cancer Prevention Research.* 2013 Jun;6(6):511-8. Epub 2013 May 1.

- Nichols HB, Baird DD, DeRoo LA, Kissling GE, Sandler DP. Tubal ligation in relation to menopausal symptoms and breast cancer risk. *British Journal of Cancer.* 2013 Sep 3;109(5):1291-5. Epub 2013 Aug 6.

- Parks CG, D'Aloisio AA, DeRoo LA, Huiber K, Rider LG, Miller FW, Sandler DP. Childhood socioeconomic factors and perinatal characteristics influence development of rheumatoid arthritis in adulthood. *Annals of the Rheumatic Diseases.* 2013 Mar;72(3):350-6. Epub 2012 May 14.

- White AJ, Sandler DP, Bolick SCE, Xu Z, Taylor JA, DeRoo LA. Recreational and household physical activity at different time points and DNA global methylation. *European Journal of Cancer.* 2013 Jun;49(9):2199-2206. Epub 2013 Mar 7.

- Xu Z, Bolick SCE, DeRoo LA, **Wein**berg CR, Sandler DP, Taylor JA. Epigenome-wide association study of breast cancer using prospectively collected Sister Study samples. *Journal of the National Cancer Institute.* 2013 May 15; 105(10):694-700. Epub 2013 Apr 11.

back to top

---

## 2012

- D'Aloisio AA, Baird DD, DeRoo LA, Sandler DP. Early-life exposures and early onset uterine leiomyomata in black women in the Sister Study. *Environmental Health Perspectives.* 2012 Mar;120(3):406-12. Epub 2011 Nov 2.

- Fei C, DeRoo LA, Sandler DP, **Wein**berg CR. Fertility drugs and young-onset breast cancer: results from the Two Sister Study. *Journal of the National Cancer Institute.* 2012 Jul 3;104(13):1021-7. Epub 2012 Jul 6.

- Kim S, Parks CG, Xu Z, Carswell G, DeRoo LA, Sandler, DP, Taylor, JA. Association between genetic variants in DNA and histone methylation and telomere length. *PLoS ONE.* 2012; 7(7):e40504. Epub 2012 Jul 11.

- Lin CJ, DeRoo LA, Jacobs SR, Sandler DP. Accuracy and reliability of self-reported weight and height in the Sister Study. *Public Health Nutrition.* 2012 Jun; 15(6):989-99. Epub 2011 Dec 9.

back to top

## 2011

- Fortier I, Doiron D, Little J, Ferretti V, L'Heureux F, Stolk RP, Knoppers BM, Hudson TJ, Burton PR; International Harmonization Initiative [plus 139 collaborators including DeRoo LA and Sandler DP]. Is rigorous retrospective harmonization possible? Application of the DataSHaPER approach across 53 large studies. ⧉ *International Journal of Epidemiology.* 2011 Oct;40(5):1314-28. Epub 2011 Jul 30.

- Kim S, DeRoo LA, Sandler DP. Eating patterns and nutritional characteristics associated with sleep duration. ⧉ *Public Health Nutrition.* 2011 May;14(5):889-95. Epub 2010 Oct 29.

- Kim S, Sandler DP, Carswell G, DeRoo LA, Parks CG, Cawthon R, **Wein**berg CR, Taylor JA. Telomere length in peripheral blood and breast cancer risk in a prospective case-cohort analysis: results from the Sister Study. ⧉ *Cancer Causes & Control.* 2011 Jul;22(7):1061-6. Epub 2011 Jun 5.

- Kim S, Sandler DP, Carswell G, **Wein**berg CR, Taylor JA. Reliability and short-term intra-individual variability of telomere length measurement using monochrome multiplexing quantitative PCR. ⧉ *PLoS ONE.* 2011;6(9):e25774. Epub 2011 Sep 30.

- Parks CG, DeRoo LA, Miller DB, McCanlies EC, Cawthon RM, Sandler DP. Employment and work schedule are related to telomere length in women. ⧉ *Occupational and Environmental Medicine.* 2011 Aug;68(8):582-9. Epub 2011 May 2.

