# Exhibit 16

# CrossMark

Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis

Crossref DOI link: https://doi.org/10.1200/JCO.23.02037

Published Online: 2024-05-15

Update policy: https://doi.org/10.1200/crossmark

## Authors

O'Brien, Katie M. http://orcid.org/0000-0002-1931-1349
Wentzensen, Nicolas http://orcid.org/0000-0003-1251-0836
Ogunsina, Kemi
Weinberg, Clarice R.
D'Aloisio, Aimee A. http://orcid.org/0000-0001-9410-7201
Edwards, Jessie K. http://orcid.org/0000-0002-1741-335X
Sandler, Dale P. http://orcid.org/0000-0002-6776-0018

## More Information

**Publication History**
Received: 2023-09-18
Revised: 2024-01-04
Accepted: 2024-03-12
Published: 2024-05-15