# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL No. 3:16-md-02738-MAS-RLS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' ASBESTOS-RELATED OPINIONS |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC for an order that excludes Plaintiffs' experts' opinions regarding the alleged presence of asbestos in Defendants' talcum powder; and for good cause shown;

IT IS on this _____ day of _____, 2024 hereby **ORDERED** that Defendants' Motion to Exclude Plaintiffs' Experts' Asbestos-Related Opinions is hereby **GRANTED**. It is hereby further **ORDERED** that:

1. Dr. Longo's polarized light microscopy testing for the presence of chrysotile asbestos is excluded;

2. Dr. Longo and Dr. Rigler's transmission electron microscopy testing for the presence of amphibole asbestos is excluded;

3. Plaintiffs' experts' opinion that asbestos causes ovarian cancer is excluded;

4. Dr. Cook and Dr. Krekeler's opinion that the talc ore is contaminated with asbestos is excluded; and

5. Plaintiffs' experts' opinion that "fibrous talc" causes ovarian cancer is excluded.

_____
Hon. Michael A. Shipp, U.S.D.J.