# EXHIBIT 1



**From:** Ghassan Saed gsaed@med.wayne.edu
**Subject:** Re: SRI abstract
**Date:** May 10, 2021 at 4:10 PM
**To:** Robert Morris rmorris@med.wayne.edu
**Cc:** Ghassan Saed gsaed@med.wayne.edu, Amy Harper aharper4@med.wayne.edu

Thank you!

On May 9, 2021, at 9:42 PM, Robert Morris <rmorris@med.wayne.edu> wrote:

Nice work Ghassan.

Bob

Sent from my iPhone so excuse the brevity and typos.

On May 7, 2021, at 4:21 PM, Ghassan Saed <gsaed@med.wayne.edu> wrote:

Dear Bob and Amy
I have submitted an abstract which is part of our ongoing work with talcum powder and ovarian cancer to SRI. I
hope it will get accepted.

Please see attached.

Dr. Ghassan M. Saed
Associate Professor of
Gynecologic Oncology
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology and Oncology
Member of Tumor Biology and Microenvironment Program
Karmanos Cancer Institute
Wayne State University School of Medicine
Detroit, MI 48202
(313) 577-5433 Office
(313) 577-1302 Lab
(313) 577-4633 Fax

<SRI-21 abstract.pdf>

Dr. Ghassan M. Saed
Associate Professor of
Gynecologic Oncology
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology and Oncology
Member of Tumor Biology and Microenvironment Program
Karmanos Cancer Institute
Wayne State University School of Medicine
Detroit, MI 48202
(313) 577-5433 Office
(313) 577-1302 Lab
(313) 577-4633 Fax

ATTORNEYS' EYES ONLY

cOASIS, The Online Abstract Submission System                                                                      5/7/21, 4:18 PM



Print this Page for Your Records                              Close Window

**Control/Tracking Number:** 2021-LB-2640-SRI
**Activity:** Late Breaking Abstract
**Current Date/Time:** 5/7/2021 3:18:02 PM

**Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells**

**Author Block:** <u>Ghassan M. Saed</u>∗, Amy Harper†, Robert Morris∗. *Wayne State University, Detroit, MI, United States.*

**Abstract:**
**Introduction:** Molecular and epidemiological studies have demonstrated an association between the genital use of talcum powder and an increased risk of ovarian cancer (OC). Previously we have shown that using an agar transformation assay. The objective of this study is to confirm such an important finding with a different assay.
**Methods:** Human primary ovarian epithelial cells (HPOE) and ovarian epithelial cells (HOSEpiC) were treated with either 100 ug/ml of talcum powder or titanium dioxide (TiO2) as a particulate control for 72 hours before assessment of p53 and Ki67 expression with immunohistochemistry (IHC).
**Results:** Focal p53 nuclear staining indicating wild type p53 expression was observed in both cell lines before treatment. After treatment of cells with talcum powder 100 ug/ml for 72 hours, diffused "in-block" nuclear staining was observed indicating p53 mutated form. Additionally, talcum powder treatment increased the proliferation index (PI) in both cell lines. The baseline PI for HPOE and HOSEpic cells was 50 and 70% respectively. The PI was significantly increased to 90% in both cell lines (Figure 1).
**Conclusion:** Exposure to talcum powder induces malignant transformation in ovarian epithelial cells. These findings represent a direct effect of talcum powder exposure and further supports previous studies demonstrating a link between the genital use of talcum powder and increased risk of OC.

**ATTORNEYS' EYES ONLY**                                                      SAED_SEPT222021_SUPPL_000002

cOASIS, The Online Abstract Submission System                                    5/7/21, 4:18 PM



**Category (Complete)**:  06.1–Cancer Biology
**Questionnaire (Complete)**:
   **Has this abstract been previously presented as it is written?**: No
   **Has this abstract been partially presented?**: No
   **My submitted abstract(s) contains original data, written in standard scientific form, complete with numeric values and statistical analyses when appropriate.**: Yes
   **If my abstract contains microarray data, all analyses must be accompanied by confirmation of expression changes with either transcript or protein data.**: Not Applicable
   **All data derived using the same paradigm (set of patients or experiments) will not be separated into multiple abstracts.**: Not Applicable
   **I understand that failure to comply with these requirements will result in abstract dismissal.** : True
   **I will comply with the SRI Withdrawal Policy.** : True
   **Translational Value**: Yes
   **Please describe the translational relevance below** : the fact that genital talcum powder use is linked to ovarian cancer risk


**Keyword (Complete)**:  ovarian cancer ; Talcum powder ; immunohistochemistry
**Payment (Complete)**: Your credit card order has been processed on Friday 7 May 2021 at 3:13 PM.
**Status:** Complete

Society for Reproductive Investigation
555 East Wells Street, Suite 1100
Milwaukee, WI 53202–3823
(414) 918–9888


**Technical Support**
**Monday through Friday 8:00AM – 5:00PM Central Standard Time**
**Phone: 217–398–1792**
**Email:** sri@support.ctimeetingtech.com
♡ Feedback

Powered by cOASIS, The Online Abstract Submission and Invitation System SM
© 1996 – 2021 CTI Meeting Technology  All rights reserved. Privacy Policy

**ATTORNEYS' EYES ONLY**                                    SAED_SEPT222021_SUPPL_000003

## ovarian epithelial cells

Ghassan M. Saed, Amy K. Harper, Robert Morris
Department of Obstetrics and Gynecology, Wayne State University, and Karmanos cancer Institute, Detroit, MI, United States.

SAED_SEPT222021_SUPPL_000004

### Background

Molecular and epidemiological studies have demonstrated an association between the genital use of talcum powder and an increased risk of ovarian cancer (1-4). Several *in vitro* studies have demonstrated a biologic effect when cells in culture are exposed to talcum powder (1-4). In support of these findings, we have recently delineated the molecular basis of the association of talcum powder use with increased risk of ovarian cancer (5). More importantly, we have recently shown that exposure of normal ovarian epithelial cells to talcum powder induced transformation of these cells, using an agar transformation assay.

### Objective

We sought to confirm that exposure of normal ovarian epithelial cells to talcum powder induces transformation of these cells with a different assay.

### Methods

Human primary ovarian epithelial cells (HPOE) and ovarian epithelial cells (HOSEpiC) were treated with either 100 ug/ml of talcum powder or titanium dioxide (TiO2) as a particulate control for 72 hours before assessment of p53 and Ki67 expression with immunohistochemistry (IHC).

### Results

Focal p53 nuclear staining indicating wild type p53 expression was observed in both cell lines before treatment. After treatment of cells with talcum powder 100 ug/ml for 72 hours, diffused "in-block" nuclear staining was observed indicating p53 mutated form. Additionally, talcum powder treatment increased the proliferation index (PI) in both cell lines. The baseline PI for HPOE and HOSEpic cells was 50 and 70% respectively. The PI was significantly increased to 90% in both cell lines (Figure 1).



**Figure 1:** Immunohistochemistry staining for p53 and Ki67 in two normal human ovarian epithelial cells with and without Talcum powder (100 ug/ml) treatment for 72 hours. Slides were reviewed by two pathologists.

Exposure to ta...
transformation...
findings repres...
exposure and...
demonstrating...
talcum powder...
cancer.

1. H. Langseth, S. ...
Perineal use of ta...
*Community Health* ...
2. W. J. Henderson...
and carcinoma of ...
*Commonw* 78, 266-...
3. D. S. Heller, ...
relationship betwee...
particle burden. *Am* ...
4. J. E. Muscat, at. M...
cancer: a critical rev...
5. N. M. Fletcher *et* ...
of Talcum Powder ...
*Reprod Sci* 26, 160...

Dr. Saed has s...
witness for the pla...
remaining author...
report.

S ONLY

From: **International Journal of Gynecological Cancer** onbehalfof@manuscriptcentral.com
Subject: IJGC Decision
Date: March 2, 2021 at 9:47 AM
To: gsaed@med.wayne.edu
Cc: aharper4@med.wayne.edu, xin.wang7@wayne.edu, florrie1522@gmail.com, nfletche@med.wayne.edu, rmorris@med.wayne.edu, gsaed@med.wayne.edu

[EXTERNAL]

--------------------

COVID-19: A message from BMJ: https://authors.bmj.com/policies/covid-19

--------------------

Manuscript Number: ijgc-2021-002562
Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Dear Dr. Saed,

Thank you for submitting your manuscript to International Journal of Gynecological Cancer. The Editorial Team has reviewed your recent submission and, unfortunately, your submission is not considered acceptable for publication.

The journal receives many submissions and due to space limitations are only able to accept a small portion of them. The specific comments of the Editorial Team are included below. Please note that all decisions are final and that the journal does not accept rebuttals.

On initial evaluation of the manuscript, the Editorial team considers that the manuscript addresses a topic viewed outside the scope of the journal and thus, unfortunately, the manuscript will not be considered for further review. Although the manuscript may be considered of related interest, we have collectively determined that the subject addressed in such manuscript is not appropriate for the readership of our journal.

Thank you for submitting your manuscript to the International Journal of Gynecological Cancer. We would be happy to review your future work.

With Kind Regards,
Dr. Pedro T. Ramirez
Editor-in-Chief
International Journal of Gynecological Cancer

**ATTORNEYS' EYES ONLY**

Dear sir/madam,

Please consider our manuscript "Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells" for publication in your journal. We have previously published that Talcum powder induces an inflammatory/oxidative stress profile in normal epithelial ovarian cells similar to that seen in ovarian cancer cells. Here we are excited to demonstrate that exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding is intriguing, and work is currently ongoing in our laboratory to understand the mechanism.

Dr. Ghassan M. Saed
Associate Professor of Gynecologic Oncology
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology and Oncology
Member of Tumor Biology and Microenvironment Program
Karmanos Cancer Institute
Wayne State University School of Medicine
Detroit, MI 48202
(313) 577-5433 Office
(313) 577-1302 Lab
(313) 577-4633 Fax

ATTORNEYS' EYES ONLY

1  **Talcum powder induces malignant transformation in normal human primary**

2  **ovarian epithelial cells**

3

4  Amy K. Harper, M.D.[1,2], Xin Wang, M.S. [1], Rong Fan, M.S.[1], Nicole M. Fletcher, Ph.D.[1],

5  Robert T. Morris, M.D.[2], *Ghassan M. Saed, Ph.D.[1,2]

6  [1] Department of Obstetrics and Gynecology, [2]Department of Gynecologic Oncology,

7  Karmanos Cancer Institute, Detroit, MI, 48201

8

9  **\*Corresponding Author:**

10  Ghassan M. Saed, Ph.D.

11  Associate Professor of Gynecologic Oncology

12  Director of Ovarian Cancer Biology Research

13  Departments of Obstetrics and Gynecology and Oncology

14  Member of Tumor Biology and Microenvironment Program

15  Karmanos Cancer Institute

16  Wayne State University School of Medicine

17  Detroit, MI 48201

18  (313) 577-5433 Office phone, (313) 577-8544 Office fax, (313) 577-1302 Lab phone

19  gsaed@med.wayne.edu

20

21

22

23

1

**Abstract**

**Background**: Several studies have linked perineal use of talcum powder to increased risk of ovarian cancer (OC). Here, we determined that exposure to talcum powder induces malignant transformation in human normal ovarian cells.

**Methods**: Human primary ovarian epithelial cells (HPOE), ovarian epithelial cells (HOSEpiC), and primary fibroblasts (NF) were treated with either 100 or 500 ug/ml of talcum powder or titanium dioxide ($TiO_2$) as a particulate control for 72 hours before assessment with a cell transformation assay and p53 and Ki67 immunohistochemistry.

**Results:** Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in ovarian cell lines. No colonies formed in the untreated ovarian cells or control ovarian cells ($TiO_2$ treated) at either dose. There were no colonies formed in talc treated NF cells. Transformed ovarian cells were increased by 11% and 20% in HPOE and 24% and 40% in HOSEpic cells for talcum powder 100 and 500 ug/ml doses, respectively (p<0.05). There were no detectible transformed cells when cells were treated with $TiO_2$. Importantly, p53 mutant type as well as increased expression of Ki67 were detected in HPOE and HOSEpic cells when exposed to talcum powder.

**Conclusion:** Exposure to talcum powder induces malignant transformation in ovarian epithelial cells but not in NF cells. These findings represent a direct effect of talcum powder exposure that is specific to normal ovarian cells and further supports previous studies demonstrating an association between the genital use of talcum powder and an increased risk of OC.

2

ATTORNEYS' EYES ONLY                                    SAED_SEPT222021_SUPPL_000008

47  **Introduction**

48  Ovarian cancer is a gynecologic malignancy that ranks fifth in cancer deaths among

49  women in United States [1].  Epithelial ovarian cancer (EOC) presents with various

50  histopathology, molecular biology, and clinical outcome and is therefore considered a

51  heterogeneous disease [2]. The pathogenesis of EOC is strongly associated with

52  oxidative stress and inflammation [3-5].

53  Epithelial ovarian cancer cells manifest a persistent pro-oxidant state that has been

54  demonstrated in vitro and is also enhanced in chemoresistant EOC cells [3, 4].

55  Attenuation of the pro-oxidant state with antioxidants/scavengers has been shown in vitro

56  to selectively induce apoptosis in EOC cells indicating a potential therapeutic value [6, 7].

57  Talcum Powder has been shown to induce oxidative stress and cell proliferation and to

58  decrease apoptosis in normal ovarian cells and thus may play an important role in the

59  pathogenesis of EOC [8].

60  The association between genital use of talcum powder and risk of ovarian cancer have

61  been described in numerous studies [8-11]. Several meta-analyses have demonstrated

62  a statistically significant increased risk of ovarian cancer with the genital use of talcum

63  powder [11-13]. In addition, several animal studies have reported that talcum powder

64  causes inflammation and oxidative stress [14-16]. Several *in vitro* studies have

65  demonstrated a biologic effect when cells in culture are exposed to talcum powder [17-

66  21].

67  In support of these previous findings, we have recently delineated the molecular basis of

68  the association of talcum powder use with increased risk of ovarian cancer [8]. The

69  specific mechanism by which talcum powder exposure causes ovarian cancer has not

3

70  been definitively established.  Here we clearly demonstrate that exposure to talcum

71  powder induces malignant transformation in human primary normal ovarian epithelial cells

72  and thus, providing a mechanism for the increased risk of ovarian cancer with the genital

73  use of talcum powder.

74

75  **Methods**

76  **Normal human primary ovarian epithelial cells (HPOE)**:  Cells were received at

77  passage 3 (Cell Biologics, Chicago, IL) cryo-preserved in vials containing at least

78  $0.5 \times 10^6$ cells per ml. Cells were grown in gelatin pre-coated T25 flasks for 2 min and

79  incubated in *Cell Biologics'* Culture Complete Growth Medium. Cells were expanded for

80  2-4 passages at a split ratio of 1:2 under the cell culture conditions as specified by *Cell*

81  *Biologics.* Human Epithelial Cell Medium is a complete medium designed for the culture

82  of human epithelial cells. It was tested and optimized with epithelial cell growth and

83  proliferation in vitro.  Cells were incubated at 37 °C with 5% $CO_2$ and 95% air.

84  **Normal human ovarian epithelial cells (HOSEpiC)**: Cells were purchased from

85  ScienCell Research Laboratories, Inc, Carlsbad, California. HOSEpiC cells were isolated

86  from human ovary. HOSEpiC cells were received cryopreserved at passage one in frozen

87  vials, each vial contains $5 \times 10^5$ cells in 1 ml volume. Cells were further expanded for 2-3

88  passages in Ovarian Epithelial Cell Medium (OEpiCM, Cat. #7311). Cells were incubated

89  at 37°C with 5% $CO_2$ and 95% air.

90  **Human normal primary peritoneal fibroblasts**: This fibroblast cell line has been

91  extensively characterized in previous studies [22]. Cells were grown in Dulbecco's

92  Modified Eagle Medium (Invitrogen, Carlsbad, CA), with 10 % fetal bovine serum (FBS,

4

93    Innovative Research, Novi, MI) and penicillin/streptomycin (Fisher Scientific, Waltham,

94    MA) as we have previously described [22]. Cells were incubated at 37 °C with 5%

95    $CO_2$ and 95% air.

96    **Talcum powder treatment:** Talcum baby powder (Johnson & Johnson, New Brunswick,

97    NJ, #30027477, Lot#13717RA) or control particles, Titanium dioxide ($TiO_2$, Spectrum

98    Chemical Corp, Lot No. 2EB0148) were used to treat cells. Talcum powder or $TiO_2$

99    were suspended in PBS (Stock solution of 50 mg/ml) and sonicated 3 times for 1 minute

100   each with Sonic Dismembrator (Fischer Scientific, Model 100). Stock solutions were

101   filtered through 30 μm nylon mesh filters. No visible loss of material has observed. Cells

102   were seeded in 100 mm Petri cell culture dishes (1 x $10^6$) and were treated 24 hours later

103   in duplicate in a fresh media with 100 or 500 μg/ml of talc or titanium dioxide ($TiO_2$) for 72

104   hours. Control: cells (30K) with media only and Negative control: cells (30K) with media

105   and PBS. No cell death was observed after 72 hours in culture in control or treated cells.

106   Titanium dioxide, a naturally occurring particle, has been classified in humans and

107   animals as biologically inert [19, 23]. Titanium dioxide particles are produced and used

108   as fine (~ 0.1-2.5 μm) and nanosize (<0.1 μm) particles [23]. In this study, we used $TiO_2$

109   as a particulate control to exclude the effect of material size. Culture plates were washed

110   several times to remove residual particles and collected by trypsin in fresh media. Cells

111   were counted and their concentration was adjusted with fresh media to 1.5 X $10^6$ cells/ml.

112

113   Cells were now ready to be assessed with cell transformation assay (colorimetric),

114   according to the manufacturer protocol (Abcam-235698, Cambridge, MA). The 100 and

115   500 ug/ml doses were chosen based on our previous studies which showed talcum

5

116   powder to induce changes in redox balance of cells at the molecular level [8].  The

117   experiments were repeated 3 times with a fresh solution of talcum powder and $TiO_2$. This

118   assay is more stable, faster and more sensitive than the traditional Soft-Agar Assay.

119   Traditional assays require 3-4 weeks of incubation and inconsistent due to independent

120   counting. An additional advantage of this assay is it's linear range from 10,000-400,000

121   cells.

122

123   A Cell-dose curve was established as described in the manufacturer's protocol.  Briefly,

124   we used cells ($5.34 \times 10^5$ cells/ml) were suspended in 1X DMEM/10% FBS medium. Cells

125   were diluted into seven serial dilutions in a 1.5 mL centrifuge tubes. Serial dilution was

126   performed using an 8 channel multi pipette by adding 150 µl of media to each well of a

127   96 well microplate. A 150 µl aliquot of the $5.34 \times 10^5$ cells/ml ($80 \times 10^3$ cells) was added to

128   the wells of the first duplicate row. A 150 µl aliquot from the first duplicate row was

129   removed and added to the next well and mixed. The process was repeated until the seven

130   serial dilutions were obtained. The final well was blank with media only and no cells. A 35

131   µl aliquot of 1X DMEM/10% FBS and 15 µl of WST working solution were then added into

132   each well and incubate at 37° C for 4 hours. The absorbance was measured by a

133   microtiter plate reader at 450 nm (Figure 1).

134

135   Agarose and WST working solutions were prepared as described in the kit information

136   sheet (Abcam-235698, Cambridge, MA). The base agarose mix was added into the

137   required wells in a 96 well plate and kept for 15 minutes at 4°C to solidify the agarose. A

138   top agarose layer stock solution was prepared by using talcum powder or $TiO_2$ treated

6

ATTORNEYS' EYES ONLY                                               SAED_SEPT222021_SUPPL_000012

139    stock cell solution of 1.5 X $10^6$ cells/ml (30,000 cells per well, which is within the

140    recommended range of the assay) in 1X DMEM/10% FBS medium. The agarose-cell mix

141    was added into every well of a 96 well plate previously holding the solidified base agarose

142    layer and placed at 4°C for 10 minutes to solidify the layer. After placing the plate for 10

143    min at 37°C, 1X DMEM/10% FBS medium was added to all the wells and incubated at

144    37°C for 6-8 days.  On the last day the upper medium on the top agarose layer was

145    cautiously removed by pipetting. A 1X DMEM/10% FBS and WST working solution was

146    added into each well, incubated for 4 hours at 37°C. The absorbance was measured by

147    a microtiter plate reader at 450 nm. Colonies of transformed cells were detected and

148    photograph by a  Zeiss Axiovert 40 C Inverted Phase Contrast Microscope with an Axio

149    camera.

150    **Immunohistochemistry (IHC) staining and scoring:** The IHC panel consisted of

151    antibodies against p53 and Ki-67. The primary antibodies, suppliers, and staining

152    conditions are listed below.

| | Antibody | Clone | Source | Detection System | Dilution |
|---|---|---|---|---|---|
| 153 | | | | | |
| 154 | P53 | DO-7 | Ventana | Ventana ultraView DAB | 1:500 |
| 155 | Ki-67 | Mib1 | Ventana | Ventana ultraView DAB | 1:2000 |

156    Cytospin slides were prepared from cells and stained using immunoperoxidase labeling

157    performed with the automated XT iVIEW DAB V.1 procedure on the Ultra BenchMark XT

158    IHC/ISH Staining Module, Ventana with anti-p53 (clone DO-7 prediluted, Ventana).

159    Antigen retrieval was carried out with CC1, pH 8.0 (Ventana). Sections were incubated

160    with primary antibodies for 36 min at 37°C. All slides were reviewed by two pathologists

161    (Drs Ali and Alrajjal). Cases with discordant Ki-67 estimated results underwent a

162    consensus review at a double-headed microscope. Diffuse "in-block" nuclear staining or

7

163    complete negative staining with p53 was considered a positive reaction indicating

164    mutated p53 status. Focal nuclear staining is consistent with "wild type" p53 and

165    considered negative. The Proliferation Index (PI) was assessed qualitatively using Ki-67-

166    stained slides and classified as high PI (>50% positive cells) or low PI (<50% positive

167    cell).

168    **Statistical Analysis**: We performed ANOVAs with Tukey post hoc tests to evaluate the

169    difference between the three groups (no treatment control, talcum powder treatment and

170    TiO2 treatment). The values were expressed as mean $\pm$ standard deviation. We used

171    SPSS v24 for Windows (SPSS, Chicago, Illinois); a $p<0.05$ defined significance.

172

173    **Results**

174    Treatment with talcum powder significantly increased the number of transformed normal

175    epithelial ovarian cells by 11% and 20% in the 100 and 500 ug/ml talcum powder doses,

176    respectively (Figure 2, $p<0.05$). Likewise, but to a greater extent, treatment with talcum

177    powder significantly increased the number of transformed HOSEpiC cells by 24% and

178    40% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 2, $p<0.05$).

179    Talcum powder had no detectable transformation effect on normal peritoneal fibroblasts

180    at either dose (Figure 2). There was no significant difference between the no treatment

181    control and the two doses of TiO2 treatment control group (Figure 2, $p>0.05$).

182

183    It is known that cancer cells are able to grow in culture without the need for matrix

184    attachment. Treatment with talcum powder resulted in formation of colonies, indicating

185    cell malignant transformation in normal epithelial ovarian cell lines in a dose dependent

8

186    manner (Figure 3). There were no colonies formed in talcum powder treated normal

187    fibroblasts (Figure 3). There were no colonies formed in either untreated ovarian cells or

188    control ovarian cells at either dose. There were no detectible transformed cells when cells

189    were treated with the particulate control, TiO$_2$.

190

191    To confirm malignant cell transformation observed with the cell transformation assay used

192    in this study we performed IHC on the normal human primary ovarian epithelial (HPOE)

193    and normal human ovarian epithelial cells (HOSEpiC) cells staining for p53 and Ki67.

194    Focal p53 nuclear staining indicating wild type p53 expression was observed in cells

195    before treatment. After treatment of cells with talcum powder 100 ug/ml for 72 hours,

196    diffused "in-block" nuclear staining was observed indicating p53 mutated form (Figure 4).

197    Additionally, talcum powder treatment increased the proliferation index (PI) in both cell

198    lines. The baseline PI for HPOE and HOSEpic cells was 50 and 70% respectively. The

199    PI was significantly increased to 90% in both cell lines (Figure 4).

200

201    **Discussion**

202    This is the first study to directly show that exposure to talcum powder induces malignant

203    transformation in ovarian epithelial cells.  The ability of talcum powder exposure to induce

204    transformation appears to be specific to ovarian cells as it did not induce transformation

205    in peritoneal fibroblasts. (Figure 3).

206

207    The link between talcum powder exposure and ovarian cancer have been supported by

208    the harmful biological effects reported in various cell culture studies [8, 14, 17-21, 24, 25].

9

ATTORNEYS' EYES ONLY

209    Macrophage activation and inflammatory response to talcum powder were suggested as

210    a link to increased risk of ovarian cancer [14, 18]. Macrophages exposed to nano-talc

211    manifested increased levels in inflammatory markers, TNF-alpha, IL-1beta and IL-6 as

212    well as constituent phosphorylation of both p38 and ERK1/2 pathways [18]. p38 MAPK

213    signaling pathway are known to be associated with cisplatin-resistant ovarian cancer

214    [26].  Exposure of macrophages to talc and estradiol has led to increased production of

215    reactive oxygen species and changes in expression of macrophage genes that play a role

216    in cancer development and immunosurveillance [24]. These studies have also shown that

217    ovarian cancer cells were present in larger numbers after co-culture with macrophages

218    exposed to talc powder when in the presence of estradiol [24].

219

220    Oxidative stress have been implicated in the pathogenesis of ovarian cancer, specifically,

221    by increased expression of several key pro-oxidant enzymes in EOC tissues and cells as

222    compared to normal cells [27]. Talcum powder exposure was shown to induce molecular

223    changes in redox enzymes in normal ovarian cells similar to those known for ovarian

224    cancer [3, 8]. In all talc-treated cells, there was a significant dose-dependent increase in

225    key prooxidants with a concomitant decrease in key antioxidants enzymes. Remarkably,

226    talcum powder exposure induced specific point mutations that are known to alter the

227    activity in some of these key enzymes. The mechanism by which talcum powder alters

228    the cellular redox and inflammatory balance involves the induction of specific mutations

229    in key oxidant and antioxidant enzymes that correlate with alterations in their activities.

230    [8].

231

10

ATTORNEYS' EYES ONLY

232    Ovarian cancer cells was shown to manifest increased cell proliferation and decreased

233    apoptosis, a hallmark of malignant cells, as compared to normal ovarian cells [27].

234    Indeed, talcum powder further enhanced cell proliferation and inhibited apoptosis in EOC

235    cells, but more importantly in normal ovarian cells, suggesting talc is a stimulus to the

236    development of the oncogenic phenotype [8]. Furthermore, CA-125, a membrane-bound

237    and secreted protein, has been established as a biomarker for disease progression and

238    response to ovarian cancer treatment [28]. CA-125 was significantly increased to values

239    approaching clinical significance (35 U/ml in postmenopausal women) in talc treated

240    normal ovarian cells [8, 28]. Thus, these findings confirmed the inflammatory/redox stress

241    effects of talcum powder exposure to normal ovarian cells and indicated that this stress

242    is a key mechanism in the malignant transformation of these cells.

243

244    The dose and time of talcum powder exposure in cell culture experiments used in this

245    study was based on previous studies [8]. These doses are not intended to represent a

246    typical dose when applied to the genital area in women over time. Despite this limitation,

247    the development and use of in vitro models has been valuable in the advancement of

248    research and knowledge on cancer pathogenesis [29]. The cellular transformation

249    demonstrated in this study was significant and informative.

250

251    Anchorage-independent growth is one of the hallmarks of cell transformation and is

252    accepted to be the most accurate and stringent in vitro assay for detecting malignant

253    transformation of cells [30, 31]. The soft agar colony formation assay used in this study is

254    widely accepted and used to evaluate cellular transformation *[30, 31]*. The Cell

11

ATTORNEYS' EYES ONLY

255   Transformation Assay Kit is faster, stable, more sensitive, and has a wide linear range

256   (10,000-400,000) cells than the traditional Soft-Agar Assay. Therefore, in this study we

257   used 30,000 of talcum powder and $TiO_2$ treated cells as well as control cells to stay within

258   the recommended number of cells. The assay utilizes the conversion of tetrazolium salt

259   to formazan by mitochondrial dehydrogenases which is directly proportional to the

260   number of living transformed cells (Figure 2).

261

262   Tumor suppressor p53 gene mutations are frequently seen in ovarian cancers and can

263   be used as a biomarker to differentiate low from high grade serous ovarian carcinomas.

264   The methods used for the assessment of p53 (mutant vs. wild type) and Ki67 expression

265   in this study is identical to the methods used in clinical pathology laboratories for the

266   diagnosis of the different subtypes of ovarian cancer. The slides were scored and

267   interpreted independently by two pathologists. Mutant p53 along with increased Ki67

268   expression were detected in both HPOE and (HOSEpiC) ovarian cells treated with 100

269   ug/ml talcum powder for 72 hours (Figure 4). These findings supported the malignant

270   transformation of normal ovarian cells seen in the agar transformation assay (Figure 3).

271

272   This study clearly demonstrate that talcum powder exposure induced malignant

273   transformation of normal ovarian cells in culture which adds to the strong evidence of a

274   causal relationship between the genital use of talcum powder and ovarian cancer.

275   Therefore, we consider that future studies should aim to evaluate this finding utilizing

276   animal models.

12

ATTORNEYS' EYES ONLY

277    In conclusion, the ability of talcum powder exposure to induce malignant transformation

278    appears to be specific to ovarian cells as it did not induce transformation in normal

279    peritoneal fibroblasts. Further investigation to understand this specific effect of talcum

280    powder on the ovaries is needed.

281

282    **Acknowledgment**: We acknowledge Dr. Ruba Ali-Fahmi and Dr. Ahmad Alrajjal from the

283    department of pathology who helped with immunohistochemistry of p53 and Ki67.

284

### References

286    1.    Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, Gaudet MM, Jemal A,

287          Siegel RL: **Ovarian cancer statistics, 2018**. *CA Cancer J Clin* 2018, **68**(4):284-296.

288    2.    Lee JM, Minasian L, Kohn EC: **New strategies in ovarian cancer treatment**. *Cancer* 2019, **125

289          Suppl 24**:4623-4629.

290    3.    Saed GM, Diamond MP, Fletcher NM: **Updates of the role of oxidative stress in the pathogenesis

291          of ovarian cancer**. *Gynecol Oncol* 2017, **145**(3):595-602.

292    4.    Fletcher NM, Belotte J, Saed MG, Memaj I, Diamond MP, Morris RT, Saed GM: **Specific point

293          mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian

294          cancer**. *Free Radic Biol Med* 2017, **102**:122-132.

295    5.    Savant SS, Sriramkumar S, O'Hagan HM: **The Role of Inflammation and Inflammatory

296          Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial

297          Ovarian Cancer**. *Cancers (Basel)* 2018, **10**(8).

298    6.    Jiang Z, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR, Saed GM:

299          **Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells**. *Gynecol

300          Oncol* 2011, **122**(2):418-423.

13

301    7.    Saed GM, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP: **Dichloroacetate induces**
302          **apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of**
303          **oxidative stress**. *Reprod Sci* 2011, **18**(12):1253-1261.

304    8.    Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM: **Molecular Basis Supporting the**
305          **Association of Talcum Powder Use With Increased Risk of Ovarian Cancer**. *Reprod Sci* 2019,
306          **26**(12):1603-1612.

307    9.    O'Brien KM, Tworoger SS, Harris HR, Anderson GL, Weinberg CR, Trabert B, Kaunitz AM,
308          D'Aloisio AA, Sandler DP, Wentzensen N: **Association of Powder Use in the Genital Area With**
309          **Risk of Ovarian Cancer**. *JAMA* 2020, **323**(1):49-59.

310    10.   Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ: **The Association Between Talc Use and**
311          **Ovarian Cancer: A Retrospective Case-Control Study in Two US States**. *Epidemiology* 2016,
312          **27**(3):334-346.

313    11.   Berge W, Mundt K, Luu H, Boffetta P: **Genital use of talc and risk of ovarian cancer: a meta-**
314          **analysis**. *Eur J Cancer Prev* 2018, **27**(3):248-257.

315    12.   Kadry Taher M, Farhat N, Karyakina NA, Shilnikova N, Ramoju S, Gravel CA, Krishnan K,
316          Mattison D, Wen SW, Krewski D: **Critical review of the association between perineal use of talc**
317          **powder and risk of ovarian cancer**. *Reprod Toxicol* 2019, **90**:88-101.

318    13.   Penninkilampi R, Eslick GD: **Perineal Talc Use and Ovarian Cancer: A Systematic Review and**
319          **Meta-Analysis**. *Epidemiology* 2018, **29**(1):41-49.

320    14.   Shim I, Kim HM, Yang S, Choi M, Seo GB, Lee BW, Yoon BI, Kim P, Choi K: **Inhalation of Talc**
321          **Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase**
322          **in Rats**. *Int J Toxicol* 2015, **34**(6):491-499.

323    15.   National Toxicology P: **NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-**
324          **96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)**. *Natl Toxicol*
325          *Program Tech Rep Ser* 1993, **421**:1-287.

14

326    16.    Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H: **Does long-term talc exposure have a**
327            **carcinogenic effect on the female genital system of rats? An experimental pilot study**. *Arch*
328            *Gynecol Obstet* 2009, **280**(6):925-931.

329    17.    Acencio MMP, Silva BR, Teixeira LR, Alvarenga VA, Silva CSR, da Silva AGP, Capelozzi VL,
330            Marchi E: **Evaluation of cellular alterations and inflammatory profile of mesothelial cells**
331            **and/or neoplastic cells exposed to talc used for pleurodesis**. *Oncotarget* 2020, **11**(41):3730-3736.

332    18.    Khan MI, Sahasrabuddhe AA, Patil G, Akhtar MJ, Ashquin M, Ahmad I: **Nano-talc stabilizes**
333            **TNF-alpha m-RNA in human macrophages**. *J Biomed Nanotechnol* 2011, **7**(1):112-113.

334    19.    Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, Bond JP, Pass
335            HI, Steele C, Mossman BT: **Alterations in gene expression in human mesothelial cells correlate**
336            **with mineral pathogenicity**. *Am J Respir Cell Mol Biol* 2009, **41**(1):114-123.

337    20.    Akhtar MJ, Ahamed M, Khan MA, Alrokayan SA, Ahmad I, Kumar S: **Cytotoxicity and apoptosis**
338            **induction by nanoscale talc particles from two different geographical regions in human lung**
339            **epithelial cells**. *Environ Toxicol* 2014, **29**(4):394-406.

340    21.    Buz'Zard AR, Lau BH: **Pycnogenol reduces talc-induced neoplastic transformation in human**
341            **ovarian cell cultures**. *Phytother Res* 2007, **21**(6):579-586.

342    22.    Saed GM, Zhang W, Diamond MP: **Molecular characterization of fibroblasts isolated from**
343            **human peritoneum and adhesions**. *Fertil Steril* 2001, **75**(4):763-768.

344    23.    Skocaj M, Filipic M, Petkovic J, Novak S: **Titanium dioxide in our everyday life; is it safe?**
345            *Radiol Oncol* 2011, **45**(4):227-247.

346    24.    Mandarino A, Gregory DJ, McGuire CC, Leblanc BW, Witt H, Rivera LM, Godleski JJ, Fedulov
347            AV: **The effect of talc particles on phagocytes in co-culture with ovarian cancer cells**. *Environ*
348            *Res* 2020, **180**:108676.

349    25.    Akhtar MJ, Kumar S, Murthy RC, Ashquin M, Khan MI, Patil G, Ahmad I: **The primary role of**
350            **iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc**

15

351    nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid.

352    *Toxicol In Vitro* 2010, **24**(4):1139-1147.

353    26.    Xie Y, Peng Z, Shi M, Ji M, Guo H, Shi H: **Metformin combined with p38 MAPK inhibitor**

354    **improves cisplatin sensitivity in cisplatinresistant ovarian cancer.** *Mol Med Rep* 2014,

355    **10**(5):2346-2350.

356    27.    Saed GM, Diamond MP, Fletcher NM: **Updates of the role of oxidative stress in the pathogenesis**

357    **of ovarian cancer.** *Gynecol Oncol* 2017.

358    28.    Karimi-Zarchi M, Dehshiri-Zadeh N, Sekhavat L, Nosouhi F: **Correlation of CA-125 serum level**

359    **and clinico-pathological characteristic of patients with endometriosis.** *Int J Reprod Biomed*

360    2016, **14**(11):713-718.

361    29.    Mossman BT: **Mechanistic in vitro studies: What they have told us about carcinogenic**

362    **properties of elongated mineral particles (EMPs).** *Toxicol Appl Pharmacol* 2018, **361**:62-67.

363    30.    Borowicz S, Van Scoyk M, Avasarala S, Karuppusamy Rathinam MK, Tauler J, Bikkavilli RK,

364    Winn RA: **The soft agar colony formation assay.** *J Vis Exp* 2014(92):e51998.

365    31.    Kusakawa S, Yasuda S, Kuroda T, Kawamata S, Sato Y: **Ultra-sensitive detection of tumorigenic**

366    **cellular impurities in human cell-processed therapeutic products by digital analysis of soft**

367    **agar colony formation.** *Sci Rep* 2015, **5**:17892.

368

369

370

16

371    **Figure Legends**

372

373    **Figure 1**: Human primary normal ovarian epithelial cell-dose curve. The cell dose curve

374    was established as described in methods using a serial dilution of cells.

375

376    **Figure 2:** Equal numbers (30K) of human primary normal ovarian epithelial cells (HPOE),

377    human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells

378    (NF) were seeded for the cell transformation assay as described in methods. After 6 days,

379    the cell number were measured. Standard and samples readings were taken 4 hours after

380    adding WST working solution. Control: cells (30K) with media only.

381

382    **Figure 3:** Images of human primary normal ovarian epithelial cells (NOEC), human

383    ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF)

384    treated with 100 and 500 ug/ml of talcum powder, after 6 days of culture. Colonies of

385    transformed cells were detected and photograph by a Zeiss Axiovert 40 C Inverted Phase

386    Contrast Microscope with an Axio camera.

387

388    **Figure 4:** Immunohistochemistry staining for p53 and Ki67 in two normal human ovarian

389    epithelial cells with and without Talcum powder (100 ug/ml) treatment for 72 hours. Slides

390    were reviewed by two pathologists. Diffuse nuclear staining or complete negative staining

391    with p53 is considered a positive reaction indicating mutated p53 status were observed

392    in cells treated with talcum powder. Focal nuclear staining is consistent with wild type p53

17

ATTORNEYS' EYES ONLY

393    and considered negative was observed in untreated cells (control). An increase in the

394    proliferation index (Ki67) was observes in talcum powder treated cells versus controls.

395

396

397

398

399

400

401

402

18

ATTORNEYS' EYES ONLY



**Figure 1**: Human primary normal ovarian epithelial cell-dose curve. The cell dose curve was established as described in methods using a serial dilution of cells.



**Figure 2:** Equal numbers (30K) of human primary normal ovarian epithelial cells (HPOE), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) were seeded for the cell transformation assay as described in methods. After 6 days, the cell number were measured. Standard and samples readings were taken 4 hours after adding WST working solution. Control: cells (30K) with media only.

ATTORNEYS' EYES ONLY



**Figure 3:** Images of human primary normal ovarian epithelial cells (NOEC), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) treated with 100 and 500 ug/ml of talcum powder, after 6 days of culture. Colonies of transformed cells were detected and photograph by a Zeiss Axiovert 40 C Inverted Phase Contrast Microscope with an Axio camera.

ATTORNEYS' EYES ONLY



**Figure 4:** Immunohistochemistry staining for p53 and Ki67 in two normal human ovarian epithelial cells with and without Talcum powder (100 ug/ml) treatment for 72 hours. Slides were reviewed by two pathologists. Diffuse nuclear staining or complete negative staining with p53 is considered a positive reaction indicating mutated p53 status were observed in cells treated with talcum powder. Focal nuclear staining is consistent with wild type p53 and considered negative was observed in untreated cells (control). An increase in the proliferation index (Ki67) was observes in talcum powder treated cells versus controls.

ATTORNEYS' EYES ONLY

**HIGHLIGHTS**

- Several studies have linked perineal use of talcum powder to increased risk of ovarian cancer.

- Several in vitro studies have demonstrated a biologic effect when cells in culture are exposed to talcum powder.

- Exposure to talcum powder induces malignant transformation in human ovarian epithelial cells but not in normal peritoneal fibroblasts.

**ICMJE DISCLOSURE FORM**

Date: 02/23/2020_____

Your Name: Rong Fan_____

Manuscript Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Manuscript number (if known):_____

In the interest of transparency, we ask you to disclose all relationships/activities/interests listed below that are related to the content of your manuscript. "Related" means any relation with for-profit or not-for-profit third parties whose interests may be affected by the content of the manuscript. Disclosure represents a commitment to transparency and does not necessarily indicate a bias.  If you are in doubt about whether to list a relationship/activity/interest, it is preferable that you do so.

The following questions apply to the author's relationships/activities/interests as they relate to the <u>current manuscript only</u>.

The author's relationships/activities/interests should be <u>defined broadly</u>. For example, if your manuscript pertains to the epidemiology of hypertension, you should declare all relationships with manufacturers of antihypertensive medication, even if that medication is not mentioned in the manuscript.

In item #1 below, report all support for the work reported in this manuscript without time limit.  For all other items, the time frame for disclosure is the past 36 months.

|  |  | Name all entities with whom you have this relationship or indicate none (add rows as needed) | Specifications/Comments (e.g., if payments were made to you or to your institution) |
|---|---|---|---|
|  |  | Time frame: Since the initial planning of the work | |
| 1 | All support for the present manuscript (e.g., funding, provision of study materials, medical writing, article processing charges, etc.) **No time limit for this item.** | None | |
|  |  |  |  |
|  |  | Time frame: past 36 months | |
| 2 | Grants or contracts from any entity (if not indicated in item #1 above). | None | |
|  |  |  |  |
| 3 | Royalties or licenses | None | |
|  |  |  |  |
| 4 | Consulting fees | None | |
|  |  |  |  |
| 5 | Payment or honoraria for lectures, presentations, | None | |

| | | | |
|---|---|---|---|
| | speakers bureaus, manuscript writing or educational events | | |
| 6 | Payment for expert testimony | _____None | |
| | | | |
| 7 | Support for attending meetings and/or travel | _____None | |
| | | | |
| | | | |
| 8 | Patents planned, issued or pending | _____None | |
| | | | |
| 9 | Participation on a Data Safety Monitoring Board or Advisory Board | _____None | |
| 10 | Leadership or fiduciary role in other board, society, committee or advocacy group, paid or unpaid | _____None | |
| | | | |
| 11 | Stock or stock options | _____None | |
| | | | |
| 12 | Receipt of equipment, materials, drugs, medical writing, gifts or other services | _____None | |
| | | | |
| 13 | Other financial or non-financial interests | _____None | |
| | | | |

**Please place an "X" next to the following statement to indicate your agreement:**

_X__   **I certify that I have answered every question and have not altered the wording of any of the questions on this form.**

# ICMJE DISCLOSURE FORM

Date: 02/23/2020_____

Your Name: Nicole M. Fletcher _____

Manuscript Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Manuscript number (if known):_____

In the interest of transparency, we ask you to disclose all relationships/activities/interests listed below that are related to the content of your manuscript. "Related" means any relation with for-profit or not-for-profit third parties whose interests may be affected by the content of the manuscript. Disclosure represents a commitment to transparency and does not necessarily indicate a bias.  If you are in doubt about whether to list a relationship/activity/interest, it is preferable that you do so.

The following questions apply to the author's relationships/activities/interests as they relate to the <u>current manuscript only</u>.

The author's relationships/activities/interests should be <u>defined broadly</u>. For example, if your manuscript pertains to the epidemiology of hypertension, you should declare all relationships with manufacturers of antihypertensive medication, even if that medication is not mentioned in the manuscript.

In item #1 below, report all support for the work reported in this manuscript without time limit.  For all other items, the time frame for disclosure is the past 36 months.

| | | Name all entities with whom you have this relationship or indicate none (add rows as needed) | Specifications/Comments (e.g., if payments were made to you or to your institution) |
|---|---|---|---|
| | | **Time frame: Since the initial planning of the work** | |
| 1 | All support for the present manuscript (e.g., funding, provision of study materials, medical writing, article processing charges, etc.) **No time limit for this item.** | None | |
| | | **Time frame: past 36 months** | |
| 2 | Grants or contracts from any entity (if not indicated in item #1 above). | None | |
| 3 | Royalties or licenses | None | |
| 4 | Consulting fees | None | |
| 5 | Payment or honoraria for lectures, presentations, | None | |

| | | | |
|---|---|---|---|
| | speakers bureaus, manuscript writing or educational events | | |
| 6 | Payment for expert testimony | _____None | |
| | | | |
| 7 | Support for attending meetings and/or travel | _____None | |
| | | | |
| | | | |
| 8 | Patents planned, issued or pending | _____None | |
| | | | |
| 9 | Participation on a Data Safety Monitoring Board or Advisory Board | _____None | |
| 10 | Leadership or fiduciary role in other board, society, committee or advocacy group, paid or unpaid | _____None | |
| | | | |
| 11 | Stock or stock options | _____None | |
| | | | |
| 12 | Receipt of equipment, materials, drugs, medical writing, gifts or other services | _____None | |
| | | | |
| 13 | Other financial or non-financial interests | _____None | |
| | | | |

**Please place an "X" next to the following statement to indicate your agreement:**

**_X__  I certify that I have answered every question and have not altered the wording of any of the questions on this form.**

**ICMJE DISCLOSURE FORM**

Date: 02/23/2020_____

Your Name: Amy K.Harper_____

Manuscript Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Manuscript number (if known):_____

In the interest of transparency, we ask you to disclose all relationships/activities/interests listed below that are related to the content of your manuscript. "Related" means any relation with for-profit or not-for-profit third parties whose interests may be affected by the content of the manuscript. Disclosure represents a commitment to transparency and does not necessarily indicate a bias.  If you are in doubt about whether to list a relationship/activity/interest, it is preferable that you do so.

The following questions apply to the author's relationships/activities/interests as they relate to the <u>current manuscript only</u>.

The author's relationships/activities/interests should be <u>defined broadly</u>. For example, if your manuscript pertains to the epidemiology of hypertension, you should declare all relationships with manufacturers of antihypertensive medication, even if that medication is not mentioned in the manuscript.

In item #1 below, report all support for the work reported in this manuscript without time limit.  For all other items, the time frame for disclosure is the past 36 months.

| | | Name all entities with whom you have this relationship or indicate none (add rows as needed) | Specifications/Comments (e.g., if payments were made to you or to your institution) |
|---|---|---|---|
| | | **Time frame: Since the initial planning of the work** | |
| 1 | All support for the present manuscript (e.g., funding, provision of study materials, medical writing, article processing charges, etc.) **No time limit for this item.** | None | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Time frame: past 36 months** | |
| 2 | Grants or contracts from any entity (if not indicated in item #1 above). | None | |
| | | | |
| 3 | Royalties or licenses | None | |
| | | | |
| 4 | Consulting fees | None | |
| | | | |
| 5 | Payment or honoraria for lectures, presentations, | None | |

SAED_SEPT222021_SUPPL_000034

| | | | |
|---|---|---|---|
| | speakers bureaus, manuscript writing or educational events | | |
| 6 | Payment for expert testimony | _____None | |
| | | | |
| 7 | Support for attending meetings and/or travel | _____None | |
| | | | |
| | | | |
| 8 | Patents planned, issued or pending | _____None | |
| | | | |
| 9 | Participation on a Data Safety Monitoring Board or Advisory Board | _____None | |
| 10 | Leadership or fiduciary role in other board, society, committee or advocacy group, paid or unpaid | _____None | |
| | | | |
| 11 | Stock or stock options | _____None | |
| | | | |
| 12 | Receipt of equipment, materials, drugs, medical writing, gifts or other services | _____None | |
| | | | |
| 13 | Other financial or non-financial interests | _____None | |
| | | | |

**Please place an "X" next to the following statement to indicate your agreement:**

**_X__  I certify that I have answered every question and have not altered the wording of any of the questions on this form.**

**ICMJE DISCLOSURE FORM**

Date: 02/23/2020_____

Your Name: Robert Morris_____

Manuscript Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Manuscript number (if known):_____

In the interest of transparency, we ask you to disclose all relationships/activities/interests listed below that are related to the content of your manuscript. "Related" means any relation with for-profit or not-for-profit third parties whose interests may be affected by the content of the manuscript. Disclosure represents a commitment to transparency and does not necessarily indicate a bias. If you are in doubt about whether to list a relationship/activity/interest, it is preferable that you do so.

The following questions apply to the author's relationships/activities/interests as they relate to the <u>current manuscript only</u>.

The author's relationships/activities/interests should be <u>defined broadly</u>. For example, if your manuscript pertains to the epidemiology of hypertension, you should declare all relationships with manufacturers of antihypertensive medication, even if that medication is not mentioned in the manuscript.

In item #1 below, report all support for the work reported in this manuscript without time limit. For all other items, the time frame for disclosure is the past 36 months.

| | | Name all entities with whom you have this relationship or indicate none (add rows as needed) | Specifications/Comments (e.g., if payments were made to you or to your institution) |
|---|---|---|---|
| | | **Time frame: Since the initial planning of the work** | |
| 1 | All support for the present manuscript (e.g., funding, provision of study materials, medical writing, article processing charges, etc.) **No time limit for this item.** | None | |
| | | **Time frame: past 36 months** | |
| 2 | Grants or contracts from any entity (if not indicated in item #1 above). | None | |
| 3 | Royalties or licenses | None | |
| 4 | Consulting fees | None | |
| 5 | Payment or honoraria for lectures, presentations, | None | |

SAED_SEPT222021_SUPPL_000036

| | | | |
|---|---|---|---|
| | speakers bureaus, manuscript writing or educational events | | |
| 6 | Payment for expert testimony | ____None | |
| | | | |
| 7 | Support for attending meetings and/or travel | ____None | |
| | | | |
| | | | |
| 8 | Patents planned, issued or pending | ____None | |
| | | | |
| 9 | Participation on a Data Safety Monitoring Board or Advisory Board | ____None | |
| 10 | Leadership or fiduciary role in other board, society, committee or advocacy group, paid or unpaid | ____None | |
| | | | |
| 11 | Stock or stock options | ____None | |
| | | | |
| 12 | Receipt of equipment, materials, drugs, medical writing, gifts or other services | ____None | |
| | | | |
| 13 | Other financial or non-financial interests | ____None | |
| | | | |

Please place an "X" next to the following statement to indicate your agreement:

_X__   I certify that I have answered every question and have not altered the wording of any of the questions on this form.

**ICMJE DISCLOSURE FORM**

Date: 02/23/2020_____

Your Name: Xin Wang_____

Manuscript Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Manuscript number (if known):_____

In the interest of transparency, we ask you to disclose all relationships/activities/interests listed below that are related to the content of your manuscript. "Related" means any relation with for-profit or not-for-profit third parties whose interests may be affected by the content of the manuscript. Disclosure represents a commitment to transparency and does not necessarily indicate a bias.  If you are in doubt about whether to list a relationship/activity/interest, it is preferable that you do so.

The following questions apply to the author's relationships/activities/interests as they relate to the <u>current manuscript only</u>.

The author's relationships/activities/interests should be <u>defined broadly</u>. For example, if your manuscript pertains to the epidemiology of hypertension, you should declare all relationships with manufacturers of antihypertensive medication, even if that medication is not mentioned in the manuscript.

In item #1 below, report all support for the work reported in this manuscript without time limit.  For all other items, the time frame for disclosure is the past 36 months.

| | | Name all entities with whom you have this relationship or indicate none (add rows as needed) | Specifications/Comments (e.g., if payments were made to you or to your institution) |
|---|---|---|---|
| | | **Time frame: Since the initial planning of the work** | |
| 1 | All support for the present manuscript (e.g., funding, provision of study materials, medical writing, article processing charges, etc.) **No time limit for this item.** | None | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Time frame: past 36 months** | |
| 2 | Grants or contracts from any entity (if not indicated in item #1 above). | None | |
| | | | |
| 3 | Royalties or licenses | None | |
| | | | |
| 4 | Consulting fees | None | |
| | | | |
| 5 | Payment or honoraria for lectures, presentations, | None | |

| | | | |
|---|---|---|---|
| | speakers bureaus, manuscript writing or educational events | | |
| 6 | Payment for expert testimony | _____None | |
| | | | |
| | | | |
| 7 | Support for attending meetings and/or travel | _____None | |
| | | | |
| | | | |
| | | | |
| 8 | Patents planned, issued or pending | _____None | |
| | | | |
| 9 | Participation on a Data Safety Monitoring Board or Advisory Board | _____None | |
| | | | |
| 10 | Leadership or fiduciary role in other board, society, committee or advocacy group, paid or unpaid | _____None | |
| | | | |
| 11 | Stock or stock options | _____None | |
| | | | |
| | | | |
| 12 | Receipt of equipment, materials, drugs, medical writing, gifts or other services | _____None | |
| | | | |
| 13 | Other financial or non-financial interests | _____None | |
| | | | |

**Please place an "X" next to the following statement to indicate your agreement:**

**_X__  I certify that I have answered every question and have not altered the wording of any of the questions on this form.**

SAED_SEPT222021_SUPPL_000039

**ICMJE DISCLOSURE FORM**

Date: 02/23/2020_____

Your Name: Ghassan Saed_____

Manuscript Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Manuscript number (if known):_____

In the interest of transparency, we ask you to disclose all relationships/activities/interests listed below that are related to the content of your manuscript. "Related" means any relation with for-profit or not-for-profit third parties whose interests may be affected by the content of the manuscript. Disclosure represents a commitment to transparency and does not necessarily indicate a bias.  If you are in doubt about whether to list a relationship/activity/interest, it is preferable that you do so.

The following questions apply to the author's relationships/activities/interests as they relate to the <u>current manuscript only</u>.

The author's relationships/activities/interests should be <u>defined broadly</u>. For example, if your manuscript pertains to the epidemiology of hypertension, you should declare all relationships with manufacturers of antihypertensive medication, even if that medication is not mentioned in the manuscript.

In item #1 below, report all support for the work reported in this manuscript without time limit.  For all other items, the time frame for disclosure is the past 36 months.

| | | Name all entities with whom you have this relationship or indicate none (add rows as needed) | Specifications/Comments (e.g., if payments were made to you or to your institution) |
|---|---|---|---|
| | | **Time frame: Since the initial planning of the work** | |
| 1 | All support for the present manuscript (e.g., funding, provision of study materials, medical writing, article processing charges, etc.) **No time limit for this item.** | Beasley Allen Law Firm | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Time frame: past 36 months** | | |
| 2 | Grants or contracts from any entity (if not indicated in item #1 above). | ____None | |
| | | | |
| 3 | Royalties or licenses | ____None | |
| | | | |
| 4 | Consulting fees | Beasley Allen Law Firm | |
| | | | |
| 5 | Payment or honoraria for lectures, presentations, | None | |

| | | | |
|---|---|---|---|
| | speakers bureaus, manuscript writing or educational events | | |
| 6 | Payment for expert testimony | Beasley Allen Law Firm | |
| 7 | Support for attending meetings and/or travel | _____None | |
| 8 | Patents planned, issued or pending | _____None | |
| 9 | Participation on a Data Safety Monitoring Board or Advisory Board | _____None | |
| 10 | Leadership or fiduciary role in other board, society, committee or advocacy group, paid or unpaid | _____None | |
| 11 | Stock or stock options | _____None | |
| 12 | Receipt of equipment, materials, drugs, medical writing, gifts or other services | _____None | |
| 13 | Other financial or non-financial interests | _____None | |

**Please place an "X" next to the following statement to indicate your agreement:**

_X___  I certify that I have answered every question and have not altered the wording of any of the questions on this form.

**From:** **Journal of Assisted Reproduction and Genetics** em@editorialmanager.com
**Subject:** JARG: Your manuscript entitled Talcum powder induces malignant transformation in normal human primary ovarian
epithelial cells - [EMID:1af8f5b99fe7f88b]
**Date:** February 22, 2021 at 8:14 AM
**To:** Ghassan M Saed gsaed@med.wayne.edu

[EXTERNAL]

Ref.:  Ms. No. JARG-D-21-00151
Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells
Journal of Assisted Reproduction and Genetics

Dear Dr. Saed,

I very much appreciate your submission to Journal of Assisted Reproduction and Genetics, however, I regret that it
will not be possible to accept your article for publication. Due to the large number of manuscripts the Journal receives
and the requisite high rejection rate, all decisions regarding publications are final.

While our reviewers agree that your subject is potentially important and interesting, they believe that the paper is not
appropriate for the Journal. However, please be assured that this decision will not affect the consideration of any
future submission.

You may refer below for further comments (if there are any).

Thank you for giving us the opportunity to consider your work.

Yours sincerely

David F. Albertini
Editor in Chief
Journal of Assisted Reproduction and Genetics

Reviewers' comments:

**\*\*Our flexible approach during the COVID-19 pandemic\*\***

If you need more time at any stage of the peer-review process, please do let us know. While our systems will continue
to remind you of the original timelines, we aim to be as flexible as possible during the current pandemic.

This letter contains confidential information, is for your own use, and should not be forwarded to third parties.

Recipients of this email are registered users within the Editorial Manager database for this journal. We will keep your
information on file to use in the process of submitting, evaluating and publishing a manuscript. For more information
on how we use your personal details please see our privacy policy at https://www.springernature.com/production-
privacy-policy. If you no longer wish to receive messages from this journal or you have questions regarding database
management, please contact the Publication Office at the link below.

In compliance with data protection regulations, you may request that we remove your personal registration details at
any time.  (Use the following URL: https://www.editorialmanager.com/jarg/login.asp?a=r). Please contact the
publication office if you have any questions.

**Running title:** Talcum powder use and risk of ovarian cancer

**Title:** Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Amy K. Harper, M.D.[1,2], Xin Wang, M.S. [1], Rong Fan, M.S.[1], Nicole M. Fletcher, Ph.D.[1], Robert T. Morris, M.D.[2], *Ghassan M. Saed, Ph.D.[1,2]

[1] Department of Obstetrics and Gynecology, [2]Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI, 48201

**\*Corresponding Author:**

Ghassan M. Saed, Ph.D.

Associate Professor of Gynecologic Oncology

Director of Ovarian Cancer Biology Research

Departments of Obstetrics and Gynecology and Oncology

Member of Tumor Biology and Microenvironment Program

Karmanos Cancer Institute

Wayne State University School of Medicine

Detroit, MI 48201

(313) 577-5433 Office phone, (313) 577-8544 Office fax, (313) 577-1302 Lab phone

gsaed@med.wayne.edu

ATTORNEYS' EYES ONLY

**Capsule:** Talcum powder induces malignant transformation in ovarian epithelial cells.

**Abstract**

**Purpose**: To study whether exposure to talcum powder induces malignant transformation in human normal ovarian cells.

**Design:** Prospective experimental study.

**Setting:** University medical center

**Patient(s):** Cell lines from normal peritoneum and ovaries

**Intervention(s):** Human primary ovarian epithelial cells (HPOE), ovarian epithelial cells (HOSEpiC), and primary fibroblasts (NF) were treated with either 100 or 500 ug/ml of talcum powder or titanium dioxide ($TiO_2$) as a particulate control for 72 hours.

**Main outcome measure(s):** Transformation of cells was assessed with cell transformation assay and immunohistochemistry of p53 and Ki67.

**Result(s)**: Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in ovarian cell lines. No colonies formed in the untreated ovarian cells or control ovarian cells ($TiO_2$ treated) at either dose. There were no colonies formed in talc treated NF cells. Transformed ovarian cells were increased by 11% and 20% in HPOE and 24% and 40% in HOSEpic cells for talcum powder 100 and 500 ug/ml doses, respectively (p<0.05). There were no detectible transformed cells when cells were treated with $TiO_2$. Importantly, p53 mutant type as well as increased expression of Ki67 were detected in HPOE and HOSEpic cells when exposed to talcum powder.

ATTORNEYS' EYES ONLY

**Conclusion(s):** Exposure to talcum powder induces malignant transformation in ovarian epithelial cells but not in NF cells. These findings represent a direct effect of talcum powder exposure that is specific to normal ovarian cells and further supports previous studies demonstrating an association between the genital use of talcum powder and an increased risk of OC.

**Purpose:** To study whether exposure to talcum powder induces malignant transformation in human normal ovarian cells.

**Design:** Prospective experimental study.

**Setting:** University medical center

**Patient(s):** Cell lines from normal peritoneum and ovaries

**Intervention(s):** Human primary ovarian epithelial cells (HPOE), ovarian epithelial cells (HOSEpiC), and primary fibroblasts (NF) were treated with either 100 or 500 ug/ml of talcum powder or titanium dioxide ($TiO_2$) as a particulate control for 72 hours.

**Main outcome measure(s):** Transformation of cells was assessed with cell transformation assay and immunohistochemistry of p53 and Ki67.

**Result(s):** Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in ovarian cell lines. No colonies formed in the untreated ovarian cells or control ovarian cells ($TiO_2$ treated) at either dose. There were no colonies formed in talc treated NF cells. Transformed ovarian cells were increased by 11% and 20% in HPOE and 24% and 40% in HOSEpic cells for talcum powder 100 and 500 ug/ml doses, respectively ($p < 0.05$). There were no detectible transformed cells when cells were treated with

ATTORNEYS' EYES ONLY

$TiO_2$. Importantly, p53 mutant type as well as increased expression of Ki67 were detected in HPOE and HOSEpic cells when exposed to talcum powder.

**Conclusion(s):** Exposure to talcum powder induces malignant transformation in ovarian epithelial cells but not in NF cells. These findings represent a direct effect of talcum powder exposure that is specific to normal ovarian cells and further supports previous studies demonstrating an association between the genital use of talcum powder and an increased risk of OC.

**Introduction**

Ovarian cancer is a gynecologic malignancy that ranks fifth in cancer deaths among women in United States [1]. Epithelial ovarian cancer (EOC) presents with various histopathology, molecular biology, and clinical outcome and is therefore considered a heterogeneous disease [2]. The prognosis of EOC remains poor, with a 5-year survival rate of 50% in advanced stage [3]. This is largely due to the lack of early warning symptoms, screening methods, and the eventual development of chemoresistance [3].

The pathogenesis of EOC is strongly associated with oxidative stress and inflammation [4-8]. Epithelial ovarian cancer cells manifest a persistent pro-oxidant state that has been demonstrated in vitro and is also enhanced in chemoresistant EOC cells [4, 6]. Attenuation of the pro-oxidant state with antioxidants/scavengers has been shown in vitro to selectively induce apoptosis in EOC cells indicating a potential therapeutic value [5, 9, 10]. Talcum Powder has also been shown to induce oxidative stress and cell proliferation and to decrease apoptosis in ovarian cancer cells and in normal ovarian cells [11].

ATTORNEYS' EYES ONLY

The association between genital use of talcum powder and risk of ovarian cancer have been described in numerous studies [11-18]. Several meta-analyses have demonstrated a statistically significant increased risk of ovarian cancer with the genital use of talcum powder [16, 19, 20]. In addition, several animal studies have reported that talcum powder causes inflammation and oxidative stress [21-25]. Several *in vitro* studies have demonstrated a biologic effect when cells in culture are exposed to talcum powder [26-31]. In support of these previous findings, we have recently delineated the molecular basis of the association of talcum powder use with increased risk of ovarian cancer [11]. Despite these concerns, the specific mechanism by which talcum powder exposure causes ovarian cancer has not been definitively established.

Here we clearly demonstrate that exposure to talcum powder induces malignant transformation in human primary normal ovarian epithelial cells and thus, providing a mechanism for the increased risk of ovarian cancer with the genital use of talcum powder.

**Material and Methods**

**Cell lines:**

**Normal human primary ovarian epithelial cells (HPOE)**: Cells were purchased from Cell Biologics, Chicago, IL. Cells were received at passage 3 cryo-preserved in vials containing at least $0.5 \times 10^6$ cells per ml. Cells were grown in gelatin pre-coated T25 flasks for 2 min and incubated in *Cell Biologics'* Culture Complete Growth Medium.. Cells were expanded for 2-4 passages at a split ratio of 1:2 under the cell culture conditions as specified by *Cell Biologics*. Human Epithelial Cell Medium is a complete medium designed for the culture of human epithelial cells. It was tested and optimized with epithelial cell growth and proliferation in vitro.

ATTORNEYS' EYES ONLY

Cells were incubated at 37 °C with 5% $CO_2$ and 95% air in a humidified incubator. The medium consists of 500 ml of basal medium (containing essential and non-essential amino acids, vitamins, organic and inorganic compounds, hormones, growth factors, trace minerals), supplemented with epithelial cell growth supplement, antibiotics, and fetal bovine serum.

**Normal human ovarian epithelial cells (HOSEpiC):** Cells were purchased from ScienCell Research Laboratories, Inc, Carlsbad, California. HOSEpiC cells were isolated from human ovary. HOSEpiC cells were received cryopreserved at passage one in frozen vials, each vial contains >5 x 10^5 cells in 1 ml volume. HOSEpiC were further expanded for 2-3 passages under the conditions provided by ScienCell Research Laboratories. Cells were grown in Ovarian Epithelial Cell Medium (OEpiCM, Cat. #7311). Cells were incubated at 37°C with 5% $CO_2$ and 95% air in a humidified incubator.

**Human normal primary peritoneal fibroblasts**: Cells were isolated and cultured as we have previously described [32, 33]. The fibroblast cell line has been extensively characterized in previous studies and has been shown to be pure and solely fibroblast cells [32, 33]. Cells were grown in Dulbecco's Modified Eagle Medium (DMEM) (Invitrogen, Carlsbad, CA), supplemented with 10 % fetal bovine serum (FBS, Innovative Research, Novi, MI) and penicillin/streptomycin (Fisher Scientific, Waltham, MA) as we have previously described [32, 33]. Cells were incubated at 37 °C with 5% $CO_2$ and 95% air in a humidified incubator.

**Talcum powder treatment:** Talcum baby powder (Johnson & Johnson, New Brunswick, NJ, #30027477, Lot#13717RA) or control particles, Titanium dioxide ($TiO_2$, Spectrum Chemical Corp, Lot No. 2EB0148) were used to treat cells. Talcum powder or $TiO_2$ were suspended in PBS (Stock solution of 50 mg/ml) and sonicated 3 times for 1 minute each with Sonic Dismembrator

SAED_SEPT222021_SUPPL_000048

(Fischer Scientific, Model 100). Stock solutions were filtered through 30 μm nylon mesh filters. No visible loss of material has observed. Cells were seeded in 100 mm Petri cell culture dishes (1 x $10^6$) and were treated 24 hours later in duplicate in a fresh media with 100 or 500 μg/ml of talc or titanium dioxide (TiO$_2$) for 72 hours. Control: cells (30K) with media only and Negative control: cells (30K) with media and PBS. No cell death was observed after 72 hours in culture in control or treated cells. Titanium dioxide, a naturally occurring particle, has been classified in humans and animals as biologically inert [28, 34]. Titanium dioxide particles are produced and used as fine (~ 0.1-2.5 μm) and nanosize (<0.1 μm) particles [34]. In this study, we used TiO$_2$ as a particulate control to exclude the effect of material size. Culture plates were washed several times to remove residual particles and collected by trypsin in fresh media. Cells were counted and their concentration was adjusted with fresh media to 1.5 X $10^6$ cells/ml.

Cells were now ready to be assessed with cell transformation assay (colorimetric), according to the manufacturer protocol (Abcam-235698, Cambridge, MA). The 100 and 500 ug/ml doses were chosen based on our previous studies which showed talcum powder to induce changes in redox balance of cells at the molecular level [11]. The experiments were repeated 3 times with a fresh solution of talcum powder and TiO$_2$. This assay is more stable, faster and more sensitive than the traditional Soft-Agar Assay. Traditional assays require 3-4 weeks of incubation and inconsistent due to independent counting. An additional advantage of this assay is it's linear range from 10,000-400,000 cells.

A Cell-dose curve was established as described in the manufacturer's protocol. Briefly, we used cells (5.34 x $10^5$ cells/ml) were suspended in 1X DMEM/10% FBS medium. Cells were diluted into seven serial dilutions in a 1.5 mL centrifuge tubes. Serial dilution was performed

using an 8 channel multi pipette by adding 150 µl of media to each well of a 96 well microplate. A 150 µl aliquot of the 5.34 x$10^5$ cells/ml (80 x$10^3$ cells) was added to the wells of the first duplicate row. A 150 µl aliquot from the first duplicate row was removed and added to the next well and mixed. The process was repeated until the seven serial dilutions were obtained. The final well was blank with media only and no cells. A 35 µl aliquot of 1X DMEM/10% FBS and 15 µl of WST working solution were then added into each well and incubate at 37°C for 4 hours. The absorbance was measured by a microtiter plate reader at 450 nm (Figure 1).

Agarose and WST working solutions were prepared as described in the kit information sheet (Abcam-235698, Cambridge, MA). The base agarose mix was added into the required wells in a 96 well plate and kept for 15 minutes at 4°C to solidify the agarose. A top agarose layer stock solution was prepared by using talcum powder or $TiO_2$ treated stock cell solution of 1.5 X $10^6$ cells/ml (30,000 cells per well, which is within the recommended range of the assay) in 1X DMEM/10% FBS medium. The agarose-cell mix was added into every well of a 96 well plate previously holding the solidified base agarose layer and placed at 4°C for 10 minutes to solidify the layer. After placing the plate for 10 min at 37°C, 1X DMEM/10% FBS medium was added to all the wells and incubated at 37°C for 6-8 days.  On the last day the upper medium on the top agarose layer was cautiously removed by pipetting. A 1X DMEM/10% FBS and WST working solution was added into each well, incubated for 4 hours at 37°C. The absorbance was measured by a microtiter plate reader at 450 nm. Colonies of transformed cells were detected and photograph by a  Zeiss Axiovert 40 C Inverted Phase Contrast Microscope with an Axio camera.

ATTORNEYS' EYES ONLY

**Immunohistochemistry (IHC) staining and scoring:** The IHC panel consisted of antibodies against p53 and Ki-67. The primary antibodies, suppliers, and staining conditions are listed below.

| Antibody | Clone | Source | Detection System | Dilution |
|---|---|---|---|---|
| P53 | DO-7 | Ventana | Ventana ultraView DAB | 1:500 |
| Ki-67 | Mib1 | Ventana | Ventana ultraView DAB | 1:2000 |

Cytospin slides were prepared from cells and stained using immunoperoxidase labeling performed with the automated XT iVIEW DAB V.1 procedure on the Ultra BenchMark XT IHC/ISH Staining Module, Ventana with anti-p53 (clone DO-7 prediluted, Ventana). Antigen retrieval was carried out with CC1, pH 8.0 (Ventana). Sections were incubated with primary antibodies for 36 min at 37°C. All slides were reviewed by two pathologists (Drs Ali and Alrajjal). Cases with discordant Ki-67 estimated results underwent a consensus review at a double-headed microscope. Diffuse "in-block" nuclear staining or complete negative staining with p53 was considered a positive reaction indicating mutated p53 status. Focal nuclear staining is consistent with "wild type" p53 and considered negative. The Proliferation Index (PI) was assessed qualitatively using Ki-67-stained slides and classified as high PI (>50% positive cells) or low PI (<50% positive cell).

**Statistical Analysis**: We performed ANOVAs with Tukey post hoc tests to evaluate the difference between the three groups (no treatment control, talcum powder treatment and TiO2 treatment). The values were expressed as mean $\pm$ standard deviation. We used SPSS v24 for Windows (SPSS, Chicago, Illinois); a $p<0.05$ defined significance.

ATTORNEYS' EYES ONLY

**Results**

Treatment with talcum powder significantly increased the number of transformed normal epithelial ovarian cells by 11% and 20% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 2, $p < 0.05$). Likewise, but to a greater extent, treatment with talcum powder significantly increased the number of transformed HOSEpiC cells by 24% and 40% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 2, $p < 0.05$). Talcum powder had no detectable transformation effect on normal peritoneal fibroblasts at either dose (Figure 2). There was no significant difference between the no treatment control and the two doses of TiO2 treatment control group (Figure 2, $p > 0.05$).

It is known that cancer cells are able to grow in culture without the need for matrix attachment. Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in normal epithelial ovarian cell lines in a dose dependent manner (Figure 3). There were no colonies formed in talcum powder treated normal fibroblasts (Figure 3). There were no colonies formed in either untreated ovarian cells or control ovarian cells at either dose. There were no detectible transformed cells when cells were treated with the particulate control, $TiO_2$.

To confirm malignant cell transformation observed with the cell transformation assay used in this study we performed IHC on the normal human primary ovarian epithelial (HPOE) and normal human ovarian epithelial cells (HOSEpiC) cells staining for p53 and Ki67. Focal p53 nuclear staining indicating wild type p53 expression was observed in cells before treatment. After treatment of cells with talcum powder 100 ug/ml for 72 hours, diffused "in-block" nuclear

staining was observed indicating p53 mutated form (Figure 4). Additionally, talcum powder treatment increased the proliferation index (PI) in both cell lines. The baseline PI for HPOE and HOSEpic cells was 50 and 70% respectively. The PI was significantly increased to 90% in both cell lines (Figure 4).

**Discussion**

This is the first study to directly show that exposure to talcum powder induces transformation in normal human ovarian epithelial cells. The ability of talcum powder exposure to induce transformation appears to be specific to ovarian cells as it did not induce transformation in human normal peritoneal fibroblasts. (Figure 3). The reason for this specific effect of talcum powder on the ovaries in still under investigation.

The dose and time of talcum powder exposure in cell culture experiments used in this study was based on previous studies [11]. These doses are not intended to represent a typical dose when applied to the genital area in women over time. Despite this limitation, the development and use of in vitro models has been valuable in the advancement of research and knowledge on cancer pathogenesis [35]. The cellular transformation demonstrated in this study was significant and informative.

The soft agar in vitro colony formation assay is widely accepted and used to evaluate cellular transformation *[36, 37]* . Anchorage-independent growth is one of the hallmarks of cell transformation and is accepted to be the most accurate and stringent in vitro assay for detecting malignant transformation of cells [36, 37]. In this study we used Cell Transformation Assay Kit,

ATTORNEYS' EYES ONLY

which is faster, stable, and more sensitive than the traditional Soft-Agar Assay. The assay is high-throughput adaptable and has a wide linear range from 10,000-400,000 cells. Therefore, in this study we used 30,000 of talcum powder and $TiO_2$ treated cells as well as control cells to stay within the recommended number of cells. The use of two layers of agar in the 96-well plate allowed the space to utilize such a high number of cells. The assay utilizes the conversion of tetrazolium salt to formazan by mitochondrial dehydrogenases which is directly proportional to the number of living transformed cells (Figure 2).

Tumor suppressor p53 gene mutations are frequently seen in ovarian cancers and can be used as a biomarker to differentiate low from high grade serous ovarian carcinomas. The methods used for the assessment of p53 (mutant vs. wild type) and Ki67 immunohistochemical expression in this study is identical to the methods used in clinical pathology laboratories for the diagnosis of the different subtypes of ovarian cancer. The slides were scored and interpreted independently by two pathologists. Mutant type p53 along with increased Ki67 expression were detected in both normal human primary ovarian epithelial (HPOE) and normal human ovarian epithelial cells (HOSEpiC) cells treated with 100 ug/ml talcum powder for 72 hours (Figure 4). These findings supported the malignant transformation of normal ovarian cells seen in the agar transformation assay.

The harmful biological effects of link between talcum powder exposure and ovarian cancer have been also confirmed in various in vitro cell culture studies [11, 22, 26-31, 38, 39]. Macrophage activation and inflammatory response to talcum powder were suggested as a link to increased risk of ovarian cancer [22, 27]. Macrophages exposed to nano-talc manifested increased levels in inflammatory markers, TNF-alpha, IL-1beta and IL-6 as well as

constituent phosphorylation of both p38 and ERK1/2 pathways [27]. p38 MAPK signaling pathway are known to be associated with cisplatin-resistant ovarian cancer [40]. Data suggest that nano-talc toxicity on human alveolar basal epithelial cells was mediated through oxidative stress [30]. Exposure of macrophages to talc and estradiol has led to increased production of reactive oxygen species and changes in expression of macrophage genes that play a role in cancer development and immunosurveillance [38]. These studies have also shown that ovarian cancer cells were present in larger numbers after co-culture with macrophages exposed to talc powder when in the presence of estradiol [38].

Oxidative stress and inflammation have been implicated in the pathogenesis of ovarian cancer, specifically, by increased expression of several key pro-oxidant enzymes in EOC tissues and cells as compared to normal cells indicating an enhanced redox state [41]. This redox state is further enhanced in chemoresistant EOC cells as evidenced by a further increase in key pro-oxidant enzymes and a decrease in anti-oxidant levels, suggesting a shift towards a pro-oxidant state [41]. Antioxidant enzymes, key regulators of cellular redox balance, are differentially expressed in various cancers, including ovarian [41].

Our laboratory was the first to confirm the cellular effect of talcum powder and provide a potential molecular mechanism [11]. Talcum powder exposure induced molecular changes in redox enzymes in normal ovarian cells similar to those known for ovarian cancer [4, 11]. In all talc-treated cells, there was a significant dose-dependent increase in key prooxidants with a concomitant decrease in key antioxidants enzymes. Remarkably, talcum powder exposure induced specific point mutations that are known to alter the activity in some of these key enzymes. The mechanism by which talcum powder alters the cellular redox and inflammatory

ATTORNEYS' EYES ONLY

balance involves the induction of specific mutations in key oxidant and antioxidant enzymes that correlate with alterations in their activities. The fact that these mutations happen to correspond to known SNPs of these enzymes suggests a genetic predisposition to developing ovarian cancer with genital talcum powder use [11].

We have previously reported that EOC cells manifest increased cell proliferation and decreased apoptosis, a hallmark of malignant cells, as compared to normal ovarian epithelial cells [41]. Recently, we have shown that talcum powder further enhances cell proliferation and induces an inhibition in apoptosis in EOC cells, but more importantly in normal cells, suggesting talc is a stimulus to the development of the oncogenic phenotype [11]. Furthermore, CA-125, a membrane-bound and secreted protein, has been established as a biomarker for disease progression and response to ovarian cancer treatment [42]. CA-125 expression was significantly increased to values approaching clinical significance (35 U/ml in postmenopausal women) in talc treated human normal epithelial ovarian cells [11, 42]. Collectively, these findings confirmed the inflammatory/redox stress effects of talcum powder exposure to normal ovarian epithelial cells and indicated that this stress is a key mechanism in the malignant transformation of these cells.

The link between genital talcum powder use and ovarian cancer has been shown in numerous epidemiological studies. In addition, the inflammatory effects of talcum powder have been demonstrated in humans, animals, and cells in culture. This study which clearly demonstrates malignant transformation of normal ovarian cells in culture adds to the strong evidence of a causal relationship between the genital use of talcum powder and ovarian cancer.

**Acknowledgment**: The authors would like to acknowledge Dr. Ruba Ali-Fahmi and Dr. Ahmad Alrajjal from the department of pathology at Wayne State University who helped with immunohistochemistry of p53 and Ki67.

### References

1.  Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, Gaudet MM, Jemal A, Siegel RL: **Ovarian cancer statistics, 2018**. *CA Cancer J Clin* 2018, **68**(4):284-296.

2.  Lee JM, Minasian L, Kohn EC: **New strategies in ovarian cancer treatment**. *Cancer* 2019, **125 Suppl 24**:4623-4629.

3.  Jelovac D, Armstrong DK: **Recent progress in the diagnosis and treatment of ovarian cancer**. *CA Cancer J Clin* 2011, **61**(3):183-203.

4.  Saed GM, Diamond MP, Fletcher NM: **Updates of the role of oxidative stress in the pathogenesis of ovarian cancer**. *Gynecol Oncol* 2017, **145**(3):595-602.

5.  Belotte J, Fletcher NM, Awonuga AO, Alexis M, Abu-Soud HM, Saed MG, Diamond MP, Saed GM: **The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer**. *Reprod Sci* 2014, **21**(4):503-508.

6.  Fletcher NM, Belotte J, Saed MG, Memaj I, Diamond MP, Morris RT, Saed GM: **Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer**. *Free Radic Biol Med* 2017, **102**:122-132.

7.  Maj T, Wang W, Crespo J, Zhang H, Wang W, Wei S, Zhao L, Vatan L, Shao I, Szeliga W *et al*: **Oxidative stress controls regulatory T cell apoptosis and suppressor activity and PD-L1-blockade resistance in tumor**. *Nat Immunol* 2017, **18**(12):1332-1341.

**ATTORNEYS' EYES ONLY**

8.   Savant SS, Sriramkumar S, O'Hagan HM: **The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer**. *Cancers (Basel)* 2018, **10**(8).

9.   Jiang Z, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR, Saed GM: **Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells**. *Gynecol Oncol* 2011, **122**(2):418-423.

10.  Saed GM, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP: **Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of oxidative stress**. *Reprod Sci* 2011, **18**(12):1253-1261.

11.  Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM: **Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer**. *Reprod Sci* 2019, **26**(12):1603-1612.

12.  O'Brien KM, Tworoger SS, Harris HR, Anderson GL, Weinberg CR, Trabert B, Kaunitz AM, D'Aloisio AA, Sandler DP, Wentzensen N: **Association of Powder Use in the Genital Area With Risk of Ovarian Cancer**. *JAMA* 2020, **323**(1):49-59.

13.  Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ: **The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States**. *Epidemiology* 2016, **27**(3):334-346.

14.  Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, Harlow BL: **Genital talc exposure and risk of ovarian cancer**. *Int J Cancer* 1999, **81**(3):351-356.

15.  Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, Cramer DW, Hankinson SE: **Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer**. *Cancer Epidemiol Biomarkers Prev* 2008, **17**(9):2436-2444.

ATTORNEYS' EYES ONLY

16. Berge W, Mundt K, Luu H, Boffetta P: **Genital use of talc and risk of ovarian cancer: a meta-analysis**. *Eur J Cancer Prev* 2018, **27**(3):248-257.

17. Whysner J, Mohan M: **Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk**. *Am J Obstet Gynecol* 2000, **182**(3):720-724.

18. Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, Cote ML, Funkhouser E, Peres LC, Peters ES *et al*: **Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)**. *Cancer Epidemiol Biomarkers Prev* 2016, **25**(10):1411-1417.

19. Kadry Taher M, Farhat N, Karyakina NA, Shilnikova N, Ramoju S, Gravel CA, Krishnan K, Mattison D, Wen SW, Krewski D: **Critical review of the association between perineal use of talc powder and risk of ovarian cancer**. *Reprod Toxicol* 2019, **90**:88-101.

20. Penninkilampi R, Eslick GD: **Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis**. *Epidemiology* 2018, **29**(1):41-49.

21. Pickrell JA, Snipes MB, Benson JM, Hanson RL, Jones RK, Carpenter RL, Thompson JJ, Hobbs CH, Brown SC: **Talc deposition and effects after 20 days of repeated inhalation exposure of rats and mice to talc**. *Environ Res* 1989, **49**(2):233-245.

22. Shim I, Kim HM, Yang S, Choi M, Seo GB, Lee BW, Yoon BI, Kim P, Choi K: **Inhalation of Talc Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase in Rats**. *Int J Toxicol* 2015, **34**(6):491-499.

23. National Toxicology P: **NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)**. *Natl Toxicol Program Tech Rep Ser* 1993, **421**:1-287.

24. Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H: **Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study**. *Arch Gynecol Obstet* 2009, **280**(6):925-931.

25. Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K: **Effects of talc on the rat ovary**. *Br J Exp Pathol* 1984, **65**(1):101-106.

26. Acencio MMP, Silva BR, Teixeira LR, Alvarenga VA, Silva CSR, da Silva AGP, Capelozzi VL, Marchi E: **Evaluation of cellular alterations and inflammatory profile of mesothelial cells and/or neoplastic cells exposed to talc used for pleurodesis**. *Oncotarget* 2020, **11**(41):3730-3736.

27. Khan MI, Sahasrabuddhe AA, Patil G, Akhtar MJ, Ashquin M, Ahmad I: **Nano-talc stabilizes TNF-alpha m-RNA in human macrophages**. *J Biomed Nanotechnol* 2011, **7**(1):112-113.

28. Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, Bond JP, Pass HI, Steele C, Mossman BT: **Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity**. *Am J Respir Cell Mol Biol* 2009, **41**(1):114-123.

29. Akhtar MJ, Ahamed M, Khan MA, Alrokayan SA, Ahmad I, Kumar S: **Cytotoxicity and apoptosis induction by nanoscale talc particles from two different geographical regions in human lung epithelial cells**. *Environ Toxicol* 2014, **29**(4):394-406.

30. Akhtar MJ, Kumar S, Murthy RC, Ashquin M, Khan MI, Patil G, Ahmad I: **The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid**. *Toxicol In Vitro* 2010, **24**(4):1139-1147.

31. Buz'Zard AR, Lau BH: **Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures**. *Phytother Res* 2007, **21**(6):579-586.

32. Saed GM, Zhang W, Diamond MP: **Molecular characterization of fibroblasts isolated from human peritoneum and adhesions**. *Fertil Steril* 2001, **75**(4):763-768.

33. Saed GM, Diamond MP: **Differential expression of alpha smooth muscle cell actin in human fibroblasts isolated from intraperitoneal adhesions and normal peritoneal tissues**. *Fertil Steril* 2004, **82 Suppl 3**:1188-1192.

34. Skocaj M, Filipic M, Petkovic J, Novak S: **Titanium dioxide in our everyday life; is it safe?** *Radiol Oncol* 2011, **45**(4):227-247.

35. Mossman BT: **Mechanistic in vitro studies: What they have told us about carcinogenic properties of elongated mineral particles (EMPs)**. *Toxicol Appl Pharmacol* 2018, **361**:62-67.

36. Borowicz S, Van Scoyk M, Avasarala S, Karuppusamy Rathinam MK, Tauler J, Bikkavilli RK, Winn RA: **The soft agar colony formation assay**. *J Vis Exp* 2014(92):e51998.

37. Kusakawa S, Yasuda S, Kuroda T, Kawamata S, Sato Y: **Ultra-sensitive detection of tumorigenic cellular impurities in human cell-processed therapeutic products by digital analysis of soft agar colony formation**. *Sci Rep* 2015, **5**:17892.

38. Mandarino A, Gregory DJ, McGuire CC, Leblanc BW, Witt H, Rivera LM, Godleski JJ, Fedulov AV: **The effect of talc particles on phagocytes in co-culture with ovarian cancer cells**. *Environ Res* 2020, **180**:108676.

39. Yumrutas O, Kara M, Atilgan R, Kavak SB, Bozgeyik I, Sapmaz E: **Application of talcum powder, trichloroacetic acid and silver nitrate in female rats for non-surgical sterilization: evaluation of the apoptotic pathway mRNA and miRNA genes**. *Int J Exp Pathol* 2015, **96**(2):111-115.

40. Xie Y, Peng Z, Shi M, Ji M, Guo H, Shi H: **Metformin combined with p38 MAPK inhibitor improves cisplatin sensitivity in cisplatinresistant ovarian cancer**. *Mol Med Rep* 2014, **10**(5):2346-2350.

41. Saed GM, Diamond MP, Fletcher NM: **Updates of the role of oxidative stress in the pathogenesis of ovarian cancer**. *Gynecologic oncology* 2017.

ATTORNEYS' EYES ONLY

42.  Karimi-Zarchi M, Dehshiri-Zadeh N, Sekhavat L, Nosouhi F: **Correlation of CA-125 serum level and clinico-pathological characteristic of patients with endometriosis**. *Int J Reprod Biomed* 2016, **14**(11):713-718.

SAED_SEPT222021_SUPPL_000062



**Figure 1**: Human primary normal ovarian epithelial cell-dose curve. The cell dose curve was established as described in methods using a serial dilution of cells.

ATTORNEYS' EYES ONLY



**Figure 2:** Equal numbers (30K) of human primary normal ovarian epithelial cells (HPOE), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) were seeded for the cell transformation assay as described in methods. After 6 days, the cell number were measured. Standard and samples readings were taken 4 hours after adding WST working solution. Control: cells (30K) with media only.

SAED_SEPT222021_SUPPL_000064



**Figure 3:** Images of human primary normal ovarian epithelial cells (NOEC), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) treated with 100 and 500 ug/ml of talcum powder, after 6 days of culture. Colonies of transformed cells were detected and photograph by a Zeiss Axiovert 40 C Inverted Phase Contrast Microscope with an Axio camera.



**Figure 4:** Immunohistochemistry staining for p53 and Ki67 in two normal human ovarian epithelial cells with and without Talcum powder (100 ug/ml) treatment for 72 hours. Slides were reviewed by two pathologists. Diffuse nuclear staining or complete negative staining with p53 is considered a positive reaction indicating mutated p53 status were observed in cells treated with talcum powder. Focal nuclear staining is consistent with wild type p53 and considered negative was observed in untreated cells (control). An increase in the proliferation index (Ki67) was observes in talcum powder treated cells versus controls.

ATTORNEYS' EYES ONLY

**Running title:** Talcum powder use and risk of ovarian cancer

**Title:** Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

Amy K. Harper, M.D.[1,2], Xin Wang, M.S. [1], Rong Fan, M.S.[1], Nicole M. Fletcher, Ph.D.[1], Robert T. Morris, M.D.[2], *Ghassan M. Saed, Ph.D.[1,2]

[1] Department of Obstetrics and Gynecology, [2]Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI, 48201

***Corresponding Author:**

Ghassan M. Saed, Ph.D.

Associate Professor of Gynecologic Oncology

Director of Ovarian Cancer Biology Research

Departments of Obstetrics and Gynecology and Oncology

Member of Tumor Biology and Microenvironment Program

Karmanos Cancer Institute

Wayne State University School of Medicine

Detroit, MI 48201

(313) 577-5433 Office phone, (313) 577-8544 Office fax, (313) 577-1302 Lab phone

gsaed@med.wayne.edu

**Key words:** talc, talcum powder, titanium dioxide, epithelial ovarian cancer, transformation, primary cells, cell proliferation, colonies

ATTORNEYS' EYES ONLY                    SAED_SEPT222021_SUPPL_000067

**Acknowledgment**: The authors would like to acknowledge Dr. Ruba Ali-Fahmi and Dr. Ahmad Alrajjal from the department of pathology at Wayne State University who helped with immunohistochemistry of p53 and Ki67.

**Declaration of Conflicting Interests:** Dr. Saed has served as a paid consultant and expert witness for the plaintiffs in the talcum powder litigation. The remaining authors have no potential conflicts of interest to report.

**Funding:** A portion of Dr. Saed's time conducting this research was paid for by lawyers representing plaintiffs in the talcum powder litigation. Dr. Saed received no financial support for the authorship or publication of this article.

**Author contributions:**

Amy Harper: acquisition of data, study conception and design, critical revision

Xin Wang: acquisition of data

Rong Fan: acquisition of data

Nicole M. Fletcher: interpretation of data, study conception and design, critical revision

Robert T. Morris: interpretation of data, critical revision

Ghassan M. Saed:  acquisition of data, study conception and design, drafting of manuscript, critical revision

**Gynecologic Oncology**
GYN-20-1870: Final Decision
February 2, 2021 at 12:27 AM
Ghassan M. Saed



[EXTERNAL]

Ms. No.: GYN-20-1870
Title: Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells
Corresponding Author: Dr. Ghassan M. Saed
Authors: Amy Harper, MD; Xin Wang, MS; rong fan, MS; Nicole Fletcher, Ph.D; Robert Morris, MD

Dear Dr. Saed,

Your paper, referenced above, has now been reviewed by at least two experts in the field and the Editors. Based on the reviewers' comments, we must inform you that while your work is not without merit, we are unable to accept your manuscript for publication in Gynecologic Oncology. In the last year we have seen a significant increase in the number of manuscripts submitted to the Journal and as a result, we are now accepting less than 20% of the manuscripts submitted to the Gynecologic Oncology.

We have attached the comments of the reviewers below in order for you to understand the basis for our decision. We hope that their thoughtful comments will help you in your future studies and possibly, with submission to another journal. Please note that a revised version of the current manuscript should not be submitted for another review to Gynecologic Oncology .

The critique of this paper in no way implies a lack of interest in this area of research, and we invite you to submit your future work to the Journal.

Sincerely,

Barbara A. Goff, MD
Editor
Gynecologic Oncology

Editorial Office
Elsevier
E-mail: gyn@elsevier.com

Reviewers' comments:

Reviewer #1: GYN-20-1870

Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

This study examines the effects of talcum powder on normal human primary ovarian surface epithelium. The authors utilize an in vitro anchorage-independent growth assay to assess transformation of ovarian surface epithelial cells in response to talcum powder and follow this with immunohistochemical markers for proliferative index (Ki-67) and p53 expression patterns. The authors identified an increase in transformed cell percentage with increasing concentration of talcum powder, and correlated these findings with observed increases in Ki-67 proliferative index and abnormal p53 staining. The authors conclude that talcum powder induces malignant transformation of ovarian surface epithelial cells.

As presented, the manuscript presents several major issues that warrant attention prior to publication. Of primary concern is the reliance on a single commercial assay for assessment of transformation that has not been established in the literature. Moreover, appropriate statistical tests were not applied and thus the data are difficult to interpret. The clinical relevance is questionable given the arbitrary dose selection of talcum powder, and perhaps more importantly the examination of ovarian surface epithelial cells without comparison to fallopian tube secretory epithelium. Given that the prevailing evidence suggests the origin of high-grade serous ovarian cancer is the fallopian tube, the data presented are of limited relevance. Further demonstration of transformational changes is required before resubmission.

Specific Comments:

1.      It is now generally accepted that most high-grade serous ovarian carcinomas arise from the fallopian tube (FT) fimbrial epithelium. Hence, these studies should examine the effects of talcum powder on FT cells. There are commercial (e.g., ATCC) and academic sources to obtain these cells.
2.      Further, with the FT fimbria as the dominant site of origin for high-grade serous carcinoma, it is conceptually difficult

2.    Further, with the FT fimbria as the dominant site of origin for high grade serous carcinoma, it is conceptually difficult to understand why ascending talcum powder would preferentially affect the fimbria and not the more proximal portions of the FT. The authors should address these concepts.

3.    The reviewer recommends that further work be undertaken to establish whether talcum powder induces functional changes in ovarian epithelial cells suggestive of malignant transformation. The correlation to IHC is insufficient to draw this conclusion, and thus the results of this study are overinterpreted. Given that the transformed cells were not sub-cultured or further analyzed following treatment conditions to show phenotypic, genetic/epigenetic or functional changes, the changes seen at IHC may be explained by cellular responses to treatments. Whereas durable alterations in p53 staining may indicate mutations, as is the case clinically, p53 expression at a single time point following treatment cannot differentiate between novel mutations and physiologic responses to a given treatment condition. The IHC data would be further strengthened by functional data and/or genomic analysis.

4.    Statistical analysis: Two major issues arise. The first is the use of paired t-test in an experiment with three treatment conditions (media, Talc, TiO2). This necessitates analysis of variance and multiple comparisons. Additionally, significance in not denoted in figure 2. The authors conclude that proliferative index is elevated to 90%, but do not show evidence or statistical analysis to this effect. Moreover, the methods describe a binary method of scoring Ki-67 of high or low, calling into question how the 90% value was generated.

5.    Figure 1: While the standard curve establishes the ability of the assay to detect cell number, it offers little to the reading of the manuscript and could be reserved for supplementary data.

6.    The difference between HPOE and HOSEpiC needs to be mentioned. Are HOSEpiC immortalized in some way?

7.    Figure 2: Statistical significance is not displayed on figure, nor are important statistical comparisons between the no treatment control and TiO2

8.    Figure 3: NOEC 100ug/mL and HOSPIC 500ug/ML Talc panels appear to be identical. TiO2 at 500ug/mL is conspicuously missing.

9.    Figure 4: Top left panel (DAP/Talc) is identical to DAP/Control. Inadequate white balancing detracts from the reader's ability to appreciate colorimetric differences between the panels.

10.    Several phrases describing cell culture and colorimetric assay within the methods and discussion appear to be taken verbatim from the manufacturers' websites: examples below.

o    Line 80-82: Cells were grown in T25 tissue culture flasks precoated with gelatin-based coating solution for 2 min and incubated in Cell Biologics' Culture Complete Growth Medium which generally took 3-7 days.

From Cell Biologics website: "Human Primary Ovarian Epithelial Cells are grown in T25 tissue culture flasks pre-coated with gelatin-based coating solution for 2 min and incubated in Cell Biologics' Culture Complete Growth Medium generally for 3-7 days."

o    Line 126-130: "This assay was chosen because it is more stable, faster and more sensitive than the traditional Soft-Agar Assay that is lengthy (3-4 weeks incubation), laborious (counting colonies) and inconsistent (due to subjective counting). The assay is high-throughput adaptable and has a wide linear range from 10,000-400,000 cells."

From abcam website: "…is lengthy (3-4 weeks incubation), laborious (counting colonies) and inconsistent (due to subjective counting)… The assay is high-throughput adaptable and has a wide linear range from 10,000-400,000 cells."

o    Line 185: "Anchorage-independent growth is a hallmark of cancer cells"

From abcam website: "Anchorage-independent cell growth is the hallmark of cell transformation"

o    Line 223-226: The kit is based on the conversion of the tetrazolium salt (WST) to formazan by cellular mitochondrial dehydrogenases. The generated signal is directly proportional to the number of living cells and thus can accurately determine number of transformed cells.

From abcam website: The kit is based on the conversion of the tetrazolium salt (WST) to formazan by cellular mitochondrial dehydrogenases. The generated signal is directly proportional to the number of living cells.


Reviewer #2: Ultimately these data are too premature for publication, the authors present very preliminary in vitro data suggesting that talcum powder may induce malignant change in normal ovarian epithelial cells, but not in fibroblasts. The data are premature, restricted to two cell lines and really offer no significant mechanistic insight.

I also think the dose of talcum powder is extremely high, I calculate it to be 263mM for the lower dose which is unlikely to ever replicate physiological dosing and although the authors recognise this in the discussion it is a major experimental flaw and makes interpretation of results very difficult. The use of IHC to determine p53 mutation status is not very senstiive and I would suggest this needs to be confirmed with sequencing

In compliance with data protection regulations, you may request that we remove your personal registration details at any time.  (Use the following URL: https://www.editorialmanager.com/ygyno/login.asp?a=r). Please contact the publication office if you have any questions.

January 04, 2021

To: Editor-in-Chief, *Gynecologic Oncology*

Please consider our priority report entitled ***Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells*** for publication in *Gynecologic Oncology*. In this study, we determined that exposure to talcum powder induces malignant transformation in human normal ovarian epithelial cells but not in human normal peritoneal fibroblasts. These findings represent a direct effect of talcum powder exposure that is specific to normal ovarian cells and further supports previous studies demonstrating an association between the genital use of talcum powder and an increased risk of ovarian cancer. This study is fitting for *Gynecologic Oncology* because of the potential ovarian cancer risk that is associated with talcum powder use. The material contained in the manuscript has not been published, has not been submitted, or is not being submitted elsewhere for publication.

Author contributions:
Amy Harper: acquisition of data, study conception and design, critical revision
Xin Wang: acquisition of data
Rong Fan: acquisition of data
Nicole M. Fletcher: acquisition of data, interpretation of data, study conception and design, critical revision
Robert T. Morris: interpretation of data, critical revision
Ghassan M. Saed:  study conception and design, drafting of manuscript, critical revision

Sincerely,

Dr. Ghassan M. Saed, Associate Professor
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology
Cell Biology and Anatomy, and Physiology
Member in the Karmanos Cancer Institute
Molecular Biology and Genetics Program
Wayne State University School of Medicine
Detroit, MI 48202
(313) 577-5433 Office, (313) 577-1302 Lab (313) 577-8554 Fax

1    **Talcum powder induces malignant transformation in normal human primary**

2    **ovarian epithelial cells**

3    Amy K. Harper, M.D.[1,2], Xin Wang, M.S.[1], Rong Fan, M.S.[1], Nicole M. Fletcher, Ph.D.[1],

4    Robert T. Morris, M.D.[2], *Ghassan M. Saed, Ph.D.[1,2]

5    [1] Department of Obstetrics and Gynecology, [2]Department of Gynecologic Oncology,

6    Karmanos Cancer Institute, Detroit, MI, 48201

7    **Key words:** talc, talcum powder, titanium dioxide, epithelial ovarian cancer,

8    transformation, primary cells, cell proliferation, colonies

9

10    **\*Corresponding Author:**

11    Ghassan M. Saed, Ph.D.

12    Associate Professor of Gynecologic Oncology

13    Director of Ovarian Cancer Biology Research

14    Departments of Obstetrics and Gynecology and Oncology

15    Member of Tumor Biology and Microenvironment Program

16    Karmanos Cancer Institute

17    Wayne State University School of Medicine

18    Detroit, MI 48201

19    (313) 577-5433 Office phone, (313) 577-8544 Office fax, (313) 577-1302 Lab phone

20    gsaed@med.wayne.edu

21

22

23

ATTORNEYS' EYES ONLY

24   **Abstract**

25   **Objective**: Several studies have linked perineal use of talcum powder to increased risk

26   of ovarian cancer (OC). Here, we determined that exposure to talcum powder induces

27   malignant transformation in human normal ovarian cells.

28   **Methods**: Human primary ovarian epithelial cells (HPOE), ovarian epithelial cells

29   (HOSEpiC), and primary fibroblasts (NF) were treated with either 100 or 500 ug/ml of

30   talcum powder or titanium dioxide ($TiO_2$) as a particulate control for 72 hours before

31   assessment with a cell transformation assay and p53 and Ki67 immunohistochemistry.

32   **Results:** Treatment with talcum powder resulted in formation of colonies, indicating cell

33   malignant transformation in a dose dependent manner in ovarian cell lines. No colonies

34   formed in the untreated ovarian cells or control ovarian cells ($TiO_2$ treated) at either dose.

35   There were no colonies formed in talc treated NF cells. Transformed ovarian cells were

36   increased by 11% and 20% in HPOE and 24% and 40% in HOSEpic cells for talcum

37   powder 100 and 500 ug/ml doses, respectively ($p<0.05$). There were no detectible

38   transformed cells when cells were treated with $TiO_2$. Importantly, p53 mutant type as well

39   as increased expression of Ki67 were detected in HPOE and HOSEpic cells when

40   exposed to talcum powder.

41   **Conclusion:** Exposure to talcum powder induces malignant transformation in ovarian

42   epithelial cells but not in NF cells. These findings represent a direct effect of talcum

43   powder exposure that is specific to normal ovarian cells and further supports previous

44   studies demonstrating an association between the genital use of talcum powder and an

45   increased risk of OC.

46

ATTORNEYS' EYES ONLY

**Introduction**

Ovarian cancer is a gynecologic malignancy that ranks fifth in cancer deaths among women in United States [1]. Epithelial ovarian cancer (EOC) presents with various histopathology, molecular biology, and clinical outcome and is therefore considered a heterogeneous disease [2]. The prognosis of EOC remains poor, with a 5-year survival rate of 50% in advanced stage [3]. This is largely due to the lack of early warning symptoms, screening methods, and the eventual development of chemoresistance [3].

The pathogenesis of EOC is strongly associated with oxidative stress and inflammation [4-8]. Epithelial ovarian cancer cells manifest a persistent pro-oxidant state that has been demonstrated in vitro and is also enhanced in chemoresistant EOC cells [4, 6]. Attenuation of the pro-oxidant state with antioxidants/scavengers has been shown in vitro to selectively induce apoptosis in EOC cells indicating a potential therapeutic value [5, 9, 10]. Talcum Powder has also been shown to induce oxidative stress and cell proliferation and to decrease apoptosis in ovarian cancer cells and in normal ovarian cells [11].

The association between genital use of talcum powder and risk of ovarian cancer have been described in numerous studies [11-18]. Several meta-analyses have demonstrated a statistically significant increased risk of ovarian cancer with the genital use of talcum powder [16, 19, 20]. In addition, several animal studies have reported that talcum powder causes inflammation and oxidative stress [21-25]. Several in vitro studies have demonstrated a biologic effect when cells in culture are exposed to talcum powder [26-31]. In support of these previous findings, we have recently delineated the molecular basis of the association of talcum powder use with increased risk of ovarian cancer [11].

70    Despite these concerns, the specific mechanism by which talcum powder exposure

71    causes ovarian cancer has not been definitively established.

72        Here we clearly demonstrate that exposure to talcum powder induces malignant

73    transformation in human primary normal ovarian epithelial cells and thus, providing a

74    mechanism for the increased risk of ovarian cancer with the genital use of talcum powder.

75

76    **Material and Methods**

77    **Cell lines:**

78    **Normal human primary ovarian epithelial cells (HPOE):**  Cells were purchased from

79    Cell Biologics, Chicago, IL. Cells were received at passage 3 cryo-preserved in vials

80    containing at least $0.5 \times 10^6$ cells per ml. Cells were grown in T25 tissue culture flasks pre-

81    coated with gelatin-based coating solution for 2 min and incubated in *Cell*

82    *Biologics'* Culture Complete Growth Medium which generally took 3-7 days. Cells were

83    expanded for 2-4 passages at a split ratio of 1:2 under the cell culture conditions as

84    specified by *Cell Biologics.* Human Epithelial Cell Medium is a complete medium

85    designed for the culture of human epithelial cells. It was tested and optimized with

86    epithelial cell growth and proliferation in vitro.  Cells were incubated at 37 °C with 5%

87    $CO_2$ and 95% air in a humidified incubator. The medium consists of 500 ml of basal

88    medium (containing essential and non-essential amino acids, vitamins, organic and

89    inorganic compounds, hormones, growth factors, trace minerals), supplemented with

90    epithelial cell growth supplement, antibiotics, and fetal bovine serum.

91    **Normal human ovarian epithelial cells (HOSEpiC):** Cells were purchased from

92    ScienCell Research Laboratories, Inc, Carlsbad, California. HOSEpiC cells were isolated

93    from human ovary. HOSEpiC cells were received cryopreserved at passage one in frozen

94    vials, each vial contains >5 x 10^5 cells in 1 ml volume. HOSEpiC were further expanded

95    for 2-3 passages under the conditions provided by ScienCell Research Laboratories.

96    Cells were grown in Ovarian Epithelial Cell Medium (OEpiCM, Cat. #7311). Cells were

97    incubated at 37°C with 5% $CO_2$ and 95% air in a humidified incubator.

98    **Human normal primary peritoneal fibroblasts**: Cells were isolated and cultured as we

99    have previously described [32, 33]. The fibroblast cell line has been extensively

100   characterized in previous studies and has been shown to be pure and solely fibroblast

101   cells [32, 33]. Cells were grown in Dulbecco's Modified Eagle Medium (DMEM)

102   (Invitrogen, Carlsbad, CA), supplemented with 10 % fetal bovine serum (FBS, Innovative

103   Research, Novi, MI) and penicillin/streptomycin (Fisher Scientific, Waltham, MA) as we

104   have previously described [32, 33]. Cells were incubated at 37 °C with 5% $CO_2$ and 95%

105   air in a humidified incubator.

106   **Talcum powder treatment:** Talcum baby powder (Johnson & Johnson, New Brunswick,

107   NJ, #30027477, Lot#13717RA) or control particles, Titanium dioxide ($TiO_2$, Spectrum

108   Chemical Corp, Lot No. 2EB0148) were used to treat cells. Talcum powder or $TiO_2$

109   were suspended in PBS (Stock solution of 50 mg/ml) and sonicated 3 times for 1 minute

110   each with Sonic Dismembrator (Fischer Scientific, Model 100). Stock solutions were

111   filtered through 30 µm nylon mesh filters. No visible loss of material has observed. Cells

112   were seeded in 100 mm Petri cell culture dishes ($1 \times 10^6$) and were treated 24 hours later

113   in duplicate in a fresh media with 100 or 500 µg/ml of talc or titanium dioxide ($TiO_2$) for 72

114   hours. Control: cells (30K) with media only and Negative control: cells (30K) with media

115   and PBS. No cell death was observed after 72 hours in culture in control or treated cells.

ATTORNEYS' EYES ONLY

116    Titanium dioxide, a naturally occurring particle, has been classified in humans and

117    animals as biologically inert [28, 34]. Titanium dioxide particles are produced and used

118    as fine (~ 0.1-2.5 μm) and nanosize (<0.1 μm) particles [34]. In this study, we used TiO$_2$

119    as a particulate control to exclude the effect of material size. Culture plates were washed

120    several times to remove residual particles and collected by trypsin in fresh media. Cells

121    were counted and their concentration was adjusted with fresh media to 1.5 X 10$^6$ cells/ml.

122    Cells were now ready to be assessed with cell transformation assay (colorimetric),

123    according to the manufacturer protocol (Abcam-235698, Cambridge, MA). The 100 and

124    500 ug/ml doses were chosen based on our previous studies which showed talcum

125    powder to induce changes in redox balance of cells at the molecular level [11].   The

126    experiments were repeated 3 times with a fresh solution of talcum powder and TiO$_2$. This

127    assay was chosen because it is more stable, faster and more sensitive than the traditional

128    Soft-Agar Assay that is lengthy (3-4 weeks incubation), laborious (counting colonies) and

129    inconsistent (due to subjective counting).   The assay is high-throughput adaptable and

130    has a wide linear range from 10,000-400,000 cells.

131    A Cell-dose curve was established as described in the manufacturer's protocol.

132    Briefly, we used cells (5.34 x 10$^5$ cells/ml) were suspended in 1X DMEM/10% FBS

133    medium. Cells were diluted into seven serial dilutions in a 1.5 mL centrifuge tubes. Serial

134    dilution was performed using an 8 channel multi pipette by adding 150 μl of media to each

135    well of a 96 well microplate. A 150 μl aliquot of the 5.34 x10$^5$ cells/ml (80 x10$^3$ cells) was

136    added to the wells of the first duplicate row. A 150 μl aliquot from the first duplicate row

137    was removed and added to the next well and mixed. The process was repeated until the

138    seven serial dilutions were obtained. The final well was blank with media only and no

139    cells. A 35 µl aliquot of 1X DMEM/10% FBS and 15 µl of WST working solution were then

140    added into each well and incubate at 37° C for 4 hours. The absorbance was measured

141    by a microtiter plate reader at 450 nm (Figure 1).

142        Agarose and WST working solutions were prepared as described in the kit

143    information sheet (Abcam-235698, Cambridge, MA). The base agarose mix was added

144    into the required wells in a 96 well plate and kept for 15 minutes at 4°C to solidify the

145    agarose. A top agarose layer stock solution was prepared by using talcum powder or $TiO_2$

146    treated stock cell solution of 1.5 X $10^6$ cells/ml (30,000 cells per well, which is within the

147    recommended range of the assay) in 1X DMEM/10% FBS medium. The agarose-cell mix

148    was added into every well of a 96 well plate previously holding the solidified base agarose

149    layer and placed at 4°C for 10 minutes to solidify the layer. After placing the plate for 10

150    min at 37ºC, 1X DMEM/10% FBS medium was added to all the wells and incubated at

151    37°C for 6-8 days.  On the last day the upper medium on the top agarose layer was

152    cautiously removed by pipetting. A 1X DMEM/10% FBS and WST working solution was

153    added into each well, incubated for 4 hours at 37°C. The absorbance was measured by

154    a microtiter plate reader at 450 nm. Colonies of transformed cells were detected and

155    photograph by a  Zeiss Axiovert 40 C Inverted Phase Contrast Microscope with an Axio

156    camera.

157    **Immunohistochemistry (IHC) staining and scoring:** The IHC panel consisted of

158    antibodies against p53 and Ki-67. The primary antibodies, suppliers, and staining

159    conditions are listed below.

| | Antibody | Clone | Source | Detection System | Dilution |
|---|---|---|---|---|---|
| 160 | | | | | |
| 161 | P53 | DO-7 | Ventana | Ventana ultraView DAB | 1:500 |
| 162 | Ki-67 | Mib1 | Ventana | Ventana ultraView DAB | 1:2000 |

163    Cytospin slides were prepared from cells and stained using immunoperoxidase

164    labeling performed with the automated XT iVIEW DAB V.1 procedure on the Ultra

165    BenchMark XT IHC/ISH Staining Module, Ventana with anti-p53 (clone DO-7 prediluted,

166    Ventana). Antigen retrieval was carried out with CC1, pH 8.0 (Ventana). Sections were

167    incubated with primary antibodies for 36 min at 37°C. All slides were reviewed by two

168    pathologists (Drs Ali and Alrajjal). Cases with discordant Ki-67 estimated results

169    underwent a consensus review at a double-headed microscope. Diffuse "in-block" nuclear

170    staining or complete negative staining with p53 was considered a positive reaction

171    indicating mutated p53 status. Focal nuclear staining is consistent with "wild type" p53

172    and considered negative. The Proliferation Index (PI) was assessed qualitatively using

173    Ki-67-stained slides and classified as high PI (>50% positive cells) or low PI (<50%

174    positive cell).

175    **Statistical Analysis**: Data was analyzed with paired t-tests. Data are expressed,

176    as means +/- SD. Significance was determined as $P < 0.05$.

177    **Results**

178    Treatment with talcum powder significantly increased the number of transformed

179    normal epithelial ovarian cells by 11% and 20% in the 100 and 500 ug/ml talcum powder

180    doses, respectively (Figure 2, $p<0.05$). Likewise, but to a greater extent, treatment with

181    talcum powder significantly increased the number of transformed HOSEpiC cells by 24%

182    and 40% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 2, $p<0.05$).

183    Talcum powder had no detectable transformation effect on normal peritoneal fibroblasts

184    (Figure 2).

ATTORNEYS' EYES ONLY

185    Anchorage-independent growth is a hallmark of cancer cells. Treatment with

186    talcum powder resulted in formation of colonies, indicating cell malignant transformation

187    in normal epithelial ovarian cell lines in a dose dependent manner (Figure 3). There were

188    no colonies formed in talcum powder treated normal fibroblasts (Figure 3). There were no

189    colonies formed in either untreated ovarian cells or control ovarian cells at either dose.

190    There were no detectible transformed cells when cells were treated with the particulate

191    control, $TiO_2$.

192    To confirm malignant cell transformation observed with the cell transformation

193    assay used in this study we performed IHC on the normal human primary ovarian

194    epithelial (HPOE) and normal human ovarian epithelial cells (HOSEpiC) cells staining for

195    p53 and Ki67. Focal p53 nuclear staining indicating wild type p53 expression was

196    observed in cells before treatment. After treatment of cells with talcum powder 100 ug/ml

197    for 72 hours, diffused "in-block" nuclear staining was observed indicating p53 mutated

198    form (Figure 4). Additionally, talcum powder treatment increased the proliferation index

199    (PI) in both cell lines. The baseline PI for HPOE and HOSEpic cells was 50 and 70%

200    respectively. The PI was significantly increased to 90% in both cell lines (Figure 4).

201

202    **Discussion**

203    This is the first study to directly show that exposure to talcum powder induces

204    transformation in normal human ovarian epithelial cells.  The ability of talcum powder

205    exposure to induce transformation appears to be specific to ovarian cells as it did not

206    induce transformation in human normal peritoneal fibroblasts. (Figure 3). The reason for

207    this specific effect of talcum powder on the ovaries in still under investigation.

ATTORNEYS' EYES ONLY

208        The dose and time of talcum powder exposure in cell culture experiments used in

209    this study was based on previous studies [11]. These doses are not intended to represent

210    a typical dose when applied to the genital area in women over time. Despite this limitation,

211    the development and use of in vitro models has been valuable in the advancement of

212    research and knowledge on cancer pathogenesis [35]. The cellular transformation

213    demonstrated in this study was significant and informative.

214        The soft agar in vitro colony formation assay is widely accepted and used to

215    evaluate cellular transformation *[36, 37]* . Anchorage-independent growth is one of the

216    hallmarks of cell transformation and is accepted to be the most accurate and stringent in

217    vitro assay for detecting malignant transformation of cells [36, 37]. In this study we used

218    Cell Transformation Assay Kit, which is faster, stable, and more sensitive than the

219    traditional Soft-Agar Assay. The assay is high-throughput adaptable and has a wide linear

220    range from 10,000-400,000 cells. Therefore, in this study we used 30,000 of talcum

221    powder and $TiO_2$ treated cells as well as control cells to stay within the recommended

222    number of cells. The use of two layers of agar in the 96-well plate allowed the space to

223    utilize such a high number of cells. The kit is based on the conversion of the tetrazolium

224    salt (WST) to formazan by cellular mitochondrial dehydrogenases. The generated signal

225    is directly proportional to the number of living cells and thus can accurately determine

226    number of transformed cells (Figure 2).

227        Tumor suppressor p53 gene mutations are frequently seen in ovarian cancers and

228    can be used as a biomarker to differentiate low from high grade serous ovarian

229    carcinomas. The methods used for the assessment of p53 (mutant vs. wild type) and Ki67

230    immunohistochemical expression in this study is identical to the methods used in clinical

ATTORNEYS' EYES ONLY        

231    pathology laboratories for the diagnosis of the different subtypes of ovarian cancer. The

232    slides were scored and interpreted independently by two pathologists. Mutant type p53

233    along with increased Ki67 expression were detected in both normal human primary

234    ovarian epithelial (HPOE) and normal human ovarian epithelial cells (HOSEpiC) cells

235    treated with 100 ug/ml talcum powder for 72 hours (Figure 4). These findings supported

236    the malignant transformation of normal ovarian cells seen in the agar transformation

237    assay.

238        The harmful biological effects of link between talcum powder exposure and ovarian

239    cancer have been also confirmed in various in vitro cell culture studies [11, 22, 26-31, 38,

240    39]. Macrophage activation and inflammatory response to talcum powder were suggested

241    as a link to increased risk of ovarian cancer [22, 27]. Macrophages exposed to nano-talc

242    manifested increased levels in inflammatory markers, TNF-alpha, IL-1beta and IL-6 as

243    well as constituent phosphorylation of both p38 and ERK1/2 pathways [27]. p38 MAPK

244    signaling pathway are known to be associated with cisplatin-resistant ovarian cancer

245    [40]. Data suggest that nano-talc toxicity on human alveolar basal epithelial cells was

246    mediated through oxidative stress [30]. Exposure of macrophages to talc and estradiol

247    has led to increased production of reactive oxygen species and changes in expression of

248    macrophage genes that play a role in cancer development and immunosurveillance [38].

249    These studies have also shown that ovarian cancer cells were present in larger numbers

250    after co-culture with macrophages exposed to talc powder when in the presence of

251    estradiol [38].

252        Oxidative stress and inflammation have been implicated in the pathogenesis of

253    ovarian cancer, specifically, by increased expression of several key pro-oxidant enzymes

254    in EOC tissues and cells as compared to normal cells indicating an enhanced redox state

255    [41]. This redox state is further enhanced in chemoresistant EOC cells  as evidenced by

256    a further increase in key pro-oxidant enzymes and a decrease in anti-oxidant levels,

257    suggesting a shift towards a pro-oxidant state [41]. Antioxidant enzymes, key regulators

258    of cellular redox balance, are differentially expressed in various cancers, including ovarian

259    [41].

260        Our laboratory was the first to confirm the cellular effect of talcum powder and

261    provide a potential molecular mechanism [11]. Talcum powder exposure induced

262    molecular changes in redox enzymes in normal ovarian cells similar to those known for

263    ovarian cancer [4, 11]. In all talc-treated cells, there was a significant dose-dependent

264    increase in key prooxidants with a concomitant decrease in key antioxidants enzymes.

265    Remarkably, talcum powder exposure induced specific point mutations that are known to

266    alter the activity in some of these key enzymes. The mechanism by which talcum powder

267    alters the cellular redox and inflammatory balance involves the induction of specific

268    mutations in key oxidant and antioxidant enzymes that correlate with alterations in their

269    activities. The fact that these mutations happen to correspond to known SNPs of these

270    enzymes suggests a genetic predisposition to developing ovarian cancer with genital

271    talcum powder use [11].

272        We have previously reported that EOC cells manifest increased cell proliferation

273    and  decreased apoptosis, a hallmark of malignant cells, as compared to normal ovarian

274    epithelial cells [41]. Recently, we have shown that talcum powder further enhances cell

275    proliferation and induces an inhibition in apoptosis in EOC cells, but more importantly in

276    normal cells, suggesting talc is a stimulus to the development of the oncogenic phenotype

277    [11]. Furthermore, CA-125, a membrane-bound and secreted protein, has been

278    established as a biomarker for disease progression and response to ovarian cancer

279    treatment [42]. CA-125 expression was significantly increased to values approaching

280    clinical significance (35 U/ml in postmenopausal women) in talc treated human normal

281    epithelial ovarian cells [11, 42]. Collectively, these findings confirmed the

282    inflammatory/redox stress effects of talcum powder exposure to normal ovarian epithelial

283    cells and indicated that this stress is a key mechanism in the malignant transformation of

284    these cells.

285        The link between genital talcum powder use and ovarian cancer has been shown

286    in numerous epidemiological studies. In addition, the inflammatory effects of talcum

287    powder have been demonstrated in humans, animals, and cells in culture.  This study

288    which clearly demonstrates malignant transformation of normal ovarian cells in culture

289    adds to the strong evidence of a causal relationship between the genital use of talcum

290    powder and ovarian cancer.

291

292

293

294

295

296

297

298

299

300  **Acknowledgment**: The authors would like to acknowledge Dr. Ruba Ali-Fahmi and Dr.

301  Ahmad Alrajjal from the department of pathology at Wayne State University who helped

302  with immunohistochemistry of p53 and Ki67.

303  **Declaration of Conflicting Interests:** Dr. Saed has served as a paid consultant and

304  expert witness for the plaintiffs in the talcum powder litigation. The remaining authors

305  have no potential conflicts of interest to report.

306  **Funding:** A portion of Dr. Saed's time conducting this research was paid for by lawyers

307  representing plaintiffs in the talcum powder litigation. Dr. Saed received no financial

308  support for the authorship or publication of this article.

309

310  **Author contributions:**

311  Amy Harper: acquisition of data, study conception and design, critical revision

312  Xin Wang: acquisition of data

313  Rong Fan: acquisition of data

314  Nicole M. Fletcher: interpretation of data, study conception and design, critical revision

315  Robert T. Morris: interpretation of data, critical revision

316  Ghassan M. Saed:  acquisition of data, study conception and design, drafting of

317  manuscript, critical revision

318

319

320

321

322

323    **References**

324    1.    Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, Gaudet MM, Jemal A,

325         Siegel RL: **Ovarian cancer statistics, 2018**. *CA Cancer J Clin* 2018, **68**(4):284-296.

326    2.    Lee JM, Minasian L, Kohn EC: **New strategies in ovarian cancer treatment**. *Cancer* 2019, **125**

327         **Suppl 24**:4623-4629.

328    3.    Jelovac D, Armstrong DK: **Recent progress in the diagnosis and treatment of ovarian cancer**.

329         *CA Cancer J Clin* 2011, **61**(3):183-203.

330    4.    Saed GM, Diamond MP, Fletcher NM: **Updates of the role of oxidative stress in the pathogenesis**

331         **of ovarian cancer**. *Gynecol Oncol* 2017, **145**(3):595-602.

332    5.    Belotte J, Fletcher NM, Awonuga AO, Alexis M, Abu-Soud HM, Saed MG, Diamond MP, Saed

333         GM: **The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian**

334         **cancer**. *Reprod Sci* 2014, **21**(4):503-508.

335    6.    Fletcher NM, Belotte J, Saed MG, Memaj I, Diamond MP, Morris RT, Saed GM: **Specific point**

336         **mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian**

337         **cancer**. *Free Radic Biol Med* 2017, **102**:122-132.

338    7.    Maj T, Wang W, Crespo J, Zhang H, Wang W, Wei S, Zhao L, Vatan L, Shao I, Szeliga W *et al*:

339         **Oxidative stress controls regulatory T cell apoptosis and suppressor activity and PD-L1-**

340         **blockade resistance in tumor**. *Nat Immunol* 2017, **18**(12):1332-1341.

341    8.    Savant SS, Sriramkumar S, O'Hagan HM: **The Role of Inflammation and Inflammatory**

342         **Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial**

343         **Ovarian Cancer**. *Cancers (Basel)* 2018, **10**(8).

344    9.    Jiang Z, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR, Saed GM:

345         **Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells**. *Gynecol*

346         *Oncol* 2011, **122**(2):418-423.

347     10.   Saed GM, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP: **Dichloroacetate induces**
348           **apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of**
349           **oxidative stress**. *Reprod Sci* 2011, **18**(12):1253-1261.

350     11.   Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM: **Molecular Basis Supporting the**
351           **Association of Talcum Powder Use With Increased Risk of Ovarian Cancer**. *Reprod Sci* 2019,
352           **26**(12):1603-1612.

353     12.   O'Brien KM, Tworoger SS, Harris HR, Anderson GL, Weinberg CR, Trabert B, Kaunitz AM,
354           D'Aloisio AA, Sandler DP, Wentzensen N: **Association of Powder Use in the Genital Area With**
355           **Risk of Ovarian Cancer**. *JAMA* 2020, **323**(1):49-59.

356     13.   Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ: **The Association Between Talc Use and**
357           **Ovarian Cancer: A Retrospective Case-Control Study in Two US States**. *Epidemiology* 2016,
358           **27**(3):334-346.

359     14.   Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, Harlow BL:
360           **Genital talc exposure and risk of ovarian cancer**. *Int J Cancer* 1999, **81**(3):351-356.

361     15.   Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, Cramer DW, Hankinson
362           SE: **Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian**
363           **cancer**. *Cancer Epidemiol Biomarkers Prev* 2008, **17**(9):2436-2444.

364     16.   Berge W, Mundt K, Luu H, Boffetta P: **Genital use of talc and risk of ovarian cancer: a meta-**
365           **analysis**. *Eur J Cancer Prev* 2018, **27**(3):248-257.

366     17.   Whysner J, Mohan M: **Perineal application of talc and cornstarch powders: evaluation of**
367           **ovarian cancer risk**. *Am J Obstet Gynecol* 2000, **182**(3):720-724.

368     18.   Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, Cote ML,
369           Funkhouser E, Peres LC, Peters ES *et al*: **Association between Body Powder Use and Ovarian**
370           **Cancer: The African American Cancer Epidemiology Study (AACES)**. *Cancer Epidemiol*
371           *Biomarkers Prev* 2016, **25**(10):1411-1417.

372  19.  Kadry Taher M, Farhat N, Karyakina NA, Shilnikova N, Ramoju S, Gravel CA, Krishnan K,
373       Mattison D, Wen SW, Krewski D: **Critical review of the association between perineal use of talc**
374       **powder and risk of ovarian cancer**. *Reprod Toxicol* 2019, **90**:88-101.

375  20.  Penninkilampi R, Eslick GD: **Perineal Talc Use and Ovarian Cancer: A Systematic Review and**
376       **Meta-Analysis**. *Epidemiology* 2018, **29**(1):41-49.

377  21.  Pickrell JA, Snipes MB, Benson JM, Hanson RL, Jones RK, Carpenter RL, Thompson JJ, Hobbs
378       CH, Brown SC: **Talc deposition and effects after 20 days of repeated inhalation exposure of**
379       **rats and mice to talc**. *Environ Res* 1989, **49**(2):233-245.

380  22.  Shim I, Kim HM, Yang S, Choi M, Seo GB, Lee BW, Yoon BI, Kim P, Choi K: **Inhalation of Talc**
381       **Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase**
382       **in Rats**. *Int J Toxicol* 2015, **34**(6):491-499.

383  23.  National Toxicology P: **NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-**
384       **96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)**. *Natl Toxicol*
385       *Program Tech Rep Ser* 1993, **421**:1-287.

386  24.  Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H: **Does long-term talc exposure have a**
387       **carcinogenic effect on the female genital system of rats? An experimental pilot study**. *Arch*
388       *Gynecol Obstet* 2009, **280**(6):925-931.

389  25.  Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K: **Effects of talc on the rat ovary**. *Br*
390       *J Exp Pathol* 1984, **65**(1):101-106.

391  26.  Acencio MMP, Silva BR, Teixeira LR, Alvarenga VA, Silva CSR, da Silva AGP, Capelozzi VL,
392       Marchi E: **Evaluation of cellular alterations and inflammatory profile of mesothelial cells**
393       **and/or neoplastic cells exposed to talc used for pleurodesis**. *Oncotarget* 2020, **11**(41):3730-3736.

394  27.  Khan MI, Sahasrabuddhe AA, Patil G, Akhtar MJ, Ashquin M, Ahmad I: **Nano-talc stabilizes**
395       **TNF-alpha m-RNA in human macrophages**. *J Biomed Nanotechnol* 2011, **7**(1):112-113.

396    28.    Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, Bond JP, Pass

397            HI, Steele C, Mossman BT: **Alterations in gene expression in human mesothelial cells correlate**

398            **with mineral pathogenicity**. *Am J Respir Cell Mol Biol* 2009, **41**(1):114-123.

399    29.    Akhtar MJ, Ahamed M, Khan MA, Alrokayan SA, Ahmad I, Kumar S: **Cytotoxicity and apoptosis**

400            **induction by nanoscale talc particles from two different geographical regions in human lung**

401            **epithelial cells**. *Environ Toxicol* 2014, **29**(4):394-406.

402    30.    Akhtar MJ, Kumar S, Murthy RC, Ashquin M, Khan MI, Patil G, Ahmad I: **The primary role of**

403            **iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc**

404            **nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid**.

405            *Toxicol In Vitro* 2010, **24**(4):1139-1147.

406    31.    Buz'Zard AR, Lau BH: **Pycnogenol reduces talc-induced neoplastic transformation in human**

407            **ovarian cell cultures**. *Phytother Res* 2007, **21**(6):579-586.

408    32.    Saed GM, Zhang W, Diamond MP: **Molecular characterization of fibroblasts isolated from**

409            **human peritoneum and adhesions**. *Fertil Steril* 2001, **75**(4):763-768.

410    33.    Saed GM, Diamond MP: **Differential expression of alpha smooth muscle cell actin in human**

411            **fibroblasts isolated from intraperitoneal adhesions and normal peritoneal tissues**. *Fertil Steril*

412            2004, **82 Suppl 3**:1188-1192.

413    34.    Skocaj M, Filipic M, Petkovic J, Novak S: **Titanium dioxide in our everyday life; is it safe?**

414            *Radiol Oncol* 2011, **45**(4):227-247.

415    35.    Mossman BT: **Mechanistic in vitro studies: What they have told us about carcinogenic**

416            **properties of elongated mineral particles (EMPs)**. *Toxicol Appl Pharmacol* 2018, **361**:62-67.

417    36.    Borowicz S, Van Scoyk M, Avasarala S, Karuppusamy Rathinam MK, Tauler J, Bikkavilli RK,

418            Winn RA: **The soft agar colony formation assay**. *J Vis Exp* 2014(92):e51998.

419    37.    Kusakawa S, Yasuda S, Kuroda T, Kawamata S, Sato Y: **Ultra-sensitive detection of tumorigenic**

420            **cellular impurities in human cell-processed therapeutic products by digital analysis of soft**

421            **agar colony formation**. *Sci Rep* 2015, **5**:17892.

ATTORNEYS' EYES ONLY

422   38.   Mandarino A, Gregory DJ, McGuire CC, Leblanc BW, Witt H, Rivera LM, Godleski JJ, Fedulov
423          AV: **The effect of talc particles on phagocytes in co-culture with ovarian cancer cells**. *Environ*
424          *Res* 2020, **180**:108676.

425   39.   Yumrutas O, Kara M, Atilgan R, Kavak SB, Bozgeyik I, Sapmaz E: **Application of talcum**
426          **powder, trichloroacetic acid and silver nitrate in female rats for non-surgical sterilization:**
427          **evaluation of the apoptotic pathway mRNA and miRNA genes**. *Int J Exp Pathol* 2015,
428          **96**(2):111-115.

429   40.   Xie Y, Peng Z, Shi M, Ji M, Guo H, Shi H: **Metformin combined with p38 MAPK inhibitor**
430          **improves cisplatin sensitivity in cisplatinresistant ovarian cancer**. *Mol Med Rep* 2014,
431          **10**(5):2346-2350.

432   41.   Saed GM, Diamond MP, Fletcher NM: **Updates of the role of oxidative stress in the pathogenesis**
433          **of ovarian cancer**. *Gynecologic oncology* 2017.

434   42.   Karimi-Zarchi M, Dehshiri-Zadeh N, Sekhavat L, Nosouhi F: **Correlation of CA-125 serum level**
435          **and clinico-pathological characteristic of patients with endometriosis**. *Int J Reprod Biomed*
436          2016, **14**(11):713-718.

437

438

439

440

441

442

443

444

445

446

ATTORNEYS' EYES ONLY



**Figure 1**: Human primary normal ovarian epithelial cell-dose curve. The cell dose curve was

established as described in methods using a serial dilution of cells.



**Figure 2:** Equal numbers (30K) of human primary normal ovarian epithelial cells (HPOE), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) were seeded for the cell transformation assay as described in methods. After 6 days, the cell number were measured. Standard and samples readings were taken 4 hours after adding WST working solution. Control: cells (30K) with media only.



**Figure 3:** Images of human primary normal ovarian epithelial cells (NOEC), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) treated with 100 and 500 ug/ml of talcum powder, after 6 days of culture. Colonies of transformed cells were detected and photograph by a Zeiss Axiovert 40 C Inverted Phase Contrast Microscope with an Axio camera.

ATTORNEYS' EYES ONLY



**Figure 4:** Immunohistochemistry staining for p53 and Ki67 in two normal human ovarian epithelial cells with and without Talcum powder (100 ug/ml) treatment for 72 hours. Slides were reviewed by two pathologists. Diffuse nuclear staining or complete negative staining with p53 is considered a positive reaction indicating mutated p53 status were observed in cells treated with talcum powder. Focal nuclear staining is consistent with wild type p53 and considered negative was observed in untreated cells (control). An increase in the proliferation index (Ki67) was observes in talcum powder treated cells versus controls.

ATTORNEYS' EYES ONLY

**Highlights**

- Exposure to talcum powder induces malignant transformation in ovarian epithelial cells
- Exposure to talcum powder did not induce malignant transformation in primary normal fibroblasts
- Mutant p53 type and increased expression of Ki67 were detected in ovarian cells when exposed to talcum powder

**ATTORNEYS' EYES ONLY**



# ICMJE Form for Disclosure of Potential Conflicts of Interest

## Instructions

**The purpose of this form is to provide readers of your manuscript with information about your other interests that could influence how they receive and understand your work. The form is designed to be completed electronically and stored electronically. It contains programming that allows appropriate data display. Each author should submit a separate form and is responsible for the accuracy and completeness of the submitted information. The form is in six parts.**

**1.**   **Identifying information.**

**2.**   **The work under consideration for publication.**

This section asks for information about the work that you have submitted for publication. The time frame for this reporting is that of the work itself, from the initial conception and planning to the present. The requested information is about resources that you received, either directly or indirectly (via your institution), to enable you to complete the work. Checking "No" means that you did the work without receiving any financial support from any third party -- that is, the work was supported by funds from the same institution that pays your salary and that institution did not receive third-party funds with which to pay you. If you or your institution received funds from a third party to support the work, such as a government granting agency, charitable foundation or commercial sponsor, check "Yes".

**3.**   **Relevant financial activities outside the submitted work.**

This section asks about your financial relationships with entities in the bio-medical arena that could be perceived to influence, or that give the appearance of potentially influencing, what you wrote in the submitted work. You should disclose interactions with ANY entity that could be considered broadly relevant to the work. For example, if your article is about testing an epidermal growth factor receptor (EGFR) antagonist in lung cancer, you should report all associations with entities pursuing diagnostic or therapeutic strategies in cancer in general, not just in the area of EGFR or lung cancer.

Report all sources of revenue paid (or promised to be paid) directly to you or your institution on your behalf over the 36 months prior to submission of the work. This should include all monies from sources with relevance to the submitted work, not just monies from the entity that sponsored the research. Please note that your interactions with the work's sponsor that are outside the submitted work should also be listed here. If there is any question, it is usually better to disclose a relationship than not to do so.

For grants you have received for work outside the submitted work, you should disclose support ONLY from entities that could be perceived to be affected financially by the published work, such as drug companies, or foundations supported by entities that could be perceived to have a financial stake in the outcome. Public funding sources, such as government agencies, charitable foundations or academic institutions, need not be disclosed. For example, if a government agency sponsored a study in which you have been involved and drugs were provided by a pharmaceutical company, you need only list the pharmaceutical company.

**4.**   **Intellectual Property.**

This section asks about patents and copyrights, whether pending, issued, licensed and/or receiving royalties.

**5.**   **Relationships not covered above.**

Use this section to report other relationships or activities that readers could perceive to have influenced, or that give the appearance of potentially influencing, what you wrote in the submitted work.

### Definitions.

**Entity:** government agency, foundation, commercial sponsor, academic institution, etc.
**Grant:** A grant from an entity, generally [but not always] paid to your organization
**Personal Fees:** Monies paid to you for services rendered, generally honoraria, royalties, or fees for consulting , lectures, speakers bureaus, expert testimony, employment, or other affiliations
**Non-Financial Support:** Examples include drugs/equipment supplied by the entity, travel paid by the entity, writing assistance, administrative support, etc.

**Other:** Anything not covered under the previous three boxes
**Pending:** The patent has been filed but not issued
**Issued:** The patent has been issued by the agency
**Licensed:** The patent has been licensed to an entity, whether earning royalties or not
**Royalties:** Funds are coming in to you or your institution due to your patent

ATTORNEYS' EYES ONLY           SAED_SEPT222021_SUPPL_000096



## ICMJE Form for Disclosure of Potential Conflicts of Interest

| Section 1. | Identifying Information |
| --- | --- |

1. Given Name (First Name)
Ghassan

2. Surname (Last Name)
Saed

3. Date
04-January-2021

4. Are you the corresponding author?   ☑ Yes   ☐ No

5. Manuscript Title
Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells

6. Manuscript Identifying Number (if you know it)

| Section 2. | The Work Under Consideration for Publication |
| --- | --- |

Did you or your institution **at any time** receive payment or services from a third party (government, commercial, private foundation, etc.) for any aspect of the submitted work (including but not limited to grants, data monitoring board, study design, manuscript preparation, statistical analysis, etc.)?

Are there any relevant conflicts of interest?   ☑ Yes   ☐ No

If yes, please fill out the appropriate information below. If you have more than one entity press the "ADD" button to add a row. Excess rows can be removed by pressing the "X" button.

| Name of Institution/Company | Grant? | Personal Fees? | Non-Financial Support? | Other? | Comments |
| --- | --- | --- | --- | --- | --- |
| Beasly Allen Law Firm | ☐ | ☑ | ☐ | ☐ | A portion of Dr. Saed's time conducting this research was paid for by lawyers representing plaintiffs in the talcum powder litigation. Dr. Saed received no financial support for the authorship or publication of this article. |

| Section 3. | Relevant financial activities outside the submitted work. |
| --- | --- |

Place a check in the appropriate boxes in the table to indicate whether you have financial relationships (regardless of amount of compensation) with entities as described in the instructions. Use one line for each entity; add as many lines as you need by clicking the "Add +" box. You should report relationships that were **present during the 36 months prior to publication**.

Are there any relevant conflicts of interest?   ☑ Yes   ☐ No

If yes, please fill out the appropriate information below.

Saed

2

ATTORNEYS' EYES ONLY



**ICMJE** INTERNATIONAL COMMITTEE *of*
MEDICAL JOURNAL EDITORS

## ICMJE Form for Disclosure of Potential Conflicts of Interest

| Name of Entity | Grant? | Personal Fees? | Non-Financial Support? | Other? | Comments |
|---|---|---|---|---|---|
| Beasly Allen Law Firm | ☐ | ☑ | ☐ | ☑ | Served as a paid consultant and expert witness for the plaintiffs in the talcum powder litigation |

### Section 4.  Intellectual Property -- Patents & Copyrights

Do you have any patents, whether planned, pending or issued, broadly relevant to the work?  ☐ Yes  ☑ No

### Section 5.  Relationships not covered above

Are there other relationships or activities that readers could perceive to have influenced, or that give the appearance of potentially influencing, what you wrote in the submitted work?

☐ Yes, the following relationships/conditions/circumstances are present (explain below):

☑ No other relationships/conditions/circumstances that present a potential conflict of interest

At the time of manuscript acceptance, journals will ask authors to confirm and, if necessary, update their disclosure statements. On occasion, journals may ask authors to disclose further information about reported relationships.

### Section 6.  Disclosure Statement

Based on the above disclosures, this form will automatically generate a disclosure statement, which will appear in the box below.

Dr. Saed reports personal fees from Beasly Allen Law Firm, during the conduct of the study; personal fees and other from Beasly Allen Law Firm, outside the submitted work; .

### Evaluation and Feedback

Saed

3



## ICMJE Form for Disclosure of Potential Conflicts of Interest

Please visit http://www.icmje.org/cgi-bin/feedback to provide feedback on your experience with completing this form.

Saed

4

ATTORNEYS' EYES ONLY



**From:** **PLOS ONE** em@editorialmanager.com
**Subject:** PLOS ONE Decision: PONE-D-20-29874 - [EMID:d5132363bdcb6a7c]
**Date:** October 28, 2020 at 9:17 AM
**To:** Ghassan M Saed gsaed@med.wayne.edu

[EXTERNAL]

PONE-D-20-29874
Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells
PLOS ONE

Dear Dr. Saed,

Thank you for submitting your manuscript to PLOS ONE. After careful consideration, we have decided that your manuscript does not meet our criteria for publication and must therefore be rejected.

Specifically:
===============================

Both reviewers have raised serious concerns about the experimental design, analyses and interpretation of the findings.

===============================

I am sorry that we cannot be more positive on this occasion, but hope that you appreciate the reasons for this decision.

Yours sincerely,

Salik Hussain, D.V.M, M.S., Ph.D.,
Academic Editor
PLOS ONE

[Note: HTML markup is below. Please do not edit.]

Reviewers' comments:

Reviewer's Responses to Questions

**Comments to the Author**

1. Is the manuscript technically sound, and do the data support the conclusions?

The manuscript must describe a technically sound piece of scientific research with data that supports the conclusions. Experiments must have been conducted rigorously, with appropriate controls, replication, and sample sizes. The conclusions must be drawn appropriately based on the data presented.

Reviewer #1: No

Reviewer #2: No

---

2. Has the statistical analysis been performed appropriately and rigorously?

Reviewer #1: No

Reviewer #2: No

---

3. Have the authors made all data underlying the findings in their manuscript fully available?

The PLOS Data policy requires authors to make all data underlying the findings described in their manuscript fully available without restriction, with rare exception (please refer to the Data Availability Statement in the manuscript PDF file). The data should be provided as part of the manuscript or its supporting information, or deposited to a public repository. For example, in addition to summary statistics, the data points behind means, medians and variance measures should be available. If there are restrictions on publicly sharing data—e.g. participant privacy or use of data from a third party—those must be specified.

Reviewer #1: Yes

     SAED_SEPT222021_SUPPL_000100

Reviewer #2: Yes

---

4. Is the manuscript presented in an intelligible fashion and written in standard English?

PLOS ONE does not copyedit accepted manuscripts, so the language in submitted articles must be clear, correct, and unambiguous. Any typographical or grammatical errors should be corrected at revision, so please note any specific errors here.

Reviewer #1: Yes

Reviewer #2: No

---

5. Review Comments to the Author

Please use the space provided to explain your answers to the questions above. You may also include additional comments for the author, including concerns about dual publication, research ethics, or publication ethics. (Please upload your review as an attachment if it exceeds 20,000 characters.)

Reviewer #1: General Comments
The manuscript by Harper et al. entitled 'Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells' describes an in vitro study assessing talc powder ability to induce malignant transformation in human ovarian cell lines. The authors conducted a 72 hour exposure of talc powder or titanium dioxide to separate cultures of primary ovarian epithelial, ovarian epithelial, or primary peritoneal fibroblast cells. This was followed by plating exposed cells into agar-based cell transformation assay based on formazan dye absorbance measurement. The authors report a dose-dependent increase in transformed ovarian epithelial cells for only talc powder, and conclude that talc powder exposure causes malignant transformation in these cells. Although this study's subject is timely and warranted based on the current literature, several critical fatal flaws in the study included no description of talc powder and TiO2 characteristics, seeding density in the soft agar assay, and use of a single in vitro soft agar assay to claim malignant transformation. Critiques and suggestions for improvement are given as follows:

Major Comments
1) No hypothesis was stated in either the Abstract or the Introduction section. Please provide.
2) It was not clear or explained how an acute 72 hour exposure to talc powder leads to cell transformation. This suggests that a single application of talc is extremely potent and carries high risk for cell transformation. Since talc powder is widely used, why aren't cancer rates much, much higher? For most carcinogens, repeated exposures over long periods of time drive carcinogenesis. Without adequate discussion or further data to support this claim, this finding is highly questionable.
3) In the abstract the authors state 'This finding represents a direct causation mechanism of talcum powder exposure.' Colony formation does not show molecular mechanism of action. At best, it describes the end product of a mechanism and a mode of action. Please revise.
4) Based on the minimal amount of data provided in this manuscript, the authors' conclusions suggesting acute exposure of talc powder to ovary epithelial cells is associated with ovarian cancer are outrageous and not supported by the manuscript's data.
5) The authors state their objective was 'to determine whether exposure to talcum powder will induce malignant transformation.' The in vitro method used did not address this objective. Soft agar colony formation alone in an in vitro test system is not enough data to claim malignant transformation. At best, the authors should claim 'cell transformation'. Malignant means cancer, while neoplasm refers cells that show tumor-like properties. To show 'neoplastic transformation', authors would need to conduct a more diverse battery of tests to show that these 'transformed' cells possess a tumor or cancer cell phenotype (i.e. cancer hallmarks), as outlined by Hannahan and Weinberg. Furthermore, the authors would need to show that the tested talc powder possesses a majority of the key characteristics that define a carcinogen (i.e. Smith et al. 2016), which is the set of criteria that IARC now uses in its carcinogen determinations. Some of these key characteristics are discussed, but no data is provided for this specific talc powder. Lastly, to clearly show that these cells were malignant, an in vivo experiment such as subcutaneous injection of these transformed cells into an immune compromised mouse model, would need to be conducted showing tumor growth and ability to invade neighboring tissue. All claims for 'malignant transformation' should be changed to 'cell transformation.'
6) Page 3, Lines 19-20. The statement 'Previous in vitro studies have demonstrated a biologic effect when cells in culture are exposed to talc' is very generalized and vague. Please give specifics on what was previously reported in the literature.
7) The authors tested a lot of Johnson and Johnson talc powder that was not from a previously identified lot that contained asbestos fibers. Since the authors refer to asbestos fibers in talc powder possibly causing ovarian cancer and asbestos fibers are a known carcinogen, it is surprising that no particle characterization effort was performed. No polarized light or electron microscopy of talc particles was performed to investigate potential existence of fibers in the talc powder samples. In addition, what type of TiO2 was tested? Where was it acquired from? Most particle-based toxicity studies are now recommended to perform minimal particle characterization (size, shape, density, elemental analysis, surface area, surface reactivity, etc) as part of a published study since these factors contribute to toxicological response. Lastly, since this is a particle exposure conducted on a submerged in vitro culture, an estimate of deposited or internal dose should have been performed. The effective density of particles determined by particle characteristics, medium type, protein corona, etc can influence particle kinetics and cause differences in the deposited dose that the cells come into contact with.
8) The authors supply no justification for their chosen dose range. Is this a range that is expected in ovarian tissue with topical external application of talc powder? At what dose does talc become acutely toxic to ovarian cells? Please provide

ATTORNEYS' EYES ONLY

this justification.

9) The method for particle exposure to ovarian cells is not adequate. What was the seeding density in each well and what size wells were used? What size were the talc powder particles and TiO2 particles in cell culture medium during exposure? How were exposed cells handled and transferred to the colony formation assay? Were the cells washed to remove any residual particle prior to agar plating? Figure 2 shows 'control' cells and 'negative control' cells? It was never clearly described what the difference between these treatment groups were. Please provide. Page 5 states that the negative control was a blank. If so, how can you have a positive percent transformed cell response for this treatment?

10) Page 5. The authors did not clearly state what the final concentration of exposed ovarian cells were in each well for the colony formation assay. This is critical since agar-based colony formation assays are susceptible to starting cell density. The authors state 'test cells were all made as 30 thousand cells/well' in the paragraph describing the standard curve method and again in Figure 2. Figure 3 left hand panels show a high density of cells in agar. Was this the colony transformation assay seeding density in each 96 well plate? If 30,000, this is a VERY large number since many previous publications using similar soft agar and agarose assays typically use ~1,000 cells per cm2. The methods described here suggest a 90,000 cells per cm2 seeding density. A low seeding density will test an individual cell's ability to survive non-attachment to substrate or other cells and grow into a suspended colony. I would guess that 30,000 cells were highly confluent in a 96-well plate and able to rely on each other for survival. These authors previously reported that talc-exposed ovarian cells showed increased oxidative stress, proliferation, and some resistance to apoptosis. Near confluent, stressed epithelial cells can clump together in culture, but this is more of a stress response and not an indication of cell transformation associated with tumorigenesis. Other endpoints showing a transformed phenotype is needed. Lastly, transformed formazan dye is the endpoint and not a colony count. Hence high seeding density resulting in surviving cells not in a true colony is possible, and was not clear from the presented data. Since this the only data set supplied in this study, the transformation conclusion based on the results from unclear methodology is highly worrisome.

11) Based on the experimental design and presented data, a student t-test is an inappropriate test for this data set. A two or three-way analysis of variance (ANOVA) with dose, particle, and cell type would be a more appropriate statistical analysis. Did the authors test the assumptions to run a parametric statistical test? In addition, it is not clear what 'percent of transformed cells' refers to in Figure 2? What treatment was used as a control to determine xero%? It was not clearly described how percent of transformed cells was calculated? Please address.

12) Page 3. The authors state 'several animal studies have reported that talcum powder causes inflammation'. The cited studies are not animal studies; they are human patient studies. Furthermore, the Wong et al. is a human patient study that concluded there was no link between talc use and ovarian cancer. In addition, the next sentence refers to in vitro studies and refers to large scale reviews. If animal and in vitro studies with specific effects need to be cited, please cite this primary literature and describe with enough detail to support the background argument.

Minor Comments
1) Minor grammar errors were found throughout the manuscript. Please carefully review the entire manuscript.
2) Ug/ml is used instead of µg/ml. Please address all occurrences.
3) Reference #34 is the same as #3. Please omit. The first statement of the first full paragraph on Page 9 will need another source.

Reviewer #2: In this submission, Ghassan et al. aim to convince the reader that exposure of ovarian cells (both primary and non-primary) to talc powder leads to malignant transformations. However, this paper is written in such a manner, that the science cannot be trusted.

1. Comments on abstract:
a. In the second line, there should be a comma after the word "Here". It should read "Here, we determined…"
b. In the literature , cells are more commonly described with the word "normal" being used first. Consider saying "normal human ovarian cell", "normal human primary ovarian cell" etc.
c. Sixth line down, when mentioning doses, suggest re-wording to say " …were treated with either 100 or 500 ug/ml…."
d. Last paragraph of abstract, second sentence. Suggested re-wording "These findings represent…."
e. I would caution against using the word genital, as the reader would assume that would also include peritoneal fibroblast, but no transformations were observed in this cell line. Or perhaps, specify again that this was specific to the ovarian cells, but not fibroblasts.

2. Comments on Introduction
a. Second sentence needs re-wording. This reads better "…presents with various histopathologies, molecular biologies, and clinical outcomes, and is therefore considered…."
b. Should there be a word before screening methods? Last sentence of the first paragraph in the introduction. As written, it sounds like there is a lack of screening methods. If this is what the authors are trying to say, then it is fine.
c. Consider the word "Eventual" before "development of chemoresistance"
d. "The pathogenesis of EOC remains elusive…."
e. Second paragraph, second sentence that begins with "epithelial ovarian cancer cells…" Are the authors referring to in vitro studies, in vivo studies, human studies? Please be more specific. The same goes for the sentence after that, please describe this in a more specific manner.
f. Third paragraph of introduction, the word "Have" needs to be inserted after "meta-analyses".
g. The first two sentences of the third paragraph of the introduction essentially say the same thing, consider re-writing this.
h. In the animal studies described in the introduction, do the authors mean through dermal exposure? In general, the introduction lacks a lot of important specifics that would improve the quality of this submission.
i. The sentence that starts with "previous in vitro studies" does not mention the cell type or anything important information that the readers needs.
j. The last paragraph of the introduction is actually the most important, but the authors have written it in such a way that leaves more questions than answers. First off, silica and asbestos toxicity should get more attention in the introduction.

Second, why are the authors telling us about asbestos fibers in the lung? This paper is about the genital use of talc powder, so please focus on that, or at least say that it could possibly initiate a similar inflammatory response in ovarian and fibroblast cells. However, the mechanism of cell toxicities in the lung are going to be vastly different that those observed in ovarian and fibroblast cells, so this last paragraph needs to be refined considerably.

3. Materials and Methods
a. This section needs major revisions. Please make sub-categories within this section. For example, the primary human ovarian cells need their own sub-section, with a more detailed explanation of culture methods. Same goes for all cell lines, followed by a separate section for materials used (i.e. talc powder), and each method also needs its own sub-section (Cell Transformation Assay, WST etc..)
b. Primary cells, in particular, require extra care and effort. The authors, for all cell lines, have just glazed over culture methods. What was the temperature and humidity and %CO2 in which these cells were kept? What extra steps were taken with the primary cells?
c. Why was titanium dioxide chosen as a control? Reader needs to know this
d. The lack of detail in this section makes this paper extremely difficult to follow. Please see all questions below
General
i. How were the doses of 100 ug/ml and 500 ug/ml chosen?
ii. Where is the explanation that these doses are even relevant for the exposure model?
iii. Where was the titanium dioxide obtained from?
iv. Were the "suspensions" of talcum baby powder or titanium dioxide prepared freshly every time, or were they stored (either at room temp or in fridge)?
v. What were the sonicator settings? What brand sonicator?
vi. A much more detailed explanation of how cells were maintained and cultured/sub-cultured is needed.

Cell-transformation Assay
vii. The authors fail to tell the reader what density of cells were used for these experiments. 24 wells? 96 wells? All relevant information is missing.
viii. Was the medium changed or cells transferred to new plates prior to exposures?
ix. "This assay was chosen because it is more stable, faster…"Please remove this poorly written sentence. Considered re-wording "Compared to the (Traditional?) soft agar assay, this cell transformation assay was chosen because…" Alternately, there is no need to mention a comparison to the soft-agar assay because up until this point, it has not been on the reader's radar.
x. How were the results of the colorimetric cell transformation assay quantified? The authors make no mention of plate reader.
xi. Did the authors leave the talcum powder suspensions or titanium dioxide suspensions in the cell culture wells for 72 hours straight? Or, was the medium replaced and refreshed? This needs to be made very clear
xii. For controls, was cell viability measured over the course of 72 hour exposures to ensure that just sitting for 3 days with/without medium change (hard to tell, no information is given to reader) did not have an effect on viability?

WST Assay
a. Authors says a cell-dose curve was established in manufacturer's protocol. What manufacturer are they referring to?
b. Why is there so much detail in the WST assay, but not elsewhere?
c. Where was WST obtained from?
d. Was the WST assay done only after the 72 hour exposure? I would think that leaving the cells for 72 hours, the authors would check the viability of control cells every 24 hours to ensure that all decreases in viability were from exposures, and not just sitting (authors do not tell us cell culture conditions) for 72 hours.
e. Authors do not tell readers what WST assay is for
f. This entire description needs to be re-done
g. Did the authors look at supernatants? How does that work, is the powder fully dissolved at this point or is it still a suspension? If powder is present in the supernatants tested, that will have an effect on colorimetric assays
h. Were supernatants read right away? Stored for future use?
i. WST-1 is normally used for viability, it is unclear how this played a role in identifying malignancies?

Agarose and WST
a. I have no idea what I am reading here. First the authors talk about an agarose assay, then WST, and now they are combined? This is very poorly explained.

The authors mention malignant transformations observed in cells, but where was the methodology for this?
I did not see any carcinogenic assays
I did not see any methodology for detecting malignant transformations

If the premise of this paper is that talc paper causes cancer, it would make sense that the authors of this paper not only use talc powder, but perhaps try to get the individual components of the talc powder, so they can correctly identify what it is in the talc powder that is cancerous

RESULTS
If the authors do not tell the reader which one of their methods was used to detect cell malignancies, then how is the reader supposed to just understand this results section?
How exactly were transformed cells quantified? Using the WST-1 assay? Using agarose? WST is traditionally used for

How exactly were transformed cells quantified? Using the WST-1 assay? Using agarose? WST is traditionally used for viability.

How were malignant colonies counted?

How do the authors have images of cells in their data, and make no mention of this in their methodology? Colorimetric assays were mentioned, and reading of absorbance, there was no mention of microscopy work/histology.

The problems with this submission are too numerous to count, and the science , methodology, and data cannot be trusted.

Discussion section cannot be trusted based on all of the numerous issues listed above.

6. PLOS authors have the option to publish the peer review history of their article (what does this mean?). If published, this will include your full peer review and any attached files.

If you choose "no", your identity will remain anonymous but your review may still be made public.

**Do you want your identity to be public for this peer review?** For information about this choice, including consent withdrawal, please see our Privacy Policy.

Reviewer #1: No

Reviewer #2: No

[NOTE: If reviewer comments were submitted as an attachment file, they will be attached to this email and accessible via the submission site. Please log into your account, locate the manuscript record, and check for the action link "View Attachments". If this link does not appear, there are no attachment files.]

- - - - -
For journal use only: PONEDEC3

*In compliance with data protection regulations, you may request that we remove your personal registration details at any time. (Remove my information/details). Please contact the publication office if you have any questions.*

ATTORNEYS' EYES ONLY

Dear sir/madam,

Please consider our manuscript "Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells" for publication in your journal. We have previously published that Talcum powder induces an inflammatory/oxidative stress profile in normal epithelial ovarian cells similar to that seen in ovarian cancer cells. Here we are excited to demonstrate that exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding is intriguing, and work is currently ongoing in our laboratory to understand the mechanism.

Dr. Ghassan M. Saed
Associate Professor of Gynecologic Oncology
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology and Oncology
Member of Tumor Biology and Microenvironment Program
Karmanos Cancer Institute
Wayne State University School of Medicine
Detroit, MI 48202
(313) 577-5433 Office
(313) 577-1302 Lab
(313) 577-4633 Fax

ATTORNEYS' EYES ONLY

# PLOS ONE

## Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells
### --Manuscript Draft--

| | |
|---|---|
| **Manuscript Number:** | |
| **Article Type:** | Research Article |
| **Full Title:** | Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells |
| **Short Title:** | Talcum powder induces malignant transformation in ovarian cells |
| **Corresponding Author:** | Ghassan M Saed, Ph.D.<br>Wayne State University School of Medicine<br>Detroit, Michigan UNITED STATES |
| **Keywords:** | talc; talcum powder; titanium dioxide; epithelial ovarian cancer; transformation; primary cells; cell proliferation; colonies |
| **Abstract:** | Several epidemiological and molecular studies have linked perineal use of talcum powder to increased risk of ovarian cancer. Here we determined that exposure to talcum powder induces malignant transformation in human normal ovarian cells. Human primary normal ovarian epithelial cells (Cell Biologics), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories), and human primary peritoneal fibroblasts were treated with 100 and 500 ug/ml of talcum powder or titanium dioxide (TiO2) as a control for 72 hours before assessment with a cell transformation assay. Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in both ovarian cell lines. No colonies formed in the untreated ovarian cells or control ovarian cells at either dose. Interestingly, there were no colonies formed in talc treated normal peritoneal fibroblasts. Treatment with talc increased number of transformed ovarian cells by 11% and 20% in the 100 and 500 ug/ml doses, respectively (p<0.05). Likewise, but to a greater extent, treatment with talcum powder increased number of transformed HOSEpiC cells by 24% and 40% in the 100 and 500 ug/ml talcum powder doses, respectively (p<0.05). There were no detectible transformed cells when treated with TiO2. Exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding represents a direct causation mechanism of talcum powder exposure specific to normal ovarian cells and further supports previous studies of the association of genital use of talcum powder and increased risk of ovarian cancer. |
| **Order of Authors:** | Ghassan M Saed, Ph.D. |
| | Amy K. Harper |
| | Xin Wang |
| | Rong Fan |
| | Nicole M. Fletcher |
| | Robert T. Morris |
| **Opposed Reviewers:** | |
| **Additional Information:** | |
| **Question** | **Response** |
| **Financial Disclosure**<br><br>Enter a financial disclosure statement that describes the sources of funding for the | A portion of Dr. Saed's time conducting this research was paid for by the lawyers representing plaintiffs in the talcum powder litigation. Dr. Saed received no financial support for the authorship or publication of this article |

*Powered by Editorial Manager® and ProduXion Manager® from Aries Systems Corporation*

**ATTORNEYS' EYES ONLY**

work included in this submission. Review the submission guidelines for detailed requirements. View published research articles from *PLOS ONE* for specific examples.

This statement is required for submission and **will appear in the published article** if the submission is accepted. Please make sure it is accurate.

**Unfunded studies**
Enter: *The author(s) received no specific funding for this work.*

**Funded studies**
Enter a statement with the following details:
- Initials of the authors who received each award
- Grant numbers awarded to each author
- The full name of each funder
- URL of each funder website
- Did the sponsors or funders play any role in the study design, data collection and analysis, decision to publish, or preparation of the manuscript?
- **NO** - Include this sentence at the end of your statement: *The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.*
- **YES** - Specify the role(s) played.

* typeset

**Competing Interests**

Use the instructions below to enter a competing interest statement for this submission. On behalf of all authors, disclose any competing interests that could be perceived to bias this work—acknowledging all financial support and any other relevant financial or non-financial competing interests.

This statement **will appear in the published article** if the submission is accepted. Please make sure it is accurate. View published research articles from *PLOS ONE* for specific examples.

Dr. Saed has served as a paid consultant and expert witness for the plaintiffs in the talcum powder litigation. The remaining authors have no potential conflicts of interest to report.

*Powered by Editorial Manager® and ProduXion Manager® from Aries Systems Corporation*

**NO authors have competing interests**

Enter: *The authors have declared that no competing interests exist.*

**Authors with competing interests**

Enter competing interest details beginning with this statement:

*I have read the journal's policy and the authors of this manuscript have the following competing interests: [insert competing interests here]*

\* typeset

| **Ethics Statement** | N/A |
| --- | --- |

Enter an ethics statement for this submission. This statement is required if the study involved:

• Human participants
• Human specimens or tissue
• Vertebrate animals or cephalopods
• Vertebrate embryos or tissues
• Field research

Write "N/A" if the submission does not require an ethics statement.

General guidance is provided below. Consult the submission guidelines for detailed instructions. **Make sure that all information entered here is included in the Methods section of the manuscript.**

**ATTORNEYS' EYES ONLY**                                    **SAED_SEPT222021_SUPPL_000108**

**Format for specific study types**

**Human Subject Research (involving human participants and/or tissue)**
- Give the name of the institutional review board or ethics committee that approved the study
- Include the approval number and/or a statement indicating approval of this research
- Indicate the form of consent obtained (written/oral) or the reason that consent was not obtained (e.g. the data were analyzed anonymously)

**Animal Research (involving vertebrate animals, embryos or tissues)**
- Provide the name of the Institutional Animal Care and Use Committee (IACUC) or other relevant ethics board that reviewed the study protocol, and indicate whether they approved this research or granted a formal waiver of ethical approval
- Include an approval number if one was obtained
- If the study involved *non-human primates*, add *additional details* about animal welfare and steps taken to ameliorate suffering
- If anesthesia, euthanasia, or any kind of animal sacrifice is part of the study, include briefly which substances and/or methods were applied

**Field Research**

Include the following details if this study involves the collection of plant, animal, or other materials from a natural setting:
- Field permit number
- Name of the institution or relevant body that granted permission

**Data Availability**

Authors are required to make all data underlying the findings described fully available, without restriction, and from the time of publication. PLOS allows rare exceptions to address legal and ethical concerns. See the PLOS Data Policy and FAQ for detailed information.

Yes - all data are fully available without restriction

ATTORNEYS' EYES ONLY

SAED_SEPT222021_SUPPL_000109

A Data Availability Statement describing where the data can be found is required at submission. Your answers to this question constitute the Data Availability Statement and **will be published in the article**, if accepted.

**Important:** Stating 'data available on request from the author' is not sufficient. If your data are only available upon request, select 'No' for the first question and explain your exceptional situation in the text box.

Do the authors confirm that all data underlying the findings described in their manuscript are fully available without restriction?

**Describe where the data may be found in full sentences. If you are copying our sample text, replace any instances of XXX with the appropriate details.**

• If the data are **held or will be held in a public repository**, include URLs, accession numbers or DOIs. If this information will only be available after acceptance, indicate this by ticking the box below. For example: *All XXX files are available from the XXX database (accession number(s) XXX, XXX.).*
• If the data are all contained **within the manuscript and/or Supporting Information files,** enter the following: *All relevant data are within the manuscript and its Supporting Information files.*
• If neither of these applies but you are able to provide **details of access elsewhere,** with or without limitations, please do so. For example:

*Data cannot be shared publicly because of [XXX]. Data are available from the XXX Institutional Data Access / Ethics Committee (contact via XXX) for researchers who meet the criteria for access to confidential data.*

*The data underlying the results presented in the study are available from (include the name of the third party*

Data is recorded in laboratory notebook and kept in Dr. Saed's laboratory

ATTORNEYS' EYES ONLY

| | |
|---|---|
| *and contact information or URL).*<br>• This text is appropriate if the data are owned by a third party and authors do not have permission to share the data.<br><br>\* typeset | |
| Additional data availability information: | |

*Powered by Editorial Manager® and ProduXion Manager® from Aries Systems Corporation*

Cover Letter

Dear sir/madam,

Please consider our manuscript "Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells" for publication in your journal. We have previously published that Talcum powder induces an inflammatory/oxidative stress profile in normal epithelial ovarian cells similar to that seen in ovarian cancer cells. Here we are excited to demonstrate that exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding is intriguing, and work is currently ongoing in our laboratory to understand the mechanism.

Dr. Ghassan M. Saed
Associate Professor of Gynecologic Oncology
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology and Oncology
Member of Tumor Biology and Microenvironment Program
Karmanos Cancer Institute
Wayne State University School of Medicine
Detroit, MI 48202
(313) 577-5433 Office
(313) 577-1302 Lab
(313) 577-4633 Fax

ATTORNEYS' EYES ONLY

Click here to access/download;Manuscript;PLoS One.docx ±

1

**Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells**

Amy K. Harper, M.D.[1,2], Xin Wang, M.S. [1], Rong Fan, M.S.[1], Nicole M. Fletcher, Ph.D.[1], Robert T. Morris, M.D.[2], *Ghassan M. Saed, Ph.D.[1,2]

[1] Department of Obstetrics and Gynecology, Wayne State University School of Medicine and [2] Department of Gynecologic Oncology, Karmanos Cancer Institute, 4100 John R, Detroit, MI, 48201

aharper4@med.wayne.edu
xin.wang7@wayne.edu
florrie1522@gmail.com
nfletche@med.wayne.edu
rmorris@med.wayne.edu

**Key words:** talc, talcum powder, titanium dioxide, epithelial ovarian cancer, transformation, primary cells, cell proliferation, colonies

**\*Corresponding Author:**

Ghassan M. Saed, Ph.D.

Associate Professor of Gynecologic Oncology

Director of Ovarian Cancer Biology Research

Departments of Obstetrics and Gynecology and Oncology

Member of Tumor Biology and Microenvironment Program

Karmanos Cancer Institute

Wayne State University School of Medicine

Detroit, MI 48201

(313) 577-5433 Office phone, (313) 577-8544 Office fax, (313) 577-1302 Lab phone

gsaed@med.wayne.edu

ATTORNEYS' EYES ONLY

2

## Abstract

Several epidemiological and molecular studies have linked perineal use of talcum powder to increased risk of ovarian cancer. Here we determined that exposure to talcum powder induces malignant transformation in human normal ovarian cells.

Human primary normal ovarian epithelial cells (Cell Biologics), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories), and human primary peritoneal fibroblasts were treated with 100 and 500 ug/ml of talcum powder or titanium dioxide ($TiO_2$) as a control for 72 hours before assessment with a cell transformation assay.

Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in both ovarian cell lines. No colonies formed in the untreated ovarian cells or control ovarian cells at either dose. Interestingly, there were no colonies formed in talc treated normal peritoneal fibroblasts. Treatment with talc increased number of transformed ovarian cells by 11% and 20% in the 100 and 500 ug/ml doses, respectively ($p<0.05$). Likewise, but to a greater extent, treatment with talcum powder increased number of transformed HOSEpiC cells by 24% and 40% in the 100 and 500 ug/ml talcum powder doses, respectively ($p<0.05$). There were no detectible transformed cells when treated with $TiO_2$.

Exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding represents a direct causation mechanism of talcum powder exposure specific to normal ovarian cells and further supports previous studies of the association of genital use of talcum powder and increased risk of ovarian cancer.

3

## Introduction

Ovarian cancer is a gynecologic malignancy that ranks fifth in cancer deaths among women in United States (*1*).  Epithelial ovarian cancer (EOC) presents with various histopathology, molecular biology, and clinical outcome is thus considered a heterogeneous disease (*1, 2*). The prognosis of EOC remains poor, with a 5-year survival rate of 50% in advanced stage (*2*). This is largely due to the lack of early warning symptoms, screening methods, and the development of chemoresistance (*1, 2*).

The pathogenesis of EOC is still being elucidated but has been strongly associated with oxidative stress and inflammation (*3*) (*4*). Epithelial ovarian cancer cells manifest a persistent pro-oxidant state that has been demonstrated to be further enhanced in chemoresistant EOC cells (*5*),(*3*).   Attenuation of the pro-oxidant state with antioxidants/scavengers has been shown to selectively induce apoptosis in EOC cells indicating a potential therapeutic value (*5*),(*3*).

The association between genital use of talcum powder and risk of EOC have been previously described (*3, 6, 7*). Several Meta-analyses demonstrated a statistically significant increased risk of ovarian cancer with the genital use of talcum powder (*8-10*). In addition, several animal studies have reported that talcum powder causes inflammation and oxidative stress in animals (*11*) (*12-14*). Previous *in vitro* studies have demonstrated a biologic effect when cells in culture are exposed to talc (*15-18*). In support of these previous findings, we have recently delineated the molecular basis of the association of talcum powder use with increased risk of ovarian cancer (*19*).

On October 18, 2019, Johnson & Johnson recalled Johnson's Baby Powder lot #22318RB following FDA's finding that the product contained chrysotile asbestos. Talc

                SAED_SEPT222021_SUPPL_000115

4

and asbestos are both silicate minerals; the carcinogenic effects of asbestos have been extensively studied and documented in the medical literature (*3, 6*). Asbestos fibers in the lung initiate an inflammatory and scarring process, and it has been proposed that ground talc, as a foreign body, might initiate a similar inflammatory response (*3*). Here we sought to determine whether exposure to talcum powder will induce malignant transformation in human primary normal ovarian epithelial cells and human primary normal peritoneal fibroblasts.

**Material and Methods**

Human primary normal ovarian epithelial cells (Cell Biologics, Chicago, IL), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories, Inc, Carlsbad, California), and human primary normal peritoneal fibroblasts were isolated and cultured as we have previously described (*20, 21*). The fibroblast cell line has been extensively characterized in previous studies and has been shown to be pure and solely fibroblast cells (*20, 21*). Human normal ovarian epithelial cells and HOSEpiC cells were grown in complete human epithelial cell medium and conditions following their manufacturer's protocols. Human normal primary peritoneal fibroblasts were grown in Dulbecco's Modified Eagle Medium (DMEM) (Invitrogen, Carlsbad, CA). All media was supplemented with 10 % fetal bovine serum (FBS, Innovative Research, Novi, MI) and penicillin/streptomycin (Fisher Scientific, Waltham, MA), per their manufacturer specifications.

Talcum baby powder (Johnson & Johnson, #30027477, Lot#13717RA) or Titanium dioxide ($TiO_2$) were suspended in PBS (Stock solution of 50 mg/ml) and sonicated 3 times for 1 minute each. Human primary normal ovarian epithelial cells and human primary

ATTORNEYS' EYES ONLY

5

peritoneal fibroblasts were treated in duplicate with 100 and 500 u g/ml of talcum powder or $TiO_2$ as a control for 72 hours before assessment with cell transformation assay (colorimetric), according to the manufacturer protocol (Abcam-235698, Cambridge, MA). The experiments were repeated 3 times. This assay was chosen because it is more stable, faster and more sensitive than the Soft-Agar Assay.

A Cell-dose curve was established as described in the manufacturer's protocol. Briefly, we used cells ($5.34 \times 10^5$ cells/ml) were suspended in 1X DMEM/10% FBS medium. Cells were diluted into seven serial dilutions in a 1.5 mL centrifuge tubes. Serial dilution was performed using an 8 channel multi pipette by adding 150 µl of media to each well of a 96 well microplate. A 150 µl aliquot of the $5.34 \times 10^5$ cells/ml ($80 \times 10^3$ cells) was added to the wells of the first duplicate row. A 150 µl aliquot from the first duplicate row was removed and added to the next well and mixed. The process was repeated until the seven serial dilutions were obtained. The final well was for negative control (Blank) with media only and no cells. Test cells were all made as $30 \times 10^3$ cells/well. A 35 µl aliquot of 1X DMEM/10% FBS and 15 µl of WST working solution were then added into each well and incubate at 37º C for 4 hours. The absorbance was measured by a microtiter plate reader at 450 nm (Figure 1).

Agarose and WST working solutions were prepared as described in the kit information sheet. The base agarose mix was added into the required wells and kept for 15 minutes at 4°C to solidify the agarose. Stock solution was prepared by using a solution of cells ($1 \times 10^6$ cells/mL in 1X DMEM/10% FBS medium). The agarose-cell mix was added into every well of a 96 well plate previously holding the solidified base agarose layer and placed at 4°C for 10 minutes to solidify the layer. After placing the plate for 10

ATTORNEYS' EYES ONLY

6

min at 37ºC, 1X DMEM/10% FBS medium was added to all the wells and incubated at 37°C for 6-8 days.  On the last day the upper medium on the top agarose layer was cautiously removed by pipetting. A 1X DMEM/10% FBS and WST working solution was added into each well, incubated for 4 hours at 37°C. The absorbance was measured by a microtiter plate reader at 450 nm.

Statistical Analysis: Data was analyzed with paired t-tests. Data are expressed, as means +/- SD. Significance was determined as P <0.05.

**Results**

Treatment with talcum powder significantly increased number of transformed normal epithelial ovarian cells by 11% and 20% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 2, p<0.05). Likewise, but to a greater extent, treatment with talcum powder significantly increased number of transformed HOSEpiC cells by 24% and 40% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 2, p<0.05). Talcum powder had no detectable transformation effect on normal peritoneal fibroblasts (Figure 2). Anchorage-independent growth is a hallmark of cancer cells. Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in both of the normal epithelial ovarian cell lines in a dose dependent manner (Figure 3). Interestingly, there were no colonies formed in talcum powder treated normal fibroblasts (Figure 3). There were no colonies formed in either untreated ovarian cells or control ovarian cells at either dose. There were no detectible transformed cells when cells were treated with the control, $TiO_2$.

7

## Discussion

This is the first study to directly show that exposure to talcum powder induces malignant transformation in normal human ovarian epithelial cells. Interestingly, the ability of talcum powder exposure to induce transformation appears to be specific to ovarian cells as it did not induce transformation in human normal peritoneal fibroblasts. (Figure 3). The reason for this specific effect of talcum powder on the ovaries in still under investigation. Talc and asbestos particles have been detected in pelvic lymph nodes and other pelvic organs including the ovaries (3, 6, 22-24). Several studies have pointed toward the peristaltic pump feature of the uterus and fallopian tubes, which is known to enhance transport of sperm into the oviduct ipsilateral to the ovary bearing the dominant follicle (6, 7, 25).

The first epidemiologic study suggesting an increased risk of ovarian cancer with the genital use of talcum powder was published by Cramer et al. in 1982. These studies have shown the development of lung tumors in female, not male rats exposed to talc (26). Additional studies have shown some tumor-like morphological changes and macrophage activation as a result of talc exposure (26-28). However, it has been reported that inhalation of talc for a prolonged time by experimental animals did not induce cancer (28-30). Collectively, these findings seem to suggest that direct contact of talc with ovarian cells is required to enhance the process of cellular transformation.

The epidemiologic association of talcum powder use and risk of ovarian cancer has been established (31, 32). The risks for ovarian cancer from genital talcum powder use vary by histologic subtype, menopausal status at diagnosis, hormone therapy use, weight, and smoking, however, necessary information about the frequency and duration

8

of usage were lacking (*31-33*). Macrophage activation and inflammatory response to talcum powder were suggested as a link to increased risk of ovarian cancer.

Studies of other sources and batches of talcum powder as well as with other cell types are needed for a more comprehensive evaluation of the effect. Additional animal studies could further support the extent the effect of talcum powder. However, the result of this study clearly supports the molecular and epidemiological data on talc powder use and ovarian cancer risk.

Oxidative stress and inflammation have been implicated in the pathogenesis of ovarian cancer, specifically, by increased expression of several key pro-oxidant enzymes in EOC tissues and cells as compared to normal cells indicating an enhanced redox state (*34*). This redox state is further enhanced in chemoresistant EOC cells as evidenced by a further increase in key pro-oxidant enzymes and a decrease in anti-oxidant levels, suggesting a shift towards a pro-oxidant state (*34*). Antioxidant enzymes, key regulators of cellular redox balance, are differentially expressed in various cancers, including ovarian (*34, 35*).

Our laboratory was the first to confirm the cellular effect of talcum powder and provide a potential molecular mechanism. Talcum powder exposure induced molecular changes in redox enzymes in normal ovarian cells similar to those known for ovarian cancer(*3, 19*). In all talc-treated cells, there was a significant dose-dependent increase in key prooxidants with a concomitant decrease in key antioxidants enzymes. Remarkably, talcum powder exposure induced specific point mutations that are known to alter the activity in some of these key enzymes. The mechanism by which talcum powder alters the cellular redox and inflammatory balance involves the induction of specific mutations

                                    SAED_SEPT222021_SUPPL_000120

9

in key oxidant and antioxidant enzymes that correlate with alterations in their activities. The fact that these mutations happen to correspond to known SNPs of these enzymes suggests a genetic predisposition to developing ovarian cancer with genital talcum powder use.

We have previously reported that EOC cells manifest increased cell proliferation and decreased apoptosis (*34*). Recently, we have shown that talcum powder enhances cell proliferation and induces an inhibition in apoptosis in EOC cells, but more importantly in normal cells, suggesting talc is a stimulus to the development of the oncogenic phenotype. Talcum powder exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125. These findings are the first to confirm the cellular effect of talcum powder and provide a molecular mechanism to previous reports linking genital use to increased ovarian cancer risk.

**Declaration of Conflicting Interests:**

Dr. Saed has served as a paid consultant and expert witness for the plaintiffs in the talcum powder litigation. The remaining authors have no potential conflicts of interest to report.

**Funding:**

A portion of Dr. Saed's time conducting this research was paid for by the lawyers representing plaintiffs in the talcum powder litigation. Dr. Saed received no financial support for the authorship or publication of this article.

10

## References

1.  J. S. Berek *et al.*, [Epithelial ovarian cancer (advanced stage): consensus conference (1998)]. *Gynecologie, obstetrique & fertilite* **28**, 576-583 (2000).

2.  D. Jelovac, D. K. Armstrong, Recent progress in the diagnosis and treatment of ovarian cancer. *CA: a cancer journal for clinicians* **61**, 183-203 (2011).

3.  G. M. Saed, M. P. Diamond, N. M. Fletcher, Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic oncology* **145**, 595-602 (2017).

4.  S. Reuter, S. C. Gupta, M. M. Chaturvedi, B. B. Aggarwal, Oxidative stress, inflammation, and cancer: how are they linked? *Free Radic Biol Med* **49**, 1603-1616 (2010).

5.  N. M. Fletcher *et al.*, Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. *Free Radic Biol Med* **102**, 122-132 (2016).

6.  G. Kunz *et al.*, The uterine peristaltic pump. Normal and impeded sperm transport within the female genital tract. *Adv Exp Med Biol* **424**, 267-277 (1997).

7.  G. Leyendecker *et al.*, Uterine peristaltic activity and the development of endometriosis. *Ann N Y Acad Sci* **1034**, 338-355 (2004).

8.  K. A. Rosenblatt, W. A. Mathews, J. R. Daling, L. F. Voigt, K. Malone, Characteristics of women who use perineal powders. *Obstet Gynecol* **92**, 753-756 (1998).

9.  A. Tzonou *et al.*, Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* **55**, 408-410 (1993).

10. A. S. Whittemore *et al.*, Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* **128**, 1228-1240 (1988).

11. C. Wong, R. E. Hempling, M. S. Piver, N. Natarajan, C. J. Mettlin, Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol* **93**, 372-376 (1999).

12. D. M. Gertig *et al.*, Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst* **92**, 249-252 (2000).

ATTORNEYS' EYES ONLY

11

13.  S. E. Hankinson *et al.*, Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. *JAMA* **270**, 2813-2818 (1993).

14.  D. W. Cramer, A. F. Vitonis, K. L. Terry, W. R. Welch, L. J. Titus, The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology* **27**, 334-346 (2016).

15.  H. Langseth, S. E. Hankinson, J. Siemiatycki, E. Weiderpass, Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health* **62**, 358-360 (2008).

16.  W. J. Henderson, C. A. Joslin, A. C. Turnbull, K. Griffiths, Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw* **78**, 266-272 (1971).

17.  D. S. Heller, C. Westhoff, R. E. Gordon, N. Katz, The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol* **174**, 1507-1510 (1996).

18.  J. E. Muscat, M. S. Huncharek, Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev* **17**, 139-146 (2008).

19.  N. M. Fletcher *et al.*, Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer. *Reprod Sci* **26**, 1603-1612 (2019).

20.  G. M. Saed, W. Zhang, M. P. Diamond, Molecular characterization of fibroblasts isolated from human peritoneum and adhesions. *Fertility and sterility* **75**, 763-768 (2001).

21.  G. M. Saed, M. P. Diamond, Differential expression of alpha smooth muscle cell actin in human fibroblasts isolated from intraperitoneal adhesions and normal peritoneal tissues. *Fertility and sterility* **82 Suppl 3**, 1188-1192 (2004).

22.  D. W. Cramer, W. R. Welch, R. S. Berkowitz, J. J. Godleski, Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol* **110**, 498-501 (2007).

23.  S. A. McDonald *et al.*, Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes. *Ultrastruct Pathol* **43**, 13-27 (2019).

12

24.  S. A. McDonald, Y. Fan, W. R. Welch, D. W. Cramer, J. J. Godleski, Migration of Talc From the

Perineum to Multiple Pelvic Organ Sites. *Am J Clin Pathol* **152**, 590-607 (2019).

25.  I. Zervomanolakis *et al.*, Physiology of upward transport in the human female genital tract. *Ann N Y Acad Sci* **1101**, 1-20 (2007).

26.  P. National Toxicology, NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). *Natl Toxicol Program Tech Rep Ser* **421**, 1-287 (1993).

27.  I. Shim *et al.*, Inhalation of Talc Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase in Rats. *Int J Toxicol* **34**, 491-499 (2015).

28.  T. C. Hamilton, H. Fox, C. H. Buckley, W. J. Henderson, K. Griffiths, Effects of talc on the rat ovary. *Br J Exp Pathol* **65**, 101-106 (1984).

29.  M. R. Frazier-Jessen, F. J. Mott, P. L. Witte, E. J. Kovacs, Estrogen suppression of connective tissue deposition in a murine model of peritoneal adhesion formation. *J Immunol* **156**, 3036-3042 (1996).

30.  J. A. Pickrell *et al.*, Talc deposition and effects after 20 days of repeated inhalation exposure of rats and mice to talc. *Environ Res* **49**, 233-245 (1989).

31.  K. L. Terry *et al.*, Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)* **6**, 811-821 (2013).

32.  R. Penninkilampi, G. D. Eslick, Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology* **29**, 41-49 (2018).

33.  B. M. Reid, J. B. Permuth, T. A. Sellers, Epidemiology of ovarian cancer: a review. *Cancer Biol Med* **14**, 9-32 (2017).

34.  G. M. Saed, M. P. Diamond, N. M. Fletcher, Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecol Oncol*,  (2017).

35.  R. Brigelius-Flohe, A. Kipp, Glutathione peroxidases in different stages of carcinogenesis. *Biochimica et biophysica acta* **1790**, 1555-1568 (2009).

13

ATTORNEYS' EYES ONLY

Click here to access/download;Figure;Figures.docx ±



Figure 1. Human primary normal ovarian epithelial cell-dose curve



Figure 2. Equal numbers (30K) of human primary normal ovarian epithelial cells (NOEC), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) were seeded for the cell transformation assay as described in methods. After 6 days, the cell number were measured. Standard and samples readings were taken 4 hours after adding WST working solution.



Figure 3: Images of human primary normal ovarian epithelial cells (NOEC), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) treated with 100 and 500 ug/ml of talcum powder, after 6 days of culture.

ATTORNEYS' EYES ONLY

**From:** Reproductive Sciences - Editorial Office em@editorialmanager.com
**Subject:** Your Submission RESC-D-20-00635
**Date:** August 27, 2020 at 12:24 AM
**To:** Ghassan Saed gsaed@med.wayne.edu

Dear Dr. Saed,

We have received the reports from our advisors on your manuscript RESC-D-20-00635 "Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells".

With regret, I must inform you that, based on the advice received, I have decided that your manuscript cannot be accepted for publication in Reproductive Sciences.

Below, please find the comments for your perusal. You are kindly requested to also check the website for possible reviewer attachment(s).

I would like to thank you very much for forwarding your manuscript to us for consideration and wish you every success in finding an alternative place of publication.

With kind regards,

Setsuko Chambers
Associate Editor
Reproductive Sciences

Comments to the author (if any):

1-The findings still would not establish that it is biologically plausible that talc causes ovarian cancer in living humans .
2- Injection talcum powder into the reproductive systems of laboratory animals to see if the same changes occur is highly recommended.
3-What are the Justification for the Talcum powder amount added to the cell cultures
Are those amounts are in actual situations are present at the commercially used powder and how long the human needs to get these amounts in actual life .
4-Does the talcum powder used is pure or contains traces of asbestos
5-The discussion is lengthy and redundant and the authors keep repeating the same information and self citation without adding any more relevant data or comparisons with several other published data in the same field .


Message from Springer Nature, publisher of Reproductive Sciences:
Although your manuscript was not suitable for Reproductive Sciences,
Springer Nature is keen to help you find a suitable journal to publish your manuscript from our portfolio of over 2,600 journals.
One of our Submission Editorial Advisors will be in touch shortly to help you find the most relevant journal for your manuscript.


**Our flexible approach during the COVID-19 pandemic**

If you need more time at any stage of the peer-review process, please do let us know. While our systems will continue to remind you of the original timelines, we aim to be as flexible as possible during the current pandemic.

This letter contains confidential information, is for your own use, and should not be forwarded to third parties.

Recipients of this email are registered users within the Editorial Manager database for this journal. We will keep your information on file to use in the process of submitting, evaluating and publishing a manuscript. For more information on how we use your personal details please see our privacy policy at https://www.springernature.com/production-privacy-policy. If you no longer wish to receive messages from this journal or you have questions regarding database management, please contact the Publication Office at the link below.

In compliance with data protection regulations, you may request that we remove your personal registration details at any time. (Use the following URL: https://www.editorialmanager.com/resc/login.asp?a=r). Please contact the publication office if you have any questions.

# Reproductive Sciences

## Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells
### --Manuscript Draft--

| | |
|---|---|
| Manuscript Number: | RESC-D-20-00635 |
| Full Title: | Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells |
| Article Type: | Original Article |
| Section/Category: | Gynecologic Oncology |
| Manuscript Classifications: | 60: Gynecologic Oncology |
| Funding Information: | |
| Abstract: | Several epidemiological and molecular studies have linked perineal use of talcum powder to increased risk of ovarian cancer. Here we determined that exposure to talcum powder induces malignant transformation in human normal ovarian cells. Human primary normal ovarian epithelial cells (Cell Biologics), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories), and human primary peritoneal fibroblasts were treated with 100 and 500 u g/ml of talcum powder or titanium dioxide (TiO2) as a control for 72 hours before assessment with cell transformation assay. Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in both ovarian cell lines. There were no colonies formed in untreated ovarian cells or control ovarian cells at either dose. Interestingly, there were no colonies formed in talc treated normal peritoneal fibroblasts. Treatment with talc increased number of transformed ovarian cells by 11% and 20% in the 100 and 500 ug/ml doses, respectively (p<0.05). Likewise, but to a greater extent, treatment with talcum powder increased number of transformed HOSEpiC cells by 24% and 40% in the 100 and 500 ug/ml talcum powder doses, respectively (p<0.05). There were no detectible transformed cells when treated with TiO2. Exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding represents a direct causation mechanism of talcum powder exposure specific to normal ovarian cells and further supports previous studies of the association of genital use of talcum powder and increased risk of ovarian cancer. |
| Corresponding Author: | Ghassan Saed<br>Wayne State University<br>UNITED STATES |
| Corresponding Author Secondary Information: | |
| Corresponding Author's Institution: | Wayne State University |
| Corresponding Author's Secondary Institution: | |
| First Author: | Amy K. Harper, M.D. |
| First Author Secondary Information: | |
| Order of Authors: | Amy K. Harper, M.D. |
| | Xin Wang, M.S. |
| | Rama Majed, B.S. |
| | Rong Fan, M.S. |
| | Nicole M. Fletcher, Ph.D. |
| | Robert T. Morris, M.D. |
| | Ghassan Saed |

ATTORNEYS' EYES ONLY

| | |
|---|---|
| Order of Authors Secondary Information: | |
| Author Comments: | |
| Suggested Reviewers: | |

*Powered by Editorial Manager® and ProduXion Manager® from Aries Systems Corporation*

**ATTORNEYS' EYES ONLY**                                                                                     **SAED_SEPT222021_SUPPL_000130**

Manuscript

Click here to access/download;Manuscript;Manuscript.docx ±

Click here to view linked References

1

**Talcum powder induces malignant transformation in human primary normal ovarian epithelial cells**

Amy K. Harper, M.D.[a], Xin Wang, M.S. [a], Rama Majed, B.S.[a], Rong Fan, M.S.[a], Nicole M. Fletcher, Ph.D.[a], Robert T. Morris, M.D.[b], Ghassan M. Saed, Ph.D.[a,b]

[a] Department of Obstetrics and Gynecology, Wayne State University School of Medicine and [b] Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI

Corresponding Author:

Ghassan M. Saed, Ph.D.

Associate Professor of Gynecologic Oncology

Director of Ovarian Cancer Biology Research

Departments of Obstetrics and Gynecology and Oncology

Member of Tumor Biology and Microenvironment Program

Karmanos Cancer Institute

Wayne State University School of Medicine

Detroit, MI 48201

(313) 577-5433 Office phone

(313) 577-8544 Office fax

(313) 577-1302 Lab phone

gsaed@med.wayne.edu

2

**Abstract**

Several epidemiological and molecular studies have linked perineal use of talcum powder to increased risk of ovarian cancer. Here we determined that exposure to talcum powder induces malignant transformation in human normal ovarian cells. Human primary normal ovarian epithelial cells (Cell Biologics), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories), and human primary peritoneal fibroblasts were treated with 100 and 500 u g/ml of talcum powder or titanium dioxide ($TiO_2$) as a control for 72 hours before assessment with cell transformation assay. Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in both ovarian cell lines. There were no colonies formed in untreated ovarian cells or control ovarian cells at either dose. Interestingly, there were no colonies formed in talc treated normal peritoneal fibroblasts. Treatment with talc increased number of transformed ovarian cells by 11% and 20% in the 100 and 500 ug/ml doses, respectively ($p<0.05$). Likewise, but to a greater extent, treatment with talcum powder increased number of transformed HOSEpiC cells by 24% and 40% in the 100 and 500 ug/ml talcum powder doses, respectively ($p<0.05$). There were no detectible transformed cells when treated with $TiO_2$. Exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding represents a direct causation mechanism of talcum powder exposure specific to normal ovarian cells and further supports previous studies of the association of genital use of talcum powder and increased risk of ovarian cancer.

**Keywords:** talc, talcum powder, titanium dioxide, epithelial ovarian cancer, transformation, primary cells, cell proliferation, colonies

ATTORNEYS' EYES ONLY

3

## Introduction

Ovarian cancer is a gynecologic malignancy that ranks fifth in cancer deaths among women in United States [1]. Epithelial ovarian cancer (EOC) presents with various histopathology, molecular biology, and clinical outcome is thus considered a heterogeneous disease [1, 2]. The prognosis of EOC remains poor, with a 5-year survival rate of 50% in advanced stage [2]. This is largely due to the lack of early warning symptoms, screening methods, and the development of chemoresistance [1, 2]. The pathogenesis of EOC is still being elucidated but has been strongly associated with oxidative stress and inflammation.

Epithelial ovarian cancer has been strongly associated with oxidative stress and inflammation [3] [4]. Epithelial ovarian cancer cells manifest a persistent pro-oxidant state that is further enhanced in chemoresistant EOC cells [5],[3]. Attenuation of the pro-oxidant state with antioxidants/scavengers have been shown to selectively induce apoptosis in EOC cells indicating a potential therapeutic value [5],[3].

The association between genital use of talcum powder and risk of EOC have been previously described [3, 6, 7]. Several Meta-analyses demonstrated a statistically significant increased risk of ovarian cancer with the genital use of talcum powder [8-10]. In addition, several animal studies have reported that talcum powder causes inflammation and oxidative stress in animals [11] [12-14]. Previous *in vitro* studies have demonstrated a biologic effect when cells in culture are exposed to talc [15-18]. In support of these previous findings, we have recently delineated the molecular basis of the association of talcum powder use with increased risk of ovarian cancer [19].

4

On October 18, 2019, Johnson & Johnson recalled Johnson's Baby Powder lot #22318RB following FDA's finding that the product contained chrysotile asbestos. Talc and asbestos are both silicate minerals; the carcinogenic effects of asbestos have been extensively studied and documented in the medical literature [3, 6]. Asbestos fibers in the lung initiate an inflammatory and scarring process, and it has been proposed that ground talc, as a foreign body, might initiate a similar inflammatory response [3]. Here we sought to determine whether exposure to talcum powder will induce malignant transformation in human primary normal ovarian epithelial cells and human primary normal peritoneal fibroblasts.

**Material and Methods**

Human primary normal ovarian epithelial cells (Cell Biologics, Chicago, IL), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories, Inc, Carlsbad, California), and human primary normal peritoneal fibroblasts were isolated and cultured as we have previously described [20, 21] . The fibroblast cell line has been extensively characterized in previous studies and has been shown to be pure and solely fibroblast cells [20, 21]. Human normal ovarian epithelial cells and HOSEpiC cells were grown in complete human epithelial cell medium and conditions following their manufacturer's protocols. Human normal primary peritoneal fibroblasts were grown in Dulbecco's Modified Eagle Medium (DMEM) (Invitrogen, Carlsbad, CA). All media was supplemented with 10 % fetal bovine serum (FBS, Innovative Research, Novi, MI) and penicillin/streptomycin (Fisher Scientific), per their manufacturer specifications.

5

Talcum powder or Titanium dioxide ($TiO_2$) were suspended in PBS (Stock solution of 50 mg/ml) and sonicated 3 times for 1 minute each. Human primary normal ovarian epithelial cells and human primary peritoneal fibroblasts were treated in duplicate with 100 and 500 u g/ml of talcum powder or $TiO_2$ as a control for 72 hours before assessment with cell transformation assay (colorimetric), according to the manufacturer protocol (abcam 235698). The experiments were repeated 3 times. This assay was chosen because it is more stable, faster and more sensitive than the Soft-Agar Assay.

Cell-dose curve was established as described in manufacturer protocol. Briefly, we used cells (5.34 x $10^5$ cells/ml) in 1X DMEM/10% FBS medium and a control containing no cells. Cells were diluted into seven serial dilutions in a 1.5 mL centrifuge tubes. Serial dilution was performed using an 8 channel multi pipette by adding 150 µl of media to each well of a 96 well microplate. One hundred fifty µl aliquot of 5.34 x$10^5$ cells/ml (80 x$10^3$ cells) was added to the wells of the first duplicate row. One hundred fifty µl aliquot from the first duplicate row was removed and added to the next well and mixed. The process was repeated until the seven serial dilutions were obtained. The final well was for negative control (Blank) with media only and no cells. Test cells were all made as 30 x$10^3$ cells/well. A 35 µl aliquot of 1X DMEM/10% FBS and 15 µl of WST working solution were then added into each well and incubate at 37º C for 4 hours. The absorbance was measured by a microtiter plate reader at 450 nm.

Agarose and WST working solutions were prepared as described in the kit information sheet. The base agarose mix was added into the required wells and kept for 15 minutes at 4°C to solidify the agarose. Stock solution was prepared by using a solution of cells (1 X $10^6$ cells/mL in 1X DMEM/10% FBS medium). The agarose-cell mix was

6

added into every well of a 96 well plate previously holding the solidified base agarose layer and placed at 4°C for 10 minutes to solidify the layer. After placing the plate for 10 min at 37ºC, 1X DMEM/10% FBS medium was added to all the wells and incubated at 37°C for 6-8 days.  On the last day the upper medium on the top agarose layer was cautiously removed by pipetting. A 1X DMEM/10% FBS and WST working solution was added into each well, incubated for 4 hours at 37°C. The absorbance was measured by a microtiter plate reader at 450 nm.

Statistical Analysis: Data was analyzed with paired t-tests. Data are expressed, as means +/- SD. Significance was determined as $P < 0.05$.

**Results**

Treatment with talcum powder significantly increased number of transformed normal epithelial ovarian cells by 11% and 20% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 3, p<0.05). Likewise, but to a greater extent, treatment with talcum powder significantly increased number of transformed HOSEpiC cells by 24% and 40% in the 100 and 500 ug/ml talcum powder doses, respectively (Figure 2, p<0.05). Talcum powder has no detectable transformation effect on normal peritoneal fibroblasts (Figure 2). Anchorage-independent growth is a hallmark of cancer cells. Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in both of the normal epithelial ovarian cell lines in a dose dependent manner (Figure 3). There were no colonies formed in untreated ovarian cells or control ovarian cells at either dose. There were no detectible transformed cells when cells were treated with $TiO_2$. Interestingly, there were no colonies formed in talcum powder treated normal fibroblasts (Figure 3).

ATTORNEYS' EYES ONLY

7

## Discussion

This is the first study to directly show that exposure to talcum powder induces malignant transformation in normal human ovarian epithelial cells. Interestingly, the ability of talcum powder exposure to induce transformation appears to be specific to ovarian cells as it did not induce transformation in human normal peritoneal fibroblasts. (figure 3). The reason for this specific effect of talcum powder on the ovaries in still under investigation. Talc and asbestos particles have been detected in pelvic lymph nodes and other pelvic organs including ovaries [6, 3, 22-24]. Several studies have pointed toward the peristaltic pump feature of the uterus and fallopian tubes, which is known to enhance transport of sperm into the oviduct ipsilateral to the ovary bearing the dominant follicle [6, 7, 25].

The first epidemiologic study suggesting an increased risk of ovarian cancer with the genital use of talcum powder was published by Cramer et al. in 1982. These studies have shown the development of lung tumors in female, not male rats exposed to talc [26]. Additional studies have shown some tumor-like morphological changes and macrophage activation as a result of talc exposure [27, 26, 28]. However, it has been reported that inhalation of talc for a prolonged time by experimental animals did not induce cancer [28-30]. Collectively, these findings seem to suggest that direct contact of talc with ovarian cells is required to enhance the process of cellular transformation.

The epidemiologic association of talcum powder use and risk of ovarian cancer has been established [31, 32]. The risks for ovarian cancer from genital talcum powder use vary by histologic subtype, menopausal status at diagnosis, hormone therapy use, weight, and smoking however, necessary information about the frequency and duration

SAED_SEPT222021_SUPPL_000137

8

of usage were lacking [32, 31, 33]. Macrophage activation and inflammatory response to talcum powder were suggested as a link to increased risk of ovarian cancer.

Studies of other sources and batches of talcum powder as well as with other cell types are needed for a more comprehensive evaluation of the effect. Additional animal studies could further support the extent the effect of talcum powder. However, the result of this study clearly supports the molecular and epidemiological data on talc powder use and ovarian cancer risk.

Oxidative stress and inflammation have been implicated in the pathogenesis of ovarian cancer, specifically, by increased expression of several key pro-oxidant enzymes in EOC tissues and cells as compared to normal cells indicating an enhanced redox state [3]. This redox state is further enhanced in chemoresistant EOC cells as evidenced by a further increase in key pro-oxidant enzymes and a decrease in anti-oxidant levels, suggesting a shift towards a pro-oxidant state [3]. Antioxidant enzymes, key regulators of cellular redox balance, are differentially expressed in various cancers, including ovarian [3, 34].

Our laboratory was the first to confirm the cellular effect of talcum powder and provide a potential molecular mechanism. Talcum powder exposure induced molecular changes in redox enzymes in normal ovarian cells similar to those known for ovarian cancer[3, 19]. In all talc-treated cells, there was a significant dose-dependent increase in key prooxidant with a concomitant decrease in key antioxidants enzymes. Remarkably, talcum powder exposure induced specific point mutations that are known to alter the activity in some of these key enzymes. The mechanism by which talcum powder alters the cellular redox and inflammatory balance involves the induction of specific mutations

ATTORNEYS' EYES ONLY

9

in key oxidant and antioxidant enzymes that correlate with alterations in their activities. The fact that these mutations happen to correspond to known SNPs of these enzymes indicate a genetic predisposition to developing ovarian cancer with genital talcum powder use.

We have previously reported that EOC cells manifest increased cell proliferations and decreased apoptosis [3]. Recently, we have shown that talcum powder enhances cell proliferation and induces an inhibition in apoptosis in EOC cells, but more importantly in normal cells, suggesting talc is a stimulus to the development of the oncogenic phenotype. Talcum powder exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125. These findings are the first to confirm the cellular effect of talcum powder and provide a molecular mechanism to previous reports linking genital use to increased ovarian cancer risk.

**Declaration of Conflicting Interests:**

Dr. Saed has served as a paid consultant and expert witness for the plaintiffs in the talcum powder litigation. The remaining authors have no potential conflicts of interest to report.

 **Funding:**

A portion of Dr. Saed's time conducting this research was paid for by the lawyers representing plaintiffs in the talcum powder litigation. Dr. Saed received no financial support for the authorship or publication of this article.

10

## References

1. Berek JS, Bertelsen K, du Bois A, Brady MF, Carmichael J, Eisenhauer EA et al. [Epithelial ovarian cancer (advanced stage): consensus conference (1998)]. Gynecol Obstet Fertil. 2000;28(7-8):576-83.

2. Jelovac D, Armstrong DK. Recent progress in the diagnosis and treatment of ovarian cancer. CA Cancer J Clin. 2011;61(3):183-203. doi:10.3322/caac.20113.

3. Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 2017;145(3):595-602. doi:10.1016/j.ygyno.2017.02.033.

4. Loeber O, Reuter S, Apter D, van der Doef S, Lazdane G, Pinter B. Aspects of sexuality education in Europe - definitions, differences and developments. Eur J Contracep Reprod Health Care. 2010;15(3):169-76. doi:10.3109/13625181003797280.

5. Fletcher NM, Belotte J, Saed MG, Memaj I, Diamond MP, Morris RT et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. Free Radic Biol Med. 2017;102:122-32. doi:10.1016/j.freeradbiomed.2016.11.028.

6. Kunz G, Beil D, Deiniger H, Einspanier A, Mall G, Leyendecker G. The uterine peristaltic pump. Normal and impeded sperm transport within the female genital tract. Adv Exp Med Biol. 1997;424:267-77.

7. Leyendecker G, Kunz G, Herbertz M, Beil D, Huppert P, Mall G et al. Uterine peristaltic activity and the development of endometriosis. Ann N Y Acad Sci. 2004;1034:338-55. doi:10.1196/annals.1335.036.

8. Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. Obstet Gynecol. 1998;92(5):753-6. doi:10.1016/s0029-7844(98)00252-x.

9. Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer. 1993;55(3):408-10. doi:10.1002/ijc.2910550313.

10. Whittemore AS, Wu ML, Paffenbarger RS, Jr., Sarles DL, Kampert JB, Grosser S et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder,

ATTORNEYS' EYES ONLY

11

tobacco, alcohol, and coffee. Am J Epidemiol. 1988;128(6):1228-40.

doi:10.1093/oxfordjournals.aje.a115077.

11. Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent

epithelial ovarian cancer: a case-control study. Obstet Gynecol. 1999;93(3):372-6. doi:10.1016/s0029-

7844(98)00439-6.

12. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC et al. Prospective study of

talc use and ovarian cancer. J Natl Cancer Inst. 2000;92(3):249-52. doi:10.1093/jnci/92.3.249.

13. Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B et al. Tubal ligation,

hysterectomy, and risk of ovarian cancer. A prospective study. JAMA. 1993;270(23):2813-8.

14. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and

Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology. 2016;27(3):334-

46. doi:10.1097/EDE.0000000000000434.

15. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian

cancer. J Epidemiol Community Health. 2008;62(4):358-60. doi:10.1136/jech.2006.047894.

16. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J

Obstet Gynaecol Br Commonw. 1971;78(3):266-72. doi:10.1111/j.1471-0528.1971.tb00267.x.

17. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage

and ovarian talc particle burden. Am J Obstet Gynecol. 1996;174(5):1507-10. doi:10.1016/s0002-

9378(96)70597-5.

18. Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. Eur J Cancer Prev.

2008;17(2):139-46. doi:10.1097/CEJ.0b013e32811080ef.

19. Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM. Molecular Basis Supporting the

Association of Talcum Powder Use With Increased Risk of Ovarian Cancer. Reprod Sci.

2019;26(12):1603-12. doi:10.1177/1933719119831773.

20. Saed GM, Zhang W, Diamond MP. Molecular characterization of fibroblasts isolated from human

peritoneum and adhesions. Fertil Steril. 2001;75(4):763-8. doi:10.1016/s0015-0282(00)01799-4.

ATTORNEYS' EYES ONLY

12

21. Saed GM, Diamond MP. Molecular characterization of postoperative adhesions: the adhesion phenotype. J Am Assoc Gynecol Laparosc. 2004;11(3):307-14. doi:10.1016/s1074-3804(05)60041-2.

22. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. Obstet Gynecol. 2007;110(2 Pt 2):498-501. doi:10.1097/01.AOG.0000262902.80861.a0.

23. McDonald SA, Fan Y, Welch WR, Cramer DW, Stearns RC, Sheedy L et al. Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes. Ultrastruct Pathol. 2019;43(1):13-27. doi:10.1080/01913123.2019.1593271.

24. McDonald SA, Fan Y, Welch WR, Cramer DW, Godleski JJ. Migration of Talc From the Perineum to Multiple Pelvic Organ Sites. Am J Clin Pathol. 2019;152(5):590-607. doi:10.1093/ajcp/aqz080.

25. Zervomanolakis I, Ott HW, Hadziomerovic D, Mattle V, Seeber BE, Virgolini I et al. Physiology of upward transport in the human female genital tract. Ann N Y Acad Sci. 2007;1101:1-20. doi:10.1196/annals.1389.032.

26. National Toxicology P. NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). Natl Toxicol Program Tech Rep Ser. 1993;421:1-287.

27. Shim I, Kim HM, Yang S, Choi M, Seo GB, Lee BW et al. Inhalation of Talc Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase in Rats. Int J Toxicol. 2015;34(6):491-9. doi:10.1177/1091581815607068.

28. Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. Br J Exp Pathol. 1984;65(1):101-6.

29. Frazier-Jessen MR, Mott FJ, Witte PL, Kovacs EJ. Estrogen suppression of connective tissue deposition in a murine model of peritoneal adhesion formation. J Immunol. 1996;156(8):3036-42.

30. Pickrell JA, Snipes MB, Benson JM, Hanson RL, Jones RK, Carpenter RL et al. Talc deposition and effects after 20 days of repeated inhalation exposure of rats and mice to talc. Environ Res. 1989;49(2):233-45. doi:10.1016/s0013-9351(89)80069-6.

13

31. Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res (Phila). 2013;6(8):811-21. doi:10.1158/1940-6207.CAPR-13-0037.

32. Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9. doi:10.1097/EDE.0000000000000745.

33. Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer Biol Med. 2017;14(1):9-32. doi:10.20892/j.issn.2095-3941.2016.0084.

34. Brigelius-Flohe R, Kipp A. Glutathione peroxidases in different stages of carcinogenesis. Biochim Biophys Acta. 2009;1790(11):1555-68. doi:10.1016/j.bbagen.2009.03.006.

ATTORNEYS' EYES ONLY

Figure

Click here to access/download;Figure;Figures.docx ▲



Figure 1. Human primary normal ovarian epithelial cell-dose curve



Figure 2. Equal numbers (30K) of human primary normal ovarian epithelial cells (NOEC), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) were seeded for the cell transformation assay as described in methods. After 6 days, the cell number were measured. Standard and samples readings were taken 4 hours after adding WST working solution.

SAED_SEPT222021_SUPPL_000144



Figure 3: Images of human primary normal ovarian epithelial cells (NOEC), human ovarian epithelial cells (HOSEpiC) and human normal peritoneal fibroblast cells (NF) treated with 100 and 500 ug/ml of talcum powder, after 6 days of culture.

ethical consents

Click here to access/download;ethical consents;This is an
observational study.docx

This is an observational study which utilizes commercially available cell lines.
No ethical approval is required.

ATTORNEYS' EYES ONLY

**From:** Dale Gibbons dale.gibbons@sgo.org 📎
**Subject:** Abstract #15665 for SGO 2020 Annual Meeting
**Date:** January 31, 2020 at 8:31 AM
**To:** aharper4@med.wayne.edu, florrie1522@gmail.com, gb1258@wayne.edu, nicolefletcherking@gmail.com, rmorris@med.wayne.edu, gsaed@med.wayne.edu
**Cc:** Kim, Kenneth kkim@uabmc.edu, Moore, Kathleen N. (OB/GYN - HSC) Kathleen-Moore@ouhsc.edu

Dear Drs. Harper, Fan, Majed, King, Morris, and Saed,

I am writing to you on behalf of SGO's 2020 Annual Meeting Program Committee Co-chairs, Drs. Kathleen Moore and Kenneth Kim. Drs. Moore and Kim would like to know if you would like to update your disclosures for the attached abstract. Please let me know as soon as possible so we can accurately report the disclosures in the printed program book.

You may email any updates directly to me.

Please contact me if you have any questions.

Thank you,

Dale

Dale Gibbons, CAE
**DIRECTOR OF PROFESSIONAL EDUCATION | SOCIETY OF GYNECOLOGIC ONCOLOGY | FOUNDATION FOR WOMEN'S CANCER**
dale.gibbons@sgo.org | sgo.org | foundationforwomenscancer.org
Direct: 312-676-3918 | Main Office: 312-235-4060, ext. 1258 | Fax: 312-235-4059
230 W. Monroe St., Ste. 710, Chicago, IL 60606-4703 USA
Connect with us on Facebook | Twitter | LinkedIn | Flickr | YouTube





15665 Talcum
powder...ls.docx

ATTORNEYS' EYES ONLY



**SGO 20/20** VISION FOR THE FUTURE **ANNUAL MEETING ON WOMEN'S CANCER**

### 297 - Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells but not human primary normal peritoneal fibroblasts

Metro Toronto Convention Centre - Hall E
Sunday, March 29, 2020 : 9:45 AM – 10:45 AM
Sunday, March 29, 2020 : 3:30 PM – 5:00 PM
Monday, March 30, 2020 : 10:15 AM – 11:15 AM
Monday, March 30, 2020 : 3:30 PM – 5:00 PM

#### Abstract

**Objective:** The aim of this study was to demonstrate whether exposure to talcum powder induces malignant transformation in human primary normal ovarian epithelial cells and human primary normal peritoneal fibroblasts. Epidemiological and molecular studies have linked perineal use of talcum powder to increased risk of ovarian cancer. Exposure to talcum powder was shown to induce specific point mutations in key redox enzymes that altered their activities in both normal and epithelial ovarian cancer cells.

**Method:** Talcum baby powder (Johnson & Johnson, NJ, #3007477, Lot#3217FYA) or titanium dioxide (TiO₂, Fischer Scientific) were suspended in PBS (stock solution of 50 mg/ml) and sonicated 3 times for 1 minute each. Human primary normal ovarian epithelial cells (Cell Biologics) and human primary normal peritoneal fibroblasts were treated in triplicate with 100 and 500 µg/ml of talcum powder or TiO₂ as a control for 72 hours before experiment with cell transformation assay (Abbiotec, according to the manufacturer protocol. This assay was chosen because it is faster, stable, and more sensitive than the traditional Soft-Agar Assay.

**Results:** Anchorage-independent growth is a hallmark of cancer cells. Treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose-dependent manner. There were no colonies formed in untreated ovarian cells or control ovarian cells at either dose. Interestingly, there were no colonies formed in normal fibroblasts treated with talcum powder (Fig. 1). Treatment with talcum powder significantly increased number of transformed ovarian cells by 11% and 20% in the 100 and 500 µg/ml doses, respectively (P < 0.05). There were no detectible transformed cells when treated with TiO₂. Data were analyzed with paired t tests.

**Conclusion:** Exposure to talcum powder induces malignant transformation in normal ovarian epithelial cells but not in normal peritoneal fibroblasts. This finding represents a direct causation mechanism of talcum powder exposure specific to normal ovarian cells and further supports previous studies of the association of genital use of talcum powder and increased risk of ovarian cancer.

**Normal Ovarian Cells**

| Control | Negative Control TiO₂ 100ug/ml | 100 ug/ml talc | 500 ug/ml talc |

**Normal Fibroblasts**

| Control | Negative Control TiO₂ 100 ug/ml | 500 ug/ml talc | 500 ug/ml talc |

#### Authors

Amy K Harper
Barbara Ann Karmanos Cancer Institute

Rong Fan
Wayne State University School of Medicine

Rami Majed
Wayne State University

Nicole King
Medpace, Inc.

Robert T. Morris
Barbara Ann Karmanos Cancer Institute/Wayne State University School of Medicine.

Ghassan M Saed
Barbara Ann Karmanos Cancer Institute

#### View Related

Poster Session

Poster Session

#### Similar

Progesterone induces pyroptosis of p53-defective fimbrial epithelial cells through the paracrine by stromal fibroblast
K. Zhang[1], N. Wu[2] and J. Wang[3]
[1]Hunan Cancer Hospital and the Affiliated Cancer Hospital of Xiangya School of Medicine, Central South University, Changsha, China, Hunan Cancer Hospital, The Affiliated Cancer Hospital of Xiangya School of Medicine, Central South University, Changsha, China

Sequential use of epigenetic therapy helps to shorten duration of classic chemotherapy in the treatment of ovarian cancer and minimizes damage to normal tissue
L. Zhang, J. Schwindsburg, K. Hunter, J.K. Alexiv, S.A. Brown and D. Golovsky
Cooper University Hospital, Camden, NJ, USA

Fibroblast-secreted collagen type I alpha 1 drives a metastasis-promoting microenvironment in ovarian cancer
M. Li and W. Lu
Women's Hospital, Zhejiang University School of Medicine, Zhejiang, China

Significance of malignant peritoneal cytology on survival of women with early-stage cervical cancer
Y. Nagase[1], K. Matsuo[2], M. Shimada[3], S. Matsuzaki[4], H. Machida[5], T. Saito[6], S. Kamiura[7], T. Enomoto[8] and M. Mikami[9]
[1]Osaka University, Japan, [2]University of Southern California, Los Angeles, CA, USA, [3]Tohoku University School of Medicine, Miyagi Prefecture, Japan, [4]Toho University School of Medicine, Kanagawa, Japan, [5]National Hospital Organization Kyushu Cancer Center, Fukuoka Prefecture, Japan, [6]Osaka International Cancer Institute, Osaka, Japan, [7]Niiza University, School of Medicine, Tokyo, Japan, [8]Iwate Medical University School of Medicine, Morioka, Japan

Histopathological characterization of the tubal fimbria reveals a subgroup of BRCA1 mutation carriers with lumen-promoting gene-set enrichment
Y. Bai[1,2], R. Trabert[3], B. Taylor-Harding[4], A.E. Walts[5], B.Y Karlan[6] and S. Orsulic[7,8]
[1]Liuhai University Hospital, Los Angeles, CA, USA, [2]Women's Cancer Program/Cedars-Sinai Medical Center, Los Angeles, CA, USA, [3]National Cancer Institute, Bethesda, MD, USA, [4]Cedars-Sinai Medical Center, Los Angeles, CA, USA, [5]David Geffen School of Medicine at UCLA, Los Angeles, CA, USA, [6]University of California, Los Angeles, Los Angeles, CA, USA

© 2019 Society of Gynecologic Oncology. All Rights Reserved. Privacy Policy

**From:** sgo@confex.com
**Subject:** SGO 2020 Annual Meeting on Women's Cancer: Submission Initiated (id#15665)
**Date:** September 16, 2019 at 1:17 PM
**To:** gsaed@med.wayne.edu





Thank you for initiating the submission of an abstract for the SGO 2020 Annual Meeting on Women's Cancer.

This message was automatically generated upon your submission of the abstract titled:
"Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells but not human primary normal peritoneal fibroblasts"

If you were interrupted during the submission process, you may resume by following this link:
https://sgo.confex.com/sgo/2020/abstracts/papers/index.cgi?username=15665&password=812758

Or by logging in at https://sgo.confex.com/sgo/2020/cfp.cgi with the following:
ID: 15665
Password: 812758

If you are in need of technical support, please contact sgo@confex.com. For complete rules, regulations, and guidelines please review this document.

**From:** **Ghassan Saed** gsaed@med.wayne.edu 📎
**Subject:** SGO Abstract
**Date:** September 9, 2019 at 11:13 AM
**To:** Amy Harper aharper4@med.wayne.edu, Nicole King nfletche@med.wayne.edu, Robert Morris rmorris@med.wayne.edu



I am submitting this abstract to SGO. Please edit and let me know if you have any changes!

> Dr. Ghassan M. Saed
> Associate Professor of Gynecologic Oncology
> Director of Ovarian Cancer Biology Research
> Departments of Obstetrics and Gynecology and Oncology
> Member of Tumor Biology and Microenvironment Program
> Karmanos Cancer Institute
> Wayne State University School of Medicine
> Detroit, MI 48202
> (313) 577-5433 Office
> (313) 577-1302 Lab
> (313) 577-4633 Fax



Cell Transf...g.pptx



SGO-2020.docx

**ATTORNEYS' EYES ONLY**                    SAED_SEPT222021_SUPPL_000150



**From:** **Robert Morris** rmorris@med.wayne.edu
**Subject:** Re: Manuscript
**Date:** July 20, 2020 at 12:38 PM
**To:** Ghassan Saed gsaed@med.wayne.edu, Amy Harper aharper4@med.wayne.edu, Xin Wang xin.wang7@wayne.edu,
N.King@medpace.com N.King@Medpace.com

The manuscript looks great. A couple questions. Why was TiO2 selected as a
control? Does this need to be explained in the manuscript? Are the
concentrations used physiologically possible (especially in the ovary)?

Bob

---

**From:** Ghassan Saed <gsaed@med.wayne.edu>
**Sent:** Thursday, July 9, 2020 2:55 PM
**To:** Amy Harper <aharper4@med.wayne.edu>; Robert Morris
<rmorris@med.wayne.edu>; Xin Wang <xin.wang7@wayne.edu>;
N.King@medpace.com <N.King@Medpace.com>
**Subject:** Manuscript

Dear All,
The manuscript is ready for submission. Please let me know should you have any
corrections or changes. Please use track changes.

Best regards
Ghassan

> Dr. Ghassan M. Saed
> Associate Professor of Gynecologic Oncology
> Director of Ovarian Cancer Biology Research
> Departments of Obstetrics and Gynecology and Oncology
> Member of Tumor Biology and Microenvironment Program
> Karmanos Cancer Institute
> Wayne State University School of Medicine
> Detroit, MI 48202
> (313) 577-5433 Office
> (313) 577-1302 Lab
> (313) 577-4633 Fax

OMB No. 0925-0001 and 0925-0002 (Rev. 09/17 Approved Through 03/31/2020)

## BIOGRAPHICAL SKETCH
Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Amy Harper

eRA COMMONS USER NAME (credential, e.g., agency login):

POSITION TITLE: Fellow

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Cedarville University, Cedarville, OH | B.S. | 05/2009 | Biology |
| University of Toledo College of Medicine and Life Sciences, Toledo, OH | M.D. | 06/2014 | Medicine |
| MD Anderson Cancer Center, Felix Rutledge Fellowship, Houston, TX | | 11/2017 | Gynecologic Oncology |
| The University of Maryland School of Medicine, Obstetrics and Gynecology Residency, Baltimore, MD | Residency | 06/2018 | Obstetrics and Gynecology |
| Wayne State University/Karmanos Cancer Institute, Gynecologic Oncology Fellowship, Detroit, MI | | | Gynecologic Oncology |

A. **Personal Statement**

　　I am currently a fellow in the Gynecologic Oncology fellowship program at Wayne State University/Karmanos Cancer Institute in Detroit, Michigan, where I am completing my training in the clinical care of women with gynecologic malignancies and in the research of this challenging field of medicine. I have participated in several basic science and translational research projects throughout my undergraduate and graduate education, which has prepared me well for taking on more complex research endeavors in fellowship. Having completed a rigorous residency at the University of Maryland in obstetrics and gynecology and the Felix Rutledge Fellowship in gynecologic oncology at the MD Anderson Cancer Center, I am able to relate the data gathered at the laboratory bench to the patients we see in the clinic and on the wards.

　　As a research fellow, I am directly participating in the development of research strategies, acquisition and interpretation of data, and manuscript writing under the mentorship of the Principal Investigator, Dr. Ghassan Saed. With his guidance and expertise, we have been able to publish in a peer-reviewed journal and present several posters at the Society for Gynecologic Oncology Annual Meeting and the Society for Reproductive Investigation Annual Meeting. I am thrilled to continue to collaborate with Dr. Saed for this exciting and promising proposed investigation.

B. **Positions and Honors**

| | |
|---|---|
| 2008-2010 | Research Assistant, Dept. of Physiology and Biophysics, Case Western Reserve University, Cleveland, OH |
| 2014-2018 | Obstetrics and Gynecology Resident, University of Maryland School of Medicine, Baltimore, MD |
| 2018 | Administrative Chief Ob/Gyn Resident, University of Maryland School of Medicine, Baltimore, MD |

| 2018-present | Gynecologic Oncology Fellow, Wayne State University School of Medicine/Karmanos Cancer Institute, Detroit, MI |

**Honors**:

| 2013 | Gold Humanism Honor Society |
| 2014 | Alpha Omega Alpha Honor Medical Society |
| 2017 | Felix Rutledge Fellow, MD Anderson Cancer Center, Houston, TX |
| 2018 of | Resident Research Award, Dept. of Obstetrics and Gynecology, University of Maryland School |
| | Medicine, Baltimore, MD |

## C.    Contributions to Science

**1) Effects of alcohol consumption on liver metabolism:**  Identified the occurrence of a specific damage of hepatic G6Pase following acute alcohol administration. Highlighted the consequence of such damage for the ability of hepatic endoplasmic reticulum to sequester and mobilize its $Ca^{2+}$ store. Identified that acute administration of low doses of EtOH is sufficient to dysregulate $Ca^{2+}$ uptake and cycling within the hepatocyte by impairing the hydrolytic activity of G6Pase and the production of inorganic phosphate within the endoplasmic reticulum. This dysregulation occurs to a greater extent following the acute administration of a high dose of EtOH, as the alcohol not only inhibits the G6Pase activity to a larger extent but also impairs the operation of receptors and pumps within the cell membrane, further compromising $Ca^{2+}$ homeostasis within the hepatocyte. This dysregulation can have severe and far reaching implication for cell bioenergetics (i.e. mitochondrial uncoupling by $Ca^{2+}$) and gene activation.
**Jacobs-Harper, A**., Crumbly, A., Romani, A. Acute Effect of Ethanol on Hepatic Reticular G6Pase and Ca2+ Pool. Alcoholism: Clinical and Experimental Research. 37(s1): E40 – E51, January 2013.

**2) Implications of EP4 receptor and class III-β tubulin expression on prognosis and treatment of uterine smooth muscle tumors:** Class III-b tubulin is known to convey a resistant to taxanes in the treatment of several different cancers. As a mainstay of therapy for gynecologic malignancies, and specifically uterine smooth muscle tumors, this poses a significant hurdle for successful treatment. Receptor EP4 has been identified as an alternative target in a number of different cancers. I investigated the degree of expression of class III-b tubulin and EP4 receptor within human benign and malignant uterine smooth muscle tumors in a large group of human subjects and determined the effect on progression free survival and overall survival. Using commercially available human cell lines, I developed a model for uterine leiomyosarcoma and determined the cytotoxic effect of a proprietary, small molecule drug on this aggressive and devastating malignancy.
**Harper, A**., Reader, J., Legesse, T., Rao, G., Roque, D., Staats, P. EP4 receptor and class III-β tubulin expression in uterine smooth muscle tumors: Implications for prognosis and treatment.      International Gynecologic      CancerSociety,      16th Biennial      Meeting,      Lisbon,      Portugal, October    29-31, 2016.

**3) Treatment modalities of uterine sarcoma**: Uterine sarcomas are characterized by poor response to systemic chemotherapy and high recurrence rates. I investigated whether the use of cytoreductive surgery with hyperthermic intraperitoneal chemotherapy (HIPEC) confers survival benefit in comparison with conventional treatment modalities in patients with recurrent US.
Díaz-Montes TP, El-Sharkawy F, Lynam S, **Harper A**, Sittig M, MacDonald R, Gushchin V, Sardi A. Efficacy of Hyperthermic Intraperitoneal Chemotherapy and Cytoreductive Surgery in the Treatment of Recurrent Uterine Sarcoma. Int J Gynecol Cancer. 2018;28:1130–37. doi: 10.1097/IGC.0000000000001289.

SAED_SEPT222021_SUPPL_000153

OMB No. 0925-0001 and 0925-0002 (Rev. 10/15 Approved Through 10/31/2018)

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person.  DO NOT EXCEED FIVE PAGES.

NAME: Nicole M. King *(nee Fletcher)*

eRA COMMONS USER NAME (credential, e.g., agency login): aj5932

POSITION TITLE: Postdoctoral Fellow

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Wayne State University, Detroit, MI | B.S. | 08/2006 | Biological Sciences |
| Wayne State University School of Medicine, Detroit, MI | Ph.D. | 08/2013 | Physiology, Concentration in Reproductive Science |
| Wayne State University School of Medicine, Detroit, MI | Postdoctoral Training | 08/2013-Present | Cancer and infertility research |

### A.    Personal Statement

My research has focused on investigating the role of oxidative stress in the pathophysiology of gynecologic fibrotic disorders. Specifically, I have been involved in studying the effects of oxidative stress on the pathogenesis of ovarian cancer as well as in benign overgrowths, such as postoperative adhesions, fibroids, and endometriosis. Our laboratory has identified an important role for myeloperoxidase (MPO) and inducible nitric oxide synthase, key enzymes regulating oxidative stress, in the pathophysiology of ovarian cancer. This work has provided the foundation for this proposal. Specifically, we are the first to report MPO expression in epithelial ovarian cancer cells and tissues, but not in normal epithelial ovarian tissues. Much of my doctoral and postdoctoral work has focused on the role of both oxidants and antioxidants in ovarian cancer as compared to normal ovarian epithelial cells and chemoresistant ovarian cancer cells, and serves as preliminary data and support for this grant proposal. I have experience in performing all assays pertaining to this proposal as evident by the below highlighted studies (1-4). I will execute all experiments as well as writing abstracts, manuscripts, and grants pertaining to this work.

1.  Saed GM, Ali-Fehmi R, Jiang ZL, **Fletcher NM**, Diamond MP, Abu-Soud HM, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. Gynecologic oncology. 2010;116:276-81. PMID: 19962178; PMCID: PMC2834266.

2.  Belotte J, **Fletcher NM**, Awonuga AO, Alexis M, Abu-Soud HM, Saed MG, et al. The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer. Reproductive sciences. 2014;21:503-8. PMID: 24077440.

3.  Saed GM, Diamond MP, **Fletcher NM**. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 2017 June;145(3):595-602. Epub 2017 Feb 23. Review. PMID: 28237618.

4.  Saed GM, **Fletcher NM**, Diamond MP, Morris RT, Gomez-Lopez N, Memaj I. Novel expression of CD11b in epithelial ovarian cancer: potential therapeutic target. *Gynecologic Oncology*. December 2017. *In Press.*

**B.    Positions and Honors**

| | |
|---|---|
| 2002 | Dean's list, Wayne State University, Detroit, MI |
| 2002 | Blue Cross Blue Shield Superior Academic Performance Scholarship - Winter |
| 2003 | Blue Cross Blue Shield Superior Academic Performance Scholarship - Fall |
| 2007-2008 | Research Assistant, Wayne State University School of Medicine, Detroit, MI |
| 2008-2013 | Interdisciplinary Biological Science Fellowship, Wayne State Univ., Detroit, MI |
| 2008-2013 | Graduate Research Assistant, Wayne State University School of Medicine, Detroit, MI |
| 2012-present | Director of Laboratory Operations, DS Biotech, LLC, Detroit, MI |
| 2013-present | Postdoctoral Fellow, Wayne State University School of Medicine, Detroit, MI |

**C.  Below are my significant contributions to science.**

1) *The role of oxidative stress in the pathogenesis of ovarian cancer: the discovery of myeloperoxidase expression in ovarian cancer.*  We have characterized epithelial ovarian cancer (EOC) cells and tissues to manifest a unique oxidative stress profile, which is further altered in chemoresistance (5). While MPO was previously recognized to be present only in hemopoietic cells, we were the first to report MPO expression in solid ovarian malignancies and EOC cells (6). We have also demonstrated a functional cross talk between MPO and inducible nitric oxide synthase (iNOS), a key oxidant enzyme, where MPO utilizes nitric oxide (NO) as a substrate and converts it to nitrosonium cation, which nitrosylates the caspase-3 active site, leading to inhibition of EOC cells apoptosis, a hallmark of cancer cells (6). Furthermore, reduction of enhanced oxidative stress-induced apoptosis of EOC cells (7). Additionally, we have defined a role for MPO *in vitro* under oxidative stress and *in vivo* in EOC cells to be associated with advanced stage as compared with early stage ovarian cancer (8).  More importantly, we demonstrated a significant increase in the levels of MPO and free iron in serum and tissues obtained from early stage ovarian cancer as compared to late stages, as well as compared to benign gynecologic conditions or healthy controls. Collectively, these findings strongly support a role for serum MPO and free iron in the pathophysiology of ovarian cancer, which thereby qualifies it as biomarkers for early detection of ovarian cancer (8). Significantly, the innovative clinical observation is uniquely paired with a molecular biologic process, which provides a plausible mechanism for defining a specific role for these key oxidants enzymes in the pathophysiology of ovarian cancer.

5.  Belotte J, **Fletcher NM**, Awonuga AO, Alexis M, Abu-Soud HM, Saed MG, et al. The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer. Reproductive sciences. 2013. PMID: 24077440.

6.  Saed GM, Ali-Fehmi R, Jiang ZL, **Fletcher NM**, Diamond MP, Abu-Soud HM, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. Gynecologic oncology. 2010;116:276-81. PMID: 19962178; PMCID: PMC2834266.

7.  Saed GM, **Fletcher NM**, Jiang ZL, Abu-Soud HM, Diamond MP. Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of oxidative stress. Reproductive sciences. 2011;18:1253-61. PMID: 21701041.

8.  **Fletcher NM**, Jiang Z, Ali-Fehmi R, Levin NK, Belotte J, Tainsky MA, et al. Myeloperoxidase and free iron levels: potential biomarkers for early detection and prognosis of ovarian cancer. Cancer Biomark. 2011;10:267-75. PMID: 22820082.

2) *A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival.* We have clearly established that oxidative stress plays a major role in the pathogenesis of ovarian cancer, however the exact mechanisms remain to be clarified. There is an emerging consensus that most of the genetic component of ovarian cancer risk is due to genetic polymorphisms that confer low to moderate risk (9). Single nucleotide polymorphisms (SNPs) occur because of point mutations that are selectively maintained in

    SAED_SEPT222021_SUPPL_000155

populations that are distributed throughout the human genome at an estimated overall frequency of at least one in every 1000 base pairs (9). Non-synonymous SNPs substitute encoded amino acids in proteins, and are more likely to alter the structure, function, and interaction of the protein (9). Recent evidence demonstrates an association between enzymatic activity altering single nucleotide polymorphisms (SNP) with human cancer susceptibility (10). Chemoresistant ovarian cancer cells manifested specific point mutations, which are associated with altered enzymatic activity, in key redox enzymes that are not detected in sensitive counterparts (9). Supplementation of an antioxidant was able to successfully sensitize ovarian cancer cells to chemotherapeutics. Thus, we have now demonstrated that chemotherapy induces specific point mutations in key redox enzymes, which contributes to the acquisition of chemoresistance in ovarian cancer cells, highlighting a potential novel mechanism (9). Identification of targets for chemoresistance with either biomarker and/or screening potential will have a significant impact for the treatment of this disease. We also sought to evaluate the association of SNPs in key oxidant and antioxidant enzymes with increased risk and survival in epithelial ovarian cancer. Individuals (n = 143) recruited were divided into controls, (n = 94): healthy volunteers, (n = 18), high-risk BRCA1/2 negative (n = 53), high-risk BRCA1/2 positive (n = 23) and ovarian cancer cases (n = 49). This study indicates a strong association with the catalase SNP and survival of ovarian cancer patients, and thus may serve as a prognosticator (10).

9.   **Fletcher NM**, Belotte J, Saed MG, Memaj I, Diamond MP, Morris RT, Saed GM. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. Free Radic Biol Med. 2017 Jan;102:122-132. PMID: 27890641.

10.  *Belotte J, *Fletcher NM, Saed MG, Abusamaan MS, Dyson G, Diamond MP, et al. A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival. PloS one. 2015;10:e0135739. PMID: 26301412; PMCID: PMC4547699. *Indicates co-authorship.

3)  *The discovery of the adhesion phenotype.* An additional significant contribution is the discovery of the "adhesion phenotype." We have shown that fibroblast cultures established from fresh adhesion tissues manifest a unique phenotype that resembles myofibroblasts, which we have termed the "adhesion phenotype." Specifically, the adhesion phenotype is characterized by increased α-smooth muscle actin, increased transforming growth factors and cytokines and extracellular matrix production, decreased extracellular matrix turnover via effects on matrix-degrading enzymes and their inhibitors, as well as decreased apoptosis (11). Remarkably, hypoxia causes normal peritoneal fibroblasts to irreversibly acquire the adhesion phenotype (12). The generated superoxide ($O_2^{\bullet-}$) has been previously demonstrated to be a key player in formation of the adhesion phenotype, and hypoxia induced an oxidative stress environment that favors the development of this phenotype (12). Adhesion fibroblasts manifest decreased superoxide dismutase (SOD3), caspase-3 activity, nitrate/nitrite ($NO_3^-$/ $NO_2^-$), as well as increased NADPH oxidase, S-nitrosylation of caspase-3, and lipid peroxidation, as compared to normal peritoneal fibroblasts (11). Hypoxia simultaneously increases extracellular matrix production and decreases turnover via effects on matrix-degrading enzymes and their inhibitors leading to the manifestation of an adhesion phenotype. The mechanism by which hypoxia induces the development of the adhesion phenotype is believed to involve endogenous production of $O_2^{\bullet-}$. Indeed, scavenging $O_2^{\bullet-}$, by SOD, restores the adhesion phenotype markers, transforming growth factor-β1 and type I collagen, levels in adhesion fibroblasts to levels observed in normal peritoneal fibroblasts (12). Furthermore, scavenging $O_2^{\bullet-}$ during hypoxia exposure protected against the development of the adhesion phenotype. Normal peritoneal fibroblasts treated with SOD combined with hypoxia prevented acquisition of the adhesion phenotype (12). Collectively, we have unequivocal evidence to support hypoxia as a result of tissue injury to be the cause of several profibrotic disorders, including postoperative adhesion.

11.  Awonuga AO, Belotte J, Abuanzeh S, **Fletcher NM**, Diamond MP, Saed GM. Advances in the Pathogenesis of Adhesion Development: The Role of Oxidative Stress. Reprod Sci. 2014 Jul;21(7):823-836. Review. PMID: 24520085; PMCID: PMC4107571.

12. **Fletcher NM**, Jiang ZL, Diamond MP, Abu-Soud HM, Saed GM. Hypoxia-generated superoxide induces the development of the adhesion phenotype. Free Radic Biol Med. 2008;45:530-6. PMID: 18538674; PMCID: PMC2574925.

4) *Ex vivo postoperative adhesion model.* Recently, we have established an *ex vivo* model that provides important information on the pathophysiology of adhesion development.  First, it demonstrates that grossly visible adhesive bands can form within 24 hours, and that at this early time point it can already be dense and opaque (as opposed to filmy and transparent) (13). Secondly, consistent with clinical teaching, the placement of a blood clot between peritoneal surfaces incited greater incidence, tissue bloc surface area involvement, and tenacity of the adhesion band(s) that developed (13). Thus, these findings are consistent with the concept of attempting to achieve hemostasis to minimize adhesion development. Thirdly, the incidence, surface area of involvement, and tenacity of the adhesions that developed were greater following tissue traumatization (simulating tissue injury such as grasping with manipulation during the surgical procedure).  Overall, this *ex vivo* peritoneal strip adhesion model provides a potentially valuable approach to examine efficacy of postoperative adhesion adjuvants as well as the study of the molecular biologic processes underlying development of adhesions (13).

13.    Saed GM, **Fletcher NM**, Diamond MP. The Creation of a Model for Ex Vivo Development of Postoperative Adhesions. Reproductive Science. Reprod Sci. 2016 May;23(5):610-2. PMID: 26408397.

Complete List of Published Work in MyBibliography:

http://www.ncbi.nlm.nih.gov/sites/myncbi/1xiXzcfGjF7Q5/bibliography/46200971/public/?sort=date&direction=ascending

D.    **Research Support**

Previous Research Support

Prevent Cancer Foundation                                    Nicole M. King (PI)
                                01/16-01/18
Postdoctoral Fellowship Grant
**Novel biomarkers for early detection of ovarian cancer**
The major goal of this project is to determine whether myeloperoxidase and free iron can be utilized as biomarkers for the early detection of ovarian cancer alone and in conjunction with currently available screening tools.
Role: PI

**ATTORNEYS' EYES ONLY**

OMB No. 0925-0001 and 0925-0002 (Rev. 09/17 Approved Through 03/31/2020)

# BIOGRAPHICAL SKETCH
Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES**.

NAME: Robert T. Morris, M.D.

eRA COMMONS USER NAME (credential, e.g., agency login):

POSITION TITLE: Professor, Program Director

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Saint John's University Collegeville, Minnesota | Bachelor of Science | 1984 | Chemistry |
| University of Minnesota, Minneapolis, Minnesota | Doctor of Medicine | 1988 | Doctor of Medicine |
| University of Michigan, Ann Arbor, Michigan | | 1990-1991 | Cellular and Molecular Biology Doctorate Program |
| Wayne State University, Detroit, Michigan | | 1991-1992 | Cancer Biology Doctorate Program |
| Wayne State University/Detroit Medical Center, Detroit, Michigan | Residency | 1994 | Obstetrics and Gynecology |
| The University of Texas MD Anderson Cancer Center | Fellowship | 1996 | Gynecologic Oncology |

## A. Personal Statement

I am a professor of gynecologic oncology, and my responsibilities include caring for patients with gynecologic malignancies, training residents and fellows, and advancing the knowledge in my field through research. I am well suited for participation and leadership in the research program because of my training, my research experience and production, as well as my contribution to education. In addition to two years of basic science post-graduate education at the University of Michigan and Wayne State University, I graduated from a very rigorous fellowship at the MD Anderson Cancer Center. I have been an institutional PI for over 30 studies at Wayne State University, and have been the PI on two investigator initiated multi-institutional clinical trials (1,2) As the director of Gynecologic Oncology, I am committed to overseeing the scientific efforts, the educational mission, and the medical management of patients with gynecologic malignancies. My research efforts include mentoring and directly participating with fellows in bench research as well as direct development, supervision, and participation in clinical research. In recognition of these qualifications and activities I have been a member of the Ovary Committee of the Gynecologic Oncology Group as well as contributed invited editorials from impactful journals (3).

1. Morris RT, Alvarez RD, Andrews S, Malone J, Bryant CS, Heilbrun LK, Schimp V, Munkarah AR. Topotecan weekly bolus chemotherapy for relapsed platinum-sensitive ovarian and peritoneal cancers. Gynecol Oncol. 2008. 109. 346-352.

2. Morris RT, Joyrich RN, Naumann RW, Shah NP, Maurer AH, Strauss HW, Uszler JM, Symanowski JT, Ellis PR, Harb WA. Phase II study of treatment of advanced ovarian cancer with folate-receptor-targeted

therapeutic (vintafolide) and companion SPECT-based imaging agent (99m Tc-etarforatide). Ann Oncol. 2014 Apr;25(4):852- 8.

3. Morris RT, Monk BJ. Ovarian cancer: relevant therapy, not timing, is paramount. Lancet. 2010 Oct 2;376(9747):1120-2.

## B. Positions and Honors

### Positions and Employment

| | |
|---|---|
| 2005 – 2008 | Wayne State University School of Medicine, Department of Obstetrics and Gynecology, Division of Gynecologic Oncology, Interim Director, Detroit, Michigan |
| 2005 – Present | Wayne State University School of Medicine, Department of Obstetrics and Gynecology, Division of Gynecologic Oncology, Director, Fellowship Program, Detroit, Michigan |
| 2006 – 2009 | Wayne State University School of Medicine, Department of Obstetrics and Gynecology, Division of Gynecologic Oncology, Director, Detroit, Michigan |
| 2009 – Present | Wayne State University School of Medicine, Department of Obstetrics and Gynecology, Division of Gynecologic Oncology, Interim Director, Detroit, Michigan |
| 2009 – Present | Karmanos Cancer Institute, Wayne State University School of Medicine, Gynecologic Oncology Multidisciplinary Team Leader, Detroit, Michigan |
| 2016 – Present | Wayne State University School of Medicine, Department of Obstetrics and Gynecology, Division of Gynecologic Oncology, Maria E. Brasza Endowed Chair in Gynecologic Oncology |

### Honors

| | |
|---|---|
| 1988 | Minnesota Medical Foundation Scholarship |
| 1990 – 1991 | National Institute of Health Human Genetic Training Grant |
| 1992 | Felix Rutledge Fellowship, MD Anderson Cancer Center, Houston, Texas |
| 1992 – 1994 | Holden Research Fellowship Grant |
| 1993 – 1994 | Stevenson Award for Academic Excellence, Wayne State University, Detroit, Michigan |
| 1994 | Wayne State University Fellows and Residents Outstanding Research Award, Detroit, Michigan |
| 2000 | Wayne State University School of Medicine Excellence in Teaching Award, Detroit, Michigan |
| 2001, 2002, 2016 | American College of Obstetricians and Gynecologists Council on Resident Education in Obstetrics and Gynecology National Faculty Award |
| 2004, 2016 | St. John Hospital and Medical Center Instructor of the Year |
| 2006 - 2016 | Detroit's Top Docs: Hour Detroit Magazine |
| 2014 | St. John's University Alumni Achievement Award |

## C. Contribution to Science

1) Folate targeted imaging in ovarian cancer: Ovarian cancer is a highly lethal malignancy. Although it initially responds to cytotoxic chemotherapy, it ultimately recurs and becomes chemoresistant. Predicting response to subsequent therapy has been challenging. Folate receptors are over- expressed on a large proportion of ovarian cancer. In a large multi-institutional phase 2 study, I investigated vintafolide folate targeted imaging prior to treatment with a folate targeting agent (EC45). This study demonstrated that those patients with folate positive imaging responded better to the therapy. This study has been part of the basis for our institutions commitment to folate targeted therapy and imaging. Morris RT, Joyrich RN, Naumann RW, Shah NP, Maurer AH, Strauss HW, Uszler JM, Symanowski JT, Ellis PR, Harb WA. Phase II study of treatment of advanced ovarian cancer with folate-receptor-targeted therapeutic (vintafolide) and companion SPECT-based imaging agent (99m Tc-etarforatide). Ann Oncol. 2014 Apr;25(4):852-8.

2) Chemotherapy administration dosing and scheduling: Although drug dosage is rigorously established through preclinical and phase 1 studies, the optimal schedule is often determined on a more theoretic basis. Topotecan is a topoisomerase inhibitor indicated in the treatment of ovarian cancer. It was developed as a 5 day infusion. Due to to toxicity and early clinical observations that weekly administration of other cell cycle specific agents may maintain or improve activity and diminish toxicity I developed a multi-institutional trial evaluating another dosing schedule of topotecan. This study demonstrated lower than expected toxicity while still demonstrating anticancer activity. These data contributed to the basis for 2 subsequent phase 3 cooperative group trials. Morris RT, Alvarez RD, Andrews S, Malone J, Bryant CS, Heilbrun LK, Schimp V, Munkarah AR. Topotecan weekly bolus chemotherapy for relapsed platinum-sensitive ovarian and peritoneal cancers. Gynecol Oncol. 2008. 109. 346-352.

3) Surgery: Ovarian cancer is the third leading cause of cancer deaths among women in the united staes. Due to its late presentation and aggressive clinical behavior, aggressive surgery and chemotherapy are used in nearly all patients. I have participated clinical trials defining the role of aggressive surgery in the management of ovarian cancer and assisted in manuscript preparation of the study. Overall the study found that volume of residual disease following surgery for recurrent disease was a predictive factor for disease free survival. Currently the goal of secondary surgery is to attain the level of no residual disease. Disease extent at secondary cytoreductive surgery is predictive of progression-free and overall survival in advanced stage ovarian cancer: An NRG Oncology/Gynecologic Oncology Group study. Rose PG, Java JJ, Morgan MA, Alvarez-Secord A, Kesterson JP, Stehman FB, Warshal DP, Creasman WT, Hanjani P, Morris RT, Copeland LJ. Gynecol Oncol. 2016 Dec;143(3):511-515. doi: 10.1016/j.ygyno.2016.09.005.

4) Mentoring: Chemotherapy cures some patients with ovarian cancer. Although some develop life- long toxicities such as neuropathy or cognitive impairment, some will ultimately develop secondary malignancies such as leukemia or myelodysplastic syndrome. One of my fellows questioned me as to the risk of such secondary cancers, and because the existing data was irrelevant a largescale epidemiologic review of the SEER database was performed. The development, supervision, and authorship of this study was by my fellow Dr A Vay under my mentorship. I include this as my contribution as an example of shepparding trainees through the process of inquiry, investigation,and reporting. Vay A, Kumar S, Seward S, Semaan A, Schiffer CA, Munkarah AR, Morris RT. Therapy-related myeloid leukemia after treatment for epithelial ovarian carcinoma: An epidemiological analysis. Gynecol Oncol. 2011 Aug 18

SAED_SEPT222021_SUPPL_000160

SAED_SEPT222021_SUPPL_000161

Human primary normal ovarian epith
From [Cell Biologics]    CATAL
Media: Epithelial cell Medium /w Kit

Cell dose Curve

## 1.Cell-dose curve

Prepare cell-dose curve and time zero samples. Measure absorbance
nm

**Cell-dose curve:**

1). On day 0, prepare a cell-dose curve by using the stock (1
cells/ml in 1 X DMEM/10% FBS medium).

2). Prepare Blank (1X DMEM/10% FBS, no cells) and seven s
dilutions of cells (2-fold) in separate 1.5 mL centrifuge tubes
1X DMEM/10% FBS as diluent.

**Perform Serial Dilution by...**

- a. Using an 8 channel multi-pipette, add 150 µl of m
each well of a 96 well microplate.
- b. Add 150 µl of $5.34 \times 10^5$ cells /ml ($80 \times 10^3$ cells) solu
the wells of first duplicate row.
- c. Take 150 µl from the first duplicate row, add it to
well and mix. The process is repeated as blow pictur
- Reserve the final well for the negative control (Blank
well should contain media only (no cells).
- Also make a Test Cells(30K cells/well)
- Total volume will be 150 µl of each mixture into a s
well of a 96-well clear plate.

3). Add 35 µL of 1X DMEM/10% FBS and 15 µL of WST Work
Solution into each well (Blank, Cell Standard Curve and Test
4) incubate at 37°C in an incubator for 4 hours.
5). Measure absorbance using a microtiter plate reader at 4

SAED_SEPT222021_SUPPL_000162

**PLATE TEMPLATE**

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|
| A | 40k |   |   |   |   |   |   |   |   |   |   |   |
| B | 20k | 30k |   |   |   |   |   |   |   |   |   |   |
| C | 10k |   |   |   |   |   |   |   |   |   |   |   |
| D | 5k |   |   |   |   |   |   |   |   |   |   |   |
| E | 2.5k |   |   |   |   |   |   |   |   |   |   |   |
| F | 1.25k |   |   |   |   |   |   |   |   |   |   |   |
| G | 0.65k |   |   |   |   |   |   |   |   |   |   |   |
| H | Blank |   |   |   |   |   |   |   |   |   |   |   |

STD

Talcum powder ( J&J. baby pow
# 30027477, lot # 137

## Results:

| Standard with PBS as Diluent | Cell Number | OD1 | OD2 | Average | Corrected 1 | Corrected 2 | Average |
|---|---|---|---|---|---|---|---|
| A | 40000 | 3.9603 | 4.1406 |   | 3.05695 | 3.23725 | 3.1471 |
| B | 20000 | 2.7654 | 2.6965 |   | 1.86205 | 1.79315 | 1.8276 |
| C | 10000 | 2.0421 | 1.966 |   | 1.13875 | 1.06265 | 1.1007 |
| D | 5000 | 1.6562 | 1.6711 |   | 0.75285 | 0.76775 | 0.7603 |
| E | 2500 | 1.3806 | 1.4131 |   | 0.47725 | 0.50975 | 0.50975 |
| F | 1250 | 1.2585 | 1.2606 |   | 0.35515 | 0.35725 | 0.35725 |
| G | 675 | 1.1542 | 1.1118 |   | 0.25085 | 0.20845 | 0.22965 |
| Blank | 0 | 0.9156 | 0.8911 | 0.90335 | 0.9156 | 0.8911 | 0.90335 |
| Test sample | 31904 | 3.3764 | 3.5218 |   | 2.47305 | 2.61845 | 2.54575 |



$y = 7E\text{-}05x + 0.3125$
$R^2 = 0.9939$

(Chart: OD 450 vs. Cell number/well)




Dissolve with PBS @ 50m
"        ,     "   ; @ 10 m

Sonicate 3times for 1min ea
Sonic Dismembrator ( Fisher S

For 100mm dishes will n

100 µl of 50mg/ml to gis
100 µl of 10 mg/ml to gis
100 µl of PBS as co

CELLS ONLY

SAED_SEPT222021_SUPPL_000163

Normal ovarian epithelial cells

Cell Biologics

Cells were seeded @ a density of 30,000 as follows:

Blank (medium)
Control (medium + 30K cells)
Negative Control (medium + 30K cells + PBS)
$Exp_1$ (100 µg/mL Talc + 30K cells)
$Exp_2$ (500 µg/mL Talc + 30K cells)
$Exp_3$ (100 µg/mL $TiO_2$ + 30K cells)
$Exp_4$ (500 µg/mL $TiO_2$ + 30K cells)

---

powder

- To make a 1.2% solution of Agarose powder: add 20 m
  Agarose into the Agarose Powder bottle

- Slightly open the bottle cap and place it on a heat bloc
  powder is entirely dissolved, gently shake the bottle to

- Move that bottle to a water bath of 37°C for 30 minut
  equilibrium.

- The 1.2% of agarose solution that isn't used can be sto
  conditions.

2) **Preparation of DMEM solution (1 x DMEM plus 10 FB**

- DMEM (10x)
- Water
- FBS (Hyclone Cat # SH30396.03, Lot# AD19958293)

Store at 4°C, but before using warm it up to 37°C in a wat

3) **Preparation of WST reagent and electro coupling solu**
- Add 1.8 mL of Electro Coupling Solution to the WST R
  Working Solution.

- For short term storage place 4°C for 6 months, for lon
  and protect it from light.

4) **Staining solution**
  - Ready to use as supplied

## Assay Procedure

**1) Preparation of base Agarose layer**

-Prepare 75 µL per well of base agarose mix as follows:

**1 Well:**

| Component | Volume (µL) |
|---|---|
| 1.2% Agarose solution | 37.5 |
| DMEM Solution (10X) | 7.5 |
| FBS | 7.5 |
| dH₂O | 22.5 |

**12 Wells for 5 samples:**

| Component | Volume (µL)* |
|---|---|
| 1.2% Agarose solution | 450 |
| DMEM Solution (10X) | 90 |
| FBS | 90 |
| dH₂O | 270 |

*To account for error/extras we multiplied by 1.17

- Add 75 µL of the base agarose mix into required wells in the 96 well clear bottom tissue culture plate.
- Keep the plate at 4°C for 15 minutes to solidify the agarose.

**2) Preparation of top Agarose layer with cells**

- Use 30000 cells per well ( 20 µL of $1.5 \times 10^6$ cells/mL)
- Preparation of 75 µL/well mix of top Agarose as follows:

| Component | 1 well (µL) | 12 wells ((µL) * |
|---|---|---|
| 1.2% Agarose solution | 25.0 | 300 |
| DMEM Solution (10X) | 5.5 | 66 |
| FBS | 5.5 | 66 |
| Cells in 1XDMEM/10% FBS | 20 | 240 |
| dH₂O | 19 | 228 |

*To account for error all of the 12 wells will be multiplied by 1.12

- Mix it in by using a pipette
- Add 75 µL of agarose-cell mix to wells to the base Agarose 96 well plate (step 1).
- Place the plate at 4°C for 10 minutes to solidify the layer.
- Then bring the plate back down to room temperature by placing it in the tissue culture hood for 10 minutes.
- Add 100 µL of 1X DMEM/10% FBS medium with and without talcum powder and incubate at 37°C for 7 days.
- Remove the upper medium on the top agarose layer by pipetting.
- Add 35 µL of 1X DMEM/10% FBS and 15 µL of WST Working Solution into each well.
- Incubate for 4 hours at 37°C and then using a microtiter plate reader measure the absorbance at 450 nm.

Results :

8/5/2019 Seeded 30K/well Normal Ovarian Epithelial cells
8/12/2019
Temperature(°C)
24.8
450 OD




| Treatment (ug/ml) | OD 1 | OD 2 | Average | Corr OD1 | Corr OD2 | cell number 1 | cell number 2 | Average |
|---|---|---|---|---|---|---|---|---|
| Blank | 0.98 | 0.94 | 0.96 | | | | | |
| Control | 1.38 | 1.39 | 1.38 | 0.43 | 0.43 | 1615.71 | 1671.43 | 1643.5 |
| 100 ug/ml Talc | 1.44 | 1.51 | | 0.48 | 0.55 | 2441.43 | 3400.00 | 2920.7 |
| 500 ug/ml Talc | 1.57 | 1.60 | | 0.61 | 0.64 | 4314.29 | 4708.57 | 4511.4 |

Cell Transformation Assay

Need to run $TiO_2$

Cells were successfully transfor

**Normal Ovarian Cells**

Control



100 ug/ml Talc



SAED_SEPT222021_SUPPL_000164

YES ONLY

ATTORNEYS' EYES ONLY

SAED_SEPT222021_SUPPL_000165

8.12.2019

- human normal ovarian epithelial cells [Cell Biologics]
- human primary normal peritoneal fibroblasts
  from our lab.

Seeded cells @ density of 30K as follows:

Blank          only Medium
Control        Medium + 30K cells
Negative Control   Medium + 30K cells + PBS

Exp1    100µg/ml Talcum powder + 30K cells
Exp2    500µg/ml       "      "      "
Exp3    100µg/ml  TiO₂   "      "
Exp4    500µg/ml  TiO₂   "      "

Treat cells for 72hrs

Perform transformation assay exactly as previous
experiment. (Start on 8.15.2019)

Results:        8/22/2019



Results:        8/22/2019

↑100µg/ml Talcum Powder

↑100µg/ml TiO₂

100µg/ml Talcum Powder ↓

Cell Transformation Assay

↑500µg/ml Talcum Powder

Normal ovarian epithelial cells

Normal peritoneal Fibroblasts

500µg/ml ↓ Talcum Powder

↑100µg/ml TiO₂

Cell Transformation Assay

Talc

Talc 100µg/ml

8.23.19

Repeat previous experiment to confirm results

Seed cells exactly as described for previous experiment ( 8-12-19).

8.29.2019 Seeded 30K/well Normal Ovarian Epithelial cells
450 OD
9/2/19

| Temperature(°C) | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 24.8 | 0.0402 | 0.0328 | 0.0247 | 0.0322 | 0.0407 | 0.041 | 0.0391 |
| | 0.0323 | 0.0386 | 0.9481 | 0.9375 | 0.1412 | 0.0371 | 0.039 |
| | 0.0389 | 0.0386 | 1.4605 | 1.4751 | 0.0395 | 0.0376 | 0.0373 |
| | 0.0411 | 0.0385 | 1.4026 | 1.4125 | 0.0374 | 0.0474 | 0.0392 |
| | 0.0345 | 0.0383 | 1.4666 | 1.4973 | 1.3839 | 1.3512 | 0.0383 |
| | 0.035 | 0.04 | 1.6793 | 1.6884 | 1.4302 | 1.4105 | 0.0569 |
| | 0.0407 | 0.0387 | 0.0377 | 0.0377 | 0.0382 | 0.0108 | 0.0388 |
| | 0.0389 | 0.0386 | 0.0383 | 0.0381 | 0.0382 | 0.0396 | 0.0383 |

| Treatment (ug/ml) | OD 1 | OD 2 | Average | Corr OD1 | Corr OD2 | cell number 1 | cell number 2 | Average |
|---|---|---|---|---|---|---|---|---|
| Blank | 0.9481 | 0.9375 | 0.9428 | | | | | |
| Control | 1.4605 | 1.4751 | 1.4678 | 0.5177 | 0.5323 | 2931.42857 | 3140 | 3035 |
| Negtive Cotrol | 1.4026 | 1.4125 | 1.40755 | 0.4598 | 0.4697 | 2104.28571 | 2245.71429 | 2175 |
| 100 ug/ml Talc | 1.4666 | 1.4973 | | 0.5238 | 0.5545 | 3018.57143 | 3457.14286 | 3237 |
| 500 ug/ml Talc | 1.6793 | 1.6884 | | 0.7365 | 0.7456 | 6057.14286 | 6187.14286 | 6122 |
| 100 ug/ml Tio2 | 1.3839 | 1.3632 | | 0.4411 | 0.4204 | 1837.14286 | 1541.42857 | 1689 |
| 500 ug/ml Tio2 | 1.4303 | 1.4105 | | 0.4875 | 0.4677 | 2500 | 2217.14286 | 2358 |

ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY

SAED_SEPT222021_SUPPL_000167



9/3/2019

HOSEpic cells were seeded @ density of 30K cells per well as follows

Blank — exactly as described in exp.
Untreated — dated 8/2/2019
TiO₂ 100ng/ml
TiO₂ 500ng/ml — In triplicate
Talc 100 µg/ml
Talc 500 µg/ml — Treat cells with Talcum powder for 72hrs.

Cell dose curve was performed exactly as previously described on 8/1/2019 using HOSEpic cells

9/27/2019

Seeded 30000/well HOSEpic cells
9/27/19
Temperature(°C)   25.8
450nm OD

| HOSEpic | Temp°C | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25.8 | 0 | 0 | | | | | | | | | 0 | 0 |
| | | 0 | 0 | | | | | | | | | 0 | 0 |
| | | 0 | 0 | 0.8871 | 0.7866 | 1.332 | 1.3544 | 1.2561 | 1.2782 | 1.3307 | 1.3622 | 0 | 0 |
| | | 0 | 0 | 1.811 | 1.7923 | 2.3021 | 2.3772 | | | | | 0 | 0 |
| | | 0 | 0 | 0.7941 | 0.8553 | 1.2784 | 1.2881 | 1.3113 | 1.3411 | 1.7259 | 1.2733 | 0 | 0 |
| | | 0 | 0 | 1.9778 | 2.111 | 2.4337 | 2.3888 | | | | | 0 | 0 |
| | | 0 | 0 | 0.8343 | 0.8122 | 1.2591 | 1.2673 | 1.244 | 1.2611 | 1.3112 | 1.323 | 0 | 0 |
| | | 0 | 0 | 2.0091 | 2.1155 | 2.3317 | 2.3877 | | | | | 0 | 0 |

| Treatment | OD1 | OD2 | Avg | Corr OD1 | Corr OD2 | Cell #1 | Cell #2 | Avg cell # | SD | Survival Ratio 1 | Survival Ratio 2 | Avg | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blank | 0.89 | 0.79 | 0.84 | | | | | | | | | | |
| Untreated | 1.33 | 1.35 | 1.34 | 0.50 | 0.52 | 1403.57 | 1723.57 | 1563.57 | 160.00 | 5% | 6% | 5% | 1% |
| Neg ctrl TiO2 100 ug/ml | 1.26 | 1.28 | 1.27 | 0.42 | 0.44 | 319.29 | 635.00 | 477.14 | 157.86 | 1% | 2% | 2% | 1% |
| Neg ctrl TiO2 500 ug/ml | 1.33 | 1.36 | 1.35 | 0.49 | 0.53 | 1385.00 | 1835.00 | 1610.00 | 225.00 | 5% | 6% | 5% | 1% |
| Talc 100ug/ml | 1.81 | 1.79 | 1.80 | 0.97 | 0.96 | 8246.43 | 7979.29 | 8112.86 | 133.57 | 27% | 27% | 27% | 0% |
| Talc 500ug/ml | 2.30 | 2.38 | 2.34 | 1.47 | 1.54 | 15262.14 | 18335.00 | 15798.57 | 536.43 | 51% | 54% | 53% | 2% |

| Treatment | OD1 | OD2 | Avg | Corr OD1 | Corr OD2 | Cell #1 | Cell #2 | Avg cell # | SD | Survival Ratio 1 | Survival Ratio 2 | Avg | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blank | 0.79 | 0.86 | 0.82 | | | | | | | | | | |
| Untreated | 1.28 | 1.29 | 1.28 | 0.45 | 0.46 | 811.43 | 950.00 | 880.71 | 69.29 | 3% | 3% | 3% | 0% |
| Neg ctrl TiO2 100 ug/ml | 1.31 | 1.34 | 1.33 | 0.49 | 0.52 | 1281.43 | 1707.14 | 1494.29 | 212.86 | 4% | 6% | 5% | 1% |
| Neg ctrl TiO2 500 ug/ml | 1.23 | 1.27 | 1.25 | 0.40 | 0.45 | 61.43 | 738.57 | 400.00 | 338.57 | 0% | 2% | 1% | 1% |
| Talc 100ug/ml | 1.98 | 2.11 | 2.04 | 1.15 | 1.29 | 10602.86 | 12705.71 | 11754.29 | 951.43 | 36% | 42% | 39% | 3% |
| Talc 500ug/ml | 2.43 | 2.39 | 2.41 | 1.61 | 1.56 | 17315.71 | 16674.29 | 16995.00 | 320.71 | 56% | 56% | 57% | 1% |

| Treatment | OD1 | OD2 | Avg | Corr OD1 | Corr OD2 | Cell #1 | Cell #2 | Avg cell # | SD | Survival Ratio 1 | Survival Ratio 2 | Avg | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blank | 0.83 | 0.81 | 0.82 | | | | | | | | | | |
| Untreated | 1.26 | 1.27 | 1.26 | 0.44 | 0.44 | 566.43 | 673.57 | 615.00 | 58.57 | 2% | 2% | 2% | 0% |
| Neg ctrl TiO2 100 ug/ml | 1.24 | 1.26 | 1.25 | 0.42 | 0.44 | 340.71 | 635.00 | 462.86 | 122.14 | 1% | 2% | 2% | 0% |
| Neg ctrl TiO2 500 ug/ml | 1.31 | 1.32 | 1.32 | 0.49 | 0.50 | 1300.71 | 1469.29 | 1385.00 | 84.29 | 4% | 5% | 5% | 0% |
| Talc 100ug/ml | 2.01 | 2.12 | 2.06 | 1.19 | 1.29 | 11270.71 | 12790.71 | 12030.71 | 760.00 | 38% | 43% | 40% | 3% |
| Talc 500ug/ml | 2.33 | 2.39 | 2.36 | 1.51 | 1.56 | 15879.29 | 16679.29 | 16279.29 | 400.00 | 53% | 56% | 54% | 1% |

Standard with PBS as Diluent

| | Cell Number | OD1 | OD2 | Average | Corrected 1 | Corrected 2 | Average |
|---|---|---|---|---|---|---|---|
| A | 40000 | 3.833 | 3.9749 | | 3.05525 | 3.19715 | 3.1262 |
| B | 20000 | 2.6825 | 2.7006 | | 1.90475 | 1.92285 | 1.9138 |
| C | 10000 | 1.9032 | 2.0532 | | 1.12545 | 1.27545 | 1.20045 |
| D | 5000 | 1.5773 | 1.6114 | | 0.79955 | 0.83365 | 0.8166 |
| E | 2500 | 1.2863 | 1.3226 | | 0.50855 | 0.54485 | 0.5267 |
| F | 1250 | 1.1987 | 1.2711 | | 0.42095 | 0.49335 | 0.45715 |
| G | 675 | 1.0871 | 1.1118 | | 0.30935 | 0.33405 | 0.3217 |
| Blank | 0 | 0.7744 | 0.7811 | 0.77775 | -0.00335 | 0.00335 | 5.5516-17 |
| sample test(30000 cells) | | 3.1866 | 3.2112 | | 2.40885 | 2.43345 | 2.42115 | 30124 |

Calculate cell number



100 µg/ml Talc     500 µg/ml Talc     100 µg/ml TiO₂     NO treatment control.

y = 7E-05x + 0.3969
R² = 0.9916



9/27/2019

HOSEpic cells were seeded @ 20k density per well as follows (exactly as described on 9/7/2019)

using the cell dose curve performed on 9/7/2019 the repeated the exp.

9/27/19 Seeded 30000/well HOSEpIC cells
10/4/19
Temperature(°C)    25.8
450nm OD

| HOSEpIC cells | Temp(°C) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25.8 | 0.05 | 0.06 | 0.05 | 0.04 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| | | 0.04 | 0.05 | 0.04 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 |
| | | 0.04 | 0.04 | 0.98 | 1.74 | 1.85 | 2.19 | 2.08 | 0.05 | 0.04 | 0.04 | 0.04 | 0.05 |
| | | 0.04 | 0.04 | 0.04 | 0.04 | 0.05 | 0.05 | 0.05 | 0.07 | 0.04 | 0.05 | 0.05 | 0.04 |
| | | 0.05 | 0.05 | 0.03 | 0.04 | 0.04 | 0.05 | 0.06 | 0.04 | 0.05 | 0.04 | 0.04 | 0.05 |
| | | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.04 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| | | 0.05 | 0.04 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |

| Treatment | OD1 | OD2 | Avg | Corr OD1 | Corr OD2 | Cell #1 | Cell #2 | Avg cell # | SD | Survival Ratio 1 | Survival Ratio 2 | Avg | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blank | 0.98 | 0.97 | 0.98 | | | | | | | | | | |
| Untreated | 1.42 | 1.46 | 1.44 | 0.45 | 0.48 | 1899.29 | 2459.29 | 2179.29 | 280.00 | 6% | 8% | 7% | 1% |
| Neg ctrl TIO2 100 ug/ml | 1.37 | 1.41 | 1.39 | 0.39 | 0.43 | 1145.00 | 1673.57 | 1409.29 | 264.29 | 4% | 6% | 5% | 1% |
| Neg ctrl TIO2 500 ug/ml | 1.41 | 1.45 | 1.43 | 0.43 | 0.48 | 1727.86 | 2325.00 | 2026.43 | 298.57 | 6% | 8% | 7% | 1% |
| Talc 100ug/ml | 1.74 | 1.85 | 1.80 | 0.76 | 0.87 | 6457.86 | 8012.14 | 7235.00 | 777.14 | 22% | 27% | 24% | 3% |
| Talc 500ug/ml | 2.19 | 2.08 | 2.14 | 1.21 | 1.10 | 12829.29 | 11316.43 | 12072.86 | 756.43 | 43% | 38% | 40% | 3% |

% of transformed cells

■HOSEpIC

Control    Negative Control    100 ug/ml Talc    500 ug/ml Talc    100 ug/ml TIO2    500 ug/ml TIO2

ATTORNEY'S EYES ONLY

SAED_SEPT222021_SUPPL_000169

12.8.2020

Two normal ovarian epithelial cell lines

→ Human primary normal ovarian epithelial cells (cell Biologist)
→ Human ovarian surface epithelial cells HOSEPiC (scientist)

– Cells were grown in 100 mm plate and treated with 100 ug/ml talcum powder. See methods described on 8/21/2019

– treatment was performed for 72 hrs in 37°

– Cells were given to WSU, Department of Pathology to perform Immunohistochemistry

NOEC DAPI control
NOEC Ki67       :
NOEC P53        :
NOEC DAPI talc (100ug/ml) 72hrs.
NOEC Ki67       :          :          :
NOEC P53        :          :          :
HOSEPiC DAPI control
HOSEPiC Ki67    :
HOSE PiC P53    :
HOSE PiC DAPI talc (100ug/ml) 72 hr
HOSE PiC Ki67   :          :          :
HOSE PiC P53    :          :          :

IHC staining and scoring

The IHC panel consisted of antibodies against p53 and Ki-67. The primary antibodies, suppliers, and staining conditions are listed in Table 1.

Table 1
Antibodies and staining conditions for immunohistochemistry

| Antibody | Clone | Source | Detection system | Dilution |
|----------|-------|--------|------------------|----------|
| P53 | DO-7 | Ventana | Ventana ultraView DAB | 1:500 |
| Ki-67 | Mib1 | Ventana | Ventana ultraView DAB | 1:2000 |

Cytospin slides prepared from cell line cultures and stained (image1) using immunoperoxidase labeling performed with the automated XT iVIEW DAB V.1 procedure on the Ultra BenchMark XT IHC/ISH Staining Module, Ventana with anti-p53 (clone DO-7 prediluted, Ventana). Antigen retrieval was carried out with CC1, pH 8.0 (Ventana). Sections were incubated with primary antibodies for 36 min at 37°C. All slides were reviewed by two pathologists (RA and AA). Cases with discordant Ki-67 estimated results underwent a consensus review at a double-headed microscope. Diffuse "in-block" nuclear staining or complete negative staining with p53 was considered a positive reaction indicating mutated p53 status. Focal nuclear staining is consistent with "wild type" p53 and considered negative. The Proliferation Index (PI) was assessed qualitatively using Ki-67 stained slides and classified as high PI (>50% positive cells) or low PI (<50% positive cell) [1].

Refrence
[1] MAhAdevAPPA, AShA, Shruthi Mysore Krishna, and Manjunath Gubbanna Vimala. "Diagnostic and prognostic significance of Ki-67 immunohistochemical expression in surface epithelial ovarian carcinoma." Journal of Clinical and Diagnostic Research: JCDR 11.2 (2017): EC08.

EYES ONLY

SAED_SEPT222021_SUPPL_000170

NOEC-Control

Diff quick stain    Ki-67 (red): 50% expres

NOEC-Talc

Diff quick stain    Ki-67 (red): 70% expres
(high proliferation index

ES ONLY

**HOSPIC-Control**



| Diff quick stain | Ki-67 (red): 70% expression (high proliferation index) | P53 (red): In-block staining (mutated p53) |

**HOSPIC-Talc**



| Diff quick stain | Ki-67 (red): 50% expression | P53 (red): focal staining with variable intensity (wild type |

SAED_SEPT222021_SUPPL_000171

# Invoice

**DS Biotech, LLC**

1665 Dell Rose
Bloomfield Hills, MI 48302
Ghassan Saed

| | |
|---|---|
| Date: | 07/14/2020 |
| Invoice No.: | 10063 |
| Due Date: | 07/24/2020 |

**Bill To:**
Beasley Allen
Beasley Allen
218 Commerce St
Montgomery, AL 36104

| Qty | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 65 | Consulting | Consulting | $600.00 | $39,000.00 |

| | |
|---|---|
| **Total** | **$39,000.00** |
| **Balance Due** | **$39,000.00** |

**Please contact us for more information about payment options.**

**Thank you for your business.**

ATTORNEYS' EYES ONLY



### DS Biotech, LLC

1665 Dell Rose
Bloomfield Hills, MI 48302
248-894-1474
gsaed@dsbiotech.net

**INVOICE**
INV0004

**DATE**
Jan 5, 2021

**DUE**
On Receipt

**BALANCE DUE**
USD $27,600.00

**BILL TO**

**Beasley Allen**

218 Commerce st
Montgomery, Al
36104
3345465435
leigh.odell@BeasleyAllen.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Consultation | $600.00 | 46 | $27,600.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $27,600.00 |
| TAX (0%) | | $0.00 |
| TOTAL | | $27,600.00 |
| BALANCE DUE | | **USD $27,600.00** |

**From:** **McKay, Samantha (HC/SC)** samantha.mckay@canada.ca
**Subject:** RE: A-2018-001795
**Date:** June 24, 2020 at 11:00 AM
**To:** Ghassan Saed gsaed@med.wayne.edu



Hello,
The request is for records in relation to the Draft Screening
Assessment – Talc and Health Canada's communication with you
regarding it. The records pertaining to yourself specifically is a few
emails and a published document (31 pages in total).
I would need you to review the records and identify any information
you feel should not be released to the public.


Regards,

Samantha McKay
Consultant
Access to Information & Privacy
Health Canada and Public Health Agency of Canada / Government of Canada
samantha.mckay@canada.ca

Samantha McKay
Consultante
Accès à l'information et de la protection des renseignements personnels Santé
Canada et Agence de la santé publique du Canada / Gouvernement du Canada
samantha.mckay@canada.ca




**From:** Ghassan Saed <gsaed@med.wayne.edu>
**Sent:** 2020-06-24 10:54 AM
**To:** McKay, Samantha (HC/SC) <samantha.mckay@canada.ca>
**Subject:** Re: A-2018-001795

What kind of information they are requesting?

Best Regards
Dr. Ghassan Saed, Associate Professor
Department of OB/GYN
Wayne State University Medical School
Detroit, MI


On Jun 24, 2020, at 2:34 AM, McKay, Samantha (HC/SC)
<samantha.mckay@canada.ca> wrote:

Hello,
I hope this email finds you well. I am processing the above noted ATIP request and have identified some records that pertain to you, I will need to consult with you prior to releasing them to the requester.

As we are currently unable to utilise mail/courier services, I will need to send them via email. If you could confirm receipt of this email in a timely manner it would be greatly appreciated.

Thank you in advance for your assistance,

Samantha McKay
Consultant
Access to Information & Privacy
Health Canada and Public Health Agency of Canada / Government of Canada
samantha.mckay@canada.ca

Samantha McKay
Consultante
Accès à l'information et de la protection des renseignements personnels
Santé Canada et Agence de la santé publique du Canada / Gouvernement du Canada
samantha.mckay@canada.ca

ATTORNEYS' EYES ONLY

**From:** **Praine, Lisa (HC/SC)** lisa.praine@canada.ca
**Subject:** RE: Access to Information Consultation from Health Canada - A-2018-001795
**Date:** December 8, 2020 at 8:48 AM
**To:** Ghassan Saed gsaed@med.wayne.edu

LP

Good morning,

I just wanted to follow up on the consultation that we sent to you. Please let me know when we can expect your response (by email is fine).

Feel free to call or email me if you want to discuss.

Thank you,

*Lisa Praine*

Manager, Access to Information and Privacy
Health Canada and Public Health Agency of Canada / Government of Canada
lisa.praine@canada.ca  / Tel: 343-542-5320 / Fax: 613-941-4541

Gestionnaire, Accès à l'information et protection des renseignements personnels
Santé Canada et Agence de la santé publique du Canada / Gouvernement du Canada
lisa.praine@canada.ca  / Tél : 343-542-5320 / Télécopieur 613-941-4541

---

**From:** Ghassan Saed <gsaed@med.wayne.edu>
**Sent:** 2020-10-22 1:46 PM
**To:** Praine, Lisa (HC/SC) <lisa.praine@canada.ca>
**Subject:** Re: Access to Information Consultation from Health Canada - A-2018-001795

Hi Lisa,
I have created an account for Epost that is linked to email gsaed87@yahoo.com.
Best regards
Ghassan Saed

On Oct 13, 2020, at 1:39 PM, Praine, Lisa (HC/SC)
<lisa.praine@canada.ca> wrote:

**[EXTERNAL]**

Good afternoon,

I work in the Access to Information and Privacy Division of Health
Canada. I am currently working on an Access to Information request and I
have come across some documents that originated with your
organization. I am preparing a consultation to send to your for your
recommendations as to their release to our applicant.

Given our current work conditions (working from home), I am wondering if
you would be willing to sign up for EPOST, at no cost to you, so that I
could send the records to you securely. Sending information via EPOST is

**ATTORNEYS' EYES ONLY**

much more secure than sending it by regular email. Please let me know if/when you are willing to set up and EPOST account and to which email address I can send the records in EPOST.  Please find attached a document with more information about EPOST.

If you would prefer to receive the documents by courier, please provide me with your complete mailing address.

I await your response.

Please feel free to call or email me if you have any questions.

Thank you,

*Lisa Praine*

Manager, Access to Information and Privacy
Health Canada and Public Health Agency of Canada / Government of Canada
lisa.praine@canada.ca  / Tel: 343-542-5320 / Fax: 613-941-4541

Gestionnaire, Accès à l'information et protection des renseignements personnels
Santé Canada et Agence de la santé publique du Canada / Gouvernement du Canada
lisa.praine@canada.ca  / Tél : 343-542-5320 / Télécopieur 613-941-4541

<epost poster_HC-SC.docx>

Dr. Ghassan M. Saed

Associate Professor of Gynecologic Oncology

Director of Ovarian Cancer Biology Research

Departments of Obstetrics and Gynecology and Oncology

Member of Tumor Biology and Microenvironment Program

Karmanos Cancer Institute

Wayne State University School of Medicine

Detroit, MI 48202

(313) 577-5433 Office

(313) 577-1302 Lab

(313) 577-4633 Fax

Date of Preparation:   September 16, 2021

_____
Signature

## GHASSAN M. SAED, Ph.D.

## Associate Professor with Tenure (Research)

**OFFICE ADDRESS:**  The C.S. Mott Center for Human Growth and Development
Department of Obstetrics and Gynecology
275 East Hancock Avenue
Detroit, MI   48201

**OFFICE TELEPHONE NUMBER:**  (313) 577-5433

**OFFICE FAX NUMBER:**  (313) 577-8554

**EMAIL ADDRESS:**  g.saed@wayne.edu

**EDUCATION:**

| | |
|---|---|
| Ph.D. in Molecular Biology | 1983–1986 |
| University of Essex, Colchester, England, United Kingdom | |
| | |
| B.S. in Biochemistry | 1979–1982 |
| King Saud University, Riyadh, Saudi Arabia | |

**POSTGRADUATE TRAINING:**

| | |
|---|---|
| Fellowship in Immunopathology, University of Michigan, Ann Arbor, MI | 1992–1993 |
| Fellowship in Molecular Biology, Henry Ford Hospital, Detroit, MI | 1988–1990 |

**FACULTY APPOINTMENTS:**

| | |
|---|---|
| Adjunct Associate Professor, Department of Oncology, Karmanos Cancer Institute, Detroit Medical Center/Wayne State University School of Medicine, Detroit, MI | 2017–Present |
| Director, Ovarian Cancer Biology Research, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 2009–Present |
| Scientific Member, Karmanos Cancer Institute, Molecular Biology and Genetics Program, Wayne State University School of Medicine, Detroit, MI | 2008–Present |
| Member of Tumor Biology and Microenvironment Program, Karmanos Cancer Institute, Detroit, MI | 2008–Present |
| Associate Professor (secondary), Department of Physiology, Wayne State University School of Medicine, Detroit, MI | 2008–Present |

| Associate Professor (primary), Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 2007–Present |
|---|---|
| Tenure, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 2007–Present |
| Associate Status, Department of Anatomy/Cell Biology, Wayne State University School of Medicine, Detroit, MI | 2003–Present |
| Tenure Track, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 2001–2007 |
| Assistant Professor, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 1998–2007 |

**HOSPITAL OR OTHER PROFESSIONAL:**

| Senior Investigator, Center for Biomedical Research, Oakland University, Rochester, MI | 1997–1998 |
|---|---|
| Adjunct Associate Professor, Department of Chemistry, Oakland University, Rochester, MI | 1996–2004 |
| Bioscientific Staff Investigator, Dermatology Department, Henry Ford Hospital, Detroit, MI | 1995–1998 |
| Associate Staff Investigator, Department of Dermatology, Henry Ford Hospital, Detroit, MI | 1993–1994 |
| Special Lecturer, Department of Chemistry, Oakland University, Rochester, MI | 1991–1996 |
| Assistant Staff Investigator, Hypertension Research, Henry Ford Hospital, Detroit, MI | 1990–1992 |

**MAJOR PROFESSIONAL SOCIETIES**

| Member, Society for Gynecologic Oncology | 2017–Present |
|---|---|
| Member, American Association of Cancer Research | 2008–Present |
| Member, American Federation of Clinical Research | 2009–Present |
| Member, American Society for Reproductive Medicine | 1998–Present |
| Member, Society for Reproductive Investigation | 1998–Present |
| Member, American Association of University Professors | 1996–Present |
| Member, American Chemical Society | 1991–2014 |
| National Research Council of the United Kingdom | 1985–1986 |
| Medical Research Council of the United Kingdom | 1984–1998 |

**HONORS/AWARDS:**

| Oncology Research fellowship | 2017 |
|---|---|

**Emi Bulica**, awarded a year-off oncology research scholarship from Michigan State University in the laboratory of Dr. Saed of the Department of Obstetrics & Gynecology at Wayne State University. This award is for 12 months of full-time research in Dr. Saed's laboratory studying ovarian cancer.

| **Star Award** | 2017 |
|---|---|

73rd American Society for Reproductive Medicine (ASRM) Scientific Congress & Expo
*This award recognizes members who have presented during at least nine of the ASRM Annual Meetings from the years 2007-2016.  Presentations*

2

ATTORNEYS' EYES ONLY

*may include Congress courses and/or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.   234 awardees*

**SRS In-Training Award for Research**                                            2017
**Awarded to Nicole King, PhD, Postdoctoral Fellow in the laboratory**
**of Dr. Ghassan Saed**
73rd American Society for Reproductive Medicine (ASRM Scientific
Congress & Expo
*The purpose of this award is to recognize outstanding research conducted by*
*individuals in training under the "Reproductive Surgery" category.  He/she is*
*a presenting first author, and a medical student, resident, fellow, or under-*
*graduate, graduate, or postdoctoral student.  Three awardees*

**Star Award**                                                                    2016
72nd American Society for Reproductive Medicine (ASRM) Scientific
Congress & Expo
*This award recognizes members who have presented during at least nine*
*of the ASRM Annual Meetings from the years 2007-2015.  Presentations*
*may include Congress courses and or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.  ~235 awardees*

**Excellence in Biomedical Research**                                             2015
Global Medical Discovery Series
*Key Scientific Article for peer-reviewed publication entitled:  "Sox2 Gene*
*Amplification Significantly Impacts Overall Survival in Serous Epithelial*
*Ovarian Cancer."  Reproductive Sciences 22(1):38-46, 2015.  Epub*
*July 18, 2014.  One awardee*

**Star Award**                                                                    2013
69th American Society for Reproductive Medicine Annual Meeting (ASRM)
*This award recognizes members who have presented during at least nine*
*of the ASRM Annual Meetings from the years 2007-2012.  Presentations*
*may include Congress courses and/or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.  ~235 awardees*

**Star Award**                                                                    2011
67th American Society for Reproductive Medicine (ASRM) Annual Meeting
*This award recognizes members who have presented during at least nine*
*Of the ASRM Annual Meetings from the years 2007-2010.  Presentations*
*may include Congress courses and/or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.  ~235 awardees*

Award for Graduate Students Who Obtained External Support                         2010
*Jennell White, Obstetrics/Gynecology*
*Advisor: Ghassan Saed, Obstetrics/Gynecology*
*Agency: National Institutes of Health*

**President's Award for Excellence in Teaching**                                  2009
Wayne State University School of Medicine

3

*This award is in recognition for outstanding faculty who have made
contributions to teaching at WSU to an exceptionally high degree,
demonstrate comprehensive knowledge of their subject, superior classroom
performance, and high educational standards; communicate their subject
matter accurately, clearly, and effectively; generate enthusiasm and
respect for learning; motivate their students to excel; and are accessible to
students; innovative instructional practices, impact on teaching at WSU,
and contributions to advancing teaching in their field.*

**Finalist Paper**                                                          2006
62nd American Society for Reproductive Medicine (ASRM) Annual Meeting
*One awardee*

Travel Award winner                                                         2006
1st International Conference on Ovarian Cancer: State of the Art and
Future Directions, Aegean conferences, Greece

**Prize Paper Candidate**                                                   2005
Conjoint 61st American Society for Reproductive Medicine (ASRM) Annual
Meeting and 51st Canadian Fertility and Andrology Society Annual Meeting
*One awardee*

**Finalist Paper**                                                          2005
61st American Society for Reproductive Medicine (ASRM) Annual Meeting
*One awardee*

**Finalist Paper**                                                          2003
Society of Reproductive Endocrinology and Infertility (SREI) Annual Meeting
*One awardee*

**Finalist Paper, Basic Science**                                           2003
19th European Society of Human Reproduction and Embryology (ESHRE)
Annual Meeting
*One awardee*

**Award Paper**                                                             2000
58th Society of Reproductive Surgeons (SRS) Scientific Program

**Finalist Paper**                                                          2000
Society of Reproductive Endocrinology and Infertility (SREI) Annual Meeting
*One awardee*

**Award Paper**                                                             1998
52nd Society of Reproductive Surgeons (SRS) Scientific Program

**Outstanding Professor of the Year Award**                          1996–1997
Golden Key National Society, Oakland University Chapter, Rochester, MI
*One awardee*

4

**SERVICE:**

**Wayne State University**

**Departmental/Divisional**

| | |
|---|---|
| Chairperson, Organizing Committee, 2017 Joint Annual Reproductive Sciences Retreat, Departments of Obstetrics and Gynecology, Wayne State University School of Medicine and University of Toronto; and The Michigan Alliance for Reproductive Technologies and Sciences (MARTS) Annual Meeting at Wayne State University | 2017 |
| Faculty Mentor, NIH/NICHD Women's Reproductive Health Research (WRHR) Scholar Program, Department of Obstetrics and Gynecology | 2012–2016 |
| Faculty Associate, Fulbright Visiting Senior Scholar Award recipient Dr. Iyad Ali, Department of Obstetrics and Gynecology | 2012–2014 |
| Member, Selective Salary Committee, Department of Obstetrics and Gynecology | 2012–Present |
| Member, Promotion and Tenure Committee, Department of Obstetrics and Gynecology | 2012–Present |
| Chairperson, C.S. Mott Center Seminar Series Committee, Department of Obstetrics and Gynecology | 1998–Present |
| Chairperson, Basic Research Endocrine Fellows Training Committee, Department of Obstetrics and Gynecology | 1998–2014 |
| Member, Reproductive Endocrinology and Infertility Fellowship Selection Committee, Department of Obstetrics and Gynecology | 1998–Present |

**School of Medicine**

| | |
|---|---|
| <u>Chair, Master committee for Osama Nusrat, MD, MS candidate</u>, Department of Physiology in the Reproductive Sciences Wayne State University School of Medicine. | 2015-2017 |
| Member, Strategic Research Initiative Grant Review (SRIG) Committee, Karmanos Cancer Institute | 2013–2014 |
| Member, PhD Committee for Batoul Abdullah, PhD Candidate, Center for Molecular Medicine and Genetics, Wayne State University | 2012–2016 |
| Chair, PhD Committee for Jimmy Belotte, MD, PhD Candidate, Department of Physiology and Reproductive Sciences, Wayne State University School of Medicine. | 2012–2016 |
| Faculty, Reproductive Sciences Graduate Program, Department of Physiology, Wayne State University | 2012–2016 |

5

| | |
|---|---|
| Chair, PhD committee for Nicole M. Fletcher, PhD candidate Department of Physiology and Reproductive Sciences, Wayne State University School of Medicine. | 2008-2013 |
| Chair, PhD committee for Jennell White Jackson, PhD candidate, Department of Physiology in the Reproductive Sciences, Wayne State University School of Medicine. | 2000-2011 |
| Member, Search Committee for a candidate selection for a joint appointment in the Departments of Psychology and Obstetrics & Gynecology in the field of Psychopharmacology | 2003–2005 |

**Affiliate Medical Organizations**

| | |
|---|---|
| National Arab American Medical Association:  Serve as Chief Financial Officer, Board Member, and two times President of Michigan Chapter. | 2009–Present |

**Professional**

| | |
|---|---|
| Member for publication committee at the Society of Reproductive Investigation | 2019-Present |
| Society for Gynecologic Oncology:  Serve as judge for oral and poster presentations and abstract selection committee. | 2017-Present |
| Karmanos Cancer Institute: Design research projects and give lectures in the Molecular Biology and  Genetics Program. | 2008–Present |
| Karmanos Cancer Institute: Design, discuss and present research projects for the Tumor Biology and Microenvironment Program. | 2007–Present |
| Society for Reproductive Investigation:  Serve as judge for oral and poster presentations and abstract review committee. | 2005-Present |
| American Society for Reproductive Medicine:  Serve as judge for oral and poster presentations, and abstract review committee. | 2006-Present |
| Yale University, New Haven, CT: Served as a member in Scientific Review Committee, Ethel F. Donoghue Women's Health Investigator Program, | 2004-2004 |
| Henry Ford Hospital, Detroit, MI: Served in Biohazard and Safety Committee, Radioisotope Safety Committee, Animal Care Committee, Residents/Fellows Basic research training and education committee | 1993-1998 |

**Consulting**

| | |
|---|---|
| Consultant – Collaborator for the Department of Obstetrics and Gynecology, University of Illinois, Chicago, IL | 2017–Present |
| Consultant and Witness Expert on behalf of plaintiffs in national litigation | 2017–Present |

6

against Johnson & Johnson Baby Powder and increased risk of ovarian
cancer

| | |
|---|---|
| Consultant – Collaborator for the Department of Obstetrics and Gynecology, University of Tennessee Health Science Center, Memphis, TN | 2012–Present |
| Consultant – Collaborator for the Department of Obstetrics and Gynecology, University of Augusta, GA | 2013–Present |
| Consultant, Molecular Biologic Testing, DS Biotech, Detroit, MI | 2013–Present |
| Consultant, Application of Cyclooxgenase-2 in the Treatment of Ovarian Cancer, Pfizer Pharmaceuticals, Rochester, MI | 2002-2003 |
| Consultant, Technical expertise in developing molecular probes and Markers, Oxford Biomedical Research, Oxford, MI | 1991–1998 |

**Scholarly Service**

Grant Review Committees

| | |
|---|---|
| Member, Scientific Review Committee, Ethel F. Donoghue Women's Health Investigator Program, Yale University, New Haven, CT | 2004 |

Service for Peer-Reviewed Journals Editorship

Editorial Board Membership:

| | |
|---|---|
| Editor-in-Chief, Gynecology and Obstetrics Research-Open Journal | 2015–Present |

Review of Manuscripts and Chapters:

| | |
|---|---|
| Journal of Cellular and Molecular Medicine | 2015–Present |
| Systems Biology in Reproductive Medicine | 2013–Present |
| Journal of Assisted Reproduction and Genetics | 2013–Present |
| Journal of Reproductive Science | 2012–Present |
| European Journal of Obstetrics & Gynecology and Reproductive Biology | 2009 |
| Gastroenterology | 2007 |
| Houghton Mifflin Company, College Division | 2003 |
| American Gynecological and Obstetrical Society | 2003 |
| Oncogenes | 2003 |
| Fertility and Sterility | 2001–Present |
| Wound Repair and Regeneration | 2000–Present |
| Journal of Cytokine Research | 1998–2000 |

**TEACHING**

**Teaching at Wayne State University**

Undergraduate Students

7

<u>Instructor</u>.  Department of Biological Sciences – BIO 3990:  Undergraduate course primarily for biology majors who wish to continue in a field beyond that covered in regular courses under the direction of Biological Sciences faculty.

<u>Instructor and Advisor</u>.  Department of Physiology – PSL 5010:  Undergraduate course involving student participation in laboratory research in the physiological sciences under the supervision of a departmental faculty advisor.
This course involves an introduction to experimental protocol and current related scientific literature.

<u>Advisor</u>.  Department of Biological Sciences – BIO 6990:  Undergraduate course for honors students involving student participation in laboratory research in the physiological sciences under the supervision of a departmental faculty advisor.

<u>Graduate Students</u>

<u>Instructor</u>.  Interdisciplinary Biomedical Sciences – IBS 7060:  Biomedical Endocrine and Reproductive Systems Development.
This course is for graduate students within the Ph.D. Program in Anatomy and Cell Biology of which has the aim of providing a broad-based knowledge of the important areas of biomedical research.

<u>Instructor</u>.  Department of Physiology with Concentration in the Reproductive Sciences Program (PhD) – RPS 7350:  Biomolecular Techniques:  From Genes to Protein

<u>Instructor</u>.  Department of Physiology with Concentration in the Reproductive Sciences Program (PhD), Principles of Reproductive Biology – PSL 7690:  Cancers in Reproductive Organs/ Journal Club.
This lecture explains the impact of cancer in women; to discuss the epidemiology, risk factors, screening modalities and preventative strategies of gynecologic cancers and the role of stem cells.

<u>Instructor</u>.  Current Research Topics in the Reproductive Sciences – PSL 7775:  Molecular Mechanisms of Postoperative Adhesions.
This course is for graduate students within the Ph.D. Program in Physiology with Concentration in the Reproductive Sciences of which covers current research topics in reproductive sciences. The Program itself incorporates the teaching, research and physical resources of both the Physiology and the Obstetrics and Gynecology Departments, offering interdisciplinary doctoral training in a clinical environment in the reproductive sciences.  The primary academic focus engages teaching and research training in reproduction and development, with an emphasis on the following: developmental biology, perinatal biology, reproductive endocrinology, reproductive genetics, toxicology/teratology and molecular biology including genomics, proteomics, and bioinformatics. Dissertation research is under the mentorship of Obstetrics and Gynecology basic science graduate faculty.

<u>Advisor and Mentor</u>.  Current Research Topics in the Reproductive Sciences – PSL 7996: Arranged Research.
This course is for the graduate students within the "Ph.D. Program in Physiology with Concentration in the Reproductive Sciences" (as described in PSL 7775) which covers graduate level experiences in research techniques.  It is required that special research topics, within specified areas, be agreed upon between individual faculty members and students.

8

<u>Advisor and Mentor</u>.     Doctoral Candidate Status I-IV – PSL 9991, 9992, 9993, 9994: Thesis/Dissertation Research and Design.
This course is for the graduate students within the "Ph.D. Program in Physiology with Concentration in the Reproductive Sciences" (as described in PSL 7775). Required in consecutive academic-year semesters following advancement to Ph.D. candidacy status I through IV.

<u>Advisor and Mentor</u>.   Doctoral Candidate Dissertation Research and Direction – PSL 9995: Candidate Maintenance Status.
This course is for the graduate students within the "Ph.D. Program in Physiology with Concentration in the Reproductive Sciences" as described above in PSL 7775. Required after completion of 30 credits in PSL 9991-9994.

<u>Director</u>. Summer Reproductive Technology Course. The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2014-2015.
The course design is to allow for Reproductive Endocrinology and Infertility/Medical Genetics fellows, as well as graduate students to become familiar with laboratory techniques in the reproductive sciences. The graduate students will acquire a thorough understanding of the theory and special methodology utilized to perform techniques indicative of reproductive endocrinology and infertility.

<u>Lecturer</u>. Laboratory Techniques. Summer Reproductive Technology Course. The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2014.
This lecture explains the various laboratory techniques, and their limitations, as applied to the reproductive sciences.

<u>Lecturer</u>. Molecular Biological Procedures. Summer Reproductive Technology Course. The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2015.
This lecture explains the various laboratory techniques, and their limitations, as applied to the reproductive sciences.

<u>Residents and Fellows</u>

<u>Director</u>. Summer Reproductive Technology Course. The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2014-2015.
The course design is to allow for Reproductive Endocrinology and Infertility/Medical Genetics fellows, as well as graduate students to become familiar with laboratory techniques in the reproductive sciences. The fellows will acquire a thorough understanding of the theory and special methodology utilized to perform techniques indicative of reproductive endocrinology and infertility.

<u>Instructor</u>. PCR Technique:  Concept and Clinical Application Course. The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2012-Present.
This course is designed to allow departmental residents, fellows, Reproductive Endocrinology and Infertility/Medical Genetics fellows, and interested graduate students (within the C.S. Mott Center) to become familiar with the PCR technique and how to use it effectively within the laboratory.

9

**Teaching at Other Institutions**

Undergraduate Students

Adjunct Associate Professor.  Taught two undergraduate courses, CHM104 "Introduction to Chemical Principles" and CHM201 "Introduction to Organic and Biological Chemistry" for nursing and health sciences students at the Department of Chemistry, Oakland University, Rochester, MI, 1991-2004.

Graduate Students

Instructor.  Four-day workshop:  PCR Techniques, Concepts and Applications.  Howard Hughes Research Program, Oakland University, Rochester, MI, May 19-22, 1998.
This workshop was for graduate, postdoctoral, laboratory research personnel, and faculty within the field of science and research.

Instructor.  Taught a graduate course CHM554 "Molecular Biology and Biotechnology" at the Department of Chemistry, Oakland University, Rochester, MI, 1995-1998.

Instructor.  Biotechnology:  From Genes to Proteins.  Department of Dermatology, Oakland University, Rochester, MI, 1993-1998.
This course was part of the Research Training in Biotechnology Program postgraduate curriculum for residents and fellows to utilize state-of-the-art molecular technology techniques to answer questions related to molecular pathogenesis of skin diseases such as skin cancer, fibrosis and wound healing.

Teaching Assistant.  Introduction to Chemical Principals. Department of Chemistry, University of Essex, Colchester, England, United Kingdom, 1987-1988.

Residents and Fellows

Instructor and Laboratory Advisor.  Biotechnology Research Training.  Department of Dermatology, Oakland University, Rochester, MI, 1993-1998.
This program trained dermatology residents to utilize state-of-the-art molecular technology techniques to answer questions related to molecular pathogenesis of skin diseases such as skin cancer, fibrosis and wound healing.

**Mentorship**

Mentor on research projects related to endometriosis, postoperative adhesions, and ovarian cancer to the Department of Obstetrics and Gynecology past and present undergraduate and graduate students, residents, clinical and postgraduate fellows, scholars, faculty, and research technicians, assistants and associates.

Undergraduate Students:

Yousif Abbiss, Newaj Abdullah, Dana Abufarha, Shadi Abuolba Ahmad [awarded the 2007 Wayne State University School of Medicine Undergraduate Research Scholarship Award], Dabaja Ahmed, Ali Alarab, Radi Al-Dasouqi, Danna Al-Hadidi, Jeremy Berman, Chelsea Fortin, Ellory Greenberg, Waseem Imann, Shucni Jain, Marisa Karcz, Hadil Katato, Reem Khazaal, Yanamandra Krishnakant, Ira Memaj, Wasfeh Musheinish, Bailey Neubauer, Osama Nusrat, Tessy Oommen,

10

ATTORNEYS' EYES ONLY

Norman Orabi, Alex Papadellis, Sonica Rehan, Mohammad Saed, James Waleke [WSU School of Medicine 2004 graduate], Rani Yaldo, Yousif Younan, Nabaa Zalzala, and Xuping (Sherry) Zhu.

Graduate:

Batoul Abdullah, PhD:  *__Abdallah BY__, *Horne SD, *Stevens JB, *Liu G, *Ying AY, *Vanderhyden B, Krawetz SK, Gorelick R, Heng HH (2013). Single cell heterogeneity: Why unstable genomes are incompatible with average profiles. Cell Cycle 12:3640-3649, 2013.  PMID: 24091732  PMCID: PMC3903715
*Role:  Mentor/Advisor*

Jimmy Belotte, MD, PhD:  *__Belotte J__, *Fletcher NM, *Saed MG, *Abusamaan MS, *Dyson G, Diamond MP, __Saed GM__.  A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.  PLoS One 10(8):e0135739, 2015.  eCollection 2015.  PMID: 26301412 PMCID: PMC4547699

Amy Harper, MD:  *Fletcher NM, *__Harper A__, *Memaj I, *Fan R, Morris RT, __Saed GM__.  Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer. Reproductive Sciences.  In press, 2019.

Nicole King, PhD:  *__Fletcher NM__, *Belotte J, *Saed MG, *Memaj I, Diamond MP, Morris RT, __Saed GM__.  Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer.  Free Radical Biology and Medicine 102:122-132, 2017.  PMID: 27890641

Osama Nusrat, MD, MS:  *__Nusrat O__, *Belotte J, *Fletcher NM, *Memaj I, *Saed MG, Diamond MP, __Saed GM__.  The role of angiogenesis in the persistence of chemoresistance in epithelial ovarian cancer.  Reproductive Sciences 23(11):1484-1492, 2016.  PMID: 27122375

Jennell White, PhD:  *__White JC__, *Jiang ZL, Diamond MP, __Saed GM__.  Macrophages induce the adhesion phenotype in normal peritoneal fibroblasts.  Fertility and Sterility 96(3):758-763.e3, 2011. Epub July 27, 2011.   PMID: 21794857

Residents

Drs. (MD) Zeynep Alpay, Dana Ambler, Tarek Dbouk, Eslam Elhammady, and Valerie Shavell.

Clinical Faculty and Clinical Postgraduate Fellows:

Drs. (MD) – Faculty:  Awoniyi Awonuga, Associate Professor; Jimmy Belotte, Associate Professor; and Christopher Bryant, Associate Professor; Fellows:  Mazen Abdallah, Jashoma Banerjee, Alan Bolnick, Jay Bolnick, Charalampos (Harry) Chatzicharalampous, Subodhsingh Chauhan, Laura Detti, Michael Freeman, April Gago, Amy Harper, Roohi Jeelani, Sana Khan, Mohamed Mitwally, Valerie Shavell, Mili Thakur, Rahi Victory, and Terri Woodard.

Of note, the aforementioned that have participated in premier scientific meetings such as:  The American Society for Reproductive Medicine; American Gynecologic and Obstetrical Society; Society for Free Radical Biology and Medicine; Society for Reproductive Investigation; Society for Gynecologic Oncology; Pacific Coast Reproductive Society; Society for the Study of Reproduction; American Association for Cancer Research; Central American College of Obstetrics and Gynecology; and American College of Obstetrics and Gynecology, as well as publishing their many

11

ATTORNEYS' EYES ONLY

scientific achievements (articles and abstracts) in the aforementioned preeminent, peer-reviewed journals (see Publications section, pg. 27). They have also participated and presented at local events: DMC/WSU Graduate Research Day; WSU Department of Obstetrics and Gynecology Resident and Fellow Day; WSU Obstetrics and Gynecology, CS Mott Center Reproductive Sciences Retreat; and the Michigan Alliance for Reproductive Technologies and Sciences (MARTS) Symposium.

*Acknowledgements:*

Roohi Jeelani, MD [fellowship 2015-2017] and Sana Khan, MD [fellowship 2013-2016] of the Reproductive Endocrinology and Infertility Fellowship Program jointly received the Second Place Award for Outstanding Paper Presentation at the 65th Annual Meeting of the Pacific Coast Reproductive Society, Indian Wells, CA, in March of 2017. Their oral presentation was entitled, *"Cyclophosphamide and Its Metabolite Impact on Fertilization through Mitochondrial Dysfunction."*

Mili Thakur, MD [fellowship, 2014-2017] of the combined Reproductive Endocrinology and Infertility and Medical Genetics Fellowship Program received the First Place Award at the Department of Obstetrics and Gynecology Resident and Research Fellow Day, Wayne State University School of Medicine, Detroit, MI, in April of 2017. This award to Dr. Thakur was for her oral presentation entitled, *"Galactose and Its Metabolites Deteriorate Metaphase II Mouse Oocyte Quality and Subsequent Embryo Development by Disturbing the Spindle Structure."*

Mili Thakur, MD [fellowship, 2014-2017] of the combined Reproductive Endocrinology and Infertility and Medical Genetics Fellowship Program (the only one of its kind in the country), was the recipient of the 2016 Pfizer-SRI (Society for Reproductive Investigation), President's Presenter's Award. This award for given to Mili for her abstract entitled, *"Galactose and Its Metabolites Deteriorate Metaphase II Mouse Oocyte Quality through a Mechanism that Involves the Generation of Reactive Oxidative Species, Mitochondrial Dysfunction and Apoptosis.*" The President's Presenter's Award is given in recognition of the 25 most meritorious abstracts (either poster or oral presentation) submitted by individuals still in training. Dr. Thakur received this prestigious award at the 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, in March of 2016.

Alan Bolnick, MD and Sana Khan, MD [fellowship, 2013-2016] of the Reproductive Endocrinology and Infertility Fellowship Program were each awarded, from the Pacific Coast Reproductive Society, the 2015 Travel Award; as well as Roohi Jeelani, MD and Mili Thakur, MD [fellowship, 2015-2017 and 2014-2017, respectively] who were each awarded the 2016 Travel Award. These travel awards paid for registration to the annual meeting, course fees, and all travel expenses incurred.

Michael Freeman, MD [fellowship, 1999-2002] of the Reproductive Endocrinology and Infertility Fellowship Program was the recipient of a $20,000 research grant from the American Gynecologic and Obstetrical Society (AGOS).

Scholars

Iyad Ali, PhD: Assistant Professor of Biochemistry, Faculty of Medicine and Health Sciences, An-Najah National University, Nablus, Palestine. Visiting Fulbright Arab Fund Fellowship Scholar [2013-2014] in the laboratories of Drs. Husam Abu-Soud and Ghassan Saed, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine. Citation: *Maitra D,* **Ali I**, *Abdulridha RM, *Shaeib F, *Khan

12

SN, **Saed GM**, Pennathur S, Abu-Soud HM. PLoS One 9(11):e110595, 2014. eCollection 2014. PMID: 25375773

Awoniyi Awonuga, MD:  Associate Professor, Women's Reproductive Health Research (WRHR) Scholar [2012-2015], Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine.  <u>Citation</u>:  \***Awonuga AO**, \*Belotte J, \*Abuanzeh S, \*Fletcher NM, Diamond MP, **Saed GM**.  Advances in the pathogenesis of adhesion development:  the role of oxidative stress.  Reproductive Sciences 21(7):823-836, 2014.  Epub February 11, 2014.  Review.  PMID: 24520085  PMCID: PMC4107571

Jimmy Belotte, MD, PhD:  Associate Professor, Women's Reproductive Health Research (WRHR) Scholar [2012-2016], Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine.  <u>Citation</u>:  \***Belotte J**, \*Fletcher NM, \*Alexis M, Morris RT, Munkarah AR, Diamond MP, **Saed GM**.  Sox2 gene amplification significantly influences overall survival in serous epithelial ovarian cancer.  Reproductive Sciences 22(1):38-46, 2015.  Epub July 18, 2014. PMID: 25038052    PMCID: PMC4275450

Lylia Fahmy, MD:  Clinical Instructor, Women's Reproductive Health Research (WRHR) Scholar [2001-2003], Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine.  Thesis:  Effect of Ovarian Hormones on Adhesion Development.

Faculty

Mentor of current and past Obstetrics and Gynecology clinical faculty through collaborations on research projects and grant submissions.  Faculty members are as follows:  Awoniyi Awonuga, MD, Professor, Division of Reproductive Endocrinology and Infertility; Jimmy Belotte, MD, PhD, Associate Professor [past], Division of Gynecology; Christopher Bryant, MD, Associate Professor [past], Division of Gynecology; Lylia Fahmy, MD, Clinical Instructor [past], Division of Reproductive Endocrinology and Infertility; and Peter Baumann, MD, Associate Professor [retired], Division of Gynecology.

I have also been instrumental to key professional presentations at local, national, and international conferences by our past and present senior faculty members of the Obstetrics and Gynecology Department.  They are as follows:  Jay Berman, MD, Associate Professor and Associate Chair, Director, Division of Gynecology; Michael Diamond, MD, Professor and Associate Chair [past], Director, Division of Reproductive Endocrinology and Infertility [past], and Assistant Dean of Clinical and Translational Research [past, now at Georgia Regents University]; Bernard Gonik, MD, Professor, Division of Maternal and Fetal Medicine; John Malone, Jr, MD, Professor and Chair [past, deceased]; Kamran Moghissi, MD, Professor Emeritus and Chair Emeritus [past], Director, Division of Reproductive Endocrinology and Infertility [past], and Director, CS Mott Center for Human Growth and Development [past, retired]; and Adnan Munkarah, MD, Professor and Director, Division of Gynecologic Oncology.

Research Associates/Assistants/Technicians

In the laboratory of Dr. Ghassan Saed:  Drs. (PhD) Boytcho Boytchev, Nicole King, Semira Galijasevic, Zhongliang (John) Jiang, MD, Hong Lu, Qui Lu, Gheorghe Proteasa, Natalie Rizk, Rona Wang, MD, and Ming Zhao, MD; Danielle Hall, BS, Ira Memaj, BS, and Manal Omar, BS.

13

**ATTORNEYS' EYES ONLY**

**Essays/Theses/Dissertations Directed**

**Osama Nusrat, MD, MS**, Department of Physiology in the Reproductive Sciences (2015-2017), Wayne State University School of Medicine, Detroit, MI
Dissertation Title:  The Role of Angiogenesis in the Persistence of Chemoresistance in Epithelial Ovarian Cancer
Date Awarded:  Master degree, September 2017
Current Status:  Resident, Department of Internal Medicine, University of Arizona College of Medicine, Tucson, AZ

**Jimmy Belotte, MD, PhD**, Associate Professor, Department of Physiology in the Reproductive Sciences Concentration (2012-2016); and Women's Reproductive Health Research (WRHR) Scholar, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI
Dissertation Title:  The Role of Oxidative Stress in the Establishment of Resistance to Cisplatin   in Epithelial Ovarian Cancer Cells
Date Awarded:  PhD Degree, Sept. 14, 2016 and WRHR training completed Sept. 2016
Current Status:  Associate Professor, Department of Obstetrics and Gynecology, Division of Gynecology, Montefiore Medical Center, Bronx, NY

**Batoul Abdullah, PhD**, Department of Physiology in the Center for Molecular Medicine and Genetics Concentration (2012-2016), Wayne State University School of Medicine, Detroit, MI
Dissertation Title:  Fuzzy Inheritance:  A Novel Form of Somatic Cell Inheritance that Regulates Cell Population Heterogeneity.
Date Awarded:  PhD Degree, 2016
Current Status: Postdoctoral Fellow in the laboratory of Henry (Hong-Qiang) Heng, PhD, Center for Molecular Medicine & Genetics and Pathology, Wayne State University School of Medicine, Detroit, MI

**Awoniyi Awonuga, MD**, Women's Reproductive Health Research (WRHR) Scholar [2012 2015], Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI
Thesis Title:  Oxidative Stress in the Pathogenesis of Post-Operative Adhesions
Training Completed:  December 2015
Current Status:  Professor and Interim Director, Division of Reproductive Endocrinology and Infertility and Director, Residency Program Research, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI

**Nicole King, PhD**, Department of Physiology in the Reproductive Sciences Concentration Program (2008-2013), Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI
Dissertation Title:  The Role of Oxidative Stress in the Pathogenesis of Epithelial Ovarian Cancer
Date Awarded:  PhD Degree, August 2013
Current Status:  Postdoctoral Fellow in the laboratory of Ghassan M Saed, PhD, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, CS Mott Center for Human Growth and Development, Wayne State University School of Medicine, Detroit, MI

14

**Jennell White Jackson, PhD,** Department of Physiology in the Reproductive Sciences Concentration Program (2000-2011), Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI
Dissertation Title:  The Potential Role of Innate Immunity in the Pathogenesis of Postoperative Adhesions
Date Awarded:  PhD Degree, September 2011
Current Status:  Postdoctoral Fellow, Department of Pediatrics, Wayne State University School of Medicine, Detroit, MI

**Lylia Fahmy, MD**, Women's Reproductive Health Research (WRHR) Scholar [2001-2003], Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI
Thesis Title:  Effect of Ovarian Hormones on Adhesion Development
Training Completed:  September 2003
Current Status:  Associate Professor, Department of Obstetrics and Gynecology, University of Nebraska Medical Center, Omaha, NB

**Course or Curriculum Development**

Originator and Director.  Summer Reproductive Technology Course.          2014
This course design is to allow for Reproductive Endocrinology and
Infertility/Medical Genetics fellows, as well as graduate students, to become
familiar with all aspects of laboratory techniques within the field of
reproductive sciences.  Division of Reproductive Endocrinology and Infertility,
Department of Obstetrics and Gynecology, The C.S. Mott Center for Human
Growth and Development, Wayne State University School of Medicine,
Detroit, MI.

Course Director.  Reproductive Sciences Concentration – RPS 7350:          2006
Biomolecular Techniques:  From Genes to Protein.
This course design is specifically for graduate students enrolled in
The PhD Program in Physiology with Concentration in the Reproductive
Sciences, as part of their curriculum.  This is an integrated PhD program
incorporating the teaching, research, and physical resources of two
departments -- Physiology and Obstetrics & Gynecology at Wayne State
University School of Medicine, Detroit, MI.

Organizer.  Four-day workshop (May 19-22):  PCR Techniques, Concepts,          1998
and Applications.
Workshop developed for undergraduates, graduates, postdoctoral,
laboratory personnel, and faculty studying and/or working within the field of
science and research.  Sponsored by the Howard Hughes Research
Program of Oakland University, Rochester, MI.

Designer.  Introduction to Molecular Cloning.          1996
Course designed to teach techniques for characterization and manipulation
of DNA and RNA from the basis of modern biomedical research.  Coursework
pertinent towards medical residents and fellows at the Henry Ford Hospital,
Detroit, MI, and graduate students at Oakland University, Rochester, MI.

Designer.  Research Training in Biotechnology.          1993

15

**ATTORNEYS' EYES ONLY**                                                   SAED_SEPT222021_SUPPL_000192

This program trained Department of Dermatology residents and fellows to utilize state-of-the-art molecular technology techniques to answer questions related to molecular pathogenesis of skin diseases such as skin cancer, fibrosis and wound healing at Henry Ford Hospital, Detroit. MI. This training ended in 1998.

<u>Course Director</u>. I have participated in developing the course, Introduction to Chemical Principles (CHM 104) to meet general education requirements. CHM 104 satisfies the university general education requirement in natural science and technology (NST).  The learning outcomes for NST courses state that the student will demonstrate knowledge of major concepts from natural science or technology, including developing and testing of hypotheses, drawing conclusions, and reporting of findings through some laboratory experience or an effective substitute.  This course taught at Oakland University, Rochester, MI.  |  1991–2004

<u>Designer</u>. Laboratory course. I was actively involved in developing and instructing two laboratory sections for CHM 104. Students learned how to evaluate sources of information in science or technology.  Developed at Oakland University, Rochester, MI  |  1991–2004

<u>Designer</u>. I developed and taught CHM 104 and CHM 201 to nursing students on-line (a web-based instruction). I designed courses to satisfy the university general education requirement in natural science and technology (NST). For this, I utilized and implemented the virtual chemistry laboratory experience to be an integral part of this course.  Developed at Oakland University, Rochester, MI,  |  2005–2010

**GRANTS, CONTRACTS, AND OTHER FUNDING:**

**Active National/International Grants and Contracts**
Role: Principal Investigator, Percent Effort: 10%
Title: Novel target for ovarian cancer treatment
Source: DS Biotech LLC.
Date: 01/01/2021- 12/31/2021
Total Direct Costs: $100,000

**Pending National/International Grants and Contracts**
None

**Submitted National/International Grants and Contracts**

Role: Principal Investigator, Percent Effort:  30%
Title: Monomeric MPO as a biomarker for early detection of ovarian cancer
Source:  NIH/NICHD R01
Date:  09/01/2020 – 08/31/2025
Total Direct Costs:  $1,250,000

Role: Principal Investigator, Percent Effort:  30%
Title: Novel mechanism of survival in EOC cells
Source:  NIH/NICHD R21

16

Date:  09/01/2020 – 09/01/2022
Total Direct Costs: $375,000

Role: Principal Investigator, Percent Effort:  30%
Title: Binding of intracellular monomeric MPO to aV/b1 integrin serves as a novel mechanism of survival in EOC cells.
Source:  NIH/NICHD R01
Date:  09/01/2019 – 08/31/2024
Total Direct Costs: $1,250,000

Role: Principal Investigator, Percent Effort:  10%
Title: Binding of intracellular monomeric MPO to aV/b1 integrin serves as a novel mechanism of survival in EOC cells.
Source:  DOD
Date:  01/01/2018 – 01/01/219
Total Direct Costs: $385,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Mechanism of Apoptosis in Chemoresistant Ovarian Cancer Cells."  To determine whether chenoresistance in ovarian cancer manifests decreased apoptosis through enhanced s-nitrosylation of caspase-3 mechanism which can, thereby, be reversed by DCA.
Source:  American Association for Cancer Research (AACR)
Date:  07/01/17 – 06/30/19
Total Direct Costs:  $100,000

Role:  Principal Investigator, Percent Effort:  30%
Title:  "Identification of a Novel Target with Intriguing Anti-Tumorigenic Effects in Ovarian Cancer." To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  NIH/NICHD R01, Proposal #17-0220
Date:  09/01/17 – 08/31/22
Total Direct Costs:  $1,919,600

Role:  Mentor, Percent Effort: 0%; Principal Investigator:  NM King, PhD
Title:  "Novel Marker of Survival in Ovarian Cancer Cells."  To test the anti-tumorigenic potential of integrin αV/β1 antibodies in sensitive and chemoresistant ovarian cancer.
Source:  U.S. Department of Defense (DOD)
Date:  01/01/18 – 12/31/19
Total Direct Costs:  $385,000

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Cross-Talk Between MPO and iNOS Regulates Apoptosis in Chemoresistant Ovarian Cancer."  To determine whether chemoresistance in ovarian cancer manifests decreased apoptosis through enhanced s-nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source: NIH/NICHD R21
Date:  09/01/17 – 08/31/19
Total Direct Costs:  $423,500

Role:  Principal Investigator, Percent Effort:  10%

17

Title: "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer." To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source: NIH/DHHS Small Business Technology Transfer Grant (STTR), R41
Date: 07/01/17 – 6/30/18
Total Direct Costs: $299,999

Role: Principal Investigator, Percent Effort: NA
Title: "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer." To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source: The Honorable Tina Brozman Foundation, Inc. for Ovarian Cancer Research – Letter of
         Intent
Date: 2017
Total Direct Costs: $100,000

Role: Principal Investigator, Percent Effort: 5%; Co-Principal Investigator: NM King, PhD
Title: "Potential Anti-Tumorigenic Antigen for Cancer Therapy." To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source: Elsa U. Pardee Foundation Grant Program, Proposal #17-0715
Date: 01/01/18 – 12/31/18
Total Direct Costs: $187,958

Role: Principal Investigator, Percent Effort: NA
Title: "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer." To identify and test a target that cross-reacts with the CD11b antibody and determines it efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source: Ovarian Cancer Research Fund Alliance, Inc. (OCRFA)
Date: 01/01/18 – 12/31/20
Total Direct Costs: $300,000

Role: Mentor, Percent Effort: 0%; Principal Investigator: NM King, PhD
Title: "Antitumor Effects of Targeting Integrin αV/β1 in Ovarian Cancer Cells." To test the anti-tumorigenic potential of integrin αV/β1 antibodies in ovarian cancer patient samples.
Source: Ovarian Cancer Research Fund Alliance, Inc., Ann Schreiber Mentored Investigator Award
Date: 01/01/18 – 12/31/18
Total Direct Costs: $75,000

**Submitted Other Grants and Contracts**

Role: Principal Investigator
Title: "Repurposing ABCIXIMAB, A Clinically Approved Anticoagulant for the Treatment of Ovarian Cancer." To determine whether abciximab is an effective therapy against sensitive and resistant ovarian cancer.
Source: Michigan Ovarian Cancer Alliance (MIOCA)
Date: 04/01/17 – 03/31/18
Total Direct Costs: $50,000

Role: Principal Investigator

18

Title:  "ReoPro and Ovarian Cancer"
Source:  Michigan Ovarian Cancer Alliance (MIOCA)
Date:  04/01/17 – 03/31/18
Total Direct Costs:  $50,000

Role:  Principal Investigator
Title:  "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer"
Source:  DS Biotech, LLC, Proposal #17-0289
Date:  07/01/17– 06/30/18
Total Direct Costs:  $100,000

Role:  Principal Investigator
Title:  "A Novel Target with Intriguing Anti-Tumorigenic Effects in Ovarian Cancer"
Source:  Rivkin Center for Ovarian Cancer, Pilot Study Awards, 573569

**Previously Funded Grants and Contracts**

Role:  Principal Investigator, Percent Effort:  5%
Title:  "Elucidation of Cellular Mechanisms of Evitar of Post-Operative Fibrosis."
Source:  Temple Therapeutics, 25S8P1
Date:  04/01/17 – 05/31/18
Total Direct Costs:  $100,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The project's design is to identify key markers of oxidative stress that have the potential to serve as screening tools for ovarian cancer and may play a role in the acquisition of chemoresistance.
Source:  Prevent Cancer Foundation, Postdoctoral Fellowship Grant
Date:  01/01/16 – 1/31/18
Total Direct Costs:  $80,000
Role:  Co-Principal Investigator; Principal Investigators:  MP Diamond, MD, EN Kraiselburd, PhD
Title:  "WSU-UPR Research Partnership to Promote Diversity in the Reproductive Sciences"
Source:  NIH/NICHD, HD-09-008
Date:  08/2010 – 07/2015
Total Direct Costs:  $3,020,000

Role:  Co-Principal Investigator, Principal Investigator:  MP Diamond, MD
Title:  "WSU Clinical and Translational Science Award Planning Grant"
Source:  NIH/NICHD, 1P20 RR 023578
Date:  09/2006 – 09/2012
Total Direct Costs:  $2,225,750

Role:  Consultant; Principal Investigator:  MP Diamond, MD
Title:  "WSU Cooperative Reproductive Medicine Network Center"
Source:  NIH/NICHD, U10 HD-39005
Date:  08/2007 – 07/2012
Total Direct Costs:  $1,510,000

Role:  Principal Investigator, Percent Effort:  3.60%
Title:  "Postoperative Adhesion:  Roles of Hypoxia and Nitric Oxide"

19

Source:  NIH/NICHD, Division of Pharmacology, Physiology, and Biological Chemistry, 1R01 GM069941-01A3
Date:  10/01/06 – 09/30/12
Total Direct Costs:  $1,312,500

Role:  Mentor; Principal Investigator:  J White, MS, PhD Candidate (WSU)
Title:  "Post-Operative Adhesions:  Roles of Hypoxia in Nitric Oxide"
Source:  NIH/NICHD, Minority Research Supplemental Award, 3R01GM069941-02S1
Date:  01/01/08 – 08/31/10
Total Direct Costs: $151,441

Role:  *Principal Investigator
Title:  "*CUAAH Subcontract – Specialty Laboratory Core"
Date:  06/01/08 – 05/31/10
Total Direct Costs:  $403,840

Role: Co-Principal Investigator; Principal Investigator:  JM Flack, MD
Title:  "Center for Urban African American Health (CUAAH)"
Source:  NIH/NIEHS
Date:  06/01/07 – 05/31/10
Total Direct Costs for Center:  $9,487,709

Role:  Principal Investigator
Title:  "Angiogenesis of Ovarian Cancer"
Source:  Frank Iacobell Endowed Chair, Department of Obstetrics and Gynecology, Wayne State University School of Medicine
Date:  01/01/08 – 12/31/09
Total Direct Costs:  $41,500

Role:  Co-Principal Investigator; Principal Investigator:  R Kannan, PhD
Title:  "Wayne State University, Department of Engineering – Subcontract"
Source:  President's Research Award, Technology and Transfer Office
Date:  01/01/08 – 12/31/09
Total Direct Costs:  $15,000

Role:  Consultant; Principal Investigator:  MP Diamond, MD U10 HD-39005
Title:  "WSU Cooperative Reproductive Medicine Network Center"
Source:  NIH/NICHD
Date:  04/01/00 – 03/31/07
Total Direct Costs:  $1,349,994

Role:  Principal Investigator; Co-Principal Investigator:  MP Diamond, MD
Title:  "Testing of Perfluorodecalin for Adhesion Prevention"
Source:  Novel Pharma, Inc.
Date:  11/01/01 – 06/30/02
Total Direct Costs:  $32,000

Role:  Principal Investigator; Co-Principal Investigator:  MP Diamond, MD
Title:  "Effect of Tissel on Human Peritoneal Fibroblasts"
Source:  Baxter Research Grant

20

Date:  09/30/01 – 12/31/02
Total Direct Costs:  $98,000
Role:  Co-Principal Investigator; Principal Investigator:  MP Diamond, MD
Title:  "Why Does Endometriosis Cause Adhesions?"
Source:  Endometriosis Association
Date:  01/01/01 – 12/31/01
Total Direct Costs:  $38,000

Role:  Co-Principal Investigator; Principal Investigator:  MP Diamond, MD
Title:  "Effect of Tissel on Human Mesothelial Cell Culture"
Source:  Baxter Research Grant
Date:  01/01/01 – 08/31/01
Total Direct Costs:  $60,000

Role:   Principal Investigator
Title: "The Effects of Hypoxia on the Levels of Peritoneal ECM Proteins"
Source:  Wayne State University Department of Obstetrics and Gynecology, Interdepartmental
Research Grant
Date:  03/01/98 – 12/31/00
Total Direct Costs:  $19,000

Role:  Principal Investigator
Title:  "The Role of p53 in the Pathogenesis of Keloids"
Source:  Henry Ford Hospital Small Project Award
Date:  01/01/98 – 12/31/98
Total Direct Costs:  $20,000

Role:  Principal Investigator
Title:  "Patterns of Cytokine Expression in Cutaneous T-Cell Lymphoma"
Source:  Henry Ford Hospital Small Project Award
Date:  01/01/93 – 12/31/94
Total Direct Costs:  $20,000

**Previously Submitted, Not Funded Grants and Contracts**

Role:  Principal Investigator, Percent Effort:  20%
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  To determine
whether chenoresistance in ovarian cancer manifests decreased apoptosis through enchanged s-
nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source:  NIH/NICHD, R21
Date:  04/01/17 – 03/31/19
Total Direct Costs:  $423,500

Role:  Principal Investigator
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  To determine
whether chenoresistance in ovarian cancer manifests decreased apoptosis through enchanged s-
nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source:  Elsa U. Pardee Foundation Grant Program
Date:  01/01/17 – 12/31/17
Total Direct Costs:  $113,966

21

Role:  Mentor, Percent Effort: 0%; Principal Investigator:  NM King, PhD
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  The project's design is to determine whether chemoresistance in ovarian cancer manifests decreased apoptosis through enhanced s-nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source:  NIH/NICHD, R03
Date:  12/01/16 – 11/30/18
Total Direct Costs:  $50,000

Role:  Principal Investigator
Title:  "Innovative New Target for Ovarian Cancer Therapy."  The project was designed to identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  The Honorable Tina Brozman Foundation, Inc. for Ovarian Cancer Research
Date:  08/01/16 – 07/31/18
Total Direct Costs:  $200,000

Role:  Principal Investigator
Title:  "Redox Enzyme-Mediated Prosurvival of Chemoresistance in Ovarian Cancer."  To determine whether development of chenoresistance in ovarian cancer is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  Ovarian Cancer Research Fund Alliance, Inc. (OCRFA)
Date:  2016 – 2019
Total Direct Costs:  $900,000

Role:  Mentor, Percent Effort: 0%; Principal Investigator:  NM King, PhD
Title:  "Chemoresistant Ovarian Cancer Cells Manifest Lower Vascular Endothelial Growth Factor and Hypoxia Inducible Factor-1$\alpha$:  A Potential Survival Mechanism."  The design of the project was to determine whether VEGF and HIF-1$\alpha$ contribute to the persistence of chemoresistance in ovarian cancer.
Source:  Ovarian Cancer Research Fund, Ann Schreiber Mentored Investigator Award
Date:  2016 – 2017
Total Direct Costs:  $75,000

Role:  Mentor, Percent Effort:  0%; PI:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  NIH/NICHD, R03 – Resubmission of scored proposal
Date:  12/01/15–11/30/17
Total Direct Costs:  $153,583

Role:  Principal Investigator, Percent Effort:  30%
Title:  "Redox Enzyme-Mediated Prosurvival of Chemoresistance in Ovarian Cancers."  The design of the project was to determine whether development of chemoresistance in ovarian cancer is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  NIH/NICHD, R01
Date:  12/01/15 – 11/30/20
Total Direct Costs:  $2,494,526

Role:  Mentor, Percent Effort:  0%; PI:  NM King, PhD

22

Title: "Novel Biomarkers for Early Detection of Ovarian Cancer." The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source: NIH/NICHD, R03
Date: 11/01/14 – 10/31/16
Total Direct Costs: $152,000

Role: Principal Investigator, Percent Effort: 30%
Title: "Chemoresistance Induces a Genotype Switch in Redox Enzymes in Ovarian Cancer." The design of the project was to determine whether development of chemoresistance in ovarian cancer is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source: NIH/NICHD, R01
Date: 04/ 01/15 – 03/31/20
Total Direct Costs: $3,124,495

Role: Mentor, Percent Effort: 0%; Principal Investigator: NM King, PhD
Title: "Biomarkers for Early Detection of Ovarian Cancer." The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source: Sandy Rollman Ovarian Cancer Foundation (SROCF) Fellowship
Date: 06/01/14 – 05/31/15
Total Direct Costs: $50,000

Role: Mentor, Percent Effort: 0%; Principal Investigator: NM King, PhD
Title: "Novel Biomarkers for Early Detection of Ovarian Cancer." The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source: Ladies Auxiliary to the Veterans of Foreign Wars, Postdoctoral Cancer Research Fellowship
Date: 06/01/14 – 05/31/16
Total Direct Costs: $50,000

Role: Mentor, Percent Effort: 0%; PI: NM King, PhD
Title: "Novel Biomarkers for Early Detection of Ovarian Cancer." The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source: Kaleidoscope of Hope Foundation, Young Investigator Award
Date: 04/01/14 – 03/31/15
Total Direct Costs: $50,000

Role: Mentor, Percent Effort: 0%; Principal Investigator: NM King, PhD
Title: "Novel Biomarkers for Early Detection of Ovarian Cancer." The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source: Damon Runyon Cancer Research Foundation
Date: 07/01/14 – 06/30/17
Total Direct Costs: $158,000

Role: Mentor, Percent Effort: 0%; Principal Investigator: NM King, PhD

23

Title:  "Chemoresistance Induces a Genotype Switch in Epithelial Ovarian Cancer Cells."  The project was designed to determine whether development of chemoresistance in ovarian is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  American Cancer Society Postdoctoral Fellowship
Date:  01/01/15 – 12/31/18
Total Direct Costs:  $163,500

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for the Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  American Association for Cancer Research
Date:  2015 – 2016
Total Direct Costs:  $50,000

Role:  Principal Investigator, Percent Effort:  30%
Title:  "Postoperative Adhesion Development is Controlled by Mechanisms that Emanate from a Hypoxia-Induced Genotype Switch in Key Enzymes of Oxidative Stress."  Identification of markers that are strongly associated with adhesions and in patients will contribute to both the delineation of mechanisms of adhesion development and serve as potential targets for therapy and intervention.
Source:  NIH/NICHD, R01
Date:  07/01/15 – 06/30/20
Total Direct Costs:  $1,921,633

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Combination of Antioxidants Effectively Reduces Adhesion Development."  The design of the project was to determine the effects of antioxidants on the prevention of postoperative adhesion development.
Source:  NIH/NICHD, R03
Date:  07/01/15 – 06/30/17
Total Direct Costs:  $153,314

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "New Insights into the Pathogenesis of Ovarian Cancer."  To identify keymarkers of oxidative stress that have the potential to serve as screening tools for ovarian cancer and may play a role in the acquisition of chemoresistance.
Source:  Prevent Cancer Foundation
Date:  04/01/14 – 01/31/16
Total Direct Costs:  $80,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  AO Awonuga, MD
Title:  "Effects of Dietary Lycopene on Incidence and Severity of Postoperative Adhesions."  The design of the project was to determine the effects of antioxidants on the prevention of postoperative adhesion development.
Source:  NIH/NICHD, R03
Date:  09/01/14 – 08/31/16
Total Direct Costs:  $152,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD

24

ATTORNEYS' EYES ONLY

Title:  "Novel Biomarkers for Detection of Early Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  Marsha Rivkin Center for Ovarian Cancer Research, Scientific Scholar Award Postdoctoral Fellowship
Date:  04/01/14 – 03/31/15
Total Direct Costs:  $60,000

Role:  Mentor; Percent Effort:  0%; Principal Investigator:  J Belotte, MD
Title:  "Catalase SNP as a Genetic Predictor for Epithelial Ovarian Cancer."  The design of the project was to determine whether a SNP in the catalase gene could be utilized as a predictive marker for epithelial ovarian cancer.
Source:  Marsha Rivkin Center for Ovarian Cancer Research, Scientific Scholar Award Postdoctoral Fellowship
Date:  04/01/14 – 03/31/15
Total Direct Costs:  $60,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for the Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  Hope Funds Cancer Research Postdoctoral Fellowship
Date:  2014 – 2016
Total Direct Costs:  $100,000

Role:  Principal Investigator
Title:  "Chemoresistance in Ovarian Cancer Manifests a Genotype Switch in Oxidant Enzymes."  The design of the project was designed to determine whether a genotype switch in key oxidant enzymes is induced in chemotherapy treated ovarian cancer cells and the subsequent effect of the enzymatic activity.
Source:  Marsha Rivkin Center for Ovarian Cancer Research; Pilot Study
Date:  04/01/14 – 03/31/15
Total Direct Costs:  $75,000

Role:  Principal Investigator, Percent Effort:  30%; Co-Investigators:  MP Diamond, MD, S Ghamande, PhD
Title:  "Chemoresistance Induces a Genotype Switch in Redox Enzymes in Ovarian Cancer."  The design of the project was to determine whether development of chemoresistance in ovarian cancer were attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  NIH/NICHD, R01
Date:  07/01/14 – 06/30/19
Total Direct Costs:  $2,932,687

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Chemoresistance in Ovarian Cancer is attributed to Enhanced Oxidative Stress."  The design of the project was to determine whether development of chemoresistance in ovarian cancer were attributed to enhanced oxidative stress.
Source:  NIH/NICHD, R03
Date:  07/01/14 – 06/30/16
Total Direct Costs:  $152,000

25

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Chemoresistance in Ovarian Cancer Manifests a Genotype Switch in Oxidant Enzymes."
The design of the project was to determine whether development of chemoresistance in ovarian
cancer were attributed to enhanced oxidative stress leading to a genotype switch in key oxidant
and antioxidant enzymes.
Source:  NIH/NICHD, R03
Date:  07/01/14 – 06/30/16
Total Direct Costs:  $152,000

Role:   Mentor, Percent Effort:  0%; Principal Investigator:  J Belotte, MD
Title:  "Characterization of Epithelial Ovarian Cancer Stem Cells."  The design of the project was
to determine the role of pluripotency markers in epithelial ovarian cancer and the association with
survival.
Source:  NIH/NICHD, R03
Date:  09/30/14 – 06/30/16
Total Direct Costs:  $152,000

Role:   Mentor, Percent Effort:  0%; PI:  J Belotte, MD
Title:  "Catalase SNP as a Genetic Predictor for Epithelial Ovarian Cancer."  The design of the
project was to determine whether a SNP in the catalase gene could be utilized as a predictive
marker for epithelial ovarian cancer.
Source:  NIH/NICHD, R03
Date:  09/30/14 – 08/31/16
Total Direct Costs:  $152,000

Role:  Principal Investigator, Percent Effort:  20%
Title:  "Innovative New Target for Ovarian Cancer Therapy."  The project was designed to identify
and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing
both sensitive and chemoresistant ovarian cancer cells.
Source:  NIH/NICHD, R21
Date:  12/31/16 – 11/30/18
Total Direct Costs:   $275,000

Role:  Principal Investigator
Title:  "Redox Enzyme-Mediated Prosurvival of Chemoresistance in Ovarian Cancer."  The design
of the project was to determine whether development of chemoresistance in ovarian cancer were
attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant
enzymes.
Source:  Ovarian Cancer Research Fund, Program Project Development Grant
Date:  201 6 – 2019
Total Direct Costs:  $900,000

Role:  Principal Investigator, Percent Effort:  20%
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  The design of
the project was to determine whether chemoresistance in ovarian cancer manifests decreased
apoptosis through enhanced s-nitrosylation of caspase-3 mechanism, which could be reversed by
DCA.
Source:  NIH/NICHD, R21
Date:  12/01/16 – 11/30/18
Total Direct Costs:  $275,000

26

Role:  Mentor, Percent Effort 0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron can be utilized as biomarkers for the early detection of ovarian cancer.
Source:  L'Oreal USA for Women in Science Fellowship
Date:  2016 – 2017
Total Direct Costs:  $60,000

**PATENTS:**

COMPOSITIONS AND METHODS TO TREAT SOLID TUMORS
Publication Number:  20190309073
Abstract:  Compositions and methods that utilize anti-CD11b antibodies, anti-CD18 antibodies, anti-myeloperoxidase (MPO) antibodies, anti-integrin alpha-V antibodies, anti-integrin beta-1 antibodies, Abciximab, neutrophil inhibitory factor (NIF) protein, and/or combinations thereof to treat solid tumor cancers are described.
Type:  Application
Filed:  May 20, 2019
Publication Date:  October 10, 2019
Applicant:  Wayne State University
Inventor:  Ghassan M. Saed

METHOD OF PREVENTING ADHESIONS BY APOPTOSIS OF ADHESION PERITONEAL CELLS
Publication Number:  20040131600
Abstract:  Methods for the prevention of adhesion formation and development involve the administration of therapeutic formulations to a patient which modulates the rate of apoptosis of adhesion fibroblast cells.  The formulations preferably include Bax, Bax enhancers, such as p53, Bax agonists, Bcl-2 inhibitors and Bcl-2 antagonists.  A method is also provided for determining the predisposition of a subject to adhesion formation by measuring the Bcl-2/Bax ratio at multiple sites within the subject.
Type:  Application
Filed:  March 1, 2004
Publication Date:  July 8, 2004
Inventor:  Ghassan M. Saed

MODEL FOR IN VITRO ADHESION DEVELOPMENT
Publication Number:  20040096817
Abstract:  A biological model for the development of adhesions in vitro comprises a pair of opposed surfaces of tissue explants maintained in a culture media for a sufficient time and under conditions to permit the formation of adhesions.  The model is useful for evaluating compounds and techniques for the prevention and remediation of adhesions, and for individualizing the therapeutic options for patients who may experience adhesions.
Type:  Application
Filed:  May 28, 2003
Publication Date:  May 20, 2004
Applicant:  Wayne State University
Inventor:  Ghassan M. Saed

27

METHODS OF TREATING CANCER WITH CD 11B ANTIBODIES
International Publication Number: WO 2010/017083 AI
International Publication Date: February 11, 2010
Description of Patent: Methods and compositions for treating cancer with CDI Ib antibodies are disclosed. The antibodies may be WT.5 antibodies or compete with WT.5 antibodies, and induce apoptosis in SKOV, MDAH-2274, or BxPC-3 cells.
Inventor: Ghassan M. Saed

METHOD OF PREVENTING ADHESIONS WITH INTERFERON-GAMMA
International Publication Number: WO 02/072016 A3
International Publication Date: September 19, 2002
Description of Patent: Methods for the prevention of adhesion formation and development involve the administration of therapeutic formulations to a patient which include, as active ingredients, IFN-$^{y}$ or IFN-$^{y}$ enhancers. The IFN-$^{y}$ or IFN-$^{y}$ enhancers are preferably administered to fibrosis tissues in a subject prior to an event which induces adhesion formation, such as a surgical event.
Inventor: Ghassan M. Saed

METHODS FOR THE PREVENTION OF ADHESION FORMATION AND DEVELOPMENT
Patent Number: US2006025364
Application Number: US20050081278
Application Date: March 16, 2005
Publication Date: February 2, 2006
Description of Patent: Methods for the prevention of adhesion formation and development, and for the stimulation of fibrosis, involve the administration of therapeutic formulations to a patient containing inhibitors or stimulators to selected molecular adhesion markers. The molecular markers of the invention include Caspase 2, Caspase 3, Caspase 9, PPAR alpha, PPAR beta, PPAR gamma1, PPAR gamma2, and NF-kappa B.
Inventor: Ghassan M. Saed

28

## PUBLICATIONS

## <u>Peer-Reviewed Publications</u>

*Indicates student, trainee, or postdoctoral*

**Reports of Original Work**

1. Awonuga A.O., Chatzicharalampous C., Thakur M., Rambhatla R., Qadri F., Awonuga M., **Saed GM**., Diamond MP. Genetic and Epidemiological Similarities, and Differences Between Postoperative Intraperitoneal Adhesion Development and Other Benign Fibro-proliferative Disorders. Reprod. Sci. (2021). https://doi.org/10.1007/s43032-021-00726-9

2. Thakur M., Rambhatla A., Qadri F., Chatzicharalampous C., Awonuga M., **Saed GM**., Diamond MP., Awonuga, A.O. Is There a Genetic Predisposition to Postoperative Adhesion Development? *Reprod. Sci.* 28, 2076–2086 (2021). <u>https://doi.org/10.1007/s43032-020-00356-7</u>

3. Irene Peregrin-Alvarez, Nicole M Fletcher, **Ghassan M Saed**, Robert A Roman, Laura Detti. Anti-Müllerian Hormone (AMH) regulates BRCA1 and BRCA2 gene expression after ovarian cortex transplantation. Gynecol Endocrinol. 2020 Oct 21;1-4. PMID: 33084436

4. Laura Detti, Mustafa I Abuzeid, Irene Peregrin-Alvarez, Mary E Christiansen, Pouran Malekzadeh, Jennifer Sledge, **Ghassan M Saed**. Recombinant Anti-Müllerian Hormone (rAMH) for Stalling In Vitro Granulosa Cell Replication. Reprod. Sci. 2020 July2; (27) 1873–1878. Doi: 10.1007/s43032-020-00206-6

5. *Harper A, *Fletcher NM, *Fan R, Morris RT, **Saed GM.** Heat Shock Protein 60 (HSP60) Serves as A Potential Target for the Sensitizatioin of Chemoresistant Ovarian Cancer Cells. Reprod Sci. 2020 Apr27;(4):1030-1036. doi: 10.1007/s43032-019-00089-2. Epub 2020 Mar 2.PMID: 32124395

6. *Fletcher NM, *Harper A, *Memaj I, *Fan R, Morris RT, **Saed GM**. Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer. Reproductive Sciences. 2019 Dec; 26(12) P1603-1612

7. Detti L, *Fletcher NM, Uhlmann RA, Peregrin-Alvarex I, Roman RA, **Saed GM**. Anti-Müüllerian hormone (AMH) regulates stemness-promoting factors in fresh and previously vitrified-warmed ovarian cortex. Minverva Ginecologica. 2019 Feb 6. doi: 10.234736/S0026-4784.19.04276-X. [Epub ahead of print] PMID: 30727722

8. **Saed GM**, *Fletcher NM, Diamond MP, Morris RT, Gomez-Lopez N, *Memaj I. Novel expression of CD11b in epithelial ovarian cancer: Potential therapeutic target. Gynecologic Oncology. 2018 Mar;148(3):567-575. doi: 10.1016/j.ygyno.2017.12.018. Epub 2018 Jan 10. PMID: 29329880

9. Robertson LM, *Fletcher NM, Diamond MP, **Saed GM**. Evitar (I-Alanyl-I-Glutamine) regulates key signaling molecules in the pathogenesis of postoperative tissue fibrosis. Reproductive Sciences. 2018 Sep 5:1933719118789511. doi: 10.1177/1933719118789511. [Epub ahead of print] PMID: 30185141

29

10. Detti L, *Fletcher NM, **Saed GM**, Sweatman TW, Uhlmann RA, Pappo A, Peregrin-Alvarez I. Xenotransplantation of pre-pubertal ovarian cortex and prevention of follicle depletion with anti-Müllerian hormone (AMH). Journal of Assisted Reproduction and Genetics 35(10):1831-1841, 2018. doi: 10.1007/s10815-018-1260-z. Epub July 25, 2018. PMID: 30043336
*Role: Mentor and collaborator*

11. Detti L, *Fletcher NM, **Saed GM**, Peregrin-Alvarez I, Uhlmann RA. Anti-Müllerian Hormone (AMH) may stall ovarian cortex function through modulation of hormone receptors other than the AMH receptor. Reproductive Sciences 25(8):1218-1223, 2018. doi: 10.1177/193371911737850. Epub November 15, 2017. PMID: 29141508
*Role: Mentor and collaborator*

12. *Fletcher NM, *Abusamaan MS, *Memaj I, *Saed MG, Al-Hendy A, Diamond MP, **Saed GM**. Oxidative stress: a key regulator of leiomyoma cell survival. Fertility and Sterility 107(6):1387-1394.e1, 2017. Epub May 5, 2017. PMID: 28483502

13. *Fletcher NM, *Belotte J, *Saed MG, *Memaj I, Diamond MP, Morris RT, **Saed GM**. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. Free Radical Biology and Medicine 102:122-132, 2017. Epub November 25, 2016. PMID: 27890641

14. *Nusrat O, *Belotte J, *Fletcher NM, *Memaj I, *Saed MG, Diamond MP, **Saed GM**. The role of angiogenesis in the persistence of chemoresistance in epithelial ovarian cancer. Reproductive Sciences 23(11):1484-1492, 2016. Epub April 26, 2016. PMID: 27122375

15. *Shaeib F, *Khan SN, *Thakur M, Kohan-Ghadr HR, Drewlo S, **Saed GM**, Pennathur S, Abu-Soud HM. The impact of myeloperoxidase and activated macrophages on metaphase II mouse oocyte quality. PLoS One 11(3):e0151160, 2016. eCollection 2016. PMID: 26982351
*Role: Mentor and collaborator*

16. *Fletcher NM, Awonuga AO, *Abusamaan MS, *Saed MG, Diamond MP, **Saed GM**. Adhesion phenotype manifests an altered metabolic profile favoring glycolysis. Fertility and Sterility 105(6):1628-1637, 2016. Epub February 23, 2016. PMID: 26920255

17. **Saed GM**, *Fletcher NM, Diamond MP. The creation of a model for ex vivo development of postoperative adhesions. Reproductive Sciences 23(5):610-622, 2016. Epub September 25, 2015. PMID: 26408397

18. *Fletcher NM, Awonuga AO, *Neubauer BR, *Abusamaan MS, *Saed MG, Diamond MP, **Saed GM**. Shifting anaerobic to aerobic metabolism stimulates apoptosis through modulation of redox balance: potential intervention in the pathogenesis of postoperative adhesions. Fertility and Sterility 104(4):1022-1029, 2015. Epub July 26, 2015. PMID: 26215756

19. *Belotte J, *Fletcher NM, *Saed MG, *Abusamaan MS, *Dyson G, Diamond MP, **Saed GM**. A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival. PLoS One 10(8):e0135739, 2015. eCollection 2015. PMID: 26301412  PMCID: PMC4547699

30

20.    *Belotte J, *Fletcher NM, *Alexis M, Morris RT, Munkarah AR, Diamond MP, **Saed GM**. Sox2 gene amplification significantly impacts overall survival in serous epithelial ovarian cancer.    Reproductive Sciences 22(1):38-46, 2015.    Epub July 18, 2014. PMID: 25038052 PMCID: PMC4275450
*Role: Mentor, advisor, collaborator, assisted with research*

21.    *Khan SN, *Shaeib F, *Najafi T, *Kavdia M, Gonik B, **Saed GM**, Goud PT, Abu-Soud HM. Diffused intra-oocyte hydrogen peroxide activates myeloperoxidase and deteriorates oocyte quality.    PLoS One 10(7):e0132388, 2015. eCollection 2015. PMID: 26197395 PMCID: PMC4511228
*Role: Mentor, collaborator, assisted with experimental format*

22.    *Shaeib F, *Khan SN, *Ali I, *Najafi T, *Maitra D, *Abdulhamid I, **Saed GM**, Pennathur S, Abu-Soud HM. Melatonin prevents myeloperoxidase heme destruction and the generation of free    iron mediated by self-generated hypochlorous acid.    PLoS One 10(3):e0120737, 2015. eCollection 2015. PMID: 25835505 PMCID:      PMC4383586
*Role: Mentor, collaborator, assisted with writing of article*

23.    *Maitra D, *Ali I, *Abdulridha RM, *Shaeib F, *Khan SN, **Saed GM**, Pennathur S, Abu-Soud HM.    Kinetic studies on the reaction between dicyanocobinamide and hypochlorous acid.    PLoS One 9(11):e110595, 2014.    PMID: 25375773      PMCID: PMC4222763
*Role: Mentor, collaborator, assisted with manuscript writing*

24.    Abu-Soud HM, *Maitra D, *Shaeib F, *Khan SN, *Byun J, *Abdulhamid I, *Yang Z, **Saed GM**, Diamond MP, Andreana PR, Pennathur S.  Disruption of heme-peptide covalent cross-linking in mammalian peroxidases by hypochlorous acid.    Journal of Inorganic Biochemistry 140:245-254, 2014. Epub July 8, 2014. PMID: 25193127   PMCID: PMC4449957
*Role: Collaborator*

25.    Goud PT, Goud AP, *Najafi T, Gonik B, Diamond MP, **Saed GM**, Zhang X, Abu-Soud HM.   Direct real-time measurement of intra-oocyte nitric oxide concentration in vivo. PLoS One 9(6):e98720, 2014.  PMID: 24887331   PMCID: PMC4041775
*Role: Collaborator and assisted with manuscript writing*

26.    *Fletcher NM, *Saed MG, *Abuanzeh S, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Nicotinamide adenine dinucleotide phosphate oxidase is differentially regulated in normal myometrium versus leiomyoma.    Reproductive Sciences 21(9):1145-1152, 2014. Epub February 11, 2014.  PMID: 24520084

27.    *Fletcher NM, *Abuanzeh S, *Saed MG, Diamond MP, Abu-Soud HM, **Saed GM**. Nicotinamide  adenine dinucleotide phosphate oxidase expression is differently regulated to favor a pro-oxidant state that contributes to postoperative adhesion development. Reproductive Sciences 21(8):1050-1059, 2014.  Epub February 10, 2014.    PMID: 24516041

28.    Detti L, *Uhlmann RA, *Zhang J, Diamond MP, **Saed GM**, *Fletcher NM, Lu M, Williams LJ.    Goserelin fosters bone elongation, but does not prevent ovarian damage in cyclophosphamide-treated prepubertal mice.  Fertility and Sterility 101(4):1157-1164.e.1, 2014.  Epub January 23, 2014.  PMID: 24462062

31

*Role: Collaborator and mentor*

29. *Fletcher NM, Awonuga AO, *Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**. Lycopene, a powerful antioxidant, significantly reduces the development of the adhesion phenotype. Systems Biology in Reproductive Medicine 60(1):14-20, 2014. Epub November 12, 2013. PMID: 24219141

30. *†Belotte J, *†Fletcher NM, Awonuga AO, *Alexis M, Abu-Soud HM, Saed MG, Diamond MP, **Saed GM**. The role of oxidative stress in the development of Cisplatin resistance in epithelial ovarian cancer. †Denotes co-authorship. Reproductive Sciences 21(4):503-508, 2014. Epub September 27, 2013. PMID: 24077440 PMCID: PMC3960837

31. Detti L,* Uhlmann RA, Lu M, Diamond MP, **Saed GM**, *Fletcher NM, Zhang J, Williams LJ. Serum markers of ovarian reserve and ovarian histology in adult mice treated with cyclophosphamide in pre-pubertal age. Journal of Assisted Reproduction and Genetics 30(11):1421-1429, 2013. Epub September 24, 2013. PMID: 24057193 PMCID: PMC3879939. *Role: Collaborator and mentor, assisted with experimental design*

32. Nair S, **Saed GM**, Atta HM, Rajaratnam V, Diamond MP, Curiel DT, Al-Hendy A. Towards gene therapy of postoperative adhesions: fiber and transcriptional modifications enhance adenovirus targeting towards human adhesion cells. Gynecologic and Obstetric Investigation 76(2):119- 124, 2013. Epub August 6, 2013. PMID: 23920223
*Role: Collaborator*

33. *Fletcher NM, *Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**. Uterine fibroids are characterized by an impaired antioxidant cellular system: potential role of hypoxia in the pathophysiology of uterine fibroids. Journal of Assisted Reproductive Genetics 30(7):969-974, 2013. Epub June 30, 2013. PMID: 23812845

34. Detti L, Uhlmann RA, *Fletcher NM, Diamond MP, **Saed GM**. Endometrial signaling pathways during ovarian stimulation for assisted reproduction technology. Fertility and Sterility 100(3): 889-894, 2013. Epub June 24, 2013. PMID: 3806847 PMCID: PMC3880797

35. *Banerjee J, *Shaeib F, *Maitra D, **Saed GM**, Dai J, Diamond MP, Abu-Soud HM. Peroxynitrite affects the cumulus cell defense of metaphase II mouse oocytes leading to disruption of the spindle structure in vitro. Fertility and Sterility 100(2):578-  584.e1, 2013. Epub May 28, 2013. PMID: 23721714
*Role: Mentor and collaborator*

36. *Maitra D, *Shaeib F, *Abdulhamid I, *Abdulridha RM, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM. Myeloperoxidase acts as a source of free iron during steady-state catalysis by a feedback inhibitory pathway. Free Radical and Biological Medicine 63:90-98, 2013. Epub April 25, 2013. PMID: 23624305, PMCID: PMC3863623
*Role: Mentor and collaborator*

37. Abu-Soud HM, *Maitra D, *Byun J, *Souza CE, *Banerjee J, **Saed GM**, Diamond MP, Andreana PR, Pennathur S. The reaction of HOCl and cyanocobalamin: corrin destruction and the liberation of cyanogen chloride. Free Radical and Biological

32

Medicine   52(3):616-625, 2012.  Epub November 10, 2011.  PMID: 22138102   PMCID: PMC3786219
*Role:  Mentor and collaborator*

38. *Ambler DR, *Fletcher NM, Diamond MP, **Saed GM**.   Effects of hypoxia on the expression of inflammatory markers IL-6 and TNF-α in human normal peritoneal and adhesion fibroblasts.  Systems Biology and Reproductive Medicine 58(6):324-329, 2012. Epub October 8, 2012.  PMID: 2304632

39. *Maitra D, *Abdeulhamid I, Diamond MP, **Saed GM**, Abu-Soud HM.   Melatonin attenuates hypochlorous acid-mediated heme destruction, free iron release, and  protein aggregation in hemoglobin.  Journal of Pineal Research 53(2):198-205, 2012.   Epub March 30, 2012.  PMID: 22462755
*Role:  Mentor and collaborator*

33

40. *Ambler DR, *Golden AM, *Gell JS, **Saed GM**, Carey DJ, Diamond MP. Microarray expression profiling in adhesion and normal peritoneal tissues. Fertility and Sterility 97(5):1158-1164.e1-4, 2012. Epub February 22, 2012. PMID: 22365381
*Role: Mentor, collaborator, assisted with writing of article*

41. *Shavell VI, *Fletcher NM, *Jiang ZL, **Saed GM**, Diamond MP. Uncoupling oxidative phosphorylation with 2,4-dinitrophenol promotes development of the adhesion phenotype. Fertility and Sterility 97(3):729-733, 2012. Epub December 24, 2011. PMID: 22200174
*Role: Mentor and collaborator; assisted with experimental design*

42. Abu-Soud HM, *Maitra D, *Byun J, *Souza CE, *Banerjee J, **Saed GM**, Diamond MP, Andreana PR, Pennathur S. The reaction of HOCl and cyanocobalamin: corrin destruction and the liberation of cyanogens chloride. Free Radical Biology and Medicine 52(3):616-625, 2012. Epub November 10, 2011. PMID: 22138102    PMCID: PMC3786219
*Role: Mentor and collaborator*

43. *Souza CE, *Maitra D, **Saed GM**, Diamond MP, Moura AA, Pennathur S, Abu-Soud HM. Hypochlorous acid-induced heme degradation from lactoperoxidase as a novel mechanism of free iron release and tissue injury in inflammatory diseases. PLoS One 6(11):e27641, 2011. Epub November 22, 2011. PMID: 22132121    PMCID: PMC3222650
*Role: Mentor and collaborator*

44. *White JC, *Jiang ZL, Diamond MP, **Saed GM**. Macrophages induce the adhesion phenotype in normal peritoneal fibroblasts. Fertility and Sterility 96(3):758-763.e3, 2011. Epub July 27, 2011. PMID: 21794857

45. *Maitra D, *Byun J, *Andreana PR, Abdulhamid I, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud HM. Reaction of hemoglobin with HOCl: mechanism of heme destruction and free iron release. Free Radical Biology and Medicine 51(2):374-386, 2011. Epub April 3, 2011. PMID: 21549834    PMCID: PMC3863628
*Role: Mentor and collaborator*

46. *Maitra D, Byun J, *Andreana PR, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM. Mechanism of hypochlorous acid-mediated heme destruction and free iron release. Free Radical Biology and Medicine 51(2):364-373, 2011. Epub April 3, 2011. PMID: 21466849    PMCID: PMC3378337
*Role: Mentor and collaborator*

47. **Saed GM**, *Fletcher NM, **Jiang ZL, Abu-Soud HM, Diamond MP. Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of oxidative stress. Reproductive Sciences 18(12):1253-1261, 2011. Epub June 23, 2011. PMID: 21701041

48. *Meng Q, *Sun W, *Jiang J, *Fletcher NM, Diamond MP, **Saed GM**. Identification of common mechanisms between endometriosis and ovarian cancer. Journal of Assisted Reproduction and Genetics 28(10):917-923, 2011. Epub May 26, 2011. PMID: 21614520   PMCID: PMC3220443

34

49.  *Jiang Z, *Fletcher NM, *Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR, **Saed GM**.  Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells.  Gynecologic Oncology 122(2):418-423, 2011.  Epub May 26, 2011.  PMID: 21620448  PMCID: PMC4237166

50.  Detti L, **Saed GM**, *Fletcher NM, Kruger ML, Brossoit M, Diamond MP.  Endometrial morphology and modulation of hormone receptors during ovarian stimulation for assisted reproductive technology cycles.  Fertility and Sterility 95(3):1037-1041, 2011.  Epub January 12, 2011.  PMID: 21227412  PMCID: PMC3769103
*Role:  Collaborator and mentor; assisted with experimental design*

51.  *Fletcher NM, *Jiang Z, *Ali-Fehmi R, *Levin NK, *Belotte J, Tainsky MA, Diamond MP, Abu-Soud HM, **Saed GM**.  Myeloperoxidase and free iron levels:  potential biomarkers for early detection and prognosis of ovarian cancer.  Cancer Biomarkers 10(6):267-275, 2011-2012.  PMID: 22820082

52.  *Ali-Fehmi R, *Semaan A, *Sethi S, *Arabi H, *Bandyopadhyay S, *Hussein R, Diamond MP, **Saed GM**, Morris RT, Munkarah AR.  Molecular typing of epithelial ovarian carcinomas using inflammatory markers.  Cancer 117(2):301-309, 2011.  Epub September 3, 2010.  PMID: 20818651
*Role:  Collaborator, mentor and assisted with research protocol*

53.  Bryant CS, Munkarah AR, Kumar S, Batchu RB, Shah JP, Berman J, Morris RT, *Jiang ZL, **Saed GM**.  Reduction of hypoxia-induced angiogenesis in ovarian cancer cells by inhibition of HIF-1 alpha gene expression.  Archives of Gynecology and Obstetrics 282(6):677-683, 2010.  Epub February 7, 2010.  PMID: 20140681

54.  Pennathur S, *Maitra D, *Byun J, *Sliskovic I, *Abdulhamid I, **Saed GM**, Diamond MP, Abu-Soud HM. Potent antioxidative activity of lycopene: a potential role in scavenging hypochlorous acid.  Free Radical Biology and Medicine 49(2):205-213, 2010.  Epub April 11, 2010.  PMID: 20388538  PMCID: PMC3416054
*Role:  Collaborator and mentor*

55.  **Saed GM**, *Jiang ZL, *Fletcher NM, *Al Arab A, Diamond MP, Abu-Soud HM.  Exposure to polychlorinated biphenyls enhances lipid peroxidation in human normal peritoneal and adhesion fibroblasts:  a potential role for myeloperoxidase.  Free Radical Biology and Medicine 48(6):845-850, 2010.  Epub January 11, 2010.  PMID: 20067832  PMCID: PMC2834263

56.  **Saed GM**, *Ali-Fehmi R, *Jiang ZL, *Fletcher NM, Diamond MP, Abu-Soud HM, Munkarah AR.  Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer.  Gynecologic Oncology 116(2):276-281, 2010.  Epub December 3, 2009.  PMID: 19962178  PMCID: PMC2834266

57.  *Jiang ZL, *Fletcher NM, Diamond MP, Abu-Soud HM, **Saed GM**.  S-nitrosylation of caspase-3 in  the mechanism by which adhesion fibroblasts manifest lower apoptosis.  Wound Repair and    Regeneration 17(2):224-229, 2009.  PMID: 19320891    PMCID: PMC4529118

35

                                           SAED_SEPT222021_SUPPL_000212

58. *Jiang ZL, *Fletcher NM, Diamond MP, Abu-Soud HM, **Saed GM**.  Hypoxia regulates iNOS  expression in human normal peritoneal and adhesion fibroblasts through nuclear factor kappa B activation mechanism.   Fertility and Sterility 91(2):616-621, 2009.  Epub February 20, 2008.  PMID: 18281043   PMCID: PMC2812021

59. **Saed GM**, *Jiang Z, Diamond MP, Abu-Soud HM.  The role of myeloperoxidase in the pathogenesis of postoperative adhesions.  Wound Repair and Regeneration 17(4):531-539, 2009.  PMID: 19614918

60. **Saed GM**, *Jiang Z, *Fletcher NM, Diamond MP.  Modulation of the BCL-2/BAX ratio by interferon-gamma and hypoxia in human peritoneal and adhesion fibroblasts.  Fertility and Sterility 90(5):1925-1930, 2008.  Epub October 1, 2007.  PMID: 17905238

61. *Jiang ZL, Zhu X, Diamond MP, Abu-Soud HM, **Saed GM**.   Nitric oxide synthase isoforms  expression  in  fibroblasts  isolated  from  human  normal  peritoneum  and adhesion tissues. Fertility and Sterility 90(3):769-764, 2008.   Epub April 26, 2008.  PMID: 18440510   PMCID: PMC2574925

62. *Fletcher NM, *Jiang ZL, Diamond MP, Abu-Soud HM, **Saed GM**. Hypoxia-generated superoxide induces the development of the adhesion phenotype.  Free Radical Biology and Medicine 45(4):530-536, 2008.  Epub May 15, 2008.  PMID: 18538674   PMCID: PMC2574925

63. *Detti L, **Saed GM**, Jiang ZL, Kruger ML, Diamond MP.  The effect of estradiol on the expression  of  estrogen,  progesterone,  androgen,  and  prolactin  receptors  in  human peritoneal fibroblasts.  Journal of Assisted Reproduction and Genetics 25(6):245- 250, 2008.  Epub June 13, 2008.  PMID: 18551363   PMCID: PMC2582083
    *Role:  Mentor and collaborator, assisted with research protocol and writing of article*

64. Diamond MP, Wirth JJ, **Saed GM**.  PCBs enhance collagen I expression from human peritoneal fibroblasts.   Fertility and Sterility 90(4 Suppl):1372-1375, 2008.   Epub September 20, 2007.  PMID: 17888429   PMCID: PMC2603182

65. **Saed GM**, Al-Hendy A, Salama SA, Diamond MP.  Adenovirus-mediated expression of cyclooxygenase-2 antisense reverses abnormal genetic profile of human adhesion fibroblasts.  Fertility and Sterility 89(5 Suppl):1455-1460, 2008.  Epub July 10, 2007.  PMID: 17624339

66. **Saed  GM**.     Immunohistochemical  staining  of  cyclooxygenases  with  monoclonal antibodies.  Methods in Molecular Biology 477:219-228, 2008.  PMID: 19082950

67. Pansare V, Munkarah AR, *Schimp V, Haitham Arabi M, **Saed GM**, Morris RT, Ali-Fehmi R.   Increased expression of hypoxia-inducible factor 1-alpha in type I and type II endometrial carcinomas.   Modern Pathology 20(1):35-43, 2007.   Epub November 10, 2006.  PMID:  17099695
    Role:  Collaborator

68. *Alpay Z, *Ozgönenel M, *Savasan S, *Buck S, **Saed GM**, Diamond MP.  Altered in vitro immune response to hypoxia-treated normal peritoneal fibroblasts. Fertility and   Sterility 87(2):426-429, 2007.  Epub November 15, 2006.  PMID: 17113091

36

*Role:  Mentor, collaborator*

69. Diamond MP, **Saed G**.  Modulation of the expression of peroxisome proliferators-activated receptors in human fibroblasts.  Fertility and Sterility 87(3):706-709, 2007.  Epub December 6, 2006.  PMID: 17156782

70. *Victory R, **Saed GM**, Diamond MP.  Antiadhesion effects of docosahexaenoic acid on normal human peritoneal and adhesion fibroblasts.  Fertility and Sterility 88(6):1657-1662, 2007.  Epub May 4, 2007.  PMID: 17482172
*Role:  Mentor and collaborator*

71. Munkarah AR, Ali-Fehmi R, *Jiang JZ, Elhammady E, Malone JM Jr, **Saed GM**.  The effects of combining docetaxel and cyclooxygenase-2 inhibitors on proliferation and apoptosis in epithelial ovarian cancer.  Anticancer Drugs 18(8):889-896, 2007.     PMID: 17667594

72. *Galijasevic S, **Saed GM**, Hazen SL, Abu-Soud HM. Myeloperoxidase metabolizes thiocyanate in a reaction driven by nitric oxide.  Biochemistry 45(4):1255-1262, 2006.  PMID: 16430221
*Role:  Mentor and collaborator*

73. **Saed GM**, Zhao M, Diamond MP, Abu-Soud HM.  Regulation of inducible nitric oxide synthase  in post-operative adhesions.  Human Reproduction 21(6):1605-1611, 2006.  Epub February 16, 2006.  PMID: 16484312

74. **Saed GM**, Diamond MP.  Effects of interferon-gamma reverse hypoxia-stimulated extracellular matrix expression in human peritoneal and adhesion fibroblasts.  Fertility and Sterility 85 Suppl 1:1300-1305, 2006.  PMID: 16616105

75. *Alpay Z,* Ozgönenel MS, *Savasan S, *Buck S, **Saed GM**, Diamond MP.  Possible role of natural immune response against altered fibroblasts in the development of post-operative adhesions.  American Journal of Reproductive Immunology 55(6):420-427, 2006.  PMID: 16674599
*Role:  Mentor, collaborator, assisted with experimental design*

76. Malone JM, **Saed GM**, Diamond MP, Sokol RJ, Munkarah AR.  The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer.  American Journal of Obstetrics and Gynecology 194(4):1110-1116; discussion 1116-1118, 2006.  PMID: 16580304
*Role: Collaborator and assisted with experimental design*

77. *Rizk NN, **Saed GM**, Diamond MP.  Effects of hyperglycemia on the differential expression of insulin and insulin-like growth factor-I receptors in human normal peritoneal and adhesion fibroblasts.  Fertility and Sterility 86(4 Suppl):1217-1222, 2006.  Epub September 7, 2006.  PMID: 16962112
*Role:  Mentor and collaborator, assisted with manuscript writing and experimental design*

78. *Gago, LA, **Saed G**, Elhammady E, Diamond MP.  Effect of oxidized regenerated cellulose (Interceed®) on the expression of tissue plasminogen activator and plasminogen activator inhibitor-1 in human peritoneal fibroblasts and mesothelial cells.  Fertility and Sterility 86(4 Suppl):1223-1227, 2006.  PMID: 17008148

37

ATTORNEYS' EYES ONLY

*Role: Mentor and collaborator, assisted with experimental design*

79.  **Saed GM**, Kruger ML, Diamond MP. Enhanced matrix metalloproteinase expression by Tisseel in mesothelial cells, normal peritoneal fibroblasts, and adhesion fibroblasts. European Journal of Plastic Surgery 28(7):472-479, 2006.

80.  Rout UK, **Saed GM**, Diamond MP.  Expression pattern and regulation of genes differ between fibroblasts of adhesion and normal human peritoneum. Reproductive Biology and Endocrinology 3:1, 2005.  Epub January 10, 2005.  PMID: 15642115, PMCID: PMC548295
*Role:  Collaborator*

81.  **Saed GM**, Munkarah AR, Abu-Soud HM, Diamond MP.  Hypoxia upregulates cyclooxygenase-2 and prostaglandin E(2) levels in human peritoneal fibroblasts.  Fertility and Sterility 83 Supplement 1:1216-1219, 2005.  PMID: 15831295

82.  **Saed GM**, Galijasevic S, Diamond MP, Abu-Soud HM.  Measurement of oxygen and nitric oxide levels in vitro and in vivo: relationship to postoperative adhesions.  Fertility and Sterility 84(1):235-238, 2005.  PMID: 16009192

83.  **Saed GM**, Diamond MP.  Differential expression of alpha smooth muscle cell actin in human fibroblasts isolated from intraperitoneal adhesions and normal peritoneal  tissues. Fertility and Sterility 82 Suppl 3:1188-1192, 2004.  PMID: 15474094

84.  **Saed GM**, Abu-Soud HM, Diamond MP.  Role of nitric oxide in apoptosis of human peritoneal and adhesion fibroblasts after hypoxia. Fertility and Sterility 82 Suppl 3:1198-1205, 2004.  PMID: 15474096

85.  Buhimschi IA, Jabr M, Buhimschi CS, Petkova AP, Weiner CP, **Saed GM**.  The novel antimicrobial peptide beta3-defensin is produced by the amnion: a possible role of the fetal membranes in innate immunity of the amniotic cavity.  American Journal of Obstetrics and Gynecology 191(5):1678-1687, 2004.  PMID: 15547542

86.  **Saed GM**, Kruger M, Diamond MP.  Expression of transforming growth factor beta and extracellular matrix by human peritoneal mesothelial cells and by fibroblasts from normal peritoneum and adhesions: effect of Tisseel.Wound Repair and Regeneration 12(5):557-564, 2004.  PMID: 15453838

87.  **Saed GM**, Diamond MP.  Molecular characterization of postoperative adhesions: the adhesion phenotype. Journal of the American Association for Gynecologic Laparoscopists 11(3):307-314, 2004.  Review.  PMID: 15559339

88.  Diamond MP, El-Hammady E, Wang R, Kruger M, **Saed G**.  Regulation of expression of tissue plasminogen activator and plasminogen activator inhibitor-1 by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.  American Journal of Obstetrics and Gynecology 190(4):926-934, 2004.  PMID: 15118614

89.  *Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  High dissociation rate constant of ferrous-dioxy complex linked to the catalase-like activity in lactoperoxidase. Journal of Biological Chemistry 279(38):39465-39470, 2004.  Epub July 17, 2004.  PMID: 15258136

38

*Role:  Mentor and collaborator*

90. \*Zhu G, **Saed GM**, Deppe G, Diamond MP, Munkarah AR.  Hypoxia up-regulates the effects of prostaglandin E2 on tumor angiogenesis in ovarian cancer cells.  Gynecologic Oncology 94(2):422-426, 2004.  PMID: 15297183
    *Role:  Mentor, collaborator, assisted with experimentation and writing of manuscript*

91. Diamond MP, Kruger M, **Saed GM**.    Effect of Tisseel on expression of tissue plasminogen activator and plasminogen activator inhibitor-1.   Fertility and Sterility 81(6):1657-1664, 2004.  PMID: 15193491

92. Diamond MP, Elhammady E, Wang R, **Saed G**.  Regulation of matrix metalloproteinase-1 and tissue inhibitor of matrix metalloproteinase-1 by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.  Fertility and Sterility 81(1):185-190, 2004.  PMID: 14711564

93. \*Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulates the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback  inhibition.  Proceedings of the National Academy of Sciences 100(25):14766-14771, 2003.  Epub December 1, 2003.  PMID: 14657339    PMCID: PMC299800
    *Role:  Mentor and collaborator*

94. **Saed GM**, Diamond MP.  Effect of glucose on the expression of type I collagen and transforming growth factor-beta1 in cultured human peritoneal fibroblasts.  Fertility and Sterility 79(1):158-163, 2003.  PMID: 12524081

95. \*Gago LA, **Saed GM**, Wang RX, Kruger M, Diamond MP.   Effects of oxidized regenerated  cellulose on the expression of extracellular matrix and transforming growth factor-beta1 in human peritoneal fibroblasts and mesothelial cells.  American Journal of Obstetrics and Gynecology 189(6):1620-1625; discussion 1625-1626, 2003.  PMID: 14710085
    *Role:  Mentor and collaborator, assisted with experimental design and manuscript writing*

96. \*Gago LA, **Saed GM**, \*Chauhan S, Elhammady EF, Diamond MP.  Seprafilm (modified hyaluronic acid and carboxymethylcellulose) acts as a physical barrier.  Fertility and Sterility 80(3):612-616, 2003.  PMID: 12969707
    *Role:  Mentor and collaborator; assisted with experimental design and manuscript writing*

97. \*Freeman ML, **Saed GM**, Elhammady EF, Diamond MP.  Expression of transforming growth factor beta isoform mRNA in injured peritoneum that healed with adhesions and without adhesions and in uninjured peritoneum.  Fertility and Sterility 80 Suppl 2:708-713, 2003.  PMID: 14505743
    *Role:  Mentor, collaborator, assisted with experimental design and writing of article*

98. **Saed GM**, Munkarah AR, Diamond MP.   Cyclooxygenase-2 is expressed in human fibroblasts isolated from intraperitoneal adhesions but not from normal peritoneal tissues.  Fertility and Sterility 79(6):1404-1408, 2003.  PMID: 12798889

99. Diamond MP, Elhammady E, Wang R, **Saed GM**.  Regulation of transforming growth factor-beta, type III collagen, and fibronectin by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.  Fertility and Sterility 79(5):1161-1167, 2003.  PMID: 12738512

39

100. **Saed GM**, Diamond MP.  Modulation of the expression of tissue plasminogen activator and its inhibitor by hypoxia in human peritoneal and adhesion fibroblasts.  Fertility and Sterility 79(1):164-168, 2003.  PMID: 12524082

101. **Saed GM**, Diamond MP.  Effect of glucose on the expression of type I collagen and transforming growth factor-beta1 in cultured human peritoneal fibroblasts.  Fertility and Sterility 79(1):158-163, 2003.  PMID: 2524081

102. Munkarah AR, Genhai Z, Morris R, Baker VV, Deppe G, Diamond MP, **Saed GM**.  Inhibition of paclitaxel-induced apoptosis by the specific COX-2 inhibitor, NS398, in epithelial ovarian cancer cells.  Gynecologic Oncology 88(3):429-433, 2003.  PMID: 12648598

103. Chegini N, *Zhao Y, Kotseos K, Ma C, Bennett B, Diamond MP, Holmdahl L, Skinner K, **Saed GM**; Peritoneal Healing and Adhesion Multi University Study Group.  Differential expression of matrix metalloproteinase and tissue inhibitor of MMP in tissue of serosal intraperitoneal organs and adhesions.  British Journal of Obstetrics and Gynecology 109(9):1041-1049, 2002.  PMID: 12269680
*Role:  Collaborator*

104. *Freeman ML, **Saed GM**, Diamond MP.  Hormone-independent ovarian influence on adhesion development.  Fertility and Sterility 78(2):340-346, 2002.  PMID: 12137872
*Role:  Mentor and collaborator, assisted with experimental design*

105. Diamond MP, Elhammady E, Wang R, **Saed G**.  Metabolic regulation of collagen I in fibroblasts isolated from normal peritoneum and adhesions by dichloroacetic acid.  American Journal of Obstetrics and Gynecology 187(6):1456-1460; discussion 1460-1461, 2002.  PMID: 12501046

106. Munkarah AR, Morris RT, Baumann P, Deppe G, Malone JM Jr, Diamond MP, **Saed GM**.  Effects of prostaglandin E(2) on proliferation and apoptosis of epithelial    ovarian cancer cells.  Journal of the Society for Gynecologic Investigation  9(3):168-173,  2002.  PMID: 12009392

107. Rout UK, **Saed GM**, Diamond MP.  Transforming growth factor-beta1 modulates expression of adhesion and cytoskeletal proteins in human peritoneal fibroblasts. Fertility and Sterility 78(1):154-161, 2002.  PMID: 12095506
*Role:  Collaborator*

108. **Saed GM**, Collins KL, Diamond MP.  Transforming growth factors beta1, beta2, and beta3  and their receptors are differentially expressed in human peritoneal fibroblasts in response to hypoxia.  American Journal of Reproductive Immunology 48(6):387-393, 2002.  PMID: 12607775

109. **Saed GM**, Diamond MP.  Hypoxia-induced irreversible up-regulation of type I collagen and transforming growth factor-beta1 in human peritoneal fibroblasts.  Fertility and Sterility 78(1):144-147, 2002.  PMID: 12095504

110. **Saed GM**, Diamond MP.  Apoptosis and proliferation of human peritoneal fibroblasts in response to hypoxia.  Fertility and Sterility 78(1):137-143, 2002.  PMID: 12095503

40

111. Chegini N, Kotseos K, Zhao Y, Bennett B, McLean FW, Diamond MP, Holmdahl L, Burns J, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group. Differential expression of TGF-beta1 and TGF-beta3 in serosal tissues of human intraperitoneal organs and peritoneal adhesions. Journal of Molecular Human Reproduction 16(6):1291-1300, 2001. PMID: 11387308
*Role: Collaborator*

112. Svinarich DM, Zaher FM, Holmdahl L, Chegini N, Gonik B, Diamond MP, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group. Adhesion development and the expression of endothelial nitric oxide synthase. Infectious Diseases in Obstetrics and Gynecology 9(2):113-116, 2001. PMID: 11495551
*Role: Collaborator*

113. Chegini N, Kotseos K, Zhao Y, Ma C, McLean F, Diamond MP, Holmdahl L, Burns J, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group. Expression of matrix metalloproteinase (MMP-1) and tissue inhibitor of MMP in serosal tissue of intraperitoneal organs and adhesions. Fertility and Sterility 76(6):1212-1219, 2001. PMID: 11730753
*Role: Collaborator*

114. Chegini N, Kotseos K, Bennett B, Diamond MP, Holmdahl L, Burns J, **Saed GM**; Peritoneal Healing and Adhesion Multi University Study Group. Matrix metalloproteinase (MMP-1) and tissue inhibitor of MMP in peritoneal fluids and sera and correlation with peritoneal adhesions. Fertility and Sterility 76(6):1207-1211, 2001. PMID: 11730752
*Role: Collaborator*

115. Chegini N, Kotseos K, Ma C, Williams RS, Diamond MP, Holmdahl L, Skinner K, **Saed GM**; Peritoneal Healing and Adhesion Multi University Study Group. Differential expression of integrin alpha and beta3 in serosal tissues of human intraperitoneal organs and adhesion. Fertility and Sterility 75(4):791-796, 2001. PMID: 11287036
*Role: Collaborator*

116. **Saed GM**, Zhang W, Diamond MP. Molecular characterization of fibroblasts isolated from human peritoneum and adhesions. Fertility and Sterility 75(4):763-768, 2001. PMID: 11287032

117. **Saed GM**, Zhang W, Diamond MP. Effect of hypoxia on the stimulatory effect of TGF-beta 1 on MMP-2 and MMP-9 activities in mouse fibroblasts. Journal of the Society of Gynecologic Investigation 7(6):348-354, 2000. PMID:11111070

41

118. **Saed GM**, Zhang W, Chegini N, Holmdahl L, Diamond MP.  Transforming growth factor beta isoforms production by human peritoneal mesothelial cells after exposure to hypoxia.  American Journal of Reproductive Immunology 43(5):285-291, 2000.  PMID: 10872608

119. Wittenberg GP, Fabian BG, Bogomilsky JL, Schultz LR, Runder EJ, Chaffins ML, **Saed GM**, Burns RL, Fivenson DP.  Prospective, single blind, randomized, controlled study to assess the efficacy of the 585-nm flash lamp-pumped pulsed-dye laser and silicone gel sheeting in hypertrophic scar treatment.  Archives of Dermatology 135(9):1049-1055, 1999.  PMID:10490109
*Role:  Collaborator*

120. **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP.  Alteration of type I and III collagen expression in human peritoneal mesothelial cells in response to hypoxia and transforming growth factor-beta1.  Wound Repair and Regeneration 7(6):504-510, 1999.  PMID: 10633010

121. **Saed G**, Ladin D, Olsen J, Han X, Hou Z, Fivenson D.  Analysis of p53 gene mutations in keloids using polymerase chain reaction-based single-strand conformational polymorphism and DNA sequencing.  Archives of Dermatology 134(8):963-967, 1998.  PMID: 9722726

122. Ladin DA, Hou Z, Patel D, McPhail M, Olson JC, **Saed GM**, Fivenson DP.  p53 and apoptosis alterations in keloids and keloid fibroblasts.  Wound Repair and Regeneration 6(1):28-37, 1998.  PMID: 9776848
*Role:  Collaborator*

123. Stein L, **Saed GM**, Fivenson DP.  T-cell cytokine network in cutaneous lupus erythematosus. Journal of the American Academy of Dermatology 36 (2 Pt 1):191-196, 1997.  PMID: 9039167
*Role:  Collaborator, assisted with experimental design*

124. Ricketts CH, Martin L, Faria DT, **Saed GM**, Fivenson DP.  Cytokine mRNA changes during the treatment of hypertrophic scars with silicone and non-silicone gel dressings. Dermatology Surgery 22(11):955-964, 1996.  PMID: 9063511
*Role:  Collaborator*

125. Fivenson DP, Schaffer J, **Saed GM**, Beck ER, Wood GS.  Absence of human T-cell lymphotropic virus genomic determinants in canine mycosis fungoides.  Archives of Dermatology 132(1):841-842, 1996.  PMID: 8678587
*Role:  Collaborator*

126. Dillon WI, **Saed GM**, Fivenson DP.  Borrellia burgdorferi DNA is undetectable by polymerase chain reaction in skin lesions of morphea, scleroderma and lichen sclerosus et atrophicus of patients from North America. Journal of the American Academy of Dermatology 33(4):617-620,  1995.  PMID: 7673495
*Role:  Collaborator, assisted with experimental design*

127. **Saed GM**, Fivenson DP.  Quantitation of interferon-gamma mRNA levels in psoralen/UVA-treated HUT-78 cells by competitive PCR. Biochemical and Biophysical Research Communication 203(2):935-942, 1994.  PMID: 8093077

42

128. **Saed GM**, Fivenson DP, Nickoloff BJ. Mycosis fungoides exhibits a Th1 type cell-mediated cytokine profile whereas Sezary syndrome expresses a Th2 type profile. Journal of Investigative Dermatology 103(1):29-33, 1994.  PMID: 8027577

129. Fivenson DR, **Saed GM**, Beck ER, Dunstan RW, Moore PF.  T-cell receptor gene rearrangement in canine mycosis fungoides: Further support for a canine model of cutaneous T-cell lymphoma.   Journal of Investigative Dermatology 102(2):227-230, 1994.  PMID: 7906287
*Role:  Collaborator, assisted with experimental design and manuscript writing*

130. Joseph R, Tsang W, Han E, **Saed GM**.  Neuoronal beta-amyloid precursor protein gene expression: Regulation by aurintricarboxylic acid.   Brain Research 625(2):244-255, 1993.  PMID: 8275306

131. Nolly H, **Saed GM**, Scicli AG, Carretero OA, Scicli AG.  The Kallikrein-Kinin system in cardiac tissue.  Agents and Actions Supplement 38(Pt 3):62-72, 1992.  PMID: 1462885
*Role:  Collaborator; assisted with experimental design and manuscript writing*

132. **Saed GM**, Beierwaltes WH, Carretero OA, Scicli AG.   Submandibular enzymatic vasoconstrictor messenger RNA in rat kidney.   Hypertension 19 (Suppl. 2):11262-11267, 1992.  PMID: 1735590

133. **Saed GM**, Carretero OA, MacDonald R, Scicli AG.   Kallikrein messenger RNA in rat arteries and veins. Circulation Research 67(2):510-516, 1990.  PMID: 1695871

134. el-Thaher TS, **Saed GM**, Bailey GS.  A simple and rapid purification of kallikrein from rat submandibular gland.  Biochemical and Biophsical Acta 1034(2):157-161, 1990.  PMID: 1693859
*Role:  Collaborator, assisted with experimental design and writing of manuscript*

135. el-Thaher TS, **Saed GM**, Bailey GS.   Characterization of kallikrein isolated from rat submandibular glands by a simple and rapid purification procedure.  Agents and Action Supplement 38(Pt 1):98-105, 1992.  PMID: 1466309
*Role:  Collaborator, assisted with experimental design and writing of article*

136. Nolly H, **Saed G**, Carretero O, Scicli AG.  Adrenal kallikrein.  Hypertension 21(Pt 6):911-915, 1993.  PMID: 8505100
*Role:  Collaborator, assisted with experimental design and manuscript writing/editing*

137. Valdés G, Corthorn J, Scicli AG, Gaete V, Soto J, Ortiz ME, Foradori A, **Saed GM**. Uterine kallikrein in the early pregnant rat.  Biology of Reproduction 49(4):802-808, 1993.  PMID:  8218645

**Review Articles**

1. **Saed GM**, Diamond MP, *Fletcher NM.  Updates of the role of oxidative stress in the pathogenesis of ovarian cancer.  Gynecologic Oncology 145(3):595-602, 2017.  Epub February 23, 2017.  Review.  PMID: 28237618

43

2. Fortin CN, **Saed GM**, Diamond MP.  Predisposing factors to post-operative adhesion development.  Human Reproduction Update 21(4):536-551, 2015.  Epub May 1, 2015.  Review.  PMID: 25935859
   *Role:  Collaborator*

3. *Awonuga AO, *Belotte J, *Abuanzeh S, *Fletcher NM, Diamond MP, **Saed GM**.  Advances in the pathogenesis of adhesion development:  the role of oxidative stress.  Reproductive Sciences 21(7):823-836, 2014.  Epub February 11, 2014.  Review.  PMID: 24520085  PMCID:  PMC4107571

4. *Awonuga AO, *Fletcher NM, **Saed GM**, Diamond MP.  Postoperative adhesion development  following cesarean and open intra-abdominal gynecological operations: a review.  Reproductive Sciences 18(12):1166-1185, 2011. Epub July 20, 2011.   Review.  PMID:  21775773   PMCID: PMC3343100
   *Role:  Mentor and collaborator, assisted with experimental design*

5. *Awongua A, Diamond M, **Saed G**.  Laparoscopy in gynecologic surgery: adhesion development, prevention and use of adjunctive therapies.  Clinical Obstetrics and Gynecology 52(3):412-422, 2009.  Review.  PMID: 19661757

6. *Shavell VI, **Saed GM**, Diamond MP.  Cellular metabolism: contribution to postoperative adhesion development.  Reproductive Sciences 16(7):627-634, 2009.  Epub March 16, 2009.  Review.  PMID: 19293132
   *Role:  Mentor and collaborator; assisted with experimental design and writing/editing of article*

7. *Imudia AN, *Kumar S, **Saed GM**, Diamond MP.  Pathogenesis of intra-abdominal and pelvic adhesion development.   Seminars in Reproductive Medicine 26(4):289-297, 2008.  Review.  PMID: 18756406
   *Role:  Mentor and collaborator, assisted with experimental design and writing of article*

8. *Alpay Z, **Saed GM**, Diamond MP.  Postoperative adhesions:  from formation to prevention.  Seminars in Reproductive Medicine 26(4):313-321, 2008.  Review.  PMID: 18756408
   *Role:  Mentor, assisted with experimental design and writing of manuscript*

9. *Alpay Z, **Saed GM**, Diamond MP.  Female infertility and free radicals:  Potential role in adhesions and endometriosis.  Journal for the Society for Gynecologic Investigation 13(6):390- 398, 2006.  Epub July 26, 2006.  Review.  PMID: 16872846
   *Role:  Mentor and collaborator, assisted with experimental design and writing of article*

**Book Authorships, Editorships, and Chapters**

1. **Saed GM**, Fletcher N, Morris R.  New insights into the pathogenesis of ovarian cancer: Oxidative stress. Intech Open Access Publisher, October 2018.

2. **Saed GM**.  Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer.  In:  Ovarian Cancer:  New Insights for the Healthcare Professional:  2011 Edition.  A ScholarlyEdition™ eBook.  Atlanta, GA: ScholarlyEditions™, 2012.

44

3. **Saed GM**.  Immunohistochemical staining of cyclooxygenases with monoclonal antibodies.  In:  Methods in Molecular Biology:  Advanced Protocols for Oxidative Stress.  Totowa, NJ: Humana Press, 2008.

4. Diamond MP, **Saed GM**, Shade G, Bieber E.  Laparoscopic adhesiolysis.  In:  Jain, N (Ed.).  State-of-the Art Atlas of Endoscopic Surgery in Infertility and Gynecology,  Chapter 7.  New Delhi, India: Jaypee Brothers Medical Publishers (P) Ltd., pp. 95-99,      2004.

5. Diamond MP, **Saed GM**.  Endometriosis adhesions:  Clinical implications of basic research.  In:  Proceedings of the VIII International Endometriosis Association Meeting, San Diego, CA, February 2002.

6. Diamond MP, **Saed GM**, Leach RE.  Animal adhesion models.  In: References en Gynecologie Obstetrique (RGO), Volume 8(1).  France: Springer-Verlag, France, pp. 71-72, 2001.

## PUBLISHED ABSTRACTS:

1. Detti L, Peregrin-Alvarez I, **Saed GM.** Association between redundant endometrium and endometrial polyps: a pilot study. Minerva Obstetrics and Gynecology. 2021 Jul. DOI: 10.23736/s2724-606x.21.04887-9.

2. A.K. Harper, R. Fan, R. Majed, N. King, R.T. Morris, **G.M. Saed**. Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells but not human primary normal peritoneal fibroblasts Gynecologic Oncology 159 (2020) 140

3. Detti L, **Saed GM.** NOVEL ANTI-MULLERIAN HORMONE RECEPTOR 2 BINDING PEPTIDE (AMHR2BP) STALLS OVARIAN FOLLICLE DEVELOPMENT IN A MOUSE MODEL. Fertility and Sterility 114. (2020) e525-e526

4. Detti L, **Saed GM.** NOVEL ANTI-MÜLLERIAN HORMONE RECEPTOR 2 BINDING PEPTIDE (AMHR2BP) STALLS GRANULOSA CELLS PROLIFERATION Fertility and Sterility 114 (2020) e440-e441

5. **Saed, G. M**., Wang, X., Harper, A. K., & Morris, R. T. Monomeric Myeloperoxidase: Potential Biomarker for Early Detection of Ovarian Cancer. In REPRODUCTIVE SCIENCES 27. (2020) 328A-329A

6. Irene Peregrin Alvarez, Robert Roman, Mary Emily Christiansen, **Ghassan Saed**, Laura Detti. Redundant endometrium and endometrial polyps: is there a link? Fertility and Sterility, **112**(3): e332, 2019.

7. AK Harper, NM Fletcher, I Memaj, R Fan, IK Singh, RT Morris, **GM Saed**. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes. Gynecologic Oncology 154: 62, 2019.

8. NM Fletcher, AK Harper, R Fan, IK Singh, H Deirawan, IG Tsolakian, J Maclean, JD Naaman, S Bandyopadhyay, R Ali-Fehmi, RT Morris, **GM Saed**. Identification of a novel mechanism of survival in epithelial ovarian cancer. Gynecologic Oncology 154: 88-89, 2019.

45

ATTORNEYS' EYES ONLY

9.   Amy K Harper, Nicole M Fletcher, Rong Fan, Robert Morris, **Ghassan M Saed**. Novel Role of Titin in the Development of Chemoresistance in Ovarian Cancer. Reproductive Sciences 26: 159A, 2019.

10.  Amy K Harper, Nicole M Fletcher, Rong Fan, Robert Morris, **Ghassan M Saed**. Talcum Powder Enhances Key Mechanisms of Ovarian Cancer Development and Progression: A Link to Increased Ovarian Cancer Risk. Reproductive Sciences 26: 340A, 2019.

11.  Laura Detti, Amy K Harper, Rong Fan, Irene Peregrin-Alvarez, Robert A Roman, Roberto L D'Ancona, Robert T Morris, **Ghassan M Saed**. The Loss of Response to the Inhibitory Action of Anti-Mullerian Hormone (AMH) through Downregulation of its Receptor is a Potential Mechanism of Chemoresistance in Ovarian … Reproductive Sciences 26: 340A, 2019.

12.  LM Robertson, NM Fletcher, MP Diamond, **GM Saed**. EvitarTM (L-Alanyl-L-Glutamine) Regulates Key Signaling Molecules in the Pathogenesis of Postoperative Tissue Fibrosis. Journal of Minimally Invasive Gynecology 25(7): S-189, 2018.

13.  Fletcher NM, Memaj I, Diamond MP, Morris RT, **Saed GM.** Heat shock protein 60 (HSP60) serves as a potential target for the sensitization of chemoresistant ovarian cancer cells. 49th Society of Gynecologic Oncology Annual Meeting on Women's Cancer, New Orleans, LA, March 24-27, 2018. Gynecologic Oncology Supplement, 2018.

14.  Fletcher NM, Memaj I, Diamond MP, Morris RT, **Saed GM.** Targeting myeloperoxidase enhances apoptosis in chemoresistant epithelial ovarian cancer cells by reversing S-nitrosylation of caspase-3. 49th Society of Gynecologic Oncology Annual Meeting on Women's Cancer, New Orleans, LA, March 2018. Gynecologic Oncology 149: 73, 2018.

15.  Fletcher NM, Aownuga AO, Memaj M, Diamond MP, Al-Hendy AA, **Saed GM**. A novel role for the interaction of myeloperoxidase and CD11b in leiomyoma cells. 65th Annual Scientific Meeting for the Society for Reproductive Investigation, San Diego, CA, March 2018. Reproductive Sciences 25: 290A, 2018.

16.  Fletcher NM, Memaj I, **Saed GM.** Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells. 65th Annual Scientific Meeting for the Society for Reproductive Investigation, San Diego, CA, March 2018. Reproductive Sciences 25: 214A- 215A, 2018.

17.  Robertson L, Fletcher NM, **Saed GM**. L-Alanyl-L-Glutamine Attenuates the Levels of Adhesion Phenotype Markers in Normal Fibroblasts Isolated From Human Peritoneum Under Hypoxic Conditions. 65th Annual Scientific Meeting for the Society for Reproductive Investigation, San Diego, CA, March 2018. Reproductive Sciences 25: 216A, 2018.

18.  Fletcher NM, Awonuga AO, Memaj I, Diamond MP, **Saed GM**. Interruption of MPO binding to CD11B selectively kills fibroblasts from adhesion tissues but not normal peritoneum. 73rd American Society for Reproductive Medicine Scientific Congress & Expo, San Antonio, TX, October-November 2017. Fertility and Sterility 108(3) : e207-e208, 2017.
     **SRS In-Training Award for Research to NM Fletcher, PhD**

19.  **Saed GM**. New insights into the pathogenesis of ovarian Cancer. Oxidative stress. 2nd International Congress on Contemporary Issues in Women Cancers and Gynecologic

46

Oncology, London, United Kingdom, August 2017. Gynecology and Obstetrics (Sunnyvale) 7:9 (Suppl), 2017. doi: 10.4172/2161-0932-C1-019. Open access.

20. Fletcher NM, Memaj I, Diamond MP, Morris RT, **Saed GM**. Novel target for ovarian cancer immunotherapy. 48th Annual Meeting of the Society of Gynecologic Oncology's Women's Cancer, National Harbor, MD, March 2017.

21. **Saed GM**, Fletcher NM, Memaj I, Saed MG, Diamond MP, Morris RT. Targeting integrin αV/β1 receptor manifests intriguing anti-tumor effects in sensitive and chemoresistant ovarian cancer cells: potential therapeutic target. 64th Annual Scientific Meeting of the Society for Reproductive Investigation, Orlando, FL, March 2017. Reproductive Sciences 24(1) Supplement: O-105, 87A, 2017.

22. Fletcher NM, Memaj I, Abusamaan MS, Al-Hendy A, Diamond MP, **Saed GM**. Oxidative stress: a key regulator of leiomyoma cell survival. 64th Annual Scientific Meeting for the Society for Reproductive Investigation, Orlando, FL, March 2017. Reproductive Sciences 24(1) Supplement: F-124, 208A, 2017.

23. Fletcher NM, Juhani A, Abusamaan MS, Diamond MP, **Saed GM**. Human adhesion fibroblasts are characterized by reduction in the level of pluripotency markers as compared to normal peritoneal fibroblasts. 72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016. Fertility and Sterility 106(3) Supplement: O-31, e13, 2016.

24. Detti L, Fletcher NM, **Saed GM**, Uhlmann RA, Tobiasz AM, Williams LJ. Anti-Mullerian Hormone (AMH) for prevention of tissue activation after vitrified/thawed ovarian cortex xenotransplantation. 72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016. Fertility and Sterility 106(3) Supplement: O-168, e67, 2016.

25. Detti L, Fletcher NM, **Saed GM**, Uhlmann RA, Christiansen ME, Williams LJ. Anti-Mullerian Hormone (AMH) regulates BRCA1 and BRCA2 gene expression in an ovarian cortex transplantation model. 72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016. Fertility and Sterility 106(3) Supplement: P-037, e120, 2016.

26. Abusamaan MS, Fletcher NM, Saed MG, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**. Dichloroacetate induces apoptosis of uterine leiomyoma cells through a mechanism involving modulation of oxidative stress. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 2016. Reproductive Sciences 23(1) Supplement: O-114, 88A, 2016.

27. Fletcher NM, Belotte J, Saed MG, Abusamaan MS, Diamond MP, **Saed GM**. Chemotherapy induces a genotype switch in key antioxidant enzymes: a potential mechanism of chemoresistance in epithelial ovarian cancer cells. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 2016. Reproductive Sciences 23(1) Supplement: F-248, 262-263A, 2016.

28. Detti L, Fletcher NM, Uhlmann RA, Belotte J, Williams LJ, **Saed GM**. Exposure to recombinant Anti-Mullerian Hormone (AMH) downregulates ovarian follicle cells' stemness

47

potential in fresh and vitrified/thaw ovarian cortex. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016. Reproductive Sciences 23(1) Supplement: T-257, 180A, 2016.

29.    Nusrat O, Belotte J, Fletcher NM, Saed MG, Diamond MP, **Saed GM**.  Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia inducible factor-1α:  a potential survival mechanism. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016.  Reproductive Sciences 23(1) Supplement: T-250, 178A, 2016.

30.    Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.  Chemoresistance in epithelial ovarian cancer cells is controlled by mechanisms emanating from chemotherapy-induced genotype switch in glutathione peroxidase, through the up-regulation of cytidine deminase.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015. Reproductive Sciences 22(1) Supplement: O-063, 77A, 2015.

31.    Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.  2,4-dinitrophenol induced cell death of ovarian cancer stem cells.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.  Reproductive Sciences 22(1) Supplement: S-003, 299A, 2015.

32.    Fletcher NM, Neubauer BR, Saed MG, Diamond MP, Abu-Soud HM, **Saed GM**. Postoperative adhesion development is controlled by mechanisms emanating from a hypoxia-induced genotype switch in nicotinamide adenine dinucleotide phosphate oxidase through the up-regulation of cytidine deaminase.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.        Reproductive Sciences 22(1) Supplement: F-042, 218A, 2015.

33.    Detti L, Williams LJ, Osborne SE, Fletcher NM, **Saed GM**.  Elevated serum Anti-Müllerian Hormone (AMH) stalls ovarian follicle development by downregulating FSH- and LH-receptors and inhibin-B production.  Proceedings of the 71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015. Fertility and Sterility 104(3) Supplement: O-13, e6, 2015.

34.    Detti L, Williams LJ, Fletcher NM, **Saed GM**.  Anti-Müllerian Hormone (AMH) may inhibit oocyte maturation and follicular vascularization in human ovarian cortex.  Proceedings of the 71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P91, e136, 2015.

35.    Fletcher NM, Saed MG, Neubauer BR, Abusamaan MS, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Uterine fibroids are characterized by an altered redox balance, favoring a pro-oxidant state.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-115, e145, 2015.

36.    Fletcher NM, Saed MG, Neubauer BR, Abu-Soud HM, Awonuga A, Diamond MP, **Saed GM**.  Shifting anaerobic to aerobic metabolism stimulates apoptosis in adhesion fibroblasts through the modulation of the cellular redox homeostasis.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-215, e179, 2015.

48

37.  Abusamaan MS, Fletcher NM, Saed MG, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Myeloperoxidase serves as a redox switch that regulates apoptosis in human leiomyomas.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-113, e145, 2015.

38.  Jeelani R, Sliskovic I, **Saed G**, Pennathur S, Abu-Soud HM.  Hypochlorous acid reversibly inhibits caspase-3:  a potential regulator of apoptosis.  Joint Meeting of the 22nd Society for Redox Biology and Medicine (SFRBM) and 17th Society for Free Radical Research International (SFRRI), Boston, MA, November 2015.  Free Radical Biology and Medicine: Abstract #275, 2015.

39.  Fletcher NM, Detti L, Neubauer BR, Saed MG, Diamond MP, Abuzeid MI, **Saed GM**.  Altered redox state in the endometrium of patients undergoing ovarian stimulation for assisted reproduction technology.  Proceedings of the 70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.  Fertility and Sterility 102(35) Supplement: P-426, e279, 2014.

40.  Awonuga, AO, Fletcher NM, Nusrat O, Saed MG, Abusamaan MS, Belotte J, Diamond, MP, **Saed GM**.  The in-vivo effects of superoxide dismutase on the incidence and severity of post-operative adhesion development.  70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.  Fertility and Sterility 102(35) Supplement: O-213, e73, 2014.

41.  Belotte J, Nusrat O, Fletcher NM, Saed MG, Neubauer BN, Abu-Soud HM, **Saed GM**.  Superoxide dismutase significantly delayed the development of cisplatin resistance in epithelial ovarian cancer cells.  American Association for Cancer Research's Precision Medicine Series: Drug Sensitivity and Resistance.  Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

42.  Nusrat O, Fletcher NM, Belotte J, Saed MG, Neubauer BR, **Saed GM**.  Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia induced factor-1α:  a potential survival mechanism.  American Association for Cancer Research's Precision Medicine Series:  Drug Sensitivity and Resistance.  Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

43.  Belotte J, Fletcher NM, Diamond MP, **Saed GM**.  Sox2 gene amplification impacts survival in serous epithelial ovarian cancer.  61st Annual Meeting of the Society for Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-219, 204A,  2014.

44.  Fletcher NM, Belotte J, Saed MG, Saed HM, Abu-Soud HM, Diamond MP, **Saed GM**.  Dicholoroacetate increases sensitivity to chemotherapy by modulation of antioxidants in epithelial ovarian cancer.  61st Annual Meeting of the Society for Gynecologic Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-228, 207A, 2014.

45.  **Saed GM**, Fletcher NM, Belotte J, Levin NK, Simon MS, Abu-Soud HM, Tainsky MA, Diamond MP.  SNPs in key oxidants and antioxidants are associated with increased risk and serve as potential targets for ovarian cancer.  61st Annual Meeting of the Society for

49

Gynecologic Investigation, Florence, Italy, March 2014. Reproductive Sciences 21(3) Supplement: T-249, 213A, 2014.

46.    [†]Belotte J, [†]Fletcher NM, Levin NK, Simon MS, Abu-Soud HM, Diamond MP, Tainsky MA, **Saed GM**. Catalase and NADPH oxidase single nucleotide polymorphisms are associated with increased risk and serve as potential targets for breast and ovarian cancers. 104th Annual Meeting of the American Association for Cancer Research, Washington, DC, April 2013. Cancer Research 73(8) Suppl 1: LB- 356, 2013. [†]Denotes co-authors

47.    Belotte J, Fletcher NM, Awonuga AO, Alexis M, Abu-Soud HM, Diamond MP, Saed MG, **Saed GM**. The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer. Poster session B. Advances in Ovarian Cancer Research: From Concept to Clinic. American Association for Cancer Research, Miami, FL, September 2013. Proceedings 2013.

48.    Diamond MP, Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, **Saed GM**. Fibroids manifest oxidative stress as compared to normal myometrium. 42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013. The Journal of Minimally Invasive Gynecology 20(6) Suppl: S19, 2013.

49.    Diamond MP, Fletcher NM, Abuanzeh S, Saed MG, **Saed GM**. Creation and persistence of the adhesion phenotype: the role of NOXs in creating oxidative stress. 42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013. The Journal of Minimally Invasive Gynecology 20(6) Suppl: S18, 2013.

50.    Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**. Distinct oxidative stress profile in uterine fibroids versus adjacent myometrium. Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013. Fertility and Sterility 100(3) Suppl: S34, 2013.

51.    Fletcher NM, Abuanzeh S, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**. Postoperative adhesion is characterized by a unique oxidative stress profile which is responsible for creation and persistence of the adhesion phenotype. Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013. Fertility and Sterility 100(3) Suppl: S31, 2013.

52.    Belotte J, Fletcher NM, Levin NK, Simon MS, Abu-Soud HM, Diamond MP, Tainsky MA, **Saed GM**. Catalase and NADPH oxidase single nucleotide polymorphisms are associated with increased risk and serve as potential targets for breast and ovarian cancers. 104th Annual Meeting of the American Association for Cancer Research, Washington, DC, April 2013.

50

53.  Thakur M, Imudia AN, Shavell VI, Singh M, Diamond MP, Awonuga AO, **Saed GM**. Should body mass index influence the dose of hCG for ovulation induction after superovulation in IVF/ICSI cycles?  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.   Fertility and Sterility 98(3) Suppl: P-542, S271, 2012.

54.  Fletcher NM, Al-Hendy A, Diamond M, **Saed GM**.  Uterine fibroids are characterized by an impaired antioxidant cellular system:  potential role of hypoxia in the pathophysiology of fibroids.  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.  Fertility and Sterility 98(3) Suppl: P-403, S231, 2012.

55.  Detti L, Uhlmann RA, Fletcher NM, Diamond MP, **Saed GM**.  Endometrial thyroid and vitamin D signaling pathways during ovarian stimulation for assisted reproductive technology (ART).  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.  Fertility and Sterility 98(3) Suppl: P-384, S225, 2012.

56.  Detti L, Uhlmann RA, Fletcher NM, Diamond MP, **Saed GM**.   Endometrial insulin pathway during ovarian stimulation for assisted reproductive technology (ART).  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.  Fertility and Sterility 98(3) Suppl: O-368, S109, 2012.

57.  Fletcher NM, Belotte J, Diamond MP, **Saed GM**.  Dichloroacetate increases sensitivity to chemotherapy treatment of epithelial ovarian cancer cells.  59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: S-065, 354A, 2012.

58.  Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM.  Melatonin prevents hypochlorous acid induced alteration of the metaphase-II mouse oocyte microtubule and chromosomal structure.   59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012.  Reproductive Sciences 19(3) Suppl: F-212, 289A, 2012.

59.  **Saed GM**, Fletcher NM, Awonuga A, Saed MG, Jiang Z, Abu-Soud HM, Diamond MP. NADPH oxidase p22-phox gene polymorphism in women is associated with the development of postoperative adhesions.  59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012.  Reproductive Sciences 19(3) Suppl: F-005, 228A, 2012.

60.  **Saed GM**, Fletcher NM, Ruden DM, Abu-Soud HM, Diamond MP.  Epigenetics:  new insights into postoperative adhesion development.  59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012.   Reproductive Sciences 19(3) Suppl: T-156, 167A, 2012.

61.  Nair S, **Saed GM**, Atta HM, Diamond M, Al-Hendy A.  Gene therapy of abdominal/pelvic post-operative adhesions:  targeting adenovirus towards human peritoneal adhesion cells.  59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012.  Reproductive Sciences 19(3) Suppl: T-066, 141A, 2012.

51

62.   Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud H.   Role of melatonin in preventing hypochlorous acid induced alterations in microtubule and chromosomal structure in metaphase-II mouse oocytes in vitro.  67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011.  Fertility and Sterility (Suppl 1): P-450, 2011.

63.   Abu-Farsakh SM, Abu-Farsakh HM, Fletcher NM, **Saed GM**, Diamond MP.  Histopathologic analysis in testicular azoospermia.   67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011.  Fertility and Sterility (Suppl 1): P-183, 2011.

64.   Shavell VI, Fletcher NM, Jiang ZL, **Saed GM**, Diamond MP.  Uncoupling oxidative phosphorylation with 2,4-dinitrophenol promotes development of the adhesion phenotype.  67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011.  Fertility and Sterility (Suppl 1): P-131, 2011.

65.   Nair S, **Saed G**, Nwaobasi N, Atta H, Al-Hendy A.  Towards gene therapy of pelvic post-operative adhesions:  targeting adenovirus towards human adhesion cells.  67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011.  Fertility and Sterility (Suppl 1): P-111, 2011.

66.   **Saed GM**, Fletcher NM, Jiang ZL, Awonuga A, Abu-Soud HM, Diamond MP.  Metabolism and oxidative stress: integral role in regulation of the adhesion phenotype.  58th Annual Meeting of the Society for Gynecologic Investigation, Miami Beach, FL, March 2011. Journal of the Society for Gynecologic Investigation    (Suppl): O-130, 2011.

67.   Byun J, Maitra D, **Saed GM**, Abu-Soud HM, Pennathur S.   Mass spectrometric identification of HOCl-mediated heme degradation products of hemoglobin.  59th ASMS Conference on Mass Spectrometry, Denver, CO, 2011.  Proceedings 2016.

68.   **Saed GM**, Jiang ZL, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR.  Inhibition of NADPH oxidative reductase promotes apoptosis in epithelial ovarian cancer cells.  39th Annual Meeting of the Global Congress of Minimally Invasive Gynecology AAGL, Las Vegas, NV, November 2010.

69.   Maitra D, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM.  Reaction of hemoglobin and red blood cells with hypochlorous acid and mechanism of heme destruction and free iron release.  17th Annual Meeting of the Society for Free Radical Biology and Medicine, Orlando, FL, November 2010.  Free Radical Biology and Medicine, 49(Suppl 1): S169, 2010.

70.   Detti L, **Saed GM**, Fletcher NM, Kruger ML, Brossoit B, Diamond MP.  Endometrial morphology and modulation of hormone receptors during ovarian stimulation for assisted reproductive technology cycles.  66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010.  Fertility and Sterility 94(4) Suppl 1: S213-S214, 2010.

52

71.   Fletcher NM, Jiang ZL, Almahmoud H, Diamond MP, **Saed GM**.  Human adhesion fibroblasts are under constant intrinsic oxidative stress as characterized by higher baseline NADPH oxidase and hypoxia inducible factor-1α and lower baseline superoxide dismutase.  66th Annual Meeting of the American Society for   Reproductive Medicine, Denver, CO, October 2010.  Fertility and Sterility 94(4)   Suppl 1: S208, 2010.

72.   White J, Jiang Z, Diamond M, **Saed G**.  The role of macrophages in the development of the adhesion phenotype.  Proceedings of the 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010.  Fertility and Sterility 94(4) Suppl 1: S202, 2010.

73.   Byun J, Maitra D, Sliskovic I, Abdulhamid I, **Saed GM**, Diamond MP, Abu-Soud HM, Pennathur S.  Liquid chromatography atmospheric pressure ionization tandem:  mass spectrometry identifies novel hypochlorous acid reaction products of lycopene.  58th Annual Meeting of the American Society of Mass Spectrometry, Salt Lake City, UT, May 2010.  Proceedings 2010.

74.   Huang K, **Saed GM**, Crispino J, Song J, Choi SD, Diamond M, Naftolin F.  Membrane-actin cytoskeleton linking protein expression by human post-operative adhesions and fibroblasts.  57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.   Reproductive Sciences 17(3) Suppl: P655, 253A, 2010.

75.   **Saed GM**, Jiang ZL, Fletcher NM, Al Arab A, Abu-Soud HM, Munkarah AM, Diamond MP.  Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through the inhibition of oxidative stress enzymes.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P171, 113A, 2010.

76.   Saed **GM**, Jiang ZL, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR.  Inhibition of NADPH oxidative reductase promotes apoptosis in epithelial ovarian cancer cells.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.   Reproductive Sciences 17(3) Suppl: P170, 113A,  March 2010.

77.   Meng Q, Sun W, Jiang ZL, Fletcher NM, **Saed GM**, Diamond MP.  Endometriotic implants resemble ovarian cancer in their inflammatory cytokines and hormone receptors expression: potential transformation into ovarian cancer.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.  Reproductive Sciences 17(3) Suppl: P97, 93A, 2010.

78.   Diamond MP, Jiang ZL, Fletcher NM, **Saed GM**, Abu-Soud HM.  Role of polychlorinated biphenyls enhancement of lipid peroxidation in human normal peritoneal and adhesion fibroblasts.  38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009.  Proceedings 2009.

79.   Diamond MP, Fletcher NM, Jiang ZL, Abu-Soud HM, **Saed GM**.  Hydrogen peroxide bioavailability determines the sensitivity of human normal peritoneal and adhesion fibroblasts to hypoxia-induced lipid peroxidation.   38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009.  Proceedings 2009.

53

80.   **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.  Polychlorinated biphenyl congeners induce the adhesion phenotype by reducing superoxide dismutase levels.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P179,    October 2009.

81.   **Saed GM**, Hall DT, Omar MW, Shavell VI, Fletcher NM, Diamond MP.  Regulation of metabolic activity of peritoneal fibroblasts by dichloroacetate provides a potential target for interventions to reduce postoperative adhesions.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P127, October 2009.

82.   White J, Jiang Z, Diamond M, **Saed G**.  Hypoxia induces transforming growth factor beta 1 (TGFβ1) in human macrophages through a hypoxia inducible factor 1α (HIF-1α) – dependent mechanism.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P126, October 2009.

83.   **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  Sensitivity of human normal peritoneal and adhesion fibroblasts to hypoxia-induced lipid peroxidation depends on the bioavailability of hydrogen peroxide.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P1004, 359A, 2009.

84.   Abu-Soud HM, Jiang ZL, Fletcher NM, Diamond MP, **Saed GM**.  Exposure to polychlorinated biphenyls enhances lipid peroxidation in human normal peritoneal and adhesion fibroblasts: a potential role for MPO.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P985, 354A, 2009.

85.   Jiang ZL, Fletcher NM, Malone JM Jr, Ali R, Munkarah AR, Diamond MP, Abu-Soud HM, **Saed GM**.  NADPH oxidase inhibition attenuates oxidative stress in epithelial ovarian cancer.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P291, 153A, 2009.

86.   Detti L, **Saed GM**, Jiang Z, Fletcher NM, Diamond MP.  Impact of high serum estradiol on endometrial estrogen and progesterone receptor expression during ovarian stimulation for IVF/ICSI cycles.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.  Fertility and Sterility 90(Suppl. 1): P157, S162, 2008.

87.   **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  The induction of fibrosis by organochlorines through a nitric oxide synthase dependent mechanism.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November af2008.  Fertility and Sterility 90(Suppl. 1): P-123, S151, 2008.

54

88.  Dbouk T, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP, **Saed GM**.  Lycopene a powerful antioxidant with remarkable antiadhesion effects.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008. Fertility and Sterility 90(Suppl. 1): P-122, S150, 2008.

89.  **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.  Hypoxia induces the adhesion phenotype by reducing superoxide dismutase levels.  55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008. Reproductive Sciences 15(2) Suppl.: P900, 313A, 2008.

90.  Alpay Z, Savasan S, Buck S, Jiang ZL, Ravindranath Y, Diamond MP, **Saed GM**.  Role of natural killer lymphocyte NKG2D receptor pathway in adhesion development. 55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008.  Reproductive Sciences 15(2) Suppl.: P317, 150A, 2008.

91.  Diamond MP, Abu-Soud HM, **Saed GM**.  S-nitrosylation of caspase-3 is the mechanism by which adhesion fibroblasts manifest lower apoptosis.  36th Annual Meeting of the American Association of Gynecologic Laparoscopists, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.  Journal of Minimally      Invasive Gynecology 14(6) Suppl. 1: S33, 2007.

92.  Diamond MP, Abu-Soud, HM, **Saed GM**.  Generation of superoxide by inducible nitric oxide synthase in L-arginine deficient fibroblasts established from human adhesion tissues.  36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.  Proceedings 2007.

93.  Diamond MP, Collins KL, **Saed GM**.  Hypoxia stimulation of expression of type I collagen and fibronectin in human peritoneal and adhesion fibroblasts:  blockage by interferon gamma. 36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.  Proceedings 2007.

94.  **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Abu-Soud HM, Diamond MP. Superoxide induces the adhesion phenotype:  role of hypoxia in the pathogenesis of the adhesion development. Global Congress of Minimally Invasive Gynecology, 36th  Annual Meeting of the American Association of Gynecologic Laparoscopists, Washington, DC, November 2007.

95.  Elhammady E, Freeman ML, **Saed GM**, Diamond MP.  In vivo expression of type I and III collagens in injured peritoneum that healed with adhesions and without adhesions. 63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007. Fertility and Sterility 88(Suppl. 1): P-252, S192, 2007.

96.  **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Abu-Soud HM, Diamond MP. Superoxide induces the adhesion phenotype:  role of hypoxia in the pathogenesis of the adhesion development. 63rd Annual Meeting of the American Society for  Reproductive Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): O-285; S107, 2007.

55

                                      SAED_SEPT222021_SUPPL_000232

97.   Jiang ZL, Fletcher NM, Diamond MP, Abu-Soud HM, **Saed GM**.  Nitric oxide synthase isoforms are differentially expressed in fibroblasts isolated from human normal peritoneum and adhesion tissues.  63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): O-157, S59, 2007.

98.   **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Diamond MP, Abu-Soud HM.  S-nitrosylation of Caspase-3 is the mechanism by which adhesion fibroblasts manifest lower apoptosis.  63rd Annual Meeting of the American Society for Reproductive Medicine,  Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): P-302, S209, 2007.

99.   **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Role of superoxide and nitric oxide in the development of postoperative adhesions.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.  Reproductive Sciences 14(Suppl. 1): P781, 277A, 2007.

100.  **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Peroxynitrite plays a critical role in caspase-3 mediated apoptosis of normal peritoneal fibroblasts.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.  Reproductive Sciences 14(Suppl. 1): P483, 193A, 2007.

101.  **Saed GM**, Wirth JJ, Diamond MP.  Polychlorinated biphenyl congeners enhancement of type I collagen expression.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): P-401, S284, 2006.

102.  Detti L, **Saed G**, Jiang Z, Kruger M, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in *in vitro* human fibroblasts isolated from normal peritoneum and adhesions.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2):  P-377, S275, 2006.

103.  **Saed GM**, Abu-Soud HM, Jiang ZL, Diamond MP.  Regulation of the expression of INOS, COX-2, and VEGF in postoperative adhesions.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-234, S100, 2006.

104.  Victory R, **Saed GM**, Diamond MP.  Omega-3 fatty acid prevents and mitigates the adhesion phenotype in normal human peritoneal and adhesion fibroblasts.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-193, S82, 2006.

105.  Ambler DR, Rizk NN, Jiang ZL, **Saed GM**, Diamond MP.  IL6 expression in human normal peritoneal and adhesion fibroblasts: regulation by hypoxia.  62nd Annual  Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006. Fertility and Sterility 86(Suppl. 2): O-101, S43, 2006.

56

106.  **Saed GM**, Lu Q, Jiang ZL, Diamond MP, Abu-Soud HM.  The cross-talk between myeloperoxidase and inducible nitric oxide synthase in post operative adhesions.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-19, S9, 2006.

107.  Ambler DR, Rizk NN, Jiang ZL, **Saed GM**, Diamond MP.  TNF-alpha expression in human normal peritoneal and adhesion fibroblasts:  regulation by hypoxia.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-18, S8, 2006.

108.  Rizk NN, **Saed GM**, Diamond MP.  The effects of hyperglycemia on the differential expression of insulin and insulin-like growth factor-1 (IGF-1) receptors in human normal peritoneal and adhesion fibroblasts.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006. Journal of the Society for Gynecologic Investigation 13(2) Suppl.:786, 324A, 2006.

109.  **Saed GM**, Worth J, Diamond MP.  The induction of fibrosis by organochlorines.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:633, 273A, 2006.

110.  **Saed GM**, Diamond MP, Abu-Soud HM.  L-arginine deficiency in fibroblasts established from human adhesion tissues leads to the generation of superoxide by inducible nitric oxide synthase.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.   Journal of the Society for Gynecologic Investigation 13(2) Suppl.:632, 272A, 2006.

111.  Fahmy LM, Mitwally MF, **Saed GM**, Diamond MP.  Differential expression of aromatase in human fibroblasts isolated from normal peritoneum and adhesions.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada,   March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:627, 271A, 2006.

112.  Victory, R, **Saed GM**, Diamond MP.  Omega 3 fatty acids markedly reduce expression of adhesion markers in human peritoneal fibroblasts.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:626, 270A, 2006.

113.  **Saed GM**, Jiang ZL, Malone JM, Diamond MP, Munkarah AR.   Regulation of the expression of iNOS, COX-2 and VEGF in epithelial ovarian cancer cell lines.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.   Journal of the Society for Gynecologic Investigation 13(2) Suppl.:324, 169A, 2006.

114.  Diamond MP, **Saed GM**, Zhao M, Abu-Soud HM.  Regulation of inducible nitric oxide synthase in post-operative adhesions.  34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.  Proceedings 2005.

115.  Diamond MP, Jiang ZL, **Saed GM**.  Cyclooxygenase-2 inhibitors enhance apoptosis of adhesion fibroblasts.  34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.  Proceedings 2005.

57

116.    **Saed GM**, Detti L, Lu H, Jiang Z, Aboulba S, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in human fibroblasts isolated from normal peritoneum and adhesions.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): P-849, S464, 2005.

117.    **Saed GM**, Lu H, Jiang Z, Aboulba S, Abu-Soud HM, Diamond MP.  Cross-talk between inducible nitric oxide synthase (iNOS) and myeloperoxidase (MPO) in fibroblasts isolated from normal peritoneal and adhesion tissues.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian  Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): P-848, S463, 2005.

118.    Alpay Z, Ozgonenel MS, Savasan S, Buck S, **Saed GM**, Diamond MP.  Can hypoxia impact lymphocyte-mediated elimination of peritoneal fibroblasts leading to development of adhesion phenotype?  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): P-846, S463, 2005.

119.    Detti L, **Saed GM**, Lu H, Jiang Z, Aboulba S, Diamond MP.  The effects of estradiol on the expression of estrogen, progesterone, androgen, and prolactin receptors in human peritoneal fibroblasts.  61st Annual Meeting of the American Society for Reproductive Medicine and the 1st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): O-304, 124, 2005.

120.    Alpay Z, Ozgonenel MS, Savasan S, **Saed, GM**, Diamond, MP.  Possible role of natural immune response against fibroblasts in the development of post-operative adhesions. 61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): O-274, S113, 2005.

121.    **Saed GM**, Jiang ZL, Diamond MP.  Knockout of inducible nitric oxide expression significantly reduces the expression of type I collagen and transforming growth factor-β1 in human peritoneal and adhesion fibroblasts.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): O-1, S1, 2005.  **Prize paper candidate**

122.    Malone J, **Saed G**, Diamond M, Sokol R, Munkarah A.  The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer.  Annual Meeting of the American Gynecological and Obstetrical Society, Victoria, British Columbia, Canada, September 2005.  Program and Abstracts: p. 18, 2005.

123.    **Saed GM**, Jiang ZL, Tahboub YR, Alpay ZA, Abu-Soud HM, Diamond MP.  Tyrosine nitration plays a significant role in the mechanisms responsible for the creation and persistence of the adhesion phenotype.  52nd Annual Meeting of the Society for

58

Gynecologic Investigation, Los Angeles, CA, March 2005. Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 206A, 377, 2005.

124.  **Saed GM**, Zhao M, Diamond MP, Abu-Soud HM.  Regulation of inducible nitric oxide synthase in post-operative adhesions. 52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005. Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 204A, 368, 2005.

125.  **Saed GM**, Jiang ZL, Munkarah AR, Diamond MP.  Modulation of apoptosis of adhesion fibroblasts: the role of cyclooxygenase-2 inhibitors. 52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005. Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 189A, 326, 2005.

126.  **Saed GM**, Al-Hendy A, Salama SA, Jiang ZL, Alpay ZA, Diamond MP.  Utilization of cycloosygenase-2 gene therapy for the prevention of the adhesion phenotype development. 52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005. Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 318, 186A, 2005.

127.  Diamond MP, **Saed GM**.  Modulation of nuclear transcription factor kappa-β fibroblasts of human adhesion tissues by dichloroacetate. 33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004. Proceedings 2004.

128.  Diamond MP, **Saed GM**.  Interferon-gamma block the hypoxia effect on type I collagen expression in human normal peritoneal and adhesion fibroblasts. 33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004. Proceedings 2004.

129.  **Saed GM**, Zhao M, Diamond MP, Abu-Soud HM.  Regulation of inducible nitric oxide synthase in postoperative adhesions. 11th Annual Meeting of the Society for Free Radical Biology and Medicine, St. Thomas, Virgin Islands, November 2004. Free Radical Biology and Medicine 37(Suppl.1): S78, 205, 2004.

130.  **Saed GM**, Diamond MP, Abu-Soud HM.  Differential expression of myeloperoxidase (MPO) in fibroblasts isolated from normal peritoneal and adhesion tissues. 4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004. Free Radical Biology and Medicine 37(Suppl. 1): S48, 104, 2004.

131.  Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulated the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition. 4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004. Free Radical Biology and Medicine 37(Suppl.1): S78, 205, 2004.

132.  **Saed GM**, Waleke JP, Diamond MP.  Angiogenesis caused by hypoxia treatment of normal peritoneal and adhesion fibroblasts in human umbilical vein endothelial cells in significantly reduced by NS-398, a selective COX-2 inhibitor. 60th Annual Meeting of the

59

American Society for Reproductive Medicine, Philadelphia, PA, October 2004. Fertility and Sterility 82(Suppl. 2): P573, S338, 2004.

133. **Saed GM**, Diamond MP, Abu-Soud HM. Fibroblasts isolated from normal peritoneal and adhesion tissues differentially express myeloperoxidase (MPO). 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004. Fertility and Sterility 82(Suppl. 2): O-270, S108-109, 2004.

134. **Saed GM**, Abu-Soud HM, Munkarah AR, Diamond MP. Hypoxia up-regulates cyclooxygenase-2 and prostaglandin $E_2$ levels in human peritoneal fibroblasts. 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004. Fertility and Sterility 82(Suppl. 2): O-150, S60-61, 2004.

135. Waleke JP, Diamond MP, **Saed GM**. Dichloroacetate inhibition of angiogenesis caused by hypoxia treatment of normal peritoneal and adhesion fibroblasts in human umbilical vein endothelial cells. 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004. Fertility and Sterility 82(Suppl. 2): O-44, S17, 2004.

136. **Saed GM**, Elhammady E, Diamond MP. Dichloroacetate significantly increase the expression of the transcription nuclear factor kappa-β in fibroblasts of human adhesion tissues. 51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004. Journal of the Society for Gynecologic Investigation 10(2) Suppl.: 598, 288A, 2004.

137. **Saed GM**, Diamond MP. Effects of interferon-γ on human peritoneal and adhesion fibroblasts in the presence of hypoxia: Reversal of hypoxia-stimulated type I collagen expression. 51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004. Journal of the Society for Gynecologic Investigation 10(2) Suppl.: 716, 316A, 2004.

138. Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM. Myeloperoxidase up-regulates the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition. 10th Annual Meeting of the Society for Free Radical Biology and Medicine, Seattle, WA, November 2003.

139. Diamond MP, Elhammady EF, Wang RX, Collins KL, **Saed GM**. Suppression of expression of vascular endothelial growth factor by dichloroacetate in fibroblasts of human adhesion. 32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003. The Journal of the American Association of Gynecologic Laparoscopists 10(3) Suppl.: S25, 79, 2003.

60

140.  Diamond MP, Munkarah AR, Elhammady EF, Wang RX, Collins KL, **Saed GM**. Stimulation of expression of vascular endothelial growth factor by hypoxia from fibroblasts isolated from normal peritoneum and adhesion tissues. 32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003.  The Journal of the American Association of Gynecologic Laparoscopists 10(3) Suppl.: S25, 80, 2003.

141.  Diamond MP, **Saed GM**.  Regulation of expression of tissue plasminogen activator and plasminogen activator inhibitor-1 by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.   22nd Annual Scientific Meeting of the American Gynecological and Obstetrical Society, Napa Valley, CA, September 2003. Program and Abstracts: #2, p20-21, 2003.

142.  **Saed GM**, Abu-Soud HM, Diamond MP.  Inhibition of nitric oxide production by N-nitro-L-arginine methyl ester increased the expression of type I collagen in human peritoneal fibroblasts.  59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.  Fertility and Sterility 80(Suppl. 3): S90, O-237, 2003.

143.  **Saed GM**, Abu-Soud HM, Diamond MP.  Apoptosis of human peritoneal and adhesion fibroblasts after hypoxia:  role of inducible nitric oxide synthase.  59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.  Fertility and Sterility 80(Suppl. 3): S38, O-99, 2003.

144.  Munkarah AR, Zhu G, Ali-Fehmi R, Morris R, Malone Jr JM, Diamond MP, **Saed GM**. Short-term treatment of epithelial ovarian cancer cells with the COS-2 inhibitor, NS398, results in down regulation of expression of vascular endothelial growth factor (VEGF). 94th Annual Meeting of the American Association for Cancer Research, Washington, DC, July 2003. Program and Abstracts: #4, p 93, 2003.

145.  **Saed GM**, Munkarah AR, Elhammady EF, Wang R, Beiber E, Diamond MP.  Inhibition of cyclooxygenase-2 in fibroblasts isolated from normal peritoneum and adhesion tissues decreases the expression of hypoxia inducible factor-1 alpha.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003. Journal of the Society for Gynecologic Investigation 10(2): 900, 390A, 2003.

146.  Rout UK, **Saed GM**, Diamond MP.  Expression levels and regulations of genes differ in the fibroblasts of adhesion and normal human peritoneum.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.          Journal of the Society for Gynecologic Investigation 10(2): 899, 389A, 2003.

147.  **Saed GM**, Diamond MP.  Tissue plasminogen activator/plasminogen activator inhibitor-1 (tPA/PAI-1) modulation by Tisseel.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 898, 389A, 2003.

148.  **Saed GM**, Elhammady EF, Wang R, Bieber E, Diamond MP.  Hypoxia increases the expression of vascular endothelial growth factor in fibroblasts isolated from human normal peritoneum and adhesion tissues.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 744, 337A, 2003.

61

149.    Buhimschi IA, Jabor M, Petkova A, **Saed GM**, Diamond MP, Romero R.  A role for the amnion epithelium in innate immunity:  microbial products induce the expression of β3-defensin by amnion epithelial cells.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 670, 312A, 2003.

150.    **Saed GM**, Elhammady EF, Wang R, Collins KL, Diamond MP.  Dichloroacetate significantly reduces the expression of vascular endothelial growth factor in fibroblasts of human adhesion tissues.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 598, 288A, 2003.

151.    Gago AL, **Saed GM**, Elhammady EF, Wang RX, Diamond MP.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 595, 287A, 2003.

152.    **Saed GM**, Diamond MP.  Transforming growth factor-beta 1 (TGF-β1) and extracellular matrix production by human peritoneal mesothelial cells:  effect of Tisseel® (fibrin sealant).  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 594, 287A, 2003.

153.    Buhimschi CS, **Saed GM**, Elhammady EF, Berman S, Buhimschi IA, Weiner CP, Diamond MP.  Effect of labor on expression of factors involved in myometrial healing after cesarean section.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 498, 255A, 2003.

154.    Buhimschi CS, Diamond MP, Avasiloaiei M, **Saed GM**, Buhimschi IA, Weiner CP.  Regionalization of viscoelastic properties of the rat uterus and cervix during pregnancy.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, 2003.  Journal of the Society for Gynecologic Investigation 10(2):117, 196A, 2003.

155.    Gago AL, **Saed GM**, Elhammady E, Wang RX, Diamond MP.  Effect of Interceed® on the expression of tissue inhibitor metalloproteinase-1 and matrix metalloproteinase-1 in human peritoneal fibroblasts and mesothelial cells.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 12, 196A, 2003.

156.    **Saed GM**, Munkarah AR, Elhammady EF, Wang R, Bieber E, Diamond MP.  Cyclooxygenase-2 inhibition decreases the expression of vascular endothelial growth factor from fibroblasts isolated from normal peritoneum and adhesion tissues.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 11, 94A, 2003.

62

157.  Gago LA, **Saed GM**, Wang RX, Jaber M, Diamond MP.  Effect of Interceed on extracellular matrix and TGF-β1 expression in human peritoneal fibroblasts and mesothelial cells.  29th Annual Meeting of the Society for Gynecologic Surgeons, Anaheim, CA, March 2003.  Journal of Pelvic Medicine and Surgery 9(Suppl. 1): p 59, 2003.

158.  Buhimschi C, Petkova A, **Saed G**, Diamond MP, Weiner C, Buhimschi I.  Myometrial and cervical adaptation during pregnancy.  Annual Meeting of the Society for Maternal-Fetal Medicine, San Francisco, CA, February 2003.  American Journal of Obstetrics and Gynecology Program and Abstract Supplement, 2003.

159.  Munkarah A, Morris R, Zhu G, Deppe G, Malone J, Jr, **Saed G**.  Sequential combination of Docetaxel and COX-2 inhibitor:  A marked effect on epithelial ovarian cancer cell kills.  34th Annual Meeting of the Society of Gynecologic Oncologists, New Orleans, LA, February 2003. Program and Abstracts: 211, 2003.

160.  Freeman M, **Saed GM**, Diamond MP.  Elevation of type I collagen mRNA in peritoneal adhesions.  31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

161.  Diamond MP, Elhammady EF, Collins KL, Munkarah AR, **Saed GM**.  Cyclooxygenase-2 expression in human fibroblasts isolated from adhesions but not from normal peritoneal tissues.31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

162.  Diamond MP, Elhammady EF, Collins KL, **Saed GM**.  Existence of p53 expression in human fibroblasts isolated from adhesions, but not from normal peritoneal tissues.  31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

163.  Freeman M, **Saed GM**, Diamond MP.  TGF-β1/β2 mRNA ratio in normally healed peritoneum is the same as in uninjured tissue.  58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

164.  **Saed GM**, Diamond MP.  Matrix metalloproteinase (MMP-1, MMP-2), and tissue inhibitor for metalloproteinase (TIMP-1) expression by human peritoneal mesothelial cells:  effect of fibrin sealant.  58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

165.  **Saed GM**, Diamond MP.  Dichloroacetate (DCA) significantly increases the expression of inducible nitric oxide synthase (INOS) in human fibroblasts of adhesion tissues, but not in normal peritoneum.  58th Annual Meeting of the Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

63

166.    Rout UK, Collins KL, **Saed GM**, Diamond MP.  Adhesion to laminin upregulated β1 integrin subunit expression in PC12 cells.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 495, 226A, 2002.

167.    Freeman ML, **Saed GM**, Elhammady EF, Diamond MP.  Elevation of Type I collagen mRNA in peritoneal adhesions.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 822, 331A, 2002.

168.    Gago LA, **Saed G**, Wang R, Elhammady EF, Diamond MP.  Seprafilm (modified hyaluronic acid carboxymethylcellulose) acts as a mechanical barrier.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 788, 321A, 2002.

169.    Chauhan S, **Saed GM**, Johns DA, Duvall V, Collins K, Diamond MP.  Increased IL-10 gene expression in endometriotic tissues.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 286, 156A, 2002.

170.    Rout UK, Collins K, **Saed GM**, Diamond MP.  Gene profiling of human fibroblasts from adhesions and normal peritoneum.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 821, 331A, 2002.

171.    **Saed GM**, Elhammady EF, Boytchev BG, Wang RX, Munkarah AR, Diamond MP.  Inhibition of cyclooxygenase-2 in human adhesion fibroblasts reduces the expression of MMP-1 and TIMP-1.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 824, 332A, 2002.

172.    **Saed GM**, Elhammady EF, Munkarah AR, Boytchev BG, Wang RX, Diamond MP.  Inhibition of cyclooxygenase-2 in human adhesion fibroblasts reduces the expression of transforming growth factor beta-1.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 509, 230A, 2002.

173.    **Saed GM**, Elhammady EF, Collins KL, Boytchev BG, Munkarah AR, Diamond MP.  Adhesion phenotype:  Cyclooxygenase-2 is expressed in fibroblasts isolated from adhesions, but not from normal peritoneal tissues.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 275, 153A, 2002.

174.    **Saed GM**, Elhammady EF, Collins KL, Kowalczyk CL, Leach RE, Diamond MP.  Adhesion phenotype:  profiling of fibroblasts isolated from human normal peritoneal and adhesion tissues using apoptosis gene arrays.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 274, 153A, 2002.

64

175.   **Saed GM**, Elhammady EF, Boytchev BG, Wang RX, Collins KL, Diamond MP. Reduction of the expression of Type I and III collagens in human adhesion fibroblasts, but not in normal peritoneal fibroblasts by the inhibition of cyclooxygenase-2.   49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 570, 250A, 2002.

176.   **Saed GM**, Elhammady EF, Bieber E, Wang RX, Kowalczyk CL, Diamond MP. Dichloroacetate significantly reduces the expression of cyclooxygenase-2 in human fibroblasts of adhesion tissues.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 823, 331A, 2002.

177.   **Saed GM**, Elhammady ES, Collins, KL, Wang RX, Rout UK, Diamond MP.  Adhesion phenotype:  p53 is expressed in fibroblasts isolated from adhesions but not from normal peritoneal tissues.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 789, 322A, 2002.

178.   Diamond MP, Elhammady E, Wang R, **Saed GM**.  Metabolic regulation of collagen I in fibroblasts isolated from normal peritoneum and adhesions by dichloroacetic acid (DCA).  28th Scientific Meeting of Gynecologic Surgeons, Dallas, TX, March 2002.  Proceedings 2002.

179.   Diamond MP, Freeman ML, Leach RE, Collins K, **Saed GM**.  An adhesion promoting phenotype: Implications for postoperative adhesion development.  30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001.  Proceedings 2001.

180.   **Saed GM**, Boytchev B, Collins K, Diamond MP.  Differences in the rate of apoptosis following hypoxia in human peritoneal and adhesion fibroblasts.  30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001.  Proceedings 2001.

181.   Rout UK, Collins KL, **Saed GM**, Diamond MP.  Gene profiling of human fibroblasts from adhesions and normal peritoneum.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.   Fertility and Sterility Program Supplement, 2001.

182.   Freeman ML, **Saed GM**, Elhammady EF, Diamond MP.  Elevation of Type I collagen mRNA in peritoneal adhesions.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

183.   **Saed GM**, Diamond MP.  Modulation of the BCL-2/BAX ratio by IFN-GAMMA and hypoxia in human peritoneal and adhesion fibroblasts.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program  Supplement, 2001.

65

184.    **Saed GM**, Boytchev B, Collins K, Diamond MP. Significance of the effect of hypoxia on the rate of apoptosis of human peritoneal and adhesion fibroblasts for postoperative adhesion development. 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001. Fertility and Sterility Program Supplement, 2001.

185.    **Saed GM**, Diamond MP. Modulation of the expression of tissue plasminogen activator and its inhibitor by hypoxia in human peritoneal and adhesion fibroblasts. 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001. Fertility and Sterility Program Supplement, 2001.

186.    Munkarah AR, Morris RT, Baumann P, Malone Jr. JM, Deppe G, Diamond MP, **Saed GM**. Prostaglandin $E_2$ stimulates proliferation and reduces apoptosis in epithelial ovarian cancer cell lines. 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001. Journal of the Society for Gynecologic Investigation 8(1): 505, 194A, 2001.

187.    Rout UK, Boytchev BG, **Saed GM**, Diamond MP. Transforming growth factor-β1 and expression of cytoskeletal proteins in human peritoneal fibroblasts. 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001. Journal of the Society for Gynecologic Investigation 8(1): 600, 222A, 2001.

188.    **Saed GM**, Diamond MP. Increasing glucose concentrations results in an increase in Type I collagen expression via TGF-β1 dependent mechanism in human peritoneal fibroblasts. 48thAnnual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001. Journal of the Society for Gynecologic Investigation 8(1): 617, 227A, 2001.

189.    **Saed GM**, Munkarah AR, Morris R, Collins K, Diamond MP. Differential modulation of BCL-2/BAX ratio by hypoxia in peritoneal and adhesion fibroblasts cultured from the same patient. 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001. Journal of the Society for Gynecologic Investigation 8(1): 503, 194A, 2001.

190.    **Saed GM**, Collins K, Diamond MP. Interferon gamma blocks the stimulating effect of hypoxia on the expression of type I collagen and fibronectin in human peritoneal and adhesion fibroblasts. 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001. Journal of the Society for Gynecologic Investigation 8(1): 469, 184A, 2001.

191.    **Saed GM**, Freeman ML, Leach RE, Collins K, Diamond MP. The effect of interferon gamma and hypoxia on the expression of TGF-β isoforms in human peritoneal and adhesion fibroblasts. 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001. Journal of the Society for Gynecologic Investigation 8(1): 468, 184A, 2001.

66

192.    **Saed GM**, Boytchev B, Collins K, Diamond MP.  Significance of the effect of hypoxia on the rate of apoptosis of human peritoneal and adhesion fibroblasts in postoperative adhesion development.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1), 2001.

193.    **Saed GM**, Freeman ML, Leach RE, Collins K, Diamond MP.  The effect of normoxia after hypoxia treatment of the expression of Type I collagen and TGF-β1 in human peritoneal fibroblasts:  implications for postoperative adhesion development.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 620, 228A, 2001.

194.    Freeman ML, **Saed GM**, Diamond MP.  Increased TGF-β1/β3 ratio following surgically induced peritoneal injury.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 624, 229A, 2001.

195.    Freeman ML, **Saed GM**, Diamond MP.  Ovaries influence postoperative adhesion formation independent of the estrogenic milieu.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 380, 159A, 2001.

196.    Diamond MP, Munkarah AR, Morris RT, **Saed GM**.  Modulation of the BCL-2/BAX ratio by IFN-γ and hypoxia in human peritoneal and adhesion fibroblasts. 32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.  Proceedings 2001.

197.    Munkarah AR, Morris RT, Baumann P, Malone JM Jr, Deppe G, Diamond MP, **Saed GM**.  Prostaglandin induced COX-2 expression and reduced apoptosis in epithelial ovarian cancer cells.  32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.  Proceedings 2001.

198.    Baumann P, Munkarah AR, Morris RT, Diamond MP, Deppe G, Malone J, **Saed GM**.  The effect of hypoxia on the expression of HIF-1β, BAX, and BCL-2 in the epithelial ovarian cancer cell line MADH2774.  32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.  Proceedings 2001.

199.    **Saed GM**, Zhang WW, Diamond MP.  Effective glucose on the expression of Type I collagen and transforming growth factor (TGF-β1) in human peritoneal.  ASRM 56th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2000.  Fertility and Sterility Program and Abstract Supplement, 2000.

200.    Munkarah AR, Baumann P, Morris RT, Diamond MP, **Saed GM**, Deppe G.  Induction of cyclooxygenase-2 by prostaglandin $E_2$ in human ovarian cancer cell lines.  53rd Congress of the DGGG, German Society of Gynecology and Obstetrics eV, Munich, Germany, June 2000.  Proceedings 2000.

67

201.    Baumann P, Zhang WW, Munkarah AR, Morris RT, Diamond MP, **Saed GM**, Deppe G. The effect of hypoxia on the expression of HIF-1α, BAX, and BCL2 in the human SKOV ovarian cancer cell line. 53rd Congress of the DGGG, Munich, Germany, June 2000. Proceedings 2000.

202.    Munkarah AR, Zhang WW, Morris RT, Baumann P, **Saed GM**, Diamond MP. Induction of Cyclooxygenase-2 MRNA by prostaglandin $E_2$ in human ovarian cancer cells. 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000. Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

203.    Rout UK, Zhang, WW, Yelian FD, **Saed GM**, Diamond MP. Modulation of integrin expression by transforming growth factor-β1 and hypoxia in the human peritoneal fibroblasts. 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000. Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

204.    **Saed GM**, Zhang WW, Diamond MP. Type I collagen production by human peritoneal fibroblasts in response to hypoxia and/or transforming growth factor-beta 1 (TGF-β1) treatments. 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000. Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

205.    **Saed GM**, Zhang WW, Diamond MP. The effect of hypoxia on TGF-β1 on the expression of cellular fibronectin in human peritoneal fibroblast cells in culture. 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000. Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

206.    **Saed GM**, Zhang WW, Holmdahl L, Chegini N, Diamond MP. The effect of hypoxia on TGF-β1 on the expression of cellular fibronectin in human peritoneal mesothelial cells in culture. 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000. Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

207.    **Saed GM**, Zhang WW, Diamond MP. The expression of transforming growth factor beta 1 (TGF-β1) and its receptor by the human peritoneal fibroblasts in response to hypoxia. 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000. Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

68

208.    **Saed GM**, Zhang WW, Leach RE, Diamond MP.  Type I collagen expression in adhesion and normal peritoneal tissues.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000.   Journal of the Society for Gynecologic Investigation   Program and Abstracts 2000.

209.    Diamond MP, Yelian FD, Zhang W, Chigini N, Holmdahl L, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study Group.  Vascular endothelial growth factor (VEGF) levels are elevated in adhesion tissue in humans.  Annual Meeting of the American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 1999.  Proceedings   1999.

210.    **Saed GM**.  Basics of cutaneous wound repair.  4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.  Proceedings 1999.

211.    **Saed GM**.  The role of extracellular matrix in the formation of postoperative adhesion.  4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.  Proceedings 1999.

212.    **Saed GM**, Zhang WW, Falk P, Holmdahl L, Diamond MP.  The effect of hypoxia and TGF- $\beta$1 on the expression of tissue inhibitors of metalloproteinases (TIMP-1) in human peritoneal mesothelial cells.  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.  Fertility and Sterility Program and Abstracts 1999.

213.    Yelian FD, Zhang WW, Zhuang LZ, Wei KA, **Saed GM**, Seufer DB, Diamond MP.  Expression of activin-A and matrix metalloproteinases (MMP) in human cytotrophoblasts.  Joint Meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.  Fertility and Sterility Program and Abstracts 1999.

214.    Zhang WW, Yelian FD, Wei KA, **Saed GM**, Seifer DB, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Hypoxia regulated activin-$\alpha$ expression in fibroblasts.  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, September 1999.  Fertility and Sterility Program and  Abstracts 1999.

215.    Chegini N, Kosteos K, Zhao Y, Patel A, Bennett B, Diamond MP, Holmdahl L, Nickerson C, Skinner K, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study  Group.  The expression of matrix metalloproteinases (MMPs) and tissue inhibitor of MMPs (TIMPs) in various intraperitoneal tissues and their relation to adhesion development.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March    1999.  Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

69

216.    **Saed GM**, Zhang W, Chegini N, Holmdahl L, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.   Collagen I and III production by human peritoneal mesothelial cells in response to hypoxia and/or TGF-β1 treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March  1999.   Journal of the Society of Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

217.    **Saed GM**, Zhang W, Holmdahl L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.  The transforming growth factor beta isoforms (TGF-βs) production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

218.    Diamond MP, **Saed GM**, Yelian FD, Zhang W, Chegini N, Holmdahl L; Peritoneal Healing and Adhesion Multi-University Study Group.   Vascular endothelial growth factor (VEGF) levels are elevated in adhesion tissue in humans.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the   Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

219.    **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP; Peritoneal Healing and Adhesion Multi University Study (PHAMUS) Group.  The transforming growth factor beta isoforms production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation Volume 6(1) Supplement, January/February 1999.

220.    **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP;  Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.   Collagen type I and type III production by human mesothelial cells in response to hypoxia and/or TGF-β1 treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

221.    Leach RE, **Saed GM**, Zhang W, Holmdhal L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Human mesothelial cell hypoxia induces  hypoxia inducible factor-1α expression.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the   Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

222.    Zhang W, **Saed GM**, Yelian F, Diamond MP.  Hypoxia suppresses the stimulatory effect of  TGF-α1 on MMP-9 activity.   Annual Meeting of the Society for Gynecologic Investigation,  Atlanta, GA, March 1999.  Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

70

223.    Chegini N, Zhao Y, Kosteos K, Bennett B, McLean F, Diamond MP, Holmdahl L, Nickerson C, Burns J; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group (**Saed GM**).   Comparative analysis of matrix metalloproteanase (MMP-1), tissue inhibitor of   MMP (TIMP-1) and MMP-1/TIMP-1 complex expression in intraperitoneal environment and their relation to adhesion development.  Annual  Meeting of the American Society of Reproductive Medicine, San Francisco, CA, October 1998. Fertility and Sterility Program and Abstracts 1998.

224.    Holmdahl L, Falk P, Ivarsson M-L, Palmgran I, Hendgren M, Chegini N, Diamond MP, Skinner K; Peritoneal Healing and Adhesion Multi-University Study Group (**Saed GM**). Plasminogen activator and inhibitor in abdominal wall and peritoneal cavity.  Annual Meeting of the European Tissue Repair Society, Copenhagen, Denmark, August 1998. Proceedings and Abstracts1998.

225.    Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6:250, 1998.

226.    Ladin D, **Saed GM**, Olson J, Han X, Hou Z, Fivenson D.  Keloids, p53, apoptosis and repair:  a new theory of keloidogenesis.  Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6: 258, 1998.

227.    **Saed GM**, Ladin D, Fivenson D.  The role of apoptosis and p53 in the pathogenesis of keloids.  Journal of Investigative Dermatology 110: 597, 1998.

228.    Fivenson D, Max J, Kalaaji A, Olson J, Han X, **Saed GM**.  Cytokine modulation in the response to PUVA: A CTCL organ culture model.  Journal of Investigative Dermatology 110: 654, 1998

229.    Fivenson D, **Saed GM**.  Apoptosis and T-cell cytokine effects of in vitro PUVA in CTCL. Photomedicine and Photobiology, 1998.

230.    **Saed GM**, Max J, Pomaranski M, Olson J, Han X, Fivenson D.  Apoptosis modulation in the response of CTCL to PUVA.  Journal of Investigative Dermatology 110: 698,  1998.

231.    Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Journal of Investigative Dermatology 110:598, 1998.

232.    **Saed GM**, Ladin D, Olson J, Han X, Fivenson D.  Apoptosis dysregulation in keloid fibroblasts.  Journal of Investigative Dermatology 110:653, 1998.

233.    **Saed GM**, Ladin D, Olson J, Han X, Fivenson D.  P53 and apoptosis in the pathogenesis of keloids.  Journal of Investigative Dermatology 108:580, 1997.

234.    **Saed GM**, Olson J, Han X, Fivenson D.  Apoptosis regulation in the pathogenesis of cutaneous T cell lymphoma (CTCL).   Journal of Investigative Dermatology 108:610, 1997.

71

235.    **Saed GM**, Fivenson D.  The effect of PUVA treatment on HUT78 cell differential gene expression.  Journal of Investigative Dermatology 106:906, 1996.

236.    Hou Z, **Saed GM**, Fivenson D, Ladin D.  Hypoxia does not alter cytokine production by keloid fibroblasts.  Journal of Investigative Dermatology 104:669, 1995.

237.    Ladin D, Hou Z, **Saed GM**, Fivenson D.  Hypoxia upregulates TGF-β1 and its receptor expression by monocytes but its effects are blocked by chronic wound fluid.  Journal of Investigative Dermatology 104: 590, 1995.

238.    Fivenson D, Elkheimi M, **Saed GM**, Nickoloff B.  Modulation of IL-10 expression in HUT78 cells: Insights into the pathobiology and treatment of CTCL.  Journal of Investigative Dermatology 104: 648, 1995.

239.    Fivenson DP, **Saed GM**.  Augmentation of Th1 cytokines during phototherapy of CTCL II: a key role for IL-12.  Journal of Investigative Dermatology 104: 648, 1995.

240.    **Saed GM**, Labelle D, Fivenson D.  Detection of differentially displayed cDNA fragments in normal vs Sezary syndrome leukocytes.  Journal of Investigative Dermatology 104: 673, 1995.

241.    **Saed GM**, Fivenson DP, Nickoloff BJ.  Quantitative PCR analysis of Th-1 cytokines in HUT78 cells after exposure to PUVA in vitro.  Journal of Investigative Dermatology 102: 585, 1994.

242.    Fivenson DP, **Saed GM**.  Augmentation of Th-1 cytokines in the peripheral blood of Sezary syndrome patients after treatment with ECCP.  Journal of Investigative Dermatology 102: 586, 1994.

243.    Fivenson DP, **Saed GM**, Nickoloff BJ.  Modulation of IL-10 expression in HUT78 cells: insights into the pathobiology and treatment of CTCL.  Clinical Research 42: 232, 1994.

244.    Fivenson DP, **Saed GM**.  Expression of VEGF gene products:  rapid demonstration of clonality in cutaneous T cell lymphoma.  Journal of Cutaneous Pathology 20: 540, 1994.

245.    **Saed GM**, Fivenson DP.  Augmentation of Th-1 cytokines in the peripheral blood of SZ patients upon treatment with extracorporeal photopheresis.  Clinical Research 41: 664, 1993.

246.    Fivenson DP, **Saed GM**, Nickoloff BJ.  Cytokine mRNA profile in CTCL:  mycosis fungoides is Th1, and Sezary syndrome is Th2.  Journal of Investigative Dermatology 100: 556 1993.

247.    **Saed GM**, Fivenson DP.  Detection of T-cell clonality in mycosis fungoides by PCR-metaphore agarose analysis of T-cell receptor-γ.  Clinical Research 41: 459, 1993.

248.    Stein L, **Saed GM**, Fivenson D.  T-cell cytokines in lupus erythematosus:  Aberrant IL-2, IL-5 and IFNγ mRNA levels in skin lesions.  Clinical Research 41: 467, 1993.

72

249.    Dillon M, **Saed G**, Fivenson D.  PCR analysis of Borrelia burgdorferi in skin lesions of morphea, Scleroderma, and Lichen Sclerosus et Atrophicans.  Clinical Research 41: 427, 1993.

250. **Saed GM**, Fivenson D, Naidu Y, Nickoloff B.  Mycosis fungoides and psoriasis exhibit a Th1 type cell mediated response while Sezary Syndrome expresses A Th2 type r esponse.  Clinical Research 40: 730, 1992.

251. **Saed GM**, Fivenson DP, Beck ER, Dunstan RW, Moore PF.  T-cell receptor gene conservation and rearranged clones in canine mycosis fungoides.  Clinical Research 40: 505, 1992.

**Non Peer-Reviewed Publications**

**Other (On-Line Publications) * Indicates student, trainee, or postdoctoral**

1.    *Nusrat O, *Belotte J, *Fletcher NM, *Memaj I, *Saed MG, Diamond MP, **Saed GM**.  The role of angiogenesis in the persistence of chemoresistance in epithelial ovarian cancer. www.OncToday.com, Beyond the Abstract, June 21, 2016.

2.    *Belotte J, *Fletcher NM, *Alexis M, Morris RT, Munkarah AR, Diamond MP, **Saed GM**. Sox2 gene amplification significantly impacts overall survival in serous epithelial ovarian cancer. Global Medical Discovery Series (*Key Scientific Article Contributing to Excellence in Biomedical Research*), summer issue 2015.

3.    *Fletcher NM, *Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Uterine fibroids are characterized by an impaired antioxidant cellular system:  potential role of hypoxia in the pathophysiology of uterine fibroids.  Featured article.  MDLinx.com/ obstetrics-gynecology/ news-article, November 2013.

## PRESENTATIONS

**Podium Presentations (Referred)**

1.    *Cyclophosphamide and Its Metabolite Impact on Fertilization through Mitochondrial Dysfunction*.  65th Annual Meeting of the Pacific Coast Reproductive Society, Indian Wells, CA, March 2017.

2.    *Novel Target for Ovarian Cancer Immunotherapy*.  48th Annual Meeting of the Society of Gynecologic Oncology's Women's Cancer, National Harbor, MD, March 2017.

3.    *Targeting Integrin αV/β1 Receptor Manifests Intriguing Anti-Tumor Effects in Sensitive and Chemoresistant Ovarian Cancer Cells:  Potential Therapeutic Target*.  64th Annual Scientific Meeting of the Society for Reproductive Investigation, Orlando, FL, March 2017.

4.    *Abciximab Manifests Striking Anti-Tumor Effects in Sensitive and Chemoresistant Ovarian Cancer Cells. Ghassan M. Saed PhD, Nicole M. Fletcher PhD, Ira Memaj BS Wayne State University School, Department of Obstetrics and Gynecology, Detroit, MI*. Reproductive Sciences Retreat and MARTS 2017

73

5.   *Human Adhesion Fibroblasts are Characterized by Reduction in the level of Pluripotency Markers as Compared to Normal Peritoneal Fibroblasts.*  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.

6.   *Anti-Mullerian Hormone (AMH) for Prevention of Tissue Activation after Vitrified/Thawed Ovarian Cortex Xenotransplantation.*  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.

7.   *Dichloroacetate Induces Apoptosis of Uterine Leiomyoma Cells Through A Mechanism Involving Modulation of Oxidative Stress.*  63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 2016.

8.   *Chemoresistance in Epithelial Ovarian Cancer Cells is Controlled by Mechanisms Emanating from Chemotherapy-Induced Genotype Switch in Glutathione Peroxidase, Through the Up-Regulation of Cytidine Deminase.*  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.

9.   *Elevated Serum Anti-Müllerian Hormone (AMH) Stalls Ovarian Follicle Development by Downregulating FSH- and LH-Receptors and Inhibin-B Production.*  Proceedings of the 71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.

10.  *Hypochlorous Acid Reversibly Inhibits Caspase-3:  A Potential Regulator of Apoptosis.*  Joint Meeting of the  22nd Society for Redox Biology and Medicine (SFRBM) and 17th Society for Free Radical Research International (SFRRI), Boston, MA, November 2015.

11.  *The In-Vivo Effects of Superoxide Dismutase on the Incidence and Severity of Post-Operative Adhesion Development.*  70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.

12.  *Superoxide Dismutase Significantly Delayed the Development of Cisplatin Resistance in Epithelial Ovarian Cancer Cells.*  American Association for Cancer Research's Precision Medicine Series: Drug Sensitivity and Resistance.  Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

13.  *Chemoresistant Ovarian Cancer Cells Manifest Lower Vascular Endothelial Growth Factor and Hypoxia Induced Factor-1α:  A Potential Survival Mechanism.*  American Association for Cancer Research's Precision Medicine Series:  Drug Sensitivity and Resistance.  Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

14.  *Dicholoroacetate Increases Sensitivity to Chemotherapy by Modulation of Antioxidants in Epithelial Ovarian Cancer.*  61st Annual Meeting of the Society for Gynecologic Investigation, Florence, Italy, March 2014.

15.  *Catalase and NADPH Oxidase Single Nucleotide Polymorphisms Are Associated with Increased Risk and Serve As Potential Targets for Breast and Ovarian Cancers.*  104th Annual Meeting of the American Association for Cancer Research, Washington, DC, April 2013.

74

16.     *The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer*.  Poster session B.  Advances in Ovarian Cancer Research:  From Concept to Clinic. American Association for Cancer Research, Miami, FL, September 2013.

17.     *Catalase and NADPH Oxidase Single Nucleotide Polymorphisms Are Associated with Increased Risk and Serve As Potential Targets for Breast and Ovarian Cancers*.  104th Annual Meeting of the American Association for Cancer Research, Washington, DC, April 2013.

18.     *Endometrial Insulin Pathway during Ovarian Stimulation for Assisted Reproductive Technology (ART)*.  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.

19.     *NADPH Oxidase p22-Phox Gene Polymorphism in Women is Associated with the Development of Postoperative Adhesions*.  59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012.

20.     *Metabolism and Oxidative Stress:  Integral Role in Regulation of the Adhesion Phenotype*.  58th Annual Meeting of the Society for Gynecologic Investigation, Miami Beach, FL, March 2011.

21.     *Mass Spectrometric Identification of HOCl-Mediated Heme Degradation Products of Hemoglobin*.  59th ASMS Conference on Mass Spectrometry, Denver, CO, 2011.

22.     *Inhibition of NADPH Oxidative Reductase Promotes Apoptosis in Epithelial Ovarian Cancer Cells*.  39th Annual Meeting of the Global Congress of Minimally Invasive Gynecology AAGL, Las Vegas, NV, November 2010.

23.     *Reaction of Hemoglobin and Red Blood Cells with Hypochlorous Acid and Mechanism of Heme Destruction and Free Iron Release*.  17th Annual Meeting of the Society for Free Radical Biology and Medicine, Orlando, FL, November 2010.

24.     *Liquid Chromatography Atmospheric Pressure Ionization Tandem:  Mass Spectrometry Identifies Novel Hypochlorous Acid Reaction Products of Lycopene*.  58th Annual Meeting of the American Society of Mass Spectrometry, Salt Lake City, UT, May 2010.

25.     *Role of Polychlorinated Biphenyls Enhancement of Lipid Peroxidation in Human Normal Peritoneal and Adhesion Fibroblasts*.  38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009.

26.     *Hydrogen Peroxide Bioavailability Determines the Sensitivity of Human Normal Peritoneal and Adhesion Fibroblasts to Hypoxia-Induced Lipid Peroxidation*.  38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009.

27.     *S-Nitrosylation of Caspase-3 Is the Mechanism by Which Adhesion Fibroblasts Manifest Lower Apoptosis*.  36th Annual Meeting of the American Association of

75

Gynecologic Laparoscopists, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.

28. *Generation of Superoxide by Inducible Nitric Oxide Synthase in L-Arginine Deficient Fibroblasts Established From Human Adhesion Tissues*. 36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.

29. *Hypoxia Stimulation of Expression of Type I Collagen and Fibronectin in Human Peritoneal and Adhesion Fibroblasts: Blockage by Interferon Gamma*. 36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.

30. *Superoxide Induces the Adhesion Phenotype: Role of Hypoxia in the Pathogenesis of the Adhesion Development*. Global Congress of Minimally Invasive Gynecology, 36th Annual Meeting of the American Association of Gynecologic Laparoscopists, Washington, DC, November 2007.

31. *Nitric Oxide Synthase Isoforms are Differentially Expressed in Fibroblasts Isolated from Human Normal Peritoneum and Adhesion Tissues*. 63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007.

32. *Regulation of the Expression of INOS, COX-2, and VEGF in Postoperative Adhesions*. 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

33. *Omega-3 Fatty Acid Prevents and Mitigates the Adhesion Phenotype in Normal Human Peritoneal and Adhesion Fibroblasts*. 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

34. *IL6 Expression in Human Normal Peritoneal and Adhesion Fibroblasts: Regulation by Hypoxia*. 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

35. *The Cross-Talk between Myeloperoxidase and Inducible Nitric Oxide Synthase in Post-operative Adhesions*. 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

36. *TNF-Alpha Expression in Human Normal Peritoneal and Adhesion Fibroblasts: Regulation by Hypoxia*. 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

37. *L-Arginine Deficiency in Fibroblasts Established from Human Adhesion Tissues Leads to the Generation of Superoxide by Inducible Nitric Oxide Synthase*. 53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.

38. *Regulation of Inducible Nitric Oxide Synthase in Post-Operative Adhesions*. 34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.

76

39.  *Cyclooxygenase-2 Inhibitors Enhance Apoptosis of Adhesion Fibroblasts*.  34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.

**ATTORNEYS' EYES ONLY**

40. *The Effects of Estradiol on the Expression of Estrogen, Progesterone, Androgen, and Prolactin Receptors in Human Peritoneal Fibroblasts*. 61st Annual Meeting of the American Society for Reproductive Medicine and the 1st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.

41. *Possible Role of Natural Immune Response against Fibroblasts in the Development of Post-Operative Adhesions*. 61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.

42. *Knockout of Inducible Nitric Oxide Expression Significantly Reduces the Expression of Type I Collagen and Transforming Growth Factor-β1 in Human Peritoneal and Adhesion Fibroblasts*. 61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. **Prize Paper Candidate**

43. *Regulation of Inducible Nitric Oxide Synthase in Post-Operative Adhesions*. 52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.

44. *Differential Expression of Myeloperoxidase (MPO) in Fibroblasts Isolated from Normal Peritoneal and Adhesion Tissues*. 4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004.

45. *Fibroblasts Isolated from Normal Peritoneal and Adhesion Tissues Differentially Express Myeloperoxidase (MPO)*. 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.

46. *Hypoxia Up-Regulates Cyclooxygenase-2 and Prostaglandin $E_2$ Levels in Human Peritoneal Fibroblasts*. 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.

47. *Dichloroacetate Inhibition of Angiogenesis Caused by Hypoxia Treatment of Normal Peritoneal and Adhesion Fibroblasts in Human Umbilical Vein Endothelial Cells*. 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.

48. *Dichloroacetate Significantly Increase the Expression of the Transcription Nuclear Factor Kappa-β in Fibroblasts of Human Adhesion Tissues*. 51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004.

49. *Stimulation of Expression of Vascular Endothelial Growth Factor by Hypoxia from Fibroblasts Isolated from Normal Peritoneum and Adhesion Tissues*. 32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003.

50. *Inhibition of Nitric Oxide Production by N-Nitro-L-Arginine Methyl Ester Increased the Expression of Type I Collagen in Human Peritoneal Fibroblasts*. 59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.

78

    SAED_SEPT222021_SUPPL_000255

51. *Apoptosis of Human Peritoneal and Adhesion Fibroblasts After Hypoxia:  Role of Inducible Nitric Oxide Synthase*.  59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.

52. *Inhibition of Cyclooxygenase-2 in Fibroblasts Isolated from Normal Peritoneum and Adhesion Tissues Decreases the Expression of Hypoxia Inducible Factor-1 Alpha*.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

53. *Tissue Plasminogen Activator/Plasminogen Activator Inhibitor-1 (tPA/PAI-1) Modulation by Tisseel*.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

54. *Hypoxia Increases the Expression of Vascular Endothelial Growth Factor in Fibroblasts Isolated From Human Normal Peritoneum and Adhesion Tissues*.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

55. *Dichloroacetate Significantly Reduces the Expression of Vascular Endothelial Growth Factor in Fibroblasts of Human Adhesion Tissues*.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

56. *Transforming Growth Factor-Beta 1 (TGF-β1) and Extracellular Matrix Production by Human Peritoneal Mesothelial Cells:  Effect of Tisseel® Fibrin Sealant)*.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

57. *Cyclooxygenase-2 Inhibition Decreases the Expression of Vascular Endothelial Growth Factor from Fibroblasts Isolated from Normal Peritoneum and Adhesion Tissues*.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

58. *Elevation of Type I Collagen mRNA in Peritoneal Adhesions*. 31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.

59. *Cyclooxygenase-2 Expression in Human Fibroblasts Isolated from Adhesions But Not from Normal Peritoneal Tissues*.  31st Annual Meeting of the American Association of Gynecologic  Laparoscopists, Miami, FL, November 2002.

60. *Existence of p53 Expression in Human Fibroblasts Isolated from Adhesions, But Not from Normal Peritoneal Tissues*.  31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.

61. *Matrix Metalloproteinase (MMP-1, MMP-2), and Tissue Inhibitor for Metalloproteinase (TIMP-1) Expression by Human Peritoneal Mesothelial Cells:  Effect of Fibrin Sealant*. 58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.

79

     SAED_SEPT222021_SUPPL_000256

62.  *Dichloroacetate (DCA) Significantly Increases the Expression of Inducible Nitric Oxide Synthase (INOS) in Human Fibroblasts of Adhesion Tissues, But Not In Normal Peritoneum*.  58th Annual Meeting of the Society for Reproductive Medicine, Seattle, WA, October 2002.

63.  *Seprafilm (Modified Hyaluronic Acid Carboxymethylcellulose) Acts as a Mechanical Barrier*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

64.  *Inhibition of Cyclooxygenase-2 in Human Adhesion Fibroblasts Reduces the Expression of MMP-1 and TIMP-1*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

65.  *Inhibition of Cyclooxygenase-2 in Human Adhesion Fibroblasts Reduces the Expression of Transforming Growth Factor Beta-1*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

66.  *Adhesion Phenotype:  Cyclooxygenase-2 is Expressed in Fibroblasts Isolated From Adhesions, But Not From Normal Peritoneal Tissues*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

67.  *Reduction of the Expression of Type I and III Collagens in Human Adhesion Fibroblasts, But Not in Normal Peritoneal Fibroblasts by the Inhibition of Cyclooxygenase-2*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

68.  *Dichloroacetate Significantly Reduces the Expression of Cyclooxygenase-2 in Human Fibroblasts of Adhesion Tissues*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

69.  *Adhesion Phenotype:  p53 is Expressed in Fibroblasts Isolated From Adhesions But Not From Normal Peritoneal Tissues*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

70.  *Metabolic Regulation of Collagen I in Fibroblasts Isolated from Normal Peritoneum and Adhesions by Dichloroacetic Acid (DCA)*.  28th Scientific Meeting of Gynecologic Surgeons, Dallas, TX, March 2002.

71.  *An Adhesion Promoting Phenotype: Implications for Postoperative Adhesion Development*.  30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001.

72.  *Differences in the Rate of Apoptosis Following Hypoxia in Human Peritoneal and Adhesion Fibroblasts*.  30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001.

80

73.  *Modulation of the BCL-2/BAX Ratio by IFN-GAMMA and Hypoxia in Human Peritoneal and Adhesion Fibroblasts.* 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.

74.  *Significance of the Effect of Hypoxia on the Rate of Apoptosis of Human Peritoneal and Adhesion Fibroblasts for Postoperative Adhesion Development.* 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.

75.  *Prostaglandin $E_2$ Stimulates Proliferation and Reduces Apoptosis in Epithelial Ovarian Cancer Cell Lines.* 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

76.  *Differential Modulation of BCL-2/BAX Ratio by Hypoxia in Peritoneal and Adhesion Fibroblasts Cultured from the Same Patient.* 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

77.  *Interferon Gamma Blocks the Stimulating Effect of Hypoxia on the Expression of Type I Collagen and Fibronectin in Human Peritoneal and Adhesion Fibroblasts.* 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

78.  *The Effect of Interferon Gamma and Hypoxia on the Expression of TGF-β Isoforms in Human Peritoneal and Adhesion Fibroblasts.* 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

79.  *The Effect of Normoxia after Hypoxia Treatment of the Expression of Type I Collagen and TGF-β1 in Human Peritoneal Fibroblasts:  Implications for Postoperative Adhesion Development.* 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

80.  *Modulation of the BCL-2/BAX Ratio by IFN-$\gamma$ and Hypoxia in Human Peritoneal and Adhesion Fibroblasts.* 32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.

81.  *Prostaglandin in Induced COX-2 Expression and Reduced Apopotosis in Epithelial Ovarian Cancer Cells.* 32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.

82.  *The Effect of Hypoxia on the Expression of HIF-1β, BAX, and BCL-2 in the Epithelial Ovarian Cancer Cell Line MADH2774.* 32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.

83.  *Induction of Cyclooxygenase-2 by Prostaglandin $E_2$ in Human Ovarian Cancer Cell Lines.* 53rd Congress of the DGGG, German Society of Gynecology and Obstetrics eV, Munich, Germany, June 2000.

84.  *Type I Collagen Production by Human Peritoneal Fibroblasts in Response to Hypoxia and/or Transforming Growth Factor-Beta 1 (TGF-β1) Treatments.* 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.

81

85.    *The Effect of Hypoxia on TGF-β1 on the Expression of Cellular Fibronectin in Human Peritoneal Fibroblast Cells in Culture.*  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.

86.    *Type I Collagen Expression in Adhesion and Normal Peritoneal Tissues*.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000.

87.    *Vascular Endothelial Growth Factor (VEGF) Levels Are Elevated in Adhesion Tissue in Humans*.  Annual Meeting of the American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 1999.

88.    *Basics of Cutaneous Wound Repair*.  4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.

89.    *The Role of Extracellular Matrix in the Formation of Postoperative Adhesion*.  4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.

90.    *The Effect of Hypoxia and TGF-β1 on the Expression of Tissue Inhibitors of Metalloproteinases (TIMP-1) in Human Peritoneal Mesothelial Cells*.  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.

91.    *Collagen Type I and Type III Production by Human Mesothelial Cells in Response to Hypoxia and/or TGF-β1 Treatments*.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.

92.    *The Role of Apoptosis and p53 in the Pathogenesis of Keloids*.  Journal of Investigative Dermatology 110: 597, 1998.

93.    *Apoptosis Modulation in the Response of CTCL to PUVA*.  Journal of Investigative Dermatology 110: 698, 1998.

94.     *Apoptosis Dysregulation in Keloid Fibroblasts*.  Journal of Investigative Dermatology 110:653, 1998.

95.        *Apoptosis Regulation in the Pathogenesis of Cutaneous T-Cell Lymphoma (CTCL)*. Journal of Investigative Dermatology 108:610, 1997.

96.        *The Effect of PUVA Treatment on HUT78 Cell Differential Gene Expression*. Journal of Investigative Dermatology 106:906, 1996.

97.        *Detection of Differentially Displayed cDNA Fragments in Normal vs Sezary Syndrome Leukocytes*.  Journal of Investigative Dermatology 104: 673, 1995.

98.        *Quantitative PCR Analysis of Th-1 Cytokines in HUT78 Cells after Exposure to PUVA In Vitro*.  Journal of Investigative Dermatology 102: 585, 1994.

82

99.      *Augmentation of Th-1 Cytokines in the Peripheral Blood of Sezary Syndrome Patients after Treatment with ECCP*.  Journal of Investigative Dermatology 102:586, 1994.

100.     *Augmentation of Th-1 Cytokines in the Peripheral Blood of SZ Patients Upon Treatment with Extracorporeal Photopheresis*.  Clinical Research 41:664, 1993.

101.     *Detection of T-Cell Clonality in Mycosis Fungoides by PCR-Metaphore Agarose Analysis of T-Cell Receptor-γ*.  Clinical Research 41:459, 1993.

102.     *Mycosis Fungoides and Psoriasis Exhibit a Th1 Type Cell Mediated Response While Sezary Syndrome Expresses A Th2 Type Response*.  Clinical Research 40:730, 1992.

103.     *T-Cell Receptor Gene Conservation and Rearranged Clones in Canine Mycosis Fungoides*.  Clinical Research 40:505, 1992.

**Poster Presentations (Referred)**

1.    Fletcher NM, Memaj I, Diamond MP, Morris RT, **Saed GM.**  Heat Shock Protein 60 (HSP60) Serves as a Potential Target for the Sensitization of Chemoresistant Ovarian Cancer Cells.  49th Society of Gynecologic Oncology Annual Meeting on Women's Cancer, New Orleans, LA, March 24-27, 2018.  Gynecologic Oncology Supplement, 2018.

2.    Fletcher NM, Memaj I, Diamond MP, Morris RT, **Saed GM.**  Targeting Myeloperoxidase Enhances Apoptosis in Chemoresistant Epithelial Ovarian Cancer Cells by Reversing S-Nitrosylation of Caspase-3.  49th Society of Gynecologic Oncology Annual Meeting on Women's Cancer, New Orleans, LA, March 2018.  Gynecologic Oncology Supplement, 2018.

3.    Fletcher NM, Aownuga AO, Memaj M, Diamond MP, Al-Hendy AA, **Saed GM**.  A Novel Role for the Interaction of Myeloperoxidase and CD11b in Leiomyoma Cells.  65th Annual Scientific Meeting for the Society for Reproductive Investigation, San Diego, CA, March 2018.  Session Gynecology Proceedings: S-116, 2018.

4.    Fletcher NM, Memaj I, **Saed GM.**  Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells.  65th Annual Scientific Meeting for the Society for Reproductive Investigation, San Diego, CA, March 2018.  Session Gynecologic Oncology Proceedings: F-098, 2018.

5.    Robertson L, Fletcher NM, **Saed GM**.  L-Alanyl-L-Glutamine Attenuates the Levels of Adhesion Phenotype Markers in Normal Fibroblasts Isolated From Human Peritoneum Under Hypoxic Conditions.  65th Annual Scientific Meeting for the Society for Reproductive Investigation, San Diego, CA, March 2018.  Session Gynecology Proceedings:  F-102, 2018.

6.    Fletcher NM, Awonuga AO, Memaj I, Diamond MP, **Saed GM**.  Interruption of MPO Binding to CD11B Selectively Kills Fibroblasts from Adhesion Tissues but not Normal Peritoneum.  73rd American Society for Reproductive Medicine Scientific Congress & Expo, San Antonio, TX, October-November 2017.  Proceedings: P-264, 216, 2017.  **SRS In-Training Award for Research to NM Fletcher, PhD**

83

7.  Fletcher NM, Memaj I, Abusamaan MS, Juhani A, Al-Hendy A, Diamond MP, **Saed GM**. Oxidative Stress:  A Key Regulator of Leiomyoma Cell Survival.  64th Annual Scientific Meeting for the Society for Reproductive Investigation, Orlando, FL, March 2017.  Fertility and Sterility 24(1) Supplement: F-124, 208A, 2017.

8.  Detti L, Fletcher NM, **Saed GM**, Uhlmann RA, Christiansen ME, Williams LJ.  Anti-Mullerian Hormone (AMH) Regulates BRCA1 and BRCA2 Gene Expression in an Ovarian Cortex Transplantation Model.  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.  Fertility and Sterility 106(3) Supplement: P-037, e120, 2016.

9.  Fletcher NM, Belotte J, Saed MG, Abusamaan MS, Diamond MP, **Saed GM**. Chemotherapy Induces a Genotype Switch in Key Antioxidant Enzymes:  A Potential Mechanism of Chemoresistance in Epithelial Ovarian Cancer Cells. 63rd Annual  Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March   2016. Reproductive Sciences 23(1) Supplement: F-248, 262-263A, 2016.

10.  Detti L, Fletcher NM, Uhlmann RA, Belotte J, Williams LJ, **Saed GM**.  Exposure to Recombinant Anti-Mullerian Hormone (AMH) Downregulates Ovarian Follicle Cells' Stemness Potential in Fresh and Vitrified/Thaw Ovarian Cortex. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016.  Reproductive Sciences 23(1) Supplement: T-257, 180A, 2016.

11.  Nusrat O, Belotte J, Fletcher NM, Saed MG, Diamond MP, **Saed GM**.  Chemoresistant Ovarian Cancer Cells Manifest Lower Vascular Endothelial Growth Factor and Hypoxia Inducible Factor-1$\alpha$:  A Potential Survival Mechanism.  63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016. Reproductive Sciences 23(1) Supplement: T-250, 178A, 2016.

12.  Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.  2,4-Dinitrophenol Induced Cell Death of Ovarian Cancer Stem Cells.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.  Reproductive Sciences 22(1) Supplement: S-003, 299A, 2015.

13.  Fletcher NM, Neubauer BR, Saed MG, Diamond MP, Abu-Soud HM, **Saed GM**. Postoperative Adhesion Development is Controlled by Mechanisms Emanating from a Hypoxia-Induced Genotype Switch in Nicotinamide Adenine Dinucleotide Phosphate Oxidase Through the Up-Regulation of Cytidine Deaminase.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.  Reproductive Sciences 22(1) Supplement: F-042, 218A, 2015.

14.  Detti L, Williams LJ, Fletcher NM, **Saed GM**.  Anti-Müllerian Hormone (AMH) May Inhibit Oocyte Maturation and Follicular Vascularization in Human Ovarian Cortex. Proceedings of the 71st Annual Meeting of the  American Society  for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P91, e136, 2015.

84

15.  Fletcher NM, Saed MG, Neubauer BR, Abusamaan MS, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Uterine Fibroids Are Characterized by An Altered Redox Balance, Favoring a Pro-Oxidant State.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and  Sterility 104(3) Supplement: P-115, e145, 2015.

16.  Fletcher NM, Saed MG, Neubauer BR, Abu-Soud HM, Awonuga A, Diamond MP, **Saed GM**.  Shifting Anaerobic to Aerobic Metabolism Stimulates Apoptosis in Adhesion Fibroblasts Through the Modulation of the Cellular Redox Homeostasis.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-215, e179, 2015.

17.  Abusamaan MS, Fletcher NM, Saed MG, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Myeloperoxidase Serves As A Redox Switch That Regulates Apoptosis In Human Leiomyomas.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-113, e145, 2015.

18.  Fletcher NM, Detti L, Neubauer BR, Saed MG, Diamond MP, Abuzeid MI, **Saed GM**.  Altered Redox State in the Endometrium of Patients Undergoing Ovarian Stimulation for Assisted Reproduction Technology.  Proceedings of the 70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.  Fertility and Sterility 102(35) Supplement: P-426, e279, 2014.

19.  Belotte J, Fletcher NM, Diamond MP, **Saed GM**.  Sox2 Gene Amplification Impacts Survival in Serous Epithelial Ovarian Cancer. 61st Annual  Meeting  of  the  Society  for Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-219, 204A, 2014.

20.  **Saed GM**, Fletcher NM, Belotte J, Levin NK, Simon MS, Abu-Soud HM, Tainsky MA, Diamond.  SNPs in Key Oxidants and Antioxidants Are Associated with Increased Risk and  Serve as Potential Targets for Ovarian Cancer.  61st  Annual Meeting of the Society for Gynecologic Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-249, 213A, 2014.

21.  Diamond MP, Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, **Saed GM**.  Fibroids Manifest Oxidative Stress As Compared to Normal Myometrium.  42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013.  The Journal of Minimally Invasive Gynecology 20(6) Suppl: S19, 2013.

22.  Diamond MP, Fletcher NM, Abuanzeh S, Saed MG, **Saed GM**.  Creation and Persistence of the Adhesion Phenotype: The Role of NOXs in Creating Oxidative Stress.  42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013.

23.  Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Distinct Oxidative Stress Profile in Uterine Fibroids Versus Adjacent Myometrium.  Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013.  Fertility and Sterility 100(3) Suppl: S34, 2013.

85

24.  Fletcher NM, Abuanzeh S, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**. Postoperative Adhesion is Characterized by a Unique Oxidative Stress Profile Which is Responsible for Creation and Persistence of the Adhesion Phenotype. Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013. Fertility and Sterility 100(3) Suppl: S31, 2013.

25.  Thakur M, Imudia AN, Shavell VI, Singh M, Diamond MP, Awonuga AO, **Saed GM**. Should Body Mass Index Influence the Dose of hCG for Ovulation Induction After Superovulation in IVF/ICSI cycles? 68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012. Fertility and Sterility 98(3) Suppl: P-542, S271, 2012.

26.  Fletcher NM, Al-Hendy A, Diamond M, **Saed GM**. Uterine Fibroids Are Characterized by an Impaired Antioxidant Cellular System: Potential Role of Hypoxia in the Pathophysiology of Fibroids. 68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012. Fertility and Sterility 98(3) Suppl: P-403, S231, 2012.

27.  Detti L, Uhlmann RA, Fletcher NM, Diamond MP, **Saed GM**. Endometrial Thyroid and Vitamin D Signaling Pathways during Ovarian Stimulation for Assisted Reproductive Technology (ART). 68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012. Fertility and Sterility 98(3) Suppl: P-384, S225, 2012.

28.  Fletcher NM, Belotte J, Diamond MP, **Saed GM**. Dichloroacetate Increases Sensitivity to Chemotherapy Treatment of Epithelial Ovarian Cancer Cells. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: S-065, 354A, 2012.

29.  Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM. Melatonin Prevents Hypochlorous Acid Induced Alteration of the Metaphase-II Mouse Oocyte Microtubule and Chromosomal Structure. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: E-212, 289A, 2012.

30.  **Saed GM**, Fletcher NM, Ruden DM, Abu-Soud HM, Diamond MP. Epigenetics: New Insights into Postoperative Adhesion Development. 59th Annual Meeting of the  Society for Gynecologic Investigation, San Diego, CA, March 2012.

31.  Nair S, **Saed GM**, Atta HM, Diamond M, Al-Hendy A. Gene Therapy of Abdominal/Pelvic Post-Operative Adhesions: Targeting Adenovirus towards Human Peritoneal Adhesion Cells. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: T-066, 141A, 2012

32.  Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud H. Role of Melatonin in Preventing Hypochlorous Acid Induced Alterations in Microtubule and Chromosomal Structure in Metaphase-II Mouse Oocytes *In Vitro*. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-450, 2011.

86

33. Abu-Farsakh SM, Abu-Farsakh HM, Fletcher NM, **Saed GM**, Diamond MP. Histopathologic Analysis in Testicular Azoospermia. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-183, 2011.

34. Shavell VI, Fletcher NM, Jiang ZL, **Saed GM**, Diamond MP. Uncoupling Oxidative Phosphorylation with 2,4-Dinitrophenol Promotes Development of the Adhesion Phenotype. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-131, 2011.

35. Nair S, **Saed G**, Nwaobasi N, Atta H, Al-Hendy A. Towards Gene Therapy of Pelvic Post-Operative Adhesions: Targeting Adenovirus Towards Human Adhesion Cells. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterlity (Suppl 1): P-111, 2011.

36. Detti L, **Saed GM**, Fletcher NM, Kruger ML, Brossoit B, Diamond MP. Endometrial Morphology and Modulation of Hormone Receptors during Ovarian Stimulation for Assisted Reproductive Technology Cycles. 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010. Fertility and Sterility 94(4) Suppl 1: S213-S214, 2010.

37. Fletcher NM, Jiang Zl, Almahmoud H, Diamond MP, **Saed GM**. Human Adhesion Fibroblasts Are Under Constant intrinsic oxidative stress as characterized by higher baseline NADPH oxidase and hypoxia inducible factor- 1α and lower baseline superoxide dismutase. 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010. Fertility and Sterility 94(4) Suppl 1: S208, 2010.

38. White J, Jiang Z, Diamond M, **Saed G**. The role of macrophages in the development of the adhesion phenotype. Proceedings of the 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010. Fertility and Sterility 94(4) Suppl 1: S202, 2010.

39. Huang K, **Saed GM**, Crispino J, Song J, Choi SD, Diamond M, Naftolin F. Membrane-actin cytoskeleton linking protein expression by human post-operative adhesions and fibroblasts. 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P655, 253A, 2010.

40. **Saed GM**, Jiang ZL, Fletcher NM, Al Arab A, Abu-Soud HM, Munkarah AM, Diamond MP. Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through the inhibition of oxidative stress enzymes. Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P171, 113A, 2010.

41. **Saed GM**, Jiang ZL, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR. Inhibition of NADPH oxidative reductase promotes apoptosis in epithelial ovarian cancer cells. Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P170, 113A, March 2010.

87

42.  Meng Q, Sun W, Jiang ZL, Fletcher NM, **Saed GM**, Diamond MP.  Endometriotic implants resemble ovarian cancer in their inflammatory cytokines and hormone receptors expression: potential transformation into ovarian cancer.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.  Reproductive Sciences 17(3) Suppl: P97, 93A, 2010.

43.  **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.  Polychlorinated biphenyl congeners induce the adhesion phenotype by reducing superoxide dismutase levels.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl.1): P179, October 2009.

44.  **Saed GM**, Hall DT, Omar MW, Shavell VI, Fletcher NM, Diamond MP.  Regulation of metabolic activity of peritoneal fibroblasts by dichloroacetate provides a potential target for interventions to reduce postoperative adhesions.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P127, October 2009.

45.  White J, Jiang Z, Diamond M, **Saed G**.  Hypoxia induces transforming growth factor beta 1 (TGFβ1) in human macrophages through a hypoxia inducible factor 1α (HIF-1α) – dependent mechanism.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P126, October 2009.

46.  **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  Sensitivity of human normal peritoneal and adhesion fibroblasts to hypoxia-induced lipid peroxidation depends on the bioavailability of hydrogen peroxide.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P1004, 359A, 2009.

47.  Abu-Soud HM, Jiang ZL, Fletcher NM, Diamond MP, **Saed GM**.  Exposure to polychlorinated biphenyls enhances lipid peroxidation in human normal peritoneal and adhesion fibroblasts: a potential role for MPO.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P985, 354A, 2009.

48.  Jiang ZL, Fletcher NM, Malone JM Jr, Ali R, Munkarah AR, Diamond MP, Abu-Soud HM, **Saed GM**.  NADPH oxidase inhibition attenuates oxidative stress in epithelial ovarian cancer.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009. Reproductive Sciences 16(3) Suppl: P291, 153A, 2009.

49.      Detti L, **Saed GM**, Jiang Z, Fletcher NM, Diamond MP.  Impact of high serum estradiol on endometrial estrogen and progesterone      receptor expression during ovarian stimulation for IVF/ICSI cycles. 64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.  Fertility and Sterility 90(Suppl. 1): P157, S162, 2008.

50.  **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  The induction of fibrosis by organochlorines through a nitric oxide synthase dependent mechanism.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.

88

51.   Dbouk T, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP, **Saed GM**.  Lycopene a powerful antioxidant with remarkable anti-adhesion effects.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.  Fertility and Sterility 90(Suppl. 1): P-122, S150, 2008.

52.   **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.  Hypoxia induces the adhesion phenotype by reducing superoxide dismutase levels.  55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008.   Reproductive Sciences 15(2) Suppl.: P900, 313A, 2008.

53.   Alpay Z, Savasan S, Buck S, Kiang ZL, Ravindranath Y, Diamond MP, **Saed GM**.  Role of natural killer lymphocyte NKG2D receptor pathway in adhesion development. 55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008. Reproductive Sciences 15(2) Suppl.: P317, 150A, 2008.

54.   Elhammady E, Freeman ML, **Saed GM**, Diamond MP.  In vivo expression of type I and III collagens in injured peritoneum that healed with adhesions and without adhesions.  63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): P-252, S192, 2007.

55.   **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Diamond MP, Abu-Soud HM.  S-nitrosylation of Caspase-3 is the mechanism by which adhesion fibroblasts manifest lower apoptosis.  63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): P-302, S209, 2007.

56.   **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Role of superoxide and nitric oxide in the development of postoperative adhesions.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.  Reproductive Sciences 14(Suppl. 1): P781, 277A, 2007.

57.   **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Peroxynitrite plays a critical role in caspase-3 mediated apoptosis of normal peritoneal fibroblasts.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.  Reproductive Sciences 14(Suppl. 1): P483, 193A, 2007.

58.       **Saed GM**, Wirth JJ, Diamond MP.   Polychlorinated biphenyl congeners enhancement of type I collagen expression. 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.   Fertility and Sterility 86(Suppl. 2): P-401, S284, 2006.

59.   Detti L, **Saed G**, Jiang Z, Kruger M, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in *in vitro* human fibroblasts isolated from normal peritoneum and adhesions.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.   Fertility and Sterility 86(Suppl. 2):  P-377, S275, 2006.

89

60.  Rizk NN, **Saed GM**, Diamond MP.  The effects of hyperglycemia on the differential expression of insulin and insulin-like growth factor-1 (IGF-1) receptors in human normal peritoneal and adhesion fibroblasts.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:786, 324A, 2006.

61.  **Saed GM**, Wirth J, Diamond MP.  The induction of fibrosis by organochlorines.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:633, 273A, 2006.

62.  Fahmy LM, Mitwally MF, **Saed GM**, Diamond MP.  Differential expression of aromatase in human fibroblasts isolated from normal peritoneum and adhesions.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada,  March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:627, 271A, 2006.

63.  Victory, R, **Saed GM**, Diamond MP.  Omega 3 fatty acids markedly reduce expression of adhesion markers in human peritoneal fibroblasts.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:626, 270A, 2006.

64.  **Saed GM**, Jiang ZL, Malone JM, Diamond MP, Munkarah AR.  Regulation of the expression of iNOS, COX-2 and VEGF in epithelial ovarian cancer cell lines.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:324, 169A, 2006.

65.  **Saed GM**, Detti L, Lu H, Jiang Z, Aboulba S, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in human fibroblasts isolated from normal peritoneum and adhesions.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): P-849, S464, 2005.

66.  **Saed GM**, Lu H, Jiang Z, Aboulba S, Abu-Soud HM, Diamond MP.  Cross-talk between inducible nitric oxide synthase (iNOS) and myeloperoxidase (MPO) in fibroblasts isolated from normal peritoneal and adhesion tissues.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian  Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): P-848, S463, 2005.

67.  Alpay Z, Ozgonenel MS, Savasan S, Buck S, **Saed GM**, Diamond MP.  Can hypoxia impact lymphocyte-mediated elimination of peritoneal fibroblasts leading to development of adhesion phenotype?  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): P-846, S463, 2005.

90

68. Malone J, **Saed G**, Diamond M, Sokol R, Munkarah A.  The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer.  Annual Meeting of the American Gynecological and Obstetrical Society, Victoria, British Columbia, Canada, September 2005.  Program and Abstracts: p. 18, 2005.

69. **Saed GM**, Jiang ZL, Tahboub YR, Alpay ZA, Abu-Soud HM, Diamond MP.  Tyrosine nitration plays a significant role in the mechanisms responsible for the creation and persistence of the adhesion phenotype.  52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 206A, 377, 2005.

70. **Saed GM**, Jiang ZL, Munkarah AR, Diamond MP.  Modulation of apoptosis of adhesion fibroblasts: the role of cyclooxygenase-2 inhibitors.  52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 189A, 326, 2005.

71. **Saed GM**, Al-Hendy A, Salama SA, Jiang ZL, Alpay ZA, Diamond MP.  Utilization of cycloosygenase-2 gene therapy for the prevention of the adhesion phenotype development.  52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 318, 186A, 2005.

72. Diamond MP, **Saed GM**.  Modulation of nuclear transcription factor kappa-β fibroblasts of human adhesion tissues by dichloroacetate.  33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004.  Proceedings 2004.

73. Diamond MP, **Saed GM**.  Interferon-gamma block the hypoxia effect on type I collagen expression in human normal peritoneal and adhesion fibroblasts.  33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004.  Proceedings 2004.

74. Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulated the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition.  4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004.  Free Radical Biology and Medicine 37(Suppl.1): S78, 205, 2004.

75. **Saed GM**, Waleke JP, Diamond MP.  Angiogenesis caused by hypoxia treatment of normal peritoneal and adhesion fibroblasts in human umbilical vein endothelial cells in significantly reduced by NS-398, a selective COX-2 inhibitor.  60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.  Fertility and Sterility 82(Suppl. 2): P573, S338, 2004.

76. **Saed GM**, Diamond MP.  Effects of interferon-γ on human peritoneal and adhesion fibroblasts in the presence of hypoxia: Reversal of hypoxia-stimulated type I collagen expression.  51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004.  Journal of the Society for Gynecologic Investigation 10(2) Suppl.: 716, 316A, 2004.

91

77. Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulates the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition.  10th Annual Meeting of the Society for Free Radical Biology and Medicine, Seattle, WA, November 2003.

78. Diamond MP, Elhammady EF, Wang RX, Collins KL, **Saed GM**.  Suppression of expression of vascular endothelial growth factor by dichloroacetate in fibroblasts of human adhesion.  32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003.  The Journal of the American Association of Gynecologic Laparoscopists 10(3) Suppl.: S25, 79, 2003.

79. Diamond MP, **Saed GM**.  Regulation of expression of tissue plasminogen activator and plasminogen activator inhibitor-1 by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.  22nd Annual Scientific Meeting of the American Gynecological and Obstetrical Society, Napa Valley, CA, September 2003.  Program and Abstracts: #2, p20-21, 2003.

80. Munkarah AR, Zhu G, Ali-Fehmi R, Morris R, Malone Jr JM, Diamond MP, **Saed GM**.  Short-term treatment of epithelial ovarian cancer cells with the COS-2 inhibitor, NS398, results in down regulation of expression of vascular endothelial growth factor (VEGF).  94th Annual Meeting of the American Association for Cancer Research, Washington, DC, July 2003. Program and Abstracts: #4, p 93, 2003.

81. Rout UK, **Saed GM**, Diamond MP.  Expression levels and regulations of genes differ in the fibroblasts of adhesion and normal human peritoneum. 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 899, 389A, 2003.

82. Buhimschi IA, Jabor M, Petkova A, **Saed GM**, Diamond MP, Romero R.  A role for the amnion epithelium in innate immunity:  microbial products induce the expression of β3-defensin by amnion epithelial cells.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 670, 312A, 2003.

83. Gago AL, **Saed GM**, Elhammady EF, Wang RX, Diamond MP.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 595, 287A, 2003.

84. Buhimschi CS, **Saed GM**, Elhammady EF, Berman S, Buhimschi IA, Weiner CP, Diamond MP.  Effect of labor on expression of factors involved in myometrial healing after cesarean section.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 498, 255A, 2003.

85. Buhimschi CS, Diamond MP, Avasiloaiei M, **Saed GM**, Buhimschi IA, Weiner CP.  Regionalization of viscoelastic properties of the rat uterus and cervix during pregnancy.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, 2003.  Journal of the Society for Gynecologic Investigation 10(2):117, 196A, 2003.

92

86.  Gago AL, **Saed GM**, Elhammady E, Wang RX, Diamond MP.  Effect of Interceed® on the expression of tissue inhibitor metalloproteinase-1 and matrix metalloproteinase-1 in human peritoneal fibroblasts and mesothelial cells. 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 12, 196A, 2003.

87.  Gago LA, **Saed GM**, Wang RX, Jaber M, Diamond MP.  Effect of Interceed on extracellular matrix and TGF-β1 expression in human peritoneal fibroblasts and mesothelial cells.  29th Annual Meeting of the Society for Gynecologic Surgeons, Anaheim, CA, March 2003.  Journal of Pelvic Medicine and Surgery 9(Suppl. 1): p 59, 2003.

88.  Buhimschi C, Petkova A, **Saed G**, Diamond MP, Weiner C, Buhimschi I.  Myometrial and cervical adaptation during pregnancy.  Annual Meeting of the Society for Maternal-Fetal Medicine, San Francisco, CA, February 2003.  American Journal of Obstetrics and Gynecology Program and Abstract Supplement, 2003.

89.  Munkarah A, Morris R, Zhu G, Deppe G, Malone J, Jr, **Saed G**.  Sequential combination of Docetaxel and COX-2 inhibitor:  A marked effect on epithelial ovarian cancer cell kills.  34th Annual Meeting of the Society of Gynecologic Oncologists, New Orleans, LA, February 2003. Program and Abstracts: 211, 2003.

90.  Diamond MP, Elhammady EF, Collins KL, Munkarah AR, **Saed GM**.  Cyclooxygenase-2 expression in human fibroblasts isolated from adhesions but not from normal peritoneal tissues.  31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

91.  Freeman M, **Saed GM**, Diamond MP.  TGF-β1/β2 mRNA ratio in normally healed peritoneum is the same as in uninjured tissue. 58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

92.  Rout UK, Collins KL, **Saed GM**, Diamond MP.  Adhesion to laminin upregulated β1 integrin subunit expression in PC12 cells.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 495, 226A, 2002.

93.  Freeman ML, **Saed GM**, Elhammady EF, Diamond MP.  Elevation of Type I collagen mRNA in peritoneal adhesions.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 822, 331A, 2002.

94.  Chauhan S, **Saed GM**, Johns DA, Duvall V, Collins K, Diamond MP.  Increased IL-10 gene expression in endometriotic tissues.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 286, 156A, 2002.

93

95.   Rout UK, Collins K, **Saed GM**, Diamond MP.  Gene profiling of human fibroblasts from adhesions and normal peritoneum.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 821, 331A, 2002.

96.   **Saed GM**, Elhammady EF, Collins KL, Kowalczyk CL, Leach RE, Diamond MP.  Adhesion phenotype:  profiling of fibroblasts isolated from human normal peritoneal and adhesion tissues using apoptosis gene arrays.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 274, 153A, 2002.

97.   Rout UK, Collins KL, **Saed GM**, Diamond MP.  Gene profiling of human fibroblasts from adhesions and normal peritoneum.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

98.   Freeman ML, **Saed GM**, Elhammady EF, Diamond MP.  Elevation of Type I collagen mRNA in peritoneal adhesions.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

99.   **Saed GM**, Diamond MP.  Modulation of the expression of tissue plasminogen activator and its inhibitor by hypoxia in human peritoneal and adhesion fibroblasts.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

100.  Rout UK, Boytchev BG, **Saed GM**, Diamond MP.  Transforming growth factor-β1 and expression of cytoskeletal proteins in human peritoneal fibroblasts.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 600, 222A, 2001.

101.  **Saed GM**, Diamond MP. Increasing glucose concentrations results in an increase in Type I collagen expression via TGF-β1 dependent mechanism in human peritoneal fibroblasts.  48[th]Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 617, 227A, 2001.

102.  **Saed GM**, Boytchev B, Collins K, Diamond MP.  Significance of the effect of hypoxia on the rate of apoptosis of human peritoneal and adhesion fibroblasts in postoperative adhesion development.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1), 2001.

103.  Freeman ML, **Saed GM**, Diamond MP.  Increased TGF-β1/β3 ratio following surgically induced peritoneal injury.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 624, 229A, 2001.

94

104. Freeman ML, **Saed GM**, Diamond MP.  Ovaries influence postoperative adhesion formation independent of the estrogenic milieu.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 380, 159A, 2001.

105. **Saed GM**, Zhang WW, Diamond MP.  Effective glucose on the expression of Type I collagen and transforming growth factor (TGF-β1) in human peritoneal.  ASRM 56th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2000.  Fertility and Sterility Program and Abstract Supplement, 2000.

106. Baumann P, Zhang WW, Munkarah AR, Morris RT, Diamond MP, **Saed GM**, Deppe G.  The effect of hypoxia on the expression of HIF-1α, BAX, and BCL2 in the human SKOV ovarian cancer cell line.  53rd Congress of the DGGG, Munich, Germany, June 2000.  Proceedings 2000.

107. Munkarah AR, Zhang WW, Morris RT, Baumann P, **Saed GM**, Diamond MP.  Induction of Cyclooxygenase-2 MRNA by prostaglandin $E_2$ in human ovarian cancer cells.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

108. Rout UK, Zhang, WW, Yelian FD, **Saed GM**, Diamond MP.  Modulation of integrin expression by transforming growth factor-β1 and hypoxia in the human peritoneal fibroblasts.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

109. **Saed GM**, Zhang WW, Holmdahl L, Chegini N, Diamond MP.  The effect of hypoxia on TGF-β1 on the expression of cellular fibronectin in human peritoneal mesothelial cells in culture.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

110. **Saed GM**, Zhang WW, Diamond MP.  The expression of transforming growth factor beta 1 (TGF-β1) and its receptor by the human peritoneal fibroblasts in response to hypoxia.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

111. Yelian FD, Zhang WW, Zhuang LZ, Wei KA, **Saed GM**, Seufer DB, Diamond MP.  Expression of activin-A and matrix metalloproteinases (MMP) in human cytotrophoblasts.  Joint Meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.  Fertility and Sterility Program and Abstracts 1999.

95

112.  Zhang WW, Yelian FD, Wei KA, **Saed GM**, Seifer DB, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Hypoxia regulated activin-α expression in fibroblasts.  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, September 1999.  Fertility and Sterility Program and  Abstracts 1999.

113.  Chegini N, Kosteos K, Zhao Y, Patel A, Bennett B, Diamond MP, Holmdahl L, Nickerson C, Skinner K, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study Group.  The expression of matrix metalloproteinases (MMPs) and tissue inhibitor of MMPs (TIMPs) in various intraperitoneal tissues and their relation to adhesion development.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March  1999.  Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

114.  **Saed GM**, Zhang W, Chegini N, Holmdahl L, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.  Collagen I and III production by human peritoneal mesothelial cells in response to hypoxia and/or TGF-β1 treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March  1999.  Journal of the Society of Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

115.  **Saed GM**, Zhang W, Holmdahl L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.  The transforming growth factor beta isoforms (TGF-βs) production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

116.  Diamond MP, **Saed GM**, Yelian FD, Zhang W, Chegini N, Holmdahl L; Peritoneal Healing and Adhesion Multi-University Study Group.  Vascular endothelial growth factor (VEGF) levels are elevated in adhesion tissue in humans.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the  Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

117.  **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP; Peritoneal Healing and Adhesion Multi University Study (PHAMUS) Group.  The transforming growth factor beta isoforms production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the Society for Gynecologic Investigation Volume 6(1) Supplement, January/February 1999.

118.  Leach RE, **Saed GM**, Zhang W, Holmdhal L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Human mesothelial cell hypoxia induces  hypoxia inducible factor-1α expression.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the  Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

96

119.    Zhang W, **Saed GM**, Yelian F, Diamond MP.  Hypoxia suppresses the stimulatory effect of TGF-α1 on MMP-9 activity.    Annual Meeting of the Society for Gynecologic Investigation,  Atlanta, GA, March 1999.  Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

120.    Chegini N, Zhao Y, Kosteos K, Bennett B, McLean F, Diamond MP, Holmdahl L, Nickerson C, Burns J; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group (**Saed GM**).    Comparative analysis of matrix metalloproteanase (MMP-1), tissue inhibitor of    MMP (TIMP-1) and MMP-1/TIMP-1 complex expression in intraperitoneal environment and their relation to adhesion development.  Annual  Meeting of the American Society of Reproductive Medicine, San Francisco, CA, October 1998.  Fertility and Sterility Program and Abstracts 1998.

121.    Holmdahl L, Falk P, Ivarsson M-L, Palmgran I, Hendgren M, Chegini N, Diamond MP, Skinner K; Peritoneal Healing and Adhesion Multi-University Study Group (**Saed GM**).  Plasminogen activator and inhibitor in abdominal wall and peritoneal cavity.  Annual Meeting of the European Tissue Repair Society, Copenhagen, Denmark, August 1998.  Proceedings and Abstracts1998.

122.    Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6:250, 1998.

123.    Ladin D, **Saed GM**, Olson J, Han X, Hou Z, Fivenson D.  Keloids, p53, apoptosis and repair:    a new theory of keloidogenesis.    Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6: 258, 1998.

124.    Fivenson D, Max J, Kalaaji A, Olson J, Han X, **Saed GM**.    Cytokine modulation in the response to PUVA: A CTCL organ culture model.  Journal of Investigative Dermatology 110: 654, 1998

125.    Fivenson D, **Saed GM**.  Apoptosis and T-cell cytokine effects of in vitro PUVA in CTCL.  Photomedicine and Photobiology, 1998.

126.    Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Journal of Investigative Dermatology 110:598, 1998.

127.    **Saed GM**, Ladin D, Olson J, Han X, Fivenson D.  P53 and apoptosis in the pathogenesis of keloids.  Journal of Investigative Dermatology 108:580, 1997.

128.    Hou Z, **Saed GM**, Fivenson D, Ladin D.  Hypoxia does not alter cytokine production by keloid fibroblasts.  Journal of Investigative Dermatology 104:669, 1995.

129.    Ladin D, Hou Z, **Saed GM**, Fivenson D.  Hypoxia upregulates TGF-β1 and its receptor expression by monocytes but its effects are blocked by chronic wound fluid.  Journal of Investigative Dermatology 104: 590, 1995.

97

130.  Fivenson D, Elkheimi M, **Saed GM**, Nickoloff B.  Modulation of IL-10 expression in HUT78 cells: Insights into the pathobiology and treatment of CTCL.  Journal of Investigative Dermatology 104: 648, 1995.

131.  Fivenson DP, **Saed GM**.  Augmentation of Th1 cytokines during phototherapy of CTCL II:  a key role for IL-12.  Journal of Investigative Dermatology 104: 648, 1995.

132.  Fivenson DP, **Saed GM**, Nickoloff BJ.  Modulation of IL-10 expression in HUT78 cells:  insights into the pathobiology and treatment of CTCL.  Clinical Research 42: 232, 1994.

133.  Fivenson DP, **Saed GM**.  Expression of VEGF gene products:  rapid demonstration of clonality in cutaneous T cell lymphoma.  Journal of Cutaneous Pathology 20: 540, 1994.

134.  Fivenson DP, **Saed GM**, Nickoloff BJ.  Cytokine mRNA profile in CTCL:  mycosis fungoides is Th1, and Sezary syndrome is Th2.  Journal of Investigative Dermatology 100: 556 1993.

135.  Stein L, **Saed GM**, Fivenson D.  T-cell cytokines in lupus erythematosus:  Aberrant IL-2, IL-5 and IFN$\gamma$ mRNA levels in skin lesions.  Clinical Research 41: 467, 1993.

136.  Dillon M, **Saed G**, Fivenson D.  PCR analysis of Borrelia burgdorferi in skin lesions of morphea, Scleroderma, and Lichen Sclerosus et Atrophicans.  Clinical Research 41: 427, 1993.

## **Other**

1.  **Saed GM**, Fletcher NM, Memaj I. Abciximab manifests striking anti-tumor effects in sensitive and chemoresistant ovarian cancer cells. Joint Annual Reproductive Sciences Retreat, Departments of Obstetrics and Gynecology, Wayne State University School of Medicine and The University of Toronto; and Annual Michigan Alliance for Reproductive Technologies and Sciences Meeting at Wayne State University, Detroit, MI, October 2017. Proceedings: A-02, pg. 2, 2017.

2.  Nusrat O, Fletcher NM, Belotte J, Saed MG, Neubauer BR, **Saed GM**.  Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia inducible factor-1α: a potential survival mechanism.  Integrative Global Approaches in Reproductive Sciences. 6th Annual C.S. Mott Center for Human Growth and Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015. Proceedings: A-48, pg. 49, 2015.

3.  Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.  Chemoresistance in epithelial ovarian cancer cells is controlled by mechanisms emanating from chemotherapy-induced genotype switch in oxidant and antioxidant enzymes, through the upregulation of cytidine deaminase. Integrative Global Approaches in Reproductive Sciences. 6th Annual C.S. Mott Center for Human Growth and Development & Lunenfeld-Tanenbaum Research      Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015.  Proceedings and Abstracts: A-47, pg. 48, 2015.

98

4.     Khan SN, Shaieb FN, Najafi T, **Saed G**, Abu-Soud HM. Diffused intra-oocyte hydrogen peroxide activates myeloperoxidase and deteriorates oocyte quality. 6th Annual C.S. Mott    Center for Human Growth and Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of  Toronto, Detroit, MI, April 2015. Proceedings and Abstracts: A-13, pg. 14, 2015.

5.     Shaieb F, Khan SN, **Saed G**, Abu-Soud HM. Macrophages activation deteriorates metaphase II mouse oocyte through myeloperoxidase action. Integrative Global Approaches in Reproductive Sciences. 6th Annual C.S. Mott Center for Human Growth and    Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015. Proceedings and Abstracts: A-18, pg. 19, 2015.

6.     Jeelani R, Sliskovic I, **Saed G**, Pennathur S, Abu-Soud HM. Hypochlorous acid reversibly inhibits caspase-3: a potential regulator of apoptosis. Integrative Global Approaches in Reproductive Sciences. 6th Annual C.S. Mott Center for Human Growth and Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015. Proceedings and Abstracts: A-16, pg. 17, 2015.

7.     Shaieb F, Khan SN, Ali I, Dai J, Drewlo S, **Saed GM**, Abu-Soud HM. The impact of myeloperoxidase on metaphase II mouse oocyte quality. Proceedings of the Graduate Research Day, Wayne Day 2014 Program, Current Concepts in Gynecologic Oncology for the Obstetrician and Gynecologist, Kamran S. Moghissi, M.D. Lecture, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, December 2014.

8.     Fletcher NM, Belotte J, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**. Dicholoroacetate increases sensitivity to chemotherapy by modulation of antioxidants in epithelial ovarian cancer. Proceedings of the Graduate Research Day, Wayne Day 2014 Program, Current Concepts in Gynecologic Oncology for the Obstetrician and Gynecologist, Kamran S. Moghissi, M.D. Lecture, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, December 2014.

9.     Shaieb F, Khan SN, Banerjee J, Thakur M, Dai J, Awonuga AO, **Saed GM**, Abu-Soud HM. Role of cumulus cells in defense against reactive oxygen species insult in metaphase II mouse oocytes. 4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014. Program and Abstracts: #P-26, pg. 39, 2014.

10.     Nusrat O, Fletcher NM, Belotte J, Saed MG, Neubauer BR, **Saed GM**. Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia induced factor-1α: a potential survival mechanism. 4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014. Program and Abstracts: #P-23, pg. 36, 2014.

99

11.    Najafi T, Goud PT, Goud AP, Gonik B, **Saed GM**, Zhang X, Abu-Soud HM.  Direct real-time measurement of intra-oocyte nitric oxide concentration *in vivo*.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014; Program and Abstracts: #P-22, pg. 35, 2014.

12.    Fletcher NM, Belotte J, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**.  Dichloroacetate increases sensitivity to chemotherapy by modulation of antioxidants in epithelial ovarian cancer.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-07, pg. 20, 2014.

13.    Belotte J, Fletcher NM, Saed MG, Neubauer BR, **Saed GM**.  RAD21 gene amplification impacts survival in serous epithelial ovarian cancer.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-04, pg. 17, 2014.

14.    Belotte J, Fletcher NM, Nusrat O, Saed MG, Neubauer BR, Abu-Soud HM, **Saed GM**.  Superoxide dismutase significantly delayed the development of cisplatin resistance in epithelial ovarian cancer cells.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State  University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-03, pg. 16, 2014.

15.    Awonuga AO, Fletcher NM, Belotte J, Diamond MP, **Saed GM**.  The in-vivo effects of superoxide dismutase on the incidence and severity of postoperative adhesion development.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-02, pg. 15, 2014.

16.    **Saed GM**.  The role of oxidative stress in the pathogenesis of pro-fibrotic gynecologic disorders.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #O-13, pg. 13, 2014.

17.    Najafi T, Goud AP, Goud PT, **Saed GM**, Gonik B, Abu-Soud HM.  Release of substrates, cofactors, and products of nitric oxide synthase are altered during oocyte aging. 4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #O-12, pg. 12, 2014.

18.    Shaeib F, Khan SN, Ali I, Dai J, Drewlo S, **Saed GM**, Abu-Soud HM.  The impact of myeloperoxidase on metaphase II mouse oocyte quality.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014. Program and Abstracts: #O-11, pg. 11, 2014.

19.    Fletcher NM, **Saed GM**.  Differential expression of glutathione peroxidase and glutathione reductase in chemoresistant epithelial ovarian cancer cells.   4th Annual Research

100

Symposium of the Michigan Alliance for Reproductive Technologies and Science (MARTS), University of Michigan, Ann Arbor, MI, May 2013.

20.     Shaeib F, Banerjee J, Thakur M, Saed MG, Diamond MP, **Saed GM**, Abu-Soud HM. Confocal 3-dimensional reconstruction can serve as a useful tool to quantify oxidative stress induced oocyte spindle damage. 3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 15, 2013. Program and Abstracts: #35, 2013.

21.     Fletcher NM, **Saed GM**. Differential expression of glutathione peroxidase and glutathione reductase in chemoresistant epithelial ovarian cancer cells. 3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013: Program and Abstracts: #26, 2013.

22.     **Saed GM**. Investigation of the role of oxidative stress in the pathophysiology of gynecologic fibrotic disorders including postoperative adhesions, fibroids, and endometriosis as well as ovarian cancer. 3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013. Program and Abstracts: #20, 2013.

23.     Belotte J, Mitchell A, Belotte J, **Saed GM**. Sox2 gene copy number alteration (CAN) significantly impact overall survival (OS) in serous epithelial ovarian cancer. 3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013. Program and Abstracts: #6, 2013.

24.     Belotte J, Fletcher NM, Abuanzeh S, Levin NK, Simon NS, Diamond MP, Abu-Soud HM, Tainsky MA, **Saed GM**. A novel association between a catalase single nucleotide polymorphism and increased risk of ovarian cancer. 3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013. Program and Abstracts: #4, 2013.

25.     Awonuga AO, King NM, Belotte J, Abuanzeh S, Diamond MP, **Saed GM**. The in vitro effects of superoxide dismutase on the incidence and severity of post-operative adhesion development after cecal abrasion. 3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013. Program and Abstracts: #3, 2013.

26.     Shavell VI, Fletcher NM, Abu-Soud HM, Diamond MP, **Saed GM**, Detti L. Superoxide dismutase levels are elevated in the peri-implantation endometrium in women undergoing ovarian stimulation. 3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012. Proceedings and Abstracts: #15, 2012.

27.     Maitra D, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM. Fluorescent   heme degradation products in Sickle cell disease: role of hypochlorous acid

101

in hemoglobin        destruction.    3rd Annual Michigan Alliance for Reproductive Technologies and Science   Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012.     Proceedings and Abstracts: #12, 2012.

28.    Maitra D, Abdulridha RM, Byun J, Souza CEA, Banerjee J, Andreana PR, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud.  The reaction of HOCl and cyanocobalamin: corrin destruction and the liberation of cyanogens chloride.  3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #11, 2012.

29.    Fletcher NM, Belotte J, Diamond MP, **Saed GM**. Dicholoroacetate increases sensitivity to chemotherapy treatment of epithelial ovarian cancer cells.  3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #8, 2012.

30.    Belotte J, Fletcher NM, Diamond MP, **Saed GM**.  The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer.  3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #6, 2012.

31.    Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM.  Melatonin prevents hypochlorous acid induced alteration of the metaphase-II mouse oocyte microtubule and chromosomal structure.  3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #5, 2012.

32.    Maitra D, Shaeib F, Abdulridha RM, Souza CEA, **Saed GM**, Abu-Soud HM.  Modulation of myeloperoxidase activity by self-generated hypochlorous acid.  3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012.   Program and Abstracts: #1, 2012.

33.    Maitra D, Shaeib F, Abdulridha RM, Souza CEA, **Saed GM**, Abu-Soud HM.  Modulation of myeloperoxidase activity by self-generated hypochlorous acid.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #32, 2012.

34.    Fletcher NM, Belotte J, Diamond MP, **Saed GM**.  Dicholoroacetate increases sensitivity to chemotherapy treatment of epithelial ovarian cancer cells.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May  2012.  Program and Abstracts: #31, 2012.

102

35.      Belotte J, Fletcher NM, Diamond MP, **Saed GM**.  The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #29, 2012.

36.      Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM.  Melatonin prevents hypochlorous acid induced alteration of the metaphase-II mouse oocyte microtubule and chromosomal structure.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #25, 2012.

37.      Maitra D, Abdulridha RM, Byun J, Souza CEA, Banerjee J, Andreana PR, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud HM.  The reaction of HoCl and cyanocobalamin: corrin destruction and the liberation of cyanogens chloride.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #23, 2012.

38.      Shavell VI, Fletcher NM, Abu-Soud HM, Diamond MP, **Saed GM**, Detti LL.  Superoxide dismutase levels are elevated in the peri-implantation endometrium in women undergoing ovarian stimulation.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Programs and Abstracts: #17, 2012.

39.      Maitra D, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM.  Fluorescent heme degradation products in sickle cell disease: role of hypochlorous acid in hemoglobin destruction.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Programs and Abstracts: #16, 2012.

40.      **Saed GM**.  Investigation of the role of oxidative stress in the pathophysiology of gynecologic fibrotic disorders including postoperative adhesions, fibroids, and endometriosis as well as ovarian cancer.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #9, 2012.

41.      Shavell VI, Fletcher NM, Jiang ZL, **Saed GM**, Diamond MP.  Coupling oxidative phosphorylation with 2,4-dinitrophenol promotes development of the adhesion phenotype. 1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #26, 2011.

103

42.     **Saed GM**.  The role of oxidative stress in the pathophysiology of gynecologic fibrotic disorders including postoperative adhesions, fibroids, and endometriosis, as well as ovarian cancer.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #24, 2011.

43.     Maitra D, Shaeib F, Diamond MP, **Saed GM**, Abu-Soud HM.  Melatonin can attenuate HOCl mediated hemolysis, free iron release and heme degradation from hemoglobin.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #19, 2011.

44.     Maitra D, Byun J, Andreana PR, Abdulhamid I, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud HM.  Reaction of hemoglobin with HOCl:  possible link between free iron accumulation and oxidative stress.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #18, 2011.

45.     Fletcher NM, Jiang ZL, Levin NK, Abu-Soud HM, Munkarah AR, Tainsky MA, Diamond MP, **Saed GM**.  Positive correlation between serum myeloperoxidase and free iron levels with stage of ovarian cancer:  potential biomarkers for early detection and prognosis of ovarian          cancer.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and  Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #13, 2011.

46.     Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM.  Role of melatonin in preventing hypochlorous acid induced alterations in microtubule and chromosomal structure in metaphase-II mouse oocytes *in vitro*.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #7, 2011.

47.     Diamond MP, **Saed GM**.  Reduction of postoperative adhesions.  Catalyzing Collaboration between Industry and Academic in the Life Sciences – Women's Health Medicine:  Part I, Therapeutic Strategies Meeting, Illinois Science and Technology Park, Skokie, IL, June 2007.  Proceedings 2007.

### Invited Lectures/Presentations

International/National

1.     *Targeting Integrin αV/β1 Receptor Manifests Intriguing Anti-Tumor Effects in Sensitive and Chemoresistant Ovarian Cancer Cells: Potential Therapeutic Target*.  64th Annual Scientific Meeting of the Society for Reproductive Investigation, Orlando, FL, March 2017.

2.     *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer*.  University of Jordan, Amman, Jordan, July 2017.

104

**ATTORNEYS' EYES ONLY**

3. *Novel Innovative Targets for Ovarian Cancer Therapy*.  King Hussein Cancer Center, Amman, Jordan, July 2017.

4. *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer*. King Hussein Cancer Center, Amman, Jordan, November 2016.

5. *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer*. University of Jordan, Amman, Jordan, November 2016.

6. *New Insights for Ovarian Cancer Screening*. 4th International Conference of the Jordanian Society of Pathology and Laboratory Medicine.  In collaboration with the Arabic Division of the International Academy of Pathology, Amman, Jordan, April 2011.

7. *Updates in Oxidative Stress and Ovarian Cancer*.  Modern Technology Application in Pathology Conference, Amman, Jordan, July 22 – August 1, 2010.

8. *The Role of p53 in the Pathogenesis of Keloids*.  International Meeting on Mechanisms Involved in Tissue Repair and Fibrosis:  Role of the Microfibroblast (Differentiation and Apoptosis), Lyon, France, December 1997.

Local/Regional

1. *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer*. Joint Annual Reproductive Sciences Retreat, Departments of Obstetrics and Gynecology, Wayne State University School of Medicine and The University of Toronto; and Annual Michigan Alliance for Reproductive Technologies and Sciences (MARTS) Meeting at Wayne State University, Detroit, MI, October 2017.  Retreat

2. *Invited Guest Speaker*.  Tumor Microenvironment Section, Karmanos Cancer Center, Detroit Medical Center/Wayne State University School of Medicine, Detroit, MI, June 2016.

3. *Molecular Biological Procedures*.  C.S. Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility Laboratory Techniques Summer Course, Wayne State University School of Medicine, Detroit, MI, September 2015.

4. *New Insights into Pathogenesis of Ovarian Cancer*.  The C.S. Mott Center Summer Reproductive Sciences Technology Course, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, July 2014.

5. *The Role of Oxidative Stress in the Pathogenesis of Pro-Fibrotic Gynecologic Disorders*. 4th Annual Scientific Retreat, The C.S Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.

7. *Release of Substrates, Cofactors, and Products of Nitric Oxide Synthase Are Altered during Oocyte Aging*.  4th Annual Scientific Retreat, The C.S Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.

7. *The Impact of Myeloperoxidase on Metaphase II Mouse Oocyte Quality*.  4th Annual Scientific Retreat, The C.S Mott Center for Human Growth and Development, Department

105

of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014. **First Prize Award**

8. *Differential Expression of Glutathione Peroxidase and Glutathione Reductase in Chemoresistant Epithelial Ovarian Cancer Cells*. The Michigan Alliance for Reproductive Technologies and Science (MARTS), Fourth Annual Research Symposium, University of Michigan, Ann Arbor, MI, May 2013.

9. *The Role of Oxidative Stress in the Pathophysiology of Gynecologic Fibrotic Disorders: Postoperative Adhesions, Fibroids, Endometriosis, and Ovarian Cancer*. 1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.

10. *New Insights in Ovarian Cancer Screening*. Department of Obstetrics and Gynecology Wayne Day: New Frontiers in the Treatment of Gynecologic Cancer, Wayne State University School of Medicine, Detroit, MI, December 2010.

11. *Molecular Characterization of Adhesion and Peritoneal Fibroblasts*. Adhesion Mini Symposium, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, March 2001.

12. *Multiplex RT/PCR Technique, Concept and Application*. Center for Biomedical Research, College of Art and Sciences, Oakland University, Rochester, MI, May 1999.

13. *Techniques for Characterizing and Manipulating DNA from the Basis of Much of Modern Biomedical Research*. Department of Chemistry, Oakland University, Rochester, MI, January 1999.

14. *Bcl-2/Bax Ratio as a Measure of the Rate of Apoptosis in Keloid Fibroblasts*. Oxford Biomedical Research Inc., Oxford, MI, January 1998.

15. *PCR Techniques, Concepts and Applications*. Howard Hughes Research Program, Oakland University, Rochester, MI, May 1998.

16. *Multiplex RT/PCR Technique, Concept and Application*. Center for Biomedical Research, College of Art and Sciences, Oakland University, Rochester, MI, May 1997.

17. *Application of RT/PCR*. Department of Chemistry, Oakland University, Rochester, MI, June 1994.

Invited Seminars and Grand Rounds

1. *New Insights into the Pathogenesis of Post-Operative Adhesions Development*. Department of Obstetrics and Gynecology Grand Rounds, Georgia Regents University, Augusta, GA, January 2017.

2. *Novel Innovative Targets for Ovarian Cancer Therapy*. Cancer Center Seminar, Georgia Regents University, Augusta, GA, January 2017.

106

3.    *The Role of Oxidative Stress in the Pathogenesis of Pro-Fibrotic Gynecologic Disorders*.  Augusta Research Day, Department of Obstetrics and Gynecology Grand Rounds, Georgia Regents University, Augusta, GA, June 2013.

4.    *Dichloroacetate Induces Apoptosis of Epithelial Ovarian Cancer Cells Through the Inhibition of Oxidative Stress Enzymes*.  SGI-SMFM Scientific Meetings Abstract Presentations, Department of Obstetrics and Gynecology Grand Rounds, Wayne State University School of Medicine, Detroit, MI, February 2010.

5.    *PCR Techniques Concepts and Clinical Applications*.  Clinical Fellows Seminar, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, March 2000.

6.    *The Role of p53 and Apoptosis in the Pathogenesis of Keloids*.  Department of Obstetrics and Gynecology Grand Rounds, Wayne State University School of Medicine, Detroit, MI, July 1998.

107