# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (MAS) (RLS) |

THIRD AMENDED RULE 26 EXPERT
REPORT OF JUDITH WOLF, MD

Date:  May 28, 2024

Judith Wolf, MD

## I.     BIOGRAPHY AND QUALIFICATIONS

I am a board certified gynecologic oncologist, a physician specializing in the care of women with cancer with more than thirty years experience. I attended medical school at Northeast Ohio Universities College of Medicine and then moved to Texas where I completed residency at the University of Texas San Antonio and fellowship at MD Anderson Cancer Center where I remained on faculty for more than twenty years as Professor in the Department of Gynecologic Oncology. My area of expertise is ovarian cancer - diagnosis, research, treatment, and patient advocacy.

I have authored or co-authored over 100 peer-reviewed research articles and was the principal investigator or co-investigator for eleven research grants related to gynecologic cancers. Additionally, I have served as the principal investigator, co-principal investigator, or collaborator on numerous protocols, and have presented at more than 50 conferences, as well as at numerous scientific exhibitions and seminars. The majority of these have dealt with some aspect of ovarian cancer.

My research began when I was a fellow in gynecologic oncology. In addition to two years of clinical training, I spent two years working in the lab and getting my master's degree in biomedical science from The University of Texas School of Biomedical Sciences in Houston. My research as a graduate student was in investigating targets for therapy in ovarian cancer. One of these led to a phase I Clinical trial for women with ovarian cancer using a targeted therapy. This trial was part of a larger National Cancer Institute (NCI) grant. After completing training, I maintained a research lab for over 10 years, investigating gene therapy for the treatment of both ovarian and cervical cancer. My laboratory research in ovarian cancer led to a Clinical trial of gene therapy for women with ovarian cancer. Being able to see the long road it takes to bring new therapies from the lab to clinic fostered my continued interest in clinical trials and led me to become involved in both investigator initiated and NCI cooperative group clinical trials - Phase II and III trials of new therapies for ovarian cancer.

Throughout my tenure as a Professor at MD Anderson Cancer Center, I was recruited to join the biomedical industry. It wasn't until 2014, when Vermillion, a diagnostic company, recruited me as a Chief Medical Officer that I felt compelled to make a change in my career path. By this point in time, I had cared for hundreds of women with ovarian cancer, and saw the devastation this disease causes, with little improvement in the overall prognosis in more than twenty years. Working with a diagnostic company, focused on the early detection of ovarian cancer, seemed to me to be another way I could work to make a difference. While at Vermillion, I co-authored several publications, helped the company gain FDA clearance for their second-generation multiprotein biomarker assay for ovarian cancer detection and was integral in the company obtaining a $7.5 million dollar grant from the State of Texas for ovarian cancer detection.

After two years at Vermillion, I was recruited by another small start-up diagnostic company, ProvistaDx, as Chief Medical Officer. ProvistaDx was using similar multi-protein assays (like Vermillion) but combining them with antibodies to try to detect both breast and ovarian cancer early. While at ProvistaDx, we published several articles in the breast cancer detection area. This

1

effort included their first publication setting forth this combined technology for ovarian cancer detection.

Working in these diagnostic companies exposed me to some of the intricacies of working in the biomedical industry and research from the viewpoint of a publicly traded company (Vermillion) and a small private start-up (ProvistaDx). Additionally, I learned much about the regulation of the biomedical industry.

In mid-2018, I left my company position to have more time to focus on my volunteer and advocacy work for women's health with a large focus on ovarian cancer. In the mid-1990s, I became involved with raising awareness and educating women about ovarian cancer through my work with the National Ovarian Cancer Coalition (NOCC), serving as a medical board member and as a governing board member, a position I have held for more twenty years. NOCC's mission is to raise awareness and educate women and their families about ovarian cancer. Additionally, I combined my love of running and passion for ovarian cancer to organize a charity 5K walk/run to raise awareness and research money for the Blanton/Davis Ovarian Cancer Research Program at MD Anderson Cancer Center. This race has been going on now for more than twenty-five years and has raised millions of dollars for ovarian cancer research.

In 2014, I became a member of the board of the Society for Women's Health Research which is a national nonprofit dedicated to promoting research on biological differences in disease and improving women's health. Additionally, I began working with Health Volunteers Overseas. I have volunteered in Vietnam, Honduras and Haiti working with physicians in these countries to train them to be better able to care for women with gynecologic cancers. I have worked with HVO for the past year and a half and currently head a project that trains young surgeons in Nepal to care for women with ovarian, cervical and uterine cancers. Some of this work has been paused since early 2020 because of the COVID-19 pandemic.

I continue to practice medicine as a Gynecologic Oncologist, treating women with ovarian cancer and other gynecologic malignancies in numerous medical centers around the country. I am recruited on a regular basis to serve in communities which are lacking gynecologic oncology care.


## II.     METHODOLOGY

I was asked to make a determination as to whether the genital use of talcum powder can cause ovarian cancer. I approached this issue in a similar way and with the same rigor that I would use in my professional practice, both clinically and in research. This is an exercise I have used regularly throughout my thirty plus year career. I reviewed extensive medical and scientific literature (including epidemiological, animal, mechanistic studies, and reviews on all relevant topics). I also researched publicly available information related to talcum powder products, their safety, and their association with ovarian cancer. Many of these sources were obtained through articles and references from my personal library of journals, textbooks, as well as PubMed searches on relevant topics. Additional relevant literature, documents, and testimony were provided by the attorneys working on this case. I also requested additional information on various relevant issues when appropriate.

2

In doing this research, I applied the same standards that I use in clinical medicine to consider the reliability and validity of the medical and scientific literature, assessing the evidence according to the strengths and weaknesses of the study under review. I considered an extensive body of relevant literature, without regard to the nature of the specific findings. I based the opinions provided in this report using a weight of the evidence methodology in the context of Bradford Hill concepts.

## III.    OVERVIEW OF OVARIAN CANCER

Ovarian cancer is a group of malignancies that are believed to begin in ovarian or fallopian tube tissue. There are three groups of cancers based on the cell type from which they arise - germ cell, stromal, and epithelial cancers. Epithelial cancers (EOC) account for the vast majority of ovarian cancers (greater than 90%) and are further subdivided based on the microscopic characteristics of the cells. These subtypes include serous, endometrioid, clear cell, mucinous, undifferentiated or mixed. Of these, serous is by far the most common and accounts for 70% of EOC. Epithelial ovarian cancers are those that are associated with talcum powder products.

Epithelial carcinoma of the ovary, fallopian tube, and peritoneum are usually considered as a single entity due to their common clinical behavior, risk factors, and pathogenesis.  Over the past decade, research has found that many serous carcinomas of the ovary may begin in the cells that line the distal portion of the fallopian tube. These cells then leak, drip, or "escape" from the tube and the ovary (which is next to the tube) or the peritoneum (the layer that lines the inside of the abdomen and pelvis). (Levanon 2008, Chen et al. 2017; Singh et al. 2016; Soong et al. 2018). Cancers that clinically appear to arise from the fallopian tube, ovary or peritoneum have the same microscopic appearance, pattern of spread (throughout the pelvis and abdomen), and response to treatment. This information is consistent with the role of talcum powder in cancer development.

Ovarian cancer is a relatively rare cancer.  The American Cancer Society estimates in 2023, 19,710 new cases of ovarian cancer compared to 300,590 new cases of breast cancer.[1] There is no screening for ovarian cancer and symptoms are vague. This presentation leads to late diagnosis for more than 75% of patients.  Because of these factors, ovarian cancer is the deadliest gynecologic malignancy in the U.S. Seventy to seventy-five percent of women with advanced stage EOC die from their disease, usually from bowel obstruction, following years of chemotherapy treatment.

The National Cancer Institute defines a risk factor as something that increases the chances of developing a disease. Associations can occur that are not actually linked with a disease. A causative risk factor is one that increases the chances of developing a disease by means of a known or predictable mechanism. In other words, it is more than a mere association. (Vineis 2017). As a physician, I use the terms risk factor and contributing cause interchangeably when the known or predictable mechanism for the effect is plausible.

The most significant risk factors associated with ovarian cancer are inherited susceptibility genes, primarily BRCA1, BRCA2, and the mismatch repair genes (associated with Lynch syndrome). BRCA mutations account for 75% of all hereditary ovarian cancers. A woman with BRCA1 gene

---

[1] https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2023/2023-cancer-facts-and-figures.pdf.

3

mutation has a 39-46% lifetime risk of developing ovarian cancer; a woman with BRCA2 gene mutation has an 11-27% lifetime risk of developing ovarian cancer. (Ring et al. 2017). It is estimated that these hereditary gene mutations account for 10-15% of all ovarian cancer and 75% of all hereditary ovarian cancers. (Lancaster et al. 2015). It is important to distinguish these inherited gene mutations from induced mutations caused by inflammation or environmental insults. Women with a genetic predisposition to developing ovarian cancer are still subject to other environmental and reproductive risk factors.

In addition to talc and asbestos exposure, other risk factors that have been linked to EOC include increasing age, nulliparity, infertility, endometriosis, obesity, polycystic ovarian syndrome, use of an intrauterine device, history of pelvic inflammatory disease, and cigarette smoking (for mucinous carcinoma). Protective factors (associated with a decreased risk of EOC) include previous pregnancy, history of breastfeeding, oral contraceptives, and tubal ligation. (Hunn and Rodriguez 2012; Wu 2015; IOM 2016; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Gentry-Maharaj et al. 2018; Lheureux et al. 2019). It is important to note that risk factors can interact with each other or act independently. They can act in a cumulative, additive, and/or synergistic fashion. (Wu et al. 2018; Vitonis et al. 2011; e.g., Phung et al. 2022). For example, Phung et al. (2022) examined the effect of well-established ovarian cancer risk factors in women with and without endometriosis. The pooled analysis of 9 case-controlled studies in the Ovarian Cancer Association Consortium demonstrated that there was a greater increased risk of ovarian cancer with genital talc use in women with endometriosis (OR 1.38, 95% CI 1.04-1.84) versus those without endometriosis (OR 1.12, 95% CI 1.01-1.25).

Because cancer is not caused by a single genetic abnormality, ovarian cancer development is multifactorial. For example, not everyone who has an inherited BRCA mutation develops ovarian cancer, and not everyone who gets ovarian cancer has an inherited BRCA mutation. This was recognized as early as 1971 when Knudson published his "two-hit" hypothesis of carcinogenesis. (Knudson 1971).

Talcum powder dusting is often referred to as a "lifestyle factor". There are no medical benefits; any risk, particularly a risk of something as devastating and deadly as ovarian cancer, is unacceptable. Because of this, I advise all my patients not to use talcum powder products or to stop using them if they are already doing so.

Most women with EOC present with pelvic or abdominal pain, bloating, and/or gastrointestinal symptoms. Diagnosis is based upon pathologic evaluation of tissue. Knowledge and evaluation of the pathology of ovarian cancer is part of every gynecologic oncologist's training and experience. Staging is surgical. In a patient with advanced stage ovarian cancer (stage 3 and 4), the cancer is spread throughout the abdomen and pelvis with typically thousands of tumor nodules covering the surface of all internal organs, along with several liters of fluid containing cancer cells (ascites).

Treatment for ovarian cancer is a combination of surgery and chemotherapy. Most women with advanced disease obtain 1-2 years of remission after treatment, and then their cancer recurs. Once ovarian cancer recurs, it is not curable, and most patients spend the remainder of their life on chemotherapy in an attempt to extend their life spans and minimize their often severe symptoms.

4

## IV.    HISTORICAL BACKGROUND OF TALC

Johnson & Johnson's baby powder was introduced to consumers in 1894. (Gurowitz 2007).

In the late 1940s and early 1950s, there were numerous articles (including at least one from Johnson & Johnson's own lab) describing the inflammatory properties of talc when introduced into the peritoneal cavity experimentally or through surgical gloves and the relative safety of starch products in the same setting. (Eberl and George 1948; Graham and Jenkins 1952). In 1953, Johnson & Johnson submitted a patent application for a "non-irritating" starch-based dusting powder due to the severe postoperative complications and strong inflammatory reaction frequently caused by talc. (Caldwell et al. 1953). In 1967, the association between asbestos and ovarian cancer was reported (J. Graham and Graham 1967).

Henderson first identified talc particles deep in ovarian tissue in 1971. (Henderson et al. 1971). Dr. Woodruff and colleagues at Johns Hopkins began raising awareness regarding environmental toxins like talc as etiologic factors in the pathogenesis of ovarian cancer in the early 1970s. (Parmley and Woodruff 1974).

In 1979, Longo and Young cautioned the cosmetic industry regarding the dangers of talc in The Lancet: "Epidemiological, experimental, and clinical data seem to link asbestos and talc with ovarian cancer. Direct passage of talc or asbestos-contaminated talc through the female reproductive tract to the ovarian surface may play an aetiological role. Further systematic evaluation of talc and asbestos as ovarian carcinogens is needed. What is disturbing is that a consultant to the cosmetic industry feels that further research on the biological effects of talc 'merits little priority.'" (D. L. Longo and Young 1979). The first epidemiologic study on the association between talc and ovarian cancer was published in 1982. (Cramer et al. 1982).

Between 1992 and 1995, concerns were raised in the medical literature regarding risks, including ovarian cancer, of talc on condoms. (e.g., Kang, Griffin, and Ellis 1992; Kasper and Chandler 1995). In 1995, the condom industry voluntarily agreed to stop dusting condoms with talc due to ovarian cancer concerns. ("PCPC_MDL00062175" 1999; McCullough 1996). Recommendations regarding the use of talcum powder on diaphragms were also discontinued in the late 1990s. In 1998, Janssen, a subsidiary of Johnson & Johnson, changed the warning on its All-Flex Diaphragm to state "Powders should not be used with the diaphragm."[2] Although the inflammatory properties of powder from surgical gloves were known for decades, the FDA only banned its use in 2016. (Federal Register / Vol. 81, No. 243).

## V.    EPIDEMIOLOGY

Since the early 1980's, there have been numerous epidemiological studies evaluating the risk of ovarian cancer with talcum powder usage. To the present time, there are over 25 case-control studies, three prospective cohort studies, two pooled analyses, and ten meta-analyses. I assessed all of these studies.

---

[2] Janssen sold the Ortho diaphragms beginning in the 1960s. The 1962 instructions stated, "Dust diaphragm when dry with talcum powder and return it to the original container." ("Pltf_MISC_00000272 (JANSSEN-000001-19)" 1962).

A case-control study is designed to help determine if an exposure is associated with an outcome, in this case ovarian cancer. First, researchers identify women with and without ovarian cancer - cases and controls. Then they look back in time to learn which subjects in each group had talcum powder exposure(s), comparing the frequency of the exposure in the case group to the control group.

A case-control study is always retrospective because it starts with an outcome then traces it back to investigate exposures. Advantages of case-control studies are that they are comparatively efficient, less expensive, and easier to perform. Potential weaknesses include selection bias, (because they are not randomized) and recall bias. Case-control studies are particularly appropriate for uncommon diseases, like ovarian cancer, in which a very large cohort would be required to accumulate enough cases for analysis. (Narod 2016).

A cohort study follows a group of people with defined characteristics, such as talcum powder exposure, and who are followed to determine incidence of an outcome, in this case development of ovarian cancer. Cohort studies can be retrospective or prospective. They can calculate rates of disease in exposed and unexposed individuals for multiple outcomes over time. Potential disadvantages of cohort studies include the requirement of large number of subjects for rare exposures and outcomes and long duration of follow up for certain conditions. (Song et al. 2010). These disadvantages apply to the study of talc and ovarian cancer. Narod estimated that, for a cohort study to be properly powered to accurately predict the risk associated with talc use and ovarian cancer, as many as 200,000 women may be necessary. (Narod 2016).

A meta-analysis combines the results from previous studies to derive conclusions from a larger set of data. Outcomes from a meta-analysis may include a more precise estimate of the effect of treatment or exposure (talcum powder) than any individual study contributing to the pooled analysis. (Haidich (2010). A meta-analysis weights the strengths of the studies before combing the data, unlike a pooled study. A meta-analysis can be especially useful to review a complex, sometimes conflicting body of literature.

A randomized control trial, in which participants are divided by chance into separate groups to compare different interventions, is considered the gold standard in some research situations. However, it would be unethical and impractical to conduct a prospective randomized control clinical trial to compare the outcomes of women who did and did not use genital talcum powder because of its known carcinogenic potential.

For this project, I reviewed all epidemiological studies related to talcum powder and ovarian cancer, but concentrated on the cohort studies, the meta-analyses, and more recent high-quality case-control studies. I critically analyzed factors such as study design, journal quality, number of subjects, length of follow-up, and potential biases. The following forest plots, prepared at the direction of Anne McTiernan, MD, PhD, are helpful presentations of relevant data from epidemiological studies.

6

Figure 2: Case-Control and Cohort Studies



| Case-Control Studies | Nat'l | Cases | Controls | Pop | DR | RR | CI L | CI U |
|---|---|---|---|---|---|---|---|---|
| Schildkraut (2016) | US | 584 | 745 | Pop. | Yes | 1.44 | 1.11 | 1.86 |
| Cramer (2016) | US | 2041 | 2100 | Pop. | Yes | 1.33 | 1.16 | 1.52 |
| Wu (2015) | US | 1791 | 2391 | Pop. | Yes | 1.46 | 1.27 | 1.69 |
| Kurta (2012) | US | 902 | 1802 | Pop. | N/A | 1.4 | 1.16 | 1.69 |
| Rosenblatt (2011) | US | 812 | 1313 | Pop. | No | 1.27 | 0.97 | 1.66 |
| Wu (2009) | US | 609 | 688 | Pop. | Yes | 1.53 | 1.13 | 2.09 |
| Moorman (2009) - Wh | US | 1114 | 1086 | Pop. | N/A | 1.04 | 0.82 | 1.33 |
| Moorman (2009) - AA | US | 1114 | 1086 | Pop. | N/A | 1.19 | 0.68 | 2.09 |
| Merritt (2008) | Aus | 1576 | 1509 | Pop. | Yes | 1.17 | 1.01 | 1.36 |
| Mills (2004) | US | 256 | 1122 | Pop. | No | 1.37 | 1.02 | 1.85 |
| Ness (2000) | US | 767 | 1367 | Pop. | Incpl | 1.5 | 1.1 | 2.0 |
| Cramer (1999) | US | 563 | 523 | Pop. | Yes | 1.6 | 1.18 | 2.15 |
| Wong (1999) | US | 499 | 755 | Hosp. | Incpl | 0.92 | 0.24 | 3.62 |
| Godard (1998) | Can | 170 | 170 | Pop. | N/A | 2.49 | 0.94 | 6.58 |
| Green (1997) | Aus | 824 | 855 | Pop. | Incpl | 1.3 | 1.1 | 1.6 |
| Cook (1997) | US | 313 | 422 | Pop. | No | 1.5 | 1.1 | 2.0[1] |
| Chang (1997) | Can | 450 | 564 | Pop. | No | 1.42 | 1.04 | 1.86 |
| Shushan (1996) | Isr | 200 | 408 | Pop. | N/A | 2 | 1.06[2] | 3.66[2] |
| Cramer (1995) | US | 450 | 454 | Pop. | N/A | 1.6 | 1.2 | 2.1 |
| Purdie (1995) | Aus | 824 | 860 | Pop. | N/A | 1.27 | 1.04 | 1.54 |
| Tzonou (1993) | Gre | 189 | 200 | Hosp. | Yes | 1.05 | 0.28 | 3.98 |
| Rosenblatt (1992) | US | 77 | 46 | Hosp. | Yes | 1.7 | 0.7 | 3.9 |
| Chen (1992) | Chn | 112 | 224 | Pop. | N/A | 3.9 | 0.9 | 10.63 |
| Harlow (1992) | US | 235 | 239 | Pop. | Yes | 1.5 | 1.0 | 2.1 |
| Booth (1989) – daily | UK | 235 | 451 | Hosp. | Yes | 1.3 | 0.8 | 1.9[1] |
| Booth (1989) – wkly | UK | 235 | 451 | Hosp. | Yes | 2.0 | 1.3 | 3.4 |
| Harlow (1989) | US | 116 | 158 | Pop. | N/A | 1.1 | 0.7 | 2.1 |
| Whittemore (1988) | US | 188 | 539 | H&P | Yes | 1.45 | 0.81[1] | 2.60[1] |
| Hartge (1983) | US | 135 | 171 | Hosp. | N/A | 2.5 | 0.7 | 10.0 |
| Cramer (1982) | US | 215 | 215 | Pop. | N/A | 1.92 | 1.27 | 2.89 |
| **Cohort Studies** | **Nat'l** | **Cases** | **Non** | **Flw Up** | **DR** | **RR** | **CI L** | **CI U** |
| O'Brien (2024) | US | 292 | 40,536 | 13 | N/A | 1.4 | 1.04 | 1.89 |
| Gonzalez (2016) | US | 154 | 41,500 | 6.6 | N/A | 0.73 | 0.44 | 1.2[1] |
| Houghton (2014) | US | 429 | 61,147 | 12.4 | Incpl | 1.06 | 0.87 | 1.28 |
| Gertig (2000) | US | 307 | 78,323 | N/A | Incpl | 1.09 | 0.86 | 1.37 |
| Gates (2008) | US | 210 | 600 | N/A | Yes | 1.24 | 0.83 | 1.83 |
| Gates (2010) | US | 797 | 78,323[3] | N/A | N/A | 1.06 | 0.89 | 1.28 |

[1] Corrected data-point from study text (report figure: Cook 1997 CI Upper 2.3; Gonzalez CI Upper 1.21; Booth 1989 CI Upper 1.0; Whittemore CI p=0.06).
[2] Corrected data-point from defense expert report(s) (report figure: p=0.04).

**Case-Control Studies**

There are numerous case-control studies. Overall, the case-control studies are consistent showing a 30-50% increase in risk of ovarian cancer with talcum powder use. I found the most recent ones to be the most useful, based on their size and quality of design. Several are summarized below: A study by Wu published in 2015, evaluated 1701 women with EOC in California. The conclusion of this study found that talc significantly increased the risk of ovarian cancer – 40% in whites, 20% in Hispanics, and 56% (not statistically significant) in African Americans. The number of African Americans with ovarian cancer was only 128 and may account for the non- significant increase. (Wu et al. 2015).

Cramer published a recent case-control study of nearly 4,000 women in Massachusetts and New Hampshire with ovarian cancer and found that genital use of talcum powder, either alone or in combination with body use, was associated with a statistically significant elevated epithelial ovarian cancer risk (OR 1.33). Risk increased with frequency and duration of use. Talcum powder use increased risk for serous and endometrioid tumors with the dose response most apparent for invasive serous cancer. (Cramer et al. 2016).

A multi-center study sponsored by National Cancer Institute of epithelial ovarian cancer in African-American women, a group with a high prevalence of talcum powder use, determined that regular genital powder use was associated with an increased risk of epithelial ovarian cancer (OR 1.44). A dose–response relationship was found for duration of use and number of lifetime applications (P < 0.05). Additionally, talcum powder use was common (62.8% of cases and 52.9% of controls). (Schildkraut et al. 2016).

7

**Cohort Studies**

The Nurses' Health Study (NHS I) is a prospective study of 121,700 nurses who were aged 30-55 years at enrollment in 1976 and followed through 1996 at the time of the publication. In the NHS, talcum powder use was ascertained once in 1982, the same year as the first case-control study showing an association of talc use with ovarian cancer. (Cramer et al. 1982). The follow up period for this study was 12.9 years. The study concluded there was no overall association with talc "ever use" and epithelial ovarian cancer. However, there was a statistically significant increased risk of invasive serous ovarian cancer (40%) that was higher with more frequent talcum powder use. The short period of follow up may not account for all ovarian cancer cases due to latency considerations between talcum powder usage and the development of ovarian cancer. (Gertig et al. 2000). A second report of the Nurses' Health Study (NHS II) in 2010 did not find a statistically significant increased risk with talcum powder usage, either epithelial cancer as a whole or serous subtype. (Gates et al. 2010).

The Women's Health Initiative (WHI) enrolled 93,676 women from 1993-1998. Women were eligible if they were aged 50 to 79 (mean 63.3 years) at enrollment and postmenopausal. Mean follow-up was 12.2 years. Use of powder on the genitals was associated with 12% increased risk of ovarian cancer, though this was not statistically significant. Limitations of this study include lack of information regarding oophorectomy and recall bias regarding history of talc "ever use". Additionally, the short follow-up may not account for all cases of ovarian cancer. Information regarding the frequency or duration of powder usage was not obtained. (Houghton et al. 2014).

The Sister Study (2003-2009) followed 50,884 women in the US and Puerto Rico who had a sister diagnosed with breast cancer. At enrollment, participants were asked about douching and talcum powder use in the previous twelve months. During follow-up (median 6.6 years) 154 women reported a diagnosis of ovarian cancer but only seventeen of those reported talc use. The authors determined that there was little association between baseline talcum powder use and subsequent ovarian cancer. Douching at baseline, more common in talc users, was associated with increased risk. All ovarian cancers were grouped together. Limitations of this original study include: 1) talc use was only obtained at baseline and was uncommon (analysis was based on only 17 cases), 2) no histologic information was obtained, so it is impossible to analyze relationship to serous subtype, 3) no risk elevation has ever been reported with dusting of diaphragm, cervical cap, or sanitary napkins, and 4) the short follow-up fails to account for the latency period. (Gonzalez et al. 2016).

All of the original cohort studies are limited by lack of power, failure to make the appropriate queries, selection bias, and short follow-up.

Fortunately, the Sister Study has been updated with more detailed information about the use of douche and genital talc, which was obtained in the fourth follow-up questionnaire (2017-2019). (O'Brien, et al. J Clin Oncol 00:1-15 (2024)). The authors used models that adjusted for exposure misclassification, and genital talc use was positively associated with ovarian cancer (HR range, 1.17-3.34). In women who were frequent users, the hazard ratio was 1.81 (1.29 to 2.53), and in women who were long-term genital talc users, the hazard ratio was 2.01 (1.39 to 2.91). Genital use of talcum powder by women during their 20s and 30s found the greatest increased risk. This study considered recall bias and found an increased risk of ovarian cancer both with and without correction for it.

8

This study was accompanied by an editorial by Harris et al. (2024), also in the Journal of Clinical Oncology, with a takeaway stating, "Given that genital powder use and douching are modifiable exposures potentially associated with a highly fatal disease, these data suggest that people at risk for ovarian cancer, particularly those in their 20s and 30s, should be made aware of the potential risks." The editorial additionally states that "Primary care providers and gynecologists should consider addressing routine genital powder use and douching with their patients in a manner that addresses potential risks…."

The same day this paper was published, the American Society of Clinical Oncology in *ASCO Perspective* addressed this study, stating, "'This study underscores the potential risks associated with intimate care products, particularly genital talc. The evidence adds to a growing body of literature that suggests such products could contribute to an increased risk of ovarian cancer, especially among frequent users and those using these products in their 20s and 30s,' said ASCO Expert Fumiko Chino, MD, Radiation Oncologist at Memorial Sloan Kettering Cancer. 'Despite challenges in assessing exposure history and biases inherent in retrospective data, our findings are robust, showing a consistent association between genital talc use and ovarian cancer,' said lead study author Katie M. O'Brien, Ph.D., researcher at the Epidemiology Branch of the National Institute of Environmental Health Sciences. 'This study leverages detailed lifetime exposure histories, and the unique design of the Sister Study, to provide more reliable evidence that supports a potential association between long-term and frequent genital talc use and ovarian cancer.'"

