# EXHIBIT 27

Page 1

1            IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF NEW JERSEY

2

3

4    _____

     IN RE JOHNSON & JOHNSON        )

5    TALCUM POWDER PRODUCTS         )MDL NO.

     MARKETING, SALES PRACTICES AND)16-2738 MAS RLS

6    PRODUCTS LIABILITY LITIGATION )

     _____)

7

8

9

10

11

12

13        DEPOSITION OF MICHELE L. COTE, PH.D., M.P.H.

14

15

16

17          The deposition upon oral examination of

18    MICHELE L. COTE, PH.D., M.P.H., a witness produced

19    and sworn before Wendi Kramer Sulkoske, Notary Public

20    in and for the County of Boone, State of Indiana,

21    taken on behalf of the Defendant at Faegre Drinker

22    Biddle & Reath, 300 North Meridian Street, Suite

23    2500, Indianapolis, Marion County, Indiana on March

24    21, 2024, pursuant to the Applicable Rules of

25    Procedure.

Page 2

```
 1            APPEARANCES
 2  FOR THE PLAINTIFFS:
 3  ASHCRAFT & GEREL, LLP
       Michelle A. Parfitt
 4     Patrick Lyons (Via Zoom)
       1825 K Street, N.W.
 5     Washington, D.C. 20006
       mparfitt@ashcraftlaw.com
 6     plyons@ashcraftlaw.com
 7  BEASLEY ALLEN
       P. Leigh O'Dell
 8     218 Commerce Street
       Montgomery, Alabama 36103
 9     leigh.odell@beasleyallen.com
10  LEVIN PAPANTONIO RAFFERTY
       Christopher V. Tisi
11     316 South Baylen Street
       Pensacola, Florida 32502
12     ctisi@levinlaw.com
13  ANAPOL WEISS
       Tracy A. Finken (Via Zoom)
14     18th Street, suite 1600
       Philadelphia, Pennsylvania 19103
15     tfinken@anapolweiss.com
16
17  FOR THE DEFENDANT:
18  SHOOK HARDY & BACON
       Scott A. James
19     600 Travis Street, Suite 3400
       Houston, Texas 77002
20     sjames@shb.com
21         EXAMINATION INDEX
22                      Page
23  EXAMINATION
       QUESTIONS BY MR. JAMES      5
24  EXAMINATION
       QUESTIONS BY Ms. PARFITT    312
25  EXAMINATION
       QUESTIONS BY MR. JAMES      316
```

Page 4

EXHIBIT INDEX

Exhibit    Description                Page
Exhibit 17  The Effect of Talc Particles on    204
   Phagocytes in Co-Culture With Ovarian
   Cancer
Exhibit 18  Molecular Basis Supporting the    205
   Association of Talcum Powder Use With
   Increased Risk of Ovarian Cancer
Exhibit 19  Screening Assessment  April 2021    228
   Health Canada

Exhibit 20  Association of Powder Use in the    241
   Genital Area With Risk of Ovarian Cancer
Exhibit 21  Association Between Body Powder Use    255
   and Ovarian Cancer: The African-American
   Cancer Epidemiologic Study
Exhibit 22  Use of Powder in the Genital Area and    259
   Ovarian Cancer Risk Examining the
   Evidence
Exhibit 23  Excerpt JAMA May 26, 2020    277
Exhibit 24  Talc, Body Powder, and Ovarian Cancer:    281
   A Summary of the Epidemiologic Evidence

Exhibit 25  Association Between the Frequent Use of    294
   Perineal Talcum Powder Products and
   Ovarian Cancer: A Systematic Review
   and Meta-analysis
Exhibit 26  The Environment and Disease:    309
   Association or Causation?

Page 3

EXHIBIT INDEX

Exhibit    Description                Page
Exhibit 1   Notice of Deposition    8
Exhibit 2   Dr. Cote Expert Report    9
Exhibit 3   Dr. Cote Invoices    10
Exhibit 4   Association of Inflammation-Related    59
   Exposures and Ovarian Cancer Survival
   In a Multi-State Study of Black women
Exhibit 5   Ovarian Cancer Treated At Karmanos    77
Exhibit 6   Ovarian Cancer Facts and Prevention    79
Exhibit 7   Karmanos Hope, The Truth About Talc    83
Exhibit 8   AACR Ovarian Cancer    87
Exhibit 9   Ovarian, Fallopian Tube, and Primary    91
   Peritoneal Cancers Prevention - Health
   Professional Version
Exhibit 10  WCRFI Ovarian Cancer    99
Exhibit 11  Facts About Talc    155
Exhibit 12  BJC Analgesic Medication Use and Risk  165
   of Epithelial Ovarian Cancer in African
   Women
Exhibit 13  The Transport of Carbon Particles in the
   Human Female Reproductive Tract    182

Exhibit 14  Migration of Talc From the Perineum to  192
   Multiple Pelvic Organ Sites
Exhibit 15  Analytic Comparison of Talc in    197
   Commercially Available Baby Powder and
   in Pelvic Tissues Resected From Ovarian
   Carcinoma Patients

Exhibit 16  Does Long-Term Talc Exposure Have a    201
   Carcinogenic Effect on the Female Genital
   System of Rats?

Page 5

```
 1      MICHELE L. COTE, PH.D., M.P.H.
 2  the witness herein, having been first duly sworn to
 3  tell the truth, the whole truth, and nothing but the
 4  truth, was examined and testified as follows:
 5  EXAMINATION,
 6      QUESTIONS BY MR. JAMES:
 7  Q  Good morning, Doctor.
 8  A  Good morning.
 9  Q  I'm Scott James.  I'm counsel for the defendant.
10     I will take your deposition today.
11        Can you state your full name for the record?
12  A  Michele Lynn Cote.
13  Q  Where are you employed?
14  A  Indiana University, Indianapolis.
15  Q  Do you have any other current employers?
16  A  No.
17  Q  Any additional employers or institutions from
18     which you currently earn income?
19  A  No.  I mean, we do have any grant review type
20     work we do for the federal government on occasion.
21     That is all.
22  Q  Do you earn income from Komen?
23  A  No.
24  Q  Do you operate any separate consulting business
25     for your expert work?
```

2 (Pages 2 - 5)

Page 6

1  A  No.
2  Q  Have you disclosed to your employer that you are
3     doing litigation work?
4  A  Yes.
5  Q  Do they have policies that require such a
6     disclosure?
7  A  No.
8  Q  Do they know the subject matter of your litigation
9     work?
10 A  Yes.
11 Q  You understand today that we are here to take your
12    deposition in the talc MDL and also in the talc
13    New Jersey state court litigation?
14 A  Yes.
15 Q  Have you been disclosed as an expert in any other
16    talc litigation?
17 A  No.
18 Q  When were you first contacted about serving as an
19    expert in the talc litigation?
20 A  I believe it was January of last year.  So
21    January 2023.
22 Q  Okay.  Who first contacted you?
23 A  Ms. Parfitt.
24 Q  When did you agree to serve as an expert in the
25    talc litigation?

Page 7

1  A  It was at some point I think later that summer or
2     maybe even early, like, early September.  Fairly
3     recently.
4  Q  And we are discussing 2023 still?
5  A  Yes.
6  Q  Did you have any prior work or relationship with
7     plaintiff's counsel?
8  A  No.
9  Q  Is this your first deposition?
10 A  Yes.
11 Q  In your lifetime?
12 A  Yes.
13 Q  Have you ever given any type of deposition or
14    sworn testimony in any type of proceeding before?
15 A  No.
16 Q  Today I will ask you questions.  I ask that you
17    answer me verbally rather than nods or shakes.
18 A  I will do my best, yes.
19 Q  If you are tired or need a break, let me know.
20    I'm happy to break at your convenience.
21 A  Yes.
22 Q  It will be a full day.  I understand we will take
23    a lunch break as well.
24 A  Yes.
25 Q  You understand today you are under oath, is that

Page 8

1     correct?
2  A  Yes.
3  Q  You are providing your testimony today just as if
4     you were in front of a judge or jury.
5     Do you understand that?
6  A  Yes.
7  Q  Have you ever done any prior work as an expert in
8     any litigation?
9  A  No.
10    (EXHIBIT NUMBER 1 WAS MARKED FOR
11    IDENTIFICATION.)
12 Q  I'm going to hand you Exhibit Number 1, a copy of
13    the deposition notice.  Okay?
14 A  Okay.
15 Q  Okay.  And, Dr. Cote, have you seen this document
16    before?
17 A  Yes, I have.
18 Q  Turn to Page 3.
19 A  Yes.
20 Q  Do you see there is a Schedule A?
21 A  I do.
22 Q  Then below that it says Documents To Be Produced.
23    Do you see that?
24 A  Yes.
25 Q  There are several pages with document requests.

Page 9

1     Do you understand that?
2  A  Yes, I see that.
3  Q  Did you review this list of document requests?
4  A  I did at the time I received this.
5  Q  Did you bring any documents with you today that
6     have not yet been produced to me?
7  A  No.
8  Q  I understand that in this case you have produced
9     an expert report.
10 A  Yes.
11 Q  I will mark that as Exhibit Number 2.
12    (EXHIBIT NUMBER 2 WAS MARKED FOR
13    IDENTIFICATION.)
14 Q  Do you have a working copy of the expert report
15    that you plan to use to work with?
16 A  I do.
17 A  I have clean copies if you would like one.
18 A  Okay.
19 Q  I will mark your expert report as
20    Exhibit Number 2.
21    MR. JAMES:  Counsel, I presume you have
22    copies as well?
23    MS. PARFITT:  Yes.
24 Q  You have produced a set of invoices in this case?
25 A  I believe Michelle has those.

3 (Pages 6 - 9)

1  Q  I will mark the collection of invoices as Exhibit
2     Number 3.
3        (EXHIBIT NUMBER 3 WAS MARKED FOR
4     IDENTIFICATION.)
5  Q  Are there any other responsive materials to the
6     Schedule A that you brought with you today other
7     than the report and the invoices?
8  A  No.
9  Q  I see that you have in front of you a fairly
10    substantial binder, correct?
11 A  Three of them, yes.
12 Q  Fair enough.  Can you in a very brief fashion
13    explain to me what are in those binders?
14 A  My expert report.  My C.V.  Then the literature
15    that was all cited in my expert report.
16 Q  Okay.  Do the binders contain the literature cited
17    and also the additional materials considered, or
18    just the literature cited?
19 A  Just the literature cited.
20       MS. PARFITT:  For the record, we provided
21    counsel with a drop box of reference materials.
22    She should have access to that.
23       MR. JAMES:  Understood.
24 Q  It looks to me like your binders, that at least
25    some of the materials may be work copies, is that

1     fair?
2  A  Yes.
3  Q  You have marked up, I see, the report in front of
4     you, correct?
5  A  Sure.
6  Q  Do any of the materials, the report that you have
7     in front of you in the binders, do they have
8     substantive notes that include additional
9     opinions?
10 A  No.
11 Q  Is it all just highlighting?
12 A  Tabs and highlighting, yes.
13 Q  Let's look briefly at your invoices.
14       Do you have a copy of those in front of you?
15 A  I do not.
16 Q  I have a copy.
17 A  Okay.  Thank you.
18 Q  You have produced to us in this case three
19    invoices.
20       You have produced an invoice to us for work
21    for March, September, and October 2023.
22       Do you see that first invoice?
23 A  I have that.
24 Q  It should be the top one.
25 A  I think I have a double copy here.

1  Q  Let's start with --
2  A  Let's look and see.
3  Q  There should be one that is multiple pages.
4  A  So the top one dated 1/8/2024?
5        MS. PARFITT:  11/2/23.
6  Q  Do you have one dated 11/2?
7  A  Yes.  One of these is the incorrect cover sheet
8     perhaps.
9  Q  Okay.  Focusing on the one that has a cover sheet
10    of 11/2, do you see that?
11 A  Yes, I do.
12 Q  Do you see that that invoice, or set of invoices
13    has work for March, September, and October,
14    correct?
15 A  Right.
16 Q  The second invoice that was produced to us has a
17    cover sheet dated 1/8/2024.
18       MS. PARFITT:  There are two marked
19    1/8/2024.  They are different invoices.
20 Q  One of those invoices is for work in
21    November 2023, correct?
22 A  Yes.  That is correct.
23 Q  And then the second invoice that has a cover sheet
24    of 1/8 is for work in December of 2023, is that
25    correct?

1  A  Yes, that is correct.
2  Q  Okay.  Are these all of the invoices that you
3     have invoiced to date for your work in this
4     litigation?
5  A  I believe so.
6  Q  I have calculated the invoices that you have
7     produced to us.
8        Thus far the invoices that you have produced
9     to us reflect that you have invoiced for 116.5
10    hours of work in this litigation.
11       Does that sound accurate?
12 A  Yes, that sounds correct.
13 Q  You have invoiced for us fees totaling $46,600.
14       Does that sound correct?
15 A  That sounds correct, yes.
16 Q  Have you done work since your December invoices in
17    this litigation?
18 A  Yes.  I have been preparing for this.
19 Q  Do you have an approximate or estimate of how much
20    time you spent since your last invoice
21    working in this litigation?
22 A  Maybe twenty hours not counting today.
23 Q  And at some point you plan to invoice counsel for
24    that time, correct?
25 A  After today, yes.

4 (Pages 10 - 13)

Page 14

1    MR. JAMES: Counsel, we would request that
2    you produce the supplemental invoice when it's
3    available.
4    MS. PARFITT: Of course.
5  Q  I see in the top invoice the cover sheet of 11/2.
6    Can you open that one for me, the 11/2 cover
7    sheet?
8  A  Yes.
9  Q  I see that the first entry that is invoiced is
10   from March 15, do you see that?
11 A  Yes, I do.
12 Q  That says Introductory Meeting.
13   Do you see that?
14 A  Uh-huh.
15 Q  Is that yes?
16 A  Yes. I'm sorry.
17 Q  No worries. Is that the first call that you had
18   with counsel about working on this litigation?
19 A  I actually believe I spoke briefly with Michelle
20   sometime -- I received an email, like, the end of
21   January. We spoke briefly over the phone.
22   Then we have -- I thought about it some. We
23   set up a call for March. So, yes.
24 Q  And then I see that on 3/23 you invoiced for 120
25   minutes of first literature review.

Page 15

1    Do you see that?
2  A  Yes.
3  Q  And then on 3/27 you have invoiced for a review
4    history call, is that correct?
5  A  Yes, that is correct.
6  Q  At the time on 3/27 had you reached the opinion
7    that talc as a perineal talc use is a general
8    cause of ovarian cancer?
9  A  I had not, no.
10 Q  When did you reach that opinion?
11 A  At some point later this fall during my broader
12   review of multiple lines of evidence. At this
13   point in March I had really just focused on the
14   epidemiological literature.
15   I felt confident that there would be enough
16   there for me to come to an opinion. So I agreed
17   to kind of take on this work.
18 Q  Okay. That first call was with Ms. Parfitt,
19   correct?
20 A  I believe so. I believe Leigh may have been on
21   that call as well.
22 Q  Ms. O'Dell?
23 A  Yes, Ms. O'Dell.
24 Q  Was anyone else on that call?
25 A  Not to my recollection, no.

Page 16

1  Q  Over the course of your work in this litigation
2    have you had meetings with anyone other than
3    Ms. Parfitt and Ms. O'Dell?
4  A  Yes. Chris has been on some of those calls.
5    Patrick, who is on the phone today, has been
6    on some of those calls. I really think that is it
7    that I can recall.
8  Q  Just for purposes of the record, you are referring
9    to Mr. Tisi and Mr. Lyons, correct?
10 A  Yes.
11 Q  Is the time that you have spent since December,
12   has that been dedicated to preparing for today's
13   deposition?
14 A  Yes.
15 Q  Have you done any additional review of new
16   materials since the December time period?
17 A  Some things as they have come in, yes.
18 Q  I see your expert report is dated November 15,
19   correct?
20 A  Correct.
21 Q  Are there any additional materials that you are
22   relying on for the opinions that you intend to
23   offer in this litigation that are not captured in
24   the report?
25 A  No, not for the overall opinion.

Page 17

1  Q  When you say not for the overall opinion, what do
2    you mean?
3  A  There is additional data that has come forth since
4    that time or additional announcements that I've
5    considered, but they are not, they didn't inform
6    or change or alter my final opinions in the
7    report.
8  Q  Okay. Where would I look to find out what
9    additional materials have informed your overall
10   opinions since the report?
11 A  I don't know if it has informed my overall
12   opinion. It has just been out there in the media
13   that the EPA banned the import of asbestos. You
14   know, that is one example.
15   That was, you know, broadly in the media as
16   well as, you know, on the internet.
17 Q  Any other examples that come to mind as you sit
18   here today?
19 A  That is the most recent one.
20 Q  Is there any scientific literature that predated
21   your November 15 report that you have since
22   reviewed that you intend to rely on for the
23   opinions in this case?
24 A  That is not included in here?
25 Q  Correct.

5 (Pages 14 - 17)

Page 18

1   A   No.
2   Q   I understand you are charging $400 an hour for
3       your time in this litigation?
4   A   Yes.
5   Q   Is that the rate for all of the activity that you
6       have done in this litigation whether it be review
7       or testimony?
8   A   Yes.
9   Q   Do you know any experts that the plaintiffs have
10      retained to work on this litigation?
11  A   Yes.  I know Trish Moorman.  Trisha Moorman.
12  Q   Have you discussed this litigation with
13      Dr. Moorman?
14  A   No.
15  Q   How are you aware that she is an expert for the
16      plaintiffs in this litigation?
17  A   When Michelle contacted me, she, I asked how she
18      got my name and it was through Dr. Moorman.
19  Q   Do you know Dr. Moorman professionally or
20      personally or both?
21  A   Professionally.
22  Q   Have you co-authored papers with Dr. Moorman?
23  A   Yes, we have.
24  Q   Was Dr. Moorman on the Schildkraut 2016 paper?
25  A   She was indeed.  She was the last author.

Page 19

1   Q   Do you know anything else about why Dr. Moorman
2       recommended you?
3           MS. PARFITT:  Objection.
4   A   No.
5   Q   Do you know any other experts that are working for
6       the plaintiffs in the talc litigation besides
7       Dr. Moorman?
8   A   Not personally, no.
9   Q   Do you know the identity of any other experts who
10      are working for the plaintiffs in the talc
11      litigation?
12  A   I have heard names.
13  Q   Who have you heard?
14  A   This will be a memory test.  Anne McTirnan. Sunil,
15      I don't recall the last name.
16          MS. PARFITT:  Singh.
17  A   Singh.  Yes.  Harlow.  Rothman.  That's all my
18      brain is coming up with this morning.
19  Q   Okay.  Have you ever communicated with any of the
20      plaintiff experts in this litigation about talc
21      and ovarian cancer?
22  A   No.
23  Q   Have you reviewed the expert reports of any other
24      plaintiff experts in this litigation?
25  A   I did review a report from, I think, 2017 of

Page 20

1       Trisha Moorman and Anne McTiernan.
2   Q   Have you reviewed any expert reports from any
3       epidemiologists that are retained by the
4       defendants in this litigation?
5   A   No, I don't believe so.
6   Q   Have you reviewed any expert reports for any
7       experts retained by the defendants in this
8       litigation?
9   A   No.
10          MS. PARFITT:  Objection.
11  Q   Have you reviewed any recent reports, anything
12      more recent from plaintiff expert retained
13      epidemiologists other than the McTiernan and
14      Moorman 2017 reports that you referred to?
15  A   I did briefly review Dr. Moorman's deposition from
16      a couple weeks ago.
17  Q   You are referring to her deposition?
18  A   Yes.
19  Q   Have you reviewed any other deposition testimony
20      of plaintiffs' retained experts in this
21      litigation?
22  A   No.
23  Q   Why did you review Dr. Moorman's deposition
24      testimony?
25  A   As I stated, I have never done this before.  I

Page 21

1       just kind of wanted to get an idea of how the day
2       would go.
3   Q   Do you know Ghassan Saed, S-A-E-D?
4   A   No, I do not.
5   Q   Do you know Nicole Fletcher?
6   A   No.
7   Q   Amy Harper, do you know her?
8   A   No.
9   Q   Have you ever heard of those names?
10  A   Yes.  They are in my materials.
11  Q   Okay.  Understood.  Before you reviewed their
12      materials for your work in this litigation had you
13      ever heard of them?
14  A   No.
15  Q   Before you reviewed their literature in the
16      context of this litigation had you ever worked
17      with them?
18  A   No, I had not.
19  Q   Do you understand that Saed is at Wayne State?
20  A   I do, yes.
21  Q   And when you were at Wayne State did you have any
22      interactions with him?
23  A   Not to my recollection, no.
24  Q   When you were at Wayne State or at Karmanos did
25      you have any interactions with Saed, Harper, or

6 (Pages 18 - 21)

Page 22

1    Fletcher?
2  A  No.
3  Q  Did you ever collaborate with any of them on any
4    work?
5  A  No.
6  Q  Did you ever review any of their studies or
7    literature before -- let me start over.
8       Did you ever review any of their literature
9    or studies before being retained in this
10    litigation?
11  A  No.
12  Q  Do you understand that Dr. Saed is a paid
13    plaintiffs' expert in this litigation?
14  A  I do.
15  Q  Do you know how his studies were funded?
16  A  I do not.
17  Q  When I refer to his studies, I'm referring to any
18    studies on which he is a co-author.
19       Do you understand that?
20  A  I do understand that.
21  Q  And do you understand he has co-authored with
22    Fletcher?
23  A  Yes.
24  Q  Fletcher is one of the literature references in
25    your report, correct?

Page 23

1  A  Correct.
2  Q  Do you know if his studies were funded by the
3    plaintiffs' bar or through his work in the
4    plaintiffs' litigation?
5       MS. PARFITT:  Objection.
6  A  I do not know.  I believe that he lists his work
7    as a consultant in the talc trials as a conflict
8    of interest or additional information in the
9    manuscript.
10       But that is the extent about how he was
11    funded that I know.
12  Q  All you know is what is disclosed in the conflict
13    of interest, correct?
14  A  Yes.
15  Q  Have you ever reviewed any peer review comments
16    associated with any studies published by Saed,
17    Fletcher, or Harper?
18  A  No.
19  Q  Are you aware that peer reviewed comments for
20    those studies have been published in this
21    litigation?
22  A  No.
23  Q  Would you like to review the peer reviewed
24    comments to those studies?
25       MS. PARFITT:  Objection.

Page 24

1  A  At some point in time I'm open to reviewing
2    literature from anywhere.
3  Q  Are you aware that the comments to those
4    publications contain serious scientific concerns
5    about the validity of those studies?
6       MS. PARFITT:  Objection.
7  A  No.
8  Q  Do you know how many journals have rejected the
9    articles published by Saed, Fletcher, or Harper?
10       MS. PARFITT:  Objection.
11  A  No.
12  Q  Would you like to know that?
13       MS. PARFITT:  Objection.
14  A  No.
15  Q  And would peer reviewed comments on those
16    publications impact or inform your opinions in
17    this litigation?
18       MS. PARFITT:  Objection.
19  A  No.
20  Q  Why not?
21  A  During the review process, speaking as somebody
22    who was co-authored over 150 different papers,
23    when we send it to a journal, send it meaning our
24    final manuscript to a journal, they assign
25    reviewers.

Page 25

1       Oftentimes they -- most of the time the
2    reviewers are unknown to us.  We don't have an
3    open policy of disclosing.  It is not at all
4    unusual to get reviewer comments back even if the
5    journal accepts.
6       So you have no way of really vetting who is
7    reviewing your work.  You have to kind of trust
8    that the editor is making an informed decision
9    that the people who are reviewing the manuscript
10    have the appropriate scientific expertise.
11       And that is a pretty big assumption.  So I
12    would assume that because a journal eventually
13    published it, that the editorial board was
14    satisfied with the response to the reviewers'
15    comments, that if there were any glaring errors or
16    issues with the scientific methodology that they
17    would have been resolved, or else the journal
18    would not have published that manuscript.
19       They are experts in that field.  I'm not an
20    expert in the type of work that they were doing.
21    So it would not be particularly useful for me to
22    review the comments.
23  Q  Are you an expert in the in vitro work that Saed
24    does?
25  A  No, I'm not.

7 (Pages 22 - 25)

Page 26

1  Q  If those comments identified scientific flaws in
2     the studies would you consider the comments for
3     that purpose?
4         MS. PARFITT:  Objection.
5  A  As I stated earlier, I would assume that those
6     issues were resolved adequately in order for the
7     paper to be peer reviewed published.
8  Q  Have you ever reviewed any of the litigation
9     reports authored by Dr. Saed in this talc
10    litigation?
11 A  No, I've not.
12 Q  Do you recognize that epithelial ovarian cancer
13    includes multiple subtypes?
14 A  I do, yes.
15 Q  Do you agree that the "Histologic subtypes are
16    differentiated based on the cell origin, molecular
17    alterations, and clinical behavior."  Is that
18    Correct?
19 A  Generally speaking, yes.
20 Q  I believe I was quoting from your report.
21 A  Yes.
22 Q  For example, in your report you note that
23    endometroid and clear cell tumors can arise from
24    endometriosis, correct?
25 A  Yes, that is in my report.

Page 27

1  Q  You also note in your report important differences
2     on cell origin, molecular alterations, clinical
3     behavior for all of the subtypes, including
4     endometroid, clear cell, high grade serous, low
5     grade serous, mucinous, correct?
6  A  Correct.
7  Q  Do you agree that EOC, or epithelial ovarian
8     cancer, is composed of multiple distinct cancers
9     each with different clinical presentation,
10    different histopathology, different molecular
11    pathogenesis, different disease course and
12    different responses to various types of therapy?
13        MS. PARFITT:  Objection.  Compound.
14 A  I would agree that we are still exploring some of
15    the molecular characteristics of these different
16    subtypes and that it is extraordinarily likely
17    that that will lead to differences in response to
18    treatment and some of the other factors that you
19    listed, yes.
20 Q  Would you agree that the subtypes of EOC that fall
21    under the umbrella are actually distinct cancers?
22 A  I would state that I am not a pathologist for the
23    record, but I do collaborate routinely with
24    pathologists.
25        And so my understanding as an epidemiologist

Page 28

1     is there are distinct subtypes of ovarian cancer,
2     epithelial ovarian cancer.
3  Q  Is your expert opinion that perineal talc use is
4     associated with all subtypes of EOC or only some
5     subtypes of EOC?
6  A  As I was asked to review, it would be all subtypes
7     of EOC.
8  Q  And so your testimony is that perineal talc use is
9     associated with high grade serous, low grade
10    serous, endometroid, clear cell, mucinous, and
11    borderline ovarian cancer?
12 A  Yes, I would.  There's varying strength of
13    evidence, but I only considered it as a whole.
14        And given that high grade serous is the most
15    common form of EOC, most of the findings are
16    driven by the subtype.
17 Q  Did you undertake a histopathology specific
18    analysis of the subtypes and the associations
19    between talc and ovarian cancer?
20 A  No, I did not.
21 Q  Is it conceivable to you that an agent like
22    perineal talc can cause the diverse subtypes of
23    epithelial ovarian cancer?
24 A  I guess I need clarification of that question.
25        Are you talking about the differentiations

Page 29

1     that talc could drive the differentiation of these
2     different subtypes?
3  Q  Yeah.  I can try to rephrase.
4  A  Okay.
5  Q  Is it plausible to you, is it biologically
6     plausible to you that a particle like talc could
7     cause all of these distinct types of cancer?
8  A  Well, we are talking about two different things
9     here.  I mean, biological plausibility is part of
10    considering causation.
11        So that is two different things.  Do
12    different subtypes emerge from different
13    backgrounds, and what I mean by that is the tissue
14    background, kind of the microenvironment, the
15    surrounding tissue, yes.  That is possibly how
16    different subtypes are differentiated.
17        Again, I'm not a pathologist.  I really
18    considered this just EOC as a whole.
19 Q  Is it biologically plausible in your mind that
20    talc causes endometriosis-related ovarian cancer?
21 A  I will restate the question.
22        Is it biologically plausible in my mind that
23    talc causes endometriosis-associated ovarian
24    cancer?
25 Q  That's fair.

8 (Pages 26 - 29)

Page 30

1  A  Again, I'm struggling with the word causation here
2     because we are talking about is it biologically
3     plausible.  I think that there was a good
4     meta-analysis, and I'm going to refer to exactly
5     which one it was, that focused on -- it's the most
6     recent one.  Phung from 2022.
7         And that was kind of the point of their
8     meta-analysis, was to stratify by women who had
9     reported endometriosis and those who reported no
10    endometriosis and they found evidence that talc
11    was associated with both groups of women.
12        And so, you know, causal, that is one paper.
13        I am hesitating to use the word causal
14    because I didn't look at causation specifically
15    for endometriosis, related or not.
16  Q  You did look at plausibility as part of your
17    Bradford Hill analysis, correct?
18  A  Yes.
19  Q  You did talk about the different histotypes in
20    your report, correct?
21  A  Yes.
22  Q  You specifically highlighted endometriosis and
23    endometroid ovarian cancer in your report,
24    correct?
25        MS. PARFITT:  Objection.

Page 31

1  A  Yes.  I didn't specifically highlight those, but I
2     talked about them because they are in the
3     literature.  And, you know, as I have noted in
4     this meta-analysis by Phung, that has been, the
5     endometriosis association has been studied
6     previously.  And so it was apparent in the
7     literature.
8  Q  But you didn't just talk about endometriosis and
9     endometroid ovarian cancer from an epidemiologic
10    perspective.  You also talked about it from a
11    plausibility perspective and a mechanism
12    perspective, correct?
13        MS. PARFITT:  Objection.
14  A  I'm going to have to review what I said about my
15    biologic plausibility before I answer that.
16  Q  Let me ask you a different question then.
17  A  Okay.
18  Q  Do you believe that because endometriosis can be
19    referred to as an inflammatory condition that that
20    somehow supports your opinion that talc can cause
21    ovarian cancer?
22        MS. PARFITT:  Objection.  Form.
23        You can answer.
24  A  Because endometriosis is an inflammatory
25    condition, which, yes, I believe the literature

Page 32

1     supports that.  Talc has also been shown to be
2     potentially among users a chronic inflammatory,
3     can promote a chronic inflammatory state.  But
4     they are, indeed, two distinct things.
5  Q  The type of inflammation you are referring to with
6     endometriosis is totally different than the type
7     of inflammation that talc causes, correct?
8         MS. PARFITT:  Object to form.
9  A  That I don't know.  I didn't study that question
10    in particular.  What are the different types of
11    immune cells involved in each, I don't know.
12    That would be for an immunologist.
13  Q  Do you know if endometriosis-related inflammation
14    is hormonally driven?
15        Are you aware of that?
16  A  I've seen some, some research that suggests that
17    particularly after, you know, for postmenopausal
18    women, oftentimes their symptoms of endometriosis
19    are less.
20        So that would suggest that it is hormonally
21    driven, but that is the extent of my knowledge.
22  Q  Do you agree with me that the type of inflammation
23    or biological reaction associated with
24    endometriosis is dramatically different than what
25    you are alleging happens with the talc, is that

Page 33

1     correct?
2         MS. PARFITT:  Objection.  Form.
3         MS. FNKEN:  Objection.
4  A  I guess I would first ask what does dramatically
5     different mean?
6  Q  What does dramatically different mean to you?
7     Like, widely different?  A big difference?
8         You can use whatever term you want.
9         MS. PARFITT:  Object to the question.
10        You may answer.
11  A  In my mind there are multiple pathways that get to
12    the end point of inflammation and endometriosis
13    may be one.  Talc may be one.  Chronic, you know,
14    obesity and body weight may be another.
15        Does the end state and the result of that
16    inflammation differ?  That is something that I
17    don't know.  And, again, what that would really
18    take to best dissect your question and to answer
19    it would be, like, an actual study of the immune
20    cells, you know, what is present in that tissue,
21    looking at different ratios of different types of
22    immune cells.
23        I don't have those data.  I don't know if
24    those data even exist.
25  Q  Do you have the expertise to comment on whether

9 (Pages 30 - 33)

Page 34

1    endometriosis related inflammation is in any way
2    relevant to talc associated inflammation?
3        MS. PARFITT: Objection. Form.
4  A  Do I have the expertise to determine whether
5    there's an association between
6    endometriosis-related or if they are equivocal?
7  Q  No. I'm asking more of a question about
8    biological mechanism which is covered in your
9    report, correct?
10 A  Correct.
11 Q  Do you have the expertise to make the statements
12   that because there is endometriosis-related
13   inflammation that that somehow persuades you that
14   talc may be causing ovarian cancer?
15       MS. PARFITT: Objection.
16 A  As I mentioned --
17       MS. FNKEN: Objection.
18 A  Those are two very distinct things in my mind.
19 Q  And by those two things, you mean talc and
20   endometriosis are distinct?
21 A  Correct. They are two distinct things.
22 Q  Do you believe the cohort data from the talc
23   ovarian cancer studies demonstrates a histologic
24   specific association?
25 A  That is a broad question. I would say overall I

Page 35

1    don't believe any of the cohort data have
2    sufficient power to look at subtypes.
3  Q  Are you aware that the case control studies on
4    talc and ovarian cancer show varying results for
5    varying subtypes of ovarian cancer?
6        MS. PARFITT: Objection. Form.
7  A  There are certain studies that have been
8    adequately powered, and these are case controlled
9    studies, to look at different subtypes.
10      And depending on the study population, there
11   has been some variation in the point estimates
12   associated with talc.
13      Most of them are still positive, that there
14   is a positive association between talc use and
15   ovarian cancer.
16 Q  If the studies on subtype are all over the map on
17   associations with subtypes and if there is varying
18   results, doesn't that suggest to you that there's
19   recall bias in play in these studies?
20       MS. PARFITT: Objection. Form.
21       MS. FNKEN: Objection.
22       MR. JAMES: And we can agree that one
23   objection is good for you all if you would like.
24       MS. PARFITT: Thank you.
25 A  I would not classify the histologic types as being

Page 36

1    necessarily all over the map.
2        As I said, most of them are still positive.
3    I think that there is a very good discussion in
4    Cramer, the latest literature review and
5    meta-analysis from 2016 that discusses recall bias
6    and the fact that you do see, I think in
7    particular for mucinous, you don't see as positive
8    of an association. You know, the odds ratios or
9    the meta odds ratio is lower than for some of the
10   other subtypes.
11       And so he uses that as rationale, which I
12   believe that is evidence suggesting that recall
13   bias is not a significant issue in the studies.
14 Q  There you are reverting to the point that is
15   contradicting the point that you just made a few
16   minutes ago.
17       There you are reverting to the point that
18   there is subtype differences, which might be
19   proving that the association is relevant for some
20   subtypes and not for others.
21       You are using that point to sort of discount
22   recall bias, right?
23       MS. PARFITT: Objection. Form. Misstates
24   her testimony.
25 A  No, I'm talking about two different things. You

Page 37

1    are asking me specifically about recall bias and
2    subtypes. And I'm saying that, you know, there's
3    at least some documentation and some suggestion
4    through that Cramer 2016 paper, also I believe in
5    one of his earlier papers he does a similar
6    analysis, his paper from 1999, but it's two
7    different things.
8        You know, one is a pathway of the biological
9    plausibility of differences by subtype. This one
10   is also talking about talc and recall bias. It's
11   not comparing apples to apples in my mind.
12 Q  Cramer is using the fact that in 2016 his study
13   does not show a mucinous association to say aha!
14   we can tell that there is not recall bias because
15   the association is histologically specific.
16       That is what he is doing, correct?
17       MS. PARFITT: Objection.
18 Q  Yes or no?
19 A  That is one piece of evidence.
20 Q  But you just testified that in your mind you are
21   not offering an opinion that there are
22   histological differences with the association
23   between talc and ovarian cancer, correct?
24       MS. PARFITT: Objection. Misstates her
25   testimony.

10 (Pages 34 - 37)

Page 38

1  A  Can you repeat that?
2  Q  Sure.  Your opinion here today is that talc is
3     associated with all subtypes of ovarian cancer,
4     correct?
5  A  My opinion is that talc is associated with EOC.  I
6     did not do individual analyses by histologic
7     subtype.
8        So looking specifically and saying it's
9     associated with this one, it's not associated with
10    that one, that is not part of my expert report.
11       What, again, what Cramer, what Cramer puts
12    together is based on his data of over 2,000 cases
13    and roughly around the same number of controls.
14    And that is part of the argument as to why we
15    don't think recall bias is a significant issue in
16    these case control studies.
17 Q  That is an argument you are relying on?
18 A  That is part of it.  But, you know, the argument
19    that I'm most comfortable with is actually from
20    the paper that I co-authored in 2016.
21       It's the Schildkraut paper, where it's the
22    only case control study that collected these data
23    since the time of litigation.  So all of these
24    other case control studies, these almost, I don't
25    know, thirty some studies, we collected these data

Page 39

1     prior to, you know, the association between talc
2     and ovarian cancer being broadly known by the
3     public.  Certainly before, you know, there were
4     lawsuits and all of this in the media.
5        So what we were able to show in the
6     Schildkraut paper, we stratified from interviews
7     prior to 2014 and after 2014.  And definitely
8     there is an attenuation of the odds ratio, so that
9     there was some evidence that there was potentially
10    recall bias in the group that was interviewed
11    after 2014, which is a really small subset of
12    women in the grand scheme of things when you look
13    at all of the cases and controls.
14       We still had evidence consistent with an
15    association between talc use and EOC in the women
16    who were interviewed prior to that time.  That was
17    really in line with the increase in risk seen in
18    these other four or five decades of studies.
19 Q  So there, your testimony there was related to the
20    fact that you have other reasons to discount
21    recall bias, correct?
22 A  Correct.
23 Q  I was specifically asking about Cramer's
24    histologic point that you were making.
25       Do you understand that?

Page 40

1  A  I do.
2        MS. PARFITT:  Let her finish.
3  Q  That was the question.  That was the question.
4        We will talk about Schildkraut later today.
5     Okay?
6  A  Okay.
7  Q  Schildkraut, in your report, you said provides
8     some level of evidence of recall bias, is that
9     correct?
10 A  Correct.
11 Q  Do you believe that perineal talc use is
12    associated with any types of cancer other than
13    epithelial ovarian cancer?
14 A  I did not do systematic review looking at any
15    other kinds of, you know, cancers potentially
16    associated with perineal talc, so I can't answer
17    that question conclusively.
18 Q  Sitting here today have you formed the opinion
19    that talc causes any type of cancer other than
20    epithelial ovarian cancer?  Yes or no?
21       MS. PARFITT:  Objection.  Asked and
22    answered.
23 Q  Do you have an opinion today?
24 A  No, I have no opinion.
25 Q  After counsel makes an objection you are permitted

Page 41

1     to answer unless she instructs you not to answer.
2  A  I realize.  Thank you.
3  Q  Are you aware that the epidemiologic literature
4     shows that there is no association between
5     perineal talc use and endometrial ovarian --
6     endometrial cancer?
7        I will restate it.
8        Are you aware that literature shows that
9     there is no association between peritoneal talc
10    use and endometrial cancer?
11       MS. PARFITT:  Objection to form.
12 A  I have seen -- I have studied endometrial cancer.
13    I have seen some data indicating no association.
14 Q  But sitting here today, you don't have an opinion
15    on it one way or the other?
16 A  Correct.  Sitting here today, no opinion.  I've
17    not done a systematic review of the literature.
18 Q  I saw in your C.V. that you were on the
19    Epidemiology Endometrial Cancer Consortium
20    Steering Committee, is that correct?
21 A  Correct.
22 Q  And if there was evidence to support the notion
23    that perineal talc use causes endometrial cancer,
24    you would be aware of that evidence, is that
25    correct?

11 (Pages 38 - 41)

Page 42

1        MS. PARFITT: Objection.
2   A   No, not necessarily. E2C2 is what we call it.
3       What the Epidemiology of Endometrial Cancer
4       Consortium does is, similar to what the Ovarian
5       Cancer Association Consortium, OCAC, does, which
6       it brings together investigators from around the
7       world that have case control or cohort studies.
8           We include both case control and cohort
9       studies. And we use this as a mechanism to pool
10      our data and to examine the question, or to
11      examine different questions.
12          So in endometrial cancer, you know, we have
13      published, I have published using the E2C2 data
14      looking at risk factor differences between Black
15      and White women.
16          We have looked at all different dietary
17      things. We are somewhat constrained by what is
18      asked in those, in every studies' questionnaire.
19          So, you know, we don't necessarily meet as a
20      group even monthly. The steering committee
21      usually only meets maybe five times a year. And
22      really it's to examine paper proposals from, you
23      know, investigators all over the world who want to
24      use our data.
25          I've not seen in my, you know, probably ten

Page 43

1       years now of being associated with that consortium
2       any request to look at talc. Nor do I even know
3       how many of the different case control studies ask
4       that question.
5   Q   So there is no professional movement to study talc
6       in endometrial cancer, correct?
7           MS. PARFITT: Objection.
8   A   I can't say what has been going on in other
9       circles, no.
10  Q   You are not aware of any professional focus on
11      talc and endometrial cancer, correct?
12  A   Correct, I am not.
13  Q   Your theory or hypotheses in this case is that
14      talc can potentially or likely migrate up the
15      female genital tract, is that correct?
16  A   Correct.
17  Q   Is that correct?
18  A   Correct.
19  Q   Under that hypothesis, perineal talc would come
20      into contact with the endometrium and the cervix,
21      correct?
22          MS. PARFITT: Objection.
23  A   Correct.
24  Q   Yes or no, have you looked at the literature on
25      talc and cervical cancer?

Page 44

1   A   No.
2   Q   Do you believe that it is relevant to your opinion
3       that you are offering today whether or not talc
4       can cause endometrial cancer or cervical cancer?
5           Do you believe it is relevant, yes or no?
6   A   No. Because there are two, those are two very
7       different organs with very different functions.
8           A good example is, you know, the endometrium,
9       at least premenopausally, sheds approximately
10      every month.
11          The cervix, for example, is exposed to a
12      much, kind of wider array of exposures. You know,
13      HPV being one of them.
14          So, again, we are looking at different organs
15      with different functions. It is all part of the
16      female genital tract, so it is kind of like by
17      location, but it's different subtypes.
18          And so when you think about specificity of
19      the association, that is one of the considerations
20      in Bradford Hill's analysis. Specificity, you
21      know, kind of one exposure one disease, you know,
22      many years ago was considered, you know, stronger
23      evidence of a causal association. It's less so
24      today.
25          So if I think about other, you know, female

Page 45

1       cancers and the association with talc for the
2       purposes of, you know, this expert report, it
3       would just be with respect to specificity of the
4       exposure and the outcome.
5   Q   In your report you said that there is some
6       evidence that the talc ovarian cancer association
7       may be specific.
8   A   That the talc and ovarian cancer may be specific,
9       yes.
10  Q   Do you recall putting that in your report?
11  A   Yes.
12  Q   And you cited the Wentzensen and O'Brien review
13      article for that proposition, correct?
14  A   Yes.
15  Q   Sitting here today, just to confirm, you have not
16      reviewed comprehensively the literature on talc
17      and endometrial cancer and talc and cervical
18      cancer, is that correct?
19  A   That is correct.
20  Q   You are not offering any opinions on specific
21      causation today, correct?
22          Do you know what that term means?
23  A   I do not.
24  Q   Okay. Let me rephrase.
25          You are not offering an opinion today that

12 (Pages 42 - 45)

Page 46

1  talc specifically caused an individual's ovarian
2  cancer, correct?
3  A  Correct.  I don't know anything about the
4  individuals represented in this case.
5  Q  Your opinion today is that talc can be a general
6  cause of ovarian cancer, correct?
7      MS. PARFITT:  Objection.
8  A  Correct.  It can be a cause of ovarian cancer.
9  Q  Okay.  Have you ever reached an opinion that a
10  specific individual's ovarian cancer was caused by
11  talc?
12  A  No.  I'm not familiar with individual patient
13  cases.
14  Q  Have you ever discussed with anyone whether a
15  specific individual's ovarian cancer was caused by
16  talc?
17  A  No.
18      MS. PARFITT:  Objection.
19  Q  Have you ever told a specific individual who used
20  talc that they were at an increased risk for
21  developing ovarian cancer because of their talc
22  use?
23  A  No.
24  Q  Are you aware sitting here today of any recognized
25  scientific methodology to take the body of

Page 47

1  evidence that you have reviewed and use that
2  evidence to make a conclusion that talc
3  specifically caused a specific individual's
4  ovarian cancer?
5      MS. PARFITT:  Objection.  Form.
6  A  Can you restate that question?
7  Q  Sure.  Sitting here today, are you aware of any
8  recognized scientific methodology to take the body
9  of evidence that you have used in your report and
10  conclude that talc use specifically caused a
11  specific individual's ovarian cancer?
12      MS. PARFITT:  Objection.
13  A  I'm not -- I'm still not sure even after the
14  second repeat of that question that I am
15  understanding what the point is.
16      Am I aware -- I will try to restate it to
17  clarify it in my mind.
18      Am I aware of any body, organization that has
19  used the methodology that I used in my report to
20  determine if a single individual, if the ovarian
21  cancer in a single individual was caused by talc,
22  is that correct?
23  Q  Let me try again.
24  A  Okay.
25  Q  Are you aware of any scientific methodology based

Page 48

1  on your expertise, you world, are you aware of any
2  methodology to conclude that talc specifically
3  caused a specific individual's ovarian cancer?
4      MS. PARFITT:  Same objection.
5  A  I am unaware of any methodology, including my own,
6  that could specify that talc caused an ovarian
7  cancer in a certain individual.  I'm not sure that
8  that exists.
9  Q  Do you know anything about any of the plaintiffs
10  in the MDL or the state court litigation?
11  A  No, I do not.
12  Q  Do you know anything about Ms. Rausa, Ms. Judkins,
13  Ms. Newsome, Ms. Gallardo, Ms. Converse,
14  Ms. Bondurant, Ms. Carl, or Ms. Balderrama?
15  A  No.
16  Q  Have you reviewed any of those individual's
17  medical records, pathology, radiology,
18  depositions, or discovery responses?
19  A  No.
20  Q  Do you know anything about their medical
21  histories, their subtypes of ovarian cancer, their
22  course of treatment or risk factors?
23  A  No.
24  Q  Do you know anything about their genetic or family
25  history?

Page 49

1  A  No.
2  Q  Are you aware that multiple of your literature
3  cited references in your report are materials that
4  were authored by retained experts for the
5  plaintiffs?
6      MS. PARFITT:  Objection.
7  A  I do.
8  Q  Can you open your report, please?
9  A  Yes.
10  Q  You have it with you.  Can you please turn to your
11  literature cited page.  That is on Page 41.
12  A  Yes.
13  Q  Do you know how many of your literature cited
14  references are references that are authored by
15  paid experts for the plaintiffs in this litigation
16  offhand?
17      MS. PARFITT:  Objection.
18  A  No, I do not.
19  Q  When you cited references in your report that were
20  authored by paid experts for the plaintiffs did
21  you note that in the report?
22      MS. PARFITT:  Objection.
23  A  I don't believe I did.
24  Q  In contrast, when you did review articles that
25  were authored by authors who were associated with

13 (Pages 46 - 49)

Page 50

1  industry or Johnson & Johnson you did note that,
2  didn't you?
3      MS. PARFITT: Objection.
4  A  I think sometimes I did. The difference was a lot
5  of the literature cited in the report here by
6  people who I know now are plaintiff experts or
7  that it was disclosed, it is original literature.
8      It was in the -- I have a section. I will
9  look at it just to make sure we are talking about
10  the same thing. It was commentaries oftentimes.
11     So a lot of the things that I noted that were
12  from the defendant's experts or paid experts, were
13  based on reviews and things that did not include,
14  like, novel generated analyses, you know, based on
15  case control studies or cohort studies that they,
16  themselves, were involved in.
17     I can give an example. Some of those are
18  on -- I'm not finding them.
19  Q  When you cited Cramer's --
20     MS. PARFITT: She is looking for
21  something.
22     MR. JAMES: She finished the answer.
23  A  I had not. I'm trying to find you exactly where.
24  Q  I did not ask for you to find me exactly where.
25     MS. PARFITT: It was part of the answer.

Page 51

1  Q  I asked you a simple question.
2      MS. PARFITT: Scott, you may have asked a
3  very simple question. You can't --
4  Q  Which is, did you note in the report --
5      MS. PARFITT: Scott, please. Excuse me
6  for one moment.
7      MR. JAMES: No. You're not going to talk
8  over me. It's my deposition.
9      MS. PARFITT: You are required under the
10  rules to allow a witness to answer responsively
11  your questions. Choose your questions carefully.
12     You may complete your answer, Doctor.
13  A  Yes. I just wanted to note that that is on Pages
14  23 and 24 of my report.
15     MS. PARFITT: Thank you.
16  Q  Dr. Cote, when my question calls for a yes or no,
17  that is what I'm asking for. Okay?
18     When you cited Cramer's letter to the editor
19  and Harlow's letter to the editor, those are not
20  original pieces of literature, correct?
21  A  Correct.
22  Q  Did you note in your report when you cited those
23  letters to the editor that those were paid experts
24  for the plaintiffs?
25     MS. PARFITT: Objection.

Page 52

1  A  They were not paid experts for the plaintiff when
2  they started their work back in the nineties.
3  Q  My question is about the letters to the editor.
4      Do you know when those were written? Those
5  were written in 2020, correct?
6  A  Yes.
7  Q  When you cited those letters in the report did you
8  note that in the report that those were paid
9  experts for the plaintiffs?
10     MS. PARFITT: Objection. Asked and
11  answered.
12  Q  Yes or no?
13  A  No.
14  Q  Looking at Page 43, Dr. Cote, do you see on
15  Number 34 the reference to Longo?
16  A  Yes.
17  Q  Do you understand he's a paid expert for the
18  plaintiffs?
19  A  I do.
20  Q  When you cited his material in your report did you
21  disclose that he was a paid expert for the
22  plaintiffs?
23     MS. PARFITT: Objection.
24  A  I do not know if I did or not.
25  Q  For Number 40 do you see Crowley?

Page 53

1  A  Yes.
2  Q  Do you know if he is a paid expert for the
3  plaintiffs?
4  A  Yes.
5  Q  In fact, that is a litigation report that you
6  cited, correct?
7  A  I believe so.
8  Q  If you look at Page 44, Number 58?
9  A  Yes.
10  Q  When you cite the McDonald paper were you aware
11  there are paid plaintiff experts who are authors
12  of that paper?
13     MS. PARFITT: Objection.
14  A  I can see Cramer's name, so yes.
15  Q  Do you know that in 2019 he was a paid plaintiffs'
16  expert?
17  A  I'm aware of that.
18  Q  Do you know that Welch and McDonald and Godleski
19  are also paid plaintiff experts?
20     MS. PARFITT: Objection.
21  A  I do not recall those names, no.
22  Q  Turn the page. Look at Number 59.
23     Do you see the Johnson study?
24  A  Yes.
25  Q  Okay. For Reference Number 59, do you know that

14 (Pages 50 - 53)

1    Johnson, McDonald and Godleski are paid
2    plaintiff's expert?
3        MS. PARFITT:  Objection.  Asked and
4    answered.
5  A  No.
6        MR. JAMES:  Actually I had not asked about
7    Johnson yet.
8  Q  For Number 60 do you see the Godleski paper there
9    again?
10 A  Yes.
11 Q  You understand that Godleski is a paid plaintiffs'
12   expert?
13       MS. PARFITT:  Objection.
14 A  Yes.
15 Q  Did you know that before coming here today?
16 A  I can't say specifically whether or not I did
17   unless it was disclosed on there, on this
18   publication.
19 Q  For Reference Number 64, do you see the Mandarino
20   article?
21 A  I do.
22 Q  Do you know if that is a product of a paid
23   plaintiff's expert?
24       MS. PARFITT:  Objection.
25 A  I do not.

1  Q  For Number 66, the Fletcher paper, do you know if
2    that is the product of a paid plaintiffs' expert?
3        MS. PARFITT:  Objection.  Asked and
4    answered.
5  A  Yes, we discussed that earlier.
6  Q  That is Saed, correct?
7  A  Yes.
8  Q  For Number 71, Woolen, are you aware that is a
9    product of a paid plaintiffs' expert?
10       MS. PARFITT:  Objection.
11 A  Yes.
12 Q  Are you aware that Smith-Bindman is a paid
13   plaintiffs' expert?
14 A  Yes.
15       MS. PARFITT:  Objection.
16 Q  Turn the page to 72, 73, 74, 75, these are the
17   letters to the editor I was just mentioning.
18 A  Yes.
19 Q  Do you see those?
20 A  Yes.
21 Q  Do you understand all of those letters were
22   written by paid plaintiffs' experts?
23       MS. PARFITT:  Objection.  Asked and
24   answered.
25 A  Yes.

1  Q  Mathematically just under ten percent of the
2    literature pieces that you cite, the primary
3    literature, just under ten percent is written by
4    paid plaintiffs' experts.
5        Did you know that?
6        MS. PARFITT:  Objection.
7  A  No, I did not know that.  But it is not surprising
8    to me given that especially among epidemiologists
9    we publish in large groups.
10 Q  Does that concern you in any way, yes or no?
11       MS. PARFITT:  Objection.
12 A  No.
13 Q  Did you note anywhere in your report all of the
14   pieces that I just mentioned were written by paid
15   plaintiffs' experts?
16       MS. PARFITT:  Objection.
17 A  No.
18 Q  Would it have been appropriate to note that in
19   your report?
20       MS. PARFITT:  Objection.
21 A  No.  These are established scientists with, in
22   many cases, decades worth of history way before
23   the talc and ovarian cancer litigation came out
24   who have been working in this area really for the
25   entirety of their professional lives.

1        I evaluate their papers the same as I
2    evaluate any other papers in terms of the rigor of
3    their approach, the methodologies that they use,
4    the analysis that they do, and the conclusions
5    they draw from their results.  That is how I
6    analyze the papers and how I include them in the
7    reports.
8        I am more critical of, like I said, the
9    reviews that are not invited reviews that tend to
10   just be, you know, open responses or letters to
11   the editor and those sorts of things, which is why
12   I included them in the separate section just
13   because, again, I feel differently about people
14   who are designing and analyzing their own
15   independent studies, versus just kind of
16   summarizing, oftentimes in a way that seems to
17   lack any structure, summarizing their opinions.
18       That is really why I distinguish those
19   separate sections.  And it's a different means of
20   evaluating them.
21       MS. PARFITT:  Scott, we have been going
22   about an hour.  I don't want to interrupt a trend
23   or the middle of your questioning.
24       Can we take a break?
25       MR. JAMES:  I would like to finish this

15 (Pages 54 - 57)

Page 58

1  line. I have just a couple more.
2      MS. PARFITT: Yes.
3  Q  With respect to plausibility, you cited and
4  emphasized the Fletcher, the Mandarino, the
5  McDonald and Johnson studies.
6      All of those studies are ones we just cited
7  as studies by experts who have been retained and
8  paid by plaintiffs.
9      Are you aware of that?
10     MS. PARFITT: Objection.
11 A  I am.
12 Q  Does it concern you that the materials you are
13 relying on for plausibility are authored by paid
14 plaintiffs' experts?
15     MS. PARFITT: Objection.
16 A  No. Those are only a subset of the materials that
17 I'm relying upon for plausibility. Many of the
18 other papers in there looking at things like the
19 actual talc migration were done in, like,
20 retrograde menstruation and some evidence that
21 there is, you know, this bidirectional flow, those
22 were done years, decades in the 1950s prior to any
23 of this talc litigation.
24 Q  Okay.
25     MR. JAMES: Let's take a break.

Page 59

1      (OFF RECORD AT 10:06 A.M.)
2      (AT THIS TIME A SHORT RECESS WAS HELD OFF
3  THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS
4  WERE HAD:)
5      (ON RECORD AT 10:13 A.M.)
6  BY MR. JAMES:
7  Q  Are you ready to go?
8  A  Yes.
9  Q  In 2023 you authored a paper entitled Association
10 of Inflammation Related Exposures.
11     Do you recall that article?
12 A  No. I would like to see it.
13 Q  Of course. I will mark that as Exhibit Number 4.
14     (EXHIBIT NUMBER 4 WAS MARKED FOR
15 IDENTIFICATION.)
16 A  Oh, yes. The survivor study.
17 Q  Again, this is a paper that you are an author on?
18 A  Correct.
19 Q  This articles includes multiple references to
20 talc, correct?
21 A  It does.
22 Q  Look at Page 5 of the article, left column, bottom
23 paragraph.
24 A  Yes.
25 Q  It says, "Characteristics such as physical

Page 60

1  inactivity, hormone therapy duration, talc use on
2  genital areas, and PID appear to be driving the
3  higher overall distribution..."
4      Do you see that?
5  A  Yes.
6  Q  You were referring in this paper to talc as an
7  inflammation-related exposure, fair?
8  A  That is correct.
9  Q  Turn to Page 7, Dr. Cote.
10 A  Yes.
11 Q  Do you see under the Competing Interests section
12 it says, "The authors declare no competing
13 interests." Correct?
14 A  Yes.
15 Q  So so you do not have a conflict of interest declared
16 in this paper, correct?
17 A  Correct.
18 Q  You got retained, I think, you told me you were
19 first contacted early 2023. You had those calls
20 we talked about in March of 2023.
21     The byline of this paper says it was received
22 March 2023, revised July 2023, accepted July 2023
23 and published August of 2023.
24     Do you see that?
25 A  Yes.

Page 61

1  Q  So this paper came out after you were retained,
2  correct?
3      MS. PARFITT: Objection.
4  A  No. No, it did not. I did not really take on
5  this work, as you can see from my invoices, until
6  really into September.
7  Q  You were invoicing for time for which you got paid
8  by plaintiffs' counsel as early as March 2023,
9  correct?
10 A  But I had not formed any opinion.
11 Q  But you were still serving as an expert, correct?
12     MS. PARFITT: Objection. Misstates her
13 testimony.
14 A  No. I was reviewing the literature, but I was not
15 yet engaged as an expert, no.
16 Q  Okay. So by August 2023 had you reached the
17 opinion that talc causes cancer?
18 A  No. You will note from my invoicing that pretty
19 much over the summer I did, you know, very little,
20 very little work in this area.
21 Q  So your position is that you did not need to
22 declare a conflict of interest because you had not
23 reached a general causation opinion by the time
24 this paper published, correct?
25 A  Yes.

16 (Pages 58 - 61)

Page 62

1  Q  If you published this paper this year would you
2     issue a conflict of interest statement?
3  A  Yes.
4  Q  That is because one of topics in the paper is a
5     topic on which you comment in your litigation
6     report, correct?
7         MS. PARFITT:  Objection.  Form.
8  A  You said one of the topics in the paper.
9  Q  Sure.
10 A  What are you referring to?
11 Q  I will do a better job.
12        Again, you were referring in this paper to
13    talc as an inflammation-related exposure, is that
14    correct?
15 A  Yes, but not in the sense of exposure in terms of
16    something that initiates disease.  This is a very
17    different outcome we are looking at.
18        This is ovarian cancer survival.  I should
19    also note that this paper is actually kind of a
20    replication of a study.  This is all
21    African-American or Black women.  This paper is a
22    replication study.
23        The entire inflammatory index and everything
24    was developed not by me personally.  There may
25    have been some of the other authors on the

Page 63

1     original paper.  But it is this -- I'm sorry --
2     her name is Catherine -- I have to find it again.
3     B-R-I-E-G-E-R.  That is Reference Number 13.
4         And actually Number 14 is the one where she
5     developed this inflammation-related risk score.
6     So what we did was that study was in primarily
7     White women.
8         We took that risk score and tried to apply it
9     to our African-American case control study.
10 Q  Regardless, you would agree that if you wrote this
11    paper today you would include a conflict of
12    interest disclosure, correct?
13 A  Yes.
14 Q  And do the co-authors of this paper know that you
15    are doing work for plaintiffs on the talc
16    litigation?
17        MS. PARFITT:  Objection to form.
18 A  No, I don't believe so.
19 Q  Is there some sort of mechanism that would allow
20    you to contact the Journal to allow you to add the
21    disclosure in the online version?
22 A  I don't know.  I have never thought about it.  If
23    I -- I could contact the Journal, I imagine.
24 Q  Do you think it would be appropriate to do so?
25        MS. PARFITT:  Objection.

Page 64

1  A  No, I do not.
2  Q  Do you think the readers of this paper are
3     entitled to know that one of the authors was
4     working as a paid expert at the time that this
5     paper came out?
6         MS. PARFITT:  Objection.  Misstates her
7     responses.
8  A  I did not create this index.  I was, I am not a
9     primary person on this.  And in my mind I had not
10    yet reached an opinion as to whether or not talc
11    can cause ovarian cancer, which is a very
12    different question than whether talc is associated
13    with poor survival or improved survival, for that
14    point, after an ovarian cancer diagnosis.
15        So we are looking at a very different
16    outcome.
17 Q  You are a member of the African-American Cancer
18    Epidemiology Study Group, correct?
19 A  Correct.  It's not really a study group.  It was a
20    grant.  It is a grant, yes.
21 Q  Are there any plans with the AACES to do further
22    studies on talc?
23 A  I do not believe so.  Simply because, again, where
24    we have shifted is from looking at incidence of
25    disease or etiology of disease, which some of the

Page 65

1     earlier papers like the Schildkraut 2016 paper
2     into survivorship issues.  This paper here more or
3     less captures kind of a more comprehensive way to
4     examine inflammation.
5         So I do not -- I have not heard that anybody
6     is interested in doing anything talc specific in
7     this group.
8  Q  Again, for this Johnson study in your report you
9     do comment on talc as an inflammation-related
10    exposure, both for the initiation and the
11    progression of ovarian cancer, right?
12 A  It can be potentially, yes.  I'm not sure where I
13    say that in the report.
14 Q  Your testimony today is that you think it can?
15 A  Potentially it can be.  But I've not done a
16    systematic review looking at progression,
17    recurrence, cancer specific survival.
18 Q  Do you intend to advise the AACES colleagues that
19    you are now doing paid expert work for the
20    plaintiffs in the talc litigation?
21 A  Yes, I'm comfortable to do so.
22 Q  You will do so if you write any more papers on
23    issues relevant to the litigation, fair?
24 A  Fair.
25 Q  Other than Schildkraut 2016, have you authored any

17 (Pages 62 - 65)

Page 66

1  papers that assess the association between talc
2  and ovarian cancer?
3  A  Ovarian cancer incidence meaning?
4  Q  Yes.
5  A  No, that is it.
6  Q  Have you authored any other papers other then
7  Schildkraut and Johnson that assess an association
8  between talc and ovarian cancer in any way?
9  A  No.
10  Q  Have you submitted any portion of your litigation
11  report or the substance of your litigation report
12  for peer review?
13  A  No.
14  Q  Do you intend to work on any articles related to
15  talc?
16  A  Do I intend to work on any articles related to
17  talc?
18  Q  I can be more specific.
19  A  Yes, please.
20  Q  Do you intend to work on any articles related to
21  talc and ovarian cancer?
22  A  At this point in time I am mostly interested in
23  publishing novel data and novel analyses.  So I
24  don't have any specific plans to -- we are not
25  going to develop a new cohort or case control

Page 67

1  study that is going to be able to address this
2  question in a meaningful way.  So, no, I don't
3  believe I will.
4  Q  If you did so, you would declare a conflict of
5  interest, correct?
6  A  Yes.
7  Q  You believe that would be the proper thing to do
8  for any expert working in talc litigation to
9  declare a conflict of interest on a paper?
10      MS. PARFITT:  Objection.
11  A  I can only speak personally what I would do.
12  Q  You would personally be governed by the disclosure
13  requirements of the Journal as well?
14  A  Correct.  They all have different requirements.
15  Q  As a scientist you can understand how working in a
16  litigation as a paid expert could be perceived as
17  a conflict of interest, correct?
18      MS. PARFITT:  Object to form.
19  A  Yes, I understand it can be perceived as a
20  conflict of interest.  That is why we do list
21  them.
22  Q  Have you ever authored any papers on asbestos and
23  ovarian cancer?
24  A  No, I've not.
25  Q  Have you ever given any -- outside of Schildkraut

Page 68

1  and I guess Johnson -- have you ever given any
2  presentation, speeches, or lectures concerning
3  talc and ovarian cancer or asbestos and ovarian
4  cancer?
5  A  No, I have not.
6  Q  Have you ever given any statements or interviews
7  related to talc and ovarian cancer or asbestos and
8  ovarian cancer?
9  A  No, I have not.
10  Q  Have you ever authored any internet postings or
11  blogs related to talc and ovarian cancer or
12  asbestos and ovarian cancer?
13  A  No, I have not.
14  Q  Have you ever prepared or used any teaching
15  materials for your students or in your
16  professional life concerning talc and ovarian
17  cancer or asbestos and ovarian cancer?
18  A  No, I don't believe so.
19  Q  Okay.  And when I think of teaching materials, I
20  think of things like slides or PowerPoints or
21  charts.
22      Is there anything like that that you have
23  done in your professional history?
24  A  No.
25  Q  Have you ever talked with any health care

Page 69

1  professionals to tell their patients to stop using
2  talc?
3      MS. PARFITT:  Objection.  Form.
4  A  No, I have not.
5  Q  Have you ever suggested to a health care
6  professional that they assess a patient's risk for
7  ovarian cancer based upon prior talc usage?
8      MS. PARFITT:  Objection to form.
9  A  No, I have not.  I came to this conclusion about
10  four months ago.
11      I'm trying to think if I have even interacted
12  with any sort of clinical professional in the last
13  four months.  I don't think I have.
14  Q  Understood.  Have you ever talked with any health
15  care professionals to suggest that they consider
16  offering risk reducing surgeries for prior talc
17  users?
18  A  No.
19  Q  Have you ever talked to any health care
20  professionals to encourage them to use additional
21  screening or monitoring for ovarian cancer based
22  upon prior talc usage?
23  A  No.
24  Q  Have you ever talked with any, or had any
25  communications with any public health agencies or

18 (Pages 66 - 69)

Page 70

1  scientific or medical organizations or regulatory
2  bodies about talc and ovarian cancer or asbestos
3  and ovarian cancer?
4       MS. PARFITT: Objection. Compound.
5  A  No. No to both.
6  Q  In your report you state that certain prophylactic
7  surgeries or procedures can be offered as a risk
8  reduction strategy for women who have known
9  inherited mutations, right?
10 A  Correct.
11 Q  Are you aware of any health care institution or
12 physician or organization that counsels on or
13 recommends prophylactic surgeries as a means of
14 risk reduction for cancer for prior talc users?
15 A  I'm unaware of any. But, again, I also have not
16 asked that question.
17 Q  Okay. Are you aware of any health care
18 institution or organization that counsels or
19 recommends additional cancer screenings for prior
20 talc users?
21 A  I'm unsure what kind of screening you would be
22 referring to because there is not really
23 population-based broad screening for ovarian
24 cancer.
25      So there is really no screening to even

Page 71

1  offer.
2  Q  And just to wrap that up. Again, are you aware of
3  anyone who, any organization or institution that
4  recommends doing so?
5       That recommends additional screening or
6  monitoring for ovarian cancer based upon prior
7  talc usage?
8       MS. PARFITT: Objection. Form.
9  A  No, I'm not.
10 Q  Are you aware of any health care institution or
11 physician or medical or scientific organization
12 that inquires about patient's prior talc usage to
13 assess cancer risks?
14      MS. PARFITT: Objection.
15 A  No. I'm not aware of that, but, again, I don't
16 believe that there is any sort of model that is
17 currently being used clinically that has been
18 validated in multiple populations such as we have
19 some of those models for, like, breast cancer.
20      There is the Gail Model and the IBIS model.
21 Those are used clinically to assess risk. I don't
22 believe anything like that exists for ovarian.
23 Q  Are you aware of any biomarker that exists for
24 talc usage?
25 A  No. I'm not aware of any biomarker.

Page 72

1  Q  Have you ever discussed the topic of talc and
2  ovarian cancer with anyone at Komen?
3  A  No.
4  Q  I'm shorthanding that. We are discussing Susan G.
5  Komen, correct?
6  A  Correct. Yes.
7  Q  Do you have an opinion on the number of ovarian
8  cancer cases diagnosed per year that you believe
9  could be attributed to talc usage?
10 A  So, again, this goes back to my expert report.
11 These were estimates provided by Wu. He was
12 looking at three different populations.
13      He was looking African-American -- the same
14 population in California, but African-American
15 women, Hispanic women, and non-Hispanic White
16 women. He came up with estimates of population
17 attributable risk, which essentially means if you
18 removed said exposure from the population it would
19 reduce the number of cases by a certain number.
20      He quoted for those three different
21 populations between about twelve and
22 fifteen percent reduction. So, you know, if you
23 look at, you know, I have to do hard math, you
24 know, if you were going to say, like, there's
25 approximately 12,000 cases every year, you could

Page 73

1  say that somewhere between 1,200 and perhaps 1,500
2  or 1,600, and excuse me if my math is not perfect
3  there, that would be attributable to talc.
4       If you removed talc from the population you
5  would remove that on an annual basis.
6  Q  Do you hold that opinion, or is that something
7  that you just read?
8  A  Well, I have never done those calculations myself.
9  You know, using data from our AACEs study, for
10 example, population attributable risk includes
11 exposure, like, the percent exposed in the
12 population is a very big component of that.
13      So in something like the AACEs population,
14 the African-American women were the higher risk
15 estimate, attributable risk estimate there.
16      I believe that those estimates have, they
17 have utility when you are trying to plan for
18 public health interventions and those sorts of
19 things.
20      So I do believe that, you know, that the
21 estimates provided in the Wu paper are, you know,
22 calculated based on a large number of participants
23 and are probably valid calculations. So I would
24 stand by those.
25 Q  Are you aware that one of the plaintiffs' experts

19 (Pages 70 - 73)

Page 74

1  in this litigation has attributed between 2,300
2  and 6,500 ovarian cancer cases a year to talc
3  usage?
4      Are you aware of that, yes or no?
5      MS. PARFITT:  Objection.
6  A  Can you tell me what years that was from?
7      Ovarian cancer has been decreasing slightly
8  in the community.  Talc use has been decreasing
9  substantially in the community.
10     So I'm wondering what years those were quoted
11  from?
12  Q  Let me just rephrase the question.
13  A  Okay.
14  Q  Based upon 2023 diagnoses for ovarian cancer, do
15  you think it's in any way scientifically valid to
16  claim that between 2,300 and 6,500 cases of
17  ovarian cancer a year are attributable to talc
18  usage?
19     MS. PARFITT:  Objection.  Form.
20  A  Again, you know, based on we don't have data
21  really for talc use in the population in 2023.  We
22  don't have, you know, we are not talking about the
23  breakdown by race and ethnicity.  I think there
24  was some discussion that Black women are more
25  likely to use talc.  Those numbers are not outside

Page 75

1  of the ballpark.  No.
2  Q  Do you think there is any consensus in the medical
3  and scientific community that up to 6,000 cases of
4  ovarian cancer diagnosed every year are
5  attributable to talcum powder?
6      MS. PARFITT:  Objection.  Asked and
7  answered.
8  A  Again, you know, 6,000, so that out of the, you
9  know, between 12,000 and 13,000 that will
10  probably, you know, be diagnosed, I know they were
11  diagnosed in 2023 but we don't really have those
12  data complete yet, saying that almost fifty
13  percent would be attributable to talc or could be
14  if talc were removed, you know, from the
15  population that we would not have seen those
16  cases, I don't believe that there is consensus.
17     But I think the other consideration is just
18  not just what is going on in the U.S. but what is
19  going on worldwide.  Certainly, worldwide those
20  numbers would be absolutely valid.
21  Q  My question specifically is about the
22  United States.
23  A  Okay.  No.  Again, we don't have those data.  We
24  don't know about talc usage in the population
25  overall, you know, the cases and the general

Page 76

1  population.
2      To me that would be maybe at the end of the
3  range, but not wildly outside of it.
4  Q  Sitting here today, have you calculated an
5  attributable risk for ovarian cancer?
6  A  I've not, no.
7  Q  Your Appendices A is your C.V., correct, to your
8  report?
9  A  I believe so.  I'm there.
10  Q  I see that from 2016 to 2022 you were the
11  associate center director for cancer research at
12  Karmanos, correct?
13  A  Cancer research training and education was the
14  final name of that.  Yes.  It's very different
15  than for just cancer research.
16      This was more about mentoring junior faculty
17  and all levels of trainees to make sure that they
18  had the things that they needed to succeed in a
19  faculty role.
20  Q  Did you ever teach at Karmanos on talc and ovarian
21  cancer?
22  A  I taught at Wayne State University.
23  Q  Okay.
24  A  I taught introductory classes in epidemiology.  I
25  never specifically taught on talc and ovarian

Page 77

1  cancer, no.
2  Q  At either Wayne State or Karmanos, is that
3  correct?
4  A  Correct.  But Karmanos is not a teaching
5  institution in that regard, like, didactic
6  teaching.
7  Q  Are you aware -- you were at Karmanos for a long
8  time, correct?
9  A  Correct.  Over twenty years.
10  Q  Are you aware of whether Karmanos maintains a
11  public-facing webpage to provide information and
12  resources on ovarian cancer?
13  A  I'm not aware as to whether or not they do.
14  Q  Is that something that you have ever looked at?
15  A  Have I looked at the Karmanos website for that,
16  no.
17      (EXHIBIT NUMBER 5 WAS MARKED FOR
18  IDENTIFICATION.)
19  Q  I will hand you what I have marked as Exhibit
20  Number 5.
21      You can see that is a document titled,
22  Ovarian Cancer Treated at Karmanos.
23      Do you see that?
24  A  Yes.
25  Q  Have you ever looked at this page?

Page 78

1  A  No, not that I recall.
2  Q  If you flip to the second page you can see it
3     identifies the gynecologic oncologists that treat
4     ovarian cancer, correct?
5  A  Correct.  Yes.  And other female cancers, sure.
6  Q  We see here on the first page under Treatment of
7     Ovarian Cancer that Karmanos refers to information
8     from the National Cancer Institute.
9         Do you see that on the first page?
10 A  Sure.  Yes.
11 Q  It says, "Includes information about ovarian
12    cancer, causes, risk factors, diagnosis and
13    treatment."
14        Do you see that?
15 A  I do.
16 Q  And when you click on that link it links you to
17    the NCI PDQ.
18        Are you aware of that?
19 A  I would assume that is where it goes.  Yes, I know
20    the PDQ.
21 Q  Do you think Karmanos' decision to links its
22    patients to the NCI PDQ for information on ovarian
23    cancer causes and risk factors in a scientifically
24    sound decision?
25        MS. PARFITT:  Objection.

Page 79

1  A  Scientifically sound decision?  I can't really
2     judge whether or not it is a scientifically sound
3     decision because I don't know the science or the
4     methodology behind how the NCI pulls all of these
5     data together.
6         I can't give an opinion as to whether or not
7     it's scientifically sound.
8  Q  Is Karmanos wrong to link its patients to the NCI
9     PDQ?
10        MS. PARFITT:  Objection to the form.
11 A  I have no opinion as to whether Karmanos is right
12    or wrong, again, because I don't know exactly the
13    methodology behind how NCI puts together these PDQ
14    pages, how frequently they review them, and so on.
15        I did include a couple of these in my expert
16    report.  It comes up when you Google for things.
17 Q  Sure.  We will get to the PDQ shortly.
18        Are you aware that Karmanos also publishes a
19    page on ovarian cancer facts and prevention?
20 A  No, I'm not aware of that.
21 Q  I will mark that as Exhibit 6.
22        (EXHIBIT NUMBER 6 WAS MARKED FOR
23    IDENTIFICATION.)
24 A  Okay.
25 Q  And, Dr. Cote, you can see here that they have

Page 80

1     sections on What is ovarian cancer?  Who can get
2     ovarian cancer?  The symptoms, and then on the
3     third page, How do I lower my risk for ovarian
4     cancer?
5         Do you see that?
6  A  Yes, I do.
7  Q  Is this a page that you have seen before?
8  A  No, it's not.
9  Q  And you can see under the section, Who can get
10    ovarian cancer, if you flip to the second page, do
11    you see they list risk factors?
12 A  They list some of the risk factors, yes.
13 Q  Is talc mentioned there?
14 A  No.  Talc is not mentioned there, but neither is
15    something like obesity.
16 Q  But talc is not mentioned?
17 A  Correct, it's not.  But it does not appear to be a
18    comprehensive list of things that might increase
19    your risk.
20        In fact --
21 Q  Are you critical of the information that Karmanos
22    puts out?
23 A  I go back to the statement that I have not
24    reviewed this until just now.  I don't know the
25    process they use for getting this.  Yes, it

Page 81

1     appears to me one of the biggest factors here that
2     they don't mention is knowledge of a BRCA1 or 2
3     mutation or Lynch syndrome.
4         They talk about family history.  They don't
5     specify that.  So I would say that this list is
6     incomplete.
7  Q  Do you think the person who put this together at
8     Karmanos exercised sound, scientific, and medical
9     judgment?
10        MS. PARFITT:  Objection.
11 A  I cannot comment on their scientific rationale and
12    judgment because I don't know who put this
13    together, whether it was a group of people.  I
14    don't know if it was just pulled from somewhere
15    else.
16        I know nothing about where they got this
17    information from, or what their credentials were.
18 Q  If talc caused 6,000 cases of ovarian cancer in
19    the United States a year, do you think talc would
20    be listed on this document?
21        MS. PARFITT:  Objection.
22 A  Again, as I stated, I don't know how they chose
23    these risk factors.  It's interesting, it really
24    looks like everything they have here are kind of
25    non-modifiable risk factors.

21 (Pages 78 - 81)

Page 82

1     You can't recall when you start menstruation.
2  You can't control your family history.  To some
3  extent you can't control whether or not you have
4  children or how many.
5     So it's interesting that the focus here
6  really just looked at non-modifiable risk factors.
7  Q  And if you look at Page 3 you can also see there
8    are references to how I lower my risk factors.
9    There is references there to oral contraceptives
10   and breast feeding, correct?
11 A  Correct.
12 Q  As well as tubal ligation?
13 A  Correct.
14 Q  When you were at Karmanos and Wayne State were you
15   ever a member of the Gynecologic Oncology Multiple
16   Disciplinary Team?
17 A  No, I was not.
18 Q  Was that a team that you are familiar with?
19 A  It is.
20 Q  Do you know Dr. Ira Winer?
21 A  I do know Dr. Winer, yes.
22 Q  Have you ever --
23 A  We published a paper together.
24 Q  Have you ever talked with him about talc and
25   ovarian cancer?

Page 83

1  A  No, I don't believe we have.
2  Q  Were you ever involved at Karmanos in the
3    publication of a newsletter or a document titled
4    Hope?
5  A  No, not that I'm aware of.
6  Q  Have you ever reviewed an edition of Hope
7    regarding to talc and ovarian cancer?
8  A  Not in my memory, no.
9  Q  I will mark this as Exhibit Number 7.
10    (EXHIBIT NUMBER 7 WAS MARKED FOR
11   IDENTIFICATION.)
12 Q  This is a publication titled Hope from Karmanos.
13    You can see Exhibit 7 is titled, "The Truth
14   About Talc.  Does it cause ovarian cancer?"
15    Do you see that?
16 A  I do.
17 Q  This is from August 2016, is that correct?
18 A  That is true.
19 Q  When was the last time you talked with Dr. Winer
20   about anything?
21    Was it before you left?
22 A  Probably before then.
23 Q  Understood.  If you look at Page 1 at the bottom
24   column -- the left column, bottom left.
25 A  Yes.

Page 84

1  Q  It says -- it is quoting Dr. Winer.  "The
2    available data specific to talc is still
3    questionable."
4     Do you see that?
5  A  I do.
6  Q  He says, "Some epidemiologic studies show an
7    increase in risk with talc usage while others fail
8    to demonstrate this association.  Many of these
9    studies have significant sources of bias which
10   could potentially call the studies' conclusions in
11   question."
12    Do you see that?
13 A  I do, yes.
14 Q  Dr. Winer goes on to state in a quote, "Two of the
15   largest prospective observational studies, the
16   Women's Health Initiative and Nurses Health Study,
17   did not show a definitive link."
18    Do you see that?
19 A  I do, yes.
20 Q  Do you agree with Dr. Winer's comment at least in
21   2016 that the data specific to talc was
22   questionable?
23    MS. PARFITT:  Objection to form.
24 A  I don't necessarily agree with that, no.  I would
25   disagree with that statement.

Page 85

1  Q  Do you agree with Dr. Winer's comment in 2016 that
2    many of these studies have significant sources of
3    bias?
4     MS. PARFITT:  Objection.  Form.
5  A  Again, because I don't know what types of bias he
6    is referring to or even what studies he is
7    referring to I would say no.  I would not support
8    that statement.
9  Q  Okay.  Turn to Page 2.
10    You can see there is a photograph of
11   Dr. Winer.
12    Do you see that?
13 A  Yes.
14 Q  At the bottom of that first paragraph in the last
15   sentence he says -- this is a statement he has
16   authored.
17    Do you see his signature?
18 A  Yes.
19 Q  He says, "As an ovarian cancer researcher and
20   gynecologic oncology specialist, I can say that
21   the current data is mixed and that even if there
22   is a potential link, the absolute risk to any
23   individual woman is likely small.  More definitive
24   studies are needed from a biologic and population
25   standpoint."

22 (Pages 82 - 85)

Page 86

1    Do you see that?
2  A  Yes.
3  Q  Would you agree with Dr. Winer's comment in 2016
4    that the current data is mixed?
5      MS. PARFITT:  Objection.
6  A  No.  I believe that the epidemiologic evidence
7    even in 2016 was fairly consistent and strong.  I
8    would not say it was overly mixed.
9  Q  Would you agree with Dr. Winer's comment in 2016
10    that the absolute risk to any individual woman is
11    likely small?
12      MS. PARFITT:  Objection.
13  A  I would say that talc is a modifiable risk factor
14    that, as Dr. Winer knows better than I, is an
15    absolutely devastating disease for women and
16    families.  Cancer happens to individuals, but it
17    affects the family and it affects the community.
18      Any increase in risk, whether it is small --
19    with respect to a product that does not have any
20    sort of medicinal benefit, that it is not small.
21      So I would disagree there, too.  That
22    absolute risk to any individual is likely small is
23    perhaps his opinion.
24      But I think, further, it would -- it's an
25    avoidable risk.

Page 87

1  Q  I see from your C.V. you are also affiliated with
2    the AACR, correct?
3  A  Yes.  I'm a long-time member of AACR.
4  Q  Are you aware that the AACR maintains a
5    public-facing page to provide patients information
6    about ovarian cancer?
7  A  I don't believe I have ever looked at that page,
8    no.
9  Q  I will mark the AACR page titled Ovarian Cancer as
10    Exhibit Number 8.
11      (EXHIBIT NUMBER 8 WAS MARKED FOR
12    IDENTIFICATION.)
13  Q  Dr. Cote, is this a page or a website that you
14    have ever seen before?
15  A  No.  I have not seen this simply because this is
16    not where I go for my research information.
17  Q  Do you understand that this is put out by the AACR
18    to provide resources to patients and the like,
19    correct?
20      MS. PARFITT:  Objection.
21  A  I understand that AACR has this website.  What the
22    goal is I'm not sure.  I note that the source of
23    this is the National Cancer Institute, which is
24    fairly broad.
25  Q  As you can see -- that transitions to my next

Page 88

1    question.
2      You can see here below that, like Karmanos,
3    the AACR is linking to the NCI PDQ for ovarian
4    cancer prevention, correct?
5  A  Yes, that is correct.
6  Q  Do you believe that the AACR is wrong in linking
7    its audience to the NCI PDQ for information on
8    ovarian cancer?
9      MS. PARFITT:  Objection.
10  A  I have no opinion as to whether or not the AACR is
11    right or wrong in terms of what they choose to
12    link to.
13  Q  You have significant ties to the NCI, correct?
14      MS. PARFITT:  Objection.
15  A  Define significant.
16  Q  Sure.  I see from your C.V. that you have been a
17    reviewer for the NCI, correct?
18  A  Yes.
19  Q  You have chaired at least two NCI committees,
20    correct?
21  A  Yes.
22  Q  You have served as editor and a manuscript
23    reviewer for the JNCI, correct?
24  A  Yes.  The JNCI specifically says that they are not
25    a Journal of the National Cancer Institute.  They

Page 89

1    consider themself distinct entities.
2  Q  My shorthand was incorrect.
3      The Journal of the National Cancer Institute,
4    correct?
5  A  Yes.
6  Q  That is what it's called?
7  A  It is.  But look at their footnotes.  They say
8    that they are independent of the National Cancer
9    Institute.
10  Q  Understood.  I was clarifying that I meant Journal
11    when I said J.
12      You note in your report that you have been
13    supported by the NCI.  You have reviewed programs
14    for the NCI.  You have sat on panels for NCI
15    designated comprehensive cancer centers, correct?
16  A  Yes.
17  Q  Do you hold the NCI in high regard?
18  A  Yes.
19  Q  Do you consider the NCI to be a highly respected
20    cancer research organization?
21  A  I believe that NCI does some outstanding research,
22    but they are also a government organization.  They
23    have kind of got two branches, an intermural and
24    extramural.
25      Their intermural researchers do cancer

23 (Pages 86 - 89)

Page 90

1    research and I have high regard for many of my
2    colleagues there.  The external branch is more of
3    a, they facilitate and fund scientific research
4    all around the country and, in fact, the world.
5         So there are kind of two different branches
6    when you talk about NCI.  There is one that is
7    more research.  There is one that more funds
8    research.  That research is vetted by the study
9    sections and things that we do.
10        So it's two different things.  I do think for
11   the discussion here that they are both highly
12   regarded as mechanisms for funding, as well as for
13   scientific research, yes.
14 Q  Do you believe that information made available to
15   the public by the NCI and linked by Karmanos, by
16   the AACR, and by other organizations that we have
17   looked at, do you believe that information made
18   available by the NCI can be trusted by health care
19   professionals and patients as credible
20   information?
21        MS. PARFITT:  Objection to form.
22 A  I believe it does contain some credible
23   information.  I also believe, just as I mentioned
24   with some of the Karmanos documents that we
25   showed, that the information is sometimes

Page 91

1    incomplete.
2  Q  I will mark as Exhibit Number 9 the NCI PDQ.
3        (EXHIBIT NUMBER 9 WAS MARKED FOR
4    IDENTIFICATION.)
5  A  Yes.
6  Q  As you mentioned, you do discuss this document in
7    your report, correct?
8  A  Correct.
9  Q  We see here this is the PDQ dedicated to ovarian
10   cancer prevention, correct?
11 A  Yes.
12 Q  And if we look at, this is not paginated, but if
13   you go about four pages before the end.
14 A  Yes.  I assume you are wanting --
15 Q  The Perineal Talc Exposure.
16 A  Got it.
17 Q  Again, from your report I can see you are familiar
18   with the fact that the PDQ identifies perineal
19   talc exposure as a factor with an adequate
20   evidence of an association, correct?
21 A  I will assume that is correct.  Let me look at my
22   report.
23 Q  I can rephrase the question.  If you just look at
24   the page prior to that.
25 A  Okay.

Page 92

1        MS. PARFITT:  If you need to reference
2    your documents, you may.
3  A  "Results from case control and covert studies are
4    inconsistent."
5  Q  On the prior, without -- I'm not trying to put the
6    report in your mouth.  Just the document in front
7    of you, if you can see the PDQ, whether you agree
8    with it or not.
9  A  Correct.
10 Q  Here you can see on the prior page there is a
11   title Factors with Inadequate Evidence.
12        Do you see that?
13 A  Yes.
14 Q  You can see that following this section there are
15   a number of factors listed.
16        Perineal talc exposure is in that bucket,
17   fair?
18 A  Fair.
19 Q  You can see here, and you just mentioned it, that
20   the NCI PDQ reports that "Results from case
21   control and cohort studies are inconsistent, so
22   the data are inadequate to support an association
23   between perineal talc exposure and an increased
24   risk of ovarian cancer."
25        Did I read that correctly?

Page 93

1  A  You read that correctly, yes.
2  Q  I understand you disagree with the NCI, correct?
3        MS. PARFITT:  Objection to form.
4  A  I disagree with the NCI with respect to this
5    particular statement, yes.
6  Q  Fair enough.  Do you question the objectivity and
7    the scientific credibility of the panel and board
8    members who compiled this PDQ document?
9        MS. PARFITT:  Object to form.
10 A  I don't necessarily question their objectivity or
11   their qualifications.  I just know nothing about
12   their methodology for how they came to these
13   conclusions.
14        Because when I look at this, you know, and I
15   see their references here for this section, they
16   only have a total of fourteen references.  The
17   ones that are specific to talc are only seven.  So
18   only maybe -- yeah, seven.
19        So it's very unclear to me how they selected
20   just these seven out of the four decades' worth of
21   research.
22        So I don't understand their methods so I
23   don't feel like I can really comment on whether I
24   feel that they, themselves, are inadequate or not
25   prepared.

24 (Pages 90 - 93)

Page 94

1  Q  Are you suggesting that the NCI PDQ panel and
2     board members only considered these seven items?
3        MS. PARFITT: Objection. Form.
4  A  I have no idea what they considered and what went
5     into forming, you know, their opinion here because
6     there are not any specifics about how they came to
7     this conclusion outside of these references.
8  Q  Have you looked at the history of the PDQ document
9     to see if the PDQ has referred to additional
10    literature along the way?
11 A  I've not gone back in time and looked at the
12    history. I'm not sure how I would do that being
13    that things are updated.
14 Q  Are you questioning the thoroughness of the
15    NCI PDQ panel members in reviewing the literature
16    and commenting on the association between talc and
17    ovarian cancer?
18       MS. PARFITT: Objection.
19 A  I'm questioning the methodology used because it's
20    unclear. I'm not questioning the reviewers, their
21    expertise.
22 Q  If you can look to the second to last page with
23    me, Dr. Cote.
24 A  Yes.
25 Q  At the top of the page it says Latest Updates.

Page 95

1        Do you see that?
2  A  Yes.
3  Q  Excellent. We see here that it says the summary
4     was most recently updated on March 6, 2024,
5     correct?
6  A  Correct.
7  Q  This is a couple weeks ago, correct?
8  A  Yes. Correct.
9  Q  You see below here that under the Reviewers and
10    Updates section it says, "This summary is reviewed
11    regularly and updated as necessary by the PDQ
12    Screening and Prevention Editorial Board."
13       Did I read that correctly?
14 A  Yes.
15 Q  Do you have any reason to question whether or not
16    the summary is reviewed regularly?
17       MS. PARFITT: Objection. Form.
18 A  Again, I guess I would ask, what is regularly? I
19    don't have any idea what their methodology is.
20 Q  You do understand that they cite the most recent
21    meta-analysis on the topic of talc and ovarian
22    cancer, correct?
23       MS. PARFITT: Objection.
24 A  The most recent being Phung?
25 Q  That's a fair point.

Page 96

1        Do you acknowledge that they cite the Woolen
2     article?
3  A  They do, yes, they do cite Woolen. But they do
4     not cite Phung.
5  Q  Phung is the article you discussed earlier as
6     related to endometriosis?
7  A  Correct. Yes.
8  Q  Then at the bottom of the page that says Latest
9     Updates, do you see that?
10 A  Yes.
11 Q  That is the second to the last page.
12       It says, "Board members review recently
13    published articles each month..."
14       Do you see that?
15 A  I do.
16 Q  Do you have any reason to question that?
17       MS. PARFITT: Objection. Form.
18 A  I have no reason to question whether or not -- or
19    when they review or their schedule of review, no.
20 Q  Do you have any reason to disagree with the
21    statement that changes to the summary are made
22    through consensus process in which board members
23    evaluate the strength of the evidence and
24    published articles?
25       MS. PARFITT: Objection.

Page 97

1  A  I have no reason to question that that does or
2     does not occur.
3  Q  Do you have any reason to question that the board
4     makes determinations on how or whether articles
5     should be included in the summary?
6        MS. PARFITT: Objection. Form.
7  A  I still question how they come to that decision.
8     They don't describe where they find, you know --
9     they just say recently published articles each
10    month. They don't describe who brings those
11    articles. They don't describe, you know, really
12    any process for identification of those.
13       You know, I mean, the amount of literature,
14    and this is not just for talc, but for all of
15    these other, all of these other risk factors that
16    they look at, it is fairly, the amount is fairly
17    large, would be my guess, in terms of dietary
18    studies and those sorts of things.
19       So I can't imagine that they are on a monthly
20    basis reviewing absolutely everything. There is
21    no clarity here about what they are and are not
22    considering.
23       And the example of not having Phung in here
24    is, I think, a good example of that. You know,
25    why is Woolen, which was published in 2020, here

25 (Pages 94 - 97)

Page 98

1   and Phung not. I don't know.
2   Q  You understand the NCI PDQ is not a document akin
3     to the litigation report that you offered that is
4     sixty pages or forty pages long?
5         You understand that, correct?
6         MS. PARFITT: Objection. Form.
7   A  I'm well aware that this document is really put
8     out for the general public versus litigation
9     versus the scientific community.
10  Q  And this version that we are looking at is a
11    version for health care professionals, correct?
12        MS. PARFITT: Objection.
13  A  I believe it is. I believe they may have a
14    public-facing one, which is how -- yeah, go to the
15    patient version. So I'm clear on that. That
16    might be interesting to review.
17        Again, this is not necessarily where
18    scientists go for the latest and the greatest data
19    or physicians even for that matter.
20  Q  Just the AACR?
21        MS. PARFITT: Objection.
22  A  No. We don't go to the AACR either.
23  Q  Only the AACR links to the PDQ.
24  A  Oh, they may, yes, for reasons unknown.
25  Q  And Karmanos links to the PDQ?

Page 99

1   A  Correct. I believe they both do because this is a
2     source of national information, yes.
3         But the methodology behind this is still not
4     clear.
5   Q  And I see from your C.V. that you are also
6     associated with the World Cancer Research Fund,
7     correct?
8   A  I have reviewed a grant for them once or twice in
9     the past.
10  Q  Are you aware that the World Cancer Research Fund
11    puts out a public-facing page for patients on
12    ovarian cancer?
13  A  I am not.
14  Q  I will mark this as Exhibit Number 10.
15        (EXHIBIT NUMBER 10 WAS MARKED FOR
16    IDENTIFICATION.)
17  Q  Do you see the WCRF puts out a page titled Ovarian
18    Cancer, correct?
19  A  Correct.
20  Q  You can see here that they have a section on "What
21    causes ovarian cancer? Correct?
22  A  Correct.
23  Q  We see here there is, if you flip, there is one --
24    flip over from the first to second page.
25        There are also other causes.

Page 100

1         Do you see that?
2   A  I do.
3   Q  As you scroll through that, do you see any
4     reference to talc?
5   A  I do not.
6   Q  Do you think the WCRF is wrong not to list talc
7     here?
8         MS. PARFITT: Objection to form.
9   Q  Yes or no?
10        MS. PARFITT: Objection to form.
11  A  I believe that this is incomplete.
12  Q  Incomplete because talc is not listed?
13        MS. PARFITT: Objection. Misstates her
14    testimony.
15  A  I believe that I am, as I stated with the NCI's,
16    I'm unaware how they did this review and how they
17    came to the conclusions and decided what to
18    include and what not to include.
19  Q  Finally, I know that you are currently in Indiana,
20    correct?
21  A  Yes.
22  Q  You were aware that Indiana is a member of the
23    NCCN?
24  A  They very recently became a member, yes.
25  Q  And that's a big deal?

Page 101

1         MS. PARFITT: Objection to form.
2   A  The NCCN guidelines do direct really cancer
3     treatment and -- more so cancer treatment, but
4     also cancer diagnosis, yes.
5   Q  The NCCN is a respected cancer organization,
6     correct?
7   A  NCCN, yes. It's a network of multiple
8     organizations, yes.
9   Q  That is respected, correct?
10  A  For, yeah, for clinical purposes. Yes.
11  Q  Are you aware that the NCCN includes in its
12    guidelines a discussion of risk factors for
13    ovarian cancer?
14  A  I'm not aware of that, no.
15  Q  Are you aware that the NCCN guidelines currently
16    state that talc has not been conclusively
17    associated with ovarian cancer?
18  A  I'm not aware of that.
19        MS. PARFITT: Objection.
20  Q  Would you disagree with the NCCN as well?
21        MS. PARFITT: Objection to form.
22  A  Again, I don't know how the NCCN comes to this
23    sort of conclusion. If they have an actual, like
24    they do for treatment where they have a protocol
25    in place and they have, you know, clearly stated

26 (Pages 98 - 101)

Page 102

1   methodology for what data they include and
2   exclude.
3       I don't know how the NCCN guidelines are for,
4   you know, something like risk factors how they
5   develop their opinions and their statements there.
6   So I really can't comment on it.
7  Q  Have you talked with anybody at Indiana about talc
8   and ovarian cancer?
9  A  Outside of the conflict of interest office, no. I
10  did let my, the people who work for me and with me
11  know where I was these last two days.
12 Q  Have you talked with a gynecologic oncologist in
13  Indiana who is on the NCCN panel about talc and
14  ovarian cancer?
15 A  No, I have not.
16 Q  Do you know who she is?
17 A  I can think of a couple.  Is it Lisa Landrum?
18 Q  I don't think so.  I'm asking if you know.
19 A  No.  I'm not aware who the, who the GYN oncologist
20  at I.U. is who represents us, meaning I.U., on the
21  NCCN.
22      I'm fairly new to Indiana.  My understanding
23  is Indiana is also recent, we are new to the NCCN
24  as well within the time that I have been there.
25 Q  Does 2022 sound right?

Page 103

1  A  Yes.  I started in September of 2022.
2  Q  I will go back to your expert report.  Okay?
3  A  Okay.
4  Q  We touched upon this earlier.  Your report
5   includes a set of literature cited, correct?
6  A  Correct.
7  Q  Then a set of additional materials considered,
8   correct?
9  A  I believe that the additional materials considered
10  is in a drop box.
11 Q  Okay.  Let me clarify here for you.
12      Let's go to your report and look at
13  Appendix B.  That is toward the end of the packet.
14 A  Yes.
15 Q  So this list is different than your citations in
16  your report?
17 A  Yes, that is correct.
18 Q  Have you reviewed, and do you rely upon all of the
19  items listed on the Additional Materials
20  Considered list?
21      Let me split that in separate questions.
22 A  Okay.
23 Q  Have you reviewed all of the items listed on the
24  additional materials considered list?
25 A  I believe I have at least had access to all of

Page 104

1   these.
2       Reviewed is perhaps a bit of a stronger
3   statement.
4  Q  Let me see if I can short circuit this.
5       Are the materials that you intend to rely on
6   for your opinions in this litigation the materials
7   in your literature cited list?
8  A  Correct.  What I relied on is in the literature
9   cited list.
10 Q  Are there any things listed on this additional
11  materials list that you intend to rely on or talk
12  to the jury about in offering your opinions in
13  this case?
14      MS. PARFITT:  Objection to the form.
15 A  So my understanding is between now and if this
16  does go to a jury trial I have the ability to
17  review more data, whether it's from peer reviewed
18  literature that is just newly published, whether
19  it's things that we request from you, like, you
20  know, defense documents.
21      As well as, I could go back to some of this
22  and rely on this for my testimony in court.  That
23  is my understanding.
24      So potentially, yes, I may go back to some of
25  these, but I can't say.  I mean, this is another

Page 105

1   143 items.  I can't say specifically which ones I
2   will pull out and rely on at a later date.
3  Q  Okay.  So just to tie that up.  For purposes of
4   today, the opinions that you have to share with me
5   are based upon the literature cited list, is that
6   fair?
7  A  In my report, yes.
8  Q  As we sit here today, you have not formed any
9   additional opinions, you are not relying on these
10  additional materials considered, is that fair?
11      MS. PARFITT:  Objection to the form.
12 A  I believe that is fair, yes.
13 Q  Okay.  Then finally to really try to wrap this up,
14  in addition to the literature cited, the AMCL,
15  additional materials considered list, I believe
16  your counsel this morning referenced the fact that
17  a set of materials were shared with us via a drop
18  box.
19      Do you understand that to be true?
20 A  I understand that to be true, yes.
21 Q  Do you understand that that set of materials is
22  this AMCL set, or do you think that is a whole
23  other set?
24 A  I believe it's what is listed here.
25 Q  Okay.

27 (Pages 102 - 105)

Page 106

1  A  I've not cross referenced anything though.
2  Q  Understood.
3        MS. PARFITT:  It is eleven.  Do we want to
4    take a quick break?
5        MR. JAMES:  It has been another hour.
6    Sure.
7        (OFF RECORD AT 11:11 A.M.)
8        AT THIS TIME A SHORT RECESS WAS HELD OFF
9    THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS
10   WERE HAD:)
11       (ON RECORD AT 11:19 A.M.)
12  BY MR. JAMES:
13  Q  Dr. Cote, just to clarify a point earlier, in
14   reference to a drop box of materials that has been
15   shared with me, are you prepared today to offer
16   any opinions on materials in that drop box that
17   are not listed in your literature cited list?
18  A  No.
19  Q  If you do form additional opinions beyond what is
20   disclosed today in your report, will you let your
21   counsel know that?
22  A  Yes.
23       MR. JAMES:  And then you and I and others
24   will have a discussion about what that means.
25   Okay?

Page 107

1        MS. PARFITT:  Sure.
2        MR. JAMES:  For the record, that was
3    directed towards Michelle.
4  Q  Were you ever a genetic counselor?
5  A  No.
6  Q  Do you have any expertise in mineralogy or mineral
7    characterization?
8  A  No.
9  Q  Are you a mineral scientist?
10  A  No.
11  Q  Do you have any expertise in mineral analysis or
12   testing?
13  A  No.
14  Q  Do you have any expertise in the testing for
15   asbestos or talc?
16  A  No.
17  Q  Do you have any expertise in the various types of
18   asbestos?
19  A  No.
20  Q  Do you have any expertise in geology or mining?
21  A  No.
22  Q  Are you a microscopist?
23  A  No.
24  Q  Are you a toxicologist?
25  A  No.

Page 108

1  Q  Are you an exposure scientist?
2  A  No.
3  Q  Are you a pathologist?
4  A  No.  But I have long-term collaborations with
5    pathologists and to the extent that, you know, my
6    bachelor's of science was in biology, so I have
7    had some exposure to some of the other fields you
8    mentioned.
9        As well as I spent a number of years with
10   NIEHS, National Institute of Environmental Health
11   Sciences funded center at Wayne State that focused
12   on environmental health and toxicology issues.
13       So I have had a lot of exposure to it
14   throughout my career, but I don't define myself as
15   that because I know true experts in that area.
16  Q  Do you have expertise in microscopy?
17  A  No.
18  Q  You are not a gynecologic pathologist either,
19   correct?
20  A  Correct.
21  Q  Do you recognize gynecologic pathology as a
22   special expertise of pathology?
23  A  Yes, I believe that that is a subspecialty.  That
24   is available at some, but not all, cancer centers,
25   medical centers.

Page 109

1  Q  Have you ever talked with a gynecologic
2    pathologist about the talc and ovarian cancer
3    hypothesis?
4  A  No, I've not.
5  Q  Do you agree that for considering the relevant
6    pathology evidence to the talc ovarian cancer
7    hypothesis that the expertise of a gynecologic
8    pathologist would be especially important?
9        MS. PARFITT:  Objection to form.
10  A  I'm not sure what you are meaning in terms of that
11   they must have that subspecialty to be able to
12   comment on literature on this case?  I'm not sure
13   what you are referring to.
14       Can you rephrase the question?
15  Q  Have you reviewed any reports or opinions from a
16   gynecologic pathologist on the issues in this
17   case?
18  A  Not that I'm aware of, no.  Reports would be
19   individual level patient reports.  And that I have
20   not reviewed.
21       As to whether some of the papers I reviewed
22   had gynecologic oncologists on it, perhaps.
23  Q  Have you read any litigation reports from either
24   side, plaintiffs or defense, from a gynecologic
25   pathologist on the issues in this case?

Page 110

1  A  No, not that I'm aware of.
2  Q  You are not an oncologist, correct?
3  A  Correct.  I am not an oncologist.
4  Q  You are not a cell biologist or cancer biologist,
5     correct?
6  A  I am not trained in cancer biology, no.  But I
7     spent about twenty years in the cancer biology, it
8     was not a department, but we were a training
9     faculty for cancer biology students.
10        So I do feel like I have a good, but perhaps
11     not expert grasp of cancer biology.
12 Q  And we talked earlier today about the in vitro
13     studies, correct?
14 A  Correct.
15 Q  And your testimony on that from this morning
16     remains?
17 A  Correct.  I do not do in vitro work in my own
18     laboratory.
19 Q  Do you agree that prior to offering an expert
20     opinion on a particular topic that an expert
21     should be expected to conduct a comprehensive
22     review of the evidence on that topic?
23        MS. PARFITT:  Objection.  Form.
24 A  Can you restate that question?
25 Q  Sure.  As a scientist like yourself,

Page 111

1     methodologically before offering an opinion on a
2     specific topic, do you agree that you should do a
3     comprehensive review of the medical and scientific
4     literature on that topic?
5  A  I agree that a comprehensive review should be
6     undertaken before entering an opinion, yes.
7  Q  For purposes of the report and your opinions in
8     this litigation, did you do a comprehensive review
9     for medical and scientific evidence on the alleged
10     presence of heavy metals in talc powers?
11 A  I did not do a systematic review of heavy metal in
12     talc powder.
13 Q  And related to that, did you do a systematic or a
14     comprehensive review on the alleged
15     carcinogenicity of heavy metals in talcum powders?
16 A  No, I did not do a systematic review.
17 Q  Did you do a comprehensive review on the alleged
18     relationship between heavy metals and ovarian
19     cancer?
20 A  No, I did not do a comprehensive systematic review
21     regarding heavy metals and ovarian cancer.
22 Q  Did you do a comprehensive review for medical or
23     scientific evidence on the alleged presence or
24     carcinogenicity of chemicals in talcum powder
25     fragrances?

Page 112

1  A  No, I did not do a comprehensive review on
2     fragrances or heavy metals.
3  Q  Did you do a comprehensive review of the medical
4     and scientific literature on the alleged presence
5     of asbestos and related elements in talcum
6     powders?
7        MS. PARFITT:  Objection.
8  A  I did not do a review specifically of asbestos.  I
9     certainly reviewed comprehensive reports by, for
10     example, IARC that included asbestos as their main
11     exposure of interest.
12 Q  Just to be more precise, did you do a
13     comprehensive review of evidence related to the
14     alleged presence of asbestos in talcum powders?
15 A  No, I did not do a comprehensive systematic
16     review.
17 Q  Did you do a comprehensive review of the alleged
18     presence of fibrous talc in talcum powders?
19        MS. PARFITT:  Objection.
20 A  Again, I read a lot of literature about fibrous
21     talc.  But I did not do a comprehensive systematic
22     review like I did for the epidemiologic studies.
23 Q  And for the epidemiologic studies on talc and
24     ovarian cancer, correct?
25 A  Yes.  It was talc as a whole.  It was not the

Page 113

1     components.  It was whatever was in the bottles or
2     containers of talc that the women were using.
3  Q  Did you do a comprehensive review of the actual
4     underlying articles on the alleged association or
5     relationship between asbestos and ovarian cancer?
6        MS. PARFITT:  Objection.  Form.
7  A  No, I did not do my own individual review of the
8     articles going back to the literature.
9        For example, like what was cited in IARC, for
10     example, I did not do that.
11 Q  I understand from your report you looked at IARC
12     2012, correct?
13 A  There were two others as well.
14 Q  Understood.  For purposes of asbestos you are
15     referring to having reviewed IARC 2012, is that
16     right?
17        MS. PARFITT:  Objection.  Objection.
18        MR. JAMES:  I will just withdraw the
19     question.
20 Q  Before being retained in the litigation what was
21     your opinion on the relationship between talc and
22     ovarian cancer?
23 A  Before being retained?  So based on the paper that
24     we published in 2016, which I, myself, at that
25     time did not perform a systematic review, but it

29 (Pages 110 - 113)

Page 114

1  was certainly included as, you know, the more
2  primary authors of that paper, Schildkraut, and
3  probably Moorman. I'm not recalling who the
4  second author on the paper was, but those are
5  usually kind of the three who do the first draft
6  and a lot more of the heavy lifting.
7       I felt like based on the epidemiologic
8  evidence that there was a consistent association.
9  And by consistency I mean the point estimates for,
10 you know, the different -- here it was mostly case
11 control studies at the time -- were consistent
12 across multiple populations over the last, you
13 know, thirty or forty decades across the globe.
14      So I felt like there was really strong
15 epidemiologic evidence that suggested an
16 association.
17      In terms of causation, I didn't form any real
18 opinion of causation until I started this work,
19 like, in late fall of this year.
20 Q  Okay. Given that, then prior to your involvement
21 in this litigation, is it correct that you have
22 not expressed publicly or to professional
23 colleagues that you consider talc to be a cause of
24 ovarian cancer?
25      MS. PARFITT: Objection. Form.

Page 115

1  A  Correct. There would be no place that I ever
2  would have stated that talc is a cause of ovarian
3  cancer.
4       I mean, my work, my published work states
5  that we believe that there is an association. But
6  that is different than cause.
7  Q  And in the Schildkraut paper, which we will look
8  at, I believe that I saw the term suggestive of an
9  association.
10      Does that sound accurate to you?
11      MS. PARFITT: Objection. Form.
12 A  I don't recall how it was classified in that
13 paper.
14 Q  Fair enough.
15 A  We can wait until later.
16 Q  Fair enough.
17 A  Okay.
18 Q  Given your testimony on what you have and have not
19 comprehensively looked at, in this case do you
20 intend to offer an expert opinion that talcum
21 powders are contaminated with asbestos?
22      MS. PARFITT: Objection to the form.
23      You may answer.
24 A  Based on what I have seen provided, I would give
25 an opinion that -- recognizing that I have not

Page 116

1  done a systematic review -- that asbestos has been
2  named as a Group 1 carcinogen by IARC for well
3  over a decade now. I think that there is evidence
4  that also points towards talcum powder contains
5  asbestos or fibrous talc, and that could be a
6  causal agent for ovarian cancer. Yes.
7  Q  Again, you agree you did not systematically or
8  comprehensively look at the evidence on the
9  presence of asbestos in talcum powders, correct?
10      MS. PARFITT: Objection. Asked and
11 answered.
12 Q  Is that correct?
13 A  I did not do a systematic review specifically
14 looking at asbestos and the association with
15 ovarian cancer.
16 Q  On Page 11 of your report, can you turn to it?
17 A  Yes.
18 Q  Under the Other Substances subheading in the
19 second sentence you say, "In addition to platy
20 talc, talcum powder often contains asbestos and
21 almost always contains talc fibers."
22      Do you see that?
23 A  Yes. Correct.
24 Q  Did you do a systematic review to support that
25 opinion?

Page 117

1       MS. PARFITT: Objection. Form.
2  A  No. That opinion was supported by the Longo and
3  Rigler historical samples that I cited right in
4  the next sentence.
5  Q  And that is all it's supported by, correct?
6       MS. PARFITT: Objection.
7  A  I think that is also supported by the next
8  sentence that says, "Internal testing by Johnson &
9  Johnson with testing done sporadically from 1957
10 to 1992 showed various samples contained asbestos
11 and/or talc fibers."
12      That one is also referenced.
13      And then the third line of evidence that I
14 have there is that, "As recently as October 18,
15 2019, the FDA updated a Safety Alert and issued a
16 Constituent Update warning consumers not to use
17 certain cosmetic products that tested positive for
18 asbestos, after a sample of Johnson's Baby Powder
19 tested positive for asbestos and talc fibers."
20      They give the lot number.
21 Q  Doctor --
22 A  Then the final piece of evidence that supported
23 that first sentence was from, "The Final Rule from
24 the Environmental Protection Agency of the
25 'Asbestos; Reporting and Recordkeeping

30 (Pages 114 - 117)

Page 118

1    Requirements Under the Toxic Substances Control
2    Act', published July 25, 2023, recognizes the
3    co-occurrence of asbestos and talc as such:  'EPA
4    maintains that talc and vermiculite are some
5    examples of the bulk commodities that may contain
6    asbestos as an impurity.'"
7        So, you know, I think I use there if I'm
8    counting correctly, one, two, three, four
9    different sources from very different
10   organizations or people.
11 Q  Does the EPA document that you cite support the
12   proposition that talcum powders often contain
13   asbestos?  Yes or no?
14 A  I don't know.  I would have look at that full
15   document.  I have just quoted that they maintain
16   that talc and vermiculite are some examples of
17   bulk commodities that may contain asbestos.
18 Q  Does even that sentence talk about talcum powders?
19      It talks about talc as a bulk commodity,
20   correct?
21 A  It does, yes.
22 Q  The FDA letter, do you understand that the FDA
23   testing you cite pertains to a single bottle,
24   correct?
25      MS. PARFITT:  Objection.  Form.

Page 119

1        You may answer.
2    A  Correct.  But my understanding is that the FDA
3    does not test every single bottle.  It tests a
4    subset.
5    Q  But does the FDA testing support the proposition
6    that talcum powder often contains asbestos?  Yes
7    or no?
8        MS. PARFITT:  Objection.
9    A  I do not know.
10   Q  The internal testing says in your sentence that
11   testing was done sporadically.
12      Does the internal testing support the opinion
13   that talcum powder often contains asbestos?
14   A  I would have to go back to that.  That is the
15   Hopkins document, I believe.
16   Q  Did you look at any actual testing documents?
17   A  I looked at a spreadsheet.
18   Q  A spreadsheet?
19   A  Yes.
20   Q  Did you look at actual testing results?
21   A  Can you clarify?  I am not sure what you are
22   meaning by that.
23      My understanding looking at that spreadsheet
24   was that those were the actual testing results.
25   Q  Do you think that is the sum total of the testing

Page 120

1    results of talcum powder products from 1957 to
2    1992?
3        MS. PARFITT:  Objection to the form of the
4    question.
5    A  I have no idea what types of internal testing was
6    done outside of what I saw in that report.
7    Q  As a scientist are you intending to offer an
8    opinion that talcum powders often contain
9    asbestos?
10      Is that an opinion that you are intending to
11   offer?
12      And are these the lines of evidence that you
13   intend to cite to support that?
14      MS. PARFITT:  Objection.  Asked and
15   answered.
16 A  I intend to state what I have listed here in my
17   expert report, that there have been various
18   individuals and agencies who have found at various
19   points in time over the last five decades,
20   including the FDA, that there is asbestos and/or
21   talc fibers contained in talcum powder.
22 Q  And I'm focused on the word "often."  You are the
23   one in your expert report using the word "often."
24      Do you see that?
25 A  Yes.

Page 121

1    Q  Do you have a quantitative judgment --
2    A  Yes.
3    Q  -- that talcum powders often contain asbestos?  Is
4    that your opinion?
5        MS. PARFITT:  Asked and answered.
6    A  Based on data that has, you know, we have been
7    found or has been provided, yes, I stand by often.
8        And that right here is based on Longo and
9    Rigler stating that sixty-eight percent of the
10   samples contained asbestos and ninety-eight
11   percent of the samples contained fibrous talc.
12      I would consider that often.
13   Q  You would agree you don't have any expertise in
14   mineralogy or testing for asbestos, correct?
15      MS. PARFITT:  Objection.
16   A  I would agree I don't have that expertise, but I
17   can read a lab report.
18   Q  You can read?
19   A  Yes.
20   Q  The jury can read, correct?
21      MS. PARFITT:  Argumentative.
22      If you have a question, ask it.
23   Q  Can the jury read?
24      MS. PARFITT:  Objection to that question.
25   A  It's impossible to answer.  I don't know who the

31 (Pages 118 - 121)

Page 122

1    jury is. I will probably not administer a reading
2    test to them.
3  Q  The Longo report that you cite is a litigation
4    byproduct, correct?
5       MS. PARFITT: Objection to form.
6  A  It's my understanding that, yes, it's a litigation
7    byproduct.
8  Q  And did you request access to Longo's testing?
9  A  Yes, I believe I did.
10 Q  Did you read the entirety of Longo's report?
11 A  I scanned the entirety of that report, yes. I
12    mean, it's the MAC report. That is the name of
13    the company, I believe, that they work under.
14 Q  Have you reviewed all of Longo's publications and
15    testing on talcum powders, or is this all you have
16    reviewed from Longo?
17       MS. PARFITT: Objection to the question.
18    I'm not sure I know what you are asking.
19       MR. JAMES: I think you know. That is
20    fine.
21 Q  Is this all you have reviewed from Longo?
22       MS. PARFITT: Objection to form.
23 A  Yes, this is what I have reviewed from Longo.
24 Q  And is this part of the published medical
25    literature?

Page 123

1       MS. PARFITT: Objection.
2  A  I don't believe it is.
3  Q  Is this peer reviewed?
4       MS. PARFITT: Objection.
5  A  I'm unaware if they have peer reviewed any of
6    this.
7  Q  Had you ever heard of Longo or Rigler before you
8    became a litigation expert?
9  A  No.
10 Q  Do you know how many times they have testified for
11    plaintiffs in the talc litigation?
12       MS. PARFITT: Objection.
13 A  No, I have no knowledge of that.
14 Q  Do you know how much money they have earned as
15    experts in the talc litigation?
16       MS. PARFITT: Objection.
17 A  I have no idea how much money they have earned.
18 Q  Do you know if their opinions have ever been
19    excluded by a court as unreliable?
20       MS. PARFITT: Objection to form.
21 A  I have no idea of their opinions, no.
22 Q  Did you ask if defendants have provided any
23    contrary evidence to Longo and Rigler?
24 A  No, I really looked at the defendant evidence as
25    the stuff, the Hopkins report that was internal

Page 124

1    testing done by Johnson & Johnson.
2  Q  That was -- sorry.
3  A  That was my understanding of what Johnson &
4    Johnson had to offer. I am not aware of any other
5    materials, but I'm happy to review them.
6  Q  And that was the spreadsheet selected for you by
7    plaintiff's counsel?
8       MS. PARFITT: Objection to form.
9  A  The spreadsheet was provided to me by counsel.
10    Yes.
11 Q  Do you know that there have been thousands of
12    testing and testing documents done since the
13    timeframe that you cite?
14       MS. PARFITT: Objection to form.
15 Q  Here you refer to the 1950s.
16    Are you aware that there have been thousands
17    of tests performed on talcum powders during that
18    time period?
19       MS. PARFITT: Objection to form.
20 A  I'm not aware of that. I'm aware of another that
21    I list here in my report. If you want to go back
22    to my expert testimony to that second paragraph,
23    it was a study done in Malaysia by Almugren.
24    They tested four different types of talcum
25    powder products currently available. One was

Page 125

1    Johnson's Baby Powder. They noted that all of
2    them contained nickel, arsenic, and lead. They
3    also talked about, you know, the prior studies in
4    this area.
5    So there is -- I'm aware that there has been
6    other testing done. I don't have it at my
7    fingertips in terms of the thousands of documents
8    you have been talking about.
9    I'm aware there has been further testing done
10    looking at different constituents of Johnson's
11    Baby Powder.
12 Q  As a scientist if you are going to make a comment
13    on a topic like talcum powders often contained
14    asbestos, as a scientist don't you think it's
15    important to look at the material and the evidence
16    and the testimony and the documents relevant to
17    that claim?
18       MS. PARFITT: Objection. Misstates her
19    testimony.
20    You can answer.
21 A  As a scientist, I cited four different sources
22    that all had the same conclusion that they had
23    found evidence at some point of asbestos and/or
24    fibrous talc in the product.
25    It was four. It was Longo and Rigler. It

32 (Pages 122 - 125)

Page 126

1    was Hopkins. It was the FDA. And it was kind of
2    the final ruling of the EPA.
3  Q  Okay.
4  A  To me that is four distinct pieces of evidence.
5    Recognizing that I did not do a systematic review
6    and that this was not to build causation, this was
7    just to look at biologic plausibility, I feel like
8    it was a sufficient read.
9  Q  Did you look at any other FDA testing?
10    Do you know if the FDA has tested any other
11    talcum powders?
12    MS. PARFITT: Objection to form.
13  A  I have not looked at other talcum powders. I
14    really just considered talcum powder as a whole.
15  Q  I appreciate that. Again, you have in your expert
16    report the sentence that talcum powder often
17    contains asbestos.
18    I have asked you if you intend to offer that
19    opinion. You are telling me yes. That is why I'm
20    asking what you have relied on.
21    So the sum total of what you have relied on
22    to support that statement as a scientist is
23    contained in this paragraph, is that correct?
24    MS. PARFITT: Objection. Misstates her
25    testimony. I think she just talked to you about

Page 127

1    the EPA as well.
2    MR. JAMES: That is in the paragraph.
3    MS. PARFITT: The recent EPA.
4  A  What was the question?
5  Q  You are just parroting Dr. Longo's conclusion,
6    correct?
7    MS. PARFITT: Scott, you are being
8    argumentative and borderline disrespectful to Dr.
9    Cote. That is not your nature, so I would ask
10    that you stop.
11    MR. JAMES: I disagree with you. I'm
12    entitled to ask questions about this report.
13  Q  Dr. Cote, with all due respect --
14    MS. PARFITT: Thank you.
15  Q  -- you were citing in this paragraph the sources
16    that you were relying on for the opinion that
17    talcum powder often contains asbestos, is that
18    correct?
19  A  That is the opinion put forth and supported by
20    four different references.
21  Q  Did you review Dr. Hopkins' testimony about the
22    spreadsheet that you were given?
23  A  I did not.
24  Q  Have you reviewed any testing or expert reports
25    from Johnson & Johnson experts in this litigation

Page 128

1    on asbestos testing?
2  A  No.
3    MS. PARFITT: Objection.
4  A  No, I have not.
5  Q  Have you reviewed any documents that give context
6    to the entries on the spreadsheet that you
7    reviewed?
8    MS. PARFITT: Objection. Form.
9  A  No, I have not. But I have reserved my right to
10    review more after this deposition.
11  Q  Did you look for any published literature on the
12    claim that talcum powders have asbestos in them?
13  A  I'm sorry. Can you repeat that?
14  Q  Sure. I'm sorry.
15    Did you comprehensively look for published
16    literature on the topic of the presence of
17    asbestos in talcum powders?
18  A  No. That would be looking at a systematic review
19    of the components of talcum powder and I did not
20    do that.
21  Q  Do you have any familiarity of the specifications
22    for talcum powder products?
23    MS. PARFITT: Objection to form.
24  A  No. I'm unaware of what the specifications are.
25    I assume you mean like purity or something along

Page 129

1    those lines? No, I'm not aware of what those are.
2  Q  Are you aware that talcum powders are produced in
3    accordance with standards set by the USP?
4    Is that a body that you have ever heard of?
5    MS. PARFITT: Objection. Form.
6  A  I believe I'm familiar with the USP as a body.
7    What their actual charge is I'm less clear.
8  Q  Do you have any familiarity with USP in
9    relationship to talcum powders?
10  A  No, I do not.
11  Q  Did you look at the FDA testing in 2010 of talcum
12    powders?
13  A  I did not look at the testing in 2010.
14  Q  Do you understand that the FDA has recognized that
15    large deposits of high purity asbestos free talc
16    exists geologically?
17    Were you aware of that?
18    MS. PARFITT: Objection to form.
19  A  I have not examined where high purity talc exists
20    and whether or not the FDA has made statements
21    towards this.
22  Q  Do you have any familiarity with where Johnson &
23    Johnson sources its talcum powders from?
24  A  I believe that has changed over time.
25  Q  Do you have any familiarity with the geology of

Page 130

1    those areas?
2  A  No.  I believe currently that China is where much
3    of it is sourced.  That is a very large country
4    that I have never visited.  So I'm unaware of the
5    geology.
6  Q  Do you have any opinions on the amount of alleged
7    asbestos in Johnson & Johnson's finished products?
8  A  I am unaware of the amount of asbestos in Johnson
9    & Johnson's finished products.
10    But I would assume that any amount of
11    asbestos is potentially carcinogenic.
12  Q  Do you have any expertise in exposure to asbestos
13    in ambient air?
14    Is that something that you have ever looked
15    at?
16  A  No.  I have not studied ambient air and asbestos
17    exposure.
18  Q  Do you have any expertise in exposures to asbestos
19    through other everyday life activities?
20  A  No.  I'm not aware.  Although, I know asbestos is
21    ubiquitous.  It's almost everywhere.
22  Q  If there isn't asbestos in Johnson & Johnson
23    talcum powders do you still hold the opinion that
24    talcum powders are a general cause of ovarian
25    cancer?

Page 131

1  A  Yes, I do.
2  Q  Does it change your opinions in any way?
3  A  No, it does not.  When I started with, you know,
4    my initial assumption in the report that I built
5    on was that these were not asbestos containing.
6    So the conclusions in the report are with the
7    assumption, despite what I think was some evidence
8    that was kind of revealed as I reviewed, but the
9    assumption in my conclusions are that it is talcum
10    powder that is free of asbestos.
11  Q  Okay.  I saw that.  Let me clarify that.
12  A  Okay.
13  Q  Are your opinions predicated on the assumption
14    that talcum powders are asbestos free?
15    MS. PARFITT:  Objection.  Form.  Misstates
16    the testimony.
17  A  Yeah.  Can you rephrase that?
18  Q  I'm asking you to tell me.  Right.
19    I think you just used the word "assumed."  I
20    saw that at one point in your report.
21    Are you offering your opinions based on the
22    assumption that talcum powders are asbestos free?
23    MS. PARFITT:  Objection.  Form.
24  Q  You tell me.
25  A  So when I reviewed this and, again, this is from

Page 132

1    an epidemiologic standpoint where people who are
2    using talcum powder of whatever brand or whatever
3    type, they don't know what is in that bottle.
4    So when I am reviewing it, I'm reviewing talc
5    and everything that it contains.  But the
6    assumption is that there is not asbestos in that
7    talc.
8    But the review is everything that is
9    contained in that talc bottle.
10  Q  The body of literature on talcum powders and
11    ovarian cancer tests the hypothesis whatever is it
12    in?
13  A  Yes.
14  Q  Is that fair?
15  A  All of the constituents that are in talc -- that
16    are in the bottle, let's just say, because they
17    might be co-occurring with it.  It might be
18    something that is intentionally added like
19    fragrances.
20    It's everything within that bottle with talc
21    being the primary component.
22  Q  Have you ever conducted, outside of litigation, a
23    comprehensive review on the literature of asbestos
24    and ovarian cancer?
25    MS. PARFITT:  Objection.  The question was

Page 133

1    asked and answered.
2  A  No.  I have never done a systematic review of
3    asbestos and ovarian cancer.
4  Q  Sitting here today, do you have the opinion that
5    asbestos is an established cause of ovarian
6    cancer?
7  A  So I did not do a causal analysis -- or I'm
8    sorry -- a systematic review with a causal
9    analysis for asbestos and ovarian cancer.
10    I did it for talcum powder and specifically
11    perineal use or genital use of talcum powder and
12    ovarian cancer.
13  Q  With respect to fibrous talc, you comment on that
14    in your report, correct?
15  A  Yes.
16  Q  In your mind, do you distinguish fibrous talc from
17    asbestiform talc?
18    Are those two things the same or are those
19    two things different?
20  A  Yes, I believe that fibrous talc, and this is
21    coming right from Page 11, The Exposure:  Talc.
22    I say, you know, that talc is usually platy.
23    It grows in sheets or plates.  So it's really just
24    about the formation.  But may also occur as
25    asbestiform fibers or fibrous talc.

34 (Pages 130 - 133)

Page 134

1    That asbestiform refers to the pattern of the
2    growth, which is not to be confused with talc that
3    separately contains asbestos.
4  Q  And I did read your report.
5  A  Okay.
6  Q  What I'm trying to grapple with is your use of the
7    terminology.
8  A  Yes.
9  Q  Okay.  Do you think fibrous talc and asbestiform
10    talc, are those two terms interchangeable in your
11    mind?
12  A  That is how I interpret it, yes.  It has very
13    little to do -- again, ultimately, I'm looking at
14    talc and all it contains is what the basis of the
15    report is built on.
16  Q  Do you think fibrous talc, the term fibrous talc,
17    and the term talc containing asbestiform fibers,
18    are they in your mind interchangeable?
19    Do they mean the same thing?
20  A  Yes.
21  Q  That is your understanding?
22  A  That those are two equivalent terms.
23  Q  To wrap this up, you use the term fibrous talc,
24    the term asbestiform talc, and the term talc
25    containing asbestos fibers interchangeably?

Page 135

1  A  I'm not sure where I put each of those
2    interchangeably in the report.  I tended to -- if
3    I referred to them, I referred to them as the
4    authors of whatever literature referred to them.
5    But, yes, the asbestiform fibers is the same
6    as fibrous talc.  And what was the third one?
7  Q  Talc containing asbestiform fibers.
8  A  Talc containing asbestos fibers.  I don't know if
9    I used that in the report.  I would have to see
10    how I referred to that.
11    But the first two, the asbestiform fibers and
12    fibrous talc are interchangeable to me.
13  Q  On Page 16, in the second paragraph at the end of
14    that paragraph you say, "Therefore, both talc
15    containing asbestiform fibers (i.e., talc fibers)
16    and talc containing asbestos should be considered
17    carcinogenic..."
18    Do you see that?
19  A  Yes.
20  Q  That is where I pulled that term from.
21  A  That was from the IARC Monograph.
22  Q  You believe asbestiform talc, fibrous talc, and
23    talc containing asbestos fibers are the same
24    thing?
25  A  I think, yes.

Page 136

1  Q  Then also in this sentence you would say talc
2    fibers are also interchangeable, correct?
3  A  Yes.
4  Q  You cite the IARC Monograph from 2012 for the
5    proposition that the term fibrous talc is
6    classified by IARC as a Class 1 human carcinogen,
7    do you see that?
8  A  I'm not sure I do.  Can you point to where that
9    is?
10  Q  Yes.  In the same paragraph about halfway up.
11    "Talc may also form fibers..."
12    Do you see that?
13  A  Yes.
14  Q  Five lines up.
15  A  Yes.
16  Q  The next sentence says, "This type of talc,
17    referred to as fibrous talc..."
18  A  It says, "Talc may also form fibers that are
19    asbestiform in habit, meaning they have greater
20    strength, flexibility and durability.  This type
21    of talc, referred to as fibrous talc, has also
22    been classified by IARC as a Class 1 human
23    carcinogen."
24    So, yes, talc with fibers that are
25    asbestiform in habit is referred to as fibrous

Page 137

1    talc based on this statement.  And they are both
2    Class 1 carcinogens.
3  Q  Sitting here today, do you know if the term
4    "fibrous talc" is used anywhere in the IARC
5    Monograph?
6    MS. PARFITT:  Objection.  Form.
7  A  Sitting here today, no, I do not know how they
8    refer to it.
9  Q  Would it surprise you to learn that the term
10    "fibrous talc" is actually not contained in the
11    2012 Monogram?
12    MS. PARFITT:  Objection to form.
13  A  I'm not surprised by much of anything.  So, no, it
14    would not surprise me.
15  Q  Do you have any familiarity with the term cleavage
16    fragment?
17  A  With respect to DNA analysis, that is my primary
18    go to, yes.
19  Q  Understood.  Do you have any familiarity with that
20    term of art used in the context of mineralogy?
21  A  No, I do not.
22  Q  With respect to heavy metals, earlier today you
23    mentioned the Almugren article, correct?
24  A  Yes.
25  Q  You also cite in your report the presence of heavy

35 (Pages 134 - 137)

Page 138

1    metals, the Pier deposition?
2  A  Correct.
3  Q  Are there any other materials that you rely on for
4    the presence of heavy metals in talcum powders?
5  A  No, I did not do a systematic review of talcum
6    powder and heavy metals.
7  Q  Was the Pier deposition given to you by counsel?
8  A  Yes, it was.
9  Q  And was the Almugren article given to you by
10    counsel?
11  A  No.
12  Q  Okay.  Was that something that you found on your
13    own?
14  A  Yes.
15  Q  Did you read the entirety of the Pier deposition
16    or just sections?
17  A  I did not read the entirety of it.
18  Q  And did you read sections pertaining to heavy
19    metals?
20  A  Yes.
21  Q  Were those sections selected for you?
22  A  No, they were not.
23  Q  Did you ask for the Pier deposition?
24  A  I asked for materials related to other components
25    or other things found.

Page 139

1  Q  You have the Pier deposition, correct?
2  A  Yes.
3  Q  Did you get any other materials?
4      Did you get testimony or reports from Johnson
5    & Johnson witnesses?
6  A  No, I do not believe I have.
7  Q  Did you get any materials or testimony or
8    documents from Johnson & Johnson experts on the
9    issue of heavy metals in talcum powders?
10  A  No.  I do not believe I asked for any of that.
11    That was really not the focus of my report.
12      Again, this is here for completeness' sake to
13    recognize that there are other components that are
14    in these sorts of talcum powders.  Whether they
15    kind of co-occur naturally or whether they are
16    added afterwards for, for example, fragrance, it's
17    really just to describe in a more comprehensive
18    manner that there are other agents found within
19    these bottles of talc.
20  Q  Based on the limited set of materials that you
21    have reviewed, correct?
22      MS. PARFITT:  Objection to that question.
23  A  I actually feel like I have reviewed a very large
24    amount of literature in this area.  But it was
25    focused on epidemiologic, which is where my

Page 140

1    expertise is.
2  Q  I was not meaning to suggest the broader topic.
3      This was specific to heavy metals.
4  A  Correct.
5  Q  You have reviewed a very limited set of materials,
6    fair?
7      MS. PARFITT:  Objection to form.
8  A  Yes, I did not do a comprehensive review or
9    systematic review of heavy metals.
10  Q  Just like with asbestos, you didn't look at any
11    testing document on heavy metals?
12      MS. PARFITT:  Objection.
13  A  From what was in Pier, yes.  Other than that, no.
14  Q  Other than Pier, you have not looked at any
15    testing document from Johnson & Johnson or the
16    defendants, correct?
17      MS. PARFITT:  Objection.
18  A  Correct.  That was not the focus of this report at
19    all.
20  Q  And are you aware there are specifications
21    relevant to the presence of heavy metals in talcum
22    powders?
23      MS. PARFITT:  Objection.  Vague.
24  A  I'm aware that there are probably some sort of
25    standards or regulations in place for most

Page 141

1    cosmetic items.
2  Q  You did not review the specifications, is that
3    fair?
4  A  Fair.  No.
5  Q  Do you know if the talcum powders in the Almugren
6    article are distributed it the United States?
7      Do you know if they were?
8  A  I am unaware as to where they were distributed.
9  Q  Did you see that the article made reference to
10    Malaysia?
11  A  Yes.  That is stated in the report.
12      They were products currently available in
13    Malaysia.
14  Q  Did you review any IARC Monograph asserting that
15    the presence of heavy metals in talcum powders
16    renders those powders carcinogenic?
17  A  I would have to look at the IARC documents that I
18    reviewed.  I believe that they do have, they do
19    have -- the first one is looking at arsenic,
20    metals, fibers, and dust.  I say first one.  That
21    is the 2012 one.  That is the first one I
22    discussed after the Health Canada report on
23    Page 16.
24  Q  Just sitting here today, do you know if that
25    monograph includes the claim that the presence of

36 (Pages 138 - 141)

Page 142

1    heavy metals renders talcum powders carcinogenic?
2        Do you know sitting here?
3        MS. PARFITT:  Objection to form.
4  A  Sitting here right now off the top of my head, no.
5    We can look at that because we have the
6    documentation here.
7  Q  I didn't see in your report a claim that the IARC
8    Monograph supported the notion that heavy metals
9    in powders renders powders carcinogenic.
10       Did you make that claim in your report?
11       MS. PARFITT:  Objection to the form.
12 A  I don't make that claim in the report.  I would
13   say I do note in here that the report, meaning the
14   one published in 2012, focused on Group 1
15   carcinogens.  Those that are viewed to be
16   carcinogenic in humans.  That included arsenic,
17   fibers, metals, and dust.
18 Q  That is also what you talked about earlier with
19   regard to asbestos, correct?
20       That is the monograph you looked at on
21   asbestos, correct?
22 A  It was that one, but it was also the 2010.  And
23   then there was an earlier one as well.
24 Q  Okay.  Are you aware of any study substantiating
25   the theory that trace amounts of heavy metals

Page 143

1    cause ovarian cancer?
2        MS. PARFITT:  Objection to form.
3  A  I did not do a systematic review looking for
4    articles, nor am I aware of any.
5  Q  With regards to fragrances, you cite the Crowley
6    report, correct?
7  A  Yes.
8  Q  Is the sole basis for the passage of your report
9    talking about the presence of fragrances and
10   powders, is the sole basis for that passage in
11   Crowley's report?
12 A  I believe that is the main one that I cite.
13       But without meaning to be flippant, anyone
14   who has smelled Johnson & Johnson Baby Powder and
15   Shower to Shower can smell the fragrance in those.
16   It's no surprise to me.
17       To say there were X number of fragrance
18   chemicals, you know, 175 between those two
19   products, yeah, that is the only source I have for
20   those numbers.
21       But the idea that these are highly scented
22   products, anybody could tell that still has a
23   sense of smell.
24 Q  Do you have any knowledge concerning the testing
25   that is performed on talcum powders with regard to

Page 144

1    fragrances or fragrance chemicals?
2        MS. PARFITT:  Objection to form.
3  A  No, I am unaware how the fragrances were tested
4    for.
5        Again, almost anybody with a nose can smell
6    that they are highly fragranced products.
7  Q  Did you ask for the Crowley report?
8  A  Not specifically.  I asked for reports that may
9    indicate the presence of other, as I think I
10   mentioned before, other components that might be
11   included in a bottle of talc.
12 Q  The only thing you were given was the Crowley
13   report?
14 A  That is the only thing that I used that I have
15   cited here.  I relied on that, to use your
16   terminology.  There may be other things included
17   that I reviewed.
18 Q  And then with respect to your opinions on the
19   relevance of these fragrance chemicals, I would
20   like to better understand if the opinion -- the
21   summary that you have of the Crowley report from
22   11 to 12, do you see that?
23 A  Yes, I do.
24 Q  Are you simply noting what you are reading from
25   Crowley's report?

Page 145

1        Are you offering these opinions as your
2    own?
3  A  I'm summarizing there what was in Crowley's
4    report.
5  Q  In that last sentence you say, "He concluded that
6    these chemicals contained inflammatory properties
7    and were potentially carcinogenic."
8        Do you see that?
9  A  Yes, I see that statement.
10 Q  There you are referring to Dr. Crowley's
11   conclusions, correct?
12 A  Correct.
13 Q  Have you, as a scientist, independently reached
14   those conclusions?
15 A  Again, I did not perform a systematic review of
16   fragrances and whether or not they contained
17   inflammatory properties and the carcinogenic
18   potential.
19       I do not conclude that.  I clearly state that
20   that is what he concluded and I cited that.
21 Q  In the sentences above when you are reporting
22   classifications from the EPA and the IARC, you are
23   reporting Dr. Crowley's reporting of those
24   classifications?
25 A  Correct.

37 (Pages 142 - 145)

Page 146

1    MS. PARFITT: Objection to the form.
2  Q  You did not independently look at those
3    classifications, correct?
4  A  Correct. I did not go back to confirm that they
5    were in those categories. That is correct.
6  Q  Do you know if Dr. Crowley considered dosage in
7    his report?
8    Did you look at that?
9    MS. PARFITT: Objection. Form.
10 A  Dosage of what?
11 Q  Let me ask a different question.
12 A  Okay.
13 Q  Do you recall reading if he did any sort of risk
14    assessment?
15    Do you recall reading that in his report?
16 A  A risk assessment associated with fragrance and
17    ovarian cancer?
18 Q  Correct.
19 A  I do not recall that in that report.
20 Q  Are you aware of any studies or data showing that
21    any of these fragrance chemicals can cause cancer?
22 A  No, I did not do a comprehensive review of that.
23    I believe this report, similar to my report here,
24    was kind of also entered under oath. It was part
25    of a deposition or an expert report.

Page 147

1  Q  Understood. With respect to fragrances, to the
2    extent I've not asked this, did you ask to see if
3    any experts for the defense have commented on or
4    addressed fragrance chemicals in their reports?
5  A  Again, I did not request anything from the
6    defense.
7  Q  I asked this question earlier about asbestos.
8    With respect to all of these other components
9    that you mention or allege in your report, fibrous
10    talc, heavy metals, fragrance chemicals, are those
11    constituents necessary to your causation opinion?
12    MS. PARFITT: Objection to form.
13 A  No. My causation opinion, again, is that talcum
14    powder whatever the components are within the
15    bottles, or bottles more accurately, that are used
16    by a person across their lifespan. It is not any
17    one particular component.
18 Q  Let's move on to Page 12 and 13 of your report.
19 A  Yes.
20 Q  You have included on this page two sections of
21    your report.
22    One is titled Johnson & Johnson
23    Discontinuation of Talc-based Johnson's Baby
24    Powder. The other is titled "Facts about Talc"
25    and Cancer-related Lawsuits.

Page 148

1    Do you see that?
2  A  Yes.
3  Q  Did you write these sections?
4  A  I did. Well, before I say that, you see that I do
5    have big sections quoted in there. Those were
6    direct quotes that I pulled off the website.
7    Yes, the rest of this I wrote.
8  Q  On Page 3 of your report you mention that the
9    mandate that you had in this case was to comment
10    on general cause, correct?
11 A  Yes.
12 Q  Do these two sections on the discontinuation and
13    the "Facts About Talc" and Cancer-related
14    Lawsuits, do those fit within your mandate?
15 A  Well, let's take them section by section.
16    Which one do you want to talk about first?
17 Q  Sure. Are you intending to offer expert opinions
18    on the reason Johnson & Johnson discontinued
19    talcum powders?
20 A  No, I'm not going to offer an expert opinion on
21    the reasons why Johnson & Johnson did. I don't
22    know what those reasons are.
23    But I am offering just kind of evidence that
24    Johnson & Johnson did recall about 33,000 bottles
25    of baby powder in October of 2019 after the FDA

Page 149

1    found asbestos in a bottle of it.
2    Also, then the statement that was released by
3    Johnson & Johnson on their Facts about Talc
4    website.
5  Q  And are you intending to offer opinions on Johnson
6    & Johnson's state of mind or corporate
7    motivations?
8  A  No. I don't believe that I have any intention of
9    offering state of mind or anything. It's really
10    just showing what the response was to the
11    statement earlier about, you know, what I
12    mentioned earlier about the testing in
13    October 2018.
14 Q  Is it your opinion or your guess, or how would you
15    characterize it as to why Johnson & Johnson
16    discontinued talcum powders?
17    MS. PARFITT: Objection to form.
18 A  When you say they discontinued talcum powders,
19    have they, I mean, they pulled them off their
20    shelves in response to this.
21    I don't have any idea as to why they would
22    discontinue sales of talc-based powder. I don't
23    study market share or any of that.
24 Q  Are you intending to offer expert opinions on
25    whether Johnson & Johnson published truthful

38 (Pages 146 - 149)

Page 150

1    information on its website?
2        MS. PARFITT: Objection to form.
3  A  I'm not rendering an opinion at all about whether
4      it's truthful information or not.
5  Q  Are you intending to offer expert opinions on the
6      psychology of consumers to be able to read and
7      decipher information available on these websites?
8  A  What section are you referring to?
9  Q  I'm just asking you in general.
10       Do you have opinions on the psychology of
11      consumers to read information posted on these
12      websites?
13       MS. PARFITT: Objection. Form.
14  A  Yeah. No. I have no opinion on the psychology of
15      consumers, that was the first part.
16       And the second part I think I state in this
17      part Number 3, Facts About Talc, you know, when,
18      again, I was kind of driven to the website looking
19      after -- the FDA safety report was what got me to
20      the Johnson & Johnson Facts About Talc.
21       In an effort to do just a good review of the
22      background of -- again, I'm new to this field.
23      I'm certainly new to the litigation world, what
24      was actually going on with it, that drove me to
25      this website.

Page 151

1        And, you know, I was, indeed, very surprised
2      to see under the Review of Evidence tab there was
3      a link to a drop box that contained over 3,200
4      different documents at that time.
5        And I do offer the opinion that I think it's,
6      that is a lot of documents to sort through for
7      anybody, particularly somebody who does not have
8      any training in either science or in the legal
9      system.
10  Q  Do you understand that those documents are posted
11      and available to the general public, media, other
12      scientists?
13  A  Yes, I understand that.
14  Q  Are you claiming that there is information or
15      documents that they should have posted but they
16      didn't?
17       MS. PARFITT: Objection to form.
18  A  No, I'm not claiming that at all.
19  Q  Your second block quote leads with "Thousands of
20      tests."
21       Do you see that?
22  A  I do.
23  Q  Are you disputing that there have been thousands
24      of tests that confirm that the products do not
25      contain asbestos?

Page 152

1  A  I am not debating as to whether there have been
2      thousands of tests. I don't have that data
3      available.
4        I am debating the statement that it says "Our
5      talc has also been tested and confirmed to be
6      asbestos free" simply because that directly
7      contradicts the U.S. FDA report and that, you
8      know, the company then pulled these from the
9      shelf.
10  Q  Does Johnson & Johnson address the FDA testing on
11      its website?
12  A  I do not know if they address that directly on the
13      website. I am assuming that they do because, as
14      you mention, they have -- or as I mentioned
15      here -- over 3,200 documents. So I do think that
16      that is among it.
17  Q  Do you dispute that Johnson & Johnson's talc comes
18      from ore sources confirmed to meet stringent
19      specifications.
20       Do you dispute that?
21       MS. PARFITT: Objection. Form.
22  A  I have no idea where these sources are, outside
23      of, like I said, most currently I believe it's
24      sourced in China.
25  Q  Do you dispute that talcum powders are routinely

Page 153

1      tested?
2        This is in the third sentence.
3        MS. PARFITT: Objection. Asked and
4      answered.
5  A  Where is this?
6  Q  This is a block quote that you included.
7        It says, "Not only is our talc routinely
8      tested..."
9        Do you dispute that the talc is routinely
10      tested?
11  A  I don't have knowledge of whether or not it is
12      routinely tested.
13  Q  And, again, you just agreed with me that Johnson &
14      Johnson does discuss the FDA 2019 testing on its
15      website, correct?
16        That is where you can find it, is that
17      correct?
18  A  I believe that they have at least a press release
19      related to that, yes.
20  Q  And they have a statement explaining it, is that
21      correct?
22        MS. PARFITT: Objection to form.
23  Q  And explaining Johnson & Johnson's position on it,
24      correct?
25  A  I don't have that cited here or in front of me so

39 (Pages 150 - 153)

Page 154

1    I can't say as to whether it's correct or not.
2  Q  And when Johnson & Johnson refers to testing that
3    has confirmed the talc to be asbestos free by a
4    range of independent laboratories and
5    universities, do you have any reason to dispute
6    that?
7       MS. PARFITT: Objection. Form.
8  A  I did not look for any of this information amongst
9    the 3,200 documents that were in the drop box
10   provided by Johnson & Johnson.
11 Q  In the first paragraph in the "Facts About Talc"
12   section you include the sentence that the website,
13   the statement on the website "only includes a
14   handful of studies, and none of them are directly
15   referenced."
16      Do you see that?
17 A  Right.
18 Q  What does that mean when you say "none of them are
19   directly referenced"?
20      Did you see on the website there are multiple
21   studies actually cited and referenced?
22 A  They are cited and referenced, but they don't
23   necessarily point to different areas where, like,
24   that exact citation matched to something that was
25   printed on the website.

Page 155

1       The link provided at that time was broken,
2    the one that linked to the American Cancer
3    Society. That may be fixed now. When I was
4    looking at this a couple days before this report
5    was due, it was unavailable. It was down.
6  Q  I printed off a copy of the study's tab on the
7    "Facts About Talc" website.
8  A  Okay.
9  Q  I guess I will mark this as Exhibit 11.
10      (EXHIBIT NUMBER 11 WAS MARKED FOR
11      IDENTIFICATION.)
12 Q  I'm just trying to clarify the statement in the
13   report when you say "none of them are directly
14   referenced."
15      That is the terminology that you used,
16   correct?
17 A  I believe so, yes.
18 Q  Okay. And if we look at the last page of the
19   statement whether or not you agree with the
20   statement, there is a list of references. It
21   directly identifies studies, correct?
22 A  It directly identifies studies. I'm missing where
23   the footnotes are in here. So I would expect to
24   see, you know, something, like, with a little
25   footnote in one. That is what I mean by directly

Page 156

1    referenced.
2  Q  Okay.
3  A  You know, so looking at it, I would, you know,
4    like, I can't look at it and say, okay, number --
5    I mean, I can because this was the literature I
6    reviewed -- but someone in the public could not
7    look at it and say, okay, Gonzales, that is
8    associated with the Sister Study.
9       That is what I meant by direct reference,
10   that I didn't see the footnote in the body of the
11   web page here.
12 Q  Okay. Then you finish this section with a comment
13   that you say, beginning at the end of Page 12 you
14   said, "Finally, under the 'News' tab, there are
15   many statements in response to the various ongoing
16   litigations for both mesothelioma and ovarian
17   cancer, which give the illusion of full
18   transparency."
19      Do you see that?
20 A  Yes.
21 Q  Is that an expert opinion that you intend to offer
22   to the jury?
23      MS. PARFITT: Objection to form.
24 A  My expert opinion is really based on the science.
25   It's not necessarily based on any of this

Page 157

1    supporting documentation.
2  Q  For that sentence, are there any particular news
3    statements that you are referring to?
4  A  No. It's kind of as a whole. There is all of
5    this literature -- or not even literature --
6    there's all of these statements and different
7    things that I think when you look at it you think,
8    wow, everything is here.
9       In my review, it's almost impossible to go
10   through it in any sort of systematic way just
11   based on how it's arranged and just the sheer
12   magnitude of the information there.
13 Q  There have been a lot of documents in this
14   litigation.
15      You understand that?
16 A  Absolutely, yes.
17 Q  And you understand that, again, those documents
18   are posted to be available to those who might be
19   interested in seeing them, correct?
20 A  Correct.
21      MS. PARFITT: Objection. Asked and
22      answered.
23 Q  Are you claiming that Johnson & Johnson has
24   violated some sort of industry standard or other
25   standard for posting these materials?

40 (Pages 154 - 157)

1    MS. PARFITT:  Objection.  Form.
2  A  That was not my charge, nor my intent.
3  Q  You are aware that there are scientists, both
4    internally and externally, who disagree with the
5    claims being made in this litigation, is that
6    correct?
7    MS. PARFITT:  Objection.
8  A  I think there are probably scientists internally
9    and externally that agree with claims on both
10    sides being made.  That is part of why we are
11    here.
12  Q  Do you agree that Johnson & Johnson has the right
13    to make public it's views on the scientific
14    evidence and the merit of this talc litigation?
15    MS. PARFITT:  Objection to form.
16  A  I believe that Johnson & Johnson has the right to
17    put forward whatever documentation they want to
18    for whatever purposes they want to.
19  Q  And do you believe that external scientists who
20    disagree with these claims being made in this
21    litigation have a right to have a voice in a
22    public forum?
23    MS. PARFITT:  Objection to form.
24  A  Yes.  So when you say "these claims" what do you
25    mean?

1  Q  Sure.  I will be more precise.
2    You acknowledge that there are scientists who
3    do not think talcum powders cause ovarian cancer,
4    correct?
5  A  Yes, I believe that.
6  Q  And those scientists can exist both internally
7    with Johnson & Johnson and externally, is that
8    correct?
9    MS. PARFITT:  Objection.  Form.
10  A  Correct.  I believe there are scientists both
11    internally and externally that may disagree.
12  Q  And although you may not agree with the position
13    of Johnson & Johnson as reflected in some of these
14    statements --
15  A  Correct.
16  Q  -- do you believe that the scientists have a right
17    to express their views on the science?
18  A  Yes, I believe scientists have the right to
19    express views on the science.
20  Q  Wrapping this up, do you intend to offer any
21    expert opinions on the topics of business
22    practices or corporate conduct?
23  A  I do not plan on offering any expert opinions on
24    those two areas, business practices or corporate
25    conduct.

1    MS. PARFITT:  Good place to stop?
2    MR. JAMES:  Yes.
3    (OFF RECORD AT 12:32 P.M.)
4    (AT THIS TIME A SHORT RECESS WAS HELD OFF
5    THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS
6    WERE HAD:)
7    (ON RECORD AT 1:25 P.M.)
8  BY MR. JAMES:
9  Q  Good afternoon, Dr. Cote.
10  A  Hello.
11  Q  With respect to the methodology that you followed
12    in this case, have you applied the same
13    methodology that you would in your professional
14    career?
15  A  Yes.  With respect to the methodology of how I put
16    the report together, how I analyzed the studies, I
17    started with, you know, a pull from some publicly
18    available database of peer reviewed literature.
19    I went through the literature.  I went
20    through the reference section for additional
21    sources.  I started my comprehensive review kind
22    of going through the literature study by study.
23    I tried to pull out similar elements like
24    sample size and different characteristics about
25    each individual study.  And that was my

1    methodology for the association part of the
2    epidemiologic research.
3    For the causal part of it, that is, you know,
4    reliant on various different areas, you know, from
5    anything from looking at biologic plausibility as
6    we talked about this morning, trying to look at
7    different lines of evidence there.  Trying to look
8    at things like specificity.
9    There are two different reviews.  One is more
10    focused on my area of direct expertise looking at
11    the association studies and the epidemiologic
12    literature.
13    And then the second piece of that was the
14    causal.  That is what we teach.  That is what I do
15    before I start, say, writing a grant.  That all
16    goes into kind of the rigor of developing a
17    research question and the methodology to answer
18    the question.
19  Q  Do you agree that in your professional capacity as
20    an epidemiologist that you do not rely on
21    unpublished litigation reports from paid experts?
22    MS. PARFITT:  Objection to form.
23  A  Yes.  As an epidemiologist when I'm writing papers
24    and things I do not rely on unpublished litigation
25    reports.

41 (Pages 158 - 161)

1  Q  Yes or no, do you agree in the field of
2  epidemiology that there is a generally accepted
3  hierarchy of epidemiologic study design?
4  A  No.
5  Q  Have you ever seen a hierarchy design illustration
6  in an epidemiologic textbook?
7  A  Yes, I'm aware of what you are referring to.
8  Q  Have you ever handed one out to your students in
9  class?
10       MS. PARFITT:  Objection to form.
11  A  I do not believe we have ever handed one out, no.
12  Q  Have you --
13  A  I co-teach.
14  Q  Have you ever taught that prospective cohort
15  studies, in general, are viewed to have a superior
16  design as compared to retrospective case control
17  studies?
18  A  I have definitely heard that before.  I have seen
19  it in some textbooks.
20     But, no, I do not believe I have taught, nor
21  do I believe that one is superior to the other.
22  Both of them -- how we have always taught it is
23  almost, we separate them out into case control and
24  cohort into two columns.  And we talk about the
25  strengths of each one.

1     So, like, for a cohort study, the strength of
2  the study is, well, first, how you would select
3  your study population is based on an exposure.
4  That exposure can be something like in the Women's
5  Health Initiative, it was being a post-menopausal
6  woman.
7     Or it could be based on some sort of known
8  occupational exposure.  And then you can study
9  many outcomes.  That is the strength of the cohort
10  study, is many outcomes.
11     Case control, what that is, is you can study
12  one outcome because you select your population
13  based on whether or not they have the disease of
14  interest.
15     And then you can study many different
16  exposures and that is the strength of that.  They
17  tend to be -- case control studies are better for
18  rare diseases.  Cohort studies are better for more
19  common diseases.
20     That is how we teach them versus a hierarchy
21  of this is the best and this is the worst.  Both
22  of those, case control and cohort, are both
23  hypothesis testing study designs versus something
24  like a cross-sectional study, which is just
25  hypotheses generating.

1  Q  Do you believe that randomized controls are
2  superior to cohort and case control studies?
3     Just yes or no.
4  A  I can't answer that yes or no.  It depends on the
5  research question.  Randomized control trials are
6  outside of the scope of epidemiology.
7  Epidemiology is an observational science.  We do
8  not assign different people to groups.
9     That study design is not even really
10  considered as an epidemiologic type of study.
11  Q  Have you ever published an epidemiologic case
12  control study on a topic of interest and in that
13  study cited the need for further research on
14  that same topic, but with prospective cohort
15  data?
16  A  You know, I have somewhere around 140 different
17  publications.  I can't say I have ever said we
18  need prospective data.
19     I think there are certain cases where we
20  could.  In almost all of our studies we do say we
21  need additional research in that area.
22  Q  I will mark as Exhibit 12 a 2016 paper in the
23  British Journal of Cancer on Analgesic Medication
24  Use and Risk Of Epithelial Ovarian Cancer In
25  African-American Women.

1       (EXHIBIT NUMBER 12 WAS MARKED FOR
2  IDENTIFICATION.)
3  A  Okay.
4       MS. PARFITT:  That is 2016.
5       MR. JAMES:  That is 2016.
6       MS. PARFITT:  Exhibit 12?
7       MR. JAMES:  Yes.
8  Q  So here you are studying analgesics and risk of
9  ovarian cancer, correct?
10  A  Yes.
11  Q  Flip it to Page 824.  Just to be clear, you are an
12  author on this paper?
13  A  Yes.
14  Q  You see here that on Page 824 that in the top and
15  last paragraph it says, "In conclusion, this study
16  supports previous evidence that any NSAID use, but
17  not acetaminophen, is inversely associated with
18  EOC risk."
19     Do you see that?
20  A  I do, yes.
21  Q  And then the last sentence says -- of that same
22  paragraph -- "Future research, specifically in
23  large cohort studies, is needed in order to fully
24  elucidate the impact of analgesic drug use on EOC
25  risk in African-American women, as well as other

Page 166

1    underrepresented racial groups."
2        Do you see that?
3  A  I do.
4  Q  Is the reference to the cohort studies in that
5    sentence, is that referencing prospective cohort
6    data?
7  A  I would believe so, yes.
8  Q  Again, this paper specifically pertains to a risk
9    factor for ovarian cancer, correct?
10  A  Correct.
11  Q  The language of the paper of which you are a
12    co-author is that the cohort data is, quote,
13    needed in order to fully elucidate the impact.
14        Do you see that?
15  A  Yes. The final sentence.
16  Q  And the one that I just read, again, the
17    terminology there that you use, or the authors
18    including you, have used "is needed," correct?
19  A  Correct.
20  Q  Here in this paper you are at least acknowledging
21    the need for prospective cohort data on an ovarian
22    cancer risk factor, correct?
23  A  Yes.
24  Q  And you want that data so you can fully elucidate
25    the impact of that risk factor, correct?

Page 167

1  A  Correct.
2  Q  This paper was authored before you were retained
3    as an expert in this litigation, correct?
4  A  Correct.
5  Q  Has your opinion on the value of prospective
6    cohort data to evaluate ovarian cancer risk factor
7    changed since you wrote this paper?
8  A  No, I believe that there is value to both case
9    control and cohort studies with respect to looking
10    at risk factors for ovarian and other cancers.
11  Q  But here you noted that cohort data was needed to
12    fully elucidate the impact of the risk factor,
13    correct?
14        MS. PARFITT: Objection.
15  A  That is the statement as written. I don't
16    necessarily have to a hundred percent agree with
17    the word "fully."
18  Q  The language used in that sentence imports that
19    cohort data, right, is needed, correct?
20        MS. PARFITT: Objection. Asked and
21    answered.
22  A  Cohort data is needed.
23  Q  So you had case control data. But now you want,
24    as an author, you want cohort data to fully
25    elucidate what is going on with analgesics,

Page 168

1    correct?
2        MS. PARFITT: Objection.
3  A  Correct.
4  Q  You do agree that case control studies may be more
5    prone to recall bias, correct?
6        MS. PARFITT: Objection. Form.
7  A  More prone compared to what?
8  Q  Look at your report on Page 8.
9  A  Yes.
10  Q  Near the bottom of Page 8 you have a definition
11    for recall bias, correct?
12  A  Yes.
13  Q  And in the third line down you say, "Case control
14    studies may be more prone to this type of bias."
15        Do you see that?
16  A  Yes.
17  Q  So here you are referring to recall bias, is that
18    correct?
19  A  That is correct.
20  Q  So, again, you would acknowledge that case control
21    studies may be more prone to recall bias, is that
22    correct?
23        MS. PARFITT: Objection. Form.
24  A  I would note that in addition to the statement
25    that the key difference is whether recall varies

Page 169

1    by the outcome of interest.
2        And so there are certain -- and about what
3    the exposure is. There are certain exposures that
4    may be more prone to recall bias than other
5    exposures.
6  Q  Sure. But just, again, quoting the language of
7    your report, it is not my language, you do have in
8    your report, "Case control studies may be more
9    prone to this type of bias."
10        There you are referring to recall bias in
11    that sentence, correct?
12        MS. PARFITT: Objection.
13  A  Correct.
14  Q  As you know, at the bottom it says, "The key
15    difference is that recall varies by the outcome of
16    interest," correct?
17  A  Yes.
18  Q  And so there are some things that are more prone
19    to recall bias than others, correct?
20  A  Some exposures.
21  Q  Fair enough. A more scientific term.
22  A  Yes.
23  Q  There are some exposures that are studied in epi
24    that are more prone to recall bias, is that
25    correct?

43 (Pages 166 - 169)

Page 170

1  A  Yes.
2  Q  And certainly that would be exposures that, for
3     example, are not verifiable by medical records,
4     correct?
5         MS. PARFITT: Objection. Form.
6  A  I don't know if you could say that. I mean, the
7     reason that you would use medical records would be
8     to confirm something.
9         I don't know if those factors that you
10    confirm on medical records would be more or less
11    prone to recall bias.
12        You would be talking about a way to help
13    address or reduce recall bias, but it does not
14    necessarily mean that factors that are available
15    through medical record review are more or less
16    prone to recall bias.
17        You would just have an additional way to
18    verify them.
19  Q  You are aware that in the literature, whether or
20    not you agree with it or not, but in the
21    literature, many authors have noted that talc
22    usage is one of the outcomes that is especially
23    prone to recall bias, correct?
24        MS. PARFITT: Objection. Form.
25  A  I would be interested in seeing that literature.

Page 171

1     One of the things that I had read, I want to say
2     it was one of O'Brien's papers, was that
3     especially for ever never exposure they felt like
4     that was an exposure that was not particularly
5     prone to recall bias.
6  Q  Do you believe ever never is the best way to
7     measure talc usage?
8  A  Unfortunately, I don't think we have a gold
9     standard yet of talc usage. I think that ever
10    never is also not complete when we don't talk
11    about things like timeframe.
12        There were certain studies, for instance, the
13    Sister Study was a cohort study. And I think it
14    was a very good example of where the exposure was
15    only collected initially, when initially asked it
16    was only collected for the very recent history.
17    And it was an extraordinary low proportion of
18    women who reported using talc.
19        And then when they went back and said, okay,
20    how about between the ages of ten and thirteen, we
21    saw then almost a doubling of the women who had
22    used it.
23        So ever never still -- there's more
24    information needed than ever never.
25  Q  Okay.

Page 172

1  A  So when you are asking me to judge is ever never
2     best or not, there is always, when we are writing
3     the questionnaires for the women there is usually
4     a timeframe given. We need to look at the
5     timeframe.
6  Q  Do you believe for purposes of recall bias, I
7     think this is what you just said, but for purposes
8     of recall bias in the talc studies, ever never
9     measurement is subject to less recall bias than
10    measurements by frequency or duration or
11    cumulative life exposures?
12  A  Again, based on timing and some other factors,
13    ever never may be less likely to have recall bias
14    introduced.
15        Some of that is just based on the timing of
16    when the question is being asked of the women and
17    based on kind of the window or the timeframe you
18    are asking the question.
19        So it's hard to just give a one yes or no
20    answer there.
21  Q  On Page 10 and Page 11 of your report you have a
22    section on the Risk Factors. Flip to that for me.
23  A  Okay.
24  Q  In there you set forth a paragraph or a discussion
25    of modifiable risk factors for ovarian cancer and

Page 173

1     non-modifiable risk facts, correct?
2  A  Correct.
3  Q  Do those listings represent your professional
4     judgment on the current list of risk factors for
5     ovarian cancer?
6  A  Yeah. I mean, I pulled this from a couple
7     different reviews, like an umbrella review and
8     another systematic review of risk factors. I was
9     comfortable with this list that I provided.
10  Q  Risk factor can mean different things, correct?
11  A  Sure. Sure.
12  Q  For these that you have listed, do you believe
13    that all of these risk factors that you have
14    listed on Pages 10 and 11 have been shown to be
15    causally associated with either a protective
16    effect or an increased risk for ovarian cancer?
17  A  No. I was not assessing causality at all with
18    these.
19        These are things that have been associated in
20    epidemiologic studies.
21  Q  Understood. For genetics do you realize there is
22    literature demonstrating additional genetic
23    variance and mutations that are considered risk
24    factors for ovarian cancer other than BRCA1 and
25    BRCA2?

44 (Pages 170 - 173)

Page 174

1   A   Yes.  I list one right here.  Lynch syndrome or
2       NNPCC, that is one.  There are other rare familial
3       syndromes that also increase risk of ovarian
4       cancer and other cancers.
5   Q   Are you familiar with the emerging literature on
6       the FANC mutation as a risk factor for ovarian
7       cancer?
8   A   I don't know if I'm, if I would classify myself as
9       familiar with that, no.  I did not do a review of
10      the genetics of ovarian cancer.
11  Q   Have you seen a paper or papers where FANC is now
12      being discussed as a genetic risk or a potential
13      risk factor for ovarian cancer?
14  A   I cannot pull one from my brain with an author or
15      even a date right now.  I would be happy if you
16      have one available that I would review it and give
17      you my thoughts.
18  Q   In this list of risk factors that you have here,
19      just to confirm again in this list, you have not
20      listed asbestos fibrous talc, heavy metals, or
21      fragrances as standalone risk facts, is that
22      correct?
23          MS. PARFITT:  Objection.
24  A   As standalone risk factors, no.  But general use
25      of talcum powder is, yes.

Page 175

1   Q   We have talked about those topics in sufficient
2       detail this morning, correct?
3   A   Yes, we did.
4   Q   With respect to your commentary on hysterectomy
5       and oophorectomy -- do you see that?
6   A   Yes.
7   Q   Do you recognize that one explanation for
8       reduction in risk associated with hysterectomy,
9       oophorectomy has been a less than hormonal risk as
10      a result of those procedures?
11  A   Meaning?  Can you rephrase?
12  Q   That was a terrible question.  Let me start over.
13          So you have commented here about protective
14      effects from various procedures, correct?
15  A   Yes.
16  Q   You understand in the literature that there have
17      been various hypothesis posited as to why that may
18      be so, correct?
19  A   Correct.
20  Q   Have you seen some literature talking about how
21      those procedures lessen the hormonal impact on
22      ovaries or the surrounding tissues?
23  A   Well, an oophorectomy is a removal of the ovaries.
24      Yes, that would -- for many things.  It reduces
25      your hormone levels systemically.  Then it also

Page 176

1       kind of takes away the majority of the tissue that
2       is at risk.  Leaving the fallopian tubes you may
3       still may be at risk.  Even removal of both
4       sometimes, you know, there is tissue remaining.
5           But is there a hormonal component in there?
6       Yes.
7   Q   Have you seen literature talking about how, for
8       example, the removal of tubes can lessen the risk
9       because the fimbriaed ends of the tubes are no
10      longer present?
11  A   That it is a disruption, yes.
12  Q   And that is where cancer is thought to -- some
13      people have posited that that is where high grade
14      serous cancer is thought to originate from,
15      correct?
16  A   Right.  Certain subtypes of EOC may originate in
17      the fallopian tubes, yes.
18  Q   Have you published on other -- you have published
19      on other potential risk factors for ovarian
20      cancer, correct?
21  A   Yes.  Probably at least twenty different ones if I
22      had to ballpark a number.
23  Q   Okay.  I have glanced at a few of them.  I will
24      tick them off and ask if those sound familiar.
25  A   Okay.

Page 177

1   Q   I have seen some literature where you looked at
2       overall healthy dietary pattern, high intake of
3       total sugars, cigarette smoking among
4       African-Americans, obesity and excessive adult
5       weight gain, pro-inflammatory diets, high calcium
6       low lactose diets, and family history of
7       pancreatic cancer.
8           Are all of those topics that you recall
9       having published on over the course of your
10      career?
11  A   Yes.  I think all of them except for the one at
12      the very end were part of the AACEs study in
13      African-American women.
14          The one at the end was very early on in my
15      career.  It was a case control study of pancreatic
16      cancer.  At the time it was -- it's more standard
17      now, but at the time I think they were exploring
18      other cancers that are associated with BRCA1 and
19      BRCA2 and other familial syndromes.
20          We were able to show that in the pancreatic
21      families they had higher risk for ovarian cancer,
22      too.
23  Q   Are any of the factors that I just mentioned
24      factors that you recognize or consider to be
25      causal?

45 (Pages 174 - 177)

Page 178

1  A   I've not done that sort of review.  So I -- can
2       you repeat the list?  We can go one by one.
3  Q   Sure.  Let me ask you about specific ones.
4          Do you consider cigarette smoking among
5       African-Americans to be causally associated with
6       serous ovarian cancer, which is what I saw in your
7       paper?
8  A   Causally associated?  I've not done that analysis
9       recently so I would say no, I'm not aware that
10      there is a causal association.  I would not make
11      that statement.
12 Q   Do you consider obesity to be causally associated
13      with ovarian cancer?
14 A   Again, I have not reviewed it comprehensively so I
15      would not make that statement.
16 Q   When you have authored papers on other risk
17      factors for ovarian cancer or potential risk
18      factors, have you always adjusted for talc as a
19      confounder?
20 A   How we kind of create our statistical models,
21      there are kind of two different ways.  They are
22      complementary and we usually use them together.
23         The first is you come up with a number of
24      risk factors that apriori you know are probably
25      going to differ between your cases and controls.

Page 179

1          So when you adjust the models you are not
2       putting in things that you know or believe to be
3       risk factors.  They can be things like in the
4       AACEs study we adjust it by the site.  By site I
5       mean geographic location was always included in
6       there just in case there were differences between
7       the cases and controls that were unaccounted for.
8          The second way is to look at univariate
9       analyses.  That is looking at one exposure and
10      your outcome of interest one at a time.  You set a
11      threshold based on, you know, sometimes it is not
12      even the regular P value of 0.5 for statistical
13      significance.  Sometimes it is higher than that
14      because these are exploratory analyses.  You can
15      make the decision to include those factors into
16      your model.
17         So it's usually some combination of apriori
18      and things that differ between your cases and
19      controls.  They are not necessarily known risk
20      factors.
21         So as to have I always put talc in, getting
22      back to that piece of the question, I can't say we
23      have always put talc in.  I did not review twenty
24      odd at least papers in that area to see if talc
25      was always included.

Page 180

1  Q   With respect to migration, your opinions on
2       migration, we will shift to that.  Okay?
3  A   Sure.
4  Q   Have you cited any studies that mimic what is
5       being alleged here, which is that talc applied
6       perineally can migrate up the female genital
7       tract?
8  A   Let's look at that section where I discuss this.
9  Q   I will go through some of those studies in a
10      moment.
11 A   Yeah.
12 Q   My question is, let me rephrase it.
13         Have you seen any studies that demonstrate
14      that following perineal talc application that talc
15      is migrating up the female genital tract?
16         MS. PARFITT:  I will object to form.
17 A   I've not seen those studies other than the one we
18      quoted in here that was about the use of talcum
19      powder or talc on gloves, like examination gloves.
20         But as for, you know, trying to get a group
21      of women to apply talc and then looking to see at
22      one hour, twelve hours, twenty-four hours if it
23      has migrated up into the reproductive system, no,
24      I've not seen that type of study published.
25         I think that would be very hard to get

Page 181

1       approved by a review board.
2  Q   The studies that you do cite on Page 13 of your
3       report for migration, in the first paragraph you
4       cite a study that deals with carbon, you cite a
5       study that deals with ink, and you cite a study
6       that deals with radioactive tracers.
7          Those are the three that you cite in the
8       first paragraph, correct?
9  A   Yes.
10 Q   And do those studies mimic what is being alleged
11      here?
12         MS. PARFITT:  Objection to form.
13 Q   That perineal talc migrates up the genital tract.
14      Do they mimic?
15         Would you agree with that characterization or
16      not?  Yes or no?
17 A   No.  The goal was not to mimic.  It was to set the
18      stage and build the support for the idea, you
19      know, in the first one, which was in 1957, that
20      describes the cooperation of the musculature of
21      the female genital tract as a way to move sperm,
22      you know, up into, you know, into the vagina and
23      into where it can be ultimately fertilized.
24         So it's really trying to show a history of
25      what we knew about kind of normal female

46 (Pages 178 - 181)

Page 182

1    functioning at the time.
2  Q  The Egli and Newton paper in particular, that
3     study involved the deposition of carbon particles
4     at the top of the vagina, correct?
5  A  Yes.
6  Q  The studies in the first paragraph that you cited
7     are all significantly dissimilar as to what is
8     being alleged here, correct?
9         MS. PARFITT:  Objection.  Form.
10 A  How are they dissimilar?
11 Q  Let's mark the Egli paper as Exhibit 13.
12        (EXHIBIT NUMBER 13 WAS MARKED FOR
13     IDENTIFICATION.)
14 Q  On the second page, Page 152, under the method
15     section do you see that second paragraph where it
16     says "Three women"?
17 A  Yes.
18 Q  So they note that there was general anesthesia.
19     The patient was placed in the -- how do you
20     pronounce that -- lithotomy position?
21 A  Sounds good.
22 Q  "With her head tilted downward.  The speculum was
23     introduced into the vagina, and three to four
24     millimeters of sterile carbon particles-Dextran
25     suspension were deposited in the posterior fornix.

Page 183

1     At the same time one milliliter of oxytocin was
2     given intramuscularly."
3         Do you see that?
4  A  Yes.
5  Q  Is that in any way similar to what is being
6     alleged here that perineal, that a woman who
7     applies talcum powders to her perineum, is it in
8     any way similar to the hypothesis that as a result
9     of applying talc to the perineum, that talc can
10     migrate up the genital tract?
11        MS. PARFITT:  Objection.
12 A  What this paper, and why this paper was cited, was
13     to build support and a line of evidence suggesting
14     that the tract was open.
15        That things could be transmitted from one
16     area of the female genital tract to other distant
17     areas of the female genital tract.
18        It's interesting that I think much of this
19     work was around infertility.  What they are
20     showing here is that, yes, you can get foreign
21     objects in here, it's carbon, from one area to
22     another area.
23 Q  Yes or no, do you agree with me that this study is
24     dissimilar to what is being alleged here?
25        MS. PARFITT:  Objection.  Form.  Asked and

Page 184

1     answered.
2  A  No.  I believe that this study, is, as I stated
3     previously, it's adding support to the idea that
4     particles of various types can move from one area
5     of the human female reproductive tract into
6     another area of the reproductive tract.
7         Did they test talc?  No.  Here they used
8     carbon particles.  I realize those are two
9     different compounds.
10 Q  And under highly different conditions, correct?
11        Here we have the use of oxytocin and that is
12     very different than what is being alleged here,
13     correct?
14        MS. PARFITT:  Objection.  Form.
15 A  I don't know what you are alleging here.
16     Oxycontin, from my understanding, makes muscle
17     contractions.  That's my understanding.  That is
18     something that they use to induce labor.
19        There are other things that cause muscle
20     contractions of the uterus like uterine cramps
21     when a woman has her period.
22        There are more similarities here that I think
23     this question, this question alludes to.
24 Q  Do you agree or disagree that the study cited in
25     this first paragraph of the biological mechanism

Page 185

1     section of your paper -- I will rephrase it.
2         Do you believe that the studies in the first
3     paragraph cited in that section are comparable to
4     the allegation that perineal talc migrates up the
5     female genital tract?
6         Are they comparable?
7         MS. PARFITT:  Objection.  Asked and
8     answered.
9  A  Yes, I agree they are comparable based on the idea
10     that there are, I should says lines of evidence
11     that we, I, am trying to use in this report, which
12     is different substances can move up the female
13     genital tract.
14        I believe that that supports the idea that
15     talc could move up the female genital tract.
16 Q  Do you believe that the "idea" is the word that
17     you use, is that an idea that has been
18     scientifically proven?
19        Is it still a theory?  Or it is a hypothesis?
20 A  I believe that that hypothesis was addressed in
21     this first paragraph on Page 13 talking about how
22     sperm can move distally, how the carbon particles
23     can move here into the fallopian tubes, and then
24     the article from 1972 using another suspension of
25     carbon.

47 (Pages 182 - 185)

Page 186

1  Q  Do you believe the claim that talc applied
2     perineally can migrate up the female genital tract
3     to the ovaries?
4        Do you believe that claim is scientifically
5     proven, is still a theory, or is a hypothesis?
6  A  I believe based on -- let's go down to the third
7     paragraph here.
8        "Human studies provide evidence in that talc
9     particles have been identified in ovarian tissue
10    in women with and without ovarian cancer."
11       I believe -- so there was a 1971 report from
12    Henderson all of the way down to -- I'm trying to
13    look at the more frequent ones from February of
14    2020 that show that talc can migrate.  I feel at
15    this point to me that is proof.
16 Q  With respect to your discussion of animal studies
17    you say on Page 13 "Animal studies do not provide
18    consistent evidence of translocation of talc - it
19    may be species-dependent."
20 A  Yes.
21 Q  Bottom line, animal studies, do you believe animal
22    studies demonstrate migration or translocation of
23    talc?
24 A  I believe that in certain species they do and in
25    certain species they do not.  It is species

Page 187

1     dependent, as I stated in the last sentence.
2  Q  Okay.  Right.  Do the animal studies as a whole
3     support your opinion on migration or detract from
4     your opinion on migration?
5        MS. PARFITT:  Objection.  Form.
6  A  The animal studies as a whole, and I'm using
7     animals not including humans as animals here, to
8     me it's neutral.  There is some evidence in
9     certain species, and I don't know the reproductive
10    systems of different types of rats versus rabbits
11    versus monkeys, for example, to speak at great
12    depth about it.
13       But certainly it's more neutral for me in
14    terms of strength of evidence.  Strength of
15    evidence is really the human studies.
16 Q  Do you see the human studies in the last
17    paragraph, that topic?
18 A  Yes.
19 Q  Do the human studies that you have looked at,
20    McDonald, Johnson, Heller, Henderson, do those
21    studies properly account for the fact that
22    laboratory processing of tissue specimens can
23    introduce particulate matter, not just on the
24    surface of the specimens, but deep within the
25    tissue?

Page 188

1        MS. PARFITT:  Objection.  Form.
2  A  I'm happy to examine each of these.  I don't
3     remember details in their method section or, you
4     know, discussions about limitations regarding,
5     like, the handling of these specimens after they
6     have been removed, kind of the processing piece of
7     it.
8  Q  Do you have expertise in the tissue processing
9     portion of this?
10 A  I have experience with it.  I don't know if I
11    would say I have expertise.  But most of my
12    research work has been in paraffin-embedded
13    tissue.
14       Certainly right now I oversee a large tissue
15    bank of fresh frozen and formula fixed tissue.
16    I'm very familiar with standard operating
17    procedures that are used in handling specimens
18    like this.
19 Q  So you are aware there are multiple steps in the
20    tissue processing?
21 A  Absolutely.
22 Q  In which foreign particulate matter can be
23    introduced into the specimens, and not just on the
24    surface of the block, but embedded in the block.
25    You are aware of that, correct?

Page 189

1        MS. PARFITT:  Objection to form.
2  A  I'm aware that if the standard operating
3     procedures are being followed, that introduction
4     that you spoke of of foreign material, let's just
5     say, can be absolutely minimized.
6  Q  If your testimony is that it could be minimized,
7     can it be eliminated?
8  A  I would say that, yes.  If you followed the
9     correct protocols you could absolutely eliminate.
10    And, you know, for both it would be easier in some
11    circumstances to eliminate it than other
12    circumstances.
13       But if you followed the standard operating
14    procedures faithfully, you could probably
15    eliminate that exposure.
16 Q  Is that standard operating procedure?  Are labs
17    processing tissue specimens in a completely
18    sterile particulate-free environment, is that your
19    testimony?
20       MS. PARFITT:  Objection.  Form.
21 A  I can't speak to how these studies were performed.
22 Q  I'm asking about your experience at Komen.
23 A  Okay.  It is not at Komen.  They fund the tissue
24    bank.  We do not, nor is it written in the
25    protocol, nor do we advertise ourselves as working

48 (Pages 186 - 189)

Page 190

1    in a sterile environment.
2  Q  Does any gynecologic pathologist that processes
3    tissue specimens to make diagnoses or make other
4    commentary prognosis on the tissue or the tumor,
5    is any gynecologic pathologist processing these
6    specimens in a particulate-free sterile
7    vacuum-hooded environment, is that happening?
8        MS. PARFITT:  Objection.  Form.
9  A  I can't speak to what happens clinically.  I am
10    not in the gross room.  I'm not a gynecologic
11    pathologist.
12  Q  Do you agree that if there were particulate in a
13    human tissue invivo that there would be biological
14    reaction to that particle?
15  A  I think that question is too general for me to
16    answer.
17        Can you be more specific?
18  Q  I don't think so.
19  A  Can you restate?
20  Q  Do you know, I mean, is this something that is
21    outside of your expertise?  If you don't know, you
22    can answer that way.
23        Do you know if foreign particulate is
24    introduced into tissue invivo, will a foreign
25    particle cause a biological reaction?

Page 191

1        MS. PARFITT:  Objection.  Form.
2  A  Again, that question is absolutely broad.  You
3    know, when you say introduced invivo, are you
4    talking about, like, a cell line?  When you talk
5    about a foreign object being introduced, you know,
6    any kind of reaction?
7        It's way too broad for me to say yes, no, or
8    even maybe.
9  Q  So my question is not about invitro.  It's not
10    about cell studies.  It's about invivo.  In a
11    living human being if foreign particles such as
12    talc were getting into tissue, would there be
13    evidence of biological reaction either through
14    granulomatous reaction, through macrophages?
15        Do you know that?  Is that outside of your
16    expertise?
17        MS. PARFITT:  Objection.  Form.
18  A  I know what I know from reading the literature and
19    from understanding just basic biology that what
20    you are alluding to from what I can gather from
21    your question is host response, like, the actual
22    person, the host's response to this foreign body.
23        That may differ for everybody.  You can't
24    give a one size fits all and say a hundred percent
25    everybody would have some sort of reaction to this

Page 192

1    introduction of this foreign object.
2  Q  With respect to the 2019 McDonald study, do you
3    see that reference at the bottom of Page 13?
4  A  Yes.
5  Q  That is one of the papers we talked about earlier
6    that was authored by experts for the plaintiffs.
7        Do you recall that?
8  A  Yes, I recall that.
9        MR. JAMES:  I will mark McDonald as
10    Exhibit 14.
11        (EXHIBIT NUMBER 14 WAS MARKED FOR
12    IDENTIFICATION.)
13  A  Okay.
14  Q  And you recall reviewing this study for the
15    preparation of your report, correct?
16  A  Yes, I do.
17  Q  Did you have any concerns with the study?
18        Did you identify any weaknesses in it?
19        MS. PARFITT:  Objection.  Compound.
20        You can answer.
21  Q  Either one.  Give me a concern or a weakness.
22  A  As an epidemiologist, I would worry about a sample
23    size of five.  I would consider that a limitation.
24  Q  Do you have any concerns with how the cases were
25    selected?

Page 193

1  A  I'm going to review that.  No, I don't believe so.
2    They were clear.  They all had a history carcinoma
3    ovarian cancer and history of perineal talc use.
4  Q  So the exposure status was known to the
5    researchers, correct?
6  A  Correct.
7  Q  Is that a flaw?
8  A  No.  In the manner of, you know, you don't know
9    necessarily who on the research team did the
10    patient selection.
11        If they are all being, I mean, I'm not sure
12    how else you would get this tissue.  So I don't
13    see that necessarily as a flaw.  They describe
14    what they did.
15        That is the idea behind material and methods.
16    Could somebody reproduce this work?
17  Q  Turn to Page 591 of the article.  The second page.
18  A  Yes.
19  Q  The bottom full paragraph starts with "Tissue
20    digestion."
21        Do you see that?
22  A  I do.
23  Q  So in this paragraph they are talking about tissue
24    digestion.
25  A  Okay.

49 (Pages 190 - 193)

Page 194

1  Q  And I want you to look at that last sentence for
2     me.
3  A  Okay.
4  Q  It says, "Also, even though the authors stated
5     they used talc-free gloves, contamination from
6     laboratory processing sources outside the authors'
7     own environment could have also played a role,
8     given the widespread occurrence of talc in many
9     settings."
10 A  I see that.
11 Q  They are talking about the Heller study.  That is
12    cited in your report.
13       Do you recall that study?
14 A  Yes.
15 Q  Again, Heller is the study that looked at particle
16    burden in both users and non-users.  They found
17    talc in everyone.
18       Do you recall that?
19 A  I do.
20 Q  So this last sentence certainly supports the
21    notion that processing labs are not particle free
22    environments, correct?
23       MS. PARFITT:  Objection.
24 A  They are stating here that, yes, there could be
25    unassessed exposures including, I guess it's a

Page 195

1     little bit up farther, contamination from
2     laboratory or other sources.
3  Q  Got it.  And you said your own lab does not
4     advertise itself as a particle free environment?
5  A  Correct.  Yes.
6  Q  Do you know if they used any negative controls in
7     the study?
8  A  I would have to read here.  I'm not seeing that
9     they introduced any negative controls.
10 Q  The Johnson 2020 study that you also cite in the
11    same passage, do you know if they used negative
12    controls in that study?
13 A  Let me say for McDonald, Page 592, they did
14    actually provide a set of non-exposed controls for
15    the five patients in the case series.  Six
16    patients, from six patients with ovarian
17    carcinoma, part of a large case control study.
18       So they did use, it looks like, controls that
19    at least had reported talc use.
20 Q  Do you know if, the question I just asked, do you
21    know if they used negative controls in the Johnson
22    study?
23 A  I do not.  They used eleven randomly selected
24    patients as part of that study.  That was to look
25    at particle counts.  No.  I would have to look at

Page 196

1     that study to see if they had negative controls.
2  Q  Do you think negative controls is a necessary
3     component of a study like this?
4  A  It really depends on the overall hypotheses.
5  Q  Okay.
6  A  Let me see what they were actually trying to test.
7  Q  I was asking in general.
8  A  In general, no.  There can be study designs that
9     have no controls.  We have case only studies.  We
10    have interventional only arms of other kinds of
11    studies.
12 Q  So if the Johnson study did not use negative
13    controls that would not be methodologically
14    concerning to you?
15       MS. PARFITT:  Objection.
16 A  No, it would not.  Based on as long as it was
17    disclosed.  And, again, it's really based on what
18    is the primary hypothesis that they are trying to
19    examine.
20 Q  And for Johnson and for McDonald, again, did you
21    see whether or not methodologically they
22    sufficiently accounted for particulate introduced
23    during the processing of the tissue specimens?
24 A  Looking at McDonald, you know, they did talk about
25    what they did to, you know, try to -- this is on

Page 197

1     Page 592.  Let's see.  That is their second
2     paragraph there.
3        They talk about removing surface
4     contamination.  They talk about different ways
5     that they washed, you know, surfaces in distilled,
6     deionized water and so on.
7        They stored them in closed containers, so
8     they did make an effort to keep out any other
9     contamination.
10       For Johnson I would have to pull the paper.
11 Q  Let me give you the Johnson paper.
12 A  Okay.
13 Q  We will mark that as Exhibit 15.
14       (EXHIBIT NUMBER 15 WAS MARKED FOR
15    IDENTIFICATION.)
16 Q  My question for both McDonald and Johnson is not
17    really whether they reported having taken steps to
18    attempt to control, it's whether you have an
19    opinion on whether the steps reported in the
20    studies are sufficient to control for particulate
21    that can be introduced during the tissue
22    processing?
23       Do you have an opinion on that?
24 A  My opinion, and this is without looking at the
25    Johnson paper carefully, is that because these

50 (Pages 194 - 197)

Page 198

1    were published in peer reviewed journals by
2    individuals with expertise in these types of, you
3    know, bio specimen handling and laboratory
4    processing, that if they made it through peer
5    review and addressed the concerns that the
6    reviewers potentially brought up about all of the
7    different methods used in the study, that I would
8    be comfortable that the appropriate steps were
9    taken.
10   Q   Okay.  Because it went through the peer review
11       process?
12   A   Yes, because it went through the peer reviewed
13       process.
14   Q   Do you have that standard for any article that is
15       in a peer review journal, that if it made it
16       through a peer review that you can be happy or
17       comfortable with the propositions set forth in
18       that article?
19           MS. PARFITT:  Objection to form.
20   A   Asking about any article in the whole wide world
21       of literature, I would still want to review
22       everything individually myself to the best of my
23       understanding before I said, like, yes.
24           Just because it made it through peer review
25       it does not mean that it is a hundred percent

Page 199

1    perfect.  We all find little errors in our own
2    reports and things as we go through them.
3           But overall with the general methodology with
4       the methods proposed having a peer reviewed
5       publication increases my confidence of the study
6       findings.
7    Q   Sure.  And I hear that.  Are you using the fact
8       that Johnson and Godleski's articles, that they
9       went through the peer review process, are you
10      relying on that to reach the opinion that they did
11      adequately control for the introduction of
12      particulate matter in the tissue processing?
13          MS. PARFITT:  Objection to form.  Asked
14      and answered.
15   A   I am also relying on my review of it as well.
16   Q   Do you think that the particles that they are
17      reporting finding in their literature could be
18      from contaminate introduced during tissue
19      processing?
20          MS. PARFITT:  Objection.  Form.
21   Q   Do you think it's possible?
22          MS. PARFITT:  Same objection.
23   A   I think it's possible that they were from the
24      initial use at various points in life of talcum
25      powder and it could also be from introduced.

Page 200

1    But it would have to be pretty heavy
2    contamination from what I'm looking at here.
3    Again, the fact that they have provided enough
4    detail to make it to peer review, that they have
5    done their due diligence, and the fact that they
6    said here on Page 529 that the measurements were
7    essentially consistent and reproducible, this is
8    talking about what they found in the Johnson &
9    Johnson and the Caswell-Massey talcum powders.
10       The fact that they also have some, it's an
11   internal control not in the way that we are
12   talking about controls meaning separate cases, but
13   oftentimes things like replication of your own
14   findings, you will do things in triplicate, for
15   example.  That another type of internal control.
16       And that would suggest to me that the
17   conclusions of the study are supported by the
18   results.
19   Q   You are aware that in 2010 the IARC Monograph that
20      was published, they concluded that the evidence
21      for retrograde transfer of talc to the ovaries in
22      normal women was weak.
23          You are aware that they made that conclusion?
24   A   I would like to see the whole statement.
25   Q   Let me ask you this.  Do you believe that the

Page 201

1    evidence for retrograde transport of talc to the
2    ovaries in normal women is weak?
3    A   No.
4    Q   You cite the Keskin study on Page 14.  I will mark
5       that as Exhibit 16.
6           (EXHIBIT NUMBER 16 WAS MARKED FOR
7       IDENTIFICATION.)
8    A   Yes.
9    Q   Turn to Page 929.
10   A   I'm looking to see where I cited it.  Okay.  I'm
11      sorry.
12   Q   Page 929.  The bottom full paragraph on the left
13      column beginning with the word "Salazar."
14   A   Yes.
15   Q   At the end of that paragraph --
16          MS. PARFITT:  Did you hand me a copy of
17      that?  Thank you.
18   Q   At the bottom of that paragraph the authors say,
19      "Therefore, this study did not demonstrate an
20      association between talc application and
21      peritoneal/ovarian cancer."
22          Do you see that?
23   A   I do.
24   Q   You did not note that in your report?
25   A   I don't know what that is referring to so I need

51 (Pages 198 - 201)

Page 202

1  to look at it.
2  Q  That is a fairly significant statement in the
3    article, correct?
4  A  Right now the way I'm reading it, that is in
5    reference to BRCA1 positive women.  So I need to
6    take a deeper look into that.
7      Seems to me in this they are comparing, you
8    know, the work they presented here that was in a
9    rat model to something that was seen in humans, in
10    women who underwent a prophylactic oophorectomy.
11      And so they are trying to say what they say
12    in rats did not support the findings in these
13    women.  And, therefore, the study does not
14    demonstrate this association.
15      But, again, we are comparing rats to humans.
16    As I mentioned earlier, you know, not knowing the
17    details about rat physiology, I would not
18    necessarily expect the findings in rats to apply
19    to the findings in humans.
20      So if I'm interpreting this paragraph
21    correctly, it does not seem like a very strong
22    statement because, again, it's apples to oranges
23    versus apples to apples.
24  Q  You do cite Keskin in your report, correct?
25  A  Yes.

Page 203

1  Q  You cite it for the proposition, right, that the
2    preliminary results showed that talc given
3    inter-vaginally daily for three months had
4    unfavorable effects on the female genital system.
5      That is what you put into your report,
6    correct?
7  A  Yes.
8  Q  You don't put the corollary that the authors
9    actually concluded that the study did not
10    demonstrate an association between talc
11    application and peritoneal/ovarian cancer.
12      And my question is why would you not have
13    given a balanced discussion of this article in
14    your report?
15      MS. PARFITT:  Objection.
16  A  I feel actually like I do.  I just say preliminary
17    results and then they had unfavorable effects.
18      I guess I should have said on the rat genital
19    system similar to that of a foreign body reaction
20    or infection.
21      And to me this jump into, you know, the
22    effects in BRCA1 positive women, that discussion
23    is maybe an extension of the findings.  But the
24    actual, I think, hypothesis or what they were
25    really trying to study here was introduced into

Page 204

1    rats, what does talc do?  That is a very brief
2    summary of it.
3      And, you know, what they conclude is that it
4    has unfavorable effects.  There is no real talk of
5    humans about it at all, other than trying to
6    extend it to this other study of BRCA1 positive
7    women.
8      So I don't see where the connection really is
9    there.
10  Q  With respect to the Mandarino study, I will mark
11    that as Exhibit 17.
12      (EXHIBIT NUMBER 17 WAS MARKED FOR
13    IDENTIFICATION.)
14  Q  Did you have any concerns with that study?
15      MS. PARFITT:  Objection to the question.
16    Somewhat broad.
17  Q  Did you identify any flaws in that study?
18  A  Let me take a look.
19      MS. PARFITT:  Objection to the question.
20      You can answer.
21  A  Sure.  No, I don't have any particular concerns
22    other than the fact that, again, this is a murine
23    ovarian cell model versus in a human.  It's just a
24    different type of study.
25  Q  Was the gene expression profiling unique to talc?

Page 205

1  A  I see the results of the gene expression.  I don't
2    really see what the results are.  Talc and
3    estrogen.  I think that is -- maybe not.
4  Q  Do you have the expertise to evaluate this study?
5  A  I do.  I have a fair amount of work looking at
6    gene expression data, mutational profiling and
7    those sorts of thing.
8  Q  Were the dosages in that study appropriate to make
9    any comment on the hypotheses offered?
10  A  I'm not an expert in toxicology.  I could not say
11    per dose, no.
12  Q  I will show you the Fletcher study.
13  A  Okay.
14      (EXHIBIT NUMBER 18 WAS MARKED FOR
15    IDENTIFICATION.)
16  Q  This is Exhibit 18.
17  A  Yes.
18  Q  This is another one of the studies that have been
19    co-authored by a plaintiffs' expert, is that
20    correct?
21  A  Yes.
22  Q  Did you examine the abstracts for this study
23    before it was published?
24  A  No.
25  Q  Do you know if the cell lines they used are good

52 (Pages 202 - 205)

Page 206

1    models for ovarian cancer?
2        MS. PARFITT: Objection.
3  Q  Is that within your expertise?
4  A  No. I would not characterize cell line as good,
5    bad, or otherwise.
6  Q  Do you know if the SNPs that Dr. Saed tested have
7    been correlated with ovarian cancer?
8  A  SNP, single-nucleotide polymorphisms. Let me see
9    what they did in this study. I'm not sure how
10   they selected those particular genes or SNPs.
11       Certainly, I mean, MPO has been associated
12   with several different cancer types.
13 Q  I am sorry. Do you know if they are associated
14   with ovarian cancer?
15 A  Specifically, no. I didn't do a review about the
16   genetics of ovarian cancer.
17 Q  Do you know if the dosages that Dr. Saed used in
18   this study are comparable in any way to the dose
19   that would be imparted upon a woman who uses
20   perineal talc?
21       MS. PARFITT: Objection. Asked and
22   answered.
23 A  No. I don't know what the actual dose used here
24   was in terms of experientially what it would be
25   compared to what a woman uses.

Page 207

1  Q  Do you believe that CA-125 has a role in ovarian
2    cancer initiation?
3  A  At this point in time the only evidence I've seen
4    in terms of it being used as anything is as a
5    marker for disease progression or recurrence.
6        I have not seen it used yet in initiation.
7    Certainly the gene that is associated with that
8    marker has been studied.
9  Q  The bottom line is you are not aware of any
10   evidence that CA-125 has a role in ovarian cancer
11   causation initiation, correct?
12       MS. PARFITT: Objection to form.
13 A  CA-125 is like a downstream product of a
14   particular gene. So whether that gene -- which I
15   would have to go and look -- has an association
16   with the initiation of cancer, I don't know.
17       But CA-125 is just a biomarker. It is not,
18   in and of itself, a gene.
19 Q  I'm sorry if my question suggested that it was.
20 A  Okay.
21 Q  I didn't mean to. I don't think I said gene.
22       But if I did, just to be clear, is there
23   evidence that CA-125 has any role in ovarian
24   cancer causation or initiation?
25 A  I did not examine that research question. I could

Page 208

1    not tell you. I have no opinion on that.
2  Q  As a scientist who works in the field of female
3    cancers, that is not something that you are aware
4    of, correct?
5        You have not heard before that CA-125 has a
6    role in ovarian cancer causation or initiation,
7    correct?
8        MS. PARFITT: Objection. Form.
9  A  Initially CA-125 was being used as a biomarker
10   detecting ovarian cancer. The hope was that it
11   would be a marker of early detection. That didn't
12   pan out.
13       So you could say as an extension from that,
14   that it could be a marker of early carcinogenesis.
15   That would imply that it's in the pathway of
16   carcinogenesis.
17 Q  As a scientist sitting here today, do you have an
18   opinion that CA-125 has a role in cancer, ovarian
19   cancer causation or initiation?
20       MS. PARFITT: Objection. Asked and
21   answered.
22 A  No. I do not have an opinion as to whether it has
23   a role in causation or initiation based on the
24   data that I have reviewed.
25       MR. JAMES: Let's take a quick break.

Page 209

1    (OFF RECORD AT 2:41 P.M.)
2    (AT THIS TIME A SHORT RECESS WAS HELD OFF
3  THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS
4  WERE HAD:)
5    (ON RECORD AT 2:50 P.M.)
6  BY MR. JAMES:
7  Q  Dr. Cote, let's talk about inflammation. Okay?
8  A  Okay.
9  Q  Do you believe chronic inflammation is a mechanism
10   for the talc ovarian cancer association that you
11   allege, do you believe that that is the mechanism
12   that you are relying on?
13 A  I believe that that is one potential mechanism
14   that makes the association between talc exposure
15   and ovarian cancer biologically plausible.
16 Q  On Page 6 of your report you said in the second
17   paragraph that starts with "Published studies," do
18   you see that?
19 A  Yes.
20 Q  You said that "The putative mechanism is the
21   inflammatory response."
22       Do you see that?
23 A  Uh-huh.
24 Q  By the word -- well, let me just read the full
25   sentence.

53 (Pages 206 - 209)

Page 210

1    "The putative mechanism is the inflammatory
2    response caused by the talcum powder, resulting in
3    chronic inflammation and oxidative stress, which
4    may initiate the carcinogenic process."
5        Do you see that?
6  A  Yes.
7  Q  By the usage of the word "putative" there, in your
8    mind what level of scientific evidence exists for
9    that mechanism?
10       MS. PARFITT: Objection. Form.
11       You may answer.
12 A  Sure. So I would note that that is from the
13   executive summary so I don't have citations or
14   anything else built around the executive summary.
15       So I would like us to go back to the section
16   where I talk about the different lines of evidence
17   that suggest that this is an inflammatory, kind of
18   a chronic inflammatory response as the biologic
19   mechanism I focused on in my work here, that was
20   to me the best evidence and the best explanation
21   for multiple lines of data.
22 Q  Do you consider chronic inflammation to be a
23   hypothesis, to be a theory, to be proven?
24       How do you characterize that?
25 A  I think chronic inflammation with respect to

Page 211

1    cancer is the hallmark of cancer.
2  Q  Let me be clear. With respect to the talc ovarian
3    cancer or claim, do you believe chronic
4    inflammation is the mechanism for talc to
5    allegedly cause ovarian cancer?
6        In your mind is that hypotheses still, is it
7    a theory, is it scientifically proven?
8        MS. PARFITT: Objection to the form as
9    framed.
10       You can answer.
11 A  Yeah. Hypotheses to me is a single -- I'm going
12   to go through each. Hypotheses is just an
13   absolute, like, a single statement. And normally
14   we, as epidemiologists we state it as null. There
15   is no difference between two things.
16       So a hypothesis is something that you build
17   research around.
18       So the next was, I believe, you used theory?
19   So --
20 Q  Yeah. I was not trying to use magic words.
21 A  Okay.
22 Q  I was trying to get your sense of do you feel like
23   it has been proven scientifically that talc
24   results in chronic inflammation that causes
25   ovarian cancer? Or do you feel like it's

Page 212

1    plausible? Whatever word you want to use.
2  A  Sure.
3  Q  How do you feel about the evidence to date?
4  A  I feel like --
5        MS. PARFITT: Objection. Form.
6  A  I feel like there is -- that the biologic
7    plausibility that talcum powder exposure leads to
8    chronic, among other things, chronic inflammation
9    and a host of different reactions, inflammatory
10   markers, kind of a cascade of effects that
11   ultimately leads to an environment where the
12   person is more susceptible to the development of
13   ovarian cancer.
14       So it's a biologically plausible mechanism.
15   It was, you know, the one that I found probably
16   the most evidence for.
17       Is it proven? That I don't know. That was
18   not the question that I was being asked. My
19   question was, is there a causal association
20   between talc use and ovarian cancer. Biological
21   plausibility just one little spoke in the rest of
22   that wheel.
23 Q  Okay. Are there any other mechanisms, biological
24   mechanisms that you consider relevant to your
25   analysis of biologic plausibility other than

Page 213

1    chronic inflammation?
2  A  Chronic inflammation was the one that I focused on
3    primarily.
4  Q  I appreciate that. I'm not trying to be too
5    persistent here.
6  A  Okay.
7  Q  But when you come to trial will you be offering to
8    the jury another mechanism?
9        Or is chronic inflammation the mechanism that
10   you intend to opine on?
11 A  Based on my readings to date, which may change if
12   more evidence is introduced, if more, you know,
13   primary literature develops in this area or in
14   other areas, I think it's, I would hold the right
15   to introduce other, you know, potential biological
16   mechanisms.
17       At this point, based on the readings and the
18   evaluation I've done so far, my focus would be on
19   chronic inflammation.
20 Q  Do you believe that is the plausibility mechanism
21   or the plausible mechanism for all subtypes of
22   EOC?
23       Did you consider plausibility by histotype?
24 A  I did not consider plausibility by histotype. I
25   considered just epithelial ovarian cancer kind of

54 (Pages 210 - 213)

Page 214

1  as a whole.
2  Q  Did you cite to any study, or are you aware of any
3     study showing inflamed ovarian tissue following
4     perineal talc use?
5  A  How would you define inflamed ovarian tissue?
6  Q  Okay.  Let me try to rephrase.
7  A  Yes.
8  Q  Are you aware of any study that shows an
9     inflammatory process in gynecologic tissue
10    following perineal talc use?
11 A  Let's look at what I have written.  Actually I
12    think there is a very good discussion of this as
13    well in Health Canada.  Maybe going to Health
14    Canada is what we should do first.
15 Q  I appreciate that.  But I'm asking you about a
16    scientific study.
17       Do you consider Health Canada to be a
18    scientific study?
19 A  They were a large systematic review comprised of a
20    bunch of different scientific studies even much
21    larger in scope of what I have done here.
22       If we want to go to my section on
23    inflammation, we can do that.  We can also look at
24    the Health Canada one.
25 Q  Let me try to get back on track here.  I'm going

Page 215

1  to have to ask the questions.  If you don't
2  understand the question, just tell me.
3  A  Okay.
4  Q  But are you aware of any study that demonstrates
5     inflammation granulomatous reaction through the
6     female reproductive tract following perineal talc
7     use?
8  A  Again, I'm going to look at what I wrote in my
9     report so that what I tell you is accurate.  I
10    want to be sure I don't conflate different studies
11    in my mind.
12 Q  What page are you on?
13 A  I'm around Page 14.  The bottom of Page 14.
14 Q  Let me ask you a different question.  I think
15    maybe my question is not clear.
16       Is the type of inflammation that you are
17    opining on for plausibility, is the type of
18    inflammation you are opining on, would it be
19    visible?
20       MS. PARFITT:  I have to object to that.
21    I'm not sure I understand the question.
22    Objection.
23 A  Visible to the human eye?
24 Q  To the human eye?  To a gynecologic pathologist?
25       Would this chronic inflammation mechanism

Page 216

1  that you are opining on, would it be visible?
2       MS. PARFITT:  Objection.  Form.
3  A  I think it would be visible to, like, a pathologic
4     examination of the tissue.  Especially if you were
5     basically taking slides and cuts of tissue you
6     could identify things that are markers of
7     inflammation like macrophages, infiltrating
8     lymphocytes.
9       That to me is evidence of chronic
10    inflammation.  And localized, as well, potentially
11    to a certain tissue versus, like, chronic whole
12    body inflammation.
13 Q  What study are you referring to?
14 A  Yeah.  We can look at these.  Some of these were
15    in the Keskin.  That was more looking at rats and
16    noticed that there was this introduction into the
17    foreign body.  There are other cell lines.  There
18    are cancer cell lines that increase production of
19    reactive oxygen species, which we know then
20    facilitate kind of, again, this cascade effect of
21    a lot of different processes that are associated
22    with cancer initiation and progression.  Things
23    like cellular proliferation, differentiation of
24    cells, cell signaling, and so forth.
25       Those are, you know, in response these are

Page 217

1  cell line studies.  There is other work that
2  suggests that talc actually attacks these
3  macrophages because they are like a foreign body.
4  Q  So I appreciate that.  I appreciate that is what
5     you noted in the report.
6       What I didn't see in the report and what I'm
7     asking you if you know exists, do you know if
8     there is any study out there that reports
9     inflammation or granulomatous reaction in the
10    reproductive tract or gynecologic tissue of a
11    woman who used talc and got ovarian cancer?
12       MS. PARFITT:  Objection to the form.
13 A  Yeah.  I don't know of a systematic study that has
14    examined that question in that context.  There are
15    certainly studies that have shown that there is
16    evidence of talc in the ovarian tissue.
17       And we know that in the cell line studies
18    that the, you know, exposure to talc increases all
19    of these different reactive oxygen species that
20    then go on and promote carcinogenesis.
21 Q  On Page 38 of your report when you are discussing
22    plausibility you conclude with a statement in the
23    last paragraph there -- I will wait for you to get
24    there.
25       You conclude with a sentence, "It is

55 (Pages 214 - 217)

Page 218

1  well-accepted that inflammation contributes to the
2  initiation, development, and progression of
3  cancer, including ovarian cancer."
4      Do you see where I read that?
5  A  Yes, I do.
6  Q  Is it your testimony, yes or no, is your testimony
7     that it is well-accepted that inflammation
8     contributes to the initiation of ovarian cancer?
9  A  Yes.  And I think that the paper we talked about
10    earlier that is not cited here, correct, it was
11    the Johnson paper that I said was a replication
12    of, in African-American, of the Catherine Brieger
13    paper, the one I mentioned first, almost first
14    thing this morning.
15  Q  Brieger?
16  A  Brieger, that is it.  That was one of the indices
17    that they built, was an inflammation index.  I do
18    feel that the biologic plausibility suggests more
19    likely than not that this is a potential mechanism
20    for ovarian cancer initiation.
21  Q  Okay.
22  A  It's the biological mechanism.  I'm not
23    necessarily stating it's causation.
24  Q  In your opinion, is it well-accepted that
25    inflammation causes ovarian cancer?

Page 219

1  A  No.  I did not say that it causes it.  I said that
2     looking at the association between talc and
3     ovarian cancer, one of the potential biologic
4     mechanisms, and the mechanism that is focused on
5     here, is that it leads to chronic inflammation.
6        And it's a, in my mind, a very biologically
7     plausible mechanism from -- you know, it's
8     multiple lines of evidence.
9        We see there is evidence for retrograde
10    menstruation.  We know that from an epidemiologic
11    standpoint, you know, evidence is stronger when
12    you have an open or patent reproductive tract.  We
13    see stronger associations with exposure with talc.
14       We see in, you know, the cell line studies
15    that exposure to talc in the cell lines initiates
16    a lot of mediators that then are known to be other
17    kind of hallmarks of cancer, like uncontrolled
18    growth and cellular proliferation, reduction of
19    apoptosis, which is cell death.
20  Q  Right.  My question is really, really precise.
21  A  Okay.
22  Q  We have gone through many of the lines of evidence
23    that you just discussed.
24       You have on Page 38 this statement and you
25    say "It is well-accepted that inflammation

Page 220

1  contributes to the initiation, development, and
2  progression of cancer, including ovarian cancer."
3  A  Yes.
4  Q  One of them is that it contributes to the
5     initiation of ovarian cancer.
6        "Is well-accepted that inflammation
7     contributes to the initiation of ovarian cancer"
8     is that just a plausibility opinion, or are you
9     saying that that is well-accepted?
10  A  I'm saying that that is a plausibility opinion.
11    It is plausible.  It is underneath the biologic
12    plausibility.  It is the last sentence in that
13    section.
14        And additionally, speaking more broadly, you
15    know, it's a seminal paper in cancer research.  I
16    believe it was published in 2000.  Inflammation is
17    one of the hallmarks of cancer.  That is cancers
18    broadly.
19        But I would not find, I have not found or
20    done an extensive literature search or systematic
21    review of every type of cancer and inflammation.
22  Q  Is pelvic inflammatory disease reliably associated
23    with ovarian cancer?
24  A  I did not study pelvic inflammatory disease
25    specifically with respect to ovarian cancer.  I

Page 221

1  have seen some studies that indicate it does
2  increase risk.  PID is, I think, sometimes an
3  umbrella term.  It has a lot of other benign
4  gynecologic conditions associated with it.  They
5  are not necessarily all singular in nature.
6      We did publish a study on this from AACEs.  I
7  would have to go back to the paper and look at it
8  to see what the actual results were.
9  Q  Do you have an opinion sitting here today on
10    whether PID is reliably associated with ovarian
11    cancer?  Yes or no?
12       MS. PARFITT:  Objection.  Asked and
13    answered.
14  A  There is some evidence that suggests it is.  PID
15    is difficult to define.
16  Q  Okay.  Do you know if anti-inflammatories are
17    routinely prescribed as a means to reduce ovarian
18    cancer risk?
19       Have you ever heard of that?
20  A  I do not believe that NSAIDs are routinely
21    prescribed in the general population to reduce
22    risk of ovarian cancer.
23  Q  Would you agree that not all inflammation leads to
24    cancer?
25  A  I would agree that there is acute inflammation for

56 (Pages 218 - 221)

Page 222

1    like when you cut your finger or something like
2    that and, no, that would not lead to ovarian
3    cancer. There is acute and chronic.
4  Q  Do you agree that not all chronic inflammatory
5    conditions lead to cancer?
6        MS. PARFITT: Objection to form.
7  A  I can't speak to all forms of inflammation and all
8    forms of cancer and make a blanket statement.
9    I've not done that review.
10 Q  Do you know if rheumatoid arthritis is linked to
11    cancer?
12 A  I've not looked at that association before.
13 Q  Cancer itself can cause inflammation itself,
14    correct?
15        MS. PARFITT: Objection to form.
16 A  Cancer of what type?
17 Q  Cancer, in general, can cause inflammation,
18    correct?
19        MS. PARFITT: Any cancer? Objection.
20 A  Any cancer can cause any inflammation anywhere. I
21    can't really say yes or no to that statement.
22    It's too broad.
23 Q  I did not understand because -- regardless.
24        Do you believe that cancer can cause
25    inflammation?

Page 223

1        MS. PARFITT: Objection to form.
2  A  I believe that yes, cancer, cancerous cells can
3    induce an immune response much like that of
4    inflammation.
5        Part of what cancer does, and this is another
6    hallmark of cancer, is that it evades the immune
7    system.
8  Q  Are you aware of any gynecologic pathologist that
9    believes high grade serous cancer is correlated
10    with or associated with inflammation?
11        MS. PARFITT: Objection. Form.
12 A  I have never had this discussion with the
13    gynecologic pathologists that I work with. So,
14    no, I am not aware.
15 Q  Are you aware of any study that demonstrates an
16    association between the histologic presence of
17    inflammation and tubal injury?
18        MS. PARFITT: Could you repeat the
19    question?
20 Q  Are you aware of any study that demonstrates an
21    association between tubal injury or chronic
22    inflammation in the tubes with ovarian cancer?
23        MS. PARFITT: Objection. Form.
24 A  Yeah. I think I need that clarified. I mean, any
25    form of injury causes some level of inflammation

Page 224

1    whether it's acute or chronic.
2  Q  Are you aware of any study that associates the
3    histologic presence of chronic inflammation in the
4    female genital tract --
5  A  No.
6  Q  -- with ovarian cancer?
7  A  No. I have not researched that particular
8    question.
9  Q  Have you looked at any literature on chronic tubal
10    injuries and whether those are associated with
11    ovarian cancer?
12        MS. PARFITT: Objection. Form.
13 A  No, I've not examined chronic tubal injury and
14    inflammation.
15 Q  The Savant article on Page 14 that you cite
16    regarding inflammation, I have one question.
17 A  That is a review article.
18 Q  You answered my question. That is just a review
19    article?
20 A  I don't know if it's a systematic review or not.
21    What page?
22 Q  Page 14.
23 A  Reference number what?
24        MS. PARFITT: It's reference 67.
25 A  Yes.

Page 225

1  Q  It's a review article?
2  A  It is.
3  Q  Your summary of the Savant article on Page 14 that
4    rolls to Page 15 in your report --
5  A  Yes.
6  Q  -- is it fair to say you are providing a summary
7    of the article in those two sentences?
8        Am I understanding that correctly?
9  A  Yes.
10 Q  Are those your independent opinions, or are you
11    reporting on Savant?
12 A  After reading Savant this is how I would summarize
13    the article by this team. It is probably a very
14    simplistic picture of what they actually included
15    in this review.
16 Q  Did you look at the citing references in the
17    Savant article? Do you recall?
18 A  At one point in time, sure.
19 Q  Did you look to see if the citing references
20    supported the statement in the article?
21 A  I believe there were several hundred citing
22    references. Yeah. There is over 231, so I did
23    not check every reference and make sure that they
24    matched, no.
25 Q  With respect to the specific conclusion that -- I

57 (Pages 222 - 225)

Page 226

1  believe you were quoting it or close to it on 13
2  with respect to the sentence that since talc is
3  not degradable by the body it inhibits the wound
4  healing process resulting in chronic inflammation.
5      That is a statement that comes from Savant?
6  A  Yes.
7  Q  Did you see if they cited any support for that
8     statement?
9  A  I would have to look.  Is the question -- that is
10    a two part thing.
11       Is the question that talc is not degradable?
12    Is that what is in question?
13       Or that by the fact that it is not degradable
14    and that it's essentially this foreign body that
15    remains present that it inhibits the wound healing
16    response?
17  Q  If it's okay, we will just move on.
18  A  Okay.
19  Q  Next we will talk about Health Canada.
20  A  All right.
21  Q  With respect to the Health Canada screening
22    assessment, were you aware that that document
23    cites litigation reports from paid experts?
24  A  Yes, I was.
25  Q  Is that scientifically appropriate?

Page 227

1      MS. PARFITT:  Objection.
2  A  I think for the type of review that Health Canada
3    was doing, they were not trying to publish this as
4    peer review literature.
5      My understanding was that documents were
6    openly accepted by both sides.  I think that for
7    the purposes of what they are trying to do here,
8    which is inform policy regarding human health,
9    that it would be appropriate.
10  Q  Have you ever seen another regulatory document
11    from a body like Health Canada that cites paid
12    expert reports?
13  A  I have never --
14      MS. PARFITT:  Objection to form.
15  A  I have never looked at other types of health
16    reports from governments.
17  Q  Did IARC cite reports from paid litigation
18    experts?
19  A  I don't believe so.
20  Q  Are you aware of whether any of the retained
21    experts for the plaintiffs had contact with Health
22    Canada about the screening assessment?
23  A  Retained experts from the plaintiffs?  Not to my
24    knowledge at the time that I'm reviewing this, no.
25  Q  On Page 6 of your report you state in the last

Page 228

1  sentence, "The Health Canada assessment was on
2  talc alone without considering whether or not talc
3  contained asbestos."
4      Do you see that?
5  A  Yes, I do.
6  Q  Then on Page 15 under Systematic Reviews in the
7    second sentence you say, "Of note, this report
8    specifically assumed cosmetic-grade talc 'to be
9    asbestos free'."
10      Do you see that?
11  A  Yeah.
12  Q  I will mark Health Canada as Exhibit 19.
13      (EXHIBIT NUMBER 19 WAS MARKED FOR
14    IDENTIFICATION.)
15  Q  In regard to your comments on the asbestos issue,
16    I want to turn your attention to Page 6.  Excuse
17    me.  It's Page 3.
18      MS. PARFITT:  The report is the Health
19    Canada report?
20      MR. JAMES:  Yes.
21  A  Can you read the first line at the top of Page 3?
22  Q  Sure.  "To both."
23  A  Okay.  Perfect.
24  Q  So we see here on Page 3 if you go down to the
25    bottom two paragraphs, Health Canada does include

Page 229

1  a discussion here on the issue of asbestos,
2  correct?
3      MS. PARFITT:  Where are you referring?
4  Q  Sure.  There are different grades of talc that
5    refer to the purity.
6      Do you see that?
7  A  Yes.  I do now.
8  Q  In that paragraph there, in the paragraph that
9    starts with "There are," they refer to the USP
10    specifications, which I mentioned earlier today,
11    right?
12  A  Yes.
13  Q  They talk about how those require the absence of
14    asbestos, do you see that?
15  A  I do.
16  Q  Then you can also see in the next paragraph it
17    talks about historically contamination in talcum
18    powders, do you see that?
19  A  Yes.
20  Q  Let me fix that.  Talc source materials.
21      Do you see that?
22  A  Yes.
23  Q  It says "Historically, some talc source materials
24    were contaminated with asbestos."  Right?
25  A  Yes.

58 (Pages 226 - 229)

Page 230

1  Q  Then if you look on the next page you can see the
2     next paragraph says, In Canada."
3        Do you see that?
4  A  Yes.
5  Q  So at the conclusion of those paragraphs the
6     Health Canada assessment says, "The cosmetic-grade
7     talc used in the health effect studies cited in
8     this assessment were considered to be free of
9     asbestos."
10       Do you see that?
11 A  Yes.
12 Q  Is it proper to say that Health Canada did not
13    consider the issue of asbestos or assumed that the
14    products were asbestos free?
15 A  That is what they state here, yes.  That is what I
16    state on Page 15 as well.
17       It's not a direct quote, but assumed
18    cosmetic-grade talc to be asbestos free.
19 Q  It may be just a difference in terminology, but
20    when I looked at your use of the word "assumed" it
21    conveyed to me that Health Canada had not
22    addressed the issue.
23 A  Okay.
24       MS. PARFITT:  So what is the question?
25       MR. JAMES:  I'm asking it.

Page 231

1        MS. PARFITT:  Okay.
2  Q  If you look at this paragraph, Health Canada walks
3     through specifications for talcum powders,
4     correct?
5        It goes through historical information,
6     correct?
7  A  Correct.
8  Q  And then it notes in the last paragraph that, "In
9     Canada, the Prohibition of Asbestos and Products
10    Containing Asbestos Regulations (updated 2018)
11    under CEPA prohibit asbestos above trace levels in
12    products available to consumers, including
13    cosmetics."
14 A  Uh-huh.
15 Q  They go on to say, "The cosmetic-grade talc used
16    in the health effect studies cited in this
17    assessment were considered to be free of
18    asbestos."
19       Do you see that?
20 A  I do.
21 Q  So Health Canada here is making a qualitative
22    statement on whether or not cosmetic-grade talc is
23    free of asbestos, is that correct?
24       MS. PARFITT:  Objection.
25 Q  They are not simply assuming.

Page 232

1        MS. PARFITT:  Objection to form.
2  A  I think they are making a statement that what they
3     have considered in this review, or in this
4     statement, is talc that is free of asbestos.
5        So the findings in this report are about
6     talc, not specifically about talc containing
7     asbestos.
8  Q  You acknowledge in your report that Health Canada
9     has considered the inhalation of talc powders,
10    correct?
11 A  Correct.  That was not the focus of my review.
12 Q  Sure.
13       On Page 16 you do note that Health Canada
14    considered inhalation, correct?
15 A  Yes.  They included oral, dermal, inhalation and
16    perineal.
17 Q  You recognize that Health Canada does not find
18    that inhalation of talcum powders confers a cancer
19    risk, correct?
20       MS. PARFITT:  Objection to form.
21 A  Again, that was not the reason that I was reading
22    and focusing on Health Canada.
23       But I do not identify that in my report,
24    correct.
25 Q  You understand that Health Canada has concluded

Page 233

1     that the inhalation of talcum powders does not
2     confer a cancer risk, correct?
3        MS. PARFITT:  Objection to form.
4  A  Cancer risk, meaning lung cancer or meaning
5     ovarian cancer?
6  Q  Do you understand that Health Canada has concluded
7     that the inhalation of talcum powders does not
8     confer a risk of ovarian cancer?
9  A  Yes, I believe that.
10       MS. PARFITT:  Objection to form.
11 A  I believe the conclusions from Health Canada was
12    that it was just the association between perineal
13    talc and ovarian cancer that was the causal
14    association.
15 Q  When you say causal, and I saw it sort of
16    described two different ways in your report.  I
17    think one time you quote their language where they
18    say indicative of causal.
19       Do you remember that?
20 A  Sure.
21 Q  Another time in your report you say causal.
22       Do you recognize a distinction between the
23    phrase indicative of causal and causal?
24 A  Perhaps indicative of causation or causal is not
25    as strongly stated as causal.

59 (Pages 230 - 233)

Page 234

1    But essentially it still means the same to
2    me. The Health Canada report, that was based on
3    multiple lines of evidence. They went through a
4    lot of the Bradford Hill considerations. They
5    drew from multiple sources.
6        As you mentioned, they had testimony from
7    plaintiffs and defendants in this case. And their
8    findings were that there was, it was at least
9    indicative of a causal association.
10  Q  You do appreciate that that is the phraseology
11      they used, indicative of a causal effect, is that
12      correct?
13  A  Perhaps. I mean, I did not read every single -- I
14      could not quote every single statement in this
15      report.
16        To me indicative of causal association is a
17      causal association. It indicates a causal
18      association.
19  Q  Okay. With respect to inhalation, do you have the
20      opinion that inhalation of talcum powders can
21      cause cancer and ovarian cancer, or is that an
22      area on which you do not intend to opine?
23  A  That is an area I do not intend to opine.
24  Q  With respect to IARC, you state in your report on
25      Page 16 at the very bottom that you believe that

Page 235

1    Health Canada goes a step farther.
2        That is your terminology, right?
3  A  Yes.
4  Q  You believe Health Canada goes farther than IARC,
5      is that fair?
6  A  Yes, that is fair.
7  Q  And IARC in 2010 when they published their
8      Monograph went with 2B for perineal application of
9      talc and ovarian cancer, correct?
10  A  Yes.
11  Q  2B is what? What is the terminology?
12  A  It is deemed possibly carcinogenic to humans.
13  Q  And so your testimony is that Health Canada has
14      gone causal.
15        And so you are saying that they have gone
16      further than IARC. And so you recognize IARC did
17      not go causal, correct?
18  A  Correct. Health Canada, if we were going to use
19      the terminology that IARC uses, they would call
20      perineal use of talc as a Group 1 carcinogen with
21      respect to ovarian cancer.
22  Q  And just like Health Canada, your opinion goes
23      further than IARC, correct?
24  A  My opinion goes further than IARC because IARC is
25      limited, at least in this Monograph, to data

Page 236

1    really I think that they only reviewed up until
2    about 2006.
3        So they are missing right now about fifteen
4    years' worth of data, you know, from 2006 to, say,
5    2023, last year. So it's more of a limited review
6    because it's not considering all of the data that
7    we have accumulated over the last decade and a
8    half.
9  Q  Did IARC get it right in 2006 and publish in 2010?
10      Was the evidence at that time supportive of 2B?
11        MS. PARFITT: Objection.
12  A  I didn't ask myself that question, per se. I
13      mean, I think what was presented based off of my
14      reading was that they felt like that was, I
15      believe, a move up from their earlier report.
16        They had moved from -- I'm not quoting it
17      probably correctly -- you know, from -- yeah.
18      They moved it from Group 3 to a Group 2B.
19        So they saw enough evidence, again, this is a
20      comprehensive report, multiple lines of evidence,
21      that suggested that it should be a higher concern
22      for human health.
23  Q  Do you have an opinion on whether when IARC
24      conducted its review that 2B was the correct
25      classification?

Page 237

1        MS. PARFITT: Objection. Form.
2  Q  Yes or no? Do you have an opinion?
3        MS. PARFITT: Objection.
4  A  Yes. I believe that IARC and the methodology that
5      they used was sufficient to go with the Group B
6      classification.
7  Q  2B?
8  A  2B, yes.
9  Q  You also understand that IARC has never classified
10      the perineal use of talc as a Group 1 for ovarian
11      cancer, correct?
12  A  Yes. My understanding is that their Group 1 is
13      asbestos. That is a Group 1 carcinogen.
14  Q  You agree that IARC -- and I'm being very precise
15      with my language.
16  A  Yes.
17  Q  That the perineal use of talcum powders has never
18      been classified by IARC as a Group 2A, correct?
19        MS. PARFITT: Objection.
20  A  I'm going to quote directly from my report here,
21      which is talking about talc. This is from the
22      2012 about talc that is, that forms fibers that
23      are asbestiform in habit referred to as fibrous
24      talc.
25        As we reviewed, that has been classified as a

60 (Pages 234 - 237)

Page 238

1    Group 1 human carcinogen.
2  Q  Earlier today you told me that you were opining on
3    the body of literature that assesses the
4    relationship between talcum powders and ovarian
5    cancer, correct?
6  A  Yes.
7  Q  That body of literature was assessed by the 2010
8    IARC Monograph, correct?
9  A  Yes.
10  Q  The IARC 2012 Monograph did not assess the same
11    body of literature that you were assessing in your
12    litigation report, correct?
13       MS. PARFITT: Objection. Form.
14  A  The same body of literature. I believe I included
15    some of the literature.
16  Q  The IARC 2012 Monograph that you just referred to
17    did not go through Gertig and Gates and Houghton
18    or Cramer or Merritt or Ness or Mills or Cook or
19    Chang?
20       That is the body of literature on talc
21    ovarian cancer, correct?
22       The 2020 Monograph did not address that body
23    of literature, correct?
24       MS. PARFITT: Objection to form.
25  A  I can go back and review exactly what 2012

Page 239

1    included in their epidemiologic studies if that is
2    how we need to spend our time.
3       Off the top of my head I can't say what
4    studies were or were not included in there.
5  Q  Okay. The 2010 Monograph is the monograph that
6    makes a classification on the perineal use of
7    talcum powders, correct?
8  A  Yes.
9  Q  The perineal use of talcum powders is not the
10    focus of the 2012 Monograph, is that fair?
11       MS. PARFITT: Objection to form.
12  A  I would say that is fair, yes.
13  Q  IARC has never issued a Group 1 or a Group 2A
14    classification for the perineal use of talc
15    powders in ovarian cancer, correct?
16       MS. PARFITT: Objection. Misstates the
17    evidence.
18  A  The 2010 report is the conclusion that is focused
19    on perineal use of talc-based powder as a Group 2B
20    carcinogen.
21  Q  The 2B classification from IARC -- I understand
22    you go further than IARC. We talked about that.
23  A  Yes.
24  Q  But for IARC, the 2B classification is that there
25    is limited evidence for carcinogenicity of

Page 240

1    perineal talc used in humans, and less than
2    sufficient in animals, correct?
3  A  Yes. I believe how it's stated, or how I have it
4    stated here, is "evidence supporting risk to
5    humans is limited, and evidence from animal models
6    is lacking; however, it is a higher level of
7    concern than Group 3," which says that it is "not
8    classifiable as to their carcinogenicity to
9    humans."
10  Q  Okay. You also note Group 4 in your report,
11    correct?
12  A  Yes.
13  Q  Do you know if IARC still uses a Group 4?
14  A  I do not. I have not committed that to memory.
15  Q  If I tell you that Group 4 no longer exists, does
16    that ring a bell?
17       Do you have any familiarity with that?
18       MS. PARFITT: Objection.
19  A  No, I do not.
20  Q  With regard to IARC's classification of limited
21    evidence, you understand that they concluded then
22    that chance bias and confounding could not be
23    ruled out for the association between talc and
24    ovarian cancer, correct?
25  A  Correct.

Page 241

1  Q  Let's talk about the section of your report on
2    meta-analysis. I show that is Page 17.
3  A  Yes.
4  Q  Just to be fundamentally clear, it's titled
5    Meta-analysis. You conclude with a Table 3,
6    correct?
7  A  Yes.
8  Q  You have input into that table both O'Brien 2020
9    and Terry 2013, correct?
10  A  Yes, that is correct.
11  Q  Just to be absolutely clear, those two are pooled
12    analysis and not meta, is that correct?
13  A  Yes.
14  Q  Without getting into the details, there is an
15    epidemiologic difference in those two study
16    designs, correct?
17  A  Yes.
18  Q  With respect to O'Brien, this was the 2020 pooled
19    analysis of the four cohort studies, correct?
20  A  Yes.
21  Q  Let's mark that as Exhibit 20.
22       (EXHIBIT NUMBER 20 WAS MARKED FOR
23    IDENTIFICATION.)
24  Q  You can just use your copy, too.
25  A  Okay.

61 (Pages 238 - 241)

Page 242

1  Q  Putting aside whether or not you agree with
2     O'Brien, the conclusion in the abstract is that,
3     "In this analysis of pooled data from women in
4     four U.S. cohorts, there was not a statistically
5     significant association between use of powder in
6     the genital area and incident ovarian cancer,"
7     correct?
8  A  That is what their conclusion states, yes.
9  Q  They also comment in this paper that there was no
10    dose response, correct?
11         MS. PARFITT:  Objection.
12  A  Yes.  I believe that that is part of their
13     conclusions.
14  Q  Okay.  Again, setting aside whether you agree or
15     disagree, on Page 56 they offer a discussion
16     section, the first paragraph.
17  A  Yes.  I see where you are at.
18  Q  Okay.  They say, "There were no clear
19     dose-response trends for duration and frequency of
20     powder use..."  Correct?
21  A  Yes, that is what they say.
22  Q  On Page 50, the page after the abstract, in the
23     second paragraph they are talking about case
24     control studies.
25         Then they say, "However, these findings may

Page 243

1     be affected by recall bias and the recent surge in
2     talc-related lawsuits and media coverage."
3         Do you see that?
4  A  Yes, I do.
5  Q  In the last sentence the O'Brien authors say,
6     "Thus, it is crucial to evaluate the talc-ovarian
7     cancer association using prospective data."
8         Did I read that last sentence correctly?
9  A  You read that last sentence correctly.
10  Q  So at least the O'Brien authors are affirming that
11     it is crucial to evaluate this association with
12     prospective cohort data, correct?
13  A  It appears to be their belief, but they are the
14     ones writing the paper.
15  Q  Yes.  I understand.  Let me just say, you disagree
16     with that last sentence, is that correct, that I
17     just read?
18  A  I think cohort data still has a place and I -- not
19     to jump ahead, I think it does support an
20     association.
21         So I think it is crucial to build evidence
22     where we can.  Whether that evidence supports or
23     not the primary hypotheses that talc use is
24     associated with ovarian cancer, we should look at
25     all data available.

Page 244

1  Q  Do you believe that the O'Brien paper, the overall
2     finding of the O'Brien paper, supports your
3     causation opinion, or just the findings on patent
4     reproductive tracts that supports your opinion?
5  A  It is not my overall causation.  My overall
6     causation is not supported based on one study.
7         Overall causation is based on multiple lines.
8     Biologic plausibility.  Consistency.  Strength of
9     the association.
10         Overall, yes, I think the O'Brien paper and
11     these cohort studies, despite some limitations
12     that are inherent to cohort studies, particularly
13     of a disease of ovarian cancer which is a later
14     onset disease, still support the overall
15     association findings that there is an association
16     between risk of -- or I'm sorry -- between the use
17     of perineal talcum powder, genital talcum powder,
18     and ovarian cancer.
19  Q  Do you have the opinion that all of the cohort
20     studies demonstrate an association, or only three
21     of the studies demonstrate an association?
22  A  I'm of the opinion based on one of the studies, in
23     particular, the Sister Study, has serious issues
24     at least in the initial, in particular in the
25     initial analysis with how they obtained the

Page 245

1     exposure information.  There was a large degree of
2     misclassification, which they recognized, and it
3     was based on the timeframe that they were asking
4     about the talcum powder usage.
5         It was drastically lower than any other
6     published case control or cohort study that I saw.
7     So I feel like for the purposes even of this
8     review or this meta-analysis, that that study
9     should have been excluded on that basis.
10  Q  Okay.  In your report I think I saw, I could be
11     wrong, I thought I saw a couple conflicting
12     statements where at one point you said the four
13     cohort studies support an association, and then at
14     one point you said three.
15         Are you taking a position that the
16     Sister Study supports an association or does not
17     support an association?
18  A  The Sister Study on its own does not support an
19     association based on the estimate provided in this
20     meta-analysis.  I'm not talking about updated data
21     when they went back later and asked about the age
22     range of usage of being ten to thirteen, which
23     almost doubled their exposures.
24         All three of the other analyses in here, all
25     individually if we look -- we should look so I'm

62 (Pages 242 - 245)

Page 246

1    not just stating different.  Perhaps it is here.
2       I think the other three studies individually
3    all provide some evidence that supports a positive
4    association.
5  Q  The terminology "positive association" to you
6    means that it's more than one and it does not
7    matter if it crosses one, is that correct?
8  A  At this point is how I would define a
9    positive association.
10 Q  So for you, statistical significance in these
11   studies does not prevent you from saying that they
12   reflect a positive association, is that?
13      MS. PARFITT:  Object to the form.
14 A  Correct.  I would say that there is a positive
15   association.  I would not say that there is a
16   statistically significant association.
17      A positive association could still be
18   important clinically.  It could still be important
19   on a population level.  Statistical significance
20   is really talking about, you know, a statistical
21   test.
22 Q  But it is a test that is meant methodologically to
23   indicate when a certain result can be trusted.  I
24   know you may not agree with my terminology.
25      But it's meant to indicate when a result can

Page 247

1    be trusted, versus when a result may be due to
2    chance bias or confounding.
3       That is the purpose of statistical
4    significance, correct?
5       MS. PARFITT:  Objection to form.
6  A  I would say that the P value, again, is really
7    just to test a hypothesis.  It usually does not
8    indicate bias or confounding.  It's really more of
9    chance.
10 Q  Yeah.
11 A  However, it's an artificial number that we have
12   applied.  A P value of less than .05 is considered
13   to be statistically significant.
14      There is no scientific statistical biological
15   reason that we have selected that as a cut point.
16   And for that reason, they are being used less in
17   medical literature and scientific literature.  A
18   straight P value, it does not give you as much
19   information as a confidence interval would.
20 Q  You don't have to agree with my terminology,
21   because I know you won't, but you are not just
22   putting aside the P value, you are putting aside
23   the confidence interval, also.  Right?
24      I mean, these studies, these studies cross
25   one, several of the ones that you are calling

Page 248

1    positive, cross one, correct?
2  A  Correct.  But that can be for various reasons.
3    And one of the things that you can use when you
4    look at the confidence intervals, that gives you
5    some idea about just the sample size.
6       Whereas a P value does not give you any
7    additional information.
8  Q  So for purposes of your opinion here, whether or
9    not a study presents an association that crosses
10   one, or whether or not a study has a statistically
11   significant P value, regardless of all of that, as
12   long as the number is more than one you will call
13   it a positive association?
14 A  I would refer to that as a positive association,
15   yes.
16 Q  Is that something that you have held to
17   methodologically your entire career as an
18   epidemiologist, or is this a new thing?
19      MS. PARFITT:  Objection to form.
20 A  This has been kind of discussed and emerging in
21   the epidemiologic literature over time.  A lot of
22   that, I believe, has been driven by genetic
23   association studies, SNP studies.  This was
24   actually what my dissertation work was in, was
25   looking at seven different SNPS in five different

Page 249

1    genes.  That was back in 1999, 2000-ish.
2       That was when the field was really taking
3    off.  And what they noticed, and "they" meaning
4    kind of like the collective scientific community,
5    is that these genetic effects could be, in terms
6    of the point estimate .05 might have been
7    categorized as a very low estimate.
8       But then when you look over the whole
9    population, you say, oh, forty percent of people
10   carry that particular variant that increases risk,
11   that might not be a statistically significant or
12   impressive, so to speak, odds ratio.  But it is
13   very significant on a population level.
14      And that line of thinking, again, this is
15   when I was starting twenty years ago to come into
16   the field, I think that line of thinking has
17   really developed over time so that there is not
18   this reliance on it's statistically significant
19   so, therefore, it's important, versus it's not
20   statistically significant so, therefore, there is
21   no value.
22 Q  So with your definition of positive association,
23   is it your contention that the cohorts and the
24   case controls on talc and ovarian cancer all
25   consistently demonstrate an association?

63 (Pages 246 - 249)

Page 250

1      Or maybe with the exception of Sisters.
2          MS. PARFITT: Objection. Form.
3          You can answer.
4   A   And the Sister Study I would remove not because of
5      the point estimate that they found. It's really
6      about the major issue with misclassification of
7      the exposure.
8          So I want to be clear that that would be the
9      reason that I would exclude Sisters. It would not
10     be because it did not go in the positive
11     direction.
12         It would be because they noticed, you know, a
13     flaw that they actually kind of tested and proved
14     was a flaw. But, yes, I think that there is
15     consistency between the majority of the case
16     control studies and the cohort studies. There is
17     a positive association.
18         Again, we are talking about a substance, we
19     are talking about talc here that has, like, no
20     medicinal benefit to women that we know of. And
21     yet it might increase risk of this disease that is
22     highly rapidly fatal. It has a terribly poor
23     prognosis and induces a lot of suffering.
24  Q   All that is totally respected. The latter portion
25     of your comment there.

Page 251

1      That is a different issue, isn't it? Whether
2      or not ovarian cancer is a terrible disease and
3      all of the things that you just mentioned,
4      methodologically as an epidemiologist, right, when
5      you are trying to consider whether there is an
6      association, that, you know, that is a separate
7      issue from thinking about the public health
8      impact, isn't it?
9          MS. PARFITT: Objection to form.
10  A   Yeah. Thinking about whether or not there is an
11     association versus the ultimate health impact, to
12     me at the end that, that is more in line with
13     trying to establish causality.
14         But back to, you know, the area of, you know,
15     does the meta odds ratio or relative risks or a
16     single study, is the association, is it nine
17     percent excess risk? Is it twelve percent? Is it
18     twenty-five percent? Is it forty percent?
19         You know, those numbers to me, again, in the
20     totality of all of the analysis, you know, say
21     it's essentially all in the same direction. Those
22     odds ratios are all in the same direction whether
23     it's the nine percent, whether it is the thirteen
24     percent, whether it's the twenty percent increase
25     in risk.

Page 252

1   Q   So you are aware that a lot of the literature out
2      there published to date on this accepts or states
3      that the cohorts are not detecting an association
4      and some of the case controls are.
5          That is published out there in the
6      literature. You have seen that characterization
7      of the cohort studies, correct?
8          MS. PARFITT: Objection. Form.
9   A   I have seen that characterization. Yes, I have.
10  Q   It's in a lot of the meta-analysis that you cite.
11     It's in all of the cohort studies that you cite.
12         We just looked at O'Brien where they said
13     they didn't detect an association. All of these
14     studies are using language to say, the cohorts,
15     are not detecting an association.
16         You would disagree with all of those pieces
17     of literature that characterize the cohorts that
18     way, is that correct?
19         MS. PARFITT: Objection to form.
20  A   I don't disagree that those data are out there, or
21     those statements are out there.
22         I would disagree that we have four cohort
23     studies that have identified measures of
24     association that are lower than the vast majority
25     of case control studies.

Page 253

1      And that we as a field, you know, we have got
2      tens of thousands of cases that we have looked at
3      in these case control studies. We have a fraction
4      of that in those cohort studies.
5          As I mentioned at the beginning of today,
6      cohort studies are not well designed to answer a
7      question of a rare disease that takes years of
8      initiation. And, you know, that may be leading to
9      some of the differences that you see between those
10     point estimates.
11         Another concern of relying heavily on these
12     cohort studies is the fact that at entry into the
13     study, and I will use Women's Health Initiative as
14     an example, you have to be a post-menopausal
15     woman.
16         So any ovarian cancer that occurred
17     pre-menopausally, which is around seven and eight
18     percent of all ovarian cancers, were by definition
19     missed. And if you believe some of the other
20     literature that suggests that the effects of talc
21     are enhanced in a group of women who are either
22     pre-menopausal -- in the face or in the
23     interactions with estrogen -- so either on hormone
24     replacement therapy or pre-menopausal woman who
25     still have some at least some estrogen function.

64 (Pages 250 - 253)

Page 254

1    You know, if those women were included in
2  these cohort studies, conceivably the point
3  estimates would be much more in alignment with
4  what we see in the case control studies.
5    The cohort studies are not the best study
6  designed to answer this question.
7  Q  And the point estimate you have put in your report
8  in several places is 1.25, correct?
9  A  Yes.
10  Q  Is that the number that you land on as an expert
11  that you think the association from the totality
12  of the evidence is a 1.25, correct?
13    MS. PARFITT: Objection. Form.
14  A  Yeah. If I had to give a single number, I would
15  say, yes, about 1.25 based on the available
16  evidence.
17  Q  I'm just reading from your report.
18  A  Yes. That does not consider, you know, whether we
19  have an open or closed tract. If it was in a
20  patent tract, it might be a little higher.
21  Q  Okay. With respect to your testimony that the
22  cohorts show a positive association --
23  A  Yes.
24  Q  -- you have in prior literature previously
25  commented on the cohort studies, correct?

Page 255

1    MS. PARFITT: Objection. Form.
2    I'm not sure what cohort --
3  A  And I'm not sure prior literature.
4  Q  Okay. Well, today your testimony in this room is
5  that the cohorts show a positive association,
6  correct? That is your testimony. You are talking
7  about the WHI and the NHS, correct?
8  A  That is of my intensive read of everything that is
9  available to date including, you know, some of the
10  comments to the editor. Yes.
11  Q  Which we will get to hopefully. So I will mark as
12  Exhibit Number 21 your Schildkraut study.
13    (EXHIBIT NUMBER 21 WAS MARKED FOR
14  IDENTIFICATION.)
15  A  Yes.
16  Q  This is the study in which you were a co-author
17  that looks at body power use and ovarian cancer?
18  A  Yes.
19  Q  Again, this is a paper you co-authored with
20  Moorman, Schildkraut and many others, correct?
21  A  Yes.
22  Q  Look at the bottom of the first page for me.
23  A  Okay.
24  Q  There you are summarizing prior studies.
25  A  Yes.

Page 256

1  Q  At the very bottom you say, "The Women's Health
2  Initiative, WHI, did not detect an association
3  with genital talc use and EOC."
4    Do you see that language?
5  A  I do.
6  Q  Do you agree that that statement is true today?
7  A  I believe with -- yes. I would say based on -- so
8  this was based on 2016, but really probably more
9  like 2015 that, yes, based on all of the other
10  information I have from eight years later, I no
11  longer agreement with this statement.
12  Q  So today you are changing, or you would change how
13  you would write this sentence?
14  A  Right. I would say did not detect a statistically
15  significant.
16  Q  Is that because of the result of O'Brien or
17  because of these other lines of evidence that you
18  have considered?
19  A  It's actually both.
20  Q  You said in 2016 in a published paper before you
21  were a retained expert in the litigation that the
22  WHI did not detect an association with genital
23  talc use and EOC.
24    Those were your words as a co-author,
25  correct?

Page 257

1  A  Those were the findings, yes.
2  Q  You go on to say that, "Neither prospective study
3  found evidence of a dose-response relationship."
4    Do you see that language?
5  A  Yes.
6  Q  Will you agree that that is still true today?
7  A  Yes, I would.
8  Q  So you do agree that the prospective studies do
9  not find evidence of a dose-response relationship,
10  correct?
11  A  At the time of this publication I would say that
12  is correct.
13  Q  Do you agree --
14  A  But that was really only two studies.
15  Q  Okay. Do you agree to this day that WHI and NHS,
16  which were published before this --
17  A  Yes.
18  Q  -- that those studies do not find evidence of a
19  dose-response relationship?
20  A  I'm going to actually look at my meta-analysis.
21  I'm sorry. My cohort analysis table.
22    Because what occurred between the time that
23  these initial studies were published and the
24  findings that were summarized in O'Brien is they
25  add cases. As the cohort ages and develops more

65 (Pages 254 - 257)

Page 258

1    cases are added.
2        So, again, I am now looking at the Table 4.
3    I'm really looking at WHI number of cases based on
4    the 2014 which is 429 cases.
5        Then if we can go back to the O'Brien
6    analysis, Exhibit 20. Yeah. The Women's Health
7    Initiative study here, it went from, you know,
8    what was originally published in 2014, so prior to
9    the writing of the Schildkraut paper, they had 429
10   cases. Now they have got 649 cases. So not quite
11   doubling. No. Not quite a doubling. But, you
12   know, a large additional amount of data was
13   included in the O'Brien papers.
14   Q   Again, my question that we are on right now is
15   whether you still agree that neither NHS nor WHI
16   found evidence of a dose response relationship.
17       Do you agree with the statement that you made
18   in 2016, do you agree with that today?
19           MS. PARFITT: Objection. Form. Asked and
20   answered.
21   A   Yes.
22   Q   But you do not agree with the prior sentence that
23   you wrote in 2016.
24       You no longer agree that the WHI did not
25   detect an association. You would amend that

Page 259

1    today --
2    A   Correct.
3    Q   -- in the context of litigation, correct?
4           MS. PARFITT: Objection to the form.
5    A   Correct. I would amend that.
6           MS. PARFITT: We have gone about an hour.
7    Can we take a little break?
8           (OFF RECORD AT 4:03 P.M.)
9           (AT THIS TIME A SHORT RECESS WAS HELD OFF
10   THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS
11   WERE HAD:)
12           (ON RECORD AT 4:19 P.M.)
13   BY MR. JAMES:
14   Q   With respect to the O'Brien article, did you read
15   the accompanying letter written by Gossett?
16   A   Let me see.
17   Q   I did not see Gossett listed, in full disclosure.
18   A   If I did not --
19   Q   Let me mark it and hand it to you.
20   A   Okay.
21           (EXHIBIT NUMBER 22 WAS MARKED FOR
22   IDENTIFICATION.)
23   Q   Does that letter look familiar to you?
24   A   Yes, it does. I think this was published at the
25   same time, was it not? Kind of like an

Page 260

1    introduction to the article.
2    Q   To be honest, I don't know the precise chronology.
3        Do you recall seeing this?
4    A   I believe so.
5    Q   Okay.
6    A   I thought -- I can tell by the dates on it. This
7    is like the introductory commentary about the
8    article.
9    Q   Okay.
10   A   Yes.
11   Q   I want to ask you about a specific passage. Turn
12   over to the second page.
13       On Page 30 there is a paragraph there that
14   starts with, "Given this putative mechanism of
15   exposure..."
16       Do you see that?
17   A   Yes. They are speaking about inflammation.
18   Q   Okay. And they go on to talk about a
19   classification issue. You can read that
20   paragraph. That is between patent and not patent.
21       Read that paragraph. Then I want to ask you
22   a question.
23   A   Got it. I'm through it.
24   Q   So in that paragraph one of the issues that they
25   are discussing is the classification of patent

Page 261

1    versus non-patent, correct?
2    A   Yes.
3    Q   Do you agree that the stratification of women into
4    patent and non-patent does not clearly group women
5    into exposed and non-exposed categories for the
6    reasons that they stated?
7           MS. PARFITT: Objection.
8    A   I would agree if you are just looking at kind of
9    gross measure of exposure. But it does not, there
10   is, like, a curtailing of exposure that could
11   occur in women who have had, you know, a
12   hysterectomy or oophorectomy or tubal ligation.
13       So it could be a curtailing of that exposure.
14   It gives you some additional information.
15   Q   Okay. But you are agreeing that there is some
16   merit to what they are saying about the
17   classification issue?
18           MS. PARFITT: Objection. Misstates
19   testimony.
20   A   I'm saying this provides additional information.
21   What is described here is what we would call -- it
22   is a potential effect modifier. When you divide
23   one group into two different groups to see if the
24   association differs between those two groups.
25       Here they argue because it's not

66 (Pages 258 - 261)

Page 262

1  statistically different, the HR in the patent
2  group of 1.13 and the non-patent group of .99,
3  they are arguing that it's not a statistically
4  significant difference. So, therefore, it is not,
5  in their mind, important.
6  Q  Okay. I guess you are talking about the
7  heterogeneity test they ran between the two
8  subgroups?
9  A  Yes.
10  Q  In O'Brien, and Gossett re-emphasizes, there was
11  not a statistically significant difference between
12  the two subgroups, correct?
13  A  Not statistically significant, correct.
14  Q  The conclusions they draw from that finding are
15  that because of that, you actually really can't
16  say that there was a difference between the
17  association between patent and non-patent?
18      They are hinging on statistical significance?
19      MR. TISI: Who is they? Gossett or
20  O'Brien?
21      MS. PARFITT: Objection.
22  Q  Gossett.
23  A  Yes. That is what Gossett states.
24  Q  O'Brien notes that as well. They note that they
25  ran the heterogeneity test, correct?

Page 263

1  A  Correct. But the heterogeneity test, again, is a
2  P value. It's based on the simple kind of like a
3  yes or no, versus looking at the hazard ratios.
4      One does still, you know, suggest and, in
5  fact, if you are going to look at one P value or
6  argue statistical significance in one area, it is
7  now statistically significant at 1.01 to 1.26
8  confidence interval.
9  Q  Okay. We have talked about your position on
10  statistical significance already today, correct?
11  A  Correct.
12  Q  Does that position apply in your mind to this
13  issue as well, the statistical significance of
14  heterogeneity?
15      MS. PARFITT: Between patent and
16  non-patent?
17  A  Between these two groups?
18  Q  Yes.
19  A  Yes. My opinion is that, you know, once you start
20  stratifying data in any sort of way when you
21  already have a limited number of, you know,
22  subjects, you are just absolutely losing the power
23  to detect differences between the groups.
24      That is what the test for heterogeneity is,
25  is there a difference between the groups or not.

Page 264

1  Q  And another point they make is that actually
2  trying to bucketize these two groups of study
3  participants in the patent and non-patent does not
4  really classify them into exposed versus
5  non-exposed.
6      Did you see that point they were making as
7  well?
8      MS. PARFITT: Objection. You are still
9  talking Gossett, right?
10  Q  Sure. Yes. For the Gossett article, one of the
11  points they are making is that the stratification
12  does not clearly group the women into exposed and
13  unexposed, correct?
14      That is what they are saying?
15  A  Correct. Because women who had been using, for
16  example, during their adolescent years who had a
17  tubal ligation in their thirties, they were only
18  exposed -- it curtails the exposure. They are
19  potentially exposed up until that time.
20  Q  Do you think there was some merit to that point,
21  that the stratification does not actually properly
22  get the case study participants into exposed and
23  unexposed?
24      Do you think there is some merit to that
25  point?

Page 265

1      MS. PARFITT: Objection.
2  A  I think there is merit to that point. I think it
3  adds some information about the length of
4  exposure.
5  Q  Okay. Do you have any concerns with the power of
6  the cohort studies to detect the level of
7  association that you ascribe, which is the 1.25?
8  A  I feel on their own they would be underpowered to
9  detect that association.
10      As a group, despite the fact that they ask
11  questions somewhat differently, they have had to
12  harmonize data that are perhaps not perfectly able
13  to be harmonized because it's not the exact same
14  question being asked for the exact same timeframe
15  for all these studies.
16      So it's a less than perfect harmonization. I
17  do think that it is potentially still
18  underpowered.
19  Q  And "it" you are referring even with O'Brien?
20  A  Yes. Even summarized together.
21  Q  Let's look at your report.
22  A  Uh-huh.
23  Q  Let's look at Page 20. At the very bottom of
24  Page 20 you talk about these various metas.
25  A  Yes.

67 (Pages 262 - 265)

Page 266

1  Q  You are talking about Berge.  At the very bottom,
2     the second to bottom sentence you say, and you are
3     quoting here, "Thus, low power of cohort studies
4     cannot be invoked as explanation of the
5     heterogeneity of results."
6          Do you see that sentence that I read?  That
7     is from Berge, correct?
8  A  I'm missing where you are.
9  Q  No worries.  Three from the bottom.
10 A  Okay.  So I'm seeing, "It should be noted that the
11    cohort --"
12 Q  Yes.  Just read to yourself.
13 A  Okay.
14 Q  Then carry on to finish that hanging sentence.
15 A  Yes.  So they are noting that it was just -- they
16    note the 429 in this WHI study.  "So while the
17    statement isn't completely correct, the point is
18    the same.  Power also depends on the variation of
19    the prevalence of the exposure between cases and
20    controls, but it is not described."
21         I just felt like that is not necessarily a
22    complete power analysis.  It does not give me
23    enough information.
24 Q  Okay.  I read that sentence to indicate that you
25    sort of agreed with the proposition in Berge that

Page 267

1     low power was not really a problem.
2          Did I misread that?
3  A  Yes.
4          MS. PARFITT:  Objection.  Form.
5  Q  That is fine.  That is all I needed.
6  A  Okay.
7  Q  Your contention today, you believe that even with
8     O'Brien there is still a power problem, is that
9     correct?
10 A  For the --
11         MS. PARFITT:  Objection to the form.
12         It's a bit vague, Scott, when you read the
13    record.
14         Do you want to try that one again?
15 Q  Sure.  Even with the O'Brien study.  The data --
16 A  The four cohort study analysis in the 2020 paper?
17 Q  Yes.  The O'Brien 2020 paper which collects more
18    data on the cohorts, correct?
19 A  Yes.  Correct.
20 Q  So that is the most recent analysis we have of the
21    cohort data, correct?
22 A  Yes.
23 Q  And O'Brien 2020?
24 A  Yes.
25 Q  Okay.  Do you believe that O'Brien 2020 was

Page 268

1     underpowered to detect the magnitude of
2     association that you are claiming in your report,
3     which is the 1.25?
4  A  I would say that I do not have enough detail, nor
5     have I performed a post-hoc power analysis because
6     that is also something that, generally speaking,
7     we try to power studies upfront versus
8     retrospectively, to really, to make that statement
9     clearly.
10         I go back to compared to a very well-designed
11    case control study, and there are a number of
12    them, that these cohorts are still underpowered to
13    detect associations of that magnitude.
14         And, further, they have got some issues with
15    either classification or selection bias at the
16    time of study entry that makes them kind of have
17    different concerns than case control studies, but
18    there are still concerns with regards to the
19    methodology and the ultimate findings.
20         There are strengths and weaknesses of both
21    types.  Cohort studies are perhaps not as well
22    suited as the case control.
23         And because the case control has kind of been
24    the standard for decades for this research
25    question, there is just a lot more data there and

Page 269

1     a lot more detailed data there.
2  Q  Okay.  In your table on Page 22 of your report --
3  A  Yes.
4  Q  -- you include a summary table of the
5     meta-analyses and Terry and O'Brien pooled
6     analyses, correct?
7  A  Yes.
8  Q  For the O'Brien article you have listed only the
9     association for patency, correct?
10 A  Yes.
11 Q  You did not do that for any of the other studies,
12    correct?
13 A  Correct.  I highlighted that one because the
14    patency issue to me was the standout point in
15    O'Brien.
16         So that is really just to remind myself that
17    this is, this is something that came up.  In
18    particular, it came up in the response to the
19    reviewer.
20         Just to be clear, this first editorial is
21    published at the time of the O'Brien paper as kind
22    of a highlight.  These are usually invited reviews
23    by the Journal.  That is the Gossett paper,
24    Exhibit 22.
25         Whereas, the commentary that came up after

68 (Pages 266 - 269)

Page 270

1  O'Brien and then the invited commentary from a
2  year or so later, really reverses her overall
3  statement that there was no association seen. And
4  that was why I listed that to highlight that one.
5  Q  So your contention is that in this Table 3 you
6  have listed O'Brien 2020 patent numbers only.
7  A  Uh-huh.
8  Q  That is, in part, because you believe O'Brien has
9  reversed her conclusions from her 2020 paper, is
10  that correct?
11  A  It was just to draw my attention to it, similar to
12  Davis above that. The focus of the Davis paper
13  was to see if there were any differences between
14  African-American and White women with respect to
15  risk. You know, similar to the Phung paper where
16  I list the endometriosis and no endometriosis.
17     It's really just to give myself and those
18  reading, you know, anything notable about the
19  study. And that was with the O'Brien original
20  study from 2020, the original analysis, that was
21  what stood out to me there.
22  Q  Is your position that from O'Brien 2020, the only
23  finding left standing after this so-called
24  reversal is the patency finding?
25     MS. PARFITT: Objection to form.

Page 271

1  A  No. No, not at all.
2  Q  The letters to the editor that you are identifying
3  are from Cramer, Harlow, and Roth, correct?
4  A  Yes. Those were the ones, yes.
5  Q  We talked this morning, those are all retained
6  experts for the plaintiffs, correct?
7  A  I believe so.
8  Q  On Page 19 when you say -- we will use this exact
9  language. Page 19 of your report --
10  A  At what point in time? Can we revisit that?
11     At what point in time were they --
12  Q  Was that an objection counsel made or was that a
13  point?
14     MS. PARFITT: I objected to the question.
15  I think she was still talking. I don't know. I
16  turned to Chris.
17     MR. TISI: She was talking.
18     MS. PARFITT: I thought you were still in
19  your explanation.
20  Q  Do you know how long Cramer --
21     MS. PARFITT: Can she finish?
22  A  I was asking at the time, you know, were they --
23  Q  Do you know?
24  A  I don't.
25  Q  Do you know how long Dr. Cramer has been a paid

Page 272

1  expert for the plaintiffs?
2  A  No, I know that Dr. Cramer published the first
3  study in 1992. This has pretty much been his
4  life's work. I don't know if he was ever
5  retained, I don't know for any of them if they
6  were retained by the plaintiffs and what date, as
7  well as by the defense and what date.
8     Can you go back and forth?
9  Q  I'm trying to move us along. The Cramer 2016
10  paper that you cited, did you see a disclosure in
11  that paper?
12     Do you recall that?
13  A  I don't recall.
14  Q  Regardless, with respect to the letters to the
15  editor and then you said Dr. O'Brien wrote a
16  response, correct?
17  A  Correct.
18  Q  If you look at the bottom of Page 19 of your
19  report --
20  A  Yes.
21  Q  -- you have underlined and are referring to her
22  response, correct?
23  A  Her response, yes.
24  Q  You say, "This reverses the conclusion of the
25  original manuscript that stated 'there was not a

Page 273

1  statistically significant association between use
2  of powder in the genital area and ovarian
3  cancer'."
4     That is the language from your report, is
5  that correct?
6  A  Yes, that is.
7  Q  Are you contending that the entire manuscript is
8  reversed?
9     Are you contending that the only thing left
10  standing is the patency finding?
11     What was reversed in your mind?
12  A  The conclusion that is stated there in the
13  manuscript, or underlined there in the manuscript,
14  we can go back to the original manuscript if
15  necessary, it states there was not a statistically
16  significant association between the use of powder
17  in the genital area and ovarian cancer.
18     If we are going to be picky about
19  statistically significant, there was a
20  statistically significant association amongst the
21  women with the patent reproductive tract.
22     Her other findings, I don't debate the other
23  findings in terms of, you know, what she stated
24  about those.
25     But, again, you know, there can be a positive

69 (Pages 270 - 273)

Page 274

1    association that is not statistically significant
2    and it can still be meaningful.
3    Q  Has a retraction to the O'Brien 2020 article been
4        published?
5    A  I think that the review that she wrote a year
6        later, it is not an official retraction of this
7        2020 paper, but I believe it, if not completely
8        reverses her findings, I think it restates them in
9        a manner that states that there is a positive
10      association between talc use and ovarian cancer.
11   Q  Has JAMA issued any sort of statement or
12      retraction?
13   A  No.  But it would be unusual for a journal to do
14      so unless there were issues in terms of, like, if
15      the data were misrepresented or out of order,
16      something along those lines.  Or if they found
17      there was any kind of fabrication of data.
18          And I'm not suggesting that whatsoever.
19   Q  Have you talked with any of the authors of the
20      O'Brien paper?
21   A  No.
22   Q  With all due respect, to say that something was
23      reversed via a letter to the editor is a pretty
24      remarkable claim, don't you think?
25          MS. PARFITT:  Objection.

Page 275

1          Counsel, is that an argument or a question?
2          MR. JAMES:  It's clearly a question.
3    Q  I mean, it seems remarkable to me.
4          Does it seem remarkable to you to claim that
5        an article or a finding has been reversed through
6        a letter to the editor response?
7          MS. PARFITT:  I will object.  That is what
8        she put in the report.
9          The question is whether it's remarkable to
10      her?
11         MR. JAMES:  Yes, that is what I am asking.
12   Q  Professionally is it remarkable for you to make that
13      that claim?
14         MS. PARFITT:  Objection to the question.
15   A  I don't think it's remarkable for me to make the
16      claim.  I think it's a statement of fact.  She
17      reversed the conclusion in the original manuscript
18      that stated there was not a statistically
19      significant association between use of powder in
20      the genital area and ovarian cancer.
21         You know, there was a statistically
22      significant association that was found.  And, you
23      know, what was most striking to me about all of
24      this was really just how readily the original
25      authors of O'Brien agreed with the points that

Page 276

1    came up in the Cramer discussion, as well as the
2    earlier discussion, the second letter that I
3    referred to from Harlow and Rothman.
4    Q  Do you agree with O'Brien's response where she
5        still highlights that recall bias is still present
6        in the retrospective studies?
7          Do you agree with that portion of the
8        response, also?
9    A  I would have to go and see exactly what she had to
10      say.
11         But globally do I agree with the statement
12      that recall bias may be present in some case
13      control studies depending on the exposure, yes.
14   Q  Did all of the authors on the O'Brien 2020 paper
15      sign on to this letter response?
16   A  I don't have that knowledge.  We can look and see.
17         MS. PARFITT:  Scott, are you talking about
18      the O'Brien reply?  I have a copy.  Let me show it
19      to her.
20         MR. JAMES:  Okay.  Go for it.
21         MS. PARFITT:  Mine is highlighted.
22         MR. JAMES:  No worries.  I will just mark
23      it as well.
24         MS. PARFITT:  Oh, no.
25   A  I should have a copy.  Let me see what number it

Page 277

1    is.  76.
2    Q  Here, I will just hand you a copy.
3    A  I have it.
4    Q  Exhibit 23 is the O'Brien response letter.
5          (EXHIBIT NUMBER 23 WAS MARKED FOR
6        IDENTIFICATION.)
7    Q  Okay.
8    A  So in reply --
9    Q  All I'm asking you about is the second paragraph
10      where she says, "Conversely, empirical evidence
11      supports that recall bias is present in
12      retrospective studies."
13         Do you see that sentence?
14   A  Yes.
15   Q  Do you agree with that sentence?
16   A  I want to see what empirical evidence she cites.
17      It's the Schildkraut paper.  Yes.  I have already
18      stated that there is evidence of recall bias.
19         The other paper there, the Trabert was
20      actually, kind of like this Gossett paper, was an
21      editorial prior to or it was published at the same
22      time.  That is what the Trabert paper was to
23      Schildkraut.  So it is really using the same piece
24      of evidence there, that case control study.
25         So that is one study amongst almost three

Page 278

1  dozen studies that support recall bias, that show
2  evidence that there is potential recall bias.
3      The recall bias we believe as an author on
4  that study was introduced because of this talc
5  litigation. All of those other prior studies,
6  they asked those questions years, if not decades,
7  before in different countries even and we saw the
8  same results.
9      So the empirical evidence that she states is
10  based on exactly one study.
11  Q  So you think that the medical and scientific
12  community believes that the only source of recall
13  bias in the talc ovarian cancer studies is the
14  onset of litigation in 2014?
15      MS. PARFITT: Objection. Misstates her
16  testimony.
17  A  Yeah. No, I never stated that. I stated that the
18  empirical evidence that she cites here to
19  support -- this empirical evidence supports that
20  recall bias is present in retrospective studies,
21  she just really cites one source, which is that
22  Schildkraut paper. That is it.
23  Q  But she is just writing a response letter,
24  correct?
25  A  Well, sure.

Page 279

1  Q  Would you have liked her to have done an expose'
2  on recall bias in the talc ovarian cancer studies?
3      MS. PARFITT: You asked her two questions.
4  Do you want her to answer both?
5      You have two questions out there, Scott.
6  A  Now I have forgotten the two questions.
7  Q  Okay. Let's just move on.
8  A  Okay. The original question, as to did everyone
9  sign off, O'Brien, Sandler, Wentzensen on the
10  original paper was -- it was, yes, three out of
11  four. Actually, I don't know who this -- no. No.
12  Not the 2000. Not this one. The 2020. No.
13      So who signed off on it? It was the senior,
14  or the senior author, Wentzensen. Then Dale
15  Sandler and Dr. O'Brien. So the first and the two
16  most senior authors signed off.
17      So, no, it was not signed off on by
18  everybody. Thank you for that.
19  Q  A few moments ago you referred, I believe, to the
20  2021 review article by Wentzensen and O'Brien,
21  correct?
22  A  Yes.
23  Q  Okay.
24  A  I'm trying to get to it.
25  Q  You discuss that in your report. You are looking

Page 280

1  at it right now?
2  A  Yes.
3  Q  You also stated in your report that you give more
4  weight to invited reviews, something along those
5  lines, is that correct?
6      MS. PARFITT: Objection to the question.
7      You can answer.
8  A  Yeah. I'm not sure I said I give more weight to
9  invited reviews. I do think I give less weight to
10  just investigator initiated general reviews.
11  Q  Okay. For the Wentzensen and O'Brien 2021
12  article, are you aware that they stated in that
13  article that it is difficult to conclude that the
14  observed associations are causal?
15      Do you recall that language?
16      MS. PARFITT: Can you tell us, are you at
17  a specific place?
18  Q  I didn't see that highlighted in your report. I
19  was wondering if you noticed that observation?
20      MS. PARFITT: Objection to form.
21  A  The observation I see related to that in the
22  abstract is kind of buried in the middle that says
23  the causal factors underlying this association are
24  not clear.
25  Q  Okay. So I've just handed you what I have marked

Page 281

1  as Exhibit Number 24.
2      (EXHIBIT NUMBER 24 WAS MARKED FOR
3  IDENTIFICATION.)
4  A  Yes.
5  Q  Let's look at Page 9. In this article that
6  postdates the O'Brien article from 2020, and it
7  postdates the letter to the editor response.
8      Dr. O'Brien published this article, correct?
9  A  Yes.
10  Q  That was a clunky question, but this came after?
11  A  Yes.
12  Q  We can see at the top of Page 9 in this review
13  Dr. O'Brien says that, "Independent of the
14  underlying cause, the association between powder
15  use and ovarian cancer is weak."
16      Do you see that?
17  A  I do.
18  Q  Would you agree with her that the association is
19  weak?
20  A  No, I would not characterize an association as
21  weak. I might characterize, you know, other
22  factors. But an association I would characterize
23  with a point estimate.
24  Q  You would never --
25  A  A number. I would not try to assign some sort of

71 (Pages 278 - 281)

Page 282

1    scale that if it was between X and Y it's weak and
2    if its between Y and Z it's moderate and so forth.
3  Q  If I hear you correctly you would not, as an
4    epidemiologist, refer to an association as weak or
5    modest or strong, is that correct?
6       Did I understand you correctly?
7  A  Yes.  In my work today and how I write now I would
8    just present the data.
9  Q  Do you recognize that an association of 3.0 is
10   stronger than an association of 1.5?
11 A  I would say it's larger at this point.  I don't
12   know if I would use the terminology stronger any
13   more.
14 Q  If you look down below in that same paragraph
15   below the 32 note, here is the language I was
16   referring to.
17 A  Okay.
18 Q  She says, "Given the inability to attribute a
19   clear causal factor to the observed associations,
20   the lack of a good experimental model, the lack of
21   a specific biomarker for powder-related
22   carcinogens, and the inability to rule out
23   confounding by indication, it's difficult to
24   conclude that the observed associations are
25   causal."

Page 283

1       Did I read that correctly?
2  A  You read that correctly.
3  Q  Despite our back and forth on what the letter
4    response meant, at least as of 2021 Dr. O'Brien is
5    still expressing that it's difficult to conclude
6    that the association is causal, is that fair?
7       MS. PARFITT:  Objection.
8  A  I would say based on what she has written here,
9    that is true.
10 Q  I appreciate you do not agree with her.  But at
11   least in 2021 we can see that she has put this pen
12   to paper, correct?
13      MS. PARFITT:  Objection to form.  There
14   are two authors on here.
15 A  Yes.  There are two authors.  But I would also say
16   that I feel like this is a really high bar that
17   they are setting here.
18      So when they say the inability to attribute a
19   clear causal factor to the observed associations,
20   a clear causal factor does not make a lot of sense
21   to me.
22      I think what they are trying to say is that
23   talc is not a clear causal factor.  So I'm
24   confused about that little portion of the
25   sentence.

Page 284

1       When they talk about things like the lack of
2    a good experimental model, the lack of a specific
3    biomarker for powder-related carcinogenesis, and
4    then the lack of -- where am I -- the
5    inability to rule out confounding by indication,
6    there's a lot of other associations in the world
7    of cancer more broadly that we don't have those
8    sorts of things for but that, again, we as either
9    the scientific community or as, you know, the
10   larger community as a whole still consider to be
11   even without this clear causal factor that they
12   are looking at or these clear biomarkers, that
13   point, you know, with the hundred percent
14   certainty that this is it.
15      We make policy decisions every day that are
16   based on things with a lot less evidence than what
17   they, the standard that they are holding to
18   causality here.
19      A good example of that comes, again, from
20   my --
21 Q  Dr. Cote, my time is really limited.  This is not
22   really responsive to my question.
23      MS. PARFITT:  I believe it is.  Let her
24   finish.  She will make it efficient.
25      MR. JAMES:  Counsel has an opportunity --

Page 285

1       MS. PARFITT:  I'm sure she will bring it
2    to a close.  Let her at least finish that
3    thought.
4  A  I will bring it to a close right now in saying
5    lung cancer, for example, we make policies about
6    pollution and we make policies about radon where
7    those policies have been in place before or in
8    lieu of not having a specific signature for you
9    are exposed to radon or that that air pollution is
10   driving this association.
11      Those are associations that we see that are
12   in about the same magnitude of the associations we
13   are seeing here with ovarian cancer.  So they have
14   a really high bar here of causality in my expert
15   opinion.
16 Q  Are you aware of other associations in the same
17   range of a 1.25 that have been deemed to be not
18   causal?
19 A  With respect to ovarian cancer?
20 Q  Or any cancer?
21 A  I have not done a literature review looking at
22   causality.  Causality is what takes hundreds of
23   hours of review.
24 Q  In your report you cite to examples of other
25   associations in the same magnitude as talc that

72 (Pages 282 - 285)

Page 286

1  you deem to be analogous or relevant in some way.
2      Specifically you cite to colorectal cancer,
3  right?
4  A  As one. Is this the executive summary? I'm sorry
5  to interrupt.
6  Q  My question is more in general, are you aware of
7  any associations in the 1.25 range that are not
8  causal just across the world of cancer
9  epidemiology?
10 A  Sure. There could be those associations that are
11 not causal. It could be an association that is
12 simply being driven by a confounding.
13 Q  You didn't cite any examples of that in your
14 report, correct?
15 A  No. Because I was, you know, trying to establish
16 whether or not there was causality. I didn't go
17 through and do a causal association analysis
18 looking at all of the different factors associated
19 with Bradford Hill for, you know, I would have
20 never completed this in that timeframe. This
21 would have been another several hundred hours of
22 work.
23 Q  With respect to meta-analyses on Page 22 of your
24 report, please.
25 A  Okay. I am there.

Page 287

1  Q  You say below the table that the meta-analyses
2  were consistent in reporting a positive
3  association between ever never talc use, correct?
4      That is in the first sentence.
5  A  Yes.
6  Q  You say, "This is not entirely surprising, as each
7  newer meta-analysis contains the studies examined
8  in the earlier meta-analyses, in addition to more
9  recent publications." Correct?
10 A  Yes.
11 Q  With respect to meta-analyses, as time goes by
12 they are continuing to count the same data and
13 then adding what is new?
14 A  Correct.
15 Q  And then the point you are making here that the
16 results are consistent is not entirely surprising,
17 it's because the meta-analyses are using a lot of
18 the same data, correct?
19     MS. PARFITT: Objection. Form.
20 A  Correct. I'm definitely pointing out here that
21 these data from these earlier studies are being
22 reused, which is absolutely within the standard
23 accepted methodology. You would be questioned if
24 you were excluding them.
25 Q  Of course. But to say that the number of

Page 288

1  meta-analyses that show consistency, right, to say
2  that all of those meta-analyses are consistent,
3  one also cannot disregard the fact that the
4  consistency is, in part, at least driven by the
5  fact that they are all crunching the same numbers,
6  correct?
7      MS. PARFITT: Objection to form.
8  A  I would say overall that that is a correct
9  statement. In the most recent meta-analyses,
10 again, they have been trying to examine the data
11 in different ways that provide more insight about
12 the exposure or about other potential factors
13 associated.
14     For example, the Phung study with
15 endometriosis. The Woolen study looking at kind
16 of the higher ends of exposure in the studies.
17 They are trying to look at different ways to
18 classify the exposures that adds something novel.
19 Q  The meta-analyses that consider the same data
20 build on one another, correct?
21 A  That is correct.
22 Q  You are making that point in your report?
23 A  Yes.
24 Q  Meta-analyses also do not correct for underlying
25 problems with the data?

Page 289

1      MS. PARFITT: Objection to form.
2  Q  I will be more precise. Meta-analyses do not
3  correct for recall bias that is embedded in the
4  data, correct?
5  A  Actually that is not an entirely correct
6  statement. Most meta-analyses use adjusted
7  estimates from each of the studies. Those
8  estimates are from adjusted models that reduce the
9  effects of confounding.
10     That is one of the goals of adjusting for
11 different variables and models.
12 Q  Did you say confounding?
13 A  Yes.
14 Q  What about recall bias? If the case control
15 studies here, and I appreciate your opinion may be
16 different, but if the case control studies on talc
17 and ovarian cancer have recall bias and if they
18 have significant recall bias, that is not erased
19 by putting these all into the meta-analysis
20 machine, is it?
21     MS. PARFITT: Objection to form.
22 Q  The recall bias is still there?
23 A  I think all of the studies that are included, and
24 certainly some of these meta-analyses try to
25 address this by giving some grading system to each

73 (Pages 286 - 289)

Page 290

1    of the studies.
2        How we manage recall bias, one of the ways of
3    managing recall bias, again, if it exists, and
4    I'm, you know, my statement is that I do not
5    consider recall bias to be a significant issue in
6    these case control studies other than what was
7    shown in Schildkraut.
8        We do it through the methodology of study
9    collection. We do it through very standardized
10   questionnaires. We do it through the training of
11   staff. We do it through how we design the
12   questionnaires to ask a large number of questions.
13       So those are all methods that have shown that
14   recall bias can be reduced, if not eliminated,
15   using some of these techniques. And so it's the
16   quality of the studies that are included.
17       One of the advantages of case control studies
18   is that you can do a very well designed case
19   control study that asks a lot more detailed
20   questions about exposures.
21 Q  Did you testify that the meta-analyses have
22   eliminated the recall bias in the case control
23   studies?
24 A  I'm not saying that they have eliminated it
25   through meta-analysis. I'm saying that the design

Page 291

1    of case control studies helps reduce the amount of
2    recall bias in each individual study. The
3    meta-analysis itself, no.
4  Q  For these case control studies, for the talc
5    ovarian cancer case control studies, what have you
6    done qualitatively and quantitively to determine
7    in your mind that those questions are asked in a
8    certain way, you know, such that recall bias is
9    not a problem?
10       Have you looked at all of the study
11   questionnaires?
12       Have you compared them against the results?
13       What have you done?
14       I see that you cited the Cramer article on
15   recall bias.
16       Have you undertaken a critical analysis of
17   these case control studies to conclude that recall
18   bias is not really a problem?
19       MS. PARFITT: Objection. Form.
20 A  I have looked at each one of these studies at the
21   material and methods and --
22 Q  In the paper itself?
23 A  In the paper itself. I have not gone back and
24   looked at questionnaires. I can state I have been
25   doing this for twenty years. I have trained at

Page 292

1    two different institutions.
2        And, you know, some of the things that are
3    gold standard in terms of how you interview or
4    extract information from people across the board
5    are things that I look for in all of these
6    studies. They were things that I talked about
7    about the structured questionnaires, about
8    training of staff.
9        I can say for Schildkraut, because I was
10   involved in that process, we absolutely did that
11   and it was never a one time thing. We went back
12   and trained staff continually.
13 Q  But you have not gone back and looked at the
14   questionnaires for all of the case control
15   studies?
16 A  No, I have not looked at them all. I have looked
17   at the materials and methods in enough detail that
18   I'm confident that they did what they could to
19   reduce recall bias.
20 Q  But so has everyone else in the world of talc
21   ovarian cancer literature. They have all looked
22   at the methods in the published paper.
23       Almost to a fault, everyone is saying that
24   one of the things going on in these talc ovarian
25   cancer is recall bias. Right?

Page 293

1        That is nearly uniform. It's stated in all
2    of the cohort studies. It's stated in all of the
3    meta-analyses, at least until Woolen.
4        This is not a claim that you didn't read.
5    You were aware that people are claiming this at
6    least in the literature, correct?
7        MS. PARFITT: Objection to form.
8  A  I would claim that recall bias in case control
9    studies, not even specific to talcum powder and
10   ovarian cancer, that is a potential limitation of
11   the study design of a case control study.
12       I would also say that with this particular
13   research question, that the evidence for recall
14   bias is limited. And it is really just limited to
15   the Schildkraut study. And even amongst women
16   that we don't think had a significant exposure,
17   potential to recall bias, you know, there is also
18   the possibility that there was just
19   underreporting.
20       That is another possibility that we don't
21   talk about. And if that was the case, we would be
22   misclassifying people and driving these odds
23   ratios towards the null. But saying that case
24   control studies are affected by recall bias is
25   absolutely something that we teach in Epidemiology

74 (Pages 290 - 293)

Page 294

1    101.
2       Do we have great evidence of it for this
3    particular association?  No, we don't.
4  Q  And so all of the authors of all of the papers
5    that do mention that what is going on in some of
6    these case control studies is recall bias, all of
7    those authors are just wrong?
8       MS. PARFITT:  Objection.  Misstates the
9    evidence in this case.
10  A  I absolutely did not say that.  I said that that
11    is always a potential for the types of studies --
12    case control studies always have the potential for
13    recall bias.
14       Just like cohort studies always have the
15    potential for loss to follow-up, which means you
16    don't follow your participants until the end maybe
17    for reasons that are very different because they
18    are too sick to answer and so forth.
19       So there are study design issues inherent to
20    all of the types of study designs.
21  Q  Okay.  I'm going to mark as Exhibit 25 the Woolen
22    paper.
23       (EXHIBIT NUMBER 25 WAS MARKED FOR
24    IDENTIFICATION.)
25  A  Yes.

Page 295

1  Q  As we discussed this morning, Smith-Bindman is a
2    paid plaintiffs' expert in this MDL talc
3    litigation, correct?.
4       MS. PARFITT:  Objection.
5  Q  Are you aware of that?
6  A  I believe so, yes.
7  Q  Okay.  Do you know any history behind the efforts
8    to publish this paper?
9  A  I do not.
10  Q  Do you know if the genesis of this paper was in a
11    litigation report?
12  A  I do not.
13  Q  Do you know anything about Smith-Bindman's
14    experience or qualifications or credentials to
15    conduct a meta-analysis?
16  A  I do not.
17  Q  Have you ever communicated with any of the authors
18    of this paper?
19  A  No.
20  Q  Have you reviewed any peer reviewed comments
21    associated with this paper?
22  A  No, I do not.  I would not.
23  Q  On Page 17 of your report, you say that frequency
24    of use was captured various ways.
25  A  Uh-huh.

Page 296

1  Q  Do you see that?
2  A  Yes.  So they "performed a systematic review of
3    the literature with the goal of identifying
4    studies that captured data on frequency of use..."
5       I am not saying in various ways.
6  Q  Let me see if I can find that quote.
7  A  Okay.
8  Q  The bottom paragraph, "In 2022..." in the third
9    sentence you say "Frequency of use was captured
10    various ways."
11       Do you see that?  That is four lines down.
12  A  From the top of the paragraph?
13  Q  Yes.
14  A  Oh, yes.  That was across the different studies.
15       Can we back up and just go on record as
16    correcting this?
17  Q  Yes.
18  A  So the sentence prior it should state "Of all
19    identified studies, 11 were included in the
20    analysis (10 case-control, 1 cohort)."
21  Q  Got it.
22  A  I don't know where my numbers went there.
23       Yes, frequency of use was captured in various
24    ways.
25  Q  Yes or no, do you have any concerns with the way

Page 297

1    frequency was captured for this study?
2  A  I do not because they outlined clearly what their
3    intent was in their material and method section.
4  Q  You note in the report that the only cohort data
5    came from NHS I.
6       That was from O'Brien, correct?
7  A  Yes.
8       MS. PARFITT:  Objection.
9  Q  You say that had the required frequency of use
10    data, correct?
11  A  I don't know -- yes.  Yes.
12  Q  To be clear, when you say required, you mean
13    required by the author's parameters?
14  A  Yes.  With respect to some measure of frequency.
15  Q  Is it correct that by imposing that measurement
16    requirement the only data that could have possibly
17    been used from the cohort data was the NHS I data
18    because it allowed subjects to answer if they use
19    powder daily?
20       Do you know that?
21  A  I don't know that to be certain.
22  Q  That is the only cohort group that would be
23    defined as at least two times per week, did you
24    know that?
25  A  I believe that to be true as I think Women's

75 (Pages 294 - 297)

Page 298

1    Health Initiative just captured duration versus
2    frequency.
3  Q  The effect of the requirement by the authors was
4    to, had the effect of excluding all of a cohort
5    data except the NHS I data, correct?
6        MS. PARFITT: Objection to form.
7  A  That was based on how they defined, you know, what
8    sort of exposure data that they needed. Yes, it
9    had that effect.
10       But it also, you know, excluded a large
11   number of case control studies as well. There
12   were forty-one studies excluded. From the
13   fifty-two that they started with, they went down
14   to eleven.
15       So it excluded, you know, a large portion of
16   the case control as well.
17  Q  Did you notice what the authors did when they
18   cited a paper that had multiple ORs that met the
19   parameters of the paper?
20       Did you critically evaluate that?
21  A  Yeah. I believe it was stated as how they
22   extracted the data, that they reported the highest
23   talc use used.
24  Q  The highest odds ratio?
25  A  Yes.

Page 299

1  Q  Not the highest talc use. Were you aware that
2    they picked -- any paper that they came across
3    with multiple ORs that could have been used to
4    meet their parameters, are you aware that they
5    picked the highest OR?
6        MS. PARFITT: Objection. Misstates the
7    evidence in the case.
8  A  What I'm aware that they selected was based on how
9    they say they extracted their data, which is when
10   duplicate reports of the same subjects were
11   published, the publication reporting the highest
12   talc use was selected.
13  Q  Did they restrict any of the other data sets to
14   patent only like they did with NHS I data?
15  A  I'm not sure that I saw the analysis in here. No.
16  Q  Did you answer, or are you still looking?
17  A  I'm still looking. Thank you. I don't believe
18   they -- they have a discussion of the O'Brien
19   findings.
20       What I'm looking at right now is 2531 in kind
21   of the middle of the left-hand column. They talk
22   about the patent twos with respect to the odds
23   ratio. They note that when O'Brien limited women
24   with patent fallopian tubes, the hazard was 1.13
25   for ever versus never.

Page 300

1        In that report there was a dose response with
2    increasing risk with increasing frequency of
3    talcum powder used with the hazard ratio of 1.4
4    for daily users. Confidence interval 1.7 to 1.68
5    for daily users.
6        I think really they are just using that as
7    data to compare to their pooled meta-analysis.
8  Q  Right. My question was, do they explain why they
9    used the patent finding only from NHS I, but not
10   any other subgroup findings for the other
11   studies?
12  A  No, they do not describe why they do that. Other
13   than to say that it was the highest frequency of
14   use. So, no.
15  Q  Again, to be clear, they subsetted it even more.
16   They didn't just do highest frequency. They did
17   highest frequency patent only, correct?
18       MS. PARFITT: Objection. Form.
19  A  It appears that way for, yes, for that analysis.
20  Q  Do you know that the NCI PDQ refers to this study
21   as having a highly selected subset analyses?
22  A  Yes, I am aware.
23  Q  Do you know that the NCI PDQ notes that because of
24   the structure of the Woolen analysis the results
25   should be interpreted with care?

Page 301

1        MS. PARFITT: Objection. Form.
2  A  Yes. I believe we covered that this morning. But
3    the PDQ is -- it's not all of the National Cancer
4    Institute. It is --
5  Q  That was not my question.
6        MS. PARFITT: Let her finish.
7  Q  It was strictly limited to the PDQ.
8  A  The PDQ does not represent the NCI. It is a --
9  Q  That is not my question.
10  A  -- subgroup of the --
11  Q  We are running out of time. That is not my
12   question.
13       MS. PARFITT: Let her finish the answer or
14   it will be a bad record. We have two people
15   talking.
16  A  So, yes, the PDQ says that this is a highly
17   selective study, which the authors acknowledge and
18   announce in their materials and methods. They
19   are -- it should be interpreted with caution
20   because, indeed, it's the only study of its kind.
21       This is from a group of people that put out
22   the NCI PDQ, which is not the mouthpiece of the
23   entire NCI.
24  Q  At least the editorial board members of the
25   NCI PDQ when they commented on the Woolen paper

76 (Pages 298 - 301)

Page 302

1    their comment was that the results of the paper
2    should be interpreted with care.
3        That was their comment, correct?
4        MS. PARFITT: Objection to form.
5    A  Correct, that was their comment.
6    Q  That is the PDQ that Karmanos links to, ACR links
7    to, correct?
8        We looked at that this morning.
9        MS. PARFITT: Objection. Form.
10   Q  That is yes or no.
11   A  Yes.
12   Q  Do you agree that the hospital-based case control
13   studies do not show statistically significant
14   associations?
15   A  I would need to go back and look at my list of
16   hospital-based studies in case control.
17   Q  I will just withdraw the question.
18   A  Okay.
19   Q  Do you think hospital-based case control studies
20   have any advantages over population-based case
21   control studies? Yes or no?
22   A  No.
23       MR. JAMES: Off the record.
24       (OFF RECORD AT 5:20 P.M.)
25       (AT THIS TIME A SHORT RECESS WAS HELD OFF

Page 303

1    THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS
2    WERE HAD:)
3        (ON RECORD AT 5:22 P.M.)
4  BY MR. JAMES:
5    Q  Sitting here today do you know if the studies that
6    have evaluated the association between talc on
7    diaphragms and sanitary napkins show a
8    statistically significant association with ovarian
9    cancer?
10   A  I did not look at that subset of women. I didn't
11   look at the exact usage in the genital area. So,
12   no.
13       I do know some studies collected that level
14   of detailed data.
15   Q  Do you believe that the application of talcum
16   powder on diaphragms or sanitary napkins could be
17   more biologically relevant for your plausibility
18   hypothesis than perineal application?
19       MS. PARFITT: Objection. Form.
20       Answer if you can.
21   A  I don't think there is data to support that. When
22   I think about it from a biological standpoint
23   perhaps, you know, diaphragm use, just because
24   it's inserted internally, if it was dusted with
25   talcum powder perhaps there would be a difference

Page 304

1    in dose.
2        It would be really difficult to discern that
3    because a lot of women, they use multiple forms.
4    They use -- it's hard to disentangle one from the
5    other.
6        And the number of diaphragm users is very,
7    very low compared to the women who are using it
8    overall.
9        So the biological plausibility, what I look
10   at was just general genital use of talcum powder.
11   Q  For recall bias, did recall bias -- I know you
12   testified about the evidence from the Schildkraut
13   study, correct?
14   A  Yes. Correct.
15   Q  Does recall bias exist in the studies for reasons
16   other than media attention or litigation news that
17   onset in 2014?
18   A  Could recall bias with -- referring to talc use?
19   Q  Correct.
20   A  Be impacted by other factors? Potentially, yes.
21       But I can't think of any other factors that
22   might drive that sort of, that sort of
23   association. We do ask in these questionnaires
24   about so many other exposures. Part of that is so
25   that we are not -- we never disclose to a person

Page 305

1    participating in our studies what the exact
2    hypotheses are.
3        We are generally interested in learning why
4    one person develops ovarian cancer versus another.
5    We ask a wide range of things to help reduce the
6    risk of recall bias.
7    Q  One of the points that you make in your report
8    about recall bias is that recall bias might exist
9    if the exposure event is one that could be
10   considered sensitive.
11       Do you recall making that comment?
12   A  Yes.
13   Q  Is it your contention that women would not find
14   the application of talcum powder to the perineal
15   area to be a sensitive topic?
16   A  Correct.
17   Q  You do not think that is a sensitive --
18   A  I do not think that that is a sensitive issue.
19   Q  You also, in commenting on recall bias with
20   Cramer, you do discuss Cramer's 2016 paper in
21   regard to recall bias, correct?
22   A  Right.
23   Q  One of the launching points in your report from
24   that paper is that there is no recall bias or
25   recall bias might be discounted or whatever

77 (Pages 302 - 305)

Page 306

1    because there is no association with non-genital
2    talc use.
3        Do you recall that being one of Cramer's
4    points?
5  A  I'm looking at his points right here at the top of
6    Page 28?
7  Q  Yes.
8  A  So this was the most recent Cramer paper.
9  Q  Reason Number 2.  Do you see that there?
10  A  Yes.  These were, this was a discussion provided
11    by Cramer about recall bias.
12  Q  You said you agree with them?
13  A  Yes.  I'm in agreement with that explanation as a
14    whole.
15  Q  Understood.  With just respect to point two, you
16    do, in fact, understand that there are studies
17    that report associations with non-genital use
18    including Schildkraut, correct?
19  A  Correct.  Yes.
20  Q  Let's go to your Bradford Hill analysis.
21  A  Okay.
22  Q  That is Page 35.
23  A  Yes.  That is the introduction, I believe.
24  Q  I'm getting close to the end and my time is almost
25    up.

Page 307

1  A  All right.
2  Q  So with respect to your Bradford Hill analysis,
3    you note on Page 36, "Hill noted that the first
4    two considerations, strength of association and
5    consistency could be considered together."
6        Do you see that sentence?
7  A  Yes, I do.
8  Q  Are you contending that that statement is in
9    Hill's 1965 paper?
10  A  It's perhaps not directly quoted, but strength of
11    association and consistency of the studies have
12    similar underpinnings.
13        You would use similar data to assess that.
14    Consistency would be how consistent is the point
15    estimate across a various number of studies.  So
16    the strength of the association is based on those
17    point estimates.
18  Q  Okay.  My real precise question here, is Hill your
19    authority for the proposition that strength and
20    consistency can be considered together?
21        That is what you are referring to here?
22  A  Yes.
23  Q  The Bradford Hill analysis, strength is one
24    factor.  Consistency is another factor to
25    consider, correct?

Page 308

1  A  Correct.
2  Q  Do you think strength standing alone by itself as
3    its own factor is an important factor to consider?
4  A  I do.
5  Q  Do you think strength in the talc ovarian cancer
6    literature is met?
7  A  I do.
8  Q  But you will not, you do not, do you refer to the
9    1.25 association that you claim as strong?
10  A  So that is a single point estimate.  I would say
11    that the strength of the associations, the
12    positive associations as a whole are strong.
13        The one study that points to a 1.25 would not
14    be enough for me to say that single one is strong.
15        Again, that goes into the labeling of a
16    single point estimate on some sort of scale which
17    I don't intend to do.
18  Q  At the bottom of that section you say in the
19    second to last sentence, "This effect is not
20    diminished whatsoever by the strength of the
21    association."
22        Do you see that sentence?
23  A  Yes.
24  Q  And can you briefly tell me what you mean by that?
25  A  Yes.  So when I talk about the effect, I'm

Page 309

1    referring to, I think, the sentence before it.
2    When I talk about just even that simple never ever
3    measure of perineal talc and the association with
4    ovarian cancer was nearly constant regardless of
5    study population, decade of study enrollment, and
6    race and ethnicity.
7        So then I go on to say, "This effect is not
8    diminished whatsoever by the strength of the
9    association."
10        Just because the point estimate seen in those
11    various studies was not 5.2 or 3.7 it does not
12    diminish the fact that there is still a strength
13    of association there and that the consistency, I
14    think, is very, very strong.
15  Q  Do you agree that Hill recognized that for
16    consistency a great deal of weight should be
17    placed upon different study designs showing the
18    same results?
19  A  I'm not sure I took that from Hill's original work
20    in 1965.
21  Q  Just real quick I will mark Hill as whatever our
22    last exhibit was.
23        (EXHIBIT NUMBER 26 WAS MARKED FOR
24    IDENTIFICATION.)
25  Q  For Hill on Page 9, the left column top --

78 (Pages 306 - 309)

Page 310

1  A  Yes.
2  Q  -- this is in discussing Consistency.  That starts
3     on Page 8 and it rolls to Page 9.
4        He says, "I would myself put a good deal of
5     weight upon similar results reached in quite
6     different ways, e.g. prospectively and
7     retrospectively."
8        Do you see that?
9  A  Yes.
10 Q  He is referring to consistency among study design,
11    correct?
12 A  Yes.
13 Q  Do you agree with that, that one component of
14    consistency is consistency among or between study
15    designs?
16 A  Not necessarily because as we have been stating
17    all day, there are strengths and limitations to
18    each of these study designs.
19       I would not say a prospective study to
20    examine the association between an exposure that
21    potentially happens early in life and a disease of
22    very late onset that is relatively rare is an
23    ideal study for a prospective study.  That is
24    better suited to a retrospective study.
25       With that said, I don't think the cohort

Page 311

1     evidence in this particular analysis that I have
2     laid out here today differs from the case control
3     studies.  The point estimates may differ.  Overall
4     the positive association exists.
5  Q  Last question, on Page 6 of your report -- I will
6     try to reserve three minutes.
7        Please go to Page 6 of your report.
8  A  I'm there.
9  Q  Throughout your Bradford Hill analysis you
10    conclude each section, or most of the sections,
11    with commentary.
12       For example with strength you say, I give
13    strong weight to strength.  In some instances you
14    say, I give, you know, low weight or something
15    like that.
16 A  Yes.
17 Q  My question is for each of the factors when you
18    provide that description are you saying that you
19    find the evidence strongly supports that factor,
20    or are you saying methodologically you find that
21    factor to be important in a causal analysis?
22 A  I find it the latter.  From a methodology
23    standpoint certain of these factors, including
24    specificity, because it's right in front of me,
25    even Hill, himself, says specificity is not

Page 312

1     necessarily a strong factor because we are
2     starting to learn that, you know, as we learn more
3     about biology, specificity is not as strong of an
4     element.
5        You know, certain things, even like biologic
6     plausibility, you need to have some understanding
7     of the basic biological underpinnings.  Sometimes
8     our basic science just has not caught up yet.
9        MR. JAMES:  I'm saving myself four
10    minutes.
11       MS. PARFITT:  We will take a brief break.
12       (OFF RECORD AT 5:40 P.M.)
13       (AT THIS TIME A SHORT RECESS WAS HELD OFF
14    THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS
15    WERE HAD:)
16       MR. JAMES:  For the record correction,
17    Exhibit 24 is the O'Brien review article.
18       Exhibit 25 is Woolen.  Exhibit 26 is
19    Bradford Hill.
20       ON RECORD AT 5:50 P.M.)
21 EXAMINATION
22 QUESTIONS BY MS. PARFITT:
23 Q  Dr. Cote, I just have a few questions for you.
24    What I would like you to do is reference now
25    Pages 13 and 14 of your report and the section

Page 313

1     entitled Biologic Mechanisms Linking Perineal Talc
2     and Ovarian Cancer.
3        Are you there?
4  A  Yes.
5  Q  You were asked by counsel several questions with
6     regard to articles that you reviewed for purposes
7     of your opinion in the areas of invitro studies,
8     invivo studies, and cellular studies.
9        Do you remember that many, many hours ago?
10 A  Yes, I do.
11 Q  All right.  What is the significance, if any, of
12    your review of these invitro, invivo, and cellular
13    studies to your causation opinion?
14 A  It's really right there in the title.  It is the
15    biologic mechanism piece of this trying to show
16    that, yes, indeed, something kind of at the entry
17    of the female genital tract can move up that
18    tract.
19       Things that -- there's that scientific word
20    "things" again -- particles, materials, foreign
21    objects, including something like talc, can then
22    move into various tissues in the female
23    reproductive tract, whether that be the tissues
24    surrounding the fallopian tubes into the ovaries
25    and so forth.

79 (Pages 310 - 313)

Page 314

1    And by nature of the fact that talc does not
2 disintegrate, that it can eventually produce
3 chronic inflammatory response. We see that with,
4 you know, bringing macrophages and these sorts of
5 things into the tissue. And that immune response
6 starts a cascade of other sorts of cancer-related
7 hallmarks of cancer and things that we know cancer
8 cells do, like proliferation. We know they try to
9 avoid the immune system. There is less apoptosis.
10 So those sorts of things.
11    So it is really trying to build this
12 biological mechanism as part of the Bradford Hill
13 analysis as to how could talc be associated with
14 ovarian cancer?
15    What is the underlying biological mechanism?
16 Q  You were asked several questions, again, hours ago
17 with regard to issues pertaining to asbestos and
18 it's association with ovarian cancer and also
19 fibrous talc and it's association with ovarian
20 cancer.
21    What, if anything, significance based upon
22 your research and your opinions today does
23 asbestos and fibrous talc, how does that add, if
24 it does, to your causation opinions in this case?
25    MR. JAMES: Objection to form.

Page 315

1 A  Okay. So it goes back also to the biological
2 mechanism. It adds in the IARC reports -- and I'm
3 looking at my statements right now. The most
4 recent monograph was the one that focused on
5 Group 1 carcinogens that included talc that may
6 form fibers that are asbestiform in habit and that
7 type of talc referred to as fibrous talc had been
8 classified by IARC as a Class 1 human carcinogen.
9    That was the Group 1 analysis in 2012. In
10 2010 it was -- the overall conclusion of the
11 report was that use of, perineal use of talc-based
12 powder is possibly carcinogenic to humans. That
13 was the Group 2B.
14    Again, it's just more biologic plausibility.
15 Q  The 2010 monograph, what was the agent that was
16 reviewed?
17    Was it talcum powder?
18    Was it talcum powder with asbestos?
19    Was it talcum powder without asbestos?
20    What was the agent reviewed by the working
21 group back in 2010?
22    MR. JAMES: Objection to form, please.
23 A  This report, again, right from my notes focused on
24 talc that did not contain asbestiform fibers.
25 Q  Okay.

Page 316

1 A  Talc without asbestiform fibers.
2 Q  Okay. Was the talc that was reviewed in 2010 talc
3 that contained asbestos?
4    MR. JAMES: Objection to the form.
5 A  No. That was what was reviewed later. It's
6 earlier in the report. I should have done this
7 opposite.
8    That is what was reviewed in 2012. So 2010
9 was talc without asbestos.
10 Q  Dr. Cote, did any of the questions raised by
11 counsel for Johnson & Johnson today throughout the
12 seven hours of questioning change the opinions
13 which you will be sharing with the jury and the
14 court in this case that talcum powder use in the
15 genital area can cause ovarian cancer?
16    MR. JAMES: Objection to form, please.
17 A  No. There is nothing we have discussed today that
18 changes the overall opinions contained in my
19 expert report.
20 Q  Okay.
21    MS. PARFITT: That is all that I have.
22 Thank you.
23 EXAMINATION
24    QUESTIONS BY MR. JAMES:
25 Q  One follow-up, I think, in my four minutes.

Page 317

1    Did you look at any studies dealing with talc
2 minors or millers?
3    Have you ever looked at any of those studies?
4 A  I think a lot of that information was included in
5 both the IARC reports as well as Health Canada. I
6 did not focus at all on occupational studies with
7 respect to ovarian cancer.
8 Q  Okay.
9    MR. JAMES: That will be it. Thank you
10 for your time.
11 A  No. Thank you.
12    MS. PARFITT: We will read and execute
13 signature. Thank you.
14    (OFF RECORD AT 5:57 P.M.)
15
16
17    AND FURTHER DEPONENT SAITH NOT
18
19
    _____
20    MICHELE L. COTE, PH.D., M.P.H.
21
22
23
24
25

80 (Pages 314 - 317)

Page 318

1  STATE OF INDIANA  )
          ) SS:
2  COUNTY OF BOONE    )

3

4      I, Wendi Kramer Sulkoske, Notary Public in and

5  for said county and state, do hereby certify that

6  MICHELE L. COTE, PH.D., M.P.H. the deponent herein

7  was by me first duly sworn to tell the truth in

8  the aforementioned matter;

9      That the foregoing deposition was taken on

10  behalf of the Defendants at the time and place

11  heretofore mentioned with counsel present as

12  noted.

13      That the deposition was taken down in

14  Stenograph notes, reduced to typewriting under

15  my direction, is a true record of the testimony

16  given by said deponent, and was thereafter

17  presented to the deponent for signature.

18      That this certificate does not purport to

19  acknowledge or verify the signature hereto of

20  the deponent.

21      I do further certify that I am a

22  disinterested person in this cause of action;

23  that I am not a relative or attorney of any of

24  the parties or otherwise interested in the event

25  of this action, and am not in the employ of the

Page 319

1  attorneys for the respective parties.

2      IN WITNESS WHEREOF, I have hereunto set my

3  hand and affixed my notarial seal this 1st

4  day of April, 2024.

5

6

        <%1316,Signature%>

7  _____

    Wendi Kramer Sulkoske, Notary Public

8

9

10  Commission Number  NP0661030

11  My commission expires December 1, 2030.

    My County of residence is Boone.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

81 (Pages 318 - 319)

**[& - 20]**                                                          Page 1

## &

**&**   1:4,22 2:3,18
50:1 117:8
124:1,3 127:25
129:22 130:7,9
130:22 139:5,8
140:15 143:14
147:22 148:18
148:21,24
149:3,6,15,25
150:20 152:10
152:17 153:13
153:23 154:2
154:10 157:23
158:12,16
159:7,13 200:8
316:11

## 0

**0.5**   179:12
**05**   247:12 249:6

## 1

**1**   3:4 8:10,12
83:23 116:2
136:6,22 137:2
142:14 235:20
237:10,12,13
238:1 239:13
296:20 315:5,8
315:9 319:11
**1,200**   73:1
**1,500**   73:1
**1,600**   73:2
**1.01**   263:7

**1.13**   262:2
299:24
**1.25**   254:8,12
254:15 265:7
268:3 285:17
286:7 308:9,13
**1.26**   263:7
**1.4**   300:3
**1.5**   282:10
**1.68**   300:4
**1.7**   300:4
**1/8**   12:24
**1/8/2024**   12:4
12:17,19
**10**   3:6,15 99:14
99:15 172:21
173:14 296:20
**101**   294:1
**10:06**   59:1
**10:13**   59:5
**11**   3:16 116:16
133:21 144:22
155:9,10
172:21 173:14
296:19
**11/2**   12:6,10
14:5,6
**11/2/23**   12:5
**116.5**   13:9
**11:11**   106:7
**11:19**   106:11
**12**   3:17 144:22
147:18 156:13
164:22 165:1,6
**12,000**   72:25
75:9

**120**   14:24
**125**   207:1,10,13
207:17,23
208:5,9,18
**12:32**   160:3
**13**   3:19 63:3
147:18 181:2
182:11,12
185:21 186:17
192:3 226:1
312:25
**13,000**   75:9
**1316**   319:6
**14**   3:20 63:4
192:10,11
201:4 215:13
215:13 224:15
224:22 225:3
312:25
**140**   164:16
**143**   105:1
**15**   3:22 14:10
16:18 17:21
197:13,14
225:4 228:6
230:16
**150**   24:22
**152**   182:14
**155**   3:16
**16**   3:24 135:13
141:23 201:5,6
232:13 234:25
**16-2738**   1:5
**1600**   2:14
**165**   3:17

**17**   4:4 204:11
204:12 241:2
295:23
**175**   143:18
**18**   4:6 117:14
205:14,16
**182**   3:19
**1825**   2:4
**18th**   2:14
**19**   4:8 228:12
228:13 271:8,9
272:18
**19103**   2:14
**192**   3:20
**1950s**   58:22
124:15
**1957**   117:9
120:1 181:19
**1965**   307:9
309:20
**197**   3:22
**1971**   186:11
**1972**   185:24
**1992**   117:10
120:2 272:3
**1999**   37:6 249:1
**1:25**   160:7
**1st**   319:3

## 2

**2**   3:5 9:11,12,20
81:2 85:9 306:9
**2,000**   38:12
**2,300**   74:1,16
**20**   4:9 241:21
241:22 258:6

[20 - 429]                                                                                                    Page 2

265:23,24
**2000**   220:16
249:1 279:12
**20006**   2:5
**2006**   236:2,4,9
**201**   3:24
**2010**   129:11,13
142:22 200:19
235:7 236:9
238:7 239:5,18
315:10,15,21
316:2,8
**2012**   113:12,15
136:4 137:11
141:21 142:14
237:22 238:10
238:16,25
239:10 315:9
316:8
**2013**   241:9
**2014**   39:7,7,11
258:4,8 278:14
304:17
**2015**   256:9
**2016**   18:24 36:5
37:4,12 38:20
65:1,25 76:10
83:17 84:21
85:1 86:3,7,9
113:24 164:22
165:4,5 256:8
256:20 258:18
258:23 272:9
305:20
**2017**   19:25
20:14

**2018**   149:13
231:10
**2019**   53:15
117:15 148:25
153:14 192:2
**2020**   4:15 52:5
97:25 186:14
195:10 238:22
241:8,18
267:16,17,23
267:25 270:6,9
270:20,22
274:3,7 276:14
279:12 281:6
**2021**   4:8 279:20
280:11 283:4
283:11
**2022**   30:6 76:10
102:25 103:1
296:8
**2023**   6:21 7:4
11:21 12:21,24
59:9 60:19,20
60:22,22,22,23
61:8,16 74:14
74:21 75:11
118:2 236:5
**2024**   1:24 95:4
319:4
**2030**   319:11
**204**   4:4
**205**   4:6
**21**   1:24 4:11
255:12,13
**218**   2:8

**22**   4:13 259:21
269:2,24
286:23
**228**   4:8
**23**   4:15 51:14
277:4,5
**231**   225:22
**24**   4:16 51:14
281:1,2 312:17
**241**   4:9
**25**   4:17 118:2
294:21,23
312:18
**2500**   1:23
**2531**   299:20
**255**   4:11
**259**   4:13
**26**   4:15,20
309:23 312:18
**277**   4:15
**28**   306:6
**281**   4:16
**294**   4:17
**2:41**   209:1
**2:50**   209:5
**2a**   237:18
239:13
**2b**   235:8,11
236:10,18,24
237:7,8 239:19
239:21,24
315:13

---

**3**

**3**   3:6 8:18 10:2
10:3 82:7 148:8

150:17 228:17
228:21,24
236:18 240:7
241:5 270:5
**3,200**   151:3
152:15 154:9
**3.0**   282:9
**3.7**   309:11
**3/23**   14:24
**3/27**   15:3,6
**30**   260:13
**300**   1:22
**309**   4:20
**312**   2:24
**316**   2:11,25
**32**   282:15
**32502**   2:11
**33,000**   148:24
**34**   52:15
**3400**   2:19
**35**   306:22
**36**   307:3
**36103**   2:8
**38**   217:21
219:24

---

**4**

---

**4**   3:7 59:13,14
240:10,13,15
258:2
**40**   52:25
**400**   18:2
**41**   49:11
**429**   258:4,9
266:16

**[43 - actual]**

**43**  52:14
**44**  53:8
**46,600**  13:13
**4:03**  259:8
**4:19**  259:12

**5**

**5**  2:23 3:9 59:22
   77:17,20
**5.2**  309:11
**50**  242:22
**529**  200:6
**56**  242:15
**58**  53:8
**59**  3:7 53:22,25
**591**  193:17
**592**  195:13
   197:1
**5:20**  302:24
**5:22**  303:3
**5:40**  312:12
**5:50**  312:20
**5:57**  317:14

**6**

**6**  3:10 79:21,22
   95:4 209:16
   227:25 228:16
   311:5,7
**6,000**  75:3,8
   81:18
**6,500**  74:2,16
**60**  54:8
**600**  2:19
**64**  54:19
**649**  258:10

**66**  55:1
**67**  224:24

**7**

**7**  3:11 60:9 83:9
   83:10,13
**71**  55:8
**72**  55:16
**73**  55:16
**74**  55:16
**75**  55:16
**76**  277:1
**77**  3:9
**77002**  2:19
**79**  3:10

**8**

**8**  3:4,12 87:10
   87:11 168:8,10
   310:3
**824**  165:11,14
**83**  3:11
**87**  3:12

**9**

**9**  3:5,13 91:2,3
   281:5,12
   309:25 310:3
**91**  3:13
**929**  201:9,12
**99**  3:15 262:2

**a**

**a.m.**  59:1,5
   106:7,11
**aaces**  64:21
   65:18 73:9,13
   177:12 179:4

221:6
**aacr**  3:12 87:2
   87:3,4,9,17,21
   88:3,6,10 90:16
   98:20,22,23
**ability**  104:16
**able**  39:5 67:1
   109:11 150:6
   177:20 265:12
**above**  145:21
   231:11 270:12
**absence**  229:13
**absolute**  85:22
   86:10,22
   211:13
**absolutely**
   75:20 86:15
   97:20 157:16
   188:21 189:5,9
   191:2 241:11
   263:22 287:22
   292:10 293:25
   294:10
**abstract**  242:2
   242:22 280:22
**abstracts**
   205:22
**accepted**  60:22
   162:2 218:1,7
   218:24 219:25
   220:6,9 227:6
   287:23
**accepts**  25:5
   252:2
**access**  10:22
   103:25 122:8

**accompanying**
   259:15
**accordance**
   129:3
**account**  187:21
**accounted**
   196:22
**accumulated**
   236:7
**accurate**  13:11
   115:10 215:9
**accurately**
   147:15
**acetaminophen**
   165:17
**acknowledge**
   96:1 159:2
   168:20 232:8
   301:17 318:19
**acknowledging**
   166:20
**acr**  302:6
**act**  118:2
**action**  318:22
   318:25
**activities**
   130:19
**activity**  18:5
**actual**  33:19
   58:19 101:23
   113:3 119:16
   119:20,24
   129:7 191:21
   203:24 206:23
   221:8

**[actually - akin]** Page 4

**actually** 14:19
27:21 38:19
54:6 62:19 63:4
137:10 139:23
150:24 154:21
195:14 196:6
203:9,16
214:11 217:2
225:14 248:24
250:13 256:19
257:20 262:15
264:1,21
277:20 279:11
289:5
**acute** 221:25
222:3 224:1
**add** 63:20
257:25 314:23
**added** 132:18
139:16 258:1
**adding** 184:3
287:13
**addition** 105:14
116:19 168:24
287:8
**additional** 5:17
10:17 11:8
16:15,21 17:3,4
17:9 23:8 69:20
70:19 71:5 94:9
103:7,9,19,24
104:10 105:9
105:10,15
106:19 160:20
164:21 170:17
173:22 248:7

258:12 261:14
261:20
**additionally**
220:14
**address** 67:1
152:10,12
170:13 238:22
289:25
**addressed**
147:4 185:20
198:5 230:22
**adds** 265:3
288:18 315:2
**adequate** 91:19
**adequately**
26:6 35:8
199:11
**adjust** 179:1,4
**adjusted**
178:18 289:6,8
**adjusting**
289:10
**administer**
122:1
**adolescent**
264:16
**adult** 177:4
**advantages**
290:17 302:20
**advertise**
189:25 195:4
**advise** 65:18
**affected** 243:1
293:24
**affects** 86:17,17

**affiliated** 87:1
**affirming**
243:10
**affixed** 319:3
**aforementioned**
318:8
**african** 3:17
4:11 62:21 63:9
64:17 72:13,14
73:14 164:25
165:25 177:4
177:13 178:5
218:12 270:14
**afternoon**
160:9
**age** 245:21
**agencies** 69:25
120:18
**agency** 117:24
**agent** 28:21
116:6 315:15
315:20
**agents** 139:18
**ages** 171:20
257:25
**ago** 20:16 36:16
44:22 69:10
95:7 249:15
279:19 313:9
314:16
**agree** 6:24
26:15 27:7,14
27:20 32:22
35:22 63:10
84:20,24 85:1
86:3,9 92:7

109:5 110:19
111:2,5 116:7
121:13,16
155:19 158:9
158:12 159:12
161:19 162:1
167:16 168:4
170:20 181:15
183:23 184:24
185:9 190:12
221:23,25
222:4 237:14
242:1,14
246:24 247:20
256:6 257:6,8
257:13,15
258:15,17,18
258:22,24
261:3,8 276:4,7
276:11 277:15
281:18 283:10
302:12 306:12
309:15 310:13
**agreed** 15:16
153:13 266:25
275:25
**agreeing**
261:15
**agreement**
256:11 306:13
**aha** 37:13
**ahead** 243:19
**air** 130:13,16
285:9
**akin** 98:2

[alabama - answered]                                                    Page 5

| | | | |
|---|---|---|---|
| **alabama** 2:8 | **american** 4:11 | 44:20 57:4 | **animals** 187:7,7 |
| **alert** 117:15 | 62:21 63:9 | 95:21 107:11 | 240:2 |
| **alignment** | 64:17 72:13,14 | 133:7,9 137:17 | **anne** 19:14 20:1 |
| 254:3 | 73:14 155:2 | 178:8 212:25 | **announce** |
| **allegation** | 164:25 165:25 | 241:2,5,12,19 | 301:18 |
| 185:4 | 177:13 218:12 | 242:3 244:25 | **announcements** |
| **allege** 147:9 | 270:14 | 245:8,20 | 17:4 |
| 209:11 | **americans** | 251:20 252:10 | **annual** 73:5 |
| **alleged** 111:9 | 177:4 178:5 | 257:20,21 | **answer** 7:17 |
| 111:14,17,23 | **amount** 97:13 | 258:6 266:22 | 31:15,23 33:10 |
| 112:4,14,17 | 97:16 130:6,8 | 267:16,20 | 33:18 40:16 |
| 113:4 130:6 | 130:10 139:24 | 268:5 270:20 | 41:1,1 50:22,25 |
| 180:5 181:10 | 205:5 258:12 | 286:17 287:7 | 51:10,12 |
| 182:8 183:6,24 | 291:1 | 289:19 290:25 | 115:23 119:1 |
| 184:12 | **amounts** | 291:3,16 | 121:25 125:20 |
| **allegedly** 211:5 | 142:25 | 295:15 296:20 | 161:17 164:4 |
| **alleging** 32:25 | **amy** 21:7 | 299:15 300:7 | 172:20 190:16 |
| 184:15 | **analgesic** 3:17 | 300:19,24 | 190:22 192:20 |
| **allen** 2:7 | 164:23 165:24 | 306:20 307:2 | 204:20 210:11 |
| **allow** 51:10 | **analgesics** | 307:23 311:1,9 | 211:10 250:3 |
| 63:19,20 | 165:8 167:25 | 311:21 314:13 | 253:6 254:6 |
| **allowed** 297:18 | **analogous** | 315:9 | 279:4 280:7 |
| **alludes** 184:23 | 286:1 | **analytic** 3:22 | 294:18 297:18 |
| **alluding** 191:20 | **analyses** 38:6 | **analyze** 57:6 | 299:16 301:13 |
| **almugren** | 50:14 66:23 | **analyzed** | 303:20 |
| 124:23 137:23 | 179:9,14 | 160:16 | **answered** 40:22 |
| 138:9 141:5 | 245:24 269:5,6 | **analyzing** | 52:11 54:4 55:4 |
| **alter** 17:6 | 286:23 287:1,8 | 57:14 | 55:24 75:7 |
| **alterations** | 287:11,17 | **anapol** 2:13 | 116:11 120:15 |
| 26:17 27:2 | 288:1,2,9,19,24 | **anapolweiss....** | 121:5 133:1 |
| **ambient** 130:13 | 289:2,6,24 | 2:15 | 153:4 157:22 |
| 130:16 | 290:21 293:3 | **anesthesia** | 167:21 184:1 |
| **amcl** 105:14,22 | 300:21 | 182:18 | 185:8 199:14 |
| **amend** 258:25 | **analysis** 4:19 | **animal** 186:16 | 206:22 208:21 |
| 259:5 | 28:18 30:4,8,17 | 186:17,21,21 | 221:13 224:18 |
| | 31:4 36:5 37:6 | 187:2,6 240:5 | 258:20 |

[anti - asbestos]                                                                          Page 6

**anti** 221:16
**anybody** 65:5
  102:7 143:22
  144:5 151:7
**apoptosis**
  219:19 314:9
**apparent** 31:6
**appear** 60:2
  80:17
**appearances**
  2:1
**appears** 81:1
  243:13 300:19
**appendices**
  76:7
**appendix**
  103:13
**apples** 37:11,11
  202:22,23,23
**applicable** 1:24
**application**
  180:14 201:20
  203:11 235:8
  303:15,18
  305:14
**applied** 160:12
  180:5 186:1
  247:12
**applies** 183:7
**apply** 63:8
  180:21 202:18
  263:12
**applying** 183:9
**appreciate**
  126:15 213:4
  214:15 217:4,4

234:10 283:10
  289:15
**approach** 57:3
**appropriate**
  25:10 56:18
  63:24 198:8
  205:8 226:25
  227:9
**approved** 181:1
**approximate**
  13:19
**approximately**
  44:9 72:25
**april** 4:8 319:4
**apriori** 178:24
  179:17
**area** 4:10,13
  56:24 61:20
  108:15 125:4
  139:24 161:10
  164:21 179:24
  183:16,21,22
  184:4,6 213:13
  234:22,23
  242:6 251:14
  263:6 273:2,17
  275:20 303:11
  305:15 316:15
**areas** 60:2
  130:1 154:23
  159:24 161:4
  183:17 213:14
  313:7
**argue** 261:25
  263:6

**arguing** 262:3
**argument**
  38:14,17,18
  275:1
**argumentative**
  121:21 127:8
**arms** 196:10
**arranged**
  157:11
**array** 44:12
**arsenic** 125:2
  141:19 142:16
**art** 137:20
**arthritis** 222:10
**article** 45:13
  54:20 59:11,22
  96:2,5 137:23
  138:9 141:6,9
  185:24 193:17
  198:14,18,20
  202:3 203:13
  224:15,17,19
  225:1,3,7,13,17
  225:20 259:14
  260:1,8 264:10
  269:8 274:3
  275:5 279:20
  280:12,13
  281:5,6,8
  291:14 312:17
**articles** 24:9
  49:24 59:19
  66:14,16,20
  96:13,24 97:4,9
  97:11 113:4,8
  143:4 199:8

313:6
**artificial**
  247:11
**asbestiform**
  133:17,25
  134:1,9,17,24
  135:5,7,11,15
  135:22 136:19
  136:25 237:23
  315:6,24 316:1
**asbestos** 17:13
  67:22 68:3,7,12
  68:17 70:2
  107:15,18
  112:5,8,10,14
  113:5,14
  115:21 116:1,5
  116:9,14,20
  117:10,18,19
  117:25 118:3,6
  118:13,17
  119:6,13 120:9
  120:20 121:3
  121:10,14
  125:14,23
  126:17 127:17
  128:1,12,17
  129:15 130:7,8
  130:11,12,16
  130:18,20,22
  131:5,10,14,22
  132:6,23 133:3
  133:5,9 134:3
  134:25 135:8
  135:16,23
  140:10 142:19

[asbestos - association]                                          Page 7

| | | | |
|---|---|---|---|
| 142:21 147:7 | 278:6 279:3 | 35:12 38:3,5,9 | 219:2 222:12 |
| 149:1 151:25 | 291:7 313:5 | 38:9 40:12,16 | 223:16,21 |
| 152:6 154:3 | 314:16 | 43:1 49:25 | 233:12,14 |
| 174:20 228:3,9 | **asking**  34:7 | 64:12 99:6 | 234:9,16,17,18 |
| 228:15 229:1 | 37:1 39:23 | 101:17 146:16 | 240:23 242:5 |
| 229:14,24 | 51:17 102:18 | 156:8 165:17 | 243:7,11,20 |
| 230:9,13,14,18 | 122:18 126:20 | 173:15,19 | 244:9,15,15,20 |
| 231:9,10,11,18 | 131:18 150:9 | 175:8 177:18 | 244:21 245:13 |
| 231:23 232:4,7 | 172:1,18 | 178:5,8,12 | 245:16,17,19 |
| 237:13 314:17 | 189:22 196:7 | 206:11,13 | 246:4,5,9,12,15 |
| 314:23 315:18 | 198:20 214:15 | 207:7 216:21 | 246:16,17 |
| 315:19 316:3,9 | 217:7 230:25 | 220:22 221:4 | 248:9,13,14,23 |
| **ascribe**  265:7 | 245:3 271:22 | 221:10 223:10 | 249:22,25 |
| **ashcraft**  2:3 | 275:11 277:9 | 224:10 243:24 | 250:17 251:6 |
| **ashcraftlaw.c...** | **asks**  290:19 | 286:18 288:13 | 251:11,16 |
| 2:5,6 | **asserting** | 295:21 314:13 | 252:3,13,15,24 |
| **aside**  242:1,14 | 141:14 | **associates** | 254:11,22 |
| 247:22,22 | **assess**  66:1,7 | 224:2 | 255:5 256:2,22 |
| **asked**  18:17 | 69:6 71:13,21 | **association**  3:7 | 258:25 261:24 |
| 28:6 40:21 | 238:10 307:13 | 4:6,9,11,17,20 | 262:17 265:7,9 |
| 42:18 51:1,2 | **assessed**  238:7 | 31:5 34:5,24 | 268:2 269:9 |
| 52:10 54:3,6 | **assesses**  238:3 | 35:14 36:8,19 | 270:3 273:1,16 |
| 55:3,23 70:16 | **assessing** | 37:13,15,22 | 273:20 274:1 |
| 75:6 116:10 | 173:17 238:11 | 39:1,15 41:4,9 | 274:10 275:19 |
| 120:14 121:5 | **assessment**  4:8 | 41:13 42:5 | 275:22 280:23 |
| 126:18 133:1 | 146:14,16 | 44:19,23 45:1,6 | 281:14,18,20 |
| 138:24 139:10 | 226:22 227:22 | 59:9 66:1,7 | 281:22 282:4,9 |
| 144:8 147:2,7 | 228:1 230:6,8 | 84:8 91:20 | 282:10 283:6 |
| 153:3 157:21 | 231:17 | 92:22 94:16 | 285:10 286:11 |
| 167:20 171:15 | **assign**  24:24 | 113:4 114:8,16 | 286:17 287:3 |
| 172:16 183:25 | 164:8 281:25 | 115:5,9 116:14 | 294:3 303:6,8 |
| 185:7 195:20 | **associate**  76:11 | 161:1,11 | 304:23 306:1 |
| 199:13 206:21 | **associated** | 178:10 201:20 | 307:4,11,16 |
| 208:20 212:18 | 23:16 28:4,9 | 202:14 203:10 | 308:9,21 309:3 |
| 221:12 245:21 | 29:23 30:11 | 207:15 209:10 | 309:9,13 |
| 258:19 265:14 | 32:23 34:2 | 209:14 212:19 | 310:20 311:4 |

[association - back]                                                 Page 8

314:18,19
**associations**
  28:18 35:17
  219:13 268:13
  280:14 282:19
  282:24 283:19
  284:6 285:11
  285:12,16,25
  286:7,10
  302:14 306:17
  308:11,12
**assume**  25:12
  26:5 78:19
  91:14,21
  128:25 130:10
**assumed**
  131:19 228:8
  230:13,17,20
**assuming**
  152:13 231:25
**assumption**
  25:11 131:4,7,9
  131:13,22
  132:6
**attacks**  217:2
**attempt**  197:18
**attention**
  228:16 270:11
  304:16
**attenuation**
  39:8
**attorney**
  318:23
**attorneys**  319:1
**attributable**
  72:17 73:3,10

73:15 74:17
  75:5,13 76:5
**attribute**
  282:18 283:18
**attributed**  72:9
  74:1
**audience**  88:7
**august**  60:23
  61:16 83:17
**author**  18:25
  22:18 59:17
  114:4 165:12
  166:12 167:24
  174:14 255:16
  256:24 278:3
  279:14
**author's**  297:13
**authored**  18:22
  22:21 24:22
  26:9 38:20 49:4
  49:14,20,25
  58:13 59:9
  65:25 66:6
  67:22 68:10
  85:16 167:2
  178:16 192:6
  205:19 255:19
**authority**
  307:19
**authors**  49:25
  53:11 60:12
  62:25 63:14
  64:3 114:2
  135:4 166:17
  170:21 194:4,6
  201:18 203:8

243:5,10
  274:19 275:25
  276:14 279:16
  283:14,15
  294:4,7 295:17
  298:3,17
  301:17
**available**  3:22
  14:3 84:2 90:14
  90:18 108:24
  124:25 141:12
  150:7 151:11
  152:3 157:18
  160:18 170:14
  174:16 231:12
  243:25 254:15
  255:9
**avoid**  314:9
**avoidable**  86:25
**aware**  18:15
  23:19 24:3
  32:15 35:3 41:3
  41:8,24 43:10
  46:24 47:7,16
  47:18,25 48:1
  49:2 53:10,17
  55:8,12 58:9
  70:11,17 71:2
  71:10,15,23,25
  73:25 74:4 77:7
  77:10,13 78:18
  79:18,20 83:5
  87:4 98:7 99:10
  100:22 101:11
  101:14,15,18
  102:19 109:18

110:1 124:4,16
  124:20,20
  125:5,9 129:1,2
  129:17 130:20
  140:20,24
  142:24 143:4
  146:20 158:3
  162:7 170:19
  178:9 188:19
  188:25 189:2
  200:19,23
  207:9 208:3
  214:2,8 215:4
  223:8,14,15,20
  224:2 226:22
  227:20 252:1
  280:12 285:16
  286:6 293:5
  295:5 299:1,4,8
  300:22

**b**

**b**  63:3 103:13
  237:5
**baby**  3:22
  117:18 125:1
  125:11 143:14
  147:23 148:25
**bachelor's**
  108:6
**back**  25:4 52:2
  72:10 80:23
  94:11 103:2
  104:21,24
  113:8 119:14
  124:21 146:4

**[back - benign]**                                                                    Page 9

| | | | |
|---|---|---|---|
| 171:19 179:22 | 115:24 121:6,8 | **behalf**  1:21 | 162:11,20,21 |
| 210:15 214:25 | 131:21 137:1 | 318:10 | 164:1 166:7 |
| 221:7 238:25 | 139:20 147:23 | **behavior**  26:17 | 167:8 171:6 |
| 245:21 249:1 | 149:22 156:24 | 27:3 | 172:6 173:12 |
| 251:14 258:5 | 156:25 157:11 | **belief**  243:13 | 179:2 184:2 |
| 268:10 272:8 | 163:3,7,13 | **believe**  6:20 | 185:2,14,16,20 |
| 273:14 283:3 | 172:12,15,17 | 9:25 13:5 14:19 | 186:1,4,6,11,21 |
| 291:23 292:11 | 179:11 185:9 | 15:20,20 20:5 | 186:24 193:1 |
| 292:13 296:15 | 186:6 196:16 | 23:6 26:20 | 200:25 207:1 |
| 302:15 315:1 | 196:17 208:23 | 31:18,25 34:22 | 209:9,11,13 |
| 315:21 | 213:11,17 | 35:1 36:12 37:4 | 211:3,18 |
| **background** | 234:2 236:13 | 40:11 44:2,5 | 213:20 220:16 |
| 29:14 150:22 | 239:19 244:6,7 | 49:23 53:7 | 221:20 222:24 |
| **backgrounds** | 245:3,19 | 63:18 64:23 | 223:2 225:21 |
| 29:13 | 254:15 256:7,8 | 67:3,7 68:18 | 226:1 227:19 |
| **bacon**  2:18 | 256:9 258:3 | 71:16,22 72:8 | 233:9,11 |
| **bad**  206:5 | 263:2 278:10 | 73:16,20 75:16 | 234:25 235:4 |
| 301:14 | 283:8 284:16 | 76:9 83:1 86:6 | 236:15 237:4 |
| **balanced** | 298:7 299:8 | 87:7 88:6 89:21 | 238:14 240:3 |
| 203:13 | 302:12,16,19 | 90:14,17,22,23 | 242:12 244:1 |
| **balderrama** | 302:20 307:16 | 98:13,13 99:1 | 248:22 253:19 |
| 48:14 | 314:21 315:11 | 100:11,15 | 256:7 260:4 |
| **ballpark**  75:1 | **basic**  191:19 | 103:9,25 | 267:7,25 270:8 |
| 176:22 | 312:7,8 | 105:12,15,24 | 271:7 274:7 |
| **bank**  188:15 | **basically**  216:5 | 108:23 115:5,8 | 278:3 279:19 |
| 189:24 | **basis**  4:6 73:5 | 119:15 122:9 | 284:23 295:6 |
| **banned**  17:13 | 97:20 134:14 | 122:13 123:2 | 297:25 298:21 |
| **bar**  23:3 283:16 | 143:8,10 245:9 | 129:6,24 130:2 | 299:17 301:2 |
| 285:14 | **baylen**  2:11 | 133:20 135:22 | 303:15 306:23 |
| **based**  26:16 | **beasley**  2:7 | 139:6,10 | **believes**  223:9 |
| 38:12 47:25 | **beasleyallen....** | 141:18 143:12 | 278:12 |
| 50:13,14 69:7 | 2:9 | 146:23 149:8 | **bell**  240:16 |
| 69:21 70:23 | **beginning** | 152:23 153:18 | **benefit**  86:20 |
| 71:6 73:22 | 156:13 201:13 | 155:17 158:16 | 250:20 |
| 74:14,20 105:5 | 253:5 | 158:19 159:5 | **benign**  221:3 |
| 113:23 114:7 | | 159:10,16,18 | |

**[berge - bradford]** Page 10

**berge** 266:1,7
266:25
**best** 7:18 33:18
163:21 171:6
172:2 198:22
210:20,20
254:5
**better** 62:11
86:14 144:20
163:17,18
310:24
**beyond** 106:19
**bias** 35:19 36:5
36:13,22 37:1
37:10,14 38:15
39:10,21 40:8
84:9 85:3,5
168:5,11,14,17
168:21 169:4,9
169:10,19,24
170:11,13,16
170:23 171:5
172:6,8,9,13
240:22 243:1
247:2,8 268:15
276:5,12
277:11,18
278:1,2,3,13,20
279:2 289:3,14
289:17,18,22
290:2,3,5,14,22
291:2,8,15,18
292:19,25
293:8,14,17,24
294:6,13
304:11,11,15

304:18 305:6,8
305:8,19,21,24
305:25 306:11
**biddle** 1:22
**bidirectional**
58:21
**big** 25:11 33:7
73:12 100:25
148:5
**biggest** 81:1
**binder** 10:10
**binders** 10:13
10:16,24 11:7
**bindman** 55:12
295:1
**bindman's**
295:13
**bio** 198:3
**biologic** 31:15
85:24 126:7
161:5 210:18
212:6,25
218:18 219:3
220:11 244:8
312:5 313:1,15
315:14
**biological** 29:9
32:23 34:8 37:8
184:25 190:13
190:25 191:13
212:20,23
213:15 218:22
247:14 303:22
304:9 312:7
314:12,15
315:1

**biologically**
29:5,19,22 30:2
209:15 212:14
219:6 303:17
**biologist** 110:4
110:4
**biology** 108:6
110:6,7,9,11
191:19 312:3
**biomarker**
71:23,25
207:17 208:9
282:21 284:3
**biomarkers**
284:12
**bit** 104:2 195:1
267:12
**bjc** 3:17
**black** 3:8 42:14
62:21 74:24
**blanket** 222:8
**block** 151:19
153:6 188:24
188:24
**blogs** 68:11
**board** 25:13
93:7 94:2 95:12
96:12,22 97:3
181:1 292:4
301:24
**bodies** 70:2
**body** 4:11,16
33:14 46:25
47:8,18 129:4,6
132:10 156:10
191:22 203:19

216:12,17
217:3 226:3,14
227:11 238:3,7
238:11,14,20
238:22 255:17
**bondurant**
48:14
**boone** 1:20
318:2 319:11
**borderline**
28:11 127:8
**bottle** 118:23
119:3 132:3,9
132:16,20
144:11 149:1
**bottles** 113:1
139:19 147:15
147:15 148:24
**bottom** 59:22
83:23,24 85:14
96:8 168:10
169:14 186:21
192:3 193:19
201:12,18
207:9 215:13
228:25 234:25
255:22 256:1
265:23 266:1,2
266:9 272:18
296:8 308:18
**box** 10:21
103:10 105:18
106:14,16
151:3 154:9
**bradford** 30:17
44:20 234:4

286:19 306:20
307:2,23 311:9
312:19 314:12
**brain**   19:18
174:14
**branch**   90:2
**branches**   89:23
90:5
**brand**   132:2
**brca1**   81:2
173:24 177:18
202:5 203:22
204:6
**brca2**   173:25
177:19
**break**   7:19,20
7:23 57:24
58:25 106:4
208:25 259:7
312:11
**breakdown**
74:23
**breast**   71:19
82:10
**brief**   10:12
204:1 312:11
**briefly**   11:13
14:19,21 20:15
308:24
**brieger**   218:12
218:15,16
**bring**   9:5 285:1
285:4
**bringing**   314:4
**brings**   42:6
97:10

**british**   164:23
**broad**   34:25
70:23 87:24
191:2,7 204:16
222:22
**broader**   15:11
140:2
**broadly**   17:15
39:2 220:14,18
284:7
**broken**   155:1
**brought**   10:6
198:6
**bucket**   92:16
**bucketize**   264:2
**build**   126:6
181:18 183:13
211:16 243:21
288:20 314:11
**built**   131:4
134:15 210:14
218:17
**bulk**   118:5,17
118:19
**bunch**   214:20
**burden**   194:16
**buried**   280:22
**business**   5:24
159:21,24
**byline**   60:21
**byproduct**
122:4,7

**c**

**c.v.**   10:14 41:18
76:7 87:1 88:16

99:5
**ca**   207:1,10,13
207:17,23
208:5,9,18
**calcium**   177:5
**calculated**   13:6
73:22 76:4
**calculations**
73:8,23
**california**
72:14
**call**   14:17,23
15:4,18,21,24
42:2 84:10
235:19 248:12
261:21
**called**   89:6
270:23
**calling**   247:25
**calls**   16:4,6
51:16 60:19
**canada**   4:8
141:22 214:13
214:14,17,24
226:19,21
227:2,11,22
228:1,12,19,25
230:2,6,12,21
231:2,9,21
232:8,13,17,22
232:25 233:6
233:11 234:2
235:1,4,13,18
235:22 317:5
**cancer**   3:7,9,10
3:12,15,17 4:5

4:7,10,11,12,13
4:16,18 15:8
19:21 26:12
27:8 28:1,2,11
28:19,23 29:7
29:20,24 30:23
31:9,21 34:14
34:23 35:4,5,15
37:23 38:3 39:2
40:12,13,19,20
41:6,10,12,19
41:23 42:3,5,12
43:6,11,25 44:4
44:4 45:6,8,17
45:18 46:2,6,8
46:10,15,21
47:4,11,21 48:3
48:7,21 56:23
61:17 62:18
64:11,14,17
65:11,17 66:2,3
66:8,21 67:23
68:3,4,7,8,11
68:12,17,17
69:7,21 70:2,3
70:14,19,24
71:6,13,19 72:2
72:8 74:2,7,14
74:17 75:4 76:5
76:11,13,15,21
77:1,12,22 78:4
78:7,8,12,23
79:19 80:1,2,4
80:10 81:18
82:25 83:7,14
85:19 86:16

[cancer - case]                                                    Page 12

87:6,9,23 88:4
88:8,25 89:3,8
89:15,20,25
91:10 92:24
94:17 95:22
99:6,10,12,18
99:21 101:2,3,4
101:5,13,17
102:8,14
108:24 109:2,6
110:4,6,7,9,11
111:19,21
112:24 113:5
113:22 114:24
115:3 116:6,15
130:25 132:11
132:24 133:3,6
133:9,12 143:1
146:17,21
147:25 148:13
155:2 156:17
159:3 164:23
164:24 165:9
166:9,22 167:6
172:25 173:5
173:16,24
174:4,7,10,13
176:12,14,20
177:7,16,21
178:6,13,17
186:10 193:3
201:21 203:11
206:1,7,12,14
206:16 207:2
207:10,16,24
208:6,10,18,19

209:10,15
211:1,1,3,5,25
212:13,20
213:25 216:18
216:22 217:11
218:3,3,8,20,25
219:3,17 220:2
220:2,5,7,15,17
220:21,23,25
221:11,18,22
221:24 222:3,5
222:8,11,13,16
222:17,19,20
222:24 223:2,5
223:6,9,22
224:6,11
232:18 233:2,4
233:4,5,8,13
234:21,21
235:9,21
237:11 238:5
238:21 239:15
240:24 242:6
243:7,24
244:13,18
249:24 251:2
253:16 255:17
273:3,17
274:10 275:20
278:13 279:2
281:15 284:7
285:5,13,19,20
286:2,8 289:17
291:5 292:21
292:25 293:10
301:3 303:9

305:4 308:5
309:4 313:2
314:6,7,7,14,18
314:20 316:15
317:7
**cancerous**
223:2
**cancers**    3:13
27:8,21 40:15
45:1 78:5
167:10 174:4
177:18 208:3
220:17 253:18
**capacity**    161:19
**captured**    16:23
295:24 296:4,9
296:23 297:1
298:1
**captures**    65:3
**carbon**    3:19
181:4 182:3,24
183:21 184:8
185:22,25
**carcinogen**
116:2 136:6,23
235:20 237:13
238:1 239:20
315:8
**carcinogenesis**
208:14,16
217:20 284:3
**carcinogenic**
3:25 130:11
135:17 141:16
142:1,9,16
145:7,17 210:4

235:12 315:12
**carcinogenicity**
111:15,24
239:25 240:8
**carcinogens**
137:2 142:15
282:22 315:5
**carcinoma**    3:23
193:2 195:17
**care**    68:25 69:5
69:15,19 70:11
70:17 71:10
90:18 98:11
300:25 302:2
**career**    108:14
160:14 177:10
177:15 248:17
**carefully**    51:11
197:25
**carl**    48:14
**carry**    249:10
266:14
**cascade**    212:10
216:20 314:6
**case**    9:8,24
11:18 17:23
35:3,8 38:16,22
38:24 42:7,8
43:3,13 46:4
50:15 63:9
66:25 92:3,20
104:13 109:12
109:17,25
114:10 115:19
148:9 160:12
162:16,23

[case - certainly]

163:11,17,22
164:2,11 167:8
167:23 168:4
168:13,20
169:8 177:15
179:6 195:15
195:17 196:9
234:7 242:23
245:6 249:24
250:15 252:4
252:25 253:3
254:4 264:22
268:11,17,22
268:23 276:12
277:24 289:14
289:16 290:6
290:17,18,22
291:1,4,5,17
292:14 293:8
293:11,21,23
294:6,9,12
296:20 298:11
298:16 299:7
302:12,16,19
302:20 311:2
314:24 316:14
**cases**  38:12
39:13 46:13
56:22 72:8,19
72:25 74:2,16
75:3,16,25
81:18 164:19
178:25 179:7
179:18 192:24
200:12 253:2
257:25 258:1,3

258:4,10,10
266:19
**caswell**  200:9
**categories**
146:5 261:5
**categorized**
249:7
**catherine**  63:2
218:12
**caught**  312:8
**causal**  30:12,13
44:23 116:6
133:7,8 161:3
161:14 177:25
178:10 212:19
233:13,15,18
233:21,23,23
233:24,25
234:9,11,16,17
234:17 235:14
235:17 280:14
280:23 282:19
282:25 283:6
283:19,20,23
284:11 285:18
286:8,11,17
311:21
**causality**
173:17 251:13
284:18 285:14
285:22,22
286:16
**causally**  173:15
178:5,8,12
**causation**  4:20
29:10 30:1,14

45:21 61:23
114:17,18
126:6 147:11
147:13 207:11
207:24 208:6
208:19,23
218:23 233:24
244:3,5,6,7
313:13 314:24
**cause**  15:8
28:22 29:7
31:20 44:4 46:6
46:8 64:11
83:14 114:23
115:2,6 130:24
133:5 143:1
146:21 148:10
159:3 184:19
190:25 211:5
222:13,17,20
222:24 234:21
281:14 316:15
318:22
**caused**  46:1,10
46:15 47:3,10
47:21 48:3,6
81:18 210:2
**causes**  29:20,23
32:7 40:19
41:23 61:17
78:12,23 99:21
99:25 211:24
218:25 219:1
223:25
**causing**  34:14

**caution**  301:19
**cell**  26:16,23
27:2,4 28:10
110:4 191:4,10
204:23 205:25
206:4 216:17
216:18,24
217:1,17
219:14,15,19
**cells**  32:11
33:20,22
216:24 223:2
314:8
**cellular**  216:23
219:18 313:8
313:12
**center**  76:11
108:11
**centers**  89:15
108:24,25
**cepa**  231:11
**certain**  35:7
48:7 70:6 72:19
117:17 164:19
169:2,3 171:12
176:16 186:24
186:25 187:9
216:11 246:23
291:8 297:21
311:23 312:5
**certainly**  39:3
75:19 112:9
114:1 150:23
170:2 187:13
188:14 194:20
206:11 207:7

217:15 289:24
**certainty**
  284:14
**certificate**
  318:18
**certify** 318:5,21
**cervical** 43:25
  44:4 45:17
**cervix** 43:20
  44:11
**chaired** 88:19
**chance** 240:22
  247:2,9
**chang** 238:19
**change** 17:6
  131:2 213:11
  256:12 316:12
**changed** 129:24
  167:7
**changes** 96:21
  316:18
**changing**
  256:12
**characteristics**
  27:15 59:25
  160:24
**characterizati...**
  107:7 181:15
  252:6,9
**characterize**
  149:15 206:4
  210:24 252:17
  281:20,21,22
**charge** 129:7
  158:2

**charging** 18:2
**charts** 68:21
**check** 225:23
**chemicals**
  111:24 143:18
  144:1,19 145:6
  146:21 147:4
  147:10
**children** 82:4
**china** 130:2
  152:24
**choose** 51:11
  88:11
**chose** 81:22
**chris** 16:4
  271:16
**christopher**
  2:10
**chronic** 32:2,3
  33:13 209:9
  210:3,18,22,25
  211:3,24 212:8
  212:8 213:1,2,9
  213:19 215:25
  216:9,11 219:5
  222:3,4 223:21
  224:1,3,9,13
  226:4 314:3
**chronology**
  260:2
**cigarette** 177:3
  178:4
**circles** 43:9
**circuit** 104:4
**circumstances**
  189:11,12

**citation** 154:24
**citations**
  103:15 210:13
**cite** 53:10 56:2
  95:20 96:1,3,4
  118:11,23
  120:13 122:3
  124:13 136:4
  137:25 143:5
  143:12 181:2,4
  181:4,5,7
  195:10 201:4
  202:24 203:1
  214:2 224:15
  227:17 252:10
  252:11 285:24
  286:2,13
**cited** 10:15,16
  10:18,19 45:12
  49:3,11,13,19
  50:5,19 51:18
  51:22 52:7,20
  53:6 58:3,6
  103:5 104:7,9
  105:5,14
  106:17 113:9
  117:3 125:21
  144:15 145:20
  153:25 154:21
  154:22 164:13
  180:4 182:6
  183:12 184:24
  185:3 194:12
  201:10 218:10
  226:7 230:7
  231:16 272:10

291:14 298:18
**cites** 226:23
  227:11 277:16
  278:18,21
**citing** 127:15
  225:16,19,21
**claim** 74:16
  125:17 128:12
  141:25 142:7
  142:10,12
  186:1,4 211:3
  274:24 275:4
  275:13,16
  293:4,8 308:9
**claiming**
  151:14,18
  157:23 268:2
  293:5
**claims** 158:5,9
  158:20,24
**clarification**
  28:24
**clarified** 223:24
**clarify** 47:17
  103:11 106:13
  119:21 131:11
  155:12
**clarifying**
  89:10
**clarity** 97:21
**class** 136:6,22
  137:2 162:9
  315:8
**classes** 76:24
**classifiable**
  240:8

**[classification - comments]** Page 15

classification
  236:25 237:6
  239:6,14,21,24
  240:20 260:19
  260:25 261:17
  268:15
classifications
  145:22,24
  146:3
classified
  115:12 136:6
  136:22 237:9
  237:18,25
  315:8
classify  35:25
  174:8 264:4
  288:18
clean  9:17
clear  26:23
  27:4 28:10
  98:15 99:4
  129:7 165:11
  193:2 207:22
  211:2 215:15
  241:4,11
  242:18 250:8
  269:20 280:24
  282:19 283:19
  283:20,23
  284:11,12
  297:12 300:15
clearly  101:25
  145:19 261:4
  264:12 268:9
  275:2 297:2

cleavage
  137:15
click  78:16
clinical  26:17
  27:2,9 69:12
  101:10
clinically  71:17
  71:21 190:9
  246:18
close  226:1
  285:2,4 306:24
closed  197:7
  254:19
clunky  281:10
cohort  34:22
  35:1 42:7,8
  50:15 66:25
  92:21 162:14
  162:24 163:1,9
  163:18,22
  164:2,14
  165:23 166:4,5
  166:12,21
  167:6,9,11,19
  167:22,24
  171:13 241:19
  243:12,18
  244:11,12,19
  245:6,13
  250:16 252:7
  252:11,22
  253:4,6,12
  254:2,5,25
  255:2 257:21
  257:25 265:6
  266:3,11

267:16,21
  268:21 293:2
  294:14 296:20
  297:4,17,22
  298:4 310:25
cohorts  242:4
  249:23 252:3
  252:14,17
  254:22 255:5
  267:18 268:12
collaborate
  22:3 27:23
collaborations
  108:4
colleagues
  65:18 90:2
  114:23
collected  38:22
  38:25 171:15
  171:16 303:13
collection  10:1
  290:9
collective  249:4
collects  267:17
colorectal
  286:2
column  59:22
  83:24,24
  201:13 299:21
  309:25
columns  162:24
combination
  179:17
come  15:16
  16:17 17:3,17
  43:19 97:7

178:23 213:7
  249:15
comes  79:16
  101:22 152:17
  226:5 284:19
comfortable
  38:19 65:21
  173:9 198:8,17
coming  19:18
  54:15 133:21
comment  33:25
  62:5 65:9 81:11
  84:20 85:1 86:3
  86:9 93:23
  102:6 109:12
  125:12 133:13
  148:9 156:12
  205:9 242:9
  250:25 302:1,3
  302:5 305:11
commentaries
  50:10
commentary
  175:4 190:4
  260:7 269:25
  270:1 311:11
commented
  147:3 175:13
  254:25 301:25
commenting
  94:16 305:19
comments
  23:15,19,24
  24:3,15 25:4,15
  25:22 26:1,2
  228:15 255:10

**[comments - conduct]**

Page 16

295:20

**commerce** 2:8

**commercially**
3:22

**commission**
319:10,11

**committed**
240:14

**committee**
41:20 42:20

**committees**
88:19

**commodities**
118:5,17

**commodity**
118:19

**common** 28:15
163:19

**communicated**
19:19 295:17

**communicati...**
69:25

**community**
74:8,9 75:3
86:17 98:9
249:4 278:12
284:9,10

**company**
122:13 152:8

**comparable**
185:3,6,9
206:18

**compare** 300:7

**compared**
162:16 168:7
206:25 268:10

291:12 304:7

**comparing**
37:11 202:7,15

**comparison**
3:22

**competing**
60:11,12

**compiled** 93:8

**complementary**
178:22

**complete** 51:12
75:12 171:10
266:22

**completed**
286:20

**completely**
189:17 266:17
274:7

**completeness**
139:12

**component**
73:12 132:21
147:17 176:5
196:3 310:13

**components**
113:1 128:19
138:24 139:13
144:10 147:8
147:14

**composed** 27:8

**compound**
27:13 70:4
192:19

**compounds**
184:9

**comprehensive**
65:3 80:18
89:15 110:21
111:3,5,8,14,17
111:20,22
112:1,3,9,13,15
112:17,21
113:3 132:23
139:17 140:8
146:22 160:21
236:20

**comprehensi...**
45:16 115:19
116:8 128:15
178:14

**comprised**
214:19

**conceivable**
28:21

**conceivably**
254:2

**concern** 56:10
58:12 192:21
236:21 240:7
253:11

**concerning**
68:2,16 143:24
196:14

**concerns** 24:4
192:17,24
198:5 204:14
204:21 265:5
268:17,18
296:25

**conclude** 47:10
48:2 145:19

204:3 217:22
217:25 241:5
280:13 282:24
283:5 291:17
311:10

**concluded**
145:5,20
200:20 203:9
232:25 233:6
240:21

**conclusion** 47:2
69:9 94:7
101:23 125:22
127:5 165:15
200:23 225:25
230:5 239:18
242:2,8 272:24
273:12 275:17
315:10

**conclusions**
57:4 84:10
93:13 100:17
131:6,9 145:11
145:14 200:17
233:11 242:13
262:14 270:9

**conclusively**
40:17 101:16

**condition** 31:19
31:25

**conditions**
184:10 221:4
222:5

**conduct** 110:21
159:22,25
295:15

[conducted - contamination]                                        Page 17

| | | | |
|---|---|---|---|
| **conducted** | **consensus**  75:2 | 236:6 | **contacted**  6:18 |
| 132:22 236:24 | 75:16 96:22 | **consistency** | 6:22 18:17 |
| **confer**  233:2,8 | **consider**  26:2 | 114:9 244:8 | 60:19 |
| **confers**  232:18 | 69:15 89:1,19 | 250:15 288:1,4 | **contain**  10:16 |
| **confidence** | 114:23 121:12 | 307:5,11,14,20 | 24:4 90:22 |
| 199:5 247:19 | 177:24 178:4 | 307:24 309:13 | 118:5,12,17 |
| 247:23 248:4 | 178:12 192:23 | 309:16 310:2 | 120:8 121:3 |
| 263:8 300:4 | 210:22 212:24 | 310:10,14,14 | 151:25 315:24 |
| **confident**  15:15 | 213:23,24 | **consistent** | **contained** |
| 292:18 | 214:17 230:13 | 39:14 86:7 | 117:10 120:21 |
| **confirm**  45:15 | 251:5 254:18 | 114:8,11 | 121:10,11 |
| 146:4 151:24 | 284:10 288:19 | 186:18 200:7 | 125:2,13 |
| 170:8,10 | 290:5 307:25 | 287:2,16 288:2 | 126:23 132:9 |
| 174:19 | 308:3 | 307:14 | 137:10 145:6 |
| **confirmed** | **consideration** | **consistently** | 145:16 151:3 |
| 152:5,18 154:3 | 75:17 | 249:25 | 228:3 316:3,18 |
| **conflate**  215:10 | **considerations** | **consortium** | **containers** |
| **conflict**  23:7,12 | 44:19 234:4 | 41:19 42:4,5 | 113:2 197:7 |
| 60:15 61:22 | 307:4 | 43:1 | **containing** |
| 62:2 63:11 67:4 | **considered** | **constant**  309:4 | 131:5 134:17 |
| 67:9,17,20 | 10:17 17:5 | **constituent** | 134:25 135:7,8 |
| 102:9 | 28:13 29:18 | 117:16 | 135:15,16,23 |
| **conflicting** | 44:22 94:2,4 | **constituents** | 231:10 232:6 |
| 245:11 | 103:7,9,20,24 | 125:10 132:15 | **contains**  116:4 |
| **confounder** | 105:10,15 | 147:11 | 116:20,21 |
| 178:19 | 126:14 135:16 | **constrained** | 119:6,13 |
| **confounding** | 146:6 164:10 | 42:17 | 126:17 127:17 |
| 240:22 247:2,8 | 173:23 213:25 | **consultant**  23:7 | 132:5 134:3,14 |
| 282:23 284:5 | 230:8 231:17 | **consulting**  5:24 | 287:7 |
| 286:12 289:9 | 232:3,9,14 | **consumers** | **contaminate** |
| 289:12 | 247:12 256:18 | 117:16 150:6 | 199:18 |
| **confused**  134:2 | 305:10 307:5 | 150:11,15 | **contaminated** |
| 283:24 | 307:20 | 231:12 | 115:21 229:24 |
| **connection** | **considering** | **contact**  43:20 | **contamination** |
| 204:8 | 29:10 97:22 | 63:20,23 | 194:5 195:1 |
| | 109:5 228:2 | 227:21 | 197:4,9 200:2 |

**[contamination - correct]** Page 18

229:17
**contending**
273:7,9 307:8
**contention**
249:23 267:7
270:5 305:13
**context** 21:16
128:5 137:20
217:14 259:3
**continually**
292:12
**continuing**
287:12
**contraceptives**
82:9
**contractions**
184:17,20
**contradicting**
36:15
**contradicts**
152:7
**contrary**
123:23
**contrast** 49:24
**contributes**
218:1,8 220:1,4
220:7
**control** 35:3
38:16,22,24
42:7,8 43:3
50:15 63:9
66:25 82:2,3
92:3,21 114:11
118:1 162:16
162:23 163:11
163:17,22

164:2,5,12
167:9,23 168:4
168:13,20
169:8 177:15
195:17 197:18
197:20 199:11
200:11,15
242:24 245:6
250:16 252:25
253:3 254:4
268:11,17,22
268:23 276:13
277:24 289:14
289:16 290:6
290:17,19,22
291:1,4,5,17
292:14 293:8
293:11,24
294:6,12
296:20 298:11
298:16 302:12
302:16,19,21
311:2
**controlled** 35:8
**controls** 38:13
39:13 164:1
178:25 179:7
179:19 195:6,9
195:12,14,18
195:21 196:1,2
196:9,13
200:12 249:24
252:4 266:20
**convenience**
7:20

**converse** 48:13
**conversely**
277:10
**conveyed**
230:21
**cook** 238:18
**cooperation**
181:20
**copies** 9:17,22
10:25
**copy** 8:12 9:14
11:14,16,25
155:6 201:16
241:24 276:18
276:25 277:2
**corollary** 203:8
**corporate**
149:6 159:22
159:24
**correct** 8:1
10:10 11:4
12:14,21,22,25
13:1,12,14,15
13:24 15:4,5,19
16:9,19,20
17:25 22:25
23:1,13 26:18
26:24 27:5,6
30:17,20,24
31:12 32:7 33:1
34:9,10,21
37:16,23 38:4
39:21,22 40:9
40:10 41:16,20
41:21,25 43:6
43:11,12,15,16

43:17,18,21,23
45:13,18,19,21
46:2,3,6,8
47:22 51:20,21
52:5 53:6 55:6
59:18,20 60:8
60:13,16,17
61:2,9,11,24
62:6,14 63:12
64:18,19 67:5
67:14,17 70:10
72:5,6 76:7,12
77:3,4,8,9 78:4
78:5 80:17
82:10,11,13
83:17 87:2,19
88:4,5,13,17,20
88:23 89:4,15
91:7,8,10,20,21
92:9 93:2 95:5
95:6,7,8,22
96:7 98:5,11
99:1,7,18,19,21
99:22 100:20
101:6,9 103:5,6
103:8,17 104:8
108:19,20
110:2,3,5,13,14
110:17 112:24
113:12 114:21
115:1 116:9,12
116:23 117:5
118:20,24
119:2 121:14
121:20 122:4
126:23 127:6

**[correct - course]**                                                                 Page 19

| | | | |
|---|---|---|---|
| 127:18 133:14 | 229:2 231:4,6,7 | 287:20 288:6,8 | 127:13 160:9 |
| 136:2 137:23 | 231:23 232:10 | 288:20,21,24 | 209:7 284:21 |
| 138:2 139:1,21 | 232:11,14,19 | 289:3,4,5 293:6 | 312:23 316:10 |
| 140:4,16,18 | 232:24 233:2 | 295:3 297:6,10 | 317:20 318:6 |
| 142:19,21 | 234:12 235:9 | 297:15 298:5 | **counsel**  5:9 7:7 |
| 143:6 145:11 | 235:17,18,23 | 300:17 302:3,5 | 9:21 10:21 |
| 145:12,25 | 236:24 237:11 | 302:7 304:13 | 13:23 14:1,18 |
| 146:3,4,5,18 | 237:18 238:5,8 | 304:14,19 | 40:25 61:8 |
| 148:10 153:15 | 238:12,21,23 | 305:16,21 | 105:16 106:21 |
| 153:17,21,24 | 239:7,15 240:2 | 306:18,19 | 124:7,9 138:7 |
| 154:1 155:16 | 240:11,24,25 | 307:25 308:1 | 138:10 271:12 |
| 155:21 157:19 | 241:6,9,10,12 | 310:11 | 275:1 284:25 |
| 157:20 158:6 | 241:16,19 | **correcting** | 313:5 316:11 |
| 159:4,8,10,15 | 242:7,10,20 | 296:16 | 318:11 |
| 165:9 166:9,10 | 243:12,16 | **correction** | **counselor** |
| 166:18,19,22 | 246:7,14 247:4 | 312:16 | 107:4 |
| 166:25 167:1,3 | 248:1,2 252:7 | **correctly**  92:25 | **counsels**  70:12 |
| 167:4,13,19 | 252:18 254:8 | 93:1 95:13 | 70:18 |
| 168:1,3,5,11,18 | 254:12,25 | 118:8 202:21 | **count**  287:12 |
| 168:19,22 | 255:6,7,20 | 225:8 236:17 | **counting**  13:22 |
| 169:11,13,16 | 256:25 257:10 | 243:8,9 282:3,6 | 118:8 |
| 169:19,25 | 257:12 259:2,3 | 283:1,2 | **countries**  278:7 |
| 170:4,23 173:1 | 259:5 261:1 | **correlated** | **country**  90:4 |
| 173:2,10 | 262:12,13,25 | 206:7 223:9 | 130:3 |
| 174:22 175:2 | 263:1,10,11 | **cosmetic** | **counts**  195:25 |
| 175:14,18,19 | 264:13,15 | 117:17 141:1 | **county**  1:20,23 |
| 176:15,20 | 266:7,17 267:9 | 228:8 230:6,18 | 318:2,5 319:11 |
| 181:8 182:4,8 | 267:18,19,21 | 231:15,22 | **couple**  20:16 |
| 184:10,13 | 269:6,9,12,13 | **cosmetics** | 58:1 79:15 95:7 |
| 188:25 189:9 | 270:10 271:3,6 | 231:13 | 102:17 155:4 |
| 192:15 193:5,6 | 272:16,17,22 | **cote**  1:13,18 3:5 | 173:6 245:11 |
| 194:22 195:5 | 273:5 278:24 | 3:6 5:1,12 8:15 | **course**  14:4 |
| 202:3,24 203:6 | 279:21 280:5 | 51:16 52:14 | 16:1 27:11 |
| 205:20 207:11 | 281:8 282:5 | 60:9 79:25 | 48:22 59:13 |
| 208:4,7 218:10 | 283:12 286:14 | 87:13 94:23 | 177:9 287:25 |
| 222:14,18 | 287:3,9,14,18 | 106:13 127:9 | |

**court** 1:1 6:13
48:10 104:22
123:19 316:14
**cover** 12:7,9,17
12:23 14:5,6
**coverage** 243:2
**covered** 34:8
301:2
**covert** 92:3
**cramer** 36:4
37:4,12 38:11
38:11 238:18
271:3,20,25
272:2,9 276:1
291:14 305:20
306:8,11
**cramer's** 39:23
50:19 51:18
53:14 305:20
306:3
**cramps** 184:20
**create** 64:8
178:20
**credentials**
81:17 295:14
**credibility** 93:7
**credible** 90:19
90:22
**critical** 57:8
80:21 291:16
**critically**
298:20
**cross** 106:1
163:24 247:24
248:1

**crosses** 246:7
248:9
**crowley** 52:25
143:5 144:7,12
144:21 146:6
**crowley's**
143:11 144:25
145:3,10,23
**crucial** 243:6
243:11,21
**crunching**
288:5
**ctisi** 2:12
**culture** 4:4
**cumulative**
172:11
**current** 5:15
85:21 86:4
173:4
**currently** 5:18
71:17 100:19
101:15 124:25
130:2 141:12
152:23
**curtailing**
261:10,13
**curtails** 264:18
**cut** 222:1
247:15
**cuts** 216:5

| d |
| --- |

**d** 21:3
**d.c.** 2:5
**daily** 203:3
297:19 300:4,5

**dale** 279:14
**data** 17:3 33:23
33:24 34:22
35:1 38:12,22
38:25 41:13
42:10,13,24
66:23 73:9
74:20 75:12,23
79:5 84:2,21
85:21 86:4
92:22 98:18
102:1 104:17
121:6 146:20
152:2 164:15
164:18 166:6
166:12,21,24
167:6,11,19,22
167:23,24
205:6 208:24
210:21 235:25
236:4,6 242:3
243:7,12,18,25
245:20 252:20
258:12 263:20
265:12 267:15
267:18,21
268:25 269:1
274:15,17
282:8 287:12
287:18,21
288:10,19,25
289:4 296:4
297:4,10,16,17
297:17 298:5,5
298:8,22 299:9
299:13,14

300:7 303:14
303:21 307:13
**database**
160:18
**date** 13:3 105:2
174:15 212:3
213:11 252:2
255:9 272:6,7
**dated** 12:4,6,17
16:18
**dates** 260:6
**davis** 270:12,12
**day** 7:22 21:1
257:15 284:15
310:17 319:4
**days** 102:11
155:4
**deal** 100:25
309:16 310:4
**dealing** 317:1
**deals** 181:4,5,6
**death** 219:19
**debate** 273:22
**debating** 152:1
152:4
**decade** 116:3
236:7 309:5
**decades** 39:18
56:22 58:22
93:20 114:13
120:19 268:24
278:6
**december**
12:24 13:16
16:11,16
319:11

**decided** 100:17
**decipher** 150:7
**decision** 25:8
  78:21,24 79:1,3
  97:7 179:15
**decisions**
  284:15
**declare** 60:12
  61:22 67:4,9
**declared** 60:15
**decreasing** 74:7
  74:8
**dedicated** 16:12
  91:9
**deem** 286:1
**deemed** 235:12
  285:17
**deep** 187:24
**deeper** 202:6
**defendant** 1:21
  2:17 5:9 123:24
**defendant's**
  50:12
**defendants**
  20:4,7 123:22
  140:16 234:7
  318:10
**defense** 104:20
  109:24 147:3,6
  272:7
**define** 88:15
  108:14 214:5
  221:15 246:8
**defined** 297:23
  298:7

**definitely** 39:7
  162:18 287:20
**definition**
  168:10 249:22
  253:18
**definitive** 84:17
  85:23
**degradable**
  226:3,11,13
**degree** 245:1
**deionized** 197:6
**demonstrate**
  84:8 180:13
  186:22 201:19
  202:14 203:10
  244:20,21
  249:25
**demonstrates**
  34:23 215:4
  223:15,20
**demonstrating**
  173:22
**department**
  110:8
**dependent**
  186:19 187:1
**depending**
  35:10 276:13
**depends** 164:4
  196:4 266:18
**deponent**
  317:17 318:6
  318:16,17,20
**deposited**
  182:25

**deposition** 1:13
  1:17 3:4 5:10
  6:12 7:9,13
  8:13 16:13
  20:15,17,19,23
  51:8 128:10
  138:1,7,15,23
  139:1 146:25
  182:3 318:9,13
**depositions**
  48:18
**deposits** 129:15
**depth** 187:12
**dermal** 232:15
**describe** 97:8
  97:10,11
  139:17 193:13
  300:12
**described**
  233:16 261:21
  266:20
**describes**
  181:20
**description** 3:3
  4:3 311:18
**design** 162:3,5
  162:16 164:9
  290:11,25
  293:11 294:19
  310:10
**designated**
  89:15
**designed** 253:6
  254:6 268:10
  290:18

**designing** 57:14
**designs** 163:23
  196:8 241:16
  294:20 309:17
  310:15,18
**despite** 131:7
  244:11 265:10
  283:3
**detail** 175:2
  200:4 268:4
  292:17
**detailed** 269:1
  290:19 303:14
**details** 188:3
  202:17 241:14
**detect** 252:13
  256:2,14,22
  258:25 263:23
  265:6,9 268:1
  268:13
**detecting**
  208:10 252:3
  252:15
**detection**
  208:11
**determinations**
  97:4
**determine** 34:4
  47:20 291:6
**detract** 187:3
**devastating**
  86:15
**develop** 66:25
  102:5
**developed**
  62:24 63:5

**[developed - discontinued]**                                             Page 22

249:17
**developing**
46:21 161:16
**development**
212:12 218:2
220:1
**develops**
213:13 257:25
305:4
**dextran** 182:24
**diagnosed** 72:8
75:4,10,11
**diagnoses** 74:14
190:3
**diagnosis** 64:14
78:12 101:4
**diaphragm**
303:23 304:6
**diaphragms**
303:7,16
**didactic** 77:5
**dietary** 42:16
97:17 177:2
**diets** 177:5,6
**differ** 33:16
178:25 179:18
191:23 311:3
**difference** 33:7
50:4 168:25
169:15 211:15
230:19 241:15
262:4,11,16
263:25 303:25
**differences**
27:1,17 36:18
37:9,22 42:14

179:6 253:9
263:23 270:13
**different** 12:19
24:22 27:9,10
27:10,11,12,15
29:2,8,11,12,12
29:16 30:19
31:16 32:6,10
32:24 33:5,6,7
33:21,21 35:9
36:25 37:7
42:11,16 43:3
44:7,7,14,15,17
57:19 62:17
64:12,15 67:14
72:12,20 76:14
90:5,10 103:15
114:10 115:6
118:9,9 124:24
125:10,21
127:20 133:19
146:11 151:4
154:23 157:6
160:24 161:4,7
161:9 163:15
164:8,16 173:7
173:10 176:21
178:21 184:9
184:10,12
185:12 187:10
197:4 198:7
204:24 206:12
210:16 212:9
214:20 215:10
215:14 216:21
217:19 229:4

233:16 246:1
248:25,25
251:1 261:23
262:1 268:17
278:7 286:18
288:11,17
289:11,16
292:1 294:17
296:14 309:17
310:6
**differentiated**
26:16 29:16
**differentiation**
29:1 216:23
**differentiations**
28:25
**differently**
57:13 265:11
**differs** 261:24
311:2
**difficult** 221:15
280:13 282:23
283:5 304:2
**digestion**
193:20,24
**diligence** 200:5
**diminish**
309:12
**diminished**
308:20 309:8
**direct** 101:2
148:6 156:9
161:10 230:17
**directed** 107:3
**direction**
250:11 251:21

251:22 318:15
**directly** 152:6
152:12 154:14
154:19 155:13
155:21,22,25
237:20 307:10
**director** 76:11
**disagree** 84:25
86:21 93:2,4
96:20 101:20
127:11 158:4
158:20 159:11
184:24 242:15
243:15 252:16
252:20,22
**discern** 304:2
**disciplinary**
82:16
**disclose** 52:21
304:25
**disclosed** 6:2,15
23:12 50:7
54:17 106:20
196:17
**disclosing** 25:3
**disclosure** 6:6
63:12,21 67:12
259:17 272:10
**discontinuation**
147:23 148:12
**discontinue**
149:22
**discontinued**
148:18 149:16
149:18

[discount - dr]                                                                          Page 23

**discount**   36:21
 39:20
**discounted**
 305:25
**discovery**   48:18
**discuss**   91:6
 153:14 180:8
 279:25 305:20
**discussed**   18:12
 46:14 55:5 72:1
 96:5 141:22
 174:12 219:23
 248:20 295:1
 316:17
**discusses**   36:5
**discussing**   7:4
 72:4 217:21
 260:25 310:2
**discussion**   36:3
 74:24 90:11
 101:12 106:24
 172:24 186:16
 203:13,22
 214:12 223:12
 229:1 242:15
 276:1,2 299:18
 306:10
**discussions**
 188:4
**disease**   4:20
 27:11 44:21
 62:16 64:25,25
 86:15 163:13
 207:5 220:22
 220:24 244:13
 244:14 250:21

 251:2 253:7
 310:21
**diseases**   163:18
 163:19
**disentangle**
 304:4
**disintegrate**
 314:2
**disinterested**
 318:22
**dispute**   152:17
 152:20,25
 153:9 154:5
**disputing**
 151:23
**disregard**   288:3
**disrespectful**
 127:8
**disruption**
 176:11
**dissect**   33:18
**dissertation**
 248:24
**dissimilar**
 182:7,10
 183:24
**distally**   185:22
**distant**   183:16
**distilled**   197:5
**distinct**   27:8,21
 28:1 29:7 32:4
 34:18,20,21
 89:1 126:4
**distinction**
 233:22

**distinguish**
 57:18 133:16
**distributed**
 141:6,8
**distribution**
 60:3
**district**   1:1,1
**diverse**   28:22
**divide**   261:22
**dna**   137:17
**doctor**   5:7
 51:12 117:21
**document**   8:15
 8:25 9:3 77:21
 81:20 83:3 91:6
 92:6 93:8 94:8
 98:2,7 118:11
 118:15 119:15
 140:11,15
 226:22 227:10
**documentation**
 37:3 142:6
 157:1 158:17
**documents**
 8:22 9:5 90:24
 92:2 104:20
 119:16 124:12
 125:7,16 128:5
 139:8 141:17
 151:4,6,10,15
 152:15 154:9
 157:13,17
 227:5
**doing**   6:3 25:20
 37:16 63:15
 65:6,19 71:4

 227:3 291:25
**dosage**   146:6
 146:10
**dosages**   205:8
 206:17
**dose**   205:11
 206:18,23
 242:10,19
 257:3,9,19
 258:16 300:1
 304:1
**double**   11:25
**doubled**   245:23
**doubling**
 171:21 258:11
 258:11
**downstream**
 207:13
**downward**
 182:22
**dozen**   278:1
**dr**   3:5,6 8:15
 18:13,18,19,22
 18:24 19:1,7
 20:15,23 22:12
 26:9 51:16
 52:14 60:9
 79:25 82:20,21
 83:19 84:1,14
 84:20 85:1,11
 86:3,9,14 87:13
 94:23 106:13
 127:5,8,13,21
 145:10,23
 146:6 160:9
 206:6,17 209:7

[dr - endometrial]                                                                 Page 24

271:25 272:2
272:15 279:15
281:8,13 283:4
284:21 312:23
316:10
**draft** 114:5
**dramatically**
32:24 33:4,6
**drastically**
245:5
**draw** 57:5
262:14 270:11
**drew** 234:5
**drinker** 1:21
**drive** 29:1
304:22
**driven** 28:16
32:14,21
150:18 248:22
286:12 288:4
**driving** 60:2
285:10 293:22
**drop** 10:21
103:10 105:17
106:14,16
151:3 154:9
**drove** 150:24
**drug** 165:24
**due** 127:13
155:5 200:5
247:1 274:22
**duly** 5:2 318:7
**duplicate**
299:10
**durability**
136:20

**duration** 60:1
172:10 242:19
298:1
**dust** 141:20
142:17
**dusted** 303:24

**e**

**e** 21:3 63:3,3
**e.g.** 310:6
**e2c2** 42:2,13
**earlier** 26:5
37:5 55:5 65:1
96:5 103:4
106:13 110:12
137:22 142:18
142:23 147:7
149:11,12
192:5 202:16
218:10 229:10
236:15 238:2
276:2 287:8,21
316:6
**early** 7:2,2
60:19 61:8
177:14 208:11
208:14 310:21
**earn** 5:18,22
**earned** 123:14
123:17
**easier** 189:10
**edition** 83:6
**editor** 25:8
51:18,19,23
52:3 55:17
57:11 88:22

255:10 271:2
272:15 274:23
275:6 281:7
**editorial** 25:13
95:12 269:20
277:21 301:24
**education**
76:13
**effect** 3:25 4:4
173:16 216:20
230:7 231:16
234:11 261:22
298:3,4,9
308:19,25
309:7
**effects** 175:14
203:4,17,22
204:4 212:10
249:5 253:20
289:9
**efficient** 284:24
**effort** 150:21
197:8
**efforts** 295:7
**egli** 182:2,11
**eight** 121:9,10
253:17 256:10
**either** 77:2
98:22 108:18
109:23 151:8
173:15 191:13
192:21 253:21
253:23 268:15
284:8
**element** 312:4

**elements** 112:5
160:23
**eleven** 106:3
195:23 298:14
**eliminate** 189:9
189:11,15
**eliminated**
189:7 290:14
290:22,24
**elucidate**
165:24 166:13
166:24 167:12
167:25
**email** 14:20
**embedded**
188:12,24
289:3
**emerge** 29:12
**emerging** 174:5
248:20
**emphasized**
58:4
**emphasizes**
262:10
**empirical**
277:10,16
278:9,18,19
**employ** 318:25
**employed** 5:13
**employer** 6:2
**employers** 5:15
5:17
**encourage**
69:20
**endometrial**
41:5,6,10,12,19

41:23 42:3,12
43:6,11 44:4
45:17
**endometriosis**
26:24 29:20,23
30:9,10,15,22
31:5,8,18,24
32:6,13,18,24
33:12 34:1,6,12
34:20 96:6
270:16,16
288:15
**endometrium**
43:20 44:8
**endometroid**
26:23 27:4
28:10 30:23
31:9
**ends** 176:9
288:16
**engaged** 61:15
**enhanced**
253:21
**enrollment**
309:5
**entered** 146:24
**entering** 111:6
**entire** 62:23
248:17 273:7
301:23
**entirely** 287:6
287:16 289:5
**entirety** 56:25
122:10,11
138:15,17

**entities** 89:1
**entitled** 59:9
64:3 127:12
313:1
**entries** 128:6
**entry** 14:9
253:12 268:16
313:16
**environment**
4:20 189:18
190:1,7 194:7
195:4 212:11
**environmental**
108:10,12
117:24
**environments**
194:22
**eoc** 27:7,20
28:4,5,7,15
29:18 38:5
39:15 165:18
165:24 176:16
213:22 256:3
256:23
**epa** 17:13 118:3
118:11 126:2
127:1,3 145:22
**epi** 169:23
**epidemiologic**
4:16 31:9 41:3
84:6 86:6
112:22,23
114:7,15 132:1
139:25 161:2
161:11 162:3,6
164:10,11

173:20 219:10
239:1 241:15
248:21
**epidemiologi...**
15:14
**epidemiologist**
27:25 161:20
161:23 192:22
248:18 251:4
282:4
**epidemiologi...**
20:3,13 56:8
211:14
**epidemiology**
4:12 41:19 42:3
64:18 76:24
162:2 164:6,7
286:9 293:25
**epithelial** 3:17
26:12 27:7 28:2
28:23 40:13,20
164:24 213:25
**equivalent**
134:22
**equivocal** 34:6
**erased** 289:18
**errors** 25:15
199:1
**especially** 56:8
109:8 170:22
171:3 216:4
**essentially**
72:17 200:7
226:14 234:1
251:21

**establish**
251:13 286:15
**established**
56:21 133:5
**estimate** 13:19
73:15,15
245:19 249:6,7
250:5 254:7
281:23 307:15
308:10,16
309:10
**estimates** 35:11
72:11,16 73:16
73:21 114:9
253:10 254:3
289:7,8 307:17
311:3
**estrogen** 205:3
253:23,25
**ethnicity** 74:23
309:6
**etiology** 64:25
**evades** 223:6
**evaluate** 57:1,2
96:23 167:6
205:4 243:6,11
298:20
**evaluated**
303:6
**evaluating**
57:20
**evaluation**
213:18
**event** 305:9
318:24

**[eventually - exist]**                                                                 Page 26

**eventually**
25:12 314:2
**everybody**
191:23,25
279:18
**everyday**
130:19
**evidence** 4:14
4:16 15:12
28:13 30:10
36:12 37:19
39:9,14 40:8
41:22,24 44:23
45:6 47:1,2,9
58:20 86:6
91:20 92:11
96:23 109:6
110:22 111:9
111:23 112:13
114:8,15 116:3
116:8 117:13
117:22 120:12
123:23,24
125:15,23
126:4 131:7
148:23 151:2
158:14 161:7
165:16 183:13
185:10 186:8
186:18 187:8
187:14,15
191:13 200:20
201:1 207:3,10
207:23 210:8
210:16,20
212:3,16

213:12 216:9
217:16 219:8,9
219:11,22
221:14 234:3
236:10,19,20
239:17,25
240:4,5,21
243:21,22
246:3 254:12
254:16 256:17
257:3,9,18
258:16 277:10
277:16,18,24
278:2,9,18,19
284:16 293:13
294:2,9 299:7
304:12 311:1
311:19
**exact** 154:24
265:13,14
271:8 303:11
305:1
**exactly** 30:4
50:23,24 79:12
238:25 276:9
278:10
**examination**
1:17 2:21,23,24
2:25 5:5 180:19
216:4 312:21
316:23
**examine** 42:10
42:11,22 65:4
188:2 196:19
205:22 207:25
288:10 310:20

**examined** 5:4
129:19 217:14
224:13 287:7
**examining** 4:13
**example** 17:14
26:22 44:8,11
50:17 73:10
97:23,24
112:10 113:9
113:10 139:16
170:3 171:14
176:8 187:11
200:15 253:14
264:16 284:19
285:5 288:14
311:12
**examples** 17:17
118:5,16
285:24 286:13
**excellent** 95:3
**except** 177:11
298:5
**exception** 250:1
**excerpt** 4:15
**excess** 251:17
**excessive** 177:4
**exclude** 102:2
250:9
**excluded**
123:19 245:9
298:10,12,15
**excluding**
287:24 298:4
**excuse** 51:5
73:2 228:16

**execute** 317:12
**executive**
210:13,14
286:4
**exercised** 81:8
**exhibit** 3:1,3,4
3:5,6,7,9,10,11
3:12,13,15,16
3:17,19,20,22
3:24 4:1,3,4,6,8
4:9,11,13,15,16
4:17,20 8:10,12
9:11,12,20 10:1
10:3 59:13,14
77:17,19 79:21
79:22 83:9,10
83:13 87:10,11
91:2,3 99:14,15
155:9,10
164:22 165:1,6
182:11,12
192:10,11
197:13,14
201:5,6 204:11
204:12 205:14
205:16 228:12
228:13 241:21
241:22 255:12
255:13 258:6
259:21 269:24
277:4,5 281:1,2
294:21,23
309:22,23
312:17,18,18
**exist** 33:24
159:6 304:15

305:8
**exists** 48:8
71:22,23
129:16,19
210:8 217:7
240:15 290:3
311:4
**expect** 155:23
202:18
**expected**
110:21
**experience**
188:10 189:22
295:14
**experientially**
206:24
**experimental**
282:20 284:2
**expert** 3:5 5:25
6:15,19,24 8:7
9:9,14,19 10:14
10:15 16:18
18:15 19:23
20:2,6,12 22:13
25:20,23 28:3
38:10 45:2
52:17,21 53:2
53:16 54:2,12
54:23 55:2,9,13
61:11,15 64:4
65:19 67:8,16
72:10 79:15
103:2 110:11
110:19,20
115:20 120:17
120:23 123:8

124:22 126:15
127:24 146:25
148:17,20
149:24 150:5
156:21,24
159:21,23
167:3 205:10
205:19 227:12
254:10 256:21
272:1 285:14
295:2 316:19
**expertise** 25:10
33:25 34:4,11
48:1 94:21
107:6,11,14,17
107:20 108:16
108:22 109:7
121:13,16
130:12,18
140:1 161:10
188:8,11
190:21 191:16
198:2 205:4
206:3
**experts** 18:9
19:5,9,20,24
20:7,20 25:19
49:4,15,20 50:6
50:12,12 51:23
52:1,9 53:11,19
55:22 56:4,15
58:7,14 73:25
108:15 123:15
127:25 139:8
147:3 161:21
192:6 226:23

227:18,21,23
271:6
**expires** 319:11
**explain** 10:13
300:8
**explaining**
153:20,23
**explanation**
175:7 210:20
266:4 271:19
306:13
**exploratory**
179:14
**exploring** 27:14
177:17
**expose** 279:1
**exposed** 44:11
73:11 195:14
261:5,5 264:4,5
264:12,18,19
264:22 285:9
**exposure** 3:24
44:21 45:4 60:7
62:13,15 65:10
72:18 73:11
91:15,19 92:16
92:23 108:1,7
108:13 112:11
130:12,17
133:21 163:3,4
163:8 169:3
171:3,4,14
179:9 189:15
193:4 209:14
212:7 217:18
219:13,15

245:1 250:7
260:15 261:9
261:10,13
264:18 265:4
266:19 276:13
288:12,16
293:16 298:8
305:9 310:20
**exposures** 3:7
44:12 59:10
130:18 163:16
169:3,5,20,23
170:2 172:11
194:25 245:23
288:18 290:20
304:24
**express** 159:17
159:19
**expressed**
114:22
**expressing**
283:5
**expression**
204:25 205:1,6
**extend** 204:6
**extension**
203:23 208:13
**extensive**
220:20
**extent** 23:10
32:21 82:3
108:5 147:2
**external** 90:2
158:19
**externally**
158:4,9 159:7

[externally - felt]                                                          Page 28

159:11
**extract** 292:4
**extracted**
298:22 299:9
**extramural**
89:24
**extraordinarily**
27:16
**extraordinary**
171:17
**eye** 215:23,24

**f**

**fabrication**
274:17
**face** 253:22
**facilitate** 90:3
216:20
**facing** 77:11
87:5 98:14
99:11
**fact** 36:6 37:12
39:20 53:5
80:20 90:4
91:18 105:16
187:21 199:7
200:3,5,10
204:22 226:13
253:12 263:5
265:10 275:16
288:3,5 306:16
309:12 314:1
**factor** 42:14
86:13 91:19
166:9,22,25
167:6,12

173:10 174:6
174:13 282:19
283:19,20,23
284:11 307:24
307:24 308:3,3
311:19,21
312:1
**factors** 27:18
48:22 78:12,23
80:11,12 81:1
81:23,25 82:6,8
92:11,15 97:15
101:12 102:4
167:10 170:9
170:14 172:12
172:22,25
173:4,8,13,24
174:18,24
176:19 177:23
177:24 178:17
178:18,24
179:3,15,20
280:23 281:22
286:18 288:12
304:20,21
311:17,23
**facts** 3:10,16
79:19 147:24
148:13 149:3
150:17,20
154:11 155:7
173:1 174:21
**faculty** 76:16
76:19 110:9
**faegre** 1:21

**fail** 84:7
**fair** 10:12 11:1
29:25 60:7
65:23,24 92:17
92:18 93:6
95:25 105:6,10
105:12 115:14
115:16 132:14
140:6 141:3,4
169:21 205:5
225:6 235:5,6
239:10,12
283:6
**fairly** 7:2 10:9
86:7 87:24
97:16,16
102:22 202:2
**faithfully**
189:14
**fall** 15:11 27:20
114:19
**fallopian** 3:13
176:2,17
185:23 299:24
313:24
**familial** 174:2
177:19
**familiar** 46:12
82:18 91:17
129:6 174:5,9
176:24 188:16
259:23
**familiarity**
128:21 129:8
129:22,25
137:15,19

240:17
**families** 86:16
177:21
**family** 48:24
81:4 82:2 86:17
177:6
**fanc** 174:6,11
**far** 13:8 213:18
**farther** 195:1
235:1,4
**fashion** 10:12
**fatal** 250:22
**fault** 292:23
**fda** 117:15
118:22,22
119:2,5 120:20
126:1,9,10
129:11,14,20
148:25 150:19
152:7,10
153:14
**february**
186:13
**federal** 5:20
**feeding** 82:10
**feel** 57:13 93:23
93:24 110:10
126:7 139:23
186:14 203:16
211:22,25
212:3,4,6
218:18 245:7
265:8 283:16
**fees** 13:13
**felt** 15:15 114:7
114:14 171:3

**[felt - focused]**                                                        Page 29

236:14 266:21
**female**   3:19,25
43:15 44:16,25
78:5 180:6,15
181:21,25
183:16,17
184:5 185:5,12
185:15 186:2
203:4 208:2
215:6 224:4
313:17,22
**fertilized**
181:23
**fibers**   116:21
117:11,19
120:21 133:25
134:17,25
135:5,7,8,11,15
135:15,23
136:2,11,18,24
141:20 142:17
237:22 315:6
315:24 316:1
**fibrous**   112:18
112:20 116:5
121:11 125:24
133:13,16,20
133:25 134:9
134:16,16,23
135:6,12,22
136:5,17,21,25
137:4,10 147:9
174:20 237:23
314:19,23
315:7

**field**   25:19
150:22 162:1
208:2 249:2,16
253:1
**fields**   108:7
**fifteen**   72:22
236:3
**fifty**   75:12
298:13
**fimbriaed**
176:9
**final**   17:6 24:24
76:14 117:22
117:23 126:2
166:15
**finally**   100:19
105:13 156:14
**find**   17:8 50:23
50:24 63:2 97:8
153:16 199:1
220:19 232:17
257:9,18 296:6
305:13 311:19
311:20,22
**finding**   50:18
199:17 244:2
262:14 270:23
270:24 273:10
275:5 300:9
**findings**   28:15
199:6 200:14
202:12,18,19
203:23 232:5
234:8 242:25
244:3,15 257:1
257:24 268:19

273:22,23
274:8 299:19
300:10
**fine**   122:20
267:5
**finger**   222:1
**fingertips**
125:7
**finish**   40:2
57:25 156:12
266:14 271:21
284:24 285:2
301:6,13
**finished**   50:22
130:7,9
**finken**   2:13
**first**   5:2 6:18,22
7:9 11:22 14:9
14:17,25 15:18
33:4 60:19 78:6
78:9 85:14
99:24 114:5
117:23 135:11
141:19,20,21
148:16 150:15
154:11 163:2
178:23 181:3,8
181:19 182:6
184:25 185:2
185:21 214:14
218:13,13
228:21 242:16
255:22 269:20
272:2 279:15
287:4 307:3
318:7

**fit**   148:14
**fits**   191:24
**five**   39:18 42:21
120:19 136:14
192:23 195:15
248:25 251:18
**fix**   229:20
**fixed**   155:3
188:15
**flaw**   193:7,13
250:13,14
**flaws**   26:1
204:17
**fletcher**   21:5
22:1,22,24
23:17 24:9 55:1
58:4 205:12
**flexibility**
136:20
**flip**   78:2 80:10
99:23,24
165:11 172:22
**flippant**   143:13
**florida**   2:11
**flow**   58:21
**fnken**   33:3
34:17 35:21
**focus**   43:10
82:5 139:11
140:18 213:18
232:11 239:10
270:12 317:6
**focused**   15:13
30:5 108:11
120:22 139:25
142:14 161:10

210:19 213:2
219:4 239:18
315:4,23
**focusing**   12:9
232:22
**follow**   294:15
294:16 316:25
**followed**
160:11 189:3,8
189:13
**following**   59:3
92:14 106:9
160:5 180:14
209:3 214:3,10
215:6 259:10
303:1 312:14
**follows**   5:4
**footnote**   155:25
156:10
**footnotes**   89:7
155:23
**foregoing**   318:9
**foreign**   183:20
188:22 189:4
190:23,24
191:5,11,22
192:1 203:19
216:17 217:3
226:14 313:20
**forgotten**   279:6
**form**   28:15
31:22 32:8 33:2
34:3 35:6,20
36:23 41:11
47:5 62:7 63:17
67:18 69:3,8

71:8 74:19
79:10 84:23
85:4 90:21 93:3
93:9 94:3 95:17
96:17 97:6 98:6
100:8,10 101:1
101:21 104:14
105:11 106:19
109:9 110:23
113:6 114:17
114:25 115:11
115:22 117:1
118:25 120:3
122:5 123:20
124:8,14,19
126:12 128:8
128:23 129:5
129:18 131:15
131:23 136:11
136:18 137:6
137:12 140:7
142:3,11 143:2
144:2 146:1,9
147:12 149:17
150:2,13
151:17 152:21
153:22 154:7
156:23 158:1
158:15,23
159:9 161:22
162:10 168:6
168:23 170:5
170:24 180:16
181:12 182:9
183:25 184:14
187:5 188:1

189:1,20 190:8
191:1,17
198:19 199:13
199:20 207:12
208:8 210:10
211:8 212:5
216:2 217:12
222:6,15 223:1
223:11,23,25
224:12 227:14
232:1,20 233:3
233:10 237:1
238:13,24
239:11 246:13
247:5 248:19
250:2 251:9
252:8,19
254:13 255:1
258:19 259:4
267:4,11
270:25 280:20
283:13 287:19
288:7 289:1,21
291:19 293:7
298:6 300:18
301:1 302:4,9
303:19 314:25
315:6,22 316:4
316:16
**formation**
133:24
**formed**   40:18
61:10 105:8
**forming**   94:5
**forms**   222:7,8
237:22 304:3

**formula**   188:15
**fornix**   182:25
**forth**   17:3
127:19 172:24
198:17 216:24
272:8 282:2
283:3 294:18
313:25
**forty**   98:4
114:13 249:9
251:18 298:12
**forum**   158:22
**forward**   158:17
**found**   30:10
120:18 121:7
125:23 138:12
138:25 139:18
149:1 194:16
200:8 212:15
220:19 250:5
257:3 258:16
274:16 275:22
**four**   39:18
69:10,13 91:13
93:20 118:8
124:24 125:21
125:25 126:4
127:20 180:22
182:23 241:19
242:4 245:12
252:22 267:16
279:11 296:11
312:9 316:25
**fourteen**   93:16
**fraction**   253:3

**[fragment - give]**                                          Page 31

**fragment**
137:16
**fragrance**
139:16 143:15
143:17 144:1
144:19 146:16
146:21 147:4
147:10
**fragranced**
144:6
**fragrances**
111:25 112:2
132:19 143:5,9
144:1,3 145:16
147:1 174:21
**framed** 211:9
**free** 129:15
131:10,14,22
152:6 154:3
189:18 190:6
194:5,21 195:4
228:9 230:8,14
230:18 231:17
231:23 232:4
**frequency**
172:10 242:19
295:23 296:4,9
296:23 297:1,9
297:14 298:2
300:2,13,16,17
**frequent** 4:17
186:13
**frequently**
79:14
**fresh** 188:15

**front** 8:4 10:9
11:3,7,14 92:6
153:25 311:24
**frozen** 188:15
**full** 5:11 7:22
118:14 156:17
193:19 201:12
209:24 259:17
**fully** 165:23
166:13,24
167:12,17,24
**function** 253:25
**functioning**
182:1
**functions** 44:7
44:15
**fund** 90:3 99:6
99:10 189:23
**fundamentally**
241:4
**funded** 22:15
23:2,11 108:11
**funding** 90:12
**funds** 90:7
**further** 64:21
86:24 125:9
164:13 235:16
235:23,24
239:22 268:14
317:17 318:21
**future** 165:22

**g**

**g** 63:3 72:4
**gail** 71:20

**gain** 177:5
**gallardo** 48:13
**gates** 238:17
**gather** 191:20
**gene** 204:25
205:1,6 207:7
207:14,14,18
207:21
**general** 15:7
46:5 61:23
75:25 98:8
130:24 148:10
150:9 151:11
162:15 174:24
182:18 190:15
196:7,8 199:3
221:21 222:17
280:10 286:6
304:10
**generally** 26:19
162:2 268:6
305:3
**generated**
50:14
**generating**
163:25
**genes** 206:10
249:1
**genesis** 295:10
**genetic** 48:24
107:4 173:22
174:12 248:22
249:5
**genetics** 173:21
174:10 206:16

**genital** 3:25
4:10,13 43:15
44:16 60:2
133:11 180:6
180:15 181:13
181:21 183:10
183:16,17
185:5,13,15
186:2 203:4,18
224:4 242:6
244:17 256:3
256:22 273:2
273:17 275:20
303:11 304:10
306:1,17
313:17 316:15
**geographic**
179:5
**geologically**
129:16
**geology** 107:20
129:25 130:5
**gerel** 2:3
**gertig** 238:17
**getting** 80:25
179:21 191:12
241:14 306:24
**ghassan** 21:3
**give** 50:17 79:6
115:24 117:20
128:5 156:17
172:19 174:16
191:24 192:21
197:11 247:18
248:6 254:14
266:22 270:17

**[give - guess]**                                                      Page 32

280:3,8,9
311:12,14
**given**  7:13
28:14 56:8
67:25 68:1,6
114:20 115:18
127:22 138:7,9
144:12 172:4
183:2 194:8
203:2,13
260:14 282:18
318:16
**gives**  248:4
261:14
**giving**  289:25
**glanced**  176:23
**glaring**  25:15
**globally**  276:11
**globe**  114:13
**gloves**  180:19
180:19 194:5
**go**  21:2 59:7
80:23 87:16
91:13 98:14,18
98:22 103:2,12
104:16,21,24
119:14 124:21
137:18 146:4
157:9 178:2
180:9 186:6
199:2 207:15
210:15 211:12
214:22 217:20
221:7 228:24
231:15 235:17
237:5 238:17

238:25 239:22
250:10 257:2
258:5 260:18
268:10 272:8
273:14 276:9
276:20 286:16
296:15 302:15
306:20 309:7
311:7
**goal**  87:22
181:17 296:3
**goals**  289:10
**godleski**  53:18
54:1,8,11
**godleski's**
199:8
**goes**  72:10
78:19 84:14
161:16 231:5
235:1,4,22,24
287:11 308:15
315:1
**going**  8:12 30:4
31:14 43:8 51:7
57:21 66:25
67:1 72:24
75:18,19 113:8
125:12 148:20
150:24 160:22
167:25 178:25
193:1 211:11
214:13,25
215:8 235:18
237:20 257:20
263:5 273:18
292:24 294:5

294:21
**gold**  171:8
292:3
**gonzales**  156:7
**good**  5:7,8 30:3
35:23 36:3 44:8
97:24 110:10
150:21 160:1,9
171:14 182:21
205:25 206:4
214:12 282:20
284:2,19 310:4
**google**  79:16
**gossett**  259:15
259:17 262:10
262:19,22,23
264:9,10
269:23 277:20
**governed**  67:12
**government**
5:20 89:22
**governments**
227:16
**grade**  27:4,5
28:9,9,14
176:13 223:9
228:8 230:6,18
231:15,22
**grades**  229:4
**grading**  289:25
**grand**  39:12
**grant**  5:19
64:20,20 99:8
161:15
**granulomatous**
191:14 215:5

217:9
**grapple**  134:6
**grasp**  110:11
**great**  187:11
294:2 309:16
**greater**  136:19
**greatest**  98:18
**gross**  190:10
261:9
**group**  39:10
42:20 64:18,19
65:7 81:13
116:2 142:14
180:20 235:20
236:18,18
237:5,10,12,13
237:18 238:1
239:13,13,19
240:7,10,13,15
253:21 261:4
261:23 262:2,2
264:12 265:10
297:22 301:21
315:5,9,13,21
**groups**  30:11
56:9 164:8
166:1 261:23
261:24 263:17
263:23,25
264:2
**grows**  133:23
**growth**  134:2
219:18
**guess**  28:24
33:4 68:1 95:18
97:17 149:14

[guess - higher]                                                        Page 33

155:9 194:25
203:18 262:6
**guidelines**
101:2,12,15
102:3
**gyn** 102:19
**gynecologic**
78:3 82:15
85:20 102:12
108:18,21
109:1,7,16,22
109:24 190:2,5
190:10 214:9
215:24 217:10
221:4 223:8,13

**h**

**habit** 136:19,25
237:23 315:6
**half** 236:8
**halfway** 136:10
**hallmark** 211:1
223:6
**hallmarks**
219:17 220:17
314:7
**hand** 8:12
77:19 201:16
259:19 277:2
299:21 319:3
**handed** 162:8
162:11 280:25
**handful** 154:14
**handling** 188:5
188:17 198:3

**hanging** 266:14
**happening**
190:7
**happens** 32:25
86:16 190:9
310:21
**happy** 7:20
124:5 174:15
188:2 198:16
**hard** 72:23
172:19 180:25
304:4
**hardy** 2:18
**harlow** 19:17
271:3 276:3
**harlow's** 51:19
**harmonization**
265:16
**harmonize**
265:12
**harmonized**
265:13
**harper** 21:7,25
23:17 24:9
**hazard** 263:3
299:24 300:3
**head** 142:4
182:22 239:3
**healing** 226:4
226:15
**health** 3:13 4:8
68:25 69:5,14
69:19,25 70:11
70:17 71:10
73:18 84:16,16
90:18 98:11

108:10,12
141:22 163:5
214:13,13,17
214:24 226:19
226:21 227:2,8
227:11,15,21
228:1,12,18,25
230:6,7,12,21
231:2,16,21
232:8,13,17,22
232:25 233:6
233:11 234:2
235:1,4,13,18
235:22 236:22
251:7,11
253:13 256:1
258:6 298:1
317:5
**healthy** 177:2
**hear** 199:7
282:3
**heard** 19:12,13
21:9,13 65:5
123:7 129:4
162:18 208:5
221:19
**heavily** 253:11
**heavy** 111:10
111:11,15,18
111:21 112:2
114:6 137:22
137:25 138:4,6
138:18 139:9
140:3,9,11,21
141:15 142:1,8
142:25 147:10

174:20 200:1
**held** 59:2 106:8
160:4 209:2
248:16 259:9
302:25 312:13
**heller** 187:20
194:11,15
**hello** 160:10
**help** 170:12
305:5
**helps** 291:1
**henderson**
186:12 187:20
**hereto** 318:19
**heretofore**
318:11
**hereunto** 319:2
**hesitating**
30:13
**heterogeneity**
262:7,25 263:1
263:14,24
266:5
**hierarchy**
162:3,5 163:20
**high** 27:4 28:9
28:14 89:17
90:1 129:15,19
176:13 177:2,5
223:9 283:16
285:14
**higher** 60:3
73:14 177:21
179:13 236:21
240:6 254:20
288:16

[highest - iarc]                                                    Page 34

**highest**  298:22
  298:24 299:1,5
  299:11 300:13
  300:16,17
**highlight**  31:1
  269:22 270:4
**highlighted**
  30:22 269:13
  276:21 280:18
**highlighting**
  11:11,12
**highlights**
  276:5
**highly**  89:19
  90:11 143:21
  144:6 184:10
  250:22 300:21
  301:16
**hill**  30:17 234:4
  286:19 306:20
  307:2,3,18,23
  309:15,21,25
  311:9,25
  312:19 314:12
**hill's**  44:20
  307:9 309:19
**hinging**  262:18
**hispanic**  72:15
  72:15
**histologic**  26:15
  34:23 35:25
  38:6 39:24
  223:16 224:3
**histological**
  37:22

**histologically**
  37:15
**histopathology**
  27:10 28:17
**historical**  117:3
  231:5
**historically**
  229:17,23
**histories**  48:21
**history**  15:4
  48:25 56:22
  68:23 81:4 82:2
  94:8,12 171:16
  177:6 181:24
  193:2,3 295:7
**histotype**
  213:23,24
**histotypes**
  30:19
**hoc**  268:5
**hold**  73:6 89:17
  130:23 213:14
**holding**  284:17
**honest**  260:2
**hooded**  190:7
**hope**  3:11 83:4
  83:6,12 208:10
**hopefully**
  255:11
**hopkins**  119:15
  123:25 126:1
  127:21
**hormonal**
  175:9,21 176:5
**hormonally**
  32:14,20

**hormone**  60:1
  175:25 253:23
**hospital**  302:12
  302:16,19
**host**  191:21
  212:9
**host's**  191:22
**houghton**
  238:17
**hour**  18:2 57:22
  106:5 180:22
  259:6
**hours**  13:10,22
  180:22,22
  285:23 286:21
  313:9 314:16
  316:12
**houston**  2:19
**hpv**  44:13
**hr**  262:1
**huh**  14:14
  209:23 231:14
  265:22 270:7
  295:25
**human**  3:19
  136:6,22 184:5
  186:8 187:15
  187:16,19
  190:13 191:11
  204:23 215:23
  215:24 227:8
  236:22 238:1
  315:8
**humans**  142:16
  187:7 202:9,15
  202:19 204:5

  235:12 240:1,5
  240:9 315:12
**hundred**
  167:16 191:24
  198:25 225:21
  284:13 286:21
**hundreds**
  285:22
**hypotheses**
  43:13 163:25
  196:4 205:9
  211:6,11,12
  243:23 305:2
**hypothesis**
  43:19 109:3,7
  132:11 163:23
  175:17 183:8
  185:19,20
  186:5 196:18
  203:24 210:23
  211:16 247:7
  303:18
**hysterectomy**
  175:4,8 261:12

**i**

**i.e.**  135:15
**i.u.**  102:20,20
**iarc**  112:10
  113:9,11,15
  116:2 135:21
  136:4,6,22
  137:4 141:14
  141:17 142:7
  145:22 200:19
  227:17 234:24

235:4,7,16,16
235:19,23,24
235:24 236:9
236:23 237:4,9
237:14,18
238:8,10,16
239:13,21,22
239:24 240:13
315:2,8 317:5
**iarc's** 240:20
**ibis** 71:20
**idea** 21:1 94:4
95:19 120:5
123:17,21
143:21 149:21
152:22 181:18
184:3 185:9,14
185:16,17
193:15 248:5
**ideal** 310:23
**identification**
8:11 9:13 10:4
59:15 77:18
79:23 83:11
87:12 91:4
97:12 99:16
155:11 165:2
182:13 192:12
197:15 201:7
204:13 205:15
228:14 241:23
255:14 259:22
277:6 281:3
294:24 309:24
**identified** 26:1
186:9 252:23

296:19
**identifies** 78:3
91:18 155:21
155:22
**identify** 192:18
204:17 216:6
232:23
**identifying**
271:2 296:3
**identity** 19:9
**illusion** 156:17
**illustration**
162:5
**imagine** 63:23
97:19
**immune** 32:11
33:19,22 223:3
223:6 314:5,9
**immunologist**
32:12
**impact** 24:16
165:24 166:13
166:25 167:12
175:21 251:8
251:11
**impacted**
304:20
**imparted**
206:19
**imply** 208:15
**import** 17:13
**important** 27:1
109:8 125:15
246:18,18
249:19 262:5
308:3 311:21

**imports** 167:18
**imposing**
297:15
**impossible**
121:25 157:9
**impressive**
249:12
**improved**
64:13
**impurity** 118:6
**inability** 282:18
282:22 283:18
284:5
**inactivity** 60:1
**inadequate**
92:11,22 93:24
**incidence** 64:24
66:3
**incident** 242:6
**include** 11:8
42:8 50:13 57:6
63:11 79:15
100:18,18
102:1 154:12
179:15 228:25
269:4
**included** 17:24
57:12 97:5
112:10 114:1
142:16 144:11
144:16 147:20
153:6 179:5,25
225:14 232:15
238:14 239:1,4
254:1 258:13
289:23 290:16

296:19 315:5
317:4
**includes** 26:13
59:19 73:10
78:11 101:11
103:5 141:25
154:13
**including** 27:3
48:5 120:20
166:18 187:7
194:25 218:3
220:2 231:12
255:9 306:18
311:23 313:21
**income** 5:18,22
**incomplete**
81:6 91:1
100:11,12
**inconsistent**
92:4,21
**incorrect** 12:7
89:2
**increase** 39:17
80:18 84:7
86:18 174:3
216:18 221:2
250:21 251:24
**increased** 4:7
46:20 92:23
173:16
**increases** 199:5
217:18 249:10
**increasing**
300:2,2
**independent**
57:15 89:8

154:4 225:10
281:13
**independently**
145:13 146:2
**index** 2:21 3:1
4:1 62:23 64:8
218:17
**indiana** 1:20,23
5:14 100:19,22
102:7,13,22,23
318:1
**indianapolis**
1:23 5:14
**indicate** 144:9
221:1 246:23
246:25 247:8
266:24
**indicates**
234:17
**indicating**
41:13
**indication**
282:23 284:5
**indicative**
233:18,23,24
234:9,11,16
**indices** 218:16
**individual** 38:6
46:12,19 47:20
47:21 48:7
85:23 86:10,22
109:19 113:7
160:25 291:2
**individual's**
46:1,10,15 47:3
47:11 48:3,16

**individually**
198:22 245:25
246:2
**individuals**
46:4 86:16
120:18 198:2
**induce** 184:18
223:3
**induces** 250:23
**industry** 50:1
157:24
**infection**
203:20
**infertility**
183:19
**infiltrating**
216:7
**inflamed** 214:3
214:5
**inflammation**
3:7 32:5,7,13
32:22 33:12,16
34:1,2,13 59:10
60:7 62:13 63:5
65:4,9 209:7,9
210:3,22,25
211:4,24 212:8
213:1,2,9,19
214:23 215:5
215:16,18,25
216:7,10,12
217:9 218:1,7
218:17,25
219:5,25 220:6
220:16,21
221:23,25

222:7,13,17,20
222:25 223:4
223:10,17,22
223:25 224:3
224:14,16
226:4 260:17
**inflammatories**
221:16
**inflammatory**
31:19,24 32:2,3
62:23 145:6,17
177:5 209:21
210:1,17,18
212:9 214:9
220:22,24
222:4 314:3
**inform** 17:5
24:16 227:8
**information**
23:8 77:11 78:7
78:11,22 80:21
81:17 87:5,16
88:7 90:14,17
90:20,23,25
99:2 150:1,4,7
150:11 151:14
154:8 157:12
171:24 231:5
245:1 247:19
248:7 256:10
261:14,20
265:3 266:23
292:4 317:4
**informed** 17:9
17:11 25:8

**inhalation**
232:9,14,15,18
233:1,7 234:19
234:20
**inherent**
244:12 294:19
**inherited** 70:9
**inhibits** 226:3
226:15
**initial** 131:4
199:24 244:24
244:25 257:23
**initially** 171:15
171:15 208:9
**initiate** 210:4
**initiated** 280:10
**initiates** 62:16
219:15
**initiation** 65:10
207:2,6,11,16
207:24 208:6
208:19,23
216:22 218:2,8
218:20 220:1,5
220:7 253:8
**initiative** 84:16
163:5 253:13
256:2 258:7
298:1
**injuries** 224:10
**injury** 223:17
223:21,25
224:13
**ink** 181:5
**input** 241:8

**inquires** 71:12
**inserted** 303:24
**insight** 288:11
**instance** 171:12
**instances**
   311:13
**institute** 78:8
   87:23 88:25
   89:3,9 108:10
   301:4
**institution**
   70:11,18 71:3
   71:10 77:5
**institutions**
   5:17 292:1
**instructs** 41:1
**intake** 177:2
**intend** 16:22
   17:22 65:18
   66:14,16,20
   104:5,11
   115:20 120:13
   120:16 126:18
   156:21 159:20
   213:10 234:22
   234:23 308:17
**intending** 120:7
   120:10 148:17
   149:5,24 150:5
**intensive** 255:8
**intent** 158:2
   297:3
**intention** 149:8
**intentionally**
   132:18

**inter** 203:3
**interacted**
   69:11
**interactions**
   21:22,25
   253:23
**interchangea...**
   134:10,18
   135:12 136:2
**interchangea...**
   134:25 135:2
**interest** 23:8,13
   60:15 61:22
   62:2 63:12 67:5
   67:9,17,20
   102:9 112:11
   163:14 164:12
   169:1,16
   179:10
**interested** 65:6
   66:22 157:19
   170:25 305:3
   318:24
**interesting**
   81:23 82:5
   98:16 183:18
**interests** 60:11
   60:13
**intermural**
   89:23,25
**internal** 117:8
   119:10,12
   120:5 123:25
   200:11,15
**internally**
   158:4,8 159:6

159:11 303:24
**internet** 17:16
   68:10
**interpret**
   134:12
**interpreted**
   300:25 301:19
   302:2
**interpreting**
   202:20
**interrupt** 57:22
   286:5
**interval** 247:19
   247:23 263:8
   300:4
**intervals** 248:4
**interventional**
   196:10
**interventions**
   73:18
**interview** 292:3
**interviewed**
   39:10,16
**interviews** 39:6
   68:6
**intramuscularly**
   183:2
**introduce**
   187:23 213:15
**introduced**
   172:14 182:23
   188:23 190:24
   191:3,5 195:9
   196:22 197:21
   199:18,25
   203:25 213:12

278:4
**introduction**
   189:3 192:1
   199:11 216:16
   260:1 306:23
**introductory**
   14:12 76:24
   260:7
**inversely**
   165:17
**investigator**
   280:10
**investigators**
   42:6,23
**invited** 57:9
   269:22 270:1
   280:4,9
**invitro** 191:9
   313:7,12
**invivo** 190:13
   190:24 191:3
   191:10 313:8
   313:12
**invoice** 11:20
   11:22 12:12,16
   12:23 13:20,23
   14:2,5
**invoiced** 13:3,9
   13:13 14:9,24
   15:3
**invoices** 3:6
   9:24 10:1,7
   11:13,19 12:12
   12:19,20 13:2,6
   13:8,16 61:5

**invoicing** 61:7
61:18
**invoked** 266:4
**involved** 32:11
50:16 83:2
182:3 292:10
**involvement**
114:20
**ira** 82:20
**ish** 249:1
**issue** 36:13
38:15 62:2
139:9 228:15
229:1 230:13
230:22 250:6
251:1,7 260:19
261:17 263:13
269:14 290:5
305:18
**issued** 117:15
239:13 274:11
**issues** 25:16
26:6 65:2,23
108:12 109:16
109:25 244:23
260:24 268:14
274:14 294:19
314:17
**items** 94:2
103:19,23
105:1 141:1

**j**

**j** 89:11
**jama** 4:15
274:11

**james** 2:18,23
2:25 5:6,9 9:21
10:23 14:1
35:22 50:22
51:7 54:6 57:25
58:25 59:6
106:5,12,23
107:2 113:18
122:19 127:2
127:11 160:2,8
165:5,7 192:9
208:25 209:6
228:20 230:25
259:13 275:2
275:11 276:20
276:22 284:25
302:23 303:4
312:9,16
314:25 315:22
316:4,16,24
317:9
**january** 6:20
6:21 14:21
**jersey** 1:1 6:13
**jnci** 88:23,24
**job** 62:11
**johnson** 1:4,4
50:1,1 53:23
54:1,7 58:5
65:8 66:7 68:1
117:8,9 124:1,1
124:3,4 127:25
127:25 129:22
129:23 130:7,8
130:22,22
139:4,5,8,8

140:15,15
143:14,14
147:22,22
148:18,18,21
148:21,24,24
149:3,3,5,15,15
149:25,25
150:20,20
152:10,10,17
153:13,14,23
154:2,2,10,10
157:23,23
158:12,12,16
158:16 159:7,7
159:13,13
187:20 195:10
195:21 196:12
196:20 197:10
197:11,16,25
199:8 200:8,9
218:11 316:11
316:11
**johnson's**
117:18 125:1
125:10 130:7,9
147:23 149:6
152:17 153:23
**journal** 24:23
24:24 25:5,12
25:17 63:20,23
67:13 88:25
89:3,10 164:23
198:15 269:23
274:13
**journals** 24:8
198:1

**judge** 8:4 79:2
172:1
**judgment** 81:9
81:12 121:1
173:4
**judkins** 48:12
**july** 60:22,22
118:2
**jump** 203:21
243:19
**junior** 76:16
**jury** 8:4 104:12
104:16 121:20
121:23 122:1
156:22 213:8
316:13

**k**

**k** 2:4
**karmanos** 3:9
3:11 21:24
76:12,20 77:2,4
77:7,10,15,22
78:7,21 79:8,11
79:18 80:21
81:8 82:14 83:2
83:12 88:2
90:15,24 98:25
302:6
**keep** 197:8
**keskin** 201:4
202:24 216:15
**key** 168:25
169:14
**kind** 15:17 21:1
25:7 29:14 30:7

**[kind - knowing]**                                                  Page 39

44:12,16,21
57:15 62:19
65:3 70:21
81:24 89:23
90:5 114:5
126:1 131:8
139:15 146:24
148:23 150:18
157:4 160:21
161:16 172:17
176:1 178:20
178:21 181:25
188:6 191:6
210:17 212:10
213:25 216:20
219:17 248:20
249:4 250:13
259:25 261:8
263:2 268:16
268:23 269:21
274:17 277:20
280:22 288:15
299:20 301:20
313:16
**kinds** 40:15
196:10
**knew** 181:25
**know** 6:8 7:19
17:11,14,15,16
18:9,11,19 19:1
19:5,9 21:3,5,7
22:15 23:2,6,11
23:12 24:8,12
30:12 31:3 32:9
32:11,13,17
33:13,17,20,23

36:8 37:2,8
38:18,25 39:1,3
40:15 42:12,19
42:23,25 43:2
44:8,12,21,21
44:22,25 45:2
45:22 46:3 48:9
48:12,20,24
49:13 50:6,14
52:4,24 53:2,15
53:18,25 54:15
54:22 55:1 56:5
56:7 57:10
58:21 61:19
63:14,22 64:3
72:22,23,24
73:9,20,21
74:20,22 75:8,9
75:10,10,14,24
75:25 78:19
79:3,12 80:24
81:12,14,16,22
82:20,21 85:5
93:11,14 94:5
97:8,11,13,24
98:1 100:19
101:22,25
102:3,4,11,16
102:18 104:20
106:21 108:5
108:15 114:1
114:10,13
118:7,14 119:9
121:6,25
122:18,19
123:10,14,18

124:11 125:3
126:10 130:20
131:3 132:3
133:22 135:8
137:3,7 141:5,7
141:24 142:2
143:18 146:6
148:22 149:11
150:17 151:1
152:8,12
155:24 156:3,3
160:17 161:3,4
164:16 169:14
170:6,9 174:8
176:4 178:24
179:2,11
180:20 181:19
181:22,22
184:15 187:9
188:4,10
189:10 190:20
190:21,23
191:3,5,15,18
191:18 193:8,8
195:6,11,20,21
196:24,25
197:5 198:3
201:25 202:8
202:16 203:21
204:3 205:25
206:6,13,17,23
207:16 212:15
212:17 213:12
213:15 216:19
216:25 217:7,7
217:13,17,18

219:7,10,11,14
220:15 221:16
222:10 224:20
236:4,17
240:13 246:20
246:24 247:21
250:12,20
251:6,14,14,19
251:20 253:1,8
254:1,18 255:9
258:7,12 260:2
261:11 263:4
263:19,21
270:15,18
271:15,20,22
271:23,25
272:2,4,5
273:23,25
275:21,23
279:11 281:21
282:12 284:9
284:13 286:15
286:19 290:4
291:8 292:2
293:17 295:7
295:10,13
296:22 297:11
297:20,21,24
298:7,10,15
300:20,23
303:5,13,23
304:11 311:14
312:2,5 314:4,7
314:8
**knowing**
202:16

[knowledge - line]                                                                     Page 40

**knowledge**
32:21 81:2
123:13 143:24
153:11 227:24
276:16
**known** 39:2
70:8 163:7
179:19 193:4
219:16
**knows** 86:14
**komen** 5:22
72:2,5 189:22
189:23
**kramer** 1:19
318:4 319:7

**l**

**l** 1:13,18 5:1
317:20 318:6
**lab** 121:17
195:3
**labeling** 308:15
**labor** 184:18
**laboratories**
154:4
**laboratory**
110:18 187:22
194:6 195:2
198:3
**labs** 189:16
194:21
**lack** 57:17
282:20,20
284:1,2,4
**lacking** 240:6

**lactose** 177:6
**laid** 311:2
**land** 254:10
**landrum**
102:17
**language**
166:11 167:18
169:6,7 233:17
237:15 252:14
256:4 257:4
271:9 273:4
280:15 282:15
**large** 56:9
73:22 97:17
129:15 130:3
139:23 165:23
188:14 195:17
214:19 245:1
258:12 290:12
298:10,15
**larger** 214:21
282:11 284:10
**largest** 84:15
**late** 114:19
310:22
**latest** 36:4
94:25 96:8
98:18
**launching**
305:23
**lawsuits** 39:4
147:25 148:14
243:2
**lead** 27:17
125:2 222:2,5

**leading** 253:8
**leads** 151:19
212:7,11 219:5
221:23
**learn** 137:9
312:2,2
**learning** 305:3
**leaving** 176:2
**lectures** 68:2
**left** 59:22 83:21
83:24,24
201:12 270:23
273:9 299:21
309:25
**legal** 151:8
**leigh** 2:7 15:20
**leigh.odell** 2:9
**length** 265:3
**lessen** 175:21
176:8
**letter** 51:18,19
118:22 259:15
259:23 274:23
275:6 276:2,15
277:4 278:23
281:7 283:3
**letters** 51:23
52:3,7 55:17,21
57:10 271:2
272:14
**level** 40:8
109:19 210:8
223:25 240:6
246:19 249:13
265:6 303:13

**levels** 76:17
175:25 231:11
**levin** 2:10
**levinlaw.com**
2:12
**liability** 1:6
**lieu** 285:8
**life** 68:16
130:19 172:11
199:24 310:21
**life's** 272:4
**lifespan** 147:16
**lifetime** 7:11
**lifting** 114:6
**ligation** 82:12
261:12 264:17
**liked** 279:1
**likely** 27:16
43:14 74:25
85:23 86:11,22
172:13 218:19
**limitation**
192:23 293:10
**limitations**
188:4 244:11
310:17
**limited** 139:20
140:5 235:25
236:5 239:25
240:5,20
263:21 284:21
293:14,14
299:23 301:7
**line** 39:17 58:1
117:13 168:13
183:13 186:21

191:4 206:4
207:9 217:1,17
219:14 228:21
249:14,16
251:12
**lines**  15:12
120:12 129:1
136:14 161:7
185:10 205:25
210:16,21
216:17,18
219:8,15,22
234:3 236:20
244:7 256:17
274:16 280:5
296:11
**link**  78:16 79:8
84:17 85:22
88:12 151:3
155:1
**linked**  90:15
155:2 222:10
**linking**  88:3,6
313:1
**links**  78:16,21
98:23,25 302:6
302:6
**lisa**  102:17
**list**  9:3 67:20
80:11,12,18
81:5 100:6
103:15,20,24
104:7,9,11
105:5,15
106:17 124:21
155:20 173:4,9

174:1,18,19
178:2 270:16
302:15
**listed**  27:19
81:20 92:15
100:12 103:19
103:23 104:10
105:24 106:17
120:16 173:12
173:14 174:20
259:17 269:8
270:4,6
**listings**  173:3
**lists**  23:6
**literature**  10:14
10:16,18,19
14:25 15:14
17:20 21:15
22:7,8,24 24:2
31:3,7,25 36:4
41:3,8,17 43:24
45:16 49:2,11
49:13 50:5,7
51:20 56:2,3
61:14 94:10,15
97:13 103:5
104:7,8,18
105:5,14
106:17 109:12
111:4 112:4,20
113:8 122:25
128:11,16
132:10,23
135:4 139:24
156:5 157:5,5
160:18,19,22

161:12 170:19
170:21,25
173:22 174:5
175:16,20
176:7 177:1
191:18 198:21
199:17 213:13
220:20 224:9
227:4 238:3,7
238:11,14,15
238:20,23
247:17,17
248:21 252:1,6
252:17 253:20
254:24 255:3
285:21 292:21
293:6 296:3
308:6
**lithotomy**
182:20
**litigation**  1:6
6:3,8,13,16,19
6:25 8:8 13:4
13:10,17,21
14:18 16:1,23
18:3,6,10,12,16
19:6,11,20,24
20:4,8,21 21:12
21:16 22:10,13
23:4,21 24:17
26:8,10 38:23
48:10 49:15
53:5 56:23
58:23 62:5
63:16 65:20,23
66:10,11 67:8

67:16 74:1 98:3
98:8 104:6
109:23 111:8
113:20 114:21
122:3,6 123:8
123:11,15
127:25 132:22
150:23 157:14
158:5,14,21
161:21,24
167:3 226:23
227:17 238:12
256:21 259:3
278:5,14 295:3
295:11 304:16
**litigations**
156:16
**little**  61:19,20
134:13 155:24
195:1 199:1
212:21 254:20
259:7 283:24
**lives**  56:25
**living**  191:11
**llp**  2:3
**localized**
216:10
**location**  44:17
179:5
**long**  3:24 77:7
87:3 98:4 108:4
196:16 248:12
271:20,25
**longer**  176:10
240:15 256:11
258:24

**longo** 52:15
117:2 121:8
122:3,16,21,23
123:7,23
125:25
**longo's** 122:8
122:10,14
127:5
**look** 11:13 12:2
17:8 30:14,16
35:2,9 39:12
43:2 50:9 53:8
53:22 59:22
72:23 82:7
83:23 89:7
91:12,21,23
93:14 94:22
97:16 103:12
115:7 116:8
118:14 119:16
119:20 125:15
126:7,9 128:11
128:15 129:11
129:13 140:10
141:17 142:5
146:2,8 154:8
155:18 156:4,7
157:7 161:6,7
168:8 172:4
179:8 180:8
186:13 194:1
195:24,25
202:1,6 204:18
207:15 214:11
214:23 215:8
216:14 221:7

225:16,19
226:9 230:1
231:2 243:24
245:25,25
248:4 249:8
255:22 257:20
259:23 263:5
265:21,23
272:18 276:16
281:5 282:14
288:17 292:5
302:15 303:10
303:11 304:9
317:1
**looked** 42:16
43:24 77:14,15
77:25 82:6 87:7
90:17 94:8,11
113:11 115:19
119:17 123:24
126:13 130:14
140:14 142:20
177:1 187:19
194:15 222:12
224:9 227:15
230:20 252:12
253:2 291:10
291:20,24
292:13,16,16
292:21 302:8
317:3
**looking** 33:21
38:8 40:14
42:14 44:14
50:20 52:14
58:18 62:17

64:15,24 65:16
72:12,13 98:10
116:14 119:23
125:10 128:18
134:13 141:19
143:3 150:18
155:4 156:3
161:5,10 167:9
179:9 180:21
196:24 197:24
200:2 201:10
205:5 216:15
219:2 248:25
258:2,3 261:8
263:3 279:25
284:12 285:21
286:18 288:15
299:16,17,20
306:5 315:3
**looks** 10:24
81:24 195:18
255:17
**losing** 263:22
**loss** 294:15
**lot** 50:4,11
108:13 112:20
114:6 117:20
151:6 157:13
216:21 219:16
221:3 234:4
248:21 250:23
252:1,10
268:25 269:1
283:20 284:6
284:16 287:17
290:19 304:3

317:4
**low** 27:4 28:9
171:17 177:6
249:7 266:3
267:1 304:7
311:14
**lower** 36:9 80:3
82:8 245:5
252:24
**lunch** 7:23
**lung** 233:4
285:5
**lymphocytes**
216:8
**lynch** 81:3
174:1
**lynn** 5:12
**lyons** 2:4 16:9

**m**

**m.p.h.** 1:13,18
5:1 317:20
318:6
**mac** 122:12
**machine**
289:20
**macrophages**
191:14 216:7
217:3 314:4
**made** 36:15
90:14,17 96:21
129:20 141:9
158:5,10,20
198:4,15,24
200:23 258:17
271:12

**[magic - mean]**                                                    Page 43

**magic** 211:20
**magnitude**
  157:12 268:1
  268:13 285:12
  285:25
**main** 112:10
  143:12
**maintain**
  118:15
**maintains**
  77:10 87:4
  118:4
**major** 250:6
**majority** 176:1
  250:15 252:24
**make** 34:11
  47:2 50:9 76:17
  125:12 142:10
  142:12 158:13
  178:10,15
  179:15 190:3,3
  197:8 200:4
  205:8 222:8
  225:23 264:1
  268:8 275:12
  275:15 283:20
  284:15,24
  285:5,6 305:7
**makes** 40:25
  97:4 184:16
  209:14 239:6
  268:16
**making** 25:8
  39:24 231:21
  232:2 264:6,11
  287:15 288:22

305:11
**malaysia**
  124:23 141:10
  141:13
**manage** 290:2
**managing**
  290:3
**mandarino**
  54:19 58:4
  204:10
**mandate** 148:9
  148:14
**manner** 139:18
  193:8 274:9
**manuscript**
  23:9 24:24 25:9
  25:18 88:22
  272:25 273:7
  273:13,13,14
  275:17
**map** 35:16 36:1
**march** 1:23
  11:21 12:13
  14:10,23 15:13
  60:20,22 61:8
  95:4
**marion** 1:23
**mark** 9:11,19
  10:1 59:13
  79:21 83:9 87:9
  91:2 99:14
  155:9 164:22
  182:11 192:9
  197:13 201:4
  204:10 228:12
  241:21 255:11

259:19 276:22
  294:21 309:21
**marked** 8:10
  9:12 10:3 11:3
  12:18 59:14
  77:17,19 79:22
  83:10 87:11
  91:3 99:15
  155:10 165:1
  182:12 192:11
  197:14 201:6
  204:12 205:14
  228:13 241:22
  255:13 259:21
  277:5 280:25
  281:2 294:23
  309:23
**marker** 207:5,8
  208:11,14
**markers**
  212:10 216:6
**market** 149:23
**marketing** 1:5
**mas** 1:5
**massey** 200:9
**matched**
  154:24 225:24
**material** 52:20
  125:15 189:4
  193:15 291:21
  297:3
**materials** 10:5
  10:17,21,25
  11:6 16:16,21
  17:9 21:10,12
  49:3 58:12,16

68:15,19 103:7
  103:9,19,24
  104:5,6,11
  105:10,15,17
  105:21 106:14
  106:16 124:5
  138:3,24 139:3
  139:7,20 140:5
  157:25 229:20
  229:23 292:17
  301:18 313:20
**math** 72:23
  73:2
**mathematically**
  56:1
**matter** 6:8
  98:19 187:23
  188:22 199:12
  246:7 318:8
**mcdonald**
  53:10,18 54:1
  58:5 187:20
  192:2,9 195:13
  196:20,24
  197:16
**mctiernan** 20:1
  20:13
**mctirnan** 19:14
**mdl** 1:5 6:12
  48:10 295:2
**mean** 5:19 17:2
  29:9,13 33:5,6
  34:19 97:13
  104:25 114:9
  115:4 122:12
  128:25 134:19

149:19 154:18
155:25 156:5
158:25 170:6
170:14 173:6
173:10 179:5
190:20 193:11
198:25 206:11
207:21 223:24
234:13 236:13
247:24 275:3
297:12 308:24
**meaning**  24:23
66:3 102:20
109:10 119:22
136:19 140:2
142:13 143:13
175:11 200:12
233:4,4 249:3
**meaningful**
67:2 274:2
**means**  45:22
57:19 70:13
72:17 106:24
221:17 234:1
246:6 294:15
**meant**  89:10
156:9 246:22
246:25 283:4
**measure**  171:7
261:9 297:14
309:3
**measurement**
172:9 297:15
**measurements**
172:10 200:6

**measures**
252:23
**mechanism**
31:11 34:8 42:9
63:19 184:25
209:9,11,13,20
210:1,9,19
211:4 212:14
213:8,9,20,21
215:25 218:19
218:22 219:4,7
260:14 313:15
314:12,15
315:2
**mechanisms**
90:12 212:23
212:24 213:16
219:4 313:1
**media**  17:12,15
39:4 151:11
243:2 304:16
**mediators**
219:16
**medical**  48:17
48:20 70:1
71:11 75:2 81:8
108:25 111:3,9
111:22 112:3
122:24 170:3,7
170:10,15
247:17 278:11
**medication**
3:17 164:23
**medicinal**
86:20 250:20

**meet**  42:19
152:18 299:4
**meeting**  14:12
**meetings**  16:2
**meets**  42:21
**member**  64:17
82:15 87:3
100:22,24
**members**  93:8
94:2,15 96:12
96:22 301:24
**memory**  19:14
83:8 240:14
**menopausal**
163:5 253:14
253:22,24
**menopausally**
253:17
**menstruation**
58:20 82:1
219:10
**mention**  81:2
147:9 148:8
152:14 294:5
**mentioned**
34:16 56:14
80:13,14,16
90:23 91:6
92:19 108:8
137:23 144:10
149:12 152:14
177:23 202:16
218:13 229:10
234:6 251:3
253:5 318:11

**mentioning**
55:17
**mentoring**
76:16
**meridian**  1:22
**merit**  158:14
261:16 264:20
264:24 265:2
**merritt**  238:18
**mesothelioma**
156:16
**met**  298:18
308:6
**meta**  4:19 30:4
30:8 31:4 36:5
36:9 95:21
241:2,5,12
245:8,20
251:15 252:10
257:20 269:5
286:23 287:1,7
287:8,11,17
288:1,2,9,19,24
289:2,6,19,24
290:21,25
291:3 293:3
295:15 300:7
**metal**  111:11
**metals**  111:10
111:15,18,21
112:2 137:22
138:1,4,6,19
139:9 140:3,9
140:11,21
141:15,20
142:1,8,17,25

**[metals - monograph]**                                                      Page 45

147:10 174:20
**metas**  265:24
**method**  182:14
188:3 297:3
**methodologic...**
111:1 196:13
196:21 246:22
248:17 251:4
311:20
**methodologies**
57:3
**methodology**
25:16 46:25
47:8,19,25 48:2
48:5 79:4,13
93:12 94:19
95:19 99:3
102:1 160:11
160:13,15
161:1,17 199:3
237:4 268:19
287:23 290:8
311:22
**methods**  93:22
193:15 198:7
199:4 290:13
291:21 292:17
292:22 301:18
**michele**  1:13,18
5:1,12 317:20
318:6
**michelle**  2:3
9:25 14:19
18:17 107:3
**microenviron...**
29:14

**microscopist**
107:22
**microscopy**
108:16
**middle**  57:23
280:22 299:21
**migrate**  43:14
180:6 183:10
186:2,14
**migrated**
180:23
**migrates**
181:13 185:4
**migrating**
180:15
**migration**  3:20
58:19 180:1,2
181:3 186:22
187:3,4
**millers**  317:2
**milliliter**  183:1
**millimeters**
182:24
**mills**  238:18
**mimic**  180:4
181:10,14,17
**mind**  17:17
29:19,22 33:11
34:18 37:11,20
47:17 64:9
133:16 134:11
134:18 149:6,9
210:8 211:6
215:11 219:6
262:5 263:12
273:11 291:7

**mine**  276:21
**mineral**  107:6
107:9,11
**mineralogy**
107:6 121:14
137:20
**minimized**
189:5,6
**mining**  107:20
**minors**  317:2
**minutes**  14:25
36:16 311:6
312:10 316:25
**misclassificat...**
245:2 250:6
**misclassifying**
293:22
**misread**  267:2
**misrepresented**
274:15
**missed**  253:19
**missing**  155:22
236:3 266:8
**misstates**  36:23
37:24 61:12
64:6 100:13
125:18 126:24
131:15 239:16
261:18 278:15
294:8 299:6
**mixed**  85:21
86:4,8
**model**  71:16,20
71:20 179:16
202:9 204:23
282:20 284:2

**models**  71:19
178:20 179:1
206:1 240:5
289:8,11
**moderate**  282:2
**modest**  282:5
**modifiable**
81:25 82:6
86:13 172:25
173:1
**modifier**
261:22
**molecular**  4:6
26:16 27:2,10
27:15
**moment**  51:6
180:10
**moments**
279:19
**money**  123:14
123:17
**monitoring**
69:21 71:6
**monkeys**
187:11
**monogram**
137:11
**monograph**
135:21 136:4
137:5 141:14
141:25 142:8
142:20 200:19
235:8,25 238:8
238:10,16,22
239:5,5,10
315:4,15

**montgomery**
2:8
**month** 44:10
96:13 97:10
**monthly** 42:20
97:19
**months** 69:10
69:13 203:3
**moorman**
18:11,11,13,18
18:19,22,24
19:1,7 20:1,14
114:3 255:20
**moorman's**
20:15,23
**morning** 5:7,8
19:18 105:16
110:15 161:6
175:2 218:14
271:5 295:1
301:2 302:8
**motivations**
149:7
**mouth** 92:6
**mouthpiece**
301:22
**move** 147:18
181:21 184:4
185:12,15,22
185:23 226:17
236:15 272:9
279:7 313:17
313:22
**moved** 236:16
236:18

**movement** 43:5
**mparfitt** 2:5
**mpo** 206:11
**mucinous** 27:5
28:10 36:7
37:13
**multi** 3:8
**multiple** 3:21
12:3 15:12
26:13 27:8
33:11 49:2
59:19 71:18
82:15 101:7
114:12 154:20
188:19 210:21
219:8 234:3,5
236:20 244:7
298:18 299:3
304:3
**murine** 204:22
**muscle** 184:16
184:19
**musculature**
181:20
**mutation** 81:3
174:6
**mutational**
205:6
**mutations** 70:9
173:23

**n**

**n.w.** 2:4
**name** 5:11
18:18 19:15
53:14 63:2

76:14 122:12
**named** 116:2
**names** 19:12
21:9 53:21
**napkins** 303:7
303:16
**national** 78:8
87:23 88:25
89:3,8 99:2
108:10 301:3
**naturally**
139:15
**nature** 127:9
221:5 314:1
**nccn** 100:23
101:2,5,7,11,15
101:20,22
102:3,13,21,23
**nci** 78:17,22
79:4,8,13 88:3
88:7,13,17,19
89:13,14,14,17
89:19,21 90:6
90:15,18 91:2
92:20 93:2,4
94:1,15 98:2
300:20,23
301:8,22,23,25
**nci's** 100:15
**near** 168:10
**nearly** 293:1
309:4
**necessarily**
36:1 42:2,19
84:24 93:10
98:17 154:23

156:25 167:16
170:14 179:19
193:9,13
202:18 218:23
221:5 266:21
310:16 312:1
**necessary**
95:11 147:11
196:2 273:15
**need** 7:19 28:24
61:21 92:1
164:13,18,21
166:21 172:4
201:25 202:5
223:24 239:2
302:15 312:6
**needed** 76:18
85:24 165:23
166:13,18
167:11,19,22
171:24 267:5
298:8
**negative** 195:6
195:9,11,21
196:1,2,12
**neither** 80:14
257:2 258:15
**ness** 238:18
**network** 101:7
**neutral** 187:8
187:13
**never** 20:25
63:22 73:8
76:25 130:4
133:2 171:3,6
171:10,23,24

**[never - o'brien]**                                                    Page 47

172:1,8,13
223:12 227:13
227:15 237:9
237:17 239:13
278:17 281:24
286:20 287:3
292:11 299:25
304:25 309:2
**new** 1:1 6:13
16:15 66:25
102:22,23
150:22,23
248:18 287:13
**newer** 287:7
**newly** 104:18
**news** 156:14
157:2 304:16
**newsletter** 83:3
**newsome** 48:13
**newton** 182:2
**nhs** 255:7
257:15 258:15
297:5,17 298:5
299:14 300:9
**nickel** 125:2
**nicole** 21:5
**niehs** 108:10
**nine** 251:16,23
**nineties** 52:2
**ninety** 121:10
**nnpcc** 174:2
**nods** 7:17
**non** 72:15
81:25 82:6
173:1 194:16
195:14 261:1,4

261:5 262:2,17
263:16 264:3,5
306:1,17
**normal** 181:25
200:22 201:2
**normally**
211:13
**north** 1:22
**nose** 144:5
**notable** 270:18
**notarial** 319:3
**notary** 1:19
318:4 319:7
**note** 26:22 27:1
49:21 50:1 51:4
51:13,22 52:8
56:13,18 61:18
62:19 87:22
89:12 142:13
168:24 182:18
201:24 210:12
228:7 232:13
240:10 262:24
266:16 282:15
297:4 299:23
307:3
**noted** 31:3
50:11 125:1
167:11 170:21
217:5 266:10
307:3 318:12
**notes** 11:8
231:8 262:24
300:23 315:23
318:14

**notice** 3:4 8:13
298:17
**noticed** 216:16
249:3 250:12
280:19
**noting** 144:24
266:15
**notion** 41:22
142:8 194:21
**novel** 50:14
66:23,23
288:18
**november**
12:21 16:18
17:21
**np0661030**
319:10
**nsaid** 165:16
**nsaids** 221:20
**nucleotide**
206:8
**null** 211:14
293:23
**number** 8:10
8:12 9:11,12,20
10:2,3 38:13
52:15,25 53:8
53:22,25 54:8
54:19 55:1,8
59:13,14 63:3,4
72:7,19,19
73:22 77:17,20
79:22 83:9,10
87:10,11 91:2,3
92:15 99:14,15
108:9 117:20

143:17 150:17
155:10 156:4
165:1 176:22
178:23 182:12
192:11 197:14
201:6 204:12
205:14 224:23
228:13 241:22
247:11 248:12
254:10,14
255:12,13
258:3 259:21
263:21 268:11
276:25 277:5
281:1,2,25
287:25 290:12
294:23 298:11
304:6 306:9
307:15 309:23
319:10
**numbers** 74:25
75:20 143:20
251:19 270:6
288:5 296:22
**nurses** 84:16

| o |
|---|

**o'brien** 45:12
241:8,18 242:2
243:5,10 244:1
244:2,10
252:12 256:16
257:24 258:5
258:13 259:14
262:10,20,24
265:19 267:8

[o'brien - objection]                                                    Page 48

| | | | |
|---|---|---|---|
| 267:15,17,23 | 35:21,23 36:23 | 121:15,24 | 204:19 206:2 |
| 267:25 269:5,8 | 37:17,24 40:21 | 122:5,17,22 | 206:21 207:12 |
| 269:15,21 | 40:25 41:11 | 123:1,4,12,16 | 208:8,20 |
| 270:1,6,8,19,22 | 42:1 43:7,22 | 123:20 124:8 | 210:10 211:8 |
| 272:15 274:3 | 46:7,18 47:5,12 | 124:14,19 | 212:5 215:22 |
| 274:20 275:25 | 48:4 49:6,17,22 | 125:18 126:12 | 216:2 217:12 |
| 276:14,18 | 50:3 51:25 | 126:24 128:3,8 | 221:12 222:6 |
| 277:4 279:9,15 | 52:10,23 53:13 | 128:23 129:5 | 222:15,19 |
| 279:20 280:11 | 53:20 54:3,13 | 129:18 131:15 | 223:1,11,23 |
| 281:6,8,13 | 54:24 55:3,10 | 131:23 132:25 | 224:12 227:1 |
| 283:4 297:6 | 55:15,23 56:6 | 137:6,12 | 227:14 231:24 |
| 299:18,23 | 56:11,16,20 | 139:22 140:7 | 232:1,20 233:3 |
| 312:17 | 58:10,15 61:3 | 140:12,17,23 | 233:10 236:11 |
| **o'brien's**  171:2 | 61:12 62:7 | 142:3,11 143:2 | 237:1,3,19 |
| 276:4 | 63:17,25 64:6 | 144:2 146:1,9 | 238:13,24 |
| **o'dell**   2:7 15:22 | 67:10 69:3,8 | 147:12 149:17 | 239:11,16 |
| 15:23 16:3 | 70:4 71:8,14 | 150:2,13 | 240:18 242:11 |
| **oath**   7:25 | 74:5,19 75:6 | 151:17 152:21 | 247:5 248:19 |
| 146:24 | 78:25 79:10 | 153:3,22 154:7 | 250:2 251:9 |
| **obesity**   33:14 | 81:10,21 84:23 | 156:23 157:21 | 252:8,19 |
| 80:15 177:4 | 85:4 86:5,12 | 158:1,7,15,23 | 254:13 255:1 |
| 178:12 | 87:20 88:9,14 | 159:9 161:22 | 258:19 259:4 |
| **object**   32:8 | 90:21 93:3 94:3 | 162:10 167:14 | 261:7,18 |
| 33:9 67:18 93:9 | 94:18 95:17,23 | 167:20 168:2,6 | 262:21 264:8 |
| 180:16 191:5 | 96:17,25 97:6 | 168:23 169:12 | 265:1 267:4,11 |
| 192:1 215:20 | 98:6,12,21 | 170:5,24 | 270:25 271:12 |
| 246:13 275:7 | 100:8,10,13 | 174:23 181:12 | 274:25 275:14 |
| **objected** | 101:1,19,21 | 182:9 183:11 | 278:15 280:6 |
| 271:14 | 104:14 105:11 | 183:25 184:14 | 280:20 283:7 |
| **objection**   19:3 | 109:9 110:23 | 185:7 187:5 | 283:13 287:19 |
| 20:10 23:5,25 | 112:7,19 113:6 | 188:1 189:1,20 | 288:7 289:1,21 |
| 24:6,10,13,18 | 113:17,17 | 190:8 191:1,17 | 291:19 293:7 |
| 26:4 27:13 | 114:25 115:11 | 192:19 194:23 | 294:8 295:4 |
| 30:25 31:13,22 | 115:22 116:10 | 196:15 198:19 | 297:8 298:6 |
| 33:2,3 34:3,15 | 117:1,6 118:25 | 199:13,20,22 | 299:6 300:18 |
| 34:17 35:6,20 | 119:8 120:3,14 | 203:15 204:15 | 301:1 302:4,9 |

[objection - onset]                                                    Page 49

303:19 314:25
315:22 316:4
316:16
**objectivity**   93:6
93:10
**objects**   183:21
313:21
**observation**
280:19,21
**observational**
84:15 164:7
**observed**
280:14 282:19
282:24 283:19
**obtained**
244:25
**ocac**   42:5
**occasion**   5:20
**occupational**
163:8 317:6
**occur**   97:2
133:24 139:15
261:11
**occurred**
253:16 257:22
**occurrence**
118:3 194:8
**occurring**
132:17
**october**   11:21
12:13 117:14
148:25 149:13
**odd**   179:24
**odds**   36:8,9
39:8 249:12
251:15,22

293:22 298:24
299:22
**offer**   16:23
71:1 106:15
115:20 120:7
120:11 124:4
126:18 148:17
148:20 149:5
149:24 150:5
151:5 156:21
159:20 242:15
**offered**   70:7
98:3 205:9
**offering**   37:21
44:3 45:20,25
69:16 104:12
110:19 111:1
131:21 145:1
148:23 149:9
159:23 213:7
**offhand**   49:16
**office**   102:9
**official**   274:6
**oftentimes**   25:1
32:18 50:10
57:16 200:13
**oh**   59:16 98:24
249:9 276:24
296:14
**okay**   6:22 8:13
8:14,15 9:18
10:16 11:17
12:9 13:2 15:18
17:8 19:19
21:11 29:4
31:17 40:5,6

45:24 46:9
47:24 51:17
53:25 58:24
61:16 68:19
70:17 74:13
75:23 76:23
79:24 85:9
91:25 103:2,3
103:11,22
105:3,13,25
106:25 114:20
115:17 126:3
131:11,12
134:5,9 138:12
142:24 146:12
155:8,18 156:2
156:4,7,12
165:3 171:19
171:25 172:23
176:23,25
180:2 187:2
189:23 192:13
193:25 194:3
196:5 197:12
198:10 201:10
205:13 207:20
209:7,8 211:21
212:23 213:6
214:6 215:3
218:21 219:21
221:16 226:17
226:18 228:23
230:23 231:1
234:19 239:5
240:10 241:25
242:14,18

245:10 254:21
255:4,23
257:15 259:20
260:5,9,18
261:15 262:6
263:9 265:5
266:10,13,24
267:6,25 269:2
276:20 277:7
279:7,8,23
280:11,25
282:17 286:25
294:21 295:7
296:7 302:18
306:21 307:18
315:1,25 316:2
316:20 317:8
**once**   99:8
263:19
**oncologist**
102:12,19
110:2,3
**oncologists**
78:3 109:22
**oncology**   82:15
85:20
**ones**   58:6 93:17
105:1 176:21
178:3 186:13
243:14 247:25
271:4
**ongoing**   156:15
**online**   63:21
**onset**   244:14
278:14 304:17
310:22

**oophorectomy**
175:5,9,23
202:10 261:12
**open** 14:6 24:1
25:3 49:8 57:10
183:14 219:12
254:19
**openly** 227:6
**operate** 5:24
**operating**
188:16 189:2
189:13,16
**opine** 213:10
234:22,23
**opining** 215:17
215:18 216:1
238:2
**opinion** 15:6,10
15:16 16:25
17:1,12 28:3
31:20 37:21
38:2,5 40:18,23
40:24 41:14,16
44:2 45:25 46:5
46:9 61:10,17
61:23 64:10
72:7 73:6 79:6
79:11 86:23
88:10 94:5
110:20 111:1,6
113:21 114:18
115:20,25
116:25 117:2
119:12 120:8
120:10 121:4
126:19 127:16

127:19 130:23
133:4 144:20
147:11,13
148:20 149:14
150:3,14 151:5
156:21,24
167:5 187:3,4
197:19,23,24
199:10 208:1
208:18,22
218:24 220:8
220:10 221:9
234:20 235:22
235:24 236:23
237:2 244:3,4
244:19,22
248:8 263:19
285:15 289:15
313:7,13
**opinions** 11:9
16:22 17:6,10
17:23 24:16
45:20 57:17
102:5 104:6,12
105:4,9 106:16
106:19 109:15
111:7 123:18
123:21 130:6
131:2,13,21
144:18 145:1
148:17 149:5
149:24 150:5
150:10 159:21
159:23 180:1
225:10 314:22
314:24 316:12

316:18
**opportunity**
284:25
**opposite** 316:7
**oral** 1:17 82:9
232:15
**oranges** 202:22
**order** 26:6
165:23 166:13
274:15
**ore** 152:18
**organ** 3:21
**organization**
47:18 70:12,18
71:3,11 89:20
89:22 101:5
**organizations**
70:1 90:16
101:8 118:10
**organs** 44:7,14
**origin** 26:16
27:2
**original** 50:7
51:20 63:1
270:19,20
272:25 273:14
275:17,24
279:8,10
309:19
**originally**
258:8
**originate**
176:14,16
**ors** 298:18
299:3

**outcome** 45:4
62:17 64:16
163:12 169:1
169:15 179:10
**outcomes** 163:9
163:10 170:22
**outlined** 297:2
**outside** 67:25
74:25 76:3 94:7
102:9 120:6
132:22 152:22
164:6 190:21
191:15 194:6
**outstanding**
89:21
**ovarian** 3:7,9
3:10,12,13,15
3:17,23 4:4,7
4:10,11,13,16
4:18 15:8 19:21
26:12 27:7 28:1
28:2,11,19,23
29:20,23 30:23
31:9,21 34:14
34:23 35:4,5,15
37:23 38:3 39:2
40:13,20 41:5
42:4 45:6,8
46:1,6,8,10,15
46:21 47:4,11
47:20 48:3,6,21
56:23 62:18
64:11,14 65:11
66:2,3,8,21
67:23 68:3,3,7
68:8,11,12,16

**[ovarian - page]**

Page 51

| | | | |
|---|---|---|---|
| 68:17 69:7,21 | 206:1,7,14,16 | **ovaries**   175:22 | **p.m.**   160:3,7 |
| 70:2,3,23 71:6 | 207:1,10,23 | 175:23 186:3 | 209:1,5 259:8 |
| 71:22 72:2,7 | 208:6,10,18 | 200:21 201:2 | 259:12 302:24 |
| 74:2,7,14,17 | 209:10,15 | 313:24 | 303:3 312:12 |
| 75:4 76:5,20,25 | 211:2,5,25 | **overall**   16:25 | 312:20 317:14 |
| 77:12,22 78:4,7 | 212:13,20 | 17:1,9,11 34:25 | **packet**   103:13 |
| 78:11,22 79:19 | 213:25 214:3,5 | 60:3 75:25 | **page**   2:22 3:3 |
| 80:1,2,3,10 | 217:11,16 | 177:2 196:4 | 4:3 8:18 49:11 |
| 81:18 82:25 | 218:3,8,20,25 | 199:3 244:1,5,5 | 49:11 52:14 |
| 83:7,14 85:19 | 219:3 220:2,5,7 | 244:7,10,14 | 53:8,22 55:16 |
| 87:6,9 88:3,8 | 220:23,25 | 270:2 288:8 | 59:22 60:9 |
| 91:9 92:24 | 221:10,17,22 | 304:8 311:3 | 77:25 78:2,6,9 |
| 94:17 95:21 | 222:2 223:22 | 315:10 316:18 | 79:19 80:3,7,10 |
| 99:12,17,21 | 224:6,11 233:5 | **overly**   86:8 | 82:7 83:23 85:9 |
| 101:13,17 | 233:8,13 | **oversee**   188:14 | 87:5,7,9,13 |
| 102:8,14 109:2 | 234:21 235:9 | **own**   48:5 57:14 | 91:24 92:10 |
| 109:6 111:18 | 235:21 237:10 | 110:17 113:7 | 94:22,25 96:8 |
| 111:21 112:24 | 238:4,21 | 138:13 145:2 | 96:11 99:11,17 |
| 113:5,22 | 239:15 240:24 | 194:7 195:3 | 99:24 116:16 |
| 114:24 115:2 | 242:6 243:6,24 | 199:1 200:13 | 133:21 135:13 |
| 116:6,15 | 244:13,18 | 245:18 265:8 | 141:23 147:18 |
| 130:24 132:11 | 249:24 251:2 | 308:3 | 147:20 148:8 |
| 132:24 133:3,5 | 253:16,18 | **oxidative**   210:3 | 155:18 156:11 |
| 133:9,12 143:1 | 255:17 273:2 | **oxycontin** | 156:13 165:11 |
| 146:17 156:16 | 273:17 274:10 | 184:16 | 165:14 168:8 |
| 159:3 164:24 | 275:20 278:13 | **oxygen**   216:19 | 168:10 172:21 |
| 165:9 166:9,21 | 279:2 281:15 | 217:19 | 172:21 181:2 |
| 167:6,10 | 285:13,19 | **oxytocin**   183:1 | 182:14,14 |
| 172:25 173:5 | 289:17 291:5 | 184:11 | 185:21 186:17 |
| 173:16,24 | 292:21,24 | | 192:3 193:17 |
| 174:3,6,10,13 | 293:10 303:8 | **p** | 193:17 195:13 |
| 176:19 177:21 | 305:4 308:5 | **p**   2:7 179:12 | 197:1 200:6 |
| 178:6,13,17 | 309:4 313:2 | 247:6,12,18,22 | 201:4,9,12 |
| 186:9,10 193:3 | 314:14,18,19 | 248:6,11 263:2 | 209:16 215:12 |
| 195:16 201:21 | 316:15 317:7 | 263:5 | 215:13,13 |
| 203:11 204:23 | | | 217:21 219:24 |

**[page - parfitt]**

224:15,21,22
225:3,4 227:25
228:6,16,17,21
228:24 230:1
230:16 232:13
234:25 241:2
242:15,22,22
255:22 260:12
260:13 265:23
265:24 269:2
271:8,9 272:18
281:5,12
286:23 295:23
306:6,22 307:3
309:25 310:3,3
311:5,7
**pages** 8:25 12:3
51:13 79:14
91:13 98:4,4
173:14 312:25
**paginated**
91:12
**paid** 22:12
49:15,20 50:12
51:23 52:1,8,17
52:21 53:2,11
53:15,19 54:1
54:11,22 55:2,9
55:12,22 56:4
56:14 58:8,13
61:7 64:4 65:19
67:16 161:21
226:23 227:11
227:17 271:25
295:2

**pan** 208:12
**pancreatic**
177:7,15,20
**panel** 93:7 94:1
94:15 102:13
**panels** 89:14
**papantonio**
2:10
**paper** 18:24
26:7 30:12 37:4
37:6 38:20,21
39:6 42:22
53:10,12 54:8
55:1 59:9,17
60:6,16,21 61:1
61:24 62:1,4,8
62:12,19,21
63:1,11,14 64:2
64:5 65:1,2
67:9 73:21
82:23 113:23
114:2,4 115:7
115:13 164:22
165:12 166:8
166:11,20
167:2,7 174:11
178:7 182:2,11
183:12,12
185:1 197:10
197:11,25
218:9,11,13
220:15 221:7
242:9 243:14
244:1,2,10
255:19 256:20
258:9 267:16

267:17 269:21
269:23 270:9
270:12,15
272:10,11
274:7,20
276:14 277:17
277:19,20,22
278:22 279:10
283:12 291:22
291:23 292:22
294:22 295:8
295:10,18,21
298:18,19
299:2 301:25
302:1 305:20
305:24 306:8
307:9
**papers** 18:22
24:22 37:5 57:1
57:2,6 58:18
65:1,22 66:1,6
67:22 109:21
161:23 171:2
174:11 178:16
179:24 192:5
258:13 294:4
**paraffin** 188:12
**paragraph**
59:23 85:14
124:22 126:23
127:2,15
135:13,14
136:10 154:11
165:15,22
172:24 181:3,8
182:6,15

184:25 185:3
185:21 186:7
187:17 193:19
193:23 197:2
201:12,15,18
202:20 209:17
217:23 229:8,8
229:16 230:2
231:2,8 242:16
242:23 260:13
260:20,21,24
277:9 282:14
296:8,12
**paragraphs**
228:25 230:5
**parameters**
297:13 298:19
299:4
**parfitt** 2:3,24
6:23 9:23 10:20
12:5,18 14:4
15:18 16:3 19:3
19:16 20:10
23:5,25 24:6,10
24:13,18 26:4
27:13 30:25
31:13,22 32:8
33:2,9 34:3,15
35:6,20,24
36:23 37:17,24
40:2,21 41:11
42:1 43:7,22
46:7,18 47:5,12
48:4 49:6,17,22
50:3,20,25 51:2
51:5,9,15,25

Golkow Technologies,
A Veritext Division

**[parfitt - particles]**                                                    Page 53

| | | | |
|---|---|---|---|
| 52:10,23 53:13 | 125:18 126:12 | 207:12 208:8 | 287:19 288:7 |
| 53:20 54:3,13 | 126:24 127:3,7 | 208:20 210:10 | 289:1,21 |
| 54:24 55:3,10 | 127:14 128:3,8 | 211:8 212:5 | 291:19 293:7 |
| 55:15,23 56:6 | 128:23 129:5 | 215:20 216:2 | 294:8 295:4 |
| 56:11,16,20 | 129:18 131:15 | 217:12 221:12 | 297:8 298:6 |
| 57:21 58:2,10 | 131:23 132:25 | 222:6,15,19 | 299:6 300:18 |
| 58:15 61:3,12 | 137:6,12 | 223:1,11,18,23 | 301:1,6,13 |
| 62:7 63:17,25 | 139:22 140:7 | 224:12,24 | 302:4,9 303:19 |
| 64:6 67:10,18 | 140:12,17,23 | 227:1,14 | 312:11,22 |
| 69:3,8 70:4 | 142:3,11 143:2 | 228:18 229:3 | 316:21 317:12 |
| 71:8,14 74:5,19 | 144:2 146:1,9 | 230:24 231:1 | **parroting** |
| 75:6 78:25 | 147:12 149:17 | 231:24 232:1 | 127:5 |
| 79:10 81:10,21 | 150:2,13 | 232:20 233:3 | **part** 29:9 30:16 |
| 84:23 85:4 86:5 | 151:17 152:21 | 233:10 236:11 | 38:10,14,18 |
| 86:12 87:20 | 153:3,22 154:7 | 237:1,3,19 | 44:15 50:25 |
| 88:9,14 90:21 | 156:23 157:21 | 238:13,24 | 122:24 146:24 |
| 92:1 93:3,9 | 158:1,7,15,23 | 239:11,16 | 150:15,16,17 |
| 94:3,18 95:17 | 159:9 160:1 | 240:18 242:11 | 158:10 161:1,3 |
| 95:23 96:17,25 | 161:22 162:10 | 246:13 247:5 | 177:12 195:17 |
| 97:6 98:6,12,21 | 165:4,6 167:14 | 248:19 250:2 | 195:24 223:5 |
| 100:8,10,13 | 167:20 168:2,6 | 251:9 252:8,19 | 226:10 242:12 |
| 101:1,19,21 | 168:23 169:12 | 254:13 255:1 | 270:8 288:4 |
| 104:14 105:11 | 170:5,24 | 258:19 259:4,6 | 304:24 314:12 |
| 106:3 107:1 | 174:23 180:16 | 261:7,18 | **participants** |
| 109:9 110:23 | 181:12 182:9 | 262:21 263:15 | 73:22 264:3,22 |
| 112:7,19 113:6 | 183:11,25 | 264:8 265:1 | 294:16 |
| 113:17 114:25 | 184:14 185:7 | 267:4,11 | **participating** |
| 115:11,22 | 187:5 188:1 | 270:25 271:14 | 305:1 |
| 116:10 117:1,6 | 189:1,20 190:8 | 271:18,21 | **particle** 29:6 |
| 118:25 119:8 | 191:1,17 | 274:25 275:7 | 190:14,25 |
| 120:3,14 121:5 | 192:19 194:23 | 275:14 276:17 | 194:15,21 |
| 121:15,21,24 | 196:15 198:19 | 276:21,24 | 195:4,25 |
| 122:5,17,22 | 199:13,20,22 | 278:15 279:3 | **particles** 3:19 |
| 123:1,4,12,16 | 201:16 203:15 | 280:6,16,20 | 4:4 182:3,24 |
| 123:20 124:8 | 204:15,19 | 283:7,13 | 184:4,8 185:22 |
| 124:14,19 | 206:2,21 | 284:23 285:1 | 186:9 191:11 |

199:16 313:20

**particular**
32:10 36:7 93:5
110:20 147:17
157:2 182:2
204:21 206:10
207:14 224:7
244:23,24
249:10 269:18
293:12 294:3
311:1

**particularly**
25:21 32:17
151:7 171:4
244:12

**particulate**
187:23 188:22
189:18 190:6
190:12,23
196:22 197:20
199:12

**parties** 318:24
319:1

**passage** 143:8
143:10 195:11
260:11

**past** 99:9

**patency** 269:9
269:14 270:24
273:10

**patent** 219:12
244:3 254:20
260:20,20,25
261:1,4,4 262:1
262:2,17,17
263:15,16

264:3,3 270:6
273:21 299:14
299:22,24
300:9,17

**pathogenesis**
27:11

**pathologic**
216:3

**pathologist**
27:22 29:17
108:3,18 109:2
109:8,16,25
190:2,5,11
215:24 223:8

**pathologists**
27:24 108:5
223:13

**pathology**
48:17 108:21
108:22 109:6

**pathway** 37:8
208:15

**pathways** 33:11

**patient** 46:12
98:15 109:19
182:19 193:10

**patient's** 69:6
71:12

**patients** 3:23
69:1 78:22 79:8
87:5,18 90:19
99:11 195:15
195:16,16,24

**patrick** 2:4
16:5

**pattern** 134:1
177:2

**pdq** 78:17,20
78:22 79:9,13
79:17 88:3,7
91:2,9,18 92:7
92:20 93:8 94:1
94:8,9,15 95:11
98:2,23,25
300:20,23
301:3,7,8,16,22
301:25 302:6

**peer** 23:15,19
23:23 24:15
26:7 66:12
104:17 123:3,5
160:18 198:1,4
198:10,12,15
198:16,24
199:4,9 200:4
227:4 295:20

**pelvic** 3:21,23
220:22,24

**pen** 283:11

**pennsylvania**
2:14

**pensacola** 2:11

**people** 25:9
50:6 57:13
81:13 102:10
118:10 132:1
164:8 176:13
249:9 292:4
293:5,22
301:14,21

**perceived**
67:16,19

**percent** 56:1,3
72:22 73:11
75:13 121:9,11
167:16 191:24
198:25 249:9
251:17,17,18
251:18,23,24
251:24 253:18
284:13

**perfect** 73:2
199:1 228:23
265:16

**perfectly**
265:12

**perform** 113:25
145:15

**performed**
124:17 143:25
189:21 268:5
296:2

**perineal** 4:18
15:7 28:3,8,22
40:11,16 41:5
41:23 43:19
91:15,18 92:16
92:23 133:11
180:14 181:13
183:6 185:4
193:3 206:20
214:4,10 215:6
232:16 233:12
235:8,20
237:10,17
239:6,9,14,19

**[perineal - point]** Page 55

240:1 244:17
303:18 305:14
309:3 313:1
315:11
**perineally**
180:6 186:2
**perineum** 3:20
183:7,9
**period** 16:16
124:18 184:21
**peritoneal** 3:13
41:9 201:21
203:11
**permitted**
40:25
**persistent**
213:5
**person** 64:9
81:7 147:16
191:22 212:12
304:25 305:4
318:22
**personally**
18:20 19:8
62:24 67:11,12
**perspective**
31:10,11,12
**persuades**
34:13
**pertaining**
138:18 314:17
**pertains** 118:23
166:8
**ph.d.** 1:13,18
5:1 317:20
318:6

**phagocytes** 4:4
**philadelphia**
2:14
**phone** 14:21
16:5
**photograph**
85:10
**phrase** 233:23
**phraseology**
234:10
**phung** 30:6
31:4 95:24 96:4
96:5 97:23 98:1
270:15 288:14
**physical** 59:25
**physician** 70:12
71:11
**physicians**
98:19
**physiology**
202:17
**picked** 299:2,5
**picky** 273:18
**picture** 225:14
**pid** 60:2 221:2
221:10,14
**piece** 37:19
117:22 161:13
179:22 188:6
277:23 313:15
**pieces** 51:20
56:2,14 126:4
252:16
**pier** 138:1,7,15
138:23 139:1
140:13,14

**place** 101:25
115:1 140:25
160:1 243:18
280:17 285:7
318:10
**placed** 182:19
309:17
**places** 254:8
**plaintiff** 19:20
19:24 20:12
50:6 52:1 53:11
53:19
**plaintiff's** 7:7
54:2,23 124:7
**plaintiffs** 2:2
18:9,16 19:6,10
20:20 22:13
23:3,4 48:9
49:5,15,20
51:24 52:9,18
52:22 53:3,15
54:11 55:2,9,13
55:22 56:4,15
58:8,14 61:8
63:15 65:20
73:25 109:24
123:11 192:6
205:19 227:21
227:23 234:7
271:6 272:1,6
295:2
**plan** 9:15 13:23
73:17 159:23
**plans** 64:21
66:24

**plates** 133:23
**platy** 116:19
133:22
**plausibility**
29:9 30:16
31:11,15 37:9
58:3,13,17
126:7 161:5
212:7,21,25
213:20,23,24
215:17 217:22
218:18 220:8
220:10,12
244:8 303:17
304:9 312:6
315:14
**plausible** 29:5,6
29:19,22 30:3
209:15 212:1
212:14 213:21
219:7 220:11
**play** 35:19
**played** 194:7
**please** 49:8,10
51:5 66:19
286:24 311:7
315:22 316:16
**plyons** 2:6
**point** 7:1 13:23
15:11,13 24:1
30:7 33:12
35:11 36:14,15
36:17,21 39:24
47:15 64:14
66:22 95:25
106:13 114:9

**[point - powders]**

125:23 131:20
136:8 154:23
186:15 207:3
213:17 225:18
245:12,14
246:8 247:15
249:6 250:5
253:10 254:2,7
264:1,6,20,25
265:2 266:17
269:14 271:10
271:11,13
281:23 282:11
284:13 287:15
288:22 306:15
307:14,17
308:10,16
309:10 311:3
**pointing** 287:20
**points** 116:4
120:19 199:24
264:11 275:25
305:7,23 306:4
306:5 308:13
**policies** 6:5
285:5,6,7
**policy** 25:3
227:8 284:15
**pollution** 285:6
285:9
**polymorphisms**
206:8
**pool** 42:9
**pooled** 241:11
241:18 242:3
269:5 300:7

**poor** 64:13
250:22
**population**
35:10 70:23
72:14,16,18
73:4,10,12,13
74:21 75:15,24
76:1 85:24
163:3,12
221:21 246:19
249:9,13
302:20 309:5
**populations**
71:18 72:12,21
114:12
**portion** 66:10
188:9 250:24
276:7 283:24
298:15
**posited** 175:17
176:13
**position** 61:21
153:23 159:12
182:20 245:15
263:9,12
270:22
**positive** 35:13
35:14 36:2,7
117:17,19
202:5 203:22
204:6 246:3,5,9
246:12,14,17
248:1,13,14
249:22 250:10
250:17 254:22
255:5 273:25

274:9 287:2
308:12 311:4
**possibility**
293:18,20
**possible** 199:21
199:23
**possibly** 29:15
235:12 297:16
315:12
**post** 163:5
253:14 268:5
**postdates** 281:6
281:7
**posted** 150:11
151:10,15
157:18
**posterior**
182:25
**posting** 157:25
**postings** 68:10
**postmenopau...**
32:17
**potential** 85:22
145:18 174:12
176:19 178:17
209:13 213:15
218:19 219:3
261:22 278:2
288:12 293:10
293:17 294:11
294:12,15
**potentially** 32:2
39:9 40:15
43:14 65:12,15
84:10 104:24
130:11 145:7

198:6 216:10
264:19 265:17
304:20 310:21
**powder** 1:5
3:22 4:6,9,11
4:13,16,18 75:5
111:12,24
116:4,20
117:18 119:6
119:13 120:1
120:21 124:25
125:1,11
126:14,16
127:17 128:19
128:22 131:10
132:2 133:10
133:11 138:6
143:14 147:14
147:24 148:25
149:22 174:25
180:19 199:25
210:2 212:7
239:19 242:5
242:20 244:17
244:17 245:4
273:2,16
275:19 281:14
282:21 284:3
293:9 297:19
300:3 303:16
303:25 304:10
305:14 315:12
315:17,18,19
316:14
**powders**
111:15 112:6

**[powders - process]**                                                     Page 57

112:14,18
115:21 116:9
118:12,18
120:8 121:3
122:15 124:17
125:13 126:11
126:13 128:12
128:17 129:2,9
129:12,23
130:23,24
131:14,22
132:10 138:4
139:9,14
140:22 141:5
141:15,16
142:1,9,9
143:10,25
148:19 149:16
149:18 152:25
159:3 183:7
200:9 229:18
231:3 232:9,18
233:1,7 234:20
237:17 238:4
239:7,9,15
**power** 35:2
255:17 263:22
265:5 266:3,18
266:22 267:1,8
268:5,7
**powered** 35:8
**powerpoints**
68:20
**powers** 111:10
**practices** 1:5
159:22,24

**pre** 253:17,22
253:24
**precise** 112:12
159:1 219:20
237:14 260:2
289:2 307:18
**predated** 17:20
**predicated**
131:13
**preliminary**
203:2,16
**premenopaus...**
44:9
**preparation**
192:15
**prepared** 68:14
93:25 106:15
**preparing**
13:18 16:12
**prescribed**
221:17,21
**presence**
111:10,23
112:4,14,18
116:9 128:16
137:25 138:4
140:21 141:15
141:25 143:9
144:9 223:16
224:3
**present** 33:20
176:10 226:15
276:5,12
277:11 278:20
282:8 318:11

**presentation**
27:9 68:2
**presented**
202:8 236:13
318:17
**presents** 248:9
**press** 153:18
**presume** 9:21
**pretty** 25:11
61:18 200:1
272:3 274:23
**prevalence**
266:19
**prevent** 246:11
**prevention**
3:10,13 79:19
88:4 91:10
95:12
**previous**
165:16
**previously** 31:6
184:3 254:24
**primarily** 63:6
213:3
**primary** 3:13
56:2 64:9 114:2
132:21 137:17
196:18 213:13
243:23
**printed** 154:25
155:6
**prior** 7:6 8:7
39:1,7,16 58:22
69:7,16,22
70:14,19 71:6
71:12 91:24

92:5,10 110:19
114:20 125:3
254:24 255:3
255:24 258:8
258:22 277:21
278:5 296:18
**pro** 177:5
**probably** 42:25
73:23 75:10
83:22 114:3
122:1 140:24
158:8 176:21
178:24 189:14
212:15 225:13
236:17 256:8
**problem** 267:1
267:8 291:9,18
**problems**
288:25
**procedure** 1:25
189:16
**procedures**
70:7 175:10,14
175:21 188:17
189:3,14
**proceeding**
7:14
**proceedings**
59:3 106:9
160:5 209:3
259:10 303:1
312:14
**process** 24:21
80:25 96:22
97:12 198:11
198:13 199:9

**[process - publications]**                                                                 Page 58

210:4 214:9
226:4 292:10
**processes** 190:2
216:21
**processing**
187:22 188:6,8
188:20 189:17
190:5 194:6,21
196:23 197:22
198:4 199:12
199:19
**produce** 14:2
314:2
**produced** 1:18
8:22 9:6,8,24
11:18,20 12:16
13:7,8 129:2
**product** 54:22
55:2,9 86:19
125:24 207:13
**production**
216:18
**products** 1:5,6
4:18 117:17
120:1 124:25
128:22 130:7,9
141:12 143:19
143:22 144:6
151:24 230:14
231:9,12
**professional**
3:14 43:5,10
56:25 68:16,23
69:6,12 114:22
160:13 161:19
173:3

**professionally**
18:19,21
275:12
**professionals**
69:1,15,20
90:19 98:11
**profiling**
204:25 205:6
**prognosis** 190:4
250:23
**programs**
89:13
**progression**
65:11,16 207:5
216:22 218:2
220:2
**prohibit** 231:11
**prohibition**
231:9
**proliferation**
216:23 219:18
314:8
**promote** 32:3
217:20
**prone** 168:5,7
168:14,21
169:4,9,18,24
170:11,16,23
171:5
**pronounce**
182:20
**proof** 186:15
**proper** 67:7
230:12
**properly**
187:21 264:21

**properties**
145:6,17
**prophylactic**
70:6,13 202:10
**proportion**
171:17
**proposals** 42:22
**proposed** 199:4
**proposition**
45:13 118:12
119:5 136:5
203:1 266:25
307:19
**propositions**
198:17
**prospective**
84:15 162:14
164:14,18
166:5,21 167:5
243:7,12 257:2
257:8 310:19
310:23
**prospectively**
310:6
**protection**
117:24
**protective**
173:15 175:13
**protocol** 101:24
189:25
**protocols** 189:9
**proved** 250:13
**proven** 185:18
186:5 210:23
211:7,23
212:17

**provide** 77:11
87:5,18 186:8
186:17 195:14
246:3 288:11
311:18
**provided** 10:20
72:11 73:21
115:24 121:7
123:22 124:9
154:10 155:1
173:9 200:3
245:19 306:10
**provides** 40:7
261:20
**providing** 8:3
225:6
**proving** 36:19
**psychology**
150:6,10,14
**public** 1:19
39:3 69:25
73:18 77:11
87:5 90:15 98:8
98:14 99:11
151:11 156:6
158:13,22
251:7 318:4
319:7
**publication**
54:18 83:3,12
199:5 257:11
299:11
**publications**
24:4,16 122:14
164:17 287:9

**[publicly - questionnaires]**                                    Page 59

**publicly** 114:22
160:17
**publish** 56:9
221:6 227:3
236:9 295:8
**published**
23:16,20 24:9
25:13,18 26:7
42:13,13 60:23
61:24 62:1
82:23 96:13,24
97:9,25 104:18
113:24 115:4
118:2 122:24
128:11,15
142:14 149:25
164:11 176:18
176:18 177:9
180:24 198:1
200:20 205:23
209:17 220:16
235:7 245:6
252:2,5 256:20
257:16,23
258:8 259:24
269:21 272:2
274:4 277:21
281:8 292:22
299:11
**publishes** 79:18
**publishing**
66:23
**pull** 105:2
160:17,23
174:14 197:10

**pulled** 81:14
135:20 148:6
149:19 152:8
173:6
**pulls** 79:4
**purity** 128:25
129:15,19
229:5
**purport** 318:18
**purpose** 26:3
247:3
**purposes** 16:8
45:2 101:10
105:3 111:7
113:14 158:18
172:6,7 227:7
245:7 248:8
313:6
**pursuant** 1:24
**put** 81:7,12
87:17 92:5 98:7
127:19 135:1
158:17 160:15
179:21,23
203:5,8 254:7
275:8 283:11
301:21 310:4
**putative** 209:20
210:1,7 260:14
**puts** 38:11
79:13 80:22
99:11,17
**putting** 45:10
179:2 242:1
247:22,22
289:19

**q**

**qualifications**
93:11 295:14
**qualitative**
231:21
**qualitatively**
291:6
**quality** 290:16
**quantitative**
121:1
**quantitively**
291:6
**question** 28:24
29:21 31:16
32:9 33:9,18
34:7,25 40:3,3
40:17 42:10
43:4 47:6,14
51:1,3,16 52:3
64:12 67:2
70:16 74:12
75:21 84:11
88:1 91:23 93:6
93:10 95:15
96:16,18 97:1,3
97:7 109:14
110:24 113:19
120:4 121:22
121:24 122:17
127:4 132:25
139:22 146:11
147:7 161:17
161:18 164:5
172:16,18
175:12 179:22

180:12 184:23
184:23 190:15
191:2,9,21
195:20 197:16
203:12 204:15
204:19 207:19
207:25 212:18
212:19 215:2
215:14,15,21
217:14 219:20
223:19 224:8
224:16,18
226:9,11,12
230:24 236:12
253:7 254:6
258:14 260:22
265:14 268:25
271:14 275:1,2
275:9,14 279:8
280:6 281:10
284:22 286:6
293:13 300:8
301:5,9,12
302:17 307:18
311:5,17
**questionable**
84:3,22
**questioned**
287:23
**questioning**
57:23 94:14,19
94:20 316:12
**questionnaire**
42:18
**questionnaires**
172:3 290:10

**[questionnaires - really]**                                          Page 60

290:12 291:11
291:24 292:7
292:14 304:23
**questions**  2:23
  2:24,25 5:6
  7:16 42:11
  51:11,11
  103:21 127:12
  215:1 265:11
  278:6 279:3,5,6
  290:12,20
  291:7 312:22
  312:23 313:5
  314:16 316:10
  316:24
**quick**  106:4
  208:25 309:21
**quite**  258:10,11
  310:5
**quote**  84:14
  151:19 153:6
  166:12 230:17
  233:17 234:14
  237:20 296:6
**quoted**  72:20
  74:10 118:15
  148:5 180:18
  307:10
**quotes**  148:6
**quoting**  26:20
  84:1 169:6
  226:1 236:16
  266:3

**r**

**r**  63:3,3
**rabbits**  187:10
**race**  74:23
  309:6
**racial**  166:1
**radioactive**
  181:6
**radiology**  48:17
**radon**  285:6,9
**rafferty**  2:10
**raised**  316:10
**ran**  262:7,25
**randomized**
  164:1,5
**randomly**
  195:23
**range**  76:3
  154:4 245:22
  285:17 286:7
  305:5
**rapidly**  250:22
**rare**  163:18
  174:2 253:7
  310:22
**rat**  202:9,17
  203:18
**rate**  18:5
**rather**  7:17
**ratio**  36:9 39:8
  249:12 251:15
  298:24 299:23
  300:3
**rationale**  36:11
  81:11

**ratios**  33:21
  36:8 251:22
  263:3 293:23
**rats**  3:25
  187:10 202:12
  202:15,18
  204:1 216:15
**rausa**  48:12
**reach**  15:10
  199:10
**reached**  15:6
  46:9 61:16,23
  64:10 145:13
  310:5
**reaction**  32:23
  190:14,25
  191:6,13,14,25
  203:19 215:5
  217:9
**reactions**  212:9
**reactive**  216:19
  217:19
**read**  73:7 92:25
  93:1 95:13
  109:23 112:20
  121:17,18,20
  121:23 122:10
  126:8 134:4
  138:15,17,18
  150:6,11
  166:16 171:1
  195:8 209:24
  218:4 228:21
  234:13 243:8,9
  243:17 255:8
  259:14 260:19

260:21 266:6
  266:12,24
  267:12 283:1,2
  293:4 317:12
**readers**  64:2
**readily**  275:24
**reading**  122:1
  144:24 146:13
  146:15 191:18
  202:4 225:12
  232:21 236:14
  254:17 270:18
**readings**
  213:11,17
**ready**  59:7
**real**  114:17
  204:4 307:18
  309:21
**realize**  41:2
  173:21 184:8
**really**  15:13
  16:6 25:6 29:17
  33:17 39:11,17
  42:22 56:24
  57:18 61:4,6
  64:19 70:22,25
  74:21 75:11
  79:1 81:23 82:6
  93:23 97:11
  98:7 101:2
  102:6 105:13
  114:14 123:24
  126:14 133:23
  139:11,17
  149:9 156:24
  164:9 181:24

**[really - refer]**

Page 61

187:15 196:4
196:17 197:17
203:25 204:8
205:2 219:20
219:20 222:21
236:1 246:20
247:6,8 249:2
249:17 250:5
256:8 257:14
258:3 262:15
264:4 267:1
268:8 269:16
270:2,17
275:24 277:23
278:21 283:16
284:21,22
285:14 291:18
293:14 300:6
304:2 313:14
314:11
**reason**   95:15
96:16,18,20
97:1,3 148:18
154:5 170:7
232:21 247:15
247:16 250:9
306:9
**reasons**   39:20
98:24 148:21
148:22 248:2
261:6 294:17
304:15
**reath**   1:22
**recall**   16:7
19:15 35:19
36:5,12,22 37:1

37:10,14 38:15
39:10,21 40:8
45:10 53:21
59:11 78:1 82:1
115:12 146:13
146:15,19
148:24 168:5
168:11,17,21
168:25 169:4
169:10,15,19
169:24 170:11
170:13,16,23
171:5 172:6,8,9
172:13 177:8
192:7,8,14
194:13,18
225:17 243:1
260:3 272:12
272:13 276:5
276:12 277:11
277:18 278:1,2
278:3,12,20
279:2 280:15
289:3,14,17,18
289:22 290:2,3
290:5,14,22
291:2,8,15,17
292:19,25
293:8,13,17,24
294:6,13
304:11,11,15
304:18 305:6,8
305:8,11,19,21
305:24,25
306:3,11

**recalling**   114:3
**received**   9:4
14:20 60:21
**recent**   17:19
20:11,12 30:6
95:20,24
102:23 127:3
171:16 243:1
267:20 287:9
288:9 306:8
315:4
**recently**   7:3
95:4 96:12 97:9
100:24 117:14
178:9
**recess**   59:2
106:8 160:4
209:2 259:9
302:25 312:13
**recognize**   26:12
108:21 139:13
175:7 177:24
232:17 233:22
235:16 282:9
**recognized**
46:24 47:8
129:14 245:2
309:15
**recognizes**
118:2
**recognizing**
115:25 126:5
**recollection**
15:25 21:23
**recommended**
19:2

**recommends**
70:13,19 71:4,5
**record**   5:11
10:20 16:8
27:23 59:1,3,5
106:7,9,11
107:2 160:3,5,7
170:15 209:1,3
209:5 259:8,10
259:12 267:13
296:15 301:14
302:23,24
303:1,3 312:12
312:14,16,20
317:14 318:15
**recordkeeping**
117:25
**records**   48:17
170:3,7,10
**recurrence**
65:17 207:5
**reduce**   72:19
170:13 221:17
221:21 289:8
291:1 292:19
305:5
**reduced**   290:14
318:14
**reduces**   175:24
**reducing**   69:16
**reduction**   70:8
70:14 72:22
175:8 219:18
**refer**   22:17
30:4 124:15
137:8 229:5,9

**[refer - removed]**                                                                Page 62

248:14 282:4
308:8
**reference**  10:21
52:15 53:25
54:19 63:3 92:1
100:4 106:14
141:9 156:9
160:20 166:4
192:3 202:5
224:23,24
225:23 312:24
**referenced**
105:16 106:1
117:12 154:15
154:19,21,22
155:14 156:1
**references**
22:24 49:3,14
49:14,19 59:19
82:8,9 93:15,16
94:7 127:20
155:20 225:16
225:19,22
**referencing**
166:5
**referred**  20:14
31:19 94:9
135:3,3,4,10
136:17,21,25
237:23 238:16
276:3 279:19
315:7
**referring**  16:8
20:17 22:17
32:5 60:6 62:10
62:12 70:22

85:6,7 109:13
113:15 145:10
150:8 157:3
162:7 168:17
169:10 201:25
216:13 229:3
265:19 272:21
282:16 304:18
307:21 309:1
310:10
**refers**  78:7
134:1 154:2
300:20
**reflect**  13:9
246:12
**reflected**
159:13
**regard**  77:5
89:17 90:1
142:19 143:25
228:15 240:20
305:21 313:6
314:17
**regarded**  90:12
**regarding**  83:7
111:21 188:4
224:16 227:8
**regardless**
63:10 222:23
248:11 272:14
309:4
**regards**  143:5
268:18
**regular**  179:12
**regularly**  95:11
95:16,18

**regulations**
140:25 231:10
**regulatory**  70:1
227:10
**rejected**  24:8
**related**  3:7
29:20 30:15
32:13 34:1,6,12
39:19 59:10
60:7 62:13 63:5
65:9 66:14,16
66:20 68:7,11
96:6 111:13
112:5,13
138:24 147:25
148:13 153:19
243:2 280:21
282:21 284:3
314:6
**relationship**
7:6 111:18
113:5,21 129:9
238:4 257:3,9
257:19 258:16
**relative**  251:15
318:23
**relatively**
310:22
**release**  153:18
**released**  149:2
**relevance**
144:19
**relevant**  34:2
36:19 44:2,5
65:23 109:5
125:16 140:21

212:24 286:1
303:17
**reliably**  220:22
221:10
**reliance**  249:18
**reliant**  161:4
**relied**  104:8
126:20,21
144:15
**rely**  17:22
103:18 104:5
104:11,22
105:2 138:3
161:20,24
**relying**  16:22
38:17 58:13,17
105:9 127:16
199:10,15
209:12 253:11
**remaining**
176:4
**remains**  110:16
226:15
**remarkable**
274:24 275:3,4
275:9,12,15
**remember**
188:3 233:19
313:9
**remind**  269:16
**removal**  175:23
176:3,8
**remove**  73:5
250:4
**removed**  72:18
73:4 75:14

[removed - require]                                                Page 63

188:6
**removing**  197:3
**rendering**
150:3
**renders**  141:16
142:1,9
**repeat**  38:1
47:14 128:13
178:2 223:18
**rephrase**  29:3
45:24 74:12
91:23 109:14
131:17 175:11
180:12 185:1
214:6
**replacement**
253:24
**replication**
62:20,22
200:13 218:11
**reply**  276:18
277:8
**report**  3:5 9:9
9:14,19 10:7,14
10:15 11:3,6
16:18,24 17:7
17:10,21 19:25
22:25 26:20,22
26:25 27:1
30:20,23 34:9
38:10 40:7 45:2
45:5,10 47:9,19
49:3,8,19,21
50:5 51:4,14,22
52:7,8,20 53:5
56:13,19 62:6

65:8,13 66:11
66:11 70:6
72:10 76:8
79:16 89:12
91:7,17,22 92:6
98:3 103:2,4,12
103:16 105:7
106:20 111:7
113:11 116:16
120:6,17,23
121:17 122:3
122:10,11,12
123:25 124:21
126:16 127:12
131:4,6,20
133:14 134:4
134:15 135:2,9
137:25 139:11
140:18 141:11
141:22 142:7
142:10,12,13
143:6,8,11
144:7,13,21,25
145:4 146:7,15
146:19,23,23
146:25 147:9
147:18,21
148:8 150:19
152:7 155:4,13
160:16 168:8
169:7,8 172:21
181:3 185:11
186:11 192:15
194:12 201:24
202:24 203:5
203:14 209:16

215:9 217:5,6
217:21 225:4
227:25 228:7
228:18,19
232:5,8,23
233:16,21
234:2,15,24
236:15,20
237:20 238:12
239:18 240:10
241:1 245:10
254:7,17
265:21 268:2
269:2 271:9
272:19 273:4
275:8 279:25
280:3,18
285:24 286:14
286:24 288:22
295:11,23
297:4 300:1
305:7,23
306:17 311:5,7
312:25 315:11
315:23 316:6
316:19
**reported**  30:9,9
171:18 195:19
197:17,19
298:22
**reporting**
117:25 145:21
145:23,23
199:17 225:11
287:2 299:11

**reports**  19:23
20:2,6,11,14
26:9 57:7 92:20
109:15,18,19
109:23 112:9
127:24 139:4
144:8 147:4
161:21,25
199:2 217:8
226:23 227:12
227:16,17
299:10 315:2
317:5
**represent**  173:3
301:8
**represented**
46:4
**represents**
102:20
**reproduce**
193:16
**reproducible**
200:7
**reproductive**
3:19 180:23
184:5,6 187:9
215:6 217:10
219:12 244:4
273:21 313:23
**request**  14:1
43:2 104:19
122:8 147:5
**requests**  8:25
9:3
**require**  6:5
229:13

**required** 51:9
297:9,12,13
**requirement**
297:16 298:3
**requirements**
67:13,14 118:1
**research** 32:16
76:11,13,15
87:16 89:20,21
90:1,3,7,8,8,13
93:21 99:6,10
161:2,17 164:5
164:13,21
165:22 188:12
193:9 207:25
211:17 220:15
268:24 293:13
314:22
**researched**
224:7
**researcher**
85:19
**researchers**
89:25 193:5
**resected** 3:23
**reserve** 311:6
**reserved** 128:9
**residence**
319:11
**resolved** 25:17
26:6
**resources** 77:12
87:18
**respect** 45:3
58:3 86:19 93:4
127:13 133:13

137:17,22
144:18 147:1,8
160:11,15
167:9 175:4
180:1 186:16
192:2 204:10
210:25 211:2
220:25 225:25
226:2,21
234:19,24
235:21 241:18
254:21 259:14
270:14 272:14
274:22 285:19
286:23 287:11
297:14 299:22
306:15 307:2
317:7
**respected** 89:19
101:5,9 250:24
**respective**
319:1
**response** 25:14
27:17 149:10
149:20 156:15
191:21,22
209:21 210:2
210:18 216:25
223:3 226:16
242:10,19
257:3,9,19
258:16 269:18
272:16,22,23
275:6 276:4,8
276:15 277:4
278:23 281:7

283:4 300:1
314:3,5
**responses**
27:12 48:18
57:10 64:7
**responsive** 10:5
284:22
**responsively**
51:10
**rest** 148:7
212:21
**restate** 29:21
41:7 47:6,16
110:24 190:19
**restates** 274:8
**restrict** 299:13
**result** 33:15
175:10 183:8
246:23,25
247:1 256:16
**resulting** 210:2
226:4
**results** 35:4,18
57:5 92:3,20
119:20,24
120:1 200:18
203:2,17 205:1
205:2 211:24
221:8 266:5
278:8 287:16
291:12 300:24
302:1 309:18
310:5
**retained** 18:10
20:3,7,12,20
22:9 49:4 58:7

60:18 61:1
113:20,23
167:2 227:20
227:23 256:21
271:5 272:5,6
**retraction**
274:3,6,12
**retrograde**
58:20 200:21
201:1 219:9
**retrospective**
162:16 276:6
277:12 278:20
310:24
**retrospectively**
268:8 310:7
**reused** 287:22
**revealed** 131:8
**reversal** 270:24
**reversed** 270:9
273:8,11
274:23 275:5
275:17
**reverses** 270:2
272:24 274:8
**reverting** 36:14
36:17
**review** 4:18
5:19 9:3 14:25
15:3,12 16:15
18:6 19:25
20:15,23 22:6,8
23:15,23 24:21
25:22 28:6
31:14 36:4
40:14 41:17

**[review - risk]**                                                                    Page 65

| | | | |
|---|---|---|---|
| 45:12 49:24 | 281:12 285:21 | 198:6 | 286:3 288:1 |
| 65:16 66:12 | 285:23 296:2 | **reviewing**   24:1 | 292:25 299:20 |
| 79:14 96:12,19 | 312:17 313:12 | 25:7,9 61:14 | 300:8 305:22 |
| 96:19 98:16 | **reviewed**   17:22 | 94:15 97:20 | 306:5 307:1 |
| 100:16 104:17 | 19:23 20:2,6,11 | 132:4,4 192:14 | 311:24 313:11 |
| 110:22 111:3,5 | 20:19 21:11,15 | 227:24 | 313:14 315:3 |
| 111:8,11,14,16 | 23:15,19,23 | **reviews**   50:13 | 315:23 |
| 111:17,20,22 | 24:15 26:7,8 | 57:9,9 161:9 | **rigler**   117:3 |
| 112:1,3,8,13,16 | 45:16 47:1 | 173:7 228:6 | 121:9 123:7,23 |
| 112:17,22 | 48:16 80:24 | 269:22 280:4,9 | 125:25 |
| 113:3,7,25 | 83:6 89:13 | 280:10 | **rigor**   57:2 |
| 116:1,13,24 | 95:10,16 99:8 | **revised**   60:22 | 161:16 |
| 124:5 126:5 | 103:18,23 | **revisit**   271:10 | **ring**   240:16 |
| 127:21 128:10 | 104:2,17 | **rheumatoid** | **risk**   3:17 4:7,10 |
| 128:18 132:8 | 109:15,20,21 | 222:10 | 4:13 39:17 |
| 132:23 133:2,8 | 112:9 113:15 | **right**   12:15 | 42:14 46:20 |
| 138:5 140:8,9 | 122:14,16,21 | 36:22 65:11 | 48:22 63:5,8 |
| 141:2,14 143:3 | 122:23 123:3,5 | 70:9 79:11 | 69:6,16 70:7,14 |
| 145:15 146:22 | 127:24 128:5,7 | 88:11 102:25 | 71:21 72:17 |
| 150:21 151:2 | 131:8,25 | 113:16 117:3 | 73:10,14,15 |
| 157:9 160:21 | 139:21,23 | 121:8 128:9 | 76:5 78:12,23 |
| 170:15 173:7,8 | 140:5 141:18 | 131:18 133:21 | 80:3,11,12,19 |
| 174:9,16 178:1 | 144:17 156:6 | 142:4 154:17 | 81:23,25 82:6,8 |
| 179:23 181:1 | 160:18 178:14 | 158:12,16,21 | 84:7 85:22 |
| 193:1 198:5,10 | 198:1,12 199:4 | 159:16,18 | 86:10,13,18,22 |
| 198:15,16,21 | 208:24 236:1 | 167:19 174:1 | 86:25 92:24 |
| 198:24 199:9 | 237:25 295:20 | 174:15 176:16 | 97:15 101:12 |
| 199:15 200:4 | 295:20 313:6 | 187:2 188:14 | 102:4 146:13 |
| 206:15 214:19 | 315:16,20 | 202:4 203:1 | 146:16 164:24 |
| 220:21 222:9 | 316:2,5,8 | 213:14 219:20 | 165:8,18,25 |
| 224:17,18,20 | **reviewer**   25:4 | 226:20 229:11 | 166:8,22,25 |
| 225:1,15 227:2 | 88:17,23 | 229:24 235:2 | 167:6,10,12 |
| 227:4 232:3,11 | 269:19 | 236:3,9 247:23 | 172:22,25 |
| 236:5,24 | **reviewers** | 251:4 256:14 | 173:1,4,8,10,13 |
| 238:25 245:8 | 24:25 25:2,14 | 258:14 264:9 | 173:16,23 |
| 274:5 279:20 | 94:20 95:9 | 280:1 285:4 | 174:3,6,12,13 |

**[risk - scientifically]**                                    Page 66

174:18,21,24
175:8,9 176:2,3
176:8,19
177:21 178:16
178:17,24
179:3,19 221:2
221:18,22
232:19 233:2,4
233:8 240:4
244:16 249:10
250:21 251:17
251:25 270:15
300:2 305:6
**risks** 71:13
251:15
**rls** 1:5
**role** 76:19
194:7 207:1,10
207:23 208:6
208:18,23
**rolls** 225:4
310:3
**room** 190:10
255:4
**roth** 271:3
**rothman** 19:17
276:3
**roughly** 38:13
**routinely** 27:23
152:25 153:7,9
153:12 221:17
221:20
**rule** 117:23
282:22 284:5
**ruled** 240:23

**rules** 1:24
51:10
**ruling** 126:2
**running** 301:11

**s**

**s** 21:3
**saed** 21:3,19,25
22:12 23:16
24:9 25:23 26:9
55:6 206:6,17
**safety** 117:15
150:19
**saith** 317:17
**sake** 139:12
**salazar** 201:13
**sales** 1:5 149:22
**sample** 117:18
160:24 192:22
248:5
**samples** 117:3
117:10 121:10
121:11
**sandler** 279:9
279:15
**sanitary** 303:7
303:16
**sat** 89:14
**satisfied** 25:14
**savant** 224:15
225:3,11,12,17
226:5
**saving** 312:9
**saw** 41:18
115:8 120:6
131:11,20

171:21 178:6
233:15 236:19
245:6,10,11
278:7 299:15
**saying** 37:2
38:8 75:12
220:9,10
235:15 246:11
261:16,20
264:14 285:4
290:24,25
292:23 293:23
296:5 311:18
311:20
**says** 8:22 14:12
59:25 60:12,21
78:11 84:1,6
85:15,19 88:24
94:25 95:3,10
96:8,12 117:8
119:10 136:16
136:18 152:4
153:7 165:15
165:21 169:14
182:16 185:10
194:4 229:23
230:2,6 240:7
277:10 280:22
281:13 282:18
301:16 310:4
311:25
**scale** 282:1
308:16
**scanned** 122:11
**scented** 143:21

**schedule** 8:20
10:6 96:19
**scheme** 39:12
**schildkraut**
18:24 38:21
39:6 40:4,7
65:1,25 66:7
67:25 114:2
115:7 255:12
255:20 258:9
277:17,23
278:22 290:7
292:9 293:15
304:12 306:18
**science** 79:3
108:6 151:8
156:24 159:17
159:19 164:7
312:8
**sciences** 108:11
**scientific** 17:20
24:4 25:10,16
26:1 46:25 47:8
47:25 70:1
71:11 75:3 81:8
81:11 90:3,13
93:7 98:9 111:3
111:9,23 112:4
158:13 169:21
210:8 214:16
214:18,20
247:14,17
249:4 278:11
284:9 313:19
**scientifically**
74:15 78:23

**[scientifically - seeing]**                                    Page 67

| | | | |
|---|---|---|---|
| 79:1,2,7 185:18 | 99:24 114:4 | 14:9,10,13,24 | 193:13,21 |
| 186:4 211:7,23 | 116:19 124:22 | 15:1 16:18 36:6 | 194:10 196:1,6 |
| 226:25 | 135:13 150:16 | 36:7 52:14,25 | 196:21 197:1 |
| **scientist** 67:15 | 151:19 161:13 | 53:14,23 54:8 | 200:24 201:10 |
| 107:9 108:1 | 179:8 182:14 | 54:19 55:19 | 201:22 204:8 |
| 110:25 120:7 | 182:15 193:17 | 59:12 60:4,11 | 205:1,2 206:8 |
| 125:12,14,21 | 197:1 209:16 | 60:24 61:5 | 209:18,22 |
| 126:22 145:13 | 228:7 242:23 | 76:10 77:21,23 | 210:5 217:6 |
| 208:2,17 | 260:12 266:2 | 78:2,6,9,14 | 218:4 219:9,13 |
| **scientists** 56:21 | 276:2 277:9 | 79:25 80:5,9,11 | 219:14 221:8 |
| 98:18 151:12 | 308:19 | 82:7 83:13,15 | 225:19 226:7 |
| 158:3,8,19 | **section** 50:8 | 84:4,12,18 | 228:4,10,24 |
| 159:2,6,10,16 | 57:12 60:11 | 85:10,12,17 | 229:6,14,16,18 |
| 159:18 | 80:9 92:14 | 86:1 87:1,25 | 229:21 230:1,3 |
| **scope** 164:6 | 93:15 95:10 | 88:2,16 91:9,17 | 230:10 231:19 |
| 214:21 | 99:20 148:15 | 92:7,10,12,14 | 242:17 243:3 |
| **score** 63:5,8 | 148:15 150:8 | 92:19 93:15 | 253:9 254:4 |
| **scott** 2:18 5:9 | 154:12 156:12 | 94:9 95:1,3,9 | 256:4 257:4 |
| 51:2,5 57:21 | 160:20 172:22 | 96:9,14 99:5,17 | 259:16,17 |
| 127:7 267:12 | 180:8 182:15 | 99:20,23 100:1 | 260:16 261:23 |
| 276:17 279:5 | 185:1,3 188:3 | 100:3 104:4 | 264:6 266:6 |
| **screening** 4:8 | 210:15 214:22 | 116:22 120:24 | 270:13 272:10 |
| 69:21 70:21,23 | 220:13 241:1 | 135:9,18 136:7 | 276:9,16,25 |
| 70:25 71:5 | 242:16 297:3 | 136:12 141:9 | 277:13,16 |
| 95:12 226:21 | 308:18 311:10 | 142:7 144:22 | 280:18,21 |
| 227:22 | 312:25 | 145:8,9 147:2 | 281:12,16 |
| **screenings** | **sectional** | 148:1,4 151:2 | 283:11 285:11 |
| 70:19 | 163:24 | 151:21 154:16 | 291:14 296:1,6 |
| **scroll** 100:3 | **sections** 57:19 | 154:20 155:24 | 296:11 306:9 |
| **se** 236:12 | 80:1 90:9 | 156:10,19 | 307:6 308:22 |
| **seal** 319:3 | 138:16,18,21 | 165:14,19 | 310:8 314:3 |
| **search** 220:20 | 147:20 148:3,5 | 166:2,14 | **seeing** 157:19 |
| **second** 12:16 | 148:12 311:10 | 168:15 175:5 | 170:25 195:8 |
| 12:23 47:14 | **see** 8:20,23 9:2 | 179:24 180:21 | 260:3 266:10 |
| 78:2 80:10 | 10:9 11:3,22 | 182:15 183:3 | 285:13 |
| 94:22 96:11 | 12:2,10,12 14:5 | 187:16 192:3 | |

**[seem - showing]**                                                          Page 68

| | | | |
|---|---|---|---|
| **seem** 202:21 | 305:18 | **serous** 27:4,5 | **shb.com** 2:20 |
| 275:4 | **sentence** 85:15 | 28:9,10,14 | **sheds** 44:9 |
| **seems** 57:16 | 116:19 117:4,8 | 176:14 178:6 | **sheer** 157:11 |
| 202:7 275:3 | 117:23 118:18 | 223:9 | **sheet** 12:7,9,17 |
| **seen** 8:15 32:16 | 119:10 126:16 | **serve** 6:24 | 12:23 14:5,7 |
| 39:17 41:12,13 | 136:1,16 145:5 | **served** 88:22 | **sheets** 133:23 |
| 42:25 75:15 | 153:2 154:12 | **serving** 6:18 | **shelf** 152:9 |
| 80:7 87:14,15 | 157:2 165:21 | 61:11 | **shelves** 149:20 |
| 115:24 162:5 | 166:5,15 | **set** 9:24 12:12 | **shift** 180:2 |
| 162:18 174:11 | 167:18 169:11 | 14:23 103:5,7 | **shifted** 64:24 |
| 175:20 176:7 | 187:1 194:1,20 | 105:17,21,22 | **shook** 2:18 |
| 177:1 180:13 | 209:25 217:25 | 105:23 129:3 | **short** 59:2 |
| 180:17,24 | 220:12 226:2 | 139:20 140:5 | 104:4 106:8 |
| 202:9 207:3,6 | 228:1,7 243:5,8 | 172:24 179:10 | 160:4 209:2 |
| 221:1 227:10 | 243:9,16 | 181:17 195:14 | 259:9 302:25 |
| 252:6,9 270:3 | 256:13 258:22 | 198:17 319:2 | 312:13 |
| 309:10 | 266:2,6,14,24 | **sets** 299:13 | **shorthand** 89:2 |
| **select** 163:2,12 | 277:13,15 | **setting** 242:14 | **shorthanding** |
| **selected** 93:19 | 283:25 287:4 | 283:17 | 72:4 |
| 124:6 138:21 | 296:9,18 307:6 | **settings** 194:9 | **shortly** 79:17 |
| 192:25 195:23 | 308:19,22 | **seven** 93:17,18 | **show** 35:4 |
| 206:10 247:15 | 309:1 | 93:20 94:2 | 37:13 39:5 84:6 |
| 299:8,12 | **sentences** | 248:25 253:17 | 84:17 177:20 |
| 300:21 | 145:21 225:7 | 316:12 | 181:24 186:14 |
| **selection** | **separate** 5:24 | **several** 8:25 | 205:12 241:2 |
| 193:10 268:15 | 57:12,19 | 206:12 225:21 | 254:22 255:5 |
| **selective** 301:17 | 103:21 162:23 | 247:25 254:8 | 276:18 278:1 |
| **seminal** 220:15 | 200:12 251:6 | 286:21 313:5 | 288:1 302:13 |
| **send** 24:23,23 | **separately** | 314:16 | 303:7 313:15 |
| **senior** 279:13 | 134:3 | **shakes** 7:17 | **showed** 90:25 |
| 279:14,16 | **september** 7:2 | **share** 105:4 | 117:10 203:2 |
| **sense** 62:15 | 11:21 12:13 | 149:23 | **shower** 143:15 |
| 143:23 211:22 | 61:6 103:1 | **shared** 105:17 | 143:15 |
| 283:20 | **series** 195:15 | 106:15 | **showing** 146:20 |
| **sensitive** | **serious** 24:4 | **sharing** 316:13 | 149:10 183:20 |
| 305:10,15,17 | 244:23 | | 214:3 309:17 |

**[shown - sound]**

Page 69

shown  32:1
  173:14 217:15
  290:7,13
shows  41:4,8
  214:8
sick  294:18
side  109:24
sides  158:10
  227:6
sign  276:15
  279:9
signaling
  216:24
signature  85:17
  285:8 317:13
  318:17,19
  319:6
signed  279:13
  279:16,17
significance
  179:13 246:10
  246:19 247:4
  262:18 263:6
  263:10,13
  313:11 314:21
significant
  36:13 38:15
  84:9 85:2 88:13
  88:15 202:2
  242:5 246:16
  247:13 248:11
  249:11,13,18
  249:20 256:15
  262:4,11,13
  263:7 273:1,16
  273:19,20

274:1 275:19
  275:22 289:18
  290:5 293:16
  302:13 303:8
significantly
  182:7
similar  37:5
  42:4 146:23
  160:23 183:5,8
  203:19 270:11
  270:15 307:12
  307:13 310:5
similarities
  184:22
simple  51:1,3
  263:2 309:2
simplistic
  225:14
simply  64:23
  87:15 144:24
  152:6 231:25
  286:12
singh  19:16,17
single  47:20,21
  118:23 119:3
  206:8 211:11
  211:13 234:13
  234:14 251:16
  254:14 308:10
  308:14,16
singular  221:5
sister  156:8
  171:13 244:23
  245:16,18
  250:4

sisters  250:1,9
sit  17:17 105:8
site  179:4,4
sites  3:21
sitting  40:18
  41:14,16 45:15
  46:24 47:7 76:4
  133:4 137:3,7
  141:24 142:2,4
  208:17 221:9
  303:5
six  195:15,16
sixty  98:4 121:9
size  160:24
  191:24 192:23
  248:5
sjames  2:20
slides  68:20
  216:5
slightly  74:7
small  39:11
  85:23 86:11,18
  86:20,22
smell  143:15,23
  144:5
smelled  143:14
smith  55:12
  295:1,13
smoking  177:3
  178:4
snp  206:8
  248:23
snps  206:6,10
  248:25
society  155:3

sole  143:8,10
somebody
  24:21 151:7
  193:16
somewhat
  42:17 204:16
  265:11
sorry  14:16
  63:1 124:2
  128:13,14
  133:8 201:11
  206:13 207:19
  244:16 257:21
  286:4
sort  36:21
  63:19 69:12
  71:16 86:20
  101:23 140:24
  146:13 151:6
  157:10,24
  163:7 178:1
  191:25 233:15
  263:20 266:25
  274:11 281:25
  298:8 304:22
  304:22 308:16
sorts  57:11
  73:18 97:18
  139:14 205:7
  284:8 314:4,6
  314:10
sound  13:11,14
  78:24 79:1,2,7
  81:8 102:25
  115:10 176:24

**[sounds - state]**                                                      Page 70

| | | | |
|---|---|---|---|
| **sounds**  13:12 | 111:2 140:3 | 196:23 | **standardized** |
| 13:15 182:21 | 178:3 190:17 | **speculum** | 290:9 |
| **source**  87:22 | 225:25 260:11 | 182:22 | **standards** |
| 99:2 143:19 | 280:17 282:21 | **speeches**  68:2 | 129:3 140:25 |
| 229:20,23 | 284:2 285:8 | **spend**  239:2 | **standing** |
| 278:12,21 | 293:9 | **spent**  13:20 | 270:23 273:10 |
| **sourced**  130:3 | **specifically** | 16:11 108:9 | 308:2 |
| 152:24 | 30:14,22 31:1 | 110:7 | **standout** |
| **sources**  84:9 | 37:1 38:8 39:23 | **sperm**  181:21 | 269:14 |
| 85:2 118:9 | 46:1 47:3,10 | 185:22 | **standpoint** |
| 125:21 127:15 | 48:2 54:16 | **split**  103:21 | 85:25 132:1 |
| 129:23 152:18 | 75:21 76:25 | **spoke**  14:19,21 | 219:11 303:22 |
| 152:22 160:21 | 88:24 105:1 | 189:4 212:21 | 311:23 |
| 194:6 195:2 | 112:8 116:13 | **sporadically** | **start**  12:1 22:7 |
| 234:5 | 133:10 144:8 | 117:9 119:11 | 82:1 161:15 |
| **south**  2:11 | 165:22 166:8 | **spreadsheet** | 175:12 263:19 |
| **speak**  67:11 | 206:15 220:25 | 119:17,18,23 | **started**  52:2 |
| 187:11 189:21 | 228:8 232:6 | 124:6,9 127:22 | 103:1 114:18 |
| 190:9 222:7 | 286:2 | 128:6 | 131:3 160:17 |
| 249:12 | **specifications** | **ss**  318:1 | 160:21 298:13 |
| **speaking**  24:21 | 128:21,24 | **staff**  290:11 | **starting**  249:15 |
| 26:19 220:14 | 140:20 141:2 | 292:8,12 | 312:2 |
| 260:17 268:6 | 152:19 229:10 | **stage**  181:18 | **starts**  193:19 |
| **special**  108:22 | 231:3 | **stand**  73:24 | 209:17 229:9 |
| **specialist**  85:20 | **specificity** | 121:7 | 260:14 310:2 |
| **species**  186:19 | 44:18,20 45:3 | **standalone** | 314:6 |
| 186:24,25,25 | 161:8 311:24 | 174:21,24 | **state**  1:20 3:8 |
| 187:9 216:19 | 311:25 312:3 | **standard** | 5:11 6:13 21:19 |
| 217:19 | **specifics**  94:6 | 157:24,25 | 21:21,24 27:22 |
| **specific**  28:17 | **specify**  48:6 | 171:9 177:16 | 32:3 33:15 |
| 34:24 37:15 | 81:5 | 188:16 189:2 | 48:10 70:6 |
| 45:7,8,20 46:10 | **specimen**  198:3 | 189:13,16 | 76:22 77:2 |
| 46:15,19 47:3 | **specimens** | 198:14 268:24 | 82:14 84:14 |
| 47:11 48:3 65:6 | 187:22,24 | 284:17 287:22 | 101:16 108:11 |
| 65:17 66:18,24 | 188:5,17,23 | 292:3 | 120:16 145:19 |
| 84:2,21 93:17 | 189:17 190:3,6 | | 149:6,9 150:16 |

211:14 227:25
230:15,16
234:24 291:24
296:18 318:1,5
**stated**  20:25
26:5 81:22
100:15 101:25
115:2 141:11
184:2 187:1
194:4 233:25
240:3,4 261:6
272:25 273:12
273:23 275:18
277:18 278:17
278:17 280:3
280:12 293:1,2
298:21
**statement**  62:2
80:23 84:25
85:8,15 93:5
96:21 104:3
126:22 137:1
145:9 149:2,11
152:4 153:20
154:13 155:12
155:19,20
167:15 168:24
178:11,15
200:24 202:2
202:22 211:13
217:22 219:24
222:8,21
225:20 226:5,8
231:22 232:2,4
234:14 256:6
256:11 258:17

266:17 268:8
270:3 274:11
275:16 276:11
288:9 289:6
290:4 307:8
**statements**
34:11 68:6
102:5 129:20
156:15 157:3,6
159:14 245:12
252:21 315:3
**states**  1:1 75:22
81:19 115:4
141:6 242:8
252:2 262:23
273:15 274:9
278:9
**stating**  121:9
194:24 218:23
246:1 310:16
**statistical**
178:20 179:12
246:10,19,20
247:3,14
262:18 263:6
263:10,13
**statistically**
242:4 246:16
247:13 248:10
249:11,18,20
256:14 262:1,3
262:11,13
263:7 273:1,15
273:19,20
274:1 275:18
275:21 302:13

303:8
**status**  193:4
**steering**  41:20
42:20
**stenograph**
318:14
**step**  235:1
**steps**  188:19
197:17,19
198:8
**sterile**  182:24
189:18 190:1,6
**stood**  270:21
**stop**  69:1
127:10 160:1
**stored**  197:7
**straight**  247:18
**strategy**  70:8
**stratification**
261:3 264:11
264:21
**stratified**  39:6
**stratify**  30:8
**stratifying**
263:20
**street**  1:22 2:4
2:8,11,14,19
**strength**  28:12
96:23 136:20
163:1,9,16
187:14,14
244:8 307:4,10
307:16,19,23
308:2,5,11,20
309:8,12
311:12,13

**strengths**
162:25 268:20
310:17
**stress**  210:3
**strictly**  301:7
**striking**  275:23
**stringent**
152:18
**strong**  86:7
114:14 202:21
282:5 308:9,12
308:14 309:14
311:13 312:1,3
**stronger**  44:22
104:2 219:11
219:13 282:10
282:12
**strongly**  233:25
311:19
**structure**  57:17
300:24
**structured**
292:7
**struggling**  30:1
**students**  68:15
110:9 162:8
**studied**  31:5
41:12 130:16
169:23 207:8
**studies**  22:6,9
22:15,17,18
23:2,16,20,24
24:5 26:2 34:23
35:3,7,9,16,19
36:13 38:16,24
38:25 39:18

**[studies - stuff]**                                                                      Page 72

42:7,9,18 43:3
50:15,15 57:15
58:5,6,7 64:22
84:6,9,10,15
85:2,6,24 92:3
92:21 97:18
110:13 112:22
112:23 114:11
125:3 146:20
154:14,21
155:21,22
160:16 161:11
162:15,17
163:17,18
164:2,20
165:23 166:4
167:9 168:4,14
168:21 169:8
171:12 172:8
173:20 180:4,9
180:13,17
181:2,10 182:6
185:2 186:8,16
186:17,21,22
187:2,6,15,16
187:19,21
189:21 191:10
196:9,11
197:20 205:18
209:17 214:20
215:10 217:1
217:15,17
219:14 221:1
230:7 231:16
239:1,4 241:19
242:24 244:11

244:12,20,21
244:22 245:13
246:2,11
247:24,24
248:23,23
250:16,16
252:7,11,14,23
252:25 253:3,4
253:6,12 254:2
254:4,5,25
255:24 257:8
257:14,18,23
265:6,15 266:3
268:7,17,21
269:11 276:6
276:13 277:12
278:1,5,13,20
279:2 287:7,21
288:16 289:7
289:15,16,23
290:1,6,16,17
290:23 291:1,4
291:5,17,20
292:6,15 293:2
293:9,24 294:6
294:11,12,14
296:4,14,19
298:11,12
300:11 302:13
302:16,19,21
303:5,13
304:15 305:1
306:16 307:11
307:15 309:11
311:3 313:7,8,8
313:13 317:1,3

317:6
**study**  3:8 4:12
  32:9 33:19
  35:10 37:12
  38:22 43:5
  53:23 59:16
  62:20,22 63:6,9
  64:18,19 65:8
  67:1 73:9 84:16
  90:8 124:23
  142:24 149:23
  156:8 160:22
  160:22,25
  162:3 163:1,2,3
  163:8,10,11,15
  163:23,24
  164:9,10,12,13
  165:15 171:13
  171:13 177:12
  177:15 179:4
  180:24 181:4,5
  181:5 182:3
  183:23 184:2
  184:24 192:2
  192:14,17
  194:11,13,15
  195:7,10,12,17
  195:22,24
  196:1,3,8,12
  198:7 199:5
  200:17 201:4
  201:19 202:13
  203:9,25 204:6
  204:10,14,17
  204:24 205:4,8
  205:12,22

206:9,18 214:2
214:3,8,16,18
215:4 216:13
217:8,13
220:24 221:6
223:15,20
224:2 241:15
244:6,23 245:6
245:8,16,18
248:9,10 250:4
251:16 253:13
254:5 255:12
255:16 257:2
258:7 264:2,22
266:16 267:15
267:16 268:11
268:16 270:19
270:20 272:3
277:24,25
278:4,10
288:14,15
290:8,19 291:2
291:10 293:11
293:11,15
294:19,20
297:1 300:20
301:17,20
304:13 308:13
309:5,5,17
310:10,14,18
310:19,23,23
310:24
**study's**  155:6
**studying**  165:8
**stuff**  123:25

**subgroup**
300:10 301:10
**subgroups**
262:8,12
**subheading**
116:18
**subject**  6:8
172:9
**subjects**  263:22
297:18 299:10
**submitted**
66:10
**subset**  39:11
58:16 119:4
300:21 303:10
**subsetted**
300:15
**subspecialty**
108:23 109:11
**substance**
66:11 250:18
**substances**
116:18 118:1
185:12
**substantial**
10:10
**substantially**
74:9
**substantiating**
142:24
**substantive**
11:8
**subtype**  28:16
35:16 36:18
37:9 38:7

**subtypes**  26:13
26:15 27:3,16
27:20 28:1,4,5
28:6,18,22 29:2
29:12,16 35:2,5
35:9,17 36:10
36:20 37:2 38:3
44:17 48:21
176:16 213:21
**succeed**  76:18
**suffering**
250:23
**sufficient**  35:2
126:8 175:1
197:20 237:5
240:2
**sufficiently**
196:22
**sugars**  177:3
**suggest**  32:20
35:18 69:15
140:2 200:16
210:17 263:4
**suggested**  69:5
114:15 207:19
236:21
**suggesting**
36:12 94:1
183:13 274:18
**suggestion**  37:3
**suggestive**
115:8
**suggests**  32:16
217:2 218:18
221:14 253:20

**suite**  1:22 2:14
2:19
**suited**  268:22
310:24
**sulkoske**  1:19
318:4 319:7
**sum**  119:25
126:21
**summarize**
225:12
**summarized**
257:24 265:20
**summarizing**
57:16,17 145:3
255:24
**summary**  4:16
95:3,10,16
96:21 97:5
144:21 204:2
210:13,14
225:3,6 269:4
286:4
**summer**  7:1
61:19
**sunil**  19:14
**superior**
162:15,21
164:2
**supplemental**
14:2
**support**  41:22
85:7 92:22
116:24 118:11
119:5,12
120:13 126:22
181:18 183:13

184:3 187:3
202:12 226:7
243:19 244:14
245:13,17,18
278:1,19
303:21
**supported**
89:13 117:2,5,7
117:22 127:19
142:8 200:17
225:20 244:6
**supporting**  4:6
157:1 240:4
**supportive**
236:10
**supports**  31:20
32:1 165:16
185:14 194:20
243:22 244:2,4
245:16 246:3
277:11 278:19
311:19
**sure**  11:5 38:2
47:7,13 48:7
50:9 62:9 65:12
76:17 78:5,10
79:17 87:22
88:16 94:12
106:6 107:1
109:10,12
110:25 119:21
122:18 128:14
135:1 136:8
148:17 159:1
169:6 173:11
173:11 178:3

[sure - talc]                                                      Page 74

180:3 193:11
199:7 204:21
206:9 210:12
212:2 215:10
215:21 225:18
225:23 228:22
229:4 232:12
233:20 255:2,3
264:10 267:15
278:25 280:8
285:1 286:10
299:15 309:19
**surface** 187:24
188:24 197:3
**surfaces** 197:5
**surge** 243:1
**surgeries** 69:16
70:7,13
**surprise** 137:9
137:14 143:16
**surprised**
137:13 151:1
**surprising** 56:7
287:6,16
**surrounding**
29:15 175:22
313:24
**survival** 3:7
62:18 64:13,13
65:17
**survivor** 59:16
**survivorship**
65:2
**susan** 72:4
**susceptible**
212:12

**suspension**
182:25 185:24
**sworn** 1:19 5:2
7:14 318:7
**symptoms**
32:18 80:2
**syndrome** 81:3
174:1
**syndromes**
174:3 177:19
**system** 3:25
151:9 180:23
203:4,19 223:7
289:25 314:9
**systematic** 4:18
40:14 41:17
65:16 111:11
111:13,16,20
112:15,21
113:25 116:1
116:13,24
126:5 128:18
133:2,8 138:5
140:9 143:3
145:15 157:10
173:8 214:19
217:13 220:20
224:20 228:6
296:2
**systematically**
116:7
**systemically**
175:25
**systems** 187:10

**t**

**tab** 151:2 155:6
156:14
**table** 241:5,8
257:21 258:2
269:2,4 270:5
287:1
**tabs** 11:12
**take** 5:10 6:11
7:22 15:17
33:18 46:25
47:8 57:24
58:25 61:4
106:4 148:15
202:6 204:18
208:25 259:7
312:11
**taken** 1:21
197:17 198:9
318:9,13
**takes** 176:1
253:7 285:22
**talc** 3:11,16,20
3:22,24 4:4,16
6:12,12,16,19
6:25 15:7,7
19:6,10,20 23:7
26:9 28:3,8,19
28:22 29:1,6,20
29:23 30:10
31:20 32:1,7,25
33:13 34:2,14
34:19,22 35:4
35:12,14 37:10
37:23 38:2,5

39:1,15 40:11
40:16,19 41:5,9
41:23 43:2,5,11
43:14,19,25
44:3 45:1,6,8
45:16,17 46:1,5
46:11,16,20,21
47:2,10,21 48:2
48:6 56:23
58:19,23 59:20
60:1,6 61:17
62:13 63:15
64:10,12,22
65:6,9,20 66:1
66:8,15,17,21
67:8 68:3,7,11
68:16 69:2,7,16
69:22 70:2,14
70:20 71:7,12
71:24 72:1,9
73:3,4 74:2,8
74:17,21,25
75:13,14,24
76:20,25 80:13
80:14,16 81:18
81:19 82:24
83:7,14 84:2,7
84:21 86:13
91:15,19 92:16
92:23 93:17
94:16 95:21
97:14 100:4,6
100:12 101:16
102:7,13
107:15 109:2,6
111:10,12

112:18,21,23
112:25 113:2
113:21 114:23
115:2 116:5,20
116:21 117:11
117:19 118:3,4
118:16,19
120:21 121:11
123:11,15
125:24 129:15
129:19 132:4,7
132:9,15,20
133:13,16,17
133:20,21,22
133:25 134:2,9
134:10,14,16
134:16,17,23
134:24,24
135:6,7,8,12,14
135:15,16,22
135:22,23
136:1,5,11,16
136:17,18,21
136:21,24
137:1,4,10
139:19 144:11
147:10,23,24
148:13 149:3
149:22 150:17
150:20 152:5
152:17 153:7,9
154:3,11 155:7
158:14 170:21
171:7,9,18
172:8 174:20
178:18 179:21

179:23,24
180:5,14,14,19
180:21 181:13
183:9,9 184:7
185:4,15 186:1
186:8,14,18,23
191:12 193:3
194:5,8,17
195:19 200:21
201:1,20 203:2
203:10 204:1
204:25 205:2
206:20 209:10
209:14 211:2,4
211:23 212:20
214:4,10 215:6
217:2,11,16,18
219:2,13,15
226:2,11 228:2
228:2,8 229:4
229:20,23
230:7,18
231:15,22
232:4,6,6,9
233:13 235:9
235:20 237:10
237:21,22,24
238:20 239:14
239:19 240:1
240:23 243:2,6
243:23 249:24
250:19 253:20
256:3,23
274:10 278:4
278:13 279:2
283:23 285:25

287:3 289:16
291:4 292:20
292:24 295:2
298:23 299:1
299:12 303:6
304:18 306:2
308:5 309:3
313:1,21 314:1
314:13,19,23
315:5,7,7,11,24
316:1,2,2,9
317:1
**talcum**  1:5 4:6
4:18 75:5
111:15,24
112:5,14,18
115:20 116:4,9
116:20 118:12
118:18 119:6
119:13 120:1,8
120:21 121:3
122:15 124:17
124:24 125:13
126:11,13,14
126:16 127:17
128:12,17,19
128:22 129:2,9
129:11,23
130:23,24
131:9,14,22
132:2,10
133:10,11
138:4,5 139:9
139:14 140:21
141:5,15 142:1
143:25 147:13

148:19 149:16
149:18 152:25
159:3 174:25
180:18 183:7
199:24 200:9
210:2 212:7
229:17 231:3
232:18 233:1,7
234:20 237:17
238:4 239:7,9
244:17,17
245:4 293:9
300:3 303:15
303:25 304:10
305:14 315:17
315:18,19
316:14
**talk**  30:19 31:8
40:4 51:7 81:4
90:6 104:11
118:18 148:16
162:24 171:10
191:4 196:24
197:3,4 204:4
209:7 210:16
226:19 229:13
241:1 260:18
265:24 284:1
293:21 299:21
308:25 309:2
**talked**  31:2,10
60:20 68:25
69:14,19,24
82:24 83:19
102:7,12 109:1
110:12 125:3

126:25 142:18
161:6 175:1
192:5 218:9
239:22 263:9
271:5 274:19
292:6
**talking**  28:25
29:8 30:2 36:25
37:10 50:9
74:22 125:8
143:9 170:12
175:20 176:7
185:21 191:4
193:23 194:11
200:8,12
237:21 242:23
245:20 246:20
250:18,19
255:6 262:6
264:9 266:1
271:15,17
276:17 301:15
**talks**  118:19
229:17
**taught**  76:22,24
76:25 162:14
162:20,22
**teach**  76:20
161:14 162:13
163:20 293:25
**teaching**  68:14
68:19 77:4,6
**team**  82:16,18
193:9 225:13
**techniques**
290:15

**tell**  5:3 37:14
69:1 74:6
131:18,24
143:22 208:1
215:2,9 240:15
260:6 280:16
308:24 318:7
**telling**  126:19
**ten**  42:25 56:1
56:3 171:20
245:22
**tend**  57:9
163:17
**tended**  135:2
**tens**  253:2
**term**  3:24 33:8
45:22 108:4
115:8 134:16
134:17,23,24
134:24 135:20
136:5 137:3,9
137:15,20
169:21 221:3
**terminology**
134:7 144:16
155:15 166:17
230:19 235:2
235:11,19
246:5,24
247:20 282:12
**terms**  57:2
62:15 88:11
97:17 109:10
114:17 125:7
134:10,22
187:14 206:24

207:4 249:5
273:23 274:14
292:3
**terrible**  175:12
251:2
**terribly**  250:22
**terry**  241:9
269:5
**test**  19:14 119:3
122:2 184:7
196:6 246:21
246:22 247:7
262:7,25 263:1
263:24
**tested**  117:17
117:19 124:24
126:10 144:3
152:5 153:1,8
153:10,12
206:6 250:13
**testified**  5:4
37:20 123:10
304:12
**testify**  290:21
**testimony**  7:14
8:3 18:7 20:19
20:24 28:8
36:24 37:25
39:19 61:13
65:14 100:14
104:22 110:15
115:18 124:22
125:16,19
126:25 127:21
131:16 139:4,7
189:6,19 218:6

218:6 234:6
235:13 254:21
255:4,6 261:19
278:16 318:15
**testing**  107:12
107:14 117:8,9
118:23 119:5
119:10,11,12
119:16,20,24
119:25 120:5
121:14 122:8
122:15 124:1
124:12,12
125:6,9 126:9
127:24 128:1
129:11,13
140:11,15
143:24 149:12
152:10 153:14
154:2 163:23
**tests**  119:3
124:17 132:11
151:20,24
152:2
**texas**  2:19
**textbook**  162:6
**textbooks**
162:19
**tfinken**  2:15
**thank**  11:17
35:24 41:2
51:15 127:14
201:17 279:18
299:17 316:22
317:9,11,13

themself 89:1
theory 43:13
    142:25 185:19
    186:5 210:23
    211:7,18
therapy 27:12
    60:1 253:24
thing 50:10
    67:7 134:19
    135:24 144:12
    144:14 205:7
    218:14 226:10
    248:18 273:9
    292:11
things 16:17
    29:8,11 32:4
    34:18,19,21
    36:25 37:7
    39:12 42:17
    50:11,13 57:11
    58:18 68:20
    73:19 76:18
    79:16 80:18
    90:9,10 94:13
    97:18 104:10
    104:19 133:18
    133:19 138:25
    144:16 157:7
    161:8,24
    169:18 171:1
    171:11 173:10
    173:19 175:24
    179:2,3,18
    183:15 184:19
    199:2 200:13
    200:14 211:15

212:8 216:6,22
248:3 251:3
284:1,8,16
292:2,5,6,24
305:5 312:5
313:19,20
314:5,7,10
think 7:1 11:25
    16:6 19:25 30:3
    36:3,6 38:15
    44:18,25 50:4
    60:18 63:24
    64:2 65:14
    68:19,20 69:11
    69:13 74:15,23
    75:2,17 78:21
    81:7,19 86:24
    90:10 97:24
    100:6 102:17
    102:18 105:22
    116:3 117:7
    118:7 119:25
    122:19 125:14
    126:25 131:7
    131:19 134:9
    134:16 135:25
    144:9 150:16
    151:5 152:15
    157:7,7 158:8
    159:3 164:19
    171:8,9,13
    172:7 177:11
    177:17 180:25
    183:18 184:22
    190:15,18
    196:2 199:16

199:21,23
203:24 205:3
207:21 210:25
213:14 214:12
215:14 216:3
218:9 221:2
223:24 227:2,6
232:2 233:17
236:1,13
243:18,19,21
244:10 245:10
246:2 249:16
250:14 254:11
259:24 264:20
264:24 265:2,2
265:17 271:15
274:5,8,24
275:15,16
278:11 280:9
283:22 289:23
293:16 297:25
300:6 302:19
303:21,22
304:21 305:17
305:18 308:2,5
309:1,14
310:25 316:25
317:4
thinking 249:14
    249:16 251:7
    251:10
third 80:3
    117:13 135:6
    153:2 168:13
    186:6 296:8

thirteen 171:20
    245:22 251:23
thirties 264:17
thirty 38:25
    114:13
thoroughness
94:14
thought 14:22
    63:22 176:12
    176:14 245:11
    260:6 271:18
    285:3
thoughts
    174:17
thousands
    124:11,16
    125:7 151:19
    151:23 152:2
    253:2
three 10:11
    11:18 72:12,20
    114:5 118:8
    181:7 182:16
    182:23 203:3
    244:20 245:14
    245:24 246:2
    266:9 277:25
    279:10 311:6
threshold
    179:11
tick 176:24
tie 105:3
ties 88:13
tilted 182:22
time 9:4 13:20
    13:24 15:6

**[time - tract]**                                                                                      Page 78

16:11,16 17:4
18:3 24:1 25:1
38:23 39:16
59:2 61:7,23
64:4 66:22 77:8
83:19 87:3
94:11 102:24
106:8 113:25
114:11 120:19
124:18 129:24
151:4 155:1
160:4 177:16
177:17 179:10
182:1 183:1
207:3 209:2
225:18 227:24
233:17,21
236:10 239:2
248:21 249:17
257:11,22
259:9,25
264:19 268:16
269:21 271:10
271:11,22
277:22 284:21
287:11 292:11
301:11 302:25
306:24 312:13
317:10 318:10
**timeframe**
124:13 171:11
172:4,5,17
245:3 265:14
286:20
**times** 42:21
123:10 297:23

**timing** 172:12
172:15
**tired** 7:19
**tisi** 2:10 16:9
262:19 271:17
**tissue** 29:13,15
33:20 176:1,4
186:9 187:22
187:25 188:8
188:13,14,15
188:20 189:17
189:23 190:3,4
190:13,24
191:12 193:12
193:19,23
196:23 197:21
199:12,18
214:3,5,9 216:4
216:5,11
217:10,16
314:5
**tissues** 3:23
175:22 313:22
313:23
**title** 92:11
313:14
**titled** 77:21
83:3,12,13 87:9
99:17 147:22
147:24 241:4
**today** 5:10 6:11
7:16,25 8:3 9:5
10:6 13:22,25
16:5 17:18 38:2
40:4,18,23
41:14,16 44:3

44:24 45:15,21
45:25 46:5,24
47:7 54:15
63:11 65:14
76:4 105:4,8
106:15,20
110:12 133:4
137:3,7,22
141:24 208:17
221:9 229:10
238:2 253:5
255:4 256:6,12
257:6 258:18
259:1 263:10
267:7 282:7
303:5 311:2
314:22 316:11
316:17
**today's** 16:12
**together** 38:12
42:6 79:5,13
81:7,13 82:23
160:16 178:22
265:20 307:5
307:20
**told** 46:19
60:18 238:2
**took** 63:8
309:19
**top** 11:24 12:4
14:5 94:25
142:4 165:14
182:4 228:21
239:3 281:12
296:12 306:5
309:25

**topic** 62:5 72:1
95:21 110:20
110:22 111:2,4
125:13 128:16
140:2 164:12
164:14 187:17
305:15
**topics** 62:4,8
159:21 175:1
177:8
**total** 93:16
119:25 126:21
177:3
**totaling** 13:13
**totality** 251:20
254:11
**totally** 32:6
250:24
**touched** 103:4
**toward** 103:13
**towards** 107:3
116:4 129:21
293:23
**toxic** 118:1
**toxicologist**
107:24
**toxicology**
108:12 205:10
**trabert** 277:19
277:22
**trace** 142:25
231:11
**tracers** 181:6
**track** 214:25
**tract** 3:19 43:15
44:16 180:7,15

**[tract - type]**                                                   Page 79

| | | | |
|---|---|---|---|
| 181:13,21 | **trend** 57:22 | 180:20 181:24 | 251:18,24 |
| 183:10,14,16 | **trends** 242:19 | 185:11 186:12 | 291:25 |
| 183:17 184:5,6 | **trial** 104:16 | 196:6,18 | **twice** 99:8 |
| 185:5,13,15 | 213:7 | 202:11 203:25 | **two** 12:18 29:8 |
| 186:2 215:6 | **trials** 23:7 | 204:5 211:20 | 29:11 32:4 |
| 217:10 219:12 | 164:5 | 211:22 213:4 | 34:18,19,21 |
| 224:4 254:19 | **tried** 63:8 | 227:3,7 251:5 | 36:25 37:6 44:6 |
| 254:20 273:21 | 160:23 | 251:13 264:2 | 44:6 84:14 |
| 313:17,18,23 | **triplicate** | 272:9 279:24 | 88:19 89:23 |
| **tracts** 244:4 | 200:14 | 283:22 286:15 | 90:5,10 102:11 |
| **tracy** 2:13 | **trish** 18:11 | 288:10,17 | 113:13 118:8 |
| **trained** 110:6 | **trisha** 18:11 | 313:15 314:11 | 133:18,19 |
| 291:25 292:12 | 20:1 | **tubal** 82:12 | 134:10,22 |
| **trainees** 76:17 | **true** 83:18 | 223:17,21 | 135:11 143:18 |
| **training** 76:13 | 105:19,20 | 224:9,13 | 147:20 148:12 |
| 110:8 151:8 | 108:15 256:6 | 261:12 264:17 | 159:24 161:9 |
| 290:10 292:8 | 257:6 283:9 | **tube** 3:13 | 162:24 178:21 |
| **transfer** 200:21 | 297:25 318:15 | **tubes** 176:2,8,9 | 184:8 211:15 |
| **transitions** | **trust** 25:7 | 176:17 185:23 | 225:7 226:10 |
| 87:25 | **trusted** 90:18 | 223:22 299:24 | 228:25 233:16 |
| **translocation** | 246:23 247:1 | 313:24 | 241:11,15 |
| 186:18,22 | **truth** 3:11 5:3,3 | **tumor** 190:4 | 257:14 261:23 |
| **transmitted** | 5:4 83:13 318:7 | **tumors** 26:23 | 261:24 262:7 |
| 183:15 | **truthful** 149:25 | **turn** 8:18 49:10 | 262:12 263:17 |
| **transparency** | 150:4 | 53:22 55:16 | 264:2 279:3,5,6 |
| 156:18 | **try** 29:3 47:16 | 60:9 85:9 | 279:15 283:14 |
| **transport** 3:19 | 47:23 105:13 | 116:16 193:17 | 283:15 292:1 |
| 201:1 | 196:25 214:6 | 201:9 228:16 | 297:23 298:13 |
| **travis** 2:19 | 214:25 267:14 | 260:11 | 301:14 306:15 |
| **treat** 78:3 | 268:7 281:25 | **turned** 271:16 | 307:4 |
| **treated** 3:9 | 289:24 311:6 | **twelve** 72:21 | **twos** 299:22 |
| 77:22 | 314:8 | 180:22 251:17 | **type** 5:19 7:13 |
| **treatment** | **trying** 50:23 | **twenty** 13:22 | 7:14 25:20 32:5 |
| 27:18 48:22 | 69:11 73:17 | 77:9 110:7 | 32:6,22 40:19 |
| 78:6,13 101:3,3 | 92:5 134:6 | 176:21 179:23 | 132:3 136:16 |
| 101:24 | 155:12 161:6,7 | 180:22 249:15 | 136:20 164:10 |

**[type - unpublished]**                                                   Page 80

| | | | |
|---|---|---|---|
| 168:14 169:9 | **unaccounted** | **underpowered** | 225:8 227:5 |
| 180:24 200:15 | 179:7 | 265:8,18 268:1 | 237:12 312:6 |
| 204:24 215:16 | **unassessed** | 268:12 | **understood** |
| 215:17 220:21 | 194:25 | **underreporting** | 10:23 21:11 |
| 222:16 227:2 | **unavailable** | 293:19 | 69:14 83:23 |
| 315:7 | 155:5 | **underreprese...** | 89:10 106:2 |
| **types** 27:12 | **unaware** 48:5 | 166:1 | 113:14 137:19 |
| 29:7 32:10 | 70:15 100:16 | **understand** | 147:1 173:21 |
| 33:21 35:25 | 123:5 128:24 | 6:11 7:22,25 | 306:15 |
| 40:12 85:5 | 130:4,8 141:8 | 8:5 9:1,8 18:2 | **undertake** |
| 107:17 120:5 | 144:3 | 21:19 22:12,19 | 28:17 |
| 124:24 184:4 | **unclear** 93:19 | 22:20,21 39:25 | **undertaken** |
| 187:10 198:2 | 94:20 | 52:17 54:11 | 111:6 291:16 |
| 206:12 227:15 | **uncontrolled** | 55:21 67:15,19 | **underwent** |
| 268:21 294:11 | 219:17 | 87:17,21 93:2 | 202:10 |
| 294:20 | **under** 7:25 | 93:22 95:20 | **unexposed** |
| **typewriting** | 27:21 43:19 | 98:2,5 105:19 | 264:13,23 |
| 318:14 | 51:9 56:1,3 | 105:20,21 | **unfavorable** |
| | 60:11 78:6 80:9 | 113:11 118:22 | 203:4,17 204:4 |
| **u** | 95:9 116:18 | 129:14 144:20 | **unfortunately** |
| | 118:1 122:13 | 151:10,13 | 171:8 |
| **u.s.** 75:18 152:7 | 146:24 151:2 | 157:15,17 | **uniform** 293:1 |
| 242:4 | 156:14 182:14 | 175:16 215:2 | **unique** 204:25 |
| **ubiquitous** | 184:10 228:6 | 215:21 222:23 | **united** 1:1 |
| 130:21 | 231:11 318:14 | 232:25 233:6 | 75:22 81:19 |
| **uh** 14:14 | **underlined** | 237:9 239:21 | 141:6 |
| 209:23 231:14 | 272:21 273:13 | 240:21 243:15 | **univariate** |
| 265:22 270:7 | **underlying** | 282:6 306:16 | 179:8 |
| 295:25 | 113:4 280:23 | **understanding** | **universities** |
| **ultimate** 251:11 | 281:14 288:24 | 27:25 47:15 | 154:5 |
| 268:19 | 314:15 | 102:22 104:15 | **university** 5:14 |
| **ultimately** | **underneath** | 104:23 119:2 | 76:22 |
| 134:13 181:23 | 220:11 | 119:23 122:6 | **unknown** 25:2 |
| 212:11 | **underpinnings** | 124:3 134:21 | 98:24 |
| **umbrella** 27:21 | 307:12 312:7 | 184:16,17 | **unpublished** |
| 173:7 221:3 | | 191:19 198:23 | 161:21,24 |

**unreliable**
  123:19
**unsure** 70:21
**unusual** 25:4
  274:13
**update** 117:16
**updated** 94:13
  95:4,11 117:15
  231:10 245:20
**updates** 94:25
  95:10 96:9
**upfront** 268:7
**usage** 69:7,22
  71:7,12,24 72:9
  74:3,18 75:24
  84:7 170:22
  171:7,9 210:7
  245:4,22
  303:11
**use** 3:17 4:6,9
  4:11,13,17 9:15
  15:7 28:3,8
  30:13 33:8
  35:14 39:15
  40:11 41:5,10
  41:23 42:9,24
  46:22 47:1,10
  57:3 60:1 69:20
  74:8,21,25
  80:25 117:16
  118:7 133:11
  133:11 134:6
  134:23 144:15
  164:24 165:16
  165:24 166:17
  170:7 174:24

178:22 180:18
184:11,18
185:11,17
193:3 195:18
195:19 196:12
199:24 211:20
212:1,20 214:4
214:10 215:7
230:20 235:18
235:20 237:10
237:17 239:6,9
239:14,19
241:24 242:5
242:20 243:23
244:16 248:3
253:13 255:17
256:3,23 271:8
273:1,16
274:10 275:19
281:15 282:12
287:3 289:6
295:24 296:4,9
296:23 297:9
297:18 298:23
299:1,12
300:14 303:23
304:3,4,10,18
306:2,17
307:13 315:11
315:11 316:14
**used** 46:19 47:9
47:19,19 68:14
71:17,21 94:19
131:19 135:9
137:4,20
144:14 147:15

155:15 166:18
167:18 171:22
184:7 188:17
194:5 195:6,11
195:21,23
198:7 205:25
206:17,23
207:4,6 208:9
211:18 217:11
230:7 231:15
234:11 237:5
240:1 247:16
297:17 298:23
299:3 300:3,9
**useful** 25:21
**users** 32:2
69:17 70:14,20
194:16,16
300:4,5 304:6
**uses** 36:11
206:19,25
235:19 240:13
**using** 36:21
37:12 42:13
69:1 73:9 113:2
120:23 132:2
171:18 185:24
187:6 199:7
243:7 252:14
264:15 277:23
287:17 290:15
300:6 304:7
**usp** 129:3,6,8
229:9
**usually** 42:21
114:5 133:22

172:3 178:22
179:17 247:7
269:22
**uterine** 184:20
**uterus** 184:20
**utility** 73:17

**v**

**v** 2:10
**vacuum** 190:7
**vagina** 181:22
  182:4,23
**vaginally** 203:3
**vague** 140:23
  267:12
**valid** 73:23
  74:15 75:20
**validated** 71:18
**validity** 24:5
**value** 167:5,8
  179:12 247:6
  247:12,18,22
  248:6,11
  249:21 263:2,5
**variables**
  289:11
**variance**
  173:23
**variant** 249:10
**variation** 35:11
  266:18
**varies** 168:25
  169:15
**various** 27:12
  107:17 117:10
  120:17,18

[various - whi]                                                                    Page 82

156:15 161:4
175:14,17
184:4 199:24
248:2 265:24
295:24 296:5
296:10,23
307:15 309:11
313:22
**varying** 28:12
35:4,5,31
**vast** 252:24
**verbally** 7:17
**verifiable** 170:3
**verify** 170:18
318:19
**vermiculite**
118:4,16
**version** 3:14
63:21 98:10,11
98:15
**versus** 57:15
98:8,9 163:20
163:23 187:10
187:11 202:23
204:23 216:11
247:1 249:19
251:11 261:1
263:3 264:4
268:7 298:1
299:25 305:4
**vetted** 90:8
**vetting** 25:6
**viewed** 142:15
162:15
**views** 158:13
159:17,19

**violated** 157:24
**visible** 215:19
215:23 216:1,3
**visited** 130:4
**vitro** 25:23
110:12,17
**voice** 158:21

**w**

**wait** 115:15
217:23
**walks** 231:2
**want** 33:8
42:23 57:22
106:3 124:21
148:16 158:17
158:18 166:24
167:23,24
171:1 194:1
198:21 212:1
214:22 215:10
228:16 250:8
260:11,21
267:14 277:16
279:4
**wanted** 21:1
51:13
**wanting** 91:14
**warning** 117:16
**washed** 197:5
**washington** 2:5
**water** 197:6
**way** 25:6 34:1
41:15 56:10,22
57:16 65:3 66:8
67:2 74:15

94:10 131:2
157:10 170:12
170:17 171:6
179:8 181:21
183:5,8 186:12
190:22 191:7
200:11 202:4
206:18 252:18
263:20 286:1
291:8 296:25
300:19
**wayne** 21:19,21
21:24 76:22
77:2 82:14
108:11
**ways** 178:21
197:4 233:16
288:11,17
290:2 295:24
296:5,10,24
310:6
**wcrf** 99:17
100:6
**wcrfi** 3:15
**weak** 200:22
201:2 281:15
281:19,21
282:1,4
**weakness**
192:21
**weaknesses**
192:18 268:20
**web** 156:11
**webpage** 77:11
**website** 77:15
87:13,21 148:6

149:4 150:1,18
150:25 152:11
152:13 153:15
154:12,13,20
154:25 155:7
**websites** 150:7
150:12
**week** 297:23
**weeks** 20:16
95:7
**weight** 33:14
177:5 280:4,8,9
309:16 310:5
311:13,14
**weiss** 2:13
**welch** 53:18
**wendi** 1:19
318:4 319:7
**went** 94:4
160:19,19
171:19 198:10
198:12 199:9
234:3 235:8
245:21 258:7
292:11 296:22
298:13
**wentzensen**
45:12 279:9,14
279:20 280:11
**whatsoever**
274:18 308:20
309:8
**wheel** 212:22
**whereof** 319:2
**whi** 255:7 256:2
256:22 257:15

**[whi - wu]**                                                      Page 83

258:3,15,24
266:16
**white**  42:15
63:7 72:15
270:14
**wide**  198:20
305:5
**widely**  33:7
**wider**  44:12
**widespread**
194:8
**wildly**  76:3
**window**  172:17
**winer**  82:20,21
83:19 84:1,14
85:11 86:14
**winer's**  84:20
85:1 86:3,9
**withdraw**
113:18 302:17
**witness**  1:18
5:2 51:10 319:2
**witnesses**  139:5
**woman**  85:23
86:10 163:6
183:6 184:21
206:19,25
217:11 253:15
253:24
**women**  3:8,18
30:8,11 32:18
39:12,15 42:15
62:21 63:7 70:8
72:15,15,16
73:14 74:24
86:15 113:2

164:25 165:25
171:18,21
172:3,16
177:13 180:21
182:16 186:10
200:22 201:2
202:5,10,13
203:22 204:7
242:3 250:20
253:21 254:1
261:3,4,11
264:12,15
270:14 273:21
293:15 299:23
303:10 304:3,7
305:13
**women's**  84:16
163:4 253:13
256:1 258:6
297:25
**wondering**
74:10 280:19
**woolen**  55:8
96:1,3 97:25
288:15 293:3
294:21 300:24
301:25 312:18
**word**  30:1,13
120:22,23
131:19 167:17
185:16 201:13
209:24 210:7
212:1 230:20
313:19
**words**  211:20
256:24

**work**  5:20,25
6:3,9 7:6 8:7
9:15 10:25
11:20 12:13,20
12:24 13:3,10
13:16 15:17
16:1 18:10
21:12 22:4 23:3
23:6 25:7,20,23
52:2 61:5,20
63:15 65:19
66:14,16,20
102:10 110:17
114:18 115:4,4
122:13 183:19
188:12 193:16
202:8 205:5
210:19 217:1
223:13 248:24
272:4 282:7
286:22 309:19
**worked**  21:16
**working**  9:14
13:21 14:18
19:5,10 56:24
64:4 67:8,15
189:25 315:20
**works**  208:2
**world**  42:7,23
48:1 90:4 99:6
99:10 150:23
198:20 284:6
286:8 292:20
**worldwide**
75:19,19

**worries**  14:17
266:9 276:22
**worry**  192:22
**worst**  163:21
**worth**  56:22
93:20 236:4
**wound**  226:3
226:15
**wow**  157:8
**wrap**  71:2
105:13 134:23
**wrapping**
159:20
**write**  65:22
148:3 256:13
282:7
**writing**  161:15
161:23 172:2
243:14 258:9
278:23
**written**  52:4,5
55:22 56:3,14
167:15 189:24
214:11 259:15
283:8
**wrong**  79:8,12
88:6,11 100:6
245:11 294:7
**wrote**  63:10
148:7 167:7
215:8 258:23
272:15 274:5
**wu**  72:11 73:21

**[x - zoom]**                                                        Page 84

| x |
|---|
| **x**   143:17 282:1 |
| **y** |
| **y**   282:1,2 |
| **yeah**   29:3 93:18 |
| 98:14 101:10 |
| 131:17 143:19 |
| 150:14 173:6 |
| 180:11 211:11 |
| 211:20 216:14 |
| 217:13 223:24 |
| 225:22 228:11 |
| 236:17 247:10 |
| 251:10 254:14 |
| 258:6 278:17 |
| 280:8 298:21 |
| **year**   6:20 42:21 |
| 62:1 72:8,25 |
| 74:2,17 75:4 |
| 81:19 114:19 |
| 236:5 270:2 |
| 274:5 |
| **years**   43:1 |
| 44:22 58:22 |
| 74:6,10 77:9 |
| 108:9 110:7 |
| 236:4 249:15 |
| 253:7 256:10 |
| 264:16 278:6 |
| 291:25 |
| **z** |
| **z**   282:2 |
| **zoom**   2:4,13 |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.