# EXHIBIT 3

```
                                                  Page 1

 1                    SUPERIOR COURT OF NEW JERSEY
                      LAW DIVISION - MIDDLESEX COUNTY
 2                    DOCKET NO. MID-L-003809-18AS

 3

 4
     KAYME A. CLARK and               )
 5   DUSTIN W. CLARK,                 )    104 HEARING
                                      )
 6              Plaintiffs,           )    TRANSCRIPT OF
                                      )     PROCEEDINGS
 7         v.                         )
                                      )     (VOLUME I)
 8                                    )
     JOHNSON & JOHNSON, et al.,       )
 9   et al.,                          )
                                      )
10              Defendants.           )
     ------------------------------

11
12              Place: Middlesex County Courthouse
                       56 Paterson Street
13                     New Brunswick, New Jersey  08903
14
                Date:  May 29, 2024
15                     9:02 a.m.
16
17   B E F O R E:
18        HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21              ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
22              290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
23              (718) 983-1234
                E-mail:  p1steno@veritext.com
24
25
```

Page 2

1  A P P E A R A N C E S :
2  DEAN OMAR BRANHAM SHIRLEY LLP
     BY:  BENJAMIN BRALY, ESQ.
3  302 North Market Street
     Suite 300
4  Dallas, Texas 75202
     Attorneys for Plaintiffs
5
6
7
8  KING & SPALDING
     BY:  MORTON D. DUBIN II, ESQ.
9     KEVIN HYNES, ESQ.
     1185 Avenue of the Americas
10  34th Floor
     New York, New York  10036
11  -AND-
     McCARTER & ENGLISH
12  BY:  JOHN C. GARDE, ESQ.
     Four Gateway Center
13  100 Mulberry Street
     Newark, New Jersey  07102
14  Attorneys for Defendant,
     Johnson & Johnson
15
16
     ALSO PRESENT:  DERELL WILSON, ESQ.
17       EARLY, LUCARELLI,
           SWEENEY & MEISENKOTHEN
18
19
20
21
22
23
24
25

Page 3

1               INDEX
2
3  WITNESS            DIRECT   CROSS
4
5  WILLIAM EDWARD LONGO
6
7  EXAMINATION BY:
8     MR. DUBIN        9
9     MR. BRALY              174
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1               E X H I B I T S
2  NUMBER      DESCRIPTION        ID
3  D-1  Chart summarizing PLM results  28
4  D-2  ISO standards          45
5  D-3  USP document          57
6  D-4  9/16/2020 Chrysotile slide
7       images          59
8  D-5  Determination of Refractive
9       Indices of Asbestos Minerals
10      By Dispersion Staining:
11      How and Why, Dr. Su      65
12  D-6  Excerpt from product
13      number M70484        69
14  D-7  Dr. Sanchez' lab slide      72
15  D-8  Valadez analysis
16      MAS project M71614      80
17  D-9  Dr. Su's Affidavit      82
18  D-10  Dr. Longo's Declaration      90
19  D-11  Rapidly and Accurately
20      Determining Refractive Indices
21      Of Asbestos Fibers by Using
22      Dispersion Staining Method,
23      Dr. Su            148
24  D-12  EPA R-93 test method    152
25  D-13  MAS report          161

Page 5

1               E X H I B I T S
2  NUMBER      DESCRIPTION        ID
3  (P-1 - P-6 not marked)
4  P-7  Dr. Longo's Prudencio
5       Declaration          238
6  (P-8 not marked)
7  P-9  Hope Klayman sample
8       March 11, 2022        219
9  P-10  Supplemental expert report  206
10  P-11  Talc powder analysis of
11      J&J Baby Powder      225
12  (P-12 - P-15 not marked)
13  P-16  PLM Analysis        233
14  P-17  1993 EPA R-93        241
15  P-18  1973 Colorado School of
16      Mines document      184
17  (P-19 - P-21 not marked)
18  P-22  2003 Dr. Su chart      202
19  P-23  2022 Dr. Su paper      204
20  (P-24 - P-27 not marked)
21  P-28  Birefringence calculation of
22      SG-210 Calidria      247
23  P-29  1974 McCrone publication  200
24
25

