# EXHIBIT 9

**VITAE**

Mark W. Rigler, Ph.D.
MAS, LLC
3945 Lakefield Court
Suwanee, GA  30024

<u>Education</u>

| | |
|---|---|
| 1985 | Received Doctor of Philosophy in Microbiology, University of Georgia. |
| 1977 | Received Bachelor of Science Degree; Major in Biology, Villanova University, Villanova, PA. |

<u>Professional Work History</u>

| | |
|---|---|
| 2017 to present | Chief Science Officer, Senior Consulting Scientist, and Technical and Quality Director for Microbiologicals, MAS, LLC, Suwanee, GA |
| 2013 to 2017 | Laboratory Manager, Senior Consulting Scientist, Technical and Quality Director for Microbiologicals, MAS, LLC, Suwanee, GA |
| 2006 to 2013 | Senior Consulting Scientist, Technical and Quality Director for Microbiologicals, MAS, LLC, Suwanee, GA |
| 2004 to 2006 | Senior Consulting Scientist, Technical and Quality Director for Microbiologicals, Materials Analytical Services, Inc., Suwanee, GA |
| 2002 to 2004 | Vice President, Materials and IH Group Director, Materials Analytical Services, Inc, Suwanee, GA |
| 1996 to 2002 | Vice President and Materials Group Director, Materials Analytical Services, Inc, Suwanee, GA |
| 1993 to 1995 | Vice President and Director of Biological Services, Materials Analytical Services, Inc, Norcross, GA |
| 1990 to 1993 | Branch Manager and Director of Biological Services, Materials Analytical Services, Inc., Norcross, GA |
| 1989 to 1990 | Director of Biological Services, Materials Analytical Services, Inc., Norcross, GA |
| 1987 to 1989 | Senior Applications Specialist, RMC, Inc. Tucson, AZ |
| 1986 | Director, SCRS Analyticals, Monroe, GA.  Instructor, Biology Department, Emory University, Atlanta, GA |
| 1985 to 1986 | Postdoctoral Research Associate, Department of Microbiology, University of Georgia, Athens, GA |
| 1978 to 1985 | Research Technician, The University of Georgia Department of Microbiology, Department of Agronomy, Department of Science Education |

<u>Publications</u>

Rigler, M.W., Longo, W.E and Sauerhoff, M.W., (2011) Exposure to fluoropolymers and VOCs during spray sealant product use.  <u>Inhalation Toxicology</u>; 23 (11); 641-657



Defendant's Exhibit
Atlanta Reporters 866-344-0450
3-29-13
#3  Rigler

1

Rigler, M.W., Longo, W.E., (2010) Emission of Diacetyl (2,3 butanedione) from Natural Butter, Microwave Popcorn Butter Flavor Powder, Paste, and Liquid Products. International Journal of Occupational and Environmental Health; 16:291-302

Rigler, M.W., Longo, W.E., (2009) Quantitative Sulfur Gas Emission As A Specific Marker For Problematic Reactive Drywall, Proceedings of The Technical Symposium on Imported Corrosive Drywall, November 5-6, 2009, The University of Florida, Gainesville, FL.

Rigler, M.W., Freeman, G.B. Longo, W.E., Kyono, M. and Cai, M (1997). A New Rapid Method for Analyzing Single Particles. Proceedings of The Engineering Solutions to Indoor Air Quality Symposium July 21-26, 1997 for the United States Environmental Protection Agency (USEPA), Research Triangle Park, NC.

Longo, W.E., Rigler, M.W. and Slade, J.M. (1995) Crocidolite asbestos fibers in smoke from original Kent Cigarettes. Journal of the American Medical Association. 55:11, 2232-2235.

Rigler, M.W., G.C. Gerriera, and J.S. Patton. (1985) Intramembranous particles are clustered on microvillus membrane vesicles. Biochimica et Biophysica Acta. 816:131-141.

Honkanen, R.E., M.W. Rigler, and J.S. Patton. (1985) Dietary fat assimilation and bile salt absorption in the killifish intestine. American Journal of Physiology. 249 (Gastrointestinal and Liver Physiology 12) G399-416.

Harvey, H. Rodger, M.W. Rigler, J.S. Patton. (1985). The use of the Iatroscan TH-10 analyzer to quantify total lipids in a variety of samples types and lipid classes in human gallbladder bile. Lipids 20:542-545.

Rigler, M.W., R. Honkanen, and J.S. Patton. (1985). The ultrastructure of lipolytic products produced by pancreatic lipase in vitro and in vivo in the presence of bile salts. A freeze fracture study. Journal of Lipid Research 27.

Rigler, M.W. and J.S. Patton. (1984). A simple inexpensive cryogenic storage device for microscopy specimens. Journal of Microscopy. 134 (3)335-336.

