# EXHIBIT 10

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON )
TALCUM POWDER PRODUCTS )
MARKETING SALES )
PRACTICES, AND PRODUCTS ) MDL NO.16-2738(FLW)(LHG)
LIABILITY LITIGATION )
_____)

VIDEO-RECORDED DEPOSITION OF

WILLIAM E. LONGO, PH.D.

February 5, 2019

10:24 a.m.

Suite 100
11555 Medlock Bridge Road
Johns Creek, Georgia

Frances Buono, RPR, CCR-B-791

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporter.com

## Page 2

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

LEE CIRSCH, Esq.
The Lanier Law Firm
21550 Oxnard Street
3rd Floor
Woodland Hills, California  91367
Lee.cirsch@lanierlawfirm.com

P. LEIGH O'DELL, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, Alabama  36103-4160
Leigh.odell@beasleyallen.com

MICHELLE A. PARFITT, Esq.
JAMES GREEN, Esq.
Ashcraft & Gerel, LLP
1825 K. Street
Suite 700
Washington, D.C.  20036
Mparfitt@ashcraftlaw.com

DENNIS M. GEIER, Esq.
Cohen Placitella Roth, PC
127 Maple Avenue
Red Bank, New Jersey  07701
Dgeier@cprlaw.com

Atlanta Reporters, Inc.    www.atlanta-reporters.com

## Page 3

APPEARANCES OF COUNSEL (continued)

On behalf of the Defendant,
Johnson & Johnson and Johnson & Johnson Consumer Inc.:

ALEX V. CHACHKES, Esq.
NINA TROVATO, Esq.
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, New York  10019-1642
Achachkes@orrick.com
Ntrovato@orrick.com

JACK N. FROST, JR., Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932-1047
Jack.frost@dbr.com

On behalf of the Defendant,
Imerys Talc America, Inc.:

MARK K. SILVER, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Avenue
Morristown, New Jersey  07962
Msilver@coughlinduffy.com

MARK A. PROST, Esq.
Sandberg Phoenix & von Gontard, P.C.
600 Washington Avenue
15th Floor
St. Louis, Missouri  63101-1313
Mprost@sandbergphoenix.com

Atlanta Reporters, Inc.    www.atlanta-reporters.com

## Page 4

APPEARANCES OF COUNSEL (continued)

On behalf of the Defendant,
Imerys Talc America, Inc.:

ROBERT A. RICH, Esq.
Gordon & Rees Scully Mansukhani
1111 Broadway
Suite 1700
Oakland, California  94607
Rrich@grsm.com

On behalf of the Defendant,
PTI:

MICHAEL ANDERTON, Esq.
Tucker Ellis, LLP
950 Main Avenue
Suite 1100
Cleveland, Ohio  44113-7213
Michael.anderton@tuckerellis.com

On behalf of the Defendant,
PCPC:

REBECCA WOODS, Esq.
Seyfarth Shaw
1075 Peachtree Street, NE
Suite 2500
Atlanta, Georgia  30309
Rwoods@seyfarth.com

Also Present:

George Montiel, Videographer

Atlanta Reporters, Inc.    www.atlanta-reporters.com

**41**

1  A.   No, sir.  It's not the type of information
2  I would typically put in a report.
3  Q.   Do you know which set of NIST standards
4  exist at MAS right now?
5  A.   It is the 1875, I think it is.  I have to
6  check the numbers on it.  It's the standard NIST
7  samples that all asbestos labs have or should have.
8  Q.   Do you know when you obtained them?
9  A.   Not as I sit here today.
10 Q.   Did your analyst compare any of the
11 particles identified in this report by TEM with any
12 known asbestos reference samples?
13 A.   Well, we have analyzed both reference
14 tremolite series, anthophyllite series.  We have all
15 those reference standards, analytical data on the TEM
16 walls.  I don't think they pulled the reference and
17 put them in each and every time, but they routinely
18 check reference samples.
19 Q.   Okay.  So when you say they check
20 reference samples, are you saying you mean that they
21 check to whatever's on your reference wall?
22      MR. CIRSCH:  Object to form.
23      THE WITNESS:  Well, no.  The reference
24 wall is from the reference samples, and we have
25 analyzed reference samples in the past

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**42**

1  specifically for these J&J cases.  And the
2  analysts are well trained.
3       I don't know how often they need to pull
4  out a reference sample in order to identify
5  either the anthophyllite solid solution series
6  or the tremolite solid solution series.
7  Q.   (By Mr. Chachkes)  Let's ask two different
8  lines of questions here.
9       So you have internal MAS-generated
10 reference samples for TEM to identify asbestos; is
11 that correct?
12 A.   Yes.
13 Q.   Okay.  Did you produce them?
14      MR. CIRSCH:  Object to form.
15      THE WITNESS:  I didn't think it was asked.
16      MR. CHACHKES:  Okay.  I would ask the
17 plaintiffs produce that, please.
18 Q.   (By Mr. Chachkes)  What about reference
19 samples generated by third parties, do you have
20 those?
21 A.   Reference samples by third parties, you
22 will have to -- NIST is a third party.
23 Q.   Okay.  So anything else?
24 A.   We have accumulated reference samples now
25 from anthophyllite asbestos from Windsor County, and

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**43**

1  I'd have to look at them and see what the validation
2  is.  We have cummingtonite standards now.  We have
3  grunerite standards.  We have -- I believe we have
4  winchite and richterite standards.  We have not
5  analyzed them yet to the degree where we can put the
6  results altogether.
7  Q.   So are these -- so I'm talking about
8  reference standards that you can look at those and
9  compare to what you're generating in this case.  So
10 you're saying that there are third-party
11 anthophyllite standards that you have that were
12 produced by something in Windsor County?
13      MR. CIRSCH:  Object to form.
14      THE WITNESS:  It wasn't produced by
15 Windsor County.  It was a mineral house that
16 sells them.  And I have not had an opportunity
17 to -- we haven't had an opportunity to look at
18 them yet.
19 Q.   (By Mr. Chachkes)  That's just the
20 mineral, though, right, the raw mineral?
21      MR. CIRSCH:  Object to form.
22      THE WITNESS:  Well, it's fibrous, it's raw
23 mineral anthophyllite, raw mineral
24 cummingtonite, raw mineral grunerite, raw
25 mineral winchite-richterite.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**44**

1  Q.   (By Mr. Chachkes)  Okay.  For those
2  minerals that you just mentioned, did you obtain from
3  a third party a TEM photo of the mineral at issue
4  that you can use as a standard to compare what you
5  find under your TEM?
6       MR. CIRSCH:  Object to form.
7       THE WITNESS:  No.  Typically people don't
8  provide that -- or NIST should have -- a TEM lab
9  that's looking at standards should have the
10 qualifications and training to be able to
11 recognize the regulated asbestos types.
12 Q.   (By Mr. Chachkes)  Okay.  So, now, the
13 only third-party TEM photographs that you could use
14 as a standard for determining whether what you're
15 looking at under your TEM is asbestos, the only one
16 you've mentioned so far is NIST; correct?
17 A.   I'm sorry, I misunderstood.
18      NIST does not provide you TEM pictures or
19 EDS pictures or PLM pictures or any XRD pictures.
20 They assume you have the training and capability of
21 doing that.
22      I'm not aware of any third-party group
23 providing photograph standards along with the
24 samples.
25 Q.   Okay.  So to sum it all up, you do not

