# EXHIBIT 13

Case 3:16-md-02738-MAS-RLS   Document 33014-13   Filed 07/23/24   Page 2 of 8
BRICK TRIAL, on MAY 31, 2018                    PageID: 221713
ILENE BRICK vs. BRENNTAG NORTH AMERICA, et al.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 41          HON. STEPHEN M. MOLONEY, JUDGE


| | |
|---|---|
| CONSOLIDATED PROCEEDINGS | ) |
| SPECIAL TITLE (RULE 3.550) | ) |
| | ) |
| LAOSD ASBESTOS CASES | ) JCCP CASE NO. 4674 |
| | ) |
| ILENE BRICK, | ) |
| | ) CASE NO. BC674595 |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) |
| | ) |
| | ) **Certified Transcript** |
| BRENNTAG NORTH AMERICA, INC., | ) |
| ET AL., | ) |
| | ) PAGES 151 TO 260 |
| DEFENDANTS. | ) |
| _____ | ) |


REPORTER'S TRANSCRIPT OF PROCEEDINGS

MAY 31, 2018

P.M. SESSION

**APPEARANCES:**

**FOR THE PLAINTIFF:**

SIMON GREENSTONE PANATIER, P.C.
BY:  STUART J. PURDY, ESQ.
     ALBERT OGANESYAN, ESQ.
3780 KILROY AIRPORT WAY
SUITE 540
LONG BEACH, CALIFORNIA 90806
(562) 590-3400
SPURDY@SGPTRIAL.COM
AOGANESYAN@SGPTRIAL.COM

(APPEARANCES CONTINUED NEXT PAGE)


REPORTED BY:     K. DARLENE LEWIS, CSR NO. 13534
                 OFFICIAL REPORTER PRO TEMPORE

Case 3:16-md-02738-MAS-RLS   Document 33014-13   Filed 07/23/24   Page 3 of 8
PageID: 221714

BRICK TRIAL, on MAY 31, 2018
ILENE BRICK vs. BRENNTAG NORTH AMERICA, et al.

```
 1    APPEARANCES OF COUNSEL:  (CONTINUED)
 2
      FOR THE DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON
 3    CONSUMER, INC.:
 4                              ORRICK, HERRINGTON & SUTCLIFFE, LLP
                                BY:  KHAI LEQUANG, ESQ.
 5                              2050 MAIN STREET, SUITE 1100
                                IRVINE, CALIFORNIA  92614-8256
 6                              (949) 236-0973
                                KLEQUANG@ORRICK.COM
 7
                                        AND
 8
                                ORRICK, HERRINGTON & SUTCLIFFE, LLP
 9                              BY:  MATTHEW ASHBY, ESQ.
                                777 SOUTH FIGUEROA STREET
10                              SUITE 3200
                                LOS ANGELES, CALIFORNIA  90017-5855
11                              (213) 612-2257
                                MASHBY@ORRICK.COM
12
                                        AND
13
                                BAILEY CROWE KUGLER & ARNOLD, LLP
14                              BY:  MEL. D. BAILEY, ESQ.
                                6550 BANK OF AMERICAN PLAZA
15                              901 MAIN STREET
                                DALLAS, TEXAS  75202-5605
16                              (214) 231-0555
                                MBAILEY@BCKLAW.COM
17
18    FOR THE DEFENDANT IMERYS TALC AMERICA, INC.:
19
                                DENTONS US, LLP
20                              BY:  JENNIFER J. LEE, ESQ.
                                SPEAR TOWER, 24TH FLOOR
21                              ONE MARKET PLAZA
                                SAN FRANCISCO, CALIFORNIA  94105
22                              (415) 267-4126
                                JENNIFER.LEE@DENTONS.COM
23
                                        AND
24
                                DENTONS US, LLP
25                              BY:  NATALIE GARCIA LASHINSKY, ESQ.
                                1999 HARRISON STREET, SUITE 1300
26                              ONE MARKET PLAZA
                                OAKLAND, CALIFORNIA  94612-4709
27                              (415) 882-5013
                                NATALIE.LASHINSKY@DENTONS.COM
28
```

