# Exhibit 25

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 2 of 19 PageID: 222073

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

1

```
     SUPERIOR COURT OF THE STATE OF CALIFORNIA
          FOR THE COUNTY OF LOS ANGELES

CAROLYN WEIRICK and
ELVIRA GRACIELA
ESCUDERO LORA,
         Plaintiffs,    CASE NO.

    vs.                 JCCP 4674/BC656425

BRENNTAG NORTH
AMERICA, INC. (Sued
individually and as
successor-in-interest
to MINERAL PIGMENT
SOLUTIONS, INC. and as
successor-in-interest
to WHITTAKER CLARK &
DANIELS, INC.), et
al.,
         Defendants.
                          - - -

     Deposition of WILLIAM E. LONGO Ph.D.,

           Taken by Matthew L. Bush,

           Before Jennifer D. Hamon,
           Certified Court Reporter,

      At the Offices of Atlanta Reporters,
             Johns Creek, Georgia,

         On Wednesday, April 17, 2019,
 Beginning at 11:07 a.m. and ending at 3:28 p.m.

                          - - -
```

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 3 of 19 PageID: 222074

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

2

```
 1   APPEARANCES OF COUNSEL

 2   For the Plaintiff:

 3           JAY E. STUEMKE
             Simon Greenstone Panatier
 4           Suite 3400
             1201 Elm Street
 5           Dallas, TX 75270
             212.276.7680
 6

 7   For the Defendant:

 8           MATTHEW L. BUSH
             Orrick Herrington & Sutcliffe LLP
 9           51 West 52nd Street
             New York, NY 10019
10           212.506.5000

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Electronically signed by Jennifer Hamon (501-191-664-2767)**   **5cf86d94-598c-42b0-8f5d-18ebcfdbe3fc**

William E. Longo, Ph.D. April 17, 2019

25 (Pages 85 to 88)

**85**

because you're saying in this weight, in this much smaller weight, here's the concentration. But that's not appropriate. You have to work it back to the original amount you started with.

Q   It's 1:10. I wasn't sure if you wanted to take a break. I was going to move to something new, but we can keep going if that's okay with both of you.

A   Just get a cup of coffee and take a short break.

MR. BUSH: Okay. Great.

(Proceedings in recess, 1:11 p.m. to 1:31 p.m.)

(Whereupon a document was identified as Defendant's Exhibit 10.)

Q   What I'm going to mark as Exhibit 10 is your March 11th, 2018, report. And I'm going to direct your attention to page ten. On page ten, there's a bottle M66514-001 that you report has 24,700 fibers per gram. Is that the bottle that you received from Ms. Weirick in this case?

A   It is.

Q   And if you were to figure out what her airborne exposure was and fibers per cc from an application, how might you go about -- of that

**86**

bottle, how might you go about doing that?

A   From that 24,700?

Q   Yes.

A   You know, interesting enough, last night I just took a look at that report and took a look at the calculations that we've been going over, and the calculations are off by a factor of ten. If you look at the count sheet, it should be 247,000 instead of 24,700.

Q   Do you have the count sheet with you?

A   I do not. I thought you'd have it. I just wanted to check one more time because there was -- it looks like there was a glitch. Instead of -- it was off by -- the actual weight was off by a factor of ten.

Q   And when did you figure this out?

A   I looked at it last night when I was getting ready, really late. It was --

Q   Well, assuming that the bottle is 247,000 fibers per gram that you received from Ms. Weirick, how would you go about figuring out her airborne exposure from -- in fibers per cc from an application of that bottle?

A   Assuming the same efficiency, say, for Below-The-Waist of 14 -- I think it's

**87**

15 million -- let me just look at what exactly the number is. 15,000,100. It's a factor of 63 between the difference between the two. And if you look at the average exposure in the Below-The-Waist, I think the average personal exposure is 2.1 fibers per cc. It would give you an exposure of 0.03 for that particular bottle.

Q   0.03 fibers per cc?

A   Correct.

Q   And --

A   If we go to the baby study, which was 4 million, the average exposure for the person doing the work was approximately --

Q   I believe it's .57, but you can check me on that, fibers per cc.

A   So 4 million divided by 240,000 is a factor of 17. So .57 divided by 17 is .03. Wasn't that what I said last time?

Q   I believe it is.

MR. STUEMKE: Math is funny sometimes.

Q   And for the record, you were using a calculator on your iPhone for that; correct?

A   Correct. This is data. It's how I've done it before in deposition.

Q   And so are those the only two things

**88**

you would consider, the Below-The-Waist study and the diapering study, in order to reach that calculation?

A   Yes.

Q   And we already discussed that the OSHA eight-hour time-weighted average is .1 fibers per cc; correct?

A   Correct. I don't think I've ever stated that these levels would be over an OSHA PEL.

Q   But they in fact are under the OSHA PEL?

A   Correct, they are.

Q   And the OSHA PEL is .1 for an eight-hour time period; correct?

A   Correct.

Q   So what that means is to really -- if we really wanted to make this comparison, it would be as if someone were exposed to baby powder for eight hours a day compared to -- for eight hours compared to the OSHA PEL of .1 fibers per cc; correct?

A   That's correct.

Q   What OSHA's basically saying is someone can sit in a room with a .1 fiber cc

Donovan Reporting, PC                                                770.499.7499

Electronically signed by Jennifer Hamon (501-191-664-2767)                    5cf86d94-598c-42b0-8f5d-18ebcfdbe3fc

William E. Longo, Ph.D.　　　Weirick, et al. vs Brenntag North America, et al.　　　April 17, 2019

26 (Pages 89 to 92)

Page 89

1  concentration for eight hours, and that's within
2  their regulations; correct?
3       A    That's correct.
4       Q    And you've already testified that
5  someone applying baby powder would do it for
6  roughly one to four minute -- or roughly 30
7  seconds to four minutes; correct?
8       A    Correct.  For the application portion
9  of it, that's correct.
10      Q    And could you do the same thing with
11 any of the MDL bottles?
12      A    Yes.
13      Q    Have you run any data on what the mean
14 or median MDL bottle is?
15      A    I have not.
16      Q    You aren't curious what the average
17 bottle was in any metric?
18      A    I don't know curious or not curious.
19 I just haven't gone through the whole metric of
20 all the MDL bottles.
21      (Whereupon a document was identified
22      as Defendant's Exhibit 11.)
23      Q    What I'm marking as Exhibit 11 I'll
24 represent to you is a list of your -- the fibers
25 per gram you listed in your report for your -- in

Page 90

1  your MDL report for your U.S. bottles.  And so if
2  this list is accurate, then the way to figure out
3  the median bottle is just to take the middle one;
4  correct?
5       A    If you're going to calculate the
6  median, that's correct.
7       Q    And so if this list is accurate, the
8  middle bottle would just be the one that I've
9  highlighted, which is 45D, which is 9,000 fibers
10 per gram; correct?
11      A    Correct.
12      Q    So I see you've already taken out your
13 calculator.  So are you figuring out for me the
14 fiber per cc airborne exposure from use of that
15 bottle?
16      A    I just want to get the numbers right.
17 That would be 0.002 fibers per cc, OSHA fibers.
18      Q    And the way you calculated that is you
19 looked at the ratio of fibers per grams to fibers
20 per cc in the Below-The-Waist study and the ratio
21 of fibers per gram to fibers per cc in the
22 diapering study and used those to extrapolate
23 what the fibers per cc would be from a bottle
24 with 9,000 fibers per gram; correct?
25      A    Correct.

Page 91

1       (Whereupon a document was identified
2       as Defendant's Exhibit 12.)
3       Q    And let me then show you what's marked
4  as Exhibit 12.  This is 40 CFR 763.90, which are
5  part of the AHERA regulations.  Are you familiar
6  with the AHERA regulations?
