# Exhibit 26

1      U.S. FOOD AND DRUG ADMINISTRATION (FDA) PUBLIC

2      MEETING: TESTING METHODS FOR ASBESTOS IN TALC AND

3             COSMETIC PRODUCTS CONTAINING TALC

4

5   Moderators:  Ms. Kari Barrett
                 Ms. Janesia Robbs
6

7   Panelists: Dr. Kristina Hatlelid    Dr. David Berry

8             Mr. Frank Hearl           Ms. Deborah Smegal

9             Mr. Bradley Van Gosen     Dr. Linda Katz

10            Dr. Steven Wolfgang       Dr. Christopher Weis

11

12  Time:       8:33 a.m.

13

14  Date:       Tuesday, February 4, 2020

15

16  Place:      White Oak Campus

17              10903 New Hampshire Ave

18              Silver Spring, Maryland  20993

19

20

21  Job No. CS3805999

Page 2

1                      INDEX TO SPEAKERS

2

3    Morning session

4      Moderated by Kari Barrett                            3

5

6    Afternoon session

7      Moderated by Janesia Robbs

8                     Kari Barrett                        145

9

10

11

12

13

14

15

16

17

18

19

20

21

1　　　　　　　Bulletin 62 discusses the platform
2　for fiber pathogenicity which remains valid today
3　and is supported by more recent research on high
4　aspect ratio nanomaterials.
5　　　　　　　Finally, the implementation of
6　rigorous test methods and criteria without bias
7　for which minerals are present in talc, will allow
8　each mineral element to be identified on its own
9　merit, rather than adopting terminology for which
10　there is no conclusive evidence.  Thank you.
11　　　　　　　MS. KARI BARRETT:  Thank you very
12　much for your remarks.  We'll go to our next
13　speaker, William Longo, MAS, LLC.  And again if
14　you'll just say your name and affiliation for the
15　transcript.
16　　　　　　　DR. WILLIAM LONGO:  My name is
17　William Longo, and I am the president of MAS or
18　Materials Analytical Services.
19　　　　　　　I would like to comment today on the
20　research that we have done using heavy liquid
21　separation for both amphibole asbestos, as well as

1    our chrysotile asbestos that we have recently
2    cracked the code, so to speak, where we can now do
3    both.  Next slide -- oh, I have my thing here --
4    never mind.  Nope.  There we go.  Thank you for
5    the help.
6                    Why heavy liquid density?  Let's
7    see, I think I jumped one.  Oh, overview.  So why
8    use heavy liquid concentration methods for
9    cosmetic talc analysis?  Second is a very brief
10   history of heavy liquid density separation,
11   specifically for cosmetic talc, not going all the
12   way back.  Analytical sensitivity, how high can we
13   go using this concentration method.  The types of
14   amphibole asbestos we routinely see using this
15   separation method is tremolite series,
16   anthophyllite series and now a development of the
17   chrysotile asbestos heavy liquid separation
18   methodology at MAS.  And all of the results that
19   we have been doing for a while has been reported
20   in fibers per gram.
21                    Why?  The standard TEM bulk

Page 315

2                          CERTIFICATION

3            I HEREBY CERTIFY that I am a Court Reporter
4    and Notary Public.
5            I FURTHER CERTIFY that the witness was
6    sworn to testify to the truth.
7            I FURTHER CERTIFY that the following is,
8    to the best of my ability, a true and accurate
9    transcription of the testimony taken stenographically
10   by me at the time, place, and date herein before
11   set forth.
12           I FURTHER CERTIFY that I am neither a
13   relative, employee, attorney nor counsel to any of
14   the parties to the action, and that I am neither a
15   relative nor employee of such attorney or counsel
16   and that I am not financially interested in the
17   action.

                              *Melissa R. Clark* (signature)

20                            Court Reporter
21                            Melissa L. Clark