# EXHIBIT 29

**Summary of MAS testing results of talc from Italy, Vermont, Montana, Brazil and China**

### TALC FROM ITALY (FONTANE MINE)

| Product(s) | Vintage(s) | Source mine | Reference | Amphibole by TEM | Total amphibole | Chrysotile by PLM | Total |
|---|---|---|---|---|---|---|---|
| J&J (outside of the archive) | 1927-1939 to 1960 | Fontane | Decl. w/chart on J&J 9/21/2021 | 10 of 17 | 10 of 17[1] | 0 of 0 | 10 of 17 |
| J&J (archive) | 1960 to | Fontane | Decl. w/chart on J&J 9/21/2021 | 6 of 14 | 7 of 14 | 0 of 0 | 7 of 14 |
| Cashmere Bouquet | 1910s to 1920s | Fontane | Decl. w/chart on Cashmere Bouquet 6/23/2021 | 11 of 18 | 14 of 18 | 0 of 0 | 14 of 18 |
| Cashmere Bouquet | 1930s to 1940s | Fontane | Decl. w/chart on Cashmere Bouquet 6/23/2021 | 14 of 25 | 19 of 25 | 0 of 0 | 19 of 25 |
| Cashmere Bouquet | 1950s | Fontane | Decl. w/chart on Cashmere Bouquet | 5 of 7 | 5 of 7 | 4 of 4 | 7 of 7 |
| Cashmere Bouquet | 1960 to 1967 | Fontane | Decl. w/chart on Cashmere Bouquet | 8 of 12 | 10 of 12 | 5 of 5 | 12 of 12 |
| Avon Persian Wood, Wild Rose | 1961 to 1962 | Fontane | M71543 7/1/2022 | 0 of 2 | 0 of 2 | 2 of 2 | 2 of 2 |
| Avon Persian Wood, Cotillion | 1958 to 1961 | Fontane | M71550 7/1/2022 | 0 of 2 | 0 of 2 | 2 of 2 | 2 of 2 |
| Coty Airspun loose face powder | Pre-1963 to post-2000 | Fontane | Decl. w/chart on Coty 5/19/2022 | 9 of 13 | 9 of 13 | 13 of 13 | 13 of 13 |
| Coty Emeraude dusting powder | 1963 to 1992 | Fontane | M71494 4/28/2022 | 0 of 2 | 0 of 2 | 2 of 2 | 2 of 2 |

---

[1] The MAS chart dated 9/16/2021 identifies 18 J&J bottles from outside of J&J's archive (and 32 J&J bottles overall) containing Italian talc analyzed by MAS. Because sample #9 with a 1945 vintage may also contain California talc, it was removed from the tally.

1

PLAINTIFF'S EXHIBIT 3804

| Chanel No. 5 | Two 1954-1976, five "pre late 1980s"[2] | Fontane | Decl. w/chart on Coty 8/10/2020 | 7 of 7 | 7 of 7 | 0 of 0 | 7 of 7 |

Samples with Italian talc tested that contained asbestos:  95 of 119 (79.8%)
Samples with Italian talc tested that contained amphibole asbestos: 81 of 119 (71.4%)
Samples with Italian talc tested that contained amphibole asbestos by TEM:  70 of 119 (58.8%)
Samples with Italian talc tested for chrysotile asbestos by PLM: 26 of 26 (100%)

### TALC FROM VERMONT

| Product(s) | Vintage(s) | Source mine | Reference | Amphibole by TEM | Total amphibole | Chrysotile by PLM | Total |
|---|---|---|---|---|---|---|---|
| J&J (outside archive) | 1980, 1994, 1994, 1996 | Hammondsville, Hamm, Argonaut | Decl. w/chart on J&J 9/21/2021 | 2 of 4 | 2 of 4 | 2 of 2 | 4 of 4 |
| J&J (archive) | 1970 to 1996 | Hammondsville, Hamm, Argonaut | Decl. w/chart on J&J 9/21/2021 | 23 of 36 | 29 of 36 | 0 of 0 | 29 of 36 |
| West Windsor Grade 66, 96 | 1989 to 2003 | Hammondsville, Hamm, Argonaut | Decl. w/chart on J&J 9/21/2021 | 7 of 15 | 8 of 15 | 0 of 0 | 8 of 15 |

Samples with Vermont talc tested that contained asbestos:  41 of 55 (74.5%)
Samples with Vermont talc tested that contained amphibole asbestos: 39 of 55 (70.9%)
Samples with Vermont talc tested that contained amphibole asbestos by TEM:  32 of 55 (58.1%)
Samples with Vermont talc tested for chrysotile asbestos by PLM: 2 of 2 (100%)

### TALC FROM SOUTHWEST MONTANA

| Product(s) | Vintage(s) | Source mine | Reference | Amphibole by TEM | Total amphibole | Chrysotile by PLM | Total |
|---|---|---|---|---|---|---|---|
| Gold Bond | 1996 to 2012 | Treasure or Regal | Decl. w/chart on | 0 of 11 | 0 of 11 | 11 of 11 | 11 of 11 |

---

[2] In the MAS chart dated 8/10/2020, twenty samples are designated as dated 2000 or earlier (samples #1-4, 8-21 and 23-24). Out of those 20, 7 can be identified as being before the date in the late 1980s when Cyprus/Luzenac began blending Italian talc with Australian talc as Supra A; prior to the late 1980s, WC&D sold Talc 1615 and Cyprus sold Supra to Chanel.

