# EXHIBIT 33

```
                                                       Page 251

 1               SUPERIOR COURT OF NEW JERSEY
                 LAW DIVISION - MIDDLESEX COUNTY
 2               DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and            )
 5   DUSTIN W. CLARK,              )    104 HEARING
                                   )
 6             Plaintiffs,         )    TRANSCRIPT OF
                                   )     PROCEEDINGS
 7         v.                      )
                                   )    (VOLUME II)
 8                                 )
     JOHNSON & JOHNSON, et al.,    )
 9   et al.,                       )
                                   )
10             Defendants.         )
     ------------------------------
11
12               Place: Middlesex County Courthouse
                        56 Paterson Street
13                      New Brunswick, New Jersey  08903
14
                 Date:  May 30, 2024
15                      9:01 a.m.
16
17   B E F O R E:
18       HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21               ANDREA F. NOCKS, CCR, CRR
                 PRIORITY ONE
22               290 West Mount Pleasant Avenue
                 Livingston, New Jersey  07039
23               (718) 983-1234
                 E-mail:  p1steno@veritext.com
24
25   JOB NO.:  6725593
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 252

```
 1  APPEARANCES:
 2  DEAN OMAR BRANHAM SHIRLEY LLP
    BY:  BENJAMIN BRALY, ESQ.
 3  302 North Market Street
    Suite 300
 4  Dallas, Texas 75202
    Attorneys for Plaintiffs
 5
 6
 7
 8  KING & SPALDING
    BY:  MORTON D. DUBIN II, ESQ.
 9       KEVIN HYNES, ESQ.
    1185 Avenue of the Americas
10  34th Floor
    New York, New York  10036
11  -AND-
    McCARTER & ENGLISH
12  BY:  JOHN C. GARDE, ESQ.
    Four Gateway Center
13  100 Mulberry Street
    Newark, New Jersey  07102
14  Attorneys for Defendant,
    Johnson & Johnson
15
16
17  ALSO PRESENT:  MARK BIBRO, ESQ.
              EARLY, LUCARELLI,
18            SWEENEY & MEISENKOTHEN
19
20
21
22
23
24
25
```

Page 253

```
 1              INDEX
 2
 3  WITNESSES   DIRECT   CROSS   REDIRECT   RECROSS
 4
 5  WILLIAM EDWARD LONGO
 6
 7  EXAMINATION BY:
 8  MR. BRALY    256          342, 353
 9  MR. DUBIN           273          350
10
```

Page 254

```
 1           EXHIBITS
 2  NUMBER      DESCRIPTION          ID
 3  P-3    ISO table               345
 4
 5  P-6    Appendices to White Paper    266
 6
 7  P-20   Deer, Howie and Zussman
 8         page from textbook         257
 9
10  P-31   Decades of Evidence chart     264
```

Page 255

 1          THE COURT:  Good morning, everyone.
 2  My name is Judge Ana Viscomi.  We are here with
 3  regard to the continued 104 hearing of Dr. William
 4  Longo in the matter of Kayme Clark and Dustin Clark
 5  versus Johnson & Johnson, Docket Number 3809-18.
 6          May I have appearances, please, on
 7  behalf of plaintiff.
 8          MR. BRALY:  Your Honor, on behalf of
 9  the Clark family I'm here, Benjamin Braly.
10          THE COURT:  Thank you.
11          Further on behalf of the plaintiff?
12          MR. BRALY:  Mr. Bibro is here from
13  the Early firm.
14          THE COURT:  I'm sorry.  Could you
15  state your name again, please.
16          MR. BIBRO:  Mark Bibro from the Early
17  firm.
18          THE COURT:  Thank you.
19          And for the defendants.
20          MR. GARDE:  If Your Honor please,
21  John Garde on behalf of the Johnson & Johnson
22  defendants.  With me is Mr. Morton Dubin and
23  Mr. Kevin Hynes of King & Spalding.
24          MR. DUBIN:  Good morning.
25          THE COURT:  So, we left off yesterday

2 (Pages 252 - 255)

Page 276

1  actually chrysotile, right; you're aware that he has
2  offered that opinion, correct?
3      A.   I would say yes, he has offered that
4  opinion. And he has done the most research on
5  polarized light microscopy dispersion staining, but
6  I don't believe he's done any research on the
7  chrysotile in cosmetic talcs.
