# EXHIBIT 34

Page 155

```
1                SUPERIOR COURT OF NEW JERSEY
                 LAW DIVISION - MIDDLESEX COUNTY
2                DOCKET NO. MID-L-003809-18AS
3
4
     KAYME A. CLARK and                    VIRTUAL
5    DUSTIN W. CLARK,                  DEPOSITION UPON
                                       ORAL EXAMINATION
6              Plaintiffs,                    OF
                                        WILLIAM E. LONGO
7         v.                                Ph.D.
                                         (VOLUME II)
8    JOHNSON & JOHNSON, et al.,
9              Defendants.
     --------------------------------
10
11
12
13           TRANSCRIPT of the stenographic notes
14   of ANDREA F. NOCKS, a Certified Court Reporter and
15   Certified Realtime Court Reporter of the State of
16   New Jersey, Certificate No. XI01573, taken virtually
17   on April 2, 2024, commencing at 11:18 a.m., Eastern
18   Standard Time.
19
20
21
22
23
24
25   Job No. 6625014
```

Page 156

```
 1  A P P E A R A N C E S:
 2  DEAN OMAR BRANHAM SHIRLEY LLP
     BY:  BENJAMIN D. BRALY, ESQ.
 3  302 North Market Street
     Suite 300
 4  Dallas, Texas 75202
     Attorneys for Plaintiffs
 5
 6
 7
 8  KING & SPALDING LLP
     BY:  KEVIN HYNES, ESQ.
 9  1185 Avenue of the Americas
     34th Floor
10  New York, New York 10036
     -AND-
11  McCARTER & ENGLISH, LLP
     BY:  JOHN GARDE, ESQ.
12  Four Gateway Center
     100 Mulberry Street
13  Newark, New Jersey  07102
     Attorneys for Defendant,
14  Johnson & Johnson
15
16
17
18
19
20
21
22
23
24
25
```

Page 157

```
 1            INDEX
 2                        PAGE
 3  WITNESS:
 4      WILLIAM E. LONGO, Ph.D.
 5
 6  EXAMINATION BY:
 7      MR. HYNES              160
 8      MR. BRALY              240
 9
10
...
25
```

Page 158

```
 1            E X H I B I T S
 2  NUMBER    DESCRIPTION       IDENTIFICATION
 3  1D    March 29, 2024 letter      160
 4  1E    April 1, 2024 e-mail       160
 5  2C    Updated testimony list     160
 6  2D    Case-specific invoices
 7        (To be produced)
 8  10H   15-page set of M65947
 9        PLM-count sheets           160
10  11A   January 25, 2021
11        M71211 report              171
12  11B   March 23, 2021 report      198
13  12A   Project M71614, the Valadez
14        container, February 28, 2023   198
15  12B   October 19th, 2023
16        M71643 report              198
17  12C   Project M71730,
18        November 28, 2023,
19        Henderson report           198
20  12D   Project M71740,
21        February 15, 2024
22        Kirch report               198
23  13A   February 24, 2020
24        Zimmerman report           198
25
```

Page 159

```
 1         E X H I B I T S  C O N T'D
 2  NUMBER    DESCRIPTION       IDENTIFICATION
 3  13B   April 6, 2020 M71046
 4        Colley report              198
 5  13C   Project M71262,
 6        March 11, 2022
 7        Klayman report             199
 8
 9  8B    Chart
10        (marked 3/22/2024)         241
11  (Exhibits e-mailed to p1steno@veritext.com)
12
13
14  REQUEST FOR PRODUCTION
15
16  PAGE NO. 172...Worksheets that were generated in
17  connection with project M71211
18  PAGE NO. 195...Antigorite images by PLM 1.550
19  refractive index oil, parallel and perpendicular
20  orientation
21  PAGE NO. 196...Lizardite images in 1.550 refractive
22  index oil, parallel and perpendicular orientation
23  PAGE NO. 237...Chrysotile in talc PLM-count sheets
24  for reports that were marked as exhibits
25
```

2 (Pages 156 - 159)

