# Exhibit 45

Page 1

1  UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF NEW JERSEY

3

_____

4

5  MDL No. 16-2738(FLW)(LHG)

6  IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS

7  MARKETING, SALES PRACTICES,

AND PRODUCTS LIABILITY LITIGATION

8

_____

9

10

11

12

13

14            The remote video deposition of WILLIAM LONGO,

15            Ph.D., taken via Zoom videoconference on

16            May 2, 2024, commencing at approximately

17            11:20 a.m., before Lois Anne Robinson,

18            Certified Realtime Reporter.

19

20

21

22

23

24

Page 2

1        A P P E A R A N C E S
2  COUNSEL FOR PLAINTIFFS:
3        BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
         218 Commerce Street
4        Montgomery, Alabama  36103
         BY:  Leigh O'Dell, Esquire
5             Leigh.odell@beasleyallen.com
              Leanna Pittard, Esquire
6             Leanna.pittard@beasleyallen.com
7        ASHCRAFT & GEREL
         1825 K Street NW, Suite 700
8        Washington, DC  20006
         BY:  Michelle A. Parfitt, Esquire
9             Mparfitt@ashcraftlaw.com
10       COHEN, PLACITLA & ROTH
         127 Maple Avenue
11       Red Bank, New Jersey  07701
         BY:  Christopher Placitella, Esquire
12            Cplacitella@cprlaw.com
              Drew Renzi, Esquire
13            Drenzi@cprlaw.com
14       REILLY, McDEVITT & HENRICH, P.C.
         3 Executive Campus, Suite 310
15       Cherry Hill, New Jersey  08002
         BY:  Stephanie DiVita, Esq.
16            Sdivita@rmh-law.com
17  FOR THE DEFENDANT:
18       KING & SPALDING
         1185 Avenue of the Americas
19       34th Floor
         New York, New York  10036
20       BY:  John Ewald, Esquire
              Jewald@kslaw.com
21            Jake Keester, Esquire
              Jkeester@kslaw.com
22
    VIDEOGRAPHER:  Maria Lima
23
         Lois Anne Robinson, RPR, RDR, CRR
24       Court Reporter

Page 3

1             I N D E X
2  EXAMINATION                          PAGE
3  By Mr. Ewald                           6
4
5             * * * * * *
6  EXHIBITS                             PAGE
7  Exhibit 1                             17
8    Lizardite Standard
9  Exhibit 2                             17
10   Antigorite Standard
11 Exhibit 3                             31
12   Shu-Chun Su - "The Dispersion Staining Technique and Its
13   Application to Measuring Refractive Indices of Non-Opaque
14   Materials, with Emphasis on Asbestos Analysis"
15 Exhibit 4                             31
16   Shu-Chun Su - "Rapidly and Accurately Determining Refractive
17   Indices of Asbestos Fibers by Using Dispersion Staining
18   Method"
19 Exhibit 5                             42
20   Notice of Deposition
21 Exhibit 6                             43
22   PSC Objections to Updated Notice of Deposition
23 Exhibit 7                             56
24   Curriculum vitae

Page 4

1        I N D E X - (continued)
2  Exhibit 8                             57
3    Reliance list
4  Exhibit 9                             57
5    Fourth Supplemental MDL expert report - 4/29/24
6  Exhibit 10                            58
7    Supplemental expert report - 5/2/24
8  Exhibit 11                            58
9    MDL second supplemental expert report - 2/1/19
10 Exhibit 12                           145
11   2/4/20 - Longo - "The Heavy Liquid Separation Method for the
12   Analysis of Cosmetic Talc to Detect Amphibole and Chrysotile
13   Asbestos"

Page 5

1  VIDEOGRAPHER:
2       We are now on the record.
3       My name is Maria Lima.  I'm a
4  videographer for Golkow.
5       Today's date is May 2nd, 2024, and the
6  time is 11:20 a.m.  This remote video deposition
7  is being held in the matter of Talcum Powder
8  Litigation.
9       The deponent is William E. Longo, Ph.D.
10      All parties to this deposition are
11 appearing remotely and have agreed to the witness
12 being sworn in remotely.  Due to the nature of
13 remote reporting, please pause briefly before
14 speaking to ensure all parties are heard
15 completely.
16      Counsel's appearances will be noted on
17 the stenographic record.
18      The court reporter will now swear in
19 the witness.
20
21      WILLIAM LONGO, Ph.D.,
22   the witness, after having first been
23 duly sworn to tell the truth, the whole truth,
24 and nothing but the truth, was examined and

