# Exhibit 46

```
 1                SUPERIOR COURT OF CALIFORNIA
 2                    COUNTY OF ALAMEDA
 3
 4    MARLIN LEWIS EAGLES and              Case No. 22CV018294
      GEORGIA EAGLES,
 5
 6           Plaintiffs,

 7       vs.

      ARVINMERITOR, INC., et al.,
 8
             Defendants.
 9    _____
10
11
12
13        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
14                 WILLIAM LONGO, PH.D.
15                   Suwanee, Georgia
16                Monday, October 23, 2023
17                       Volume 2
18
19
20
21    Reported by:
      LESLIE JOHNSON
22    RPR, CCRR, CSR No. 11451
23    Job No.: 6167398
24    PAGES 166 - 281
25
```

Page 166

| | | |
|---|---|---|
| 1 | A    I'm with you. | 12:39:19 |
| 2 | Q    I just want to first just talk about what | |
| 3 | talc itself should look like in 1.550 oil.  Okay. | |
| 4 | A    Sure. | |
| 5 | Q    And so this says for the RI parallel to | 12:39:35 |
| 6 | the fiber lengths -- we're talking about parallel -- | |
| 7 | talc fibers have a range of 1,589 to 1,600 resulting | |
| 8 | in a pale yellow dispersion color when immersed in | |
| 9 | 1.550 RI liquid. | |
| 10 | First of all, is that correct? | 12:40:00 |
| 11 | A    Yeah.  You can have a range like that. | |
| 12 | Sometimes a little bit lower.  Sometimes higher. | |
| 13 | But that's -- I don't argue with that. | |
| 14 | Q    But, typically, talc -- elongated talc in | |
| 15 | parallel should be a pale yellow, and the range they | 12:40:14 |
| 16 | give here is 1,589 to 1,600, right? | |
| 17 | A    That's what they give. | |
| 18 | (Exhibit 25 marked for identification.) | |
| 19 | BY MR. DUBIN: | |
| 20 | Q    Okay.  And just so we can see something | 12:40:25 |
| 21 | about talc in general, not just talc fiber, I'll | |
| 22 | mark as the next exhibit in order, which will be 25, | |
| 23 | just the IARC 2010 monograph on talc.  And if we | |
| 24 | could call that up and go to page 289. | |
| 25 | No.  It should be 1.13. | 12:41:11 |

```
 1    you can identify any talc plates.  We can take the        12:58:16
 2    one that's up slightly to the right of the one you
 3    just called chrysotile.  What color would you call
 4    that for purposes of determining its refractive
 5    index?                                                    12:58:28
 6        A    That would be somewhere in the 1.563 to
 7    1.566, 67.  Somewhere around there.
 8        Q    Remind me what color that corresponds to.
 9        A    What you see there.
10        Q    So are you calling it red?  Are you              12:58:43
11    calling it golden yellow?  What color are you
12    calling it?  I want to know what you see in that
13    particle.
14        A    I see sort of a goldish-yellow and some
15    red on the outside.  I don't -- typically, you want       12:58:59
16    to take the very end, but this is a particle plate,
17    since it's not fibrous.  And we do have some single
18    fibers in there, but they're too small to really
19    resolve.  And that's what I would call it, based on
20    just that photograph.                                     12:59:19
21        Q    So I'm just saying, I think one of the
22    things you told me before is that when you do this
23    analysis, you're basing it on what color it is at
24    the edge of the particle, right?
25        A    With our new microscope, yes, we are,            12:59:31
```

Page 256

| | | |
|---|---|---|
| 1 | because we have better resolution.  Here we have -- | 12:59:33 |
| 2 | every particle has some of the red around it.  And I | |
| 3 | don't know if that's just an artifact or not.  But | |
| 4 | I'm just -- you asked me, and I'm telling you. | |
| 5 |     Q   Okay.  I understand.  So but your view -- | 12:59:49 |
| 6 | the red -- you agree the red on these pictures may | |
| 7 | be an artifact, right? | |
| 8 |     A   Maybe.  I don't know.  I'd have to focus | |
| 9 | in on it to see if we -- you know, the focus is off, | |
| 10 | et cetera.  So I'm giving you my best estimate based | 01:00:04 |
| 11 | on the photograph. | |
| 12 |     Q   Okay.  And so at some point you changed | |
| 13 | microscope, as I understand it, and no longer have | |
| 14 | the tungsten lightbulb, right? | |
| 15 |     A   It's LED. | 01:00:24 |
| 16 |     Q   Now, I want to ask you about -- so before | |
| 17 | you changed, did you have various different PLMs | |
| 18 | before that, some of which had tungsten lightbulbs, | |
| 19 | some of which didn't, or did they all have a | |
| 20 | tungsten lightbulb? | 01:00:44 |
| 21 |     A   We had 3D exact same microscope. | |
| 22 |     Q   Okay.  All with the tungsten lightbulb? | |
| 23 |     A   Older -- old PLM microscopes. | |
| 24 |     Q   Okay.  So I want to mark next, which, | |
| 25 | unless Joe corrects me again, will be 28. | 01:00:59 |

Page 257

```
 1    Valadez report.                                           01:08:23

 2           MR. DUBIN:  And, Jake, that's Tab 55, if

 3    we want to call it out.

 4           MR. SATTERLEY:  Exhibit 30?

 5           MR. DUBIN:  That will be Exhibit 30.              01:08:36

 6           (Exhibit 30 marked for identification.)

 7           MR. DUBIN:  And, if we can go to page 32.

 8           Sorry.  Is this the Valadez report, Jake,

 9    Tab 55?  And then page 32?  It should have images.

10           MR. KEESTER:  Is it this one?                      01:09:23

11           MR. DUBIN:  Yeah.  Let's rotate it.

12    BY MR. DUBIN:

13       Q   So I asked you about this particle before,

14    and I think you -- well, let me just ask you.  What

15    color were you calling this?                              01:09:46

16       A   A brownish-gold I guess.  More on the

17    brownish side, brownish-gold, which what we're

18    seeing in the 1.560.

19       Q   So this is M71614-001CSM-001 chrysotile.

20    Okay?                                                     01:10:04

21           MR. DUBIN:  And let's go to page 37 above

22    this.  Scroll down because it should have the

23    correct image.  Let's go down.  Okay.  Let's flip

24    that.  Scroll that down.

25    / / / /
```

```
 1                    REPORTER'S CERTIFICATION
 2
 3              I, Leslie Johnson, a Certified Shorthand
 4     Reporter of the State of California, do hereby certify:
 5              That the foregoing proceedings were taken
 6     before me at the time and place herein set forth; that
 7     any witnesses in the foregoing proceedings, prior to
 8     testifying, were administered an oath; that a record of
 9     the proceedings was made by me using machine shorthand
10     which was thereafter transcribed under my direction;
11     that the foregoing transcript is a true record of the
12     testimony given.
13              Further, that if the foregoing pertains to
14     the original transcript of a deposition in a Federal
15     Case, before completion of the proceedings, review
16     of the transcript [ ] was [ ] was not requested.
17     I further certify I am neither financially interested in
18     the action nor a relative or employee of any attorney or
19     any party to this action.
20              IN WITNESS WHEREOF, I have this date
21     subscribed my name.
22     Dated:  October 24, 2023
23                       [signature: Leslie Johnson]
24                       LESLIE JOHNSON
25                       CSR No. 11451, RPR, CCRR
```

Page 278