# Exhibit 47



