# Exhibit 48

```
                                                          Page 187
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF NEW JERSEY
 3
    _____
 4
 5              MDL No. 16-2738(FLW)(LHG)
 6   IN RE:  JOHNSON & JOHNSON
     TALCUM POWDER PRODUCTS
 7   MARKETING, SALES PRACTICES,
     AND PRODUCTS LIABILITY LITIGATION
 8
    _____
 9
10
11
12
                              VOLUME 2
13
14
15          The remote video deposition of WILLIAM LONGO,
16          Ph.D., taken via Zoom videoconference on
17          May 3, 2024, commencing at approximately
18          9:07 a.m., before Lois Anne Robinson,
19          Certified Realtime Reporter.
20
21
22
23
24
```

Page 188

```
 1        A P P E A R A N C E S
 2  COUNSEL FOR PLAINTIFFS:
 3    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
      218 Commerce Street
 4    Montgomery, Alabama  36103
      BY:  Leigh O'Dell, Esquire
 5         Leigh.odell@beasleyallen.com
           Leanna Pittard, Esquire
 6         Leanna.pittard@beasleyallen.com
 7    ASHCRAFT & GEREL
      1825 K Street NW, Suite 700
 8    Washington, DC  20006
      BY:  Michelle A. Parfitt, Esquire
 9         Mparfitt@ashcraftlaw.com
10    COHEN, PLACITLA & ROTH
      127 Maple Avenue
11    Red Bank, New Jersey  07701
      BY:  Christopher Placitella, Esquire
12         Cplacitella@cprlaw.com
           Drew Renzi, Esquire
13         Drenzi@cprlaw.com
14    REILLY, McDEVITT & HENRICH, P.C.
      3 Executive Campus, Suite 310
15    Cherry Hill, New Jersey  08002
      BY:  Kevin Kotch, Esq.
16
      ANAPOL WEISS
17    130 N 18th Street, Suite 1600
      Philadelphia, PA  19103
18    BY:  Tracy Finken, Esquire
           Tfinken@anapolweiss.com
19
    FOR THE DEFENDANT:
20
      KING & SPALDING
21    1185 Avenue of the Americas
      34th Floor
22    New York, New York  10036
      BY:  John Ewald, Esquire
23         Jewald@kslaw.com
           Jake Keester, Esquire
24         Jkeester@kslaw.com
```

Page 189

```
 1        A P P E A R A N C E S - (continue)
 2
 3  VIDEOGRAPHER:   Zach Hone
 4
 5
 6
 7
          Lois Anne Robinson, RPR, RDR, CRR
 8        Court Reporter
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 190

```
 1              I N D E X
 2  EXAMINATION                    PAGE
 3  By Mr. Ewald                   192
 4  By Ms. O'Dell                  359
 5  By Mr. Ewald                   374
 6  By Ms. O'Dell                  379
 7              * * * * * *
 8  EXHIBITS                       PAGE
 9  Exhibit 13                     214
10    "Characterization of elongate mineral particles, including
11    talc, amphiboles, and biopyriboles observed in mineral
12    derived powders..."
13  Exhibit 14                     228
14    Newsome MAS M71722 - 11/17/23
15  Exhibit 15                     233
16    Scope of Accreditation A2LA
17  Exhibit 16                     242
18    Colorado School of Mines method
19  Exhibit 17                     247
20    9/2/22 MAS report
21  Exhibit 18                     248
22    Comparison of RIs and chrysotile structure size, Union
23    Carbide's SG-210 chrysotile product from the Coalinga mine in
24    California, Montana talc sourced for both Gold Bond...
```

Page 191

```
 1         I N D E X - (continued)
 2  Exhibit 19                     258
 3    USP 1901
 4  Exhibit 20                     311
 5    July 2017 Conference - Wet Sieve Concentration Applied to
 6    Chrysotile in the Analysis of Talc for Asbestos
 7  Exhibit 21                     321
 8    Invoice 11/9/23
 9  Exhibit 22                     322
10    Invoice 12/6/23
11  Exhibit 23                     322
12    Invoice 2/5/24
13  Exhibit 24                     327
14    Supplemental Expert report - May 2024
15  Exhibit 25                     333
16    November 2023 MDL expert report
17  Exhibit 26                     345
18    MAS Report M71740
19  Exhibit 27                     351
20    ISO 22262-2
21  Exhibit 28                     375
22    Appendices to White Paper
23
24
```

2 (Pages 188 - 191)

Page 316

1       Talc is a soft material. If it wasn't,
2  it wouldn't be put in a container for people to
3  sprinkle it on their bodies.
4       "The more you grind, the more you can
5  find." You know, I don't know one way or the
6  other. So I don't have an opinion about that.
