# Exhibit 51

Case 3:16-md-02738-MAS-RLS   Document 33015-28   Filed 07/23/24   Page 2 of 6 PageID: 222584

LEE W. POYE,  on 09/25/2020                                                    Page 1
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.

Page 1

1           SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                   FOR THE COUNTY OF LOS ANGELES

3

4

5    Coordinated Proceeding            )
     Special Title (Rule 3.550)        )
6                                      )
     LAOSD ASBESTOS CASES              )
7    _____    )
                                       )
8    WILLIE MCNEAL, JR.,                )
                                       ) Case No. BC698965
9                                      )
              Plaintiff,               )
10                                     )
          vs.                          )
11                                     )
     AUTOZONE, INC., et al.,           )
12                                     ) (Pages 1 - 137)
                                       )
13            Defendants.              )
     _____    )
14

15

16

17

18          TELEPHONIC DEPOSITION OF EXPERT WITNESS

19                        LEE W. POYE

20                FRIDAY, SEPTEMBER 25, 2020

21

22

23

24   Reported by:     PAIGE I. HUTCHINSON, CA CSR No. 13459,
                     TX CSR No. 11222, WA CCR No. 3336
25

Case 3:16-md-02738-MAS-RLS   Document 33015-28   Filed 07/23/24   Page 3 of 6 PageID: 222585

LEE W. POYE, on 09/25/2020                                                    Pages 122–125
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.

Page 122
1  asbestos using PLM without a heavy liquid separation
2  preparation method in cosmetic talc?
3     A.   I have no recollection of Dr. Longo ever
4  reporting finding chrysotile prior to his adoption of
5  the Colorado School of Mines dual heavy liquid
6  separation, no.
7     Q.   When you say that it recently published round
8  robin, what are you referring to?
9     A.   The asbestos in talc -- USP asbestos in talc
10 Stimuli Part 2.
11    Q.   Okay.  And that's the document that was very
12 recently published in, what, August or September?
13    A.   It's kind of funny.  I -- September 4th, I
14 believe, was the date.  I had to ask USP if it's
15 actually been published, and they're, like, yeah, we
16 published it back on the 4th.  They just didn't tell
17 us.
18    Q.   All right.  Let me ask you a little bit about
19 that document.
20         First off, were there any medical
21 professionals that were a part of the creation of that
22 document, to your knowledge?
23    A.   We weren't doing any health effects that I'm
24 aware of, so no, I'm not aware of any MDs that were
25 included, no.

Page 123
1     Q.   So nothing from that document, in your
2  opinion, should be taken to mean anything to do with
3  health or safety; correct?
4     A.   No, sir.  And I'm certainly not an MD or a --
5  to talk about health effects.
6     Q.   Okay.  What involvement, if any, did you have
7  specifically with the document?  By that I mean, was
8  there certain sections that you actually authored or
9  had more involvement in than others?
10    A.   Absolutely.  I was one of the round robin
11 participants in the study that I alluded to earlier,
12 had numerous polite yet heated negations with my board
13 members, and that is the cumulation of five years of
14 blood, sweat, and tears going into that to get to that
15 point.  And next we're starting the TEM portion.
16    Q.   So when you say TEM portion, what do you refer
17 to this as, the portion that was just published?
18    A.   The asbestos in talc Stimuli Part 2
19 essentially the -- probably the most notable -- what's
20 the term? -- accomplishment of that -- of our panel
21 over the last five years, was the creation of an
22 analytical method for the determination of asbestos in
23 talc by polarized light microscopy.  And I think XRD is
24 in there as well, and then part 3 with add, if deemed
25 worthy and necessary, transmission electron

Page 124
1  microscopy -- electron microcopy -- scanning and/or
2  transmission electron microscopy.
3     Q.   And you hold the opinion, correct, that
4  transmission electron microscopy is critical in the
5  area of analyzing cosmetic talc for the presence of
6  asbestos; true?
7     A.   Especially for chrysotile.
8     Q.   Do you know when the TEM portion is set to be
9  published or have any estimate as to when it will be
10 published?
11    A.   Gosh, I hope we can finish it in the next five
12 years, but it's a slog.  Let me tell you.
13    Q.   Do you honestly believe that it could be
14 another five years?  Is that likely?
15    A.   Would not surprise me.
16    Q.   Okay.  So all this on -- strike that.  I don't
17 want to say "all"; that's demeaning, probably, to the
18 work that was put into it.
19         But the document that was published
20 September 4th, "The Modernization of Asbestos Testing
21 in USP Talc, Part 2" is limited to XRD and polarized
22 light microscopy; true?
23    A.   That is correct.
24    Q.   Okay.
25         All right.  I am going to save any additional

