# Exhibit 52

```
                                                                    1

 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     COUNTY OF ALAMEDA

 3              HON. RICHARD SEABOLT, JUDGE

 4

 5   ANTHONY HERNANDEZ VALADEZ,

 6         Plaintiff,

 7      vs.                              Case No. 22CV012759

 8   JOHNSON & JOHNSON, et al.,

 9         Defendants.
     _____/
10

11

12

13

14

15        Reporter's Transcript of Remote Proceedings

16                Wednesday, March 15, 2023

17

18

19

20

21

22

23         Reported By:  Sheila Pham, CSR No. 13293

24

25
```

1  jury can't hear from.

2           Dr. Longo testified that he photographs -- he

3  photographs and produces the photographs of all of the

4  slides.  I don't know if these slides still exist.

5           And by the way, at no point in time -- they do

6  degrade quickly over time.  I don't know how quickly off

7  the top of my head.  But at no point in time in the six

8  years of litigation has J&J ever sought this relief in

9  any other case, and they've had more than, you know,

10  cross-examination of Dr. Longo.

11           So this is a new request for the first time in

12  this case that I've never heard of before, and I don't

13  know the specifics.  I just got a response about an hour

14  before our hearing started, a detailed response.  And so

15  I haven't had a chance to talk to Dr. Longo and to have

16  further meet and confer on this issue.

17           With regards to the samples, this is a sample

18  -- they claimed to take the product off the market, the

19  talc product, during COVID, May of 2020.  Well, in the

20  fall of 2022, we found near Mr. Valadez's house at the

21  hotel where his deposition was, actually, this filled

22  Johnson & Johnson product.  Not only was it filled, it

23  was wrapped in plastic in a box, Johnson & Johnson.  So

24  two and a half years after they claimed to quit making

25  this product, it's on the marketplace.

```
                                                                  66
 1                    REPORTER'S CERTIFICATION
 2
 3        I, Sheila Pham, a Certified Shorthand Reporter, do
 4   hereby certify:
 5        That the foregoing proceedings were taken before me
 6   at the time and place therein set forth, that the
 7   proceedings were reported stenographically by me and
 8   were thereafter transcribed under my direction and
 9   supervision, and that the foregoing pages contain a
10   full, true and accurate record of all proceedings and
11   testimony to the best of my skill and ability.
12        In witness whereof, I have subscribed my name.
13
14
15   Dated:   3/20/2023
16
17
18
19                    _____
20                         Sheila Pham
                           CSR No. 13293
21
22
23
24
25
```