# Exhibit 54

1

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                    COUNTY OF ALAMEDA

3                HON. RICHARD SEABOLT, JUDGE

4

5    ANTHONY HERNANDEZ VALADEZ,

6          Plaintiff,

7       vs.                          Case No. 22CV012759

8    JOHNSON & JOHNSON, et al.,

9          Defendants.
     _____/

10

11

12

13

14

15        Reporter's Transcript of Remote Proceedings

16              Thursday, March 23, 2023

17

18

19

20

21

22

23        Reported By:  Sheila Pham, CSR No. 13293

24

25

55

1    forthcoming.

2              MR. SATTERLEY:  May I respond, Your Honor?

3              THE COURT:  Of course.

4              MR. SATTERLEY:  First of all, Counsel is not

5    being candid with the Court.  These PLM slides that

6    they're referring to relates to one bottle of a 2022

7    sample we got in Merced, California, the city where

8    Mr. Valadez lives.  And he never used the bottle.

9              The point of the bottle is, they claim to have

10   taken this product off the marketplace in 2020, and two

11   years later -- over two years later, it's still in the

12   marketplace.  So this is relating to one bottle.  So

13   worst-case scenario, you would only be excluding that

14   one bottle.

15             But I was wrong when I wrote no slides remain.

16   The slides remain, but they're deteriorated.  And they

17   know this because their experts will tell them the oil

18   that's on the slides doesn't last.  It deteriorates very

19   rapidly.  So the slides are still there, but you can't

20   do anything with them because the technology doesn't

21   allow you to do anything once the slide deteriorates.

22             Now, they didn't tell you -- I mean, they were

23   candid with the Court -- the sample in question, we

24   followed -- they've sent us the protocol to have this

25   sample split, videotaped, and shipped to their

65

1                    REPORTER'S CERTIFICATION

2

3        I, Sheila Pham, a Certified Shorthand Reporter, do

4    hereby certify:

5        That the foregoing proceedings were taken before me

6    at the time and place therein set forth, that the

7    proceedings were reported stenographically by me and

8    were thereafter transcribed under my direction and

9    supervision, and that the foregoing pages contain a

10   full, true and accurate record of all proceedings and

11   testimony to the best of my skill and ability.

12       In witness whereof, I have subscribed my name.

13

14

15   Dated: 3/28/2023

16

17

18

19

20                    Sheila Pham

                      CSR No. 13293

21

22

23

24

25