# Exhibit 59

Page 172

1                SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION - MIDDLESEX COUNTY
2               DOCKET NO. MID-L-7385-16AS
3
4                                              VIRTUAL
    STEPHEN LANZO, III and               DEPOSITION UPON
5   KENDRA LANZO,                        ORAL EXAMINATION
                                                OF
6              Plaintiffs,               WILLIAM E. LONGO
          v.                                   Ph.D.
7                                           (VOLUME II)
    CYPRUS AMAX MINERALS CO.,
8   et al.,
9              Defendants.
    --------------------------------
10
11
12
13           TRANSCRIPT of the stenographic notes
14   of ANDREA F. NOCKS, a Certified Court Reporter and
15   Certified Realtime Court Reporter of the State of
16   New Jersey, Certificate No. XI01573, taken virtually
17   on Monday, October 30, 2023, commencing at
18   11:18 a.m. to 3:01 p.m. Eastern Standard Time.
19
20
21
22
23
24
25   JOB NO.:  6168098

1  W I L L I A M   E.   L O N G O, Ph.D.,
2  3945 Lakefield Court, Suwanee, Georgia, having
3  been first duly sworn, testifies as follows:
4  CONTINUED DIRECT EXAMINATION BY MR. DUBIN:
5       Q.    Hi, Dr. Longo, how are you?  So I
6  think when Kevin left off with you, the last exhibit
7  number was 15.  So we'll start at 16 here.
8             We'll make 16 the notice of your
9  deposition for today.
10            Exhibit 17 will be a cover e-mail
11 that we received that contained a link to some
12 additional materials for your deposition today that
13 was received very close to the start of the
14 deposition, I think, around 10:38 or so this
15 morning.
16            And so first, do you have the
17 materials that went along with that link, Dr. Longo?
18      A.    Yes.
19      Q.    So, I just want to mark those so we
20 know what they are, and then we'll see what, we
21 could probably come back to questioning about them
22 later.
23            So, can you just walk through each
24 one of them in the order that you have them, and
25 we'll just make them each a separate exhibit?  Or I

1  BY MR. DUBIN:
2       Q.    Okay.  So, I just want to walk
3  through and make sure I understand each part of the
4  step of how you're doing the averages for
5  birefringence.
6             So, tell me explicitly how you're
7  doing it, how you're identifying which particles to
8  include in the average, what specific calculation
9  you're doing.  Like, just what is the methodology so
10 I make sure I understand.
11            MR. MAIMON:  Object to form.
12            Go ahead.
13      A.    When we identify chrysotile, we'll
14 give a -- typically we'll give a range of, the range
15 on the worksheet.  We'll give a range of
16 wavelengths, matching wavelengths, and a range of
17 refractive indices that go with those matching
18 wavelengths.  Now, that's where all the particles
19 that we may analyze.
20            We typically will pick four to five
21 structures that kind of represent what we're seeing
22 in there, and then we get photomicrographs of both
23 the parallel and perpendicular, cross-polars,
24 elongation and no polars.  So we usually take five
25 photographs.

1              If there is a range, say, for gamma,
2    we put the range down.  Say, hypothetically it's,
3    you know, 1.- -- 1.565 and 1.560.  And then we'll
4    give the range of the alpha, 1.560.  And then we'll
5    give a range of the alpha which could be, you know,
6    1.559 and, you know, 1.554.  And that is for one of
7    the particulate -- one of the chrysotile bundles.
8              Then to determine the refractive
9    birefringence, we'll take the highest gamma, 1.565,
10   and subtract out the highest alpha, 1.559, which
11   gives us a birefringence of 0.006.  And then we take
12   the next one, 1.560, 1.554.  That happens to be
13   0.006 also.  The average of that would be 0.006
14   birefringence, and that's in the range of what EPA
15   says is the range of birefringence for chrysotile.
16             Now, sometimes we just have -- not a
17   range, but we have one alpha and one gamma.  In that
18   case, the Sanchez method works, 'cause you only have
19   one choice:  the alpha that goes along with that
20   gamma.  That's it.  And you just subtract it out and
21   it gives you the birefringence.
22        Q.   I want to break this down into a
23   little bit more so we're clear.
24             First, let's talk about an individual
25   particle.  You only identify one particle, okay?

