# Exhibit 60

Case 3:16-md-02738-MAS-RLS  Document 33015-36  Filed 07/23/24  Page 2 of 4 PageID: 222631

WILLIAM LONGO, PH.D., on 02/20/2024                                                      Page 1
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

```
1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                  FOR THE COUNTY OF LOS ANGELES

3    ROCHELLE KRICH, an            )
     individual; HERSHIE           )
4    KRICH, an individual,         )
                                   )
5              Plaintiff,          )
                                   )
6         vs.                      ) Case No. JCCP 4674 /
                                   ) 21STCV22952
7    JOHNSON & JOHNSON;            )
     JOHNSON & JOHNSON             )
8    CONSUMER INC., a              )
     subsidiary of JOHNSON &       )
9    JOHNSON; JOHNSON &            )
     JOHNSON INTERNATIONAL;        )     Certified Transcript
10   ALBERTSONS COMPANIES,         )
     INC., individually and as     )
11   successor in interest to      )
     SAV-ON DRUG STORES, INC.;     )
12   CYPRUS MINES CORPORATION;     )
     KMART CORPORATION; RALPHS     )
13   GROCERY COMPANY; and DOES     )
     1 through 400, inclusive,     )
14                                 )
               Defendants.         )
15   _____) (Pages 1 - 143)

16

17

18   Remote Deposition of:  WILLIAM LONGO, Ph.D.

19   Taken on:  February 20, 2024

20   Commencing at:  8:36 a.m.

21

22

23                     EVANGELINE AYMOND

24          Certified Shorthand Reporter #14469

25                    FCRR, RPR, CCR
```

Case 3:16-md-02738-MAS-RLS   Document 33015-36   Filed 07/23/24   Page 3 of 4
PageID: 222632

WILLIAM LONGO, PH.D., on 02/20/2024                                      Page 53
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

```
 1  people, right, those individuals we just talked about?
 2  A        Correct.
 3  Q        And Mr. Hess, I believe you had testified
 4  before, has been doing PLM analysis for almost 40 years.
 5           Is that fair?
 6  A        Yeah, he could be reaching that now.
 7  Q        And how long has he worked at your lab, sir?
 8  A        Thirty-two, 33 years.
 9  Q        And have you ever had to train Mr. Hess on use
10  of the PLM?
11  A        No.
12  Q        I suspected so based on his extensive time
13  using them before or to date, rather.
14           Does that include --
15  A        He was actually trained by Walter McCrone
16  himself in a previous job he had before he hired him.
17  Q        So Mr. Hess worked at McCrone and Associates?
18  A        No.  He went -- he took the course there.
19  Q        I see.
20  A        And it was actually Walter McCrone still
21  teaching the course back when he took it.  Same with
22  Chris Dubour.
23  Q        And so my understanding is at some point a
24  couple years ago your lab changed I think from an
25  Olympus to -- and I'll probably butcher this -- a Leica
```

Case 3:16-md-02738-MAS-RLS   Document 33015-36   Filed 07/23/24   Page 4 of 4 PageID: 222633

WILLIAM LONGO, PH.D., on 02/20/2024                                    Page 143
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

1   REPORTER'S CERTIFICATE

2

3          I certify that the foregoing proceedings in
4   the within-entitled cause were remotely reported at the
5   time therein named; that said proceedings were remotely
6   reported by me, a duly Certified Shorthand Reporter of
7   the State of California, and were thereafter transcribed
8   into typewriting.
9          I further certify that I am not of counsel or
10  attorney for either or any of the parties to said cause
11  of action, nor in any way interested in the outcome of
12  the cause named in said cause of action.
13         IN WITNESS WHEREOF, I have hereunto set my
14  hand this date of February 23, 2024.

15

16

17         *(signature: Evangeline Aymond)*

18         _____
            EVANGELINE L. AYMOND
19         Certified Shorthand Reporter
            State of California
20         Certificate No. 14469