# Exhibit 61

William Longo, Ph.D. - May 30, 2023

Page 1

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                        SUPERIOR COURT
                                     DEPARTMENT OF THE
                                     TRIAL COURT
_____
BRYCE ZUNDEL and DIANE ZUNDEL,)
                              )
          Plaintiffs,         ) CIVIL ACTION NO.:
                              )
     vs.                      ) 22-2145
                              )
AMERILURE, INC., et al.,      )
                              )
          Defendants.         )


                          - - -

          Deposition of WILLIAM E. LONGO, PH.D.,

     taken on behalf of the Defendants, pursuant to

     Notice, in accordance with the Massachusetts

     Rules of Civil Procedure, before Louise

     Griffith, Certified Court Reporter, at 6470 East

     Johns Crossing, Suite 160, Johns Creek, Georgia,

     on the 30th day of May, 2023, commencing at the

     hour of 11:19 a.m.

Case 3:16-md-02738-MAS-RLS    Document 33016-1    Filed 07/23/24    Page 3 of 4
PageID: 222656
William Longo, Ph.D. - May 30, 2023

Page 182

1    A   Scheduling.
2    Q   Okay.
3    A   The PLM analysis is very tedious and long.
4  By TEM, we have three different analysts all
5  qualified to do that.  Chrysotile was really up to
6  one person in our lab, but now we're going to have
7  three as we get --
8    Q   And the one person being Mr. Hess?
9    A   -- as we get people trained.
10   Q   Just want to make it clear.  Clarify.
11   A   Yes.
12   Q   Mr. Hess is the one that's trained now?
13   A   He's the one that has been trained and has
14  been doing this and has given a lot of insight on
15  solving analytical issues.
16   Q   And you're training more people --
17   A   Yes.
18   Q   -- in PLM?
19   A   Correct.
20   Q   Okay.  But TEM is -- doesn't require the
21  same level of training.  Fair?
22   A   It's fair in that it's not as, to me -- and
23  I was an electron microscopy person.  It is not as
24  complicated as PLM.
25   Q   Okay.  And the analyst for the TEM work was

Page 183

1  Mr. Motamedi?
2    A   Yes.
3    Q   Okay.  And he works for you at MAS, right?
4    A   He has for a long time.
5    Q   And the count sheet indicates that there
6  were two grids with a total of a hundred openings; is
7  that right?
8    A   Correct.
9    Q   And are both grids in the same grid box?
10   A   Yes.
11   Q   And that's --
12   A   But different slots.
13   Q   Okay.
14   A   So they're individual with slots on them.
15  But, you know, the grid boxes are labeled, obviously,
16  and we keep them.  So we have -- we'll save these
17  grids until... I don't know.
18   Q   Okay.  So Mr. Motamedi identified a total
19  of two tremolite structures.
20      You already said that, right?
21   A   Correct.
22   Q   And the first tremolite structure is noted
23  on page 1 of 3 here.  The numbering's in the bottom
24  right-hand corner.
25      And he recorded a length of 8.5 microns?

Page 184

1    A   Correct.
2    Q   And a width of 1.5 microns?
3    A   Correct.
4    Q   And the structure says, bundle?
5    A   (Witness nods head.)
6    Q   What is bundle based on?
7    A   Based on the photograph.
8    Q   Okay.  And we'll get to that in a minute.
9  Well, let's look at it now.
10      So it's the first photomicrograph in this
11  section?
12   A   Yes.
13   Q   And is it your opinion that this is a
14  bundle of tremolite?
15   A   If I was doing the analysis, I would call
16  this a bundle.  And I would still call it a bundle
17  cause I can see little protrusions at the ends of
18  these.  So, yes, this is a bundle.  But for a
19  structure like this, you really need to be sitting at
20  the microscope where you can, you know, focus more
21  and go through different things.  But even with what
22  I have here, I would call it a bundle.
23   Q   Okay.  Well, Mr. Motamedi had an
24  opportunity to take different pictures of this
25  bundle, right?

Page 185

1    A   Yeah.  They'll need different pictures.
2    Q   This is the one he chose, correct?
3    A   Correct.  It's fine.  It's in focus.
4    Q   Okay.
5    A   And I can see what I need on it.
6    Q   Which is the protrusions?
7    A   Yeah.  You can see little bumps at the end
8  and you can see a light color on the side.  That's a
9  bundle.  It's got parallel sides, it's greater than
10  .5 microns in length, and it has an aspect ratio of
11  greater than or equal to 5.  So that's, that's a
12  regulated tremolite bundle.
13   Q   And bundle versus fiber because of these
14  protrusions?
15   A   Well, this is not a fiber.  I mean, a
16  tremolite, a tremolite fiber would be much smaller
17  than that.  So these are bundles with stacked-up
18  fibers.  You know, it's hard to see with TEM because
19  when it gets dense like this, you can't see through
20  it.  It's a little bit clearer on the next one.
21   Q   Well, let's get to the next one in due
22  course.
23   A   Sure.
24   Q   I just -- I'll get confused.  I'm sure you
25  won't, but --

William Longo, Ph.D. - May 30, 2023

Page 294

1              C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    COUNTY OF DEKALB:

5          I hereby certify that the foregoing

6    transcript was taken down as stated in the

7    caption, that the witness was first duly sworn,

8    and the questions and answers thereto were

9    reduced to typewriting under my direction; that

10   the foregoing pages 1 through 291 represent a

11   true, correct, and complete transcript of the

12   evidence given upon said hearing, and I further

13   certify that I am not of kin or counsel to the

14   parties in the case; am not in the regular

15   employ of counsel for any of said parties; nor

16   am I in anywise interested in the result of said

17   case.  The witness did reserve the right to read

18   and sign the transcript.

19        This, the 8th day of June, 2023.

20

21

22

23        _____

          LOUISE GRIFFITH, CCR-B-2121

24        Certified Court Reporter

25

Page 295

1          COURT REPORTER DISCLOSURE

2

3      Pursuant to Article 10.B of the Rules and
       Regulations of the Board of Court Reporting of the
4      Judicial Council of Georgia, I make the following
       disclosure:

5
           I am a Georgia Certified Court Reporter.  I am here
6      as a representative of Regency-Brentano, Inc.
7          I am not disqualified for a relationship of
       interest under the provisions of O.C.G.A. §9-11-28 ©.

8
           Regency-Brentano, Inc. was contacted by the offices
9      of Lexitas Philadelphia to provide court reporting
       services for this deposition.

10
           Regency-Brentano, Inc. will not be taking this
11     deposition under any contract that is prohibited by
       O.C.G.A. §15-14-37 (a) and (b).

12
           Regency-Brentano, Inc. has no exclusive contract to
13     provide reporting services with any party to the case,
       any counsel in the case, or any reporter or reporting
14     agency from whom a referral might have been made to
       cover this deposition.

15
           Regency-Brentano, Inc. will charge its usual and
16     customary rates to all parties in the case, and a
       financial discount will not be given to any party to
17     this litigation.

18

19

20

21

        _____
22      Louise Griffith, CCR-B-2121

23

24

25

75 (Pages 294 to 295)