# Exhibit 62

```
                                                              Page 1

 1         IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
 2                     FOR THE COUNTY OF KING
 3
         G. RUTH ALEXANDER-JONES
 4       and JAMES R. JONES,
 5              Plaintiffs,
 6          vs.                        CIVIL ACTION FILE
                                       NO.  22-2-18669-1-SEA
 7       AVON PRODUCTS, INC.,
         et al.,
 8
                Defendants.
 9
10
11
12            VIDEOTAPED ZOOM DEPOSITION OF
                   WILLIAM LONGO, Ph.D.
13
                    September 15, 2023
14                     11:44 A.M.
15
16       Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
17
18
19
20
21
22
23
24
25    Job No. CS6082388
```

Page 134

1        Perhaps 150 microns?
2        A.   Maybe 125, but I certainly rule --
3   wouldn't rule out 150.
4        Q.   And can you give an estimate of the -- the
5   thickness of this bundle based on the micron bar?
6        A.   I would say about 10 microns.
7        Q.   And so this is -- what we're looking at
8   is -- is chrysotile much larger than the SG-210
9   Calidria standard that you talked about today and
10  certainly in other -- other depositions where we've
11  talked about the Calidria standard; correct?
12       A.   Excuse me.  I've decided to choke myself
13  to death after that question with this Red Bull.
14  Just kidding.
15            Yeah, this fits more along on the RG144
16  size, but, you know, I don't know how many
17  structures we have in here.  But the size is what it
18  is.  The ones I grabbed were -- I didn't just
19  pick -- just pick random ones and -- and did that.
20  In fact, I'm going to have to add these in, too.
21       Q.   Well, were these chosen by you or were
22  they chosen by Paul Hess?
23       A.   These actual analysis?
24       Q.   The -- the -- the photomicrographs that
25  made it into this report.

Page 135

1        A.   Oh, these were chosen by Paul Hess.
2        Q.   Yeah.
3             I mean, he was the one looking under the
4   microscope and identifying the particles that were
5   ultimately photographed; right?
6        A.   Correct.  I mean, I -- I don't involve him
7   on what size is and what's this, what's that.  I
8   just tell him to analyze what's present.
9        Q.   Okay.  So let's go just look at a couple
10  of more here.
11            Well, this one, this is on page 90 of
12  Exhibit 15.  It's -- it's hard to see but if you --
13  the -- the -- I presume the points of the arrows
14  give you some idea about the length of the particle;
15  right?
16       A.   Excuse me.  Yes.
17       Q.   Okay.  And so here again we're talking
18  about a particle that's roughly 100 microns;
19  correct?
20       A.   Roughly.
21       Q.   And just skip ahead.  I mean, in some
22  there -- there are a few that are smaller.
23       A.   Oh, go back.  They've got some small ones
24  in there.
25       Q.   Yep.

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF FULTON:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

*Lee Ann Barnes*

LEE ANN BARNES, CCR B-1852, RPR, CRR, CRC