# Exhibit 67

Robert Cook, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
                                                Case No. 16-2738
THIS DOCUMENT RELATES TO     (FLW)   (LHG)
ALL CASES

MDL Docket No. 2738

_____

Wednesday, January 30, 2019

- - - - -

The video deposition of ROBERT COOK, Ph.D., taken pursuant to notice, was held at the Hilton Garden Inn, 2555 Hilton Garden Drive, Auburn, Alabama, commencing at approximately 8:56 a.m., on the above date, before Lois Anne Robinson, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public for the State of Alabama.

Golkow Litigation Services - 1.877.370.DEPS

Robert Cook, Ph.D.

| Page 54 | Page 56 |
|---|---|
| 1  THE COURT REPORTER: | 1  the things in the table I described -- you know, |
| 2      Yes, we are. | 2  every single reference I had described verbally. |
| 3      (DEPOSITION EXHIBIT NUMBER 6 | 3  And then when I saw the table that was being |
| 4      WAS MARKED FOR IDENTIFICATION.) | 4  prepared, I guess, in Hopkins, it was pretty |
| 5  MR. FROST: | 5  clear that, oh, my God, this is -- you know, I |
| 6  Q    I'd like to turn your attention to what | 6  need to do this with -- with every data set, go |
| 7  is on the printout -- 1, 2, 3, 4, 5, 6 -- page 7. | 7  ahead and make tables. |
| 8  A    I'm not sure that I haven't seen this | 8      And, so, Beasley Allen folks helped |
| 9  on the Internet. | 9  construct the -- I guess it was an Excel table. |
| 10 Q    If you look under "or beneficiation." | 10 Q    These are the tables that are -- |
| 11 A    Sure. | 11 A    Yeah. But that's it. Everything else |
| 12 Q    And do you agree with me that what's in | 12 is -- is -- |
| 13 the report appears to be a quote -- | 13     And if -- I'm just thinking about the |
| 14 A    Sure. | 14 Zelikoff thing. I did get a -- I did get a |
| 15 Q    -- from this website? | 15 reference out of hers. But that's all I |
| 16 A    It'd be nice to know where they got | 16 remember. |
| 17 their definition. Seriously. | 17 Q    Okay. And by "the tables," you're |
| 18 Q    Okay. But do you believe that you saw | 18 referring to the various tables that appear -- |
| 19 this website while you were drafting your report? | 19 you know, some start on page 13. |
| 20 A    You know, when you -- when you | 20 A    The tables have replaced very long |
| 21 mentioned the name, it didn't ring a bell. But I | 21 paragraphs that describe each one of these -- for |
| 22 believe I have seen this. | 22 the most part, each one. Some of them, the ones |
| 23 Q    Okay. | 23 from the Hicks -- not Hicks -- the Hopkins depo, |
| 24 A    But I don't -- I don't know the | 24 some of those I didn't have until I got his depo. |

| Page 55 | Page 57 |
|---|---|
| 1  company. | 1  Q    Okay. Did you put together the tables |
| 2  Q    All right. Mark this as Exhibit 7, | 2  or was that something that Beasley Allen -- |
| 3  please. | 3  A    No. They helped. |
| 4      (DEPOSITION EXHIBIT NUMBER 7 | 4  Q    -- put together for you? |
| 5      WAS MARKED FOR IDENTIFICATION.) | 5  A    They helped. |
| 6  MR. FROST: | 6  Q    And I take it, when they sent you the |
| 7  Q    Do you recognize this as the expert | 7  tables, it sounds like there were additional |
| 8  report of Dr. Judith Zelikoff that you reviewed? | 8  references in there that originally you didn't |
| 9  A    I only have it online. | 9  have or didn't review? |
| 10 Q    Okay. | 10 A    There -- there were not. |
| 11 A    But I'm assuming it is the same. | 11 Q    Okay. |
| 12 Q    Okay. If you could please turn to page | 12 A    I don't think that there were. The |
| 13 31 of your report. | 13 ones that -- that were related to the Hopkins |
| 14 A    Of my -- | 14 exhibits, I had them, but I think I got them |
| 15     I'm sorry. I'm going to hers. | 15 after I had prepared my first draft, something |
| 16 Q    And I guess I'll start here. Did | 16 like that. And so they are -- they were new, new |
| 17 anybody help you write your report? | 17 to the second edition. |
| 18 A    No. | 18 Q    Were there any references when you |
| 19 Q    You wrote all of it yourself? | 19 reviewed the tables that you hadn't seen prior to |
| 20 A    Every word. There was help with -- | 20 the tables being generated by Beasley Allen? |
| 21 with the tables. My report was table-less | 21 A    I don't think so. I didn't -- I -- I |
| 22 initially. | 22 didn't notice any. But there are like a |
| 23 Q    Okay. | 23 hundred-and-something references just in the |
| 24 A    And it was extremely cumbersome because | 24 table that deals with asbestos. |

15 (Pages 54 to 57)

Robert Cook, Ph.D.

