# Exhibit 71

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY


    ----------------------------------X


    IN RE:   JOHNSON & JOHNSON

    TALCUM POWDER PRODUCTS
                                          MDL No.:
    MARKETING, SALES PRACTICES,
                                          16-2738 (FLW)(LHG)
    AND PRODUCTS LIABILITY

    LITIGATION

    ----------------------------------X


              ORAL AND VIDEOTAPED DEPOSITION OF
                 DANIEL L. CLARKE-PEARSON, M.D.
    _____

                   MONDAY, FEBRUARY 4, 2019
                         9:03 A.M.

    _____


                   Taken by the Defendants
                     at The Carolina Inn
                     211 Pittsboro Street
                Chapel Hill, North Carolina 27516


                            - - -
            Reported by Sophie Brock, RPR, RMR, RDR, CRR
                            - - -


                  GOLKOW LITIGATION SERVICES
               877.370.3377 ph | 917.591.5672 fax
                        deps@golkow.com
```

Case 3:16-md-02738-MAS-RLS   Document 33016-10   Filed 07/23/24   Page 3 of 7
PageID: 222821
Daniel L. Clarke-Pearson, M.D.

Page 285

```
 1      Q.   Do you know how a cleavage fragment differs
 2   from an asbestos fiber?
 3      A.   It has to do with the size of the fiber.
 4      Q.   Do you have any opinions about cleavage
 5   fragments in this case?
 6      A.   What case are we talking about?
 7      Q.   You serving as an expert witness in the --
 8      A.   I guess I think of a case as a patient.
 9      Q.   Well, you're here today talking generally
10   about the risk of ovarian cancer from talcum powder
11   use; is that right?
12      A.   Yes.
13      Q.   Do you intend to express any expert opinions
14   in this matter about cleavage fragments?
15              MS. O'DELL:  Objection to form.
16              THE WITNESS:  If asked.
17   BY MR. ZELLERS:
18      Q.   Okay.  What opinions do you have about
19   cleavage fragments?  And, specifically, how does a
20   cleavage fragment differ from an asbestos fiber?
21      A.   So it has to do with the ratio of length to
22   width, and a cleavage factor has a less than 6:1
23   proportion.
24      Q.   Anything else?
25      A.   You were asking about cleavage fragments?
```

Daniel L. Clarke-Pearson, M.D.

Page 286

1  Q. Yes. And I'm asking how it differs from an
2  asbestos fiber --
3  A. Asbestos needle is longer. It's either a
4  ratio of 6:1 up to less than 15:1.
5  Q. Anything else?
6  A. And then fibers are considered greater than
7  15:1 ratio.
8  Q. Asbestos fibers or cleavage fragments?
9  A. Asbestos fibers.
10  Q. How does a cleavage fragment differ from
11  fibrous talc?
12  A. I'm not sure I know the difference.
13  Q. Does it make a difference to your theory and
14  your opinions if it turns out that talc contains
15  cleavage fragments of nonasbestiform amphiboles
16  instead of asbestiform amphiboles?
17          MS. O'DELL: Objection.
18          THE WITNESS: I'm going to have to read
19  your question.
20  BY MR. ZELLERS:
21  Q. Sure. And if you don't have opinions, that's
22  okay. I'm just trying to find out what you have
23  opinions about.
24  A. No, I don't have an opinion.
25  Q. You don't have opinions about whether or not

Golkow Litigation Services - 1.877.370.DEPS

Page 287

1  regulatory action in this area rejects the idea that
2  science has established that cleavage fragments or
3  nonasbestiform amphiboles pose the same risk as
4  asbestos; correct?  You leave that to other experts to
5  address?
6         A.   The regulatory portion, yes.
7         Q.   How, if at all, did you factor the difference
8  between asbestiform and nonasbestiform minerals into
9  your analysis of the relationship between talcum
10 powder use and ovarian cancer?
11              MS. O'DELL:  Objection to the form.
12 Compound.
13              You may answer the question if you
14 understand it.
15              THE WITNESS:  Well, I'm quite certain,
16 based on IARC, that asbestiform minerals are
17 carcinogenic.
18 BY MR. ZELLERS:
19        Q.   That is your answer to my question?
20        A.   Yes.
21        Q.   All right.  Fragrance chemicals and heavy
22 metals, you're aware those are addressed in
23 Dr. Crowley's report; is that right?
24              MS. O'DELL:  Objection.  Form.
25              THE WITNESS:  Yes.  I don't have that

 1   in front of me, though.
 2   BY MR. ZELLERS:
 3       Q.  You're not expressing opinions in this case
 4   on fragrance chemicals and heavy metals and any
 5   association fragrance chemicals and heavy metals may
 6   have on ovarian cancer; correct?
 7            MS. O'DELL:  Objection.  Form.
 8            THE WITNESS:  No.  I am expressing an
 9   opinion about that.
10   BY MR. ZELLERS:
11       Q.  What research have you done with respect to
12   the fragrance chemical and trace amounts of heavy
13   metals that are contained in the talcum powder?
14            MS. O'DELL:  Objection to the form.
15   Compound.
16            THE WITNESS:  It's my opinion that
17   talcum powder causes ovarian cancer, that talcum
18   powder contains platy talc, fibrous talc, asbestos,
19   heavy metals -- three of them -- and fragrances.
20            I'm not necessarily saying one of that list
21   is causing the cancer.  It's the talcum powder -- the
22   baby talc -- baby powder and the Shower to Shower --
23   that's causing the ovarian cancer.
24   BY MR. ZELLERS:
25       Q.  I understand that, and I think I've asked you

Daniel L. Clarke-Pearson, M.D.

1  STATE OF NORTH CAROLINA    )
                              )  C E R T I F I C A T E
2  COUNTY OF ORANGE           )

3          I, Sophie Brock, Court Reporter and Notary
4  Public, the officer before whom the foregoing proceeding
5  was conducted, do hereby certify that the witness(es)
6  whose testimony appears in the foregoing proceeding were
7  duly sworn by me; that the testimony of said witness(es)
8  were taken by me to the best of my ability and
9  thereafter transcribed under my supervision; and that
10 the foregoing pages, inclusive, constitute a true and
11 accurate transcription of the testimony of the
12 witness(es).
13         I do further certify that I am neither counsel
14 for, related to, nor employed by any of the parties to
15 this action, and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties thereof, nor financially or otherwise interested
18 in the outcome of said action.
19         This, the 6th day of February, 2019.
20
21
22
                              _____
23
                              Sophie Brock, RPR, RMR, RDR, CRR
24                            Notary Number: 200834000001
25