# Exhibit 72

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

-------------------------------------x

IN RE:  JOHNSON & JOHNSON TALCUM

POWDER PRODUCTS MARKETING, SALES

PRACTICES, AND PRODUCTS                 MDL NO:

LIABILITY LITIGATION                    16-2738 (FLW)(LHG)

-------------------------------------x

THIS DOCUMENT RELATES TO

ALL CASES

-------------------------------------x


VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

SONAL SINGH, M.D., M.P.H.

January 16, 2019, 9:07 a.m.


- - -

REPORTED BY: JANET M. SAMBATARO, RMR, CRR, CLR

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Case 3:16-md-02738-MAS-RLS   Document 33016-11   Filed 07/23/24   Page 3 of 8 PageID: 222828
Sonal Singh, M.D., M.P.H.

Page 288

1   at meta-analysis that, you know, cause, as well
2   as the IARC report that, you know, talks about
3   asbestos and fibrous talc as a carcinogen and
4   also cites studies that show that asbestos causes
5   ovarian cancer.  But, again, I wasn't doing a
6   formal causal analysis.
7        Q.   Do you agree that research on the
8   potential relationship between asbestos and
9   ovarian cancer has only considered a small number
10  of cases?
11            MS. PARFITT:  Objection.  Form.
12       A.   I mean, ovarian cancer is a rare, rare
13  disease.  And, you know, it's going to be a small
14  number of cases, regardless of etiology, what
15  they are trying to study.
16       Q.   How many of the studies involve
17  occupational exposure?
18       A.   I think the predominant --
19            MS. PARFITT:  Objection.
20       A.   -- studies have involved occupational
21  exposure.
22       Q.   How many were nonoccupational, if any?
23       A.   I don't recall the numbers.
24       Q.   Did any of the nonoccupational asbestos
25  studies reach statistical significance?

Case 3:16-md-02738-MAS-RLS   Document 33016-11   Filed 07/23/24   Page 4 of 8 PageID: 222829
Sonal Singh, M.D., M.P.H.

Page 297

1    A.   Again --

2    Q.   You don't disagree with that, do you?

3    A.   Yeah.  I mean, I don't -- but I don't

4  disagree -- I mean, I'm relying on the IARC

5  assessment and others that, you know, there's a

6  causal association between exposure.  Again, I

7  did not review.  I would have gotten and reviewed

8  evidence, Edelman and White and others, if I had

9  to do it over again.

10         MR. ZELLERS:  Let's take a break.

11  We'll come back and I'll finish up.  Thank you.

12         THE VIDEOGRAPHER:  Off the record,

13  3:32 p.m.

14         (A recess was taken.)

15         THE VIDEOGRAPHER:  Here begins Media

16  No. 5 in today's deposition of Sonal Singh, MD,

17  M.P.H.  Back on the record, 3:43 p.m.

18  BY MR. ZELLERS:

19    Q.   Dr. Singh, do you agree that exposure

20  to asbestos through perineal cosmetic talc use,

21  assuming the talc contains asbestos fibers, is

22  different than the heavy occupational exposure

23  that's primarily been researched?

24         MS. PARFITT:  Objection to form.

25    A.   Again, you know, I've not professed to

1  be an expert in different kinds and routes of
2  asbestos exposure.  My -- my sort of -- at least
3  my understanding of my causal question was
4  exposure to talcum powder products and ovarian
5  cancer and whether the constituents can provide
6  evidence in support or refute that association.
7       So, you know, whether asbestos exposure,
8  what different kinds, others will opine on that.
9       Q.  Do you know what a cleavage fragment
10 is?
11      A.  No.  And we can go on on this kind of
12 stuff, and I'll say no.
13      Q.  Do you know how it differs from an
14 asbestos fiber?
15      A.  No.  And I'm not a mineralogist.
16      Q.  If I ask you a whole line of questions
17 about different types of asbestos, you're going
18 to defer to other folks?
19      A.  Yes.
20      Q.  Is there any epidemiology
21 substantiating the theory that fragrance
22 ingredients can cause ovarian cancer?
23      A.  I'm not aware of such studies.
24      Q.  Is there any epidemiology
25 substantiating the theory that exposure to trace

Sonal Singh, M.D., M.P.H.

Page 299

1  amounts of the heavy metals at issue can cause
2  ovarian cancer?
3       A.   I'm not aware of -- you know, again, I
4  didn't do the evaluation, trace the specific
5  constituents of ovarian cancer.  I just was
6  trying to understand the constituents, what are
7  they.  I just, you know, whether trace -- trace
8  elements cause inflammation and -- you know, but
9  I am not aware of studies that link them directly
10 to ovarian cancer.
11      Q.   You're not opining in this case that
12 the fragrance chemicals and heavy metals that may
13 be present in baby powder are causally associated
14 with ovarian cancer.
15           MS. PARFITT:  Objection.
16      Q.   Correct?
17           MS. PARFITT:  Form.
18      A.   Yes.  I'm not -- again, I'm not opining
19 on the individual constituents of talcum powder
20 products.  My opinion is, you know, I look at the
21 exposure and the exposure is talcum powder
22 products, and the presence of constituents, some
23 of which are identified as, you know, Grade 1
24 carcinogens, others as Grade 2, provide evidence
25 in support, and others may -- you know, others

Sonal Singh, M.D., M.P.H.

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
                I,_____, do
 3   hereby certify that I have read the
     foregoing pages, and that the same
 4   is a correct transcription of the answers
     given by me to the questions therein
 5   propounded, except for the corrections or
     changes in form or substance, if any,
 6   noted in the attached Errata Sheet.
 7
     _____
 8    SONAL SINGH, M.D., M.P.H.          DATE
 9
10
11
12
13
14
     Subscribed and sworn
15   to before me this
     _____ day of _____, 20____.
16
     My commission expires:_____
17
18   _____
     Notary Public
19
20
21
22
23
24
25
```

Golkow Litigation Services - 1.877.370.DEPS

Sonal Singh, M.D., M.P.H.

```
 1              C E R T I F I C A T E
 2   COMMONWEALTH OF MASSACHUSETTS
 3   SUFFOLK, SS.
 4        I, Janet M. Sambataro, a Registered Merit
 5   Reporter and a Notary Public within and for the
 6   Commonwealth of Massachusetts do hereby certify:
 7        THAT SONAL SINGH, M.D., M.P.H., the witness
 8   whose testimony is hereinbefore set forth, was duly
 9   sworn by me and that such testimony is a true and
10   accurate record of my stenotype notes taken in the
11   foregoing matter, to the best of my knowledge, skill
12   and ability; that before completion of the deposition
13   review of the transcript was requested.
14        I further certify that I am not related to any
15   parties to this action by blood or marriage; and that
16   I am in no way interested in the outcome of this
17   matter.
18        IN WITNESS WHEREOF, I have hereunto set my hand
19   this 17th day of January, 2019.
20
21                              _____
                                JANET M. SAMBATARO
22                              Notary Public
     My Commission Expires:
23   July 16, 2021
24
25
```

Golkow Litigation Services - 1.877.370.DEPS