# Exhibit 74

```
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
                       FOR THE COUNTY OF LOS ANGELES


    JOANNE ANDERSON and        )
    GARY ANDERSON,             )
                               )
               Plaintiffs,     )
                               )  Case No.
         vs.                   )
                               )  JCCP 5674/BC666513
    BORG-WARNER CORPORATION by )
    its successor-in-interest  )
    BORG-WARNER MORSE TEC,     )
    INC., et al.,              )
                               )
               Defendants.     )
    _____)
    CAROLYN WEIRICK and ELVIRA )
    GRACIELA ESCUDERO LORA,    )
                               )
               Plaintiffs,     )
                               )  Case No.
         vs.                   )
                               )  JCCP 4674/BC656425
    BRENNTAG NORTH AMERICA,    )
    INC., etc., et al.,        )
                               )
               Defendants.     )
    _____)

                           DEPOSITION OF

                       WILLIAM E. LONGO, PhD

                         March 29, 2018
                          10:00 a.m.

                       11340 Lakefield Drive
                            Suite 200
                       Johns Creek, Georgia

              Debra R. Luther, RMR, CRR, CCR-B-881
                      Atlanta Reporters, Inc.
                   Georgia Certified Court Reporters
                          (866) 344-0459
                      www.atlanta-reporters.com
```

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

---

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

    CHRIS J. PANATIER, Esq.
    Simon Greenstone Panatier Bartlett, PC
    3232 McKinney Avenue
    Suite 610
    Dallas, Texas  75204
    cpanatier@sgpblaw.com

    STUART J. PURDY, Esq.
    Simon Greenstone Panatier Bartlett, PC
    3780 Kilroy Airport Way
    Suite 540
    Long Beach, California  90806
    spurdy@sgpblaw.com

On behalf of the Defendant
  Johnson & Johnson:

    MEL D. BAILEY, Esq.
    Bailey, Crowe & Kugler, LLP
    6550 Bank of America Plaza
    901 Main Street
    Dallas, Texas  75202-5605
    mbailey@bcklaw.com

On behalf of the Defendants
  Imerys Talc America, Inc., and
  Cyprus Amax Minerals Company:

    BRENDAN G. KRASINSKI, Esq.
    Alston & Bird, LLP
    4200 One Atlantic Center
    1201 West Peachtree Street, NW
    Atlanta, Georgia  30309
    brendan.krasinski@alston.com

    DENISSE LOPEZ CAMPA, Esq.
    Dentons US, LLP
    601 South Figueroa Street
    Suite 2500
    Los Angeles, California  90017-5704
    denisse.lopezc@dentons.com
    (Appearance by telephone)

Atlanta Reporters, Inc.     www.atlanta-reporters.com

---

APPEARANCES OF COUNSEL (Continued)

On behalf of the Defendant
  Chanel, Inc. (Weirick only):

    CHRISTOPHER O. MASSENBURG, Esq.
    Manion, Gaynor & Manning
    One Canal Place, Suite 3000
    365 Canal Street
    New Orleans, Louisiana  70130
    cmassenburg@mgmlaw.com

On behalf of the Defendant
  Honeywell International Inc., f/k/a AlliedSignal
  Inc., Successor-in-Interest to
  The Bendix Corporation (Anderson only):

    JESSICA J. THOMAS, Esq.
    McDermott, Will & Emery, LLP
    2049 Century Park East
    Suite 3800
    Los Angeles, California  90067-3218
    jthomas@mwe.com
    (Appearance by telephone)

    VANDAD KHOSRAVIRAD, Esq.
    McDermott, Will & Emery, LLP
    2049 Century Park East
    Suite 3800
    Los Angeles, California  90067-3218
    vkhosravirad@mwe.com
    (Appearance by telephone)

On behalf of the Defendant
  Borg Warner Morse TEC LLC (Anderson only):

    KELVIN T. WYLES, Esq.
    Dentons US, LLP
    601 South Figueroa Street
    Suite 2500
    Los Angeles, California  90017-5704
    kelvin.wyles@dentons.com
    (Appearance by telephone)

Atlanta Reporters, Inc.     www.atlanta-reporters.com

---

APPEARANCES OF COUNSEL (Continued)

