# Exhibit 77



**MAS TEM Coefficient of Variation for Tremolite and Anthophyllite in Talc**
**A Quality Control Study**
**9-6-18**

## Purpose

The purpose of this Quality Control study was to determine the MAS TEM analysis coefficient of variation (CV or relative standard deviation RSD) after spiking cosmetic grade talc powder with tremolite and anthophyllite asbestos standard reference material (SRM).

## Materials and Methods

Talc powder samples spiked with a known amount of tremolite and anthophyllite were produced as follows. A 1.0 gram sample of cosmetic grade talc powder was heated in a muffle furnace at 400 ± 5°C for a minimum period of 4 hours in order to remove any bound organic material. Tremolite (NIST SRM 1867 Tremolite) and anthophyllite (NIST SRM 1867 Anthophyllite) asbestos were then added to the talc powder to obtain a concentration of 0.3 % asbestos by weight. The spiked sample was thoroughly mixed in a ball mill for 5 minutes.

Approximately 20 mg of a spiked talc sample was added to 1.2 mL of heavy density liquid (lithium metatungstate, sodium polytungstate, or equivalent heavy liquid), adjusted to a density of 2.85g/ml) in a 1.5 mL conical micro centrifuge tube. Using a disposable stir rod, the spiked talc sample was dispersed in the heavy liquid by macerating the solids between the inside of the centrifuge tube and the rod. The sample was then shaken by hand to ensure even distribution in the liquid. Bubbles in the liquid were removed after 15 minutes in a low vacuum chamber at 8 Torr. Sample tubes were centrifuged at approximately 9000 rpm for 90 minutes according to ISO-22262-2 (1). Tubes were frozen in liquid nitrogen, then the tip containing the frozen pelleted solids was removed with a pre cleaned steel cleaver and transferred to 45 mL deionized distilled H2O in a 60 mL centrifuge tube. The tube was capped, shaken by hand five times and then the contents were filtered through a 0.2 – 0.8 um polycarbonate filter followed by an additional 50-100 mL of DI H2O. The PC filter was dried and prepared for TEM analysis.

Sample filters were analyzed by TEM at 100 KeV and 20,000 magnification for asbestos and talc. A total of 25 of the same grid squares grid squares were analyzed for tremolite and anthophyllite asbestos by each of four TEM analysts. Tremolite and anthophyllite asbestos structures measuring 0.5 um or greater with 5:1 aspect ratios and substantially parallel sides were counted according to the asbestos definition structure sizing rule as stated in the standard TEM protocols (AHERA (TEM section only) ASTM D5755, D5756, D7712-11, ISO 10312, ISO 13794, (2-7)) after verifying the chemistry by EDS and the selected area diffraction pattern (SAED) of each structure. The average (Ave) number of asbestos structures in 25 grid squares were determined for all four analysts along with the standard deviation (SD). The coefficient of variation (CV or RSD) as a percentage was then determined according to the following equation (8, 9).

$$CV = 100 \text{ X } \frac{\text{SD}}{\text{Ave}}$$

**Results**

Results from the TEM analysis of the spiked talc powder samples are shown in Table 1 and Table 2 that follow.   Table 1 shows that for the 0.3% tremolite spiked talc sample, the fiber-bundle concentration ranged from $3.2 \times 10^5$ to $3.55 \times 10^5$ structures of tremolite per gram of talc.  For the 0.3% anthophyllite spiked sample, the fiber-bundle concentration ranged from $4.9 \times 10^5$ to $5.39 \times 10^5$ structures of anthophyllite per gram of talc.  Table 2 shows the average (Mean) standard deviation and the CV for the analysis of each of the asbestos spike samples.  The mean for the tremolite spiked sample $3.38 \times 10^5$ and the SD was $2.0 \times 10^4$ structures per gram of talc.  The CV was 5.99%.  The mean for the tremolite spiked sample $5.14 \times 10^5$ and the SD was $2.8 \times 10^4$ structures per gram of talc.  The CV was 5.50%.

