# Exhibit 105

Mark Krekeler, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                  :
IN RE:  JOHNSON & JOHNSON        :    MDL NO. 2592
TALCUM POWDER PRODUCTS           :    16-2738 (FLW) (LGH)
MARKETING, SALES PRACTICES       :
AND PRODUCTS LIABILITY           :
LITIGATION                       :
                                  :
THIS DOCUMENT RELATES TO:        :
ALL CASES                        :
                                  :
_____


                    Videotaped Deposition of
                    MARK KREKELER, Ph.D.
          Taken:     By the Defendants
                     Pursuant to Notice

          Date:      January 25, 2019

          Time:      Commencing at 9:16 a.m.

          Place:     Hampton Inn
                     375 South College Avenue
                     Oxford, Ohio  45056

          Before:    Susan M. Gee, RMR, CRR
                     Notary Public - State of Ohio
                           and
                     Melinda Sindiong, CLVS

Mark Krekeler, Ph.D.

Page 39

1          A.      Those are things I found on my own.  You

2     know, many of the books I -- some I just had on my

3     shelf, you know.  I've actually gone through three

4     versions of some of them.

5          Q.      So were any of the reports, treatises,

6     books, et cetera, you relied on provided to you by

7     plaintiffs' counsel?

8          A.      No, I don't think so.

9          Q.      Did anybody help you prepare the report?

10         A.      I asked counsel to create the charts that

11    are in the report, and this was my first time doing such

12    an extensive report.  So I asked about organizational

13    issues, things like that.

14         Q.      What about other than the charts that

15    appear in the report?  Did counsel assist you with any

16    of the other -- the word just escaped my mind.  I

17    apologize.

18         A.      Text?

19         Q.      Any of the other, sort of principle of

20    research or any of the other opinions that are in the

21    paper?

22              MS. SCOTT:  Objection.

23         A.      No.

24    BY MR. FROST:

25         Q.      And did you have any hand at editing the

Mark Krekeler, Ph.D.

```
                                                    Page 166

 1   BY MR. FROST:

 2          Q.     So this first one, can you tell me

 3   anywhere in the Battelle report that starts JNJ 87868,

 4   that they note the trace amounts of amphibole are

 5   asbestiform in any way?

 6                 MS. O'DELL:  Object to the form.

 7          A.     No, I don't.

 8   BY MR. FROST:

 9          Q.     Okay.  Turn to tab 2, which is -- the

10   document starts JNJ 87231.  Same question.  Can you tell

11   me anywhere in here where, I believe it's Battelle

12   again, identifies finding any asbestiform mineral?

13                 MS. SCOTT:  Objection.

14          A.     So tremolite is noted as trace on page 4

15   here.

16   BY MR. FROST:

17          Q.     Does it note the trace tremolite has

18   asbestiform?

19          A.     No, it does not.

20          Q.     So you'd have no way to tell whether or

21   not it's asbestiform or non-asbestiform based on this

22   document?

23                 MS. O'DELL:  Object to form.

24                 MS. SCOTT:  Objection.

25          A.     The -- it has been so, "The amphibole
```

Mark Krekeler, Ph.D.

Page 195

1   body of the Maanshan talc deposit located in the

2   Shanglin region."

3            Did I read that right, or close enough,

4   anyway, on the pronunciations?

5        A.    Yes.

6        Q.    Did Johnson & Johnson ever use talc from

7   the Maanshan deposit?

8        A.    I'm not sure.  I'm confused by that, the

9   Chinese words, so I'm not sure.  But, again, there

10  was -- so I don't know for sure, but there was a paucity

11  of data relating to Chinese, I think.

12       Q.    You specifically state, if you look back

13  at page 8 --

14       A.    I forget.

15       Q.    -- of your report, you state, "2002 to

16  present:  Zhizhua Mine, Guigang Province, China.

17  Product Name:  Guangxi No. 2 and Guangxi No. 2A"

18       A.    Yeah.  Those are two.

19       Q.    Maanshan is not the Guangxi mine that's

20  mentioned there, correct?

21       A.    Correct.

22       Q.    And you have no evidence that Johnson &

23  Johnson ever sourced talc from the Maanshan deposit?

24            MS. SCOTT:  Objection.

25       A.    Correct.  But as I understand it, the

Mark Krekeler, Ph.D.

Page 196

1   deposits are geologically related, to the best of my

2   ability.  Again, there is some paucity of data, but it

3   seemed, from what I could gather, that these are

4   geologically related.

5   BY MR. FROST:

6          Q.     So sitting here today, you can tell me

7   that you've specifically looked at the Maanshan deposit

8   and the -- I apologize to the court reporter for these

9   names -- and Zhizhua Mine, and you're confident and you

10  can tell me that you have seen sources that shows those

11  two exact deposits are similar and come from the same

12  areas?  And if that's true, what's your source?

13         A.     Let me -- so...

14                MS. O'DELL:  Objection.

15         A.     So asbestos was discovered and fractures

16  of the talc ore body of the Maanshan deposit looking in

17  the Shanglin region.  And the question is am I certain

18  that talc --

19  BY MR. FROST:

20         Q.     You just told me that you've seen

21  something that says Maanshan is the same geological

22  formation?

23         A.     Can we look at 413792?

24         Q.     I don't have it.  Is that the one we just

25  looked at, though?

Mark Krekeler, Ph.D.

Page 332

1              C E R T I F I C A T E

2    State of Ohio        :

                          :      SS

3    County of Hamilton  :

4              I, Susan M. Gee, RMR, CRR, the undersigned, a

5    duly commissioned notary public within and for the State

6    of Ohio, do hereby certify that before the giving of his

7    aforesaid deposition, MARK KREKELER, Ph.D., was by me

8    first duly sworn to depose the truth, the whole truth

9    and nothing but the truth; that the foregoing is the

10   deposition given at said time and place by MARK

11   KREKELER, Ph.D.; that said deposition was taken in all

12   respects pursuant to stipulations of counsel; that I am

13   neither a relative of nor employee of any of their

14   parties or their counsel, and have no interest whatever

15   in the result of the action; that I am not, nor is the

16   court reporting firm with which I am affiliated, under a

17   contract as defined in Civil Rule 28(D).

18             IN WITNESS WHEREOF, I have hereunto set my

19   hand and official seal of office at Cincinnati, Ohio, on

20   this 29th day of January, 2019.

21

22

                    _____

23   My commission expires: S/ Susan M. Gee, RMR, CRR

     September 20, 2020.    Notary Public - State of Ohio

24

25