# Exhibit 107
# Part 2

# Incorrect Particle Size Measurement Results
## 2020-02-24 MAS Rpt JBP-Zimmerman





All three chrysotile particles were measured and labeled by MAS.



All four chrysotile particles are similar to the particle sizes of the matrix talc particles.

# Incorrect Particle Size Measurement Results
## 2023-02-28 M71614 Valadez Bottle Report



All four chrysotile particles are under 5 micrometers according to the scale bars.

All four chrysotile particles are similar to the particle sizes of the matrix talc particles.

2024-05-21

31

# Incorrect Particle Size Measurement Results
## 2020-03-18 M71095 Rpt JBP-Titley



**2020-03-18 M71095-JBP-Janet Titley**

The talc and chrysotile particle sizes of all four samples are much greater than MAS's own data from their SEM analysis.

All four chrysotile particles are similar to the particle sizes of the matrix talc particles.

2024-05-21

32

# Incorrect Particle Size Measurement Results
## 2020-03-20 M70877 Rpt JBP-Doyle



The talc and chrysotile particle sizes of all four samples are much greater than MAS's own data from their SEM analysis.

All four chrysotile particles are similar to the particle sizes of the matrix talc particles.

# Incorrect Particle Size Measurement Results
## 2021-05-25 M71228 OTShelf JBP Purchased Argentina



The talc and chrysotile particle sizes of all four samples are much greater than MAS's own data from their SEM analysis.

All four chrysotile particles are similar to the particle sizes of the matrix talc particles.

# Incorrect Particle Size Measurement Results
## 2022-03-11 M71262 Analy of Klayman's JBP & STS Containers



The talc and chrysotile particle sizes of all four samples are much greater than MAS's own data from their SEM analysis.

All four chrysotile particles are similar to the particle sizes of the matrix talc particles.

# Incorrect Particle Size Measurement Results
## 2023-10-19 M71643 Johnson's Baby Powder Compiled Notebook 14-2996



**All four chrysotile particles are under 5 micrometers according to the scale bars.**

**All four chrysotile particles are similar to the particle sizes of the matrix talc particles.**

2024-05-21

36

# Incorrect Particle Size Measurement Results
## 2024-02-15 M71740 Analysis of JBP (Rochelle Kirch) Compiled Notebook



The particle sizes of four chrysotile particles do not conform to MAS's SG-210 Calidria data (2023).

All four chrysotile particles are similar to the particle sizes of the matrix talc particles.

# Summary of Eight Particle Size Measurement Results

| Date | MAS No. | Chrysotile Length (μm) | | |
|---|---|---|---|---|
| | | Individual | Average | vs. Talc |
| 2020-02-24 M70484 | 001-001 | 78.8 | 61.6 | Same particle size range as talc |
| | 001-002 | 33.3 | | |
| | 001-003 | 38.5 | | |
| | 001-004 | 71.3 | | |
| | 001-005 | 62.2 | | |
| | 001-006 | 57.0 | | |
| | 001-007 | 70.4 | | |
| | 001-008 | 49.6 | | |
| | 002-001 | 58.5 | | |
| | 002-002 | 78.5 | | |
| | 002-003 | 79.3 | | |
| 2020-03-18 M71095 | 001-001 | 46.7 | 32.2 | Same particle size range as talc |
| | 001-002 | 13.3 | | |
| | 001-003 | 34.8 | | |
| | 001-004 | 34.1 | | |
| 2020-03-20 M70877 | 001-001 | 60.0 | 37.6 | Same particle size range as talc |
| | 001-002 | 25.9 | | |
| | 001-003 | 23.0 | | |
| | 001-004 | 41.5 | | |
| 2021-05-25 M71228 | 001-001 | 105.2 | 55.2 | Same particle size range as talc |
| | 001-002 | 59.5 | | |
| | 001-003 | 17.2 | | |
| | 001-004 | 38.8 | | |
| 2022-03-11 M71262 | 001-001 | 32.8 | 32.8 | Same particle size range as talc |
| | 001-002 | 21.6 | | |
| | 001-003 | 26.7 | | |
| | 001-004 | 50.0 | | |
| 2023-03-28 M71614 | 001-001 | 6.0 | 4.9 | Same particle size range as talc |
| | 001-002 | 5.1 | | |
| | 001-003 | 3.9 | | |
| | 001-004 | 4.8 | | |
| 2023-10-19 M71643 | 001-001 | 3.9 | 3.8 | Same particle size range as talc |
| | 001-002 | 6.6 | | |
| | 001-003 | 2.2 | | |
| | 001-004 | 2.7 | | |
| 2024-02-15 M71740 | 001-001 | 3.6 | 8.5 | Same particle size range as talc |
| | 001-002 | 9.4 | | |
| | 001-003 | 12.0 | | |
| | 001-004 | 8.9 | | |

| Mineral | Minimum (μm) | Average (μm) | Maximum (μm) | Reference |
|---|---|---|---|---|
| Talc | 1.5 | 9.3 | 37.0 | MAS (2017) |
| SG-210 Chrysotile | 3.0 | 8.0 | 10.0 | MAS (2023) |

The chrysotile particle sizes of the first three samples were measured and labeled by MAS.

