# Exhibit 111

# Part 1

# Chrysotile PLM Dispersion Staining Colors (ISO)



Figure C.1 — Central stop dispersion staining colours for chrysotile in 1,550 RI liquid



EXHIBIT 4

WIT: William Longo

DATE: 3/3/2023

iDepo

DX-19933

# ISO Reference Chrysotile: Parallel



DX-19933; DX-21212

# ISO Reference Chrysotile: Perpendicular



DX-19933 and DX-21212

# Dr. Longo's PLM Dispersion Staining Chart





DEFENDANT'S
J&J EXHIBIT
**DX-21212**

DX-21212  Page 1 of 1

# Dr. Su's PLM Dispersion Staining Chart



DETERMINING ASBESTOS REFRACTIVE INDICES BY DISPERSION STAINING        PAGE 4 OF 32

DEFENDANT'S
J&J EXHIBIT
C-6138

Fig 1. Converting dispersion staining color to corresponding λ₀. McCrone, 1987).

C-6138  Page 1 of 1

5

# PLM DISPERSION STAINING CHART

Case 2:19-cv-07355-M-S-p-5   Document 7047-13   Filed 07/29/24   Page 7 of 21   Page ID : 36864

**Dr. Longo's Version**



**Original Version**



# Birefringence of Talc vs. Chrysotile

**Chrysotile**: **Lower** Birefringence (Colors **Closer Together**)



**Talc**: **Higher** Birefringence (Colors **Farther Apart**)

7

# "Golden Yellow" Images

## SHADE OF YELLOW IMPACTS ONE SIDE OF BIREFRINGENCE



Figure C.1 — Central stop dispersion staining colours for chrysotile in 1,550 RI liquid

DX-19933

# Dr. Su's Method: Avoid Yellow "At All Cost"

**DETERMINATION OF REFRACTIVE INDICES OF
ASBESTOS MINERALS BY DISPERSION STAINING:
*WHY* AND *HOW***

is in the ***ultraviolet*** (instead of the visible) range. Experience tells us that "yellow" is the hardest CSDS color to be quantified and should be avoid at all cost.   The same yellow CSDS color could be called "golden yellow", "yellow", "light yellow", "pale yellow", etc., by different analysts and, in the meantime, is more susceptible to the color temperature of light source and the type of daylight filter used than other CSDS colors.

Rev. 2020-06-30

Su 6/30/2020 [[DX-21210]]

# Yellow Interpretation Problem Not Limited To Amphiboles

Case 3:19-cv-07-7-MAS-TJB    Document 35...138    Filed 09/25/24    Page 11 of 21
PageID: 223567

```
20   BY MR. HYNES:
21       Q.   Okay.  And that issue about the interpretation
22   of the color yellow, that's not limited to just
23   amphibole structures, that's something that Dr. Su, in
24   this document, is noting is a problem inherent to the
25   interpretation of structures that show the color yellow

                                              Page 99

 1   in central-stop dispersion standing oils, right?
 2            MR. KRAMER:  Objection to form.
 3            THE WITNESS:  Yes.  He doesn't ever put that
 4   in any of the handouts that he gave out in the past, it
 5   was always amphiboles.  But now, surprisingly -- not
 6   surprisingly, he's now stepping in this.
```

Davis Deposition (2/22/23) at 99:21-100:6

# Dr. Su's PLM Dispersion Staining Chart



# Dr. Longo's "Chrysotile": White Balancing





# White Balancing



# Appropriately White Balanced PLM Analyses

## Mr. Poye's PLM (VT talc)

No asbestos was detected by PLM.



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

## Dr. Sanchez's PLM (VT talc)

No asbestos detected



1.550 refractive index oil

14

DX-21150.005; DX-21111.021 at 12

# Dr. Longo's "Chrysotile": White Balancing





Longo's 9/16/2020 Report on Project M71109-M71111 at 296-297

# How Should Birefringence Be Calculated?

**Parallel: <u>Highest</u> (Farthest to the <u>Left</u>)**



**Perpendicular: <u>Lowest</u> (Farthest to the <u>Right</u>)**

16

DX-19933

# Dr. Longo Uses Averages

Moves Refractive Index Values **<u>Closer Together</u>** (**<u>More Like Chrysotile</u>**)

# Averages Not In Published Method

17   Q. Well, but I want to make -- I want to make

18 crystal clear that there's no question you're using

19 averages instead of high or low.  Right?  High and low.

20   A. We do use an average, yes, as I've stated.  09:36:52

21   Q. And in terms of that technique, you don't know

22 of anywhere where the technique that you're using has

23 been published or put into a scientific method; right?

24   A. I'm not aware of any, no.

# Dr. Longo's Chrysotile: What Color Is This?



Longo's 9/16/2020 Report on Project M71109-M71111 at 223

# Birefringence of Talc vs. Chrysotile

**Chrysotile**: **Lower** Birefringence (Colors **Closer Together**)



**Talc**: **Higher** Birefringence (Colors **Farther Apart**)