# Exhibit 111 Part 2

# Dr. Longo's Chrysotile: What Color Is This?



21

Longo's 9/16/2020 Report on Project M71109-M71111 at 224

# Su Affidavit

In this case, the rule of thumb is to **bring the yellow CSDS color to purple or magenta or blue range** by using an immersion liquid with a greater RI, such as 1.560 or 1.570 for crystal P at a **normal intensity of illumination** such as B in Fig. 2.

22

# Sample With 1.550 RI



## Valadez Bottle With 1.560 RI



# 1.550 vs. 1.560 RI




# Calidiria References In 1.560



Calidiria Reference Document At Page 21

# Su Refractive Indices

Table 5B. Chrysotile γ (In Cargille Series E: 1.560)

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

27

# Birefringence of Talc vs. Chrysotile

**Chrysotile**: **Lower** Birefringence (Colors **Closer Together**)



**Talc**: **Higher** Birefringence (Colors **Farther Apart**)

28

# Dr. Longo's Chrysotile: What Color Is This?



# Su Refractive Indices

Table 5B.  Chrysotile γ (In Cargille Series E: **1.560**)

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

30

# ISO Reference Chrysotile: Parallel



# Dr. Longo's Chrysotile: What Color Is This?



Longo Valadez Report at 38

32

# Su Refractive Indices

Table 5B. Chrysotile γ (In Cargille Series E: 1.560)

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

33

# Dr. Longo's Chrysotile: What Color Is This?



# Su Refractive Indices

Table 5B. Chrysotile γ (In Cargille Series E: 1.560)

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

35

# Gunter Images



Gunter Supplemental Woods Report at 42

# Longo: 1.550 RI vs 1.560 RI




37    Longo's 9/16/2020 Report on Project M71109-M71111 at 296; Longo Valadez Report at 33;