# Exhibit 112

# Part 2



M70484-001HLM-006 Chrysotile Crossed Polars



M70484-001HLM-006 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

70.4µm

M70484-001HLM-007 Chrysotile Parallel Dispersion 1.550 R.I. @ 100X



M70484-001HLM-007 Chrysotile Perpendicular Dispersion

M70484-001HLM-007 Chrysotile Elongation @ 400X



M70484-001HLM-007 Chrysotile Crossed Polars



M70484-001HLM-007 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X



49.6μm

M70484-001HLM-008 Chrysotile
Parallel Dispersion
1.550 R.I. @ 100X



M70484-001HLM-008 Chrysotile
Perpendicular Dispersion



M70484-001HLM-008 Chrysotile Elongation @ 400X

M70484-001HLM-008 Chrysotile Crossed Polars



M70484-001HLM-008 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-001 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 7/23/2019 - 7/24/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03180 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E3-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-001 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 7/23/2019 - 7/24/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03180 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E4-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-001 | | Grid Box # | | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 7/23/2019 - 7/24/2019 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03180 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|---|
| | 0.03180 | 0.03180 | g |
| Percent of Orig. Post Separation | | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00017434 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 0 | Str. |
| **Structures per Gram of Sample** | <5,740 | Str./g |

| Detection Limit | 5.74E+03 | Str./g |
|---|---|---|
| Analytical Sensitivity | 5.74E+03 | Str./g |

### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-001 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 7/23/2019 - 7/24/2019 | G. O. in microns = | | 105 | 105 | 105 |
| Initial Weight(g) | 0.03180 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | E3-A1 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 4





M70484 - 2
SGP 445997



M70484 - 2

SGP 445997



M70484 - 2

SGP 445997

1045RA

**We love babies.**
JOHNSON'S® Baby Powder leaves
skin feeling delicately soft and dry
while providing soothing relief.
**SAFETY TIP: Keep out of
reach of children.
WARNING: Keep powder
away from child's face to
avoid inhalation, which can
cause breathing problems.
Avoid contact with eyes. For
external use only. Close
tightly after use.**
Ingredients: Talc, Fragrance

Distributed in the US by:
JOHNSON & JOHNSON
CONSUMER PRODUCTS COMPANY
Division of Johnson & Johnson Consumer
Companies, Inc. Skillman, NJ 08558-9418
Talc Made in China
Questions? 866-JNJ-BABY; Outside US, dial
collect 215-273-8755  www.johnsonsbaby.com

©J&J CCI 2014

3  8137-003001  0

30027477





**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**    M70484 - 002BL        **Analyst** Paul Hess        **Date** 6/19/2019

**ClientName** Simon Greenstone Panatier Bartlett        **ClientSpl** SGP 445997

**Location**

**Type_Mat**    Johnson & Johnson Baby Powder 1.5oz

**Gross Visual**    Off-white debris on slide        **% of Sample**    100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | | | |
| Pleochroism | | | |
| Refract Index | | | |
| Sign^ | | | |
| Extinction | | | |
| Birefringence | | | |
| Melt | | | |
| Fiber Name | | | |

**ASBESTOS MINERALS**        **EST. VOL. %**

NO ASBESTOS OBSERVED

| | |
|---|---|
| Chrysotile.............................. | |
| Amosite................................ | |
| Crocidolite............................ | |
| Tremolite/Actinolite.............. | |
| Anthophyllite........................ | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**    X = Materials detected. *** Moderate amount of Fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**     M70484 - 002ISO          **Analyst** Paul Hess          **Date** 6/17/2019

**ClientName** Simon Greenstone Panatier Bartlett          **ClientSpl** SGP 445997

**Location**

**Type_Mat** Johnson & Johnson Baby Powder 1.5oz

**Gross Visual** Off-white powder          **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | | | |
| Pleochroism | | | |
| Refract Index | | | |
| Sign^ | | | |
| Extinction | | | |
| Birefringence | | | |
| Melt | | | |
| Fiber Name | | | |

**ASBESTOS MINERALS**          **EST. VOL. %**

NO ASBESTOS OBSERVED

Chrysotile..............................
Amosite................................
Crocidolite............................
Tremolite/Actinolite..............
Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55          ***

