# Exhibit 117
# Part 1

DEFENDANT'S
EXHIBIT

D-1794.4

M68503-026-Grid D2-0001
M68503-026 Grid E9
3173400



RJ Lee Group                                                                 1

**D-1794.4 Page 1 of 64**





| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | G9 | | | | | | | |
| 19 | G10 | Bundle | Tremolite | 7.5 | 0.80 | 9.4 | X | X |
| NSD | E9-A1 | | | | | | | |
| 20 | A2 | Bundle | Tremolite | 3.9 | 0.60 | 6.5 | X | X |
| 21 | A3 | Bundle | Tremolite | 4.1 | 0.60 | 6.8 | X | X |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |

**TEM Bulk Talc Structure Count Sheet**

| Project/Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | 1.103 |

M68503-026-020 Tremolite Diffraction @ 50cm    10/26/2018

MAS,LLC. Suwanee, GA 30024    2 of 3





M68503-026-021 Tremolite  ( 4.1 um x 0.6 um )    10/26/2018



### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-026 | | Grid Box # | | 8632 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst | Anthony Keeton | | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | G9 | | | | | | | |
| 19 | G10 | Bundle | Tremolite | 7.5 | 0.80 | 9.4 | X | X |
| NSD | E9-A1 | | | | | | | |
| 20 | A2 | Bundle | Tremolite | 2.8 | 0.60 | 4.6 | X | X |
| 21 | A3 | Bundle | Tremolite | 4.1 | 0.60 | 6.8 | X | X |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 22 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 28 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 29 | | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |

2 4764    M68503-026-021 Tremolite Diffraction @ 50cm    10/20/2018

MAS,LLC. Suwanee, GA 30024    2 of 3





2 4769    M68503-026-022 Tremolite  (3.0 um x 0.46 um)    10/26/2018



Quantitative Results for Tremolite
Analysis: Thin Film   Method: Standardless
Acquired 26-Oct-2018, 100.0 KeV @19 eV/channel

Element
Magnesium
Silicon
Calcium
Total

|  | TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 | |
| Analyst | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | G9 | | | | | | | |
| 19 | G10 | Bundle | Tremolite | 7.5 | 0.80 | 9.4 | X | X |
| NSD | E9-A1 | | | | | | | |
| 20 | A2 | Bundle | Tremolite | 3.9 | 0.60 | 6.5 | X | X |
| 21 | A3 | Bundle | Tremolite | 4.1 | 0.60 | 6.8 | X | X |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| | | | | | | | | |
| 22 | B6 | Bundle | Tremolite | 3.0 | 0.46 | 6.5 | X | X |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 28 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 29 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |

MAS,LLC. S                                                              2 of 3

2 4767        M68503-026-022 Tremolite Diffraction @ 50cm        10/26/2018



S-5500 2.0kV 0.0mm x30.0k SE                    1.00um







RJ Lee Group

8

 





2 4773        M68503-026-024 Tremolite  ( 6.5 um x 1.1 um)        10/27/2018





**TEM Bulk Talc Structure Count Sheet**

2 4848        M68503-026-024 Tremolite Diffraction @ 50cm        10/30/2018

| Str. # | Grid | | | | | | | |
|--------|------|--|--|--|--|--|--|--|
| NSD | 19 | | | | | | | |
| NSD | 20 | | | | | | | |
| 21 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 22 | | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
|  | B10 | Bundle | Tremolite | 24.4 | 2.00 | 8.4 | X | X |
| 24 | | Bundle | Tremolite | 6.5 | 1.10 | 5.9 | X | X |
|  |  | Bundle | Tremolite | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| 26 | C7 | Bundle | Tremolite | 27.6 | 3.70 | 7.5 | X | X |
| 27 | | Bundle | Tremolite | 18.4 | 2.30 | 8.0 | X | X |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| 28 | D2 | Bundle | Tremolite | 75.9 | 4.60 | 16.5 | X | X |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| 29 | H3 | Bundle | Tremolite | 9.2 | 1.40 | 6.6 | X | X |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |

MAS,LLC. Suwanee, GA 30024        2 of 3



S-5500 2.0kV 0.0mm x15.0k SE                                    3.00um







| TEM Bulk Talc Structure Count Sheet | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project/Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 | | |
| Analyst | Anthony Keeton | | | | Length | Width | G.O. Area | |
| Date of Analysis | | | | | | | | |
| Initial Weight(g) | | | | | | | | |
| Analysis Type | | | | | | | | |
| Scope No. 2 | | | | | | | | |
| Str. # | | | | | | | | |
| NSD | | | | | | | | |
| 19 | | | | | | | | |
| NSD | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 22 | | | | | | | | |
| NSD | | | | | | | | |
| 23 | B10 | Bundle | Tremolite | 24.4 | 3.00 | 8.1 | X | X |
| 24 | | Bundle | Tremolite | 6.6 | 1.10 | 6.0 | X | X |
| 25 | C1 | Bundle | Tremolite | 8.6 | 0.92 | 9.3 | X | X |
| NSD | | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| 26 | C7 | Bundle | Tremolite | 27.6 | 3.70 | 7.5 | X | X |
| 27 | | Bundle | Tremolite | 18.4 | 2.30 | 8.0 | X | X |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| 28 | D2 | Bundle | Tremolite | 75.9 | 4.60 | 16.5 | X | X |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| 29 | H3 | Bundle | Tremolite | 9.2 | 1.40 | 6.6 | X | X |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |

