# Exhibit 117
# Part 2



M68503-026-004 Tremolite  (7.6 um x 0.8 um)    10/23/2018



| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| | | | | | | | | |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| | | | | | | | | |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| NSD | | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| 13 | | | | | | | | |
| NSD | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | 2 4690 | | M68503-026-004 Tremolite Diffraction @ 50cm | | | | 10/23/2018 | |

MAS,LLC. Suwa    of 3

RJ Lee Group

33







2 4692    M68503-026-005 Tremolite  (3.2 um x 0.5 um)    10/23/2018



### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 | |
| Analyst: | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| | | Bundle | Tremolite | | | | | |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| | | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| NSD | | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | 2 4894 | | | | | | | |

MAS,LLC. 5

M68503-026-005 Tremolite Diffraction @ 50cm    10/23/2018

1 of 3

Realtime: 301.9
Livetime: 259.7    M68503-026-005r:Tremolite

Quantitative Results for Tremolite
Analysis: Thin Film   Method: Standardless
Acquired 23-Oct-2018, 100.0 KeV @10 eV/channel

Element
Magnesium
Silicon
Calcium
Total





2 4698    M68503-026-006 Tremolite  (7.3 um x 1.2 um)    10/23/2018





2 4697    M68503-026-006 Tremolite Diffraction @ 50cm    10/23/2018

MAS,LLC. Suwanee, GA 30024    1 of 3

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|
| Analyst | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| NSD | | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| 13 | | | | | | | | |
| NSD | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |



S-5500 2.0kV 0.0mm x10.0k SE                    5.00um



2 4703    M68503-026-007 Trenolite ( 7.3 um x 0.7 um)    10/24/2018



| TEM Bulk Talc Structure Count Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 | |
| Analyst: | Anthony Keeton | | | Length | Width | G. O. Area | |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 | |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 | |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 | |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 | |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| NSD | | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| 13 | | | | | | | | |
| NSD | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |



MAS,LLC. Suwar 2 4701    M68503-026-007 Tremolite Diffraction @ 50cm    10/24/2018    3



S-5500 2.0kV 0.0mm x12.0k SE                    4.00um



2 4709    M68503-026-008 Tremolite  ( 9.8 um x 1.8 um )    10/24/2018



| TEM Bulk Talc Structure Count Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | | 8632 | No. of Grids Counted | 2 |
| Analyst: | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| 8 | B6 | Bundle | Tremolite | 9.8 | 1.80 | 5.4 | X | X |
| 9 | B7 | Bundle | | | | | X | X |
| 10 | B8 | Bundle | Tremolite | 7.0 | 0.80 | 8.8 | X | X |
|  |  |  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |  | X |

MAS,L

2 4708    M68503-026-008 Tremolite Diffraction @ 50cm    1024/2018    1 of 3

RJ Lee Group    41



S-5500 2.0kV 0.0mm x11.0k SE                    5.00um





| | | | | | | | TEM Bulk Talc Structure Count Sheet | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | | 2 |
| Analyst: | Anthony Keeton | | | Length | Width | | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| | | Bundle | Tremolite | | | | | |
| 9 | B7 | Bundle | Tremolite | 4.3 | 0.80 | 5.4 | X | X |
| | B8 | Bundle | Tremolite | 7.4 | 1.10 | 6.7 | X | X |
| NS | | | | | | | | |
| 1 | | | | | | | | X |
| NS | | | | | | | | |
| 1 | | | | | | | | |
| NS | | | | | | | | X |
| 1 | | | | | | | | X |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |
| 1 | | | | | | | | X |
| NS | | | | | | | | |
| 1 | | | | | | | | X |
| NS | | | | | | | | X |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |
| NS | | | | | | | | |

MAS,LLC.

