IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Elizabeth Ashley Prather v. Johnson & Johnson, et al.<br><br>Case No. 3:24-cv-7919-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 23, 2024 on behalf of Plaintiff Elizabeth Ashley Prather.

Dated:  July 23, 2024               Respectfully submitted,

**HARWOOD LAW PLLC**

By: s/ Anthony J. Harwood
    Anthony J. Harwood
    Harwood Law PLLC
    260 Madison Avenue, Floor 16
    New York, NY 10016
    (212) 867-6820
    tony.harwood@aharwoodlaw.com
    *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Anthony J. Harwood*
