UNITED STATES DISTRICT COURT
DISTRICT OF NEWJERSEY

| | |
|---|---|
| IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Silvia Lantigua*<br>*v.*<br>*Johnson & Johnson, et al.*<br><br>Case No.: 3:24-cv-7983 | CIVIL NO.: 3:16-MD-2738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 24, 2024 on behalf of Plaintiff Silvia Lantigua.

Dated: July 24, 2024                                                        Respectfully Submitted by,

/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com