MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
(504) 525-8100
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Andrea Williams v. Johnson & Johnson, et al.*, Case 3:24-cv-07989-MAS-RLS | MDL NO.: 3:16-MD-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 24, 2024 on behalf of Plaintiff Andrea Williams.

Dated:  July 24, 2024                     Respectfully Submitted by,

                                                                             */s/  Caroline T. White*
                                                                             Caroline T. White (LA #36051)
                                                                             MURRAY LAW FIRM
                                                                             701 Poydras St., Ste. 4250
                                                                             New Orleans, LA 70139
                                                                             T:  504-525-8100
                                                                             F:  504-584-5249
                                                                             cthomas@murray-lawfirm.com

                                                                             *Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> */s/ Caroline T. White*
> Caroline T. White (LA #36051)
> MURRAY LAW FIRM
> 701 Poydras St., Ste. 4250
> New Orleans, LA 70139
> T: 504-525-8100
> F: 504-584-5249
> cthomas@murray-lawfirm.com