PRIBANIC & PRIBANIC, LLC
1735 Lincoln Way
White Oak, PA  15131
(412) 672-5444
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jacquiline Wallace v. Johnson & Johnson, et al.*, Case 3:24-cv-08019-MAS-RLS | MDL NO.: 3:16-MD-2738-FLW-LHG |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 25, 2024, on behalf of Plaintiff Jacquiline Wallace.

Dated:  July 25, 2024    Respectfully Submitted by,

> */s/ Victor H. Pribanic*
> Victor H. Pribanic (PA #30785)
> PRIBANIC & PRIBANIC, LLC
> 1735 Lincoln Way
> White Oak, PA  15131
> T:  412-672-5444
> F:  412-672-3715
> vpribanic@pribanic.com
>
> *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Victor H. Pribanic
Victor H. Pribanic (PA #30785)
PRIBANIC & PRIBANIC, LLC
1735 Lincoln Way
White Oak, PA  15131
 T:  412-672-5444
 F:  412-672-3715
vpribanic@pribanic.com