## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:24-cv-08022 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on July 25, 2024 on behalf of Gerald Bloomberg as personal representative of the Estate of Helen Bloomberg.

Dated:  July 25, 2024

Respectfully submitted,

**SHENAQ PC**

*/s/ Amir Shenaq*
Amir Shenaq, Esq.
3500 Lenox Rd. Ste 1500
Atlanta, GA 30326
Telephone: 888-909-9993
Facsimile: 713-583-3538
amir@shenaqpc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: July 25, 2024

                                          */s/ Amir Shenaq*
                                          Amir Shenaq, Esq.
                                          SHENAQ PC
                                          3500 Lenox Rd. Ste 1500
                                          Atlanta, GA 30326
                                          Telephone: 888-909-9993
                                          Facsimile: 713-583-3538
                                          amir@shenaqpc.com

                                          *Attorneys for Plaintiff*