**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendants Johnson & Johnson's and LLT Management LLC's Response To The Court's July 19, 2024 Show Cause Order Explaining Why The Court Should Not Adopt The State MCL Judge's Findings of Fact And Conclusions of Law On Their Motion To Disqualify Beasley Allen From This Litigation was served electronically via the Court's CM/ECF system on July 25, 2024. A copy of the foregoing document is also being sent by email to Plaintiffs' Co-Lead Counsel.

By: */s/ Susan M. Sharko*
Susan M. Sharko