# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:24-cv-8082 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on July 26, 2024 on behalf of Tiffany Nelson and Richard Engle.

Dated: July 26, 2024                                  Respectfully submitted,

                                                                  **NS PR LAW SERVICES LLC**

                                                                  */s/ Christopher LoPalo*
                                                                  Christopher LoPalo, Esq.
                                                                  1302 Ave. Ponce De Leon
                                                                  Santurce, PR 00907
                                                                  Telephone: (212) 397-1000
                                                                  Facsimile: (646) 927-1676
                                                                  clopalo@nsprlaw.com

                                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  July 26, 2024

                                                  */s/ Christopher LoPalo*
                                                  Christopher LoPalo, Esq.
                                                  NS PR LAW SERVICES LLC
                                                  1302 Ave. Ponce De Leon
                                                  Santurce, PR 00907
                                                  Telephone: (212) 397-1000
                                                  Facsimile: (646) 927-1676
                                                  clopalo@nsprlaw.com

                                                  *Attorneys for Plaintiff*