## UNITED STATES DISTRICT COURT
## DISTRICT OF NEWJERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Terri L. Smith, et al.*<br>*v.*<br>*Johnson & Johnson, et al.*<br><br>Case No.: 3:24-cv-08083 | CIVIL NO.: 3:16-MD-2738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH L. SINGH |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 26, 2024, on behalf of Plaintiffs Terri L. Smith and Michael Smith.

Dated: July 26, 2024                                  Respectfully Submitted by,


                                                 /s/ *Andrew F. Sullo*
                                                 SULLO & SULLO, LLP
                                                 2020 Southwest Fwy.
                                                 Suite 300
                                                 Houston, TX 77098
                                                 T: 713-839-9026
                                                 F: 713-335-0841
                                                 ASullo@sullolaw.com

                                                 *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2024, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>/s/ Andrew F. Sullo</u>
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
<u>ASullo@sullolaw.com</u>