Jeffrey M. Pollock
Michael W. Sabo
FOX ROTHSCHILD LLP
212 Carnegie Center
Suite 400
Princeton, NJ 08540
(609) 844-3038
JMPollock@foxrothschild.com
MSabo@foxrothschild.com
*Attorneys for Andy Birchfield and Beasley Allen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)/(RLS)<br><br>MLD Case No. 2738<br><br>[FILED ELECTRONICALLY]<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on July 29, 2024, a true and correct copy of the Letter in Response to the Court's Order to Show Cause, and this certificate of service was filed electronically with the Court. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                               Respectfully submitted,

                              By: */s/Jeffrey M. Pollock*

                                 Jeffrey M. Pollock
                                 FOX ROTHSCHILD LLP
                                 Email:  jmpollock@foxrothschild.com