# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738**<br>**3:16-md-2738-MAS-RLS** |
| **THIS DOCUMENT RELATES TO:**<br><br>**DONNA GONZALEZ, an individual,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**JOHNSON & JOHNSON, et al.,**<br><br>    **Defendants.** | **Case No. 3:24-cv-08116-MAS-RLS** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on July 29, 2024, on behalf of Plaintiff DONNA GONZALEZ.

Dated: July 29, 2024

Respectfully Submitted,

By:  /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that July 29, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


  /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.