# Exhibit AM

## MAS Is Treating The Particle As MORE PURPLE Than ISO Reference Sample





**ISO Reference Chrysotile**



EXHIBIT 17    7-10-2024