# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases: | MDL No. 3:16-md-02738-MAS-RLS |

## NOTICE OF MOTION TO STRIKE REBUTTAL EXPERT REPORT OF DR. ELIZABETH STUART

**PLEASE TAKE NOTICE** that on September 3, 2024, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management, LLC ("Defendants")'s Motion to Strike Rebuttal Expert Report of Dr. Elizabeth Stuart before this Court. Defendants will ask for entry of an order that strikes the expert report of Dr. Elizabeth Stuart in full.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Brief submitted herewith and the Declaration of Susan M. Sharko, Esq., together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if opposition is filed.

| | |
|---|---|
| Dated: July 30, 2024 | Respectfully submitted, |
| | /s/ *Susan M. Sharko* |
| | Susan M. Sharko |
| | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | 600 Campus Drive |
| | Florham Park, NJ 07932 |
| | (973) 549-7350 |
| | susan.sharko@faegredrinker.com |
| | |
| | Allison M. Brown |
| | Jessica Davidson |
| | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | One Manhattan West |
| | New York, New York 10001 |
| | (212)-735-3000 |
| | Allison.brown@skadden.com |
| | Jessica.davidson@skadden.com |
| | |
| | *Attorneys for Defendants Johnson & Johnson and LLT Management, LLC* |

2