**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE REBUTTAL EXPERT REPORT OF DR. ELIZABETH STUART** |
| This Document Relates To All Cases | |

    **THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order that strikes the expert report of Dr. Elizabeth Stuart in full; and for good cause shown;

    **IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** as follows:

1.    Defendants' Motion to Strike Rebuttal Expert Report of Dr. Elizabeth Stuart is hereby **GRANTED**; and

2.    The Court hereby strikes Dr. Elizabeth Stuart's expert report in its entirety from the record.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.