# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

**DECLARATION OF SUSAN M. SHARKO IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE REBUTTAL EXPERT REPORT OF DR. ELIZABETH STUART**

I, Susan M. Sharko, declare as follows:

I am an attorney and a partner with the law firm Faegre Drinker Biddle & Reath LLP, counsel for Defendants Johnson & Johnson and LLT Management, LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Memorandum of Law in Support of Motion to Strike Rebuttal Expert Report of Dr. Elizabeth Stuart, in the above case.

1. Attached hereto as **Exhibit 1** is a true and correct copy of a May 20, 2024 (11:56 AM) email from Leigh O'Dell to Judge Singh.

2. Attached hereto as **Exhibit 2** is a true and correct copy of a May 20, 2024 (12:11 PM) email from Susan Sharko to Judge Singh.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2024                  <u>/s/ *Susan M. Sharko*</u>
                                                              Susan M. Sharko