# EXHIBIT 2

**From:** Sharko, Susan M
**Sent:** Monday, May 20, 2024 12:11 PM
**To:** 'Leigh O'Dell' <Leigh.ODell@BeasleyAllen.com>; NJDdb_ORDERS_Singh <rls_orders@njd.uscourts.gov>; Melisa Bruner <Melisa.Bruner@BeasleyAllen.com>
**Cc:** Michelle Parfitt <mparfitt@ashcraftlaw.com>; Chris Placitella <cplacitella@cprlaw.com>; Golomb, Richard M. <rgolomb@anapolweiss.com>
**Subject:** RE: [EXT] RE: PSC Letter to Court re: Newly Published Study

Dear Judge Singh:

The defense experts should have the ability to see Plaintiffs' experts' new opinions on the O'Brien paper before issuing their reports.   For that reason, we asked for a modestly staggered disclosure – just 3 days.  Subject to that, we agreed to Plaintiffs' counterproposal which they sent at 11:06 pm last night.   We ask that the deadlines be extended as we proposed – to May 28 to plaintiffs' supplements limited to the O'Brien 2024 paper and to May 31 for the defense reports.

The original defense proposal set forth below, did not impact the R. 702 hearing dates:

 Pltff reports ltd to O'Brien - May 28
Pltff deps  June 12 (limited to two hours)
Defense  reports – June 14
Defense  deps July 16

Briefs due 7/30
Opps due 8/22  (same deadline)

Thank you for your consideration of these matters.   Respectfully, Susan



**Susan M. Sharko**
Partner

susan.sharko@faegredrinker.com
Connect: vCard

+1 973 549 7350 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.