# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:24-cv-8170 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on July 31, 2024 on behalf of Robert Goodman Jr, Individually, and as Proposed Representative of the Estate of Loyce Goodman.

Dated:  July 31, 2024                               Respectfully submitted,

                                                     **NS PR LAW SERVICES LLC**

                                                     */s/ Christopher LoPalo*
                                                     Christopher LoPalo, Esq.
                                                     1302 Ave. Ponce De Leon
                                                     Santurce, PR 00907
                                                     Telephone: (212) 397-1000
                                                     Facsimile: (646) 927-1676
                                                     clopalo@nsprlaw.com

                                                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  July 31, 2024

      */s/ Christopher LoPalo*
      Christopher LoPalo, Esq.
      NS PR LAW SERVICES LLC
      1302 Ave. Ponce De Leon
      Santurce, PR 00907
      Telephone: (212) 397-1000
      Facsimile: (646) 927-1676
      clopalo@nsprlaw.com

      *Attorneys for Plaintiff*