**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| JANET EILEEN BRADY, <br>                          Plaintiff, <br> v. <br> JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 24-cv-8171 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on July 31, 2024.

Dated: July 31, 2024                                                   Respectfully submitted:

                                                                                   /s/ Michael Goetz

                                                   MICHAEL GOETZ, ESQUIRE
                                                   Florida Bar No. 963984
                                                   Morgan & Morgan
                                                   Complex Litigation Group
                                                   One Tampa City Center, 7th Floor
                                                   201 N. Franklin Street
                                                   Tampa, Florida 33602
                                                   Telephone (813) 223-5505
                                                   Facsimile (813) 223-5402
                                                   E-Mail: MGoetz@forthepeople.com
                                                   Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system July 31, 2024.

                                        /s/ Michael Goetz
                                        Attorney for Plaintiff