ID# 2024-0053870-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23106785**

Henry R. Thompson - 68
APR 18, 2024 01:38 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| Materials Analytical Services, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO. |
| | ) | 23106785 |
| Johnson & Johnson, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Relates To:

| | | |
|---|---|---|
| Matthew Streck Individually, et al. | ) | |
| | ) | |
| Plaintiff, | ) | IN DIVISION FOUR OF THE |
| | ) | CIRCUIT COURT OF |
| v. | ) | JEFFERSON COUNTY, |
| | ) | KENTUCKY |
| Johnson & Johnson, et al., | ) | |
| | ) | No. 21-CI-06290 |
| Defendants. | ) | |

## **CHATTEM INC.'S NOTICE OF WITHDRAWAL OF SUBPOENA**

In accordance with the settlement reached in the underlying products-liability action in Jefferson County, Kentucky, which includes the voluntary dismissal of the appeal in this case, Chattem, Inc. gives notice that it hereby withdraws the deposition subpoena previously issued and served on Mr. Paul Hess in this case.

Respectfully submitted, this 18th day of April, 2024.

**MILLER & MARTIN PLLC**

By: */s/James T. Williams*
    James T. Williams
    Georgia Bar No. 185084

832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee 37402
(423) 756-6600 (phone)
(423) 785-8480
james.williams@millermartin.com

By: */s/Eileen H. Rumfelt*
    Eileen H. Rumfelt
    Georgia Bar No. 040608

1180 West Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309-3407
(404) 962-6100 (phone)
(404) 962-6300 (fax)
eileen.rumfelt@millermartin.com

*Attorneys for Chattem, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within and foregoing Notice of Withdrawal of Subpoena has been submitted by filing with the Clerk of Court using PeachCourt which will automatically send email notification of such filing to the following addressees, via STATUTORY ELECTRONIC SERVICE and First Class Mail addressed as follows:

Eric A. Ludwig<br>
Bovis, Kyle, Burch & Medlin, LLC<br>
200 Ashford Center North, Suite 500<br>
Atlanta, GA 30338-2680<br>
eludwig@boviskyle.com

This 18th day of April, 2024.

**MILLER & MARTIN PLLC**

By: /s/James T. Williams
James T. Williams
Georgia Bar No. 185084

832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee 37402
(423) 756-6600 (phone)
(423) 785-8480
james.williams@millermartin.com

By: /s/Eileen H. Rumfelt
Eileen H. Rumfelt
Georgia Bar No. 040608

1180 West Peachtree Street, N.W., Suite 2100
Atlanta, Georgia 30309-3407
(404) 962-6100 (phone)
(404) 962-6300 (fax)
eileen.rumfelt@millermartin.com

*Attorneys for Chattem, Inc.*