# CERTIFICATE OF SERVICE

    I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Motion and Notice of Motion to Exclude the Opinions of Dr. Jeff Boyd to be filed electronically via the court's electronic filing system the 2nd day of August, 2024. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:      August 2, 2024                    */s/ Michelle A. Parfitt*
                                                      Michelle A. Parfitt