# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (MAS) (RLS)** |

*THIS DOCUMENT RELATES TO ALL CASES*

## PROPOSED ORDER TO EXCLUDE THE OPINIONS OF DR. JEFF BOYD

**THIS MATTER**, having been opened to the Court by Plaintiffs for entry of an order to exclude the opinions of Dr. Jeff Boyd and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this _____ day of _____, 2024

**ORDERED** as follows:

1. The Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Dr. Jeff Boyd is **GRANTED** in its entirety; and

2. Dr. Jeff Boyd, expert for Defendants, shall be barred from offering their opinions.

_____
Hon. Michael A. Shipp, U.S.D.J.