# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) |

*THIS DOCUMENT RELATES TO ALL CASES*

### CERTIFICATION OF MICHELLE A. PARFITT, ESQ.

Michelle A. Parfitt, Esq. hereby certifies as follows:

1. I am an attorney at law and senior partner at the law firm of Ashcraft & Gerel. I was appointed as Plaintiffs' Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2. I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Dr. Jeff Boyd.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Expert Report of Jeff Boyd, Ph.D., dated May 24, 2024.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Deposition of Jeff Boyd, Ph.D., dated July 19, 2024.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Brooke T. Mossman, MS, Ph.D., dated April 8, 2019.

6. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: August 2, 2024                     /s/ Michelle A. Parfitt
                                                    Michelle A. Parfitt