# Exhibit 3

Page 1

```
   IN THE UNITED STATES DISTRICT COURT
 FOR THE EASTERN DISTRICT OF NEW JERSEY
                  - - -

IN RE:  JOHNSON &         :
JOHNSON TALCUM POWDER     :
PRODUCTS MARKETING,       :
SALES PRACTICES, AND      :  NO. 16-2738
PRODUCTS LIABILITY        :  (FLW) (LHG)
LITIGATION                :
                          :
THIS DOCUMENT RELATES     :
TO ALL CASES              :


                  - - -

             April 8, 2019

                  - - -


          Videotaped deposition of
BROOKE T. MOSSMAN, M.S., Ph.D., taken
pursuant to notice, was held at Hotel
Vermont, 41 Cherry Street, Burlington,
Vermont, beginning at 9:12 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.


                  - - -


       GOLKOW LITIGATION SERVICES
   877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com
```

Brooke T. Mossman, M.S., Ph.D.

Page 2

```
 1   APPEARANCES:
 2
 3      THE SMITH LAW FIRM, PLLC
        BY:  R. ALLEN SMITH, JR., ESQ.
 4      300 Concourse Boulevard
        Suite 104
 5      Ridgeland, Mississippi 39157
        (601) 952-1422
 6      Allen@smith-law.org
 7         - and -
 8      BEASLEY ALLEN, P.C.
        BY:  P. LEIGH O'DELL, ESQ.
 9      218 Commerce Street
        Montgomery, Alabama 36104
10      (334) 269-2343
        leigh.odell@beasleyallen.com
11
           - and -
12
        ROBINSON CALCAGNIE, INC.
13      BY:  CYNTHIA L. GARBER, ESQ.
        19 Corporate Plaza Drive
14      Newport Beach, California 92660
        (949) 720-1288
15      cgarber@robinsonfirm.com
        Representing the Plaintiffs
16
17
18
19
20
21
22
23
24
```

Brooke T. Mossman, M.S., Ph.D.

Page 3

```
 1      APPEARANCES: (Cont'd.)
 2
 3      DRINKER BIDDLE & REATH LLP
        BY:  JACK N. FROST, JR., ESQ.
 4      600 Campus Drive
        Florham Park, New Jersey 07932
 5      (973)549.7106
        Jack.frost@dbr.com
 6
           - and -
 7
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 8      BY:  GEOFFREY M. WYATT, ESQ.
        1440 New York Avenue, NW
 9      Washington, D.C. 20005
        (202) 371-7008
10      geoffrey.wyatt@skadden.com
        Representing the Defendants, Johnson
11      & Johnson entities
12
        SEYFARTH SHAW, LLP
13      BY:  RENÉE B. APPEL, ESQ.
        975 F Street, NW
14      Washington, D.C. 20004
        (202) 463-2400
15      rappel@seyfarth.com
        Representing the Defendant, PCPC
16
17      TUCKER ELLIS, LLP
        BY:  JAMES W. MIZGALA, ESQ.
18      233 South Wacker Drive
        Suite 6950
19      Chicago, Illinois 60606
        (312) 624-6307
20      james.mizgala@tuckerellis.com
        Representing the Defendant, PTI
21      Royston LLC and PTI Union LLC
22
        ALSO PRESENT:
23
        VIDEOTAPE TECHNICIAN:
24         Dan Lawlor
```

Brooke T. Mossman, M.S., Ph.D.

Page 355

1        Q.    The concentrations that you
2    used, that being -- and I'm talking about
3    Shukla.  I'm talking about 34 --
4    15 micrometers squared per centimeter
5    squared and 75 micrometers squared per
6    centimeter squared, would translate to
7    what micrograms per centimeter squared?
8        A.    Okay.  And that's -- if you
9    look at Figure 2 in Shukla, Page 4 of 10.
10       Q.    Yep.
11       A.    And the top panel, you'll
12   see the vertical and the horizontal.  And
13   if we look at asbestos and talc, you can
14   see here that the upper column, going
15   from 015 and from talc 15, et cetera,
16   that is the comparative weight per -- so
17   it's weight per unit area of dish.
18             So that's your weight
19   concentration.
20             The numbers below are your
21   surface area concentrations.
22       Q.    Okay.  So let's get on the
23   same page.
24       A.    Mm-hmm.

Brooke T. Mossman, M.S., Ph.D.

Page 356

 1          Q.   If I'm looking at asbestos
 2    below at 15 micrometers squared per
 3    centimeter squared, how many -- what
 4    would that translate to to micrograms per
 5    centimeter squared?
 6          A.   Micrograms, it would --
 7    Okay.  So that would equal one.
 8          Q.   15 would be one, right?
 9          A.   With asbestos.
10          Q.   Right.  And 75 would be --
11          A.   75 would be five.
12          Q.   Five, okay.
13          A.   And 15 would be
14    approximately -- well, it's 16.2, would
15    be one with talc.  And it would be, again
16    in the same range, 75 versus 81 talc.
17               So we're actually adding
18    talc at higher surface concentrations but
19    fractionally so, as compared to asbestos.
20          Q.   My question is, would the 15
21    micrometers squared per centimeter
22    squared for talc that you used the
23    concentration of in this case, would that
24    equal one microgram per centimeter

Golkow Litigation Services - 877.370.DEPS

1   squared?
2        A.   Approximately, yes.
3        Q.   Okay.  That's what I
4   thought.
5        A.   Yes.  They're comparable.
6        Q.   Okay.  And 75 micrograms per
7   centimeter squared -- micrograms squared
8   per centimeter squared would equal five
9   micrograms per centimeter squared, right?
10       A.   Yes.
11       Q.   Okay.  Now I'm on the same
12  page.  That's what I needed.
13       A.   Okay.
14       Q.   All right.  And do you
15  believe that those concentrations are
16  appropriate to use in in vitro studies to
17  determine the pathogenicity of minerals
18  such as talc and asbestos?
19       A.   Yes.  And that's based upon
20  the toxicity data that is provided in A
21  and B.  So they're comparable
22  concentrations.  The asbestos as we can
23  see at five, was toxic and the talc was
24  not.  So we -- and you can see that in

Brooke T. Mossman, M.S., Ph.D.

Page 358

1 the dose-response that we did with five
2 concentrations of talc ranging from one
3 to 20.
4     Q.   Okay.  So talc you tested at
5 one microgram per centimeter squared,
6 five micrograms per centimeter squared,
7 ten micrograms per centimeter squared,
8 and 20 microgram per centimeter squared?
9     A.   15 and 20.
10    Q.   10, 15, and 20?
11    A.   Yes.
12    Q.   Okay.
13    A.   So the message is that you
14 don't want to work with something that's
15 going to kill all the cells, so you can't
16 go higher.  And in fact, that's a reason
17 that with time, we didn't look at the
18 higher concentration of asbestos.
19    Q.   I want to attach this as
20 Exhibit 27 so I won't forget this.
21 Because I could.
22         (Document marked for
23         identification as Exhibit
24         Mossman-37.)