Jeffrey M. Pollock, Esq.
Michael W. Sabo, Esq.
FOX ROTHSCHILD LLP
FORMED IN THE COMMONWEALTH OF PENNSYLVANIA
212 Carnegie Center
Suite 400
Princeton, New Jersey 08540
(609) 844-3038
JMPollock@foxrothschild.com
MSabo@foxrothschild.com
*Attorneys for Andy Birchfield and Beasley Allen*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)/(RLS)<br><br>MDL Case No. 2738<br><br>[FILED ELECTRONICALLY]<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on August 5, 2024, a true and correct copy of the Brief in Opposition to J&J's Motion Objecting to Special Master Order No. 25, Declaration of Jeffrey M. Pollock, Esq. with exhibits, and this certificate of service was filed electronically with the Court. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          Respectfully submitted,

                                  By: */s/Jeffrey M. Pollock*

                                      Jeffrey M. Pollock
                                      FOX ROTHSCHILD LLP
                                      Email: jmpollock@foxrothschild.com