# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Paul D. Sweetman, Individually and as Personal Representative of the Estate of Diane Edwinette Sweetman v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-06292-MAS-RLS* | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 20, 2024, on behalf of the plaintiff(s), Paul D. Sweetman, Individually and as Personal Representative of the Estate of Diane Edwinette Sweetman.

Dated:  August 7, 2024

                                                  Respectfully Submitted by,

                                                  **MOTLEY RICE LLC**

                                                  /s/ Carmen S. Scott
                                                  Carmen S. Scott
                                                  cscott@motleyrice.com
                                                  28 Bridgeside Blvd.
                                                  Mt. Pleasant, SC 29464
                                                  (843) 216-9160
                                                  (843) 216-9450 (Facsimile)

                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott