August 5, 2024

Page 1

                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                 Civil Docket No. 3:16-md-2738-FLW-LHG

    _____

    IN RE:

    JOHNSON & JOHNSON TALCUM          MOTION TO COMPEL
    POWDER PRODUCTS MARKETING,        DEPOSITION TESTIMONY
    SALES PRACTICES AND PRODUCTS       OF PAUL HESS
    LIABILITY LITIGATION

    _____


                      *     *     *     *

                 MONDAY, AUGUST 5, 2024

                      *     *     *     *


    MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
    BEFORE:  SPECIAL MASTER JOEL SCHNEIDER, USMJ, RETIRED
    1735 MARKET STREET
    21st FLOOR
    PHILADELPHIA, PENNSYLVANIA  19103-7505
    856-488-7797
    FAX - 215-772-7620
    jschneider@mmwr.com



                 MASTROIANNI & FORMAROLI, INC.

          Certified Court Reporting & Videoconferencing

                      P. O. Box 368

            Haddon Heights, New Jersey 08035

                      856-546-1100

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 2

1

2

3

4

5

6

7

8                        Transcript of proceedings in the

9    above matter taken stenographically by

10   Theresa Mastroianni Kugler, Certified Court Reporter,

11   license number 30X100085700, Notary Public of the

12   State of New Jersey and the Commonwealth of

13   Pennsylvania, VIA ZOOM REMOTE VIDEOCONFERENCE,

14   commencing at 3:01 PM.

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

```
                                                    Page 3
 1
      A P P E A R A N C E S:
 2
 3        ASHCRAFT & GEREL, LLP
          BY:  MICHELLE A. PARFITT, ESQUIRE
 4        1825 K STREET, NW
          WASHINGTON, DC  2006
 5        800-674-9725
          202-759-7648
 6        mparfitt@ashcraftlaw.com
          ATTORNEYS FOR THE PLAINTIFFS
 7
 8        BEASLEY ALLEN LAW FIRM
          BY:  LEIGH O'DELL, ESQUIRE
 9        218 COMMERCE STREET
          P.O. BOX 4160
10        MONTGOMERY, ALABAMA  36104
          800-898-2034
11        FAX - 334-954-7555
          leigh.odell@beasleyallen.com
12        ATTORNEYS FOR THE PLAINTIFFS
13
          COHEN, PLACITELLA & ROTH, PC
14        BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
          127 MAPLE AVENUE
15        RED BANK, NEW JERSEY  07701
          215-567-3500
16        732-747-9003
          FAX - 215-567-6019
17        cplacitella@cprlaw.com
          ATTORNEYS FOR THE PLAINTIFFS
18
19
          BURNS, CHAREST, LLP
20        BY:  MATT STRAUSER, ESQUIRE
          365 CANAL STREET
21        SUITE 1170
          NEW ORLEANS, LOUISIANA  70130
22        504-799-2845
          FAX - 504-881-1765
23        aklevorn@burnscharest.com
          ATTORNEYS FOR THE PLAINTIFFS
24
25
```

Electronically signed by Theresa Kugler (001-297-027-4278)                a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 4

```
 1
           FAEGRE, DRINKER, BIDDLE & REATH, LLP
 2         BY:  SUSAN M. SHARKO, ESQUIRE
           600 CAMPUS
 3         FLORHAM PARK, NEW JERSEY  07932
           DIRECT - 973-549-7350
 4         FAX - 973-360-9831
           susan.sharko@faegredrinker.com
 5         ATTORNEYS FOR THE DEFENDANT,
           JOHNSON & JOHNSON and JOHNSON & JOHNSON
 6         CONSUMER COMPANIES, INC.,
           now known as JOHNSON & JOHNSON CONSUMER, INC.
 7

 8
           KING & SPALDING, LLP
 9         BY:  MATTHEW BUSH, ESQUIRE
             - and -
10         BY:  KRISTEN FOURNIER, ESQUIRE
           1185 AVENUE OF THE AMERICAS
11         34TH FLOOR
           NEW YORK, NEW YORK  10036
12         212-790-5356
           mbush@kslaw.com
13         ATTORNEYS FOR THE DEFENDANTS

14

15         BOVIS, KYLE, BURCH & MEDLIN, LLC
           BY:  ERIC A. LUDWIG, ESQUIRE
16         200 ASHFORD CENTER NORTH
           SUITE 500
17         ATLANTA, GEORGIA  30338-2688
           678-338-3925
18         eludwig@boviskyle.com
           ATTORNEYS FOR PAUL HESS
19

20

21

22

23

24

25
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 5

 1                SPECIAL MASTER SCHNEIDER:   This is
 2    Special Master Judge Schneider.   We're here for oral
 3    argument on the motion to compel deposition testimony
 4    of Paul Hess and for sanctions.   Docket number 32993.
 5                Just to let the parties know at the
 6    outset, I'm going to reserve decision on today's
 7    motion, but you will get a ruling promptly.
 8                So why don't we start with the entries
 9    of appearance for the Plaintiffs.
10                MS. O'DELL:   Leigh O'Dell from Beasley
11    Allen on behalf of the Plaintiffs' Steering
12    Committee.
13                MR. PLACITELLA:   Chris Placitella.   I
14    didn't have it on my schedule, your Honor, and you
15    don't want to see my attire.
16                SPECIAL MASTER SCHNEIDER:   All right.
17                If anyone else is going to talk for the
18    Plaintiffs, just introduce yourself so the court
19    reporter can take down your name.
20                And for the Defendants?
21                MR. BUSH:   Matthew Bush from King &
22    Spalding for the Defendants.   And with me are Susan
23    Sharko and Kristen Fournier.
24                SPECIAL MASTER SCHNEIDER:   Okay.   So I
25    think that this argument is a little bit unusual, a

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 6

1   little bit different than what we usually do,

2   because, as I see it, the argument is to interpret

3   what the Special Master intended in the June order

4   and in the ruling made on the record on July 10 at

5   Mr. Hess' deposition.  And I don't think anybody

6   knows what I intended better than me.

7            So here is how I would like to proceed

8   today.  I have a couple of just real basic questions,

9   and then I went through each of the objections one by

10  one and I just have some questions about them.  And I

11  have a feeling we'll get to all of your arguments

12  when we go through the examples.  But as usual, I

13  don't want to cut anybody short, if there is any

14  argument you want to make or anything you want to

15  say, you'll have all the time in the world to say it.

16           Let me start with, am I correct that

17  when you deposed Mr. Hess, you asked him a fair

18  number of questions about these photographs or you

19  call them photomicrographs, is that what they were?

20           MR. BUSH:  Yeah, and I think that was

21  directed to the defense, your Honor.

22           SPECIAL MASTER SCHNEIDER:  It was.

23           MR. BUSH:  Yes, your Honor.  We asked

24  questions about the photomicrographs.  And as a --

25  well, two things as a housekeeping measure.  The

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 7

1    photomicrographs and photographs are really the same

2    thing, they're just micro, because they're images of

3    such small particles so we can call them either one.

4              And just the other small housekeeping,

5    I think Mr. Ludwig should probably enter his

6    appearance for Mr. Hess if he's intending to present

7    argument.  We went Plaintiffs and Defendants, which

8    is obviously normal, but this is -- we have a third

9    party here.

10             MR. LUDWIG:  Thank you, Mr. Bush.

11             I didn't want to interrupt the Judge,

12   but I'm here on behalf of the deponent.  I'm neither

13   Plaintiff nor Defendant.

14             SPECIAL MASTER SCHNEIDER:  So getting

15   back to my question, are these photographs of what

16   the microscopist sees through the microscope?

17             MR. BUSH:  Well, I think the simple

18   answer to that is yes, your Honor.  But what is --

19   what the screen looks like -- I mean what -- yes,

20   your Honor, but they're claiming that they're seeing

21   something different that's not what they're seeing in

22   the images that they produced.

23             So, yes, you're looking down the

24   microscope and you're producing an image and these

25   are the particles that you're looking at, but part of

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 8

 1    the issue is that there has been this claim that when

 2    you're looking down the microscope, you're seeing

 3    these colors that aren't appearing in the images that

 4    are produced to us.

 5              SPECIAL MASTER SCHNEIDER:  Here is what

 6    I'm confused about.  You've made the argument that

 7    there is no substitute for looking down the

 8    microscope.  And the person who looks down the

 9    microscope, that's why we have to depose him and

10    that's why you wanted the inspection, because, as I

11    read it, the argument was the photographs would be

12    ineffective in cross-examining Longo.

13              But now you're using the photographs in

14    your examination of Hess.  So it seems inconsistent

15    to me.  On the one hand you're saying you have to

16    look down the microscope, there is no reasonable

17    alternative.  On the other hand, you're asking Hess

18    about these photographs that you're saying are

19    critical to getting to the bottom of the methodology.

20              MR. BUSH:  Yes, your Honor.  I have a

21    couple responses to that.

22              First of all, the photographs are what

23    we have.  If they're going to agree that the

24    photographs do not accurately document the backup

25    data that allows somebody to determine whether this

Electronically signed by Theresa Kugler (001-297-027-4278)                          a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 9

1    is talc or chrysotile, then this entire opinion

2    should be thrown out.  This is what they produced and

3    this is what we have to go on.

4                   Secondly, we're looking at the

5    photographs.  We see yellow.  Our experts are saying

6    yellow.  We had this whole discussion at issue about

7    this with the last round of arguments.

8                   Their excuse for why, even though we're

9    seeing yellow, something else is happening is, we

10   have to look down the microscope.  That's their

11   explanation and their justification for how everyone

12   sees a yellow particle, and they're calling it

13   purple.

14                   So what we want to do is show the

15   images at issue and say what is going on here.  And

16   there is a lot of questions about that.  What color

17   are you calling it?  What color is it?  What's your

18   basis for calling it that color?  That is the entire

19   basis for that analysis.  And either he can say -- he

20   can have an answer or he can say I can't answer that

21   because I need to look down the microscope too.  And

22   either way, that's really critical information for us

23   as the person who looked down the microscope.  And I

24   have further responses, but I see -- it looked like

25   you had another question.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 10

 1                    SPECIAL MASTER SCHNEIDER:  You could
 2    read my mind, Mr. Bush.
 3                    I have to tell you, I don't recall ever
 4    hearing an argument from the Plaintiffs that the
 5    photographs were not a substitute for looking down
 6    the microscope.  If they made that argument, I missed
 7    it.  That's what I'm trying to get at.  You're saying
 8    you have to look down the microscope, but yet you're
 9    relying on the pictures to get Hess to answer
10    questions about color.  It seems inconsistent to me.
11                    MR. BUSH:  No, your Honor.  It is
12    Doctor -- the person who is saying you have to look
13    down the microscope live is Dr. Longo.  He's giving
14    us a picture that's yellow.  And we're saying, Dr.
15    Longo, you're calling this purple, how are you doing
16    that?  And he said --
17                    SPECIAL MASTER SCHNEIDER:  Mr. Bush, I
18    don't mean to interrupt you.  I apologize.  But it
19    wasn't -- if I recall correctly, it wasn't Dr. Longo
20    who said I can't look at the photographs, I have to
21    look at the microscope, it was the Defendants who
22    said that.
23                    MR. BUSH:  Not at all, your Honor.
24    This was exactly what came up at the Clarke hearing
25    which was the New Jersey State Court hearing which

Electronically signed by Theresa Kugler (001-297-027-4278)                        a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 11

1    was Rule 104 there.  It's the equivalent of Rule 702.

2    We asked him a number of questions.  It also came up

3    at -- I mean we have it all in the prior briefing

4    from the last time we argued.  This came up a lot at

5    the Valadez deposition and other depositions.  And

6    this is the sequence of how the questions are asked:

7    What is this particle and how are you saying that

8    that's talc and not chrysotile?

9                And he says, I would need to look down

10   the microscope to answer that question.

11               Then we say, and this is a really

12   important one that we've highlighted a lot:  MAS is

13   relying on this edge effect.  That's what they're

14   claiming.  These colors that they claim to see on the

15   edges of the particles is what they're saying is the

16   key differentiating feature between chrysotile and

17   talc.

18               And so we say, hey, Dr. Longo, isn't

19   that edge effect also on all the talc particles,

20   meaning it's not a differentiating feature, and

21   doesn't that make your entire analysis wrong?

22               And he says:  I would have to look down

23   the microscope.  That's how I would justify my

24   answer.  And this was over and over again.  And we

25   had that -- those bullets in this briefing, it was

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 12

1    probably 15 times when we asked a question, Dr. Longo

2    said, I would have to be looking down the microscope.

3                    And that --

4                    SPECIAL MASTER SCHNEIDER:  I'm sorry.

5    Go ahead.  Finish.

6                    MR. BUSH:  That necessarily punts the

7    issues to Mr. Hess on all the critical questions,

8    because Mr. Hess is the one looking down the

9    microscope.

10                   SPECIAL MASTER SCHNEIDER:  I want to

11    hear from Ms. O'Dell, but I think you left out one

12    step.

13                   You said you're representing that Dr.

14    Longo said you have to look down the microscope.  I

15    haven't heard or seen in the record where someone

16    said Dr. Longo, here is a photograph of what's down

17    the microscope, can you answer the question based on

18    the photograph?  I haven't heard, unless I'm missing

19    it, him say I have to look down the microscope.  The

20    photograph is not a good reference.

21                   MR. BUSH:  Your Honor, I think Ms.

22    Fournier is going to have a heart attack over this

23    question.  This happened -- this was every single

24    time.  And I want to give you maybe three examples of

25    it.

Electronically signed by Theresa Kugler (001-297-027-4278)    a4f121b4-54a9-4860-8fc6-152da2960575

Page 13

1               One is in the first round of briefing,

2    the Plaintiffs complained, hey, you haven't

3    associated the questions being asked with the images

4    being -- that you're looking at.  And so we submitted

5    a chart that associated every image he was being

6    shown with every question so there could be no

7    dispute about what he was being shown and what he was

8    being tested.

9               MS. FOURNIER:  I'm so sorry.  Just to

10   make sure it's abundantly clear, your Honor.  As the

11   questions are being asked, visual on the video, if

12   you happen to watch it instead of reading, an image

13   is up on the screen.  The questions almost -- I mean

14   more than 50 percent of the time, there is an image

15   showing that's driving the questions that are being

16   asked.  These are not questions in a vacuum about

17   particles, they're about the particles in the report

18   that all have pictures produced that correspond to

19   the particles.

20              MR. BUSH:  And the question being

21   asked, we had two examples that we highlighted as

22   like the exemplar of all the sort of bullets, there

23   were 10, 15 examples of this.  And we said, your

24   Honor, we want to draw your attention to two

25   examples.

Page 14

1                   One of them was the question, what is

2       that particle?  He was being shown an image and the

3       question is:  What is that particle?

4                   And he said, I can't answer that

5       without looking down the microscope.  And just so

6       there would be absolutely no dispute about this, we

7       launched a video of this with the court and you can

8       watch Dr. Longo not only on the screen, he has his

9       report in front of him and he's flipping through the

10      pictures and you can see him unable to answer the

11      question after an inordinate amount of time of

12      looking at the images.

13                  And the second example that we've

14      highlighted is saying:  Dr. Longo, isn't this edge

15      effect on all the talc particles?  And as Ms.

16      Fournier is explaining, we have an image of those

17      talc particles with this edge effect and we're

18      saying:  Isn't this -- doesn't this demonstrate your,

19      quote, entire analysis is wrong?

20                  And his answer is:  I'm not wrong, I

21      would need to be looking down the microscope.

22                  So all these questions are us asking

23      him questions about a particular particle or

24      particles and him saying I would need to look down

25      the microscope to answer the questions.  And in

Electronically signed by Theresa Kugler (001-297-027-4278)                        a4f121b4-54a9-4860-8fc6-152da2960575

Page 15

1    particular, to justify why his entire analysis is not

2    wrong he said he had to look down the microscope for

3    that.

4                    And this has been the examples we've

5    used in practically every brief on this issue.

6                    SPECIAL MASTER SCHNEIDER:  I have to

7    assume, I don't know this for a fact, that you filed

8    a Daubert motion to exclude this new opinion from Dr.

9    Longo, correct?

10                   MR. BUSH:  Yes, we have, your Honor.

11                   SPECIAL MASTER SCHNEIDER:  Did you

12   raise an argument that his testimony was incomplete

13   because he wouldn't answer these questions?

14                   MR. BUSH:  We said two things, your

15   Honor.  We said, one, the testing is entirely

16   incapable of being tested or verified or reproduced

17   because the reason that he is saying, the way he says

18   he justifies whether the particles are talc or

19   chrysotile, are only when he looks live down the

20   microscope which we're not able to do.

21                   And we said, when we tried to talk to

22   the person who actually looked down the microscope,

23   this was obstructed by all these questions not to

24   answer, and we gave a lot of the examples and

25   referenced the motion that we're here at issue

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 16

1    arguing.

2              So we argued both that his inability to

3    identify particles from the micrographs were a reason

4    to exclude his opinion.  And there is case law about

5    this, about an inability to document, if you're not

6    documenting your work enough to be verified, that

7    that could be excluded.

8              And we argued the fact that we weren't

9    able to adequately depose the expert who is actually

10   doing the analysis is another reason to exclude him.

11   And that was based on many decisions but in a large

12   part on the Zantac decision, which found that a

13   factor to exclude the expert there was that there was

14   too much reliance on the analysis -- on the analyst,

15   the underlying analyst who wasn't a testifying

16   expert.

17              And here, we're even worse than that

18   because we weren't able -- because when we tried to

19   talk to the underlying analyst, we were obstructed by

20   a barrage of instructions not to answer.

21              SPECIAL MASTER SCHNEIDER:  I saw in

22   your papers that apparently you were not permitted to

23   file a reply brief in support of your Daubert

24   motions, am I right?

25              MR. BUSH:  The current order, the order

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 17

1    as it stands now says no reply briefs for Daubert

2    motions, that's correct.

3                    SPECIAL MASTER SCHNEIDER:  So what did

4    you intend to do with Hess' deposition testimony?

5                    MR. BUSH:  We intend -- your Honor, I'm

6    sorry, I don't mean to be frustrated.

7                    We have asked for this issue to be

8    accelerated at every step and have constantly said

9    that a problem with this is that there is a Rule 702

10   deadline coming up.

11                   And if you recall, your Honor, we

12   actually had to go to you about just scheduling the

13   deposition because we didn't think that the

14   scheduling of the deposition was happening fast

15   enough.  And you were saying, well, can't you just

16   all work this out among yourselves, which I

17   completely agree should be the way to handle it, but

18   we've been saying at every step that this is critical

19   and must happen now before the Rule 702 motion.  We

20   took the deposition before the Rule 702 motion.  So

21   what my expectation was, was we were going to take

22   that testimony and put it in the Rule 702 motion.

23   Instead, what we did was we took all these

24   instructions not to answer and put it in the Rule 702

25   motion because it was all we had left to do.

Electronically signed by Theresa Kugler (001-297-027-4278)                              a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 18

 1              The full expectation was that we were

 2   going to be able to use this in the motion.  And now

 3   we're hamstrung and I think we have to see what

 4   happens from your Honor's ruling, but we're going to

 5   have to try to figure out a way to get this before

 6   the court.  But at minimum, it's not the way we

 7   wanted to, which was in the initial motion.

 8              And to have some sort of supplement at

 9   the end is just not an adequate substitute, if we're

10   even permitted to do that, which we don't know.

11              SPECIAL MASTER SCHNEIDER:  So if the

12   trial judge agrees with you that Longo's testimony in

13   combination with the non-responsiveness of Hess is

14   critical to satisfying the Daubert standard, you'll

15   be successful in your request to strike Longo, right?

16              MR. BUSH:  I mean yes, if the Court

17   agrees with us.  But what we -- we didn't want him

18   not to answer the questions.

19              Another way we would be successful is

20   if he says yeah, the edge effect that I'm relying on

21   is on all these other particles, and so there is no

22   way to tell the difference between talc and

23   chrysotile.  That would get us a win, too.  Maybe he

24   gives that answer, maybe he doesn't, but we didn't

25   take the depo for him to not be able to answer the

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 19

1    questions.  We want answers to these questions.  And

2    it was the very basis -- I mean I don't -- I hear

3    what you're saying, your Honor, as we're arguing on

4    what your intent was, but we highlighted in the

5    initial motion that the reason we needed a deposition

6    of Mr. Hess is because Longo is not giving us

7    answers.

8                   And I just want to repeat this example

9    again because I think it's so critical, that we asked

10   Dr. Longo:  Isn't your entire analysis wrong because

11   you're not actually seeing a differentiating factor

12   for what you're saying is differentiating?  And he

13   says, it's not wrong, I would have to look down the

14   microscope.

15                  And what your Honor's opinion says is

16   that there were a lot of missing answers in Dr.

17   Longo's testimony based on this

18   need-to-look-down-the-microscope testimony.  And that

19   was the one we highlighted the most.

20                  So when we asked the exact same

21   questions to Mr. Hess, he was instructed not to

22   answer.  He was instructed not to answer:  Isn't the

23   edge effect on these other talc particles?

24                  If Dr. Longo says you have to look down

25   the microscope and he never did, and we asked the guy

Electronically signed by Theresa Kugler (001-297-027-4278)                          a4f121b4-54a9-4860-8fc6-152da2960575

Page 20

1   who looked down the microscope, and he's given an

2   instruction not to answer, we can't get this answer

3   from anybody.  Mr. Hess is the key person here.  He's

4   the one making all the decisions.  He's the one who

5   is actually the expert here.  There is almost nothing

6   that's left for Dr. Longo to do.

7              This is just -- let's just be clear.

8   Mr. Hess looks down the microscope.  Mr. Hess picks

9   particles.  He decides which ones are chrysotile and

10  which ones are talc.  He does it based on assigning a

11  color to those particles and he's the one who takes

12  the images that are produced to us to look at it.

13  That leaves almost nothing for Dr. Longo to do.  And

14  Plaintiffs can't say, oh, no, no, he is looking at

15  the images and independently verifying what Mr. Hess

16  is doing.  Because when we asked Dr. Longo about the

17  images, he says, I would need to look down the

18  microscope, which he never did.  So Mr. Hess is the

19  one who is the expert here which is why all the

20  briefing and all the orders called him an expert

21  multiple times.

22             And so we're getting a little ahead of

23  ourselves with this idea that we can't ask him

24  questions as an expert, whatever that means.  It just

25  doesn't make sense because he's the expert that

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 21

1    everything rests on, which is what your order says,

2    your Honor, that he's the expert upon which Dr. Longo

3    will rely.

4                SPECIAL MASTER SCHNEIDER:  One more

5    second, Ms. O'Dell.  I still want to get to you.

6                I'm getting a little ahead of myself.

7                But didn't the order and the ruling in

8    July at the deposition say that Hess could testify

9    about his firsthand knowledge and his personal

10   observation and he wasn't there to compare one test

11   to another or talk about tests that weren't at issue

12   with regard to the new method that Longo used, the 20

13   or 23 tests?

14               So if the question is, Mr. Hess, when

15   you looked down the microscope, what color did you

16   see, he can answer that question, of course.  But

17   weren't there questions of the ilk that, well, how

18   come you see this color now and when you did these

19   tests in 2019, you didn't see the color?  That wasn't

20   the purpose of Hess' deposition.

21               MR. BUSH:  Your Honor, there is a lot

22   there.

23               First of all, I would say 98 or 99

24   percent of the questions fell in the first category.

25   The question of what color are you seeing was given

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 22

 1    instructions not to answer.  The question:  Isn't

 2    that light bulb adding a darker orange to your

 3    testing, was an instruction not to answer.  There

 4    were just a multitude of questions not to answer all

 5    about just the very images and testing that are

 6    indisputably at issue in this MDL.

 7                SPECIAL MASTER SCHNEIDER:  That wasn't

 8    the question about -- I recall the question about the

 9    lighting that you mentioned, Mr. Bush, and it is

10    absolutely appropriate to ask Mr. Hess, which I don't

11    think was asked, what are the illumination settings

12    on the microscope when you took the test.  It's

13    appropriate to ask him, did you set the illumination

14    setting at the maximum level.  That is a factual

15    question.  That is based on his personal knowledge.

16    But the way you phrased the question, you were asking

17    him an opinion to compare one thing to the other and

18    that's what I said was off limits.

19                MR. BUSH:  Well, your Honor, the

20    question -- how else are we supposed to probe the

21    veracity and accuracy of his statements?  So we asked

22    them, are you really setting it at the highest level,

23    the question was asked.  And then we want to probe

24    whether that's right.

25                SPECIAL MASTER SCHNEIDER:  Mr. Bush,

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 23

1    you did not ask him that question.

2                   MR. BUSH:  Your Honor, we --

3                   SPECIAL MASTER SCHNEIDER:  I'm sorry.

4    I apologize.

5                   At least in the snippets that I read,

6    which were the objections.  Maybe at some other

7    portion.

8                   MR. BUSH:  Right.  It came up before,

9    but we don't have to just take his word for it.  We

10   can't just say, Mr. Hess, explain to us everything

11   you're doing wrong.  And he says:  I'm doing nothing

12   wrong.  We're like oh, that's his testimony, he

13   testified he's doing nothing wrong.  Well, you know

14   what, Defendants, what's your problem?

15                  We have an entitlement to probe him on

16   the accuracy of his testimony.  And if he's going to

17   say I put it at the maximum setting, we just showed a

18   PLM image and said:  Can your microscope get to an

19   image this bright.  That is a question that is

20   eminently from Mr. Hess because he's the one doing

21   the analysis, looking down the microscope,

22   controlling the illumination settings.  He's the one

23   with 40 years of PLM experience.

24                  What is so damaging -- I mean what is

25   so harmful to Mr. Hess to ask a question about, is

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 24

1    your microscope able to produce an image this bright?

2    He should be able to answer that question easily.

3                    And I want to get at your -- the first

4    one about the 2019 testing, because that is critical,

5    critical, critical to the issues.  And it goes

6    directly to his firsthand knowledge because his

7    firsthand knowledge is him doing the tests in 2019

8    and doing the tests in 2020 and afterwards.

9                    And I want to be very clear on this.

10   There is PLM testing that Mr. Hess did of our talc

11   samples in the original round of testing under

12   similar microscopic conditions, meaning the same oil

13   and those sorts of things.  Dozens of tests.  He

14   doesn't find chrysotile in any of those.

15                   Then all of a sudden in 2020, he's

16   finding chrysotile in all these samples.  Mr. Hess

17   again.  Mr. Hess before, Mr. Hess afterwards.  1.55

18   oil before, 1.55 oil afterwards.  It goes directly to

19   the how and why of his testing at issue right now,

20   the new testing, to ask him why were you not able to

21   find chrysotile before and were able to find it now?

22   And we raised it on the first page of our motion.

23   It's just an obvious question to ask him.  There is

24   something going on here that they're changing their

25   methodology or not or just changing what they're

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 25

1    looking at or changing the results.

2              The fact that it's Mr. Hess looking at

3    the same kinds of samples, our talc, under the same

4    microscopic conditions, both for testing in this MDL

5    and he's getting different results, is fundamentally

6    what is at issue with his chrysotile testing.

7              Yes, it may touch on prior testing, but

8    it goes -- it is at the heart of the how and why he's

9    doing the PLM testing now, the chrysotile testing

10   that's at issue in this motion and in the 2020

11   testing onward.

12             SPECIAL MASTER SCHNEIDER:  I have to

13   say, Mr. Bush, I'm not going to ask you a question,

14   we'll go to Ms. O'Dell, but the example you gave is a

15   great example of an objectionable question.

16             The purpose of this argument and the

17   issue to address is whether the questions that you

18   asked fit within the parameters that the Special

19   Master has already set.  The boundaries of this

20   deposition are already set.  The order and the

21   direction at the beginning of Hess' deposition.  The

22   only question now is whether the questions that were

23   objected to fit within the parameters.

24             We are not going back to square one and

25   hearing the issues de novo.  The Special Master

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 26

1   unequivocally stated, and in my order you're going to

2   see the page and line number, that the purpose of the

3   deposition is not to compare one to the other.  So

4   when you say you want to compare the new test to the

5   2019 test, that is a perfect example of an

6   objectionable question.

7              I know you disagree with me.  Obviously

8   you disagree and I respect your disagreement, but

9   we're only here to address whether the questions fit

10  within the parameters that were already set:

11  Firsthand knowledge, personal knowledge, no

12  comparisons, no hypothetical questions.

13             If he's looking down the microscope and

14  he sees a color, he can obviously answer that.  He

15  can answer what his settings were.  He can answer

16  were they maximum settings.  He's not there to answer

17  why did you use this setting rather than that

18  setting.  That wasn't the purpose of why his

19  deposition was permitted.  He's not a testimonial

20  expert and it was not intended that he be deposed as

21  if he were a testimonial expert.

22             But we've talked a lot.  Let's give --

23             MR. BUSH:  Your Honor, I need to

24  respond.  I understand you want to give Ms. O'Dell a

25  turn.  And I understand that this is -- the way you

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 27

1    described it is a unique argument because we're

2    talking about your own intent.  But I need to respond

3    to that because your opinion, your original written

4    opinion, which gives no limitations on the deposition

5    whatsoever, says that an important testimony is the

6    how and the why of the testing.  And so it is

7    directly relevant why he's finding chrysotile now

8    when he didn't before.

9              The other thing I want to say is that

10   your Honor at that depo, right after the page and

11   line said, we'll revisit this afterward.  And so now

12   is the time to revisit it.

13             The other thing I want to say about it

14   is, when you said there is not a basis for

15   comparisons, you said that wasn't the arguments that

16   were made in the briefing.  And those were the

17   arguments we made in the briefing.  On the very first

18   page we said, they're claiming to find chrysotile now

19   when they never did it before.

20             So I think the fact that -- and I

21   understand that I'm arguing about what your intent

22   is, but the fact that you said the why of the testing

23   was relevant, that you said that we persuasively

24   argued that Mr. Hess is making all the key decisions,

25   he's called an expert all the time, the Plaintiffs

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 28

 1    invoked the rule for non-testifying experts which
 2    allow us to get at his expert opinions, the why of
 3    the testing goes directly to why they're finding
 4    chrysotile now and not before, that you said we would
 5    revisit this, and that the basis of your ruling was
 6    this wasn't the arguments that the Defendants made in
 7    their motion.  And it was in the motion.  So I think
 8    it's very much at issue in this argument, whether we
 9    should be allowed to ask those comparison questions
10    which go directly to the most important issues of
11    Mr. Hess' testing that only Mr. Hess can answer
12    because he's the one doing the analysis.
13            SPECIAL MASTER SCHNEIDER:  Ms. O'Dell,
14    anything you want to say?
15            I mean we started this discussion with
16    my confusion about why Defendants were arguing that
17    Longo testified that only looking down the microscope
18    was effective, but yet they're cross-examining Hess
19    on photographs.  And then we went off on a tangent.
20            So you may or may not have anything to
21    say.  I'm not compelling you to say anything, but I
22    certainly want to give you an opportunity if there is
23    something you want to add.
24            MS. O'DELL:  Your Honor, there are many
25    things that I want to say, but for purposes of your

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 29

1    time, I'm going to try to be efficient.

2              I will say this, because I think it's a

3    fundamental sort of construct we need to keep in mind

4    for this testing.  I heard Mr. Bush say two or three

5    times in the last three minutes that he's finding

6    chrysotile now, but he did not find chrysotile before

7    in the 2019 and other testing.  I assume he's talking

8    about the February 2019 second supplemental report of

9    the MDL, which we have stated over and again in our

10   briefing did not seek to identify chrysotile.  It was

11   heavy liquid density separation that was intended to

12   examine Johnson & Johnson's Baby Powder and Shower To

13   Shower for amphibole asbestos, not serpentine mineral

14   like chrysotile.  It was not the focus of the

15   testing.

16             So for counsel, who knows that very

17   well, to suggest that somehow they looked for it

18   before, didn't find it, but now they are, and calling

19   into question the methodology is really -- is an

20   inaccurate statement of what was done previously.

21   And I would just want to start with that because I

22   think that is important.

23             Second, as to Dr. Longo's testimony and

24   what he said previously, he testified for two days in

25   the MDL over all of these reports.  And there is not

Electronically signed by Theresa Kugler (001-297-027-4278)                          a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 30

1  one instance where he said I need to look down the

2  microscope, that I can recall.  He looked at

3  photomicrographs on the Zoom.  We cited that

4  testimony, both in relation to this motion and

5  certainly in the relation to the motion to inspect

6  the MAS lab, and that's something, your Honor, that I

7  would keep in mind.

8            In regard to Mr. Hess' deposition, we

9  had your Honor hear the objection that we made, your

10  Honor issued a ruling, and this was the construct by

11  which we tried to formulate objections.

12            And as you saw from the transcript that

13  you reviewed, it was a hotly contested deposition,

14  but this was the construct that I was working under.

15  It had to be a report at issue in the MDL.  And

16  despite what your Honor said three times, Mr. Hess

17  was asked about a report that was issued in a North

18  Carolina court in 2020 that had to do not with

19  Johnson & Johnson Baby Powder, but a work apron that

20  had been tested.

21            He was asked about Cargille glass and

22  testing of Cargille glass.

23            Third, he was asked in Exhibit 27 of

24  the deposition, he was asked about a 2011 report

25  involving not Johnson's Baby Powder, but asbestos

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 31

1    testing, which I am not quite sure even what that is.

2    But obviously, reports that are unrelated to the work

3    in the MDL.

4              We focused on -- any time he was asked,

5    what did you do, what did you see, he responded to

6    questions, your Honor.  And specifically on page 61

7    he was asked:  How should the illumination be set on

8    the Olympus Microscope when doing this analysis?

9              He responded:  I would always set it

10   myself to the highest illumination.  That was his

11   response.  He gave similar responses at other times

12   during the deposition.  That was on page 61 at lines

13   20 through 25.

14             You said don't allow questions and

15   instruct him not to answer questions about comparing

16   his work to others, which we followed your

17   instructions.

18             He was asked about standards, including

19   ISO622-2.  And I may have the numbers a little wrong,

20   your Honor, but that's not something that he used in

21   the actual work.  That's something Dr. Longo has

22   opined on.  And we gave him an instruction not to

23   answer that question.

24             Dr. Longo's reports have a long

25   narrative as a part of the reports.  Mr. Hess'

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 32

 1    limited part, it's not an unimportant part, but it's

 2    a limited part to prepare the bench sheets and the

 3    photomicrographs that take pictures of the particle

 4    of suspicion that he's identified as chrysotile.

 5                    And he said, and I would direct your

 6    Honor to the deposition at page 144 through 147 where

 7    he gave a complete analysis of how he did this, how

 8    he would line it up, how he would focus on what

 9    appeared to be a suspicious particle, how he would

10    make sure it was fibrous in nature.  And then he

11    walked through what he did.  And once he identified

12    it, if he -- if he identified it as chrysotile, how

13    he would then take a photomicrograph to the best of

14    the machine's ability to capture what he was looking

15    at.  And then when he was asked about those

16    questions, about the particle of interest, the

17    chrysotile, he answered those questions to the best

18    of his ability.  Your Honor, not with a high

19    resolution photo in a room, but on a screen, Zoom,

20    and often it was placed in a PowerPoint.  It actually

21    wasn't even the report that was being issued.

22                    So that was very difficult, but he

23    answered all those questions to the best of his

24    ability.

25                    Now, Mr. Bush raises the issue about he

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 33

 1    couldn't talk about talc.  There were instances where

 2    he was asked about questions regarding talc that

 3    weren't in the primary field or the focus of the

 4    actual photomicrograph.  They were in the

 5    photomicrograph, but were not actually the part

 6    around the particle or in focus like the particle he

 7    was reporting on.  They asked him questions and there

 8    were certain instances where he didn't report on that

 9    particle and it would have been improper to have him

10    give an opinion on the fly in the deposition, which

11    is what we argued should not be appropriate.

12                     So there are other instances where, and

13    I would just get the last one, your Honor.  He was

14    asked about Dr. Wiley and Dr. Su's reports and what

15    his opinions were.  We instructed him not to answer

16    because that's not his view.  That's for Dr. Longo as

17    the testifying expert.

18                     So we believe that, in fact, he was

19    asked about his methodology and what he saw, about

20    certain photomicrographs, and had they really wanted

21    to know exactly what his process was report by

22    report, they would have shown him those things in a

23    methodical fashion and they would have gotten their

24    answers.  But that's not what they did.  They kept

25    creating these exhibits, comparing photomicrographs

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 34

1    with the reports at issue with other photos which

2    were unfair.

3                    And I would just end with this.

4    Mr. Bush argued a minute ago he was shown an image

5    and said can you make an image this bright.

6                    And I would just point out for the

7    court so you know the context, it was an image taken

8    by Dr. Su, he had never seen it before, didn't know

9    the context, didn't know what it was, and he was

10   asked can you make an image that bright.  How is a

11   person to answer that question?  All he was there to

12   answer is what, in fact, he did do.  And he, in every

13   instance, was prepared and would respond to those

14   questions if it was appropriate.

15                   So that's what I have, your Honor.  And

16   to the degree that they say it colors one thing or it

17   colors another, that's going to be a question for the

18   jury, if this testimony is heard.

19                   And I see Mr. Placitella is on video,

20   which he may have something to add and I would invite

21   him to do that.

22                   MR. PLACITELLA:  I have one thing to

23   add and I apologize for my attire, I didn't have this

24   on my schedule.  No disrespect intended.

25                   There is a bottom line here.  I took

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 35

1    Dr. Su's deposition and Dr. Wiley's deposition.  And

2    they both said, based upon the photomicrographs taken

3    by Mr. Hess, they came to their own independent

4    conclusion that it was not asbestos.

5              And I said:  Did you need anything

6    else, anything else, in order to come to that

7    conclusion?

8              And they said no, I can do that based

9    upon the photo that was generated by Mr. Hess.

10             So all of this, respectfully, is a lot

11   of gamesmanship because their expert is able to give

12   their own opinion, right, based upon the data that

13   was generated.  So the questions about how you

14   generated that data are appropriate.  His

15   interpretation of the data is not appropriate.

16             That's all I have to say.

17             SPECIAL MASTER SCHNEIDER:  If you'll

18   indulge me, let's go to some questions I have about

19   specific objections.  And by the time we get through

20   with them, I think we will, my guess is, cover all of

21   the arguments you want to make.

22             I numbered the objections, but I'll

23   give you the page and line number.

24             Number two, page 54, line 17 to page

25   55:25.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 36

