UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> EDDA D. CASEY, <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC. and IMERYS TALC AMERICA, INC., <br><br> Defendants. | MDL NO. 16-2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH <br><br><br> Civil Action No.: 3:18-cv-13554 <br><br> DIRECT FILED ACTION |

## STIPULATION OF DISMISSAL OF LOSS OF CONSORTIUM CLAIM

The parties hereby stipulate to the Dismissal with Prejudice of the Loss of Consortium

Claim set forth in Count XIX of Plaintiff's Short Form Complaint.  Plaintiff retains all other

claims asserted.


Dated:  8/12/2024                            Respectfully submitted,

                                            /s/ Vanessa H. Gross
                                            Thomas P. Cartmell MO# 45366
                                            Vanessa H. Gross    MO# 61250
                                            Wagstaff & Cartmell, LLP
                                            4740 Grand Avenue, Suite 300
                                            Kansas City, MO 64112
                                            (816) 701-1100
                                            FAX (816) 531-2372

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2024, I electronically filed the foregoing document on the Court's CM/ECF filing system, thereby sending notice of said filing to all counsel of record in this matter.

/s/ Vanessa H. Gross