**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (MAS) (RLS) |
| This document relates to: *Justin Musella, individually and on behalf of Phyllis Musella* Case No. 3:24-cv-8395 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 12, 2024, on behalf of Plaintiff Justin Musella, individually and on behalf of Phyllis Musella.

| | |
|---|---|
| Dated: August 12, 2024 | Respectfully Submitted by, */s/ Stacy K. Hauer* Michael K. Johnson, Esq. MN Bar No. 258696 Stacy Hauer, Esq. MN Bar No. 317093 **JOHNSON BECKER, PLLC** 444 Cedar Street, Suite 1800 St. Paul, MN 55101 Phone: 612-436-1800 Fax: 612-436-1801 Email: mjohnson@johnsonbecker.com Email: shauer@johnsonbecker.com ATTORNEYS FOR PLAINTIFF |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                    */s/ Stacy K. Hauer*
                    Stacy K. Hauer, Esq. (MN Bar No. 317093)
                    **JOHNSON BECKER, PLLC**
                    444 Cedar Street, Suite 1800
                    St. Paul, MN 55101
                    Phone: 612-436-1800
                    Fax: 612-436-1801
                    Email: shauer@johnsonbecker.com