# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, a true and correct copy of Defendants Johnson & Johnson's and LLT Management LLC's Supplemental Reply to the Court's July 19, 2024 Show Cause Order Explaining Why the Court Should Not Adopt the State MCL Judge's Findings of Fact and Conclusions of Law on Their Motion to Disqualify Beasley Allen From this Litigation was filed electronically via the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's e-filing system. A copy of the foregoing document is also being sent by electronic mail to counsel for Beasley Allen.

By: */s/ Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive

Florham Park, NJ 07932
Tel.: 973-549-7000
susan.sharko@faegredrinker.com