UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>------------------------------<br><br>*This relates to all cases in Exhibit A* | MDL No. 3:16-md-02738<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY CASES ON THE ATTACHED EXHIBIT A SHOULD NOT BE DISMISSED WITH PREJUDICE** |

**THIS MATTER**, having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this _____ day of _____, 2024

**ORDERED** as follows:

1. Plaintiffs listed on the attached **Exhibit A** shall show cause, within twenty-one (21) days from the date of this Order, why their case should not be dismissed with prejudice for their failure to either file a Notice of Inability to Substitute (using the form attached as Exhibit A to the

1

Court's May 15, 2024 Order Regarding CMO 9 Notices (ECF 32181)), move to substitute a proper plaintiff, or file an amended complaint pursuant to Paragraphs 2 and 3 of the Court's May 15, 2024 Order Regarding CMO 9 Notices (ECF 32181); and

2. Defendants shall have fourteen (14) days to respond to any filing by Plaintiffs opposing dismissal of their case with prejudice; and

3. After the expiration of forty-five (45) days from the date of this Order, Defendants shall file an Order to dismiss with prejudice cases subject to this Order to Show Cause which the Court has not expressly found demonstrated good cause for their failure to either file a Notice of Inability to Substitute, move to substitute a proper plaintiff, or file an amended complaint.

