# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>BONNIE Y. RAINDROP | MDL No. 2738 (MAS) (RLS)<br>JUDGE MICHAEL SCHIPP<br>MAG. JUDGE RUKHSANAN L. SINGH<br><br><br>CIVIL ACTION No.: 3:24-cv-08466 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on August 14th, 2024, the Short Form Complaint and Jury Demand were filed on behalf of Plaintiff, Bonnie Raindrop.

Date:  August 15, 2024                Respectfully submitted,

/s/ Jay D. Miller
Jay D. Miller (MD Bar No. 04653)
jmiller@lawpga.com
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street, 20th Floor
Baltimore, Maryland 21201
410-649-2000 (Tel) 410-649-2150 (Fax)
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15th, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Jay D. Miller
Jay D. Miller

2