**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE: JOHNSON & JOHNSON** | ) | **MDL NO. 16-2738 (MAS) (RLS)** |
| **TALCUM POWDER PRODUCTS** | ) | |
| **MARKETING, SALES** | ) | |
| **PRACTICES, AND PRODUCT** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | |
| This document relates to: | ) | Civil Action No. 3:24-cv-08464-MAS-RLS |
| | ) | |
| Maria Victoria Concepcion, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Johnson & Johnson, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 – Filing Short Form

Complaints that the Short Form Complaint with Jury Demand was filed on August 14, 2024, for

Plaintiff Maria Victoria Concepcion.

Date: August 15, 2024

Respectfully submitted by,

s/ *James L. Ward, Jr.*
James L. Ward, Jr. (D.S.C. Bar No. 6956)
**McGOWAN, HOOD, FELDER & PHILLIPS, LLC**
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
(843) 388-7202
jward@mcgowanhood.com

**Counsel for Plaintiff**