UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PHILIP HICKS, an individual, and on Behalf of the Estate of DONNA HICKS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | MDL NO. 2738<br>3:16-md-2738-MAS-RLS<br><br><br><br>Case No. 3:24-cv-08485-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 14, 2024, on behalf of Plaintiff PHILIP HICKS.

Dated: August 15, 2024                    Respectfully Submitted,

                                                By:   /s/ *Mark P. Robinson, Jr.*
                                                    Mark P. Robinson, Jr.
                                                    19 Corporate Plaza Drive
                                                    Newport Beach, CA 92660
                                                    949-720-1288 Phone
                                                    949-720-1292 Facsimile
                                                    mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that August 15, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
      MARK P. ROBINSON, JR.