UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Robert J. Bouchard, individually and on behalf of Laura Bouchard v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:17-cv-07967-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand was filed on August 12, 2024, on behalf of the plaintiff, Robert J. Bouchard, individually and on behalf of Laura Bouchard.

Dated: August 12, 2024

Respectfully submitted by,

**WILSON LAW, P.A.**

/s/ Kimberly Wilson White
Kimberly Wilson White
kim@wilsonlawpa.com
434 Fayetteville St, Suite 2060
Raleigh, NC 27601
Phone: (919) 890-0180
Fax: (919) 890-8703
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records. Parties may access this filing through the Court's System.

                        **WILSON LAW, P.A.**

                        /s/ Kimberly Wilson White
                        Kimberly Wilson White