

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

August 20, 2024

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:** *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
      Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

  We write to request additional pages for purposes of the Rule 702 opposition briefs due this Thursday, August 22nd. The Plaintiffs have requested a total of 550 pages for the opposition briefs. Defendants agree to 425 pages, which they represent is 20 more pages than Defendants' original briefing.

  Thank you in advance for your consideration and resolution of this limited dispute.

         Respectfully submitted,

    *s/ P. Leigh O'Dell*  *s/ Michelle A. Parfitt*
    P. Leigh O'Dell   Michelle A. Parfitt

       Plaintiffs' Co-Lead Counsel

cc: Susan Sharko, Esq. (via email)
   All Counsel (via ECF)