- Shi M, Chiu GY, Hancock DB, London SJ, Zaykin D, **Wein**berg CR. Using imputed genotypes for relative risk estimation in case-parent studies. ⧉ *American Journal of Epidemiology.* 2011 Mar 1;173(5):553-9. Epub 2011 Feb 4.

- Shi M, Umbach DM, **Wein**berg CR. Family-based gene-by-environment interaction studies: revelations and remedies. ⧉ *Epidemiology.* 2011 May;22(3):400-7.

- Shi M, **Wein**berg CR. How much are we missing in SNP-by-SNP analyses of GWAS? ⧉ *Epidemiology.* 2011 Nov;22(6):845-7.

- Spector D, DeRoo LA, Sandler DP. Lifestyle behaviors in black and white women with a family history of breast cancer. ⧉ *Preventive Medicine.* 2011 May;52(5):394-7. Epub 2011 Mar 17.

- **Wein**berg CR, Shi M, Umbach DM. A sibling-augmented case-only approach for assessing multiplicative gene-environment interaction. ⧉ *American Journal of Epidemiology.* 2011 Nov 15;174(10):1183-9. Epub 2011 Oct 20.

back to top

## 2010

- D'Aloisio AA, Baird DD, DeRoo LA, Sandler DP. Association of intrauterine and early-life exposures with diagnosis of uterine leiomyomata by 35 years of age in

- the Sister Study. ⬚ *Environmental Health Perspectives.* 2010 Mar;118(3):375-81. Epub 2009 Dec 3.

- Shi M, Umbach DM, **Wein**berg CR. Testing haplotype-environment interaction using case-parent triads. ⬚ *Human Heredity.* 2010;70(1):23-33. Epub 2010 Apr 23.

- Steiner AZ, D'Aloisio AA, DeRoo LA, Sandler DP, Baird DD. Association of intrauterine and early life exposures with age at menopause in the Sister Study. ⬚ *American Journal of Epidemiology.* 2010 Jul 15;172(2):140-8. Epub 2010 Jun 9.

back to top

---

## 2009

- Kim S, Parks CG, DeRoo LA, Chen H, Taylor JA, Cawthon RM, Sandler DP. Obesity and weight gain in adulthood and telomere length. ⬚ *Cancer Epidemiology, Biomarkers & Prevention.* 2009 Mar;18(3):816-20.

- Kistner EO, Shi M, **Wein**berg CR. Using cases and parents to study multiplicative gene-by-environment interaction. ⬚ *American Journal of Epidemiology.* 2009 Aug 1;170(3):393-400. Epub 2009 May 29.

- Parks CG, Miller DB, McCanlies EC, Cawthon RM, Andrew ME, DeRoo LA, Sandler DP. Telomere length, current perceived stress, and urinary stress hormones in women. ⬚ *Cancer Epidemiology, Biomarkers & Prevention.* 2009 Feb;18(2):551-60. Epub 2009 Feb 3.

- Shi M, Umbach DM, **Wein**berg CR. Using case-parent triads to estimate the relative risks associated with a candidate haplotype. ⬚ *Annals of Human Genetics.* 2009 May;73(Pt 3):346-59. Epub 2009 Mar 25.

- Spector D, Mishel M, Skinner CS, DeRoo LA, VanRiper M, Sandler DP. Breast cancer risk perception and lifestyle behaviors among white and black women with a family history of the disease. ⬚ *Cancer Nursing.* 2009 Jul-Aug;32(4):299-308.

- Xu Q, Parks CG, DeRoo LA, Cawthon RM, Sandler DP, Chen H. Multivitamin use and telomere length in women. ⬚ *American Journal of Clinical Nutrition.* 2009 Jun;89(6):1857-63. Epub 2009 Mar 11.

back to top

---

## Before 2009

- Shi M, Umbach DM, **Wein**berg CR. Identification of risk-related haplotypes using multiple SNPs from nuclear families. ⬚ *American Journal of Human Genetics.* 2007 Jul;81(1):53-66. Epub 2007 May 15.

- **Wein**berg CR, Shore DL, Umbach DM, Sandler DP. Using risk-based sampling to enrich cohorts for endpoints, genes and exposures. ⬚ *American Journal of*

*Epidemiology.* 2007 Aug 15,166(4):447-55. Epub 2007 Jun 7.

<u>back to top</u>