9

**Meta-Analyses and Pooled Studies (All Ovarian)**

| Meta-Analyses | Studies | Cases | DR | RR | CI L | CI U |
|---|---|---|---|---|---|---|
| Woolen (2022) | 11 | 6542 | Yes | 1.47 | 1.31 | 1.65 |
| Taher (2018) | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 |
| Berge (2018) | 27 | N/A[1] | Yes | 1.22 | 1.13 | 1.3 |
| Langseth (2008) | 20 | N/A[1] | N/A | 1.35 | 1.26 | 1.46 |
| Huncharek (2003) | 16 | 5260 | No[2] | 1.33 | 1.16 | 1.45 |
| Cramer (1999) | 14 | 3834 | N/A | 1.4 | 1.2 | 1.5 |
| Gross (1995) | 10[3] | 1509 | N/A | 1.29 | 1.02 | 1.63 |
| Harlow (1992) | 6 | 1106 | N/A | 1.3 | 1.1 | 1.6 |
| **Pooled Meta-Analyses** | **Studies** | **Cases** | **DR** | **RR** | **CI L** | **CI U** |
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 |
| O'Brien (2020) | 4 | 2168 | No | 1.08 | 0.99 | 1.17 |
| ↳ Patent Reproductive Tract | 4 | 1384 | Yes | 1.13 | 1.01 | 1.26 |
| Davis (2021) | 5 | AA:620 | No | 1.22 | 0.97 | 1.53 |
| | | Wh:2800 | | 1.36 | 1.19 | 1.57 |



**Meta-Analyses and Pooled Studies**

Five meta-analyses addressed the relationship between genital talcum powder use and ovarian cancer and each of these found a statistically significant relationship. (Berge, 2018, Penninkilampi 2018, Taher 2019, Davis 2021, Woolen 2022). The comprehensive meta-analysis by Penninkilampi and Eslick, published in 2018, included 24 case-control (13,421 cases) and three cohort studies (890 cases). The authors found that "any" perineal talc use was associated with an increased risk of ovarian cancer (OR = 1.31; 95% CI = 1.24, 1.39). More than 3600 lifetime applications (OR = 1.42; 95% CI 1.25, 1.39) were slightly more associated with ovarian cancer than <3600 (OR = 1.32; 95% CI = 1.15, 1.50). An association with "ever use" of talc was found in case-control studies (OR = 1.35; 95% CI = 1.27, 1.42), but not cohort studies (OR 1.06; 95% CI = 0.90, 1.25). However, cohort studies did find an association between talc use and invasive serous ovarian cancer (OR = 1.25; 95% CI = 1.01, 1.55). The authors stated that case-control studies are preferred in this situation because statistical power is easier to obtain with the larger number of ovarian cancer cases and controls and the lengthy follow-up necessary for a prospective study is not required. I agree. The authors determined that perineal talc use is associated with a 24%–39% increased risk of ovarian cancer that is suggestive of a causal association. (Penninkilampi and Eslick 2018).

Of note, the Penninkilampi meta-analysis was identified as one of the "best articles" of 2018 on ovarian cancer in *Obstetrics and Gynecology*, the journal published by the American College of Obstetricians and Gynecologists. (Wright 2018).

10

In addition to Penninkilampi, the four other recent meta-analyses described similar findings. Berge determined that the summary relative risk (RR) for ever use of genital talc and ovarian cancer was 1.22 [95% confidence interval (CI): 1.13–1.30]. (Berge 2018). Taher, a meta-analysis commissioned by Health Canada, also found a statistically significant positive association between perineal use of talc powder and ovarian cancer [OR: 1.28 (95% confidence interval (CI): 1.20 - 1.37)]. (Taher 2019).

Davis (2021) focused on African American women as genital talcum powder use is more common in this group. Using data from five studies conducted by the Ovarian Cancer in Women of African Ancestry Consortium, the investigators found among African American women an increased risk with genital talcum powder use and ovarian cancer (OR = 1.22; 95% CI: 0.97-1.53) and for high grade serous (OR = 1.31; 95% CI: 1.01-1.71). For white women, the odds ratio for ever use of talcum powder and ovarian cancer was 1.36 (95% CI: 1.19-1.57) and for high grade serous 1.33 (95% CI: 1.1.12-1.56). For all women, the results were an increased risk of 32% both for all ovarian cancer and high grade serous, (OR = 1.32; 95% CI: 1.17-1.48) and (OR = 1.32; 95% CI: 1.15-1.51) respectively.

Woolen (2022), a systematic review and meta-analysis, found a statistically significant increased risk of ovarian cancer with frequent use of perineal talcum powder (defined as ≥ 2 times per week (OR = 1.47; 95%, CI 1.31-1.65). Woolen reported data regarding daily use from the Nurse's Health Study (NHS) which found a statistically significant increased risk in all women (1.27, 95%, CI 1.09-1.49) and in women with patent fallopian tubes (1.40, 95%, CI 1.17-1.68).

In addition to these meta-analyses, O'Brien published a pooled study in 2020. This study pooled data from cohort studies: Nurse's Health Study I and II (NHS), Women's Health Initiative (WHI), and the Sisters Study. (O'Brien 2020, O'Brien Supp. E-Tables 2020, Gossett 2020). This study included 252,745 subjects; 1884 developed confirmed ovarian cancer. The information obtained in these studies on talcum powder usage patterns was different in each of these cohorts. However, the authors attempted to standardize these discrepancies by combining groups across the studies. The authors acknowledged the direct physical pathway between exposure of talcum powder on the perineum and the fallopian tubes and ovaries.

The overall relative risk for "ever use" versus "never use" of genital talcum powder was 1.08 (CI 0.99-1.17). However, significantly elevated risk was found in women with patent reproductive tracts (RR 1.13; CI 1.01-1.26). In addition, a statistically significant increased risk was noted in frequent users (at least weekly) and women who had previously used hormone therapy. There were limitations and deficiencies in this study that are discussed in Letters to the Editor. (Cramer & Harlow, Letters to the Editor with Reply, 2020).

**Summary of Epidemiological Evidence**

When looking at epidemiological studies in their totality, the data demonstrates a consistent, replicated, and statistically significant increased risk of developing epithelial ovarian cancer with perineal talcum powder use. Invasive serous carcinoma is the most commonly associated histologic subtype. The risk elevation is 20-60%. This risk is stable among case-control studies, one cohort study, and all meta-analyses/pooled analyses over several decades. Recall and confounding bias in case-control studies appear to have minimal impact. (Penninkilampi and Eslick 2018; Langseth et al. 2008). There appears to be no significant publication bias. (Berge et

11

al. 2017; Penninkilampi and Eslick 2018). Meta-analysis is the most reliable and scientifically valid epidemiological methodology to evaluate the association of talcum powder usage with ovarian cancer risk.

## VI.    ASBESTOS, FIBROUS TALC, AND OTHER CONSTITUENTS OF TALCUM POWDER

Asbestos is one of the most potent carcinogens known. All forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite) are carcinogenic to humans. (IARC 2012) The conclusions reached by International Agency for Research on Cancer (IARC) about asbestos and its carcinogenic risks apply to these six types of asbestos wherever they are found and includes talc containing asbestiform fibres (fibrous talc or talc fibers). (IARC 2012)  Asbestos was first linked to pulmonary mesothelioma in 1935 (Gloyne 1935) and has been known to be an etiologic factor for ovarian cancer since 1965. (Graham and Graham 1967).

According to IARC, asbestos causes mesothelioma of the lung, larynx, and ovary. Based on multiple positive cohort mortality studies of women with heavy occupational exposure to asbestos, IARC's Working Group determined there is a causal association between asbestos exposure and ovarian cancer. The IARC 2012 Monograph on asbestos and fibrous talc states, "consumer products (e.g., cosmetics, pharmaceuticals) are the primary source of exposure to talc for the general population. Inhalation and dermal contact (i.e., through perineal application of talcum powders) are the primary routes of exposure." (IARC 2012).

A recent meta-analysis by Nowak (2021) found that there was a significant increased risk in ovarian cancer following occupational asbestos exposure (OR=1.88 (1.47, 2.39) and concluded that asbestos exposure is a cause of ovarian cancer.  The EPA has also concluded that ovarian cancer is a health effect caused by exposure to asbestos. (EPA, Fed. Reg., Vol. 88, No. 141 (2023).

The scientific literature demonstrates that talc can contain asbestos and fibrous talc. (Cralley et al. 1968; Rohl et al. 1976; Lockey 1981; Paoletti et al. 1984; Blount 1991; Werner 1982). Blount (1991), Johnson & Johnson internal testing results and documents, and testing results of Dr. William Longo and Dr. Mark A. Rigler have demonstrated that talcum powder products, including Johnson's Baby Powder and Shower to Shower, may contain asbestos. (Blount 1991; "Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01" 2018; "Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378" 2018; "Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738" 2018; Longo & Rigler Expert Report (Feb. 2, 2019). Drs. Longo and Rigler found that 44 of 65 (68%) historical samples of Johnson's Baby Powder and Shower to Shower were positive for amphibole asbestos. These historical samples originated in the 1960s through the early 2000s. They found that 55 of 56 of these (98%) historical samples contained fibrous talc.

In October 2019, the FDA reported the results of testing conducted by AMA Analytical Services, Inc. on a bottle of Johnson's Baby Powder purchased in 2018.  AMA identified chrysotile asbestos and talc fibers. These findings provide further data demonstrating the presence of asbestos and talc fibers in talcum powder products. (AMA Certificate of Analysis, October 11, 2019, Owen 2019).

12

Asbestos fibers and talc fibers exposure are known to cause ovarian cancer; their presence in Johnson & Johnson talcum powder products contributes to the carcinogenicity of the products through an established mechanism of inflammation, DNA damage, and genetic alterations. Asbestos and talc fibers may directly induce DNA damage mediated by reactive oxygen species. Fibers have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer. In addition, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signaling pathways, resistance to apoptosis, stimulation of cell proliferation, induction of epigenetic alterations, and activation of oncogenes/inactivation of tumor suppressor genes. (IARC 2012; Kane et al. 1996; Mossman 2018; Shukla et al. 2009; M. C. Jaurand 1997, 1989; M. Jaurand 1991).

In addition to asbestos and fibrous talc, talcum powder products have been shown to contain nickel, chromium, and cobalt. ("Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738" 2018). Nickel and chromium are Group 1 carcinogens according to IARC. Cobalt is a Group 2b (or possible carcinogen) according to IARC. The inflammatory mechanism for carcinogenesis for these metals is similar to that described for asbestos, fibrous talc, and platy talc.

I have also seen the list of "fragrance chemicals" added to Johnson's Baby Powder and Shower to Shower products, as well as the expert report of Dr. Michael Crowley. Many of these chemicals are known to be irritants, toxins, and carcinogens. Some have been shown to be harmful to the reproductive organs and function. These chemicals would be expected to accompany the talcum powder as it migrates or is transported through the genital tract to the fallopian tubes and ovaries. At least some of these chemicals would also be expected to be absorbed through the vaginal mucosa. These chemicals likely contribute to the inflammatory properties, toxicity, and carcinogenicity of these talcum powder products.

The presence of these constituents provides additional support for the mechanism by which Johnson's Baby Powder and Shower to Shower cause ovarian cancer, as demonstrated in the epidemiological literature.

## VII.     MIGRATION AND TRANSPORT OF TALC THROUGH THE GENITAL TRACT

In the adult female, the peritoneal cavity communicates with the outside via the fallopian tubes, uterus, and vagina. It is an open system (Netter, Crum, Blaustein). This is apparent in literature describing normal female external genitalia. (Lloyd 2005). MRI evidence also demonstrates an open vagina even in its nondistended state. (Barnhart 2006). As such it is universally accepted in the gynecologic community that substances migrate and/or be transported in both directions.

Evidence to support the migration/transport of talc particles and fibers includes, but is not limited to:

1.     Sperm: Sperm move more quickly through the genital tract than would be predicted from innate motility, indicating a transport mechanism. In addition, dead sperm and inanimate sperm particles (lacking flagella) are efficiently transported upwards through the uterus

13

and tubes. (Jones and Lopez 2006). This process involves directed uterine contractility that has been confirmed through research of intrauterine pressure measurements. (Kissler et al. 2004).

2.  Carbon particles: Inert carbon particles were placed in the posterior vaginal fornix and observed in the fallopian tubes 28 and 34 minutes later (2 out of 3 patients tested). This research confirmed that sperm motility is not the chief factor in transport and that contractions of the uterus are likely involved in process of migration/transport of particles through the genital tract. (Egli and Newton 1961).

3.  Retrograde menstruation: The transport of menstrual flow into the peritoneal cavity was first proposed by Sampson in 1927 and is now well-established as the mechanism for endometriosis initiation. The prevalence of retrograde menstruation has been described in 90% of investigated women. (Blumenkrantz et al. 1981; Halme et al. 1984).

4.  Particulate radioactive material: Particulate radioactive material was placed in the posterior vaginal fornix. Twenty four hours later, radioactive material was present in the adnexa separate from the uterus in 2/3 of cases The authors concluded that the transit of particles from the vagina to the peritoneal cavity and the ovaries "is probably the same for many chemical substances used for hygienic, cosmetic, or medicinal purposes, many of which may have potential carcinogenic or irritating properties . . . migration of certain chemical substances could play an important aetiological role in gynaecological diseases and especially in carcinoma of the ovary." (Venter and Iturralde 1979).

5.  Bathwater: Psooy in 2010 demonstrated that bathwater can become entrapped in the vagina in females with normal anatomy. (Psooy 2010).

6.  "Uterine peristaltic pump": Rapid and sustained sperm transport from the cervix to the fallopian tube is provided by uterine peristaltic contractions that can be visualized by vaginal sonography. (Kunz 1997; Zervomanoklakis et al. 2007).

7.  Glove powder: Studies have demonstrated retrograde migration of starch after gynecological examination with powdered gloves. The authors concluded that: "Consequently, powder or any other potentially harmful substances that can migrate from the vagina should be avoided." (Sjösten, Ellis, and Edelstam 2004).

8.  Talc: Studies have documented the presence of talc particles in the adnexa, ovaries, and peritoneum. The authors of these studies have concluded that this occurs as a result of migration of talc particles from the vagina through the cervix, uterus, and fallopian tubes. (Henderson et al. 1971, 1979; D. W. Cramer 1999; Heller et al. 1996). Talc has also been noted in pelvic lymph nodes which could also occur through migration, absorption, or inhalation with transport through the lymphatic system. (Cramer et al. 2007). A follow-up to the 2007 study regarding the presence of talc in lymph nodes and other pelvic organs controls for contamination as a potential source of the talc particles seen. (McDonald 2019 AJCP).

14

The migration of particles, including talc, asbestos and other constituents of talcum powder products, from the perineum to the upper genital tract (tubes and ovaries) is a key element in the mechanism by which talcum powder products cause ovarian cancer. The evidence supporting this process is robust and universally accepted by the medical community. [3] (FDA Citizens Petition response 2014). I have considered the limited evidence to the contrary and find it non-persuasive.

In addition to perineal application resulting in migration and transport of particles through the genital tract, inhalation of these particles is another recognized route of exposure. (IARC 2012; W. E. Longo, Rigler, and Egeland 2017; Steiling et al. 2018; Cramer et al. 2007). With either of these routes, talcum powder components can also be directly absorbed into the lymphatic system and bloodstream.

## VIII.  INFLAMMATION AND MOLECULAR BASIS FOR CARCINOGENESIS OF TALCUM POWDER PRODUCTS

The link between inflammation and cancer has been recognized since the 1800s. Inflammation and oxidative stress increase the risk of cancer, including ovarian cancer. It has been known since the 1940's that talc causes inflammation. (Eberl and George 1948).

There is an increased risk of malignancy with many inflammatory processes, including infection, autoimmune diseases, hypoxia, and chemical and physical agents (including talc and asbestos).

1.  Virchow noted inflammatory cells (leukocytes) in neoplastic tissue as early as 1863.

2.  Inflammation resulting from talcum powder use has been proposed as a potential mechanism for the association with EOC. (Ness 1999; Balkwill & Mantovani 2001; Phung et al. 2022). [4]

3.  Both tumor cells and inflammatory cells produce cytokines and chemokines which can contribute to cancer growth and spread.

4.  Cytokines from inflammation/oxidative stress can influence multiple steps of the neoplastic process: survival, growth, mutation, proliferation, differentiation, and movement of cells. (Balkwill and Mantovani 2001; Reuter et al. 2010; Crusz and Balkwill 2015; Kiraly et al. 2015; Fletcher et al. 2019). Below are examples of inflammatory cytokines and their influence on cancer:

    a.  Tumor necrosing factor (TNF) can induce reactive oxygen (nitric oxygen (NO)) which can cause DNA damage. DNA damage can also occur by inhibiting cytochrome p450.

---

[3] FDA states that the "potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable.

[4] Richard Zazenski, Director Product Safety for Luzenac, states in an email to Bill Ashton, on September 30, 2004: "I came across this paper this morning published in the April 2004 journal "Human Reproduction", an official journal of the European Society for Human Reproduction and Embryology. It offers some compelling evidence **in support of the** 'migration' hypothesis. Combine this 'evidence' with the theory that talc deposition on the ovarian epithelium initiates epithelium inflammation – which leads to epithelium carcinogenesis – and you have a potential formula for NTP classifying talc as a causative agent in ovarian cancer." ("IMERYS137677-IMERYS137690" 2004).

15

     b.     Migration inhibitory factor (MIF) can inhibit the activity of p53 which is a tumor suppressor.

     c.     IL-6, IL-1, IL-8 are all known to stimulate tumor cell proliferation and survival.

     d.     Multiple inflammatory cytokines (TNF, IL-1, IL-6, TGF beta 1) can stimulate angiogenesis.

     e.     TNF and IL-1 stimulate adhesion to promote invasion and metastasis of cancer cells.

5.     Inflammation/oxidative stress affects all phases of cancer development and growth and is implicated in pathogenesis of ovarian cancer. This leads to decreased apoptosis and increased anaerobic metabolism. Anaerobic metabolism leads to an acidic state which facilitates cancer growth. (G. Saed 2017; G. M. Saed et al. 2010; Jiang et al. 2011; Shan and Liu 2009; Freedman et al. 2004).

6.     Talcum powder causes inflammation/oxidative stress both *in vitro* and *in vivo* (in both animal and human tissues). (Eberl and George 1948; Graham and Jenkins 1952; Hamilton et al. 1984; Buz'Zard and Lau 2007; Shukla et al. 2009; Fletcher et al. 2019; Akhtar 2010, 2012; Mandarino et al. 2020; Emi et al. (2021); "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96- 6) (NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)" 1993; Keskin et al. 2009).

7.     Although the literature is still somewhat contradictory, aspirin and other non-steroidal anti-inflammatory drugs have been shown to prevent and treat certain types of cancer, particularly colorectal. (Trabert et al. 2019; Rayburn, Ezell, and Zhang 2009; Chan et al. 2005).

8.     Fletcher et al. describes induction of gene point mutations after Johnson's Baby Powder exposure, corresponding to known single nucleotide polymorphisms (SNPs) in normal and ovarian cancer cells *in vitro*. These SNPs alter the activities of key oxidant enzymes and enhance the pro-oxidant state. This process of gene mutation is part of the carcinogenic cascade initiated by inflammation and oxidative stress. These results are consistent with other *in vitro* studies. (Shukla et al. 2009, Buz'Zard and Lau 2007, Akhtar et al. 2010, 2012; Mandarino et al. 2020; Emi et al. (2021). Harper 2023reported cell proliferation, neoplastic transformation and p53 mutations when cells in culture were exposed to Johnson's Baby Powder.

9.     In summary, inflammation/oxidative stress has been well established as a significant factor in the development of cancer, including epithelial ovarian cancer. Inflammation/oxidative stress facilitates cancer growth at multiple steps. A recent review article provides a comprehensive discussion of the role of inflammation in the initiation, development, progression, metastasis, and chemoresistance of EOC. This paper identifies talc exposure as one source of inflammation in the ovary and fimbria. (Savant 2018).



**Figure 1.** Sources of inflammation in the ovary and fimbriae. Ovulation, retrograde menstruation, endometriosis, infections, exposure to talc, Polycystic Ovarian Syndrome (PCOS), and obesity result in exposure of the ovary and fimbriae to reactive oxygen species (ROS), oxidative stress, cytokines, and growth factors, generating an inflammatory response that leads to additional production of ROS and cytokines in the ovary. Unresolved, chronic inflammation is a critical risk factor for tumor initiation.

(Savant 2018).

## IX.    CORNSTARCH

Since 1948 with a publication from Johnson & Johnson's own laboratory, it has been clear that starch is a safer alternative to talc for use on surgical gloves. Starch, unlike talc, is not an irritant and can be absorbed readily. (Eberl and George 1948).

A review paper by Whysner and Mohan in 2000 evaluated the available literature regarding the effects of cornstarch in the peritoneal cavity, comparing the potential risk of ovarian cancer with cornstarch versus talc. Unlike talc, the authors noted that 1) cornstarch is capable of being removed by physiologic processes from the peritoneal cavity, 2) cornstarch contains no asbestos, and 3) epidemiologic studies reviewed found no relationship between cornstarch powder use and ovarian cancer. The authors concluded that any increased risk for ovarian cancer as a result of perineal exposure to cornstarch was biologically implausible. (Whysner and Mohan 2000).

## X.    DETERMINING WHETHER A RISK FACTOR IS CAUSATIVE

Although Bradford Hill factors are primarily an epidemiologic tool, the general principles provide a framework for clinical doctors to assess whether diseases like cancer can be caused by a particular agent, condition, or practice. The Bradford Hill factors are not a formal checklist. These considerations are the same as those that I apply regularly, both in my clinical practice and research, and are similar to the principles of evidence- based medicine. (Brewster 2017 in DiSaia and Creasman, Fedak 2015).

The factors as described by Bradford Hill are:

17

1. Strength (effect size): A small association does not mean that there is not a causal effect, though the larger the association, the more likely that it is causal.

2. Consistency (reproducibility): Consistent findings observed by different persons in different places with different samples strengthens the likelihood of an effect.

3. Specificity: Causation is more likely if there is a specific disease with no other likely explanation. Most frequently used example is a specific bacterium causing a particular disease (e.g., M. tuberculosis causes TB and T. pallidum causes syphilis). The more specific an association between a factor and an effect is, the bigger the probability of a causal relationship, but this is not necessarily required.

4. Temporality (and Latency): The effect must occur after the cause (and if there is an expectant delay between the cause and expected effect, then the effect must occur after that delay).

5. Biological gradient (Dose-response): Greater exposure should generally lead to greater incidence of the effect. There may also be a minimum level of exposure necessary (threshold). As a general principle of pharmacology and toxicology, the likelihood of a response increases with longer and more frequent exposure to an agent (dosage). (Klaassen and Doull 2013).

6. Plausibility: A plausible mechanism between cause and effect is helpful (but Hill noted that knowledge of the mechanism can be limited by current knowledge). Knowledge and understanding of the biological mechanisms changes over time.

7. Coherence: Coherence between epidemiological and other research data/findings increases the likelihood of an effect. Coherence is the idea that an alleged association should not conflict with substantive knowledge that exists regarding the disease at issue.

8. Experiment: "Occasionally it is possible to appeal to experimental evidence". This factor often refers to support from animal and clinical research with sound methodology. Has there been an attempt to collect data to analyze a cause and effect relationship? Do studies use controls when feasible? Are experiments reproducible? Are there ethical limitations?

9. Analogy: The effect of similar factors may be considered. All the rules relating to scientific methodology must be employed at each stage of the analogy. (Fedak et al. 2015).

I considered these aspects of a causal relationship in determining whether talcum powder products cause ovarian cancer.

**Strength**
Overall, the studies show a 1.3-1.4 odds ratio of increased risk of ovarian cancer among perineal talc users. A recent and most complete meta-analysis determined an odds ratio of 1.31 with any perineal talc use and the development of ovarian cancer. An association with ever use of talc was found in case-control studies (OR = 1.35) and in the newest cohort study publication (HR range = 1.17-3.34) when adjusted for exposure misclassification. Cohort studies also found an association between talc use and invasive serous type ovarian cancer. (Penninkilampi and Eslick 2018). If invasive serous ovarian cancer or frequent use is considered, the association is even stronger.

18

Strength is also supported when there are numerous studies with consistent findings as in the case of talcum powder and the association with ovarian cancer. In general, many of the studies are well conducted, numerous and consistent, making the strength of the association valid. When looking at causation of a relatively rare disease like ovarian cancer, this magnitude of risk is statistically and clinically significant and not unusual. With ovarian cancer, a disease which is difficult to diagnose and deadly, any preventable risk factor (talcum powder) should be deemed critically important and avoided.

**Consistency**

The magnitude of risk has been consistent over four decades, across various geographic populations and throughout the United States, Canada, and Australia. Results are generally consistent across case-control, meta-analysis, and pooled analysis studies. I deemed the consistency and replication of the studies to be important in my causation analysis.

**Specificity**

The most compelling disease associated with talcum powder use is epithelial ovarian cancer, therefore specificity for a disease is demonstrated. The most recent cohort publication also addressed specificity as there was no association between genital talc use and increased risk of uterine or breast cancer.

**Temporality**

Exposure to talcum powder and the resultant development of ovarian cancer meets the temporality consideration that the outcome follows the event. The average latency period between exposure to talc and diagnosis of ovarian cancer is at least twenty years. This is consistent with other cancers known to be caused by chemicals and/or toxins. (Purdie et al. 2003; Okada 2007).

**Biologic Gradient (Dose-response)**

Exposure is difficult to quantify with talcum powder applications with regard to how much is used, where it is concentrated, and how much actually reaches the tubes and ovaries; Many of the studies did not obtain the necessary information to evaluate dose response and lacked adequate power to assess dose-response accurately. Despite the lack of sufficient information in many studies, recent meta-analyses/pooled study and a case-control studies do show a dose response, using frequency and duration of use as parameters. (Penninkilampi and Eslick 2018; Cramer et al. 2016; Schildkraut et al. 2016; Terry et al. 2013; Wu et al. 2015). Data from the Nurse's Health Study demonstrated a dose response between non-users, less frequent users, and daily users. (Woolen 2022, Supp. Table 1). Similarly, the O'Brien (2024) publication looking at the Sister Study cohort found an even higher increased risk with frequent use and long duration of use. Modern medicine also recognizes that a monotonic dose-response curve is often overly simplistic (e.g., asbestos demonstrates a threshold rather a linear dose-response). Response can vary based on unique characteristics of the given population, exposure routes, molecular endpoints, individual susceptibility and synergistic or antagonistic effects of cumulative exposures. (Fedak et al. 2015). Given the limitations of the data, I consider this a less important factor when compared to the strength of the association, consistency, and the biological mechanism.

**Plausibility**

The general mechanism by which talcum powder products cause ovarian cancer is established as

19

an inflammation-induced process. It is well-accepted that particles reach the fallopian tubes and ovaries through migration/transport through the genital tract. These particles can also reach the pelvic organs through inhalation. The particles elicit an inflammatory tissue response and initiate a cascade of events and pathways at the cellular level that result in cancer formation. This process is well-described by the medical and scientific community. In addition, as previously discussed in this report, various components of talcum powder products, including asbestos and fibrous talc, are known carcinogens and known to cause cancer by similar mechanisms.

**Coherence**

The findings and conclusions from epidemiological, animal, and *in vitro* studies are coherent with what is known about ovarian cancer. There is also consistency with what is known about other gynecological malignancies and other cancers induced by environmental and occupational exposures.

**Experiment**

Causation of ovarian cancer by talcum powder is supported by laboratory (*in vitro* and *in vivo*) experiments. Research is ongoing which will further elucidate specific processes.

Prospective randomized controlled clinical trials to evaluate talcum powder products and their relationship to ovarian cancer are not feasible for a variety of ethical and methodological reasons. These include the recognized toxicity of talc, asbestos, and other constituents of talcum powder, the absence of therapeutic benefit, the long latency period, and the seriousness of ovarian cancer.

**Analogy**

As with consistency, plausibility, and coherence, the association between talcum powder and ovarian cancer is analogous to other diseases caused by various and specific carcinogens. For example, smoking causes lung cancer, asbestos causes mesothelioma and ovarian cancer, sun exposure causes skin cancer, and HPV causes cervical cancer. All of these cancers are the result of an inflammatory process initiated by a foreign agent.

Applying these Bradford-Hill guidelines and the principles of evidence-based medicine, it is my opinion that the genital use of talcum powder can cause ovarian cancer. In recent years, other scientists, physicians, and organizations have reached this same conclusion. (Health Canada 2021; IARC 2012; Penninkilampi and Eslick 2018; Schildkraut et al. 2016; Cramer et al. 2016).

Health Canada published its comprehensive final assessment on the health risks associated with talcum powder usage in the genital area, reaching similar conclusions described in my analysis. (Health Canada Assessment 2021). The human health portion of Health Canada's assessment underwent external peer review. These conclusions include:

1. "With regards to perineal exposure, analyses of the available human studies in the peer-reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer." (iii)

2. "The available data are indicative of a causal effect." (iii)

3. "Although there are uncertainties related to bias [in the epidemiological studies], there is confidence in the robustness of the available database for use in characterizing cancer risk

20

attributed to talc exposure. Furthermore, the available data are indicative of a causal relationship." (36)

4. Referencing at least 15 documents and articles, "[p]articles of talc are able to migrate into the pelvis and ovarian tissue…" (33)

5. "[T]here is support for an association on inflammation and increased risk of ovarian cancer." (20-21)

6. "With respect to talc and induction of tumours, local chronic irritation leading to an inflammatory response is one possible mechanism of tumour progression that is frequently cited in the literature." (20-21)

## XI.    SUMMARY OF GENERAL OPINIONS

The opinions in this report are provided to a reasonable degree of medical and scientific certainty. A summary of these opinions follows:

1. Based on epidemiological studies, the established biological mechanism, and evidence of the presence of asbestos, fibrous talc, and other known carcinogens, talcum powder products cause epithelial ovarian cancer in some women.  The genital use of talcum powder products presents a significant risk factor for ovarian cancer for *all* women who use the products.