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 38

1    Q.    And when we talk about concentration,
2 if we go back to slide 5 for a second, concentration
3 is a sample method, it's not a microscope, right;
4 sample preparation method, apologies?
5    A.    Yes.  It's a sample preparation
6 method for either TEM, PLM, SEM, whatever you'd like
7 to use.
8    Q.    Right.  So, you can take the results
9 of what you get from the concentration and you can
10 use it with a variety of different microscopes,
11 right?
12    A.    Correct.
13    Q.    And so, the concentration method,
14 when you developed the concentration method for
15 amphiboles or when you had it adequately tested in
16 your lab, you chose to take what you got from that
17 concentration sample prep and look at it with TEM,
18 right?
19    A.    And PLM, both.
20    Q.    Eventually PLM, first TEM, right?
21    A.    First TEM, then PLM for the MDL
22 samples also.  We were comparing.
23    Q.    But when you got your chrysotile
24 concentration method worked out in this red period,
25 you did not take that and look at it under TEM for

Page 39

1 Johnson & Johnson, right?
2    A.    Again, I apologize.  It's a little
3 misleading.  You've got it going all the way to
4 2023.  We have just come up, working in concert with
5 another laboratory, with the heavy liquid density,
6 the amount of spin time, what we've been waiting
7 for, to do this.
8         Secondly, there is no requirement
9 anywhere that once it's positive by PLM, that you
10 have to do TEM to verify it.  Not EPA, not OSHA, not
11 NIOSH, nobody, and even FDA has come out and said if
12 it's positive by PLM, you can stop.
13    Q.    Okay.  We're going to talk about all
14 that but I asked you a fairly simple question,
15 right?
16         When you -- before when you were
17 looking for amphiboles, you took the concentration
18 and then you looked it under TEM for Johnson &
19 Johnson, you took the concentration, you only looked
20 at it by PLM, right to today?
21    A.    It's misleading how you're saying
22 that.
23         MR. DUBIN:  I'm sorry, Your Honor.
24 Can I please have the witness directed to answer my
25 question.

Page 40

1         THE COURT:  If the witness is saying
2 that it's misleading --
3         MR. DUBIN:  Okay.  Go ahead.
4         THE COURT:  -- then I'm going to let
5 him explain.
6 BY MR. DUBIN:
7    Q.    You can explain how it's misleading.
8    A.    Well, you have to understand --
9         THE COURT:  I'm sorry.
10         MR. DUBIN:  I apologize.
11    A.    -- what was in the literature, say,
12 Blount, amphiboles; what was, you know, New York,
13 heavy liquid density, amphiboles.  It was all worked
14 out.
15         When we hit the chrysotile, looked at
16 the chrysotile, the overwhelming feeling was can't
17 do it.  Even in the ISO 22262-1, it said it's
18 theoretically possible but not practical.  So, there
19 was a lot of research work that had to be done and
20 we wouldn't even have tried if we didn't come across
21 Johnson & Johnson's heavy liquid density from the
22 Colorado School of Mines.  That took a lot of
23 tweaking, so to speak.  So, the amphiboles was
24 there.  You had the Blount method already published,
25 et cetera, so it's either use, you know, 2.81 that

Page 41

1 Blount says, or the 2.65 that the ISO 22262-2 said,
2 one.  With chrysotile there was no such protocol,
3 except for Colorado School of Mines couple-page
4 protocol.
5    Q.    Okay.  Very simple question:  When
6 you had PLM, you got the concentration you looked
7 under TEM -- sorry.
8         When you were looking for amphiboles
9 you had concentration, you looked at it under TEM.
10 When you're switching to chrysotile, now you are
11 taking the concentration and only looking at it
12 under PLM for J&J, is that true or false?  I mean --
13    A.    It's both yes and no.
14    Q.    So, you do look -- so, you do, did
15 use TEM for Johnson & Johnson?
16    A.    No.  I think I already stated that we
17 have not done Johnson & Johnson.  What we have done
18 so far is Avon products.  And one of them happened
19 to be sourced from Vermont.
20    Q.    And so let's then talk a little bit
21 about the impact of the choice to use PLM verse TEM.
22 Okay?  And I want to talk a little bit about those
23 different methods.  So, if we can go to slide 11.
24         So talk a little bit about mineral
25 identification.  We're going to get into PLM a lot,