Laher, J.M., M.W. Rigler, R.D. Vetter, J.A. Barrowman, and J.S. Patton. (1984). Relative bioavailability and lymphatic transport of benzo (a) pyrene when administered in different amounts of dietary fats. Journal of Lipid Research. 25 (12) 1337-1342.

Rigler, M.W., R.L. Leffert and J.S. Patton. (1983). Rapid quantification on Chromarods of cholesterol, total bile salts and phospholipids from the same microliter sample of human gallbladder bile. Journal of Chromatography. 277:321-327.

Rigler, M.W., and J.S. Patton. (1983). The production of liquid crystalline product phases by pancreatic lipase in the absence of bile salts. A freeze fracture study. Biochimica et Biophysica Acta. 751:444-454.

Rigler, M.W., I.L. Roth, D. Kritchevsky and J.S. Patton. (1983). The freeze fracture ultrastructure of peanut oil and other natural and synthetic triacyglycerol droplets. Journal of the American Oil Chemists Society 60 (7):1291-1298.

Patton, J.S., J.F. Battey, M.W. Rigler, J.W. Porter, C.C. Black, and J.E. Burris. (1983). A comparison of the metabolism of bicarbonate 14C and acetate 1-14C and the variability of species lipid composition in coral reefs. Marine Biology. 75:121-130.

Brown, H.R., J.H. Bouton, L. Rigsby, and M.W. Rigler. (1983). Photosynthesis of grass species differing in carbon dioxide fixation pathways. VIII. Ultrastructural characteristics of Panicum species in the Laxa group. Plant Physiology. 71:425-431.

Patton, J.S., M.W. Rigler, T.H. Liao, H.H. Hamosh, and M. Hamosh. (1982). Hydrolysis of triacylglycerol emulsions by lingual lipase. Biochimica et Biophysica Acta. 712:400-407.

2

Rigler, M.W. (1981). Freeze fracture morphology of some synthetic and naturally occurring triacylglycerols. Proceedings of the Electron Microscopy Society of America. 39th Annual Meeting, Atlanta, GA August 10-14, G.W. Bailey (ed.), Claitors Publishing Co., Baton Rouge, pp. 562-563.

Patton, J.S., M.W. Rigler, P.D. Phoem, and D.L. Fiest. (1981). Ixtoc 1 oil spill: flaking of surface mousse in the Gulf of Mexico. Nature 290:235-238.

Rigler, M.W., Taylor, J.V., Girardot, J.M., Girardot, M.N. A FESEM study of bioprosthetic heart valves after an anticalcification treatment. Annual meeting of the Southeastern Electron Microscopy Society, Athens, Georgia May 6-9, (1992).

Rigler, M.W., Visualization, in vitro and in vivo, of the products of intestinal fat digestion by freeze fracture. Annual Meeting of the American Gastroenterology Associate, New Orleans, LA, May 20-23, (1984).

Presentations

Confirming Problematic Domestic and Chinese Drywall (CDW). Session: Assessment and Control of Chinese Drywall Emissions. Presented at the American Industrial Hygiene Association's Round Table, May 24, 2010, Denver, Colorado.

Solving an Indoor Odor and Mold Problem for an Outdoor Furniture Store. At the invitation of the Georgia Chapter Roof Consultants Institute, Atlanta, GA, December 10, 2004

Identifying and Quantifying Particulates in Human Lung By Electron Microscopy. Electron Microscopy for Industrial Hygiene Applications. Presented at the American Industrial Hygiene Association's Professional Development Course, May 8, 2004, Atlanta, Georgia.

Mold Investigations, A perspective of the investigator. At the invitation of the Georgia Local Section of the American Industrial Hygiene Association, Atlanta, GA, October 3, 2003

Environmental Audits. Southeastern Regional Conference on Mold, Lead, Healthy Homes and Children's Environmental Health, Atlanta, GA, November 6-8, 2002

Mold and Fungi in Buildings. Assessing Mold and Mildew Damage. At the invitation of MACTEC Companies, Atlanta, GA, September 19, 2002

Rigler, M.W., Liquid crystalline product phases; the hydrolysis of triolein by pancreatic lipase in the absence of bile, a freeze fracture study. Annual Meeting of the Southeastern Electron Microscopy Society, Charleston, SC, May 19-21, (1982).

Current Fixation Technologies for Ultrastructural Studies. During the Current Trends in Immunomicroscopy Workshop at the invitation of George Washington School of Medicine by Fred Lightfoot, Department of Anatomy, Washington, D.C. May 28, 1992.

Ultra-fast Freezing Techniques. An overview of freezing at the June 1990 invitation of George Washington School of Medicine by Fred Lightfoot, Department of Anatomy, Washington, DC July 1987 - 1991.

Ultra-rapid Freezing Methods and Cryoultramicrotomy, Southeastern Electron Microscopists Society, Athens, GA 1988.