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

## 53

```
11:13:59  1         But I would have to review the data to see
11:14:02  2     what they're analyzing, what the chemistry is,
11:14:05  3     how did they identify, and how many asbestos
11:14:09  4     fibers the two that found it versus the one that
11:14:12  5     didn't.  So it's --
11:14:14  6         Q.  (By Mr. Chachkes)  Okay.
11:14:14  7         A.  -- you just can't say is this a problem,
11:14:18  8     this -- maybe, maybe not.
11:14:20  9         Q.  Okay.  So there is a situation you would
11:14:22 10     say there is not a problem where three analysts
11:14:25 11     looking at the same bottle finding -- one found
11:14:29 12     anthophyllite, one found tremolite, one found nothing
11:14:31 13     detectable, there is a situation where that would not
11:14:33 14     be a problem, you can imagine that?
11:14:35 15             MR. CIRSCH:  Object to form.
11:14:35 16             THE WITNESS:  I don't know if I can
11:14:37 17     imagine any of this happening, but it's your
11:14:40 18     hypothetical.  Unless I can look at the data and
11:14:44 19     understand what each of the analysts were
11:14:46 20     counting, how many structures, what is the
11:14:48 21     chemistry, what is the diffraction patterns, is
11:14:51 22     it the two analysts found one and one found
11:14:54 23     zero, is this -- you know, what is the mine this
11:14:58 24     is coming from, how does our other data look --
11:15:01 25     there's a lot involved there than just saying
```

## 54

```
11:15:03  1     off the cuff, oh, that's a problem or that's not
11:15:05  2     a problem.
11:15:06  3         Q.  (By Mr. Chachkes)  Okay.  All right.  I've
11:15:08  4     asked you whether you can imagine a situation where
11:15:11  5     that's not a problem.  You have not provided that to
11:15:13  6     me.  This is -- I'll just ask it one more time.  Can
11:15:16  7     you provide that to me?  I can imagine that's not a
11:15:18  8     problem.
11:15:18  9             MR. CIRSCH:  Object to form.  I think he
11:15:20 10     answered your question.
11:15:21 11             THE WITNESS:  I can't give you any
11:15:22 12     additional information about that because I
11:15:25 13     don't -- as a scientist I just don't like to
11:15:27 14     say, well, this is -- I can imagine a problem
11:15:30 15     here, I can't imagine it's a problem, without
11:15:32 16     looking at any data to see how many asbestos
11:15:34 17     fibers each of the analysts counted, is it one,
11:15:37 18     is it ten, is it five, what's the chemistry look
11:15:40 19     like, the EDXA, the SAED.  I would have to
11:15:47 20     review it to see if it's a problem or not.
11:15:49 21         Q.  (By Mr. Chachkes)  Is there sufficient
11:15:50 22     subjectivity in the system such that it could be
11:15:52 23     correct that one analyst could find in a bottle
11:15:55 24     tremolite and another analyst could find in the
11:15:57 25     bottle anthophyllite?
```

## 55

```
11:15:58  1             MR. CIRSCH:  Object to form.
11:16:00  2             THE WITNESS:  I don't think it's
11:16:01  3     subjectivity.  I just think it's wherever the
11:16:05  4     cosmetic talc source was in any particular mine,
11:16:09  5     what's there.  We have many samples that have
11:16:12  6     both types of asbestos in it.
11:16:14  7             So you can't say, well, you found this and
11:16:18  8     the other one found that, when the source, the
11:16:21  9     accessory -- amphibole asbestos accessory
11:16:23 10     mineral in these mines have both types.
11:16:26 11         Q.  (By Mr. Chachkes)  If one of your
11:16:27 12     scientists looked at a J&J bottle of talc and found a
11:16:32 13     particular concentration of a particular kind of
11:16:36 14     asbestos, would you -- do you believe to within a
11:16:42 15     scientific -- a degree of scientific -- reasonable
11:16:45 16     scientific degree of certainty that a second
11:16:50 17     scientist following proper procedures would find the
11:16:52 18     same?
11:16:52 19             MR. CIRSCH:  Object to form.
11:16:53 20             THE WITNESS:  I think we already talked
11:16:54 21     about this.  I would never expect a second
11:16:56 22     scientist or a second analyst going in with a
11:16:59 23     separate prep sample finding the exact amount.
11:17:00 24     And again, it depends on how many is there.
11:17:03 25             We did discuss this once.  If it's one or
```

## 56

```
11:17:05  1     two and the second analyst found none, that's in
11:17:08  2     the margin of error, or it's looking for the
11:17:12  3     needle in the haystack sort of analogy.
11:17:15  4             If one analyst found 50 and the other
11:17:18  5     found zero, yes, that's a problem, like we
11:17:19  6     already discussed.  Again, I would have to look
11:17:21  7     at the data to determine if it's a problem or
11:17:23  8     not.
11:17:24  9         Q.  (By Mr. Chachkes)  Do you believe it's
11:17:26 10     appropriate, given this margin of error, to run
11:17:30 11     multiple tests on a single bottle and then average
11:17:33 12     the results to get what would be the correct answer?
11:17:37 13             MR. CIRSCH:  Object to form.
11:17:38 14             THE WITNESS:  I don't think that's
11:17:39 15     necessary.  I think the -- we can accept what
11:17:42 16     the analysis is.  It comes from a sample in a
11:17:45 17     bottle.  The more you run, you may go from
11:17:50 18     nondetect initially to detect in the second or
11:17:54 19     third.  But I don't think that is necessary to
11:17:56 20     do for the types of analysis we're doing.
11:17:59 21         Q.  (By Mr. Chachkes)  For two of your
11:18:02 22     analysts analyzing the same bottle, what degree of
11:18:06 23     difference in the detected percentage of fibers
11:18:10 24     versus detected percentage of bundles would you
11:18:17 25     expect normally?
```

**Page 57**

1  MR. CIRSCH: Object to form.
2  THE WITNESS: I don't have any
3  expectations. The analyst is ultimately making
4  the decision if it is a single fiber or a
5  bundle. Because he's looking in the microscope,
6  he's the one who can -- you're looking through
7  the fiber, he's the one doing the -- he can
8  change the focal plane, he can change from dark
9  field to bright field, so ultimately he's making
10  the decision on it.
11  Q. (By Mr. Chachkes) I am asking really what
12  is the margin of error in detecting fiber versus
13  bundle percentage, acceptable margin of error. Have
14  you ever figured that out?
15  A. We haven't done that; it's really not
16  necessary. It's more important for coefficients of
17  variation. I've reviewed all the photographs of
18  fibers and bundles. I would say 95, 98 percent of
19  them I agree with. There's a couple percent in there
20  that you have to leave it up to the analyst to make
21  that decision.
22  Q. Would you expect an analyst in your lab
23  and an analyst in Lee Poye's lab to get the same
24  results for a particular bottle? Is it the same
25  answer as I've been getting with two analysts in your