1    **APPEARANCES OF COUNSEL:**  (CONTINUED)

2

3    FOR THE DEFENDANT IMERYS TALC AMERICA, INC.:

4                              ALSTON & BIRD
                              BY:  PETER E. MASAITIS, ESQ.
5                             333 SOUTH HOPE STREET, 16TH FLOOR
                              LOS ANGELES, CALIFORNIA  90071
6                             (213) 576-1000
                              PETER.MASAITIS@ALSTON.COM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRICK TRIAL, on MAY 31, 2018
ILENE BRICK vs. BRENNTAG NORTH AMERICA, et al.

9 (Pages 167 to 170)

Page 167

1    Q  WHAT THEY ARE SAYING IS, TRACE AMOUNTS BELOW
2   1 PERCENT OF ASBESTIFORM MINERALS WOULD RESULT IN
3   ASBESTOS EXPOSURES TO BE EXPECTED TO BE EXCEEDINGLY LOW,
4   COMPARABLE TO WHAT'S BEING BREATHED IN AMBIENT AIR.
5        THAT'S WHAT THAT ARTICLE SAYS, ISN'T IT?
6    A  THAT IS WHAT IT STATES.  IT IS NOT TRUE, BUT
7   THAT'S WHAT IT STATES.
8    Q  THEY MAKE REFERENCE IN HERE TO STUDIES DONE BY
9   THE F.D.A. ON THE SAME ISSUE, WHETHER OR NOT EVEN IF
10  THERE'S A TRACE AMOUNT OF ASBESTOS OR ASBESTIFORM
11  MINERALS IN TALCUM POWDER, WHETHER OR NOT IT CREATES ANY
12  RISK OR ANY EXPOSURE HIGHER THAN AMBIENT AIR OR
13  BACKGROUND AIR.
14       YOU ARE FAMILIAR WITH THAT; RIGHT?
15   A  I AM FAMILIAR WITH THE TEST.  I DON'T KNOW IF I
16  AM FAMILIAR THAT THEY ACTUALLY SAID THAT, SIMILAR TO
17  THIS.
18   Q  WE WILL COME BACK TO THAT.
19       IF THE F.D.A. HAS SAID THE SAME THING ABOUT THE
20  LEVELS OF EXPOSURE TO ASBESTOS, IF IT EXISTS AT ALL IN
21  TALCUM POWDER, AND WHETHER IT CREATES ANY RISK OF
22  DISEASE AT ALL, ARE YOU SAYING YOU ARE NOT AWARE OF IT,
23  OR YOU DON'T REMEMBER IT, OR YOU HAVE NEVER HEARD IT?
24   A  A, B, OR C.  I DON'T RECALL THEM SAYING EXACTLY
25  THIS IS WHAT YOU POINTED OUT, THAT LESS THAN OR EQUAL TO
26  0.1 PERCENT WOULD NOT CAUSE ANY SIGNIFICANT EXPOSURE
27  ABOVE BACKGROUND.  THAT'S NOT TRUE.
28   Q  MY QUESTION TO YOU, DR. LONGO, AND WE CAN COME TO