7       A    I am.
8       Q    And if you look at page three, there's
9  a subsection 5.  Do you see that towards the
10 bottom of the page?
11      A    I do.
12      Q    And this section discusses a
13 concentration of .01 fibers per cc; correct?
14      A    Correct.
15      Q    And you've done testing under AHERA
16 outside of this litigation; correct?
17      A    I have.
18      Q    And part of that testing was to
19 determine if the concentration of asbestos in the
20 samples you were given would exceed this limit;
21 correct?
22      A    Correct.
23      Q    And AHERA, one of the things it's
24 designed for is regulations regarding abating
25 schools; correct?

Page 92

1       A    Correct.
2       Q    And so under these regulations an
3  abatement is considered complete if you test the
4  sample and it has less than .01 fibers per cc; is
5  that right?
6       A    That's correct.
7       Q    And the .002 fiber per cc we
8  calculated from a 9,000 fiber per gram bottle is
9  less than the .01 fiber per cc that we just
10 discussed; correct?
11      A    That is correct.  But you really can't
12 compare the two unless you were to go in and --
13 when they do this analysis, they go in with a
14 hundred-mile-an-hour leaf blower and blow all the
15 material around and sample for a much longer
16 period of time because you have to have a
17 detection limit.  So you're really comparing
18 apples to oranges.
19          You would have to take this
20 material -- instead of just doing an exposure,
21 it's putting the material down on the ground, say
22 four grams like Below-The-Waist, put air samples
23 up and continuously blow the air inside that room
24 with a leaf blower which would constantly keep it
25 getting re-entrained and re-entrained.

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 6 of 19 PageID: 222077

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

27 (Pages 93 to 96)

### Page 93

1  So a lot of folks like to point to the
2  AHERA regulations, this is the PCM, but they're
3  not taking into full account on how those samples
4  are taken.
5  Q  Do you think that when this
6  methodology is used under AHERA, the sample
7  represents the concentration of asbestos that is
8  in the affected area?
9  A  Underaggressive air sampling. So
10 think about it as we had done the Below-The-Waist
11 study. We have to take a minimum of 500. In
12 order to get detection limits, you have to get to
13 a certain detection limit, and we're in there
14 taking an air sample and then blowing it with a
15 leaf blower to keep it all re-entrained because
16 they're looking not for just in the air but
17 what's on the surfaces, what's maybe in the
18 cracks and crevices.
19 So we would be talking about a very
20 different number, in my opinion, with the
21 Johnson & Johnson stuff. So you would have to
22 redo the study and then vacate the area and then
23 use a leaf blower in order to get what's an AHERA
24 air sample.
25 Q  So when you're testing under AHERA,

### Page 94

1  you're actually make -- the test is conservative
2  because you're testing the air but blowing
3  asbestos that might be in the nooks and crannies
4  into the air to test; is that right?
5  A  Well, I don't know where the
6  conservative part comes in. But you're
7  air-blowing during the entire -- during the
8  testing period for a certain amount of time.
9  So if you look at the video, you can
10 see -- for example, in the baby video, if you
11 look at the analysis of postactivity wipe
12 samples, fabric samples, wipe samples
13 postactivity above the head, you have 7,000
14 tremolite structures per centimeter squared. For
15 postactivity below the feet, you have 4,600
16 structures per centimeter squared. All that
17 would become re-entrained during the sampling
18 period.
19 Q  So when you're doing the AHERA method,
20 the sample you're testing actually would have
21 more than what's just in the air, would -- strike
22 that.
23 When you're doing the AHERA
24 methodology, you're testing a sample that has
25 more than what would just be naturally in the air

### Page 95

1  because you're doing this leaf-blowing activity
2  that would blow into the air things that are on
3  the floor?
4  A  I don't know about naturally, but
5  after time, you know, all this material is going
6  to settle out. It's settling out during the five
7  minutes we take the air sample. If you're going
8  to compare to AHERA and say, well, this number is
9  lower than school kids being allowed back into a
10 space, it's not measuring the same thing.
11 Q  And I'm sorry. I didn't mean to
12 interrupt you.
13 A  Yeah. You're not measuring the same
14 thing. You're not measuring what's on the
15 surface and keeping the material re-entrained for
16 a set amount of time.
17 Q  What did you mean by it's -- you
18 talked about settlement, if you'll just explain
19 more what you meant by that.
20 A  Well, if you look at the video and you
21 look at our results, you can see that the
22 surfaces are contaminated. If you want to
23 compare to AHERA, you have to re-entrain the
24 material that gets on the surfaces so you can
25 compare apples to apples.

### Page 96

1  Q  So you're saying the settlement. You
2  just mean it's going to land on the ground?
3  A  Settling on the surface, or, you know,
4  when the powder is applied, it's getting on other
5  surfaces during that five-minute period. And
6  there's no aggressive air sampling going on.
7  It's just air sampling, passive air sampling,
8  meaning what's in that immediate area during that
9  five minutes. It doesn't take into account what
10 gets on the changing table or what gets on the
11 clothing or what gets on the floor during that
12 time frame or on the walls.
13 Q  And do you think that when you do an
14 AHERA -- the AHERA method that it accurately --
15 the sample you test and the fibers per cc result
16 is an accurate representation of the fibers per
17 cc in the affected area?
18 A  Yes.
19 Q  And in your Below-The-Waist study, it
20 is your opinion that the fibers per cc that you
21 resulted in is an accurate representation of the
22 concentration in the area you did the study;
23 correct?
24 A  Yes, in the air at that particular
25 point over the five minutes. But no, it's not

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 7 of 19
PageID: 222078

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

28 (Pages 97 to 100)

**97**

taking into account what's getting in the cracks and crevices or what's landed on the surface immediately and is on the surface.

That's why AHERA does aggressive air sampling so it accounts for any potential re-entrainment that might happen, so all the asbestos that has been released during the abatement, not only what's in the air still but what's in the cracks and crevices or on the surfaces or on the floor or on the walls of the abatement area.

In order to compare that to the Below-The-Waist, you would need to do the same type of air sampling.

(Whereupon off-the-record discussions ensued.)

(Whereupon a document was identified as Defendant's Exhibit 13.)

Q   What I'm going to mark as Exhibit 13 are your diffraction Verifications. Does this look familiar to you?

A   Yes.

MR. STUEMKE: This comes from the backup data to the MDL report?

MR. BUSH: Yes. I was about to say

**98**

that.

Q   This is part of the backup to the MDL report, correct, Dr. Longo?

A   That is correct.

Q   So let's just look at the very first page, which is MAS job number M68503-001-001. Can you just explain to me what that -- for the job number, can you just explain to me what each section of that means? Because usually you only have one dash in your sample IDs.

A   Well, it's sample 001 and would be the first structure.

Q   The first structure. And M68503 would be the same container? Let me rephrase.

If there were a sample M68503-002, would that be another sample from the same container as this one?

A   No.

Q   No?

A   002 would be a different container.

Q   Totally different bottle?

A   Yes.

Q   And I just want to situate us for what you did in your report. In your initial MDL report, you did not do -- you had not at that

**99**

time done these diffraction verifications; correct?

A   In the initial MDL report, we didn't do the printout of the verification. It's verified every time we take a diffraction pattern because it comes up on the computer and it's instantly measured. Then printing it out to show what we saw on the computer, it puts the date on it, such as this one, date verified, November 19th, '18, but date of photo is 10-29-2018.

Q   When you determine the results of your diffraction analysis, do you use the data that's in this Exhibit 13?

A   Yes. When the photograph is taken of the diffraction pattern or is captured electronically, it's run right at that moment to verify it when the analyst is sitting there. To print out that verification, it puts the date on the day it's printed out.

Q   And it's called a verification because you had already made a determination of what material it was before running these diffraction analyses; is that right?

A   Yes and no.

**100**

Q   Okay. Let's start with yes.