| Product(s) | Vintage(s) | Source mine | Reference | Amphibole by TEM | Total amphibole | Chrysotile by PLM | Total |
|---|---|---|---|---|---|---|---|
| Gold Bond | 2015 to 2020 | Yellowstone | Gold Bond 6/23/2022 Decl. w/chart on Gold Bond 6/23/2022 | 0 of 10 | 0 of 10 | 10 of 10 | 10 of 10 |
| Clubman | 2006 | Treasure or Regal | M71373 3/15/2022 | 0 of 1 | 0 of 1 | 1 of 1 | 1 of 1 |
| Talc 1745 | 2002 to 2016 | Treasure or Regal | M71523 6/10/2022 | 0 of 6 | 0 of 6 | 6 of 6 | 6 of 6 |
| Pfizer MP retains | 1985 to 1986 | Treasure | M71549 7/1/2022 | 0 of 5 | 0 of 5 | 5 of 5 | 5 of 5 |
| Avon Night Magic | 1987 | Beaverhead | M68231 1/2019 | 0 of 1 | 1 of 1 | 0 of 0 | 1 of 1 |
| Dr. Gunter samples | N/A | Treasure/Regal (MP 44-26), Treasure ore, Yellowstone ore | Report 9/2/2022 | 0 of 0 | 0 of 0 | 3 of 3 (FE-SEM)* | 3 of 3 |

Samples with Montana talc tested that contained asbestos: 36 of 36 (100%)
Samples with Montana talc tested that contained amphibole asbestos: 1 of 36 (2.7%)
Samples with Montana talc tested that contained amphibole asbestos by TEM: 1 of 36 (2.7%)
Samples with Montana talc tested for chrysotile asbestos by PLM: 33 of 33 (100%)

## TALC FROM BRAZIL

| Product(s) | Vintage(s) | Source mine | Reference | Amphibole by TEM | Total amphibole | Chrysotile by PLM | Total |
|---|---|---|---|---|---|---|---|
| Johnson & Johnson (Argentina) | 2017 | Brazil | Decl. w/chart on J&J 9/21/2021 | 0 of 3 | 0 of 3 | 3 of 3 | 3 of 3 |

Samples with Brazilian talc tested that contained asbestos: 3 of 3 (100%)
Samples with Brazilian talc tested that contained amphibole asbestos: 0 of 3 (0%)
Samples with Brazilian talc tested that contained amphibole asbestos by TEM: 0 of 3 (0%)
Samples with Brazilian talc tested for chrysotile asbestos by PLM: 3 of 3 (100%)

## TALC FROM CHINA

| Product(s) | Vintage(s) | Source mine | Reference | Amphibole by TEM | Total amphibole | Chrysotile by PLM | Total |
|---|---|---|---|---|---|---|---|

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chanel No. 5 | 2000s to 2014 | Guangxi | Decl. w/chart on Chanel 8/10/2020 | 2 of 22 | 2 of 22 | 19 of 19 | 20 of 22 |
| Guangxi mill (Segrave) | N/A | Guangxi | Decl. w/chart on J&J 9/21/2021 | 0 of 1 | 0 of 1 | 1 of 1 | 1 of 1 |
| Guangxi crude (Sanchez) | N/A | Guangxi | Decl. w/chart on J&J 9/21/2021 | 0 of 1 | 0 of 1 | 1 of 1 | 1 of 1 |
| Guangxi mill (J&J retain) | N/A | Guangxi | Decl. w/chart on J&J 9/21/2021 | 0 of 1 | 0 of 9 | 9 of 9 | 9 of 9 |
| Supra H (Chanel retain) | 2011 to 2013 | Guangxi | Decl. w/chart on J&J 9/21/2021 | 0 of 1 | 0 of 0 | 18 of 18 | 18 of 18 |
| Johnson & Johnson (JBP & STS, outside archive) | 2004 to 2020 | Guangxi | Decl. w/chart on J&J 9/21/2021 | 6 of 21 | 6 of 21 | 33 of 33 | 37 of 40 |
| Johnson & Johnson (STS, archive) | 2013, 2013, 2017 | Guangxi | Decl. w/chart on J&J 9/21/2021 | 2 of 3 | 2 of 3 | 0 of 0 | 2 of 3 |
| Johnson & Johnson (U.K.) | 2002 | Guangxi | Decl. w/chart on J&J 9/21/2021 | 0 of 9 | 0 of 9 | 9 of 9 | 9 of 9 |
| Avon body powders[3] | 1997 of 2002 | Guangxi | M71560 11/15/2022 | 0 of 9 | 0 of 9 | 9 of 9 | 9 of 9 |

Samples with Chinese talc tested that contained asbestos: 106 of 112 (94.6%)
Samples with Chinese talc tested that contained amphibole asbestos: 10 of 75 (13.3%)
Samples with Chinese talc tested that contained amphibole asbestos by TEM: 10 of 75 (13.3%)
Samples with Chinese talc tested for chrysotile asbestos by PLM: 99 of 99 (100%)

---

[3] The report concerned 13 Avon samples, including 9 body powders (001 to 009), two eye shadows (010 to 011) and two blushes (012 to 013). Only the body powders are included here because they can be tied to Chinese talc.

4