8      Q.   Okay. And not only has he said,
9  based on being the most experienced person in
10 research in this type of analysis that what you are
11 calling chrysotile is actually talc, he has said you
12 are not properly following PLM dispersion staining
13 analysis methodology, correct?
14     A.   He has stated that.
15     Q.   And, for example, we had one example
16 of that during your testimony yesterday, for
17 example, you put a table up that was from one of his
18 publications, and we can just call up slide 161
19 first.
20          And so, this is a PowerPoint actually
21 from Dr. Su but the table inside this is what you
22 were referring to yesterday when you were talking
23 about what the acceptable ranges of refractive
24 indices are for chrysotile, right?
25     A.   Correct.

Page 277

1      Q.   And not only has he -- let's just
2  look at an excerpt from his report here. We could
3  go to slide 160.
4           And what he says is, "I have created
5  and published procedures for reference tables that
6  help analysts measure RI values of the six regulated
7  asbestos minerals, including chrysotile. MAS relies
8  upon my procedure and tables as part of its PLM
9  analysis of Johnson's Baby Powder. However,
10 Dr. Longo completely misunderstood my reference
11 table and claimed that the RI range of my chrysotile
12 table represents the chrysotile's minimum and
13 maximum RI values. This is not true."
14          And you're aware he said that, right?
15     A.   I am aware.
16     Q.   So, the author of the method that you
17 claim to be following is saying that you are
18 misinterpreting the method, right?
19     A.   He says we're misinterpreting the
20 method, however, if you look at some of the
21 reference chrysotile ranges, you have ranges of
22 chrysotile that are both in the area that we find
23 and also in the area that is outside what Dr. Su
24 says is appropriate. And if you take those, such as
25 what's found in EPA, what's found in others, and if

Page 278

1  you take those and go on his chart, they do match
2  the appropriate refractive indice. So, my
3  intuition there is he has come up with a range that
4  is not -- covers all chrysotile.
5      Q.   Okay. But no question that you put a
6  slide up there yesterday in your examination from
7  his method, and he has told you you are wrong about
8  what this table means, and you still use it, right?
9      A.   Of course we still use it because the
10 range of what we're finding in something like
11 refractive indices, you know, there's a 1.567 in
12 EPA. According to Dr. Su, that would be out of the
13 range and you can't use his table. That 1.567
14 matches the refractive indices perfectly.
15          And there's another one, like we just
16 looked at, is 1.538. According to Dr. Su, that
17 would be out of the range that you would call
18 chrysotile. So, I can't quibble with that's what he
19 says, that's what he thinks his chart is, but it
20 doesn't cover all the chrysotile minerals that are
21 out of the typical range.
22     Q.   And we're going to be talking a
23 little bit more about your failure to verify but --
24 right -- the whole reason we're even having this
25 conversation, we're looking at is this yellow,

Page 279

1  bright yellow, is this golden yellow, is it purple,
2  the whole reason we're having this conversation at
3  all is because we're talking about PLM dispersion
4  analysis, right, which is based on color, correct?
5      A.   That is correct.
6      Q.   But if you had even once decided to
7  use TEM to verify your findings, you could look at
8  what you're calling chrysotile, you could get direct
9  information about crystal structure and chemistry
10 and know fairly simply is it chrysotile or is it
11 talc, right?
12     A.   Right.
13     Q.   Without talking about colors at all?
14     A.   Right, and we have done that. We
15 have now taken samples that we have said is
16 chrysotile in it with the same ranges we're talking
17 about and the ranges that Dr. Su says is out of his
18 table and have verified that it has chrysotile.
19     Q.   No, what I'm saying is you could look
20 at Johnson & Johnson with a TEM, take your
21 concentration method, if you think concentration --
22 you could take the concentration, what you got, look
23 at it under a TEM analysis and find what you say is
24 chrysotile. And if you found it with TEM and you
25 had chemistry information and crystal structure

Page 280

1 information, we wouldn't even be having to debate
2 whether you are calling particles the wrong color;
3 we would have hard data, right?
4    A.    Well, we would have hard data but
5 what you're saying is not very fair.