Page 180

1 chrysotile structures on the new analyses than they
2 were on the old analyses?
3    A.    Sometimes it's smaller, sometimes
4 it's the same, sometimes it's greater. I haven't
5 really sat down, but you would have to go back to
6 the same samples so you can compare apples to
7 apples.
8    Q.    Have you --
9    A.    Potentially you can see less. It
10 just depends on how evenly distributed the
11 chrysotile bundles had in the sample.
12    Q.    Are there any Johnson & Johnson
13 samples for which you've done these chrysotile by
14 PLM analyses using both your old microscope versus
15 the new Leica microscopes?
16    A.    No.
17    Q.    Okay. And I think the last time
18 around we were talking, you were saying that the
19 visual estimation of percentage of concentration of
20 chrysotile from your view was typically more
21 reliable than things like point -- point counting
22 for the determination of the quantity of chrysotile
23 by PLM.
24        Is that your view?
25    A.    Yes.

Page 181

1    Q.    Okay. And why is that?
2    A.    Well, when point counting first came
3 out -- well, when they said, you know, you can point
4 count and do this, we were doing a lot of property
5 damage cases in which we were analyzing
6 fireproofings made by W.R. Grace and others. And
7 those formulations are pretty consistent, 10 percent
8 chrysotile.
9        When we would have analysts do point
10 counting on it, just like they stayed, it was
11 never -- it never matched up to the accuracy that we
12 were getting with volume estimates because you go to
13 a random point, and say there's nothing in that
14 point, you know? Right next to it you can have one
15 that you're not counting.
16        And actually, the 22262-1, I think it
17 is, doesn't recommend point counting if you've got
18 materials that have different heights of samples,
19 different heights of minerals such as, you know, a
20 platy talc with a bundle in it is going to be
21 higher. So we just -- we have never done point
22 counting. We did it initially. It takes too long
23 and it's inaccurate, in my opinion.
24    Q.    And this chrysotile structure per
25 gram calculation that your laboratory performed, you

Page 182

1 wouldn't consider that a point counting method,
2 would you?
3    A.    Actually, point counting is, you have
4 to do, randomly, look for things. For structures
5 per gram, you actually scan areas, and you're not
6 going to an area and you're just looking at it, one
7 spot. You will look in that whole area over, you
8 know -- you have to come to one point, move it, and
9 if it's not right there, right under where you're
10 looking, you don't count it. Could be just off to
11 the side.
12    Q.    Um-hum.
13        And when your lab performs the
14 percent, I guess it's the percent area calculations
15 for chrysotile in Johnson's Baby Powder samples that
16 you've analyzed, your lab uses some standard
17 reference area percentage charts as a reference
18 point for estimating the chrysotile percentages in
19 those products. Is that right?
20    A.    No, that doesn't work for these
21 products because fibers are so small. That really
22 was designed for asbestos-added products.
23    Q.    Okay.
24    A.    What you can look at is the, you
25 know, RG-144, where the number of structures you had

Page 183

1 were different percentages is more helpful. We just
2 have to start -- you know, we have the standards
3 made up. We're just in the process of redoing it
4 with SG-210, so that -- 'cause I think that is a
5 better indicator of the size of what we're seeing.
6    Q.    Okay. So, how does your laboratory
7 actually go about the process of calculating a
8 percent of chrysotile by weight; for example, if I
9 go to -- we can just go back to Exhibit 11A, that
10 71211 report, where you have these, you know, .001
11 to .002, .0009 to .001 percentages, what's the
12 process that your analyst goes through to assign the
13 specific down to, you know, a thousandth or a
14 10,000th of a percentage? What's the process they
15 go through to perform that calculation?
16    A.    Well, a lot of it has to do with
17 experience and now they've been -- Paul Hess has
18 been doing it, actually, on this particular thing,
19 you know, five and a half years -- no, not that
20 long. Yeah, almost five and a half years.
21        They will look at the size of the
22 chrysotile structure and then they will look at the
23 area of where it sits, and then they will make an
24 estimate, estimate a visual -- it's a visual
25 estimate of how much area that chrysotile is taking