2 (Pages 2 - 5)

Page 118
1  preparation is everything for a TEM analysis.
2  Q    Well, if you are correct, the
3  finding --
4        Withdrawn.
5        If MAS is correctly finding chrysotile
6  in Johnson & Johnson talc using PLM, then you
7  should be able to identify that on TEM if you
8  look long enough.  Correct?
9  A    If -- if you look long enough,
10 et cetera.  That -- it doesn't work.  You need,
11 you know, you need to have the methodology down.
12 And, again, once you say it's there by PLM,
13 you're not required to do anything else.  We are
14 gonna do something else so I can publish it.
15 Q    Why do you feel like --
16       Well, what else are you going to do?
17 A    Well, we'll get to where --
18       If I'm gonna publish this, I want to
19 publish and say this is the best, most efficient
20 method we found, and these are the reasons why.
21 Q    And what do you have to do before you
22 get to that point in time?
23 A    Well, I've got to finish up these --
24 I've got to finish up using the 1.560.  You know,

Page 119
1  there's eight -- seven or eight samples there.
2  Each of those are gonna take hours so that I have
3  validated the concentrations by PLM.  Then we
4  have to go back and redo the TEMs because we're
5  using 1.560.  And we may adjust the heavy liquid
6  density a little bit more, and that's it.  But
7  that's -- you're talking months of work.
8  Q    Have --
9        Am I correct that you have not analyzed
10 any of the MDL samples by PLM for the presence of
11 chrysotile?
12 A    That's correct.  We have not.
13 Q    Why not?
14 A    Number one, we weren't asked to do it.
15       Number 2, we analyzed -- we have
16 analyzed some -- you know, we have analyzed a
17 number of samples from Vermont.  We've analyzed a
18 lot of samples from Italian, but not just -- not
19 just Johnson Baby Powder samples.
20       So we never -- we never did it because
21 we were doing it on a bunch of other things.
22 And, you know, quite frankly, J&J was in
23 bankruptcy, so we focused in on other
24 manufacturers that were using, you know, using

Page 120
1  Italian and using Montana, using et cetera.  I
2  didn't think I was ever gonna see you guys again.
3  Q    So is it your contention that you
4  haven't tested an MDL bottle because there was a
5  period of time that J&J was in bankruptcy?
6  MS. O'DELL:
7        Object to the form.  Misstates his
8  testimony.
9  A    No.  I didn't test any of it because
10 the time it really -- we started, you know,
11 really solving issues, you guys went bankrupt.
12 So I focused on others so that we could take a
13 look at Italian, we could take a look at Brazil,
14 we could take a look at Guangxi, the four or five
15 mines there.  And as we got going along, you
16 know, we got better and better at seeing these
17 very small structures.
18       Now, the next step is to get it to that
19 one -- to get it to the level I'm satisfied with
20 so that, you know, we can do TEM and finally put
21 an end to the -- to, oh, you're misidentifying
22 it.  You're misidentifying it.
23 MR. EWALD:
24 Q    Isn't there another way that you can

Page 121
1  put an end to that?
2  A    Is there another way what?
3  Q    To put an end to that.
4  MS. O'DELL:
5        Object to the form.  Vague.
6  A    I mean, it should put an end to it --
7  it should put an end to it.  I mean, the talk --
8  the suggestion that we are misidentifying fibrous
9  talc are absolutely wrong.  The birefringence is
10 so easy in a clear way to distinguish between
11 these two biaxial minerals.  I don't understand
12 how they can keep saying this.  It doesn't make
13 any sense to me.
14 MR. EWALD:
15 Q    Has any -- are you aware of any
16 scientist outside of MAS that has analyzed a
17 bottle or sample from a bottle of talc by PLM and
18 reported chrysotile?
19 A    Um, I don't know.  I mean, I don't know
20 what different scientists are out there.  I don't
21 know what's been done as consulting experts.
22       What I do know is not one scientist out
23 there has provided any authoritative information
24 about polarized light microscopy that shows that