7  Q      Okay. Here you have a slide 7 that
8  appears to be describing co-milling asbestos and
9  crushed talc. It says it's aggressively milled
10 30 minutes.
11      Anything comes out to you here, Doctor?
12 A      No. That doesn't look anything like
13 ours.
14 Q      Okay. And by that, you mean the
15 picture of what -- aggressively milled to 30
16 minutes?
17 A      Yes. I mean --
18 Q      Okay.
19 A      -- you know, I just -- I don't have any
20 information to really make an opinion one way or
21 the other.
22 Q      Okay. I want to skip ahead to question
23 of what about short-fiber chrysotile (Calidria)?
24 Sample sent from Todd Ennis at RTI. It's on

Page 317

1  slide 15.
2       And this describes, at least according
3  to the title, 500 ppm Calidria chrysotile spiked
4  with crushed -- into crushed talc, co-milled 30
5  minutes and sieved.
6       Any reactions to this in connection
7  with the chrysotile opinions you're offering,
8  Doctor, in particular that what you're seeing is
9  similar to chrysotile -- I mean Calidria?
10 MS. O'DELL:
11      Object to the form.
12 A      Yes and no. I mean, we're seeing that
13 size in some of the RG-144 but not the SG-210.
14 And it doesn't look like, in that right one --
15      I mean, I'm assuming this is under a --
16 dispersion staining, and it's not the same size
17 that we're seeing.
18 MR. EWALD:
19 Q      And what would you --
20      Again, with all the caveats that if
21 you're looking at something, you know, not under
22 the microscope, this is a picture, but it does
23 have a bar, 10 microns for the parallel
24 direction, what would be your estimate on the

Page 318

1  chrysotile particle length?
2  A      You know, it's -- this is not something
3  that we did any analysis on. I mean, I can't
4  really comment on it. It's somebody else's work.
5  Q      Okay.
6  A      So...
7  Q      The slide on 18 is 100 ppm Calidria
8  chrysotile spiked into crushed talc, co-milled 30
9  minutes and sieved. Any comments on this one,
10 Doctor?
11 A      Again, it's very hard for me to make
12 comments on something like this. It's other
13 people's work.
14      So what we had, you know, 10 micron
15 particles, and, you know, it's an image taken
16 with electronic -- you know, electronic image,
17 and then it's been put back on, and then we're
18 looking at it here. It's --
19      It would be better for me to say --
20      You know, I can't really comment on it.
21 I'd have to be sitting at the microscope when we
22 get, like, to this size.
23 Q      Okay.
24      Okay. Here is what I propose.

Page 319

1  Let's --
2       Can we go off the record?
3  MS. O'DELL:
4       Yes.
5  VIDEOGRAPHER:
6       Off record. Off record time is 12:29.
7           (OFF THE RECORD.)
8  VIDEOGRAPHER:
9       Back on record. Time is 1:09.
10 MR. EWALD:
11 Q      You ready, Dr. Longo?
12 A      Yeah, I'm ready.
13 Q      Do you recall, Doctor, in connection
14 with the report that you issued earlier in the
15 MDL regarding amphibole testing, that MAS
16 conducted a coefficient of variation analysis?
17 A      Coefficient of variation on the
18 counting, yes.
19 Q      And has MAS conducted a comparable
20 coefficient of variation analysis for MAS's PLM
21 chrysotile method?
22 A      No. Not yet.
23 Q      Why not?
24 A      Because we haven't quite got down, you

Page 320
1  know, the system for the -- the most efficient
2  way to do this.  So we don't have a coefficient
3  variation method yet.  I mean analysis.
4  Q       Do you know the rate of error of MAS's
5  PLM chrysotile method?
6  A       Well, our overall rate of error used to
7  vary from about 5 to 10 -- plus or minus 5 to 10
8  percent for the last 35 years.
9  Q       But was that measured specifically in
10 the context of the PLM chrysotile method?
11 MS. O'DELL:
12       Object to the form.
13 A       No.
14 MR. EWALD:
15 Q       Have you made any sort of analysis of
16 the tensile rate of error in connection with the
17 PLM chrysotile method MAS uses?
18 A       No.  I haven't gone down.  I've done QC
19 on them just to verify that what he's finding is
20 chrysotile.  But we'll probably start that,
21 because I think we're pretty close on the final
22 method.  So we should have that pretty soon.
23 Q       Do you know what, in the context of PLM
24 analysis, what the phrase "total reflection"

Page 321
1  means?
2  MS. O'DELL:
3        Would you mind repeating that?
4  MR. EWALD:
5  Q       Do you know, Dr. Longo, in the context
6  of PLM analysis, what the phrase "total
7  reflection" means?
8  A       Typically, total reflection means
9  you're getting the majority, a hundred percent,
10 of the light beam refracted.