Page 125
1  questions on this for another day.
2         And is there any other areas of opinions that
3  you have specific to McNeal that we haven't discussed
4  today or that's not in your report that you've
5  generated?
6     A.   Not that I can think of.  I think we've
7  covered it.
8         MR. PURDY:  Does anybody have any questions
9  for Mr. Poye?
10        MR. COSMICH:  I do.
11        MR. PURDY:  You do.  I have -- well, let me
12 just make a statement now -- I can do this at the end
13 too, but I just want to make sure -- I don't think
14 anybody will have a problem with this.
15        But I want to make sure at trial I will ask
16 Dr. Longo about this -- the history of the QC and his
17 knowledge and my apparent understanding -- and I don't
18 want to speak for Dr. Longo -- that he did not know
19 that this was a QC sample.  I just want to make that
20 clear that I intend to bring that up with him at trial
21 and probably on direct examination.  I don't think
22 another deposition is necessary, but I just want to
23 make everybody aware of that.
24        MR. COSMICH:  Well, I know he wasn't aware of
25 it.  I thought he was trying to figure it out is all I

Case 3:16-md-02738-MAS-RLS  Document 33015-28  Filed 07/23/24  Page 4 of 6 PageID: 222586

LEE W. POYE, on 09/25/2020 — Pages 126–129
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.

### Page 126

1 was saying.
2     MR. PURDY: No, no. I know. I know. But I
3 just don't want anybody to think, when I go in there on
4 direct, that someone makes a Kennemur objection that
5 that opinion wasn't disclosed. I totally intend to --
6 and I'll be very candid to tell the story of how, you
7 know, he was given a QC, didn't know it, and passed the
8 test and all that. But you guys get it.
9     But go ahead. That's all I have for Mr. Poye
10 today.
11     MR. COSMICH: You're just finding out. It
12 would have been hard for you to disclose it at the
13 time.
14
15               EXAMINATION
16 BY MR. COSMICH:
17     Q. Mr. Poye, I've got a few questions for you.
18     Earlier you were asked about whether or not
19 you had any knowledge of any other experts testing Old
20 Spice for asbestos in talc.
21     Do you recall that?
22     A. I do.
23     Q. Do you recall, at the request of Simon
24 Greenstone, sending one of the Old Spice samples to a
25 Mr. Mlekush?

### Page 127

1     A. Yes, I do. Now that you mention it.
2     Q. Okay. So that one just slipped your mind;
3 right?
4     A. Yes. That was -- I can't -- how long ago was
5 that?
6     Q. Back 2000 -- well, it was around Depoian, so
7 2015, 2016?
8     A. All right. Well, I'm not as embarrassed
9 anymore.
10     Q. Okay. You were asked some questions about
11 your -- the budget per sample that your lab charged us
12 to review these samples.
13     Do you recall that?
14     A. I do.
15     Q. Did that budget -- who set that amount?
16     A. I did.
17     Q. Do you feel like that budget in any way
18 impaired or restricted your lab's ability to adequately
19 assess the samples that you analyzed?
20     A. No, sir. At that pay level, I'm confident
21 that we got to the right result.
22     Q. You were asked some questions about
23 Dr. Longo's chrysotile findings and you talked about --
24 you know, a little bit about the lack of serpentine
25 peaks on XRD and what you'd expect to find on TEM if

### Page 128

1 this chrysotile, at the level he claims it, actually
2 exists; right?
3     A. Correct.
4     Q. Now, you were also provided with and your lab
5 reviewed the actual PLM photos of what Dr. Longo claims
6 to be chrysotile in these samples, weren't you?
7     A. Yes, I was.
8     Q. Do you agree that the photos that you were
9 provided represent chrysotile from those Old Spice
10 samples?
11     A. No, I do not. As a matter of fact, I asked
12 our PLM managers to review all those photos, and I can
13 say conclusively that he did not agree with a single
14 one of the calls that was made.
15     Q. And why was that?
16     A. Just based on the color, the RIs, refractive
17 indices, of the materials did not match what they
18 should have been in the 1550 RI fluid that they were
19 purported to be taken in.
20     Q. Do you agree with the range of RIs cited by
21 Dr. Longo as support for his finding of chrysotile in
22 these products?
23     A. No. The range of RIs that he reported is -- I
24 remember going through that list and noticing that
25 every single one exceeded the -- what would be