1  gammas. So it just depends.
2     Q.    So, I don't understand. So, you're
3  looking for -- to put into the pile of the particles
4  that you're going to include in the average, you're
5  looking for -- first, for particles that have
6  different refractive indices?
7     A.    We look for representation of what's
8  in the sample. Sometimes you'll have, you know, one
9  chrysotile bundle, maybe 1.561, and -- on the low
10 side, and 1.566 on the high side, we might see
11 another one that, you know, is 1.560 but it has a
12 1.571. You know, I look for different colors.
13     Q.    Is there --
14     A.    They're not, like, out of range, but
15 they're in what we continuously see. I just try to
16 get a sampling of what's in that particular sample.
17     Q.    So, is there any protocol, written
18 protocol, for deciding how the particles are going
19 to be selected to go into the averages?
20         MR. MAIMON: Object to form.
21     A.    I don't know if there's any protocols
22 out there that says select -- select particles that
23 are representative of the sample. But I think
24 that's pretty basic science.
25     Q.    I'm just asking for you -- in other

1  words, you know you're not selecting the first five
2  particles that you see, you are selecting them based
3  on some criteria that you consider
4  representativeness, but also, I think you indicated
5  you're looking for particles that have different
6  refractive indices?
7             MR. MAIMON:  Object to form.
8       A.    Well, different colors.  You know,
9  slightly -- sometimes you'll see more yellow -- in
10 1.550 you'll see more yellow; sometimes you'll see a
11 yellowish gold.  Sometimes you'll see, you know, a
12 reddish-type gold.  Or sometimes you're only going
13 to find four, five structures.  So, you have to take
14 that into account, too.  If the entire sample only
15 gives you four to seven structures, you can't be too
16 choosy.
17      Q.    But there is no a priori set of
18 guidelines that someone needs to follow for purposes
19 of making this determination of what should be
20 included in the average?
21            MR. MAIMON:  Object to form;
22 objection, asked and answered.
23      Q.    Is that right?
24            MR. MAIMON:  Same objection.
25      A.    I guess -- no, I don't think anybody

1  has spelled out the basic science behind it, but if
2  you were to look at the ranges that R-93 gives, they
3  have a range where whatever references they'd come
4  up with, they have this big range.  Or if you look
5  at, you know, Deer, Howie and Zussman, they'll have
6  a range there that they feel is appropriate, but it
7  doesn't mean that anything you see has got to be in
8  that range.  You're going to have some that are in
9  the range and sometimes out of the range.  It just
10 depends -- not out of the range, but your
11 birefringence typically stays the same.  It's the
12 same memo.  It's just that you won't be exactly on
13 the same alpha and the same gamma.
14         Q.     So, before you include a particle in
15 the bucket of, let's look at the birefringence, you
16 know, in other words, let's use it for purposes of
17 the average of birefringence, have you already made
18 a determination that that particle is chrysotile?
19         A.     Before we calculate the
20 birefringence?
21         Q.     Before -- when you're looking around,
22 selecting particles to include in your averages,
23 when you're selecting a particle, have you already
24 made a determination that, in your view, that
25 particle is chrysotile?

LONGO, Ph.D. - DIRECT

Page 277

1  you're also going to have a low gamma and low alpha.
2  If you just have one gamma or one alpha, then no,
3  you don't have a range.  You can't call it high or
4  low.  It's just two there.
5       Q.     And so, again, can you identify any
6  source, scientific source, that says that for
7  calculating birefringence, you should use the high
8  alpha and the high gamma?
9              MR. MAIMON:  Object to form;
10 objection, asked and answered.
11      A.     You mean the entire Deer, Howie and
12 Zussman?  I don't know if it says it, but every one
13 of their biaxial isotropic -- isotropic --
14 anisotropic minerals has that.  If you do the math
15 there -- I mean, I've got to be honest with you, I
16 just don't think anybody really does this, whatever
17 question that this is somehow unique, that you have
18 to spell that out.
19      Q.     I know what you're saying, but I'm
20 just asking you:  Have you ever seen any source that
21 defines alpha as the high alpha and gamma as the
22 high gamma for the purposes of birefringence
23 calculations?  Can you identify anything that
24 actually says that?
25             MR. MAIMON:  Object to form;

1  objection, asked and answered.
2      A.     If you have a range?  I never really
3  looked for actual words.  You know, maybe in -- you
4  know, maybe in a class somewhere -- you know, I
5  don't know.  To me, it's just obvious.
6      Q.     What PLM classes have you taken?
7      A.     What?
8      Q.     What classes have you taken in PLM
9  dispersion staining?
10     A.     I haven't taken any.
11     Q.     Okay.  How did you learn to do PLM
12 dispersion staining?
13     A.     Self-taught.  It's not really that
14 hard.  And sometimes if you just sit down and learn
15 the science behind it, it's pretty -- you know, it's
16 more -- it is more complex than simple transmission
17 electromicroscopy for asbestos analysis.  But it's
18 very interesting to me.  I had fun learning all
19 about this.
20     Q.     Okay.  And are there any individuals
21 outside of MAS that you recognize to be authorities
22 in PLM dispersion staining analysis?
23     A.     It's an interesting question.
24            Are they doing an actual calculation
25 of birefringence?  I'm not sure anybody is a

Page 299

1          CERTIFICATE OF OFFICER

2

3            I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8            I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.

14                     *Andrea Nocks CCR CRR*

15                     ---------------------------------
16                     ANDREA NOCKS, CCR, CRR
                       Certificate No. X100157300
17                     Certificate No. XR00011300