Page 58

1  Q    And, so, I compared the -- you know,
2  the report in Exhibit 1 to the report in Exhibit
3  2. It looks like a lot of the changes that were
4  made were within the tables. Does that sound
5  correct?
6  A    It -- there could have been, sure.
7  Q    What type of changes were made to
8  Table --
9       Well, strike that.
10      Did -- were these changes that you made
11 or were these changes that were made by Beasley
12 Allen?
13 A    I went through the table in one and
14 found a goodly number of things that I thought
15 were wrong, but they were -- some of them were
16 spellings that were related to probably
17 spellchecker, like the word "Cyprus" for Cyprus
18 Corporation was misspelled a number of times.
19      There were some incidences where I
20 questioned whether the right terminology was used
21 for mineralogy, for a mineralogical citation.
22      And, you know, we keep going back
23 through these tables, and there's -- I think
24 there may be one sample in the asbestos that may

Page 59

1  not actually be a cosmetic -- or in the talc that
2  may not be a cosmetic talc.
3  Q    Okay. Do you -- do you recall which
4  one that would be or --
5  A    No.
6  Q    -- do you have the ability to identify?
7       Okay.
8  A    It was a -- it had a number. It was a
9  numerical sample number.
10 Q    And were these changes, then, that you
11 made to the --
12 A    I don't think --
13 Q    -- charts that were prepared?
14 A    I don't think -- they were intact, and
15 I didn't notice that until a day or two ago.
16 Q    Okay. The other changes that were made
17 between the original report and the amended
18 report, were these changes that you made in going
19 through the original report and correcting the
20 spellings?
21 A    Tried to, yes.
22 Q    Okay. And are you the one who made all
23 of the changes to the reports that show up now in
24 the amended --

Page 60

1  A    I think so.
2  Q    -- report?
3       Okay. So these weren't new lists that
4  were sent to you by Beasley Allen?
5  A    No. No, no.
6  Q    And have you reviewed all of the
7  documents that are in each of the charts?
8  A    I think I have.
9  Q    And I note that your charts are -- I'm
10 not gonna say exactly the same, because,
11 actually, your amended ones change some of the
12 language, but they're materially similar to those
13 showing up in the report of Dr. Krekeler. Have
14 you had a chance to review the charts in his
15 reports?
16 A    I've seen a version. I don't know
17 whether it was his latest version. And, yeah,
18 he -- he had -- I mean, that was the whole idea.
19 We've got -- now we've got charts to replace long
20 paragraphs. And, so, they should be similar.
21 Q    Okay. And this was the work done by
22 Beasley Allen?
23 A    In terms of --
24 MS. O'DELL:

Page 61

1       Object to the form.
2  A    Right. In terms of the compilation of
3  the charts, I mean, I'm pretty sure a secretary
4  did it.
5  MR. FROST:
6  Q    Okay. And then they sent it to you for
7  inclusion in the report?
8  A    Yes.
9  MS. O'DELL:
10      Object to the form.
11 MR. FROST:
12 Q    All right. So turning to page 31 of
13 your report.
14 A    Yes.
15 Q    See the paragraph at the top of 31, it
16 says -- it's starts with the "According to J&J's
17 corporate representative."
18 A    Right.
19 Q    Do you know where you got this
20 information from?
21 A    Yes.
22 MS. O'DELL:
23      Which one are you --
24 MR. FROST:

16 (Pages 58 to 61)

Robert Cook, Ph.D.

Page 106

1  Q    Could you describe for me or can you
2  define for me what asbestiform means?
3  A    We sort of talked about it in the
4  definition of asbestos. But asbestiform, again,
5  is related to a fibrous nature. And, from my
6  perspective, I've looked at a lot of asbestos in
7  rock samples.
8       Now, granted, the -- what you see in a
9  rock sample is gonna be coarse-grained asbestos.
10 And, so, if you see a little band of asbestos,
11 generally the fibers will be perpendicular to the
12 edges of that band, and if it -- if it's
13 asbestos, the chances are you can rub your
14 fingernail across it and actually dislodge --
15 dislodge fibers. There are minerals that form
16 the same type of a band that you can't.
17 Q    Uh-huh.
18 A    And they will not dislodge. And
19 usually that won't be -- that won't be asbestos.
20 But the two may look asbestiform. So the real
21 question is can you have an asbestiform mineral
22 that is not asbestos? And the answer is yes.
23 Q    Okay.
24 VIDEOGRAPHER:

Page 107

1       Can I go off the record really quickly?
2  MR. FROST:
3       Sure.
4  VIDEOGRAPHER:
5       The time is 10:42 a.m.
6       (OFF THE RECORD.)
7  VIDEOGRAPHER:
8       We're back on the record. The time is
9  10:42 a.m.
10 MR. FROST:
11 Q    And, so, we're talking about the
12 definition of asbestos. Chrysotile, I believe,
13 is always asbestiform. That's the asbestiform
14 serpentine?
15 A    If you -- if you actually apply a
16 minimum length to the fiber to chrysotile, then
17 it isn't always asbestiform.
18 Q    Oh, okay.
19 A    I mean, it can be below that 5 micron
20 and then, you know, it's out the door as
21 asbestos.
22 Q    And, then, with respect --
23 MS. O'DELL:
24      Are you finished -- were you finished,

Page 108

1  Doctor?
2  THE WITNESS:
3       Yeah, I think so.
4  MR. FROST:
5  Q    And with respect to the five
6  amphiboles, you'd agree with me it's the
7  asbestiform or the fibrous variant that's defined
8  as, quote, asbestos, closed quote; correct?
9  MS. O'DELL:
10      Object to the form.
11 A    I'm sorry, Jack. Can you ask that --
12 MR. FROST:
13      Sure.
14 Q    And you'd agree with me, with respect
15 to the five amphiboles, it's the fibrous or
16 asbestiform version of those amphiboles that is
17 defined as, quote, asbestos, closed quote?
18 MS. O'DELL:
19      Object to the form.
20 A    That is correct. But there is some --
21 the literature is inconsistent in that regard.
22 There should -- if you've got -- if you've got
23 actinolite asbestos, it should always say
24 actinolite asbestos --

Page 109

1  MR. FROST:
2  Q    Okay.
3  A    -- or fibrous actinolite. There
4  should -- there should be a modifier if you're
5  going to -- to go from the mineral species by
6  itself into the realm of asbestos.
7  Q    And that's sort of the question I was
8  getting to. There's a difference between --
9       And we'll use actinolite, which you
10 just used.
11      There's actinolite, which isn't
12 necessarily asbestos, and then there's
13 asbestiform or fibrous actinolite, which is.
14 Correct?
15 A    Correct.
16 Q    And you can have one without the other;
17 right?
18 A    Correct.
19 MS. O'DELL:
20      Object to the form.
21 MR. FROST:
22 Q    And do you know what a cleavage
23 fragment is? Is that a term you're familiar
24 with?

28 (Pages 106 to 109)

Robert Cook, Ph.D.

Page 246

1  Q      Okay.
2         Great. Sorry. I've got to reorient
3  myself where I am in your report. If you'll give
4  me a second.
5  A      It's all right.
6  VIDEOGRAPHER:
7         Jack, do you have your mic on?
8  MR. FROST:
9         I do not.
10 Q      Page 10, we're under "Italy." So about
11 halfway through your paragraph, you have a
12 sentence that reads, "Chrysotile is also reported
13 in the Val Chisone mineral suite in 1971 by
14 Ashton."
15 A      Right.
16 Q      And you cite JNJAZ55-6103.
17        I've got that document.
18 A      And he's got a list of minerals kind of
19 in the middle of -- in the middle of the page
20 there, and chrysotile, I think, is mentioned.
21        Right.
22        (DEPOSITION EXHIBIT NUMBER 20
23        WAS MARKED FOR IDENTIFICATION.)
24 MR. FROST:

Page 247

1  Q      Yeah, it's -- you're talking about
2  where the -- the arrow is on the paper?
3  A      Correct.
4  Q      And you'd also agree with me that
5  he's -- he's talking about the valley, what --
6  mineralizations in the valley. He's not talking
7  about the Fontane ore or mine specifically;
8  correct?
9  A      He might have been.
10 Q      But there's no way to tell by this
11 document; correct?
12 MS. O'DELL:
13        Object to the form.
14 A      Well, this is a general comment about
15 the location.
16 MR. FROST:
17 Q      Okay. And he's talking about, "I have
18 checked into the mineralization of the part of
19 the territory"; correct?
20 MS. O'DELL:
21        Object to the form.
22 MR. FROST:
23 Q      He's talking about the valley?
24 MS. O'DELL:

Page 248

1         Object to the form.
2  MR. FROST:
3  Q      Because it continues, "And the minerals
4  we'll show in the valley are."
5  MS. O'DELL:
6         Object to the form.
7  A      Well, the valley is where the mine is.
8  MR. FROST:
9  Q      Okay. But he's not saying that he has
10 found talc, pyrite, magnesite, calcite, dolomite,
11 apatite, clinochlore, chrysotile, tourmaline,
12 tremolite, actinolite, aluminite, and albite all
13 in the Fontane mine ore; correct?
14 MS. O'DELL:
15        Object to the form.
16 A      Well, I'm -- I'm not sure that he even
17 relates Fontane in that paragraph at all.
18 MR. FROST:
19 Q      Exactly. He's just talking about the
20 mineralization of the valley --
21 A      That's right.
22 Q      -- correct?
23 A      But Fontane's in the valley.
24 Q      Yes. But there are lots of other

Page 249

1  places in the valley that aren't the Fontane
2  mass; correct?
3  MS. O'DELL:
4         Object to the form.
5  A      That's right. But I don't know why
6  he'd be interested in them.
7  MR. FROST:
8  Q      So you're telling me, by reading this,
9  you couldn't relate to the fact that he's found
10 all of these and they're associated with the
11 Fontane mine because that mine is located in that
12 valley?
13 A      I think if you read what's been
14 published about this, what you find is that the
15 host rocks that contain the carbonate sequence
16 with the talc in it is rich in some of these.
17 Q      Okay. And, again, you're --
18 A      So he's probably --
19        And I'm, once again, I'm making an
20 assumption. I don't think he'd go out and decide
21 that he'd go up to the rim of the valley and
22 collect a bunch of rocks that have nothing to do
23 with -- with J&J or who he was working for.
24        But, you know, I think that the list of

63 (Pages 246 to 249)

Robert Cook, Ph.D.

Page 506

1  exhibit in the back.
2  Q    Okay. Let's turn to the exhibit in the
3  back.
4  A    Yeah.
5  Q    Would you agree with me that only two
6  of these pictures actually appear to be aerial
7  photos of the mine?
8  A    Right. Sure.
9  Q    Okay. The rest of the one, two, three,
10 four, five --
11 A    They illustrate exactly what I was
12 talking about.
13 Q    Well, again, my question is only two of
14 the photographs are aerial; correct?
15 A    Sure.
16 Q    The other five appear to be taken from
17 the ground?
18 MS. O'DELL:
19     Just count them. Don't agree if you
20 don't --
21 A    No.
22 MR. FROST:
23 Q    Well, you can count them, but it's
24 five.

Page 507

1  A    But since you've pointed out that not
2  all of them were from the air, the last
3  photograph was from the ground because the plane
4  was grounded because of snow.
5  Q    Sure. There we go.
6      All right. That's all the questions I
7  have, sir.
8  MS. O'DELL:
9      I have nothing further.
10 VIDEOGRAPHER:
11     We're off the record. The time is
12 7:20 p.m.
13     (DEPOSITION EXHIBITS 34-1 TO 34-13,
14      35, 36, 37, 38, AND 39 WERE MARKED
15      FOR IDENTIFICATION.)
16    (Deposition concluded at 7:20 p.m.)

Page 508

1  C E R T I F I C A T E
2  STATE OF ALABAMA)
3  COUNTY OF MOBILE)
4
5      I do hereby certify that the above and
6  foregoing transcript of proceedings in the matter
7  aforementioned was taken down by me in machine
8  shorthand, and the questions and answers thereto
9  were reduced to writing under my personal
10 supervision, and that the foregoing represents a
11 true and correct transcript of the proceedings
12 given by said witness upon said hearing.
13     I further certify that I am neither of
14 counsel nor of kin to the parties to the action,
15 nor am I in anywise interested in the result of
16 said cause.
17     Signed this 2nd day of February, 2019.
18
19
20
21         LOIS ANNE ROBINSON, RDR
           COURT REPORTER, NOTARY PUBLIC
           STATE OF ALABAMA AT LARGE
22         ACCR# 352; EXPIRES 9/30/19

Page 509

1   E R R A T A  P A G E
2
3   I, ROBERT COOK, Ph.D., the witness
    herein, have read the transcript of my testimony,
4   and the same is true and correct, to the best of my
    knowledge, with the exceptions of the following
5   changes noted below, if any:
6   Page/Line  Word/Words to be changed   Correct Word
7   _____  _____  _____
8   _____  _____  _____
9   _____  _____  _____
10  _____  _____  _____
11  _____  _____  _____
12  _____  _____  _____
13  _____  _____  _____
14  _____  _____  _____
15  _____  _____  _____
16  _____  _____  _____
17  _____  _____  _____
18  _____  _____  _____
19  _____  _____  _____
20  _____  _____  _____
21  _____  _____  _____
22         _____
           ROBERT COOK, Ph.D.