On behalf of the Defendant
  Federal-Mogul Asbestos Personal Injury Trust as
  Successor to Felt Products Manufacturing Company
  (Anderson only):

    HOLLY CHANG BEAL, Esq.
    Selman Breitman, LLP
    6 Hutton Centre Drive
    Suite 110
    Santa Ana, California  92707
    hbeal@selmanlaw.com
    (Appearance by telephone)

    - - -

Atlanta Reporters, Inc.     www.atlanta-reporters.com

## Page 5

INDEX TO EXAMINATIONS

| Examination | Page |
|---|---|
| Examination by Mr. Bailey | 7 |
| Examination by Mr. Krasinski | 93 |
| Examination by Mr. Massenburg | 154 |

- - -

## Page 6

INDEX TO EXHIBITS

| Defendant's Exhibit | Description | Page |
|---|---|---|
| 1 | Anderson deposition and trial testimony | 61 |
| 2 | Cover letter of 3/14/2018 and subpoenas | 61 |
| 3 | Handwritten notes by Longo for Anderson | 63 |
| 4 | Handwritten notes by Longo for Weirick | 63 |
| 5 | Cover letter of 3/21/2018 from SGPB to Longo | 63 |
| 6 | Report of 2/8/2018 by Lee Poye of J3 Resources | 66 |
| 7 | PowerPoint: Adding TEM to the Global Talc Specification (McCarthy) | 69 |
| 8 | J&J memo of 8/9/1973 re: FDA phone call | 72 |
| 9 | Longo file in Weirick case | 86 |
| 10 | MAS Analyses on talc in Anderson case | 87 |
| 11 | ASTM D5755, Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading | 121 |

(A disk(s) containing scanned copies of Exhibits 1 through 11 have been attached to the original transcript, the originals having been retained by Dr. Longo.)

## Page 7

1  (Reporter disclosure made pursuant to
2  Article 10.B. of the Rules and Regulations of
3  the Board of Court Reporting of the Judicial
4  Council of Georgia.)
5        WILLIAM E. LONGO, PhD,
6  having been first duly sworn, was examined and
7  testified as follows:
8                EXAMINATION
9  BY MR. BAILEY:
10     Q.   Good morning, Dr. Longo.
11     A.   Good morning, Mr. Bailey.  How are you?
12     Q.   I'm great.  Thank you.  I'm here for
13  Johnson & Johnson Consumer Products.  I mentioned
14  that to you earlier; correct?
15     A.   Yes, sir.
16     Q.   I'm here to take your deposition in Joanne
17  Anderson and Carolyn Weirick.  Do you understand
18  that?
19     A.   I do.
20     Q.   Can you give me a little bit of
21  information about what preparation work you did,
22  let's take the Anderson case specifically, to prepare
23  for your deposition today?
24     A.   I read her three volumes of testimony --
25  is it three?  I think it was three, either two or

## Page 8

1  three -- I have them -- and I read her husband's
2  testimony.
3     Q.   About how much time do you think you have
4  in preparing for that part of this deposition?
5     A.   It was around 500, 600 pages.  Somewhere
6  around seven to eight hours plus some brief
7  calculations on potential amount of bottles she may
8  have encountered during her -- children during
9  diapering and her bowling, maybe ten hours, eight to
10 ten, somewhere around there.
11    Q.   We'll set aside the fact that you have
12 examined two of the bottles that she provided to her
13 attorneys; correct?
14    A.   Correct.
15    Q.   Okay.  So setting that time aside, have
16 you done anything else to prepare for this part of
17 the deposition?
18    A.   I mean, I went through a list of files or
19 studies and files and materials that I would be
20 relying on, just general overview, you know, another
21 few hours.
22    Q.   Have you done any or made any attempt to
23 calculate any exposure levels that Ms. Anderson may
24 have had as a result to any products in this case?
25    A.   I calculated out how many potential