TABLE 1  Total Structures and Structures per gram of Tremolite and Anthophyllite in Talc Powder Samples

| Sample | Component | Str/g | | | |
|--------|-----------|-----------|-----------|-----------|-----------|
|        |           | Analyst 1 | Analyst 2 | Analyst 3 | Analyst 4 |
| 0.3% | Tremolite | 3.20E+05 | 3.55E+05 | 3.20E+05 | 3.55E+05 |
| 0.3% | Anthophyllite | 4.90E+05 | 5.39E+05 | 4.90E+05 | 5.39E+05 |

TABLE 2  Average, SD and CV for the TEM Analysis of Tremolite and Anthophyllite in Talc Powder Samples

| Sample | Component | Str/g | | |
|--------|-----------|----------|----------|--------|
|        |           | Mean | STD | CV (%) |
| 0.3% | Tremolite | 3.38E+05 | 2.0E+04 | 5.99 |
| 0.3% | Anthophyllite | 5.14E+05 | 2.8E+04 | 5.50 |

Data for the calculation of the CV and Tables 1 and 2 are shown in Appendix 1.

REFERENCES

1. ISO 22262-2, 2014-09-01

2. EPA AHERA-Part 763 Asbestos (TEM Section Only)

3. ASTM D7712-11 - Standard Terminology for Sampling and Analysis of Asbestos

4. ASTM D5755 - Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading

5.   ASTM D5755 - Test Method for Microvacuum Sampling and Indirect Analysis of Dust by
     Transmission Electron Microscopy for Asbestos Structure Number Surface Loading

6.   ISO 10312 - Ambient air -- Determination of asbestos fibres -- Direct transfer transmission
     electron microscopy method

7.   ISO 13794 - Ambient air -- Determination of asbestos fibres -- Indirect-transfer transmission
     electron microscopy method

8.   Heisler, S.I. (ed) In Economics/Statistics. Wiley Engineer's Desk Reference. p 456. John Wiley and
     Sons, New York, NY, (1998).

9.   Average, Standard Deviation and Relative Standard Deviation.
     http://www.chem.tamu.edu/class/fyp/keeney/stddev.pdf

# APPENDIX 1

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M65947-001 0.3% Tremolite in Talc | | Grid Box # | 8617 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Analyst 1 | | | Length | Width | G. O. Area |
| Date of Analysis | 7/16/2018 | G. O. in microns = | 105 | 105 | 11025 | |
| Initial Weight(g) | 0.02055 | | 105 | 105 | 11025 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | G.O.s Counted | 25 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 0.276 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A8-E1 | | | | | | | |
| NSD | A8-E10 | | | | | | | |
| 1 | A8-E2 | Bundle | Tremolite | 8.9 | 1.4 | 6.4 | X | X |
| NSD | A8-E3 | | | | | | | |
| 2 | A8-E4 | Fiber | Tremolite | 6.6 | 0.2 | 33.0 | X | X |
| 3 | A8-E5 | Bundle | Tremolite | 10 | 1 | 10.0 | X | X |
| NSD | A8-E6 | | | | | | | |
| 4 | A8-E7 | Fiber | Tremolite | 6.9 | 1.3 | 5.3 | X | X |
| 5 | A8-E8 | Bundle | Tremolite | 15.3 | 1.1 | 13.9 | X | X |
| 6 | A8-E9 | Bundle | Tremolite | 43.2 | 6.9 | 6.3 | X | X |
| NSD | A8-F10 | | | | | | | |
| 7 | A8-F2 | Bundle | Tremolite | 9 | 1.4 | 6.4 | X | X |
| NSD | A8-F3 | | | | | | | |
| NSD | A8-F4 | | | | | | | |
| NSD | A8-F5 | | | | | | | |
| 8 | A8-G1 | Bundle | Tremolite | 18.9 | 1.2 | 15.8 | X | X |
| NSD | A8-G10 | | | | | | | |
| NSD | A8-G2 | | | | | | | |
| NSD | A8-G3 | | | | | | | |
| NSD | A8-G4 | | | | | | | |
| NSD | A8-G5 | | | | | | | |
| 9 | A8-G6 | Bundle | Tremolite | 4.9 | 0.92 | 5.3 | X | X |
| NSD | A8-G7 | | | | | | | |
| NSD | A8-G8 | | | | | | | |
| NSD | A8-G9 | | | | | | | |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.02055 | 0 | g |
| Percent of Orig. Post Separation | 0 | (%) |
| Wt. Of Sample Analyzed | 0.00002817 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 9 | Str. |
| **Structures per Gram of Sample** | 3.20E+05 | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | 3.55E+04 | Str./g |
| **Analytical Sensitivity** | 3.55E+04 | Str./g |