The chrysotile particle sizes of the other five samples were measured in reference to MAS's scale bars.

None of them conforms to MAS's data in the above table.

The particle size range of every chrysotile particle is the same as the matrix talc particles.

There is a great degree of inconsistency in "chrysotile" particle sizes reported by MAS over the last five years.

The only conclusion is that MAS is NOT capable of fixing this systematic error because MAS lacks the ability to perform the most fundamental particle size measuring procedure by PLM.

# MAS Misidentified Talc as Chrysotile
## Evidence # 2 – Particle Size







These four images show that Calidria chrysotile structure lengths could be hundreds of micrometers much longer than the 37 micrometers of the SG-210 maximum length reported by MAS.

# Tensile Strength of Chrysotile



## Structural features of natural and acids modified chrysotile nanotubes

Myroslav Sprynskyy [a], Janusz Niedojadło [b], Bogusław Buszewski [a]

ELSEVIER    Chemistry of Solids
Volume 72, Issue 9, September 2011, Pages 1015-1026

**Structural features of natural and acids modified chrysotile nanotubes**

They are stronger than steel, highly tolerant of corrosion and much cheaper than synthetic fibers. The measured **tensile strength** of **chrysotile** fibers has been reported in the range 1.1–4.4 GPa [29].

## 1.1 to 4.4 GPa or  159,000 – 638,000 Psi

Sprynskyy, M. et. al. (2011) Structural features of natural and acids modified chrysotile nanotubes. Journal of Physics and Chemistry of Solids. Volume 72, Issue 9. Pages 1015-1026. https://doi.org/10.1016/j.jpcs.2011.05.013.

They are stronger than steel, highly tolerant of corrosion and much cheaper than synthetic fibers. The measured tensile strength of chrysotile fibers has been reported in the range 1.1-4.4 Gpa.
Conclusions: The raw chrysotile is presented by bundles of fibers about 50–10 micrometers in size, which are able to splitting with generation of thinner bundles up to one micrometer. The outer diameters of individual nanotubes vary from 15 to 30 nm, while the inner diameters range from 2 to 6 nm. The single chrysolite fibers are presented by cylindrical nanotubes of various forms: rectilinear cylinders (the most widespread), cylinders with cup-like ends, cylinder-in-cylinder and cone-in-cone tubes.

# Tensile Strength of Talc





Home > Journal of Packaging Technology and Research > Article

**Optimization of Tensile Strength and Shrinkage of Talc-Filled Polypropylene as a Packaging Material in Injection Molding**

Research Article
Published: 23 November 2019

Volume 4, pages 69–78, (2020)
Cite this article

Journal of Packaging Technology and Research

Aims and scope →

Submit manuscript →

**Abstract**

shrinkage of injection-molded TFPP parts under the same molding condition. With the Taguchi optimization approach, it turned out that the tensile strength was increased from 22.07 to 24.40 MPa and the shrinkage was reduced from 3.25 to 2.28%. The optimizing approach and the

## 2.33 MPa or  338 Psi

Syed, S.F., Chen, J.C. & Guo, G. (2020) Optimization of Tensile Strength and Shrinkage of Talc-Filled Polypropylene as a Packaging Material in Injection Molding. J Package Technol Res 4, 69–78. https://doi.org/10.1007/s41783-019-00077-6

# Tensile Strength of Hemp Fibers



| Fiber | Tensile strength (MPa) | Young's modulus (GPa) | Density (g cm$^{-3}$) | Refs |
|---|---|---|---|---|
| Cotton | 330–585 | 4.5–12.6 | 1.5–1.54 | 119 |
| Flax | 345–1035 | 27.6–45.0 | 1.43–1.52 | 119 |
| Hemp | 690–1000 | 50.0 | 1.47–1.50 | 119 |
| Jute | 393–800 | 13–26.5 | 1.3–1.45 | 82 |
| Silk | 650–750 | 16 | 1.3–1.38 | 82 |
| Kenaf | 930 | 53.0 | 1.5 | 119 |
| Ramie | 400–1000 | 61.5 | 1.5–1.6 | 119 |
| Sisal | 511–635 | 9.4–15.8 | 1.16–1.5 | 119 |
| Banana | 500–700 | 7–20 | 1.4 | 120 |
| Softwood | 100–170 | 10–50 | 1.4 | 120 |
| Hardwood | 90–180 | 10–70 | 1.4 | 120 |
| E-glass | 1800 | 69.0–73.0 | 2.5 | 119 |
| HM carbon | 2400 | 380 | 1.95 | 121,122 |
| HS carbon | 3400 | 230 | 1.75 | 121,122 |
| Kevlar 49 | 3000 | 130 | 1.45 | 121,122 |

HM: high modulus, HS: high strength.