**NON FIBROUS COMPONENTS**

| Opaques | X |
|---|---|
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments** X = Materials detected. *** Abundant Fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M70484 - 002HLM        **Analyst** Paul Hess        **Date** 2/22/2020

**ClientName** Simon Greenstone Panatier Bartlett        **ClientSpl** SGP 445997

**Location**

**Type_Mat** Johnson & Johnson Baby Powder 1.5oz

**Gross Visual** White debris on filter        **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | wavy | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.561/1.552 | | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | low | | |
| **Melt** | no | | |
| **Fiber Name** | Chrysotile | | |

**ASBESTOS MINERALS**          **EST. VOL. %**

| | |
|---|---|
| **Chrysotile**............................... | 0.001 to 0.01 |
| **Amosite**................................. | |
| **Crocidolite**............................ | |
| **Tremolite/Actinolite**.............. | |
| **Anthophyllite**........................ | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments** Chrysotile asbestos observed. X = Materials detected. *** Moderate amount of Fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

58.5µm

M70484-002HLM-001 Chrysotile-Talc
Parallel Dispersion
1.550 R.I. @ 100X



M70484-002HLM-001 Chrysotile-Talc
Perpendicular Dispersion



M70484-002HLM-001 Chrysotile-Talc
Elongation @ 400X



M70484-002HLM-001 Chrysotile-Talc
Crossed Polars



M70484-002HLM-001 Chrysotile-Talc
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

78.5µm

M70484-002HLM-002 Chrysotile-Talc
Parallel Dispersion
1.550 R.I. @ 100X



M70484-002HLM-002 Chrysotile-Talc
Perpendicular Dispersion



M70484-002HLM-002 Chrysotile-Talc Elongation @ 400X



M70484-002HLM-002 Chrysotile-Talc
Crossed Polars



M70484-002HLM-002 Chrysotile-Talc
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

79.3µm

M70484-002HLM-003 Chrysotile-Talc
Parallel Dispersion
1.550 R.I. @ 100X



M70484-002HLM-003 Chrysotile-Talc
Perpendicular Dispersion



M70484-002HLM-003 Chrysotile-Talc
Elongation @ 400X



M70484-002HLM-003 Chrysotile-Talc
Crossed Polars



M70484-002HLM-003 Chrysotile-Talc
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

## TEM Bulk Talc Structure Count Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M70484-002 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | **G. O. Area** |
| Date of Analysis | 7/29/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03048 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | D3-A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |

MAS, LLC. Suwanee, GA 30024

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-002 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G. O. Area** |
| Date of Analysis | 7/29/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03048 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | D4-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-002 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 7/29/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03048 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.03048 | 0.03048 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| | | | | | |
|---|---|---|---|---|---|
| Wt. Of Sample Analyzed | 0.00016710 | g | | | |
| Filter size | 201.1 | mm² | | | |
| Number of Structures Counted | 0 | Str. | Detection Limit | 5.98E+03 | Str./g |
| Structures per Gram of Sample | <5,980 | Str./g | Analytical Sensitivity | 5.98E+03 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-002 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G.O. Area** |
| Date of Analysis | 7/29/2019 | G. O. in microns = | | 105 | 105 | 105 |
| Initial Weight(g) | 0.03048 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | D3-A2 | | | | | No fibrous talc observed | |

# Section 5

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-000 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 7/23/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | N/A | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A5-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M70484-000 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 7/23/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | N/A | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B5-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M70484-000 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | **G. O. Area** |
| Date of Analysis | 7/23/2019 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | N/A | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| N/A | N/A | g |
| Percent of Orig. Post Separation | N/A | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | N/A | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 0 | Str. |
| **Structures per Gram of Sample** | N/A | Str./g |

| | | |
|---|---|---|
| Detection Limit | N/A | Str./g |
| Analytical Sensitivity | N/A | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M70484-000 | | Grid Box # | 8668 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G.O. Area** |
| Date of Analysis | 7/23/2019 | G. O. in microns = | | 105 | 105 | 105 |
| Initial Weight(g) | N/A | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | A5-A1 | | | | | No fibrous talc observed | |