MAS,LLC. Suwanee, GA 30024

2 of 3

RJ Lee Group    12





2 4785          M68503-026-026 Tremolite ( 27.6 um x 3.7 um)          10/27/2018





| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | Grid Box # | 8632 | No. of Grids Counted | 2 | |
| Analyst | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | | Yes | Average | 11025 |

2 4786          M68503-026-026 Tremolite Diffraction @ 50cm          10/27/2018

| Str. # | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | | | | | | | |
| 19 | | | | | | | |
| NSD | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 22 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 26 | C7 | Bundle | Tremolite | 27.6 | 3.70 | 7.5 | X | X |
| NSD | C8 | | | | | | |
| NSD | C9 | | | | | | |
| NSD | C10 | | | | | | |
| NSD | D1 | | | | | | |
| 28 | D2 | Bundle | Tremolite | 75.9 | 4.60 | 16.5 | X | X |
| NSD | D3 | | | | | | |
| NSD | D4 | | | | | | |
| NSD | D5 | | | | | | |
| NSD | D6 | | | | | | |
| NSD | D7 | | | | | | |
| NSD | D8 | | | | | | |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | H1 | | | | | | |
| NSD | H2 | | | | | | |
| 29 | H3 | Bundle | Tremolite | 9.2 | 1.40 | 6.6 | X | X |
| NSD | H4 | | | | | | |
| NSD | H5 | | | | | | |
| NSD | H6 | | | | | | |

MAS,LLC. Suwanee, GA 30024                2 of 3

RJ Lee Group                14







RJ Lee Group                                                                                      15



2 4833    M68503-026-027 Tremolite  ( 18.4 um x 2.3 um)    10/30/2018



| | TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 | |
| Analyst: | | | | | | | |
| Date of Analysis | | | | | | | |
| Initial Weight(g) | | | | | | | |
| Analysis Type | | | | | | | |
| Scope No. | | | | | | | |
| 2 | | | | | | | |
| Str. # | | | | | | | |
| NSD | | | | | | | |
| 19 | | | | | | | |
| NSD | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 22 | | | | | | | |
| NSD | 2 4832 | | M68503-026-027 Tremolite Diffraction @ 50cm | | | 10/30/2018 | |
| NSD | | | | | | | |
| 23 | B10 | Bundle | Tremolite | 24.4 | 3.00 | 8.1 | X | X |
| 24 | | Bundle | Tremolite | 6.5 | 1.10 | 5.9 | X | X |
| 25 | C1 | Bundle | Tremolite | 8.6 | 0.92 | 9.3 | X | X |
| NSD | C2 | | | | | | |
| NSD | C3 | | | | | | |
| NSD | C4 | | | | | | |
| NSD | C5 | | | | | | |
| NSD | C6 | | | | | | |
| 27 | | Bundle | Tremolite | 18.4 | 2.30 | 8.0 | X | X |
| NSD | C9 | | | | | | |
| NSD | C10 | | | | | | |
| NSD | D1 | | | | | | |
| 28 | D2 | Bundle | Tremolite | 75.9 | 4.60 | 16.5 | X | X |
| NSD | D3 | | | | | | |
| NSD | D4 | | | | | | |
| NSD | D5 | | | | | | |
| NSD | D6 | | | | | | |
| NSD | D7 | | | | | | |
| NSD | D8 | | | | | | |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | H1 | | | | | | |
| NSD | H2 | | | | | | |
| 29 | H3 | Bundle | Tremolite | 9.2 | 1.40 | 6.6 | X | X |
| NSD | H4 | | | | | | |
| NSD | H5 | | | | | | |
| NSD | H6 | | | | | | |

MAS,LLC. Suwanee, GA 30024                                                    2 of 3









2  4835      M685003-026-028 Tremolite  (75.9 um x 4.6 um)      10/30/2018



Quantitative Results for Tremolite
Analysis: Thin Film   Method: Standardless
Acquired 30-Oct-2018, 100.0 keV @10 eV/channel

Element
Magnesium
Silicon
Calcium
Total



| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

2  4637      M68503-026-028 Tremolite Diffraction @ 50cm      10/30/2018

| Str. # | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | | | | | | | |
| 19 | | | | | | | |
| NSD | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 22 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| NSD | | | | | | | |
| NSD | C10 | | | | | | |
| 28 | D2 | Bundle | Tremolite | 75.9 | 4.60 | 16.5 | X | X |
| NSD | D4 | | | | | | |
| NSD | D5 | | | | | | |
| NSD | D6 | | | | | | |
| NSD | D7 | | | | | | |
| NSD | D8 | | | | | | |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | H1 | | | | | | |
| NSD | H2 | | | | | | |
| 29 | H3 | Bundle | Tremolite | 9.2 | 1.40 | 6.6 | X | X |
| NSD | H4 | | | | | | |
| NSD | H5 | | | | | | |
| NSD | H6 | | | | | | |