1 of 3

2 4713     M68503-026-009 Tremolite Diffraction @ 50cm     10/24/2018





2 4717    M68503-026-010 Tremolite  (7.0 um x 0.8 um)    10/24/2018



### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-026 | | Grid Box # | | 8632 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | | Length | Width | | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.02169 | | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| 8 | B6 | Bundle | Tremolite | 9.8 | 1.80 | 5.4 | X | X |
| 9 | B7 | Bundle | Tremolite | 7.9 | 1.20 | 6.5 | X | X |
| 10 | B8 | Bundle | Tremolite | 7.0 | 0.80 | 8.8 | X | X |
| 11 | B9 | Bundle | Tremolite | 7.5 | 1.10 | 6.7 | X | X |
| NSD | B10 | | | | | | | |
| 12 | | | | | | | | X |
| NSD | | | | | | | | |
| 13 | | | | | | | | X |
| NSD | | | | | | | | |
| 14 | | | | | | | | X |
| 15 | | | | | | | | X |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | X |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | X |
| 18 | | | | | | | | X |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |

MAS,LLC.    1 of 3

2 4715    M68503-026-010 Tremolite Diffraction @ 50cm    10/24/2018









2 4719          M68503-026-011 Tremolite ( 7.4 um x 1.1 um)          10/24/2018



| | | | Asbestos | | | | | |
|---|---|---|---|---|---|---|---|---|
| Str. # | Grid Opening | Structure | Type | Length | Width | Ratio | SAED | EDS |
| NSD | E10-A1 | | | | | | | |
| 1 | A2 | Bundle | Tremolite | 7.1 | 0.40 | 17.8 | X | X |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| 2 | A6 | Bundle | Tremolite | 10.6 | 1.80 | 5.9 | X | X |
| 3 | A7 | Fiber | Tremolite | 3.1 | 0.23 | 13.5 | X | X |
| 4 | | Bundle | Tremolite | 7.6 | 0.80 | 9.5 | X | X |
| 5 | | Bundle | Tremolite | 3.2 | 0.50 | 6.4 | X | X |
| NSD | A8 | | | | | | | |
| 6 | A9 | Bundle | Tremolite | 7.3 | 1.20 | 6.1 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 7 | B2 | Bundle | Tremolite | 7.3 | 0.70 | 10.4 | X | X |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| 8 | B6 | Bundle | Tremolite | 9.8 | 1.80 | 5.4 | X | X |
| 9 | B7 | Bundle | Tremolite | 4.3 | 0.80 | 5.4 | X | X |
| 10 | B8 | Bundle | Tremolite | | | | | |
| 11 | B9 | Bundle | Tremolite | 7.4 | 1.10 | 6.7 | X | X |
| | B10 | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| 13 | | | | | | | | |
| NSD | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 16 | | | | | | | | |
| NSD | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |

MAS,LLC. Su                                                                    1 of 3

2 4718          M68503-026-011 Tremolite Diffraction @ 50cm          10/24/2018



S-5500 2.0kV 0.0mm x11.0k SE                    5.00um





| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst: | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | | | | | | |
| Initial Weight(g) | | | | | | |
| Analysis Type | | | | | | |
| Scope No. | | | | | | |
| 2 | | | | | | |

| Str. # | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | | | | | | | |
| 1 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| NSD | | | | | | | |
| 6 | | | | | | | |
| NSD | | | | | | | |
| 7 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 8 | | | | | | | |
| 9 | 2 4722 | M68503-026-012 Tremolite Diffraction @ 50cm | | | 10/24/2018 | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | C1 | Bundle | Tremolite | 13.3 | 0.70 | 19.0 | X | X |
| 13 | C3 | Bundle | Tremolite | 3.7 | 0.45 | 8.2 | X | X |
| NSD | C4 | | | | | | |
| 14 | C5 | Bundle | Tremolite | 3.4 | 0.60 | 5.7 | X | X |
| 15 | C6 | Bundle | Tremolite | 3.2 | 0.23 | 13.9 | X | X |
| NSD | C7 | | | | | | |
| NSD | C8 | | | | | | |
| NSD | C9 | | | | | | |
| NSD | C10 | | | | | | |
| NSD | D1 | | | | | | |
| NSD | D2 | | | | | | |
| NSD | D3 | | | | | | |
| 16 | D4 | Bundle | Tremolite | 30.8 | 4.0 | 7.7 | X | X |
| NSD | D5 | | | | | | |
| NSD | D6 | | | | | | |
| 17 | D7 | Bundle | Tremolite | 2.8 | 0.50 | 5.6 | X | X |
| 18 | D8 | Bundle | Tremolite | 7.9 | 0.92 | 8.6 | X | X |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | G1 | | | | | | |
| NSD | G2 | | | | | | |
| NSD | G3 | | | | | | |
| NSD | G4 | | | | | | |
| NSD | G5 | | | | | | |
| NSD | G6 | | | | | | |
| NSD | G7 | | | | | | |
| NSD | G8 | | | | | | |