```
 1                      MR. BUSH:  I'm sorry, your Honor, do
 2      you mind repeating that?  I was looking --
 3                      SPECIAL MASTER SCHNEIDER:  It's the
 4      second objection starting at page 54:17.
 5                      MR. BUSH:  Sure.
 6                      SPECIAL MASTER SCHNEIDER:  What is the
 7      question that you wanted to ask that was objected to?
 8                      MR. BUSH:  It was -- it was the
 9      question right before, your Honor, on the first one
10      on that page is:  Typically, when MAS is identifying
11      chrysotile in Johnson & Johnson, what was being
12      called chrysotile was yellow in parallel, right?
13                      And we got all these objections and an
14      instruction not to answer that it has to be about
15      specific reports.
16                      So the follow-up was:  In the reports
17      where you're identifying chrysotile in Johnson &
18      Johnson, what color are the particles that you're
19      calling chrysotile typically in parallel?
20                      It's the question on lines 17 to 20.
21                      SPECIAL MASTER SCHNEIDER:  And the
22      objection to that, Leigh, is what?
23                      MS. O'DELL:  Well, we didn't know what
24      report he was talking about, your Honor.  I mean was
25      it a report in the MDL or was it not?  And I was
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 37

1    trying to ask, and you'll see at lines seven through

2    13.  And I said, if you'd like to ask Mr. Hess about

3    specific reports, he's here and he's prepared to

4    respond, but asking for expert opinion beyond the

5    scope is beyond the scope of your order.  And we

6    never really got a direction to a report.

7              And your Honor, there are, you know, a

8    number of reports at issue in MDL, but there are a

9    greater number of reports that Dr. Longo has issued

10   over the years after testing Johnson's Baby Powder

11   and a number of other substances.

12             I will tell you from my perspective, I

13   don't have knowledge of those, I can't formulate an

14   analysis on reports.  And that's why I was very

15   specific.  Okay.  Tell us what report you're

16   referring to.  And they didn't.

17             Now, he goes on to say, he was asked

18   about line 17, he asked:  In your reports identifying

19   chrysotile, what color are the particles that you're

20   calling chrysotile typically in parallel?

21             And he answered that question, which

22   sort of gets really even to the heart of it after the

23   objection that I lodged.

24             MR. BUSH:  Sorry.  What lines are you

25   referring to where you're saying he answered it?

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 38

 1                   MS. O'DELL:  Let me make sure I'm at

 2     the right place.  Page 54, line 17.  He answered the

 3     question at line 22 through 24.

 4                   MR. BUSH:  Right.  Right.  So he

 5     doesn't answer the question there because the

 6     question is:  What color are the particles?

 7                   And he's saying:  I used the wave

 8     length at the edge of the particle, not the center.

 9                   And so the follow-up question is:  What

10     color are they?

11                   And then the question is:  Well, what

12     are you talking about?

13                   And then:  The particle that you're

14     calling chrysotile in the reports that you're talking

15     about today.  We just wanted -- the question is very

16     simple.  What color are the particles typically that

17     you're calling chrysotile in the reports we're all

18     here to talk about?

19                   He doesn't answer that question there.

20                   MS. O'DELL:  Well, he doesn't -- well,

21     again, we asked for a specific report.  Obviously,

22     Mr. Bush, you and Mr. Dubin are very capable of

23     pointing to a specific report.

24                   And, your Honor, I'll direct my

25     comments to you, I'm sorry, I shouldn't be talking to

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 39

 1    other counsel.

 2                    SPECIAL MASTER SCHNEIDER:  The fourth

 3    supplemental report?

 4                    MS. O'DELL:  I'm sorry.  I missed that,

 5    sir.

 6                    MR. BUSH:  The fourth supplemental

 7    report that has at the end the tables that

 8    incorporate by reference all of his other prior --

 9    the prior testing that he's relying on for purposes

10    of the chrysotile.

11                    SPECIAL MASTER SCHNEIDER:  No.  No.

12    No.  No.  And I looked for it before we started and

13    I'm sorry I couldn't track it down.  There was a

14    chart attached to Dr. Su's report and there was a

15    chart attached to Dr. Wiley's report which identified

16    the specific new PLM test.  Those are the tests at

17    issue.

18                    MR. BUSH:  Your Honor, we went over

19    this all in the last round of arguments.  It

20    doesn't -- we think those match up exactly with the

21    ones in Longo's report.  But what we should be

22    looking at is not our expert report, it's what

23    testing did Dr. Longo say he's relying on.  There are

24    tables at the end of his report that incorporate by

25    reference all his prior testing and we matched up, in

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 40

 1    our brief here, every test we were asking a question

 2    about to one of those questions.

 3                    SPECIAL MASTER SCHNEIDER:  But I don't

 4    know, Mr. Bush, if the tests in Mr. Longo's report

 5    are just the new PLM testing method.  I don't know

 6    that.

 7                    MR. BUSH:  Yes, your Honor.

 8                    SPECIAL MASTER SCHNEIDER:  I limited

 9    the deposition to only those tests.

10                    MR. BUSH:  Yes, your Honor.  And look,

11    let me pull up the exhibit so I can show you exactly

12    what the chart is that we were referring to.

13                    It's Exhibit D to our motion.  I have

14    it in paper copy, so I'm just pulling it up on my

15    screen, if you bear with me.

16                    SPECIAL MASTER SCHNEIDER:  I have the

17    fourth supplemental report here.

18                    MR. BUSH:  Okay.  So if you look at

19    page -- they don't have page numbers, but if you go

20    to page 15, then the next page which would be 16, has

21    a table of all of his new reports.  And if you look

22    at the very right column, there is CSM, chrys

23    percentage.  Any time he's reporting something in the

24    CSM chrysotile percentage, that is his new chrysotile

25    testing that he is incorporating by reference in his

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 41

1    new report.

2                    SPECIAL MASTER SCHNEIDER:  There are,

3    what, seven or eight tables that are attached to the

4    report.  Are you incorporating every table?