_____
Hon. Rukhsanah L. Singh
U.S. Magistrate Judge

# EXHIBIT A

## Cases Failing to Comply with Order Regarding CMO 9 Notices (ECF 32181)

| Row # | Docket | Case Name | PLAINTIFF FIRM |
|---|---|---|---|
| 1 | 3:18-cv-02640 | ABALOS | MORELLI LAW FIRM PLLC |
| 2 | 3:18-cv-14510 | ADAMS | MORELLI LAW FIRM PLLC |
| 3 | 3:23-cv-13103 | ADIGUN | MORELLI LAW FIRM PLLC |
| 4 | 3:17-cv-12804 | ANDERS | MORELLI LAW FIRM PLLC |
| 5 | 3:23-cv-12087 | ANDERSON | MORELLI LAW FIRM PLLC |
| 6 | 3:23-cv-12490 | ANDRUS | MORELLI LAW FIRM PLLC |
| 7 | 3:18-cv-12508 | ANTOINE | MORELLI LAW FIRM PLLC |
| 8 | 3:23-cv-13086 | AUSTIN | MORELLI LAW FIRM PLLC |
| 9 | 3:23-cv-12949 | BADGER | MORELLI LAW FIRM PLLC |
| 10 | 3:23-cv-12932 | BAKER | MORELLI LAW FIRM PLLC |
| 11 | 3:17-cv-12806 | BARGE-CHAMBERS | MORELLI LAW FIRM PLLC |
| 12 | 3:18-cv-13510 | BARRON | MORELLI LAW FIRM PLLC |
| 13 | 3:17-cv-12807 | BASSFIELD | MORELLI LAW FIRM PLLC |
| 14 | 3:20-cv-02505 | BEGAY | MORELLI LAW FIRM PLLC |
| 15 | 3:23-cv-13261 | BILLER | MORELLI LAW FIRM PLLC |
| 16 | 3:17-cv-12142 | BOWENS | MORELLI LAW FIRM PLLC |
| 17 | 3:17-cv-12803 | BRINSON | MORELLI LAW FIRM PLLC |
| 18 | 3:18-cv-15438 | BROWN | MORELLI LAW FIRM PLLC |
| 19 | 3:17-cv-13469 | BUTLER | MORELLI LAW FIRM PLLC |
| 20 | 3:20-cv-16809 | CALDWELL | MORELLI LAW FIRM PLLC |
| 21 | 3:19-cv-21084 | CALHOUN | MORELLI LAW FIRM PLLC |
| 22 | 3:23-cv-11968 | CARTER | MORELLI LAW FIRM PLLC |
| 23 | 3:18-cv-12691 | CASCELLA | MORELLI LAW FIRM PLLC |
| 24 | 3:17-cv-12105 | CHOLEWA | MORELLI LAW FIRM PLLC |
| 25 | 3:17-cv-12109 | CLARK | MORELLI LAW FIRM PLLC |
| 26 | 3:19-cv-09167 | COMER | MORELLI LAW FIRM PLLC |
| 27 | 3:18-cv-15398 | CONKLIN | MORELLI LAW FIRM PLLC |
| 28 | 3:18-cv-01637 | CORNS | MORELLI LAW FIRM PLLC |
| 29 | 3:19-cv-21268 | COSBY | MORELLI LAW FIRM PLLC |
| 30 | 3:18-cv-09699 | COTIC | MORELLI LAW FIRM PLLC |
| 31 | 3:23-cv-12429 | D'ANDREA | MORELLI LAW FIRM PLLC |
| 32 | 3:18-cv-15690 | DE GUZMAN | MORELLI LAW FIRM PLLC |
| 33 | 3:21-cv-00627 | DEBLIECK | MORELLI LAW FIRM PLLC |
| 34 | 3:17-cv-09654 | Dunn | MORELLI LAW FIRM PLLC |
| 35 | 3:19-cv-17184 | EMERY | MORELLI LAW FIRM PLLC |
| 36 | 3:17-cv-11384 | FALLS | MORELLI LAW FIRM PLLC |
| 37 | 3:18-cv-01629 | FIGUEROA | MORELLI LAW FIRM PLLC |
| 38 | 3:20-cv-00364 | GAINES | MORELLI LAW FIRM PLLC |
| 39 | 3:18-cv-14042 | GARCIA | MORELLI LAW FIRM PLLC |
| 40 | 3:18-cv-14042 | GARCIA | MORELLI LAW FIRM PLLC |
| 41 | 3:19-cv-16267 | GARCIA | MORELLI LAW FIRM PLLC |
| 42 | 3:23-cv-12099 | GLOVER | MORELLI LAW FIRM PLLC |
| 43 | 3:18-cv-03908 | GRAHAM | MORELLI LAW FIRM PLLC |
| 44 | 3:23-cv-09726 | GRANT | MORELLI LAW FIRM PLLC |
| 45 | 3:18-cv-10882 | GREEN | MORELLI LAW FIRM PLLC |