2. When looking at epidemiological studies in their totality, the data demonstrates a consistent, replicated, and statistically significant increased risk of developing epithelial ovarian cancer with perineal talcum powder use.

3. Asbestos and fibrous talc are known human carcinogens, including ovarian cancer (IARC 2012) and have been shown to be present in Johnson's Baby Powder and Shower to Shower. In addition, other known constituents of talcum powder products (including nickel, chromium, and cobalt) are carcinogenic, and their presence likely contributes to the cancer-causing properties of talcum powder products.

4. The extensive number of fragrance chemicals added to the talcum powder products likely contributes to the inflammatory properties, toxicity, and carcinogenicity of these products.

5. The migration/transport of talcum powder and its constituents, to the upper genital tract (tubes and ovaries) is a key element in the mechanism by which talcum powder products cause ovarian cancer. The evidence supporting migration is robust and universally accepted by the gynecologic community. In addition to perineal application resulting in migration and transport of particles and fibers through the genital tract, inhalation of these particles is another recognized route of exposure.

6. Inflammation/oxidative stress is an early and essential step in the molecular process by which talcum powder products cause ovarian cancer.

7. Cornstarch is a safer alternative to talcum powder.

8. Talcum powder use is a preventable causative risk factor for EOC.

21

Based on my education, training, experience and expertise in ovarian and other gynecologic cancers, review of the totality of the evidence, analysis and weighing the data in the context of Bradford Hill and the principles of evidence-based medicine, it is my professional opinion to a reasonable degree of scientific and medical certainty that Johnson's Baby Powder and Shower to Shower products cause epithelial ovarian cancer in some women. The use of talcum powder products presents a significant risk factor for ovarian cancer in *all* women who use the products.

# Exhibit A

## CURRICULUM VITAE

### Judith K Wolf, MD

**PRESENT TITLE AND AFFILIATION**

Gynecologic Oncologist
Locum Tenens
01/2021 to present

Goshen Center for Cancer Care, Goshen, IN 4/2020- 6/2022
Rochester General Hospital, Rochester NY1/2021-12/2021
Hershey Medical Cancer, Hershey PA 4/2022-7/2023
Park Nicolett Minneapolis, MN 4/2023-10/2023

**CITIZENSHIP**

United States

**PREVIOUS WORK EXPERIENCE**

Gynecologic Oncologist
Community Health Network
Clearvista Parkway
Indianapolis, IN
06/2018 to 01/2021

Chief Medical Officer

ProvistaDx
55 Broad St 18ᵗʰ Floor
New York, NY 0004
6/2016-6/2018

Chief Medical Officer

Vermillion, Inc
12117 Bee Caves Rd
Austin TX 78738
9/2014-6/2016
9/2014- 6/2016

Division Chief of Surgery
Banner MD Anderson Cancer Center
2946 E Banner Gateway Dr
Gilbert, AZ 85235
6/2011-9/2014

Professor of Gynecologic Oncology
The University of Texas MD Anderson Cancer Center
1515 Holcombe Blvd
Houston, TX 77030
7/1995-6/2011

**EDUCATION**

**Degree-Granting Education**

University of Akron, Akron, OH, BS, 1982, Natural Sciences
Northeastern Ohio Universities College of Medicine, Rootstown, OH, MD, 1986, Biomedical Science
The University of Texas Health Science Center at Houston, Houston, TX, MS, 1993, Biomedical Sciences- Thesis, Characterization of two populations of the human ovarian cancer cell line, 2774, that express different levels of epidermal growth factor receptor.

**Postgraduate Training**

Residency, Obstetrics and Gynecology
U.T. Health Science Center at San Antonio, San Antonio, TX, Dr. Carl J. Pauerstein
07/1986-06/1990
Fellowship, Gynecologic Surgery
University of Minnesota, Duluth, MN, Dr. Leo Twiggs
07/1990-6/1991
Fellow, Gynecologic Oncology, Department of Biology The University of Texas MD Anderson Cancer Center, Houston, TX, Dr J Taylor Wharton 07/91-06/93
Junior Faculty Associate, Gynecologic Oncology The University of Texas MD Anderson Cancer Center, Houston, TX, Dr. J. Taylor Wharton 07/1993-06/1995

**CREDENTIALS**

**Board Certification**

American Board of Obstetrics and Gynecology, (Written Exam), 1990
American Board of Obstetrics and Gynecology: Special Qualification in Gynecologic Oncology, (Written Exam), 1996
American Board of Obstetrics and Gynecology,1997
     -Recertified 2022- 12/31/2023
American Board of Obstetrics and Gynecology: Special Qualification in Gynecologic Oncology, 2000
    -Recertified 2022-12/31/2023

**Licensures**
**Active**
State of Arizona, AZ, 45110, 7/2011 – current
State of Indiana, IN 01074549B, 9/2014- current
State of Georgia, GA 173182 6/2014- present
State of Wisconsin 71734-20 9/5/2019-present
State of New YOrk307831 12/2020 to present
State of North Carolina 257141 2/13/2020 to present
State of Pennsylvania MD476656 1/31/2022 to present
State of Virginia  0101275018 4/27/2022 to present
State of Tennessee 66290 10/72022 to present
State of Minnesota 33916 1/1990-1/1993 and 4/18/23 to present
**Inactive**
State of Kentucky- temporary license TP 106 9/6/22-4/1/2023
State of Texas, TX, H4856,1988–8/2012

**EXPERIENCE/SERVICE**
**Academic Appointments**

Assistant Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 1995−1999
Assistant Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 1999−2002
Associate Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 2002−8/2008
Graduate Faculty, Biomedical Sciences, Graduate School of Biomedical Sciences, The University of Texas Houston Health Science Center, Houston, TX, 2003−2011
Associate Professor, Department of Gynecologic Oncology, Blanton Davis Ovarian Cancer Research Program, The University of Texas M. D. Anderson Cancer Center, Houston, TX, 2006−8/2008
Associate Director, Department of Gynecologic Oncology, Developmental Therapeutics,
The University of Texas MD Anderson Cancer Center, Houston, TX, 2006−2011
Co-Division Director, Department of Gynecologic Oncology, Division of Surgery, Baylor College of Medicine, Houston, TX, 4/2006−4/2007

Professor, Department of Gynecologic Oncology, Blanton Davis Ovarian Cancer  Research    Program,
The University of Texas MD Anderson Cancer Center, Houston, TX, 2008-2011

Associate Director, Department of Gynecologic Oncology, Developmental
Therapeutics,  The University of Texas MD Anderson Cancer Center, Houston, TX, 2011

Division Chief, Surgical Oncology, Banner MD Anderson Cancer Center, Gilbert, AZ 6/2011-9/2014

Vice Chair, Department of Oncology Services, Banner MD Anderson Cancer Center, Gilbert, AZ 6/2011-/9-2014

Adjunct Professor, Gynecologic Oncology, University of Texas, MD Anderson Cancer Center, Houston, Texas, 2012- 2014

Clinical Professor, Division of Clinical Education, Arizona College of Osteopathic Medicine, Midwestern University, Arizona, 2012- 2014

**Administrative Appointments/Responsibilities**
**Assistant Program Director (Research),** Fellowship in Gynecologic Oncology, Division of Surgery, The University of Texas M. D. Anderson Cancer Center, Houston, TX, 1999−2004
**Medical Director,** Community Relations, Department of Gynecologic Oncology, Division of Surgery,
The University of Texas MD Anderson Cancer Center, Houston, TX, 4/2008−2011
**Other Appointments/Responsibilities**
        **Member**, Felix Rutledge Society, Houston, TX, 1995-Present
           President, Felix Rutledge Society, 2008-2009
**Member**, Society of Gynecologic Oncologists, Chicago, IL, 1996−Present
**Member**, Quality and Outcomes Committee, Society of Gynecologic Oncology, 2012-Present
**Member**, Breakthrough Series; Improving Care at the End of Life, Houston, TX, 1997−2011
**Founder-Chairman**, Sprint for Life 5K Fun Run, M. D. Anderson Cancer Center, Houston, TX, 1998−Present
**Chairman**, Medical and Scientific Advisory Board, National Ovarian Cancer Coalition, Dallas, TX, 2003−Present
**President**, Houston Gynecologic & Obstetrics Society, Houston, TX, 2003−2004
           **Treasurer**, Houston Gynecologic & Obstetrics Society, Houston, TX, 1998−2000
           **Vice President**, Houston Gynecologic & Obstetrics Society, Houston, TX, 2001-
**Member**, Gynecologic Oncology Group, Philadelphia, PA, 2001−2011
**Departmental Liaison**, M D Anderson Cancer Center Women Faculty Programs, Houston, TX, 2/2010−2011
**Endowed Positions**
N/A

**Consultantships**
N/A
**Military or Other Governmental Service**
N/A
**Institutional Committee Activities**
Medical Records Committee, Member, 1995−2011
Clinical Research Committee, Member, 1997−2000
Women's Faculty Administrative Organization Steering Committee, Member, 1998−1999
Cancer Committee, Hermann Hospital, Member, 1998−2001
Search Committee, Anesthesia, Member, 1999−2000
Ovarian SPORE Executive Committee, Member, 1999−2011
Student and Trainee Resources-Clinical Fellow's Research Award, Faculty Reviewer, 1999
Cancer Therapeutics Discovery Program Grants, Reviewer, 2000−2004
Clinical Research Committee, Member, 2001−2004
Search Committee, Internal Medicine, Member, 2001
Uterine SPORE Executive Committee, Member, 2003−2011
Faculty Promotion and Tenure Committee, Division of Surgery, Member, 2003−2011
Gynecologic Oncology Surgical Research Program (GO-SRP) Committee, Member, 2004−2011
Fellowship Planning Committee, Member, 2004−2011
Blanton-Davis Ovarian Cancer Research Program Executive Committee, Member, 2004−2011
Faculty Celebration Steering Committee, Member, 2004
Gynecologic Oncology Center for Surgical Research (GOCSR), Member, 2004
Ovarian Working Group, Department of Gynecologic Oncology, Chairman, 2005−2011
Search Committee, Department of Nephrology Chair, Member, 2005
Gynecologic Oncology T32 - Program Steering Committee, Member, 2005
The University of Texas M. D. Anderson Cancer Center, Gynecologic Oncology Group (GOG), Co-Principal Investigator, 2005-2011
Faculty Celebration Gala, Chairman, 2005
Faculty Leadership Committee, Member, 2006−2011
Executive Committee of Faculty Senate, Member, 2007−2009

Faculty Senate Committee, Chair Elect, 2010−2011
          Faculty Senate Committee, Chair, 2011 – 2012
          Faculty Senate Committee, Member, 2006−2011
Gynecologic Oncology Committee for New Institute of Personalized Cancer Therapy, Head, 4/2008−2011
Award Nomination Selection Committee, 2010-2011
Clinical Research Counsel, Member, 6/2008−2011
Clinical Research Committee, Member, 7/2009−2011
Women Faculty Programs, Member, 8/2009−2011
Charitable Activities Committee Subcommittee, Member, 2010−2011
OPPE/FPPE, Department Safety Officer, 2/2010−2011
Institutional Review Board 1 (IRB1), Associate Member, 8/2010−2011
Vice Chair, Department of Oncology Services, BMDACC, 2011- 2014

BMDACC Perioperative Logistic Committee, 2011- 2014

BMDACC Surgery Committee, 2011- 2014t

BMDACC Phase II Steering Committee, 2011-2014

Relationship Committee between UT MD Anderson Cancer Center and BMDACC, 2011- 2014

BMDACC Research Faculty Guidance Committee, 2011- 2014

Banner Medical Group Knowledge Management Committee, 2012- 2014

BMDACC, Affiliate of UTMDACC for Gynecologic Oncology Group (GOG), Principal Investigator, 2012- 2014

BMDACC Biospecimen Governance Committee Chair 2013- 2014

BMDACC Research Committee, Co-chair 03/2013- 2014

Banner Health Oncology Steering Committee, 5-9/2014
**HONORS AND AWARDS**
Medical Honor Society, Alpha Omega Alpha, 1986
Galloway Fellowship in Gynecologic Oncology, Memorial Sloan Kettering Cancer Center, 1989
Best Doctors in America®, 2005−2006, 2006−2007, 2007−2008, 2011, 2013
**RESEARCH**
**Grants and Contracts (past 5 years)**
**Funded**
Principal Investigator-MDACC, J. S. Blanton Research Fund, J. S. Blanton Research Fund, 1999−2011, $116,367
Principal Investigator, 10%, Gene Developmental in Ovarian Cancer, Specialized Program of Research Excellence, 2001− 2011, $50,000
Principal Investigator, Gene Therapy Development Award, W. M. Keck Center for Cancer Gene Therapy Development Award, 2001− 2011, $50,000
Principal Investigator, Texas Federation of Business Professional Women Award, Texas Federation of Business Professional Women Award, 2001− 2011, $6,337
Principal Investigator, The Ovarian Cancer Survivors Fund, Don-Ray George & Associates, 2003 – 2011, $116,126
Co-Investigator, Efficacy and Mechanism of SERMs for Recurrent / Advanced Endometrial Cancer, Molecular Progression of Endometrial Cancer, P150CA098258, Specialized Program of Research Excellence, PI - Karen H. Lu, 9/1/2003 – 8/31/2008,  $992,019

Principal Investigator-MDACC, Gynecologic Oncology Center for Surgical Research (GOCSR), Houston Jewish Community Foundation, 2004 − 2011, $50,000
Principal Investigator-MDACC, Susan G. Koch Ovarian Cancer Research Fund, Susan G. Koch, 2005 − 2011, $50,000
Co-Investigator, The University of Texas M D Anderson Cancer Center, Gynecologic Oncology Group, Gynecologic Oncology Group, PI - Robert Coleman, M.D., 2005 – 2011.
**Pending**
N/A
**Other**
N/A
**Completed**
Principal Investigator, Evaluation of the Effect and Mechanism of Action of Adenovirus-mediated Tumor Suppressor Gene Therapy of Ovarian Cancer, Gynecologic Cancer Foundation, 1998−2006, $25,000
Co-Investigator, Evaluating Fatigue and Other Symptoms of Ovarian cancer Patients with Ecological Momentary Assessment, Ovarian Cancer Research Development Award, PI - Karen Basen Engquist, Ph.D., 1999−2006, $50,000
**Not Funded**
N/A
**Protocols**
**Funded**
Principal Investigator, Evaluating Fatigue and Other Symptoms of Ovarian Cancer Patients with Ecological Momentary Assessment, ID99-, 1999, Ovarian Cancer Research Development Award
Principal Investigator, A Phase II Study of Oral Xeloda Administered Twice Daily for Fourteen Days Every Three Weeks to Patients with Advanced Ovarian, Tubal or Peritoneal Cancer Refractory to Platinum and Taxanes, GYN 00-275, 2000−2001
Co-Principal Investigator, Phase II Evaluation of Oxaliplatin in Persistent or Recurrent Squamous Cell Carcinoma of the Cervix, GOG127P, PI - Charles Levenback, 2000−2003, GOG
Principal Investigator, A Phase 1 Dose Escalation Study of Intraperitoneal E1A Lipid Complex (1:3) with Combination Chemotherapy in Women with Epithelial Ovarian Cancer, ID 99-316, 2000−2006
Co-Principal Investigator, A Phase II Evaluation of Thalidomide (NSC #66847, IND #48832) In the Treatment of recurrent or Persistent Leiomyosarcoma of the Uterus, GOG231B, PI - Diane Bodurka, 2001−2002, GOG
Co-Principal Investigator, A Phase II Multicenter Study of Oral Xeloda Administered Twice Daily for Fourteen Days Every Three Weeks to Patients with Advanced or Recurrent Cervical Cancer, GYN01-080, PI - Lois Ramondetta, M.D., 2001−2003
Collaborator, A 2-Part Phase I/II Study of Extended Field External Irradiation and Intracavitary Brachytherapy combined with Chemo (Weekly Cisplatin-Arm 1) and Amifostine (Weekly Cisplatin and Amifostine-Arm 2), RTOG-C0116, PI - Anuja Jhingran, M.D., 2001− 2011, RTOG
Principal Investigator, A Phase I/II Study to Evaluate the Maximum Biologic Dose of Pegylated-Interferon (PEG- INTRON) in Patients with Platinum Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, ID02-115, 2002−2005, $100,000, Integrated Therapeutics Group/Schering Plough
Collaborator, A Phase II Evaluation of Decetaxel and Gemcitabine Plus G-CSF in the treatment of recurrent of Persistent Leiomyosarcoma of the Uterus, GOG-0131G, PI - Lois Ramondetta, M.D., 2002−2005, GOG
Collaborator, A Phase II Evaluation of Liposomal Doxorubicin (Doxil) in the Treatment of Persistent or Recurrent Squamous Cell Carcinoma of the Cervix, GOG 127-R, PI - Diane Bodurka, M.D., 2002−2005, GOG
Co-Principal Investigator, Phase II Study of Irofulven (IND #48914) in Patients with Refractory or Recurrent Advanced Epithelial Ovarian Cancer Using Every-Other-Week Dosing, GYN01-486, PI - Diane Bodurka, 2002−2005
Collaborator, A Phase II Evaluation of Capecitabine (NSC#712807) in the Treatment of Persistent or Recurrent Non-squamous Cell Carcinoma of the Cervix, GOG-0128G, PI - Diane Bodurka, M.D., 2002− 2011, GOG
Collaborator, Treatment of Patients with Stage IB2 Carcinoma of the Cervix: A Randomized Comparison of Radical Hysterectomy and Tailored Chemo-Radiation versus Chemo-radiation, GOG0201, PI - Charles Levenback, M.D., 2003−2005, GOG
Collaborator, A Randomized Study of Tamoxifen versus Thalidomide (NSC no.66847) in Patients with Biochemical-Recurrence- Only Epithelial Ovarian Cancer of the Fallopian Tube, and Primary Peritoneal Carcinoma after First-Line Chemotherapy, GOG-0198, PI - Robert Coleman, M.D., 2003−2006, GOG
Collaborator, A Phase I/II Study of COX-2 Inhibitor, Celebrex (Celecoxib), and Chemoradiation in Patients with Locally Advanced Cervical Cancer, RTOG-C0128, PI - Patricia Eifel, M.D., 2003−2011, RTOG
Principal Investigator, A Phase I/II Study of Gleevec/Taxol in Patients with Newly Diagnosed Stage IIIC or IV or Recurrent (any stage) Uterine Papillary Serous Carcinoma (UPSC), GYN03-0177, 2003−2011, Novartis
Collaborator, A Phase III Clinical Trial of Tisseel VH Fibrin Sealant to Reduce Lymphedema Incidence after Inguinal Lymph Node Dissection Performed in the Management of Vulvar Malignancies, GOG195, PI - Pedro Ramirez, M.D., 2003−2011, GOG
Collaborator, A Phase III Randomized Clinic Trial of Laparoscopic Pelvic & Para-Aortic Node Sampling with Vaginal Hysterectomy and BSO versus Open Laparotomy with Pelvic and Para-Aortic Node Sampling and Abdominal Hysterectomy and BSO in Endometrial Adenocarcinoma and Uterine Sarcoma, GOG-LAP2, PI - Pedro Ramirez, M.D., 2003−2011, GOG
Collaborator, A Phase III Randomized Trial of Paclitaxel and Carboplatin versus Triplet or Sequential Doublet Combinations in Patients with Epithelial Ovarian or Primary Peritoneal Cancer, GOG-0182, PI - John Kavanagh, M.D., 2003−2011, GOG
Collaborator, A Randomized Phase III Study of Paclitaxel plus Cisplatin versus Vinorelbine Plus Cisplatin versus Gemcitabine Plus Cisplatin versus Topotecan Plus Cisplatin in Stage IVB, Recurrent or Persistent Carcinoma of the Cervix, GOG-0204, PI - Charles Levenback, M.D., 2003−2011, GOG
Principal Investigator, Phase I/II Study of Weekly Topotecan and Iressa in Patients with Platinum-Resistant Ovarian/Peritoneal/Fallopian Tube Cancer, 2003-0322, PI - Lois Ramondetta, M.D., 2003−2011, $92,500, GlaxoSmithKline/Astra Zeneca
Principal Investigator, A Phase I/II Randomized Study of Intraperitoneal tgDCC-E1A and Intravenous Paclitaxel in Women with Platinum-Resistant Ovarian Cancer, ID02-321, 2004−2011, $365,000, Marcus Foundation Funds-UT M. D. Anderson Cancer Center
Principal Investigator, A Phase II Study of RAD001 in Patients with Recurrent Endometrial Cancer, 2004-0002 IND 69277, 2004−2011, $111,300, Novartis
Collaborator, A Randomized, Phase II Trial of Doxorubicin/Cisplatin/Paclitaxel and G-CSF versus Carboplatin/Paclitaxel in Patients with Stage III and IV or Recurrent Endometrial Cancer, GOG-0209, PI - Lois Ramondetta, M.D., 2004−2011, GOG
Mentor, Training Grant - Department of Gynecologic Oncology, Training of Academic Gynecologic Oncologists, NIH/NCI, 1 T32CA101642-01A, PI - David M. Gershenson, MD, 2005−2010, $1,535,549 ($181,757/year), NIH/NCI
Collaborator, A Limited Access Phase II Trial of Cetuximab (C225, NSC 714692) in Combination with Cisplatin (NSC #119875) in the Treatment of Advanced, Persistent, or Recurrent Carcinoma of the Cervix, GOG-0076DD, PI - Robert Coleman, M.D., 2005−2011, GOG

Principal Investigator, A Phase I Trial of Tailored Radiation Therapy with Concomitant Cetuximab (C225, NSC# 714692) and Cisplatin (NSC# 119875) in the Treatment of Patients with Cervical Cancer, GOG-9918, 2005−2011, GOG

Collaborator, A Phase II Evaluation of Pemetrexed (Alimta, LY231514, IND #40061) in the Treatment of Recurrent Carcinoma of the Cervix, GOG-0127T, PI - Charles Levenback, M.D., 2005−2011, GOG

Collaborator, A Phase II Evaluation of Thalidomide (NSC# 66847, IND# 48832) In The Treatment Of Recurrent Or Persistent Carcinosarcoma of the Uterus, GOG-0230B, PI - Lois Ramondetta, M.D., 2006−2007, GOG

Principal Investigator, A Dose-Escalating Phase I Study with an Expanded Cohort to Assess Feasibility of Intraperitoneal Carboplatin & Intravenous Paclitaxel in Patients with Previously Untreated Epithelial Ovarian, Primary Peritoneal, or Fallopian Tube Cancer, GOG-9917, 2006−2011, GOG

Collaborator, A Phase II Evaluation of Pemetrexed (Alimta, LY231514, IND #40061) in the Treatment of Recurrent or Persistent Platinum-Resistant Ovarian or Primary Peritoneal Carcinoma, GOG-0126Q, PI - Siqing Fu, M.D., 2006−2011, GOG

Co-Principal Investigator, A Phase II Study of Faslodex in Recurrent/Metastatic Endometrial Carcinoma, GOG-0188, PI - Lois Ramondetta, M.D., 2006−2011, GOG

Co-Principal Investigator, Phase III Carboplatin & Paclitaxel + Placebo vs. Carboplatin & Paclitaxel + Concurrent Bevacizumab (NSC #704865, IND # 7921) follow by Placebo, vs Carboplatin & Paclitaxel + Concurrent & Ext Bevacizumab, in Advanced Stage Epithelial Ovarian & Peritoneal Primary Cancer, GOG-0218, PI - Robert Coleman, M.D., 2006−2011, GOG

Collaborator, A Phase II Evaluation of ABI-007 (IND #55,974) in the Treatment of Persistent or Recurrent Squamous or Non Squamous Cell Carcinoma of the Cervix (Abraxis BioScience, Inc. Study #CA026) (Group B), GOG-0127V, PI - Robert Coleman, M.D., 2006−2011, GOG

Principal Investigator, Preliminary Evaluation of Femara (Letrozole) for Adjuvant Treatment After Completion of First-Line Chemotherapy for Patients with Optimally Debulked and Chemoresponsive Ovarian Cancer, IRB 2006-0689, 2007−2011, $314,989

Principal Investigator, Randomized Phase 2 Study of MLN8237, an Aurora A Kinase Inhibitor, Plus Weekly Paclitaxel or Weekly Paclitaxel Alone in Patients with Recurrent Epithelial Ovarian, Fallopian Tube, or Primary Peritoneal Cancer, Preceded by a Phase 1 Portion in Patients with Ovarian or Breast Cancer, Millennium.