11 (Pages 38 - 41)

Page 42

1 but let's first do TEM because it's fairly quick.
2        So if we then go to slide 12, these
3 are -- the things below are not chrysotile, they're
4 amphibole. But within of the things that TEM can do
5 is if you find a particle and you want to know is it
6 talc, is it chrysotile, it can provide you detailed
7 information on chemistry and on crystal structure to
8 identify the proper mineral, correct?
9    A.    Correct.
10    Q.    Okay. In fact, you have said if you
11 use a TEM, if you choose to use a TEM, it is fairly
12 simple to tell whether or not you are, in fact,
13 looking at chrysotile as opposed to talc, right?
14    A.    Correct.
15    Q.    Okay. And now let's talk about PLM
16 and the additional dimension that adds and how it
17 can then be manipulated as we'll eventually say by
18 an analyst.
19        Before I get there, though, I want to
20 just talk a little bit about your PLM
21 qualifications. Okay? And so, slide 13.
22        Fair to say that as of 2019, which is
23 right before you started to issue reports claiming
24 to find chrysotile in Johnson & Johnson, you said
25 that you personally do not do PLM analysis?

Page 43

1    A.    That's correct.
2    Q.    And, in fact, you said that as of
3 2019 you had never analyzed a sample of talc for the
4 presence of asbestos from start to finish using PLM,
5 correct?
6    A.    Correct.
7    Q.    And at least as of 2023, when we last
8 asked you, you said you had never taken any classes
9 in the type of PLM analysis we're going to be
10 talking about which is referred to as PLM dispersion
11 staining, not a single class, right?
12    A.    No, sir.
13    Q.    So, it's correct you didn't take a
14 class, right?
15    A.    Never taken a class in PLM analysis
16 to understand how to identify asbestos in
17 asbestos-added products.
18    Q.    You are a self-taught PLM
19 analysis -- analyst, right?
20    A.    Yes, sir. I don't want to sound, you
21 know, braggadocios, but I have a Ph.D. in material
22 science and engineering where you know everything
23 about every type of microscope, et cetera, and
24 typically Ph.D. levels don't take basic PLM classes.
25 I know the science really well on PLM. I could

Page 44

1 analyze those samples but it would take me all day
2 so I don't do it.
3    Q.    Okay. We'll talk more about that a
4 little bit later but...
5        And if we look at the reports in
6 which MAS has claimed to find chrysotile in
7 Johnson & Johnson, you can see the names of the
8 people who actually did the analysis, right?
9    A.    Correct.
10    Q.    And you are never listed as the
11 analyst?
12    A.    Well, the only people that is listed
13 as the analyst is the person that goes from start to
14 finish. When I sit down or there's a structure that
15 there's some debate on it and I sit down and look at
16 it and go through it, I don't put my name down for
17 one structure. That's not fair.
18    Q.    Okay. But, again, the analyst would
19 typically be somebody like a Paul Hess, right?
20    A.    Correct.
21    Q.    Okay. But you, I think you just said
22 you feel comfortable answering questions today about
23 PLM dispersion analysis and how it's done at MAS,
24 right?
25    A.    Yes, sir.

Page 45

1    Q.    Great.
2        So, let's just start talking about
3 the differences. We've already said it's a fairly
4 simple matter to identify chrysotile with TEM. I
5 want to talk a little bit about how to identify
6 minerals using PLM dispersion staining. First,
7 we're just going to walk through a bit of the
8 process before eventually we're going to start
9 looking at your images in light of what we have
10 discussed. Okay?
11        And so, if we just remind ourselves
12 first, slide 1 'cause we're going to be talking
13 about one of these topics and I think you agreed
14 with it. 3, PLM analysis starts with the analyst
15 picking the right color and I think you agreed with
16 that, right?
17    A.    I agree.
18    Q.    So, I want to start to explain how
19 this works, anybody who's sort of following along
20 from the gallery don't worry, we're going to be
21 going back in each concept multiple times. All
22 right. And we can start out a little bit looking at
23 slide 15 as an example. And I think we were going
24 to introduce as, I guess it's Defense 2, just a copy
25 of the ISO standards that will be D-2, from which