Freeze Fracture Cytochemistry. At the invitation of George Washington School of Medicine by Fred Lightfoot, Department of Anatomy, Washington, DC. July 1988.

Ultra-rapid Freezing Methods and Cryoultramicrotomy, Florida Society for Electron Microscopy, Tampa, FL. 1987.

An Ultrastructural View of Fat Digestion. Philadelphia Children's Hospital at the request of Yi Fu Shiau, M.D. and Peter Malete, M.D. of the Gastroenterology Section, Philadelphia V.A. Medical Center, Philadelphia, Pennsylvania on November 13, 1985.

Gastrointestinal Fat Digestion. Department of Foods and Nutrition by invitation of Roy J. Martin, Ph.D., University of Georgia, Athens, Georgia on November 4, 1985.

Freeze Fracture. Techniques and Applications. In conjunction with Ivan I. Roth, Ph.D. of the University of Georgia at the invitation of Charles D. Humphrey, Ph.D., Hepatitis Branch, Centers for Disease Control, Atlanta, Georgia on October 21, 1985.

Rigler, M.W., Freeze fracture morphology of some synthetics and naturally occurring triacyglycerols. 39th Annual Meeting of the Electron Microscopy Society of America, Atlanta, GA, August 10-14, (1981).

Rigler, M.W., Freeze etch morphology of some natural and synthetic triglyceride droplets. XVth Annual Regional Lipid Conference, Cashiers, NC, October 22-24, (1980).


Expert Panel Invitations

Invitation by Louisiana Senators A.G. Crowe District 1 and Julie Quinn, District 6 to be on an expert panel regarding Chinese Drywall, Property and Health Effects, St. Tammany Parish Council, Mandeville, LA, September 19, 2009.

Invitation by Louisiana Senators A.G. Crowe District 1 and Julie Quinn, District 6 to be on an expert panel regarding Chinese Drywall, Property and Health Effects, St. Bernard Parish Council, Chalmette, LA, October 14, 2009.

Invitation by Louisiana Senators A.G. Crowe District 1 and Julie Quinn, District 6 to be on an expert panel regarding Chinese Drywall, Property and Health Effects, Slidell, LA, October 21, 2009.


Licenses

Clinical Laboratory Director - Special - State of Georgia 1999 - 2000.

Memberships

American Chemical Society (ACS)
American Industrial Hygiene Association (AIHA)
Indoor Air Quality Association (IAQA)
Southeastern Electron Microscopy Society (SEMS)
American Association for the Advancement of Science (AAAS)
American Society for Microbiology (ASM)
Microscopy Society of America (MSA)
Society of Automotive Engineers SAE)
American Society for Testing and Materials (ASTM)
American College of Occupational and Environmental Medicine (ACOEM)
American Conference of Government Industrial Hygienists (ACGIH)

Reviewer

2006          IICRC S520 Standard and Reference Guide for Professional Mold Remediation

4

Certificates, Continuing Education, and Training

| | |
|---|---|
| 2016 | Fortieth International Good Manufacturing Practices Conference, The University of Georgia, March 10, 2016 |
| | Introduction to Pharmaceutical CGMP Quality Systems, Center for Professional Advancement, June 3, 2016 |
| 2006 | Certified Mold Inspector #CMI-06-2124<br>Certified Mold Remediation Contractor CMRC #06-2103 |
| 2003 | Indoor air quality: Fungal spore Identification, December 2003, The McCrone Research Institute, Chicago. IL. |
| 2002 | Mold Assessment and Remediation in Buildings, Training Certificate #1297, The Environmental Institute, Atlanta, GA |
| 1997 | Potential FMEA for Manufacturing & Assembly Process (Process FMEA) Course Certificate, The Society of Automotive Engineers Professional Development Program, February 27, 1997. |
| 1995 | A Comprehensive Review of Indoor Air Quality, Air Quality Sciences, Inc., Atlanta, GA. |
| 1992 | Trace Elemental and Surface Analysis, Charles Evans & Associates, Research Triangle Park, Raleigh, NC. |

Awards

| | |
|---|---|
| 1981 | Presidential Scholarship Award - Electron Microscopy Society of America |
| 1982 | Ruska Award - Southeastern Electron Microscopy Society |
| 1984 | Student Research Prize, Runner up - American Gastroenterology Association |
| 1985 | Sigma XI Ph.D. Research Dissertation Award - University of Georgia Chapter |

Consultant

| | |
|---|---|
| 1986 | Genentech, Inc., Pharmacology Department, South San Francisco, CA. |
| 1986 | Georgia State University, Genetics Department, Atlanta, GA |

Editor

| | |
|---|---|
| 1988 | Electron Microscopy Hints and Tips. Alabama Electron Microscopy Society. |

5