**Page 58**

1  lab?
2  MR. CIRSCH: Object to form.
3  THE WITNESS: Yes. I would expect,
4  depending on what the count is or how many
5  fibers, if it's not in the margin of error, that
6  we would verify that it's same bottle as
7  positive. But other than that, I would have to
8  see the data to see.
9  Q. (By Mr. Chachkes) When you say -- when
10  you say it's not within the margin of error, what's
11  the quantification of that margin of error?
12  A. I think our analysts have a margin of
13  error on coefficient of variation somewhere in the 6
14  to 7 percent range. So one lab finding one fiber or
15  maybe two fibers, another lab finding zero or finding
16  four, I don't have any issue with that.
17  Q. Would you expect the samples, the various
18  bottles from a single mine, like all the bottles from
19  J&J talc from Vermont, cosmetic talc from the Vermont
20  mine, to have roughly the same EDS spectra?
21  MR. CIRSCH: Object to form.
22  THE WITNESS: Depending on the type of
23  asbestos, yes.
24  Q. (By Mr. Chachkes) Okay. By the way, I've
25  seen EDXA; I've seen EDS. Do you use those

**Page 59**

1  synonymously in your report?
2  A. I think all ours say EDXA. EDS is old
3  school. They're both the same technique: energy
4  dispersive spectroscopy or energy dispersive x-ray
5  spectroscopy.
6  Q. Do you expect all the samples from a
7  single mine, for example, the cosmetic talc from
8  J&J's Vermont mine, to have similar SAED patterns?
9  A. Depending on the orientation of the
10  crystal and depending on what the material is.
11  Tremolite, winchite, richterite,
12  actinolite typically have similar, but the
13  anthophyllite solid solution series, especially from
14  Vermont where you can have no iron, iron-rich,
15  cummingtonite, high-iron cummingtonite, and actually
16  going to grunerite, those will have different
17  reflections because you're going from orthorhombic to
18  monoclinic.
19  Q. So would you expect all the samples from a
20  single mine to have the same concentration of
21  asbestos?
22  A. No.
23  Q. Why not?
24  A. Because you're dealing with accessory
25  minerals. It just depends on where it's being dug

**Page 60**

1  out of the mine.
2  Q. Would you expect all the samples from a
3  single mine to have the same fiber versus bundle
4  ratio?
5  A. Not necessarily. All these materials are
6  milled, and you're dealing with an asbestos type
7  tremolite-anthophyllite that's brittle. So I don't
8  know if I would expect to see the same bundles to
9  fibers.
10  And of course you're also dealing with the
11  microscopist who has to make that final decision, the
12  TEM microscopist, if it's a single fiber or bundle.
13  What we try to make sure happens is that
14  every asbestos fiber or bundle we identify meets the
15  counting criteria for a regulated asbestos fiber or
16  bundle as per the TEM methods, both ISO, ASTM.
17  That's the most important thing.
18  And then we try to also get some
19  consistency on whether it's bundles or fibers. But
20  that's what we strive for, is following the protocol,
21  following the standard counting rules, and
22  identification.
23  Q. Hypothetically, if one of your researchers
24  analyzed 150 different samples from a single mine and
25  another researcher analyzed those same 150 samples,

69

```
11:49:22  1        MR. CIRSCH:  Object to form.
11:49:23  2        THE WITNESS:  I doubt he's looking at when
11:49:25  3   he takes a spectra of either tremolite series or
11:49:28  4   anthophyllite series that he's turning over and
11:49:31  5   looking at a known reference.  These analysts
11:49:34  6   have been doing this for years and years and
11:49:37  7   years.
11:49:37  8        We have references, but I can't imagine
11:49:43  9   every time he takes an EDX spectra that looks
11:49:47 10   the same time after time after time that he's
11:49:49 11   looking at a third-party reference at that
11:49:51 12   particular point in time.
11:49:52 13   Q.   (By Mr. Chachkes)  Okay.  How many
11:49:56 14   different analysts do you have doing EDXA spectra?
11:49:59 15   A.   Four.
11:49:59 16   Q.   Does NIST have an EDXA reference spectra
11:50:06 17   for the various asbestos?
11:50:11 18        MR. CIRSCH:  Object to form.
11:50:12 19        THE WITNESS:  I think you already asked
11:50:14 20   that.  And besides not having a -- providing a
11:50:16 21   TEM photo, they do not provide an actual
11:50:22 22   spectra.  But I think most -- I think there's a
11:50:26 23   number of third-party references I believe just
11:50:28 24   give you the ratios of what you would see in
11:50:31 25   EDXA for the magnesium, the silicon, the
```
Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

70

```
11:50:37  1   calcium, potentially some iron, tremolite, or
11:50:41  2   actinolite.
11:50:43  3   Q.   (By Mr. Chachkes)  Why is EDXA useful?
11:50:47  4   A.   Provides the inorganic, and depending on
11:50:52  5   your detector, organic chemistry of any particular
11:50:56  6   elongated particulate.
11:50:58  7   Q.   When you look at an EDXA spectra, do you
11:51:03  8   assume it's a regulated particle and then look to
11:51:07  9   which regulated particles have the metal-to-silicon
11:51:11 10   ratio that correspond?
11:51:14 11        MR. CIRSCH:  Object to form.
11:51:15 12        THE WITNESS:  Well, we typically don't do
11:51:18 13   an EDX spectra unless it meets the definition of
11:51:22 14   a regulated -- it has the potential for a
11:51:27 15   regulated asbestos fiber or bundle.
11:51:29 16        So it's got to be at least .5 micrometers
11:51:33 17   in length or greater, it's got to have an equal
11:51:36 18   to -- greater than or equal to 5-to-1 aspect
11:51:41 19   ratio, and parallel sides.  Then the analyst --
11:51:46 20   first thing I would assume is do EDXA and check
11:51:50 21   the chemistry.  And then SAED.
11:51:55 22   Q.   (By Mr. Chachkes)  If your analyst sees
11:51:58 23   something that's, what did you say, greater than .55
11:52:04 24   millimeters?
11:52:05 25   A.   Microns.
```
Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

71

```
11:52:06  1   Q.   Microns, I'm sorry.
11:52:06  2   A.   Micrometers.
11:52:06  3   Q.   Okay.  So strike that.
11:52:08  4        If your analyst sees something that's
11:52:11  5   greater than .5 micrometers and has an aspect ratio
11:52:14  6   of at least 5-to-1, then he might do EDXA?
11:52:18  7   A.   If it has parallel sides, yes.  And he may
11:52:25  8   do SAED.  It doesn't matter which one.  But then he
11:52:29  9   would have to go through the sequence of determining
11:52:31 10   if it meets the definition for the regulated asbestos
11:52:35 11   chemistry and the crystalline structure.
11:52:37 12   Q.   Are there minerals that exist in the world
11:52:40 13   other than regulated particles, regulated asbestos
11:52:44 14   particles, that are greater than .5 micrometers and
11:52:50 15   can have an aspect ratio of greater than 5-to-1?
11:52:53 16        MR. CIRSCH:  Object to form.
11:52:54 17   Q.   (By Mr. Chachkes)  And with parallel
11:52:56 18   sides?
11:52:56 19   A.   Yes.
11:52:56 20   Q.   Potentially dozens if not hundreds; right?
11:53:01 21   A.   I haven't counted them all up.  But what
11:53:04 22   we potentially see is asbestiform talc bundles or
11:53:08 23   fibers all the time.  So, yeah, you have to
11:53:12 24   distinguish between a talc fiber or bundle and an
11:53:17 25   anthophyllite fiber or bundle.
```
Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