Page 168

1   IT LATER.  JUST AS YOU SIT HERE TODAY, DO YOU KNOW
2   WHETHER OR NOT THE F.D.A. HAS SAID THE SAME THING -- I
3   WILL PUT IT TO YOU THIS WAY.  IF THERE IS ANY TRACE
4   LEVEL OF ASBESTOS IN THESE TALCS, THERE IS NO RISK TO
5   THE PEOPLE USING THEM ABOVE THOSE PEOPLE BREATHING
6   BACKGROUND OR AMBIENT AIR?
7        DO YOU KNOW WHETHER OR NOT THE F.D.A. HAS
8   PUBLISHED THAT?
9    A  SAME AS THIS, NO, I DON'T RECALL THAT.
10   Q  YOU TALK ABOUT THE F.D.A.'S SENSITIVITY, THINGS
11  OF THAT.  THE BIGGER QUESTION IS THIS.  DO YOU KNOW
12  WHETHER OR NOT THEY HAVE TAKEN A POSITION ON WHETHER OR
13  NOT, IF THERE IS ASBESTOS IN ANY OF THESE TALCUM
14  PRODUCTS, IT CREATES ANY MEDICAL RISK TO ANYONE USING
15  IT?
16       DO YOU KNOW WHETHER THEY HAVE TAKEN A POSITION ON
17  THAT?
18   A  THAT, I DON'T KNOW BECAUSE I AM JUST A
19  MEASUREMENT GUY.  SO I DON'T TALK ABOUT RISK OR HEALTH
20  EFFECTS OF IT.  JUST HOW MUCH IT IS.
21   Q  YOU ARE JUST A MEASUREMENT GUY THAT CAN CRITICIZE
22  THE MEASUREMENTS THAT PEOPLE USE, BUT WHETHER OR NOT THE
23  F.D.A. HAS SAID THERE IS NO RISK, EVEN IF THERE IS
24  ASBESTOS AT THIS LEVEL AND IN THESE PRODUCTS, SINCE YOU
25  ARE JUST THE MEASUREMENT GUY, YOU DON'T KNOW THAT ONE
26  WAY OR THE OTHER; TRUE?
27   A  I DON'T FOLLOW THE RISK ASPECT OF IT, JUST HOW
28  MUCH CONCENTRATION IS THERE.

Page 169

1    Q  SO YOU HAVE NEVER GONE TO THE EFFORT, AND NO ONE
2   HAS EVER ASKED YOU TO TURN THE PAGE, READ THE REST OF
3   THE STUDY, OR FOLLOW UP TO ANOTHER STUDY AND SEE WHAT
4   THE F.D.A. IS REALLY SAYING ABOUT WHETHER THESE PRODUCTS
5   SHOULD EVEN HAVE A LABEL ON THEM OR WHETHER THEY HAVE
6   ANY RISK?  IS THAT TRUE?
7    A  THAT'S TRUE.  I DON'T LOOK AT THE RISK.  I
8   FOLLOWED UP ON THE F.D.A. TO SEE HOW THEY DID THEIR TEST
9   TO MAKE THE KIND OF STATEMENTS LIKE THIS TO HAVE THE
10  RIGHT SENSITIVITY.  ARE THEY MEASURING THE SAME THING?
11  ARE THEY USING THE CONCENTRATION METHOD?  WHAT DID THE
12  LAB USE?  THAT'S WHAT I DID.
13       MR. BAILEY:  EXCUSE ME.  YOUR HONOR, IT'S
14  NONRESPONSIVE.
15       THE COURT:  IN ANSWER TO YOUR QUESTION, HE SAID
16  THAT'S TRUE.  SINCE IT IS CROSS-EXAMINATION, I WILL
17  STRIKE THE REST.
18       MR. BAILEY:  THANK YOU, YOUR HONOR.
19  BY MR. BAILEY:
20   Q  CAN WE CALL UP NUMBER 8810.
21       THIS IS AN AD YOU RAN SOMETIME AROUND 1990 OR
22  THEREABOUTS?
23   A  I THINK IT WAS 1989.  FAIRLY ANCIENT THERE.
24   Q  I WILL LET THAT ONE SIT THERE, DOCTOR.
25       LET'S JUST READ ALONG WHAT IT SAID.  YOU RAN THIS
26  AD EARLY ON IN YOUR CAREER; TRUE?
27   A  I GUESS IF "EARLY ON" IS SIX YEARS LATER.
28   Q  WHEN DID YOU OPEN M.A.S.?