A   It's run immediately and stored on the computer, and then it is printed out when they ask for them. We give the diffraction patterns right with the report. But then to print out the verification, it gives the date of the verification printout, not the date it's actually run.

Q   So does somebody look at these numbers and determine -- we're talking about the first page. Does somebody look at the spacing, which in this case is 5.23, and determine that that is anthophyllite?

A   Well, not just this. It's looking at the -- in this case, we're doing two diffraction patterns as well as the chemistry as well as the morphology. It all goes together. So the analyst, at this particular point, when he takes the diffraction pattern electronically and it goes up onto the computer, then the computer measures the -- it's done where the computer measures the d-spacing, in this particular case, left to right, and then verifies, okay, it's in the range of what anthophyllite ought to be.

Q   So when it says anthophyllite here

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

29 (Pages 101 to 104)

101

1   under the type of amphibole diffraction verified,
2   is that something an analyst types in, or is that
3   something the computer does automatically?
4       A   The analyst puts the information into
5   the computer on what he determines to be at that
6   point. The computer is only doing the d-spacing.
7   It's not making a decision on what amphibole it
8   is.
9       Q   So the computer does not say 5.23
10  d-spacing, therefore, anthophyllite?
11      A   No.
12      Q   That's an analyst making that
13  decision?
14      A   Correct.
15      Q   And so how do you know that this
16  d-spacing is left to right?
17      A   These are the AD spacings, as I
18  recall, so it's the rows going across, as I
19  remember correctly.
20      Q   And you said you took two diffraction
21  patterns; is that right?
22      A   If you go to the second page --
23      Q   Okay.
24      A   -- you see M68503-001-001, diffraction
25  two. This is to determine to make sure that this

102

1   is not a talc fiber because as per the -- it
2   actually states it in the 22262-1. Rotating a
3   talc fiber on the goniometer, the pattern won't
4   change until you -- when you get to another
5   orientation.
6           With the anthophyllite, when you get
7   to a different orientation, the diffraction
8   pattern changes. So that's how we eliminate
9   fibrous talc.
10      Q   Did you always take two diffraction
11  patterns for all your analyses?
12      A   All the MDL analysis --
13      Q   That's what I meant, all the MDL
14  analysis.
15      A   All the MDL analysis should have two
16  diffraction patterns.
17      Q   And are those at different zone axis
18  orientations?
19      A   Different orientations may not be
20  exactly on a zone axis, no. We don't typically
21  take zone axis diffraction patterns because it's
22  not necessary.
23      Q   I want to go back to this first page.
24  The d-spacing is 5.23; correct?
25      A   Correct.

103

1       Q   And that's within the range of
2   grunerite that's the first one listed in that
3   table; correct?
4       A   Correct.
5       Q   And within the range of actinolite;
6   correct?
7       A   It's in the range of all of them.
8       Q   It's in the range of all of them;
9   correct?
10      A   Correct.
11      Q   So how does this diffraction pattern
12  verification help you determine which of those
13  five minerals it is?
14      A   Well, you don't use just the
15  diffraction pattern. You use also the chemistry.
16  Grunerite, actinolite, tremolite, crocidolite are
17  completely different EDXA patterns. So you
18  couple that with the diffraction so you can
19  eliminate things like antigorite, which has a
20  d-spacing I think of approximately nine or so.
21          So it's eliminating the nonregulated
22  asbestos amphiboles. It's not chrysotile, so the
23  chrysotile one's different. And with
24  anthophyllite, you just want to make sure you're
25  not looking at fibrous talc because you can get

104

1   one reflection that's a little bit closer to
2   what -- you know, it's not the pseudohexagonal
3   pattern.
4           That's why you do the -- you rotate
5   the goniometer or the stage to get to another
6   orientation, and you can see that the diffraction
7   pattern -- if we had the data, you can look at
8   these two diffraction patterns and see that it's
9   different. You would not use d-spacing alone to
10  define a regulated asbestos. You have to do the
11  chemistry with it.
12      Q   So this verification sheet on its own
13  actually doesn't help you distinguish between the
14  five types of amphiboles that are listed in the
15  chart; correct?
16      A   No. And I wouldn't do that. I
17  wouldn't base my definition -- I mean, I could
18  have -- on just a d-spacing. If we weren't doing
19  EDXA, then you would have to go to the more
20  laborious zone axis diffraction patterns where
21  you would then calculate it out and determine
22  that.
23          I mean, people can use CrystalMaker
24  today. But you wouldn't just use this. This is
25  a verification for some of the look-alikes.

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 9 of 19 PageID: 222080

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

30 (Pages 105 to 108)

### 105

1  Q   And do you have a sense of how many
2  minerals would fit within a five percent range of
3  5.23 d-spacing?
4  A   I mean, I haven't gone through every
5  amphibole out there, nonasbestos amphibole, but
6  for the materials that are routinely found, other
7  antigorite, sepiolite. Of course, it has to be
8  fibrous. So you can start eliminating a lot of
9  the amphiboles from that.
10      But I haven't gone through and looked
11 at every amphibole out there in the world to see
12 how close that is because we're not using just
13 d-spacing to make the determination of what's
14 present.
15  Q   Because this d-spacing actually isn't
16 very helpful because there are a lot of
17 mineral -- strike that.
18      Because this d-spacing by itself is
19 not very helpful because there are a lot of
20 minerals that would fit within a five percent
21 range of just this d-spacing; correct?
22  A   I don't know what a lot of minerals
23 are, but certainly the ones that show up as
24 accessory minerals in some of these talc mines
25 that are -- you know, one, if it's not fibrous,

### 106

1  it's immaterial. You know, you've got particles
2  or chunks.
3       Or, two, things like antigorite,
4  sepiolite, which is a serpentine, you wouldn't
5  see it anyway. And there's a few others that are
6  not even close. But, again, wouldn't be using
7  d-spacings alone for this. That's why the EDXA
8  is coupled with that.
9   Q   The spacing reference in the chart,
10 are you using the Su tables for that?
11  A   No, these are not the Su tables, as I
12 recall. Su tables is all zone axis diffraction
13 patterns. These are your standard mineral powder
14 diffraction file data book people use. I think
15 in the Su, they have 270-some individual zone
16 axes from anthophyllite.
17  Q   If we turn to the next page, there is
18 zone axis information that you see on the very
19 bottom?
20  A   Yes.
21  Q   And so it says near 101. Are you
22 using the Su tables to determine that zone axis?
23  A   I believe that's out of the mineral
24 powder diffraction file data book. And it's near
25 101. It's not a true zone axis diffraction

### 107

1  pattern.
2   Q   What does that mean that it's near and
3  not a true zone axis diffraction?
4   A   Well, if you're going to zone axis
5  diffraction pattern, you have to adjust the
6  height, adjust the change in angle. So it's very
7  close. I mean, I would call it that. But when
8  it says near 101, it's just off a tad.
9   Q   If you turn to page -- these aren't
10 numbered. It's about the fourth page. It's
11 68503-001-002 with a DIFF at the end. It's the
12 fifth page of this document. It says near 111 at
13 the bottom. Are you with me?
14  A   I'm there.
15  Q   So the d-spacing in the chart in the
16 middle is 2.41; correct?
17  A   Correct.
18  Q   And if you look at the zone axis
19 spacing, you see one is 8.3, and one is the 2.41
20 that we already -- that I just mentioned just a
21 second ago; correct?
22  A   Correct.
23  Q   Now, neither of those are even close
24 to the ranges in the table; right?
25  A   That's correct.

### 108

1   Q   And so how does this identify the
2  material as tremolite?
3   A   Well, in zone axis when you're looking
4  in different orientation, it's not only the --
5  it's A, B, and C for your d-spacing. So if you
6  look up the d-spacings, if you're just doing --
7  and you're not doing zone axis where you're
8  changing the orientation, it's typically the A
9  spacing that we're dealing with, not the B or the
10 C. That's just a different calculated spacing
11 because we're close to a zone axis.