6         We are analyzing samples and showing
7 chrysotile in it with the same methodology, the same
8 everything we're doing and, actually, one of the
9 Avon samples is a Vermont sample.
10        So, no, have we gotten to J&J yet?
11 You're going to have to be patient for that.  So, I
12 look at it as we have now verified it a number of
13 ways.  We have verified it by TEM in Avon samples.
14 We have verified it using the SG-210 as a standard
15 because it has the exact same -- not the exact same
16 but the same range of refractive indices and we're
17 not the only one finding chrysotile by TEM in these
18 cosmetic talcs, as we just saw.  So that's also
19 verified.
20   Q.    You say you haven't got into it yet.
21 But we looked and when you -- you started claiming
22 there was chrysotile and Johnson & Johnson finding
23 it back in 2020, right?
24   A.    With PLM, that's correct.
25   Q.    So, at minimum, even if we ignore the

Page 281

1 fact that you began this work overall in 2016,
2 you've had four years, four years to look at
3 Johnson & Johnson talc with a TEM microscope and
4 prove that what you're calling chrysotile is
5 chrysotile with chemistry information and crystal
6 structure information, at least four years, right?
7    A.    It's been four years but that's
8 absolutely unfair.  We're a commercial lab.  We're
9 not a research institute.  Yes, if I -- if I was a
10 research institute or I was a university, I could
11 put a couple Ph.D. students on this where they would
12 be working on it full-time.  We don't get funding
13 for that.  So, it takes us a long time to go through
14 that.  And the CSM method was not in, you know -- it
15 was not in a way from the methodology where we had
16 to work on it.  Unlike the amphibole one, where it
17 had been published and there's a method for it, you
18 could go right in and start finding amphiboles.  The
19 chrysotile one just had this protocol from Colorado
20 School of Mines where they're finding chrysotile by
21 PLM and did not do TEM on it.  But we had to figure
22 out how to make the concentration method the most,
23 you know, efficient of extracting out the talc in
24 the chrysotile.  That was not an easy thing.
25        You know, we may go days because of

Page 282

1 workload that we're not doing any work on it, we're
2 doing the best we can.
3    Q.    Let's break what you just said down
4 into two pieces.
5         First, you said we're not a research
6 institution, right, we are not a research
7 institution so why should we go and do this
8 additional work?
9    A.    No.  No, you mis --
10   Q.    Let me finish my question.
11   A.    Okay.  Sorry.
12   Q.    You are currently charging $50,000
13 retainers every time you are retained in a cosmetic
14 talc case, right?
15   A.    Since May first of this year, that's
16 correct.
17   Q.    And how many cosmetic talc cases
18 would you say that you're currently being retained
19 in?
20   A.    Four or five.
21   Q.    Okay.  Over this entire -- let's say
22 this year?
23   A.    Maybe six or seven.
24   Q.    Currently, or how about last year,
25 how many cases?

Page 283

1    A.    Last year, I don't know.  We didn't
2 start charging this retainer to help us in the
3 research last year.
4    Q.    But you're not making enough money
5 where you could afford to have somebody, instead of
6 doing one PLM analysis, switch them over and look at
7 a TEM analysis to verify; that's what you're saying?
8    A.    No, I'm not saying that.  It's -- we
9 have -- we have samples that are due.  Now we've
10 hired additional people and since we have now been
11 able to fund this, now we've started looking at it
12 by TEM.  Now, the reason we did the TEM the way we
13 did is because another scientist by the name of Mark
14 Bailey took three Avon -- three Avon samples, used a
15 heavy liquid density separation method on it, CSM,
16 but he made some tweaks on it that we're now using,
17 and we wanted to do the first ones to verify what
18 that scientist found.  So, now we have verification
19 from two different labs and, yes, we're going to
20 expand in it, and, yes, we've been hiring some
21 people now that we've got the $50,000 retainer.  We
22 got two new PLM analysts and we're looking for some
23 additional people to help move this along, but
24 before we got the retainers, we didn't have the
25 money to hire people.

9 (Pages 280 - 283)

Page 284

1  Q. Let's look at the second thing that
2 you said. You said, well, we were still developing
3 the CSM method. You told Congress back in 2020 that
4 you had already cracked the code on a method to
5 concentrate for chrysotile and find chrysotile,
6 right?