Page 184

1 up.
2 So, if I were to go to the very first
3 sample and I were to measure the size of the
4 chrysotile and measure the size of the entire
5 picture, and then divide it out to see what
6 percentage it is, it probably would be pretty close
7 to what we found there.
8  Q. Right. But could you walk me through
9 what that process is? Like, are they doing an
10 actual mathematical calculation, taking a
11 measurement of a particle, taking a measurement of
12 the field of view being analyzed, and then
13 performing some sort of mathematical calculations to
14 arrive at those figures?
15  A. No, it's not. It's called a visual
16 estimate, not a visual calculation. And that is the
17 standard method for PLM. That's how you do it.
18 Now, at these very low
19 concentrations, 'cause you would never see anything
20 like this in any asbestos-added products at this
21 percentage, I think there's a difficult detection
22 limit for a good microscopist was 0.1. So they make
23 a visual estimate based on their experience.
24  Q. Okay. But how does somebody make a
25 visual estimate and differentiate between the

Page 185

1 difference between, you know, 10,000th of a
2 percentage, the difference between .0009 to .001
3 versus the difference between .001 to .002?
4 How is that analysis performed?
5  A. It's literally his opinion about the
6 range that he's looking at on the slide.
7 If I were to do that, I would
8 probably just round it off to the nearest, you know,
9 number, but I don't tell him how to do it on their
10 own. They have a lot more experience in looking at
11 these than I do. So, it's just a visual estimate.
12 It's their opinion.
13  Q. And it's a qualitative number,
14 qualitative assessment, right?
15  A. A visual estimate -- it typically may
16 have an error rate of .005 percent or something.
17 They're all qualitative. Every time somebody does
18 PLM and puts a weight percent down, it's called
19 qualitative.
20  Q. Okay. That error rate that you just
21 referenced, where did you pull that from? That's
22 not from your --
23  A. It --
24 (Court Reporter clarification.)
25  BY MR. HYNES:

Page 186

1  Q. I was going to say, that error rate
2 isn't specific to this chrysotile by PLM?
3  A. No. It's more specific. And,
4 typically, NVLAP, they would send you a known
5 sample, and you had a range of where it could be.
6 You know, if it was 10 percent. And I forget what
7 they allowed before they started knocking points
8 off.
9  Q. So, that is based on NVLAP
10 accreditation, PLM analysis process in which there
11 are known percentages of commercially added
12 chrysotile in a bulk sample that are then sent out
13 to a variety of labs to see what --
14  A. Yes. It can be chrysotile, it can be
15 amosite, what have you. And then they compare all
16 the -- they compare all the labs, find the error
17 rate, and then you have to be in their -- in the
18 range of where the labs are hitting.
19  Q. And as any lab accreditation for
20 chrysotile in medium via PLM, those are typically
21 concentrations of chrysotile that range from, you
22 know, 10 percent down to .1 percent; we're not
23 looking at, you know, .001 percent chrysotile as
24 part of those NVLAP accreditation processes, right?
25  A. I'm not sure they go down as low as

Page 187

1 .1. But, no, this is not the type of accreditation.
2 I've been told that they sent out one
3 that was just Calidria, and 35 percent of the labs
4 failed it. And I've been asked a lot, did we have
5 that -- that pat round (phonetic), and, no, we could
6 not find it.
7 They say that 22262-1 PLM, there's a
8 paragraph in there by Chatfield about the problem
9 with the Calidria, people missing it because of its
10 size.
11  Q. When your analyst is doing this
12 qualitative assessment of chrysotile percentages in
13 Johnson's Baby Powder by PLM, they're not looking to
14 any sort of area percent chart or reference images
15 of a known concentration of chrysotile in talc at
16 that given percentage as a reference point; this is
17 simply an isolated review of that particular sample
18 and assessing the overall percentage of chrysotile
19 in that sample visually down to .001 percent or so.
20 Is that the process?
21  A. That's the process. You would never
22 see anything like this or any of the -- you know,
23 the round circle charts basically blocking out areas
24 and say this is 10 percent, 20 percent, 30 percent.
25 I mean, this is literally finding, you know, one or