Page 122

1  we are misidentifying fibrous talc for
2  chrysotile.  It makes absolutely no sense.
3  Either they don't understand birefringence or
4  they don't understand the PLM process or they
5  don't understand how birefringence is measured,
6  and they probably don't understand about the
7  Michelle Levy charts where you do a -- you
8  compare your lowest -- your lowest refractive
9  indice [sic] to your highest refractive indice
10 [sic] and then you look at the -- the width of
11 the structure, PLM, and the width will cause a
12 difference in your birefringence.  And a
13 difference in birefringence can only happen if
14 the width is causing a difference in the
15 refractive indices.
16 Q     Dr. Longo, are you aware of anyone in
17 the world that has reviewed your images and data
18 from MAS identifying chrysotile by using PLM and
19 publicly agree with it?
20 MS. O'DELL:
21      Objection to the form.
22 A     Yes and no.  Yes, they have agreed,
23 but, no, they're not willing to go publicly with
24 it.  So...

Page 123

1  MR. EWALD:
2  Q     Okay.  Who agrees?
3  A     I'm not saying.  I -- I gave them my
4  word that I would not use their name.
5  Q     Okay.  So we have one individual who
6  you say agrees with you but isn't willing to
7  actually publicly agree with you.  Fair?
8  MS. O'DELL:
9      Object to the form.
10 A     It's fair that they -- they don't want
11 to be involved in the litigation.  But I don't
12 think that has anything to do with anything.
13 MR. EWALD:
14 Q     Well, you just said -- you've just been
15 criticizing the people that have commented on
16 your work as basically how can they be so
17 incompetent.  I want to know if there's anyone
18 that you can identify by name outside of MAS that
19 says yes, Dr. Longo is right in identifying
20 chrysotile through PLM.  Anybody?
21 MS. O'DELL:
22      Object to the form.
23 A     You know how -- yeah.  It's kind of
24 interesting you say that.  It's like there's

Page 124

1  thousands of experts that are all involved in
2  this.  There's like, what, six?  Five?
3       And I'm not saying they're incompetent.
4  I just don't understand how they can miss the
5  birefringence on chryso- -- on talc versus the
6  chrysotile.  You're talking about five orders of
7  magnitude difference.  Yeah, you'll get a yellow
8  gold, but it's bright versus a more muted yellow
9  gold.  And you look at your data, and nobody's
10 been able to explain where I have intergrowths
11 with both talc and chrysotile in both parallel
12 and perpendicular direction.  And when you look
13 at them, it's very obviously there's something
14 different there.
15 MR. EWALD:
16 Q     Well, you talked about in this
17 litigation.  But would you agree with me that
18 submitting your methods, the scrutiny of the
19 larger scientific community is a component of
20 good science?
21 MS. O'DELL:
22      Object to the form.
23 A     No, I won't agree with you.  I would
24 agree --

Page 125

1       I mean, I think, as a good scientist,
2  you want to get the best product forward.  And
3  I've told you that for a commercial lab, it is
4  incredibly difficult to spend the time that we
5  need to finish up all this.  Because you guys,
6  it's like you think, okay, well, we should have
7  it right away.  So, you know, I can't help you
8  there.
9       This is an advancement in science.  The
10 fundamentals of why, nobody has pulled anything
11 out to say, "oh, it's different."  You know, they
12 go, "oh, well, he's misidentified cellulose
13 fibers."
14      No.  If you look at the refractive
15 indices for cellulose, a ribbony cellulose, no
16 competent PLM analyst would have a problem with
17 that.
18      The difference between fibrous talc or
19 platy talc on edge and chrysotile is the
20 birefringence is incredibly significant.  I just
21 don't understand how that -- you know, the
22 mistake.  I'm not saying they're incompetent.
23 I'm just saying it doesn't make any sense to me.
24 MR. EWALD:

```
                                           Page 186
 1            C E R T I F I C A T E
 2
 3      I do hereby certify that the above and
 4  foregoing transcript of proceedings in the matter
 5  aforementioned was taken down by me in machine
 6  shorthand, and the questions and answers thereto
 7  were reduced to writing under my personal
 8  supervision, and that the foregoing represents a
 9  true and correct transcript of the proceedings
10  given by said witness upon said hearing.
11      I further certify that I am neither of
12  counsel nor of kin to the parties to the action,
13  nor am I in anywise interested in the result of
14  said cause.
15
16
17
            /s:// Lois Anne Robinson
18
            LOIS ANNE ROBINSON, RPR, RMR
19          REGISTERED DIPLOMATE REPORTER
            CERTIFIED REALTIME REPORTER
20
21
22
23
24
```