11 Q       How, if at all, did the issue of total
12 reflection factor into your decision-making
13 process on the PLM chrysotile analysis?
14 A       I factored zero in on that because we
15 were getting the amount of energy or rays or the
16 number of vibrations to produce the appropriate
17 refractive indices, as well as showing that when
18 we were -- with the same conditions, same
19 brightness, same everything, we would get
20 birefringence off the fibrous talc that is a
21 fivefold increase of what we were seeing
22 typically for the chrysotile, and it matched all
23 the literature I've ever looked at, what the
24 birefringence for fibrous talc or talc plates

Page 322
1  are.
2  Q       Doctor, I'm gonna run through the
3  invoices that have been put up on the share site
4  that I didn't have yesterday.  And, to be clear,
5  that was my fault, not Leigh's.
6        The first one we'll mark as Exhibit 21.
7        (DEPOSITION EXHIBIT NUMBER 21
8         WAS MARKED FOR IDENTIFICATION.)
9  MR. EWALD:
10 Q       And it is MAS statement number 5891,
11 dated 11-9-2023.  Total due, $50,000.  It has
12 case name of Carter Judkins.
13       Doctor, can you tell me what this is
14 for?
15 A       This would be the retainer fee.
16 Q       Okay.  And explain to me how your
17 current approach is to retainer fees.
18 A       All of my billable time, all my
19 expenses, travel time, et cetera, is billed off
20 of that.
21 Q       And if on this particular case you
22 don't end up basically working enough hours to
23 reduce the $50,000 to zero, do you keep the
24 remainder?

Page 323
1  A       We do.  We put that essentially in our
2  research fund.  That's helped us to make so many
3  strides in being able to buy equipment that we
4  need.  So we do keep it.
5  Q       And how --
6        Remind me how long you've had that
7  approach to retainer agreement.
8  A       Since May 1st of last year.
9        (DEPOSITION EXHIBIT NUMBER 22
10        WAS MARKED FOR IDENTIFICATION.)
11 MR. EWALD:
12 Q       All right.  We have Exhibit 22 invoice,
13 and statement number 5981 dated December 6, 2023,
14 $50,000, case name Pasquelina Rausa.
15       What is this invoice for?
16 A       Well, Beasley Allen law firm, I'm
17 assuming it's maybe one of the MDLs --
18 Q       Okay.
19 A       -- I guess.
20       (DEPOSITION EXHIBIT NUMBER 23
21        WAS MARKED FOR IDENTIFICATION.)
22 MR. EWALD:
23 Q       And then we have another one we'll mark
24 as Exhibit 23.  And this one, statement number

Page 380

1 analysis in order to have interlaboratory
2 qualitative and quantitative studies of the MAS
3 PLM CS chrysotile method; right?
4 MS. O'DELL:
5    Object to the form.
6 A    We're -- we are -- we have to finish up
7 the PLM and finish up the TEM to have some
8 interlaboratory control. But that's coming.
9 MR. EWALD:
10 Q    Okay. No further questions.
11 A    Okay.
12           EXAMINATION
13 BY MS. O'DELL:
14 Q    One -- one follow-up.
15    What's your understanding of what the,
16 Dr. Longo, about what the IWGACP says about heavy
17 liquid density separation? Do they reject it as
18 not an appropriate methodology?
19 A    No. They were talking about that.
20 This technique and this methodology has been
21 around since the 19th century and extensively
22 published, et cetera. This is -- this is not
23 something that is novel. The science of it has
24 been going on forever and ever. They're --

Page 381

1    So, in fact, the very last sentence
2 they said is "we strongly recommend that the HLS
3 for asbestos needs to be investigated," et
4 cetera.
5    So I saw it as, yes, we have to --
6 there's things we need to do, but we need to look
7 at this method. Strongly suggests that that
8 method be used.
9 MS. O'DELL:
10    Nothing further.
11 MR. EWALD:
12    Me either.
13 THE WITNESS:
14    All right.
15 VIDEOGRAPHER:
16    Okay. Off record. Time is 2:55.
17    (Deposition concluded at 2:55 p.m.)

Page 382

1           C E R T I F I C A T E
2
3    I do hereby certify that the above and
4 foregoing transcript of proceedings in the matter
5 aforementioned was taken down by me in machine
6 shorthand, and the questions and answers thereto
7 were reduced to writing under my personal
8 supervision, and that the foregoing represents a
9 true and correct transcript of the proceedings
10 given by said witness upon said hearing.
11    I further certify that I am neither of
12 counsel nor of kin to the parties to the action,
13 nor am I in anywise interested in the result of
14 said cause.

/s:// Lois Anne Robinson
LOIS ANNE ROBINSON, RPR, RMR
REGISTERED DIPLOMATE REPORTER
CERTIFIED REALTIME REPORTER