### Page 129

1 considered acceptable ranges for chrysotile by
2 EPA/600/R-93/116.
3     Q. In your opinion, what do those photos that
4 Dr. Longo claims is chrysotile from that -- from his
5 PLM analysis, what are those structures?
6     A. The edge of talc plates.
7     Q. And as far as any literature, supporting
8 documentation, photos, did you provide all of the
9 support for those opinions in your reliance material?
10     A. Yes, I did.
11     Q. Last question. Mr. Poye, if someone were to
12 take the report that you rendered on the last five
13 samples -- I shouldn't have said one last question.
14     If someone were to take the report that you've
15 rendered on the last five samples and presented it as
16 support that you found asbestiform tremolite in those
17 samples, would that be accurate?
18     MR. PURDY: Just vague and ambiguous as to
19 "asbestiform."
20     THE DEPONENT: No, that wouldn't be -- that
21 would not necessarily be accurate, no.
22 BY MR. COSMICH:
23     Q. Okay. In your opinion, what you found are
24 actually non-asbestiform structures; correct?
25     A. Based on the aspect ratios of all four

Case 3:16-md-02738-MAS-RLS   Document 33015-28   Filed 07/23/24   Page 5 of 6 PageID: 222587

LEE W. POYE, on 09/25/2020
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.
Pages 130–133

Page 130

1  structures detected in those five samples that we are
2  discussing, in my opinion, I believe all four of those
3  structures to be cleavage fragments.  Although they
4  meet the counting criteria under AHERA, and therefore,
5  to follow the method, must be recorded as regulated
6  asbestos structures.
7     Q.  And with respect to the number of samples that
8  you've actually reviewed out of the 21, were any
9  samples excluded because even Dr. Longo found them to
10 be negative?
11    A.  Yes.  I -- that was one of the criteria, as I
12 stated earlier, that we purposefully selected the
13 samples that had come back positive by MAS and excluded
14 samples that Dr. Longo was unable to detect asbestos.
15    Q.  Those are all the questions I have for you
16 right now.  Thank you, Mr. Poye.
17    A.  Thank you.
18       MR. PURDY:  Just a couple clean-ups on those.
19
20       FURTHER EXAMINATION
21 BY MR. PURDY:
22    Q.  I thought you told me earlier you selected
23 those five because they had the most asbestos.  What I
24 thought I just heard you say was those are the five
25 that only had asbestos.  What is it?

Page 131

1     A.  No, sir.  What I said was some of the excluded
2  not analyzed were chose -- or I should better say not
3  recommended to be analyzed by me because Dr. Longo
4  failed to find asbestos in them.  We focused our
5  research on the five samples that were positive and, as
6  an additional criteria, the five that had higher
7  concentrations of the ones that he found.
8     Q.  All right.  So more than five had asbestos,
9  but those five had the most in terms of concentration?
10    A.  That's my recollection, yes, sir.
11    Q.  Now, have you ever analyzed a sample in which
12 Dr. Longo did not find countable structures but you
13 found countable structures?
14    A.  I can't recall as I sit here.  It's certainly
15 possible, yes.
16    Q.  Why not in this case then, if -- you know, if
17 we wanted to answer the question whether or not there
18 was countable structures in there, why not test the
19 ones that Dr. Longo tested and did not find structures?
20    A.  I guess the truthful answer to that is I'm not
21 the one paying the bill.  I'd be more than happy to
22 test all 20 of them.
23    Q.  That's my point.  So it wasn't your decision
24 to only test a certain amount; that was your client's
25 decision; was it not?