**41**

10:58:21  1  aspect ratios are for what they call nonasbestos
10:58:24  2  tremolite.
10:58:25  3      Q.    I lost -- I got lost somewhere in there
10:58:28  4  because the question is had someone asked you to take
10:58:33  5  one further step and answer whether or not this is
10:58:38  6  asbestiform or not that you're looking at, I'll just
10:58:41  7  ask the simple question could you?
10:58:44  8      A.    I would say with the data we have now,
10:58:47  9  it's all asbestiform.
10:58:48 10      Q.    All of it?
10:58:49 11      A.    Everything that's above 5:1 aspect ratio,
10:58:54 12  it meets Blount's definition, it matches the NIST
10:59:01 13  tremolite standard, it matches the Campbell
10:59:04 14  definition, so I guess I'm leaning there.
10:59:06 15            I don't know if I would say within a
10:59:08 16  reasonable degree of scientific certainty, but if you
10:59:09 17  want to look at a population, you know, we're looking
10:59:11 18  at almost 300 particles out of all these talcs, so
10:59:15 19  why wouldn't they all be -- they're all asbestos.
10:59:19 20      Q.    I just want to make sure I have you on the
10:59:21 21  record for this.  And your testimony is every fiber
10:59:24 22  you've looked at that you've described as an
10:59:27 23  amphibole is asbestiform in these studies?
10:59:29 24      A.    I'm leaning towards that way because we're
10:59:33 25  building a population of fibers that we're looking

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**42**

10:59:35  1  at, fibers and bundles.
10:59:36  2            I have given the testimony that anything
10:59:38  3  we -- anytime we see a bundle, in my opinion it's
10:59:42  4  asbestiform.  I've given that over and over.
10:59:46  5            Now we're looking at just regular fibers.
10:59:47  6  If the regular fibers fit in the aspect ratio of what
10:59:51  7  Blount calls asbestos, then I'm saying it's all
10:59:54  8  asbestos, as well as the counting rules.
10:59:56  9            Is that enough of a population to make
11:00:00 10  Sanchez happy, since they're pushing the it's all
11:00:05 11  nonasbestiform and not a problem, like the Libby,
11:00:08 12  Montana, was all nonasbestiform and not a problem?
11:00:12 13  Let's see.  What other mines did they get into and
11:00:15 14  say it was all nonasbestiform and not a problem?  It
11:00:18 15  seems to be -- at least in my opinion, it seams to be
11:00:21 16  an effort from the group to make it all
11:00:24 17  nonasbestiform.
11:00:25 18            What we're looking at is here's the
11:00:26 19  counting rules, it's asbestos, all the bundles are
11:00:30 20  asbestos, are all asbestiform, according -- because
11:00:35 21  it's unclear to me how, when you break up rock
11:00:37 22  pieces, that you can form bundles.
11:00:40 23      Q.    You understand I'm going to object to that
11:00:43 24  as nonresponsive.  You got it off your chest, but I'm
11:00:45 25  going to object to it.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**43**

11:00:46  1      A.    Not off my chest.  It's my opinion.
11:00:49  2      Q.    I have you down that your opinion is every
11:00:53  3  fiber you've identified in any of these studies is
11:00:57  4  asbestiform, and I'll move on.  Okay?
11:00:59  5      A.    I said I'm getting there, that we're
11:01:02  6  building up a population of positive samples where
11:01:05  7  we're looking at the aspect ratio and how it matches
11:01:08  8  up to what Blount says as well as what Campbell says.
11:01:11  9            Certainly it's all asbestos, by
11:01:13 10  definition.  Is every fiber asbestiform?  Can you
11:01:16 11  tell if it's a 5:1 aspect ratio?
11:01:18 12            But I think as we build up this population
11:01:21 13  of fibers -- and of course we have 80 MDL samples
11:01:25 14  now, and we'll be working through those, and that
11:01:27 15  will give us the different mines.  You know, assuming
11:01:31 16  that some percentage of them are positive, we can
11:01:34 17  start building up a population of fibers versus the
11:01:37 18  less than 5:1 aspect ratio and how that meets up with
11:01:42 19  the Blount and Campbell chart.
11:01:44 20      Q.    I don't want to go through this in any
11:01:49 21  huge detail.  There's a difference in the methodology
11:01:51 22  Blount uses in testing and the methodology you used
11:01:56 23  here.  That's not a matter of serious dispute, is it?
11:02:00 24      A.    Well, she used polarized light microscopy,
11:02:02 25  but she's used the Blount -- I'm calling it the