Reviewer /Date    Digitally signed by MW Rigler, Ph.D.
Date: 2018.09.06 14:29:27 -04'00'

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M65947-001 0.3% Tremolite in Talc | | Grid Box # | 8617 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Analyst 2 | | | Length | Width | **G. O. Area** |
| Date of Analysis | 7/19/2018 | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02055 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | **G.O.s Counted** | 25 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 0.276 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A8-E1 | | | | | | | |
| NSD | A8-E10 | | | | | | | |
| 1 | A8-E2 | Fiber | Tremolite | 8 | 1.5 | 5.3 | X | X |
| NSD | A8-E3 | | | | | | | |
| 2 | A8-E4 | Fiber | Tremolite | 6.4 | 0.2 | 32.0 | X | X |
| 3 | A8-E5 | Bundle | Tremolite | 10 | 0.8 | 12.5 | X | X |
| NSD | A8-E6 | | | | | | | |
| 4 | A8-E7 | Bundle | Tremolite | 6.4 | 1 | 6.4 | X | X |
| 5 | A8-E8 | Fiber | Tremolite | 15 | 0.9 | 16.7 | X | X |
| 6 | A8-E9 | Bundle | Tremolite | 43 | 6 | 7.2 | X | X |
| NSD | A8-F1 | | | | | | | |
| 7 | A8-F2 | Bundle | Tremolite | 8.4 | 1.3 | 6.5 | X | X |
| NSD | A8-F3 | | | | | | | |
| NSD | A8-F4 | | | | | | | |
| NSD | A8-F5 | | | | | | | |
| 8 | A8-G1 | Bundle | Tremolite | 10.4 | 1 | 10.4 | X | X |
| NSD | A8-G10 | | | | | | | |
| NSD | A8-G2 | | | | | | | |
| NSD | A8-G3 | | | | | | | |
| NSD | A8-G4 | | | | | | | |
| 9 | A8-G5 | Bundle | Tremolite | 5.8 | 0.8 | 7.3 | X | X |
| 10 | A8-G6 | Fiber | Tremolite | 4.8 | 0.8 | 6.0 | X | X |
| NSD | A8-G7 | | | | | | | |
| NSD | A8-G8 | | | | | | | |
| NSD | A8-G9 | | | | | | | |
| | | | | | | | | |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.02055 | 0 | g |
| Percent of Orig. Post Separation | 0 | (%) |

| Wt. Of Sample Analyzed | 0.00002817 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 10 | Str. |
| **Structures per Gram of Sample** | 3.55E+05 | Str./g |

| **Detection Limit** | 3.55E+04 | Str./g |
|---|---|---|
| **Analytical Sensitivity** | 3.55E+04 | Str./g |

Reviewer /Date: Digitally signed by MW Rigler, Ph.D.
Date: 2018.09.06 14:29:40 -04'00'