## 690 – 1,000 MPa or 100,050 – 145,000 Psi

Shubhra, T.H. et. al., (2011). Mechanical properties of polypropylene composites: a review. J Thermoplast Compos. 26. 362-391. https://doi.org/10.1177/0892705711428659.

## Hemp fiber's tensile strength is slightly lower than chrysotile

# Structure of Hemp Fibers



**690 – 1,000 MPa or
100,050 – 145,000 Psi**

Zhao, S. et. al. (2021) The Physical and Chemical Properties of Hemp Fiber Prepared by Alkaline Pectinase-Xylanase System. https://doi.org/10.21203/rs.3.rs-451112/v1.

**Hemp fiber's microtube structure resembles chrysotile**



2024-05-21

# Chrysotile and Talc Are Drastically Different in Tensile Strength

**Chrysotile Mg$_3$Si$_2$O$_5$(OH)$_4$**

**Talc Mg$_3$Si$_4$O$_{10}$(OH)$_2$**





**The nanotube structure makes the chrysotile even stronger.**

**Bonding is weak between and within TOT layers, making talc easily crushable.**

**Chrysotile's tensile strength is more than 30 times that of talc. With such a high tensile strength, chrysotile does not break down into 325 mesh-size or < 44 μm particles in the milling process of talc.**

# Chrysotile and Hemp Fiber Are Similar in Tensile Strength





> ➢ **The hemp's microtube structure is similar to the nanotube structure of chrysotile, making it also very strong.**
>
> ➢ **Their tensile strengths are similar.**
>
> ➢ **Both are used as the reinforcement components of composite materials**

2024-05-21

45

# How Strong Are Chrysotile and Hemp Fiber?



Chrysotile fabric
Used for making heat protection gears in steel plants



Hempcrete (Hemp fiber concrete)



Chrysotile braking shoes



Home built with hempcrete



**The strong chrysotile fibers are used for various applications.**

**The strong hemp fibers are used for the construction composite materials.**

# How These Materials Behave During Mechanical Grinding?



Chrysotile



Talc



Hemp Fibers



Crystal sugar

**Their high tensile strength and strong bonding make them hard to break into fine powders.**

**Their softness and weak bonding make them easily break into fine powders.**

# When Crystal Sugar and Hemp Fibers Are Ground Together

**If hemp fibers and sugar crystals are ground together**



**The same is true for talc and chrysotile. USP's research work has proven it.**



Hemp Fibers





Hemp fibrils

Hemp fibers are crushed and broken into fibrils, but not into fine powders like sugar crystals.



Crystal sugar





Sugar Powders

Sugar crystals quickly break into fine powders

2024-05-21

USP's experts have conducted extensive research on the topic of asbestos-containing talc.

They wanted to find out how the finished talcum baby powder product should look if the raw talc material contained asbestos.

They spiked an asbestos-free talc sample with asbestos minerals chrysotile and tremolite from NIST SRM 1866 at different concentration levels.

To mimic the baby powder manufacturing process, they ground the asbestos-spiked talc sample inside a balling mill until the talc's particle size reached the commercial specification of the finished baby powder product: under 44 micrometers.

USP's experts studied the finished baby powder samples using various microscopic techniques. The following are pictures taken under optical microscope.

# NIST Standard Chrysotile in Talcum Powder (USP, 2022)



**0.1% standard Chrysotile-spiked talc. Chrysotile fibers' lengths are much longer than talc particles.**

# NIST Standard Chrysotile in Talcum Powder (USP, 2022)



**0.01% standard Chrysotile-spiked talc. Chrysotile fibers' lengths are much longer than talc particles.**

# NIST Standard Chrysotile in Talcum Powder (USP, 2022)



**0.001% standard Chrysotile-spiked talc. Chrysotile fibers' lengths are much longer than talc particles.**

**The above are all NIST standard chrysotile. How about Calidria chrysotile?**

# Calidria Chrysotile in Talcum Powder  (Pier, 2017)



**0.05% Calidria chrysotile-spiked talc powder under PLM.**
**After talc is ground into the baby powder particle sizes (325 mesh or < 44 μm),**
**There are still longer (80 mm) Calidria chrysotile in the sample.**

# Conclusions Derived from the Above Evidence

Case 3:16-md-02738-MAS-RLS    Doc... Cont. 33917-15    Filed 07/23/24    Page 27 of 51 PageID: ...

➢ The minute amount (e.g. 0.0003 – 0.0006%) of chrysotile found in J&J baby powder products by MAS must have been formed together with talc during the geological formation process. When the raw talc rock ore is used to produce baby powder products, the chrysotile is ground together with talc in balling mills.

➢ Because of its extremely high tensile strength chrysotile crystals do not break down to the same particle size range as talc crystals. Therefore, the particles of the same size as talc particles <u>cannot be chrysotile</u>.