MAS,LLC. Suwanee, GA 30024                                    2 of 3









D-1794.4 Page 19 of 64



2 4839          M68503-026-029 Tremolite  (9.2 um x 1.4 um)          10/30/2018



Quantitative Results for Tremolite
Analysis: Thin Film    Method: Standardless
Acquired 30-Oct-2018, 100.0 KeV @10 eV/channel

Element
Magnesium
Silicon
Calcium
Total

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | G9 | | | | | | | |
| 19 | G10 | Bundle | Tremolite | 7.5 | 0.80 | 9.4 | X | X |
| NSD | E9-A1 | | | | | | | |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | X |
| | | | | | | | | |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | |
| | | | | | | | | X |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | H1 | | | | | | | |
| 29 | H3 | Bundle | Tremolite | 9.2 | 1.40 | 6.6 | X | X |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |

2 4838          M68503-026-029 Tremolite Diffraction @ 50cm          10/30/2018

MAS,LLC. Suwanee, GA 30024                    2 of 3





2 4841                    M68503-026-030 Tremolite  ( 4.6 um x 0.7 um )                    10/30/2018



| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst: | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| | | | Asbestos | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 | H7 | Bundle | Tremolite | 4.6 | 0.70 | 6.6 | | X | X |
| NSD | H9 | | | | | | | | |
| 31 | H10 | Bundle | Tremolite | 6.9 | 1.00 | 6.9 | | x | x |



Org. Sample Wt.  Sample Wt. Post HL Separation
0.02109    0.02109    g
Percent of Orig. '*
Separ



2 4840          M68503-026-030 Tremolite Diffraction @ 50cm          10/30/2018

MAS,LLC. Suwanee, GA 30024                                           3 of 3

RJ Lee Group                                                          22



S-5500 2.0kV 0.0mm x20.0k SE                                    2.00um



M68503-026-031 Tremolite ( 6.9 um x 1.0 um)    10/30/2018

2 4842





### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-026 | | Grid Box # | | 8632 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | | Length | | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | 105 | | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | | 105 | | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| 30 | H7 | Bundle | Tremolite | 4.6 | 0.70 | 6.6 | X | X |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| 31 | H10 | Bundle | Tremolite | 6.9 | 1.00 | 6.9 | X | X |

| | Sample Wt. |
|---|---|
| Org. Sample Wt. | Post HL Separation |
| 0.02109 | 0.02109 g |
| Percent of Orig. Post Separation | 100 (%) |

Wt.
Samp
Analys
Filter
Numbe
Struct
Coun
**Struct**
per Grr
Samp

M68503-026-031 Tremolite Diffraction @ 50cm    10/30/2018

2 4844

MAS,LLC. Suwanee, GA 30024

3 of 3

Realtime: 300.7
Livetime: 255.2

M68503-026-031:Tremolite

Quantitative Results for Tremolite
Analysis: Thin Film    Method: Standardless
Acquired 50-Oct-2018, 100.0 KeV @10 eV/channel

Element
Magnesium
Silicon
Calcium
Total



S-5500 2.0kV 0.0mm x8.00k SE                                5.00um

M68503-026-Grid D1-0001
M68503-026 Grid E10
3173399











### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02169 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E/DFA1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| | | | | | | | | X |
| | | | | | | | | |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | |
| | | | | | | | | X |
| | | | | | | | | X |
| | | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |

MAS,LLC. Suwanee, GA 30024

1 of 3



S-5500 2.0kV 0.0mm x15.0k SE                              3.00um



M68503-026-002 Tremolite   ( 10.6 um x 1.8 um )     10/23/2018



### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| NSD | | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| 13 | | | | | | | | |
| NSD | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | G8 | | | | | | | |

2  4683     M68503-026-002 Tremolite Diffraction @ 50cm     10/23/2018

MAS,LLC. Suwanee, GA 30024                                               1 of 3





2 4684    M68503-026-003 Tremolite ( 3.1 um x 0.23 um)    10/23/2018



| TEM Bulk Talc Structure Count Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 | |
| Analyst: | Anthony Keeton | | | Length | Width | G. O. Area | |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 | |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 | |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 | |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 | |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| | A6 | Bundle | Tremolite | 4.0 | 0.60 | 6.6 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| | | Bundle | Tremolite | 7.0 | 1.50 | 5.0 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| NSD | | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| 13 | | | | | | | | |
| NSD | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | 2 4689 | M68503-026-003 Tremolite Diffraction @ 50cm | | | 10/23/2018 | | |
| NSD | | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |

MAS,LLC. Suwanee, GA 30024    1 of 3