MAS,LLC. Suwanee, GA 30024                                    1 of 3





2 4728          M68503-026-013 Tremolite  ( 3.7 um x 0.45 um)          10/25/2018



| | | | TEM Bulk Talc Structure Count Sheet | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 | |
| Analyst: | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | | | 105 | 105 | 11025 |
| Initial Weighting | | | | | | | |
| Analysis Type | | | | | | | |
| Scope No | | | | | | | |
| 2 | | | | | | | |

2 4727          M68503-026-013 Tremolite Diffraction @ 50cm          10/25/2018

| Str. # | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | 1 | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | 2 | | | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| NSD | 6 | | | | | | |
| NSD | | | | | | | |
| NSD | 7 | | | | | | |
| NSD | | | | | | | |
| NSD | 8 | | | | | | |
| | 9 | | | | | | |
| | 10 | | | | | | |
| NSD | 11 | | | | | | |
| NSD | 12 | | | | | | |
| 13 | C3 | Bundle | Tremolite | 3.7 | 0.45 | 8.2 | X | X |
| 14 | C5 | Bundle | Tremolite | 3.4 | 0.60 | 5.7 | X | X |
| 15 | C6 | Bundle | Tremolite | 3.2 | 0.23 | 13.9 | X | X |
| NSD | C7 | | | | | | |
| NSD | C8 | | | | | | |
| NSD | C9 | | | | | | |
| NSD | C10 | | | | | | |
| NSD | D1 | | | | | | |
| NSD | D2 | | | | | | |
| NSD | D3 | | | | | | |
| 16 | D4 | Bundle | Tremolite | 30.8 | 4.0 | 7.7 | X | X |
| NSD | D5 | | | | | | |
| NSD | D6 | | | | | | |
| 17 | D7 | Bundle | Tremolite | 2.8 | 0.50 | 5.6 | X | X |
| 18 | D8 | Bundle | Tremolite | 7.9 | 0.92 | 8.6 | X | X |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | G1 | | | | | | |
| NSD | G2 | | | | | | |
| NSD | G3 | | | | | | |
| NSD | G4 | | | | | | |
| NSD | G5 | | | | | | |
| NSD | G6 | | | | | | |
| NSD | G7 | | | | | | |
| NSD | G8 | | | | | | |

MAS,LLC. Suwanee, GA 30024                                        1 of 3





M68503-026-014 Tremolite  (3.4 um x 0.6 um)     10/25/2018     2 4730



**TEM Bulk Talc Structure Count Sheet**

| Project/Sample No. | M68503-026 | Grid Box # | 8632 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|
| Analyst | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weighting | 0.02109 | | 105 | 105 | 11025 |
| Analysis Type | | | | | |
| Scope No | 2 | | | | |

M68503-026-014 Tremolite Diffraction @ 50cm     10/25/2018     2 4729

| Str. # | Grid | Type | Mineral | Length | Width | Ratio | | |
|---|---|---|---|---|---|---|---|---|
| NSD | | | | | | | | |
| 1 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| NSD | | | | | | | | |
| 6 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 7 | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| NSD | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| NSD | | | | | | | | |
| 12 | | | | | | | | |
| NSD | | | | | | | | |
| 13 | | | | | | | | |
| 14 | C5 | Bundle | Tremolite | 3.4 | 0.60 | 5.7 | X | X |
| | C6 | Bundle | Tremolite | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| 16 | D4 | Bundle | Tremolite | 30.8 | 4.0 | 7.7 | X | X |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| 17 | D7 | Bundle | Tremolite | 2.8 | 0.50 | 5.6 | X | X |
| 18 | D8 | Bundle | Tremolite | 7.9 | 0.92 | 8.6 | X | X |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |

MAS,LLC. Suwanee, GA 30024     1 of 3



S-5500 2.0kV 0.0mm x20.0k SE                    2.00um





| TEM Bulk Talc Structure Count Sheet | | | | | |
|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weighting | 0.02109 | | 105 | 105 | 11025 |
| Analysis Type | | | | | |
| Scope No. | | | | | |
| 2 | | | | | |

2 4731    M68503-026-015 Tremolite Diffraction @ 50cm    10/25/2018

| Str. # | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | | | | | | | |
| 1 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| NSD | | | | | | | |
| 6 | | | | | | | |
| NSD | | | | | | | |
| 7 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| NSD | | | | | | | |
| 12 | | | | | | | |
| NSD | | | | | | | |
| 13 | | | | | | | |
| NSD | | C4 | | | | | |
| | C5 | | | | | | |
| 15 | C6 | Bundle | Tremolite | 3.2 | 0.23 | 13.9 | X | X |
| NSD | C7 | | | | | | |
| NSD | C8 | | | | | | |
| NSD | C9 | | | | | | |
| NSD | C10 | | | | | | |
| NSD | D1 | | | | | | |
| NSD | D2 | | | | | | |
| NSD | D3 | | | | | | |
| 16 | D4 | Bundle | Tremolite | 30.8 | 4.0 | 7.7 | X | X |
| NSD | D5 | | | | | | |
| NSD | D6 | | | | | | |
| 17 | D7 | Bundle | Tremolite | 2.8 | 0.50 | 5.6 | X | X |
| 18 | D8 | Bundle | Tremolite | 7.9 | 0.92 | 8.6 | X | X |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | G1 | | | | | | |
| NSD | G2 | | | | | | |
| NSD | G3 | | | | | | |
| NSD | G4 | | | | | | |
| NSD | G5 | | | | | | |
| NSD | G6 | | | | | | |
| NSD | G7 | | | | | | |
| NSD | G8 | | | | | | |

MAS,LLC. Suwanee, GA 30024                                     1 of 3



S-5500 2.0kV 0.0mm x15.0k SE                                    3.00um

RJ Lee Group                                                              56



M68503-026-016 Tremolite ( 30.8 um x 4.0 um)    10/26/2018



| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst: | Anthony Keeton | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| | 2 | | | | | |

| Str # | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | | | | | | | |
| 1 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| NSD | | | | | | | |
| 6 | | | | | | | |
| NSD | | | | | | | |
| 7 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| NSD | | | | | | | |
| 12 | | | | | | | |
| NSD | | | | | | | |
| 13 | | | | | | | |
| NSD | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| NSD | 2 4734 | M68503-026-016 Tremolite Diffraction @ 50cm | | | | 10/26/2018 | |
| NSD | C10 | | | | | | |
| NSD | D1 | | | | | | |
| NSD | D2 | | | | | | |
| 16 | D4 | Bundle | Tremolite | 30.8 | 4.0 | 7.7 | X | X |
| NSD | D6 | | | | | | |
| 17 | D7 | Bundle | Tremolite | 2.8 | 0.50 | 5.6 | X | X |
| 18 | D8 | Bundle | Tremolite | 7.9 | 0.92 | 8.6 | X | X |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | G1 | | | | | | |
| NSD | G2 | | | | | | |
| NSD | G3 | | | | | | |
| NSD | G4 | | | | | | |
| NSD | G5 | | | | | | |
| NSD | G6 | | | | | | |
| NSD | G7 | | | | | | |
| NSD | G8 | | | | | | |

MAS,LLC. Suwanee, GA 30024                                              1 of 3







**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02109 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | | | | | | | |
| 1 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| NSD | | | | | | | |
| 6 | | | | | | | |
| NSD | | | | | | | |
| 7 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| NSD | | | | | | | |
| 12 | | | | | | | |
| NSD | | | | | | | |
| 13 | | | | | | | |
| NSD | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| NSD | | | | | | | |
| NSD | | | | | | | |
| NSD | 2 4740 | | M68503-026-017 Tremolite Diffraction @ 50cm | | | 10/23/2018 | |
| NSD | D2 | | | | | | |
| NSD | D3 | | | | | | |
| 16 | D4 | Bundle | Tremolite | 30.8 | 4.0 | 7.7 | X | X |
| NSD | D5 | | | | | | |
| 17 | D7 | Bundle | Tremolite | 2.8 | 0.50 | 5.6 | X | X |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | G1 | | | | | | |
| NSD | G2 | | | | | | |
| NSD | G3 | | | | | | |
| NSD | G5 | | | | | | |
| NSD | G6 | | | | | | |
| NSD | G7 | | | | | | |
| NSD | G8 | | | | | | |