5                    MR. BUSH:  This is Dr. Longo's report.

6    And what Dr. Longo says at the beginning of the

7    report is I'm not reproducing all my reports because

8    Johnson & Johnson already has them from all this

9    underlying talc litigation.  So I'm just going to put

10   a table at the end.  This is what Dr. Longo's -- this

11   is Dr. Longo's report.  This is the test that he is

12   incorporating by reference to this MDL.  That's what

13   this table is.

14                   MS. O'DELL:  Your Honor, can I speak to

15   this?  I'm so sorry.  And I don't want to interrupt

16   you, but I --

17                   SPECIAL MASTER SCHNEIDER:  Go ahead.

18                   MS. O'DELL:  Certainly there is the

19   table that you're seeing at the end of his fourth

20   supplemental report.  Produced along with that fourth

21   supplemental report were a number of other underlying

22   reports.  So you'll see on page -- let me just get to

23   the top, your Honor, just to make it easy.

24                   The first sample in the table one is

25   from the Weirick case, W-E-I-R-I-C-K.  And that

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 42

1    underlying Weirick Report was produced in the MDL as

2    part of the backup material for the fourth

3    supplemental report.

4              And so as I went through the

5    deposition, my guide was actually what we had

6    produced in the MDL as an underlying report.  That's

7    how we approached it.  And so I feel like that's

8    important to note.

9              I know we compared it to at least Su or

10   Wiley's chart, but that was the guide.  And if it was

11   produced in the MDL, there was no objection to the

12   question about the underlying findings.

13             SPECIAL MASTER SCHNEIDER:  So, Leigh,

14   tables one to seven, are those the tests that Longo

15   was going to rely upon at trial?

16             MS. O'DELL:  For his new testing, his

17   new PLM testing, not -- again, not the prior

18   amphibole testing.  Yes.

19             SPECIAL MASTER SCHNEIDER:  And tables

20   one to seven, are they only the new testing methods?

21             MS. O'DELL:  Yes, they are, your Honor.

22             And, Matt, may I share my screen?  Do

23   you mind?

24             MR. BUSH:  Sure.  Sure.  Sorry if I'm

25   blocking that.

Page 43

```
 1                   MS. O'DELL:  No problem.

 2                   And because I want to give you a sense,

 3      your Honor, of what we did share so you'll get the

 4      full, and I'm hopeful you're seeing my screen now.

 5                   SPECIAL MASTER SCHNEIDER:  Yes.

 6                   MS. O'DELL:  Are you seeing this folder

 7      that I show here?

 8                   SPECIAL MASTER SCHNEIDER:  Yeah, I have

 9      the report in front of me.

10                   MS. O'DELL:  Yes, sir.

11                   And I don't know -- I want to make sure

12      you're seeing my folder, and it shows all of the

13      listing of the underlying reports that we produced to

14      Defendants when we made our disclosure in November of

15      2017.

16                   SPECIAL MASTER SCHNEIDER:  Do you know

17      what I'm referring to when I refer to the chart that

18      was attached to Dr. Su and Dr. Wiley's report?

19                   MS. O'DELL:  I remember you referring

20      to it, your Honor.  I can't tell you I remember it

21      with specificity, but I know what you're talking

22      about.

23                   SPECIAL MASTER SCHNEIDER:  Do you know

24      if that chart is identical to tables one to seven?

25                   MS. O'DELL:  I don't know the answer to
```

Page 44

1    that, your Honor.  I would need to look at that.

2                    SPECIAL MASTER SCHNEIDER:  Okay.

3                    So Matt, is what you want to know is,

4    what color was the chrysotile in tests that are

5    listed in tables one to seven?

6                    MR. BUSH:  For this question that we're

7    referring to, yes.  The question is:  What color are

8    you typically -- I'm just going to -- typically when

9    MAS was identifying chrysotile in the reports at

10   issue in tables one through seven, what color were

11   you typically calling chrysotile in parallel?

12                   I might not have phrased the question

13   perfectly.

14                   SPECIAL MASTER SCHNEIDER:  Okay.

15                   MS. O'DELL:  He goes on to say, your

16   Honor, just to be clear, and birefringence relates to

17   the color.  And he was asked on page 56, just

18   following the question we were talking about, what

19   color, what is the refractive index of talc?

20                   It has a wide -- a large birefringence,

21   but normally it will be somewhere in the range of

22   around 1.540 to 1.605 based on the experience of what

23   I've seen, which provides information about the color

24   of the talc that he's seeing.

25                   I believe that question was answered.

Electronically signed by Theresa Kugler (001-297-027-4278)                                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 45

1                 MR. BUSH:  We're not even up to that.

2                 There is a question about; what color

3      are you typically calling chrysotile in the reports

4      at issue?

5                 SPECIAL MASTER SCHNEIDER:  Next

6      objection.

7                 MR. BUSH:  Yes.

8                 SPECIAL MASTER SCHNEIDER:  It's number

9      three on my list, page 58:23.

10                MR. BUSH:  Yep.

11                SPECIAL MASTER SCHNEIDER:  I was

12     unclear on what exhibit is being referred to in this

13     colloquy.

14                MR. BUSH:  This is -- I can tell you

15     which report it is.

16                If we go to table four, row 18 of --

17     and I can share my screen again.  This was M70484-001

18     was the report that we were looking at.

19                SPECIAL MASTER SCHNEIDER:  Number 18?

20                MR. BUSH:  Yeah.  What I had written

21     down was table four, row 18, 704804 (sic).

22                SPECIAL MASTER SCHNEIDER:  Okay.

23                And is that the only test that's being

24     referred to in this question?

25                MR. BUSH:  Yes, your Honor.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 46

 1                SPECIAL MASTER SCHNEIDER:  Okay.

 2                Next, page 65:17.

 3                You asked about the blue light or

 4     daylight filter.  Was the blue light or daylight

 5     filter used on the tests in tables one to seven?

 6                MR. BUSH:  It is supposed to be used,

 7     according to the protocol that he's supposed to be

 8     following.  And Mr. Hess testified that for these

 9     images on this microscope that he did not use a blue

10     light or daylight filter.  But it was -- the purpose

11     of the question is that the methodology that he's

12     supposed to be following requires a blue light or

13     daylight filter.  And so the question goes to the how

14     and the why of this testing.  Why is he not using a

15     blue light filter when the methodology requires it?

16     Does he not know the purpose of it?  Or does he know

17     the purpose and is intentionally not using it?  And

18     what is the reason that he's not using it?

19                That's why we're asking those

20     questions.

21                MS. O'DELL:  Your Honor, at page 65,

22     lines five through 11, he was asked about a blue

23     light or daylight filter and then he answered the

24     question.

25                SPECIAL MASTER SCHNEIDER:  Okay.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

```
                                              Page 47
 1                 Next is number five on my list, page
 2    66:2.
 3                 Matt, the question that the witness was
 4    instructed not to answer was what?
 5                 MR. BUSH:  Starting on lines 11 to 14,
 6    I'm asking him now about -- it's a follow-up to the
 7    question before.
 8                 I'm asking him now what his
 9    understanding of the purpose of that type of filter
10    is.
11                 Are you instructing him not to answer
12    that question?
13                 And then he's instructed not to answer.
14                 SPECIAL MASTER SCHNEIDER:  Okay.  He
15    said he did not use that blue light or daylight
16    filter?
17                 MR. BUSH:  For this set of tests, yes.
18    He testified earlier that he didn't use it or at
19    least couldn't recall using it.  And so the question
20    is why, which goes directly to the how and why of the
21    testing that was to be covered at the deposition.
22                 SPECIAL MASTER SCHNEIDER:  Okay.
23                 MS. O'DELL:  Your Honor, may I respond
24    to that?  If you don't want me to, I'll --
25                 SPECIAL MASTER SCHNEIDER:  No, go
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 48

 1    ahead.

 2                    MS. O'DELL:  I'm just saying, for him,

 3    he was asked:  Did you use a blue light filter?

 4                    And if you see on page 68, lines three

 5    through seven, he said:  I don't recall ever dealing

 6    with them, blue light filter or daylight filter.  He

 7    was asked that again.

 8                    He responded.  That was his role, to

 9    say I did it or I didn't.  But the methodology and

10    whether it's appropriate, that methodology is for Dr.

11    Longo.  And so I would just, you know, for Doctor --

12    excuse me, for Mr. Hess, it wasn't for him to testify

13    to whether the methodology is appropriate, not

14    appropriate.  It was what did he do.  And he was

15    honest in saying, I don't recall ever dealing with

16    them.

17                    MR. BUSH:  And your Honor's opinion

18    says we're entitled to ask -- that we're not entitled

19    to assume that Mr. Hess is following the methodology

20    that he's -- the written methodology that he's

21    supposed to.  The written methodology says he's

22    required to use a blue light or daylight filter.  He

23    says at minimum he doesn't remember ever dealing with

24    that.  So why is he not using the blue light filter

25    when the methodology that he's supposed to be

August 5, 2024

Page 49

 1   following requires it?

 2              It goes directly to the how and the why

 3   of the testing.

 4              SPECIAL MASTER SCHNEIDER:  Why didn't

 5   you ask Longo that question?

 6              MR. BUSH:  Because he's the one at the

 7   microscope.  Dr. Longo doesn't know what Mr. Hess is

 8   doing at the microscope.  Dr. Longo says, use the

 9   ISO22262-1 methodology.  Mr. Hess goes and does it,

10   or doesn't do it appropriately.  And so we asked, are

11   you the one who's actually putting on the filter and

12   taking off the filter, using this filter.

13              He's probably the only one who actually

14   knows the answer to that question because he's the

15   one doing it.

16              SPECIAL MASTER SCHNEIDER:  Okay.

17              Next one I have is number six, page

18   69:3.

19              You asked if a blue light or daylight

20   filter is being used on this image.  What image are

21   you showing him?

22              MR. BUSH:  That is an image of -- it's

23   an image of talc that's not one of the ones that's at

24   issue in this report, but it's an MAS image of talc.

25   And so the reason for the questioning is the colors,

Electronically signed by Theresa Kugler (001-297-027-4278)                a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 50

1    which is, as you know, your Honor, the key issue in

2    this whole thing is the colors.  So why does an MAS

3    image of talc look different in another report than

4    his images?

5              We have no idea what they're doing to

6    make it different.

7              Is it because he removed the blue light

8    filter when doing this testing?

9              Is he doing it intentionally?

10             Is he doing it unintentionally?  We

11   don't know because we're not allowed to ask the

12   questions.

13             SPECIAL MASTER SCHNEIDER:  Next I have

14   is number 7, page 70:6.

15             MR. BUSH:  So this is Vanderbilt test.

16   This is the example -- this is Vanderbilt talc.  This

17   is the example we included at the end of our motion.

18   And the reason -- so this is -- the test he's being

19   compared to is not one of the ones in the tables one

20   through seven, but this is why it's super critical,

21   because it's Mr. Hess testing the same sample talc,

22   using the same oil, 1.550, used in about a month

23   apart.  And the colors look totally different.

24             We do not know why the colors look

25   totally different.  That goes directly to the how and

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

                                                    Page 51
 1   the why of the testing.  And Mr. Hess is the only one

 2   who knows because he was the analyst on both of those

 3   things.  So he's the one controlling the microscope

 4   settings.  And if he's intentionally changing the

 5   settings to get different results, that's really

 6   relevant.  If he's unintentionally changing the

 7   settings to get different results, that's also

 8   relevant.

 9              What are the different settings?

10   Relevant.

11              All go to the how and the why of the

12   testing.  And I will tell you this, your Honor, every

13   single question here goes to the how and the why of

14   the PLM testing at issue in those seven tables.

15              SPECIAL MASTER SCHNEIDER:  Number nine,

16   page 76:5.

17              What is a reference sample?

18              MR. BUSH:  It's a -- there it's -- this

19   is talc from the USP, the United States Pharmacopeia.

20   It's like a -- it's a non-profit, sort of like a

21   standards organization that has reference samples for

22   talc.

23              So the question is, how come your talc

24   doesn't look like talc in the standard reference

25   images that people use to understand what talc looks

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 52

 1    like?  Is it because you're changing the settings?

 2    What about the settings are different?  That's why we

 3    want to ask him why his talc looks different.

 4                SPECIAL MASTER SCHNEIDER:  So is this

 5    another instance that doesn't look at tables one to

 6    seven?

 7                MR. BUSH:  It's a published standard,

 8    your Honor.  It's not asking about other tests that

 9    he did or that someone else did.  It's a published

10    standard.  And the reason this is important is

11    because there is a debate about what color those

12    chrysotile particles look like.

13                And one of the reasons you can tell

14    that the coloring of the images are off is because if

15    the talc particles, that we all know of talc, don't

16    look like talc, then clearly something is off with

17    the coloring.

18                The example we sometimes use is if you

19    saw a picture and the sky was colored purple, that

20    would give you a hint, a very big hint, that

21    something else in that picture was probably also

22    tinted purple if the whole image is colored a

23    different -- is skewed towards a different color.

24                So if the talc images don't look like

25    talc is supposed to look like, that shows why the

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 53

 1    whole color is shifted in the wrong direction.

 2              So, again, I'll say it every single

 3    time, it goes directly to the how and the why of the

 4    testing that Mr. Hess did.

 5              MS. O'DELL:  Your Honor, I would just

 6    say, from my perspective, that this is another

 7    instance where they're asking him to compare what he

 8    did to somebody else.  And that was clearly within

 9    the scope of your direction to instruct him not to

10    answer.

11              If they want to cross-examine Dr. Longo

12    on the difference in photographs and the USP versus

13    something in one of his reports, he's an expert and

14    that's fair game.  But it did not go to the work that

15    Mr. Hess did.

16              SPECIAL MASTER SCHNEIDER:  Number 10,

17    page 76:19 to 78:9.

18              What test is referred to here, Matt?

19              MR. BUSH:  This is the next one.  It's

20    the 79:11?  Sorry.  I just want to make sure we're on

21    the same page.

22              The one that says Zimmerman Report?

23              SPECIAL MASTER SCHNEIDER:  Yeah, 76:19.

24              MR. BUSH:  That is the Zimmerman Report

25    that is one of the -- that's one of the reports on

August 5, 2024

Page 54

 1    the list.  I'll get you the exact number, if you give

 2    me a moment.

 3                    So that is sample M70484 and it is

 4    table one, row two in Dr. Longo's fourth supplemental

 5    MDL report.

 6                    SPECIAL MASTER SCHNEIDER:  And what is

 7    the question that's being asked that's objected to,

 8    Matt?

 9                    MR. BUSH:  What color -- so it's a few

10    times, but line two, what color is that?

11                    Why don't we start at line 24, so it's

12    page 76 line 24 through -- it must be 77, line two.

13                    So this is something that you're

14    calling chrysotile in parallel in 1.550.  What color

15    is that?

16                    And, your Honor, we have it -- I mean

17    it's the first example in our brief, we have the

18    image that he's being asked about.

19                    SPECIAL MASTER SCHNEIDER:  Mr. Ludwig,

20    what's the objection on line 22?

21                    MS. O'DELL:  You're on mute.

22                    MR. LUDWIG:  I'm sorry, your Honor.

23                    If I read this correctly, it was --

24    once again, when it goes to what is the color, it is

25    an objection because it's an opinion -- calls for an

Electronically signed by Theresa Kugler (001-297-027-4278)                                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 55

1    opinion -- it's calling for an opinion on that color.

2                SPECIAL MASTER SCHNEIDER:  Isn't that

3    what he -- I mean that's -- I said he could testify

4    to his personal observation, firsthand knowledge.

5    He's looking down the microscope, he sees a color,

6    you're saying he can't answer that?

7                MR. LUDWIG:  If I recall --

8                MS. O'DELL:  Your Honor, I'm sorry if

9    I'm interrupting you, Mr. Ludwig, forgive me.  But

10   just maybe it helps a little bit.  There was a long

11   colloquy, Judge, and if you get to page 80.

12               MR. LUDWIG:  That's what I was going to

13   say.  If you get to page 80, he answers the question

14   on page 80, your Honor.

15               Thank you, Leigh.  I'm sorry.  I was

16   actually getting to that.  I was trying to follow

17   through because I think that it goes to -- the

18   question is asked again on 78 through 79 and he says

19   the center part is golden yellow.  On page 80, lines

20   two through four.

21               SPECIAL MASTER SCHNEIDER:  So if the

22   question was answered, why is it on this list?

23               MR. BUSH:  Well, it's on the list for a

24   couple reason, your Honor.

25               One is we shouldn't have to fight

August 5, 2024

Page 56

1    through two or three instructions not to answer to

2    get to every question that we want.  This is so

3    clearly relevant that we shouldn't have to have a

4    page of instructions not to answer and back and forth

5    with the attorneys.  We should get -- we should just

6    be able to get an answer to this.

7              And second, I'll point out that his

8    answer is that at the edge, which is what I need to

9    look at, I can't tell from the image.  So if you want

10   to talk about who's saying they need the image or

11   don't need the image to look at, right here Mr. Hess

12   is saying I can't even tell what the color is of the

13   part that I need to see on the image that I took and

14   produced.  That's the answer that he ultimately

15   gives.

16             MR. LUDWIG:  But I think if you read

17   the next question, your Honor, Mr. Dubin just goes

18   into, we'll go into edge effect later on.

19             SPECIAL MASTER SCHNEIDER:  So what I'm

20   trying to find out, Matt, is this an objection I have

21   to rule on if Mr. Ludwig and Ms. O'Dell are saying

22   this question was answered?

23             MR. BUSH:  I mean, your Honor, I would

24   say that I'm not sure that -- look, if you want to go

25   through it question by question, then I'm happy to do

August 5, 2024

Page 57

1    it.

2                    SPECIAL MASTER SCHNEIDER:   That's what

3    we're doing.

4                    MR. BUSH:   I think getting guidance to

5    what questions are permissible and what questions are

6    not permissible is going to help because it's not

7    necessarily the case that we want to ask only the X

8    number of questions that you rule are permissible.

9    There may be follow-up questions, there may be

10   something that he says that impacts another question.

11                   So I think we deserve a ruling that's

12   saying what color is that of the particle that's at

13   issue in this MDL is a permissible question rather

14   than having to go through this all over again where

15   we fight through ten instructions not to answer just

16   to get an answer from the -- to get a non-answer from

17   the witness.

18                   SPECIAL MASTER SCHNEIDER:   Okay.  Let's

19   go to number -- what I call 18, page 103:5 to 15.

20                   What is Cargille glass?

21                   MR. BUSH:   Sorry.  I have 103.

22                   So Cargille -- the purpose of this

23   question is Cargille glass is just another substance

24   that you can look at under the microscope.  And the

25   key thing here is that it has a single known

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 58

1    refractive index.  The refractive index is the number

2    that comes from identifying what color the particle

3    is.

4              So even though it has a single known

5    refractive index, sometimes you can get multiple

6    different colors appearing on the edge.  But those

7    colors are not part of -- are essentially ignored, or

8    we know they need to be ignored, because it has a

9    known refractive index that matches up with the color

10   that you're seeing in the bulk of the particle.

11             And there can be some internal lighting

12   refractive effects that create this color that's not

13   the true color that you should be looking at for

14   purposes of the refractive index.

15             So it is an example of how these edge

16   effects that you're seeing are not truly the colors

17   you should be looking at, but they're an artifact of

18   the lighting or the imaging.  And the question is

19   about does Mr. Hess know about this potential effect

20   for the color to be not the color that you should be

21   reporting.

22             And so it goes directly to the how and

23   the why of his testing of why is he taking the colors

24   that he is, and what parts of the -- what areas --

25   why is he looking at certain areas of the particle

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 59

 1    and is that the correct thing to do?

 2                    SPECIAL MASTER SCHNEIDER:  So the short

 3    answer to my question is that this question and

 4    objection does not involve one of the tests on tables

 5    one to seven?

 6                    MR. BUSH:  Your Honor, I'm always going

 7    to tell you that it goes to the how and why of all

 8    those testing.  Every single one.

 9                    SPECIAL MASTER SCHNEIDER:  Okay.

10                    MR. BUSH:  I'll keep giving that answer

11    every time.

12                    SPECIAL MASTER SCHNEIDER:  Okay.

13                    Next, my number 19, page 109:19.

14                    What is the exhibit that is referred to

15    here?

16                    MR. BUSH:  So ISO2262-1 is the protocol

17    that Mr. Hess is supposed to be following.

18                    SPECIAL MASTER SCHNEIDER:  Okay.

19                    MR. BUSH:  And it gives reference

20    images about what chrysotile is supposed to look

21    like.  And what the refractive indices, again, the

22    number that comes from the color of the particle are

23    supposed to be.  And so this question goes directly

24    to the methodology that he's supposed to be using.

25                    SPECIAL MASTER SCHNEIDER:  Got it.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 60

 1                    Okay.  Next one is my number 20, page
 2    110:16.
 3                    MR. BUSH:  It's the -- this is the
 4    same -- this is the same thing, your Honor.  It's
 5    asking him about the reference image in the ISO
 6    methodology that he's supposed to be following.
 7                    MS. O'DELL:  And, your Honor, can I
 8    just say, again, when the image was presented to Mr.
 9    Hess, it was an incomplete depiction of what was
10    being examined.
11                    Number two, and there is a number of
12    other objections and I don't want to belabor it, but
13    in terms of comparing this other image that he didn't
14    take, we felt that that was outside the bounds of
15    what the Court had ordered.  And so that was the
16    reason, because this methodology, he said he has some
17    familiarity with it, but the methodology that he used
18    was methodology that he and Dr. Longo discussed.  He
19    testified to that.  And also Dr. Longo did as well.
20    And that is the methodology that's reflected in Dr.
21    Longo's report, which certainly does refer to
22    ISO22262.
23                    But in terms of interpreting that
24    particular document, that was outside the scope of
25    his role as a fact witness.  And that was the reason

August 5, 2024