| Row # | Docket | Case Name | PLAINTIFF FIRM |
|---|---|---|---|
| 46 | 3:23-cv-13239 | GUNN | MORELLI LAW FIRM PLLC |
| 47 | 3:23-cv-13113 | HARVEY | MORELLI LAW FIRM PLLC |
| 48 | 3:18-cv-10362 | HASKELL | MORELLI LAW FIRM PLLC |
| 49 | 3:17-cv-11892 | HUETT | MORELLI LAW FIRM PLLC |
| 50 | 3:17-cv-11879 | IZZO | MORELLI LAW FIRM PLLC |
| 51 | 3:19-cv-13932 | JACKSON | MORELLI LAW FIRM PLLC |
| 52 | 3:18-cv-08316 | JACKSON | MORELLI LAW FIRM PLLC |
| 53 | 3:17-cv-11946 | JEMISON | MORELLI LAW FIRM PLLC |
| 54 | 3:23-cv-10818 | JOHNSON | MORELLI LAW FIRM PLLC |
| 55 | 3:23-cv-10818 | Johnson | MORELLI LAW FIRM PLLC |
| 56 | 3:23-cv-13257 | JOHNSTONE | MORELLI LAW FIRM PLLC |
| 57 | 3:17-cv-11952 | JONES | MORELLI LAW FIRM PLLC |
| 58 | 3:23-cv-13155 | JONES | MORELLI LAW FIRM PLLC |
| 59 | 3:17-cv-11958 | KEY | MORELLI LAW FIRM PLLC |
| 60 | 3:19-cv-22078 | KING | MORELLI LAW FIRM PLLC |
| 61 | 3:17-cv-11950 | KOWALSKI | MORELLI LAW FIRM PLLC |
| 62 | 3:18-cv-02616 | LOCKHART | MORELLI LAW FIRM PLLC |
| 63 | 3:19-cv-19852 | LUCKETT | MORELLI LAW FIRM PLLC |
| 64 | 3:18-cv-11394 | LUNA | MORELLI LAW FIRM PLLC |
| 65 | 3:17-cv-11921 | MANGES | MORELLI LAW FIRM PLLC |
| 66 | 3:21-cv-11392 | MANTOVI | MORELLI LAW FIRM PLLC |
| 67 | 3:18-cv-17189 | MCCANN | MORELLI LAW FIRM PLLC |
| 68 | 3:17-cv-11911 | MCCLINTON | MORELLI LAW FIRM PLLC |
| 69 | 3:18-cv-08992 | MENDOZA | MORELLI LAW FIRM PLLC |
| 70 | 3:18-cv-17715 | MILLER | MORELLI LAW FIRM PLLC |
| 71 | 3:23-cv-12058 | MINNIE | MORELLI LAW FIRM PLLC |
| 72 | 3:18-cv-12266 | MONFET | MORELLI LAW FIRM PLLC |
| 73 | 3:18-cv-00952 | MOSSA | MORELLI LAW FIRM PLLC |
| 74 | 3:20-cv-16317 | NEWMAN | MORELLI LAW FIRM PLLC |
| 75 | 3:18-cv-07634 | NOONAN | MORELLI LAW FIRM PLLC |
| 76 | 3:18-cv-10930 | OBASI | MORELLI LAW FIRM PLLC |
| 77 | 3:18-cv-09637 | ORTA-VALDOVINOS | MORELLI LAW FIRM PLLC |
| 78 | 3:18-cv-16845 | PALMER | MORELLI LAW FIRM PLLC |
| 79 | 3:19-cv-21139 | PARHAM | MORELLI LAW FIRM PLLC |
| 80 | 3:18-cv-11774 | PARKS | MORELLI LAW FIRM PLLC |
| 81 | 3:19-cv-08999 | PAVANO | MORELLI LAW FIRM PLLC |
| 82 | 3:18-cv-13273 | PENCE | MORELLI LAW FIRM PLLC |
| 83 | 3:23-cv-12706 | PICKERING | MORELLI LAW FIRM PLLC |
| 84 | 3:17-cv-12066 | PIKE | MORELLI LAW FIRM PLLC |
| 85 | 3:17-cv-12899 | PIRTLE | MORELLI LAW FIRM PLLC |
| 86 | 3:23-cv-12086 | PORTELLA | MORELLI LAW FIRM PLLC |
| 87 | 3:18-cv-01553 | PORTER | MORELLI LAW FIRM PLLC |
| 88 | 3:17-cv-12905 | PORTER | MORELLI LAW FIRM PLLC |
| 89 | 3:18-cv-01574 | POWELL | MORELLI LAW FIRM PLLC |
| 90 | 3:17-cv-10409 | RADER | MORELLI LAW FIRM PLLC |