**Unfunded**

Collaborator, A Phase II Study of Intravenously Administered Tirapazamine Plus Cisplatin in Subjects with Cervical Cancer, GYN96-136, PI - Charles Levenback, M.D., 1996−2004

Principal Investigator, Phase I Study of recurrent ovarian cancer Adp53, ID 97-288, 1997

Collaborator, Telomerase Testing in Peritoneal Washings from Ovarian Cancer Patients Undergoing Second Look Laparotomy, LAB98-080, PI - David Gershenson, M.D., 1998−2005

Collaborator, A Pilot Study of Transfusion of rhTPO-Derived Autologous Platelets Cryopreserved with Thrombosol and 2% DMSO in Patients with Gynecologic Malignancy Receiving Carboplatin, GYN97-310, PI - Saroj Vadhan, 1999−2004

Collaborator, Paclitaxel, Carboplatin, and Herceptin for Patients with Untreated Advanced, (Cohort A) or Recurrent Platinum-Sensitive (Cohort B) Epithelial Ovarian Cancer, Peritoneal Cancer, or Fallopian Tube Cancer, GYN99-067, PI - David Gershenson, M.D., 1999−2004

Collaborator, Paclitaxel, Carboplatin, and Herceptin for Patients with Untreated Advanced Epithelial Ovarian Cancer, Peritoneal Cancer, or Fallopian Tube Cancer, GYN99-132, PI - David Gershenson, M.D., 1999−2007

Collaborator, Feasibility of Measuring Gene Expression Patterns Using Tissue Acquisition of Primary Stage III and IV Epithelial Ovarian Cancer, Fallopian Tube, or Primary Peritoneal Cancer and Gene Expression Array Technology for Predicting Paclitaxel Chemotherapy Sensitivity and Resistance, ID00-408, PI - David Gershenson, M.D., 2000−2011

Principal Investigator, Phase II Study of Paclitaxel for Ovarian Stromal Tumors as First-Line or Second-Line Therapy, GOG-0187, 2000

Collaborator, A Phase II Study of Intraperitoneal E1A-Lipid complex for Patients with Advanced Epithelial Ovarian CX without Her-2/Neu Overexpression, ID00-306, PI - Naoto Ueno, 2001−2002

Collaborator, Phase II Study of Intraperitoneal Recombinant Human Interleukin-12 (RHIL-12) in Patients with Peritoneal Carcinomatosis (Residual Disease <1cm) Associated with Ovarian epithelial CX or Primary Peritoneal Carcinoma, ID00-232, PI - Renato Lenzi, 2001−2005

Collaborator, Feasibility Study of Intraoperative Lymphatic Mapping and Sentinel Lymph Node Identification in Patients with Endometrial Cancer, ID01-290, PI - Diane Bodurka, M.D., 2001−2006

Collaborator, A Phase II Multicenter Trial of Paclitaxel and Carboplatin in Women with Advanced (IIIb, IIIc, IVa and IVb) or Recurrent (All Stages) Mixed Malignant Mullerian Tumors (MMMT) of the Uterus, ID01-229, PI - Lois Ramondetta, M.D., 2001−2011

Collaborator, A Phase II Study: Paclitaxel and Pelvic Radiation for Stage I-IIIA Papillary Serous Carcinoma of the Endometrium, ID-418, PI - Anuja Jhingran, 2001−2011

Collaborator, Chemotherapy-Related Toxicities in Ovarian Cancer Patients: Preference Assessments of Patients, Family Members, Ancillary Staff and Gynecologic Oncologists, and Patients' Quality of Life, GYN00-409, PI - Diane Bodurka, M.D., 2001−2011

Collaborator, Clinical and Molecular Genetic Determinants of Late Complication in Patients Treated with Radiation Therapy for Cervical Cancer, LAB01-380, PI - Patricia Eifel, M.D., 2001−2011

Collaborator, Evaluating Fatigue and Other Symptoms of Ovarian Cancer Patients with Ecological Momentary Assessment, ID00-013, PI - Karen Basen-Engquist, 2001−2011

Collaborator, Phase II Study of Mifepristone (RU-486) in the Treatment of PR Positive Advanced/Recurrent Endometrial Adenocarcinoma and Low Grade Endometrial Stromal Sarcoma (LGESS), ID01-212, PI - Lois Ramondetta, M.D., 2001−2011

Collaborator, Use of the CA125 Algorithm for the Early Detection of Ovarian Cancer in Low Risk Women, ID01-022, PI - Karen Lu, 2001−2011

Co-Principal Investigator, Vacuum-Assisted Closure in the treatment of Gynecologic Oncology Wound Failures, RCR01-156, PI - Pedro Ramirez, 2002−2003

Collaborator, Phase I Trial of Concurrent Weekly CPT-11, Cisplatinum, and Radiotherapy for Patients with Newly Diagnosed Stage IIIb-IVa Cancer of the Uterine Cervix, ID02-526, PI - Pedro Ramirez, M.D., 2002−2005

Collaborator, A Phase II Study of Chemoimmunotherapy for Patients with Potentially Platinum Sensitive Müllerian (Epithelial Ovarian, Peritoneal, or Fallopian Tube) Carcinomas, ID02-231, PI - Ralph Freedman, M.D., Ph.D., 2002−2011

Collaborator, A Prevalence Study of HNPCC Gene Mutation in Women with Endometrial Cancers, ID01-533, PI - Karen Lu, M.D., 2002−2011

Collaborator, Feasibility of Measuring Gene Expression Patterns Using Tissue Acquisition of Primary Peritoneal CX and Gene Expression Array Technology for Predicting Paclitaxel Chemo Sensitive and Resistant, ID00-408, PI - David M. Gershenson, M.D., 2002−2011

Collaborator, Modulation of Putative Surrogate Endpoint Biomarkers in Endometrial Biopsies from Women with HNPCC, ID01-340, PI - Karen Lu, M.D., 2002−2011

Collaborator, The Utility and Impact of Computed Tomography and Serum CA-125 in the Management of Newly Diagnosed Ovarian Cancer, ID02-143, PI - Pedro Ramirez, M.D., 2002−2011

Co-Principal Investigator, Evaluation of Molecular Markers in Malignant Mixed Mesodermal Tumors (MMMT) of the Ovary, LAB03-0653, PI - Lois Ramondetta, M.D., 2003−2005

Co-Principal Investigator, A Phase I Study Evaluating the Safety and Tolerability of PS-341(Bortezomib) and Carboplatinum in Patients with Platinum Resistant Recurrent Ovarian Cancer, Primary Peritoneal Cancer, and Fallopian Tube Cancer, ID02-114, PI - Pedro Ramirez, 2003−2007

Collaborator, Phase III Randomized Study of TLK286 Versus Doxil/Caelix or Hycamtin as Third-Line Therapy in Platinum Refractory or Resistant Ovarian Cancer, ID03-184, PI - John Kavanagh, M.D., 2003−2007

Co-Principal Investigator, Role of Secondary Cytoreductive Surgery for Recurrent Ovarian: A 20-Year Experience, RCR03-0803, PI - Pedro Ramirez, 2003−2007

Collaborator, A Phase II Study Evaluating the Utility of Letrozole in the Treatment of Recurrent, Estrogen Receptor (ER) Positive, Epithelial Ovarian Cancer, Fallopian Tube Cancer, and Primary Peritoneal Cancer, ID02-698, PI - Pedro Ramirez, M.D., 2003−2011

Collaborator, A Pilot Study of Laparoscopic Extraperitoneal Lymph Node Dissection in Patients with Locally Advanced Cervical Cancer, ID03-0098, PI - Pedro Ramirez, M.D., 2003−2011

Collaborator, Phase 1-2a Dose-Ranging Study of TLK286 in Combination with Doxil in Platinum Refractory or Resistant Ovarian Cancer, ID02-571, PI - John Kavanagh, M.D., 2003−2011

Collaborator, Phase II Study of Letrozole in Patients with Recurrent Advanced Borderline Tumors or Low Grade Epithelial Cancers of the Ovary, Fallopian Tube and Primary Peritoneum, 2003-0486, PI - John Kavanagh, M.D., 2003−2011

Collaborator, Quality of Life and Preferences of Ovarian Cancer Patients Enrolled on a Randomized Trial of High-Dose versus Conventional Dose Chemotherapy, ID02-680, PI - Charlotte Sun, Ph.D., 2003−2011

Co-Principal Investigator, A Phase II Study of Gemcitabine and Cisplatin for Advanced or Recurrent Endometrial Cancer, 2003-0823, PI - Jubilee Brown, M. D., 2004−2011

Collaborator, Chemoradiation-Induced Nausea and Emesis: A Prospective Study to Assess Patient Preferences and Quality of Life, 200-0529, PI - Charlotte Sun, Ph.D., 2004−2011

Collaborator, The Role of Appendectomy at the Time of Tumor Reductive Surgery in Patients with Epithelial Ovarian Cancer, RCR05-0630, PI - Pedro Ramirez, M.D., 2005

Collaborator, Total Laparoscopic Radical Hysterectomy: Outcomes Evaluation, RCR05-0390, PI - Pedro Ramirez, M.D., 2005−2007

Co-Principal Investigator, A Pilot Clinical Trial with Molecular Marker Study of Chemosensitization to Carboplatin by Use of Vidaza in Platinum Resistant or Refractory Epithelial Ovarian Cancer, 2005-0009, PI - Siqing Fu, M.D., 2005−2011

Collaborator, Evaluation of Demographics and Perioperative Care of Patients Undergoing Laparoscopic Surgery for Gynecologic Malignancies: A 15-Year Experience, RCR05-0137, PI - Pedro Ramirez, M.D., 2005−2011

Collaborator, Systemic Antineoplastic Therapy in Ovarian Cancer Patients with Renal Dysfunction, RCR05-0707, PI - John Kavanagh, M.D., 2005−2011

Collaborator, A Phase I Dose Escalation Study of ABI-007 with Carboplatin as First-Line Therapy in Patients with Epithelial Ovarian, Primary Peritoneal, or Fallopian Tube Carcinoma, 2006-0405, PI - Robert Coleman, M.D., 2006−2011

Principal Investigator, Phase II Study of Cetuximab (Erbitux) in Patients with Progressive or recurrent Endometrial Cancer, 2006-0211, 2006−2011

Collaborator, A Multi-Institutional Study of Proteomic Evaluation of Epithelial Ovarian Cancer, Primary Peritoneal Cancer, and Fallopian Tube Cancer Patients in First Clinical Remission: Development of a Protein Fingerprint Profile of Relapse, 2005-0780, PI - Karen Lu, M.D., 2007−2011

Co-Principal Investigator, A Phase II, Open-Label, Non-Comparative, International, MC Study to Assess the Efficacy and Safety of KU-0059436 Given Orally Twice Daily in Patients with Advanced BRCA1-or BRCA2-Associated Ovarian Cancer, 2007-0098, PI - Karen H. Lu, M.D., 2007−2011

Collaborator, A Study of the Efficacy of MORAb-003 in Subjects with Platinum-Sensitive Epithelial Ovarian Cancer in First Relapse, 2006-0889, PI - Robert Coleman, M.D., 2007−2011

Collaborator, Phase I/II and Pharmacokinetic Study of Docetaxel Plus VEGF Trap (AVE0005, NSC #724770) In Patients with Recurrent Ovarian, Primary Peritoneal, and Fallopian Tube Cancer, 2006-0329, PI - Robert Coleman, M.D., 2007−2011

**Patents and Technology Licenses**
**Patents**
N/A
**Technology Licenses**
N/A
**Grant Reviewer/Service on Study Sections**
Review Committee on NIH CTRC, NIH, Member, Louisiana State University, 1997
AD HOC on NCI P01, NCI, Ad Hoc Member, Tulane University Health Science Center, 2004
Clinical Research Review Committee NCI, NCI, Member, Mayo Clinic, 2004
NIH-CONC Clinical Oncology Study Section Review (R01, R21), NIH, Member, Clinical Oncology Study Section Review (R01, R21), San Francisco, CA, 2004
Review Committee on NCI-NIH, NIH, Member, Duke Comprehensive Cancer Center, Duke University, 2004
Review Committee on NCI-I Career Awards, NCI, Member, 2004
NCI PO1 Cluster Review, NIH, Member, Bethesda, MD, 2005
NIH-CONC Clinical Oncology Study Section Review (RO1, R21), NIH, Member, Clinical Oncology Study Section Review (RO1, R21), Bethesda, MD, 2005
Review Committee NCI-NIH, PO1 Experimental Therapeutics II Cluster Review, NIH, Member, PO1 Experimental Therapeutics II Cluster Review, Rockville, MD, 2005
**PUBLICATIONS**
**Peer-Reviewed Original Research Articles**
1.  Yu D, **Wolf JK**, Scanlon M, Price JE, Hung MC. Enhanced c-erbB-2/neu expression in human ovarian cancer cells correlates with more severe malignancy that can be suppressed by E1A. Cancer Res 1993 Feb 15;53(4):891-8.
2.  Hamada K, Zhang WW, Alemany R, Roth JA, **Wolf JK**, Mitchell MF. Gene therapy of cervical cancer by adenovirus-mediated p53 gene transfer. J Cell Biochem Suppl 1995; 21A:421.
3.  Gershenson DM, Morris M, Burke TW, Levenback C, **Wolf JK**, Warner D, Matthews CM, Wharton JT. Treatment of poor-prognosis sex cord-stromal tumors of the ovary with the combination of bleomycin, etoposide, and cisplatin(BEP). Obstet Gynecol 1996 Apr:87(4):527-31.

4.  **Wolf JK**, Levenback C, Malpica A, Morris M, Burke T, Mitchell MF. Adenocarcinoma in situ of the cervix: significance of cone biopsy margins. Obstet Gynecol 1996 Jul; 88(1)(1):82-6.
5.  Levenback C, Morris M, Burke TW, Gershenson DM, **Wolf JK**, Wharton JT. Groin dissection practices among gynecologic oncologists treating early vulvar cancer. Gynecol Oncol 1996 Jul; 62(1)(1):73-7.
6.  Hamada K, Zhang WW, Alemany R, **Wolf JK**, Roth JA, Mitchell MF. Growth inhibition of human cervical cancer cells with recombinant adenovirus p53 in vitro. Gynecol Oncol 1996;60(3):373-379.
7.  Mitchell MF, Hamada K, Jagannadha S, Satterfield WC, Buchholz S, **Wolf JK**, Zhang WU, Alemany R, Tortolero-Luna G, Keeling ME, Wharton JT, Roth JR. Transgene expression in the rhesus cervix mediated by an adenovirus expressing b-galactosidase. Am J Obstet Gynecol 1996;174:1094-1101.
8.  Brader KR, **Wolf JK**, Hung MC, Yu D, Crispens MA, van Golen KL, Price JE. Adenovirus E1A expression enhances the sensitivity of an ovarian cancer cell line to multiple cytotoxic agents through an apoptotic mechanism. Clin Cancer Res 1997 Nov; 3(11):2017-24.
9.  Gershenson DM, Silva EG, Levy L, Burke TW, **Wolf JK**, Tornos C. Ovarian serous borderline tumors with invasive peritoneal implants. Cancer 1998 Mar; 82(6)(6):1096-103.
10. Brader KR, **Wolf JK**, Chakrabarty S, Price JE. Epidermal growth factor receptor (EGFR) antisense transfection reduces the expression of EGFR and suppresses the malignant phenotype of a human ovarian cancer cell line. Oncol Rep 1998 Sep-Oct; 5(5):1269-74.
11. Price JE, **Wolf JK**, Pathak S. Distinctive karyotypes and growth patterns in nude mice reveal cross-contamination in an established human cancer cell line. Oncol Rep 1998 Jan-Feb; 5(1)(1):261-6
12. **Wolf JK**, Kim TE, Fightmaster D, Bodurka D, Gershenson DM, Mills G, Wharton JT. Growth suppression of human ovarian cancer cell lines by the introduction of a p16 gene via a recombinant adenovirus. Gynecol Oncol 1999 Apr; 73(1)(1):27-34.
13. **Wolf JK**, Mullen J, Eifel PJ, Burke TW, Levenback C, Gershenson DM. Radiation treatment of advanced or recurrent granulosa cell tumor of the ovary. Gynecol Oncol 1999 Apr; 73(1):35-41.
14. **Wolf JK**, Mills GB, Bazzet L, Bast RC, Roth JA, Gershenson DM. Adenovirus-mediated p53 growth inhibition of ovarian cancer cells is independent of endogenous p53 status. Gynecol Oncol 1999 Nov; 75(2)(2):261-6.
15. Gershenson DM, Morris M, Burke TW, Levenback C, **Wolf JK**, Lee JJ, Thall PF, Atkinson EN, Silva EG, Wharton JT. A phase I trial of intravenous melphalan, paclitaxel, and cisplatin plus granulocyte-colony stimulating factor in patients with suboptimal advanced epithelial ovarian carcinoma or peritoneal carcinoma. Cancer 1999 Dec;86(11):2291-300.
16. Bodurka-Bevers D, Basen-Engquist KM, Fitzgerald MA, Bevers MW, **Wolf JK**, Levenback C, Gershenson DM. Depression may worsen quality of life in patients with epithelial ovarian cancer. Gynecol Oncol 1999;72:449.
17. Bodurka-Bevers D, Basen-Engquist K, Carmack CL, Fitzgerald MA, **Wolf JK**, de Moor C, Gershenson DM. Depression, anxiety, and quality of life in patients with epithelial ovarian cancer. Gynecol Oncol 2000 Sep; 78(3)(3 Pt 1):302-8.
18. Parker LP, **Wolf JK**, Price JE. Adenoviral-mediated gene therapy with Ad5CMVp53 and Ad5CMVp21 in combination with standard therapies in human breast cancer cell lines. Ann Clin Lab Sci 2000 Oct; 30(4)(4):395-405.
19. Gordinier ME, Ramondetta LM, Parker LP, **Wolf JK**, Follen M, Gershenson DM, Bodurka-Bevers D. Survey of female gynecologic oncologists and fellows: balancing professional and personal life. Gynecol Oncol 2000 Nov; 79(2)(2):309-14.
20. Ramondetta L, Mills GB, Burke TW, **Wolf JK**. Adenovirus-mediated expression of p53 or p21 in a papillary serous endometrial carcinoma cell line (SPEC-2) results in both growth inhibition and apoptotic cell death: potential application of gene therapy to endometrial cancer. Clin Cancer Res 2000 Jan; 6(1)(1):278-84.
21. Donato, Gershenson D, Ippoliti C, Wharton JT, Bast Jr RC, Aleman A, Anderlini P, Gajewski JG, Giralt S, Molldrem J, Ueno N, Lauppe J, Korbling M, Boyer J, Bodurka-Bevers D, Bevers M, Burke T, Freedman R, Levenback C, **Wolf JK**, Champlin RE. High-dose ifosfamide and etoposide with filgrastim for stem cell mobilization in patients with advanced ovarian cancer. Bone Marrow Transplant 2000; 25(11):1137-1140.
22. Verschraegen, Levenback C, Vincent M, **Wolf JK**, Bevers M, Loyer E, Kudelka AP, Kavanagh JJ. Phase II study of intravenous DX-8951f in patients with advanced ovarian, tubal, or peritoneal cancer refractory to platinum, taxane, and topotecan. Annals NY Acad Sci 2000;922:349-51.
23. Munkarah A, Levenback C, **Wolf JK**, Bodurka-Bevers D, Tortolero-Luna G, Morris RT, Gershenson DM. Secondary cytoreductive surgery for localized intra-abdominal recurrences in epithelial ovarian cancer. Gynecol Oncol 2001 May; 81(2):237-41.
24. Modesitt SC, Ramirez P, Zu Z, Bodurka-Bevers D, Gershenson D, **Wolf JK**. In vitro and in vivo adenovirus-mediated p53 and p16 tumor suppressor therapy in ovarian cancer. Clin Cancer Res 2001 Jun; 7(6):1765-72.
25. Hortobagyi GN, Ueno NT, Xia W, Zhang S, **Wolf JK**, Putnam JB, Weiden PL, Willey JS, Carey M, Branham DL, Payne JY, Tucker SD, Bartholomeusz C, Kilbourn RG, De Jager RL, Sneige N, Katz RL, Anklesaria P, Ibrahim NK, Murray JL, Theriault RL, Valero V, Gershenson DM, Bevers MW, Huang L, Lopez-Berestein G, Hung MC. Cationic liposome-mediated E1A gene transfer to human breast and ovarian cancer cells and its biologic effects: a phase I clinical trial. J Clin Oncol 2001 Jul 15;19(14)(14):3422-33.
26. Ramirez PT, Levenback C, Burke TW, Eifel P, **Wolf JK**, Gershenson DM. Sigmoid perforation following radiation therapy in patients with cervical cancer. Gynecol Oncol 2001 Jul;82(1):150-5.
27. Donato ML, Gershenson DM, Wharton JT, Ippoliti CM, Aleman AS, Bodurka-Bevers D, Bevers MW, Burke TW, Levenback CF, **Wolf JK**, Freedman RS, Bast RC, Gajewski JL, Champlin RE. High-dose topotecan, melphalan, and cyclophosphamide (TMC) with stem cell support: a new regimen for the treatment of advanced ovarian cancer. Gynecol Oncol 2001 Sep;82(3)(3):420-6.
28. Robinson JB, Singh D, Bodurka-Bevers DC, Wharton JT, Gershenson DM, **Wolf JK**. Hypersensitivity reactions and the utility of oral and intravenous desensitization in patients with gynecologic malignancies. Gynecol Oncol 2001 Sep; 82(3):550-8.
29. Levenback C, Coleman RL, Burke TW, Bodurka-Bevers D, **Wolf JK**, Gershenson DM. Intraoperative lymphatic mapping and sentinel node identification with blue dye in patients with vulvar cancer. Gynecol Oncol 2001 Nov;83(2)(2):276-81.
30. Ramirez PT, Gershenson DM, Tortolero-Luna G, Ramondetta LM, Fightmaster D, Wharton JT, **Wolf JK**. Expression of cell-cycle mediators in ovarian cancer cells after transfection with p16(INK4a), p21(WAF1/Cip-1), and p53. Gynecol Oncol 2001 Dec; 83(3)(3):543-8.
31. Parker LP, Ramirez PT, Broaddus R, Sightler S, **Wolf JK**. Low-grade ovarian cancer in an adolescent patient. Gynecol Oncol 2001 Jan;80(1)(1):104-6.
32. Ramirez PT, Modesitt SC, Morris M, Edwards CL, Bevers MW, Wharton JT, **Wolf JK**. Functional outcomes and complications of continent urinary diversions in patients with gynecologic malignancies. Gynecol Oncol 2002 May; 85(2)(2):285-91.
33. Dalrymple JL, Levenback C, **Wolf JK**, Bodurka DC, Garcia M, Gershenson DM. Trends among gynecologic oncology inpatient deaths: is end-of-life care improving? Gynecol Oncol 2002 May;85(2):356-61.

34. Tedjarati S, Baker CH, Apte S, Huang S, **Wolf JK**, Killion JJ, Fidler IJ. Synergistic therapy of human ovarian carcinoma implanted orthotopically in nude mice by optimal biological dose of pegylated interferon alpha combined with paclitaxel. Clin Cancer Res 2002 Jul;8(7):2413-22.

35. Ramirez PT, **Wolf JK**, Malpica A, Deavers MT, Liu J, Broaddus R. Wolffian duct tumors: case reports and review of the literature. Gynecol Oncol 2002 Aug;86(2):225-30.

36. Modesitt SC, Tortolero-Luna G, Robinson JB, Gershenson DM, **Wolf JK**. Ovarian and extraovarian endometriosis-associated cancer. Obstet Gynecol 2002 Oct;100(4)(4):788-95.

37. Tanyi, Lapushin R, Eder A, Auersperg N, Tabassam FH, Roth JA, Gu J, Fang B, Mills GB, **Wolf JK**. Identification of tissue and cancer selective promoters for the introduction of genes into human ovarian cancer cells. Gynecol Oncol 2002;85(3):451-458.

38. Bodurka DC, Levenback C, **Wolf JK**, Gano J, Wharton JT, Kavanagh JJ, Gershenson DM. Phase II trial of irinotecan in patients with metastatic epithelial ovarian cancer or peritoneal cancer. J Clin Oncol 2003 Jan 15;21(2)(2):291-7.

39. Tanyi JL, Morris AJ, **Wolf JK**, Fang X, Hasegawa Y, Lapushin R, Auersperg N, Sigal YJ, Newman RA, Felix EA, Atkinson EN, Mills GB. The human lipid phosphate phosphatase-3 decreases the growth, survival, and tumorigenesis of ovarian cancer cells: validation of the lysophosphatidic acid signaling cascade as a target for therapy in ovarian cancer. Cancer Res 2003 Mar 1;63(5)(5):1073-82.

40. Huh JJ, **Wolf JK**, Fightmaster DL, Lotan R, Follen M. Transduction of adenovirus-mediated wild-type p53 after radiotherapy in human cervical cancer cells. Gynecol Oncol 2003 May;89(2):243-50.

41. Shvartsman HS, Lu KH, Lee J, Lillie J, Deavers MT, Clifford S, **Wolf JK**, Mills GB, Bast RC, Jr, Gershenson DM, Schmandt R. Overexpression of kallikrein 10 in epithelial ovarian carcinomas. Gynecol Oncol 2003 Jul;90(1):44-50.

42. Ramondetta LM, Burke TW, Jhingran A, Schmandt R, Bevers MW, **Wolf JK**, Levenback CF, Broaddus R. A phase II trial of cisplatin, ifosfamide, and mesna in patients with advanced or recurrent uterine malignant mixed mullerian tumors with evaluation of potential molecular targets. Gynecol Oncol 2003 Sep;90(3)(3):529-36.

43. Gordinier ME, Malpica A, Burke TW, Bodurka DC, **Wolf JK**, Jhingran A, Ramirez PT, Levenback C. Groin recurrence in patients with vulvar cancer with negative nodes on superficial inguinal lymphadenectomy. Gynecol Oncol 2003 Sep;90(3):625-8.

44. Tanyi JL, Hasegawa Y, Lapushin R, Morris AJ, **Wolf JK**, Berchuck A, Lu K, Smith DI, Kalli K, Hartmann LC, McCune K, Fishman D, Broaddus R, Cheng KW, Atkinson EN, Yamal JM, Bast RC, Felix EA, Newman RA, Mills GB. Role of decreased levels of lipid phosphate phosphatase-1 in accumulation of lysophosphatidic acid in ovarian cancer. Clin Cancer Res 2003  Sept 1;9(10 pt 1)(10 Pt 1):3534-45.

45. Ramirez PT, **Wolf JK**, Levenback C. Laparoscopic port-site metastases: etiology and prevention. Gynecol Oncol 2003 Oct;91(1)(1):179-89.

46. Trimble, Bell M, **Wolf JK**, Alvarez R. Grantsmanship and career development for gynecologic cancer investigators. Cancer S 2003;98(9):2075-2082.

47. Ramondetta LM, Bodurka DC, Tortolero-Luna G, Gordinier M, **Wolf JK**, Gershenson DM, Sciscione AC. Mentorship and productivity among gynecologic oncology fellows. J Cancer Educ 2003 Spring 18(1)(1):15-9.

48. Fracasso, Blessing JA, **Wolf JK**, Rocereto TF, Berek JS, Waggoner S. Phase II evaluation of oxaliplatin in previously treated squamous cell carcinoma of the cervix: A Gynecological Oncology Group Study. Gynecol Onc 2003; 90:177-80.

49. Schimp VL, Worley C, Brunello S, Levenback CC, Wolf JK, Sun CC, Bodurka DC,Ramirez PT. Vacuum-assisted closure in the treatment of Gynecological Oncology wound failures.Gynecol Oncology. 2004 Feb; 92(2):586-91. doi: 10.106/j.ygyno.2003.10.055.PMID: 14766251

50. Donato ML, Aleman A, Champlin RE, Saliba RM, Wharton JT, Burke TW, Bodurka DC, Bevers MW, Levenback CF, **Wolf JK**, Bast RC, Freedman RS, Ippoliti C, Brewer M, Gajewski JL, Gershenson DM. Analysis of 96 patients with advanced ovarian carcinoma treated with high-dose chemotherapy and autologous stem cell transplantation. Bone Marrow Transplant 2004 Jun;33(12):1219-24.

51. **Wolf JK**, Bodurka DC, Gano JB, Deavers M, Ramondetta L, Ramirez PT, Levenback C, Gershenson DM. A phase I study of Adp53 (INGN 201; ADVEXIN) for patients with platinum- and paclitaxel-resistant epithelial ovarian cancer. Gynecol Oncol 2004 Aug;94(2)(2):442-8.

52. Ramirez PT, Frumovitz M, **Wolf JK**, Levenback C. Laparoscopic port-site metastases in patients with gynecological malignancies. Int J Gynecol Cancer 2004 Nov-Dec;14(6)(6):1070-7.

53. Smith JA, Brown J, Martin MC, Ramondetta LM, **Wolf JK**. An in vitro study of the inhibitory activity of gemcitabine and platinum agents in human endometrial carcinoma cell lines. Gynecol Oncol 2004 Jan;92(1):314-9.

54. Christen, Muller P, Wathen K, **Wolf JK**. Bayesian randomized clinical trials: A decision-theoretic sequential design. Can J Stat 2004; 32(4):387-402.

55. Frumovitz, Ramirez PT, Greer M, Gregurich MA, **Wolf JK**, Bodurka DC, Levenback C. Laparoscopic training and practice in gynecologic oncology among Society of Gynecologic Oncologists members and fellows-in-training. Gynecol Oncol 2004; 94:746-753.

56. Sun CC, Bodurka DC, Weaver CB, Rasu R, **Wolf JK**, Bevers MW, Smith JA, Wharton JT, Rubenstein EB. Rankings and symptom assessments of side effects from chemotherapy: insights from experienced patients with ovarian cancer. Support Care Cancer 2005 Apr;13(4)(4):219-27. e-Pub 2004 Nov 9.

57. Sood AK, Abu-Rustum NR, Barakat RR, Bodurka DC, Brown J, Donato ML, Poynor EA, **Wolf JK**, Gershenson DM. Fifth International Conference on Ovarian Cancer: challenges and opportunities. Gynecol Oncol 2005 Jun; 97(3)(3):916-23.

58. Jenkins AD, Ramondetta LM, Sun C, Johnston T, **Wolf JK**, Bodurka DC, Brown J, Atkinson EN, Levenback C. Phase II trial of capecitabine in recurrent squamous cell carcinoma of the cervix. Gynecol Oncol 2005 Jun;97(3)(3):840-4.

59. Sood AK, Coleman RL, **Wolf JK**, Gershenson DM. Selected highlights from the 5th International Conference on Ovarian Cancer. Houston, TX, USA, 1-4 December 2004. Expert Opin Pharmacother 2005 Jun; 6(7):1269-75.

60. Smith JA, Ngo H, Martin MC, **Wolf JK**. An evaluation of cytotoxicity of the taxane and platinum agents combination treatment in a panel of human ovarian carcinoma cell lines. Gynecol Oncol 2005 Jul;98(1):141-5.

61. Slomovitz, **Wolf JK**, Ramondetta LM, Burke TW, Lu KH. Advances in the management of advanced and recurrent uterine papillary serous carcinoma. Int J Gynecol Cancer (accepted in press), 2005.

62. Wolf Slomovitz BM. Novel biologic therapies for the treatment of endometrial cancer. Int J Gynecol Cancer (accepted in press), 2005.

63. Coleman RL, Broaddus RR, Bodurka DC, **Wolf JK**, Burke TW, Kavanagh JJ, Levenback CF, Gershenson DM. Phase II trial of imatinib mesylate in patients with recurrent platinum- and taxane-resistant epithelial ovarian and primary peritoneal cancers. Gynecol Oncol 2006 Apr;101(1)(1):126-31, 4/2006. e-Pub 2005 Nov 3.

64. Frumovitz M, Coleman RL, Gayed IW, Ramirez PT, **Wolf JK**, Gershenson DM, Levenback CF. Usefulness of preoperative lymphoscintigraphy in patients who undergo radical hysterectomy and pelvic lymphadenectomy for cervical cancer. Am J Obstet Gynecol 2006 Apr;194(4)(4):1186-93.