12 (Pages 42 - 45)

Page 46

1 some of this will be drawn. Thank you.
2          MR. DUBIN: Would Your Honor -- do
3 you want a copy?
4          THE COURT: No, I don't need one, but
5 thank you.
6          MR. DUBIN: No problem.
7          THE COURT: Is D-2 a combination of
8 standards or one standard?
9          MR. DUBIN: It should be one
10 standard, Your Honor.
11 BY MR. DUBIN:
12      Q.    So, we're going to be talking a good
13 bit about what colors you should see under a
14 microscope for chrysotile, what colors you're
15 calling things. I don't want to get there yet. I
16 just want to talk about the process. Okay?
17          And so, what we're looking at here is
18 an image in parallel, and we'll talk about why
19 that's significant, of ISO reference chrysotile in
20 1.550 oil, right?
21      A.    The 1866b NIST standard from Black
22 Lake, Canada, Johns-Manville's source, yes.
23      Q.    And so, again, just to talk about the
24 process, and we'll talk more about this later, when
25 you do this type of analysis, you have to select a

Page 47

1 refractive index oil, right?
2      A.    Yes.
3      Q.    And the colors of particles can be
4 slightly different depending on which refractive
5 index oil you use, right?
6      A.    That is correct.
7      Q.    So, we're going to be talking a lot
8 about two different periods of your work but right
9 now the refractive index oil that we're going to be
10 focusing on is 1.550 and that's the oil that's used
11 for this reference image, right?
12      A.    Yes.
13      Q.    Okay. And so, if we look at the
14 steps that happen, let's assume I'm an analyst and
15 I'm looking down the microscope and I see this
16 structure, let me first ask you: What would you
17 say, and we'll explain what this means, what the
18 refractive index of this particle is based on
19 looking at it?
20      A.    I would say the majority of what
21 we're looking at is in the 1.556 1.557 range and
22 people always call it magenta.
23      Q.    Okay.
24      A.    For a big bundle of chrysotile like
25 this, that's not surprising.

Page 48

1      Q.    Okay. But if we go to the next
2 step, just so you understand the process, slide
3 17 -- sorry, actually, it's slide 16 first.
4          So what the analyst will do is they
5 will observe the particle under the microscope in
6 the refractive index oil and they will determine
7 what color they say they are seeing, right?
8      A.    Correct.
9      Q.    And then the next step on a very
10 basic level, if we go to slide 17, is that that
11 particular color will be associated with a
12 wavelength of light, right?
13      A.    Yes.
14      Q.    And so, here if we take that sort of
15 magenta-y color, that would be approximately 540
16 nanometers if you're converting it into a wavelength
17 of light, right?
18      A.    Yeah, 540, 530, right around there.
19      Q.    Okay. And we can show which it is
20 but the next thing you do, the next step, if we go
21 to slide 18, is that you take that wavelength of
22 light and considering what oil you're using and
23 temperature and things like that, you can then
24 convert it into what's known as a refractive index
25 number or RI number, right?

Page 49

1      A.    Yes.
2      Q.    Okay. And we're going to be working
3 with those numbers a good bit today. And there is
4 an image here of an individual, Dr. Su, and there
5 are tables and methods that are used to perform this
6 type of analysis that were developed by him, right?
7      A.    This analysis?
8      Q.    Yes, this kind of PLM dispersion
9 staining analysis.
10      A.    No. I would give the credit to
11 Dr. Walter McCrone back in the early '70s.
12      Q.    You use the Su tables as part of your
13 analysis?
14      A.    Yes. He gives them out when he
15 audits your lab. So, we have them there. The
16 analyst, especially Mr. Hess who's been doing this
17 for, I don't know, 40 years, but we always use them
18 because it's handy.
19      Q.    Do you recognize Dr. Su in this
20 courtroom?
21      A.    I'm trying to remember the last time
22 he came and audited our laboratory.
23      Q.    I mean right there.
24      A.    Right where?
25      Q.    Right there. Can you please stand