72

```
11:53:18  1   Q.   The question really is about minerals, so
11:53:20  2   let's focus on what I've just asked, which is:  There
11:53:25  3   are potentially dozens if not hundreds of minerals
11:53:29  4   that can have parallel sides, that can have -- be
11:53:34  5   bigger than .5 micrometers, and have aspect ratios
11:53:37  6   that are 5-to-1 or greater?
11:53:39  7        MR. CIRSCH:  Object to form.
11:53:40  8        THE WITNESS:  And I apologize, but I just
11:53:42  9   stated I haven't counted them up.  And really,
11:53:46 10   we're not interested in the hundreds or whatever
11:53:47 11   it is around the world.
11:53:49 12        It's primarily what do we find in the talc
11:53:55 13   deposits that are asbestiform or fibrous and
11:54:00 14   meet those definitions.  And typically the only
11:54:04 15   thing we routinely see is fibrous talc.  Every
11:54:10 16   now and then an antigorite fiber may show up.
11:54:16 17        But I don't -- to answer your question you
11:54:19 18   asked, I haven't counted how many are out there.
11:54:21 19   Q.   (By Mr. Chachkes)  Does MAS conduct
11:54:24 20   qualitative EDS analysis or quantitative EDS
11:54:27 21   analysis?
11:54:28 22   A.   I believe every spectra in here is
11:54:31 23   quantitative EDS analysis.
11:54:33 24   Q.   So you actually calculate the peak sizes
11:54:36 25   and do the math?
```
Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**Page 109**

1  a graduate school?
2  A.  Not in this type of work, no.
3  Q.  Okay.  In what type of work?
4  A.  Well, I was visiting assistant professor,
5  so it would have been materials science.
6  Q.  Okay.  Nothing to do with detecting
7  asbestos?
8  A.  No.
9  Q.  Do you know McCrone's Particle Atlas?
10  A.  Yes.
11  Q.  And that's something folks other than
12  McCrone use as a standard in this field?
13  A.  Yes.
14  Q.  Have you ever published anything that
15  other people outside of your lab use as a standard?
16      MR. CIRSCH:  Object to form.
17      THE WITNESS:  Not in a book, no.
18  Q.  (By Mr. Chachkes)  What about otherwise?
19  A.  Yes, if you go to Federal Mogul's and
20  search for wollastonite detection, one of our
21  protocols was published by them for the determination
22  of tremolite asbestos in wollastonite for Federal
23  Mogul involving their manufacture of OEM brakes.
24  Q.  What is Federal Mogul?  I'm not familiar
25  with that.

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

**Page 110**

1  A.  It's a company that owns a bunch of
2  companies.
3  Q.  Okay.  So you published -- I'm sorry, say
4  it again.  What does it stand for?
5  A.  Well, I didn't publish it.  We wrote a
6  protocol for determining a problem they were having
7  with the supplier of a mineral called wollastonite,
8  which is a substitute fibrous material, and the
9  particular source that they were using stated that it
10  had a small amount of tremolite contamination in it.
11  Q.  Okay.  Did you ever published a standard
12  for finding asbestos that was for the general
13  scientific community, not for just one specific
14  client?
15      MR. CIRSCH:  Object to form.
16      THE WITNESS:  I was in charge of the ASTM
17      and the D2205 committee for the analysis of --
18      number count analysis of asbestos in settled
19      dust.  It's the D5755, I believe it is.
20  Q.  (By Mr. Chachkes)  Okay.  And that has
21  your name on it?
22  A.  No.  ASTM standards have ASTM on it.
23  Q.  Okay.  And that was -- that standard --
24  the contributors were many more people than you;
25  right?

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

**Page 111**

1  A.  Yes.  Some people contributed, but I was
2  in charge of -- it was our method that we had given
3  to the EPA.  Then it was fighting over the
4  definitions.
5  Q.  Have you or MAS published any standard for
6  finding asbestos in any material or any mineral or
7  anywhere that is attributable exclusively to you or
8  MAS?
9  A.  No.
10  Q.  Have you published a methodology for
11  finding asbestos in talc?
12  A.  Have not.
13  Q.  You're aware that McCrone has done that;
14  right?
15      MR. CIRSCH:  Object to form.
16      THE WITNESS:  Jim Millette, yes, I'm
17      aware, 1990 and 2015, I believe, are the two
18      papers in Microscopy.
19  Q.  (By Mr. Chachkes)  You're aware that
20  McCrone has testing and training classes related to
21  finding asbestos; correct?
22      MR. CIRSCH:  Object to form.
23      THE WITNESS:  They teach a -- used to,
24      anyway, the McCrone Institute.  May still do it.
25  Q.  (By Mr. Chachkes)  Have you ever taught or

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

**Page 112**

1  trained -- sponsored teaching or training classes for
2  finding asbestos for people outside of MAS?
3  A.  I've given a couple lectures and taught an
4  all-day two-day seminar at the American Industrial
5  Hygiene Association to help train, to give certified
6  industrial hygienists or industrial hygienists how to
7  perform TEM analysis for asbestos.
8  Q.  Okay.  Other than that, any?
9  A.  At Georgia Tech in their continuing
10  education program involving asbestos, seminar up at
11  Southern University of New York, I have taught there
12  for a week.  Again, it was TEM analysis for asbestos.
13  Q.  Okay.  Was it for finding talc, asbestos
14  in talc?
15  A.  No, it was just general finding asbestos
16  in whatever you wanted to look in.
17  Q.  Have you or MAS given any training or
18  classes relating to finding asbestos in talc?
19  A.  No.
20  Q.  Has any School of Public Health asked you
21  to assist them in finding asbestos in talc?
22  A.  No.
23  Q.  You're aware that a number of governmental
24  bodies are out there, not just in the U.S. but
25  elsewhere, looking into the question of whether

Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

113

13:44:58 1  asbestos is in cosmetic talc; correct?
13:45:01 2       MR. CIRSCH:  Object to form.
13:45:02 3       THE WITNESS:  I'm aware of Canada and
13:45:06 4  maybe India, maybe.  I've seen some articles.
13:45:07 5  Q.   (By Mr. Chachkes)  Okay.  Have any of
13:45:07 6  those -- any governmental body, U.S. or otherwise,
13:45:10 7  asked you to assist in determining whether cosmetic
13:45:13 8  talc has asbestos?
13:45:15 9       MR. CIRSCH:  Object to form.
13:45:16 10      THE WITNESS:  No.
13:45:18 11 Q.   (By Mr. Chachkes)  Has any federal court
13:45:20 12 ever said that your methodology for finding talc
13:45:23 13 in -- asbestos in talc passes Daubert standards?
13:45:30 14 A.   I'm not sure I've had a Daubert standard
13:45:32 15 in federal court yet.  As for state court, I think
13:45:36 16 there's been seven, six or seven challenges.
13:45:39 17 Q.   So my question is about federal court.
13:45:41 18 Has any federal court certified you under Daubert
13:45:43 19 standards for finding asbestos in talc?
13:45:45 20      MR. CIRSCH:  Object to form.
13:45:46 21      THE WITNESS:  As I just stated, I don't
13:45:48 22 believe I've been in federal court yet other
13:45:50 23 than this one for -- where any Daubert
13:45:56 24 challenges would arise.
13:45:57 25 Q.   (By Mr. Chachkes)  Has your methodology
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