Page 170

1    A  I OPENED M.A.S. IN -- OPENED THE DOORS IN
2   FEBRUARY OF 1988, BUT I STARTED MY CAREER ANALYZING AND
3   DOING THIS TYPE OF WORK IN 1983.
4    Q  SO BAD QUESTION.  YOU OPENED YOUR COMPANY IN
5   1988, AND BY THE NEXT YEAR, 1989, YOU WERE RUNNING THIS
6   AD; CORRECT?
7    A  YES, SIR.
8    Q  THAT'S MORE ACCURATE?
9    A  THAT'S BETTER.
10   Q  AND YOU TOLD US SINCE THIS AD WAS RUN, YOU'VE
11  BEEN TESTIFYING FOR ALMOST 30 YEARS IN COURTROOMS AND
12  GIVING DEPOSITIONS; CORRECT?
13   A  MAYBE 28, 28 YEARS OR SO.  FIRST TIME I TESTIFIED
14  IN ACTUALLY WAS A CIGARETTE CASE, A TOBACCO CASE IN 1990
15  MAYBE.  FIRST ASBESTOS CASE WAS IN 1991.
16   Q  I CAN BRING YOU YOUR DEPOSITION OR SEE IF YOU
17  AGREE WITH THIS QUESTION.
18       YOU HAVE BEEN TESTIFYING IN COURTROOMS LIKE THIS
19  FOR ALMOST 30 YEARS; TRUE?
20   A  ALMOST, THAT'S TRUE.
21   Q  AND YOU RAN THIS AD THE YEAR AFTER YOU OPENED
22  YOUR BUSINESS IN THE NATIONAL ASBESTOS COUNCIL MAGAZINE;
23  TRUE?
24   A  THAT IS CORRECT.
25   Q  AND IT READS:
26       AT M.A.S. NOT ONLY WILL THE DATA
27       SHOW UP IN COURT, SO WILL THE
28       PROFESSIONALS WHO DOCUMENTED IT.

BRICK TRIAL, on MAY 31, 2018
ILENE BRICK vs. BRENNTAG NORTH AMERICA, et al.

10 (Pages 171 to 174)

Page 171

1      CORRECT?
2    A  THAT IS -- THAT QUOTE IS A GEORGE YAMATE, BUT
3  THAT IS CORRECT.
4    Q  BUT THIS IS YOUR COMPANY AND YOU KNEW OF THIS.
5  YOU'RE SITTING RIGHT IN THE MIDDLE OF IT; RIGHT?
6    A  YES, I WAS TELLING YOU WHOSE NAME IT WAS UNDER.
7    Q  THE NEXT HERE SAYS:
8          WILL YOUR T.E.M. LABORATORY DATA
9        MAKE IT THROUGH THE TOUGHEST MEETING
10       OF YOUR LIFE?
11       THIS IS THE AD YOU RAN IN THE NATIONAL ASBESTOS
12  COUNCIL MAGAZINE; CORRECT?
13   A  THAT IS CORRECT.
14   Q  SINCE THAT TIME, DR. LONGO, I THINK YOU TOLD US
15  EARLIER THIS MORNING, YOUR COMPANY HAS BILLED ALMOST
16  $30 MILLION IN TESTIFYING IN DEPOSITIONS AND IN
17  COURTROOMS; CORRECT?
18   A  IN TESTING, I THINK THAT'S PROBABLY A FAIR
19  ESTIMATE.
20   Q  SINCE YOU RAN THIS AD, YOU HAVE GIVEN 2,500 TO
21  3,000 DEPOSITIONS; TRUE?
22   A  I BELIEVE THAT'S TRUE.
23   Q  AND 90 TO 95 PERCENT OF THE TIME THAT YOU APPEAR
24  AT TRIAL OR IN DEPOSITION, IT IS ON BEHALF OF THE
25  PLAINTIFF; CORRECT?
26   A  THAT IS CORRECT.
27   Q  TRYING TO KEEP UP WITH YOUR HOURLY RATE, YOU NOW
28  BILL $550 AN HOUR?