12  Q   But you don't know what the C spacing
13 is on this verification page; correct?
14  A   You know, I haven't memorized them.
15  Q   Sorry. I just meant to say, there's
16 no information on this page that has any
17 d-spacing of any type within the five percent
18 range in your table; correct?
19  A   That's correct.
20  Q   And so if you don't -- you're saying,
21 well, there may be a third spacing that fits
22 within this table. Am I understanding you right?
23  A   You know, you have essentially three
24 dimensions of a crystal, so you're going either,
25 you know, across, up, or at an angle. As I

Case 3:16-md-02738-MAS-RLS    Document 33014-26    Filed 07/23/24    Page 10 of 19 PageID: 222081

William E. Longo, Ph.D.    Weirick, et al. vs Brenntag North America, et al.    April 17, 2019

31 (Pages 109 to 112)

### 109

1  recall, that's one of the calculated spacings if
2  you look at them all, especially when you're
3  doing zone axis.
4      Q    Are you saying that 2.41 is one of the
5  spacings for, in this case, tremolite?
6      A    That's correct. Because of the zone
7  axis, you're changing the orientation of it.
8      Q    And so how would you describe a zone
9  axis orientation?
10     A    Well, you have to go back to Miller
11 indices. And if you take the X, Y, and Z where
12 it is plotted on the distance of the face of the
13 crystals -- so 100 means it's the h, k, and l,
14 the h distance, the k and l. H is one. Hk would
15 be zero. So it's sort of at an angle in that
16 particular face of the zone axis versus a
17 non-zone axis which does not have it right on an
18 orientation.
19     Q    If you turn to page two of what we're
20 looking at, the d-spacing in the chart in the
21 middle is 21.2; right?
22     A    Correct.
23     Q    And this time it doesn't match up to
24 either the d-spacing in the hk -- the first
25 d-spacing or the second d-spacing, which are 8.48

### 110

1  and 5.05; right?
2      A    Correct.
3      Q    So in this instance, that's a third
4  dimension of spacing whereas -- and the ones on
5  the bottom are the other two dimensions?
6      A    It changes on the particular when
7  you're on a zone axis. I mean, it's something
8  that is routinely done like that where you
9  actually -- if you're on the zone axis, that
10 changes. So it doesn't bother me.
11     Q    And do you consider the Su tables an
12 authoritative source for comparing against zone
13 axes?
14     A    For anthophyllite? Yes.
15     (Whereupon a document was identified
16     as Defendant's Exhibit 14.)
17     Q    Let's mark the Su tables as
18 Exhibit 14. So this is all of them. So if you
19 want to look at anthophyllite, it's about 20
20 pages in. It starts with anthophyllite 1 of 32.
21 If you look at -- are you with me on the
22 anthophyllite part? It's around 20 pages in.
23     A    I'm getting there.
24     Q    Sorry. Are you with me?
25     A    I'm with you.

### 111

1      Q    And, now, there are a bunch of
2  different numbers given for the 101 zone axis;
3  right?
4      A    Correct.
5      Q    And, now, do any of them have a
6  d-spacing close to 21.2?
7      A    No.
8      Q    So how do you explain that?
9      A    Well, you know, as you look through my
10 report, I talk about the anthophyllite solid
11 solution series. So even though this says
12 anthophyllite, we know that this is iron-rich
13 anthophyllite, or it could be enough that you
14 have cummingtonite in various levels, so that all
15 changes through there.
16     So I've got to go -- on the Su tables,
17 I think this is all just pure anthophyllite,
18 which we very rarely see, meaning no iron.
19     Q    So you think that the explanation for
20 why a d-spacing is so off is that it could be
21 anthophyllite mixed with cummingtonite?
22     A    Well, I don't know the genesis of the
23 Su tables on exactly which chemistry he's using
24 for anthophyllite. And it's been a while since
25 I've looked over these on his (h k 0), (h k l),

### 112

1  so I'd have to just check on that.
2      But I don't believe you can go -- if
3  you're -- unless you're saying it's pure -- when
4  I say pure, it's just no iron anthophyllite
5  because you can -- all these anthophyllites have
6  various concentrations of iron in them.
7      Q    And you think that would change the
8  d-spacing to that extent?
9      A    On the zone axis, yes, I believe so.
10     Q    You're familiar with the Yamate
11 methodology, correct, for SAED?
12     A    I'm familiar with George's stuff, yes.
13     Q    And do you agree with Yamate that for
14 SAED for a unique identification of a mineral,
15 you need two different near exact zone axis
16 orientations?
17     A    Yes and no.
18     Q    Let's start with the yes.
19     A    Yes if I was doing this in the
20 timeframe that Yamate was doing it back in the
21 '80s when the EDXA systems are not as
22 sophisticated as they are now and you have a
23 complete unknown. You're just looking at
24 something, and you're trying to determine what it
25 is versus having some idea of the types of

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 11 of 19 PageID: 222082

William E. Longo, Ph.D.    Weirick, et al. vs Brenntag North America, et al.    April 17, 2019

32 (Pages 113 to 116)

113

1  minerals that are in cosmetic talcs. I may do
2  that.
3        But if you were to talk to George
4  later on in his career when he worked for me, he
5  said that wasn't necessary because of the -- as
6  the sophistication of the EDXA systems march
7  forward, the chemistry -- being able to determine
8  the chemistry is a lot better.
9        If you're looking at an unknown,
10 completely unknown, but if you're getting the
11 chemistry off a tremolite and you have
12 anthophyllite, then it's a question of what
13 matrix are you looking in, does it have fibrous
14 talc or not, and how do you distinguish between
15 fibrous talc and anthophyllite.
16       So, yes, I agree at the time he wrote
17 the draft protocol he's probably right.
18    Q   And the reason you're saying it's
19 different is because you have other non-SAED
20 methods you're using at the same time. Is that
21 what you're saying?
22    A   Yes.
23    Q   So for SAED alone, would you agree
24 with that statement?
25    A   I don't know. If we were doing

114

1  nothing else but morphology and selected area
2  electron diffraction and was asked to make a
3  determination without any chemistry, I would
4  probably do at least one, maybe two zone axes.
5     Q   Is a zone axis SAED determination more
6  useful than a diffraction pattern taken not on a
7  zone axis?
8     A   More useful for what?
9     Q   For identifying the mineral.
10    A   If you have no other tools available,
11 yes, it would be more -- if you don't have EDXA
12 and you're just looking at TEM and the only tool
13 you have to make the identification is SAED, yes,
14 you should be doing zone axis diffraction.
15    Q   But some of the diffraction patterns
16 you take are not exactly on the zone axis; right?
17    A   Correct. It's not needed because
18 we've got EDXA to go along with this. If you go
19 to the -- I'll just point to the 22262. If you
20 go there, it says typically zone access
21 diffraction patterns aren't required. And the
22 only thing you really need to do if you're going
23 to separate out the fibrous talc is rotate the
24 goniometer, and that's what we did.
25    Q   And so that's why you are comfortable

115

1  with a, for example, near 101 zone axis
2  determination and not an exact 101?
3     A   Correct. You have to understand, even
4  Sanchez has not challenged any of our tremolite,
5  tremolite analysis. He says we're all correct on
6  that. And I guess I would be my biggest critic,
7  so to speak. In his disagreement with the
8  anthophyllite, he's saying that we're -- you
9  know, it's cummingtonite. Well, I'm not
10 disagreeing with him. Some of these could be
11 cummingtonite.
12       But I state in the report that is
13 the -- it is the anthophyllite solid solution
14 series that is anthophyllite with no iron,
15 anthophyllite with iron that replaces the
16 magnesium. And then as the more iron gets in
17 there, the ions are different sizes. Then it can
18 collapse into a monoclinic versus an
19 orthorhombic.
20       And then as the iron increases, it
21 then can -- it's a dimorph, I think they call it,
22 where -- so you have a solid solution series.