7  A. That's untrue.
8  Q. It was untrue that you cracked the
9 code?
10  A. That I told Congress that. I told
11 Congress that we didn't have a method yet for
12 chrysotile, it was only amphiboles.
13  Q. We'll look at that. But your CSM
14 method was sufficiently developed back in 2020 that
15 you were using it for PLM, right?
16  A. Again, you're correct but you're
17 being unfair. We were using it for PLM but we were
18 finding that we were getting less in the
19 concentration method than we were with just looking
20 at it. We were finding that the chrysotile was
21 ending up in the pellet, which makes absolutely no
22 sense. So, we had to solve that riddle.
23  Q. But if you still had to solve the CSM
24 problem, if the CSM method wasn't reliable enough to
25 use for TEM, then it wouldn't have been reliable

Page 285

1 enough to use for PLM either?
2  A. That is so wrong. The PLM method was
3 showing it was there. We were getting positive
4 chrysotile but we weren't getting the full amount
5 that should have been in there. That's why we had
6 to go to -- we had to go to using the SG-210, one,
7 to figure out why is it going into pellet. Well, it
8 took time to do that. And you guys know in your
9 office, you know, somebody comes in and says, you
10 know, I need two more, you know, motions to strike
11 and if you don't have enough people, how do you do
12 it?
13  Q. So, when you were back testifying,
14 when you started testifying about your PLM work
15 using this CSM concentration method, did you tell
16 juries that, "Hey, wait, I'm presenting this about
17 my concentration chrysotile stuff by PLM but you
18 shouldn't be paying attention to this because the
19 method's really not worked out?" Is that what you
20 said about your method when you were testifying
21 about it?
22  A. Of course not. What I was telling
23 the juries is that we're finding chrysotile, it was
24 positive for chrysotile. It doesn't -- it may not
25 be the right amount but it's absolutely positive for

Page 286

1 chrysotile by PLM. That's what I was telling the
2 jury. I wasn't telling them that we still have
3 things to do on it but before we got the TEM, I
4 wanted it to be the message that we would publish
5 and say this is what you do. We had to solve all
6 these little issues. They weren't little issues,
7 they were -- they were scratch head issues.
8  Q. Okay.
9  A. So two different things.
10  Q. So, let's move back -- I'm sorry.
11 Are you done?
12  A. No.
13  Q. Okay.
14  A. If it is positive by PLM, that means
15 there's chrysotile in it. And what we were -- and
16 getting the exact amounts and getting the most
17 efficient extraction so that we could use it so we
18 knew in TEM that if it's there, we could detect.
19 That was the whole issue.
20  Q. Let's go back and reorient about what
21 else you've been talking. Let's just go to the
22 orientation slide, slide 1. A lot of people
23 couldn't see slide 1.
24      So, we sort of talked a little bit
25 about these first two things already but, as I said,

Page 287

1 when we move from TEM which gives you just printouts
2 of data, when we start to change to a PLM dispersion
3 staining analysis, I think you actually said that
4 even people who use PLM to identify minerals in
5 practice usually don't do it this way where you have
6 to depend on color of the particle, the
7 birefringence; you said they usually use Michel-Levy
8 charts, right?
9  A. Correct.
10  Q. So, you selected not just a PLM
11 method, you selected one that would depend on
12 whether your analyst in your lab accurately picked
13 the right color for the analysis, right?
14  A. That's just like every lab.
15  Q. Okay. And that then, if you're an
16 analyst and, again, that means that an analyst, and
17 let's just -- has the ability, and I know we
18 disagree about whether this happened, but because of
19 the method you chose, the analyst has the ability to
20 change the results by picking a different color than
21 is observed under the microscope, right?
22  A. Any PLM analyst who wants to change
23 the colors could do that. We don't do that. And we
24 verified that by looking at chrysotile that was in
25 the same size range and gave the same, same ranges

Page 288

1 of color. So, we validated what we were looking at
2 and, you know, I'm not -- and I'm not blind from
3 the, you know, the criticism of everything here
4 because it's outside the norm.
5     Q.    Okay. And just again, so we
6 understand what we mean about why color is
7 important, why color is critical to this analysis,
8 let's go back to slide 142.