Page 188

1  two. I mean, we're looking at, in this one -- let's
2  see what it was. You know, 35 chrysotile structures
3  in 30 field of view. So you are basically looking
4  at one in each field of view, and they're very
5  small. And there must be one or two in here that
6  had two in field of views. You won't find anything
7  like this.
8       I bet if we were to send out our
9  knowns, our SG-210 knowns to labs and say, you know,
10 Tell me how much chrysotile is in here, and not
11 telling them what it is, they would -- I would say
12 most of the -- most of the labs would miss it.
13     Q.   Okay. I also had some questions
14 about -- stay in the same report -- just a couple of
15 questions about sizes of the structures and how that
16 is determined by your PLM analyst.
17      If we just go to the first PLM
18 photomicrograph in that report, M71211, Exhibit 11A,
19 I'm down to page 25 of the report.
20     A.   I've got it. Let me see. I've got
21 it. 10.4 microns.
22     Q.   Right. So I wanted to talk through
23 sort of the process through which your lab
24 determines the particle sizes of structures in PLM.
25 And so, if I'm looking here at this image on page

Page 189

1  25, there's no scale bar on the image itself;
2  there's just a, you know, a little line underneath
3  the structure being analyzed, and it has the 10.4
4  microns listed there below it, right, for this
5  particular image?
6      A.   Correct.
7      Q.   Okay. And so, walk me through the
8  process through which your laboratory's PLM analyst
9  determines the size of the structures being analyzed
10 by PLM.
11      Do they start this process by, like,
12 taking a photograph of Leica physical scale bar next
13 to this slide?
14      Do they use, you know, a computer
15 program to help them determine what the potential
16 particle sizes are in the -- under the microscope at
17 that given time? Is it something else? I guess
18 just walk me through that process.
19     A.   So the answer to your question is
20 yes, this is when we -- this is with the Olympus
21 microscope. And we had it all digitize- -- had the
22 camera -- digital camera to a computer to a monitor,
23 and then it was calibrated in the program on the
24 different sizes, the microns.
25      So really, all the analyst has to do

Page 190

1  is go up and press the micron size, and he can click
2  on one end of the fiber or bundle, no fibers, PLM.
3  And to the other one, and it'll tell you its size.
4  So it's been calibrated.
5       And this is before we switched over
6  to the new system, which we now just put the micron
7  bar at the bottom, and that's been calibrated, too.
8  And that's about the best I can help you with there
9  on that.
10     Q.   Okay.
11     A.   It's been calibrated and, you know,
12 so it's at a hundred X. You could take and measure
13 it now, and we'd have to account for the size of the
14 photograph. You could go back and back-calculate to
15 that, see if that's right for that magnification.
16     Q.   Okay. And these photographs that you
17 take in these Johnson & Johnson chrysotile in talc
18 by PLM reports, are the photomicrographs always 10x
19 objective lens to get a good look at them side by
20 side?
21     A.   Yes. The dispersion staining lens is
22 always 10x. I have not gone in and started using
23 the much higher magnification yet.
24     Q.   Okay. And then the calibration
25 process, how did that -- is that something that

Page 191

1  happened, you know, a long time ago and then you
2  continued to use that calibrated, you know, camera
3  and microscope setup for each analysis thereafter,
4  or is it something that happens each time an
5  analysis is performed? Walk me through that.
6      A.   It happened a long time ago. So, I
7  can't tell you on this one because this is the old
8  microscope.
9      Q.   Yeah.
10     A.   But you could go through and -- and
11 you can always tell the old microscope because the
12 micron bar is always right next to the structure
13 versus the new one where we just have it at the
14 bottom.
15     Q.   But I guess my question, so it's not
16 something -- it's a calibration process, whether
17 it's the old microscope or the new microscope, it's
18 not something that happens, you know, with every
19 analysis; it's something that happened at like a
20 singular point in time to prepare the calibration,
21 and then that calibration is used subsequently in
22 each analysis thereafter?
23     A.   The new is periodically checked, not
24 to use the word twice, but I'd have to check on
25 that. But you can go through and see that. If you