Page 132

1     A.  As a commercial lab, I'm kind of presented
2  with a general budget and what we can do for that
3  budget, and that's what we all agreed, based on, as
4  stated, again, Dr. Longo's results, my experience with
5  those samples, and Mr. Cosmich, yes.  He was involved
6  in the decision, yes.
7     Q.  Yeah.  My point is if Old Spice had more money
8  and the budget was higher and they said test all
9  samples, you wouldn't have said no, would you?
10    A.  No, I certainly would not have.
11    Q.  Okay.
12       All right.  And then Mr. Cosmich asked you
13 what if someone took your results and talked about what
14 you found to say there was asbestiform or regulated
15 asbestos or cleavage fragments.  Irrespective of what
16 we want to call them, Mr. Poye, do you agree that you
17 identified, took pictures of, and reported regulated
18 asbestos fibers in Old Spice talcum powder?
19    A.  Per the method, yes, sir.
20    Q.  And you're not going to opine as to whether or
21 not those fibers, whether we call them AHERA fibers,
22 cleavage fragments, regulated asbestos, asbestiform, or
23 non-asbestiform, you're not going to weigh in on
24 whether those do or do not cause disease; true?
25    A.  That is correct.  I am not a MD.

Page 133

1     Q.  Okay.
2        MR. PURDY:  That's all I have.
3        MR. COSMICH:  Nothing here.  Bob?
4        MR. BERKES:  Nope.  Nothing here.
5        MR. PURDY:  Okay.  Let's go -- well, let's
6  stay on the record real quick.  We'll do a quick stip.
7        We'll stipulate that the court reporter can be
8  relieved of her custodial duties under the Code.
9        Original of the transcript will be sent to my
10 office as the noticing party.  We'll maintain custody
11 of the original.
12       We'll give the copy that Mr. Cosmich orders --
13       I assume you're going to order a copy, John?
14       MR. COSMICH:  Yes, sir.
15       MR. PURDY:  He'll provide his copy or a copy
16 to Mr. Poye to read, review, make any changes
17 necessary, notify all parties not later than -- let's
18 just say 60 days from today is going to give us plenty
19 of time.  If something happens earlier, we'll talk
20 about it.
21       And we'll maintain custody of the original.
22 To the extent it's not available, then we agree to use
23 a certified copy in lieu of the original.
24       MR. COSMICH:  So stipulated.
25       MR. PURDY:  All right.  Let's go off the

Case 3:16-md-02738-MAS-RLS    Document 33015-28    Filed 07/23/24    Page 6 of 6
PageID: 222588

LEE W. POYE, on 09/25/2020
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.
Pages 134–137

**Page 134**

```
 1   record.
 2
 3              (Whereupon, at the hour of
 4               12:44 p.m., the proceedings
 5                 were concluded.)
 6                      -oOo-
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 135**

```
 1              DECLARATION UNDER PENALTY OF PERJURY
 2
 3
 4         I, LEE W. POYE, do hereby certify under
 5   penalty of perjury that I have read the foregoing
 6   transcript of my deposition taken on
 7   September 25, 2020; that I have made such corrections
 8   as appear noted herein in ink, initialed by me; that my
 9   testimony as contained herein, as corrected, is true
10   and correct.
11
12         DATED this _____ day of _____, 2020,
13   at _____, California.
14
15
16
17
18
19
20         _____
                        LEE W. POYE
21
22
23
24
25
```

**Page 136**

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF LOS ANGELES  )
 3
 4         I, Paige I. Hutchinson, Certified Shorthand
 5   Reporter, No. 13459, do hereby certify:
 6         That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly
 8   sworn to testify to the truth, the whole truth, and
 9   nothing but the truth;
10         That said deposition was taken before me
11   remotely via videoconference; and thereafter reduced to
12   print by means of computer-aided transcription; and the
13   same is a true, correct, and complete transcript of
14   said proceedings taken at that time, to the best of my
15   ability.
16         I further certify that I am not interested in
17   the outcome of the action.
18         Witness my hand this, Wednesday, September 29,
19   2020.
20
21
22         [signature]
23
24         _____
             Paige I. Hutchinson, CA CSR No. 13459,
25           TX CSR No. 11222, WA No. 3336
```

**Page 137**

```
 1                    CORRECTION LIST
 2
 3   Page/Line     From              To
 3   _____     _____     _____
 4   _____     _____     _____
 5   _____     _____     _____
 6   _____     _____     _____
 7   _____     _____     _____
 8   _____     _____     _____
 9   _____     _____     _____
10   _____     _____     _____
11   _____     _____     _____
12   _____     _____     _____
13   _____     _____     _____
14   _____     _____     _____
15   _____     _____     _____
16   _____     _____     _____
17   _____     _____     _____
18   _____     _____     _____
19   _____     _____     _____
20   _____     _____     _____
21   _____     _____     _____
22   _____     _____     _____
23   _____     _____     _____
24   _____     _____     _____
25   _____     _____     _____
```