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**44**

11:02:05  1  Blount liquid density method, but it's obviously an
11:02:09  2  ISO method too for heavy density liquid, and she did
11:02:13  3  PLM and then she did what her size distribution was.
11:02:16  4            Our size distribution matches pretty well
11:02:18  5  except on the tail end.  So we have a chart of what's
11:02:26  6  said, here's what's in cosmetic talc, here's what I
11:02:28  7  found, she compared it to Campbell, Campbell says
11:02:32  8  this is what the aspect ratio is on tremolite
11:02:34  9  asbestos, and our aspect ratios -- peak aspect ratios
11:02:39 10  are slightly higher than that.  I can only conclude
11:02:42 11  if you look at all our aspect ratios for what's been
11:02:45 12  used so far, it matches all asbestos for their two
11:02:48 13  charts.
11:02:48 14      Q.    But you know that my question was you
11:02:51 15  didn't use the identical methodology that she used.
11:02:54 16  That was my only question.
11:02:55 17      A.    No, we didn't use the identical
11:02:58 18  methodology.
11:02:59 19      Q.    Okay.
11:02:59 20      A.    But we got almost identical results.
11:03:10 21      Q.    So did you have any discussion at all with
11:03:12 22  Mr. Lanier or Mr. Panatier or anybody as a part of
11:03:16 23  this process about answering the question in your
11:03:21 24  report about whether this is asbestiform or not, or
11:03:24 25  was it just never discussed?

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

## Page 45

```
11:03:25  1      A.   I didn't get any directions from
11:03:28  2   Mr. Panatier or Mr. Satterley or Mr. Lanier.  I have
11:03:33  3   just been going along, and as things come up, we
11:03:37  4   research, do work on it, you know, we're doing more
11:03:40  5   and more work.  I've testified in the past that if
11:03:43  6   it's a bundle, it's asbestiform; and if you're just
11:03:47  7   looking at single fibers, you can't tell.
11:03:49  8      Q.   And what are the limitations of TEM in
11:03:52  9   connection with answering that question?
11:03:55 10      A.   TEM is looking at the single fiber, single
11:03:59 11   bundles, and there's no way to tell with just TEM, if
11:04:04 12   you're looking at a single fiber, if it's asbestiform
11:04:07 13   or not.
11:04:07 14      Q.   Well, if it is the bundle that you say
11:04:10 15   makes them, in part, asbestiform, can you and I agree
11:04:14 16   you're not seeing that on TEM?
11:04:16 17      A.   Seeing bundles all the time.  I mean, half
11:04:21 18   to three quarter of what we find are actually
11:04:25 19   bundles.
11:04:25 20           I think I heard somewhere somebody
11:04:27 21   testified you can't tell that there's a bundle in
11:04:29 22   TEM.  Every TEM counting protocol has the definition
11:04:32 23   for bundles, so it certainly is something that is
11:04:35 24   routinely observed, acknowledged, and written down in
11:04:40 25   TEM analysis.
```

## Page 46

```
11:04:40  1      Q.   Let's just stay with what you've testified
11:04:43  2   to in this litigation and see if that's changed.
11:04:46  3           Do you hold the opinion that based upon
11:04:48  4   the testing you've done, you could not say to a
11:04:54  5   reasonable degree of scientific certainty that any
11:04:57  6   particular fiber you've identified was asbestiform?
11:05:00  7   Have you said that so far in your testimony?
11:05:04  8      A.   I may have.
11:05:06  9      Q.   Okay.  Would you ever write a report that
11:05:14 10   described tremolite as asbestiform versus not
11:05:19 11   commenting at all?
11:05:20 12      A.   I don't know.
11:05:21 13      Q.   You told me earlier that was more a
11:05:23 14   question for geology.
11:05:26 15      A.   No, it's not a question for geology.  This
11:05:29 16   whole asbestiform and nonasbestiform is nothing more
11:05:31 17   than a geological commercial term for the grade of
11:05:35 18   asbestos found in any particular mine.  The more,
11:05:39 19   quote, asbestiform it is, the more fibrous habitat,
11:05:42 20   the more cross fiber, the more it's worth to whoever
11:05:45 21   owns the mine.  That's where this came from.
11:05:48 22           It's been -- now it's trying -- and now
11:05:51 23   it's creeping into the actual -- people are trying to
11:05:54 24   use it in fibers, in bundles, and what we find in
11:05:58 25   accessory minerals, it's not appropriate for that.
```