### TEM Bulk Talc Structure Count Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M65947-001 0.3% Tremolite in Talc | Grid Box # | 8617 | No. of Grids Counted | 2 | |
| Analyst: | Analyst 3 | | | Length | Width | G. O. Area |
| Date of Analysis | 7/16/2018 | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02055 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | G.O.s Counted | 25 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 0.276 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A8-E1 | | | | | | | |
| NSD | A8-E10 | | | | | | | |
| 1 | A8-E2 | Fiber | Tremolite | 8.1 | 1.44 | 5.6 | X | X |
| NSD | A8-E3 | | | | | | | |
| 2 | A8-E4 | Fiber | Tremolite | 6.62 | 0.24 | 27.6 | X | X |
| 3 | A8-E5 | Bundle | Tremolite | 9.89 | 0.92 | 10.8 | X | X |
| NSD | A8-E6 | | | | | | | |
| 4 | A8-E7 | Fiber | Tremolite | 6.94 | 1.3 | 5.3 | X | X |
| 5 | A8-E8 | Bundle | Tremolite | 15.56 | 1.42 | 11.0 | X | X |
| 6 | A8-E9 | Bundle | Tremolite | 45.6 | 7.5 | 6.1 | X | X |
| NSD | A8-F1 | | | | | | | |
| NSD | A8-F10 | | | | | | | |
| 7 | A8-F2 | Fiber | Tremolite | 8.82 | 1.47 | 6.0 | X | X |
| NSD | A8-F3 | | | | | | | |
| NSD | A8-F4 | | | | | | | |
| NSD | A8-F5 | | | | | | | |
| 8 | A8-G1 | Bundle | Tremolite | 19.68 | 1.45 | 13.6 | X | X |
| NSD | A8-G10 | | | | | | | |
| NSD | A8-G2 | | | | | | | |
| NSD | A8-G3 | | | | | | | |
| NSD | A8-G4 | | | | | | | |
| NSD | A8-G5 | | | | | | | |
| 9 | A8-G6 | Bundle | Tremolite | 5.34 | 1.02 | 5.2 | X | X |
| NSD | A8-G7 | | | | | | | |
| NSD | A8-G8 | | | | | | | |
| NSD | A8-G9 | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.02055 | 0 | g |
| Percent of Orig. Post Separation | 0 | (%) |
| Wt. Of Sample Analyzed | 0.00002817 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 9 | Str. |
| **Structures per Gram of Sample** | 3.20E+05 | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | 3.55E+04 | Str./g |
| **Analytical Sensitivity** | 3.55E+04 | Str./g |

Reviewer /Date
Digitally signed by MW Rigler, Ph.D.
Date: 2018.09.06 14:29:53 -04'00'

### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M65947-001 0.3% Tremolite in Talc | | Grid Box # | | 8617 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Analyst 4 | | | Length | Width | | G. O. Area |
| Date of Analysis | 7/11/2018 - 7/12/2018 | | G. O. in microns = | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.02055 | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | | G.O.s Counted | 25 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 0.276 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A8-E1 | | | | | | | |
| NSD | A8-E10 | | | | | | | |
| 1 | A8-E2 | Bundle | Tremolite | 8.8 | 1.3 | 6.8 | X | X |
| NSD | A8-E3 | | | | | | | |
| 2 | A8-E4 | Fiber | Tremolite | 5.9 | 0.2 | 29.5 | X | X |
| 3 | A8-E5 | Fiber | Tremolite | 10.1 | 0.84 | 12.0 | X | X |
| NSD | A8-E6 | | | | | | | |
| 4 | A8-E7 | Fiber | Tremolite | 6.8 | 0.84 | 8.1 | X | X |
| 5 | A8-E8 | Fiber | Tremolite | 13.8 | 0.9 | 15.3 | X | X |
| 6 | A8-E9 | Fiber | Tremolite | 39.5 | 6.4 | 6.2 | | |
| NSD | A8-F1 | | | | | | | |
| NSD | A8-F10 | | | | | | | |
| 7 | A8-F2 | Bundle | Tremolite | 8.2 | 1.4 | 5.9 | X | X |
| NSD | A8-F3 | | | | | | | |
| NSD | A8-F4 | | | | | | | |
| NSD | A8-F5 | | | | | | | |
| 8 | A8-G1 | Fiber | Tremolite | 18.6 | 1.1 | 16.9 | X | X |
| NSD | A8-G10 | | | | | | | |
| NSD | A8-G2 | | | | | | | |
| NSD | A8-G3 | | | | | | | |
| 9 | A8-G4 | Fiber | Tremolite | 4.5 | 0.8 | 5.6 | X | X |
| NSD | A8-G5 | | | | | | | |
| 10 | A8-G6 | Bundle | Tremolite | 4.6 | 0.8 | 5.8 | X | X |
| NSD | A8-G7 | | | | | | | |
| NSD | A8-G8 | | | | | | | |
| NSD | A8-G9 | | | | | | | |

| | Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|---|
| | 0.02055 | 0 | g |
| Percent of Orig. Post Separation | | 0 | (%) |

| | | | |
|---|---|---|---|
| Wt. Of Sample Analyzed | 0.00002817 | | g |
| Filter size | 201.1 | | mm² |
| Number of Structures Counted | 10 | | Str. |
| Structures per Gram of Sample | 3.55E+05 | | Str./g |

| | | |
|---|---|---|
| Detection Limit | 3.55E+04 | Str./g |
| Analytical Sensitivity | 3.55E+04 | Str./g |

Reviewer /Date   Digitally signed by MW Rigler, Ph.D.
Date: 2018.09.06 14:30:08 -04'00'

**TEM Bulk Talc Structure Count Sheet**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M65947-004 0.3% Anthophyllite in Talc | | Grid Box # | 8617 | No. of Grids Counted | | 2 |
| Analyst: | Analyst 1 | | | | Length | Width | G. O. Area |
| Date of Analysis | 8/7/18 - 8/8/18 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02980 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | G.O.s Counted | | 25 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 0.276 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| 1 | A4-A1 | Fiber | Anthophyllite | 6.5 | 0.46 | 14.1 | X | X |
| NSD | A4-A10 | | | | | | | |
| NSD | A4-A2 | | | | | | | |
| NSD | A4-A3 | | | | | | | |
| NSD | A4-A4 | Bundle | Anthophyllite | 6.3 | 1.4 | 4.5 | X | X |
| 2 | A4-A5 | Bundle | Anthophyllite | 56.8 | 2.3 | 24.7 | X | X |
| 3 | A4-A6 | Bundle | Anthophyllite | 43.9 | 1.2 | 36.6 | X | X |
| 4 | A4-A7 | Bundle | Anthophyllite | 43.5 | 3.8 | 11.4 | X | X |
| NSD | A4-A8 | | | | | | | |
| 5 | A4-A9 | Bundle | Anthophyllite | 28.8 | 4.6 | 6.3 | X | X |
| 6 | A4-D10 | Bundle | Anthophyllite | 19.4 | 1.8 | 10.8 | X | X |
| NSD | A4-D6 | | | | | | | |
| 7 | A4-D7 | Bundle | Anthophyllite | 8.6 | 1.3 | 6.6 | X | X |
| 8 | A4-D8 | Bundle | Anthophyllite | 9.2 | 1 | 9.2 | X | X |
| 9 | A4-D8 | Bundle | Anthophyllite | 11.2 | 2.1 | 5.3 | X | X |
| 10 | A4-D9 | Fiber | Anthophyllite | 5.9 | 1 | 5.9 | X | X |
| 11 | A4-D9 | Fiber | Anthophyllite | 10.5 | 1.8 | 5.8 | X | X |
| NSD | A4-E1 | | | | | | | |
| 12 | A4-E10 | Bundle | Anthophyllite | 19.9 | 0.8 | 24.9 | X | X |
| 13 | A4-E10 | Fiber | Anthophyllite | 4.8 | 0.3 | 16.0 | X | X |
| 14 | A4-E2 | Fiber | Anthophyllite | 22.4 | 2.3 | 9.7 | X | X |
| 15 | A4-E3 | Fiber | Anthophyllite | 6.6 | 0.7 | 9.4 | X | X |
| NSD | A4-E4 | | | | | | | |
| NSD | A4-E5 | | | | | | | |
| 16 | A4-E6 | Fiber | Anthophyllite | 7.1 | 0.9 | 7.9 | X | X |
| 17 | A4-E7 | Bundle | Anthophyllite | 49.8 | 2.9 | 17.2 | X | X |
| NSD | A4-E8 | | | | | | | |
| 18 | A4-E9 | Fiber | Anthophyllite | 3.9 | 0.6 | 6.5 | X | X |
| 19 | A4-E9 | Bundle | Anthophyllite | 21.1 | 1.3 | 16.2 | X | X |
| 20 | A4-E9 | Bundle | Anthophyllite | 11.3 | 1.5 | 7.5 | X | X |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.02980 | 0 | g |
| Percent of Orig. Post Separation | 0 | (%) |
| Wt. Of Sample Analyzed | 0.00004084 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 20 | Str. |
| **Structures per Gram of Sample** | 4.90E+05 | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | 2.45E+04 | Str./g |
| **Analytical Sensitivity** | 2.45E+04 | Str./g |