**Incorrect Quantification Procedure**

# MAS's Quantitation Procedure Defies Common Sense

**REMOTE DEPOSITION OF WILLIAM E. LONGO, PhD**
**March 22, 2024**

Page 150

1  So, okay, well, let's -- and that's why the SG-210 is
2  so valuable because it's about the same size.
3          So then you take what the recovery is, you
4  know, and then you can calculate what -- all our
5  reports will have a weight corrected, that's the
6  measurement of the difference between the heavy
7  fraction and the light fraction.
8      Q.    And the percentage reporting, is that like
9  a qualitative visual estimate from what the analyst
10  is seeing on the slides as opposed to a quantitative
11  calculation when I look at that, your PLM reports on
12  chrysotile on Johnson & Johnson samples?
13      A.    Yes.  There's only two ways that you can
14  do the estimated weight percent.  You can do point
15  counting, which we don't do because we found it not
16  very accurate, but you have a visual estimate of the
17  percentage you're seeing and that's what you write
18  down, and it's usually a range.
19      Q.    Okay.  That's what your laboratory does,
20  this sort of visual estimate of what you're seeing in
21  terms of area by a percent basis, right?
22      A.    Right.
23      Q.    Okay.  And then when I see -- you know,
24  when you report that in terms of chrysotile bundles
25  per gram, the way that you calculate that number for

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

**In Dr. Longo's deposition on March 22, 2024 he claims that EPA's Point Counting is not very accurate and used Visual Estimate for quantitation**

# MAS Did Not Follow EPA's Quantitation Procedure

**&EPA** | United States Environmental Protection Agency | Office of Research and Development Washington, DC 20460 | EPA/600/R-93/116 July 1993

**Test Method**

**Method for the Determination of Asbestos in Bulk Building Materials**

---

**Baby powder is a friable material.**

This Latin adjective comes from the verb "friare," which means "**to crumble**." "Friare" in turn is related to the verb "fricare" ("to rub"), the source of the English noun "friction." "Friable" is used to describe something that can be easily reduced to a powdered form. In contemporary usage, it is often found in the discussion of asbestos.

Friable Definition & Meaning - Merriam-Webster

**Point counting quantitation is required by U.S. EPA (1982) EPA-600-82-020 Interim method for the determination of asbestos in friable materials.**

> 1.7.2.4   Quantitation of Asbestos Content
> Asbestos quantitation is performed by a point-counting procedure.

**MAS did not follow the official EPA 600 M4 82-200 point counting procedure for quantitation of asbestos content in friable materials.**



# Reference Chart for Visual Estimate (Su, 2022)





**Figure 3.** 0.5–1.0% with 65% of the field of view filled with matrix.



**Figure 4.** 0.8–1.5% with 65% of the field of view filled with matrix.

These are the asbestiform reference charts at 0.X% to meet AHERA requirement for differentiating ACM (asbestos containing material) from Non-ACM. The differentiating factor is 1% by weight:

ACM > 1%
Non-ACM ≤ 1%
These charts have been widely used by US asbestos laboratories and were formally published in 2022 by Shu-Chun Su.

# Can the Asbestos% in the Image be Visually Estimated?



**The red fiber is asbestos. The round objects are talc particles.**

**There is no established analytical protocol to do Visual Estimate at such low concentration levels.**

# Can 0.002 – 004% Be Visually Estimated?

**2023-02-28 - Valadez Bottle Report**

Table 2
Overall Summary of the JBP Asbestos Sample Analysis Results

| MAS Sample # | ATEM Amphibole Asbestos | ISO-NY PLM Wt. % Amphibole Asbestos | CSM-PLM w/o HLS Chrys % | CSM Weight Recovery Light fraction | CSM Chrys % Weight Corrected** |
|---|---|---|---|---|---|
| M71614-001 | <52,000 | NSD | 0.002-0.004 | 15.8% | 0.0003-0.0006 |

*NSD: No Structure Detected **Weight Corrected

➢ **According to Dr. Longo's March 22, 2024 deposition, the 0.002 – 004% CSM-PLM w/o HLS Chrys% was visually estimated.**

➢ **Can anyone visually estimate the red fiber's percentages among the matrix round objects?**





**Impossible Error Rate of Visual Estimate**

# MAS's 0.005% Error Rate Defies Common Sense

**REMOTE DEPOSITION OF WILLIAM E. LONGO, PhD**
**April 2, 2024**

Kayme Clark (NJ) - WilliamLongoVol2-20240402.PDF

```
11    these than I do. So, it's just a visual estimate.
12    It's their opinion.
13         Q.    And it's a qualitative number,
14    qualitative assessment, right?
15         A.    A visual estimate -- it typically may
16    have an error rate of .005 percent or something.
17    They're all qualitative. Every time somebody does
18    PLM and puts a weight percent down, it's called
19    qualitative.
20         Q.    Okay. That error rate that you just
21    referenced, where did you pull that from? That's
22    not from your --
23         A.    It --
24              (Court Reporter clarification.)
25    BY MR. HYNES:
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

LONGO, Ph.D. – DIRECT

Page 186