MAS,LLC. Suwanee, GA 30024

1 of 3



S-5500 2.0kV 0.0mm x35.0k SE                    1.00um



2 4745    M68503-026-018 Trenolite ( 7.9 um x 0.92 um)    10/26/2018



| TEM Bulk Talc Structure Count Sheet | | | | | |
|---|---|---|---|---|---|
| Project/ Sample No. | M68503-026 | | Grid Box # | 8632 | No. of Grids Counted | 2 |
| Analyst | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02169 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | | Asbestos | | | | |
|---|---|---|---|---|---|---|
| NSD | | | | | | |
| 1 | | | | | | |
| NSD | | | | | | |
| NSD | | | | | | |
| NSD | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| NSD | | | | | | |
| 6 | | | | | | |
| NSD | | | | | | |
| 7 | | | | | | |
| NSD | | | | | | |
| NSD | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| NSD | | | | | | |
| 12 | | | | | | |
| NSD | | | | | | |
| 13 | | | | | | |
| NSD | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| NSD | | | | | | |
| NSD | | | | | | |
| NSD | | | | | | |
| NSD | 2 4744 | M68503-026-018 Tremolite Diffraction @ 50cm | | | | 10/26/2018 |
| NSD | | | | | | |
| 16 | D4 | Bundle | Tremolite | 30.8 | 4.0 | 7.7 | X | X |
| NSD | D5 | | | | | |
| NSD | D6 | | | | | |
| NSD | D7 | Bundle | Tremolite | 2.8 | 0.33 | 8.5 | X | X |
| 18 | D8 | Bundle | Tremolite | 7.9 | 0.92 | 8.6 | X | X |
| NSD | D9 | | | | | |
| NSD | D10 | | | | | |
| NSD | G1 | | | | | |
| NSD | G2 | | | | | |
| NSD | G3 | | | | | |
| NSD | G4 | | | | | |
| NSD | G5 | | | | | |
| NSD | G6 | | | | | |
| NSD | G7 | | | | | |
| NSD | G8 | | | | | |

MAS,LLC. Suwanee, GA 30024      1 of 3

RJ Lee Group     61



S-5500 2.0kV 0.0mm x10.0k SE                    5.00um



2 4746    M68503-026-019 Trenolite ( 7.5 um x 0.8 um)    10/26/2018



### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-026 | | Grid Box # | | 8632 | No. of Grids Counted | | 2 | |
| Analyst | Anthony Keeton | | | | | Length | Width | G. O. Area | |
| Date of Analysis | 10/23/2018 - 10/30/2018 | | G. O. in microns = | | | 105 | 105 | 11025 | |
| Initial Weight(g) | 0.02109 | | | | | 105 | 105 | 11025 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | | 11025 | |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | | 100 | |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | | 1.103 | |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|--------|--------------|-----------|---------------|--------|-------|-------|------|-----|
| NSD | G9 | | | | | | | |
| 19 | G10 | Bundle | Tremolite | 7.5 | 0.80 | 9.4 | X | X |
| NSD | E9-A1 | | | | | | | |
| 20 | A2 | Bundle | Tremolite | 3.9 | 0.60 | 6.5 | X | X |
| 21 | A3 | Bundle | Tremolite | 4.1 | 0.60 | 6.8 | X | X |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | X |
| N | | | | | | | | |
| N | | | | | | | | |
| 2 | | | | | | | | X |
| 2 | | | | | | | | X |
| 2 | | | | | | | | X |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| 2 | | | | | | | | X |
| 2 | | | | | | | | X |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | X |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| N 2 4752 | | M68503-026-019 Tremolite Diffraction @ 50cm | | | 10/26/2018 | | | |
| N | | | | | | | | |
| 29 | H3 | Bundle | Tremolite | 9.2 | 1.40 | 6.6 | X | X |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |

MAS,LLC. Suwanee, GA 30024    2 of 3