```
                                        Page 61
 1   for the objection.
 2              SPECIAL MASTER SCHNEIDER:  Next, my 21,
 3   page 112:18.
 4              This refers to a standard reference.
 5   What is meant there, Matt?
 6              MR. BUSH:  This is still the same.
 7   This is all covering the same topic.  It's the
 8   standard reference -- it's the ISO22262-1 standard
 9   reference sample for chrysotile and the protocol that
10   he's supposed to be following.  And we have it on
11   page 20 of our brief as exactly what is being shown
12   in these questions.
13              And this is -- and on page 21 of our
14   motion, we show that this is something we had argued
15   specifically in the original motion to compel
16   Mr. Hess' testimony.
17              SPECIAL MASTER SCHNEIDER:  My number 22
18   is 123:4.  Is this the same as what we just
19   discussed?
20              MR. BUSH:  No.  This is up to the
21   Valadez Report, which is in the tables one through
22   seven.  I'll get you -- it is sample M71614 in his
23   fourth supplemental report.  It's table six, row 41.
24              SPECIAL MASTER SCHNEIDER:  And what is
25   the question that's objected to here?
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 62

```
 1                   MR. BUSH:  So I think there ends up
 2      being a couple.  But lines six through eight, what is
 3      the CSDS?  CSDS is Central Stop Dispersion Staining.
 4      That's just the name of the color-based method that's
 5      being used.  So it's, what is the CSDS color that you
 6      would use to assign a refractive index to that
 7      particle?
 8                   MS. O'DELL:  And I -- I'm sorry.
 9      Excuse me.
10                   SPECIAL MASTER SCHNEIDER:  I'm a
11      little -- help me understand this one.
12                   Is this asking about the methodology
13      that he used during this specific test?
14                   MR. BUSH:  I'm sorry.  Is that a
15      question for me, your Honor, or for --
16                   SPECIAL MASTER SCHNEIDER:  Yes.
17                   MR. BUSH:  Yes.  He has an image and
18      we're asking him what is the color for the talc -- we
19      direct -- on line four through six, we direct him to
20      a talc particle and we ask:  What is the color that
21      you would assign a refractive index to that particle.
22      So what color would you call that particle?  This is
23      in the tests that are in Dr. Longo's report at issue
24      in this MDL differentiating talc from chrysotile is
25      the entire purpose of this analysis.  If he can't
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 63

1    answer, what's the color of the talc particles, then

2    there is no reason for any of us to be here.

3                    SPECIAL MASTER SCHNEIDER:  Help me --

4    one second, Leigh.

5                    Help me understand, again, what CSDS

6    color is?

7                    MR. BUSH:  CSDS stands for Central Stop

8    Dispersion Staining, and it is the name of just the

9    broad method that's being used where you coat the

10   material in a particular oil and choose what color

11   it's being used.

12                   The question would read identically if

13   you deleted CSDS, it's just a slightly more technical

14   term to say what color are you calling it.

15                   SPECIAL MASTER SCHNEIDER:  Okay.  And

16   it says the bottom left.  The bottom left of what?

17                   MR. BUSH:  Of the image that he was

18   being -- that he was being shown and directed to from

19   the reports at issue that are on tables one through

20   seven.

21                   SPECIAL MASTER SCHNEIDER:  Okay.

22                   Leigh, did you want to address this?

23                   MS. O'DELL:  Yes, your Honor.

24                   Number one is that this was an image,

25   if you go back, you'll look at the bottom of page 121

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 64

 1    and it goes on.  At different points he's saying that

 2    he can't make the determination from a

 3    photomicrograph on a screen.  And at different times,

 4    and I think it's the page before, he says it's not in

 5    focus.

 6                    And they're asking him on the fly to

 7    make a determination about a particle that he made no

 8    finding on.  It's in the photomicrograph, but he made

 9    no finding.  And so they're asking him on a Zoom for

10    a particle that's outside of -- that's not in focus

11    to make a determination.

12                    And he says, you know, he says and he

13    was asked on line 13 through 16 on page 122.

14                    So those talc plates, did the

15    reflective index that you assigned to them based on

16    their edges, did that correspond with red?

17                    He says:  I would not give it the same.

18                    He's talking about -- and then he says:

19    No, I would not give it the same.

20                    So he tries to answer the question, but

21    the bottom line is, he didn't analyze talc particles

22    and report on those.  And so for them to ask him to

23    do that in this context on Zoom in a photomicrograph

24    that is focused on that image that he's reporting on,

25    we felt was inappropriate.  And that's why I made the

Electronically signed by Theresa Kugler (001-297-027-4278)                        a4f121b4-54a9-4860-8fc6-152da2960575

Page 65

1    objection.  And I made it in a more fulsome way on

2    page 124 because he was asked again, what is the CSDS

3    color you were assigning to talc plates that we're

4    looking at.  And that's where I give the objection.

5                    And so, your Honor, it's not fair, you

6    know -- it's one thing if it's something that has

7    been focused on and he's reporting on as a chrysotile

8    image.  It's another thing if it's a talc particle on

9    the edge of a photomicrograph and it's not in focus.

10                    MR. BUSH:  Your Honor, the pic -- these

11    kind of photos don't have like a focused part in the

12    center and a blurry part on the outside.  The entire

13    image is in the same focus.

14                    If Mr. Hess is claiming it's not in

15    focus enough, that has to do with the entire image

16    and it's the image he himself took and is supposed to

17    set the phots of.  The entire purpose of the analysis

18    is to distinguish talc from chrysotile.  This is

19    literally the same question, it may have been a

20    different particle, that we asked Dr. Longo.  What is

21    that particle over there?  And he said, I would have

22    to be looking down the microscope.

23                    We asked him, well, is it talc or is it

24    chrysotile?  He said, I would have to look down the

25    microscope.

Page 66

 1                    Now we ask the person looking down the

 2      microscope, what are these particles, and now we're

 3      being told, well, he can't answer that question

 4      either.

 5                    So who is the person that we're

 6      supposed to ask why the talc particles look identical

 7      to the chrysotile particles?  If he can't answer the

 8      question, then let him testify he can't answer the

 9      question.  And then we'll go back and forth on this,

10      are the photographs good enough, are they documented

11      enough, are they claiming that you need to look down

12      the microscope.

13                    If he can't answer, then let the person

14      with 40 years of PLM experience, who all of the PLM

15      testing relies on, who made all the key decisions say

16      I can't answer that question.  But that's not for

17      them to object and say, well, it's too out of focus

18      for him to answer.  If he can't answer that question,

19      then he needs to testify to that.

20                    MS. O'DELL:  Well, he said, I would not

21      give it the same.  He said that twice.  But anyway.

22                    MR. BUSH:  Right.  And so what color is

23      it?  What color is he calling talc particles?  We

24      don't know.  They look yellow to me, just like all

25      the other particles, we put a number of examples in

Electronically signed by Theresa Kugler (001-297-027-4278)                                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 67

 1   them.

 2                We want to know how is he able, if he

 3   looks at a field of particles, they're all yellow, he

 4   picks out one and says that one is chrysotile and the

 5   others aren't.  We want to know, how in the world is

 6   he making that distinction between what is chrysotile

 7   and what is talc?  It is the fundamental basis of the

 8   entire analysis that he's looking down the microscope

 9   to look at and that Dr. Longo is saying that the only

10   way to make that determination is to look down the

11   microscope.  This is just "the" "the" central

12   question at issue in this case-defining issue, is why

13   are you calling out some yellows as talc and some

14   yellows as chrysotile?

15                It's just -- it is fundamentally what

16   this is all about.

17                MR. LUDWIG:  And I think that question,

18   though, your Honor, not to step on Ms. O'Dell's toes,

19   but I think if you go back to page 144, I think

20   that's where -- he's never asked how he does that,

21   but 144 to 147 it goes a little bit to fibrosity, and

22   if I recall this question, I hope I remember it

23   correctly, Mr. Dubin is sort of cherry picking

24   something off the image and we made our objection

25   based on that.  I think it was sort of, once again,

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 68

1    asking about a specific particle that was not part of

2    the actual analysis on that image.  That's the reason

3    why we made that objection.  And I mean --

4                    MR. BUSH:  He's looking at all these

5    particles and he's saying that one I'm not going to

6    call chrysotile.  This one I am.  And he's picking

7    that one to call chrysotile.  There is just no

8    fundamental way to do that analysis without looking

9    at all the other particles and deciding that those

10   are not asbestos.

11                   And so this is -- this is the heart of

12   what looking down the microscope and making the

13   decisions is doing.  All the key decisions that we

14   argued and your Honor's order says he's making.

15                   SPECIAL MASTER SCHNEIDER:  I got it.

16                   The next one I have is number 23, page

17   125:21.

18                   Matt, what is the significance of this

19   roundness plate that you ask about?

20                   MR. BUSH:  This is the same issue.

21                   All we're trying to do here is direct

22   his attention to a particle, and we don't even get a

23   chance to do that because he was instructed not to

24   answer the question:  Do you see that?

25                   All this question was trying to do was

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 69

 1    saying, are we on the same page of what particle I

 2    want to ask you questions about.

 3                    SPECIAL MASTER SCHNEIDER:  So do you

 4    want to know does Hess see a rounded plate?

 5                    MR. BUSH:  No.  We want to know, are

 6    you following me with what particle I want to ask you

 7    a question about.  Are we on the same page that when

 8    I want to ask you follow-up questions about a

 9    particle, are you and I -- I just want to make sure

10    we're talking about the same one.  That's all that's

11    happening.

12                    And I can show you exactly, because we

13    have this in our brief, there is not really -- right,

14    so we're here.  And the question is, if you look at

15    the top of the two arrows, which is here, and then

16    you move your eye over to the left, there is a

17    rounded talc plate.  This particle, rounded, talc

18    plate.  Do you see what I'm talking about so that I

19    can ask you further questions about that particle?

20                    And we're instructed not to answer

21    that.  Even that question he was instructed not to

22    answer.

23                    MS. O'DELL:  Your Honor, and then it

24    goes on on page 126, starting at line 23, and down to

25    127, line 11.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 70

1                        He's actually asked about the

2      chrysotile particle that is being reported in the

3      image.  And he's asked about refracted indices and do

4      you know what color.  And he responds to that

5      question truthfully.  And he says:  In that sense, I

6      don't recall the specific color.

7                        And then he goes on, he's asked other

8      questions.

9                        And I guess the two things I would say

10     about it, your Honor, is number one, this is a small

11     portion of a larger photomicrograph that's presented

12     in a report.  That's one thing.

13                       And number two is, when he was asked

14     questions about his chrysotile finding, to my --

15     after review of the deposition again, I found no

16     instance where it was a report at issue in this case

17     where Mr. Hess did not respond to those questions

18     about those particles that he specifically was

19     reporting were chrysotile.

20                       MR. BUSH:  So the question at issue

21     this time is about a talc particle.  So we move on to

22     other questions that happen later about chrysotile

23     are irrelevant to this question.

24                       The question was:  Do you see what

25     particle I'm looking at because I want to ask you

August 5, 2024

Page 71

1    questions about it.

2              And he was instructed not to answer, so

3    we couldn't ask more follow-up questions about that

4    particle.

5              So this is just -- it's all the same

6    arguments I just made.  It's an image in his report.

7    The snippets I put in the brief are because we

8    couldn't put full page images in the brief with our

9    page limit.

10             To make sure we cured all the

11   Plaintiffs' objections, we attached as exhibits the

12   full reports that were always at issue and directed

13   them to what page number the reports were coming

14   from.  So they had all -- this objection that, well,

15   these were just snippets or that they weren't in

16   focus, right, they had all the images that they

17   themselves produced and they were all marked as

18   exhibits to the deposition.  And all the ones at

19   issue are exhibits to this brief, to our motions, so

20   that you can see them.

21             This was just, can you see the particle

22   so I can ask you questions about that.  I do not

23   understand how that is possibly an instruction not to

24   answer that question.  It's barely even asking him a

25   question yet.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 72

```
 1                    MS. O'DELL:  Your Honor, I would just
 2     say, I have no doubt that they attached the reports
 3     to any briefing, but for purposes of the deposition,
 4     there are many instances where Mr. Hess only had a
 5     created image, a created PowerPoint, or a smaller
 6     portion of a photomicrograph.  And that's -- I would
 7     argue that that's not an appropriate way to examine a
 8     witness.
 9                    SPECIAL MASTER SCHNEIDER:  Number 25.
10     Matt, what's the question that's objected to?
11                    MR. BUSH:  Number 25 is page 126, line
12     8?
13                    SPECIAL MASTER SCHNEIDER:  128:3.
14                    MR. BUSH:  Oh, 128:3.
15                    So the question is, if you get -- it's
16     on page 17 of the exhibit.  So it's lines 21 to 22.
17                    You might need to read up a little to
18     get the context, but the question is:  The same type
19     of purple or red colors that are on the talc plates.
20                    So if you look up, he's saying:  You're
21     calling the edge that you saw purple and magenta,
22     right?  So the edge where you're claiming, Mr. Hess,
23     is that there is an edge around the chrysotile
24     particle that's purple or magenta, right?
25                    Yes, that's correct.
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 73

 1                    The same kind of purple or red colors

 2    that are on the talc plates, that's the question that

 3    was objected to.  And that's exactly the one that we

 4    highlighted in the brief and I highlighted in our

 5    argument, which is when we asked Dr. Longo, well,

 6    isn't this edge effect that you're claiming is the

 7    basis for calling something chrysotile also on the

 8    talc plates, he said, well, I'd have to look down the

 9    microscope.  And so when we asked nearly the

10    identical question to Mr. Hess, we're instructed not

11    to answer which prevents us from getting an answer to

12    that question from anybody.

13                    SPECIAL MASTER SCHNEIDER:  And to

14    clarify, is that one of the tests in tables one to

15    seven?

16                    MR. BUSH:  Yes, your Honor.  It's the

17    Valadez Report.  So this series of questions for a

18    little bit is all about that report.

19                    SPECIAL MASTER SCHNEIDER:  Okay.  Next

20    is 26, 129:10.

21                    Again, Matt, what's the question?

22                    MR. BUSH:  Lines 18 to 22.  Without

23    those edges, without those sort of red colors at the

24    edges, then the CSDS color that you would have had to

25    assign the particle would correspond to yellow,

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 74

 1    right?

 2                   SPECIAL MASTER SCHNEIDER:  And this is

 3    referring to the same test as the previous objection?

 4                   MR. BUSH:  Yes, your Honor.

 5                   In the brief, we -- in our motion, we

 6    connect every single one to the exact image that's

 7    being looked at.  But this is one of the images in

 8    the Valadez Report, which is in tables one through

 9    seven, sample M71614.

10                   MS. O'DELL:  And, your Honor, on page

11    130 it continues.

12                   He says:  How can you tell whether or

13    not the red that you're seeing on the edges is an

14    artifact of focus?

15                   And then he answers:  By assuring that

16    my particle is in focus.

17                   And so he does go on to comment about

18    that.

19                   And then he's asked additional

20    questions.

21                   MR. BUSH:  And that's a different

22    question.  He was instructed not to answer one

23    question, and he answered a different question.

24                   MS. O'DELL:  But if the follow-up

25    question goes to the substance of what was being

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 75

1    asked, your Honor, I would argue that there is no

2    prejudice.

3                  MR. BUSH:  That's just not how a

4    deposition -- they don't get to pick and choose the

5    way we ask the questions.

6                  The question is:  If you don't have the

7    edge effect, what color is left?  Is it yellow?  If

8    you weren't relying on the edges, would this be a

9    yellow color?

10                  We're entitled to get that question.

11                  It still goes to the heart of what he's

12   seeing.

13                  MS. O'DELL:  It --

14                  SPECIAL MASTER SCHNEIDER:  Next is my

15   27, page 136:5.

16                  Is the Valadez Report part of what's at

17   issue?

18                  MR. BUSH:  It's still the same one, the

19   same sample number I just read off.

20                  SPECIAL MASTER SCHNEIDER:  Okay.

21                  I'm skipping ahead to my number 31,

22   which is page 143, lines 11 to 25.

23                  What is the question, Matt?

24                  MR. BUSH:  The question is:  The same

25   types of edge effects that you are relying on to call

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 76

1   particles chrysotile in Johnson & Johnson are also

2   present in the talc plates in your analysis, is that

3   true?

4            SPECIAL MASTER SCHNEIDER:  Help me

5   again.  What's referred to as the talc plates?  What

6   is --

7            MR. BUSH:  So, your Honor, the reason

8   they call it a talc plate is because it's shaped like

9   a plate.  Like that's why -- talc particles --

10  imagine a talc particle like a pancake.  So a talc

11  particle is often going to be circular.

12           Sometimes, even if you're looking at

13  something -- this isn't a circle, your Honor, so it's

14  not the best example, but even if you're looking at

15  something flat, if you look at it this way, it looks

16  long and thin.  The other thing that can happen with

17  a talc particle is even though it's flat, it can get

18  rolled up so it ends up looking like this.  And so

19  it's not flat.

20           But a talc template plate is what --

21  when it looks like a flat, big circle, that's how you

22  know it's a talc plate.

23           SPECIAL MASTER SCHNEIDER:  In this

24  question, are you referring to a specific test at

25  issue?

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 77

 1                      MR. BUSH:  I believe this is the one

 2    that -- this is the same Valadez Report, your Honor,

 3    but it's the same issue which is they're relying on

 4    the edge effects for all these reports that are at

 5    issue in this test.  That's what we're referring to.

 6                      The only time they're relying on edge

 7    effects is in the testing at issue in this MDL.  The

 8    only time.  The question inherently is only about the

 9    testing at issue in this report, in Dr. Longo's

10    report.

11                      MS. O'DELL:  And I think -- I'm not

12    sure what Mr. Bush is talking about, because there is

13    chrysotile testing that Dr. Longo has done that's

14    outside the reports in this MDL.  So I'm not sure

15    exactly what was being said there.

16                      But we were shown -- or Mr. Hess was

17    shown exhibit -- what I believe to be 21.  And it was

18    not clear, the context.  And that's what I said.

19                      He says:  I've tried to ask you this

20    already, Mr. Hess, but the same type of edge effects

21    that you're relying on to call talc -- call particles

22    chrysotile in Johnson & Johnson are also present on

23    talc plates in your analysis, is that true?

24                      And just based on our prior objections

25    regarding these on-the-fly analyses of talc, I

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 78

1    instructed him not to answer.

2                 And we got this exhibit, your Honor.

3    It wasn't clear what it was from at that point.  And

4    this is what was put on the screen.  And I made an

5    objection because -- and I said I don't know what

6    particles are being depicted from who knows what.

7    It's misleading and not representative of what's

8    actually in the reports.

9                 And so Exhibit 22 appears to be the

10   entire report, but actually what was on the screen

11   was not everything.  It was just an image.  And I

12   made an objection on that basis and instructed him

13   not to answer.

14               MR. BUSH:  Your Honor, exhibit -- let's

15   pull up the exhibits.  I have them right here.

16   Exhibit --

17               MS. O'DELL:  And just let me be clear,

18   Matt, because that's what I just said.  The exhibit

19   was the entire report.  That was not what was on the

20   screen.  What was on the screen was this

21   photomicrograph that wasn't clear where it was from

22   or what the page of the report was and what was being

23   asked.

24               And I can say with confidence to the

25   Court, I was very vigilant that if they were asking

August 5, 2024

Page 79

 1    about a report, I wanted to know what report and what

 2    page.  So I, for one thing, could pull it up and

 3    ensure that we had a context for what was being

 4    asked.

 5              And in this instance, it's not terribly

 6    clear on the record, but I will represent to the

 7    Court there was an image pulled up, we were not clear

 8    where it was from, what was being asked, and I

 9    instructed him not to answer.

10              SPECIAL MASTER SCHNEIDER:  All right.

11              MR. BUSH:  I want to say for the

12    record, here is Exhibit 21.  Exhibit 21 is the

13    Valadez Report, M71614.  Same one that I've been

14    referring to that is in the tables in Dr. Longo's

15    report, table six, row 41.

16              Exhibit 22 moved on to a totally

17    different topic, which is about where buttons are on

18    the microscope.

19              This is Exhibit 22 that I'm showing

20    you.

21              The question is inherently about the

22    testing that he's doing at issue in the MDL.  That's

23    what we wanted to ask about.  We're not trying to ask

24    a whole bunch of questions about other sorts of

25    things.  Every question went to and was relevant to

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 80

 1    the testing at issue in these reports.

 2                 SPECIAL MASTER SCHNEIDER:  All right.

 3    I only have one or two more.

 4                 My number 36 is page 159, 15 to 25.

 5                 What is Calidria?

 6                 MR. BUSH:  Okay.  You said 159:15 to

 7    25?

 8                 SPECIAL MASTER SCHNEIDER:  Correct.

 9                 MR. BUSH:  Okay.

10                 Calidria is a unique kind of chrysotile

11    asbestos that is part of Dr. Longo's testing and at

12    issue in this report.

13                 So this is how it goes down.  Dr. Longo

14    has testified that what was critical in order for his

15    analysts or analyst, Mr. Hess, to finding chrysotile

16    and being able to differentiate it from talc is this

17    Calidria reference sample.  Calidria is a unique form

18    of chrysotile.

19                 What they did was MAS took Calidria,

20    took a sample.  Mr. Hess looked at the sample under a

21    PLM microscope and took images of it.  And then what

22    Dr. Longo has testified is that comparing the

23    Calidria reference sample to the chrysotile, what

24    they're claiming is chrysotile in Johnson & Johnson

25    talc, was the key step in order to differen -- in

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 81

1    order for them to understand why they're finding

2    chrysotile.  And that the only reason that all the

3    labs everywhere else in the country is not finding

4    chrysotile is because of this reference sample.

5              Now, what the Plaintiffs are going to

6    say is this wasn't produced in this MDL.  But Dr.

7    Longo has testified that this was the key step that

8    they are relying on for all this testing that's at

9    issue in this MDL.

10             So I don't think they can really say

11   this is not -- this isn't an issue in the MDL because

12   it is the critical step, according to Dr. Longo, for

13   differentiating talc from asbestos, is looking at

14   this reference sample that MAS created and that Mr.

15   Hess took an image of.

16             SPECIAL MASTER SCHNEIDER:  So did you

17   question Dr. Longo about this issue?

18             MR. BUSH:  We have questioned Dr. Longo

19   about the reference sample, but Mr. -- and he says

20   the critical step is to compare the chrysotile

21   reference and sample that they created and the -- and

22   what they're claiming to find is chrysotile.

23             And when we asked him questions, I

24   think there is one that we might have skipped over,

25   your Honor, which is, are you really calling these

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 82

1   same things -- are you really saying that the

2   chrysotile in your reference sample is the same color

3   as what you're claiming is chrysotile in talc, we

4   were instructed not to answer.