| Row # | Docket | Case Name | PLAINTIFF FIRM |
|---|---|---|---|
| 91 | 3:19-cv-08160 | RAMOS | MORELLI LAW FIRM PLLC |
| 92 | 3:17-cv-12896 | RICHARDSON | MORELLI LAW FIRM PLLC |
| 93 | 3:23-cv-13252 | RODGERS | MORELLI LAW FIRM PLLC |
| 94 | 3:23-cv-12112 | ROPER | MORELLI LAW FIRM PLLC |
| 95 | 3:23-cv-12495 | ROSADO | MORELLI LAW FIRM PLLC |
| 96 | 3:17-cv-13013 | SADOWSKI | MORELLI LAW FIRM PLLC |
| 97 | 3:23-cv-10312 | SAGER | MORELLI LAW FIRM PLLC |
| 98 | 3:20-cv-05023 | SCHREIBER | MORELLI LAW FIRM PLLC |
| 99 | 3:17-cv-12698 | SHONING | MORELLI LAW FIRM PLLC |
| 100 | 3:17-cv-13017 | SILLIN | MORELLI LAW FIRM PLLC |
| 101 | 3:17-cv-12076 | SIMMS | MORELLI LAW FIRM PLLC |
| 102 | 3:17-cv-03729 | SMITH | MORELLI LAW FIRM PLLC |
| 103 | 3:18-cv-13652 | SMITH | MORELLI LAW FIRM PLLC |
| 104 | 3:23-cv-12692 | SMITH | MORELLI LAW FIRM PLLC |
| 105 | 3:17-cv-12794 | SPITZ | MORELLI LAW FIRM PLLC |
| 106 | 3:20-cv-00198 | STAMPS | MORELLI LAW FIRM PLLC |
| 107 | 3:23-cv-13077 | TAILLEFER | MORELLI LAW FIRM PLLC |
| 108 | 3:18-cv-12261 | TETREAULT | MORELLI LAW FIRM PLLC |
| 109 | 3:19-cv-07992 | THE ESTATE OF CARMEN GEREZ | MORELLI LAW FIRM PLLC |
| 110 | 3:19-cv-22063 | THE ESTATE OF IVON CASE | MORELLI LAW FIRM PLLC |
| 111 | 3:19-cv-18847 | THE ESTATE OF LINDA SMITH | MORELLI LAW FIRM PLLC |
| 112 | 3:19-cv-12450 | THE ESTATE OR DOROTHY JOHNSON | MORELLI LAW FIRM PLLC |
| 113 | 3:18-cv-12256 | THORNTON | MORELLI LAW FIRM PLLC |
| 114 | 3:20-cv-04349 | TOPPINS | MORELLI LAW FIRM PLLC |
| 115 | 3:20-cv-13821 | TUCK | MORELLI LAW FIRM PLLC |
| 116 | 3:18-cv-05020 | TUCKER | MORELLI LAW FIRM PLLC |
| 117 | 3:23-cv-12024 | VAN DOREN | MORELLI LAW FIRM PLLC |
| 118 | 3:18-cv-03823 | VARNER | MORELLI LAW FIRM PLLC |
| 119 | 3:23-cv-12568 | VAUGHN | MORELLI LAW FIRM PLLC |
| 120 | 3:17-cv-12354 | VITOLS | MORELLI LAW FIRM PLLC |
| 121 | 3:23-cv-12892 | WARD | MORELLI LAW FIRM PLLC |
| 122 | 3:19-cv-20549 | WATSON | MORELLI LAW FIRM PLLC |
| 123 | 3:19-cv-20549 | WATSON | MORELLI LAW FIRM PLLC |
| 124 | 3:19-cv-18071 | WHISENHUNT | MORELLI LAW FIRM PLLC |
| 125 | 3:18-cv-01639 | WILLIS | MORELLI LAW FIRM PLLC |
| 126 | 3:19-cv-04410 | BERGERON | MURRAY LAW FIRM |
| 127 | 3:18-cv-16916 | EDWARDS | THE CUFFIE LAW FIRM |
| 128 | 3:18-cv-14687 | HARRIS | THE CUFFIE LAW FIRM |
| 129 | 3:18-cv-17080 | HYMES | THE CUFFIE LAW FIRM |
| 130 | 3:18-cv-08104 | KENT | THE CUFFIE LAW FIRM |
| 131 | 3:18-cv-17308 | SALTER | THE CUFFIE LAW FIRM |
| 132 | 3:20-cv-20718 | WYATT | THE CUFFIE LAW FIRM |