65. **Wolf JK**, Bodurka DC, Verschraegen C, Sun CC, Branham D, Jenkins AD, Atkinson N, Gershenson DM. A phase II trial of oral capecitabine in patients with platinum--and taxane--refractory ovarian, fallopian tube, or peritoneal cancer. Gynecol Oncol 2006 Sept; 102(3)(3):468-74. e-Pub 2006 Mar3.

66. Smith JA, Gaikwad A, Ramondetta LM, **Wolf JK**, Brown J. Determination of the mechanism of gemcitabine modulation of cisplatin drug resistance in panel of human endometrial cancer cell lines. Gynecol Oncol 2006 Nov;103(2):518-22.

67. Maluf FC, Leiser AL, Aghajanian C, Sabbatini P, Pezzulli S, Chi DS, **Wolf JK**, Levenback C, Loh E, Spriggs DR. Phase II study of tirapazamine plus cisplatin in patients with advanced or recurrent cervical cancer. Int J Gynecol Cancer 2006 May-Jun;16(3):1165-71.

68. Saucier JM, Yu J, Gaikwad A, Coleman RL, **Wolf JK**, Smith JA. Determination of the optimal combination chemotherapy regimen for treatment of platinum-resistant ovarian cancer in nude mouse model. J Oncol Pharm Pract 2007 Mar;13(1):39-45.

69. Crotzer DR, Sun CC, Coleman RL, **Wolf JK**, Gershenson DM. Lack of effective systemic therapy for recurrent clear cell carcinoma of the ovary. Gynecol Oncol 2007 May; 105(2)(2):404-8. e-Pub 2007 Feb 9.

70. Soper JT, Spillman M, Sampson JH, Kirkpatrick JP, **Wolf JK**, Clarke-Pearson DL. High-risk gestational trophoblastic neoplasia with brain metastases: individualized multidisciplinary therapy in the management of four patients. Gynecol Oncol 2007 Mar;104(3):691-4, e-Pub 2006 Nov 29.

71. Tung CS, Soliman PT, Wallace MJ, **Wolf JK**, Bodurka DC. Successful catheter-directed venous thrombolysis in phlegmasia cerulea dolens. Gynecol Oncol 2007; 107(1):140-142.

72. Crotzer DR, **Wolf JK**, Gano JB, Gershenson DM, Levenback C. A pilot study of cisplatin, ifosfamide and mesna in the treatment of malignant mixed mesodermal tumors of the ovary. Gynecol Oncol. 2007 May; 1052):399-403.  Epub 2007 Feb 9

73. Smith JA, Gaikwad A, Yu J, **Wolf JK**, Brown J, Ramondetta L, Stewart C. In vitro evaluation of the effects of gefitinib on the modulation of cytotoxic activity of selected anticancer agents in a panel of human ovarian cancer cell lines. Cancer Chemother Pharmacol 62(1):51-58, 2008. e-Pub 9/2007

74. Ramirez PT, Schmeler KM, **Wolf JK**, Brown J, Soliman PT. Robotic radical parametrectomy and pelvic lymphadenectomy in patients with invasive cervical cancer. Gynecol Oncol 111(1):18-21, 10/2008. e-Pub 2008 Jul 18.

75. Hunter RJ, Navo MA, Thaker PH, Bodurka DC, **Wolf JK**, Smith JA. Dosing chemotherapy in obese patients: actual versus assigned body surface area (BSA). Cancer Treat Rev 2009 Feb 35(1):69-78. e-Pub 2008 Oct 14.

76. Gaikwad A, **Wolf JK**, Brown J, Ramondetta LM, Smith JA. In vitro evaluation of the effects of gefitinib on the cytotoxic activity of selected anticancer agents in a panel of human endometrial cancer cell lines. J Oncol Pharm Pract 2009 Mar; 15(1):35-44, e-Pub 2008 Aug 27.

77. Schmeler KM, Vadhan-Raj S, Ramirez PT, Apte SM, Cohen L, Bassett RL, Iyer RB, **Wolf JK**, Levenback CL, Gershenson DM, Freedman RS. A phase II study of GM-CSF and rIFN-gamma1b plus carboplatin for the treatment of recurrent, platinum-sensitive ovarian, fallopian tube and primary peritoneal cancer. Gynecol Oncol 2009 May;113(2):210-5. e-Pub 2009 Mar 4.

78. Tung CS, Mok SC, Tsang YT, Zu Z, Song H, Liu J, Deavers MT, Malpica A, **Wolf JK**, Lu KH, Gershenson DM, Wong KK. PAX2 expression in low malignant potential ovarian tumors and low-grade ovarian serous carcinomas. Mod Pathol. 2009 Sep; 22(9):1243-50, e-Pub 2009 Jun 12.

79. Mangala LS, Zuzel V, Schmandt R, Leshane ES, Halder JB, Armaiz-Pena GN, Spannuth WA, Tanaka T, Shahzad MM, Lin YG, Nick AM, Danes CG, Lee JW, Jennings NB, Vivas-Mejia PE, **Wolf JK**, Coleman RL, Siddik ZH, Lopez-Berestein G, Lutsenko S, Sood AK. Therapeutic targeting of ATP7B in Ovarian Carcinoma. Clin Cancer Res 2009 Jun 1;15(11):3770-80, e-Pub 2009 May 26.

80. Xie X, Hsu JL, Choi MG, Xia W, Yamaguchi H, Chen CT, Trinh BQ, Lu Z, Ueno NT, **Wolf JK**, Bast RC, Hung MC. A novel hTERT promoter-driven E1A therapeutic for ovarian cancer. Mol Cancer Ther. 2009 Sept;8(8):2771

81. Kavanagh JJ, Levenback CF, Ramirez PT, **Wolf JK**, Moore CL, Jones MR, Meng L, Brown GL, Bast Jr. RC. Phase 2 study of canfosfamide in combination with pegylated liposomal doxorubicin in platinum and paclitaxel refractory or resistant epithelial ovarian cancer. Journal of Hematology & Oncology 2010 Mar 11;3:9.

82. Slomovitz BM, Lu KH, Johnston T, Coleman RL, Munsell M, Broaddus RR, Walker C, Ramondetta LM, Burke TW, Gershenson DM, **Wolf J**. A phase 2 study of the oral mammalian target of rapamycin inhibitor, everolimus, in patients with recurrent endometrial carcinoma. Cancer. 2010 Dec 1; 116(23):5415-9.e-Pub 2010 Aug 2.

83. Brown J, Smith JA, Ramondetta LM, Sood AK, Ramirez PT, Coleman RL, Levenback CF, Munsell MF, Jung M, **Wolf JK**. Combination of gemcitabine and cisplatin is highly active in women with endometrial carcinoma: results of a prospective phase 2 trial. Cancer 2010 Nov 1;116(21):4973-9. e-Pub 7/2010.

84. Fu S, Hu W, Iyer R, Kavanagh JJ, Coleman RL, Levenback CF, Sood AK, **Wolf JK**, Gershenson DM, Markman M, Hennessy BT, Kurzrock R, Bast RC. Phase 1b-2a study to reverse platinum resistance through use of a hypomethylating agent, azacitidine, in patients with platinum-resistant or platinum-refractory epithelial ovarian cancer. Cancer. 2011 Apr 15:117(8) e-Pub 2010 Nov 8.

85. Wong KK, Tsang YTM, Deavers MT, Mok SC, Zu Z, Sun CC, Malpica A, **Wolf JK**, Lu KH, Gershenson DM. BRAF Mutation is rare in advanced stage low-grade ovarian serous carcinomas. The American Journal of Pathology. 2010 Oct 177(4): 1611-17, e-Pub 2010 Aug 27.

86. Tung CS, Mok S, Deavers M, Liu J, Malpica A, Lu KH, Tsang-Lee YT, Zu Z, **Wolf JK**, Gershenson DM, Song H. Pax2 expression in low malignant potential ovarian tumors and low-grade ovarian serous carcinomas. Modern Pathology. 2009 Sep;22(9):1243-50. e-Pub 2009 June 19.

87. Tanyi JL, Smith JA, Ramos LM, Parker C, Munsell M, **Wolf JK**. Predisposing risk factors for Palmar-Plantar erythrodysesthesia when using liposomal doxorubicin to treat recurrent  ovarian cancer. Gynecologic Oncology , 2009 Aug;114(2):219-24. e-Pub 2009 May 17.

88. Hunter RJ, Fujii H, Wakame K, Gaokwad A, **Wolf JK**, Simth JA. In vitro and in vivo evaluation of active hexose correlated compound (AHCC) in combination with pegylated liposomal doxorubicin for treatment of ovarian cancer. The Journal of Applied Research in Natural Products. Vol 4, No 3  2011

89. King ER, Tung CS, Tsang YT, Zu Z, Lok GT, Deaves MT, Malpica A, **Wolf JK**, Lu KH, Birrer MJ, Mok SC, Gershenson DM, Wong KK. The anterior gradient homolog 3 (AGR3) gene is associated with differentiation and survival in ovarian cancer. American Journal of Surgical Pathology, 2011 Jun, 35(6):904-12.

90. Rahma OE, Ashtar E, Czystowska M, Szajnik ME, Wieckowski E, Bernstein S, Herrin VE, Shams MA, Steinberg SM, Merino M, Gooding W, Visus C, Deleo AB, **Wolf JK**, Bell JG, Zeitofsky JA, Whiteside TL, Khleif SN. A Gynecologic Oncology Group Phase II trial of two p53 peptide vaccine approaches: subcutaneous injection and intravenous pulsed dendritic cells in high recurrence risk ovarian cancer patients. Cancer Immunol Immunother. 2012 Mar;61(3):373-84.Epub 2011 Sep 17

91. Fu S, Hennessy BT, Ng CS, Ju Z, Coombes KR, **Wolf JK**, Sood AK, Levenback CF, Coleman RL, Kavanagh JJ, Gershenson DM, Markman M, Dice K, Howard A, Li J, Li Y, Stemke-Hale K, Dyer M, Atkinson E, Jackson E, Kundra V, Kurzrock R, Bast RC Jr, Mills GB. Perifosine plus docetaxel in patients with platinum and taxane resistant or refractory high-grade epithelial ovarian cancer.  Gynecol Oncol. 2012 Jul;126(1):47-53.

92. Julius JM, Tanyi JL, Ramos L, Munsell MF, Watkins JL, Coleman RL, **Wolf JK**, Smith JA.  Evaluation of pegylated liposomal doxorubicin dose on the adverse drug event profile and outcomes in treatment of recurrent endometrial cancer. International Journal of Gynecologic Oncology.  2013 Feb;23(2):348-54

93. Estrella JS, **Wolf JK**, Deavers MT.  Ovarian serous carcinoma associated with a distinct "corded and hyalinized" pattern. Archives of Pathology and Laboratory Medicine.  2013 Feb;137(2):275-9.

94. Julius JM, Nogueras-Gonzalez GM, Watkins JL, Coleman RL, **Wolf JK**, Smith JA. Effect of declining renal function on the incidence of adverse drug events associated with liposomal doxorubicin in patients treated for gynecologic malignancies. International Journal of Gynecologic Oncology. 2013 Feb;23(2):48-54.

95. Robert L. Coleman, MD; Thomas J. Herzog, MD; Daniel W. Chan, PhD; Donald G. Munroe, PhD; Todd C. Pappas, PhD; Alan Smith, MS; Zhen Zhang, PhD; Judith Wolf, MD. Validation of a second-generation multivariate index assay for malignancy risk of adnexal masses. Am J Obstet Gynecol 2016A

96. The clinical utility of an elevated-risk multivariate index assay score in ovarian cancer patients. Eskander RN,. Carpenter BA, Wu HG, Wolf JK Curr Med Res Opin. 2016

97. Noninvasive Blood-based Combinatorial Proteomic Biomarker Assay to Detect Breast Cancer in Women over age 50 with BI-RADS 3, 4, or 5 Assessment. Henderson MC, Silver M1, Tran Q1, Letsios EE1, Mulpuri R2, Reese DE1, LaBaer J4, Anderson KS4, Alpers J5, Costantini C6, Rohatgi N7, Ali H8, Baker K9, Northfelt DW10, Ghosh K11, Grobmyer SR12, Polen W13, Wolf JK1.. Clin Cancer Res. 2019

98. Breast density does not impact the ability of Videssa® Breast to detect breast cancer in women under age 50. Reese DE1, Henderson MC1, Silver M1, Mulpuri R1, Letsios E1, Tran Q1, Wolf JK1. PLoS One. 2017.

99. Editors note: Therapeutic Targeting of ATP7B in Ovarian Carcinoma. Mandala LS, Zuzei V.,  Schmandt R, Leshane ES, Halder JB, Armaniz-Peña GN, Spannuth WA,Tanaka T,Shahzad MMK, Lin YG, Nick AM, Danes CG,Lee JW, Jennings NB, Vivas-Mejia PE, Wolf JK, Coleman RL, Siddik ZH, Lopez-Berenstein G, Lutsenko S, Sood AK. Clin Cancer Res. 2021 Aug 1;27 (15):4454. doi: 10.1158/1078-0432.CCR-21-2120. PMID: 34341059. No abstract available.

**Invited Articles**
1. **Wolf JK**, Wharton JT. Wild-type p53 overexpression: what role in tumorigenesis? Gynecol Oncol 60(3):337-8, 3/1996.
2. **Wolf JK**. Management of wound complications. Clin Consults in Ob/Gyn 8:79-84, 1996.
3. **Wolf JK**, Ramirez PT. The molecular biology of cervical cancer. Cancer Invest 19(6)(6):621-9, 2001.
4. **Wolf JK**, Jenkins AD. Gene therapy for ovarian cancer (review). Int J Oncol 21(3)(3):461-8, 9/2002.
5. **Wolf JK**, Coleman RL. Commentary on, Phase I trial of intraperitoneal injection of the E1B-55-kd-gene-deleted adenovirus ONYX-015(dl1520) given on days 1 through 5 every 3 weeks in patients with recurrent/refractory epithelial ovarian cancer. Vasey, et al. J Clin Oncol 2002;20:1562-9." Women's Oncol Rev 2:325-7, 2002.
6. **Wolf JK**, Franco EL, Arbeit JM, Shroyer KR, Wu TC, Runowicz CD, Tortolero-Luna G, Herrero R, Crum CP. Innovations in understanding the biology of cervical cancer. Cancer S 98(9):2064-9, 2003.
7. **Wolf JK**, Franco EL, Arbeit JM, Shroyer KR, Wu TC, Runowicz CD, Tortolero-Luna G, Herrero R, Crum CP. Innovations in understanding the biology of cervical cancer. Cancer S 98(9)(9 Suppl):2064-9, 2003.
8. Markman, Gershenson DM, **Wolf JK**. Controversies in Ovarian Cancer. ACOG Update 30:1-9, 2004.
9. Soliman PT, Slomovitz BM, **Wolf JK**. Mechanisms of cervical cancer. Drug Discov Today: Dis Mech 1(2):253-258, 2004.
10. Slomovitz B, Soliman P, **Wolf JK**. New standards for treating recurrent ovarian cancer. NOCC 19(Summer):5, 2004.
11. **Wolf JK**, Slomovitz BM. Novel biologic therapies for the treatment of endometrial cancer. Int J Gynecol Cancer 15(2):411, 2005.
12. **Wolf JK**. Prevention and treatment of vaginal stenosis resulting form pelvic radiation therapy. Community Oncol 3(10):665-71, 2006.

**Editorials**
1. **Wolf JK**, Wharton JT. Wild-type p53 overexpression: what role in tumorigenesis? Gynecol Oncol 60(3):337-8, 1996.

**Other Articles**
1. **Wolf JK.** Gynecologic Cancer Treatment Update (Highlights from ASCO 2003). Vital Signs Monograph, Fall, 2003.
2. Herzog, Coleman R, McGuire, Monk B, Spriggs D, **Wolf JK**. Patterns of Practice in Selected Gynecologic Malignancies. Colloquium at the Annual Meeting on Women's Cancer 2005 36th Annual Meeting of the Society of Gynecologic Oncologist . (SGO Monograph), 2005.

**Book Chapters**
1. Hallum AV, III, Coleman RL, **Wolf JK**. Gynecologic Oncology. In: The M. D. Anderson Surgical Oncology Handbook. Ed(s) David H. Berger, Barry W. Feig, and George M. Fuhrman. Little Brown and Company: Boston, MA, 326-368, 1995.
2. Bevers MW, Bodurka Bevers Dc, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Second Edition. Ed(s) Barry W. Feig, David H Berger, and George M. Fuhrman. Lippincott Williams & Wilkins: Philadelphia, 377-424, 1998.
3. **Wolf JK**, Mills GB, Bast RC, et al. P53-mediated Gene Therapy. In: Ovarian Cancer. Ed(s) Frank Shart, Tony Blackett, Jonathan Berek and Robert Bast. Isis Medical Media Ltd: Oxford England, 259-27, 1998.
4. **Wolf JK**, Burke TW. Vulva/Vaginal Cancer. In: Practical Strategies in Obstetrics and Gynecology. Ed(s) Mitchell P. Dombrowski, S. Gene McNeeley, Kamran S. Moghissi, and Adnan R. Munkarah. W. B. Saunders Company: Philadelphia, 449-457, 2000.
5. **Wolf JK**. Molecular Biology. In: ACS Atlas of Clinical Oncology: Cancer of the Female Lower Genital Tract. Ed(s) Eifel PJ, Levenback C B.C. Decker, Inc: Hamilton London, 2001.
6. Bevers MW, Bodurka Bevers DC, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Third Edition. Ed(s) Barry W. Feig, David H. Berger, and George M. Fuhrman. Lippincott Williams & Wilkins: Philadelphia, PA, 445-490, 2003.
7. Tanyi JL, Crotzer D, **Wolf JK**, Yu S, Hasegawa Y, Lahad J, Wa Cheng K, Umezu-Goto M, Prestwich GD, Morris A, Newman RA, Felix EA, Lapis R, Mills GB. Lysophosphatidic Acid as a Targets for the Molecular Diagnosis and Therapy of Ovarian Cancer. A Review Article. In: Functional Lipidomics. Ed(s) Feng L, Prestwich GD. CRC Press Taylor & Francis Group: Boca Raton, FL, 101-123, 2005.

8. **Wolf JK**, Wharton JT. Surgery for Ovarian Cancer. In: Gynecologic Cancer. Ed(s) Gershenson DM, Eifel PJ, Kavanagh JJ, and Silva E. Springer-Verlag: New York, NY, 174-186, 2005.
9. Slomovitz BM, Soliman PT, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Fourth Edition. Ed(s) Barry W. Feig, David H. Berger, and George M. Fuhrman. Lippencott Williams & Wilkins: Philadelphia, PA, 520-563, 2006.
10. Smith JA, **Wolf JK**. Ovarian Cancer. In: Pharmacotherapy: A Pathophysiolgic Approach 8th Edition, 8th. Ed(s) DiPiro JT, Matzke GR, Yee GC, Talbert RL, Wells BG, Posey LM. Mcgraw-Hill Companies: Illinois. 2010.

**Letters to the Editor**
N/A
**Manuals, Teaching Aids, Other Teaching Publications**
N/A
**Other Publications**
N/A
**EDITORIAL AND REVIEW ACTIVITIES**
**Editor/Service on Editorial Board(s)**
N/A
**Member of Editorial Review Board**
Editorial Board Member, Clinical Ovarian Cancer: & Other Gynecologic Malignancies, CIG Media, 2008−present
Editorial Board Reviewer, European Journal of Clinical and Medical Oncology, San Lucas Medical Limited c/o Barefoot Investment Ltd, Editorial Board of the Peer Reviewed Journal, 2010−present

Editorial Board Revierer, American Society of Clinical Oncology, 2013 ASCO Educational Book

Editorial Advisory Board Reviewer, ADC Review/Journal of Antibody-drug Conjugates, 2013

**Journal Reviewer**
Reviewer, Gynecologic Oncology, 1995−present
Adhoc Reviewer, Obstetrics and Gynecology, 1996−present
Adhoc Reviewer, Clinical Cancer Research, 1998−present
Adhoc Reviewer, International Journal of Gynecologic Cancer, 1998−present
Adhoc Reviewer, International Journal of Radium Oncology, 1998−present
Adhoc Reviewer, Journal of Clinical Oncology, 1999−present
Adhoc Reviewer, American Journal of Pathology, 2001−present
Adhoc Reviewer, American Journal of Obstetrics and Gynecology, 2005−present

**Other Editorial and Review Activities**
Editor, Help Break the Silence.Talk about Ovarian Cancer, National Ovarian Cancer Coalition - NOCC Editors Event; New York, NY, April 29, 2008
**TEACHING**
**Teaching Within Current Institution – Banner MD Anderson Cancer Center**
**Formal Teaching**
**Courses Taught**
N/A
**Training Programs**
N/A
**Other Formal Teaching**
Lecturer, 1995-1999, Gynecologic Oncology for Enterostomal Therapy Nurses / Role of Gynecologic Oncologist talk given twice a year
      1995−1999
Lecturer, 1998, Advances in Research for Ovarian Cancer / Sprint for Life Symposium
      1998
Lecturer, 1998, Ovarian Cancer Treatment: Molecular Approaches / Grand Rounds
      1998
Lecturer, 1999, Advances and Innovations in Ovarian Cancer / Sprint for Life Symposium
      1999

**Supervisory Teaching**
**Committees**
**Advisory Committees**
Thesis Advisory Committee, GSBS, Christine Lee, MD, 2001−2003
Thesis Advisory Committee, GSBS, David Crotzer, MD, 2002−2004
Thesis Advisory Committee, GSBS, Monique Nillson, 2003−2005
**Supervisory Committees**
Chair, Thesis Supervisory Committee, GSBS, David Crotzer, MD, 2002−2004
**Examining Committees**
N/A
**Direct Supervision**
**Undergraduate and Allied Health Students**
N/A
**Medical Students**
      4ᵗʰ Year Medical Students- Midwestern University, Phoenix, AZ
**Graduate Students**
GSBS, David Crotzer, MD, 2002−2004
**Postdoctoral Research Fellows**
Tae-Eu Kim Koreai, 1996−1997
Basic Science, Lois Ramondetta, MD, 1998

Basic Science, Pedro Ramirez, MD, 1998
Basic Science, Susan Modesitt, MD, 1999
Basic Science, Veronica Schimp, DO, 2000
Basic Science, Janos Tanyi, 2001–2004
Basic Science, Dwayne Jenkins, MD, 2001
Basic Science, David Crotzer, MD, 2002–2004
**Clinical Residents and Fellows**
Diljeet Singh, 7/1996–6/1999
Kenny Bozorgi, 7/1996–6/1999
Terri Pustilnik, 7/1996–6/1999
Lois M. Ramondetta, 7/1997–6/2000
Lynn P. Parker, 7/1997–6/2000
Mary E. Gordinier, 7/1997–6/2000
Carlos Herrera, 7/1998–6/2001
Lloyd West, 7/1998–6/2001
Pedro T. Ramirez, 7/1998–6/2001
Jubilee Brown Robinson, 7/1999–6/2002
Matthew Anderson, 7/1999–6/2002
Susan Modesitt, 7/1999–6/2002
Hyun Shvartsman, 7/2000–6/2003
Sean Tedjerati, 7/2000–6/2003
Veronica Schimp, 7/2000–6/2003
Alfred Dwayne Jenkins, 7/2001–6/2004
Amir Jazaeri, 7/2001–6/2004
Jonathan Oh, 7/2001–6/2004
Christine Lee, 7/2001–6/2005
Michael Frumovitz, 7/2001–6/2005
Sachin Apte, 7/2001–6/2005
Brian Slomovitz, 7/2002–6/2006
David Crotzer, 7/2002–6/2006
Premal Thaker, 7/2002–6/2006
Salvador Saldivar, 7/2003–6/2006
Charles Landen, 7/2003–6/2007
Pamela Soliman, 7/2003–6/2007
Aparna Kamat, 7/2004–6/2008
Kathleen Schmeler, 7/2004–6/2008
Liz Han, 7/2004–6/2008
Michael Milam, 7/2005–6/2009
William Merritt, 7/2005–6/2009
Yvonne Lin, 7/2005–6/2009
John Moroney, 7/2006–6/2010
Robin Lacour, 7/2006–6/2010
Shannon Westin, 7/2006–6/2010
Whitney Spannuth, 7/2006–6/2010
Alpa Nick, 7/2007–6/2011
Celestine Tung, 7/2007–6/2011
Larissa Meyer, 7/2007–6/2011
Jennifer Kelly Burzawa, 7/2008–6/2012
Matthew Peter Schlumbrecht, 7/2008–6/2012
Rebecca Lynn Stone, 7/2008–6/2012
**Other Supervisory Teaching**
Julie Huh, 4th year medical student, Graduate Students, 1996
Lisa Bazzett, Clinical Residents and Fellows, 1997

Mentor, Global Academic Programs - University Hosptial Juan Canalejo, Spain, Ovidio Fernandez-Calvo, MD, Foreign Visitor, 2/2009–5/2009
Mentor, Sister Institution Associates - Fudan Cancer Hospital, China, Global Academic Programs, Jie Tang, MD, Foreign Visitor, 6/2009–12/2009
**Teaching Outside of Current Institution**
**Formal Teaching**
**Courses Taught**
Current Directions in Cancer Therapy & Research, National Ovarian Cancer Coalition
Yearly, 1998–present
A-Z Gene Therapy Replacing p53 to achieve antitumor effect, Society of Gynecologic Oncologists
Lecturer, Gene Therapy for Gynecologic Malignancies, University of Texas Medical School
**Supervisory Committees**
PhD Committee, Lee Seabrooke, Arizona State University, Tempe, AZ

**CONFERENCES AND SYMPOSIA**
**Organization of Conferences/Symposia (Include chairing session)**
N/A
**Presentations at National or International Conferences**
**Invited**
Characterization of two populations of the human ovarian cancer cell line, 2774, that express different levels of epidermal growth factor receptor, AACR Annual Meeting, 1993

Characterization of two populations of the human ovarian cancer cell line, 2774, that express different levels of epidermal growth factor receptor, Felix Rutledge Society Annual Meeting, 1993

Enhanced c-erbB-2/neu expression in human ovarian cancer cells correlates with more severe malignancy that can be suppressed by E1A, American Radium Society Annual Meeting, Aruba, 1993

Relationship between expression of c-erb2/neu and the malignant phenotype of a human ovarian cancer cell line (SK0V3), Felix Rutledge Society Annual Meeting, 1993

Expression of adenovirus β-galactosidase in rhesus monkey cervix and growth inhibition of human cervical cancer cells by recombinant p53, Felix Rutledge Society Annual Meeting, 1995

Growth inhibition of human cervical cancer cells by the recombinant adenovirus-mediated transfer of a wild-type p53 gene, Society of Gynecologic Oncologists 26th Annual Meeting, San Francisco, CA, 1995

The significance of cone biopsy margins in patients with adenocarcinoma in situ of the cervix, Felix Rutledge Society Annual Meeting, 1995

A-Z Gene Therapy - Replacing p53 to achieve antitumor effect, Society of Gynecologic Oncologist, 1997

Growth inhibition of human ovarian cancer cells by combination treatment with cisplatinum and transfection with adenovirus-mediated p53, Society of Gynecologic Oncologists 28th Annual Meeting, Phoenix, AZ, 1997

Replacing p53 to Achieve an Antitumor Effect, Society of Gynecologic Oncologist 28th Annual Meeting, Phoenix, AZ, 1997

Growth suppression of human ovarian cancer cell lines by the introduction of a P16 via a recombinant adenovirus, Society of Gynecologic Oncologists Annual Meeting, 1998

Cirugia Citorreductora VS Cirugia Minimay uimioterapia Adyuvante, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998

Ganglio Centinela En El Manejo Del Cancer Vulva, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998

Principios De Terapia Genetica Aplicados A Oncologia Media, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998

Terapia Genetica En Cancer, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998

Gene Therapy for Gynecologic Malignancies, Department of Gynecology Grand Rounds, University of Texas Medical School, Houston, TX, 9/28/1999

A phase I trial of ADP53 for ovarian cancer patients: Correlation with p53 and anti-adenovirus AB status, Society of Gynecologic Oncologist Annual Meeting, 2000

A Phase I Trial of Adp53 for Patients with Platinum- and Paclitaxel-Resistant Epithelial Ovarian Cancer, 31st Annual Meeting of the Society of Gynecologic Oncologists, San Diego, CA, 2/9/2000

Prognostic Factors in Endometrial Cancer, Society of Gynecologic Oncologists 2000 Winter Meeting, Park City, UT, 3/18/2000

Effect of Transfecting P16 & P53 Suppressors on Cell Growth and Apoptosis in Ovarian Cancer Cell Lines, American Association for Cancer Research, 91st Annual Meeting, San Francisco, CA, 4/1/2000