13 (Pages 46 - 49)

Page 86

1    Q.    Well, you and Dr. Su were at a
2  conference and you didn't go and talk to him, right?
3    A.    I never saw Dr. Su.  I never knew he
4  was there.  So, yeah, if I saw Dr. Su, I would have
5  asked him about it.
6    Q.    And one of the things that you have
7  criticized in Dr. Su's report is the idea that he
8  manipulated your images or Photoshopped your images
9  is one of the things you've said, right?
10    A.    Yes, sir.
11    Q.    And so, I want to look at those
12  images and what he did and what his point was and
13  then we'll talk about how it applies to your work.
14  But first I just want to understand on a very basic
15  level how illumination can impact color which then
16  goes into your analysis by which you call the stuff
17  you're finding chrysotile.
18        And so, let's just start first with
19  slide 37 and I made these.  I can't see how they
20  look.  So, I just took, I went and found some
21  flowers on Amazon, if anybody likes them, you
22  can -- I think it's 14.99 for Forget-Me-Nots, and
23  blew up a little bit of the image of some of the
24  flowers that are on the Amazon site.
25        And then if we go to slide 38, I just

Page 87

1  turned down the brightness a little bit on this and
2  what we can see is that by reducing brightness on an
3  image like this, you can start to turn lighter blues
4  into darker blues and those would have, those two
5  colors would have different refractive indices,
6  right?
7    A.    Yes.
8    Q.    And you can also start yellows as it
9  gets darker turning into or even if they were bright
10  yellow, you can start seeing them turn into darker
11  orange, right, for example the center of the flower
12  on the bottom, right?
13    A.    That's correct.
14    Q.    And so, if we look at what Dr. Su was
15  saying about your imaging and its effect on color
16  and the effect on the analysis, we can go to page 6
17  or page 7 unless I have slides.  Is that visible to
18  everyone?
19        So one of the things that Dr. Su was
20  pointing out is that in his view, you did not have
21  appropriate or normal illumination of your images,
22  right?
23    A.    Well, that's -- you're right that's
24  what he stated.  He's wrong.  I don't understand how
25  he can make that decision in China when we're over

Page 88

1  in the United States never looking at the operative
2  microscope.  So, I just totally disagree what was
3  going on here.
4    Q.    Okay.  So, the failing is that he
5  doesn't have an opportunity to observe it through
6  your microscope in your view, right?
7    A.    We have never done anything but have
8  it on full brightness.
9    Q.    One of the things he did is he raised
10  the illumination and the image and now, for example,
11  and, again, these are the Gold Bond, we'll look at
12  some J&J, but now, the yellows are brighter in
13  parallel, right, and that's a typical color for talc
14  in parallel, that brighter yellow, right?
15    A.    I would agree.
16    Q.    Okay.  And the other thing that he
17  talks about on the next page, page 7, is that just
18  by raising the illumination to what he thought was
19  an appropriate level, the dark blue particle that
20  you're reporting on became a light blue particle in
21  the illuminated image, correct?
22    A.    That is correct.
23    Q.    Okay.
24    A.    You can do all kinds of stuff with
25  Photoshop.

Page 89

1    Q.    Well, again, so you're not saying
2  that anything has been changed except for brightness
3  level here, right?
4    A.    That's a lot.  You're taking evidence
5  and you're molding it into what you want to see.
6    Q.    Well, what he's pointing out is that
7  in his view, this is what in normal illumination,
8  what you should be seeing under the PLM, the
9  brighter images, right?
10    A.    Well, you keep saying "right."
11  That's his opinion but you can't -- at least I
12  always thought you can't take evidence and change it
13  and say, gee, this is what it would have looked like
14  if they did this with absolutely no evidence
15  whatsoever that that's true.
16    Q.    We're going to do the same thing with
17  some other images in a second, but before we get
18  there, let's show some evidence that it is true.
19        Okay.  So, as we pointed out, you
20  started looking at Johnson & Johnson for chrysotile
21  in about, what, 2019 or late 2019 or early 2020?
22    A.    Sometime in 2020.
23    Q.    And your first report was the
24  Zimmerman report, which we've already marked and
25  looked at, right?