114

13:45:59 1  for finding asbestos in talc ever been published in a
13:46:04 2  peer-review journal or literature otherwise?
13:46:05 3       MR. CIRSCH:  Object to form.
13:46:06 4       THE WITNESS:  Well, it's not my method,
13:46:08 5  and the Blount method by PLM has been published
13:46:13 6  and the ISO 22262-2 is an international
13:46:16 7  standard.  So it's not my method; it's standard
13:46:20 8  protocols for doing the method.
13:46:21 9  Q.   (By Mr. Chachkes)  Is all your analysis
13:46:23 10 for -- all your analysis of cosmetic talc for
13:46:27 11 asbestos been for and sponsored by plaintiffs'
13:46:30 12 lawyers?
13:46:31 13 A.   Yes.
13:46:31 14 Q.   You mentioned the NVLA.  What is that?
13:46:36 15 A.   National Voluntary Laboratory
13:46:41 16 Accreditation Program for the determination of
13:46:42 17 asbestos in air samples by TEM and bulk analysis.
13:46:47 18 Q.   Does the NVLA have an accreditation for
13:46:52 19 finding asbestos in talc?
13:46:54 20 A.   It's hard to say because they don't really
13:47:01 21 dictate what the matrix is.
13:47:04 22 Q.   When you say matrix, what do you mean by
13:47:06 23 that?
13:47:06 24 A.   Well, it's just asbestos in materials.
13:47:09 25 I'm not sure they have a specific one for talc or a
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

115

13:47:13 1  specific one for joint compound or a specific one for
13:47:17 2  thermal insulation.  It's just a matter of being able
13:47:23 3  to determine and detect and to record what is
13:47:27 4  present.
13:47:28 5  Q.   Okay.  Does the NVLA have an accreditation
13:47:33 6  standard for finding talc in something other than
13:47:36 7  air, like in -- I'm sorry, strike that.
13:47:37 8       Does the NVLA have an accreditation
13:47:41 9  standard for finding asbestos in something other than
13:47:43 10 air, like in talc?
13:47:44 11      MR. CIRSCH:  Object to form.
13:47:45 12      THE WITNESS:  Well, they accredited to the
13:47:48 13 EPA 600/R-93 PLM method.  That's not specific
13:47:53 14 for talc.  It's building materials.
13:47:56 15 Q.   (By Mr. Chachkes)  And do they accredit
13:47:58 16 you for methodology or something else?
13:48:01 17 A.   To be able to perform the analysis.
13:48:04 18 Q.   Meaning what?
13:48:06 19 A.   Meaning if you -- we have round-robins
13:48:10 20 that you can adequately identify products that have a
13:48:14 21 certain concentration of asbestos in it that you
13:48:16 22 would routinely see for building products.
13:48:18 23 Q.   Has NVLA ever accredited you specifically
13:48:21 24 for finding talc in asbestos?
13:48:24 25 A.   I think, as I've already stated, they
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

116

13:48:26 1  don't have a previous matrix, meaning what is the
13:48:29 2  asbestos in.  They go by the EPA 600/R-93 method for
13:48:36 3  analysis of bulk samples, typically building material
13:48:40 4  bulk samples for asbestos.
13:48:41 5  Q.   So the NVLA, did they actually have
13:48:44 6  someone come to your lab and do this accreditation?
13:48:46 7  A.   Yes.
13:48:46 8  Q.   Okay.  When that person came to your lab
13:48:47 9  for the accreditation, did they ask to see your
13:48:51 10 techniques and methodologies for finding asbestos in
13:48:53 11 talc?
13:48:54 12      MR. CIRSCH:  Object to form.
13:48:55 13      THE WITNESS:  Again, they don't say talc
13:48:57 14 and they don't say any particular thing.  It's
13:48:58 15 just your overall methodology for performing the
13:49:01 16 analysis.  And usually the auditor will bring
13:49:07 17 samples and have the analyst be able to
13:49:10 18 determine the type and the estimated weight
13:49:14 19 percent of what's in the sample.
13:49:15 20 Q.   (By Mr. Chachkes)  Okay.  So the samples
13:49:18 21 that the NVLA brought for you to analyze for your
13:49:22 22 accreditation were not talc samples; correct?
13:49:25 23 A.   I don't believe so, no.
13:49:25 24 Q.   They were just straight-up samples of
13:49:28 25 different kinds of asbestos; right?
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

**Page 217**

1  photomicrograph -- it's close -- to make sure.
2  Q.    (By Mr. Chachkes) So you use visual
3  inspection through the TEM to determine morphology?
4       MR. CIRSCH:  Object to form.
5       THE WITNESS:  With the counting rules,
6       that is correct.
7  Q.    (By Mr. Chachkes) Okay.  Well, it doesn't
8  matter what the counting rules are.  If you want to
9  look at -- if you want to just see the morphology,
10 you use visual inspection?
11      MR. CIRSCH:  Object to form.
12      THE WITNESS:  The first thing we do is
13      look at it and if it has parallel sides and does
14      it meet the counting rules where this is an
15      elongated particle, that deserves further
16      examination.
17 Q.    (By Mr. Chachkes) Can you tell me where
18 in ISO 22262 it provides -- directs you to look at
19 morphology under TEM?
20 A.    I did.  I gave you the ISO standard for
21 TEM and indirect prep, and in order to determine what
22 your weight percent is, you have to determine if it
23 is parallel sides, greater than .5 micrometers in
24 length, and so on and so forth.
25      Not all methods replicate previous

**Page 218**

1  methods.  ISO 22262-2 does not put the entire
2  counting protocol in there.  It directs you to the
3  TEM method where you have all these methodology to do
4  that.
5  Q.    Okay.  So it's not, per se, in 22262, but
6  you're saying there's a reference to another ISO
7  standard which you say requires visual inspection
8  under TEM to determine morphology?
9       MR. CIRSCH:  Object to form.
10      THE WITNESS:  Well, per se it doesn't
11      replicate the entire procedure.  That's how
12      these standards work.
13      Once it has a document, in this case,
14      another ISO document that lays out all the
15      procedures and practices for how to identify
16      regulated asbestos, it just goes back to that.
17 Q.    (By Mr. Chachkes) So --
18 A.    ASTM is the same way, and the definition
19 of asbestos fibers in ASTM has another document that
20 tells you all the different definitions.  One builds
21 on the other.
22 Q.    Okay.  Just looking at 22262, there is a
23 section in there under part 1 that is labeled
24 Morphology; right?
25      Exhibit 4 is the one that's part 1?