Page 172

1    A  YES, SIR.  I BELIEVE THAT'S THE LAST SIX YEARS.
2    Q  TO MAKE SURE I PHRASE THIS CORRECTLY -- OVER THE
3  PAST 30 YEARS M.A.S. HAS BILLED OVER $30 MILLION FOR
4  LEGAL CONSULTATION, DEPOSITIONS, WORK EVALUATION AND
5  TRIAL TESTIMONY ON BEHALF OF PLAINTIFFS; CORRECT?
6    A  OH, NO, THAT WOULD BE ON BEHALF OF PLAINTIFFS AND
7  DEFENDANTS, I BELIEVE.
8    THE COURT:  WHILE YOU ARE LOOKING FOR THAT.
9  LADIES AND GENTLEMEN, A DEPOSITION IS A QUESTION AND
10  ANSWER SESSION UNDER OATH.  IT TAKE PLACE BEFORE TRIAL.
11  THE ATTORNEYS ARE PRESENT AND THE WITNESS IS SWORN
12  SIMILAR TO THE OATH TAKEN IN COURT.  THE QUESTIONS ARE
13  UNDER PENALTY OF PERJURY.  YOU ARE TO TREAT THE
14  TESTIMONY FROM A DEPOSITION BY WHOMEVER IS TESTIFYING AS
15  IF IT WAS GIVEN IN COURT.
16  BY MR. BAILEY:
17   Q  ON PAGE 1825 --
18     MR. BAILEY:  MAY I APPROACH, YOUR HONOR?
19     THE COURT:  YES.
20     THE WITNESS:  1825?
21     MR. BAILEY:  YES, SIR.
22     YOUR HONOR, THIS IS -- TRIAL TRANSCRIPT
23  PAGE 1825, LINE 2 THROUGH 8.
24     THE COURT:  LINE 2 THROUGH 8.
25     MR. BAILEY:  YES, YOUR HONOR.  MAY WE DISPLAY IT?
26     THE COURT:  YES.
27     MR. BAILEY:  CAN YOU?
28   BY MR. BAILEY:

Page 173

1    Q  THE QUESTION I WAS JUST ASKING YOU:  I AM GOING
2  TO PUT $30 MILLION.  AND TO BE CLEAR, THIS IS FOR LEGAL
3  CONSULTATION, DEPOSITIONS, WORK EVALUATION, TRIAL
4  TESTIMONY ON BEHALF OF PLAINTIFFS; CORRECT?
5    A  THAT'S WHAT IT STATES.
6    Q  THAT'S YOUR TESTIMONY?
7    A  I BELIEVE SO.  NOT EXACTLY CORRECT, BUT THAT'S
8  WHAT IT STATES.
9    Q  CAN WE GO TO THE NEXT TWO LINES.  YOU CAN SEE
10  THIS IS TESTIMONY GIVEN MAY 15, 2018; CORRECT?
11   A  I REMEMBER IT WELL.
12   Q  AND THE NEXT QUESTION WAS:
13        THAT WAS BY A COMPANY YOU OWNED
14        75 PERCENT OF.
15        YOU WILL AGREE YOU SAID "YES, SIR"; CORRECT?
16   A  I DO OWN 75 PERCENT.
17   Q  LET'S DO A COUPLE OTHER THINGS BEFORE WE MOVE ON.
18  JUST TALK BRIEFLY ABOUT SOME OF YOUR QUALIFICATIONS.
19      I KNOW YOU'VE OFFERED SOME OPINIONS ABOUT
20  EXPOSURES AND THE LIKE, BUT YOU ARE NOT AN INDUSTRIAL
21  HYGIENIST; CORRECT?
22   A  I AM NOT A CERTIFIED HYGIENIST, NO.
23   Q  THERE'S A CERTIFICATION YOU GET IF YOU WANT TO GO
24  BECOME CERTIFIED IN THE FIELD OF INDUSTRIAL HYGIENE;
25  TRUE?
26   A  THAT IS CORRECT.
27   Q  YOU ARE NOT A STATISTICIAN; CORRECT?
28   A  NO, SIR, I AM NOT.