23 Now, I think in recent depositions, Sanchez says
24 there is no anthophyllite solid solution series.
25 That's not consistent with the mineralogical

116

1  textbooks out there that talk about that.
2        And, you know, if he said -- there
3  probably is cummingtonite in there, and
4  cummingtonite is found in the Vermont -- in
5  Vermont talc, in that whole Vermont area for
6  talc.
7        So I'm comfortable that we have ID'd
8  this correctly. This is part of the solid
9  solution series. In this particular case, it
10 could -- it may well -- some of these may well be
11 cummingtonite. It's immaterial to me.
12 Cummingtonite-grunerite is a regulated asbestos.
13    Q   And would you agree that two
14 diffraction patterns can be taken at the same
15 zone axis orientation but on two different
16 crystal layers?
17    A   Sure.
18    Q   And so if you do that, that's not --
19 if you look at one layer and a second layer on
20 the same -- strike that.
21       I guess I'll put it, just because
22 there are diffraction patterns taken on two
23 different layers does not necessarily mean that
24 they are different zone axis orientations;
25 correct?

Case 3:16-md-02738-MAS-RLS    Document 33014-26    Filed 07/23/24    Page 12 of 19 PageID: 222083

William E. Longo, Ph.D.    Weirick, et al. vs Brenntag North America, et al.    April 17, 2019

33 (Pages 117 to 120)

117

1  A  Well, you can have 101 or a 10 minus 1
2  if it's on a plane underneath. So you can get
3  two different diffraction patterns, but you're
4  going all the way through the crystal, so it's a
5  matter of the orientation to see that.
6  Q  I was going to ask you about the
7  numbering. So a zone axis is usually denoted
8  with three numbers, right? Like, for example,
9  101, we were talking about near 101 just now; is
10 that right?
11 A  Correct.
12 Q  And so is a diffraction pattern taken
13 at, say, 301 the same orientation as one taken at
14 302?
15 A  101 and what?
16 Q  Sorry. I said 301 and 302. Are those
17 different zone axis orientations, or would that
18 be the same orientation at different layers?
19 A  301 and 302, if we go to --
20    MR. STUEMKE: Are we still talking
21 about anthophyllite?
22 Q  I really was trying to ask the
23 question generally about just how the notation
24 works and if the last digit reflects the layer.
25 A  The last digit is hk and l. Hk and l.

118

1  Golly. I'm having a mental blockage. So you're
2  talking about 301?
3  Q  I was just using that as an example.
4  I could make the question more general if that's
5  helpful.
6  A  You know, it's been a -- I know this,
7  and it's on the tip of my tongue, so I'm going to
8  have to defer to look that up again.
9  Q  We talked about some of these. In
10 your diffraction verification, some have zone
11 axis information, and some don't. Is the
12 reason -- when they don't have a zone axis
13 information on it, is that because you never took
14 a zone axis diffraction?
15 A  Well, you're looking at a cylinder
16 laying on a flat surface, and depending on where
17 it's laying, you may get a zone axis pattern just
18 from -- just because of the orientation instead
19 of tilting it to another orientation.
20 Q  For example, on this first page,
21 there's no zone axis information.
22 A  So where we were examining it was not
23 on a zone axis.
24 Q  So if it doesn't have zone axis
25 information, that means you weren't examining it

119

1  on the zone axis; is that right?
2  A  Correct. The random orientation as we
3  go through and take these diffraction patterns
4  sometimes land on a zone axis for a particular
5  type. And when we run the verification, it will
6  tell you -- the CrystalMaker that we use will
7  tell you that, yeah, this is on a zone axis. And
8  it says near 101, so if we go to 101 -- so we
9  have near 101. We have the zone axis
10 information. The d(hkO) which on the chart is
11 8.95, this is 8.48. The d(hkl) is 3.36. This
12 one is 5.05. So we're at the near. It's not
13 right on it. So the first one, the (hkO) is
14 close.
15 Q  How close do you have to be to be
16 considered -- for you to call it near a
17 particular zone axis?
18 A  I'm not sure that's defined, near.
19 Not exactly on it. As I sit here today, I'm not
20 sure what the system is calling near. It's just
21 not on a true zone axis.
22 Q  So the zone axis numbers that are
23 produced in the bottom of the page, is that
24 something that the computer is doing
25 automatically, or is that something that an

120

1  analyst is typing in?
2  A  No. It's the computer. It's
3  running -- we run CrystalMaker, and if it's near
4  that, it will print that. Now, how -- so I don't
5  know what the system is calling near.
6  Q  So it's CrystalMaker that's calling it
7  near 101?
8  A  Correct. Same system Sanchez uses.
9  Q  And on the table on the top, you have
10 a range of plus or minus five percent. What's
11 your basis for using five percent as the
12 tolerance there?
13 A  That's the standards in the
14 certifications, the protocols. I mean, that's
15 what they produce, plus or minus five percent.
16 Q  And which protocols are these?
17 A  Well, it's the NIST standards. When
18 we get audited, it has to be within plus or minus
19 five percent.
20 Q  So you're saying that this five
21 percent tolerance would be in the NIST standards?
22 A  It's in our certifications of what --
23 I believe what -- NIST says that when we say that
24 it has a d-spacing of X that it has to be plus or
25 minus five percent within the mineral powder

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 13 of 19 PageID: 222084

William E. Longo, Ph.D.　　　　Weirick, et al. vs Brenntag North America, et al.　　　　April 17, 2019

34 (Pages 121 to 124)

121

1   diffraction file data book.
2       Q    And these are certifications when you
3   get audited that that's how -- that's the level
4   of accuracy your machines have?
5       A    Well, that's the level of accuracy
6   that we're taking the diffraction patterns.  And
7   when we're calling it, it has to fit in that
8   range.  I think that's the error rate, plus or
9   minus five percent.
10      Q    And, now, every once in a while,
11  there's some data missing from the zone axis
12  information.  So I can just -- it might be easier
13  for me to show you my copy because these don't
14  have page numbers.  If you look at -- this is
15  sample M68503-026-006.  It's missing an angle
16  number.
17      A    I can't tell you why that is.
18      Q    That was going to be my question,
19  which is, do you know why that would be?
20      A    No.  But Anthony Keeton is our
21  mineralogist.  I'll ask him when I get back.
22      Q    So does the computer produce
23  information and somebody retypes it on this
24  sheet, or does your software produce this on its
25  own?

122

1       A    My understanding is the software
2   produces this.
3       Q    And we've talked about the Su tables
4   and some other standards, and those are standards
5   for zone axis measurements; right?
6       A    Yes.
7       Q    Are you aware of any sort of standards
8   for measurements taken at non-zone axes?
9       A    Other than the mineral powder
10  diffraction file data book where you're -- you
11  know, it's either zone axis or the d-spacings.
12  I'm not aware of really anything else.
13      Q    I guess my question is:  Are there
14  published standards that have non-zone axis
15  spacings like near 101 or something like that?
16      A    I don't believe so.
17      Q    And did you do diffraction
18  verifications for each of the bottles in your MDL
19  report?
20      A    Yes.
21      Q    I may have asked this, and I apologize
22  if I already said this.  But can you confirm that
23  for no particle that you designated anthophyllite
24  did you take more than one zone axis orientation?
25      A    That's correct.

123

1       Q    And for some of the anthophyllite, you
2   looked twice under SAED to confirm you weren't
3   looking at talc; right?
4       A    Well, all of the anthophyllite in the
5   MDL where -- and, again, they're saying
6   anthophyllite because I didn't have them type in
7   anthophyllite solid solution series.  So this is
8   all part of the solid solution series, and every
9   one of them should have two diffraction patterns
10  at different angles.
11      Q    But they're not -- I thought you just
12  said that for none of the particles you
13  designated anthophyllite did you take more than
14  one zone axis orientation.