9          So, the way this analysis works is
10 you're trying to eventually get to a refractive
11 index number or two numbers actually in parallel and
12 perpendicular. And that's when you're going to do
13 your calculation based on those numbers to see what
14 the birefringence value is, right?
15    A.    Correct.
16    Q.    And what refractive index number you
17 have is driven by what color the analyst says they
18 are seeing, correct?
19    A.    Yes, sir. As we went over this
20 yesterday, I agreed with you.
21    Q.    So, if you see a particle that is
22 actually yellow, it will have a different refractive
23 index number than a particle that is purple, right?
24    A.    That is correct. If it -- if it is
25 that purple.

Page 289

1     Q.    And so, for example, we went through
2 these images, slide 51, that we were not able to see
3 yesterday but this particle, as we discussed when I
4 just showed you a plain image of it, you told me it
5 was golden brown, right?
6     A.    That's the main -- that's the main
7 color there.
8     Q.    And yet by reversing the process,
9 because you actually give -- you see in the black
10 box down there, it says "RI 1564," right?
11    A.    I do.
12    Q.    So, we were able to reverse the
13 process to go from that RI to figure out what color
14 your analyst was calling this, what color your
15 analyst said they were seeing, and that is dark
16 purple, right?
17    A.    You do have that in there but as I've
18 talked about yesterday, you don't get these really
19 nice colors. You'll get a mixture of them and it's
20 just over a process. So, that is one sample. But I
21 stick to what it is. That is chrysotile and I rely
22 on the analyst and I don't have a problem with that.
23    Q.    And this particle that you're calling
24 purple chrysotile is essentially the same color as
25 all the talc plates that we see in the upper left of

Page 290

1 the image, right?
2     A.    No. If you look at the ends, you
3 know, one point, and you've got darker material
4 there, I can see -- I'd have to be on the microscope
5 but I can see some purple there. We have a mixture.
6 So that's what they chose. You know, we can argue
7 about this all day long but if you turn it -- you
8 know, that's what we called it and I stick by it.
9     Q.    You stick by it, but slide 143, just
10 to understand how this matters again, the number
11 that goes into that calculation, so, all of the
12 number on the right, and last time I had this text
13 in purple, but, because the number that goes into
14 your birefringence calculation, the number that
15 you're subtracting the number from, that is based on
16 the analyst calling the particle purple; if it was
17 yellow, a different number would be there, right?
18    A.    Okay. Can we go back to the other
19 one?
20    Q.    Sure. 1 -- sorry, 54 -- 51, sorry.
21 1.564, that corresponds to purple. If it was, for
22 example, a yellow, then you would be in the range --
23 in the yellow ranges. You'd have numbers like
24 1.579, 1.583, depending on how bright that is, and
25 we've talking about the brightness for illumination

Page 291

1 ranges.
2     A.    So, that's not yellow at all. I
3 appreciate that's what you see.
4          Say, we go down to, and we take
5 purple -- you would have something in the range of
6 about 1.576, 1.576 and 1.561 -- that's a 5100. You
7 are still in the range of what is accepted for
8 chrysotile.
9     Q.    Okay.
10    A.    So, if I --
11    Q.    According to you.
12    A.    If I buy your evaluation here and
13 that is not the yellows that you're pointing out
14 there and I put in a .1576, I am still in the range
15 and that is not talc.
16    Q.    Um-hum.
17    A.    What you have in that right-hand
18 corner is talc. See that bright up there? Well,
19 that we're going to be down in the 420 to 410 range.
20 So, it's not talc.
21    Q.    Dr. Longo, so, let's assume -- see
22 these rounded objects. Let's on the right instead.
23 Okay? There's one little rounded blue and there's
24 some rounded objects up there. Those are talc
25 plates, right?

Page 356

```
 1              CERTIFICATE OF OFFICER
 2
 3         I CERTIFY that the foregoing is a true
 4   and accurate transcript of the testimony and
 5   proceedings as reported stenographically by me at
 6   the time, place and on the date as hereinbefore set
 7   forth.
 8         I DO FURTHER CERTIFY that I am neither
 9   a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.
14
15   ---------------------------------
16         ANDREA NOCKS, CCR, CRR
             Certificate No. X100157300
17           Certificate No. XR00011300
18
19
20
21
22
23
24
25
```

28 (Page 356)