Page 192

1 compare one to the other, all taken at the same
2 magnification on that, it matches up for the size
3 and what we say it is.
4     Q.    Okay. And that calibration process,
5 did you -- does that involve sort of what I
6 described before, somebody, like, taking a
7 microscope 10x objective, and then having, like, a
8 micron bar or scale bar that's photographed under
9 the microscope at that size that then can be, I
10 guess, incorporated into the software, whatever you
11 use for the analysis, or is it some other process
12 that you go through for that calibration step?
13     A.    The calibration step is a number of
14 ways. We do have micron -- known micron particles
15 that we use to calibrate the SEM that could be done
16 here too where you have 1 to 100 size. I think it's
17 a polymer microsphere. Never had an issue with it,
18 but I have to check on exactly what they're doing to
19 make sure it doesn't change. I can't help you with
20 this one anymore, that old one. I have to look what
21 they're doing with the new one.
22     Q.    Okay. So I guess sitting here today,
23 you don't know what the calibration process was for
24 the old microscope that was used for the 71211 --
25     A.    Well, it's -- the software itself was

Page 193

1 calibrated to standards, so that, you know, when you
2 said it was 10 microns, it's going to be 10 microns.
3 How often it was recalibrated, I couldn't tell you.
4     Q.    Okay.
5     A.    The new one that's in the program
6 that Leica supplies, it will calibrate. And I don't
7 know how often they will look at slides that have
8 microspheres on them to make sure you know we're
9 getting the right size. I just have to check on
10 that.
11     Q.    Okay.
12     A.    Nobody has asked that question
13 before, so you're coming up with new stuff.
14     Q.    And the -- so I guess sitting here
15 today, do you know whether or not as part of the
16 calibration of the old microscope or the new
17 microscope, you actually have, like, a physical
18 micron scale bar that was used as part of the
19 calibration process, or you just don't know sitting
20 here today?
21     A.    Well, you don't have a micron bar.
22 You do have in the -- in the -- in the ocular lenses
23 at the top of it, you have a millimeter grid that
24 you can use. That's how we -- we use that, you
25 know, the size of the field of view. And if you do

Page 194

1 it right, you can get it down to what you're seeing
2 here to validate that. I think that's what mostly
3 the PLM guys do. But again, I'll have to check on
4 it.
5     Q.    Okay. And then that line that we see
6 on the image on page 25 of the report, M71211, is
7 that something that the analyst drew in, like, a
8 software program and then it automatically generated
9 the micron size, or was that something that they had
10 to physically --
11     A.    That you've got to put in yourself.
12 You put the line in. When you click it on the other
13 side, it will tell you -- if you were to just run
14 that line over, you can see the micron bar getting
15 higher and higher and higher. Once you click it on
16 the other end, that's what it'll be showing there.
17     Q.    Okay. And that's based on the --
18 sort of the software calibration that's been input
19 into the system prior to the analysis, right?
20     A.    Yes. It's -- it's taking it off --
21 what the computer is seeing the image. And that was
22 put in when we changed that Olympus microscope over
23 to the high-definition camera with the -- with the
24 computer in the screen. It was a store-bought.
25         Now, with Leica, they just give you

Page 195

1 everything.
2     Q.    Okay. All right. And then has your
3 laboratory looked at the refractive indices of
4 antigorite at 1.550 refractive index oil in both
5 parallel and perpendicular orientation under central
6 stop dispersion staining?
7     A.    We have.
8     Q.    Do you have laboratory standards for
9 antigorite in those conditions?
10     A.    We have it for antigorite, yes. So,
11 we haven't paid much attention to it because
12 everybody is saying we're misidentifying it as
13 fibrous talc.
14     Q.    Um-hum.
15     A.    And so, but we have run antigorite.
16     Q.    And do you have photomicrographs of
17 that antigorite in PLM?
18     A.    Yes, somewhere.
19     Q.    Okay. I'll request --
20     A.    You want those, too, right?
21     Q.    I will request production of
22 antigorite by PLM 1.550 refractive index oil,
23 parallel and perpendicular orientation for the
24 micrographs at your lab.
25         Same question on lizardite. Has your

11 (Pages 192 - 195)