## Page 47

```
11:06:01  1      Q.   Have you ever done -- well, strike that.
11:06:07  2           It sounds to me as though you are
11:06:09  3   confident that you're familiar with when and how this
11:06:12  4   debate of asbestiform came to being; correct?
11:06:18  5      A.   Correct.
11:06:18  6      Q.   Have you ever gone back and looked at the
11:06:21  7   literature over the last 75 years to see whether or
11:06:24  8   not the issue of asbestiform was written on back
11:06:28  9   then?
11:06:28 10      A.   Not so much that it's written, but I've
11:06:31 11   looked at the questions I have received, like, for
11:06:35 12   example, you didn't determine the tensile strength
11:06:39 13   because asbestiform has high tensile strength.
11:06:42 14           Well, chrysotile has high tensile
11:06:46 15   strength.  Amosite has high tensile strength.
11:06:49 16   Crocidolite has high tensile strength.  Tremolite and
11:06:54 17   anthophyllite do not, as compared to the others.  And
11:06:57 18   the TEM is absolutely impossible to determine the
11:07:01 19   tensile strength.
11:07:01 20      Q.   Okay.
11:07:02 21      A.   In a PLM sample it is absolutely
11:07:04 22   impossible to determine the tensile strength.  You
11:07:06 23   have to take a sample out of the mine.  So I've gone
11:07:09 24   back and looked at other papers where they talked
11:07:12 25   about we did tensile strength because we were heat
```

## Page 48

```
11:07:18  1   treating amosite and we wanted to know if it lost its
11:07:20  2   strength.
11:07:20  3           Well, how did they test it?  They had big,
11:07:22  4   long pieces that they cut out from a mine sample and
11:07:25  5   put in an angstrom.
11:07:26  6           What does it mean that it's more fibrous
11:07:28  7   and it has this, you know, 1:20, 1:100 average aspect
11:07:33  8   ratio?  Well, if you go to the Ontario Mining
11:07:37  9   Association and you look at their grading of
11:07:39 10   chrysotile, you can see why it's important, because
11:07:43 11   crude number 2 is $1,200 a ton.  3D is $749 a ton.
11:07:50 12   7M is $49 a ton.  It's all about what the mine is
11:07:54 13   worth.
11:07:55 14      Q.   So you've read all that, but you've never
11:07:57 15   encountered any of the articles that talk about the
11:08:00 16   medical significance in the differences?
11:08:02 17      A.   I don't get involved in the medical
11:08:04 18   significance.  I get involved in what's present in
11:08:09 19   the counting rules that we use to define what's
11:08:11 20   present.
11:08:12 21      Q.   You know I don't like to debate with you.
11:08:15 22           You don't get involved in the cost of
11:08:18 23   asbestos either, but you seem to have a strong
11:08:20 24   opinion about it.
11:08:21 25      A.   It's not so much a strong opinion.  It was
```

## 189

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF GWINNETT:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 192 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

This, the 5th day of April 2018.

_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

## 190

**COURT REPORTER DISCLOSURE**

Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity. Such form shall be attached to the deposition transcript," I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as a representative of Atlanta Reporters, Inc. Atlanta Reporters was contacted by King & Spalding to provide court reporting services for the deposition. Atlanta Reporters will not be taking this deposition under any contract that is prohibited by OCGA 15-14-37(a) and (b).

Atlanta Reporters has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Atlanta Reporters will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

## 191

DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

I do hereby certify that I have read all questions propounded to me and all answers given by me on the 29th day of March 2018, taken before Debra R. Luther, and that:

_____ 1) There are no changes noted.
_____ 2) The following changes are noted:

Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure and/or the Official Code of Georgia Annotated 9-11-30(e), both of which read in part: Any changes in form or substance which you desire to make shall be entered upon the deposition...with a statement of the reasons given...for making them. Accordingly, to assist you in effecting corrections, please use the form below:

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

## 192

DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

If supplemental or additional pages are necessary, please furnish same in typewriting annexed to this deposition.

_____
WILLIAM E. LONGO, PhD

Sworn to and subscribed before me,

This, the _____ day of _____ 20____.

_____
Notary Public
My commission expires: _____

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com