Digitally signed by MW Rigler, Ph.D.
Reviewer /Date  Date: 2018.09.06 14:30:21 -04'00'

**TEM Bulk Talc Structure Count Sheet**

| Project/Sample No. | M65947-004 0.3% Anthophyllite in Talc | | Grid Box # | 8617 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Analyst 2 | | | | Length | Width | G. O. Area |
| Date of Analysis | 8/2/2018 | | G. O. in microns = | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.02980 | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | **G.O.s Counted** | | 25 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 0.276 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| 1 | A4-A1 | Bundle | Anthophyllite | 7 | 0.5 | 14.0 | X | X |
| 2 | A4-A1 | Bundle | Anthophyllite | 30.2 | 2 | 15.1 | X | X |
| NSD | A4-A10 | | | | | | | |
| NSD | A4-A2 | | | | | | | |
| NSD | A4-A3 | | | | | | | |
| 3 | A4-A4 | Fiber | Anthophyllite | 5.8 | 1 | 5.8 | X | X |
| 4 | A4-A5 | Bundle | Anthophyllite | 52 | 2 | 26.0 | X | X |
| 5 | A4-A6 | Bundle | Anthophyllite | 42 | 0.9 | 46.7 | X | X |
| 6 | A4-A7 | Bundle | Anthophyllite | 44 | 4.5 | 9.8 | X | X |
| NSD | A4-A8 | | | | | | | |
| 7 | A4-A9 | Bundle | Anthophyllite | 40 | 2 | 20.0 | X | X |
| 8 | A4-D10 | Bundle | Anthophyllite | 18 | 2 | 9.0 | X | X |
| NSD | A4-D6 | | | | | | | |
| 9 | A4-D7 | Bundle | Anthophyllite | 8 | 1.2 | 6.7 | X | X |
| 10 | A4-D8 | Bundle | Anthophyllite | 8.5 | 0.8 | 10.6 | X | X |
| 11 | A4-D8 | Bundle | Anthophyllite | 10.5 | 2 | 5.3 | | |
| 12 | A4-D9 | Fiber | Anthophyllite | 6 | 0.9 | 6.7 | X | X |
| 13 | A4-D9 | Bundle | Anthophyllite | 10 | 1.7 | 5.9 | X | X |
| NSD | A4-E1 | | | | | | | |
| 14 | A4-E10 | Fiber | Anthophyllite | 4.4 | 0.3 | 14.7 | X | X |
| 15 | A4-E10 | Bundle | Anthophyllite | 20 | 0.6 | 33.3 | X | X |
| 16 | A4-E2 | Fiber | Anthophyllite | 22 | 2 | 11.0 | X | X |
| 17 | A4-E3 | Fiber | Anthophyllite | 6.3 | 0.8 | 7.9 | X | X |
| NSD | A4-E4 | | | | | | | |
| NSD | A4-E5 | | | | | | | |
| 18 | A4-E6 | Fiber | Anthophyllite | 7 | 0.8 | 8.8 | X | X |
| 19 | A4-E7 | Bundle | Anthophyllite | 50 | 3 | 16.7 | X | X |
| NSD | A4-E8 | | | | | | | |
| 20 | A4-E9 | Bundle | Anthophyllite | 10.5 | 1.5 | 7.0 | X | X |
| 21 | A4-E9 | Fiber | Anthophyllite | 3.7 | 0.6 | 6.2 | X | X |
| 22 | A4-E9 | Bundle | Anthophyllite | 20.6 | 1.5 | 13.7 | X | X |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.02980 | 0 | g |
| Percent of Orig. Post Separation | 0 | (%) |

| Wt. Of Sample Analyzed | 0.00004084 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 22 | Str. |
| **Structures per Gram of Sample** | 5.39E+05 | Str./g |

| Detection Limit | 2.45E+04 | Str./g |
|---|---|---|
| Analytical Sensitivity | 2.45E+04 | Str./g |