```
1         Q.    I was going to say, that error rate
2    isn't specific to this chrysotile by PLM?
3         A.    No. It's more specific. And,
4    typically, NVLAP, they would send you a known
5    sample, and you had a range of where it could be.
6    You know, if it was 10 percent. And I forget what
7    they allowed before they started knocking points
8    off.
9         Q.    So, that is based on NVLAP
```

**In Dr. Longo's April 2, 2024 deposition, he claimed that MAS's typical error rate of Visual Estimate was 0.005%**

**It is not qualitative but quantitative.**

**NVLAP's acceptable error rate of Calibrated Visual estimate or CVE is a single-digit percentage, for example, ± 5%, not an error rate at the third decimal place.**

# The 0.005% Error Rate of Visual Estimate Defies Common Sense



**The left man is 6 ft. tall.**

**The right man is 6 ft. and 0.004 in. tall, 0.005% taller than the left man.**

**Can a human being visually tell the difference that the right man is taller by 0.004 inches?  No.**

**Incorrect Extrapolation Procedure.**

**Valadez J & J Baby Powder Container**



**2023-02-28 Valadez Bottle Report**

### Table 2
### Overall Summary of the JBP Asbestos Sample Analysis Results

| MAS Sample # | ATEM Amphibole Asbestos | ISO-NY PLM Wt. % Amphibole Asbestos | CSM-PLM w/o HLS Chrys % | CSM Weight Recovery Light fraction | CSM Chrys % Weight Corrected** |
|---|---|---|---|---|---|
| M71614-001 | <52,000 | NSD | 0.002-0.004 | 15.8% | 0.0003-0.0006 |

*NSD: No Structure Detected **Weight Corrected

### Table 3
### Overall Summary of the Calculated Chrysotile
### BIR CSM-PLM Data
### (RI Fluid 1 650)

| MAS Sample # | Chrysotile RI Values CSM-PLM | Birefringence Calculations |
|---|---|---|
| M71614-001 | 1.568-1.564 | 0.004-0.007 |
| | 1.564-1.557 | avg. = 0.006 |
| | α range γ | |
| | 1.564-1.557 1.568-1.564 | Avg. = 0.006 |

### Table 6
### Chrysotile
### Range of Parallel and Perpendicular RIs

| Chrysotile Bundle No. | RI Fluid | CSM PLM (with HLS) Parallel RI | CSM PLM (with HLS) Perpendicular RI | BIR Calculations γ - α |
|---|---|---|---|---|
| M71614-001 | 1.560 | | | |
| 1 | | 1.564 | 1.561 | 0.003 |
| 2 | | 1.565 | 1.561 | 0.003 |
| 3 | | 1.568 | Avg. 1.559 | 0.009 |
| 4 | | Avg. 1.567 | Avg. 1.562 | 0.005 |
| | | Avg. 1.566 | Avg. 1.561 | 0.005 |

**Estimation of the Number of Chrysotile Bundles Detected for CSM PLM Methods**

Using the number of chrysotile bundles counted during the PLM analysis, and the amount of talcum powder analyzed in a specified area on the cover slip mount per the two glass slides, the amount of chrysotile bundles per gram of talcum powder sample can be calculated.

Total chrysotile bundles in the sample is calculated as shown in the following equation:

$$(A1 \div A2) \times (CB) \div W = TCB/W$$

Where:

- A1: The total area (972 mm²) that the talcum powder occupies on the two glass slides.
- A2: The area (23.51 mm²) in thirty fields of view that the talcum powder occupies on the two glass slides.
- CB: Number of chrysotile bundles detected in a positive sample by PLM analysis.
- W: Weight of total talcum powder placed on the two glass slides.
- TCB/W: Total number of chrysotile bundles per weight (grams) of talcum powder.

The results of CSM sample preparation analysis calculations are shown in Table 4.

### Table 4
### Summary of Estimated Chrysotile Bundles per gram Calculations
### For the CSM PLM Results

| MAS Sample # | wt. of sample grams | No. of Chrys Bundles counted | CSM/ISO Chrysotile Bundles/g | CSM/ISO* Chrysotile Bundles/g |
|---|---|---|---|---|
| M71614-001 | 0.0007 | 6 | 354,000 | 56,000* |
| | | | Avg. = 354,000 | Avg. = 56,000* |

Weight corrected*

**MAS's Conclusions**
- ➤ This baby powder contains 0.0003 – 0.0006% of chrysotile.
- ➤ Each gram of talc contains 56,000 chrysotile bundles.

# MAS PLM Extrapolation Procedure Is Unpublished, Unvalidated, Unreliable, and Not Scientifically Justified

## Estimation of the Number of Chrysotile Bundles Detected for CSM PLM Methods

Using the number of chrysotile bundles counted during the PLM analysis, and the amount of talcum powder analyzed in a specified area on the cover slip mount per the two glass slides, the amount of chrysotile bundles per gram of talcum powder sample can be calculated.