5            I also want to say, your Honor, this

6   was at issue in the original briefing on the motion

7   to compel Hess' testimony.  Mr. Hess -- Dr. Longo

8   testified that Mr. Hess is the one who came up with

9   the idea of using a chrysotile -- a Calidria

10  reference sample.

11           So Mr. Hess comes up with the idea to

12  use the reference sample.  Then it forms a critical

13  component of their analysis.  The component is,

14  compare what I claim is chrysotile to what we are

15  saying is Calidria in this reference sample, that

16  that's what you have to do for the analysis.

17           Mr. Hess looks down the microscope,

18  takes a picture of Calidria.  He looks down the

19  microscope, takes a picture himself of what he's

20  calling chrysotile, and then Dr. Longo says a key

21  component of the analysis is comparing those two

22  things.

23           All of this -- it was Mr. Hess' idea

24  and Mr. Hess' execution, and what Dr. Longo says is a

25  critical step of -- a necessary step to the analysis.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 83

 1    So all of this is totally directly relevant, not just

 2    to the testing at issue in this MDL, but to Mr. Hess

 3    in particular who's the one who came up with this

 4    idea.

 5              SPECIAL MASTER SCHNEIDER:  So when you

 6    asked Longo about this idea, did he not answer the

 7    question?  Or he deferred completely and wholly to

 8    Mr. Hess?

 9              MR. BUSH:  Your Honor, I can't recall

10    every time like we've asked him about the Calidria

11    reference sample and what he said.  What he said is

12    that this is critical and that Mr. Hess is the one

13    who came up with the idea.  And so Mr. Hess is the

14    one looking down the microscope and taking all these

15    images.  So this is directly at issue to what is --

16    to what Mr. Hess is doing.

17              MS. O'DELL:  Your Honor, if I could

18    just cite very briefly.

19              On page 158, lines two through four,

20    Mr. Hess testifies that it was a collaboration

21    between he and Dr. Longo to identify Calidria as a

22    reference.  He testified to that.  He was asked on

23    page 159, 11 through 14:  No question if I look at

24    Calidria in 1.550, I can see generally a magenta in

25    parallel and blue in perpendicular, right?

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 84

1                    Answer:  I have seen that in my

2       experience.

3                    He answered the question.

4                    But this is the objectionable question.

5       Because Mr. Dubin goes on to say:  So how is it in

6       your view that somehow Calidria is also showing gold

7       and yellow?

8                    He sort of leaves that question and he

9       says:  What property of physics changes it so

10      sometimes when you're finding it, it's to your golden

11      yellow as opposed to magenta?

12                   That was an objectionable question.

13      He's not there to talk about physics.  He answered a

14      question about what he's seen in his experience and

15      to go beyond that, they're seeking expert opinion.

16      And that was the instruction not to answer.

17                   MR. BUSH:  Your Honor, I want to show

18      you the image.

19                   This is the chrysotile reference

20      sample.  What Mr. Hess acknowledged is that all this

21      blue around here is chrysotile.  Then they pick as

22      their reference this one yellow-looking thing.  And

23      the question is:  Why is he doing it and is that

24      really chrysotile?

25                   The only way it serves as an asbestos

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

Page 85

 1    reference sample is if it's actually asbestos.  And

 2    there is a lot of evidence that this particular

 3    outlier particle they picked is not asbestos.

 4               For example, are there impurities in

 5    chrysotile samples and Calidria samples?  There are.

 6    He was instructed not to answer that question even

 7    though he came up with the whole idea for this.

 8               So then the question is:  Okay.  If all

 9    this is blue and all this is chrysotile, why did you

10    pick this one?  You're saying that chrysotile changes

11    color, but even though it's always blue, somehow it

12    changes to yellow and we're going to pick just the

13    yellow one.  How is that even possible that that

14    happens?  All this relates to the standard he

15    created.  So if he doesn't know about impurities in

16    the sample or how the colors change, he's using it as

17    a reference for the color and it was his idea.  So if

18    he doesn't know how these colors match up to actual

19    chrysotile, then it can't serve as a reference

20    standard.  This is all his idea.

21               And this concept that he can't possibly

22    talk about it because it's about his expert opinion,

23    he came up with this idea and he's the one

24    implementing this idea.  So all the questions are

25    directly relevant to Mr. Hess' work that's at issue

August 5, 2024

Page 86

1    in this MDL.

2              SPECIAL MASTER SCHNEIDER:  Okay.  This

3    is my last question.  What I call number 39, page

4    174:2.

5              Matt, what's the question?

6              MR. BUSH:  Well, what the question ends

7    up being is just -- there doesn't end up being a

8    question.  It's just about this entire reference

9    sample.

10             So if you look at line -- it's on page

11   24 of the exhibit, lines 10 to 14.  So it looks like

12   it's page 175 at this point.

13             Are you claiming that you're going to

14   stop Mr. Hess -- this person, Mr. Hess, from talking

15   about the references to images for alleged chrysotile

16   in Johnson & Johnson?  If so instruct him and let's

17   have it at that.

18             So the question is just:  Are you

19   instructing him not to answer anything about this

20   reference sample?

21             SPECIAL MASTER SCHNEIDER:  I think you

22   explained it before.  Can you explain again what a

23   reference sample is?

24             MR. BUSH:  Right.

25             So one way it helps you know whether

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 87

 1    what you're looking -- you want to know if what

 2    you're looking at is talc or asbestos.  So one thing

 3    you can do is look at an image of known talc or an

 4    image of known asbestos.  If the particle looks like

 5    a known talc particle, that's going to show it's

 6    talc.  If the particle looks like a known asbestos

 7    particle, then you know it's asbestos.

 8                   What Dr. Longo has said is that normal

 9    chrysotile doesn't look like the chrysotile we're

10    finding.  So Mr. Hess came up with this idea of let's

11    use a reference sample for this unique form of

12    chrysotile called Calidria.  And they're claiming

13    that this reference sample unlocked their ability to

14    differentiate talc from chrysotile because it gave

15    them a reference, a point of comparison to look at.

16                   And one of the big problems with this

17    is, is it actually a known asbestos particle or is it

18    an impurity in the sample?  And one of the reasons

19    that that is -- raises a lot of eyebrows is why did

20    they pick, of the hundreds of particles that are blue

21    in this image, why did they pick the one yellowish

22    particle and are they sure that it's really asbestos?

23                   And if Mr. Hess came up with the idea

24    and it's implementing the idea, then he should be

25    able to answer these questions.

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 88

 1                    MS. O'DELL:  And, your Honor, I started

 2    the objection.  It was -- the exhibit was introduced

 3    on page 69.  It was put up.  And I said to Mr. Dubin:

 4    What report did this image come from?  So we could

 5    have some kind of context.  And we never got an

 6    answer.  They said it's a reference image that he's

 7    been using to compare.

 8                    And I said:  But this is not an image

 9    that's been produced in the MDL in relation to Dr.

10    Longo's testimony.

11                    I go on to ask where it came from.  And

12    that he's been asked images -- I don't know where

13    it's from, what the context is, and it never arose in

14    the two-day deposition with Dr. Longo.

15                    And so --

16                    MR. BUSH:  And --

17                    MS. O'DELL:  Just if I can finish.

18                    So if this has been an issue in some

19    other case, I don't have any information about that.

20    And that was one of the bases for the objection.

21                    And so if you read through the

22    objections, your Honor, page 174 and 175, that was

23    really what was at issue.

24                    MR. BUSH:  Your Honor, this doesn't

25    come -- this image did not come originally attached

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 89

1    to a report.

2              In the Valadez case he said he -- in

3    the Valadez Report, the one at issue in this MDL, he

4    said he used a Calidria reference sample.  And we

5    said, hey, you didn't actually produce the images of

6    your sample.  So they produced them independently,

7    they just said, here is the three or four images that

8    we're using for the reference sample.  So it didn't

9    come -- it wasn't originally attached to any report

10   because we had to go seek it out and ask for it.

11             Dr. Longo has testified this is the key

12   that unlocks their ability to identifying chrysotile

13   in this testing.  The fact that he said it in another

14   case doesn't make it any less true in this case

15   because it's the same testing that's at issue.

16             So this is the critical step that he's

17   relying on and that Mr. Hess is supposed to do.

18             We cited it in the reply brief, we

19   cited it in our motion, we cited it in the motion

20   last time that he said the reason that no other lab

21   in the country is able to identify chrysotile is

22   because they don't have this sheet, this reference

23   sample, and he testified that an analyst would not be

24   able to identify chrysotile without this reference

25   sample.  So the reference sample is a necessary

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 90

 1    component of the testing at issue in this MDL.

 2                   MS. O'DELL:  Your Honor --

 3                   SPECIAL MASTER SCHNEIDER:  It's your

 4    motion, you'll have the last word, Matt.

 5                   Leigh, do you want to add anything?

 6    The floor is yours.  Anything you want to add to the

 7    extent it hasn't already been mentioned?

 8                   MS. O'DELL:  Your Honor, I think we've

 9    covered it at length.

10                   I would just say that the effort of

11    counsel for Plaintiffs' Steering Committee was to

12    make sure that the deposition proceeded in a way that

13    was not obstructed, but was consistent with the

14    Court's ruling.

15                   SPECIAL MASTER SCHNEIDER:  Matt, last

16    word.

17                   MR. BUSH:  My last word, your Honor,

18    I'm going to just say it again, which is every single

19    question that was asked went to the how and the why

20    of the testing Mr. Hess did.  There was no question

21    that was off on a tangent to try to sneak in some

22    questions about some other case.  Every question was

23    relevant to the how and the why of the testing that

24    your Honor's opinion said could be covered.  And I

25    haven't heard anything from Plaintiffs disputing

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 91

1    that.  Every question we asked was relevant and we

2    did it for a reason and it was all relevant to this

3    PLM testing.  We weren't there to waste time, we

4    certainly weren't there to harass him.  We were there

5    to ask questions relevant to this PLM test that's at

6    issue.  And every single question was relevant to the

7    PLM tests that were at issue in this MDL.

8                    SPECIAL MASTER SCHNEIDER:  Thank you,

9    Counsel.

10                    The record is closed on this motion.

11                    You'll get the ruling promptly and I

12    thank you, as usual, for your excellent work product.

13                    And have a good night.  Thank you.

14                    MS. O'DELL:  Thank you, your Honor.

15                    (Hearing Adjourned)

16

17

18

19

20

21

22

23

24

25

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 92

1                  C E R T I F I C A T E

2

3        I, Theresa Mastroianni Kugler, a Notary Public

4   and Certified Court Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9

10       I DO FURTHER CERTIFY that I am neither a

11  relative nor employee nor attorney nor counsel of any

12  of the parties to this action, and that I am neither

13  a relative nor employee of such attorney or counsel,

14  and that I am not financially interested in the

15  action.

16

17

18

19  _____

    Theresa Mastroianni Kugler,
20  Certified Court Reporter
    Certificate No. XI0857
21  Notary Public, State of New Jersey
    Commission Expires July 11, 2026
22  Commission No. 2410394
    Date:  August 7, 2024
23

24

25

Electronically signed by Theresa Kugler (001-297-027-4278)                    a4f121b4-54a9-4860-8fc6-152da2960575

August 5, 2024

Page 93

**A**

**ability** 32:14,18
  32:24 87:13
  89:12
**able** 15:20 16:9
  16:18 18:2,25
  24:1,2,20,21
  35:11 56:6
  67:2 80:16
  87:25 89:21,24
**absolutely** 14:6
  22:10
**abundantly**
  13:10
**accelerated** 17:8
**accuracy** 22:21
  23:16
**accurate** 92:6
**accurately** 8:24
**acknowledged**
  84:20
**action** 92:12,15
**actual** 31:21
  33:4 68:2
  85:18
**add** 28:23 34:20
  34:23 90:5,6
**adding** 22:2
**additional** 74:19
**address** 25:17
  26:9 63:22
**adequate** 18:9
**adequately** 16:9
**Adjourned**
  91:15
**afterward** 27:11
**ago** 34:4
**agree** 8:23 17:17
**agrees** 18:12,17
**ahead** 12:5
  20:22 21:6
  41:17 48:1
  75:21
**aklevorn@bu...**
  3:23
**ALABAMA**

3:10
**alleged** 86:15
**Allen** 3:8 5:11
**allow** 28:2 31:14
**allowed** 28:9
  50:11
**allows** 8:25
**alternative** 8:17
**AMERICAS**
  4:10
**amount** 14:11
**amphibole**
  29:13 42:18
**analyses** 77:25
**analysis** 9:19
  11:21 14:19
  15:1 16:10,14
  19:10 23:21
  28:12 31:8
  32:7 37:14
  62:25 65:17
  67:8 68:2,8
  76:2 77:23
  82:13,16,21,25
**analyst** 16:14,15
  16:19 51:2
  80:15 89:23
**analysts** 80:15
**analyze** 64:21
**answer** 7:18
  9:20,20 10:9
  11:10,24 12:17
  14:4,10,20,25
  15:13,24 16:20
  17:24 18:18,24
  18:25 19:22,22
  20:2,2 21:16
  22:1,3,4 24:2
  26:14,15,15,16
  28:11 31:15,23
  33:15 34:11,12
  36:14 38:5,19
  43:25 47:4,11
  47:13 49:14
  53:10 55:6
  56:1,4,6,8,14

57:15,16 59:3
  59:10 63:1
  64:20 66:3,7,8
  66:13,16,18,18
  68:24 69:20,22
  71:2,24 73:11
  73:11 74:22
  78:1,13 79:9
  82:4 83:6 84:1
  84:16 85:6
  86:19 87:25
  88:6
**answered** 32:17
  32:23 37:21,25
  38:2 44:25
  46:23 55:22
  56:22 74:23
  84:3,13
**answers** 19:1,7
  19:16 33:24
  55:13 74:15
**anybody** 6:5,13
  20:3 73:12
**anyway** 66:21
**apart** 50:23
**apologize** 10:18
  23:4 34:23
**apparently**
  16:22
**appearance** 5:9
  7:6
**appeared** 32:9
**appearing** 8:3
  58:6
**appears** 78:9
**approached**
  42:7
**appropriate**
  22:10,13 33:11
  34:14 35:14,15
  48:10,13,14
  72:7
**appropriately**
  49:10
**apron** 30:19
**areas** 58:24,25

**argue** 72:7 75:1
**argued** 11:4
  16:2,8 27:24
  33:11 34:4
  61:14 68:14
**arguing** 16:1
  19:3 27:21
  28:16
**argument** 5:3,25
  6:2,14 7:7 8:6
  8:11 10:4,6
  15:12 25:16
  27:1 28:8 73:5
**arguments** 6:11
  9:7 27:15,17
  28:6 35:21
  39:19 71:6
**arose** 88:13
**arrows** 69:15
**artifact** 58:17
  74:14
**asbestos** 29:13
  30:25 35:4
  68:10 80:11
  81:13 84:25
  85:1,3 87:2,4,6
  87:7,17,22
**ASHCRAFT**
  3:3
**ASHFORD** 4:16
**asked** 6:17,23
  11:2,6 12:1
  13:3,11,16,21
  17:7 19:9,20
  19:25 20:16
  22:11,21,23
  25:18 30:17,21
  30:23,24 31:4
  31:7,18 32:15
  33:2,7,14,19
  34:10 37:17,18
  38:21 44:17
  46:3,22 48:3,7
  49:10,19 54:7
  54:18 55:18
  64:13 65:2,20

65:23 67:20
  70:1,3,7,13
  73:5,9 74:19
  75:1 78:23
  79:4,8 81:23
  83:6,10,22
  88:12 90:19
  91:1
**asking** 8:17
  14:22 22:16
  37:4 40:1
  46:19 47:6,8
  52:8 53:7 60:5
  62:12,18 64:6
  64:9 68:1
  71:24 78:25
**assign** 62:6,21
  73:25
**assigned** 64:15
**assigning** 20:10
  65:3
**associated** 13:3
  13:5
**assume** 15:7
  29:7 48:19
**assuring** 74:15
**ATLANTA** 4:17
**attached** 39:14
  39:15 41:3
  43:18 71:11
  72:2 88:25
  89:9
**attack** 12:22
**attention** 13:24
  68:22
**attire** 5:15 34:23
**attorney** 92:11
  92:13
**attorneys** 3:6,12
  3:17,23 4:5,13
  4:18 56:5
**August** 1:11
  92:22
**AVENUE** 3:14
  4:10

**B**

**Baby** 29:12
  30:19,25 37:10
**back** 7:15 25:24
  56:4 63:25
  66:9 67:19
**backup** 8:24
  42:2
**BANK** 3:15
**barely** 71:24
**barrage** 16:20
**based** 12:17
  16:11 19:17
  20:10 22:15
  35:2,8,12
  44:22 64:15
  67:25 77:24
**bases** 88:20
**basic** 6:8
**basis** 9:18,19
  19:2 27:14
  28:5 67:7 73:7
  78:12
**bear** 40:15
**Beasley** 3:8 5:10
**beginning** 25:21
  41:6
**behalf** 5:11 7:12
**belabor** 60:12
**believe** 33:18
  44:25 77:1,17
**bench** 32:2
**best** 32:13,17,23
  76:14
**better** 6:6
**beyond** 37:4,5
  84:15
**BIDDLE** 4:1
**big** 52:20 76:21
  87:16
**birefringence**
  44:16,20
**bit** 5:25 6:1
  55:10 67:21
  73:18
**blocking** 42:25

**blue** 46:3,4,9,12
  46:15,22 47:15
  48:3,6,22,24
  49:19 50:7
  83:25 84:21
  85:9,11 87:20
**blurry** 65:12
**bottom** 8:19
  34:25 63:16,16
  63:25 64:21
**boundaries**
  25:19
**bounds** 60:14
**BOVIS** 4:15
**Box** 1:22 3:9
**brief** 15:5 16:23
  40:1 54:17
  61:11 69:13
  71:7,8,19 73:4
  74:5 89:18
**briefing** 11:3,25
  13:1 20:20
  27:16,17 29:10
  72:3 82:6
**briefly** 83:18
**briefs** 17:1
**bright** 23:19
  24:1 34:5,10
**broad** 63:9
**bulb** 22:2
**bulk** 58:10
**bullets** 11:25
  13:22
**bunch** 79:24
**BURCH** 4:15
**BURNS** 3:19
**Bush** 4:9 5:21
  5:21 6:20,23
  7:10,17 8:20
  10:2,11,17,23
  12:6,21 13:20
  15:10,14 16:25
  17:5 18:16
  21:21 22:9,19
  22:25 23:2,8
  25:13 26:23

29:4 32:25
  34:4 36:1,5,8
  37:24 38:4,22
  39:6,18 40:4,7
  40:10,18 41:5
  42:24 44:6
  45:1,7,10,14
  45:20,25 46:6
  47:5,17 48:17
  49:6,22 50:15
  51:18 52:7
  53:19,24 54:9
  55:23 56:23
  57:4,21 59:6
  59:10,16,19
  60:3 61:6,20
  62:1,14,17
  63:7,17 65:10
  66:22 68:4,20
  69:5 70:20
  72:11,14 73:16
  73:22 74:4,21
  75:3,18,24
  76:7 77:1,12
  78:14 79:11
  80:6,9 81:18
  83:9 84:17
  86:6,24 88:16
  88:24 90:17
**buttons** 79:17

**C**

**C** 3:1 92:1,1
**Calidria** 80:5,10
  80:17,17,19,23
  82:9,15,18
  83:10,21,24
  84:6 85:5
  87:12 89:4
**call** 6:19 7:3
  57:19 62:22
  68:6,7 75:25
  76:8 77:21,21
  86:3
**called** 20:20
  27:25 36:12

87:12
**calling** 9:12,17
  9:18 10:15
  29:18 36:19
  37:20 38:14,17
  44:11 45:3
  54:14 55:1
  63:14 66:23
  67:13 72:21
  73:7 81:25
  82:20
**calls** 54:25
**CAMPUS** 4:2
**CANAL** 3:20
**capable** 38:22
**capture** 32:14
**Cargille** 30:21
  30:22 57:20,22
  57:23
**Carolina** 30:18
**case** 16:4 41:25
  57:7 70:16
  88:19 89:2,14
  89:14 90:22
**case-defining**
  67:12
**category** 21:24
**center** 4:16 38:8
  55:19 65:12
**central** 62:3
  63:7 67:11
**certain** 33:8,20
  58:25
**certainly** 28:22
  30:5 41:18
  60:21 91:4
**Certificate**
  92:20
**Certified** 1:21
  2:10 92:4,20
**certify** 92:5,10
**chance** 68:23
**change** 85:16
**changes** 84:9
  85:10,12
**changing** 24:24

24:25 25:1
  51:4,6 52:1
**CHAREST** 3:19
**chart** 13:5 39:14
  39:15 40:12
  42:10 43:17,24
**cherry** 67:23
**choose** 63:10
  75:4
**Chris** 5:13
**CHRISTOPH...**
  3:14
**chrys** 40:22
**chrysotile** 9:1
  11:8,16 15:19
  18:23 20:9
  24:14,16,21
  25:6,9 27:7,18
  28:4 29:6,6,10
  29:14 32:4,12
  32:17 36:11,12
  36:17,19 37:19
  37:20 38:14,17
  39:10 40:24,24
  44:4,9,11 45:3
  52:12 54:14
  59:20 61:9
  62:24 65:7,18
  65:24 66:7
  67:4,6,14 68:6
  68:7 70:2,14
  70:19,22 72:23
  73:7 76:1
  77:13,22 80:10
  80:15,18,23,24
  81:2,4,20,22
  82:2,3,9,14,20
  84:19,21,24
  85:5,9,10,19
  86:15 87:9,9
  87:12,14 89:12
  89:21,24
**circle** 76:13,21
**circular** 76:11
**cite** 83:18
**cited** 30:3 89:18

89:19,19
**Civil** 1:2
**claim** 8:1 11:14
　82:14
**claiming** 7:20
　11:14 27:18
　65:14 66:11
　72:22 73:6
　80:24 81:22
　82:3 86:13
　87:12
**clarify** 73:14
**Clarke** 10:24
**clear** 13:10 20:7
　24:9 44:16
　77:18 78:3,17
　78:21 79:6,7
**clearly** 52:16
　53:8 56:3
**closed** 91:10
**coat** 63:9
**COHEN** 3:13
**collaboration**
　83:20
**colloquy** 45:13
　55:11
**color** 9:16,17,18
　10:10 20:11
　21:15,18,19,25
　26:14 36:18
　37:19 38:6,10
　38:16 44:4,7
　44:10,17,19,23
　45:2 52:11,23
　53:1 54:9,10
　54:14,24 55:1
　55:5 56:12
　57:12 58:2,9
　58:12,13,20,20
　59:22 62:5,18
　62:20,22 63:1
　63:6,10,14
　65:3 66:22,23
　70:4,6 73:24
　75:7,9 82:2
　85:11,17