Womens Professional Development, Association of American Medical Colleges Professional Development Seminar for Junior Women Faculty, Association of American Medical Colleges, Reston, VA, 4/1/2000

A Phase I Trial of Adp53 (RPR/INGN 201) for Ovarian Cancer Patients: Correlation with P53 and Anti-Adenovirus Antibody Status, American Society of Clinical Oncology, New Orleans, LA, 5/22/2000

Gene Therapy in Patients with Epithelial Ovarian Cancer, Gynecologic Oncology Group, 7/2000

Application of Molecular Biology in Gynecologic Cancer, Annual Meeting of the Thai Gynecologic Oncology Group, Nakorn Nayok, Thailand, 8/12/2000

The Role of Liposomal Doxorubicin (Caelyx) in Ovarian Cancer, Annual Meeting of the Thai Gynecologic Oncology Group, Nakorn Nayok, Thailand, 8/12/2000

Gene Therapy for Cervical Cancer - An Update, 2nd Annual International Conference on Cervical Cancer, Houston, TX, 4/13/2002

In Vivo Adenovirus-Mediated p16 Tumor Suppressor Gene Therapy in Ovarian Cancer, Texas Forum on Female Reproduction 8th Annual Meeting, Houston, TX, 5/2/2002

A Phase II Study of Xeloda in Patients with Chemotherapy Resistant Recurrent Ovarian Cancer, ASCO 2002 Annual Meeting, Orlando, FL, 5/19/2002

The Role of Docetaxel in Gynecologic Maligancies, 40th Japanese Society of Clinical Oncology Annual Meeting, Juntendo University, Toyko, Japan, 10/16/2002

Management of Ovarian cancer in the 21st Century-Surgery, Chemotherapy, and Molecular Therapy, 40th Japanese Society of Clinical Oncology Annual Meeting, Jutendo University, Toyko, Japan, 10/17/2002

Surgical Management of Gynecologic Malignancies, 40th Japanese Society of Clinical Oncology Annual Meeting, Jutendo University, Toyko, Japan, 10/17/2002

A Phase I/II Study to Evaluate the Optimum Biologic Dose of PEG-Intron in Patients with Platinum-Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, 11th SPORE Investigators Workshop, Baltimore, WA, 7/8/2003

A Phase I/II Study to Evaluate the Optimum Biologic Dose of PEG-Intron in Patients with Platinum-Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, 11th SPORE Investigator's Workshop, Baltimore, MD, 7/9/2003

P53 Targeted Therapy, 4th International Ovarian Cancer Conference, MSKCC, New York, NY, 9/11/2003

mTOR inhibition is a rational target for the treatment of endometrial cancer, ASCO 40th Annual Meeting, New Orleans, LA, 6/5/2004

Cervical and Endometrial Cancers - Preferred Treatment and Management Options, CME Conference, Hoag Cancer Center, Huntington Beach, CA, 1/28/2005

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program, San Antonio, TX, 2/9/2005

Cervical Cancer, Ovarian Cancer:What We Need to Know, Women's Health On Alert, Wellesley College, Wellesley, MA, 4/2/2005

Wiley, Miryam (Townsman Correspondent) Women and hormonal health the expert views., The Wellesley Townsman: townonline.com, Wellesley College, Wellesley, MA, 4/7/2005

Transitioning form Fellow to Faculty: How to go About Setting up an Independent Laboratory, and How to be a Mentor for Students, Residents and Fellows, 2005 Southern Regional Professional Development Conference - Successful Strategies for Women in Academic Medicine, Little Rock, AR, 4/16/2005

The Role of COUP-TFII in Ovarian Cancer, Grand Rounds, Baylor College of Medicine, Houston, TX, 5/6/2005

Biologic Therapies Should be Used as Single Agents in Ovarian Cancer Clinical Trials, Felix Rutledge Society 36th Annual Meeting, Mackinac Island, MI, 7/15/2005

Surgical Treatment of Ovarian Cancer Indications and Advances in the 21st Century, Chinese Society of Gynecologic Oncology, Tsinghua University, Nanjing, China, 6/3/2006

Surgical Treatment of Ovarian Cancer Indications and Advances in the 21st Century and Beyond, International Forum on the Mechanisms and Management of Ovarian Cancer, Peking University People's Hospital, Beijing, China, 6/9/2006

Thymidine Kinase Inhibitors in Gynecologic Malignancies, Felix Rutledge Society 36th Annual Meeting, Berlin, Germany, 9/7/2006

Intraperitoneal Chemotherapy for Optimally Debulked Ovarian Cancer and Emerging Therapies in Ovarian Cancer, 6th Samsung Medical Center - M. D. Anderson Cancer Center International Symposium, Seoul, Korea, Republic of, 11/4/2006

Ovarian Carcinoma for the General Oncologist, Third Symposium, Pursuit of Excellence: Addressing Issues and Trend in Oncology Nursing, UT M D Andersons Physicians Network, Santa Barbara, CA, 7/13/2007

Early Detection and Treatment of Ovarian Cancer, SGO, Tampa, FL, 3/9/2008

Optimizing Treatment Choices in Ovarian Cancer, SGO, Tampa, FL, 3/9/2008

Advances in the Management of Ovarian Stromal Tumors, ASCO, Chicago, IL, 5/31/2008

Ovarian Cancer, Uterine Cancer, Cervical Cancer, Hospital Israelita Albert Einstein and M D Anderson Cancer Center, Hospital Israelita Albert Einstein and M D Anderson Cancer Center, Sao Paulo, Brazil, 6/17/2008

Minimally Invasive Surgery in Gynecology Oncology, II International Symposium of Gynecology Oncology - Hospital Sirio-Libanes, Sao Palo, Brazil, 11/7/2008

Gene Therapy and Targeted Therapies in Gynecologic malignancies, II International Symposium of Gynecology Oncology - Hospital Sirio-Libanes, Sao Palo, Brazil, 11/8/2008

Gynecologic Cancers.What you need to know about Ovarian, Uterine, and Cervix Cancers, Albert Einstein Instituto Israelita De Ensino E Pesquisa, Sao Paulo, Brazil, 6/23/2009

Course Director, 8th International Conference on Ovarian Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY, 9/24/2009

Treatment of Ovarian Cancer 21st Century and Beyond, 6th Chinese Conference on Oncology and the 9th Cross-Strait Conference on Oncology, Fudan University Shanghai Cancer Center, Shanghai, China, 5/21/2010

Chemotherapy Session Moderator, The 9th International Conference on Ovarian Cancer, Houston, TX 12/2/2011

**Scientific Exhibitions**

Current Directions in Cancer Therapy & Research, Cancer in Women: A Comprehensive Scientific Symposium on the Gynecologic Malignancies, National Ovarian Cancer Coalition, San Diego, CA, 2/4/2000

The Role of Gemcitabine in Ovarian Cancer, Lilly Oncology Advisory Meeting, Indianapolis, IN, 2/28/2002

Current and New Treatment Strategies for Ovarian Cancer, Grand Rounds, University of Medicine & Dentistry of New Jersey, Newark, NJ, 3/27/2002

Challenging Cases in Gynecologic Oncology, Network for Oncology Communication & Research, Las Vegas, NV, 8/17/2002

Cancer in Women: A scientific update in prevention, screening, treatment and risk management for ovarian and cervical malignancies, National Ovarian Cancer Coalition, Inc., Boston, MA, 10/10/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship CME Conference, University of California, Irvine, CA, 10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME Conference, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, Grand Rounds, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Current Treatment Strategies for Gynecologic Cancers, SGO Symposium 34th Annual Meeting, New Orleans, LA, 2/2/2003

Panel Physician - Ovarian Cancer Panel, The National Comprehensive Cancer Network on Ovarian Cancer Panel, Chicago, IL, 2/7/2003

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Breckenridge, CO, 3/7/2003

Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Satellite Broadcast, Highlights from ASCO 2003, American Academy of the CME, Inc., Newark, NJ, 6/18/2003

What's New in Ovarian Cancer Treatment, NOCC National Conference, Ft. Lauderdale, FL, 11/8/2003

Ovarian Cancer: A Progress Report, 4th Annual Primary Care and Prevention conference, Atlanta, GA, 10/25/2004

Current & New Treatments for Ovarian Cancer, NOCC Conference, Philadelphia, PA, 10/30/2004

Clinical Trials, NOCC National Meeting, Ft. Lauderdale, FL, 11/13/2004

Cancer In Women: a Scientific Update on Ovarian Cancer-Prevention, Screening and Treatment, CME Conference, CME Massachusetts Medical Society & NOCC, 2/4/2005

Phase II Trials among the Ovarian SPORE Programs, Ovarian State of the Science Meeting - GOG Retreat, Bethesda, MD, 9/15/2005

Challenging Cases in Women's Health Recurrent Ovarian Cancer at 8 Months, NMCR Challenging Cases in Gyn Oncology and Breast Cancer, Miami, FL, 6/17/2006

How to Survive and Thrive as a Female Physician in Gynecologic Oncology, Japanese Society of Gynecologic Oncology 42nd Annual Meeting, Toyko, Japan, 6/28/2007

What's New Gynecologic Oncology? An Update on Translational and Clinical Research, Japanese Society of Gynecologic Oncology 42nd Annual Meeting, Toyko, Japan, 7/2/2007

Ovarian Carcinoma for the General Oncologist, UT M D Anderson Cancer Center and M D Anderson Physicians Network 3rd Annual Symposium

The University of Texas MD Anderson Cancer Center, Santa Barbara, CA, 7/9/2007Ovarian Expert Recap - Clinical Options, ASCO, Chicago, IL, 5/30/2008Controversial Issues in Recurrent Ovarian Cancer, Felix Rutledge Society Meeting, Buenos Aires, Argentina, 4/29/2009

Conversations with Oncology Investigators, Bridging the Gap between Research and Patient Care, Research to Practice CME Program, 01/2013

**National Seminar Invitations**

Attended, Association of American Medical Colleges Professional Development Seminar for Junior Women Faculty. Reston, Virginia, April 1-4, 2000

Gynecologic Cancers 2003 Treatment Update, CHRISTUS Spohn Shoreline Tumor Conference-CME, CHRISTUS Spohn Shoreline, Corpus Christi, TX, 8/27/2003

Update in the Management of Ovarian Cancer, Symposium on Women's Cancer, The Cleo Craig Memorial Cancer and Research Clinic, Lawton, OK, 8/28/2004

Palliative Care Issues for Patients Facing Advanced Ovarian Cancer, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, Shreveport, LA, 10/22/2004

PV, The Abnormal Pap Smear, and Cervical Cancer, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, Shreveport, LA, 10/22/2004

Metastatic Cervical Cancer, Cancer 2005: Preferred Treatment and Management Options, Hoag Cancer Center CME Oncology Meeting, Huntington Beach, CA, 1/28/2005

Recurrent Endometrial Cancer, Cancer 2005: Preferred Treatment and Management Options, Hoag Cancer Center CME Oncology Meeting, Huntington Beach, CA, 1/28/2005

Clinical Trials - Understanding, Navigating & Accessing Clinical Trials, Georgia Ovarian Cancer Awareness Conference, Georgia Ovarian Cancer Awareness Conference, Atlanta, GA, 2/19/2005

Cervical Cancer, Ovarian Cancer: What We Need to Know, Women's Health on Alert, Wellesley College, Wellesley, MA, 4/2/2005

Recurrent Endometrial Cancer Case#5, Challenging Cases in Women's Health, NOCR, Las Vegas, NV, 8/6/2005

Breaking Sound Barriers: Cutting Edge Research from the Lab and Clinical Trials, Turn the Volume Up-Ovarian Cancer National Alliance Conference, NOCC, Atlanta, GA, 9/29/2005

Clinical Trials 101, Turn the Volume Up-Ovarian Cancer National Alliance Conference, NOCC, Atlanta, GA, 9/29/2005

Risk Factors and Genetic Risk factors Regarding Ovarian Cancer, Diagnosis and Treatment of Ovarian Cancer - Beyond Chemotherapy National Ovarian Cancer Coalition Symposium, NOCC, Philadelphia, PA, 10/29/2005

Clinical Trials, National Ovarian Cancer Coalition Mini-Conferences, NOCC, Silver Springs, MD, 11/12/2005

Current & New Treatments for Ovarian Cancer, Grand Rounds, Advocate Christ Medical Center, Oak Lawn, IL, 1/12/2006

Progress and Treatment for Ovarian Cancer, Grand Rounds CME, MacNeal Hospital, Berwyn, IL, 4/25/2006

Women and Cancer: A Focus on Cervical and Ovarian Cancer, Oncology Nursing and Pharmacy Conference Series 2006: Collaboration for Advancing the Quality of Community Cancer Care, UTMB Office of Continuing Education, San Diego, CA, 11/18/2006

Women and Cancer: A Focus on Cervical and Ovarian Cancer, Oncology Nursing and Pharmacy Conference Series 2006: Collaboration for Advancing the Quality of Community Cancer Care, UTMB Office of Continuing Education, Williamsburg, VA, 12/2/2006

Future Directions and New Frontiers in Individualized Therapeutic Approaches, SGO-CME Certified Satellite Symposium Management of Recurrent Epithelial Ovarian Cancer: Current Standards and Novel Approaches, Society of Gynecologic Oncologist, San Diego, CA, 3/5/2007

Treatment of a Patient with Recurrent, Platinum-Resistant Disease, SGO-CME Certified Satellite Symposium Management of Recurrent Epithelial Ovarian Cancer: Current Standards and Novel Approaches, Society of Gynecologic Oncologist, San Diego, CA, 3/5/2007

Northwestern Prentice Women's Hospital, Guest Speaker, Chicago, IL.  02/08/2008 "From Bench to Bedside – My Personal Experience

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, July 21, 2008

EIF Callaway Golf Foundation Women's Cancer Initiative Annual Meeting, "Ovarian Cancer Research Program", Carlsbad, CA, August 8, 2008

The Impact of Stress, Gynecologic Cancer Foundation, NYU Langone Medical Center, New York, NY, 11/1/2008

Global Academic Programs (formerly Sister Institution Conference MDACC), Chair the Working Group on Gynecologic Malignancies, Houston, TX, 6/6/2008

M D Anderson Cancer Center Development Symposium, accompanied Dr. Mendelsohn and spoke at the Southern Hills Country Club, Tulsa, OK, June 24, 2008

Gastrointestinal Cancer Retreat and PI3K Workshop: CCSG Programs Onstead Auditorium, BSRB Mitchell Building

Advisor, Entereg Complex Gynecologic Surgery Advisory Meeting, GSK, Philadelphia, PA, December 5-6, 2008

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, January 9, 2009

Advisor, Yondelis Advisory Board Meeting, Centocor Ortho Biotech, Newport Beach, CA, February 20-21, 2009

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, July 14, 2009

Career Pathways for Women in Science and Medicine &  What the Careers of the Future Will Hold and More, Dinner with the Experts, Spring Branch Independent School District, Houston, TX, January 21, 2010

Faculty, CE-Continuing Education Program, OncoBeat ASCO 2010: Reporting the News. Beating Cancer.  Educational Concepts Group, LLC; Chicago, IL; June 7, 2010.

Advanced Ovarian Cancer, Facilitator for Interactive Case Discussions, SGO, March 26, 2012

Guest Speaker, "The Ethics of Clinical Trials", Phoenix Chapter of Associal of Clinical Research Professicals, July 2013

**Lectureships/Visiting Professorships**

Gynecologic Oncology Overview, Grand Rounds, Beaumont Hospital, Beaumont, TX, 4/17/1997

Abnormal Uterine Bleeding & Endometrial Cancer, Grand Rounds, St. Frances Cabrini Hospital, Alexandria, LA, 8/24/1999

Gynecologic Oncology Overview, Grand Rounds, Nacogdoches/San Augustine Medical Society, Nacogdoches, TX, 11/10/1999

Gene Therapy for Gynecologic Malignancies, University of Minnesota Fellowship Program, Minneapolis, MN, 12/14/1999

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, Grand Rounds, Christus Spohn Health System Tumor Conference, Corpus Christi, TX, 9/20/2000

Current and New Treatment Strategies for Ovarian Cancer, CME, University of Medicine & Dentistry of New Jersey, Medical School, Newark, NJ, 3/27/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship, University of California, Irvine, CA, 10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Texas Medical Center, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, CME, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Society of Gynecologic Oncologist, Breckenridge, CO, 3/7/2003

Physician Advisor for Gynecological Cancer Advisory Board, Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Translational Research from Bench to Bedside One Gynecologic Oncologist's Experience, Bench to Beside Symposium, NYU Medical Center, New York, NY, 5/20/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - OB/GYN Grand Rounds, St. David's Healthcare, Austin, TX, 10/18/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - University Hospital Grand Rounds, University Health Care System, Augusta, GA, 10/20/2005

Current and New Treatments for Ovarian Cancer, CME, Advocate Christ Hospital, Oak Lawn, IL, 1/12/2006

The Ethics of Clinical Trials, University of Minnesota Gynecologic Oncology Consensus Conference, University of Minnesota, Minneapolis, MN, 5/8/2006

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, CME-Medical Communications Media, Novato Community Hospital, Novato, CA, 5/7/2007

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, Grand Rounds-Medical Communications Media, University of Pittsburgh, Pittsburgh, PA, 6/5/2007

Treatment of Ovarian Cancer - 21st Century and Beyond, Grand Rounds, UC Davis Medical Center, Gynecologic Oncology, Sacramento, CA, 12/17/2008

Gynecologic Cancers: Uterine Cancer, CME: Update on Endometrial Cancer, Citizens Medical Center, Office of Continuing Medical Education, Victoria, TX, 1/11/2010

**NATIONAL CONFERENCES- INVITED/ AND OR SPEAKER**

Treatment of Ovarian Cancer, National Ovarian Cancer Coalition State Chapters Meeting, NOCC, Ft. Lauderdale, FL, 11/5/1999

Commencement speaker, East Liverpool High School, East Liverpool, OH, 6/1/2000

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, 2nd Annual "Closing Gaps & Opening Doors Conference for Working Women, U.S. Department of Labor, Women's Bureau Region VI, Austin, TX, 10/5/2000

Talk-back Session - Moderator, Wet State Theater, Alley Theater, UT M D Anderson Cancer Center & the Stanford Foundation, Austin, TX, 5/31/2001

Interferon-g in the Management of Ovarian Cancer clinical Advisory Program, Advisory Program, InterMune Pharmaceuticals, Houston, TX, 6/21/2001

Current & New Treatments for Ovarian Cancer, Cancer in Women: A Scientific Update in Prevention, Screening and Treatment for Ovarian Cancer, NOCC, Houston, TX, 1/1/2004

Management of Gynecologic Cancer, Sanofi-Synthelabo Oncology Health Science Advisory Board Meeting, Sanofi-Synthelabo Oncology, Dallas, TX, 4/24/2004

Controversies in Ovarian Cancer, ACOG Update, Audiotaped Tele-Conference, ACOG, Houston, TX, 5/14/2004

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program to educate young women in Houston Independent School District, Worthing High School, Houston, TX, 2/9/2005

Screening for Gynecologic Cancers, CME Memorial Hermann Southwest Hospital, Memorial Hermann Southwest Hospital, Houston, TX, 3/8/2005

The Role of COUP-TFII in Ovarian Cancer, Arthur M. Faris, Sr., MD Resident Research Day, Baylor College of Medicine, Obstetrics and Gynecology, Houston, TX, 5/6/2005

Menopause The Musical Out Loud - Breaking the Silence on Ovarian Cancer, National Ovarian Cancer Coalition, Matrix Graphix, and Ovarian Cancer National Alliance Aging Out Loud Tour, TOC Productions Inc., www.menopausethemusical.com, National Ovarian Cancer Coalition, Stafford, TX, 3/3/2006

Progress and Treatment of Ovarian Cancer, National Ovarian Cancer Coalition, American Cancer Society, National Ovarian Cancer Coalition, American Cancer Society, Austin, TX, 3/20/2006

What you need to know - Hereditary Breast and Ovarian Cancer, UT M D Anderson Cancer Center and The San Antonio Chapter of Hadassah, San Antonio, TX, 10/26/2006

Progress and Treatment for Ovarian Cancer, UTMB - CME Grand Rounds, Galveston, TX, 2/14/2007

Moderator - Stump the Professor, 37th Annual Meeting of the Felix Rutledge Society, Houston, TX, 6/13/2007

Ovarian Cancer Advisory Panel, Physician Oncology Education Program, Ovarian Cancer Advisory Panel Meeting, Texas Medical Association, Austin, TX, 12/10/2007

Cervical Cancer Update Including the Role of Vaccines, SGO-Society of Gynecologic Oncologist, Educational Concepts Group, LLC, Oncobeat SGO: Reporting the News.Beating Cancer, San Antonio, TX, 2/8/2009

Wolf, JK. Strategies for the Management of Platinum-Resistant Ovarian Cancer, 41st Annual Meeting on Women's Cancer Society of Gynecologic Oncologist, CBCE - University of North Texas Health Science Center at Fort Worth, Center for Biomedical Continuing Education, San Francisco, CA, 3/15/2010

Ovarian Cancer, Women's Cancer Awareness Conference, Methodist Healthcare System, San Antonio, TX, 9/30/2010

Gynecologic Oncology Overview, Grand Rounds, Beaumont Hospital, Beaumont, TX, 4/17/1997 Abnormal Uterine Bleeding & Endometrial Cancer, Grand Rounds, St. Frances Cabrini Hospital, Alexandria, LA, 8/24/1999

Gynecologic Oncology Overview, Grand Rounds, Nacogdoches/San Augustine Medical Society, Nacogdoches, TX, 11/10/1999

Gene Therapy for Gynecologic Malignancies, University of Minnesota Fellowship Program, Minneapolis, MN, 12/14/1999

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, 2nd Annual "Closing Gaps & Opening Doors Conference for Working Women, U.S. Department of Labor, Women's Bureau Region VI, Austin, TX, 10/5/2000

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, Grand Rounds, Christus Spohn Health System Tumor Conference, Corpus Christi, TX, 9/20/2000

Talk-back Session - Moderator, Wet State Theater, Alley Theater, UT M D Anderson Cancer Center & the Stanford Foundation, Austin, TX, 5/31/2001

Interferon-g in the Management of Ovarian Cancer clinical Advisory Program, Advisory Program, InterMune Pharmaceuticals, Houston, TX, 6/21/2001

Current and New Treatment Strategies for Ovarian Cancer, CME, University of Medicine & Dentistry of New Jersey, Medical School, Newark, NJ, 3/27/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship, University of California, Irvine, CA, 10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Texas Medical Center, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, CME, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Society of Gynecologic Oncologist, Breckenridge, CO, 3/7/2003

Physician Advisor for Gynecological Cancer Advisory Board, Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Current & New Treatments for Ovarian Cancer, Cancer in Women: A Scientific Update in Prevention, Screening and Treatment for Ovarian Cancer, NOCC, Houston, TX, 1/1/2004

Management of Gynecologic Cancer, Sanofi-Synthelabo Oncology Health Science Advisory Board Meeting, Sanofi-Synthelabo Oncology, Dallas, TX, 4/24/2004

Controversies in Ovarian Cancer, ACOG Update, Audiotaped Tele-Conference, ACOG, Houston, TX, 5/14/2004

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program to educate young women in Houston Independent School District, Worthing High School, Houston, TX, 2/9/2005

Screening for Gynecologic Cancers, CME Memorial Hermann Southwest Hospital, Memorial Hermann Southwest Hospital, Houston, TX, 3/8/2005

The Role of COUP-TFII in Ovarian Cancer, Arthur M. Faris, Sr., MD Resident Research Day, Baylor College of Medicine, Obstetrics and Gynecology, Houston, TX, 5/6/2005

Translational Research from Bench to Bedside One Gynecologic Oncologist's Experience, Bench to Beside Symposium, NYU Medical Center, New York, NY, 5/20/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - OB/GYN Grand Rounds, St. David's Healthcare, Austin, TX, 10/18/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - University Hospital Grand Rounds, University Health Care System, Augusta, GA, 10/20/2005

Current and New Treatments for Ovarian Cancer, CME, Advocate Christ Hospital, Oak Lawn, IL, 1/12/2006

Menopause The Musical Out Loud - Breaking the Silence on Ovarian Cancer, National Ovarian Cancer Coalition, Matrix Graphix, and Ovarian Cancer National Alliance Aging Out Loud Tour, TOC Productions Inc., www.menopausethemusical.com, National Ovarian Cancer Coalition, Stafford, TX, 3/3/2006

Progress and Treatment of Ovarian Cancer, National Ovarian Cancer Coalition, American Cancer Society, National Ovarian Cancer Coalition, American Cancer Society, Austin, TX, 3/20/2006

The Ethics of Clinical Trials, University of Minnesota Gynecologic Oncology Consensus Conference, University of Minnesota, Minneapolis, MN, 5/8/2006

What you need to know - Hereditary Breast and Ovarian Cancer, UT M D Anderson Cancer Center and The San Antonio Chapter of Hadassah, San Antonio, TX, 10/26/2006

Progress and Treatment for Ovarian Cancer, UTMB - CME Grand Rounds, Galveston, TX, 2/14/2007
Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, CME-Medical Communications Media, Novato Community Hospital, Novato, CA, 5/7/2007

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, Grand Rounds-Medical Communications Media, University of Pittsburgh, Pittsburgh, PA, 6/5/2007

Moderator - Stump the Professor, 37th Annual Meeting of the Felix Rutledge Society, Houston, TX, 6/13/2007

Ovarian Cancer Advisory Panel, Physician Oncology Education Program, Ovarian Cancer Advisory Panel Meeting, Texas Medical Association, Austin, TX, 12/10/2007

Lecturer: Teal Lunch for Life, "Ovarian Cancer: Top Ten Questions What you really need to know..," benefiting Blanton-Davis Ovarian Cancer Research Program, San Antonio, TX, September 10, 2008

Lecturer: E2 Communications-Opinions in Gyn Malignancies: An Interactive Forum and KOL Focus Group, Las Vegas, NV, October 18, 2008

Treatment of Ovarian Cancer - 21st Century and Beyond, Grand Rounds, UC Davis Medical Center, Gynecologic Oncology, Sacramento, CA, 12/17/2008

Lecturer: Shell Health - Shell Oil Company, Prevention and Gynecological Oncology, Houston, TX, April 6, 2009

Lecturer: Raising Ovarian Cancer Awareness to Increase Survival Rates; NOCC, Media Blitz in New York, NY, April 22-23, 2009

Speaker, Teal Lunch for Life, "Ovarian Cancer: What you need to know and how you can help..," benefiting Blanton-Davis Ovarian Cancer Research Program, San Antonio, TX, Sept. 9, 2009

Speaker, Key to the Cure Benefit, "Ovarian Cancer, Raise Awareness"; NOCC & Saks 5th Avenue-Austin, Austin, TX, September 17, 2009

Cervical Cancer Update Including the Role of Vaccines, SGO-Society of Gynecologic Oncologist, Educational Concepts Group, LLC, Oncobeat SGO: Reporting the News.Beating Cancer, San Antonio, TX, 2/8/2009

Gynecologic Cancers: Uterine Cancer, CME: Update on Endometrial Cancer, Citizens Medical Center, Office of Continuing Medical Education, Victoria, TX, 1/11/2010

Speaker, CME/CNE Ovarian Cancer Knowledge Video, Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, January 25, 2010

Wolf, JK. Strategies for the Management of Platinum-Resistant Ovarian Cancer, 41st Annual Meeting on Women's Cancer Society of Gynecologic Oncologist, CBCE - University of North Texas Health Science Center at Fort Worth, Center for Biomedical Continuing Education, San Francisco, CA, 3/15/2010

Ovarian Cancer, Women's Cancer Awareness Conference, Methodist Healthcare System, San Antonio, TX, 9/30/2010
**PROFESSIONAL MEMBERSHIPS/ACTIVITIES**
**Professional Society Activities, with Offices Held**
**National and International**

American Association of Cancer Research
**Member**, 1996−2014
Felix Rutledge Society
**Member**, 1996−present
**Chairman**, Program Committee, 1999
**Co-Chairman**, Program Committee, 2007
**President**, 2008−2009
Society of Gynecologic Oncology
**Member**, 1996−present
**Member**, Program Committee, 1999
**Member**, Government Relations Committee, 2002−2011
**Co-Chair**, Government Relations Committee, 2005−2011
American Society of Clinical Oncology
**Member**, 1997−present
American College of Obstetrics and Gynecology
**Fellow**, 1999−present
Gynecologic Oncology Group
**Member,** Developmental Therapeutics Committee, 2001−2011
**Member,** Phase I Subcommittee, 2004−2011
NEOMED Alumni Board
Rootstown, OH
       **Member** 2008-2014