Page 110

1    And, again, so, the key thing is what
2 does the analyst actually see here as opposed to
3 what does he report the color is.  Okay?
4    And so if we just go to the plain color
5 image, I guess let's make it an exhibit next.  It's
6 already an exhibit.
7    Let's just go to the plain image
8 first, and it's PDF 3, it's something that's already
9 in evidence, which is the 2023/02/28 Valadez report.
10 What D number?
11    MR. HYNES:  Eight.
12    MR. DUBIN:  D-8, okay.
13 BY MR. DUBIN:
14    Q.    Let's put just the image itself up
15 first.  Is there a way we can Zoom on that a little
16 bit to make it easier to see?
17    Okay.  And so, when I first asked you
18 about this without using a color bar or without
19 doing anything else, you told me that you were
20 observing in this particle a brownish gold, correct?
21    A.    Correct.
22    Q.    Okay.  But then you give some data
23 here -- if we can scroll back up, we can see RIs.
24 You give some data at the bottom and there's an RI
25 number.  You see it?  You see RI 1564, right?

Page 111

1    A.    Correct.
2    Q.    And what you're able to do when you
3 give us that piece of data is we can do an analysis
4 in reverse to figure out what color your analyst was
5 calling the particle.  And so I just want to make
6 sure we understand how that works in reverse.  So
7 let's start with slide 46.  Actually, we can
8 probably go to 47.
9    Okay.  And so, for example, if you
10 just give the RI which was 1564, we can consult
11 the Su tables for the appropriate oil, and if we go
12 to 4 -- I can't see -- if we go to 48, we've done
13 this before, we can see that the color you're
14 calling this is equivalent to the wavelength of
15 light of 560, and if we go to slide 50, we can see
16 that that color, the color that you are calling this
17 particle for purposes of your analysis calling it
18 chrysotile is this deeper purple, right?
19    A.    It shows it on there but it's a
20 blend.  So that's where that should be -- should be
21 in my opinion.  There really is no purples I'm aware
22 of.  But that's where it falls.  And I stick with
23 it.
24    Q.    And you stick with it because you've
25 already admitted that if we go to, for example,

Page 112

1 slide 51 you have admitted that for purposes of your
2 analysis calling this chrysotile, you have treated
3 this particle in your analysis as if it is the
4 circle color here, 1.564, right?
5    A.    Yes.
6    Q.    Okay.  And I think we already -- you
7 already agreed with me about what color reference
8 chrysotile is on the wavelength, right, and that's a
9 color corresponding to magenta, correct?
10    A.    I haven't agreed with you --
11    Q.    Do you agree --
12    A.    -- other than it's an 1866b standard.
13 You don't get magenta when you look at other -- what
14 people say are chrysotile, such as the SG-210 or the
15 RG144 at the smaller sizes, but for asbestos-added
16 products I totally agree.
17    Q.    I'm just asking what color it is.
18 Let's do it more slowly then.  Let's go back to
19 slide 15.
20    And ISO gives refractive index values
21 for these reference samples, right?
22    A.    That's correct.
23    Q.    And do you recall what the reference
24 number is in parallel?
25    A.    I do not.

Page 113

1    Q.    I mean, we can just -- we've already
2 marked ISO but do you recall it as 1.556.
3 Otherwise, we can look back at ISO.
4    A.    Okay.
5    Q.    What?
6    A.    I said okay.
7    Q.    So, this is slide 19, we'll just call
8 it up.  It's already in.  So they're reference
9 values.  So, ISO tells you what color it thinks that
10 is, right?
11    A.    Yes, for the 1866b.
12    Q.    And so, it gives you this number
13 1.556, right, correct?
14    A.    Correct.
15    Q.    And if we look back at Longo slide
16 15, you can see that 1.556 corresponds to this
17 magenta, right?
18    A.    Yes, sort of magenta, I agree.
19    Q.    And so, just comparing the two
20 colors that you're calling this -- we can go to
21 slide 54 -- you are claiming that this particle that
22 you found in Johnson & Johnson that's on the left is
23 more purple than standard reference chrysotile,
24 right?
25    A.    No, it's not more purple.  It's just