**Page 219**

1  A.    Oh, part 1, I'm sorry.
2  Q.    Yeah.  I'll just direct your attention to
3  7.2. -- on page 22.
4       So there's a section on page 22 which has
5  the heading Morphology; correct?
6  A.    That is correct.  7.2.3.7.1.  I'm
7  surprised you didn't know that.
8  Q.    I did, actually.
9       And the only heading, as far as you know,
10 in the ISO 22262 parts that actually says morphology
11 is this one?  Or do you not know?  I don't want to
12 spend all day on that one.
13      MR. CIRSCH:  Form.
14      THE WITNESS:  Well, this is a PLM
15      analysis.  This is not TEM analysis.  And ISO
16      has their PLM analysis setup, and these are the
17      counting rules of what you do when you're
18      analyzing under a polarized light microscope
19      versus a transmission electron microscope.
20 Q.    (By Mr. Chachkes) Did you use PLM to
21 identify the morphology of the fibers you found in
22 the MDL?
23      MR. CIRSCH:  Object to form.
24      THE WITNESS:  Well, that's worded -- and I
25      apologize.  That's worded poorly.

**Page 220**

1       For our ISO 22262-1 PLM analysis, yes.  We
2  went through, and each of these regulated
3  asbestos fibers that we have in there in
4  pictures follow this morphology.
5  Q.    (By Mr. Chachkes) Okay.  In your reports
6  you write on page 12, Amphibole fibers or bundles
7  with substantially parallel sides and an aspect ratio
8  of 5-to-1 or greater and at least half a micrometer
9  in length were counted as regulated asbestos fibers
10 and bundles per the standard TEM counting rules
11 described by -- and then you cite six methods.  Are
12 you with me so far?
13 A.    I am.
14 Q.    Which is the method you actually use?
15 A.    Well, can't really point to any one method
16 because they all have the same counting rules.
17 Q.    Okay.
18 A.    What page was that?
19 Q.    I was just talking about page 12 of your
20 January 15.
21 A.    I think it states that.
22      This is for, again, TEM.  And every one of
23 those TEM methods have those counting rules, so I
24 referenced them all.
25      MR. CHACHKES:  So I'm going to mark as the

**221**

```
16:35:51  1   next exhibit ISO 13794.  We are on Exhibit 21.
16:36:02  2          (Defendants' Exhibit 21 was marked for
16:36:25  3   identification.)
16:36:25  4      Q.  (By Mr. Chachkes)  So we spoke a little
16:36:26  5   bit before about what's been marked as Exhibit 21;
          6   right?
16:36:31  7      A.  Yes, sir, we have.
16:36:32  8      Q.  Okay.  And going to the seventh page in
16:36:41  9   section 1, Scope.  Section -- we're here.
16:36:55 10      A.  What page?  7?  Did you say 7?
16:36:59 11      Q.  Actually, strike that.
16:37:00 12          I'm sorry.  So it was the seventh page of
16:37:05 13   the PDF, so let's strike that and start again.
16:37:09 14          Going to what's numbered in the exhibit as
16:37:11 15   page 1, going to the heading 1, this is Scope; right?
16:37:17 16   It's the scope of the ISO standard?
16:37:19 17      A.  Correct.
16:37:20 18      Q.  Okay.  Subsection 1.1, which is substance
16:37:24 19   determined; do you see that?
16:37:25 20      A.  I do.
16:37:26 21      Q.  And then you see at the last sentence, The
16:37:30 22   method cannot discriminate between individual fibers
16:37:33 23   of asbestos and nonasbestos analogs of the same
16:37:36 24   amphibole mineral.
16:37:36 25          Do you see that?
```
Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

**222**

```
16:37:37  1      A.  I do.
16:37:37  2      Q.  Do you agree with ISO 13794 that this
16:37:43  3   method cannot discriminate between individual fibers
16:37:46  4   of the asbestos and nonasbestos analogs of the same
16:37:50  5   amphibole material?
16:37:50  6      A.  Yes and no.  If you're analyzing samples
16:37:56  7   over and over from the same source and you're seeing
16:38:01  8   both what people will clearly say is asbestiform
16:38:08  9   bundles and you have some individual fibers in there,
16:38:11 10   in my opinion you can discriminate against that.
16:38:12 11          If I was looking at one fiber and I didn't
16:38:15 12   have any information about it and hadn't analyzed
16:38:18 13   sample after sample, I would say that one fiber, it's
16:38:24 14   asbestos, it's asbestiform because it's formed like
16:38:28 15   asbestos, but, no, it does not meet the geological
16:38:31 16   definition for asbestos, high tensile strength,
16:38:36 17   flexible, and so on and so forth.
16:38:39 18          But to me, asbestiform means that it is
16:38:42 19   fibrous like asbestos; I would call it asbestiform.
16:38:45 20      Q.  So it's your understanding when -- in this
16:38:49 21   exhibit, in this ISO standard, when it says it can't
16:38:52 22   discriminate between asbestos and nonasbestos
16:38:54 23   analogs, it's referring to geological definitions and
16:39:00 24   not regulatory definitions; is that your testimony?
16:39:02 25          MR. CIRSCH:  Object to form.
```
Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

**223**

```
16:39:03  1          THE WITNESS:  Well, it is regulatory.  If
16:39:05  2   it -- even though it cannot discriminate, you
16:39:07  3   have to count it, and it is a regulated asbestos
16:39:10  4   fiber if you decide it's asbestiform or not.  It
16:39:14  5   does not allow you to discriminate between the
16:39:16  6   two as long as it meets the counting rules.  It
16:39:18  7   is regulated.
          8      Q.  (By Mr. Chachkes)  Okay.
16:39:19  9      A.  Now, we can argue over back and forth if
16:39:21 10   it is asbestiform or not.  But make no mistake, it is
16:39:24 11   a regulated asbestos fiber if it meets the counting
16:39:27 12   rules.
16:39:28 13      Q.  Okay.  So you're saying that something can
16:39:31 14   meet the counting rules, be regulated, but it might
16:39:34 15   be the non -- you might be counting nonasbestos
16:39:37 16   analogs?
16:39:38 17          MR. CIRSCH:  Object to form.
16:39:39 18          THE WITNESS:  It's not nonasbestos.
16:39:42 19   It's --
16:39:42 20      Q.  (By Mr. Chachkes)  I'm using the phrase
16:39:44 21   in --
16:39:44 22      A.  It is not nonasbestos.  If it meets all
16:39:46 23   the counting rules, it's a regulated asbestos fiber.
16:39:49 24   That's my position on that.
16:39:50 25      Q.  Okay.  In this last sentence of 1.1, it
```
Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