Page 174

1    Q  JURY HAS HEARD ABOUT EPIDEMIOLOGY.  YOU ARE NOT
2  AN EPIDEMIOLOGIST?
3    A  NO, I AM NOT.
4    Q  OR A GEOLOGIST OR EVEN A MINERALOGIST; CORRECT?
5    A  I DON'T HAVE A DEGREE IN GEOLOGY OR MINERALOGY,
6  NO.
7    Q  AND WHILE WE'RE MOVING THROUGH THIS, YOU HAVE
8  NEVER PUBLISHED A PAPER ON TALC; TRUE?
9    A  THAT'S TRUE.
10   Q  YOU HAVE NEVER BEEN TO A TALC MINE ANYWHERE OR
11  ANYTIME; CORRECT?
12   A  THAT IS STILL TRUE.
13   Q  YOU HAVE NEVER TESTED COSMETIC TALC FOR ANY
14  REASON OUTSIDE OF BEING HIRED IN LITIGATION; CORRECT?
15   A  THAT WOULD BE CORRECT.
16   Q  THE ONLY TIME YOU HAVE EVER TESTED COSMETIC TALC
17  WAS WHEN YOU'RE HIRED BY PLAINTIFF'S ATTORNEYS; CORRECT?
18   A  THAT'S CORRECT.
19   Q  AND YOU BEGAN YOUR WORK IN 1990.  AND YOU HAVE
20  TESTED BRAKES, YOU HAVE TESTED CLUTCHES, YOU HAVE TESTED
21  A NUMBER OF THINGS TO EARN THIS $30 MILLION IN TESTIMONY
22  FEES AND TESTING FEES FOR PLAINTIFFS, ALWAYS LOOKING FOR
23  WHETHER THERE WAS ASBESTOS IN A PRODUCT; CORRECT?
24   A  WELL, THE SECOND PART IS INCORRECT.  THE
25  30 MILLION WOULD BE A COMBINATION OF BOTH BECAUSE THAT'S
26  WHAT I WAS AVERAGING.  I DIDN'T CATCH, WHEN THAT
27  QUESTION WAS ASKED OF ME BEFORE, THAT IT SAID
28  PLAINTIFFS.  BUT CERTAINLY OUR COMPANY HAS BILLED AND

Case 3:16-md-02738-MAS-RLS   Document 33014-13   Filed 07/23/24   Page 7 of 8
PageID: 221718
BRICK TRIAL, on MAY 31, 2018
ILENE BRICK vs. BRENNTAG NORTH AMERICA, et al.

11 (Pages 175 to 178)

Page 175

1   OUR LITIGATION PEOPLE THERE, FOR ALL THE PEOPLE THERE,
2   $30 MILLION OVER THE LAST 30 YEARS.
3       Q   YOU DIDN'T CATCH THE QUESTION WHEN YOU WERE ASKED
4   IN COURT LAST TIME ABOUT MAKING $30 MILLION ON BEHALF OF
5   TESTIFYING FOR PLAINTIFF'S LAWYERS.  AND YOUR TESTIMONY
6   NOW IS:  THAT IS NOT TRUE, I DIDN'T CATCH THE QUESTION?
7       A   I DIDN'T CATCH THE PLAINTIFF PART OF THAT
8   QUESTION.
9       Q   ONE OF THE PRODUCTS YOU HAVE TESTED IS KENT
10  CIGARETTES; CORRECT?
11      A   YES, SIR, IT IS.
12      Q   LET'S TALK ABOUT SOME OF THE PLAINTIFF'S LAW
13  FIRMS YOU'VE WORKED FOR BEFORE MOVING INTO TESTIFYING IN
14  ASBESTOS RELATED CASES.
15      WE TALKED ABOUT YOU TESTING BRAKES, JOINT
16  COMPOUNDS, PIPE INSULATIONS, THINGS LIKE THAT.  THAT'S
17  BEEN THE VAST MAJORITY OF YOUR LITIGATION CAREER, HASN'T
18  IT, ON BEHALF OF PLAINTIFFS WHO ARE CLAIMING SOMETHING
19  IN A PRODUCT INJURED THEIR CLIENT?
20      A   I THINK THAT'S CORRECT.
21      Q   FROM 1990 TO 2016, YOU HAD NEVER DONE ANY
22  EVALUATION OF TALC DESPITE HAVING GIVEN THOUSANDS OF
23  DEPOSITIONS AND EVALUATED HUNDREDS, IF NOT THOUSANDS OF
24  PRODUCTS; TRUE?
25      A   I THINK THAT'S TRUE.
26      Q   EVERY YEAR IN 1990, PLAINTIFF'S ATTORNEYS HAD YOU
27  COME TO COURT AND TESTIFY ABOUT PRODUCTS YOU HAD TESTED
28  THAT THEY WERE CONTENDING CAUSED MESOTHELIOMA?