15      A    That's correct.  Even though it's two
16  orientations, it's not necessarily on a second
17  zone axis.  It's just -- if you read the 22262,
18  it just says rotate it until you get another
19  orientation, not necessarily a zone axis
20  orientation, but another orientation so that the
21  pattern changes to eliminate the possibility of
22  fibrous talc.
23      Q    And so the reason that you did that
24  was to confirm that you weren't looking at talc;
25  right?

124

1       A    Yes.
2       Q    And the purpose of it was not to make
3   sure that the SAED could only uniquely correspond
4   to anthophyllite and not any other mineral;
5   right?
6       A    Well, the SAED corresponds to
7   anthophyllite solid solution series and
8   eliminates some of the potential other fibrous
9   amphiboles in there that are not regulated
10  asbestos.  Like antigorite or sepiolite are two
11  that just keep coming to my head.
12           But it's not used alone.  It's used
13  with EDXA.  You know, if it had aluminum in it,
14  then you would be suspicious on the EDXA if it's
15  high enough that it may be antigorite.  So then
16  you might do some more work on that.
17      Q    Are you aware of anyone else who's
18  published an anthophyllite zone axis lookup table
19  other than the Su tables?
20      A    I'm not aware of anybody.
21      Q    So for any of the particles you
22  designated as tremolite, did you take multiple
23  zone axis orientations of a single particle?
24      A    No.  It's not necessary.  Tremolite is
25  fairly unique.  You don't have to do that.

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 14 of 19 PageID: 222085

William E. Longo, Ph.D.　　　Weirick, et al. vs Brenntag North America, et al.　　　April 17, 2019

35 (Pages 125 to 128)

125

1　Q    So for all the MDL bottles you at most
2　took only one zone axis orientation for the
3　particles you analyzed under SAED?
4　　A    If it happened to land near on or a
5　zone axis, that would be correct.  But the
6　chemistry is fairly unique for the tremolite
7　solid solution series, tremolite actinolite,
8　winchite, richterite.
9　　Q    I don't know if this is a good time
10　for a break.  I don't remember when we started.
11　　A    Can't remember.
12　　　MR. STUEMKE:  It depends on what time
13　you want to finish.
14　　　MR. BUSH:  I think it's not going to
15　be much longer.  I just don't know how long it's
16　been and whether it's sort of totally ridiculous
17　to take a break now, but I could use five minutes
18　just to make sure I've got everything covered.
19　　　MR. STUEMKE:  Sure.
20　　(Proceedings in recess, 2:34 p.m. to
21　　2:47 p.m.)
22　　(Whereupon a document was identified
23　　as Defendant's Exhibit 15.)
24　　Q    So what I'm going to mark as
25　Exhibit 15 is a list of your MDL samples with the

126

1　percentage asbestos by weight marked out.  And,
2　now, the highest concentration you found is
3　.0092 percent; correct?
4　　A    That's correct.
5　　Q    And the lowest sample where you
6　detected something was -- the asbestos percentage
7　by weight was .0000033 percent, and that's, just
8　for the record, five zeros after the decimal
9　point; correct?
10　　A    Correct.
11　　Q    That's 3.3 millionths of a percent?
12　　A    Correct.
13　　Q    So if we wanted to find the median
14　asbestos by weight in your MDL testing, we could
15　just look at the middle bottle.  And so if this
16　chart is accurate, the one I've highlighted,
17　which is sample M68503-023, would be the median
18　bottle; correct?
19　　A    That's what it states.
20　　Q    And that would be -- .000017 percent
21　would be the percentage asbestos by weight of
22　your median bottle if this chart is accurate;
23　right?
24　　A    That is correct.
25　　Q    And so I want to show you -- I took

127

1　back out Exhibit 5, which is the OSHA
2　regulations.  And if you look at the first page,
3　it defines asbestos-containing material as
4　something with greater than one percent asbestos
5　in it; is that correct?
6　　A    That's correct.
7　　Q    And you're familiar with these
8　regulations?
9　　A    I'm familiar.  These are for
10　asbestos-added products which typically don't
11　have less than one percent in it.  And this is
12　not done by TEM.  It's done by the weight percent
13　being put in the material and by polarized light
14　microscopy.
15　　　The TEM weight percents are highly
16　inaccurate because it's a mathematical
17　calculation because the actual formula for
18　determining the weight for -- is pi times the
19　density then in paren the lengths times the
20　widths squared.
21　　　So it just depends on what you find.
22　If you have a sample that has single fibers or a
23　sample that has multiple bundles, it can change
24　the weight percent pretty radically.
25　　Q    Are you saying that the formula where

128

1　you use pi and the --
2　　A    Density.
3　　Q    -- density and all the other metrics
4　of the structure that that isn't an accurate way
5　to measure the weight of the structure you're
6　looking at?
7　　A    The overall weight of what's in the
8　sample.  And the -- these regulations don't have
9　to do with the loose powder.  It has to do with
10　an actual building product in which they're
11　trying to determine it -- it's an actual product
12　that's asbestos added to it.  So I see what it
13　says, one percent, but it's not applicable to
14　these types of samples.
15　　Q    I just want to go back to the question
16　I was asking, which is -- I'll ask it a different
17　way, which is, are you saying that the weight
18　percents aren't accurate because they're not --
19　it's not an accurate way to extrapolate it to the
20　entire bottle from what you tested?
21　　A    For these types of samples, that's
22　correct.
23　　Q    And so why do you think you can
24　extrapolate the number of structures per gram but
25　not the weight -- the asbestos percentage by

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 15 of 19
PageID: 222086

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

36 (Pages 129 to 132)

129

1 weight to the entire bottle?
2   A   Because one very large bundle equals
3 one very thin fiber one to one where the weight
4 of one bundle can be an order of magnitude higher
5 than fibers, than one fiber or two fibers. So it
6 all depends on the population of individual
7 structures you're seeing.
8        And if you don't have a large number
9 of fibers and bundles that sort of can even out,
10 the weight percents are very iffy by TEM. That's
11 why no exposure assessments -- OSHA doesn't
12 determine an exposure assessment based on weight
13 percent of what's in the air. They base it on
14 the number of structures.
15        That's why the ISO methods talk about
16 that a more accurate exposure assessment is the
17 number of fibers in the air. And it's a loose
18 powder. It's not a construction product of some
19 sort where you have a gasket or fireproofing or
20 acoustical plaster.
21        So it's very -- if you look at our --
22 if you look at the weight percent of the
23 15,000,100 fibers/bundles per gram, the weight
24 percent is lower than the next highest number
25 which is 4 million.

130

1   Q   Does that mean that the samples you're
2 testing are not representative of the bottle as a
3 whole?
4   A   No. If you're doing a mathematical
5 calculation on the weight of each structure, what
6 is more accurate is the number of fibers and
7 bundles per gram because you're comparing one to
8 one. One bundle equals one fiber. One large
9 bundle still equals one very thin fiber, and
10 squaring the width of the structure changes it
11 drastically even if the bundle is twice the
12 size -- if one fiber is twice the width of the
13 second -- of another fiber.
14        It's not an accurate way to do the
15 count, in my opinion. And I've testified about
16 that numbers of times. If you want me to agree
17 that 0.000017 is less than one percent, I will
18 agree.
19   Q   I understand that. And you talked
20 about the number of fibers that are in the air.
21 Is that what you're saying was a better way to do
22 an exposure assessment?
23   A   All exposure assessments are fibers
24 per cubic centimeter of air, not weight per cubic
25 centimeter of air.

131

1   Q   And what about numbers -- just fibers
2 somebody is exposed to, not fibers per cc, but --
3 have you ever seen exposure assessments done with
4 just numbers of fibers? For example, someone was
5 exposed to 5,000 fibers in this work area?
6   A   No. It's all fibers per cc, per cubic
7 centimeter of air. It's a standard. In the old
8 days, it was milliliters, which is the exact same
9 thing.
10   Q   How would you go about figuring out
11 the number of fibers somebody was exposed to if
12 you knew the concentration of air they were
13 exposed to, the concentration of asbestos in the
14 air, and how long they were exposed to it?