Page 204

1  very front page will have something on there to help
2  me dig this up.
3       Let me get down to the date,
4  March 23rd. All right.
5       Q.   I think it's all the Chinese-sourced
6  containers that were in your August 2017 eBay
7  report, if you recall that.
8       Okay. And so, we're just looking at
9  the results, but you reported out results in both
10 structures per gram and percent weight for
11 chrysotile in this report, right?
12      A.   Yes.
13      Q.   And the formula for the -- for
14 calculating the chrysotile structures per gram is
15 the same formula that we were looking at in the
16 M71211 report, same total area, same area in the 30
17 total fields of view that we were looking at the
18 last round, right?
19      A.   Yes.
20      Q.   Okay. And if we flip to the, you
21 know, the first PLM image, it looks like it's the
22 same microscope that you guys were using in that
23 last M71211 report, right?
24      A.   Correct.
25      Q.   All right. Then if we jump back in

Page 205

1  time to Zimmerman, this is the February 24, 2020,
2  report on M70484. If we jump ahead to the method
3  here, you're again using a 2.72 liquid density
4  liquid for the separation here, right?
5       A.   Correct.
6       Q.   I think you're also doing the 500 RPM
7  for 10 minutes room temperature, and then another
8  round of 1800 RPM for 10 minutes at room temperature
9  centrifugation, right?
10      A.   Correct.
11      Q.   And in these first wave of, you know,
12 PLM analyses from 2020, your lab was just analyzing
13 the light fraction by PLM, right?
14      Sorry. Did you answer?
15      A.   No. I'm just trying to read it.
16      I believe so.
17      Q.   So the light fraction was analyzed,
18 right?
19      A.   I believe so.
20      Q.   And analyzed in 1.550 index oil?
21      A.   Correct.
22      Q.   And at this point in time your lab
23 was not yet reporting results in terms of structures
24 per gram, right? It was just limited to percent by
25 weight, right?

Page 206

1       A.   Correct.
2       Q.   And then one thing your lab
3  mentioned -- or you mentioned back in this report in
4  February 2020, that you were still working on the
5  heavy liquid density for chrysotile asbestos and by
6  TEM.
7       And it's still true that your lab has
8  not analyzed the Johnson & Johnson Baby Powder
9  sample and reported results of chrysotile by TEM
10 using that method to date, right?
11      A.   Correct.
12      Q.   Okay. Then we go to Colley, which
13 I've marked. It's an April 6, 2020, report. M71046
14 is another --
15      A.   I'm sorry. M71046?
16      Q.   Right.
17      A.   '46. What is that, 20- -- 2020?
18      Q.   Yes, sir.
19      A.   Okay. Thank you.
20      Q.   You're welcome.
21      And I guess I should mention just
22 briefly, if we go back to the Zimmerman report that
23 was on a container, one of the containers in that
24 report was dated from 1994, right?
25      A.   Correct.

Page 207

1       Q.   And --
2       A.   M70484-001 and M70484-002.
3       Q.   And if a container is from 1994 and
4  it's the same talc that was originally in that
5  container, it most likely would have been sourced
6  from Vermont if it was a US market product, right?
7       A.   1994. Yes, that would be Vermont.
8       Q.   Okay. Then, so we switch to Colley,
9  Exhibit 13B, that sample dates to 1996. It would
10 also be a Vermont source sample, right?
11      A.   Yes.
12      Q.   And if we go to the method here,
13 there's a different density liquid used for this
14 analysis than the other analyses we looked at
15 before, right? This one has a 2.70 versus a 2.72
16 liquid density used here, right?
17      A.   Yeah. I thought I caught all those.
18 Those were typos. We've always used 2.72, as I
19 recall.
20      Q.   Okay. So this is a typo. It would
21 have also been 2.72?
22      A.   Yes. I think that's all we ever
23 used. I think we tried 2.70, you know, before we
24 figured out why the pellet.
25      Q.   The centrifugation process is the

14 (Pages 204 - 207)



Page 244

```
 1           CERTIFICATE OF OFFICER
 2
 3           I CERTIFY that the foregoing is a true
 4   and accurate transcript of the testimony and
 5   proceedings as reported stenographically by me at
 6   the time, place and on the date as hereinbefore set
 7   forth.
 8           I DO FURTHER CERTIFY that I am neither
 9   a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.
14
15   ---------------------------------
16           ANDREA NOCKS, CCR, CRR
             Certificate No. X100157300
17           Certificate No. XR00011300
18
19
20
21
22
23
24
25
```

24 (Page 244)