Reviewer /Date Digitally signed by MW Rigler, Ph.D. Date: 2018.09.06 14:30:35 -04'00'

### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M65947-004 0.3% Anthophyllite in Talc | | Grid Box # | 8617 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Analyst 3 | | | Length | Width | G. O. Area |
| Date of Analysis | 7/27/2018 | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02980 | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | G.O.s Counted | 25 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 0.276 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| 1 | A4-A1 | Fiber | Anthophyllite | 7.36 | 0.46 | 16.0 | X | X |
| 2 | A4-A1 | Bundle | Anthophyllite | 33.12 | 1.84 | 18.0 | X | X |
| NSD | A4-A10 | | | | | | | |
| NSD | A4-A2 | | | | | | | |
| NSD | A4-A3 | | | | | | | |
| NSD | A4-A4 | Bundle | Anthophyllite | 6.39 | 1.38 | 4.6 | X | X |
| 3 | A4-A5 | Bundle | Anthophyllite | 57.5 | 2.76 | 20.8 | X | X |
| 4 | A4-A6 | Bundle | Anthophyllite | 44.16 | 1.38 | 32.0 | X | X |
| 5 | A4-A7 | Bundle | Anthophyllite | 46 | 4.14 | 11.1 | X | X |
| NSD | A4-A8 | | | | | | | |
| 6 | A4-A9 | Bundle | Anthophyllite | 30.3 | 5.06 | 6.0 | X | X |
| 7 | A4-D10 | Bundle | Anthophyllite | 19.32 | 1.68 | 11.5 | X | X |
| NSD | A4-D6 | | | | | | | |
| 8 | A4-D7 | Fiber | Anthophyllite | 8.61 | 1.26 | 6.8 | X | X |
| 9 | A4-D8 | Bundle | Anthophyllite | 8.4 | 0.92 | 9.1 | X | X |
| 10 | A4-D8 | Fiber | Anthophyllite | 10.92 | 2.1 | 5.2 | X | X |
| 11 | A4-D9 | Fiber | Anthophyllite | 5.67 | 1.01 | 5.6 | X | X |
| 12 | A4-D9 | Fiber | Anthophyllite | 11.34 | 1.68 | 6.8 | X | X |
| NSD | A4-E1 | | | | | | | |
| 13 | A4-E10 | Bundle | Anthophyllite | 18.06 | 2.94 | 6.1 | X | X |
| 14 | A4-E10 | Fiber | Anthophyllite | 17.01 | 0.34 | 50.0 | X | X |
| 15 | A4-E2 | Fiber | Anthophyllite | 22.26 | 2.52 | 8.8 | X | X |
| 16 | A4-E3 | Fiber | Anthophyllite | 6.93 | 0.67 | 10.3 | X | X |
| NSD | A4-E4 | | | | | | | |
| NSD | A4-E5 | | | | | | | |
| 17 | A4-E6 | Fiber | Anthophyllite | 7.14 | 0.76 | 9.4 | X | X |
| 18 | A4-E7 | Bundle | Anthophyllite | 49.14 | 2.94 | 16.7 | X | X |
| NSD | A4-E8 | | | | | | | |
| 19 | A4-E9 | Fiber | Anthophyllite | 3.99 | 0.59 | 6.8 | X | X |
| 20 | A4-E9 | Bundle | Anthophyllite | 17.64 | 1.26 | 14.0 | X | X |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.02980 | 0 | g |
| Percent of Orig. Post Separation | 0 | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | 0.00004084 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 20 | Str. |
| **Structures per Gram of Sample** | 4.90E+05 | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | 2.45E+04 | Str./g |
| **Analytical Sensitivity** | 2.45E+04 | Str./g |

Reviewer /Date Digitally signed by MW Rigler, Ph.D.
Date: 2018.09.06 14:30:48 -04'00'