Total chrysotile bundles in the sample is calculated as shown in the following equation:

$$(A1 \div A2) \times (CB) \div W = TCB/W$$

**Where:**

**A1:** The total area (972 mm$^2$) that the talcum powder occupies on the two glass slides.

**A2:** The area (23.55 mm$^2$) in thirty fields of view that the talcum powder occupies on the two glass slides.

**CB:** Number of chrysotile bundles detected in a positive sample by PLM analysis.

**W:** Weight of total talcum powder placed on the two glass slides.

**TCB/W:** Total number of chrysotile bundles per weight (grams) of talcum powder.

The results of CSM sample preparation analysis calculations are shown in Table 4.

### Table 4
### Summary of Estimated Chrysotile Bundles per gram Calculations
### For the CSM PLM Results

| MAS Sample # | wt. of sample grams | No. of Chrys Bundles counted | CSM/ISO Chrysotile Bundles/g | CSM/ISO* Chrysotile Bundles/g |
|---|---|---|---|---|
| M71614-001 | 0.0007 | 6 | 354,000 | 56,000* |
| | | | Avg. = 354,000 | Avg. = 56,000* |

Weight corrected*

Out of a 1.5 oz. container, MAS separated out **0.0007** grams of talc powder for analysis.

Out of the 0.0007 grams sample, Only **2.4%** or **0.000017** grams was actually counted.

Based on the counting results of the 0.000017-gram sample, MAS concluded that one gram of talc powder contains **56,000** chrysotile bundles.

The results of 0.000017 grams were extrapolated to 1 gram of talc powder. The extrapolation factor is **58,824** times!

# 0.000017-Gram PLM Results Extrapolated to 1 Gram of Talc



**The total area of the United States is three million seven hundred ninety-four thousand one hundred square miles. Using 0.000017-gram results to extrapolate to 1 gram of talc is like using a survey of the soil of a 0.4-acre backyard in a Kansas home to represent the soil of the whole United States.**

# 0.000017-Gram PLM Results Extrapolated to 1 Gram of Talc

**A motor vehicle plant produces 58.000 cars in a year.**





Using the measurement results of 0.000017 grams sample to evaluate 1 gram of talc is like using the Quality Control check results of one vehicle to represent all 58,000 vehicles produced in a year.  It is not an acceptable practice.

# 0.000017-Gram PLM Analysis is
# Far From Sufficient to Ensure a < 5% False Positive

➢ **Any analytical procedure has errors. Asbestos analysis is no exception.**

➢ **There are two types of analytical errors: Type 1 – False Positive and Type 2: False Negative.**

➢ **For litigation-related analysis, the False Positive error rate must be kept under 5% or 1%**

➢ **In other words, the analytical procedure's Confidence Level (CL) must be at least 95% to ensure a < 5% False Positive error rate.**

➢ **In product liability analysis, a 95% CL test has a 5% probability of wrongly implicating an innocent product.**

➢ **MAS should pay more attention to the established sampling protocol and arbitrarily choose the amount of sample to be analyzed, which results in unacceptable False Positive rates.**

## Equation for Calculating Sample Size

$$n = p(1-p)\left(\frac{z}{E}\right)^2$$

where

- $n$ – sample size that is large enough to attain the specified maximum allowed error and confidence level
- $p$ – a rough estimate of population proportion (B%)
- $E$ – MAE (maximum allowed error)
- $z$ – critical value from normal distribution corresponding to the specified confidence level

  $z = 1.96$ for 95% confidence level

  $z = 2.575$ for 99% confidence level

Note:   1. Given $z$ and $p$, this equation can be used to calculate the margin of error associated with a specific $n$

2. The derivation of this equation is omitted in this presentation, which can be found in general probability/statistics texts

June 10, 2008                Shu-Chun Su:  CARB M-435                22 of 40

**All reliable methodologies require a sample size calculation to ensure a 95% Confidence Level and keep the False Positive error rate under 5%. Above is an example that I provided to the California Air Resources Board in 2008.**
**MAS did not perform any such calculation as part of its PLM methodology, which is scientifically inappropriate.**

2024-05-21                                                                72