**color-based** 62:4
**colored** 52:19,22
**coloring** 52:14
　52:17
**colors** 8:3 11:14
　34:16,17 49:25
　50:2,23,24
　58:6,7,16,23
　72:19 73:1,23
　85:16,18
**column** 40:22
**combination**
　18:13
**come** 21:18 35:6
　51:23 88:4,25
　88:25 89:9
**comes** 58:2
　59:22 82:11
**coming** 17:10
　71:13
**commencing**
　2:14
**comment** 74:17
**comments** 38:25
**COMMERCE**
　3:9
**Commission**
　92:21,22
**Committee** 5:12
　90:11
**Commonwealth**
　2:12
**COMPANIES**
　4:6
**compare** 21:10
　22:17 26:3,4
　53:7 81:20
　82:14 88:7
**compared** 42:9
　50:19
**comparing**
　31:15 33:25
　60:13 80:22
　82:21
**comparison**
　28:9 87:15

**comparisons**
　26:12 27:15
**compel** 1:5 5:3
　61:15 82:7
**compelling**
　28:21
**complained** 13:2
**complete** 32:7
**completely**
　17:17 83:7
**component**
　82:13,13,21
　90:1
**concept** 85:21
**conclusion** 35:4
　35:7
**conditions** 24:12
　25:4
**confidence**
　78:24
**confused** 8:6
**confusion** 28:16
**connect** 74:6
**consistent** 90:13
**constantly** 17:8
**construct** 29:3
　30:10,14
**CONSUMER**
　4:6,6
**contested** 30:13
**context** 34:7,9
　64:23 72:18
　77:18 79:3
　88:5,13
**continues** 74:11
**controlling**
　23:22 51:3
**copy** 40:14
**correct** 6:16
　15:9 17:2 59:1
　72:25 80:8
**correctly** 10:19
　54:23 67:23
**correspond**
　13:18 64:16
　73:25

**counsel** 29:16
　39:1 90:11
　91:9 92:11,13
**country** 81:3
　89:21
**couple** 6:8 8:21
　55:24 62:2
**course** 21:16
**court** 1:1,21
　2:10 5:18
　10:25 14:7
　18:6,16 30:18
　34:7 60:15
　78:25 79:7
　92:4,20
**Court's** 90:14
**cover** 35:20
**covered** 47:21
　90:9,24
**covering** 61:7
**cplacitella@c...**
　3:17
**create** 58:12
**created** 72:5,5
　81:14,21 85:15
**creating** 33:25
**critical** 8:19
　9:22 12:7
　17:18 18:14
　19:9 24:4,5,5
　50:20 80:14
　81:12,20 82:12
　82:25 83:12
　89:16
**cross-examine**
　53:11
**cross-examini...**
　8:12 28:18
**CSDS** 62:3,3,5
　63:5,7,13 65:2
　73:24
**CSM** 40:22,24
**cured** 71:10
**current** 16:25
**cut** 6:13

**D**

**D** 40:13
**damaging** 23:24
**darker** 22:2
**data** 8:25 35:12
　35:14,15
**date** 92:8,22
**Daubert** 15:8
　16:23 17:1
　18:14
**daylight** 46:4,4
　46:10,13,23
　47:15 48:6,22
　49:19
**days** 29:24
**DC** 3:4
**de** 25:25
**deadline** 17:10
**dealing** 48:5,15
　48:23
**debate** 52:11
**decides** 20:9
**deciding** 68:9
**decision** 5:6
　16:12
**decisions** 16:11
　20:4 27:24
　66:15 68:13,13
**Defendant** 4:5
　7:13
**Defendants** 4:13
　5:20,22 7:7
　10:21 23:14
　28:6,16 43:14
**defense** 6:21
**deferred** 83:7
**degree** 34:16
**deleted** 63:13
**demonstrate**
　14:18
**density** 29:11
**depicted** 78:6
**depiction** 60:9
**depo** 18:25
　27:10
**deponent** 7:12

depose 8:9 16:9
deposed 6:17
  26:20
deposition 1:5
  5:3 6:5 11:5
  17:4,13,14,20
  19:5 21:8,20
  25:20,21 26:3
  26:19 27:4
  30:8,13,24
  31:12 32:6
  33:10 35:1,1
  40:9 42:5
  47:21 70:15
  71:18 72:3
  75:4 88:14
  90:12
depositions 11:5
described 27:1
deserve 57:11
despite 30:16
determination
  64:2,7,11
  67:10
determine 8:25
differen 80:25
difference 18:22
  53:12
different 6:1
  7:21 25:5 50:3
  50:6,23,25
  51:5,7,9 52:2,3
  52:23,23 58:6
  64:1,3 65:20
  74:21,23 79:17
differentiate
  80:16 87:14
differentiating
  11:16,20 19:11
  19:12 62:24
  81:13
difficult 32:22
direct 4:3 32:5
  38:24 62:19,19
  68:21
directed 6:21

63:18 71:12
direction 25:21
  37:6 53:1,9
directly 24:6,18
  27:7 28:3,10
  47:20 49:2
  50:25 53:3
  58:22 59:23
  83:1,15 85:25
disagree 26:7,8
disagreement
  26:8
disclosure 43:14
discussed 60:18
  61:19
discussion 9:6
  28:15
Dispersion 62:3
  63:8
dispute 13:7
  14:6
disputing 90:25
disrespect 34:24
distinction 67:6
distinguish
  65:18
DISTRICT 1:1
  1:1
Docket 1:2 5:4
Doctor 10:12
  48:11
document 8:24
  16:5 60:24
documented
  66:10
documenting
  16:6
doing 10:15
  16:10 20:16
  23:11,11,13,20
  24:7,8 25:9
  28:12 31:8
  49:8,15 50:5,8
  50:9,10 57:3
  68:13 79:22
  83:16 84:23

doubt 72:2
Dozens 24:13
Dr 10:13,14,19
  11:18 12:1,13
  12:16 14:8,14
  15:8 19:10,16
  19:24 20:6,13
  20:16 21:2
  29:23 31:21,24
  33:14,14,16
  34:8 35:1,1
  37:9 39:14,15
  39:23 41:5,6
  41:10,11 43:18
  43:18 48:10
  49:7,8 53:11
  54:4 60:18,19
  60:20 62:23
  65:20 67:9
  73:5 77:9,13
  79:14 80:11,13
  80:22 81:6,12
  81:17,18 82:7
  82:20,24 83:21
  87:8 88:9,14
  89:11
draw 13:24
DRINKER 4:1
driving 13:15
Dubin 38:22
  56:17 67:23
  84:5 88:3

——————————
**E**
E 3:1,1 92:1,1
earlier 47:18
easily 24:2
easy 41:23
edge 11:13,19
  14:14,17 18:20
  19:23 38:8
  56:8,18 58:6
  58:15 65:9
  72:21,22,23
  73:6 75:7,25
  77:4,6,20

edges 11:15
  64:16 73:23,24
  74:13 75:8
effect 11:13,19
  14:15,17 18:20
  19:23 56:18
  58:19 73:6
  75:7
effective 28:18
effects 58:12,16
  75:25 77:4,7
  77:20
efficient 29:1
effort 90:10
eight 41:3 62:2
either 7:3 9:19
  9:22 66:4
eludwig@bovi...
  4:18
eminently 23:20
employee 92:11
  92:13
ends 62:1 76:18
  86:6
ensure 79:3
enter 7:5
entire 9:1,18
  11:21 14:19
  15:1 19:10
  62:25 65:12,15
  65:17 67:8
  78:10,19 86:8
entirely 15:15
entitled 48:18
  48:18 75:10
entitlement
  23:15
entries 5:8
equivalent 11:1
ERIC 4:15
ESQUIRE 3:3,8
  3:14,20 4:2,9
  4:10,15
essentially 58:7
evidence 85:2
exact 19:20 54:1

74:6
exactly 10:24
  33:21 39:20
  40:11 61:11
  69:12 73:3
  77:15
examination
  8:14
examine 29:12
  72:7
examined 60:10
example 14:13
  19:8 25:14,15
  26:5 50:16,17
  52:18 54:17
  58:15 76:14
  85:4
examples 6:12
  12:24 13:21,23
  13:25 15:4,24
  66:25
excellent 91:12
exclude 15:8
  16:4,10,13
excluded 16:7
excuse 9:8 48:12
  62:9
execution 82:24
exemplar 13:22
exhibit 30:23
  40:11,13 45:12
  59:14 72:16
  77:17 78:2,9
  78:14,16,18
  79:12,12,16,19
  86:11 88:2
exhibits 33:25
  71:11,18,19
  78:15
expectation
  17:21 18:1
experience
  23:23 44:22
  66:14 84:2,14
expert 16:9,13
  16:16 20:5,19

20:20,24,25
21:2 26:20,21
27:25 28:2
33:17 35:11
37:4 39:22
53:13 84:15
85:22
**experts** 9:5 28:1
**Expires** 92:21
**explain** 23:10
86:22
**explained** 86:22
**explaining**
14:16
**explanation**
9:11
**extent** 90:7
**eye** 69:16
**eyebrows** 87:19

**F**

**F** 92:1
**fact** 15:7 16:8
25:2 27:20,22
33:18 34:12
60:25 89:13
**factor** 16:13
19:11
**factual** 22:14
**FAEGRE** 4:1
**fair** 6:17 53:14
65:5
**familiarity**
60:17
**fashion** 33:23
**fast** 17:14
**FAX** 1:16 3:11
3:16,22 4:4
**feature** 11:16,20
**February** 29:8
**feel** 42:7
**feeling** 6:11
**fell** 21:24
**felt** 60:14 64:25
**fibrosity** 67:21
**fibrous** 32:10

**field** 33:3 67:3
**fight** 55:25
57:15
**figure** 18:5
**file** 16:23
**filed** 15:7
**filter** 46:4,5,10
46:13,15,23
47:9,16 48:3,6
48:6,22,24
49:11,12,12,20
50:8
**financially**
92:14
**find** 24:14,21,21
27:18 29:6,18
56:20 81:22
**finding** 24:16
27:7 28:3 29:5
64:8,9 70:14
80:15 81:1,3
84:10 87:10
**findings** 42:12
**finish** 12:5 88:17
**FIRM** 3:8
**first** 8:22 13:1
21:23,24 24:3
24:22 27:17
36:9 41:24
54:17
**firsthand** 21:9
24:6,7 26:11
55:4
**fit** 25:18,23 26:9
**five** 46:22 47:1
**flat** 76:15,17,19
76:21
**flipping** 14:9
**floor** 1:15 4:11
90:6
**FLORHAM** 4:3
**fly** 33:10 64:6
**focus** 29:14 32:8
33:3,6 64:5,10
65:9,13,15
66:17 71:16

74:14,16
**focused** 31:4
64:24 65:7,11
**folder** 43:6,12
**follow** 55:16
**follow-up** 36:16
38:9 47:6 57:9
69:8 71:3
74:24
**followed** 31:16
**following** 44:18
46:8,12 48:19
49:1 59:17
60:6 61:10
69:6
**foregoing** 92:5
**forgive** 55:9
**form** 80:17
87:11
**FORMAROLI**
1:20
**forms** 82:12
**formulate** 30:11
37:13
**forth** 56:4 66:9
92:8
**found** 16:12
70:15
**four** 45:16,21
55:20 62:19
83:19 89:7
**Fournier** 4:10
5:23 12:22
13:9 14:16
**fourth** 39:2,6
40:17 41:19,20
42:2 54:4
61:23
**front** 14:9 43:9
**frustrated** 17:6
**full** 18:1 43:4
71:8,12
**fulsome** 65:1
**fundamental**
29:3 67:7 68:8
**fundamentally**

25:5 67:15
**further** 9:24
69:19 92:10

**G**

**game** 53:14
**gamesmanship**
35:11
**generally** 83:24
**generated** 35:9
35:13,14
**GEORGIA** 4:17
**GEREL** 3:3
**getting** 7:14
8:19 20:22
21:6 25:5
55:16 57:4
73:11
**give** 12:24 26:22
26:24 28:22
33:10 35:11,23
43:2 52:20
54:1 64:17,19
65:4 66:21
**given** 20:1 21:25
**gives** 18:24 27:4
56:15 59:19
**giving** 10:13
19:6 59:10
**glass** 30:21,22
57:20,23
**go** 6:12 9:3 12:5
17:12 25:14
28:10 35:18
40:19 41:17
45:16 47:25
51:11 53:14
56:18,24 57:14
57:19 63:25
66:9 67:19
74:17 84:15
88:11 89:10
**goes** 24:5,18
25:8 28:3
37:17 44:15
46:13 47:20

49:2,9 50:25
51:13 53:3
54:24 55:17
56:17 58:22
59:7,23 64:1
67:21 69:24
70:7 74:25
75:11 80:13
84:5
**going** 5:6,17
8:23 9:15
12:22 17:21
18:2,4 23:16
24:24 25:13,24
26:1 29:1
34:17 41:9
42:15 44:8
55:12 57:6
59:6 68:5
76:11 81:5
85:12 86:13
87:5 90:18
**gold** 84:6
**golden** 55:19
84:10
**good** 12:20
66:10 91:13
**gotten** 33:23
**great** 25:15
**greater** 37:9
**guess** 35:20 70:9
**guidance** 57:4
**guide** 42:5,10
**guy** 19:25

**H**

**Haddon** 1:23
**hamstrung** 18:3
**hand** 8:15,17
**handle** 17:17
**happen** 13:12
17:19 70:22
76:16
**happened** 12:23
**happening** 9:9
17:14 69:11

happens 18:4
85:14
happy 56:25
harass 91:4
harmful 23:25
hear 12:11 19:2
30:9
heard 12:15,18
29:4 34:18
90:25
hearing 10:4,24
10:25 25:25
91:15
heart 12:22 25:8
37:22 68:11
75:11
heavy 29:11
Heights 1:23
help 57:6 62:11
63:3,5 76:4
helps 55:10
86:25
hereinbefore
92:8
Hess 1:6 4:18
5:4 6:17 7:6
8:14,17 10:9
12:7,8 18:13
19:6,21 20:3,8
20:8,15,18
21:8,14 22:10
23:10,20,25
24:10,16,17,17
25:2 27:24
28:11,18 30:16
35:3,9 37:2
46:8 48:12,19
49:7,9 50:21
51:1 53:4,15
56:11 58:19
59:17 60:9
65:14 69:4
70:17 72:4,22
73:10 77:16,20
80:15,20 81:15
82:7,8,11,17

83:2,8,12,13
83:16,20 84:20
86:14,14 87:10
87:23 89:17
90:20
Hess' 6:5 17:4
21:20 25:21
28:11 30:8
31:25 61:16
82:7,23,24
85:25
hey 11:18 13:2
89:5
high 32:18
highest 22:22
31:10
highlighted
11:12 13:21
14:14 19:4,19
73:4,4
hint 52:20,20
honest 48:15
Honor 5:14 6:21
6:23 7:18,20
8:20 10:11,23
12:21 13:10,24
15:10,15 17:5
17:11 19:3
21:2,21 22:19
23:2 26:23
27:10 28:24
30:6,9,10,16
31:6,20 32:6
32:18 33:13
34:15 36:1,9
36:24 37:7
38:24 39:18
40:7,10 41:14
41:23 42:21
43:3,20 44:1
44:16 45:25
46:21 47:23
50:1 51:12
52:8 53:5
54:16,22 55:8
55:14,24 56:17

56:23 59:6
60:4,7 62:15
63:23 65:5,10
67:18 69:23
70:10 72:1
73:16 74:4,10
75:1 76:7,13
77:2 78:2,14
81:25 82:5
83:9,17 84:17
88:1,22,24
90:2,8,17
91:14
Honor's 18:4
19:15 48:17
68:14 90:24
hope 67:22
hopeful 43:4
hotly 30:13
housekeeping
6:25 7:4
hundreds 87:20
hypothetical
26:12

_____

**I**

idea 20:23 50:5
82:9,11,23
83:4,6,13 85:7
85:17,20,23,24
87:10,23,24
identical 43:24
66:6 73:10
identically 63:12
identified 32:4
32:11,12 39:15
identify 16:3
29:10 83:21
89:21,24
identifying
36:10,17 37:18
44:9 58:2
89:12
ignored 58:7,8
ilk 21:17
illumination

22:11,13 23:22
31:7,10
image 7:24 13:5
13:12,14 14:2
14:16 23:18,19
24:1 34:4,5,7
34:10 49:20,20
49:22,23,24
50:3 52:22
54:18 56:9,10
56:11,13 60:5
60:8,13 62:17
63:17,24 64:24
65:8,13,15,16
67:24 68:2
70:3 71:6 72:5
74:6 78:11
79:7 81:15
84:18 87:3,4
87:21 88:4,6,8
88:25
images 7:2,22
8:3 9:15 13:3
14:12 20:12,15
20:17 22:5
46:9 50:4
51:25 52:14,24
59:20 71:8,16
74:7 80:21
83:15 86:15
88:12 89:5,7
imagine 76:10
imaging 58:18
impacts 57:10
implementing
85:24 87:24
important 11:12
27:5 28:10
29:22 42:8
52:10
improper 33:9
impurities 85:4
85:15
impurity 87:18
inability 16:2,5
inaccurate

29:20
inappropriate
64:25
incapable 15:16
included 50:17
including 31:18
incomplete
15:12 60:9
inconsistent
8:14 10:10
incorporate
39:8,24
incorporating
40:25 41:4,12
independent
35:3
independently
20:15 89:6
index 44:19 58:1
58:1,5,9,14
62:6,21 64:15
indices 59:21
70:3
indisputably
22:6
indulge 35:18
ineffective 8:12
information
9:22 44:23
88:19
inherently 77:8
79:21
initial 18:7 19:5
inordinate 14:11
inspect 30:5
inspection 8:10
instance 30:1
34:13 52:5
53:7 70:16
79:5
instances 33:1,8
33:12 72:4
instruct 31:15
53:9 86:16
instructed 19:21
19:22 33:15

47:4,13 68:23
69:20,21 71:2
73:10 74:22
78:1,12 79:9
82:4 85:6
**instructing**
47:11 86:19
**instruction** 20:2
22:3 31:22
36:14 71:23
84:16
**instructions**
16:20 17:24
22:1 31:17
56:1,4 57:15
**intend** 17:4,5
**intended** 6:3,6
26:20 29:11
34:24
**intending** 7:6
**intent** 19:4 27:2
27:21
**intentionally**
46:17 50:9
51:4
**interest** 32:16
**interested** 92:14
**internal** 58:11
**interpret** 6:2
**interpretation**
35:15
**interpreting**
60:23
**interrupt** 7:11
10:18 41:15
**interrupting**
55:9
**introduce** 5:18
**introduced** 88:2
**invite** 34:20
**invoked** 28:1
**involve** 59:4
**involving** 30:25
**irrelevant** 70:23
**ISO** 60:5
**ISO22262** 60:22

**ISO22262-1**
49:9 61:8
**ISO2262-1**
59:16
**ISO622-2** 31:19
**issue** 8:1 9:6,15
15:5,25 17:7
21:11 22:6
24:19 25:6,10
25:17 28:8
30:15 32:25
34:1 37:8
39:17 44:10
45:4 49:24
50:1 51:14
57:13 62:23
63:19 67:12,12
68:20 70:16,20
71:12,19 75:17
76:25 77:3,5,7
77:9 79:22
80:1,12 81:9
81:11,17 82:6
83:2,15 85:25
88:18,23 89:3
89:15 90:1
91:6,7
**issued** 30:10,17
32:21 37:9
**issues** 12:7 24:5
25:25 28:10

**J**

**Jersey** 1:1,23
2:12 3:15 4:3
10:25 92:5,21
**JOEL** 1:14
**Johnson** 1:5,5
4:5,5,5,5,6,6
29:12 30:19,19
36:11,11,17,18
41:8,8 76:1,1
77:22,22 80:24
80:24 86:16,16
**Johnson's** 29:12
30:25 37:10

**jschneider@...**
1:17
**judge** 5:2 7:11
18:12 55:11
**July** 6:4 21:8
92:21
**June** 6:3
**jury** 34:18
**justification**
9:11
**justifies** 15:18
**justify** 11:23
15:1

**K**

**K** 3:4
**keep** 29:3 30:7
59:10
**kept** 33:24
**key** 11:16 20:3
27:24 50:1
57:25 66:15
68:13 80:25
81:7 82:20
89:11
**kind** 65:11 73:1
80:10 88:5
**kinds** 25:3
**King** 4:8 5:21
**know** 5:5 15:7
18:10 23:13
26:7 33:21
34:7,8,9 36:23
37:7 40:4,5
42:9 43:11,16
43:21,23,25
44:3 46:16,16
48:11 49:7
50:1,11,24
52:15 58:8,19
64:12 65:6
66:24 67:2,5
69:4,5 70:4
76:22 78:5
79:1 85:15,18
86:25 87:1,7

88:12
**knowledge** 21:9
22:15 24:6,7
26:11,11 37:13
55:4
**known** 4:6 57:25
58:4,9 87:3,4,5
87:6,17
**knows** 6:6 29:16
49:14 51:2
78:6
**Kristen** 4:10
5:23
**Kugler** 2:10
92:3,19
**KYLE** 4:15

**L**

**lab** 30:6 89:20
**labs** 81:3
**large** 16:11
44:20
**larger** 70:11
**launched** 14:7
**law** 3:8 16:4
**leaves** 20:13
84:8
**left** 12:11 17:25
20:6 63:16,16
69:16 75:7
**Leigh** 3:8 5:10
36:22 42:13
55:15 63:4,22
90:5
**leigh.odell@b...**
3:11
**length** 38:8 90:9
**let's** 20:7 26:22
35:18 57:18
78:14 86:16
87:10
**level** 22:14,22
**LIABILITY** 1:6
**license** 2:11
**light** 22:2 46:3,4
46:10,12,15,23