Southern Regional Professional Development Conference for Women in Medicine and Research, Take charge of Your Life: Speak Up, Stand Out, and Stay Calm
**Member**, Planning Committee, 3/2007
American Gynecological & Obstetrical Society
**Fellow**, 11/2007–present
Southwest Oncology Group (SWOG), Seattle, WA
**Member**, 11/2010–2011
**Local/State**
Houston Gynecology & Obstetrics Society, Houston, TX
**Member**, 1996
**Treasurer**, 1998–2000
**Vice President**, 2001-2002
**President-Elect**, 2002–2003
**President**, 2003–2004
**Member**, 2004–2011
Ob-Gyn Alumni Association, The University of Texas Health Science Center at San Antonio, San Antonio, TX
**Member**, 1999
American Board of Obstetrics & Gynecology, Dallas, TX
**Oral Board Examiner**, 12/2008
**Oral Examiner**, 12/2009
**Examiner**, 12/2010
**MEDIA: LOCAL AND NATIONAL**

1.  News Article on Women's Health On Alert Conference: Wiley, Miryam (Townsman Correspondent) Women and hormonal health - the expert views. The Wellesley Townsman: townonline.com, April 7, 2005
2.  Lecturer, Breaking the Silence on Ovarian Cancer - Diagnosis and Treatment; NOCC, State of Disease, Teleconference in Advance of Nation's Leading Cancer Meeting, Taped in New York, NY, Televised Live Across the Nation, May 22-23, 2006
3.  Lecturer, Breaking the Silence on Ovarian Cancer - Diagnosis and Treatment; NOCC Media Initiative Magazine Interview, Interviewed in New York, NY, Fitness, MEDIZine's Healthy Living, Family Circle, Prevention, Cosmopolitan, Glamour, Woman's Day, O Magazine, March 11-13, 2007
4.  Lecturer, Breaking the Silence on Ovarian Cancer Campaign, NOCC Media Alert Blitz on the Consensus of Ovarian Cancer; Teleconference in Advance of Nation's Leading Cancer Meeting, Taped in Houston, Texas, Televised Live Across the Nation, June 25, 2007
5.  Dr. Oz Show appearance, Birth Control Pills and Risk of Ovarian Cancer, March 2012
6.  I Heart Radio, "Preview of Highlights of San Antonio Breast Cancer Society Meeting", December 2013

**COMMUNITY**

1.  Foundation Event – Development Reception for Banner MD Anderson Cancer Center, November 3, 2011
2.  Foundation Event – Presentation at Vi Community, Scottsdale, Arizona 02/2012
3.  Banner Health Foundation Lunch - JoAnn Oreffice, Pat McKennon and Pat Carbone Tour and Lunch,  March 30, 2012
4.  Foundation Event – Freeport McMoRan Employee Campaign Launch, Phoenix, AZ , April 6, 2012
5.  Surgery Grand Rounds, Banner Good Samaritan Hospital, Gynecologic Oncology 2012 Updates, Phoenix, AZ, March 2012
6.  Foundation Event – Bill and Anne Smith Reception, Sedona, AZ  April 21, 2012
7.  Foundation Event – Presentation at Vi Community, Scottsdale, Arizona 09/12/2012
8.  Speaker at 4th Annual Run/Walk for Ovarian Cancer, Break the Silence, NOCC 09/23/2012
9.  Speaker at Association of Physician Assistants in Oncology, 2012 Annual Conference, Scottsdale, AZ  10/13/2012
10. Obesity and Cancer, Banner Gateway Medical Center Bariatric Grand Rounds, 02/2013
11. Advanced Leadership Program for Physicians, Banner Health, 2012-2013
12. Principal-Investigator, Various Donors, UT M. D. Anderson Cancer Center, 1999-Present, $324,834
13. Selected 2013 *Top 50 Most Influential Women in Business*


**NATIONAL PROFESSIONAL LECTURES/TALKS**

Lecturer: **Strengthening Her Fight in the Battle Against Ovarian Cancer; Physicians Connect-Tibotec (Doxil) Pharmaceuticals & MediMedia**
    Houston, TX, October 11, 2005
    Woodlands, TX October 12, 2005
    Moline, IL, October 25, 2005
    Monrovia, CA, October 27, 2005
    Grand Rapids, MI, December 15, 2005
    Kansas City, MO, January 10, 2006
    Houston, TX, October 17, 2006
    Oklahoma City, OK, November 14, 2006
    Woodlands, TX, April 23, 2007
    Oklahoma City, OK, May 8, 2007
    Houston, TX, June 12, 2007
    Houston, TX, June 19, 2007
    Houston, TX (MDACC), June22, 2007
    Houston, TX, October 17, 2007
    Houston, TX, December 5, 2007
    Houston, TX, June 6, 2008
Houston, TX, May 14, 2009

Lecturer: **Latest Developments in HPV-Related Diseases and Cervical Cancer; Merck i-Med Conference**

Lubbock, TX, September 26, 2006
Dallas, TX, October 10, 2006
Tyler, TX, October 24, 2006
Harvey, LA, November 16, 2006
Beaumont, TX, November 20, 2006
Snyder, TX, November 21, 2006
Bedford, TX, January 18, 2007
Denver, CO, January 30, 2007
Houston, TX, February 13, 2007
Baytown, TX, February 20, 2007
Houston, TX, March 14, 2007
Austin, TX, March 28, 2007
Arlington, TX, May 14, 2007
Houston, TX (MDACC), May 18, 2007
Webster, TX, May 23, 2007
Woodlands, TX, June 7, 2007
Dallas, TX, June 8, 2007
Chicago, IL, July 23, 2007
Nacogdoches, TX, October 30, 2007
Houston, TX, November 11, 2007
San Antonio, TX, November 14, 2007
Dallas, TX, December 4, 2007
Dallas, TX, December 14, 2007
Grapevine, TX, February 4, 2008
SanAntonio, TX, February 18, 2008
San Angelo, TX, February 19, 2008
Nacogdoches, TX, February 28, 2008
Hutchinson, KS, May 12, 2008

Lecturer: **The Management of Cervical Cancer: Focus on Hycamtin; Advanced Communication and Education (ACE) - Glaxo Smith Klein (GSK)**
Beaumont, TX, October 30, 2006
Corpus Christi, TX, November 27, 2006
Lafayette, LA, November 28, 2006
Lake Charles, LA, April 2, 2007

Grand Rounds Speaker **Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life; Medical Communications Media Bureau**
Casper, WY, September 11, 2007
Pensacola, FL, October 9, 2007
Sugarland, TX, November 9, 2007
Houston, TX, December 4, 2007
Victoria, TX, December 5, 2007
Birmingham, AL, April 1, 2008
Kansas City, MO, May 7, 2008
St. Petersburg, FL, August 21, 2008
Victoria, TX, December 3, 2008
Newport Beach, CA, December 4, 2008

Lecturer: **The Treatment of Platinum-Sensitive Advanced Ovarian Cancer; Lilly Lecturer Bureau**
Houston, TX, April 3, 2007
Harlingen, TX, 12pm & 7pm, Jan 31, 2008
McAllen, TX, March 26, 2008
Brownsville, TX, March 26, 2008
Jacksonville, FL, April 23, 2008
Houston, TX, May 5-6, 2008
Fort Worth, TX, May 14, 2008
Wichita Falls, TX, May 14, 2008
Houston, TX, May 15, 2008
San Antonio, TX, May 28, 2008
Houston, TX, June 4, 2008
San Antonio, TX, July 2, 2008
Beaumont, TX, July 23, 2008
Fort Worth, TX, August 27, 2008
Wichita Falls, TX, August 27, 2008
Indianapolis, IN, (3-talks), September 3,2008
Corpus Christi, TX, September 17, 2008
Laredo, TX, September 17, 2008
San Antonio, TX, October, 22, 2008
Temple, TX, May 22, 2009
Laredo, TX, May 27, 2009
McAllen, TX, May 28, 2009
Houston, TX, June 4, 2009
Houston, TX, June 17, 2009
Beaumont, TX, August 6, 2009

**Volunteer and Advocacy**

1. Founder, Sprint for Life Fun Run, Raised over $5 Million to Date For Ovarian Cancer   Research, 1998-Present
2. National Ovarian Cancer Coalition- Member of medical advisory board 1996- 2008. Member of Governing Board 2009-present.
3. Society for Women's Health Research- Board Member 2014-present
4. Health Volunteers Overseas- 20-14- present. Volunteered in Viet Nam, Honduras, Haiti: Project Director Bhaktupur Nepal. Oncology Steering Committee Member.

CV updated; 01/05/2019

Judith K Wolf, MD

Exhibit B

Judith Wolf, M.D.
Materials Considered

1.  "A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88.

2.  Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

3.  Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

4.  ACOG. "Talc Use and Ovarian Cancer." Statements, September 11, 2017.

5.  Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

6.  Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47.

7.  American Cancer Society. "Talcum Powder and Cancer." American Cancer Society, November 13, 2017.

8.  Antoniou, A., et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

9.  Amrhein, V., et al., "Retire statistical significance." *Nature.* 567 (2019): 305-307.

10. Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

11. "ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018.

12. "ATSDR - Toxicological Profile: Silica." Accessed August 16, 2018.

13. Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" Obstetrics & Gynecology 120, no. 3 (September 2012): 612–18.

14. Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" The Lancet 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

15. Barnhart, K., et al. "Baseline Dimensions of the Human Vagina." Human Reproduction Vol. 21, no. 6 (2006): 1618-22.

16. Bartrip, P. W. J. "History of Asbestos Related Disease." *Postgraduate Medical Journal* 80, no. 940 (February 1, 2004): 72–76. https://doi.org/10.1136/pmj.2003.012526.

17. Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The

1

Materials Considered

Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

18.  Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620.

19.  Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

20.  Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015).

21.  Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1.

22.  Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

23.  Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

24.  Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602.

25.  Blount, A. M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

26.  Bluemel, G., F. Piza, and Zischka-Konorsa W. "[Experimental animal research on the tissue reaction to starch and talc powder after their intraperitoneal use.]." *Wiener klinische Wochenschrift* 74 (January 1962): 12–13.

27.  Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

28.  Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

29.  Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

30.  Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

31.  Bulbulyan, M. A., S. A. Ilychova, S. H. Zahm, S. V. Astashevsky, and D. G. Zaridze. "Cancer Mortality among Women in the Russian Printing Industry." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 166–71.

32.  Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

2

33. Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

34. Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953.

35. Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17.

36. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, April 14, 2016. https://capitalbreastcare.georgetown.edu/health/ovarian.

37. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, July 3, 2018. https://capitalbreastcare.georgetown.edu/health/ovarian.

38. Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

39. Chang, S., and H. A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401.

40. Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." Canadian Respiratory Journal, 2017.

41. Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." BJOG: An International Journal of Obstetrics and Gynaecology 124, no. 6 (May 2017): 872–78.

42. Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018.

43. Chen, L-M, et al. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum - UpToDate," 2018.

44. Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

45. Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58.

46. Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67.

47. Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63.

48. CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

49. Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Materials Considered

50. Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

51. Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14.

52. Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42.

53. Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.

54. Committee on the State of the Science in Ovarian Cancer Research, Board on Health Care Services, Institute of Medicine, and National Academies of Sciences, Engineering, and Medicine. *Ovarian Cancers: Evolving Paradigms in Research and Care*. Washington (DC): National Academies Press (US), 2016. http://www.ncbi.nlm.nih.gov/books/NBK367618/

55. Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

56. Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

57. Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

58. Cramer, Daniel W. and Allison F. Vitonis. "Signatures of Reproductive Events on Blood Counts and Biomarkers of Inflammation: Implications for Chronic Disease Risk." *PLoS ONE* 12(2) (2017).

59. Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

60. Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer* 81, no. 3 (May 5, 1999): 351–56.

61. Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

62. Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.

63. Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46.

64. Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501.

65. Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

66. Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." Nature Reviews Clinical Oncology 12 (October 2015): 584–96.

67. Curtis D. Klaassen, and John Doull. Casarett and Doull's Toxicology : The Basic Science of Poisons. 8th Edition. McGraw-Hill Education, 2013.

68. "Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

69. "Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

70. Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70.

71. DiSaia, PJ, WT Creasman, RS Mannell, S McMeekin, and D Mutch. *Clinical Gynecologic Oncology / [Edited by] Philip J. DiSaia, William T. Creasman, Robert S. Mannell, Scott McMeekin, David G. Mutch.* 9th ed. Philadelphia, PA: Elsevier, 2018.

72. Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28.

73. Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

74. D.R. Petterson. "JNJ 000251888," April 26, 1973.

75. Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35.

76. Dydek, Thomas. "Educational Report of Thomas Dydek, Ph.D., DABT, PE, Regarding the Cancer Causing Constituents of Defendants' Talcum Powder Products, In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation MDL No. 2738," April 9, 2018.

77. Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

78. Egilman, David, Joan E. Steffan, Triet Tran, Kate Clancy, Mark Rigler and William Longo. "Health Effects of Censored Elongated Mineral Particles: A Critical Review." *STP* 1618 (2019), 192-239.

79. Egilman D, Madigan D, Yimam M, Tran T. "Evidence that cosmetic talc is a cause of ovarian cancer." Gynecol Pelvic Med 2020.

80. Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

81. Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194.

82. "Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

83. "Expert Report of Anne McTiernan, M.D., Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 16, 2018.

Materials Considered

84.  "Expert Report of Rebecca Smith-Bindman, M.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

85.  "Expert Report of Patricia G. Moorman Entitled Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," dated November 16, 2018.

86.  Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81.

87.  Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

88.  Fathalla, M. F. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

89.  FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP," April 1, 2017.

90.  Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015).

91.  "Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018.

92.  Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

93.  Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales. "The Role of the Mediators of Inflammation in Cancer Development." Pathol. Oncol. Res. (2015) 21:527–534.

94.  Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

95.  Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

96.  Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.

97.  Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

98.  Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

99.  Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018.

100. Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

101. Fletcher, NM, Amy K Harper, Ira Memaj, Rong Fan, Robert T. Morris and GM Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." *Reproductive Sciences* 1-10 (2019).

102. Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

103. Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89.

104. Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

105. Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

106. Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73.

107. Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3.

108. Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

109. Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

110. Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97.

111. Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

112. Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

113. Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

114. Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

115. Gondal, Mohammed A., Mohamed A. Dastageer, Akhtar A. Naqvi, Anvar A. Isab, and Yasin W. Maganda. "Detection of Toxic Metals (Lead and Chromium) in Talcum Powder Using Laser Induced Breakdown Spectroscopy." *Applied Optics* 51, no. 30 (October 20, 2012): 7395–7401.

116. Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

117. Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60.

118. Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

119. Graham, J. D. P., and M. E. Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

120. Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

121. Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

122. Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

123. Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

124. Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

125. Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

126. Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

127. Harlow, B. L., and P.A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology:* RTP 21, no. 2 (April 1995): 254-60.

128. Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

129. Harlow, B. L., and D. W. Cramer. "Self-Reported Use of Antidepressants or Benzodiazepine Tranquilizers and Risk of Epithelial Ovarian Cancer: Evidence from Two Combined Case-Control Studies (Massachusetts, United States)." *Cancer Causes & Control: CCC* 6, no. 2 (March 1995): 130–34.

130. Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

131. Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?' *Leukemia Research* 37, no. 2 (February 2013): 214-20.

8

Materials Considered

132. Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

133. Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39.

134. Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

135. Henderson, W. J., T. C. Hamilton, and K. Griffiths. "Talc in Normal and Malignant Ovarian Tissue." *Lancet* 1, no. 8114 (March 3, 1979): 499.

136. Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

137. Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

138. Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19.

139. Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

140. Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

141. Hollinger, M. A. "Pulmonary Toxicity of Inhaled and Intravenous Talc." *Toxicology Letters* 52, no. 2 (July 1990): 121–27; discussion 117-119.

142. Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

143. Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

144. Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29.

145. Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23.

146. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans: Man-Made Mineral Fibers and Radon, Volume 43." IARC, Lyon France, 1988.

147. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide." *World Health Organization* 86 (2006). https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-35/.

148. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Inorganic and Organic Lead Compounds." *World Health Organization* 87 (2006).

149. "IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Some Traditional Herbal Medicines, Some Mycotoxins, Naphathalene and Styrene" 82 (2002).

150. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

151. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. "Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1– 413.

152. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

153. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987. https://monographs.iarc.fr/wpcontent/uploads/2018/06/Suppl7.pdf.

151. IMERYS209971

152. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

153. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. *Ovarian Cancers: Evolving Paradigms in Research and Care.* The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

154. Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

155. Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." Seminars in Nuclear Medicine 11, no. 4 (October 1981): 301–14.

156. Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." Environmental Health Perspectives 105 Suppl 5 (September 1997): 1073–84.

157. Jaurand. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73

158. Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press, 1991.

159. Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018).

160. Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

161. Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

162. Johnson & Johnson. "A Message about Talc." A message about talc, May 2, 2016.

163. Jones, Richard E. *Human Reproductive Biology, Second Edition*. 2 edition. San Diego: Academic Press, 1997.

164. Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86,

no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

165. Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

166. Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology: JAT* 12, no. 6 (December 1992): 443–49.

167. Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75.

168. Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

169. Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

170. Keal, E. E. "Asbestosis and Abdominal Neoplasms." *Lancet* 2, no. 7162 (December 3, 1960): 1211–16.

171. Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

172. Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Biomedical Nanotechnology* 7, no. 1 (2011): 112–13.

173. Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

174. Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

175. Kunz, Beil. "The Uterine Peristaltic Pump: Normal and Impeded Sperm Transport within the Female Genital Tract." *Adv Exp Med Biol* 424 (1997): 267–77.

176. Kurman, Robert J., and Ie-Ming Shih. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

177. Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

178. Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7.

179. Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

180. Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

181. Langseth, H., B. V. Johansen, J. M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society* 17, no. 1 (February 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

182. Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

183. Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

184. Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

185. Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

186. Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15.

187. Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." The Lancet. Oncology 12, no. 9 (September 2011): 900–904.

188. Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." Free Radical Research 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

189. Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

190. Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19.

191. Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

192. Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

193. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

194. Lu, Haitian. "Inflammation, a Key Event in Cancer Development," 2006, 221–33.

195. Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94.

196. Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70.

197. Maharaj-Gentry, Aleksandra, Michelle Griffin and Usha Menon. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. In Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias (Eds.). 1st ed. Chapter 23. Accessed August 21, 2018.

198. Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018.

199. Marie Mc Cullough. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

200. Mattenklott, M. "Asbestos in Talc Powders and in Soapstone - The Present State." *Staub, Reinhaltung Der Luft* 67 (July 1, 2007): 287–92.

201. McCullough, Marie. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

202. McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50.

203. McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

204. Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

205. Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

206. Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76.

207. Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

208. Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64.

209. Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84.

210. Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

211. Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41.

212. Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606.

213. Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

214. Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control: CCC* 23, no. 11 (November 2012): 1839–52.

215. Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

216. Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

217. Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12.

218. National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018.

219. National Center for Health Research. "Does Talcum Powder Cause Ovarian Cancer?" *The Voice: For Prevention, Treatment, and Policy*, Spring/Summer 2018, 32 edition.

220. National Center for Health Research. "Talcum Powder and Ovarian Cancer." *National Center for Health Research* (blog), April 13, 2018. http://www.center4research.org/talcum-powder-ovarian-cancer/.

221. Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

222. Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67.

223. Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

224. Newhouse, M L, Berry, G., and J. C. Wagner. "Mortality of Factory Workers in East London 1933-80." *British Journal of Industrial Medicine* 42, no. 1 (January 1985): 4–11.

225. Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

226. NIOSH. "CDC – Occupational Cancer – Carcinogen List – NIOSH Safety and Health Topic," April 24, 2017. https://www.cdc.gov/niosh/topics/cancer/npotocca.html.

227. NIOSH. "DHHS (NIOSH) Publication No. 86-102," September 1981.

228. NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972.

229. NIOSH 2011 Current Intelligence Bulletin No. 62, 2011. N

230. NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6. Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

231. NIOSHTIC-2 Publications Search - 00106056 – Fiber.

Materials Considered

232. Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90.

233. NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

234. "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

235. Nutrition, Center for Food Safety and Applied. "Potential Contaminants - FDA's Testing of Cosmetics for Arsenic, Cadmium, Chromium, Cobalt, Lead, Mercury, and Nickel Content." WebContent. Accessed August 16, 2018.

236. Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72.

237. "OSHA Factsheet: Asbestos," 2014. https://www.osha.gov/SLTC/asbestos/.

238. Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

239. Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

240. *Pathology of Asbestos-Associated Diseases*. Accessed October 14, 2014.

241. Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94.

242. Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

243. Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49.

244. Peres, Lauren C., et al. "Analgesic Medication Use and Risk of Epithelial Ovarian Cancer in African American Women." *British Journal of Cancer* no. 114 (2016): 819-25.

245. Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018..

246. Peshkin. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018.

247. Peshkin. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018.

248. Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

249. Pike, Malcom C., et al. "Hormonal Factors and the Risk of Invasive Ovarian Cancer: a Population-Based Case-Control Study." *Fertility and Sterility* vol. 82, No. 1 (2004): 186-195.

250. Pira, E., C. Pelucchi, L. Buffoni, A. Palmas, M. Turbiglio, E. Negri, P. G. Piolatto, and C. La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 14, 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

251. Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

15

252. Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

253. *Product: *2017 TLVs and BEIs: ACGIH*. Accessed August 16, 2018.

254. *Product: Asbestos: TLV(R) Chemical Substances 7th Edition Documentation: ACGIH*. Accessed August 16, 2018.

255. Psooy, Karen and Jason P. Archambault. "Vaginal Entrapment of Bathwater: A Source of Extra-Urethral Incontinence." *Can Urol Assoc J* Vol. 4, no. 5 (2010): E123-26.

256. Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

257. Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

258. Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

259. Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

260. Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702.

261. Rasmussen, C. B., et al. "Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies." *Am J Epidemiol.* 185, no. 1 (2017): 8-20.

262. Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61.

263. "Reference Manual on Scientific Evidence" Third Edition (2011).

264. REHMAN, GHANA, IFTIKHAR HUSSAIN BUKHARI, MUHAMMAD RIAZ, NASIR RASOOL, UZMA SATTAR, and HAFIZA SUMAIRA MANZOOR. "DETERMINATION OF TOXIC HEAVY METALS IN DIFFERENT BRANDS OF TALCUM POWDER." *International Journal of Applied and Natural Sciences (IJANS)* 2, no. 2 (May 2013): 8.

265. Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49.

266. Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

267. Reid, Alison, Nick de Klerk, and Arthur W. (Bill) Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

16

Materials Considered

268. Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

269. Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32.

270. Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

271. "Revised Draft NIOSH CURRENT INTELLIGENCE BULLETIN Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research," January 2009.

272. Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3.

273. Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

274. Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92.

275. Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

276. Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

277. Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1, 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

278. Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

279. Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42.

280. Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

281. Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

282. Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

283. Rothman, Kenneth J. "Six Persistent Research Misconceptions." *J Gen Intern Med* 29, no. 7 (2014):1060-4.

284. Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That

Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

285. Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

286. Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75.

287. Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

288. Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

289. Seeler, Albert O. "Toxic Hazards: Talc Pneumoconiosis." *New England Journal of Medicine* 261, no. 21 (November 19, 1959): 1084–85. https://doi.org/10.1056/NEJM195911192612115.

290. SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site, April 2018.

291. Selikoff, I. J., J. Churg, and E. C. Hammond. "Asbestos Exposure and Neoplasia." *JAMA* 188 (April 6, 1964): 22–26.

292. Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

293. Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

294. Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

295. Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

296. Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

297. Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49.

298. Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64.

299. Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated

18

Materials Considered

with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

300. Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

301. Taher, M. K., et al. "Critical Review of the Association Between Perineal Use of Talc Powder and Risk of Ovarian Cancer." Reproductive Toxicology 90 (2019): 88-101.

302. "Talc." IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans 42 (1987): 185–224.

303. Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

304. Taskin, Salih, et al. "Malignant Peritoneal Mesothelioma Presented as Peritoneal Adenocarcinoma or Primary Ovarian Cancer: Case Series and Review of the Clinical and Immunohistochemical Features." *Int J Clin Exp Pathol* 5, no. 5 (2012): 472-78.

305. Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

306. Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952.

307. Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96.

308. Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019).

309. Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70.

310. Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304.

311. Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al."Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42.

312. Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84.

313. Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan

Materials Considered

E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901.

314. Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

315. US EPA National Center for Environmental Assessment, Immediate Office, and Reeder Sams. "IRIS Toxicological Review of Inorganic Arsenic (Cancer) (2010 External Review Draft)." Reports & Assessments, 1995. https://cfpub.epa.gov/ncea/iris_drafts/recordisplay.cfm?deid=219111.

316. US EPA, ORD. "4-Methylphenol CASRN 106-44-5 | IRIS | US EPA, ORD," 1990.

317. Vallyathan, N. V., and J. E. Craighead. "Pulmonary Pathology in Workers Exposed to Nonasbestiform Talc." *Human Pathology* 12, no. 1 (January 1981): 28–35.

318. Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

319. Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67.

320. Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

321. Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

322. Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

323. Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37.

324. Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59.

325. Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017).

326. Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

327. Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50.

328. Vosnakis, Kelly, Elizabeth Perry, Karen Madsen, and Lisa Bradley. "Background Versus Risk-Based Screening Levels - An Examination Of Arsenic Background Soil Concentrations In Seven States." *Proceedings of the Annual International Conference on Soils, Sediments, Water and Energy* 14, no. 1 (January 26, 2010).

329. Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

330. Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138.

331. Wehner, A.P. "Biological Effects of Cosmetic Talc." *Fd Chem. Toxic* 32, no. 12 (1994): 1173-84.

332. Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

333. Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association 24, no. 4 (April 1986): 329–38.

334. Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" Chest 111, no. 5 (May 1997): 1414–16.

335. Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98.

336. Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

337. Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77.

338. Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

339. Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

340. Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

341. Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

342. Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

343. Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15.

344. Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." Obstetrics and Gynecology 93, no. 3 (March 1999): 372–76.

345. Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." The Johns Hopkins Medical Journal 144, no. 4 (April 1979): 117–20.

346. Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

347. Wright, Jason D. "What is New in Ovarian Cancer?" *Obstet Gynecol* 132 (2018): 1498-99.

348. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100.

349. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15.

350. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

351. "You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

352. Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

353. Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.

354. Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65.

355. American Board of Obstetrics and Gynecology, Inc. (ABOG), "Guide to Learning in Gynecologic Oncology." Revised 4/2018.

356. AMA Analytical Services, Inc. - Certificate of Analysis - Job Name: Task 3 - Analysis of Official Samples; Job Number: CLIN 1 - Task 3 (Oct. 11, 2019).

357. Analysis report MAS Project #14-1683 dated April 28, 2017 prepared by William Longo, Mark Rigler of the Materials Analytical Services (MAS) laboratory.

358. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, Expert Report, William Longo and Mark Rigler of the Materials Analytical Services (MAS), August 2, 2017.

359. Bureau Veritas Letter re: Johnson's Baby Powder Finished Goods Lot #22318RB (Protocol INV-106924-002) Bureau Veritas Reference: A1910246 (Preliminary Update/Results)

360. Campion, Alan, Kenneth J. Smith, Alexey V. Fedulov, David Gregory, Yuwei Fan and John J. Godleski. "Identification of Foreign Particles in Human Tissue using Raman Microscopy." Anal Chem (2018).

361. Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." American Industrial Hygiene Association Journal 29, no. 4 (August 1968): 350–54.

Materials Considered

362. Daubert Order and Opinion, MDL No. 2738.

363. Deposition of Alice M. Blount, Ph.D., April 13, 2018. Gail Lucille Ingham, et al., v. Johnson & Johnson, et al. Case No. 1522-CC10417

364. FDA Executive Summary "Preliminary Recommendations on Testing Methods for Asbestos in Talc and Consumer Products Containing Talc"

365. FDA News Release - Baby powder manufacturer voluntarily recalls products for asbestos.

366. Fletcher, N.M., Amy K. Harper, Ira Memaj, Rong Fan, Robert T. Morris, and Ghassan M. Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." Reproductive Sciences 1-10 (2019).

367. Fortner, et al. (2019) Ovarian cancer risk factors by tumor aggressiveness: an analysis from the Ovarian Cancer Cohort Consortium.

368. Gabriel, et al. (2019) Douching, talc use and risk for ovarian cancer and conditions realted to genital tract inflammation.

369. Gossett, del Carmen. Use of powder in the genital area and ovarian cancer risk: examining the evidence; JAMA, 2020;323(1):29-31.

370. Harlow, B. L., and N. S. Weiss. 1989. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130 (2): 390–94.

371. Harper, Amy K, and Ghassan Saed. "Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting." In Press 2019.

372. Harper and Saed, SGO poster presentation annual meeting 2018 (Exhibit PSC_Saed 3).

373. Harrington, et al. (2019) New Guidelines for Statisical Reporting in the Journal, The New England Journal of Medicine.