29 (Pages 110 - 113)

Page 114

1 a blend of those colors. And you have to be looking
2 under the microscope also to dial it in, but it's
3 not magenta and has no relationship to these 1866bs.
4     Q.    And, remember when we were talking
5 before that one of the reasons why chrysotile has a
6 low birefringence value, for example, is that purple
7 is not that far from blue on the color chart, right;
8 that's why chrysotile has a low birefringence,
9 right?
10    A.    It has a low birefringence because
11 that's the way the crystal is designed.
12    Q.    But if I'm looking at a yellow
13 particle and I treat it as a purple particle, then
14 I'm creating low birefringence?
15    A.    No, we're not creating anything.
16    Q.    Well, there's no dispute, though, for
17 example, if we look at slide 55, that when you do
18 this calculation, when you eventually do the
19 birefringence calculation that you rely on, the
20 input in one of the two numbers that you're using
21 for that calculation for this particle will be based
22 on the refractive index that's associated with that
23 dark purple, right?
24    A.    That brownish color, yes.
25    Q.    Okay. And so whatever result you get

Page 115

1 in your birefringence calculation, it's going to be
2 based on calling that particle purple?
3     A.    We're not calling it purple. It's
4 got a tint to it and you have to -- you have to know
5 that the way these colors work on these crystals,
6 you don't get exactly what those charts ever show.
7 It's a blend, so I stick with it.
8     Q.    And so, let's do some of the other
9 particles. We can just do it more quickly. We can
10 go to Longo slide 56.
11             This is your second particle or CSM
12 002 and, again, before I showed it to you on a color
13 bar, you told me that it looked brownish gold,
14 right?
15    A.    Now that I'm looking close, I see
16 some purple on the outer edge.
17    Q.    But you also agree that the color
18 that you're treating this for, so your refractive
19 index you're giving us is 1.565 and if we back that
20 out, the color that your analyst is calling this is
21 somewhere between that 1.564 purple and the 1.566
22 magenta, right?
23    A.    No, you have to -- it's hard to see
24 it here, especially, you know, when you're
25 reproducing it. But if you go to the outer edge

Page 116

1 that we looked at, that has the purplish color in
2 it.
3     Q.    Okay. And the next particle was 003.
4 And if we look at that on a color chart, that's
5 slide 57, so this is something you're calling
6 chrysotile in your Valadez report, right?
7     A.    Correct.
8     Q.    And you're treating this in your
9 analysis as if it is the circled color, 1.568, which
10 is magenta, right?
11    A.    If you look around the outer edge,
12 that fibers there, that's what is being seen.
13    Q.    Okay. But functionally you're
14 basically saying that all of these particles in
15 parallel match standard reference chrysotile?
16    A.    No, I'm not saying that at all.
17    Q.    You are treating them as the same
18 color or more purple?
19    A.    We're treating them that what it
20 shows. Where if you're just taking the outer edge
21 or the one where it's being, you know, refracted
22 through the outer edge, then -- we started doing
23 this after Dr. Bo Li was in our lab doing our last
24 NVLAP and we were showing him this materials to look
25 at and he said we should use the very, very last,

Page 117

1 you know, the very edge, fiber bundle, fibers on
2 edge. But I'm not sitting at the microscope and
3 this has been copied a few times, so it's kind of
4 hard to debate you on it.
5     Q.    Okay. So, slide 58, just so we can
6 get the last particle, this is another particle that
7 you're saying has a refractive index range of 1.565
8 to 1.568, so the circled range, again, treating this
9 particle for your analysis as if it's magenta,
10 right?
11    A.    I wouldn't call it quite magenta, I'd
12 call it more purple.
13    Q.    And, I know one of the things that
14 you've -- and you've mentioned it here, if we go
15 back to slide 51 for a second, one of the things
16 that you said and you tried to say is, well, sure,
17 looks yellow, but I see some coloration around the
18 edge and you said that again today, right?
19    A.    Yes, sir.
20    Q.    But, even if we look at just this one
21 image and we can look at a lot more if we need to,
22 there are things around this that are definitely
23 talc plates, right? You're not claiming that's all
24 chrysotile, these rounded structures, right?
25    A.    No, of course not.