**224**

```
16:39:55  1   makes a distinction between asbestos and nonasbestos
16:39:57  2   analogs; do you see that?
16:39:58  3      A.  I see that.
16:39:59  4      Q.  That's black and white; right?
16:40:00  5          MR. CIRSCH:  Object.
16:40:01  6          THE WITNESS:  That's what it states.
16:40:02  7      Q.  (By Mr. Chachkes)  Okay.  So tell me what
16:40:04  8   asbestos versus nonasbestos analogs mean in
16:40:09  9   ISO 13794.
16:40:09 10          MR. CIRSCH:  Object to form.
16:40:10 11          THE WITNESS:  They don't really define it
16:40:12 12   other than to say it may not.
16:40:13 13          In my opinion, if it is fibrous,
16:40:16 14   asbestiform, fibrous like asbestos-form, it is
16:40:20 15   asbestiform.
16:40:21 16      Q.  (By Mr. Chachkes)  Yeah, but what I want
16:40:23 17   is can you make any -- reading -- looking at that
16:40:27 18   sentence, there's a clear distinction between
16:40:30 19   asbestos and nonasbestos analogs.  What's the
16:40:32 20   difference?
16:40:33 21          It doesn't matter what you think.  What is
16:40:34 22   the ISO -- what distinction are they making?  Or you
16:40:37 23   just can't say?
16:40:38 24          MR. CIRSCH:  Object to form.
16:40:38 25          THE WITNESS:  It's not that they don't
```
Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

## Page 249

1  think that's not -- because the aspect ratio
2  obviously is greater than 5-to-1; right?
3     A.   Well, I would take a look at it and see
4  parallel sides, is that multiple fibers. I don't
5  know what magnification this is at.
6         So again, I would prefer to be looking at
7  something under a TEM than just play
8  guess-what-this-is.
9     Q.   Okay. So it's possible what you're
10  looking at there which has an aspect ratio of -- it's
11  greater than 5-to-1; right?
12     A.   That's correct.
13     Q.   Okay. It's possible that that's not --
14  that's nonasbestiform if it doesn't have parallel
15  sides; is that true?
16     A.   Again, this is an optical microscopy
17  picture. So unless I was looking at this under the
18  TEM, but certainly has parallel sides. I don't know
19  the width. I can't really make out the micron bar, I
20  don't know the magnification.
21         So you'll have to get some other expert to
22  take a look at it, if he's willing to opine what that
23  is versus the counting rules in the TEM.
24     Q.   In the second row, assuming that
25  everything in the second row is amphibole, would you

## Page 250

1  call those asbestiform or not?
2     A.   Again, I'm looking at an optical
3  microscopy picture. We've got a bundle that -- I
4  mean, I can't look at the micron bar. Possibly just
5  the one in the middle because you can see individual
6  fibrils.
7     Q.   Okay. If you saw that under your TEM,
8  would you label that as asbestos?
9     A.   Well, I'm not looking at it under TEM. So
10  if it's under an optical microscopy method and it
11  meets the definition, it's got parallel sides, it
12  looks like it has multiple fibers in the bundle, that
13  by definition is asbestiform.
14     Q.   And why do you say it looks like it has
15  multiple fibers in the bundle?
16     A.   Because I can see them.
17     Q.   Okay. You're referring to the lines that
18  go from the northwest towards the southeast starting
19  in the top?
20     A.   Yes, sir.
21     Q.   Okay. In the third row, assuming those
22  are amphiboles, do you have enough information to
23  determine whether they're asbestiform?
24     A.   I can't really see what we have here under
25  these. And I'm assuming the fourth and five row --

## Page 251

1     Q.   Well, let's not get ahead of ourselves.
2         Now, in the third row, do you have enough
3  information from these pictures to see whether
4  they're bundles or fibers?
5     A.   No. It's too out of focus.
6     Q.   Okay.
7     A.   I would -- looks like you have dark field
8  here. I would have to see this in the TEM.
9     Q.   Okay. In the second row, far left, do you
10  have enough -- does it appear to you whether there
11  are bundles or fibers?
12     A.   No, you can't make out. Most of these are
13  just particles. And I would have to be looking at
14  this one that has parallel sides. But I would have
15  to be determining if I could see individual fibers in
16  it or not.
17     Q.   In the fourth row, second from the bottom,
18  are these asbestiform?
19     A.   Maybe.
20     Q.   What additional information would you need
21  to determine that?
22     A.   I need to be looking at it in the TEM
23  or -- so that I can make a determination. The size,
24  the magnification.
25     Q.   Do you have enough information in the

## Page 252

1  second -- in that second-to-last row, those three
2  pictures, to determine whether that's asbestiform?
3     A.   I wouldn't make that call either way
4  unless I could be looking at it under the TEM. It
5  looks like very little magnification. And I
6  apologize, but they're fairly poor photographs.
7     Q.   Okay. In the last row, same question. In
8  those three pictures at the very bottom of
9  Exhibit 22, are those -- see the single fibers -- the
10  single item in the middle, would you call that
11  asbestiform?
12     A.   It has parallel sides. I can't see
13  individual fibers. But I would call that a regulated
14  asbestos fiber or bundle, maybe.
15         Again, I would need to be looking at the
16  TEM analysis of these or at least better photographs.
17     Q.   Okay. So the bottom six are all TEM
18  photomicrographs from you? You realize that; right?
19         MR. CIRSCH: Object to form.
20         THE WITNESS: And that's fine. If you
21  tell me which ones they are, at least I can get
22  better images.
23     Q.   (By Mr. Chachkes) These are the images
24  you provided to us; right?
25     A.   Well, when we provide the book, we provide

## Page 257

1 THE WITNESS: I don't have any expectation
2 of what we're going to find or what we expect.
3 We just count using the protocols and make the
4 decision on what morphology it is.
5 Q. (By Mr. Chachkes) Okay. Have you
6 testified that the modified Blount TEM method you
7 employed in your March 2018 report is materially
8 identical to the ISO 22262?
9 A. I don't think I -- it's not identical.
10 The old Blount report uses a different heavy density
11 liquid separation. But the ISO, we can use the same
12 spin rate, same time for rpm and spin rate.
13 But the difference is the -- even the old
14 Blount is the same. And that's -- what's interesting
15 about the ISO 22262-2, it gives you the leeway to use
16 whatever you need to use. And the only thing it
17 really specifies is the density of the heavy liquid.
18 Q. You used the Blount TEM method in your
19 March 2018 report; correct?
20 A. Correct.
21 Q. Was it materially identical to what's
22 mandated in ISO 22262?
23 A. ISO 22262 doesn't mandate any particular
24 conditions. So you can use whatever procedures you
25 feel work the best. And that's because the spin

## Page 258

1 rates and rpm does not really affect the overall
2 concentrations, and it happened to be the same
3 density, liquid density.
4 Q. You've testified that the same four
5 associates at MAS have conducted all of MAS's
6 analysis of Johnson's Baby Powder in your reports
7 going all the way back to 2017; is that correct?
8 MR. CIRSCH: Object to form.
9 THE WITNESS: We have some of the same
10 people, yes.
11 Q. (By Mr. Chachkes) Okay. What about are
12 they the same? Is it the same people who were
13 doing -- analyzing Johnson Baby Powder in early 2017
14 as are doing it now?
15 A. You'll have to clarify that question.
16 Q. Well, there were four people doing
17 analysis in the MDL report; right?
18 A. Correct.
19 Q. There are four people doing analysis in
20 the reports that rely on research all the way back
21 to -- analysis all the way back to 2017; correct?
22 A. I'd have to look at that.
23 Q. Okay. I'm asking is it the same four
24 people? You don't know?
25 MR. CIRSCH: Object to the form.