Page 176

1       A   NO, THAT'S NOT --
2       Q   CERTAINLY INTO THE LATE NINETIES; CORRECT?
3       A   THE LATE NINETIES, THAT'S CORRECT.  THE EARLY
4   NINETIES WAS MOSTLY OUR FORENSIC ENGINEERING, REVERSE
5   ENGINEERING --
6       MR. BAILEY:  EXCUSE ME.  YOUR HONOR, IT'S
7   NONRESPONSIVE.
8       THE COURT:  THE QUESTION WAS:
9           CERTAINLY INTO THE LATE NINETIES;
10      CORRECT?
11          ANSWER:  THE LATE NINETIES,
12          THAT'S CORRECT.
13      LET ME JUST EXPLAIN, DOCTOR.  AS YOU KNOW, ON
14  DIRECT EXAMINATION YOU ARE ALLOWED TO GIVE A NARRATIVE
15  ANSWER.  THEN ON CROSS-EXAMINATION, IF THE QUESTION
16  CALLS FOR YES OR NO, YOU ARE TO GIVE ONE.  AND THEN
17  MR. PURDY CAN FOLLOW UP ON ANYTHING THAT IS ASKED BY
18  MR. BAILEY.
19      THE WITNESS:  SORRY, YOUR HONOR.  I WILL TRY TO
20  KEEP MYSELF IN CHECK OVER THIS.
21      THE COURT:  THAT'S FINE.  WE WILL JUST CONTINUE.
22  THANK YOU.
23  BY MR. BAILEY:
24      Q   I GATHER, FROM THE NUMBERS WE ARE TALKING ABOUT,
25  THIS ISN'T YOUR FIRST TRIP TO THE COURTHOUSE?
26      A   I WOULD SAY WE AGREE WITH THAT.
27      Q   ALL RIGHT.  ONE OF THE PRODUCTS YOU TESTED IN
28  YOUR CAREER HAS BEEN KENT MICRONITE CIGARETTES; CORRECT?

Page 177

1       A   YES, SIR.
2       Q   DO YOU REMEMBER WHEN YOU FIRST TESTED THOSE AND
3   WHO ASKED YOU TO DO IT?
4       A   IT HAS BEEN SO LONG.  I HAVE TO BELIEVE IT WAS
5   PLAINTIFF'S ATTORNEYS.
6       Q   DO YOU REMEMBER WHO IT WAS WHO SENT THE PRODUCT
7   TO YOU?
8       A   IT'S BEEN TOO LONG.
9       Q   CAN YOU GIVE US AN ESTIMATE OF HOW MANY YEARS AGO
10  YOU BEGAN EVALUATING WHETHER THESE ASBESTOS CIGARETTES
11  EMITTED CROCIDOLITE FIBERS INTO THE LUNGS OF PEOPLE WHO
12  WERE SMOKING?
13      A   I THINK IT STARTED IN THE EARLY 1990'S.
14      Q   YOU DON'T REMEMBER WHO IT IS WHO PAID YOU TO DO
15  THIS TEST?
16      A   I REMEMBER THEY WERE PLAINTIFF'S ATTORNEYS, BUT
17  IT'S BEEN SO LONG I CAN'T REMEMBER THE NAMES.
18      Q   HERE, IF MY RESEARCH IS CORRECT, JUST TWO MONTHS
19  AGO YOU ARE STILL TESTIFYING ON BEHALF OF PLAINTIFF'S
20  ATTORNEYS THAT KENT CIGARETTES CREATE SUBSTANTIAL
21  EXPOSURE TO CROCIDOLITE ASBESTOS.  IS THAT TRUE?
22      A   THAT IS TRUE.  THAT WILL ALWAYS BE MY OPINION.
23      Q   IS THAT THE CIGARETTE MICRONITE FILTER THAT YOU
24  TESTIFIED ABOUT AND TESTED?
25      A   YES, SIR, IT IS.
26      Q   YOU STARTED STUDYING IT IN THE EARLY NINETIES,
27  JUST FROM MY NOTES.  DOES THAT SOUND RIGHT?
28      A   YES, I THINK THAT'S WHAT I SAID.