15   A   I think we've already gone through
16 this. I mean, I would sit down and do the
17 calculation that I'm not going to do here because
18 I'd like to have time to look at it and make sure
19 I haven't made any errors or simple mistakes.
20   Q   I just want to say -- let me put it
21 this way: If you want -- we're not going to do
22 the calculations right now because you've said
23 you weren't. But I just want to understand, if
24 you were to figure it out -- you could figure out
25 the number of fibers someone's exposed to if you

132

1 knew the concentration of asbestos in the air and
2 fibers per cc and the amount of time they were
3 exposed to it; is that right?
4   A   I believe so.
5   Q   And the way you would do it is just
6 you would figure out -- you would take some kind
7 of inhalation rate, figure out how much they're
8 breathing over that -- how many cc's of air
9 they're breathing over that particular time, and
10 multiply that by the concentration of fibers, the
11 amount of fibers that would be in that air; is
12 that right?
13   A   Yes. I think that's how I would do
14 it.
15     (Whereupon a document was identified
16     as Defendant's Exhibit 16.)
17   Q   I've marked as Exhibit 16 another
18 section of AHERA, which is 40 CFR 763.83. This
19 is the definition sections. And you see this
20 also has a definition of -- are you familiar with
21 these regulations?
22   A   I believe so.
23   Q   And you see that asbestos-containing
24 material here is also defined as more than one
25 percent asbestos; correct?

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 16 of 19 PageID: 222087

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

39 (Pages 141 to 144)

**141**

1 one at 15,000,100 per gram and the other at
2 4 million per gram.
3   Using the basis of what those
4 exposures were between the two concentrations
5 still comes to the same exposure for the bottle
6 that Mrs. Weirick was using or others -- what I
7 call her bottle that she produced. So it shows
8 very good reliability between the two data
9 points.
10   Q   And I believe that you indicated using
11 the median concentration bottle from your MDL
12 testing, which is represented to be 9,000 fibers
13 per gram, you calculated an exposure level that
14 would be experienced by using that bottle of .002
15 fibers per cc. Does that sound right?
16   A   Yes.
17   Q   Now, if we were to calculate the
18 average fibers per gram bottle, how would we go
19 about doing that?
20   A   You would -- all the positive samples,
21 you would take those and add those all up. For
22 the negative samples, it's customary -- it's
23 typically that you take one-half the sensitivity
24 or the detection limit and add it all up and
25 average it.

**142**

1   And just looking at the numbers, I
2 believe taking the mean would be a more
3 appropriate concentration, that the numbers would
4 have been higher. So it would increase that
5 exposure -- the potential exposure. So I would
6 use the mean of all the analyses versus just the
7 median.
8   MR. STUEMKE: And just for the record,
9 we may have him do that calculation in advance of
10 trial. I think he's described the methodology
11 that he's used to do it, and it's just simple
12 math. So he may present that at trial. We
13 haven't decided that yet.
14   Q   But if we do ask you to testify to
15 that at trial, would you use the methodology you
16 just described?
17   A   Yes.
18   Q   What is, in your opinion, a reasonable
19 estimation of the ambient air concentration of
20 asbestos sometimes known as a background level of
21 asbestos?
22   A   I've always testified that unless you
23 have a source, you're not going to have
24 background of the tremolite solid solution series
25 or the anthophyllite solid solutions series. But

**143**

1 if you were to pick a number, it's typically 1.0
2 times 10 to the minus 5. And that is the AT -- I
3 always have trouble with the initials of that. I
4 can't think of it right off the top of my head.
5 But it's 1.0 times 10 to the minus 5.
6   Q   ATSDR, the Agency for Toxic
7 Substances?
8   A   ATSDR. Thank you. Or I think it's
9 5.0 times 10 to the minus 5, something like that.
10   Q   So utilizing that number, one or five
11 times ten to the minus five, and comparing that
12 to the exposure concentrations that you
13 calculated for somebody utilizing the median
14 concentration MDL bottle and for Ms. Weirick's
15 bottle, how would you compare those
16 concentrations to background or ambient level?
17   A   Approximately two orders of magnitude
18 higher than background for that particular
19 concentration for, quote, background asbestos.
20   Q   And, actually, I think for
21 Mrs. Weirick, which is .03, would that be three
22 orders of magnitude greater?
23   A   Yes.
24   Q   Again, since all the fibers that
25 you've identified based on your methodology are

**144**

1 amphibole fibers, how would that compare with the
2 level of amphibole fibers present in normal
3 ambient air?
4   A   You typically do not see amphibole
5 fibers in ordinary background. If you do, it's
6 usually amosite, very rarely, if ever,
7 crocidolite or anthophyllite or tremolite unless
8 you have a source.
9   You have to have a source in order to
10 have background concentrations. And tremolite
11 was not used as an additive in asbestos-added
12 products. And anthophyllite, there was only one
13 product that I'm aware of, a very specialty
14 chemical piping sold to industrial plants.
15   Q   And I would just note that with
16 respect to whether you've, in this deposition,
17 which is now in its third volume over the course
18 of 13 months, whether you've offered all of the
19 opinions you may offer at trial, it's fair to
20 say, and you talked about this earlier, that
21 you've testified in cases involving Johnson &
22 Johnson many times in the last year; correct?
23   A   That is correct.
24   MR. STUEMKE: So for purposes of any
25 Kennemur objection at the trial of this case, we

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 17 of 19 PageID: 222088

William E. Longo, Ph.D.　　Weirick, et al. vs Brenntag North America, et al.　　April 17, 2019

40 (Pages 145 to 148)

Page 145

1  would point out that essentially all of
2  Dr. Longo's opinions have been fully explored in
3  this deposition. To the extent anything may not
4  have been, it's very unlikely to be an actual
5  surprise to Johnson & Johnson, and we encourage
6  them to ask any questions they may have of you at
7  this time.
8       With that stated, I will pass the
9  witness.
10 RE-EXAMINATION
11 BY MR. BUSH:
12     Q    I have a few questions about that.
13 We'll start with background. Someone is exposed
14 to background all -- during the course of a day,
15 someone's exposed to background 24 hours a day;
16 correct?
17     A    No. There's no -- asbestos is not
18 ambiguous in the environment. You're not being
19 exposed 24 hours a day.
20     Q    So let me ask it this way: You were
21 just asked to compare the fibers per cc of
22 background to the fibers per cc from use of a
23 bottle of Johnson & Johnson Baby Powder; correct?
24     A    Correct.
25     Q    That calculation does not take -- that

Page 146

1  comparison does not take into account the amount
2  of time someone's exposed to either metric; is
3  that correct?
4      A    That is correct.
5      Q    And you're going to be exposed to
6  whatever asbestos is in the background for much
7  longer than you would be exposed to one
8  application of baby powder; is that right?
9           MR. STUEMKE: Assumes facts not in
10 evidence.
11     A    Well, if you're going to get that
12 detailed on it, in my opinion, there is no
13 background of tremolite, anthophyllite series or
14 tremolite series. Certainly, there could have
15 been at some point chrysotile, but it depends on
16 where you are.
17          I mean, if you're out in Nebraska
18 somewhere, you're not getting exposed 24 hours a
19 day to background. We're not getting exposed
20 24 hours a day to any measurable background.
21     Q    But in order to make a comparison
22 between two fiber per cc levels, you would have
23 to take into account the time, correct, the time
24 of exposure; correct?
25          MR. STUEMKE: Objection. Incomplete

Page 147

1  hypothetical. You're talking about dose or
2  concentration?
3      Q    I am saying, in order to -- let me
4  rephrase. Do you think just comparing fibers per
5  cc concentrations without considering the amount
6  of time of that exposure is a meaningful
7  comparison?
8      A    Absolutely. If you're taking
9  background over the period of time that they're
10 using Johnson & Johnson's Baby Powder and if
11 you're accepting that it is ten to the minus
12 five, you're orders of magnitude over, quote,
13 background.