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M65947-004 0.3% Anthophyllite in Talc | | Grid Box # | 8617 | No. of Grids Counted | 2 | |
|---|---|---|---|---|---|---|---|
| Analyst: | Analyst 4 | | | Length | Width | G. O. Area | |
| Date of Analysis | 7/23/2018 - 7/25/2018 | | G. O. in microns = | 105 | 105 | 11025 | |
| Initial Weight(g) | 0.02980 | | | 105 | 105 | 11025 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 | |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | G.O.s Counted | 25 | |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 0.276 | |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| 1 | A4-A1 | Fiber | Anthophyllite | 6.4 | 0.38 | 16.8 | X | X |
| 2 | A4-A1 | Bundle | Anthophyllite | 31.5 | 2.2 | 14.3 | X | X |
| NSD | A4-A10 | | | | | | | |
| NSD | A4-A2 | | | | | | | |
| NSD | A4-A3 | | | | | | | |
| 3 | A4-A4 | Bundle | Anthophyllite | 5.5 | 1.2 | 4.6 | X | X |
| 4 | A4-A5 | Bundle | Anthophyllite | 55.5 | 2.4 | 23.1 | X | X |
| 5 | A4-A6 | Bundle | Anthophyllite | 43.6 | 1.2 | 36.3 | X | X |
| 6 | A4-A7 | Bundle | Anthophyllite | 43.2 | 3.6 | 12.0 | X | X |
| NSD | A4-A8 | | | | | | | |
| 7 | A4-A9 | Bundle | Anthophyllite | 27.5 | 4.4 | 6.3 | X | X |
| 8 | A4-D10 | Bundle | Anthophyllite | 18.9 | 1.7 | 11.1 | X | X |
| NSD | A4-D6 | | | | | | | |
| 9 | A4-D7 | Bundle | Anthophyllite | 8.3 | 1.2 | 6.9 | X | X |
| 10 | A4-D8 | Bundle | Anthophyllite | 9.3 | 1.1 | 8.5 | X | X |
| 11 | A4-D8 | Bundle | Anthophyllite | 11.1 | 1.8 | 6.2 | X | X |
| 12 | A4-D9 | Bundle | Anthophyllite | 6.3 | 0.82 | 7.7 | X | X |
| 13 | A4-D9 | Fiber | Anthophyllite | 10.1 | 1.5 | 6.7 | X | X |
| NSD | A4-E1 | | | | | | | |
| 14 | A4-E10 | Fiber | Anthophyllite | 4.2 | 0.24 | 17.5 | X | X |
| 15 | A4-E10 | Bundle | Anthophyllite | 19.3 | 0.84 | 23.0 | X | X |
| 16 | A4-E2 | Fiber | Anthophyllite | 22.3 | 2.1 | 10.6 | X | X |
| 17 | A4-E3 | Fiber | Anthophyllite | 6.3 | 0.68 | 9.3 | X | X |
| NSD | A4-E4 | | | | | | | |
| NSD | A4-E5 | | | | | | | |
| 18 | A4-E6 | Fiber | Anthophyllite | 7.8 | 0.7 | 11.1 | X | X |
| 19 | A4-E7 | Bundle | Anthophyllite | 50.2 | 3.1 | 16.2 | X | X |
| NSD | A4-E8 | | | | | | | |
| 20 | A4-E9 | Bundle | Anthophyllite | 10.4 | 1.2 | 8.7 | X | X |
| 21 | A4-E9 | Bundle | Anthophyllite | 21.3 | 1.2 | 17.8 | X | X |
| 22 | A4-E9 | Fiber | Anthophyllite | 3.7 | 0.5 | 7.4 | X | X |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.02980 | 0 | g |
| Percent of Orig. Post Separation | 0 | (%) |
| Wt. Of Sample Analyzed | 0.00004084 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 22 | Str. |
| Structures per Gram of Sample | 5.39E+05 | Str./g |

| | | |
|---|---|---|
| Detection Limit | 2.45E+04 | Str./g |
| Analytical Sensitivity | 2.45E+04 | Str./g |

Reviewer Date
Digitally signed by MW Rigler, Ph.D.
Date: 2018.09.06 14:31:03 -04'00'