## Equation for Calculating Sample Size

$$n = p(1-p)\left(\frac{z}{E}\right)^2$$

where

- $n$ – sample size that is large enough to attain the specified maximum allowed error and confidence level
- $p$ – a rough estimate of population proportion (**B%**)
- $E$ – MAE (**maximum allowed error**)
- $z$ – critical value from normal distribution corresponding to the specified confidence level

    $z = 1.96$ for **95%** confidence level
    $z = 2.575$ for **99%** confidence level

*Nate:* *1. Given z and p, this equation can be used to calculate the margin of error associated with a specific n*

*2. The derivation of this equation is omitted in this presentation, which can be found in general probability/statistics texts*

June 10, 2008                 Shu-Chun Su:  CARB M-435                 22 of 40

The above equation can be used to calculate the Confidence Level for known sample size, population proportion, and maximum allowed error. The Confidence Level of 2023-02-28 Valadez Bottle Report is far below 50%, making the False Positive error rate much greater than 50%. Such a False Positive error rate is totally unacceptable. A responsible laboratory will never adopt such a sampling scheme to make the False Positive error rate greater than 50%.

**Internally Conflicting Quantification Results.**

# Internally Conflicting Quantification Results

## 2021-05-25 OTShelf JBP Purchased Argentina (M71228-001)



2021-05-25 M71228-001

Length 102.1 µm
Width 9.5 µm

M71228-001ISO-001-001 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.563 to 1.567

**MAS reported 137,000 chrysotile bundles constituting a 0.005 – 0.006%wt. asbestos concentration.**

| | |
|---|---|
| Date of Report | 2021-05-25 |
| MAS No. | 71228-001 |
| Product | Argentina |
| Chrysotile % | 0.005 - 0.006 |
| Chrysotile Bundles per gram of baby powder | 137000 |
| Image of 71228-001 Chrysotile | p.39 |
| Scale bar length (µm) | 100 |
| Length of Scale Bar on screen (pixel) | 95.0 |
| Chrysotile length on screen (pixel) | 97.0 |
| Chrysotile length (µm) | 102.1 |
| Chrysotile width on screen (pixel) | 9.0 |
| Chrysotile width (µm) | 9.5 |
| Chrysotile thickness (µm) | 9.5 |
| Single chrysotile volume (µm³) | 9164.02 |
| Single chrysotile volume (mm³) | 0.0000091640 |
| Total volume of chrysotile bundles (mm³) | 1.255470 |
| Talc density (g/cm³) | 2.72 |
| Volume of 1 gram chrysotile (cm³) | 0.368 |
| Volume of 1 gram chrysotile (mm³) | 367.6 |
| Percentage of chrysotile | 0.34% |

### Table 2
**Overall Summary of Off-The-Shelf JBP Container Sample Analysis Results**

| MAS Sample # | ISO-PLM w/o HLS Chrysotile | Chrysotile Bundles Counted ISO | CSM/ISO-PLM with HLS chrysotile % | Chrysotile Bundles Counted CSM-ISO | Weight Recovery CSM-ISO | CSM/ISO-PLM with HLS chrysotile % |
|---|---|---|---|---|---|---|
| M71216-001 | 0.016-0.017 | 53 | *0.022-0.023 | 70 | 24.2% | **0.005-0.006 |
| M71216-002 | 0.009-0.012 | 33 | 0.014-0.015 | 48 | 21.4% | 0.003 |
| M71216-003 | 0.016-0.017 | 39 | 0.019-0.020 | 63 | 21.3% | 0.004 |
| Range 0.009-0.017 | | Avg. 41 Bundles | Range 0.014-0.023 | Avg. 60 Bundles | Avg. 22.3% | Range 0.003-0.006 |

*CSM chrysotile weight concentrations not weight corrected. **CSM chrysotile weight concentrations recovery corrected

### Table 5
**Summary of Estimated Chrysotile Bundles per gram Calculations for the JBP ISO & CSM PLM Results**

| MAS Sample # | ISO-PLM Wt of Sample Grams | No. of Chry Bundle counted | Chrysotile Bundles/g | Wt. of Sample in Grams | No. of Chry Bundles counted | Chrysotile Bundles/g |
|---|---|---|---|---|---|---|
| M71228-001 | 0.0010 | 53 | 567,000 | 0.0010 | 70 | 749,000 |
| M71228-002 | 0.0010 | 33 | 353,100 | 0.0010 | 48 | 514,000 |
| M71228-003 | 0.0009 | 39 | 464,000 | 0.0011 | 63 | 613,000 |
| Avg. 0.0097 | | Avg. 42 Chry Bundles | Avg. 461,000 | Avg. 0.00103 | Avg. 60 chry Bundles | Avg. 625,000 |

**Reported: 0.005 – 0.006; Calculated: 0.34%. Differing by 62 times.**

## The conclusion is that MAS's quantification results are NOT credible.

**Inaccurate and Unreliable
Sample Preparation Procedure.**

# Incorrect Sample Preparation Procedure

## 2020 - 2024 HLS Resaults

| Date | MAS No. | | | Light Fraction % |
|------|---------|---|---|------------------|
| 2020-09-17 | M71666 | 001 | 1 | 17.0 |
| | | | 2 | 14.6 |