47:15 48:3,6
48:22,24 49:19
50:7
**lighting** 22:9
58:11,18
**limit** 71:9
**limitations** 27:4
**limited** 32:1,2
40:8
**limits** 22:18
**line** 26:2 27:11
32:8 34:25
35:23,24 37:18
38:2,3 54:10
54:11,12,12,20
62:19 64:13,21
69:24,25 72:11
86:10
**lines** 31:12
36:20 37:1,24
46:22 47:5
48:4 55:19
62:2 72:16
73:22 75:22
83:19 86:11
**liquid** 29:11
**list** 45:9 47:1
54:1 55:22,23
**listed** 44:5
**listing** 43:13
**literally** 65:19
**litigation** 1:6
41:9
**little** 5:25 6:1
20:22 21:6
31:19 55:10
62:11 67:21
72:17 73:18
**live** 10:13 15:19
**LLC** 4:15
**LLP** 1:13 3:3,19
4:1,8
**lodged** 37:23
**long** 31:24 55:10
76:16
**Longo** 8:12

10:13,15,19
11:18 12:1,14
12:16 14:8,14
15:9 18:15
19:6,10,24
20:6,13,16
21:2,12 28:17
31:21 33:16
37:9 39:23
41:6 42:14
48:11 49:5,7,8
53:11 60:18,19
65:20 67:9
73:5 77:13
80:13,22 81:7
81:12,17,18
82:7,20,24
83:6,21 87:8
88:14 89:11
**Longo's** 18:12
19:17 29:23
31:24 39:21
40:4 41:5,10
41:11 54:4
60:21 62:23
77:9 79:14
80:11 88:10
**look** 8:16 9:10
9:21 10:8,12
10:20,21 11:9
11:22 12:14,19
14:24 15:2
19:13,24 20:12
20:17 30:1
40:10,18,21
44:1 50:3,23
50:24 51:24
52:5,12,16,24
52:25 56:9,11
56:24 57:24
59:20 63:25
65:24 66:6,11
66:24 67:9,10
69:14 72:20
73:8 76:15
83:23 86:10

87:3,9,15
**looked** 9:23,24
15:22 20:1
21:15 29:17
30:2 39:12
74:7 80:20
**looking** 7:23,25
8:2,7 9:4 10:5
12:2,8 13:4
14:5,12,21
20:14 23:21
25:1,2 26:13
28:17 32:14
36:2 39:22
45:18 55:5
58:13,17,25
65:4,22 66:1
67:8 68:4,8,12
70:25 76:12,14
76:18 81:13
83:14 87:1,2
**looks** 7:19 8:8
15:19 20:8
51:25 52:3
67:3 76:15,21
82:17,18 86:11
87:4,6
**lot** 9:16 11:4,12
15:24 19:16
21:21 26:22
35:10 85:2
87:19
**LOUISIANA**
3:21
**Ludwig** 4:15 7:5
7:10 54:19,22
55:7,9,12
56:16,21 67:17

────────────
**M**
**M** 3:14 4:2
**M70484** 54:3
**M70484-001**
45:17
**M71614** 61:22
74:9 79:13

**machine's** 32:14
**magenta** 72:21
72:24 83:24
84:11
**making** 20:4
27:24 67:6
68:12,14
**MAPLE** 3:14
**marked** 71:17
**MARKET** 1:14
**MARKETING**
1:5
**MAS** 11:12 30:6
36:10 44:9
49:24 50:2
80:19 81:14
**Master** 1:14 5:1
5:2,16,24 6:3
6:22 7:14 8:5
10:1,17 12:4
12:10 15:6,11
16:21 17:3
18:11 21:4
22:7,25 23:3
25:12,19,25
28:13 35:17
36:3,6,21 39:2
39:11 40:3,8
40:16 41:2,17
42:13,19 43:5
43:8,16,23
44:2,14 45:5,8
45:11,19,22
46:1,25 47:14
47:22,25 49:4
49:16 50:13
51:15 52:4
53:16,23 54:6
54:19 55:2,21
56:19 57:2,18
59:2,9,12,18
59:25 61:2,17
61:24 62:10,16
63:3,15,21
68:15 69:3
72:9,13 73:13

73:19 74:2
75:14,20 76:4
76:23 79:10
80:2,8 81:16
83:5 86:2,21
90:3,15 91:8
**Mastroianni**
1:20 2:10 92:3
92:19
**match** 39:20
85:18
**matched** 39:25
**matches** 58:9
**material** 42:2
63:10
**Matt** 3:20 42:22
44:3 47:3
53:18 54:8
56:20 61:5
68:18 72:10
73:21 75:23
78:18 86:5
90:4,15
**matter** 2:9
**Matthew** 4:9
5:21
**maximum** 22:14
23:17 26:16
**mbush@ksla...**
4:12
**McCRACKEN**
1:13
**MDL** 22:6 25:4
29:9,25 30:15
31:3 36:25
37:8 41:12
42:1,6,11 54:5
57:13 62:24
77:7,14 79:22
81:6,9,11 83:2
86:1 88:9 89:3
90:1 91:7
**mean** 7:19 10:18
11:3 13:13
17:6 18:16
19:2 23:24

28:15 36:24
54:16 55:3
56:23 68:3
**meaning** 11:20
24:12
**means** 20:24
**meant** 61:5
**measure** 6:25
**MEDLIN** 4:15
**mentioned** 22:9
90:7
**method** 21:12
40:5 62:4 63:9
**methodical**
33:23
**methodology**
8:19 24:25
29:19 33:19
46:11,15 48:9
48:10,13,19,20
48:21,25 49:9
59:24 60:6,16
60:17,18,20
62:12
**methods** 42:20
**MICHELLE**
3:3
**micro** 7:2
**micrographs**
16:3
**microscope** 7:16
7:24 8:2,8,9,16
9:10,21,23
10:6,8,13,21
11:10,23 12:2
12:9,14,17,19
14:5,21,25
15:2,20,22
19:14,25 20:1
20:8,18 21:15
22:12 23:18,21
24:1 26:13
28:17 30:2
31:8 46:9 49:7
49:8 51:3 55:5
57:24 65:22,25

66:2,12 67:8
67:11 68:12
73:9 79:18
80:21 82:17,19
83:14
**microscopic**
24:12 25:4
**microscopist**
7:16
**mind** 10:2 29:3
30:7 36:2
42:23
**mineral** 29:13
**minimum** 18:6
48:23
**minute** 34:4
**minutes** 29:5
**misleading** 78:7
**missed** 10:6 39:4
**missing** 12:18
19:16
**moment** 54:2
**MONDAY** 1:11
**MONTGOM...**
1:13 3:10
**month** 50:22
**motion** 1:5 5:3,7
15:8,25 17:19
17:20,22,25
18:2,7 19:5
24:22 25:10
28:7,7 30:4,5
40:13 50:17
61:14,15 74:5
82:6 89:19,19
90:4 91:10
**motions** 16:24
17:2 71:19
**move** 69:16
70:21
**moved** 79:16
**mparfitt@ash...**
3:6
**multiple** 20:21
58:5
**multitude** 22:4

**mute** 54:21

――――――
**N**
**N** 3:1
**name** 5:19 62:4
63:8
**narrative** 31:25
**nature** 32:10
**nearly** 73:9
**necessarily** 12:6
57:7
**necessary** 82:25
89:25
**need** 9:21 11:9
14:21,24 20:17
26:23 27:2
29:3 30:1 35:5
44:1 56:8,10
56:11,13 58:8
66:11 72:17
**need-to-look-...**
19:18
**needed** 19:5
**needs** 66:19
**neither** 7:12
92:10,12
**never** 19:25
20:18 27:19
34:8 37:6
67:20 88:5,13
**new** 1:1,23 2:12
3:15,21 4:3,11
4:11 10:25
15:8 21:12
24:20 26:4
39:16 40:5,21
40:24 41:1
42:16,17,20
92:4,21
**night** 91:13
**nine** 51:15
**non-answer**
57:16
**non-profit** 51:20
**non-responsiv...**
18:13

**non-testifying**
28:1
**normal** 7:8 87:8
**normally** 44:21
**North** 4:16
30:17
**Notary** 2:11
92:3,21
**note** 42:8
**November** 43:14
**novo** 25:25
**number** 2:11 5:4
6:18 11:2 26:2
35:23,24 37:8
37:9,11 41:21
45:8,19 47:1
49:17 50:14
51:15 53:16
54:1 57:8,19
58:1 59:13,22
60:1,11,11
61:17 63:24
66:25 68:16
70:10,13 71:13
72:9,11 75:19
75:21 80:4
86:3
**numbered** 35:22
**numbers** 31:19
40:19
**NW** 3:4

――――――
**O**
**O** 1:22
**O'Dell** 3:8 5:10
5:10 12:11
21:5 25:14
26:24 28:13,24
36:23 38:1,20
39:4 41:14,18
42:16,21 43:1
43:6,10,19,25
44:15 46:21
47:23 48:2
53:5 54:21
55:8 56:21

60:7 62:8
63:23 66:20
69:23 72:1
74:10,24 75:13
77:11 78:17
83:17 88:1,17
90:2,8 91:14
**O'Dell's** 67:18
**object** 66:17
**objected** 25:23
36:7 54:7
61:25 72:10
73:3
**objection** 30:9
36:4,22 37:23
42:11 45:6
54:20,25 56:20
59:4 61:1 65:1
65:4 67:24
68:3 71:14
74:3 78:5,12
88:2,20
**objectionable**
25:15 26:6
84:4,12
**objections** 6:9
23:6 30:11
35:19,22 36:13
60:12 71:11
77:24 88:22
**observation**
21:10 55:4
**obstructed**
15:23 16:19
90:13
**obvious** 24:23
**obviously** 7:8
26:7,14 31:2
38:21
**oh** 20:14 23:12
72:14
**oil** 24:12,18,18
50:22 63:10
**Okay** 5:24 37:15
40:18 44:2,14
45:22 46:1,25

47:14,22 49:16
57:18 59:9,12
59:18 60:1
63:15,21 73:19
75:20 80:6,9
85:8 86:2
**Olympus** 31:8
**on-the-fly** 77:25
**once** 32:11
54:24 67:25
**ones** 20:9,10
39:21 49:23
50:19 71:18
**onward** 25:11
**opined** 31:22
**opinion** 9:1 15:8
16:4 19:15
22:17 27:3,4
33:10 35:12
37:4 48:17
54:25 55:1,1
84:15 85:22
90:24
**opinions** 28:2
33:15
**opportunity**
28:22
**opposed** 84:11
**oral** 5:2
**orange** 22:2
**order** 6:3 16:25
16:25 21:1,7
25:20 26:1
35:6 37:5
68:14 80:14,25
81:1
**ordered** 60:15
**orders** 20:20
**organization**
51:21
**original** 24:11
27:3 61:15
82:6
**originally** 88:25
89:9
**ORLEANS** 3:21

outlier 85:3
outset 5:6
outside 60:14,24
  64:10 65:12
  77:14

**P**

**P** 1:22 3:1,1
**P.O** 3:9
**page** 24:22 26:2
  27:10,18 31:6
  31:12 32:6
  35:23,24,24
  36:4,10 38:2
  40:19,19,20,20
  41:22 44:17
  45:9 46:2,21
  47:1 48:4
  49:17 50:14
  51:16 53:17,21
  54:12 55:11,13
  55:14,19 56:4
  57:19 59:13
  60:1 61:3,11
  61:13 63:25
  64:4,13 65:2
  67:19 68:16
  69:1,7,24 71:8
  71:9,13 72:11
  72:16 74:10
  75:15,22 78:22
  79:2 80:4
  83:19,23 86:3
  86:10,12 88:3
  88:22
**pancake** 76:10
**paper** 40:14
**papers** 16:22
**parallel** 36:12
  36:19 37:20
  44:11 54:14
  83:25
**parameters**
  25:18,23 26:10
**PARFITT** 3:3
**PARK** 4:3

**part** 7:25 16:12
  31:25 32:1,1,2
  33:5 42:2
  55:19 56:13
  58:7 65:11,12
  68:1 75:16
  80:11
**particle** 9:12
  11:7 14:2,3,23
  32:3,9,16 33:6
  33:6,9 38:8,13
  57:12 58:2,10
  58:25 59:22
  62:7,20,21,22
  64:7,10 65:8
  65:20,21 68:1
  68:22 69:1,6,9
  69:17,19 70:2
  70:21,25 71:4
  71:21 72:24
  73:25 74:16
  76:10,11,17
  85:3 87:4,5,6,7
  87:17,22
**particles** 7:3,25
  11:15,19 13:17
  13:17,19 14:15
  14:17,24 15:18
  16:3 18:21
  19:23 20:9,11
  36:18 37:19
  38:6,16 52:12
  52:15 63:1
  64:21 66:2,6,7
  66:23,25 67:3
  68:5,9 70:18
  76:1,9 77:21
  78:6 87:20
**particular** 14:23
  15:1 60:24
  63:10 83:3
  85:2
**parties** 5:5
  92:12
**parts** 58:24
**party** 7:9

**Paul** 1:6 4:18
  5:4
**PC** 3:13
**Pennsylvania**
  1:15 2:13
**people** 51:25
**percent** 13:14
  21:24
**percentage**
  40:23,24
**perfect** 26:5
**perfectly** 44:13
**permissible** 57:5
  57:6,8,13
**permitted** 16:22
  18:10 26:19
**perpendicular**
  83:25
**person** 8:8 9:23
  10:12 15:22
  20:3 34:11
  66:1,5,13
  86:14
**personal** 21:9
  22:15 26:11
  55:4
**perspective**
  37:12 53:6
**persuasively**
  27:23
**Pharmacopeia**
  51:19
**PHILADELP...**
  1:15
**photo** 32:19
  35:9
**photograph**
  12:16,18,20
**photographs**
  6:18 7:1,15
  8:11,13,18,22
  8:24 9:5 10:5
  10:20 28:19
  53:12 66:10
**photomicrogr...**
  32:13 33:4,5

64:3,8,23 65:9
  70:11 72:6
  78:21
**photomicrogr...**
  6:19,24 7:1
  30:3 32:3
  33:20,25 35:2
**photos** 34:1
  65:11
**phots** 65:17
**phrased** 22:16
  44:12
**physics** 84:9,13
**pic** 65:10
**pick** 75:4 84:21
  85:10,12 87:20
  87:21
**picked** 85:3
**picking** 67:23
  68:6
**picks** 20:8 67:4
**picture** 10:14
  52:19,21 82:18
  82:19
**pictures** 10:9
  13:18 14:10
  32:3
**place** 38:2 92:8
**placed** 32:20
**Placitella** 3:13
  3:14 5:13,13
  34:19,22
**Plaintiff** 7:13
**Plaintiffs** 3:6,12
  3:17,23 5:9,18
  7:7 10:4 13:2
  20:14 27:25
  81:5 90:25
**Plaintiffs'** 5:11
  71:11 90:11
**plate** 68:19 69:4
  69:17,18 76:8
  76:9,20,22
**plates** 64:14
  65:3 72:19
  73:2,8 76:2,5

77:23
**PLM** 23:18,23
  24:10 25:9
  39:16 40:5
  42:17 51:14
  66:14,14 80:21
  91:3,5,7
**PM** 2:14
**point** 34:6 56:7
  78:3 86:12
  87:15
**pointing** 38:23
**points** 64:1
**portion** 23:7
  70:11 72:6
**possible** 85:13
**possibly** 71:23
  85:21
**potential** 58:19
**Powder** 1:5
  29:12 30:19,25
  37:10
**PowerPoint**
  32:20 72:5
**practically** 15:5
**PRACTICES**
  1:6
**prejudice** 75:2
**prepare** 32:2
**prepared** 34:13
  37:3
**present** 7:6 76:2
  77:22
**presented** 60:8
  70:11
**prevents** 73:11
**previous** 74:3
**previously** 29:20
  29:24
**primary** 33:3
**prior** 11:3 25:7
  39:8,9,25
  42:17 77:24
**probably** 7:5
  12:1 49:13
  52:21

probe 22:20,23
  23:15
problem 17:9
  23:14 43:1
problems 87:16
proceed 6:7
proceeded 90:12
proceedings 2:8
process 33:21
produce 24:1
  89:5
produced 7:22
  8:4 9:2 13:18
  20:12 41:20
  42:1,6,11
  43:13 56:14
  71:17 81:6
  88:9 89:6
producing 7:24
product 91:12
PRODUCTS
  1:5,6
promptly 5:7
  91:11
property 84:9
protocol 46:7
  59:16 61:9
provides 44:23
Public 2:11 92:3
  92:21
published 52:7,9
pull 40:11 78:15
  79:2
pulled 79:7
pulling 40:14
punts 12:6
purple 9:13
  10:15 52:19,22
  72:19,21,24
  73:1
purpose 21:20
  25:16 26:2,18
  46:10,16,17
  47:9 57:22
  62:25 65:17
purposes 28:25

39:9 58:14
  72:3
put 17:22,24
  23:17 41:9
  66:25 71:7,8
  78:4 88:3
putting 49:11

—————————
            Q
question 7:15
  9:25 11:10
  12:1,17,23
  13:6,20 14:1,3
  14:11 21:14,16
  21:25 22:1,8,8
  22:15,16,20,23
  23:1,19,25
  24:2,23 25:13
  25:15,22 26:6
  29:19 31:23
  34:11,17 36:7
  36:9,20 37:21
  38:3,5,6,9,11
  38:15,19 40:1
  42:12 44:6,7
  44:12,18,25
  45:2,24 46:11
  46:13,24 47:3
  47:7,12,19
  49:5,14 51:13
  51:23 54:7
  55:13,18,22
  56:2,17,22,25
  56:25 57:10,13
  57:23 58:18
  59:3,3,23
  61:25 62:15
  63:12 64:20
  65:19 66:3,8,9
  66:16,18 67:12
  67:17,22 68:24
  68:25 69:7,14
  69:21 70:5,20
  70:23,24 71:24
  71:25 72:10,15
  72:18 73:2,10

73:12,21 74:22
  74:23,23,25
  75:6,10,23,24
  76:24 77:8
  79:21,25 81:17
  83:7,23 84:3,4
  84:8,12,14,23
  85:6,8 86:3,5,6
  86:8,18 90:19
  90:20,22 91:1
  91:6
questioned
  81:18
questioning
  49:25
questions 6:8,10
  6:18,24 9:16
  10:10 11:2,6
  12:7 13:3,11
  13:13,15,16
  14:22,23,25
  15:13,23 18:18
  19:1,1,21
  20:24 21:17,24
  22:4 25:17,22
  26:9,12 28:9
  31:6,14,15
  32:16,17,23
  33:2,7 34:14
  35:13,18 40:2
  46:20 50:12
  57:5,5,8,9
  61:12 69:2,8
  69:19 70:8,14
  70:17,22 71:1
  71:3,22 73:17
  74:20 75:5
  79:24 81:23
  85:24 87:25
  90:22 91:5
quite 31:1
quote 14:19

—————————
            R
R 3:1 92:1
raise 15:12

raised 24:22
raises 32:25
  87:19
range 44:21
read 8:11 10:2
  23:5 54:23
  56:16 63:12
  72:17 75:19
  88:21
reading 13:12
real 6:8
really 7:1 9:22
  11:11 22:22
  29:19 33:20
  37:6,22 51:5
  69:13 81:10,25
  82:1 84:24
  87:22 88:23
reason 15:17
  16:3,10 19:5
  46:18 49:25
  50:18 52:10
  55:24 60:16,25
  63:2 68:2 76:7
  81:2 89:20
  91:2
reasonable 8:16
reasons 52:13
  87:18
REATH 4:1
recall 10:3,19
  17:11 22:8
  30:2 47:19
  48:5,15 55:7
  67:22 70:6
  83:9
record 6:4 12:15
  79:6,12 91:10
red 3:15 64:16
  72:19 73:1,23
  74:13
refer 43:17
  60:21
reference 12:20
  39:8,25 40:25
  41:12 51:17,21

51:24 59:19
  60:5 61:4,8,9
  80:17,23 81:4
  81:14,19,21
  82:2,10,12,15
  83:11,22 84:19
  84:22 85:1,17
  85:19 86:8,20
  86:23 87:11,13
  87:15 88:6
  89:4,8,22,24
  89:25
referenced
  15:25
references 86:15
referred 45:12
  45:24 53:18
  59:14 76:5
referring 37:16
  37:25 40:12
  43:17,19 44:7
  74:3 76:24
  77:5 79:14
refers 61:4
reflected 60:20
reflective 64:15
refracted 70:3
refractive 44:19
  58:1,1,5,9,12
  58:14 59:21
  62:6,21
regard 21:12
  30:8
regarding 33:2
  77:25
relates 44:16
  85:14
relation 30:4,5
  88:9
relative 92:11
  92:13
relevant 27:7,23
  51:6,8,10 56:3
  79:25 83:1
  85:25 90:23
  91:1,2,5,6

**reliance** 16:14
**relies** 66:15
**rely** 21:3 42:15
**relying** 10:9
    11:13 18:20
    39:9,23 75:8
    75:25 77:3,6
    77:21 81:8
    89:17
**remember** 43:19
    43:20 48:23
    67:22
**REMOTE** 2:13
**removed** 50:7
**repeat** 19:8
**repeating** 36:2
**reply** 16:23 17:1
    89:18
**report** 13:17
    14:9 29:8
    30:15,17,24
    32:21 33:8,21
    33:22 36:24,25
    37:6,15 38:21
    38:23 39:3,7
    39:14,15,21,22
    39:24 40:4,17
    41:1,4,5,7,11
    41:20,21 42:1
    42:3,6 43:9,18
    45:15,18 49:24
    50:3 53:22,24
    54:5 60:21
    61:21,23 62:23
    64:22 70:12,16
    71:6 73:17,18
    74:8 75:16
    77:2,9,10
    78:10,19,22
    79:1,1,13,15
    80:12 88:4
    89:1,3,9
**reported** 70:2
**reporter** 2:10
    5:19 92:4,20
**reporting** 1:21