374. Health Canada Poster.

375. Health Canada, "Draft Screening Assessment", Chemical Abstracts Service Registry Number 14807-96-6 (December 2018).

376. IARC Monographs on the Identification of Carcinogenic Hazards to Humans "Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020-2024".

377. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. Ovarian Cancers: Evolving Paradigms in Research and Care. The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

378. Johnson & Johnson Consumer Inc. to Voluntarily Recall a Single Lot of Johnson's Baby Powder in the United States.

379. La Vecchia. (2017) Ovarian Cancer: Epidemiology and Risk Factors. European Journal of Cancer Prevention 2017, 26:55–62.

380. Lheureux, Gourley, Vergote, Oza. Epithelial Ovarian Cancer. *Lancet* 2019; 393: 1240–53.

381. Lloyd, Jillian, Naomi S. Crouch, Catherine L. Minto, Lih-Mei Liao, Sarah M. Creighton. "Female Genital Appearance: 'Normality' Unfolds." BJOG: an International Journal of Obstetrics and Gynaecology 112 (May 2005): 643-46.

382. Longo, William E. and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos", Supplemental Report, January 15, 2019.

Materials Considered

383. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2,000's for Amphibole Asbestos," 2nd Supplemental Report dated February 1, 2019.

384. Mandarino et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells, Environmental Research, 2020;180:108676.

385. MAS Project 14-1852, Below the Waist Application of Johnson & Johnson Baby Powder, William Longo, Mark Rigler, and William Egeland of Materials Analytical Services (MAS), September 2017.

386. McDonald et al. Five case studies with correlative light and scanning electron microscopy, Am J Clin Pathol, 2019;XX:1-18.

387. McDonald, et al. (2019) Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes.

388. McDonald, et al. (2019) Magnesium/silicon atomic weight percent ratio standards for the tissue identification of talc by scanning electron microscopy and energy dispersive X-ray analysis.

389. McDonald, et al. (2019) Migration of talc from the perineum to multiple pelvic organ sites.

390. Mossman, Brooke T. "Mechanistic in vitro studies: What They Have Told Us About Carcinogenic Properties of Elongated Mineral Particles (EMPs)." Toxicology and Applied Pharmacology 361 (2018): 62-67.

391. Mossman, Brooke T., et al. "New Insights into Understanding the Mechanisms, Pathogenesis, and Management of Malignant Mesotheliomas." The American Journal of Pathology 182, no. 4 (April 2013): 1065-77.

392. NCI - Ovarian, Fallopian Tube, and Primary Peritneal Cancer Prevention (PDQ) - Health Professional Version.

393. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer- supplementary online content.

394. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer; JAMA, 2020;323(1):49-59.

395. O'Brien et al. Genital powder use and risk of ovarian cancer: a pooled analysis - ASPO Abstracts.

396. O'Brien et al. Perineal talc use, douching, and the risk of uterine cancer. Epidemiology 2019;30: 845-852.

397. O'Brien and colleagues. Genital Powder Use and Ovarian Cancer Letters to the Editor. JAMA May 26, 2020. Vol. 323, Number 20; 2095-2097.

398. RJ Lee Letter and Report re: Analysis of Submitted talc samples RJ Lee Group Project Number TLH910472.

399. RJ Lee Letter and Report re:  Incidence Report, RJ Lee Group Project Number TLH910472.

400. RJ Lee Letter and Report re: INV-106924-003, RJ Lee Group Project Number TLH910477.

401. Rothman. Six Persistent Research Misconceptions.

402. Savant, S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer."

403. Smith-Bindman R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 Jan 01; 179(1):71-77.

404. Steffen et al. Serous Ovarian Cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders - a case series, JOEM, 2020; 62(2):e65-e77.

405. Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G.

24

Materials Considered

Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

406. Taher, et al, Systematic Review and Meta-Analysis of the Association Between Perineal Use of Talc and Risk of Ovarian Cancer (2019).

407. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample of Amphibole Asbestos, Expert Report, William Longo and Mark Rigler of Materials Analytical Services (MAS) laboratory, February 16, 2018.

408. Testimony of Annie Awanais Yessian, M.D., Eva Echeverria, et al. v. Johnson & Johnson, et al. Case No. BC628228, July 13, 2017.

409. Testimony of Warer K. Huh, M.D., Gail Lucille Ingham, et al., v. Johnson & Johnson, et al., Cause No. 1522-CC10417-01, July 5, 2018.

410. Trabert, Britton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." JNCI: Jour Natl Cancer Inst no. 106, no. 2 (May 31, 2018).

411. Vitonis et al. (2011) Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol* 2011;117:1042–50.

412. Wright, Jason D. "What is New in Ovarian Cancer?" Obstet Gynecol 132 (2018): 1498-99.

413. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

414. Bird, Tess, et al. (2021) A Review of the Talc Industry's Influence on Federal Regulation and Scientific Standards for Asbestos in Talc. Journal of Environmental and Occupational Health Policy 0(0) 1–18.

415. Cramer, Daniel, et al. Factors Affecting the Association of Oral Contraceptives and Ovarian Cancer. *N Engl J Med.* 1982;307:1047-51.

416. Dyer, Owen. Johnson & Johnson Recalls its Baby Powder after FDA Finds Asbestos in Sample. BMJ 2019;367I6118.

417. Emi, T. Transcriptomic and Epigenomic Effects of Insoluble Particles on J774 Macrophages. *Epigenetics* 2021; Vol. 16, No. 10, 1053-1070.

418. Exponent. Toxic Talc? Anatomy of a Talc Defense powerpoint presentation presented by John DeSesso. January 18, 2018.

419. The Facts on Talcum Powder Safety. www.factsabouttalc.com

420. Fitzgerald Analysis of Johnson & Johnson Baby Powder 1 and 2. Scientific Analytical Institute laboratory.

421. Gurowitz, Margaret. The Birth of Our Baby Products. Chapter 21. April 30, 2007.

422. Health Canada Screening Assessment Talc (P1.00000272.0001. April 2021.

423. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 2," 1973. Some Inorganic and Organometallic Compounds.

424. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 14," 1977. Asbestos.

425. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 101," 2013. Some Chemicals Present in Industrial and Consumer Products, Food and Drinking-Water.

426. Manichaikul, Ani, et al. Identification of Novel Epithelial Ovarian Cancer Loci in Women of African Ancestry. *Int J Cancer.* 2020 June 01; 146(11): 2987–2998.

427. MVA Scientific Consultants Laboratory. Investigation of Italian Talc Samples for Asbestos. August 1, 2017.

428. USEPA Prioritized Chronic-Dose Response Values. 2014

25

429. Yachida, Nozomi, et al. How Does Endometriosis Lead to Ovarian Cancer? The Molecular Mechanism of Endometriosis-Associated Ovarian Cancer Development. *Cancers* 2021, 13, 1439.

430. Williams, Kristina, et al. "Prognostic Significance and Predictors of the Neutrophil-to-Lymphocyte Ration in Ovarian Cancer." Gynecol Oncol. 2014 March ; 132(3): 542–550.

431. Ingham SL, Warwick J, Buchan I, et al. Ovarian cancer among 8,005 women from a breast cancer family history clinic: no increased risk of invasive ovarian cancer in families testing negative for BRCA1 and BRCA2. J Med Genet 2013; 50:368.

432. King MC, Walsh T. Testing Ashkenazi Jewish Women for Mutations Predisposing to Breast Cancer in Genes Other Than BRCA1 and BRCA2-Reply. JAMA Oncol 2018; 4:1012.

433. National Comprehensive Cancer Network. NCCN Clinical Practice Guidelines in Oncology. Breast cancer screening and diagnosis. Version 1.2020. http://www.nccn.org/professionals/physician_gls/f_guidelines.asp (Accessed on November 11, 2020).

434. Nelson HD, Pappas M, Cantor A, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer in Women: Updated Evidence Report and Systematic Review for the US Preventive Services Task Force. JAMA 2019; 322:666.

435. Peshkin and Isaacs, Genetic testing and management of individuals at risk of hereditary breast and ovarian cancer syndromes, UpToDate April 2021.

436. Struewing JP, Hartge P, Wacholder S, et al. The risk of cancer associated with specific mutations of BRCA1 and BRCA2 among Ashkenazi Jews. N Engl J Med 1997; 336:1401.

437. US Preventive Services Task Force, Owens DK, Davidson KW, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer: US Preventive Services Task Force Recommendation Statement. JAMA 2019; 322:652.

438. Walsh T, Mandell JB, Norquist BM, et al. Genetic Predisposition to Breast Cancer Due to Mutations Other Than BRCA1 and BRCA2 Founder Alleles Among Ashkenazi Jewish Women. JAMA Oncol 2017; 3:1647.

439. Goodman, J., et al. A Critical Review of Talc and Ovarian Cancer. J Toxicol Environ Health, Part B 2020; 23(5):185-213.

440. Childers, CP et al. National Estimates of Genetic Testing in Women with a History of Breast or Ovarian Cancer. Journal of Clinical Oncology, 2017 Dec. 1; 35 (34)3800-3806.

441. Compton, SA et al. Ring shaped RAD51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy. The Journal of Biological Chemistry 2010; 285:13349.

442. Curia, Maria Cristina et al. MUTYH: Not just polyposis. World Journal of Clinical Oncology vol. 11,7 (2020): 428-449.

443. Davis, Colette et al. Genital powder use and risk of epithelial ovarian cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021.

444. Dominguez-Valentin, M et al. Cancer risks by gene, age, and gender in 6350 carriers of pathogenic mismatch repair variants: findings from the Prospective Lynch Syndrome Database. Genetics in Med 2020; 22:15.

445. Ewald, Ingrid et al. Genomic rearrangements in BRCA1 and BRCA2: A literature review. Genetics and Molecular Biology, 32, 3, (2009) 437-446.

446. Fanale D, Fiorino A, Incorvaia L, et al. Prevalence and Spectrum of Germline BRCA1 and BRCA2 Variants of Uncertain Significance in Breast/Ovarian Cancer: Mysterious Signals from the Genome. Front Oncol. 2021;11:682445.

447. Federici, Giulia, Variants of uncertain significance in the era of high-throughput genome sequencing: a lesson from breast and ovary cancers. Journal of Experimental & Clinical Cancer

Research 2020; 39:46.

448. Frank, TS et al. Clinical characteristics of individuals with germline mutations in BRCA1 and BRCA2. J Clin Oncol 2002; 20:1480.

449. Frey MK, Kim SH, Bassett RY, Martineau J, Dalton E, Chern JY, Blank SV. Rescreening for genetic mutations using multi-gene panel testing in patients who previously underwent non-informative genetic screening. Gynecol Oncol. 2015 Nov;139(2):211-5.

450. Garcia-de-Teresa et al. Chromosome Instability in Fanconi Anemi: Brom Breaks to Phenotypic Consequences. GENES 2020; 11:1528.

451. Gene-Disease Validity Classification Summary, MUTYH - familial ovarian cancer, Clinical Genome Resource. URL [08.22.2021]

452. George, Sophia et al. Proliferation in the Normal FTE Is a Hallmark of the Follicular Phase, Not BRCA Mutation Status. Clinical Cancer Research 2012.

453. Greaves, M. How many mutations does it take? The Darwin Cancer Blog, BMJ 10/26/2015

454. Hall JM, Lee MK, Morrow J, Newman B, Anderson LA, Huey B, King M-C. Linkage of early-onset familial breast cancer to chromosome 17q21. Science 1990; 250:1684-1689.

455. Han E, Yoo J, Chae H, Lee S, Kim DH, Kim KJ, Kim Y, Kim M. Detection of BRCA1/2 large genomic rearrangement including BRCA1 promoter-region deletions using next-generation sequencing. Clin Chim Acta. 2020 Jun;505:49-54.

456. Heather, JM and Chain, B. The sequence of sequencers: The history of sequencing DNA. Genomics 2016; 107:1.

457. Hodan et al. Prevalence of Lynch Syndrome in women with mismatch repair-deficient ovarian cancer. Cancer Med 2021; 10:1012.

458. Hutchcraft, Megan L et al. MUTYH as an Emerging Predictive Biomarker in Ovarian Cancer. Diagnostics (Basel, Switzerland) vol. 11,1 84. 6 Jan. 2021.

459. Jackson, Sarah et al. Characteristics of Individuals With Breast Cancer Rearrangements in BRCA 1 and BRCA2. Cancer 2014 May 15; 120(10): 1557-1564.

460. Knudson,AG. Mutation and cancer: a statistical study of retinoblastoma. PNAS USA 1971;98:820.

461. Konstantinopoulos PA, Norquist B, Lacchetti C, Armstrong D, Grisham RN, Goodfellow PJ, Kohn EC, Levine DA, Liu JF, Lu KH, Sparacio D, Annunziata CM. Germline and Somatic Tumor Testing in Epithelial Ovarian Cancer: ASCO Guideline. J Clin Oncol. 2020 Apr 10;38(11):1222-1245.

462. Kuchenbaecker KB, et al. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA 2017 Jun 20;317(23):2402-2416.

463. Lee, Kristy et al. Clinical Validity Assessment of Genes Frequently Tested on Hereditary Breast and Ovarian Cancer Susceptibility Sequencing Panels. Genet Med. 2019 July ; 21(7): 1497–1506.

464. Lewis, Ricki "What's a "Variant of Uncertain Significance?" A VUS?" https://dnascience.plos.org/2018/05/03/whats-a-variant-of-uncertain-significance-a-vus/

465. Lincoln, S. A Systematic Comparison of Traditional and Multigene Panel Testing for Hereditary Breast and Ovarian Cancer Genes in More Than 1000 Patients. J Mol Diagn 2015, 17: 533-544

466. Lu, KH and Daniels, MC, Endometrial and Ovarian Cancer in Women with Lynch Syndrome: Update on Screening and Prevention. Fam Cancer 2013; 12:273.

467. Martincorena, et al. Universal Patterns of Selection in Cancer and Somatic Tissues. Cell 2017;171:1029 .

468. Morjaria, S. Driver mutations in Oncogenesis. International J of Molecular and Immunooncology 2020; 6:100

469. Nielsen, F., van Overeem Hansen, T. & Sorensen, C. Hereditary breast and ovarian cancer: new

genes in confined pathways. Nat Rev Cancer 16, 599–612 (2016).

470. Piombino et al. Secondary Prevention in Hereditary Breast and/or Ovarian Cancer Syndromes Other than BRCA. J Oncol 2020:6384190.

471. Plon, SE et al. Sequence variant classification and reporting: recommendations for improving the interpretation of cancer susceptibility genetic tests results. Hum Mutat 2008;29:1282.

472. Richards, Sue et al. Standards and guidelines for the interpretation of sequence variants: a joint consensus recommendation of the American College of Medical Genetics and Genomics and the Association for Molecular Pathology. Genetics in medicine : official journal of the American College of Medical Genetics vol. 17,5 (2015): 405-24.

473. Schorge, John O et al. SGO White Paper on ovarian cancer: etiology, screening and surveillance. Gynecologic oncology. 2010; vol. 119,1: 7-17.

474. Terdiman, Jonathan P. MYH-associated disease: attenuated adenomatous polyposis of the colon is only part of the story." Gastroenterology vol. 137,6 (2009): 1883-6.

475. Verma M, Kulshrestha S, Puri A. Genome Sequencing. Methods Mol Biol. 2017;1525:3-33.

476. Vogt, Stefanie et al. Expanded extracolonic tumor spectrum in MUTYH-associated polyposis. Gastroenterology vol. 137,6 (2009): 1976-85.e1-10.

477. Wallace, AJ. New challenges for BRCA testing: a view from the diagnostic laboratory. Eur J Hum Genet 2016; 24:S10.

478. Wentzensen, Nicolas, O'Brien, Katie M. Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence. Gynecologic Oncology 2021,ISSN0090-8258

479. Wilson, M K et al. Fifth Ovarian Cancer Consensus Conference of the Gynecologic Cancer InterGroup: recurrent disease. Annals of oncology : official journal of the European Society for Medical Oncology 2017; vol. 28,4: 727-732.

480. Win, Aung Ko et al. Risk of extracolonic cancers for people with biallelic and monoallelic mutations in MUTYH. Int J Cancer. 2016 October 1; 139(7): 1557–1563.

481. Wooster, R et al. Identification of breast cancer susceptibility gene BRCA2. Nature 1994;378:789.

482. Wright, Maya A et al. Douching or Perineal Talc Use and Prevalent Fibroids in Young African American Women. Journal of women's health 5 Mar. 2021

483. Yang, X et al. Ovarian and Breast Cancer Risks Associated with Pathogenic Variants in RAD51C and RAD51D. JCNI 2020; 112.

484. Peres, Lauren, et al. Racial Differences in Population Attributable Risk for Epithelial Ovarian Cancer in the OCWAA Consortium. JCNI 2021; 113(6): djaa188.

485. Alvi, Q et al. Demographic, Lifestyle and Reproductive Factors Associated with Ovarian Cancer Among Married Women in Pakistan. Journal of Namibian Studies. 35 (2023): 2029-2041.

486. Ambarak, Mariam Farag. Discovering of Asbestos Fibers and Corn Starch in Talc Material for Baby Powder Samples from Different Markets in Benghazi City. Ad J Chem B 2023. 5(3): 261-270.

487. Amerian Cancer Society. "Talcum Powder and Cancer." Statement, December 6, 2022.

488. APHA. "Eliminating Exposure to Asbestos." Statement, November 5, 2019.

489. Borm, Paul J.A. Talc Inhalation in Rats and Humans. JOEM February 2023. 65(2): 152-159.

490. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Cancer Epidemiol Biomarkers Prev. 2022 February; 31(2): 443-452.

491. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 1 Tables. 2022.

492. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 2 Table. 2022.

493. Ciocan, C et al. Mortality in the Cohort of Talc Miners and Millers from Val Chisone, Northern Italy: 74 Years of Follow Up. Environmental Research 203 (2022): 111865.

494. Cramer, Daniel. The Association of Talc Use and Ovarian Cancer: Biased or Causal Letter to the Editor. Gynecologic Oncology Reports 41 (2022).

495. Davis, C et al. Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021; 30: 1660-8.

496. Ding, D et al. Insights into the Role of Oxidative Stress in Ovarian Cancer. Oxidative Medicine and Cellular Longevity Vol. 2021. https://doi.org/10.1155/2021/8388258.

497. Federal Register. Asbestos; Reporting and Recordkeeping Requirements Under the Toxic Substances Control Act (TSCA). A Final Rule by the EPA on July 25, 2023.

498. Ferrante, D et al. Italian Pool of Asbestos Workers Cohorts: Mortality Trends of Asbestos-Related Neoplasms after Long Time since First Exposure. Occup Environ Med 2017; 74: 887-898.

499. Goodman, J et al. A Critical Review of Talc and Ovarian Cancer. Journal of Toxicology and Environmental Health, Part B 2020; 23:5, 183-213.

500. Gossett, D and del Carmen, M. Use of Powder in the Genital Area and Ovarian Cancer Risk Letter to the Editor. JAMA January 7, 2020. Volume 323, Number 1.

501. Henley, S et al. Geographic Co-Occurrence of Mesothelioma and Ovarian Cancer Incidence. J Womens Health January 2020; 29(1): 111-118.

502. Huang, T et al. Estimated Number of Lifetime Ovulatory Years and Its Determinants in Relation to Levels of Circulating Inflammatory Biomarkers. Am J Epidemiol 2020; 189(7): 660-670.

503. Hurwitz, L et al. Modification of the Association Between Frequent Aspirin Use and Ovarian Cancer Risk: A Meta-Analysis Using Individual-Level Data From Two Ovarian Cancer Consortia. J Clin Oncol 2022.

504. Leung, L et al. Occupational Environment and Ovarian Cancer Risk. Occup Environ Med 2023; 0:1-9.

505. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology August 7, 2023.

506. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology. Supplemental Online Content.

507. Micha J et al. Talc Powder and Ovarian Cancer: What is the Evidence? Arch Gynecol Obstet 2022; 306: 931-933.

508. National Cancer Institute. Asbestos – Cancer-Causing Substances. March 29, 2022.

509. National Cancer Institute. Ovarian, Fallopian Tube, and Primary Peritoneal Cancers Prevention (PDQ) Health Professional Version. October 16, 2023.

510. Nowak, D et al. Asbestos Exposure and Ovarian Cancer - a Gynecological Occupational Disease. Background, Mandatory Notification, Practical Approach. Geburtshilfe Frauenheilkd 2021 May; 81(5): 555-561.

511. O'Brien, K et al. Douching and Genital Talc Use: Patterns of Use and Reliability of Self-Reported Exposure Manuscript.

512. Johnson & Johnson's Baby Powder: A Comprehensive Review (in Response to Health Canada). March 17, 2020.

513. Pal, T et al. BRCA1 and BRCA2 Mutations Account for a Large Proportion of Ovarian Carcinoma Cases. Cancer December 15, 2005; 104(12): 2807-16.

514. Permuth-Wey, J et al. Epidemiology of Ovarian Cancer: An Update. *Advances in Diagnosis and Management of Ovarian Cancer.* 2014.

515. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without Endometriosis. Fertil and Steril 2022.

516. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without

Materials Considered

Endometriosis. Supplemental Content Online.

517. Santosh, S et al. "Oxidative Stress in the Pathogenesis of Ovarian Cancer." Handbook of Oxidative Stress in Cancer: Therapeutic Aspects. 2022. https://doi.org/10.1007/978-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-0_226

518. Schildkraut, J. Invited Commentary: Relationship Between Ovulation and Markers of Systemic Inflammation Versus Markers of Localized Inflammation. Am J Epidemiol. 2020; 189(7): 671-673.

519. Slomovitz, B et al. Asbestos and Ovarian Cancer: Examining the Historical Evidence. Int J Gynecol Cancer 2021; 31: 122-128.

520. Tanha, Kiarash et al. Investigation on Factors Associated with Ovarian Cancer: An Umbrella Review of Systematic Review and Meta-Analyses. Journal of Ovarian Research 2021; 14: 153.

521. Tran, T and Egilman, D. Response to Micha et al. (2022) Talc Powder and Ovarian Cancer: What is the Evidence? Archives of Gynecology and Obstetrics December 2022.

522. Vidican, P et al. Frequency of Asbestos Exposure and Histological Subtype of Ovarian Carcinoma. Int J Environ Res Public Health 2022; 19 (5383).

523. Walsh, T et al. Mutations in 12 Genes for Inherited Ovarian, Fallopian Tube and Peritoneal Carcinoma Identified by Massively Parallel Sequencing. PNAS November 1, 2011. 108 (44).

524. Wentzensen, N and O'Brien, K. Talc, Body Powder, and Ovarian Cancer: A summary of the Epidemiologic Evidence. Gynecologic Oncology July 2021. https://doi.org/10.1016/j.ygyno.2021.07.032

525. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: A Systematic Review and Meta-Analysis. J Gen Intern Med 2022.

526. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer. Supplemental Content Online.

527. Yin, YS and Liu, HY. The Asbestos Contamination of Body Powder and Its Effect on Ovarian Health. February 4, 2022. https://doi.org/10.21203/rs.3.rs-1237040/v1.

528. American Cancer Society. Cancer Facts and Figures 2023.

529. Haidach, AB. Meta-Analysis in Medical Research. Hippokratia 2010, 14 (Suppl 1): 29-37.

530. Song, J. and Chung, K. Observational Studies: Cohort and Case-Control Studies. Plast Reconstr Surg. 2010 December; 126(6): 2234–2242.

531. Harper AK, Wang X, Fan R, Kirsch Mangu T, Fletcher NM, Morris RT, et al. Talcum Powder Induces Malignant Transformation in Normal Human Primary Ovarian Epithelial Cells. Minerva Obstet Gynecol 2023;75:150-7.

532. Kim S., et al. Asbestos Exposure and Ovarian Cancer: A Meta Analysis. Safety and Health at Work 2023.

533. Turati F., et al. Occupational Asbestos Exposure and Ovarian Cancer: Updated Systematic Review. Occupational Medicine 2023.

534. 3rd Supplemental MDL Report W. Longo 11-17-23.

535. O'Brien KM et al. Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis. J Clin Oncol 00:1-15 (2024).

536. Sanchez-Prieto M et al. Etiopathogenesis of Ovarian Cancer. An Inflamm-aging Entity? Gyn Onc Reports 42 (2022) 101018.

537. Harris H et al. Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk. J Clin Oncol 00:1-3 (2024).

538. Hagelund N. Study Finds Association Between Genital Talc Use and Increased Risk of Ovarian Cancer. Am Soc of Clin Onc, ASCO Perspective, May 15, 2024. https://society.asco.org/about-asco/press-center/news-releases/study-finds-association-between-genital-talc-use-and-increased

**Company Documents**

1. IMERYS 088907
2. IMERYS 210136
3. IMERYS048311
4. IMERYS051370
5. IMERYS053387
6. IMERYS088907
7. IMERYS090653
8. IMERYS094601
9. IMERYS098115
10. IMERYS105215
11. IMERYS137677/P-594
12. IMERYS210136
13. IMERYS210729
14. IMERYS219720
15. IMERYS230366
16. IMERYS241866
17. IMERYS245144/P-659
18. IMERYS248877
19. IMERYS255101
20. IMERYS255224
21. IMERYS255384
22. IMERYS255394
23. IMERYS255395
24. IMERYS279884
25. IMERYS279968
26. IMERYS281335
27. IMERYS281776
28. IMERYS284935
29. IMERYS304036
30. IMERYS304036
31. IMERYS324700
32. IMERYS342524
33. IMERYS406170
34. IMERYS422289
35. IMERYS467511
36. IMERYS-A_0011817
37. IMERYS-A_0015663
38. IMERYS-A_0024548
39. J&J S2s and BP Product Analysis (1972)
40. JANSSEN-000001/P-22

Materials Considered

41.  JANSSEN-000056/P-23
42.  JNJ 000251888
43.  JNJ000000704/P-396
44.  JNJ000011150
45.  JNJ000016645
46.  JNJ000019415
47.  JNJ000026987
48.  JNJ000030027
49.  JNJ000062359
50.  JNJ000062436
51.  JNJ000063951
52.  JNJ000064544
53.  JNJ000064762
54.  JNJ000065264
55.  JNJ000065601
56.  JNJ000087166
57.  JNJ000087710
58.  JNJ000087716
59.  JNJ000089413
60.  JNJ000231422
61.  JNJ000232996
62.  JNJ000236810
63.  JNJ000237076
64.  JNJ000238021
65.  JNJ000245002
66.  JNJ000245678
67.  JNJ000245762
68.  JNJ000246467
69.  JNJ000247375
70.  JNJ000251888
71.  JNJ000260570
72.  JNJ000260697
73.  JNJ000260709
74.  JNJ000261010
75.  JNJ000264743
76.  JNJ000265171
77.  JNJ000265536
78.  JNJ000277941
79.  JNJ000279507
80.  JNJ000314315
81.  JNJ000314406
82.  JNJ000347962
83.  JNJ000348778
84.  JNJ000381995
85.  JNJ000404860
86.  JNJ000460665
87.  JNJ000521616

32

Materials Considered

88.  JNJ000526750
89.  JNJ000025132
90.  JNJ000046293
91.  JNJ000260700
92.  JNJAZ55_000000577
93.  JNJAZ55_000000905
94.  JNJAZ55_000004563
95.  JNJAZ55_000006341
96.  JNJAZ55_000008177
97.  JNJL61_000014431
98.  JNJMX68_000003728
99.  JNJMX68_000012858
100. JNJMX68_000013019
101. JNJMX68_000013945
102. JNJMX68_000017827
103. JNJNL61_000079334
104. LUZ013094/P-26
105. P-321
106. P-47
107. PCPC_MDL00062175
108. PCPC0075758
109. RJLEE-001497
110. WCD 002478 - Exhibit 32 Waldstreicher
111. Pltf_MISC_00000272 (JANSSEN-000001-19) 1962.
112. RA00461
113. RA00462
114. RA00469-70
115. RA00471-72
116. RA00473
117. RA00474
118. RA00475
119. RA00476
120. RA00477-78
121. JNJTALC001465273

Exhibit C

**Judith Wolf, MD**
**Medical Legal Testimony in last 4 years**


Date: January 7, 2019
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: August 30, 2021, and August 31, 2021
Ellen Kleiner v. Johnson & Johnson, et al.
Court of Common Pleas, First Judicial District of Pennsylvania

Date: September 13, 2021, and September 14, 2021
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: January 10, 2024, and April 25, 2024
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: April 25, 2024
Brandi Carl and Joel Carl v. Johnson & Johnson, et al.
United States District Court for the District of New Jersey


**Hourly Rate:  $650/hour**