30 (Pages 114 - 117)

Page 118

1    Q.    And so, we see the same kind of red
2 edge effect because of your imaging on the talc
3 plates also, right?
4    A.    We have to get it in the same
5 orientation but some do, some don't.
6    Q.    And I asked you about that initially
7 before you started relying on the edge effects to
8 call fibers chrysotile, I asked you about these edge
9 effects and you told me that when you see them on
10 particles, you don't know whether they were just an
11 artifact or not, correct?
12    A.    When was that?
13    Q.    That was in your Eagles deposition.
14    A.    Then that must be correct.
15    Q.    Okay. And I asked you whether these
16 red edges were an artifact and you said maybe, and
17 you would have to check if your focus was off,
18 right?
19    A.    Yes.
20    Q.    And so if we go back to 51, for
21 example, I've already got it up, if you're claiming
22 to see some sort of edge effect here that you're
23 basing your purple color on but it's an artifact,
24 then your entire analysis is wrong?
25    A.    No, this analysis is not wrong. This

Page 119

1 is chrysotile and I would need to be looking at the
2 microscope here. I stand by this. It's not wrong.
3 And we'll get to that more tomorrow, I guess.
4    Q.    Well, slide 55, as you pointed out,
5 that if this edge effect that you're basing calling
6 this color, this purple, if that's just an artifact
7 of the image and not what you need to be focusing on
8 for dispersion staining, then when you do this
9 calculation, you're putting the wrong number in
10 there, it should be the number corresponding to the
11 yellow?
12    A.    That is not yellow and, you know, if
13 it's this, if it's that. You know, chrysotile, the
14 birefringence can get as high as 0.017. So, it is
15 not wrong.
16    Q.    Okay. So, I'm going to move now to
17 talking about illumination in your Valadez work.
18    MR. DUBIN:  Your Honor, I don't know
19 if you prefer me to stop now and pick up after lunch
20 or go on for a little bit, I'm happy either way.
21    THE COURT:  Do you have any
22 preference, Dr. Longo?
23    THE WITNESS:  Probably might be a
24 good time to break for lunch.
25    THE COURT:  All right.

Page 120

1    THE WITNESS:  Thank you.
2    THE COURT:  Let's meet everyone back
3 here no later than five of one. We're off the
4 record.
5    (Luncheon recess:  11:54 a.m. to
6 12:58 p.m., Eastern Standard Time.)

Page 121

1    A F T E R N O O N   S E S S I O N
2    THE COURT:  We're back on the record.
3 BY MR. DUBIN:
4    Q.    So, just to back up two slides in
5 order to make sure we're staying in flow and
6 understand where we are, if we could back up to
7 slide 51, please.
8    So, we were talking about the
9 characterization of the colors, which is the first
10 step in the analysis that drives the RI values,
11 everything that's going to go into the calculation.
12 And we were talking about whether this particle that
13 we're seeing here on screen is or is not truly
14 purple, okay, and that's one of the things we were
15 just talking about a moment ago.
16    And then if we see again slide 55, we
17 know and we're going to talk a little bit about the
18 birefringence formula and how you reached the
19 conclusion that things are chrysotile, but, for
20 example, this first input in the birefringence
21 formula, if you say that this particle is purple,
22 then the value for purple goes into that first step,
23 right?
24    A.    Well, I'm not calling it purple. I'm
25 just calling it the color that we find in that

Page 250

1           CERTIFICATE OF OFFICER
2
3           I CERTIFY that the foregoing is a true
4   and accurate transcript of the testimony and
5   proceedings as reported stenographically by me at
6   the time, place and on the date as hereinbefore set
7   forth.
8           I DO FURTHER CERTIFY that I am neither
9   a relative nor employee nor attorney or counsel of
10  any of the parties to this action, and that I am
11  neither a relative nor employee of such attorney or
12  counsel, and that I am not financially interested in
13  the action.
14
                *Andrea Nocks CCR CRR*
15      --------------------------------
16      ANDREA NOCKS, CCR, CRR
        Certificate No. X100157300
17      Certificate No. XR00011300
18
19
20
21
22
23
24
25

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234