## Page 259

1 THE WITNESS: I'd have to look and see who
2 the four people are because there are some folks
3 who started doing, you know, analysis now may
4 not have been doing analysis then, and there's
5 some folks doing analysis then that are not
6 doing analysis now. It's just easy to look in
7 the count sheets and see if they're the same or
8 not.
9 Q. (By Mr. Chachkes) Is there additional
10 data concerning the samples upon which you reported
11 for TEM that is in a file somewhere in your
12 laboratory but not printed out and not produced?
13 A. All the data for these particular samples
14 are here.
15 Q. Okay. Was there any data generated in
16 connection with the TEM analysis in this case that
17 was thrown away or deleted?
18 A. No, not that I'm aware of.
19 Q. You personally have not conducted any of
20 the PLM testing included in your MDL report; correct?
21 A. That is correct.
22 Q. Did you sit with your analysts as they did
23 the PLM testing?
24 A. I have probably looked in that optical
25 microscope 50 times in the last two months.

## Page 260

1 Q. So when you say you've looked in it,
2 you've looked in it while your analysts were testing
3 MDL samples for the purposes of your current report?
4 A. Well, you can't -- both of you can't look
5 in the microscope at the same time. A lot of times
6 it's on the monitor that we use so that we can
7 increase the sensitivity. But, no, I don't
8 personally do the PLM analysis.
9 Q. Yeah, but I'm trying to get the sense of
10 were you actively involved looking through the
11 microscope or looking along with the other person
12 into the microscope for the PLM that's reported on in
13 the MDL?
14 A. I have been active with the PLM
15 microscopists looking at structures, looking at
16 different aspects of it, but ultimately he makes the
17 decision.
18 Q. Okay. So the decisions -- the opinions in
19 your report about whether the PLM was a positive for
20 asbestos, those are the opinions of your analysts?
21 A. It's not an opinion.
22 MS. O'DELL: Form.
23 THE WITNESS: It meets the definition. It
24 has the right crystalline information. It meets
25 all the different definitions. To me, that is

**Page 261**

1 not an opinion.
2 Q. (By Mr. Chachkes) Okay. Those are the
3 conclusions of your analysts?
4 A. Yes.
5 Q. Okay. You have personally never tested a
6 talc sample for asbestos from start to finish
7 yourself?
8 A. That is correct.
9 Q. You're not trained in using PLM for the
10 purposes of testing talc for asbestos?
11     MR. CIRSCH: Object to form.
12     THE WITNESS: I have not taken a PLM
13 course for asbestos.
14 Q. (By Mr. Chachkes) You've not published
15 any PLM methodologies?
16 A. No, sir. We're not using our
17 methodologies. We're using the standard protocol
18 methodologies. So if we were to publish -- when we
19 publish this, we would be publishing that this is the
20 method we used. That's like everybody else.
21 Q. Have you published any PLM work testing
22 for asbestos in any context?
23 A. Yes.
24 Q. What is it?
25 A. Our gasket study, our vermiculite studies,

**Page 262**

1 our -- that have been published. A number of papers
2 are published where it's going to be a study on
3 exposure. You usually have to determine what the
4 concentration of asbestos is in the materials before
5 you publish that.
6 Q. Those are published in peer-reviewed
7 literature?
8 A. Yes, sir.
9 Q. Okay. But those are not finding asbestos
10 in talc; right?
11 A. No, sir. These are all construction
12 products.
13 Q. Are you an expert in PLM?
14 A. I think I know more than the average
15 layperson.
16 Q. Are you an expert in PLM?
17     MR. CIRSCH: Object to form.
18     THE WITNESS: Again, that's up to a judge
19 to be an expert.
20     I know how the analysis is done, I could
21 do an analysis if I -- it would take me a lot
22 longer than what people typically do.
23 Q. (By Mr. Chachkes) One of the
24 disadvantages of PLM that you cite is that it cannot
25 resolve particles less than 1/2 micrometer; is that

**Page 263**

1 correct?
2 A. Individual fibers, unless they have a
3 number of fibers in a bundle. But we don't see
4 individual fibers. In fact, we haven't seen any
5 individual fiber in any of these analyses that we've
6 done. They've all been very large bundles.
7 Q. Is it unambiguously true that asbestos
8 particles must be at least 1/2 micrometer in the
9 smallest dimension to be visible under PLM?
10 A. That's what's stated. We never see
11 individual fibers of any size. Everything that we
12 have run across is these very large bundles that have
13 multiple fibers in them.
14 Q. But I'm talking about not what you're
15 actually seeing, but this is a matter of the
16 resolution.
17     Must asbestos particles be at least 1/2
18 micrometer in the smallest dimension to be visible
19 under PLM?
20 A. It may be visible, but it's hard to go
21 through the dispersion staining and everything
22 associated to make a positive identification.
23     So maybe theoretically that's possible,
24 but it's not something that's routinely seen, that I
25 know of.

**Page 264**

1 Q. Do you have the ability to detect asbestos
2 fibers with a width of approximately .3 micrometers
3 by PLM?
4 A. Again, it may be theoretically possible,
5 but I'm not aware that it's routinely done. We've
6 never seen any in the cosmetic talc.
7 Q. Shouldn't the particle distribution be on
8 a bell curve so that you would expect that some
9 exist?
10     MR. CIRSCH: Object to form.
11     THE WITNESS: I'm sure there is -- it is
12 in there because a lot of these we have positive
13 TEMs. But these two techniques have different
14 size distributions that they can see or they can
15 resolve or not resolve to be able to absolutely
16 determine if it is regulated asbestos or not.
17 Q. (By Mr. Chachkes) Is it your position
18 that particles below 1/2 micrometer are not
19 resolvable because your analysts have never observed
20 particles of that width or smaller?
21 A. It's my position that these are fibers,
22 and single fibers are not being resolved in this
23 matrix or seen by the PLM.
24 Q. Is that because your analysts haven't
25 observed it, or is it just because of the nature of

```
                                                361

 1                      COURT REPORTER DISCLOSURE

 2
              Pursuant to Article 10.B. of the Rules and
 3    Regulations of the Board of Court Reporting of the
      Judicial Council of Georgia which states: "Each court
 4    reporter shall tender a disclosure form at the time
      of the taking of the deposition stating the
 5    arrangements made for the reporting services of the
      certified court reporter, by the certified court
 6    reporter, the court reporter's employer, or the
      referral source for the deposition, with any party to
 7    the litigation, counsel to the parties or other
      entity.  Such form shall be attached to the
 8    deposition transcript," I make the following
      disclosure:
 9
              I am a Georgia Certified Court Reporter.  I am
10    here as a representative of Atlanta Reporters, Inc.
      Atlanta Reporters was contacted to provide court
11    reporting services for the deposition.  Atlanta
      Reporters will not be taking this deposition under
12    any contract that is prohibited by O.C.G.A.
      15-14-37(a) and (b).
13
              Atlanta Reporters has no contract/agreement to
14    provide reporting services with any party to the
      case, any counsel in the case, or any reporter or
15    reporting agency from whom a referral might have been
      made to cover this deposition.  Atlanta Reporters
16    will charge its usual and customary rates to all
      parties in the case, and a financial discount will
17    not be given to any party to this litigation.

18

19

20                    _____
21                    FRANCES BUONO, B-791
                      Georgia Certified Court Reporter
22

23

24

25

         Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com
```