Page 178

1       Q   YOU PUBLISHED THE FINDINGS OF YOUR RESEARCH ON
2   THESE MICRONITE CIGARETTES IN 1995; IS THAT CORRECT?
3       A   THAT IS CORRECT.
4       Q   IS THIS A TRUE STATEMENT?
5           KENT MICRONITE CIGARETTES ARE
6       PROBABLY THE WORST CONSUMER PRODUCT
7       EVER MANUFACTURED IN THIS COUNTRY.
8       A   AT THE TIME I TESTED THEM, THAT WAS MY OPINION,
9   YES.
10      Q   AND TWO MONTHS AGO IN A COURT JUST LIKE THIS,
11  THAT WAS YOUR OPINION; CORRECT?
12      A   YES, SIR.  I HAVE ALWAYS STATED THAT.
13      Q   WHAT YOU DID WHEN YOU STUDIED THESE WAS YOU
14  WANTED TO LOOK AND SEE (A), IS THERE ASBESTOS IN THE
15  FILTERS THAT THE MICRONITE CIGARETTES HAD; RIGHT?
16      A   YES.
17      Q   WAS THERE?
18      A   THERE WAS.
19      Q   AND THEN THE QUESTION WAS WHAT KIND OF ASBESTOS.
20  WHAT DID YOU LEARN?
21      A   WELL, IF YOU LOOK AT THE BLUE, THAT'S A PRETTY
22  GOOD INDICATION THAT IT'S CROCIDOLITE BECAUSE THAT'S THE
23  BLUE ASBESTOS, AND WE VERIFIED THAT.
24      Q   AND THESE FILTERS WERE MADE SO THAT THEY WEREN'T
25  PACKED IN THERE SO TIGHTLY SO THAT AIR COULD NOT MAKE
26  THEIR WAY THROUGH IT; CORRECT?
27      A   THAT'S CORRECT.
28      Q   THAT WAS THE REASON FOR -- I GUESS FOR THE

Case 3:16-md-02738-MAS-RLS   Document 33014-13   Filed 07/23/24   Page 8 of 8
PageID: 221719
BRICK TRIAL, on MAY 31, 2018
ILENE BRICK vs. BRENNTAG NORTH AMERICA, et al.

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  FOR THE COUNTY OF LOS ANGELES

 3    DEPARTMENT 41          HON. STEPHEN M. MOLONEY, JUDGE

 4
      CONSOLIDATED PROCEEDINGS               )
 5    SPECIAL TITLE (RULE 3.550)             )
                                             )
 6    LAOSD ASBESTOS CASES                   ) JCCP CASE NO. 4674
                                             )
 7    ILENE BRICK,                           )
                                             ) CASE NO. BC674595
 8               PLAINTIFF,                  )
                                             )
 9        VS.                                )
                                             )
10    BRENNTAG NORTH AMERICA, INC.,          )
      ET AL.,                                )
11                                           )
                 DEFENDANTS.                 )
12    _____)

13

14

15          I, K. DARLENE LEWIS, CSR NO. 13534, OFFICIAL

16    REPORTER PRO TEMPORE OF THE SUPERIOR COURT OF THE STATE OF

17    CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY

18    THAT THE FOREGOING PAGES, 151 THROUGH 260, COMPRISE A FULL,

19    TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS TAKEN IN THE

20    ABOVE-ENTITLED CAUSE ON MAY 31, 2018.

21          DATED THIS 1ST DAY OF JUNE, 2018.

22
                          K. Darlene Lewis
23                        _____
                          K. DARLENE LEWIS
24                        NO. 13534

25

26

27

28
```

iDepo Reporters       www.iDepoReporters.com       323.393.3768