14          And when you're over background,
15 you're adding to whatever background is. So to
16 say things like, well, those exposures are going
17 to be below background, that's crazy. Everything
18 you get exposed, quote, above background is
19 adding to the background. It's adding to what's
20 there.
21          So you're getting exposure with a
22 product that contains asbestos fibers versus this
23 hypothetical background. So I think it's very
24 meaningful.
25     Q    And your opinion about background,

Page 148

1  you're not testifying about the health effects of
2  that level; correct?
3      A    I am not.
4      Q    And my question, though, was: If
5  you're going to compare a background exposure to
6  an exposure from Johnson's Baby Powder, wouldn't
7  you have to take into account the length of time
8  of each of those exposures?
9      A    No, because the background exposure
10 is, in my mind, a hypothetical, made-up thing
11 where somebody has measured it at one point,
12 typically chrysotile asbestos, and then you're
13 comparing it to an amphibole -- regulated
14 amphibole exposure.
15          But accepting the fact, okay, for that
16 time period of exposure, any exposure is above
17 this hypothetical background. But to go in and
18 say that, you know, that this person is 63 years
19 old. For 63 years, every day, 24 hours, they're
20 being exposed to this hypothetical background is
21 just made up.
22     Q    And so when Counsel asked you to
23 compare the fibers per cc from what we calculated
24 the fibers per cc background, how come you didn't
25 tell him that's a made-up calculation and you

Case 3:16-md-02738-MAS-RLS   Document 33014-26   Filed 07/23/24   Page 18 of 19
PageID: 222089

William E. Longo, Ph.D.     Weirick, et al. vs Brenntag North America, et al.     April 17, 2019

41 (Pages 149 to 152)

### Page 149

1  said, well, that's two orders of magnitude
2  higher?
3      A    It's not a made-up calculation. It's
4  a calculation they have done taking an air sample
5  some years ago where they have found some
6  chrysotile asbestos. But to sit back and say,
7  now, this is what somebody's, quote, background
8  is for their entire life and here's the fiber
9  years and this -- and that the exposures that
10 Johnson & Johnson Baby Powder even -- and if this
11 is the concentration, it's below background, it's
12 never below background. It's added to
13 background.
14     Q    And in your experience with industrial
15 hygiene, have you ever used a metric fibers per
16 cc year?
17     A    I have.
18     Q    And do you think that that is a useful
19 metric to compare dose calculations?
20     MR. STUEMKE:  I'm just going to object
21 to the extent we're starting to get a little bit
22 into health effects, more of medical opinions
23 than what we're offering Dr. Longo for in this
24 case. You're free to answer the question.
25     A    I wasn't giving dose or fiber year

### Page 150

1  calculations here. And when I have used it is in
2  particular cases in Texas where it is the law
3  that you have to do cumulative fiber year. And
4  typically that has to do with asbestos-added
5  construction products where somebody works in
6  industrial settings and he says, well, okay, I
7  removed gaskets 30 percent of the time. Then you
8  can do that calculation.
9      Q    So when you compared the fiber per cc
10 from an exposure of baby powder to fiber per cc
11 in background, you were not comparing
12 somebody's -- the dose somebody would be exposed
13 to from background compared to the dose somebody
14 would be exposed to from baby powder. Is that
15 fair?
16     A    I did not compare it to somebody doing
17 fiber year calculations for the entire life of
18 the person. I was comparing it to here's what
19 this background, if you're going to accept that,
20 is, and here's what the concentration is. And
21 over that time period, it's two orders or three
22 orders of magnitude higher.
23     Q    Over what time period?
24     A    During the exposure time period.
25     Q    But to make this calculation apples to

### Page 151

1  apples, wouldn't you have to compare the length
2  of time of exposure to backgrounds to the length
3  of time someone's exposed to -- from Johnson's
4  Baby Powder?
5      A    No. I don't think that's appropriate
6  to say that this is his lifetime exposure with
7  absolutely no measurements. Any time that
8  somebody has gone and actually taken the
9  measurements or gone, is this -- this 5.0 times
10 10 to the minus 5 or it's 1.0 times 10 to the
11 minus is what we would expect this person to be
12 exposed to for their entire life.
13     I don't think that's appropriate. I
14 was just using here's what it came out for
15 Johnson & Johnson for the period of time we
16 measured, and here is what this particular
17 background level is.
18     Q    And so if I wanted -- say somebody was
19 exposed to asbestos in their workplace and
20 there's a certain fiber per cc concentration
21 that's measured there and they're there for eight
22 hours a day. To make an apples-to-apples
23 comparison of that kind of exposure to an
24 exposure from Johnson's Baby Powder, wouldn't you
25 need to take into account that they're exposed

### Page 152

1  to -- at their workplace for eight hours a day
2  and they're exposed to Johnson's Baby Powder for
3  a less amount of time if you wanted to compare
4  the doses of those two exposures?
5      A    Well, that's different. If you want
6  to compare to somebody who is being exposed to
7  asbestos-added products and compare it to
8  Johnson & Johnson, you can do that. I mean, I've
9  had cases in Johnson & Johnson where I've said
10 the exposures here for brushing out brakes is two
11 to three fibers per cc, and here's what the range
12 is that -- you know, so it's different than this,
13 quote, background.
14     Q    I'm just trying to get at what I think
15 is a really simple point, which is, if you're
16 going to make this comparison, you have to
17 compare the amount of time someone was exposed to
18 product A compared to the amount of time someone
19 was exposed to product B, you can't do -- for it
20 to be a meaningful dose comparison?
21     A    Well, it's a meaningful concentration
22 for the exposure period. You can't go in -- and
23 I'm, you know, I'm firm on this. You can't go in
24 to me and pick up a background level and say,
25 this is what the person has been exposed to

Case 3:16-md-02738-MAS-RLS    Document 33014-26    Filed 07/23/24    Page 19 of 19 PageID: 222090

William E. Longo, Ph.D.    Weirick, et al. vs Brenntag North America, et al.    April 17, 2019

43 (Pages 157 to 159)

**157**

(Proceedings adjourned, 3:28 p.m.)

**158**

1  CERTIFICATE OF COURT REPORTER
2  STATE OF GEORGIA
3  COUNTY OF COBB
4       I hereby certify that the foregoing
5  deposition was reported as stated in the caption,
6  and the questions and answers thereto were
7  reduced to writing by me;
8       That the witness's right to read and
9  sign the deposition was waived;
10      That the foregoing pages 1 through 159
11 represent a true, correct, and complete
12 transcript of the evidence given on the
13 above-referenced date by the witness, WILLIAM E.
14 LONGO Ph.D., who was first duly sworn by me;
15      That I am not of kin or counsel to any
16 of the attorneys or parties in this case.
17      I do hereby disclose pursuant to
18 Article 10.B. of the Rules and Regulations of the
19 Board of Court Reporting of the Judicial Council
20 of Georgia that I am a Georgia Certified Court
21 Reporter; that I am an employee of Donovan
22 Reporting PC; that Donovan Reporting PC was
23 contacted by the attorney taking the deposition
24 to provide court reporting services for this
25 deposition; that I am not taking this deposition

**159**

1  under any contract that is prohibited by
2  OCGA 15-14-37(a) and (b) or Article 7.C. of the
3  Rules and Regulations of the Board; and I am not
4  disqualified for a relationship of interest under
5  OCGA 9-11-28(c).
6       There is no contract to provide
7  reporting services between myself or any person
8  with whom I have a principal and agency
9  relationship nor any attorney at law in this
10 action, party to this action, party having a
11 financial interest in this action, or agent for
12 an attorney at law in this action, party to this
13 action, or party having a financial interest in
14 this action. Any and all financial arrangements
15 beyond my usual and customary rates have been
16 disclosed and offered to all parties.
17      This 19th day of April, 2019.
18
19
20      _____
        JENNIFER D. HAMON, CCR B-2287
        Certified Court Reporter