| | | | 3 | 13.4 |
| 2021-05-25 | M71216 | 001 | 1 | 24.2 |
| | | | 2 | 21.4 |
| | | | 3 | 21.3 |
| 2023-02-28 | M71614 | 001 | 1 | 15.9 |
| 2023-10-19 | M71643 | 001 | 1 | 19.7 |
| 2024-02-15 | M71740 | 001 | 1 | 25.7 |

Since MAS's chrysotile concentration is at the 0.00x% level, talc is then at 99+% level.
If the Heavy Liquid Separation (HLS) sample preparation procedure was correctly performed, the Light Fraction would be **< 1%**.
MAS's **two-digit Light Fraction** results clearly indicate that MAS was NOT capable of correctly performing the HLS sample preparation procedure.

# Summary of Deficiencies of MAS's Analytical Procedures

Case 1:23-cv-00108-LMB-JFA Document 1324-36 Filed 07/24/24 Page 1 of 51 PageID# 24215

➢ **Inability to ensure a 95% Confidence Level of quantification.**

➢ **Inability to correctly interpret dispersion staining colors.**

➢ **Inability to calibrate dispersion staining colors.**

➢ **Inability to understand the basic relationship between the material's refractive index and the refractive index of liquids used for measurement.**

➢ **Inability to conduct calibrated visual estimate (CVE).**

➢ **Inability to check the internal consistency of analytical data.**

➢ **Inability to correctly measure particle size under a polarized light microscope.**

➢ **Inability to correctly create scale bars.**

➢ **Inability to understand the fundamental physics principles governing the relationship between a material's refractive index and its physical dimension.**

➢ **Inability to understand the fundamental geological principles governing the formation of minerals and mineral ore deposits.**

# References in Presentation

Aveston, J. (1969) The mechanical properties of asbestos. Journal of Materials Science, 4, 625-633.MAS (2020). https://doi.org/10.1007/BF00550118.

ISO 22262-1    ISO 22262-1

MAS (2020)    2020-03-18 MAS Rpt JBP-Titley.pdf

MAS (2020)    2020-03-20 MAS Rpt JBP-Doyle.pdf

MAS (2021)    2021-05-25 MAS OTShelf JBP Purchased Argentina (M71228).pdf

MAS (2021)    2021.09.05 - Dr. Longo Report Avon, Clinique, EL.pdf

MAS (2022)    2022-03-11 MAS Analy of Klayman's JBP & STS Containers (M71262).pdf

MAS (2023)    2023-02-28 - Valadez Bottle Report.pdf

MAS (2023)    2023.10.19 (M71643-001) Talcum Powder Analysis of Johnson's Baby Powder Compiled Notebook 14-2996.pdf

MAS (2024)    2024-02-15 M71740 Analysis of  JBP (Rochelle Kirch) Compiled Notebook.pdf

MAS (2024)    Kayme Clark (NJ) – William Longo Ph.D. Deposition-Vol. 1-20240327.

MAS (2024)    Kayme Clark (NJ) – William Longo Ph.D. Deposition-Vol. 2-20240402.

Mumpion, F.A. and Thompson, C.S. (1973) Mineralogy And Origin of the Coalinga Asbestos Deposit. Clays and Clay Minerals. 23, 131 – 143.

Pier, J (2017)    Wet Sieve Concentration Applied to Chrysotile in the Analysis of Talc for Asbestos. Johnson Conference, Burlington, VT.

Sprynskyy, M. et. al. (2011) Structural features of natural and acids modified chrysotile nanotubes. Journal of Physics and Chemistry of Solids. Volume 72, Issue 9. Pages 1015-1026. https://doi.org/10.1016/j.jpcs.2011.05.013.

Su, S.C. (2003)    A rapid and accurate procedure for the determination of refractive indices of asbestos minerals.  American Mineralogist, 88, 1979-1982.

Su, S.C (2022)    The Dispersion Staining Technique and Its Application to Measuring Refractive Indices of Non-opaque Materials, with Emphasis on Asbestos Analysis, The Microscope, 69:2, pp 51–69; https://doi.org/10.59082/ZGWM6676.

Su, S.C. (2022)    Area Percentage Charts to Aid Visual Estimation of Asbestos Concentration in Bulk Asbestos Samples, The Microscope 69:4, pp 160-162

Syed, S.F. et. al. (2020) Optimization of Tensile Strength and Shrinkage of Talc-Filled Polypropylene as a Packaging Material in Injection Molding. J Package Technol Res 4, 69–78. https://doi.org/10.1007/s41783-019-00077-6.

Shubhra, T.H. et. al. (2011) Mechanical properties of polypropylene composites: a review. J Thermoplast Compos. 26. 362-391. https://doi.org/10.1177/0892705711428659.

USP (2022)    41. USP-NF 〈1901〉 Theory and Practice of Asbestos Detection in Pharmaceutical Talc.pdf

Zhao, S. et. al. (2021) The Physical and Chemical Properties of Hemp Fiber Prepared by Alkaline Pectinase-Xylanase System. https://doi.org/10.21203/rs.3.rs-451112/v1.