33:7 40:23
58:21 64:24
65:7 70:19
**reports** 29:25
    31:2,24,25
    33:14 34:1
    36:15,16 37:3
    37:8,9,14,18
    38:14,17 40:21
    41:7,22 43:13
    44:9 45:3
    53:13,25 63:19
    71:12,13 72:2
    77:4,14 78:8
    80:1
**represent** 79:6
**representative**
    78:7
**representing**
    12:13
**reproduced**
    15:16
**reproducing**
    41:7
**request** 18:15
**required** 48:22
**requires** 46:12
    46:15 49:1
**reserve** 5:6
**resolution** 32:19
**respect** 26:8
**respectfully**
    35:10
**respond** 26:24
    27:2 34:13
    37:4 47:23
    70:17
**responded** 31:5
    31:9 48:8
**responds** 70:4
**response** 31:11
**responses** 8:21
    9:24 31:11
**rests** 21:1
**results** 25:1,5
    51:5,7

**RETIRED** 1:14
**review** 70:15
**reviewed** 30:13
**revisit** 27:11,12
    28:5
**RHOADS** 1:13
**right** 5:16 16:24
    18:15 22:24
    23:8 24:19
    27:10 35:12
    36:9,12 38:2,4
    38:4 40:22
    56:11 66:22
    69:13 71:16
    72:22,24 74:1
    78:15 79:10
    80:2 83:25
    86:24
**role** 48:8 60:25
**rolled** 76:18
**room** 32:19
**ROTH** 3:13
**round** 9:7 13:1
    24:11 39:19
**rounded** 69:4,17
    69:17
**roundness** 68:19
**row** 45:16,21
    54:4 61:23
    79:15
**rule** 11:1,1 17:9
    17:19,20,22,24
    28:1 56:21
    57:8
**ruling** 5:7 6:4
    18:4 21:7 28:5
    30:10 57:11
    90:14 91:11

---
**S**

**S** 3:1
**SALES** 1:6
**sample** 41:24
    50:21 51:17
    54:3 61:9,22
    74:9 75:19

80:17,20,20,23
81:4,14,19,21
82:2,10,12,15
83:11 84:20
85:1,16 86:9
86:20,23 87:11
87:13,18 89:4
89:6,8,23,25
89:25
**samples** 24:11
    24:16 25:3
    51:21 85:5,5
**sanctions** 5:4
**satisfying** 18:14
**saw** 16:21 30:12
    33:19 52:19
    72:21
**saying** 8:15,18
    9:5 10:7,12,14
    11:7,15 14:14
    14:18,24 15:17
    17:15,18 19:3
    19:12 37:25
    38:7 48:2,15
    55:6 56:10,12
    56:21 57:12
    64:1 67:9 68:5
    69:1 72:20
    82:1,15 85:10
**says** 11:9,22
    15:17 17:1
    18:20 19:13,15
    19:24 20:17
    21:1 23:11
    27:5 41:6
    48:18,21,23
    49:8 53:22
    55:18 57:10
    63:16 64:4,12
    64:12,17,18
    67:4 68:14
    70:5 74:12
    77:19 81:19
    82:20,24 84:9
**schedule** 5:14
    34:24

**scheduling**
    17:12,14
**Schneider** 1:14
    5:1,2,16,24
    6:22 7:14 8:5
    10:1,17 12:4
    12:10 15:6,11
    16:21 17:3
    18:11 21:4
    22:7,25 23:3
    25:12 28:13
    35:17 36:3,6
    36:21 39:2,11
    40:3,8,16 41:2
    41:17 42:13,19
    43:5,8,16,23
    44:2,14 45:5,8
    45:11,19,22
    46:1,25 47:14
    47:22,25 49:4
    49:16 50:13
    51:15 52:4
    53:16,23 54:6
    54:19 55:2,21
    56:19 57:2,18
    59:2,9,12,18
    59:25 61:2,17
    61:24 62:10,16
    63:3,15,21
    68:15 69:3
    72:9,13 73:13
    73:19 74:2
    75:14,20 76:4
    76:23 79:10
    80:2,8 81:16
    83:5 86:2,21
    90:3,15 91:8
**scope** 37:5,5
    53:9 60:24
**screen** 7:19
    13:13 14:8
    32:19 40:15
    42:22 43:4
    45:17 64:3
    78:4,10,20,20
**second** 14:13

21:5 29:8,23
36:4 56:7 63:4
**Secondly** 9:4
**see** 5:15 6:2 9:5
9:24 11:14
14:10 18:3
21:16,18,19
26:2 31:5
34:19 37:1
41:22 48:4
56:13 68:24
69:4,18 70:24
71:20,21 83:24
**seeing** 7:20,21
8:2 9:9 19:11
21:25 41:19
43:4,6,12
44:24 58:10,16
74:13 75:12
**seek** 29:10 89:10
**seeking** 84:15
**seen** 12:15 34:8
44:23 84:1,14
**sees** 7:16 9:12
26:14 55:5
**sense** 20:25 43:2
70:5
**separation**
29:11
**sequence** 11:6
**series** 73:17
**serpentine** 29:13
**serve** 85:19
**serves** 84:25
**set** 22:13 25:19
25:20 26:10
31:7,9 47:17
65:17 92:8
**setting** 22:14,22
23:17 26:17,18
**settings** 22:11
23:22 26:15,16
51:4,5,7,9 52:1
52:2
**seven** 37:1 41:3
42:14,20 43:24

44:5,10 46:5
48:5 50:20
51:14 52:6
59:5 61:22
63:20 73:15
74:9
**shaped** 76:8
**share** 42:22 43:3
45:17
**Sharko** 4:2 5:23
**sheet** 89:22
**sheets** 32:2
**shifted** 53:1
**short** 6:13 59:2
**show** 9:14 40:11
43:7 61:14
69:12 84:17
87:5
**showed** 23:17
**Shower** 29:12
29:13
**showing** 13:15
49:21 79:19
84:6
**shown** 13:6,7
14:2 33:22
34:4 61:11
63:18 77:16,17
**shows** 43:12
52:25
**sic** 45:21
**significance**
68:18
**similar** 24:12
31:11
**simple** 7:17
38:16
**single** 12:23
51:13 53:2
57:25 58:4
59:8 74:6
90:18 91:6
**sir** 39:5 43:10
**six** 49:17 61:23
62:2,19 79:15
**skewed** 52:23

**skipped** 81:24
**skipping** 75:21
**sky** 52:19
**slightly** 63:13
**small** 7:3,4
70:10
**smaller** 72:5
**sneak** 90:21
**snippets** 23:5
71:7,15
**somebody** 8:25
53:8
**sorry** 12:4 13:9
17:6 23:3 36:1
37:24 38:25
39:4,13 41:15
42:24 53:20
54:22 55:8,15
57:21 62:8,14
**sort** 13:22 18:8
29:3 37:22
51:20 67:23,25
73:23 84:8
**sorts** 24:13
79:24
**Spalding** 4:8
5:22
**speak** 41:14
**Special** 1:14 5:1
5:2,16,24 6:3
6:22 7:14 8:5
10:1,17 12:4
12:10 15:6,11
16:21 17:3
18:11 21:4
22:7,25 23:3
25:12,18,25
28:13 35:17
36:3,6,21 39:2
39:11 40:3,8
40:16 41:2,17
42:13,19 43:5
43:8,16,23
44:2,14 45:5,8
45:11,19,22
46:1,25 47:14

47:22,25 49:4
49:16 50:13
51:15 52:4
53:16,23 54:6
54:19 55:2,21
56:19 57:2,18
59:2,9,12,18
59:25 61:2,17
61:24 62:10,16
63:3,15,21
68:15 69:3
72:9,13 73:13
73:19 74:2
75:14,20 76:4
76:23 79:10
80:2,8 81:16
83:5 86:2,21
90:3,15 91:8
**specific** 35:19
36:15 37:3,15
38:21,23 39:16
62:13 68:1
70:6 76:24
**specifically** 31:6
61:15 70:18
**specificity** 43:21
**square** 25:24
**Staining** 62:3
63:8
**standard** 18:14
51:24 52:7,10
61:4,8,8 85:14
85:20
**standards** 31:18
51:21
**stands** 17:1 63:7
**start** 5:8 6:16
29:21 54:11
**started** 28:15
39:12 88:1
**starting** 36:4
47:5 69:24
**State** 2:12 10:25
92:4,21
**stated** 26:1 29:9
**statement** 29:20

**statements**
22:21
**States** 1:1 51:19
**Steering** 5:11
90:11
**stenographica...**
2:9 92:7
**step** 12:12 17:8
17:18 67:18
80:25 81:7,12
81:20 82:25,25
89:16
**stop** 62:3 63:7
86:14
**STRAUSER**
3:20
**STREET** 1:14
3:4,9,20
**strike** 18:15
**Su** 34:8 42:9
43:18
**Su's** 33:14 35:1
39:14
**submitted** 13:4
**substance** 57:23
74:25
**substances**
37:11
**substitute** 8:7
10:5 18:9
**successful** 18:15
18:19
**sudden** 24:15
**suggest** 29:17
**SUITE** 3:21
4:16
**super** 50:20
**supplement** 18:8
**supplemental**
29:8 39:3,6
40:17 41:20,21
42:3 54:4
61:23
**support** 16:23
**supposed** 22:20
46:6,7,12

48:21,25 52:25
59:17,20,23,24
60:6 61:10
65:16 66:6
89:17
**sure** 13:10 31:1
32:10 36:5
38:1 42:24,24
43:11 53:20
56:24 69:9
71:10 77:12,14
87:22 90:12
**Susan** 4:2 5:22
**susan.sharko...**
4:4
**suspicion** 32:4
**suspicious** 32:9

───────────
**T**
**T** 92:1,1
**table** 40:21 41:4
41:10,13,19,24
45:16,21 54:4
61:23 79:15
**tables** 39:7,24
41:3 42:14,19
43:24 44:5,10
46:5 50:19
51:14 52:5
59:4 61:21
63:19 73:14
74:8 79:14
**take** 5:19 17:21
18:25 23:9
32:3,13 60:14
**taken** 2:9 34:7
35:2 92:7
**takes** 20:11
82:18,19
**talc** 9:1 11:8,17
11:19 14:15,17
15:18 18:22
19:23 20:10
24:10 25:3
33:1,2 41:9
44:19,24 49:23

49:24 50:3,16
50:21 51:19,22
51:23,24,25
52:3,15,15,16
52:24,25 62:18
62:20,24 63:1
64:14,21 65:3
65:8,18,23
66:6,23 67:7
67:13 69:17,17
70:21 72:19
73:2,8 76:2,5,8
76:9,10,10,17
76:20,22 77:21
77:23,25 80:16
80:25 81:13
82:3 87:2,3,5,6
87:14
**TALCUM** 1:5
**talk** 5:17 15:21
16:19 21:11
33:1 38:18
56:10 84:13
85:22
**talked** 26:22
**talking** 27:2
29:7 36:24
38:12,14,25
43:21 44:18
64:18 69:10,18
77:12 86:14
**tangent** 28:19
90:21
**technical** 63:13
**tell** 10:3 18:22
37:12,15 43:20
45:14 51:12
52:13 56:9,12
59:7 74:12
**template** 76:20
**ten** 57:15
**term** 63:14
**terms** 60:13,23
**terribly** 79:5
**test** 21:10 22:12
26:4,5 39:16

40:1 41:11
45:23 50:15,18
53:18 62:13
74:3 76:24
77:5 91:5
**tested** 13:8
15:16 30:20
**testified** 23:13
28:17 29:24
46:8 47:18
60:19 80:14,22
81:7 82:8
83:22 89:11,23
**testifies** 83:20
**testify** 21:8
48:12 55:3
66:8,19
**testifying** 16:15
33:17
**testimonial**
26:19,21
**testimony** 1:5
5:3 15:12 17:4
17:22 18:12
19:17,18 23:12
23:16 27:5
29:23 30:4
34:18 61:16
82:7 88:10
92:6
**testing** 15:15
22:3,5 24:4,10
24:11,19,20
25:4,6,7,9,9,11
27:6,22 28:3
28:11 29:4,7
29:15 30:22
31:1 37:10
39:9,23,25
40:5,25 42:16
42:17,18,20
46:14 47:21
49:3 50:8,21
51:1,12,14
53:4 58:23
59:8 66:15

77:7,9,13
79:22 80:1,11
81:8 83:2
89:13,15 90:1
90:20,23 91:3
**tests** 21:11,13,19
24:7,8,13
39:16 40:4,9
42:14 44:4
46:5 47:17
52:8 59:4
62:23 73:14
91:7
**thank** 7:10
55:15 91:8,12
91:13,14
**Theresa** 2:10
92:3,19
**thin** 76:16
**thing** 7:2 22:17
27:9,13 34:16
34:22 50:2
57:25 59:1
60:4 65:6,8
70:12 76:16
79:2 84:22
87:2
**things** 6:25
15:14 24:13
28:25 33:22
51:3 70:9
79:25 82:1,22
**think** 5:25 6:5
6:20 7:5,17
12:11,21 17:13
18:3 19:9
22:11 27:20
28:7 29:2,22
35:20 39:20
55:17 56:16
57:4,11 62:1
64:4 67:17,19
67:19,25 77:11
81:10,24 86:21
90:8
**third** 7:8 30:23

**three** 12:24 29:4
29:5 30:16
45:9 48:4 56:1
89:7
**thrown** 9:2
**time** 6:15 11:4
12:24 13:14
14:11 27:12,25
29:1 31:4
35:19 40:23
53:3 59:11
70:21 77:6,8
83:10 89:20
91:3 92:7
**times** 12:1 20:21
29:5 30:16
31:11 54:10
64:3
**tinted** 52:22
**today** 6:8 38:15
**today's** 5:6
**toes** 67:18
**told** 66:3
**top** 41:23 69:15
**topic** 61:7 79:17
**totally** 50:23,25
79:16 83:1
**touch** 25:7
**track** 39:13
**transcript** 2:8
30:12 92:6
**trial** 18:12 42:15
**tried** 15:21
16:18 30:11
77:19
**tries** 64:20
**true** 58:13 76:3
77:23 89:14
92:6
**truly** 58:16
**truthfully** 70:5
**try** 18:5 29:1
90:21
**trying** 10:7 37:1
55:16 56:20
68:21,25 79:23

turn 26:25
twice 66:21
two 6:25 13:21
    13:24 15:14
    29:4,24 35:24
    54:4,10,12
    55:20 56:1
    60:11 69:15
    70:9,13 80:3
    82:21 83:19
two-day 88:14
type 47:9 72:18
    77:20
types 75:25
typically 36:10
    36:19 37:20
    38:16 44:8,8
    44:11 45:3

**U**

ultimately 56:14
unable 14:10
unclear 45:12
underlying
    16:15,19 41:9
    41:21 42:1,6
    42:12 43:13
understand
    26:24,25 27:21
    51:25 62:11
    63:5 71:23
    81:1
understanding
    47:9
unequivocally
    26:1
unfair 34:2
unimportant
    32:1
unintentionally
    50:10 51:6
unique 27:1
    80:10,17 87:11
United 1:1 51:19
unlocked 87:13
unlocks 89:12

unrelated 31:2
unusual 5:25
use 18:2 26:17
    46:9 47:15,18
    48:3,22 49:8
    51:25 52:18
    62:6 82:12
    87:11
USMJ 1:14
USP 51:19 53:12
usual 6:12 91:12
usually 6:1

**V**

vacuum 13:16
Valadez 11:5
    61:21 73:17
    74:8 75:16
    77:2 79:13
    89:2,3
Vanderbilt
    50:15,16
veracity 22:21
verified 15:16
    16:6
verifying 20:15
versus 53:12
video 13:11 14:7
    34:19
VIDEOCONF...
    2:13
Videoconfere...
    1:21
view 33:16 84:6
vigilant 78:25
visual 13:11

**W**

W-E-I-R-I-C-K
    41:25
walked 32:11
WALKER 1:13
want 5:15 6:13
    6:14,14 7:11
    9:14 12:10,24
    13:24 18:17

19:1,8 21:5
22:23 24:3,9
26:4,24 27:9
27:13 28:14,22
28:23,25 29:21
35:21 41:15
43:2,11 44:3
47:24 52:3
53:11,20 56:2
56:9,24 57:7
60:12 63:22
67:2,5 69:2,4,5
69:6,8,9 70:25
79:11 82:5
84:17 87:1
90:5,6
wanted 8:10
    18:7 33:20
    36:7 38:15
    79:1,23
WASHINGT...
    3:4
wasn't 10:19,19
    16:15 21:10,19
    22:7 26:18
    27:15 28:6
    32:21 48:12
    78:3,21 81:6
    89:9
waste 91:3
watch 13:12
    14:8
wave 38:7
way 9:22 15:17
    17:17 18:5,6
    18:19,22 22:16
    26:25 65:1
    67:10 68:8
    72:7 75:5
    76:15 84:25
    86:25 90:12
we'll 6:11 25:14
    27:11 56:18
    66:9
we're 5:2 9:4,8
    10:14 14:17

15:20,25 16:17
18:3,4,9 19:3
20:22 23:12
26:9 27:1
38:17 44:6
45:1 46:19
48:18,18 50:11
53:20 57:3
62:18 65:3
66:2,5 68:21
69:10,14,20
73:10 75:10
77:5 79:23
85:12 87:9
89:8
we've 11:12
    14:13 15:4
    17:18 26:22
    83:10 90:8
Weirick 41:25
    42:1
went 6:9 7:7
    28:19 39:18
    42:4 79:25
    90:19
weren't 16:8,18
    21:11,17 33:3
    71:15 75:8
    91:3,4
whatsoever 27:5
wholly 83:7
wide 44:20
Wiley 33:14
Wiley's 35:1
    39:15 42:10
    43:18
win 18:23
witness 47:3
    57:17 60:25
    72:8
word 23:9 90:4
    90:16,17
work 16:6 17:16
    30:19 31:2,16
    31:21 53:14
    85:25 91:12

working 30:14
world 6:15 67:5
worse 16:17
wouldn't 15:13
written 27:3
    45:20 48:20,21
wrong 11:21
    14:19,20 15:2
    19:10,13 23:11
    23:12,13 31:19
    53:1

**X**

X 57:7
XIO857 92:20

**Y**

yeah 6:20 18:20
    43:8 45:20
    53:23
years 23:23
    37:10 66:14
yellow 9:5,6,9
    9:12 10:14
    36:12 55:19
    66:24 67:3
    73:25 75:7,9
    84:7,11 85:12
    85:13
yellow-looking
    84:22
yellowish 87:21
yellows 67:13,14
Yep 45:10
YORK 4:11,11

**Z**

Zantac 16:12
Zimmerman
    53:22,24
Zoom 2:13 30:3
    32:19 64:9,23

**0**

07701 3:15
07932 4:3
08035 1:23

**1**

**1.540** 44:22
**1.55** 24:17,18
**1.550** 50:22
  54:14 83:24
**1.605** 44:22
**10** 6:4 13:23
  53:16 86:11
**10036** 4:11
**103** 57:21
**103:5** 57:19
**104** 11:1
**109:19** 59:13
**11** 46:22 47:5
  69:25 75:22
  83:23 92:21
**110:16** 60:2
**112:18** 61:3
**1170** 3:21
**1185** 4:10
**121** 63:25
**122** 64:13
**123:4** 61:18
**124** 65:2
**125:21** 68:17
**126** 69:24 72:11
**127** 3:14 69:25
**128:3** 72:13,14
**129:10** 73:20
**13** 37:2 64:13
**130** 74:11
**136:5** 75:15
**14** 47:5 83:23
  86:11
**143** 75:22
**144** 32:6 67:19
  67:21
**147** 32:6 67:21
**15** 12:1 13:23
  40:20 57:19
  80:4
**158** 83:19
**159** 80:4 83:23
**159:15** 80:6
**16** 40:20 64:13
**17** 35:24 36:20

37:18 38:2
  72:16
**1735** 1:14
**174** 88:22
**174:2** 86:4
**175** 86:12 88:22
**18** 45:16,19,21
  57:19 73:22
**1825** 3:4
**19** 59:13
**19103-7505** 1:15

**2**

**20** 21:12 31:13
  36:20 60:1
  61:11
**200** 4:16
**2006** 3:4
**2011** 30:24
**2017** 43:15
**2019** 21:19 24:4
  24:7 26:5 29:7
  29:8
**202-759-7648**
  3:5
**2020** 24:8,15
  25:10 30:18
**2024** 1:11 92:22
**2026** 92:21
**21** 61:2,13 72:16
  77:17 79:12,12
**212-790-5356**
  4:12
**215-567-3500**
  3:15
**215-567-6019**
  3:16
**215-772-7620**
  1:16
**218** 3:9
**21st** 1:15
**22** 38:3 54:20
  61:17 72:16
  73:22 78:9
  79:16,19
**23** 21:13 68:16

69:24
**24** 38:3 54:11,12
  86:11
**2410394** 92:22
**25** 31:13 72:9,11
  75:22 80:4,7
**26** 73:20
**27** 30:23 75:15

**3**

**3:01** 2:14
**3:16-md-2738...**
  1:2
**30338-2688** 4:17
**30X100085700**
  2:11
**31** 75:21
**32993** 5:4
**334-954-7555**
  3:11
**34TH** 4:11
**36** 80:4
**36104** 3:10
**365** 3:20
**368** 1:22
**39** 86:3

**4**

**40** 23:23 66:14
**41** 61:23 79:15
**4160** 3:9

**5**

**5** 1:11
**50** 13:14
**500** 4:16
**504-799-2845**
  3:22
**504-881-1765**
  3:22
**54** 35:24 38:2
**54:17** 36:4
**55:25** 35:25
**56** 44:17
**58:23** 45:9

**6**

**600** 4:2
**61** 31:6,12
**65** 46:21
**65:17** 46:2
**66:2** 47:2
**678-338-3925**
  4:17
**68** 48:4
**69** 88:3
**69:3** 49:18

**7**

**7** 50:14 92:22
**70:6** 50:14
**70130** 3:21
**702** 11:1 17:9,19
  17:20,22,24
**704804** 45:21
**732-747-9003**
  3:16
**76** 54:12
**76:19** 53:17,23
**76:5** 51:16
**77** 54:12
**78** 55:18
**78:9** 53:17
**79** 55:18
**79:11** 53:20

**8**

**8** 72:12
**80** 55:11,13,14
  55:19
**800-674-9725**
  3:5
**800-898-2034**
  3:10
**856-488-7797**
  1:16
**856-546-1100**
  1:24

**9**

**973-360-9831**
  4:4
**973-549-7350**
  4:3

**98** 21:23
**99** 21:23