# Exhibit C

Prepared: May 27, 2024

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**       John Kornak, PhD

**Position:**   Professor In Residence, Step 3
                Epidemiology & Biostatistics
                School of Medicine

**Address:**    Box 0560
                550 16th St, 2nd Floor
                University of California, San Francisco
                San Francisco, CA 94143
                Voice: 514-8028
                Fax: 514-8150
                Email: john.kornak@ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1990 - 1991 | Aristotle University of Thessaloniki, Greece | Diploma | Modern Greek Language |
| 1993 - 1996 | University of Nottingham, UK | B.Sc. | Mathematics with Statistics |
| 1996 - 2000 | University of Nottingham, UK | Ph.D. | Statistics |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1999 | Gradstat accreditation with the Royal Statistical Society |

## PRINCIPAL POSITIONS HELD

| | | | |
|---|---|---|---|
| 1999 - 1999 | Part-time Lecturer | University of Nottingham, UK | Engineering |
| 2000 - 2000 | Post-Doctoral Fellow | MRC Institute of Hearing Research, UK | |
| 2000 - 2002 | Post-Doctoral Researcher | University of California, San Francisco | Radiology |
| 2002 - 2003 | Post-Doctoral Researcher | The Ohio State University | Statistics |
| 2003 - 2003 | Senior Research Statistician | Northern California Institute for Research and Education | |

Prepared: May 27, 2024

| 2003 - 2006 | Assistant Adjunct Professor | University of California, San Francisco | Radiology |
| 2006 - 2010 | Assistant Professor In Residence | University of California, San Francisco | Radiology and Biomedical Imaging |
| 2010 - 2016 | Associate Professor In Residence | University of California, San Francisco | Epidemiology and Biostatistics |
| 2016 - present | Professor In Residence | University of California, San Francisco | Epidemiology and Biostatistics |

**OTHER POSITIONS HELD CONCURRENTLY**

| 2003 - 2006 | University of California, San Francisco | Assistant Adjunct Professor | Epidemiology and Biostatistics |
| 2006 - 2010 | University of California, San Francisco | Assistant Professor In Residence | Epidemiology and Biostatistics |
| 2006 - 2010 | University of California, San Francisco | Director of Biostatistics Consulting Service | Radiology and Biomedical Imaging |
| 2009 - present | University of California, San Francisco | Biostatistics Faculty Consultant | CTSI Consulting Service |
| 2014 - present | University of California, San Francisco | Director of Biostatistics Consulting Unit | CTSI Consulting Service |
| 2017 - present | Lawrence Livermore National Laboratories | Visiting Scholar | |
| 2019 - present | University of California, San Francisco | Head of Health Data Science Master's/Certificate Program | Epidemiology and Biostatistics |

**HONORS AND AWARDS**

| 1997 | Travel and registration award | Case Studies in Bayesian Statistics Workshop IV, Carnegie Mellon University, Pittsburgh, PA |
| 1998 | Invited attendee (with travel grant award) - Summer School on Markov Chain Monte Carlo Simulation, Rebild, Denmark | Highly Structured Stochastic Systems |

Prepared: May 27, 2024

| | | |
|---|---|---|
| 1999 | Travel and registration grant award - Second European Conference on Highly Structured, Stochastic Systems Conference, Pavia, Italy | Highly Structured Stochastic Systems |
| 1998 | Elected Fellow | The Royal Statistical Society, UK |
| 2003 | Travel and registration award | International Workshop on Bayesian Data Analysis, University of California, Santa Cruz |
| 2006 | Travel grant award | UCSF Academic Senate |
| 2006 | Elected Vice President for Biostatistics of the Bay Area Chapter | The American Statistical Association |
| 2007 | Travel grant award | UCSF Academic Senate |
| 2007 | President-Elect for the Bay Area Chapter | The American Statistical Association |
| 2008 | President of the Bay Area Chapter | The American Statistical Association |
| 2009 | Past-President of the Bay Area Chapter | The American Statistical Association |
| 2009 | Consultant of the Year - Consistent Excellence Award | UCSF, CTSI |
| 2010 | Consultant of the Year - Impact Award | UCSF, CTSI |
| 2010 | Elected Council of Chapters Representative | The American Statistical Association |
| 2011 | Consultant of the Year - Excellence Award | UCSF, CTSI |
| 2014 | Elected Chair of Statistics in Imaging Section for 2016 | The American Statistical Association |
| 2024 | Selected as Fellow of the American Statistical Association | The American Statistical Association |

**KEYWORDS/AREAS OF INTEREST**

Bayesian decision analysis, Bayesian image analysis, Bayesian image analysis in Fourier space, Bayesian statistics, breast cancer imaging, Fourier methods, location error, magnetic resonance imaging methods, Markov random fields, medical imaging, image classification for differentiating dementia types, imaging of neurodegenerative diseases, spatial statistics, statistical consulting, statistical methods for medical imaging, statistical image reconstruction, voxel-based statistics.

# CLINICAL ACTIVITIES

## CLINICAL ACTIVITIES SUMMARY

Prepared: May 27, 2024

# PROFESSIONAL ACTIVITIES

## MEMBERSHIPS

| | |
|---|---|
| 1998 - present | Royal Statistical Society |
| 2000 - present | Institute of Mathematical Statistics |
| 2002 - present | American Statistical Association |
| 2003 - present | International Society for Bayesian Analysis |
| 2020 - present | Computational and Methodological (CM) Statistics |
| 2023 - present | Bernoulli Society |

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 2006 - 2006 | Western North American Region of the International Biometric Society | Session Organizer for 2006 Annual Meeting |
| 2006 - present | Center for Research and Technology, Thessaly, Greece | External Collaborator |
| 2006 - 2007 | Flinders University of South Australia | Statistical Consultant |
| 2006 - 2007 | The American Statistical Association, San Francisco Bay Area Chapter | Vice President of Biostatistics |
| 2007 - 2008 | The American Statistical Association, San Francisco Bay Area Chapter | President-Elect |
| 2008 - 2009 | The American Statistical Association, San Francisco Bay Area Chapter | President |
| 2009 - 2009 | International Chinese Statistical Association | Session Organizer for 2009 Annual Meeting |
| 2010 - 2010 | National Science Foundation (NSF) | Ad hoc reviewer |
| 2010 - 2010 | The American Statistical Association, San Francisco Bay Area Chapter | Past President |
| 2010 - 2014 | The American Statistical Association | Council of Chapters Representative for the San Francisco Bay Area Chapter |

Prepared: May 27, 2024

| | | |
|---|---|---|
| 2012 - 2012 | National Institutes of Health (NIH) -- Neurological, Aging and Musculoskeletal Epidemiology Study Section (NAME) | Ad hoc reviewer |
| 2014 - present | National Aeronautics and Space Administration (NASA) | Member of Finite Element Modeling (FE) Task Group |
| 2015 - 2016 | Complex Systems Model of Breast Cancer Etiology Project - funded by California Breast Cancer Research Program | Member of Advisory Committee |
| 2015 - 2015 | The American Statistical Association | Chair-Elect of the Statistics in Imaging Section |
| 2016 - 2016 | The American Statistical Association | Chair of the Statistics in Imaging Section |
| 2016 - 2019 | National Institutes of Health (NIH) -- Biostatistical Methods and Research Design Study Section (BMRD) | Ad hoc reviewer |
| 2017 - 2017 | National Institutes of Health (NIH) -- Special Section: NCI Clinical and Translational Exploratory/Developmental Studies (R21) and NCI Small Grants Program for Cancer Research (NCI Omnibus R03) | Ad hoc reviewer |
| 2017 - 2017 | Alzheimer's Association/GBHI -- Pilot Awards for Global Brain Health Leaders program | Ad hoc reviewer |
| 2018 - 2021 | Steering Committee Member for Annual Mettings of the Statistics in Imaging Section | Committee Member |
| 2020 - 2020 | National Institutes of Health (NIH) -- Special Emphasis Panel: Secondary Analyses of Existing Datasets in Heart, Lung, and Blood Diseases and Sleep Disorders (R21) | Ad hoc reviewer |
| 2021 - 2021 | Computational and Methodological Statistics (CMStatistics) | Scientific Program Committee Member |
| 2021 - 2022 | National Institutes of Health (NIH) -- Biostatistical Methods and Research Design Study Section (BMRD) | Study Section Member and Co-Chair |
| 2022 - 2025 | National Institutes of Health (NIH) -- Analytics and Statistics for Population Research Panel A Study Section (ASPA) | Study Section Member and Co-Chair |
| 2022 - 2022 | Computational and Methodological Statistics (CMStatistics) | Co-Chair |
| 2023 - 2024 | Workshop on Challenges in Neuroimaging Data Analysis | Organizing Committee Member |

Prepared: May 27, 2024

## SERVICE TO PROFESSIONAL PUBLICATIONS

| | |
|---|---|
| 2004 - 2005 | Scandinavian Journal of Statistics - ad hoc referee |
| 2005 - 2006 | Canadian Journal of Statistics - ad hoc referee |
| 2005 - present | Biometrics - ad hoc referee |
| 2007 - present | Magnetic Resonance in Medicine - ad hoc referee |
| 2008 - present | Computer Methods and Programs in Biomedicine - ad hoc referee |
| 2009 - 2013 | Frontiers in Neuroscience - Review Editor |
| 2009 - present | Journal of Neuroscience Methods - ad hoc referee |
| 2009 - present | Annals of Neurology - ad hoc referee |
| 2010 - present | Statistics in Medicine - ad hoc referee |
| 2011 - present | Statistics and its Interface - ad hoc referee |
| 2011 - present | Australian & New Zealand Journal of Statistics - ad hoc referee |
| 2013 - present | IEEE Transactions on Medical Imaging - ad hoc referee |
| 2017 - present | BMJ Open - ad hoc referee |
| 2017 - present | Journal of the Royal Statistical Society, Series C, Applied Statistics - ad hoc referee |
| 2022 - present | Neuropsychologia - ad hoc referee |
| 2022 - present | NeuroImage - ad hoc referee |
| 2023 - present | Transactions on Biomedical Engineering - ad hoc referee |
| 2024 - present | Magnetic Resonance Imaging - ad hoc referee |

## INVITED PRESENTATIONS - INTERNATIONAL

| | | |
|---|---|---|
| 1999 | "A Bayesian multiplicative Markov random field model of fMRI haemodynamic response parameters", Highly Structured Stochastic Systems Workshop on Statistical Modelling of Spatial and Space-Time Processes, Luminy, France | Invited Speaker |
| 1999 | "A Bayesian multiplicative Markov random field model for fMRI haemodynamic response parameters", Department of Statistics Seminar Series, University of Nottingham, UK | Invited Speaker |
| 2006 | "New statistical methods in functional imaging", Western North American Region of the International Biometric Society Meeting Session discussant, Flagstaff, AZ | Invited Discussant |
| 2009 | "K-Bayes Reconstruction", Frontiers in Imaging of Neurodegenerative Diseases - Satellite Symposium to the Annual Meeting of the Organization for Human Brain Mapping, San Francisco, CA | Invited Speaker |

Prepared: May 27, 2024

| 2009 | "Statistical reconstruction of low-signal-to-noise-ratio MRI modalities", International Chinese Statistical Association Applied Statistics Symposium, San Francisco, CA | Invited Speaker |
|------|---|---|
| 2010 | "Introductory Concepts for Voxel-Based Statistical Analysis", Advanced Statistical Concepts for Multimodal MRI Workshop, San Francisco, CA | Invited Speaker |
| 2014 | "Bayesian Image Analysis in Fourier Space", Joint Statistical Meetings, Boston, MA | Invited Speaker |
| 2015 | "Bayesian Image Analysis in Fourier Space", Probability and Statistics Seminar Series, University of Nottingham, UK | Invited Speaker |
| 2016 | "Bayesian Image Analysis in Fourier Space", International Society for Bayesian Analysis World Meeting, Sardinia, Italy | Invited Speaker |
| 2016 | "Classifying dementia based on volumetric MRI", Joint Statistical Meetings, Chicago, IL | Invited Speaker |
| 2018 | "Bayesian image analysis in Fourier space for MRI data", Joint Statistical Meetings, Vancouver, British Columbia, Canada | Invited Speaker |
| 2018 | "A new approach to Bayesian image analysis", Department of Statistics Seminar, Athens University of Economics and Business, Greece | Invited Speaker |
| 2018 | "A new approach to Bayesian image analysis", International Conference of the ERCIM WG on Computational and Methodological Statistics, University of Pisa, Italy | Invited Speaker |
| 2019 | "Bayesian image analysis in transformed spaces", Statistics Meeting Following the Organization for Human Brain Mapping (OHBM) Meeting: Recent Advances on Modeling and Inference for Brain Signals and Images. Sapienza University of Rome, Italy | Invited Speaker |
| 2019 | "On the Bayesian spatial analysis of brain activation in fMRI", Joint Statistical Meetings, Denver CO | Invited Speaker |
| 2019 | "A Somewhat Gentle and Incomplete Introduction to Bayesian Image Analysis in 1) Image and 2) Fourier Space", Modern Statistical Methods: from Data to Knowledge, Krakow, Poland | Invited Speaker |
| 2019 | "Bayesian image analysis in transformed spaces (mostly Fourier)", Jerzy Neyman Statistical Session. Jubilee Congress for the 100th Anniversary of the Polish Mathematical Society, Krakow, Poland | Invited Speaker |

Prepared: May 27, 2024

| 2019 | "A new approach to Bayesian image analysis (in transformed spaces)", Statistics 5, Aegina, Greece | Invited Speaker |
|------|---|---|
| 2019 | "Bayesian image analysis in transformed spaces", CMStatistics, London, UK. | Invited Speaker |
| 2020 | "Bayesian image analysis in Fourier space using data-driven priors (DD-BIFS)", International Conference on Information Processing and Management of Uncertainty in Knowledge-Based Systems. Lisbon, Portugal | Invited Speaker |
| 2020 | "Bayesian image analysis in Transformed spaces (BITS) and the BIFS/WIMP Python packages", Mini-Symposium on Advanced statistical methods for the analysis of high-dimensional data. Annual conference of the International Society for Clinical Biostatistics Meeting. Krakow, Poland. | Invited Speaker |
| 2020 | "Bayesian image analysis in Transformed spaces (BITS) and the BIFS/WIMP Python packages", CMStatistics, London, UK. | Invited Speaker |
| 2021 | "Bayesian image analysis in Fourier space (BIFS) models and some relationships with Markov random fields", King Abdullah University of Science and Technology, Saudi Arabia | Invited Speaker |
| 2021 | "Common problems in (bio)-statistics and data science and how to avoid them", King Abdullah University of Science and Technology, Saudi Arabia | Invited Speaker |
| 2021 | "Bayesian image analysis in Fourier space models and some relationships with Markov random fields", CMStatistics, London, UK. | Invited Speaker |
| 2022 | "Nonlinear Z-score estimation for establishing cognitive norms", Joint Statistical Meetings, Washington DC | Invited Speaker |
| 2023 | "Modeling longitudinal trajectories of dementia brain changes", BIRS-CMO Workshop: Statistical Challenges for Complex Brain Signals and Images, Oaxaca, Mexico | Invited Speaker |
| 2023 | "Bayesian image analysis in Fourier space (BIFS) models", International Indian Statistical Association Conference, Golden, Colorado | Invited Speaker |
| 2023 | "Bayesian image analysis in Fourier space (BIFS) models", EcoSta 2023, Tokyo, Japan | Invited Speaker |
| 2023 | "Some experiences designing Biostatistics and Data Science courses for Clinical Researchers", Joint Statistical Meetings, Washington DC | Invited Speaker |

Prepared: May 27, 2024

| 2023 | "Practical modeling of longitudinal neuropsychological and neuroimaging brain change", Modern Statistical Methods II, Krakow, Poland | Invited Speaker |
| 2023 | "Modeling longitudinal trajectories of dementia brain changes", CMStatistics 2023, Berlin, Germany | Invited Speaker |

## INVITED PRESENTATIONS - NATIONAL

| 2001 | "Improved resolution of spectroscopic images using Bayesian reconstruction", Department of Statistics, The Ohio State University | Invited Speaker |
| 2003 | "Issues relating to the statistical analysis of fMRI hemodynamic response parameters", School of Public Health, The Ohio State University | Invited Speaker |
| 2003 | "Issues in the statistical analysis of fMRI data", Mathematical Biosciences Institute Workshop on Statistical and Mathematical Modeling of fMRI Data, The Ohio State University | Invited Speaker |
| 2005 | "Bayesian reconstruction of low resolution MR imaging modalities using high resolution structural MRIs as prior information", Department of Biophysics Seminar Series, Medical College of Wisconsin | Invited Speaker |
| 2008 | "K-Bayes Reconstruction of Physiologic MRI" Annual Meeting of the Society for Imaging Informatics in Medicine 8th Annual Research and Development Symposium, Seattle, WA | Invited Speaker |
| 2015 | "Bayesian Image Analysis in Fourier Space", Statistical Methods in Imaging Workshop, University of Michigan, MI | Invited Speaker |
| 2017 | "Bayesian Image Analysis in Fourier Space", Mathematics, Statistics, and Computer Science Colloquium, Marquette University, Milwaukee, WI | Invited Speaker |
| 2017 | "Estimating and validating dementia class probabilities based on volumetric MRI", Collaborative Case Study, Statistical Methods in Imaging Workshop, University of Pittsburgh, PA | Invited Speaker |
| 2018 | "Statistical analysis of MRI of the Breast in the Presence of Background Parenchymal Enhancement", Collaborative Case Study, Statistical Methods in Imaging Workshop, University of Pennsylvania, PA | Invited Speaker |
| 2018 | "Bayesian image analysis in Fourier space for Medical Imaging", Statistical Methods in Imaging Workshop, University of Pennsylvania, PA | Invited Speaker |

Prepared: May 27, 2024

| 2018 | "A new approach to Bayesian image analysis", Western Meeting of the American Mathematical Society, San Francisco State University, CA | Invited Speaker |
| 2018 | "A new approach to Bayesian image analysis", Workshop on Data Analytical Methods, National Institute of Aging, Alzheimer's Disease Centers Program Meeting, Atlanta, GA | Invited Speaker |
| 2018 | "Nonlinear Normative Score Calculators for NACC UDS V3 Cognitive Tests", National Institute of Aging, Alzheimer's Disease Centers Program Meeting, Atlanta, GA | Invited Speaker |
| 2019 | "Using brain atrophy measures to predict dementia onset in familial frontotemporal lobar degeneration", Statistical Methods in Imaging Workshop, University of California, Irvine, CA | Invited Speaker |
| 2021 | "Bayesian image analysis in transformed spaces (BITS) and the BIFS/WIMP packages", Statistical Methods in Imaging Workshop, Emory University, Atlanta, GA | Invited Speaker |
| 2021 | "Bayesian image analysis in Fourier space (BIFS) models and some relationships with Markov random fields", Cornell University, New York. | Invited Speaker |
| 2021 | "Bayesian image analysis in Fourier space (BIFS) models and some relationships with Markov random fields", Columbia University, New York. | Invited Speaker |
| 2023 | "Bayesian modeling for longitudinal trajectories of dementia brain changes", Statistical Methods in Imaging Workshop, University of Minnesota, Minneapolis, Minnesota | Invited Speaker |
| 2023 | "Modeling longitudinal trajectories of neuropsychological and neuroimaging brain changes", University of Pittsburgh, Pennsylvania. | Invited Speaker |
| 2023 | "Modeling longitudinal trajectories of dementia brain changes", University of North Carolina, Chapel Hill, North Carolina | Invited Speaker |
| 2024 | "Bayesian image analysis in Fourier space (BIFS)", Statistics in Imaging Working Group, Statistics in Imaging Section of American Statistical Association (via Zoom) | Invited Speaker |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| 2002 | "Improving resolution for studying brain biochemistry with MRSI", Neyman Seminar Series, Department of Statistics, UC Berkeley | Invited Speaker |

Prepared: May 27, 2024

| 2008 | "Bayesian Decision Analysis for Choosing Between Diagnostic Procedures", Meeting of the San Francisco Bay Area Chapter of the American Statistical Association | Invited Speaker |
| 2014 | "Bayesian Image Analysis in Fourier Space, with Applications in Medical Imaging", University of California, Davis Graduate Group in Biostatistics Seminar Series | Invited Speaker |
| 2015 | "Bayesian Image Analysis in Fourier Space, with Applications in Medical Imaging", Stanford Research Institute | Invited Speaker |
| 2015 | "Bayesian Image Analysis in Fourier Space, with Applications in Medical Imaging", Meeting of the San Francisco Bay Area Chapter of the American Statistical Association | Invited Speaker |
| 2015 | "Bayesian Image Analysis in Fourier Space (with Applications in Medical Imaging)", Genentech, South San Francisco | Invited Speaker |
| 2016 | "Bayesian Image Analysis in Fourier Space (with Applications in Medical Imaging)", University of California, Berkeley, Statistics and Genomics Seminar | Invited Speaker |
| 2017 | "Bayesian Image Analysis in Fourier Space", University of California, Santa Cruz, Jack Baskin School of Engineering | Invited Speaker |
| 2017 | "Bayesian Image Analysis in Fourier Space", Lawrence Livermore National Laboratories. | Invited Speaker |
| 2017 | "Bayesian Image Analysis in Fourier Space", University of California, Berkeley. Biostatistics Seminar Series | Invited Speaker |
| 2017 | "A Collection of UCSF Imaging and Spatial Datasets", University of California, Santa Cruz, Jack Baskin School of Engineering | Invited Speaker |
| 2017 | "Non-linear Z-scores calculation for Neuropsych data" ARTFL/LEFFTDS Investigators Meeting, New Orleans, LA | Invited Speaker |
| 2018 | "Validation and the automated classification of dementias with MRI", Lawrence Livermore National Laboratories. | Invited Speaker |

UCSF PRESENTATIONS:

| 2000 | "A Bayesian multiplicative MRF model of fMRI hemodynamic response parameters", MR Unit, VAMC/UCSF | Invited Speaker |
| 2003 | "Issues in the statistical analysis of fMRI data", Department of Epidemiology and Biostatistics, UCSF | Invited Speaker |

| 2004 | "Improving the effective resolution of low signal magnetic resonance imaging modalities by incorporating high resolution structural information", Department of Epidemiology and Biostatistics, UCSF | Invited Speaker |
|---|---|---|
| 2004 | "A Bayesian spatial analysis of fMRI data along with some issues for modeling the hemodynamic response", Cogneuro Meeting, Department of Radiology, UCSF | Invited Speaker |
| 2004 | "Issues in the statistical analysis of fMRI data", Neuroradiology Conference, Department of Radiology, UCSF | Invited Speaker |
| 2004 | "Statistics for medical imaging", Neuroradiology Conference, Department of Radiology, UCSF | Invited Speaker |
| 2005 | "Improved resolution for low resolution magnetic resonance imaging modalities", MR Unit, Brain Imaging Research Seminar Series, Department of Radiology, UCSF | Invited Speaker |
| 2005 | "Introduction to Markov chain Monte Carlo methods for Bayesian image analysis", MR Unit, Workgroup on Acquisition Reconstruction and Processing Seminar Series, Department of Radiology, UCSF | Invited Speaker |
| 2005 | "Introduction to Classification Methods", Center for Imaging of Neurodegenerative Diseases, Brain Imaging Research Seminar Series, UCSF | Invited Speaker |
| 2006 | "An Overview of Survival Analysis", Center for Imaging of Neurodegenerative Diseases, Brain Imaging Research Seminar Series, UCSF | Invited Speaker |
| 2006 | "Introduction to Bayesian Statistics", Center for Imaging of Neurodegenerative Diseases, Brain Imaging Research Seminar Series, UCSF | Invited Speaker |
| 2006 | "Bayesian Decision Analysis for Choosing Between Diagnostic Methods", Department of Epidemiology and Biostatistics Program Meeting, UCSF | Invited Speaker |
| 2007 | "Regression Towards the Mean and the Prediction of Cognitive Decline", Center for Imaging of Neurodegenerative Diseases, Department of Radiology and Biomedical Imaging, UCSF | Invited Speaker |
| 2007 | "Bayesian Methods for PET/CT and SPECT/CT" - Center for Molecular and Functional Imaging, Department of Radiology and Biomedical Imaging, UCSF | Invited Speaker |
| 2009 | "Are correlations in social neuroscience really Voodoo?" Neuroscience Imaging Center fMRI Research Meeting, UCSF | Invited Speaker |

Prepared: May 27, 2024

| 2015 | "Bayesian Image Analysis in Fourier Space, with Applications in Medical Imaging", Center for Imaging of Neurodegenerative Diseases, Department of Radiology and Biomedical Imaging, UCSF | Invited Speaker |
| 2015 | "An Overview of Bayesian Statistics, with Applications in Medical Imaging", Department of Neurology, Memory and Aging Center Grand Rounds | Invited Speaker |
| 2015 | "Bayesian Statistics 2: Bayesian Image Analysis, and Bayesian Image Analysis in Fourier Space", Department of Neurology, Memory and Aging Center Grand Rounds | Invited Speaker |
| 2018 | "Bayesian Image Analysis in Fourier Space and Potential Application for Breast MRI", Breast Research Interest Group Meeting, Department of Radiology and Biomedical Imaging | Invited Speaker |
| 2021 | "Computational Methods in Digital Health", Department of Epidemiology and Biostatistics Digital Health Initiative. | Invited Speaker and Panelist |
| 2022 | "Nonlinear normative scores for cognitive testing", UCSF Weill Institute for Neurosciences/Memory and Aging Center. | Invited Speaker |
| 2022 | "Bayesian statistics, Bayesian Image Analysis, and extensions to Fourier space (with an application in FTD diagnosis). UCSF Weill Institute for Neurosciences/Memory and Aging Center. | Invited Speaker |
| 2022 | "Two very different examples of statistical methodology development for understanding dementia." UCSF Weill Institute for Neurosciences/Memory and Aging Center. | Invited Speaker |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 2007 - 2007 | Advanced MRI Technologies, Sebastapol CA | Statistical consultant |
| 2007 - 2008 | Orthokinematics, San Francisco, CA | Statistical consultant |
| 2011 - 2016 | Bioclinica and Synarc, Newark, CA | Statistical consultant |
| 2015 - 2015 | Goodman Neuman Hamilton LLP | Expert witness / statistical consultant |
| 2015 - 2015 | Kelley Drye and Warren LLP | Expert witness / statistical consultant |

Prepared: May 27, 2024

| | | |
|---|---|---|
| 2015 - 2016 | Carlson, Caspers, Vandenburgh, Lindquist & Schuman | Expert witness / statistical consultant |
| 2016 - present | Winston & Strawn LLP | Expert witness / statistical consultant |
| 2016 - 2017 | Haynes and Boone, LLP | Expert witness / statistical consultant |
| 2017 - present | Latham and Watkins, LLP | Expert witness / statistical consultant |
| 2020 - 2020 | REsurety, Inc | Statistical consultant |
| 2020 - 2021 | Price, Parkinson, and Kerr, PLLC | Expert witness / statistical consultant |
| 2022 - 2023 | Cornerstone Research | Expert witness / statistical consultant |

# UNIVERSITY AND PUBLIC SERVICE

## SERVICE ACTIVITIES SUMMARY

My service activities service activities have been focused on my work as 1) the head of the UCSF Department of Epidemiology and Biostatistics Data Science Program; 2) Director of the CTSI Biostatistical Consulting Unit; 3) Departmental committee work, and 4) Reviewing for the NIH Analytics and Statistics for Population Research Panel A (ASPA) Study Section Study Section as a standing member.

1) In my role as Head of the Data Science Program I am responsible for developing the Data Science for Medicine education program at UCSF. This has culminated in the successful roll-out of the new Masters of Science and Certificate programs in Health Data Science (MiHDaS/CiHDaS) now in its second year.  2) I am Director of the Biostatistics Consulting Unit (BCU) with the UCSF Clinical and Translational Sciences Institute (CTSI). My work in this capacity involves managing a group of 4 salaried faculty consultants and 2 analysts as well as 15 hourly paid faculty consultants. The BCU provides campus-wide statistical consultation and collaboration, including help with optimal experimental designs, data analysis, reporting of results, and drafting or editing grant and paper statistical sections. 3) I am involved in numerous departmental committees including being a member of the Educational Leadership Group (ELG), Curriculum Evaluation Committee, Training in Clinical Research MAS program advisory committee, and the UCB-UCSF Computational Precision Health Sciences PhD program Executive Committee. 4) I have served as a standing member on the NIH Biostatistical Methods and Research Design (BMRD) and Analytics and Statistics for Population Research Panel A (ASPA) Study Sections.

Prepared: May 27, 2024

**UNIVERSITY SERVICE**
**UC SYSTEM AND MULTI-CAMPUS SERVICE**

| 2018 - present | University of California, Santa Cruz, Graduate Division, Applied Mathematics and Statistics | Qualifying Exam Committee Member for Wenjie Zhao |
|---|---|---|
| 2018 - present | University of California, Santa Cruz, Graduate Division, Applied Mathematics and Statistics | Qualifying Exam Committee Member for Laura Baracaldo |
| 2018 - present | Data Safety and Monitoring Board for RCT of Phase II RCT of High-dose Vitamin D Supplements in Older Adults. PI John Olichney, UC Davis | Board Member and Current Chair |
| 2020 - 2021 | University of California, Berkeley -- University of California, San Francisco, Joint Program Working Group for PhD program in Computational Precision Medicine | Member |
| 2021 - present | Data Safety and Monitoring Board for RCT evaluating in-home assistive technology for dementia caregivers, University of California, Berkeley, and People Power | Board Member and Chair |
| 2021 - present | Computational Precision Health Graduate Group: University of California, Berkeley -- University of California, San Francisco | Executive Committee Member |

**UCSF CAMPUSWIDE**

| 2006 - 2010 | University of California, San Francisco, Department of Radiology and Biomedical Imaging | Director of the Biostatistics Consulting Service |
|---|---|---|
| 2009 - present | Clinical and Translational Sciences Institute | Biostatistics Consultant |
| 2010 - 2010 | Robert Wood Johnson Foundation Health and Society Scholars program | Interviewer |
| 2011 - present | Research Allocation Program Digital Health Research Committee (previously Mobile Health Research Committee) | Committee Member/ Reviewer |
| 2014 - present | Clinical and Translational Sciences Institute | Director of Biostatistics Consulting Unit |
| 2016 - 2016 | Data Safety and Monitoring Board for Radiation Dose Study at UCSF. PI Rebecca Smith-Bindman | Board Member |

Prepared: May 27, 2024

**DEPARTMENTAL SERVICE**

| | | |
|---|---|---|
| - | DEPARTMENT OF EPIDEMIOLOGY AND BIOSTATISTICS: | |
| 2014 - 2014 | Big Data Subcommittee | Subcommittee Member |
| 2015 - 2017 | Divisions of Biostatistics and Bioinformatics | Seminar Series Organizer |
| 2015 - 2016 | Reviewing Epidemiology PhD applications | Reviewer |
| 2015 - 2016 | Succession Committee | Committee Member |
| 2017 - 2019 | Search Committee for Biostatistics faculty positions | Committee Member |
| 2017 - present | Data Science Subcommittee | Committee Member |
| 2018 - 2019 | Strategic Partnerships Working Group | Chair |
| 2018 - 2019 | Working group to examine Department of Epidemiology and Biostatistics organizational structure | Working group Member |
| 2018 - present | Training in Clinical Research Advisory Committee | Member |
| 2019 - present | Educational Leadership Group | Member |
| 2020 - present | Curriculum Evaluation Committee | Member |
| 2021 - 2021 | Search Committee for new Head of Training in Clinical Research MAS and Certificate programs | Member |
| - | DEPARTMENT OF RADIOLOGY AND BIOMEDICAL IMAGING: | |
| 2005 - 2005 | Search Committee for an Assistant/Associate Professor position | Committee Member |
| 2006 - 2007 | Center for Molecular and Functional Imaging Committee for Fundraising | Committee Member |
| 2007 - present | Department of Radiology and Biomedical Imaging Seed Grant Committee | Committee Member |
| 2010 - 2010 | Search Committee for an Assistant Professor position | Committee Member |

**SERVICE AT OTHER UNIVERSITIES**

| | | |
|---|---|---|
| 1997 - 1998 | Postgraduate Representative Research Committee for the Department of Mathematics | University of Nottingham, UK |

Prepared: May 27, 2024

| 1997 - 2004 | Webmaster and Mailing List Organizer | International Highly Structured Stochastic Systems (HSSS) organization |
| 1998 - 1999 | School of Mathematical Sciences Postgraduate Representative | Faculty of Science, University of Nottingham, UK |

# TEACHING AND MENTORING

## TEACHING SUMMARY

As Head of the Data Science Program in the Department of Epidemiology and Biostatistics I have led the work to develop and run the new and successful Self-Supporting Master's of Science and Certificate's programs in Health Data Sciences. The program is now in its second year. For the first year we had 6 students who have now progressed to the Capstone projects of their second year. In the second year of running the program we have 22 new students.

In 2023/2024, I have been directing the Seminar programs for both the first year (Datasci 220) and second year (Datasci 221) health data science programs. In the first year, the seminars largely focus on UCSF and outside speakers presenting their research and proposing potential projects the students might be interested in getting involved with for Capstones. Also covered in these seminars are isolated topics in data science such as sample size calculations and ethical considerations. In the second year seminars, there is a transition toward students presenting the progress on their Capstone projects and receiving feedback from their fellow students and faculty. In both years students also have the opportunity to raise topics of their own and discuss general concerns.

In 2019 I developed a new course that was taught for the first time in the Spring of 2019 called Machine Learning with R for the Biomedical Sciences. I have now passed that course to a new faculty member and am now developing new courses on 1) Bayesian Statistics and Gaussian processe; and 2) Statistical and Data Science methods for medical imaging. These courses are hoped to begin 2024/2025.

Prior to 2018, my primary teaching activity was focussed on my role as Course Director of BIOSTAT 202 and BIOSTAT 209. BIOSTAT 202 is a course that I developed with my colleagues Drs. Charles McCulloch and Elaine Allen. The course was given for the first time in Summer 2016 and provides an introduction to the analysis of "Big Data" in biomedicine. BIOSTAT 209 is a biostatistics component of the UCSF TICR program focused on advanced statistical regression methods. I directed BIOSTAT 209 for the first time in Spring 2011 and ran the course annually until Spring of 2017. As Course Director for both courses, I organized the course structure, provide four 90 minute lectures each, organize the project component of the courses, and led homework sessions, labs and project sessions for each course.

Before taking over BIOSTAT 209 I had developed a new UCSF course: Radiology 170.06, Statistics for Radiology and Biomedical Imaging. The course consisted of ten two-hour lectures and was presented for the first time in Spring 2009 at UCSF. The course introduced statistical methods particularly relevant to people involved in the radiological/imaging sciences, where specialized statistical techniques or approaches are often required. Because this was primarily

a non-statistical audience with a wide research background, this course required a delicate balance between providing enough information to explain the key statistical concepts while avoiding too much technical detail.

Additionally, I have lectured for the UCSF Department of Radiology lecture courses "Imaging Study Design" and "Medical Imaging Informatics".

I have mentored (and continue to mentor) numerous NIH K-grant awardees in the fields of biostatistics, data science, epidemiologic applications as well as clinical studies.I also act as a Committee Advisor for TICR program Masters students and I continue to provide informal lectures and teach students, postdoctoral researchers, residents, fellows and faculty on a one-to-one basis. This one-to-one teaching/mentoring activity primarily consists of work performed as a CTSI Biostatistics consultant, as well as work mentoring Training in Clinical Research (TICR) Masters students.

## FORMAL TEACHING

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2001 - 2002 | Biophysics 203: Foundations for Mathematical Biology | Guest Lecturer: one 90 minute lecture | Grad | 25-30 |
| 2004 - 2005 | Radiology 197: Statistics for Radiology Research. | Lecturer: five 90 minute lectures | | 20-25 |
| 2005 - 2006 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 5 |
| 2006 - 2007 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 6 |
| 2006 - 2006 | Lecture series: "Statistics for Radiology Residents". This course was directly pitched to Residents within the Department of Radiology and therefore aimed to provide enough information to explain the key statistical concepts while retaining minimal technical detail. | Joint Director with Dr. Ying Lu. I lectured on Repeated and Correlated Measures, Longitudinal Data Analysis, Time Series Models, Mixed Effects Models and Survival Analysis. | | |

Prepared: May 27, 2024

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2007 - 2008 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 5 |
| 2008 - 2009 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 10 |
| 2008 - 2009 | Radiology 170.06: Statistics for Radiology and Biomedical Imaging | Course Director and Lecturer: I teach 5 of 10 120 minute lectures | | 15-25 |
| 2009 - 2010 | IDS 102A: Organ Systems: Topics in Cardiovascular Pathophysiology, Epidemiology, Pharmacology & Physiology | Small Group Leader - 2 sessions | Medicine | 12 |
| 2009 - 2010 | IDS 106: Mechanisms, Methods and Malignancy (M3) - Small Group Evidence Based Medicine | Small Group Leader - 2 sessions | Medicine | 12 |
| 2009 - 2010 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 10 |
| 2010 - 2011 | IDS 106: Mechanisms, Methods and Malignancy (M3) - Small Group Evidence Based Medicine | Small Group Leader - 2 sessions | Medicine | 13 |
| 2010 - 2011 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 10 |

Prepared: May 27, 2024

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2010 - 2011 | BIOSTAT 209: Biostatistical Methods for Clinical Research III | Course Director and Lecturer | Grad | 58 |
| | 2011 - 2012 | IDS 106: Mechanisms, Methods and Malignancy (M3) - Small Group Evidence Based Medicine | Small Group Leader - 2 sessions | | 13 |
| | 2011 - 2012 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 5 |
| | 2011 - 2012 | Radiology 205: Imaging Study Design | Guest Lecturer: one 120 minute lecture | Grad | 10 |
| | 2011 - 2012 | BIOSTAT 209: Biostatistical Methods for Clinical Research III | Course Director and Lecturer | Grad | 62 |
| | 2012 - 2013 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 8 |
| | 2012 - 2013 | Radiology 205: Imaging Study Design | Guest Lecturer: two 90 minute consulting lectures | Grad | 16 |
| | 2012 - 2013 | BIOSTAT 209: Biostatistical Methods for Clinical Research III | Course Director and Lecturer | | 49 |
| | 2012 - 2013 | EPI 150.03: Designing Clinical Research (One Month) | Guest Lecturer: one 75 minute lecture | | 70 |
| | 2013 - 2014 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 10 |

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2013 - 2014 | Biostat 209: Biostatistical Methods for Clinical Research III | Course Director and Lecturer | Grad | 63 |
| 2013 - 2014 | Radiology 205: Imaging Study Design | Guest Lecturer: two 90 minute consulting lectures | Grad | 16 |
| 2013 - 2013 | Short course: Two day course on "Survival Analysis" at the UCSF Bixby Center. | I created and gave all of the short course. The course included 50% lectures and 50% labs. | | |
| 2014 - 2015 | Radiology 170.03: Medical Imaging Informatics | Lecturer: one 120 minute lecture | | 6 |
| 2014 - 2015 | Biostat 209: Biostatistical Methods for Clinical Research III | Course Director and Lecturer | Grad | 51 |
| 2014 - 2015 | Radiology 205: Imaging Study Design | Guest Lecturer: two 90 minute consulting lectures | Grad | 16 |
| 2015 - 2016 | Biostat 209: Biostatistical Methods for Clinical Research III | Course Director and Lecturer | Grad | 71 |
| 2015 - 2016 | Radiology 205: Imaging Study Design | Guest Lecturer: two 90 minute lectures | Grad | 16 |
| 2016 - 2017 | Biostat 202: Opportunities and Challenges of Complex Biomedical Data: Introduction to the Science of "Big Data" | Course Director and Lecturer | Grad | 50 |
| 2016 - 2017 | Biostat 209: Biostatistical Methods for Clinical Research III | Course Director and Lecturer | Grad | 43 |
| 2016 - 2017 | Radiology 205: Imaging Study Design | Guest Lecturer: two 90 minute lectures | Grad | 16 |

Prepared: May 27, 2024

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2017 - 2018 | Biostat 202: Opportunities and Challenges of Complex Biomedical Data: Introduction to the Science of "Big Data" | Course Director and Lecturer | Grad | 34 |
| | 2018 - 2019 | Biostat 216: Machine Learning in R for the Biomedical Sciences | Course Director and Lecturer | Grad | 17 |
| | 2019 - 2020 | Biostat 216: Machine Learning in R for the Biomedical Sciences | Course Director and Lecturer | Grad | 15 |
| | 2020 - 2021 | Bioengineering 245: Machine Learning Algorithms for Medical Imaging | Guest Lecturer | Grad | 10 |
| | 2022 - 2023 | Bioengineering 245: Machine Learning Algorithms for Medical Imaging | Guest Lecturer | Grad | 10 |
| | 2023 - 2024 | Datasci 220: Data Science Program Seminar I | Course Director | Grad | 26 |
| | 2023 - 2024 | Datasci 221: Data Science Program Seminar II | Course Director | Grad | 8 |
| - | | FORMAL SCHEDULED CLASSES AT OTHER INSTITUTIONS: | | | |

Prepared: May 27, 2024

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 1999 - 2000 | H71QMT: Quantitative Methods, School of Mechanical, Materials, Manufacturing Engineering and Management, University of Nottingham, UK | Lecturer of 22 one hour lectures plus 11 one hour tutorials | | 50-55 |
| | 2002 - 2003 | Statistics 428: Introduction to Probability and Statistics for Engineering and the Sciences II, Department of Statistics, The Ohio State University | Lecturer of 30 one hour lectures plus 30 office hours/problems classes | | 45-50 |

## INFORMAL TEACHING

2003 - present    Informal adviser and consultant for numerous students, postdoctoral researchers, residents, fellows and faculty at UCSF concerning clinical studies, applied statistical problems, and development of new statistical methods. In addition, biostatistical consulting through CTSI involves a large informal educational component.

2006 - 2006    Lecture series: "Statistics for Radiology Residents". This course was directly pitched to Residents within the Department of Radiology and therefore aimed to provide enough information to explain the key statistical concepts while retaining minimal technical detail. I was Joint Director with Dr. Ying Lu. I lectured on Repeated and Correlated Measures, Longitudinal Data Analysis, Time Series Models, Mixed Effects Models and Survival Analysis.

2013 - 2013    Short course: Two day course on "Survival Analysis" at the UCSF Bixby Center. I created and gave all of the short course. The course included 50% lectures and 50% labs.

2021 - 2021    Short course, 1 week: "Machine learning in R with applications in the biomedical sciences" at the Athens University of Economics and Business.

## MENTORING SUMMARY

I am an advisor for a PhD students in the Epidemiology program (Vignesh Arasu and Chloe Eng). I am also a mentor to Drs. Adam Staffaroni, Spina Salvatore, and Thu Nguyen for their respective NIH K-awards.
In addition, I am currently acting as a Master's students for the UCSF Training in Clinical Research (TICR) program and am a mentor to four recent early career recruitments that have

focus in machine learning methods and the analysis of medical imaging. Finally, my consulting work through CTSI and elsewhere requires me to regularly mentor residents, fellows and students across campus.

**PREDOCTORAL STUDENTS SUPERVISED OR MENTORED**

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2006 - 2006 | Johanna Zumer | Bioengineering | Research/Scholarly Mentor | PhD committee member | PhD Student |
| 2007 - 2010 | Hao Zhang | Department of Biostatistics, University of California, Davis | Research/Scholarly Mentor | Joint Advisor | PhD Student |
| 2007 - 2007 | Qian Zhao | Visiting student to Department of Radiology from Sen Yat-San University, Guangxhou, China | Research/Scholarly Mentor | Joint Advisor | PhD Student |
| 2012 - 2012 | Alex Pankov | Epidemiology PhD Program, UCSF. BIO MI INF 221 Informatics rotation | Research/Scholarly Mentor | Spring Rotation Advisor | PhD Student |
| 2013 - 2014 | Patti Curl | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Master's Committee Advisor | Training in Clinical Research Master's Student |

Prepared: May 27, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2014 - 2015 | Susan Lee | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Master's Committee Advisor | Training in Clinical Research Master's Student |
| 2014 - 2015 | Jessica Cruz-Whitely | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Master's Committee Advisor | Training in Clinical Research Master's Student |
| 2015 - 2016 | Bardia Nourbakhsh | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Master's Committee Advisor | Training in Clinical Research Master's Student |
| 2016 - 2017 | Vignesh Arasu | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Master's Committee Advisor | MD Training in Clinical Research Master's Student |
| 2016 - 2017 | Anoop Sheshadri | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Master's Committee Advisor | MD Training in Clinical Research Master's Student |

Prepared: May 27, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|-------|------|-------------------|-------------|------|------------------|
| 2017 - 2017 | Douglas Myers-Turnbull | Bio-Medical Informatics Graduate Program | Research/Scholarly Mentor | Qualifying committee member and advisor | PhD Student |
| 2017 - 2021 | Vignesh Arasu | Epidemiology PhD Program, UCSF | Research/Scholarly Mentor, Project Mentor | Advisor | PhD Student |
| 2018 - 2019 | Monica Ospina-Romero | Epidemiology and Biostatistics/CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Master's Committee Advisor | Training in Clinical Research Master's Student |
| 2018 - 2021 | Chloe Eng | Epidemiology PhD Program, UCSF | Research/Scholarly Mentor | Chair of Qualifying Exam Committee and F31 mentor | PhD Student |
| 2020 - 2021 | Carol Tran | Epidemiology and Biostatistics/CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Qualifying committee member and advisor | Training in Clinical Research Master's Student |
| 2020 - 2021 | Sophia Hernandez | Epidemiology and Biostatistics/CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Qualifying committee member and advisor | Training in Clinical Research Master's Student |
| 2021 - 2021 | Kostandinos Bakas | Athens University of Economics and Business | Research/Scholarly Mentor | Advisor for undergraduate thesis | Undergraduate Student |

Prepared: May 27, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|-------|------|-------------------|-------------|------|------------------|
| 2021 - 2022 | Carmen Lee | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Qualifying committee member and advisor | Training in Clinical Research Master's Student |
| 2021 - 2022 | Hannah Hoban | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Qualifying committee member and advisor | Training in Clinical Research Master's Student |
| 2021 - 2022 | Matthew Durstenfeld | Epidemiology and Biostatistics/ CTSI: Training in Clinical Research Program | Research/Scholarly Mentor | Qualifying committee member and advisor | Training in Clinical Research Master's Student |
| 2018 - 2022 | Laura Baracaldo | University of California, Santa Cruz | Research/Scholarly Mentor | Qualifying and dissertation committee member | PhD Student |
| 2021 - present | Jingxuan Wang | Epidemiology PhD Program, UCSF | Research/Scholarly Mentor,Project Mentor | Qualifying and dissertation committee member and F99/K00 award mentor | PhD Student |

Prepared: May 27, 2024

**POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED**

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2003 - 2005 | Satoru Hayasaka, PhD | Radiology, Postdoc | Research/Scholarly Mentor,Project Mentor,Career Mentor | Joint Advisor | Asst. Prof. of Biostatistical Sciences and Radiology, Wake Forest University School of Medicine |
| 2003 - 2005 | Enmin Song, PhD | NCIRE, Scientific Programming Specialist | Research/Scholarly Mentor,Project Mentor,Career Mentor | Joint Advisor | Professor, Huazhong University of Science and Technolgy, Wuhan, China |
| 2010 - 2010 | Sharon Kwan, MD | Radiology Resident | Research/Scholarly Mentor | Mentor for Department of Radiology and Biomedical Imaging Seed Grant application | UCSF Radiology and Biomedical Imaging Resident |
| 2017 - 2017 | Yingjia Chen | Postdoctoral Fellow | Research/Scholarly Mentor,Project Mentor,Career Mentor | Joint Advisor | Senior Data Analyst, Genentech. |
| 2017 - 2018 | Teresa Filshtein | Postdoctoral Fellow | Research/Scholarly Mentor,Career Mentor | Co-Advisor | Postdoctoral Fellow, UCSF Department of Epidemiology and Biostatistics |
| 2018 - present | Thu Nguyen | Associate Specialist | Research/Scholarly Mentor,Project Mentor | K99 Mentor | Associate Specialist, UCSF Departement of Epidemiology and Biostatistics |

Prepared: May 27, 2024

**FACULTY MENTORING**

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2008 - 2010 | Timothy Durazzo, PhD | Assistant Adjunct Professor of Radiology and Biomedical Imaging | Research/Scholarly Mentor | K-award mentor | Assistant Adjunct Professor of Radiology and Biomedical Imaging |
| 2014 - 2019 | Howard J. Rosen | Professor of Neurology | Research/Scholarly Mentor | K-award mentor | Professor of Neurology |
| 2016 - 2021 | Spina Salvatore, MD | Assistant Adjunct Professor of Neurology | Research/Scholarly Mentor | K-award mentor | Assistant Adjunct Professor of Neurology |
| 2019 - 2024 | Adam Staffaroni, PhD | Assistant Professor, UCSF Memory & Aging Center | Research/Scholarly Mentor | K-award mentor | Assistant Professor of Neurology |
| 2020 - present | Aaron Scheffler, PhD | Assistant Professor of Epidemiology and Biostatistics | Research/Scholarly Mentor | Primary faculty mentor | Assistant Professor of Epidemiology and Biostatistics |
| 2020 - present | Efstathios Gennatas, PhD | Assistant Professor of Epidemiology and Biostatistics | Research/Scholarly Mentor,Career Mentor | Primary faculty mentor | Assistant Professor of Epidemiology and Biostatistics |
| 2020 - present | Jean Feng, PhD | Assistant Professor of Epidemiology and Biostatistics | Research/Scholarly Mentor,Career Mentor | Teaching mentor | Assistant Professor of Epidemiology and Biostatistics |
| 2020 - present | Fei Jiang, PhD | Assistant Professor of Epidemiology and Biostatistics | Research/Scholarly Mentor,Project Mentor,Career Mentor | Primary faculty mentor | Assistant Professor of Epidemiology and Biostatistics |

Prepared: May 27, 2024

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2021 - present | Lawren VandeVrede MD/PhD | Assistant Professor of Neurology | Research/Scholarly Mentor,Project Mentor | K-award mentor | Assistant Professor of Neurology |
| 2023 - present | Matthew Durstenfeld MD | Assistant Professor of Medicine | | K-award mentor | Assistant Professor of Medicine |

## RESEARCH AND CREATIVE ACTIVITIES

### RESEARCH AND CREATIVE ACTIVITIES SUMMARY

My research activities are geared toward the development and application of statistical methods for research in medical imaging with applications in dementia and breast cancer. My overall goal is to develop methods that can improve and expand medical imaging and its impact in areas such as clinical diagnosis and prognosis, clinical trial biomarker development and disease severity assessment. From a medical imaging perspective, my latest primary research direction is in the development of new Bayesian image analysis statistical methodology that is formulated in Fourier space -- i.e. in terms of spatial frequencies which has the potential to revolutionize the field in terms of computational speed and simplicity as well as providing for an expanded set of problems that can be solved. I also have other ongoing research areas in image reconstruction and analysis of a range of non-invasive magnetic resonance imaging (MRI) modalities focused on imaging the human brain. From a statistical perspective, my primary research focus is on spatial, time-series and space-time modeling. In particular, I have published in the three major fields of spatial statistics: lattice/image analysis, spatial point processes, and continuous spatial process. In addition, I am involved in numerous large scale collaborative problems in the fields of medical imaging and these compose the majority of my research time as can be seen in my publication list.

**Bayesian image analysis in Fourier space:** The objective of this project is to develop a family of new medical imaging processing methods that will provide improvements over current practices. The approach is to reformulate Bayesian Image analysis into Fourier Space (BIFS). The originally inter-correlated and high-dimensional problem in image space is broken down into a set of independent one-dimensional problems in Fourier space (tied together by the new concept of a parameter function). The Fourier space independence enables development of powerful and easy to specify BIFS models with fast algorithms to compute posterior image estimates. BIFS will be applied to problems in breast cancer detection and delineating patterns of brain blood perfusion associated with dementia. An open-source software library has been developed for dissemination to the scientific community.

**Magnetic resonance imaging (MRI) modality reconstruction:** Innovative MRI modalities of the human brain promise to reveal biological changes that accompany neurodegenerative disease, psychiatric illness and brain injury. These modalities are capable of imaging blood perfusion (perfusion MRI), metabolite concentrations (magnetic resonance spectroscopic imaging, MRSI), and neural activation (functional MRI or fMRI). However, perfusion MRI, fMRI and MRSI have had limited clinical impact because they inherently rely on biophysical signals that are exceedingly subtle. Therefore, these MRI modalities must be imaged with poorer signal-to-noise-ratio (SNR) and at lower spatial resolution than conventional structural MRI. The objective of my MRI reconstruction work is to improve image quality and resolution by

fusing low-SNR raw imaging data with high-resolution/high-SNR anatomical information, e.g., from structural MRI. The method of fusing is through a Bayes rule with the anatomical information incorporated via a prior distribution. The fusion of raw data and anatomical information in this principled fashion leads to greatly improved image reconstruction of the low-SNR modality. These improvements can be seen visually and numerically in terms of accuracy, precision, artifact reduction and resolution. The improved image accuracy and precision of these new reconstruction techniques provides for more powerful determination of disease specific effects across subjects. This increased power enables the potential use of these methods for determining biomarkers in clinical studies and improving diagnostic prediction for a range of neurodegenerative diseases, psychiatric conditions and brain injuries. My reconstruction methodology can be readily generalized to non-brain and non-MRI based imaging, leading to exciting potential applications in cardiac imaging, positron emission tomography, single photon emission tomography, ultrasound and MEG/EEG etc.

**Functional magnetic resonance imaging (FMRI) analysis:** FMRI signal detection is primarily focused on detecting signal changes in response to stimuli, actions or thoughts - the hemodynamic response signal (HDR). Interest lies in detecting and spatially defining patterns of change between different experimental conditions or how these patterns differ between one set of subjects and another (e.g. patients versus controls). My work on post-reconstruction statistical analysis is focused on improving detection and delineation of activation response patterns observed with functional MRI (fMRI). These improvements are based on improved time series and spatial statistical modeling designed to capture characteristics of brain responses that are missed by standard methods. I have developed new statistical models of the HDR that relax the overly restrictive parametric assumptions of standard methods. These new models are able to capture variation in the shape of the HDR across spatial locations that has not been seen before. The detection and description of this spatial variation has direct biological and clinical relevance. Furthermore, quantification of this spatial variation in HDR can increase statistical power to detect differences in HDR signals under different experimental conditions and between different disease groups. This increase in power has positive implications for generating clinical biomarkers of neurodegenerative disease, psychiatric illness and brain injury as well as improving diagnostic accuracy and optimal treatment strategy.

  **Decision analysis for diagnostic testing:** I am developing a new Bayesian decision analysis approach for choosing between competing diagnostic technologies. Medical institutions often need to make decisions as to whether to introduce a new diagnostic procedure or to continue with an existing one and this decision can be particularly important in the field of medical imaging where costs are typically very high. My quantitative (Bayesian utility) approach to solving this decision problem provides an optimal balance between diagnostic accuracy and cost for deciding a) whether or not to introduce a new diagnostic procedure, or b) which of many procedures to assign individuals to. My approach accounts for costs of diagnosis and treatment, as well as consideration of quality of life improvements gained by more accurate diagnosis**.**

  **Collaborative/translational research:** Outside of my individual research I perform extensive collaborative research activities with a particular focus on medical imaging/radiological research. This research forms the bulk of my work at UCSF. Many of these projects utilize my statistical expertise in longitudinal modeling, spatial and time series techniques. Many of these projects these projects are in the field of brain imaging for the study of illnesses such as multiple sclerosis, Alzheimer's disease, fronto-temporal lobe dementia, Gulf War illness, amyotrophic lateral sclerosis, human immunodeficiency virus, post-traumatic stress disorder, Creutzfeldt-Jakob disease, and corticobasal syndrome. I also work on many imaging problems outside the brain such as the study of breast cancer, thyroid cancer, prostate cancer, and osteoporosis/space-flight bone loss.

Prepared: May 27, 2024

## RESEARCH AWARDS - CURRENT

1. 1U19AG063911-01 | Co-Investigator | 20 % effort | Boeve (PI)

NIH | | 09/15/2019 | 06/30/2024

ARTFL LEFFTDS Longitudinal Frontotemporal Lobar Degeneration (ALLFTD)

This project will expand a North American research network that is preparing for clinical trials for FTLD.

Statistician

2. 2P01CA210961-06A1 | Co-Investigator | 20 % effort | Esserman (PI)

NIH/NCI | | 07/01/2023 | 06/30/2028

The I SPY 2.2 TRIAL: Evolving to Imaging and Molecular Biomarker Response Directed Adaptive Sequential Treatment to Optimize Breast Cancer Outcomes

We have designed a clinical trial for women treated with drugs for early breast cancer before surgery, in which patients whose cancers do not respond to the initial experimental treatment can be switched to receive a different proven therapy that is considered the best for their particular type of cancer. Our goal is to develop a system that continuously improves our ability to provide each woman with the best chance at being cured, while also trying to avoid any unnecessary treatments that cause toxic side effects.

Statistician

3. R01 AG062758 | Co-Investigator | 10 % effort | Perry (PI)

NIH/NIA | | 08/15/2020 | 04/30/2025

Diagnostic and prognostic certainty in behavioral variant frontotemporal dementia | | | $ 4,018,729 total

The overarching goal of the proposed study is to improve diagnostic and predictive accuracy in bvFTD from the time of the first visit. Clinicians need guidance regarding which information carries the greatest weight in bvFTD diagnostic evaluation. International FTLD consortia are preparing for clinical trials, though predictive tools, including current biomarkers, are inadequate to avoid erroneous inclusion of individuals who are unlikely to have either a stable bvFTD diagnosis or an FTLD pathological diagnosis. More accurate predictive tools are needed to facilitate trial enrollment and give personalized estimates of expected progression.

Statistician

4. RF1AG077557 | Co-Investigator | 6 % effort | Staffaroni (PI)

NIH/NIA | | 05/01/2022 | 04/30/2025

Validating remote digital assessments for familial frontotemporal dementia | | | $ 2,371,437 total

The overarching goal of this project is to validate innovative, remote smartphone assessments for early disease detection and measurement of clinical disease progression in FTD.

Statistician

5. 1R01NS130066 | Co-Investigatar | 5 % effort | Morrison (PI)

Prepared: May 27, 2024

| | | | | |
|---|---|---|---|---|
| | NIH/NINDS | | 09/01/2022 | 08/31/2027 |
| | Multimodal MRI to predict DBS motor and cognitive outcomes in Parkinson's disease | | | $ 3,325,781 total |

The objective of this proposal is to evaluate the usefulness of preoperative fMRI, DTI, and QSM imaging data for multivariate prediction of motor and cognitive outcomes in Parkinson's disease in 100 patients receiving deep brain stimulation.

Statistician

| | | | | |
|---|---|---|---|---|
| 6. | PTCG-21-818270 | Co-Investigator | 3 % effort | Ljubenkov (PI) |
| | Alzheimer's Association, Inc. | | 10/01/2021 | 09/30/2024 |
| | Veri-T: A phase 1b Placebo-Controlled Trial of Verdiperstat in FTLD-TDP | | | $ 2,657,600 total |

The goal of this project is to support a phase 1 multisite clinical trial of Verdiperstat (BHV-3241) in patients with semantic variant primary progressive aphasia (svPPA)

Statistician

| | | | | |
|---|---|---|---|---|
| 7. | P01 AG019724-21A1 | Co-Investigator | 5 % effort | Gorno Tempini (PI) |
| | NIH/NIA | | 06/01/2023 | 05/31/2028 |
| | Frontotemporal Dementia: Genes, Images, and Emotions | | | |

The FTD PPG primary goal is to advance clinical practice in dementia by improving diagnosis and to further the understanding of the anatomy and biology of FTLD- spectrum disorders. The FTD PPG will benefit public health through advancing knowledge of clinical diagnostic processes, genomic, basic, translational, and clinicopathological research regarding prevalent neurodegenerative diseases and common mood disorders of aging.

Statistician

**RESEARCH AWARDS - PAST**

| | | | | |
|---|---|---|---|---|
| 1. | R01 EB00207, previously AG12119 | Co-Investigator | | Maudsley (PI) |
| | NIH/NIBIB | | 02/01/1996 | 01/31/2004 |
| | Data Processing for MRSI | | $ 133,469 direct/yr 1 | $ 793,174 total |

This grant aimed to develop new techniques for magnetic resonance spectroscopic imaging data processing.

| | | | | |
|---|---|---|---|---|
| 2. | 5P01AA11493 | Co-Investigator | | Weiner (PI) |
| | NIH/NIAAA | | 09/07/1998 | 08/31/2005 |
| | Chronic Alcohol Abuse - Effects on HIV CNS Morbidity | | $ 1,088,197 direct/yr 1 | $ 6,541,662 total |

The major goal of this project was to determine the effects of chronic alcohol abuse on HIV, PNS, and CNS morbidity.

| | | | | |
|---|---|---|---|---|
| 3. | DAMD 17-01-1-0764 | Co-Investigator | | Weiner (PI) |

Prepared: May 27, 2024

Department of Defense                                    08/01/2001        07/31/2006

Magnetic Resonance and Spectroscopy of the Human        $ 689,203        $ 4,134,486 total
Brain in Gulf War Illness                               direct/yr 1

The main goal of this grant was to determine metabolite differences in Gulf War Illness
subjects detectable by magnetic resonance spectroscopic imaging.

---

4.  R01 NS41946                    Co-Investigator                    Maudsley (PI)

    NIH/NINDS                                            08/15/2001        07/31/2006

    Proton MR Spectroscopic Imaging of Epilepsy         $ 225,000        $ 1,125,000 total
                                                        direct/yr 1

The main goal of this grant was to determine metabolite level differences in Epilepsy
subjects using proton magnetic resonance spectroscopic imaging.

---

5.  N000014-02-1-0052              Co-Investigator                    Cressie (PI)

    Office of Naval Research                             10/15/2001        09/30/2004

    Spatial Statistics for Command and Control          $ 150,000        $ 482,851 total
                                                        direct/yr 1

This grant aimed to use spatial statistics methods to determine optimal strategies for
command and control in the presence of potential hostile threats.

---

6.  K23 N8045013                   Co-Investigator                    Cha (PI)

    NIH                                                  08/01/2003        04/30/2008

    Brain Tumor Imaging: Quantitative MRI and 1H MRS    $ 149,450        $ 747,250 total
                                                        direct/yr 1

The goal of this grant was to utilize traditional magnetic resonance imaging (MRI) and other
physiology based imaging (such as proton MR spectroscopy, perfusion MRI) to
characterize tumor malignancy and correlate MRI-derived physiologic variables with
histopathology.

---

7.  P01AG012435                    Co-Investigator                    Chui (PI)

    NIH                                                  09/30/2003        05/31/2008

    Aging Brain: Vasculature, Ichemia, and Behavior: 1H $ 184,241        $ 963,558 total
    MRSI and Perfusion MRI of SIVD (Project 2)

The primary goal of this project was to address four major areas of inquiry in subcortical
ischemic vascular dementia (SIVD): the role of ongoing ischemia; the role of infarction in
neuron loss; the role of disconnection of subcortical and cortical structures in SIVD; and the
relative differences in subcortical and cortical changes between SIVD and Alzheimer's
Disease.

---

8.  U54 HL070587                   Co-Investigator                    Helms (PI)

    NIH/NHLBI                                            07/01/2004        03/31/2007

Prepared: May 27, 2024

| | Neuropsychological Dysfunction and Neuroimaging Abnormalities in Neurologically Intact Adults with Sickle Cell Disease | | $ 237,681 direct/yr 1 | $ 808,428 total |
|---|---|---|---|---|

Our primary role in this cooperative agreement was to act as the coordinating center for MRI. We helped select MRI scanners, and perform quality assessment at the onset of and during the study.

| 9. | U01 AG024904-01 | Co-Investigator | | Weiner (PI) |
|---|---|---|---|---|
| | NIH/NIA | | 09/30/2004 | 08/31/2009 |
| | Alzheimer's Disease Neuroimaging Initiative | | $ 13,515,150 direct/yr 1 | $ 57,211,517 total |

The primary goal of this project is to develop improved methods, which will lead to uniform standards for acquiring longitudinal, multi-site MRI and PET data on patients with Alzheimer's disease (AD), mild cognitive impairment (MCI), and elderly controls.

| 10. | PR043109 | Co-Investigator | | Weiner (PI) |
|---|---|---|---|---|
| | Department of Defense | | 10/01/2004 | 09/30/2008 |
| | Magnetic Resonance Study of Amyotrophic Lateral Sclerosis and Gulf War Illness at 4 Tesla | | $ 500,000 direct/yr 1 | $ 2,500,000 total |

The primary goal of this study was to assess the effects of Amyotrophic Lateral Sclerosis and Gulf War Illness detectable by 4 Tesla MRI of the human brain.

| 11. | B3776 | Co-Investigator | | Weiner (PI) |
|---|---|---|---|---|
| | Veteran's Affairs | | 01/01/2005 | 12/31/2009 |
| | Effects of Gulf War Illness on Brain Structure, Function, and Metabolism: MRI/MRS at 4 Tesla | | $ 376,950 direct/yr 1 | $ 2,500,000 total |

The primary goal of this project is to develop improved methods, which will lead to uniform standards for acquiring longitudinal, multi-site MRI and PET data on patients with Alzheimer's disease (AD), mild cognitive impairment (MCI), and elderly controls.

| 12. | R01 EB0047079 | Co-Investigator | | Lu (PI) |
|---|---|---|---|---|
| | NIH | | 04/01/2006 | 03/31/2009 |
| | Statistical Methods for Evaluation of Diagnostic Tests | | $ 180,000 direct/yr 1 | $ 562,500 total |

The major goal of this grant is to develop statistical methods for the evaluation of non-inferiority tests and for accurate estimation of relative risk using cross-sectional and short-term follow-up data.

| 13. | RG3517A | Co-Investigator | | Pelletier (PI) |
|---|---|---|---|---|
| | National Multiple Sclerosis Society | | 07/01/2006 | 06/30/2010 |

Prepared: May 27, 2024

In Vivo Assessment of Glutamate in MS Using H-MRS at 3T — $ 292,129 direct/yr 1 — $ 577,094 total

The major goal of this grant is to conduct a 3-year longitudinal study to evaluate the use of high field (3T) proton MR spectroscopy combined with new acquisition sequences to monitor the treatment effect in MS patients of agents that target glutamate homeostasis.

| 14. | SIIM | PI | | Kornak (PI) |
|---|---|---|---|---|
| | Society for Imaging Informatics in Medicine | | 07/01/2007 | 06/30/2008 |
| | Improved Reconstruction of Low-Resolution Magnetic Resonance Modalities | $ 31,158 direct/yr 1 | | $ 31,158 total |

The major goal of this project was to develop statistical techniques for the improved reconstruction of perfusion weighted imaging and magnetic resonance spectroscopic imaging via the use of high-resolution anatomical prior information and k-space data modeling.

| 15. | HHSN267200700005C | Co-Investigator | | Johansen (PI) |
|---|---|---|---|---|
| | NIH/NIDDK | | 07/01/2007 | 06/30/2014 |
| | USRDS Nutritional Special Studies Center | $ 532,796 direct/yr 1 | | $ 2,663,980 total |

The goals of this project are to investigate the effects of nutritional parameters on outcomes in ESRD using existing USRDS data and investigator-initiated data collection projects.

| 16. | BL01301 | Co-Investigator | | Lang (PI) |
|---|---|---|---|---|
| | National Space Biomedical Research Institute | | 09/01/2007 | 08/31/2011 |
| | An Integrated Musculoskeletal Countermeasure Battery for Long-Duration Lunar Missions | $ 73,501 direct/yr 1 | | $ 681,982 total |

This contract is to develop a single compact exercise device applicable to the Orion Crew Module, Lunar Lander or Lunar Base that integrates lower and upper body resistive training, cardiovascular training and sensorimotor training. Validate the efficacy of this device for reduction of bone loss, muscle loss, loss of cardiovascular function and loss of neuromuscular performance in the ongoing bedrest study at the NASA Flight Analog Center, University of Texas, Galveston.

| 17. | DOD | Co-Investigator | | Young (PI) |
|---|---|---|---|---|
| | Department of Defense | | 08/01/2008 | 07/31/2010 |
| | Information Theoretic Analysis for Sensitive Detection of Structural and Metabolic Patterns in Multimodal MR Image Studies of Head Trauma | $ 96,875 direct/yr 1 | | $ 193,750 total |

The overall aim of this proposal is to develop sensitive diagnostic markers for mild and moderate traumatic brain injury using information theory based complexity/texture measures from multimodal MR images.

Prepared: May 27, 2024

18. P41 RR023953                    Project PI                              Weiner (PI)

NIH/NCRR                                            09/15/2008         06/30/2014

NIH Resource for MRI of Neurodegenerative Disorders. $ 1,294,990    $ 4,546,761 total
                                                     direct/yr 1

The Resource grant aims to improve acquisition, reconstruction, and processing of
structural, perfusion, diffusion, and spectroscopic MRI. The project for which I am PI is
titled: "Bayesian Image Reconstruction from Reduced k-Space Data". The project aims to
develop and evaluate methodology to improve reconstruction of low signal-to-noise ratio
perfusion MRI through incorporating high-resolution anatomical information from structural
MRI.

19. UCSF Radiology Seed            PI                                      Kornak (PI)

UCSF, Department of Radiology and Biomedical         02/01/2009         07/28/2011
Imaging Seed Grant

Quantifying Spatial Variation in the Hemodynamic    $ 9,600 direct/yr  $ 9,600 total
Response Function Specific to Traumatic Brain Injury 1

This grant aims to use functional MRI and new statistical modeling approaches to
determine spatial parameters of hemodynamic response shape that are indicative of
traumatic brain injury.

20. REAC                           PI                                      Kornak (PI)

UCSF REAC Pilot Research Award for Junior            06/01/2009         05/31/2011
Investigators

Quantifying Spatial Variation in the Hemodynamic    $ 29,963           $ 29,963 total
Response Function Specific to Alzheimer's Disease    direct/yr 1

This proposal aims to determine brain hemodynamic parameters specific to Alzheimer's
disease via improved statistical modeling and spatial mapping of functional MRI responses.

21. 1. Administrative Supplement to  Project PI                           Weiner (PI)
    P41 RR023953

NIH/NCRR                                            08/24/2009         08/31/2011

Administrative Supplement to NIH Resource for MRI of $ 500,000         $ 1,000,000 total
Neurodegenerative Disorders                          direct/yr 1

This Administrative Supplement is part of an NIH Resource for MRI of Neurodegenerative
Disorders focused on improving acquisition, reconstruction, and processing of structural,
perfusion, diffusion, and spectroscopic MRI. My project as PI concerned the development of
3D k-space Bayesian Reconstruction of 3D GRASE perfusion MRI.

22. 1RC1AR058405-01                Co-Investigator                        Link (PI)

NIH                                                 09/30/2009         08/31/2011

Cortical Bone Porosity Identifies Diabetes Subjects with $ 340,496     $ 682,264 total
Fragility Fractures                                 direct/yr 1

Prepared: May 27, 2024

The major goal of this grant is to study cortical and trabecular bone architecture in diabetes subjects with and without osteoporotic fractures and to compare these findings to those in normal subjects and osteoporotic fracture subjects.

---

23. Subcontract to: R01NS062885- 01    PI of Subcontract                Pelletier (PI)

NIH/NINDS                                    10/01/2009       09/30/2014

Molecular and Genetic Predictors of Disability Progression in MS        $ 499,738 direct/yr 1      $ 2,154,171 total

This project aims to determine longitudinal study to evaluate the ability of baseline glutamate to predict longitudinal NAA change and brain atrophy representative of multiple sclerosis using high field (3T) proton MR spectroscopy.

---

24. R01 CA148708            Co-Investigator                Noworolski (PI)

NIH/NCI                                     07/01/2010       06/30/2015

DCE MRI to Improve Prostate Cancer Identification and Characterization.       $ 254,940 direct/yr 1      $ 1,428,152 total

The goals of this grant are to improve the identification and characterization of aggressiveness of prostate cancer by utilizing novel pharmacokinetic and statistical models.

---

25. CTSI-SOS                PI                             Kornak (PI)

UCSF, CTSI-SOS Program                      02/01/2012       06/30/2013

K-Bayes for functional MRI                   $ 29,962 direct/yr 1      $ 29,962 total

The goal of this proposal is to develop a superior reconstruction procedure for functional MRI (K-Bayes) that increases the power to detect and quantify functional patterns in the human brain.

---

26. CTSI-Methodology           PI                             Kornak (PI)

UCSF, CTSI Consultants Methodology Award          07/01/2012       06/30/2013

Targeted Learning Algorithms for Detecting Imaging Biomarkers in Large Databases       $ 20,000 direct/yr 1      $ 20,000 total

The goal of this proposal is to develop practical learning algorithms that incorporate Bayesian imaging priors to detect disease biomarkers in large imaging databases.

---

27. R01AG032306-01            Co-Investigator                Rosen (PI)

NIH/NIA                                      10/01/2009       09/30/2015

The Frontotemporal Lobar Degeneration Neuroimaging Initiative.       $ 1,730,132 direct/yr 1      $ 6,940,480 total

The purpose of this project is to determine imaging modalities most useful for proving biomarkers of frontotemporal lobar degeneration in clinical trials.

Prepared: May 27, 2024

| 28. Komen SAC 110017 | Co-Investigator | | Hylton (PI) |
|---|---|---|---|
| Susan G. Komen for the Cure | | 12/10/2010 | 12/09/2015 |
| MR Imaging Phenotypes of Breast Cancer | | $ 180,354 direct/yr 1 | $ 901,770 total |

The goal of this project is to develop and evaluate high spatial resolution non-contrast approaches for evaluating breast tissue.

| 29. 1U01 CA15123 | Co-Investigator | | Hylton (PI) |
|---|---|---|---|
| NIH/NCI | | 09/26/2011 | 08/31/2016 |
| Quantitative Imaging for Assessing Breast Cancer Response to Treatment | | $ 493,969 direct/yr 1 | $ 2,469,845 total |

The goal of this project is the improved integration of MRI-based quantitative imaging (Q1) for evaluating response to treatment in clinical trials of women receiving pre-operative (neoadjuvant) treatment for breast cancer.

| 30. Quest | Co-Investigator | 10 % effort | Hess (PI) |
|---|---|---|---|
| Quest Diagnostics Inc. | | 01/01/2015 | 10/01/2017 |
| Dementia Pathway Neuroimaging Core Phase 1A | | $ 173,382 direct/yr 1 | |

The goal is to work towards a system that could be deployable across different imaging platforms and would provide guidance to providers, both through standardization of acquisition and visual interpretation protocols and automated analysis to support diagnostic decision making.

Although grant is ongoing I have temporarily suspended taking funds from the grant, but will resume later as I still have funds available to me.

| 31. R01HL128679 | Co-Investigator | 8 % effort | Hu (PI) |
|---|---|---|---|
| NIH/NHLBI | | 07/20/2015 | 04/30/2019 |
| Develop&validate SuperAlarm to Detect Patient Deterioration with Few False Alarms | | $ 335,195 direct/yr 1 | $ 1,675,975 total |

Critical care patient monitoring remains unsatisfactory as evidenced by the alarm fatigue problem it has created. We propose to develop a data fusion framework to integrate monitor alarms, laboratory test results, and other non-monitored physiological variables to realize a more precise way of monitoring patients to provide early detection of patient crisis events with few false alarms. Our project will lead to a potentially transformative paradigm change of critical care patient monitoring towards a more integrated and precise system for recognizing crisis events and enabling early interventions and produce a database to the community to propel further development of predictive models.

Although grant is ongoing, I will only continue to help with final statistical analysis at a later date.

| 32. C1CMS331346-01-010 | Co-Investigator | 5 % effort | Miller (PI) |
|---|---|---|---|
| CMS The Centers for Medicare and Medicaid Services | | 09/01/2014 | 08/31/2017 |

Prepared: May 27, 2024

| The UCSF and UNMC Dementia Care Ecosystem: Using Innovative Technologies to Personalize and Deliver Coordinated Dementia Care | | $ 2,721,047 direct/yr 1 | $ 8,163,141 total |

Most dementia care today is crisis-oriented. To break away from the cycle of stressful and costly issues that arise from a reactive approach, the Care Ecosystem will emphasize coordinated, continuous and personalized care. This proactive care model aims to improve health and satisfaction for participants and their caregivers. The study will also try to reduce avoidable emergency room visits, hospitalizations, or institutionalization, such as entering a nursing home

| 33. Bluefield Project | Co-Investigator | 5 % effort | Seeley (PI) |
|---|---|---|---|
| Bluefield Project to Cure FTD | | 06/01/2015 | 05/31/2017 |
| Disease detection and monitoring: neuroimaging biomarkers for GRN mutation-related frontotemporal dementia | | $ 191,197 direct/yr 1 | |

In this application, we propose to take on these challenges for a specific form of frontotemporal dementia (FTD) caused by mutations in GRN, which result in progranulin haploinsufficiency and a variable age at dementia onset, most commonly in mid-life. Evidence from our group and others suggests that GRN-related symptomatic FTD (henceforth   GRNFTD") can be viewed as a network-based disorder in which TDP-43 inclusions, neuroinflammation, and neurodegenerative changes begin within one of three rostral brain networks involved in behavior, language, or motor function before spreading into other brain regions.

| 34. U01AG04539 | Co-Investigator | 20 % effort | Boeve (Sub-contract PI: Rosen) (PI) |
|---|---|---|---|
| NIH - subcontract to Mayo Foundation/Mayo Clinic | | 09/30/2014 | 05/31/2019 |
| Longitudinal Evaluation of Familial Frontotemporal Dementia Subjects (LEFFTDS) | | $ 579,721 direct/yr 1 | $ 2,898,605 total |

The role of UCSF in the grant will be two-fold. First, UCSF will be one of three sites enrolling f-FTLD family members and performing clinical and longitudinal follow-up. UCSF will take primary responsibility for processing T1 weighted MRIs for cortical thickness, and for doing the primary PET and icfMRI processing. Lastly, UCSF will manage the secure online database that will permit direct entry of the study data from each clinical site, and assist all investigators with database queries as needed. -- Currently in no-cost extension

| 35. U54NS092089 | Co-Investigator | 5 % effort | Boxer (PI) |
|---|---|---|---|
| NIH/NINDS | | 09/30/2014 | 07/31/2019 |
| The Frontotemporal Lobar Degeneration Clinical Research Consortium | | $ 1,250,000 direct/yr 1 | $ 6,250,000 total |

The overarching goal of this proposal is to build a FTLD clinical research consortium (FTLD CRC) to support the development of FTLD therapies.

Prepared: May 27, 2024

| 36. R01CA132870 | Co-Investigator | 10 % effort | Hylton (PI) |
|---|---|---|---|
| NIH | | 04/28/2008 | 06/30/2020 |
| Real-time In Vivo MRI Biomarkers for Breast Cancer Pre-Operative Treatment Trials | | $ 350,035 direct/yr 1 | |

The goal of this project is to better enable the integration of imaging biomarkers into clinical trials by making imaging biomarkers available in real-time as part of the clinical workflow for breast MRI. Investigators at UCSF lead a large multi-center effort investigating MRI and molecular markers for assessing breast cancer response to pre-operative chemotherapy

Statistician

| 37. | Co-Investigator | 2 % effort | Scheffler (PI) |
|---|---|---|---|
| UCSF COVID-19 Rapid Response Pilot Grant Initiative Funding Collaborative | | 06/01/2020 | 12/01/2020 |
| SER models for Covid-19 for Contact Tracing | | $ 40,000 direct/yr 1 | |

Applying SER models for Covid-19 and to study effectiveness of contact tracing

Co-Investigator

| 38. UL1 RR024131 | Head of Biostatistics Consulting Service | 10 % effort | Grandis (PI) |
|---|---|---|---|
| NIH-NCRR | | 07/01/2016 | 06/30/2021 |
| Clinical and Translational Science Institute | | | |

The overarching goal of the Clinical and Translational Science Institute (CTSI) is to create an integrated academic home that transforms training in and conduct of clinical and translational research both at UCSF and the greater Bay Area community. Components of the CTSI include formal didactic programs, career development pathways, a variety of consultative and technical Cores, and community outreach. Dr. Kornak leads the biostatistical consulting service.

| 39. R01EB022055 | Principal Investigator | 5 % effort | Kornak (PI) |
|---|---|---|---|
| NIH -- NIBIB | | 04/15/2017 | 01/31/2022 |
| Bayesian image analysis in Fourier space | | $ 225,000 direct/yr 1 | $ 900,000 total |

The objective of this project is to develop a family of new medical imaging processing methods that will provide improvements over current practices. The approach is to reformulate Bayesian Image analysis into Fourier Space (BIFS). The originally inter-correlated and high-dimensional problem in image space is broken down into a set of independent one-dimensional problems in Fourier space (tied together by the new concept of a "parameter function"). The Fourier space independence enables development of powerful and easy to specify BIFS models with fast algorithms to compute posterior image estimates. BIFS will be applied to problems in breast cancer detection and delineating patterns of brain blood perfusion associated with dementia. An open source software library will be developed for dissemination to the scientific community.

Prepared: May 27, 2024

| 40. R01CA227763 | Co-Investigator | 10 % effort | Hylton (PI) |
|---|---|---|---|
| NIH | | 02/01/2019 | 01/31/2024 |

Dedicated breast PET and MRI for characterization of breast cancer and its response to therapy.

The objective of this academic-industrial partnership (AIP) project is to demonstrate the utility of dedicated breast positron emission tomography (dbPET) for characterizing primary breast cancers and their response to neoadjuvant chemotherapy (NAC).

Statistician

| 41. P01 AG019724 | Co-Investigator | 5 % effort | Miller (PI) |
|---|---|---|---|
| NIH/NIA | | 06/01/2017 | 05/31/2022 |
| Frontotemporal DementiaTD: Genes, Images and Emotions | | $ 141,782 direct/yr 1 | |

The overall goal of this project is to investigate the early changes in FTLD using imaging, and cognitive and behavioral assessment. Dr. Rosen directs the imaging core for the grant.

Statistician

| 42. R01 AG029577 | Co-Investigator | 5 % effort | Rankin (PI) |
|---|---|---|---|
| NIH/NIA | | 07/01/2019 | 06/30/2024 |
| Attention and Semantic Evaluation as Predictors of Empathy in Healthy Aging and Frontotemporal Dementia | | $ 524,819 direct/yr 1 | |

The goals of this project are to determine the value of socioemotional testing for predicting patients' clinical trajectories, and to elucidate how two selectively vulnerable neural networks contribute to normal social behavior and to the socioemotional symptoms of bvFTD. By modeling patients' socioemotional test performance over time, we will maximize our ability to predict and measure symptom progression in upcoming clinical treatment trials for bvFTD. Also, by developing our understanding of the neural network underpinnings of socioemotional behavior and empathy, we will be able to more precisely measure and monitor how these circuits malfunction to cause behavior symptoms in bvFTD and other neurologic and psychiatric disorders.

Statistician

| 43. R01CA227763 | Co-Investigator | 20 % effort | Hylton (PI) |
|---|---|---|---|
| NIH/NCI | | 02/15/2019 | 01/31/2024 |
| Dedicated breast PET and MRI for characterization of breast cancer and its response to therapy | | $ 2,928,013 total | |

The objective of this academic-industrial partnership (AIP) project is to demonstrate the utility of dedicated breast positron emission tomography (dbPET) for characterizing primary breast cancers and their response to neoadjuvant chemotherapy (NAC).

Statistician

Prepared: May 27, 2024

**PEER REVIEWED PUBLICATIONS**

1. 1999    **Kornak J,** Haggard MP, and O'Hagan A. Parameterisation of the BOLD haemodynamic response in fMRI incorporated within a Bayesian multiplicative Markov random field model. Proceedings in spatial temporal modelling and its applications. Mardia KV and Aykroyd RG editors, Leeds University Press, 27-30, 1999.

2. 2000    **Kornak J,** Haggard MP, and Hall DA. fMRI functional mapping with alternative parameters of haemodynamic response in auditory cortex. British Journal of Audiology. 34(2):96-97, 2000.

3. 2001    **Kornak J,** Young K, and Maudsley AA. Improved reconstruction of spectroscopic images using segmented MRIs. Proceedings in Functional and Spatial Data Analysis. Mardia KV, Aykroyd RG editors, Leeds University Press, 149-152, 2001.

4. 2002    Hall DA, Gonçalves MS, Smith S, Jezzard P, Haggard MP, **Kornak J.** A method for determining venous contribution to BOLD contrast sensory activation. Magn Reson Imaging. 2002 Dec; 20(10):695-706. PMID: 12591565

5. 2003    Cressie N and **Kornak J.** Spatial statistics in the presence of location error with an application to remote sensing in the environment. Statistical Science (Environmental Statistics Special Edition). 18(4):436-456, 2003.

6. 2004    **Kornak J,** Young K, Schuff N, Maudsley AA, Weiner MW. Bayesian reconstruction of low resolution magnetic resonance imaging modalities. Proceedings in Bioinformatics, Images, and Wavelets. Aykroyd RG, Barber S, and Mardia KV editors, Leeds University Press, 89-92, 2004.

7. 2004    Ezekiel F, Chao L, **Kornak J,** Du AT, Cardenas V, Truran D, Jagust W, Chui H, Miller B, Yaffe K, Schuff N, Weiner M. Comparisons between global and focal brain atrophy rates in normal aging and Alzheimer disease: Boundary Shift Integral versus tracing of the entorhinal cortex and hippocampus. Alzheimer Dis Assoc Disord. 2004 Oct-Dec; 18(4):196-201. PMID: 15592130. PMCID: PMC1820853

8. 2005    Young K, Chen Y, **Kornak J,** Matson GB, Schuff N. Summarizing complexity in high dimensions. Phys Rev Lett. 2005 Mar 11; 94(9):098701. PMID: 15784007

Prepared: May 27, 2024

9. 2005    Du AT, Schuff N, Chao LL, **Kornak J,** Ezekiel F, Jagust WJ, Kramer JH, Reed BR, Miller BL, Norman D, Chui HC, Weiner MW. White matter lesions are associated with cortical atrophy more than entorhinal and hippocampal atrophy. Neurobiol Aging. 2005 Apr; 26(4):553-9. PMID: 15653183

10. 2006    **Kornak J,** Irwin M, and Cressie N. Spatial point process models of defensive strategies: detecting changes. Statistical Inference for Stochastic Processes. 9:31-46, 2006.

11. 2006    Du AT, Schuff N, Chao LL, **Kornak J,** Jagust WJ, Kramer JH, Reed BR, Miller BL, Norman D, Chui HC, Weiner MW. Age effects on atrophy rates of entorhinal cortex and hippocampus. Neurobiol Aging. 2006 May; 27(5):733-40. PMID: 15961190. PMCID: PMC1779763

12. 2006    Hayasaka S, Du AT, Duarte A, **Kornak J,** Jahng GH, Weiner MW, Schuff N. A non-parametric approach for co-analysis of multi-modal brain imaging data: application to Alzheimer's disease. Neuroimage. 2006 Apr 15; 30(3):768-79. PMID: 16412666. PMCID: PMC1838962

13. 2006    Leow AD, Klunder AD, Jack CR, Toga AW, Dale AM, Bernstein MA, Britson PJ, Gunter JL, Ward CP, Whitwell JL, Borowski BJ, Fleisher AS, Fox NC, Harvey D, **Kornak J,** Schuff N, Studholme C, Alexander GE, Weiner MW, Thompson PM. Longitudinal stability of MRI for mapping brain change using tensor-based morphometry. Neuroimage. 2006 Jun; 31(2):627-40. PMID: 16480900. PMCID: PMC1941663

14. 2006    Zhu X, Schuff N, **Kornak J,** Soher B, Yaffe K, Kramer JH, Ezekiel F, Miller BL, Jagust WJ, Weiner MW. Effects of Alzheimer disease on fronto-parietal brain N-acetyl aspartate and myo-inositol using magnetic resonance spectroscopic imaging. Alzheimer Dis Assoc Disord. 2006 Apr-Jun; 20(2):77-85. PMID: 16772742. PMCID: PMC1820860

15. 2007    Li W, Kezele I, Collins DL, Zijdenbos A, Keyak J, **Kornak J,** Koyama A, Saeed I, Leblanc A, Harris T, Lu Y, Lang T. Voxel-based modeling and quantification of the proximal femur using inter-subject registration of quantitative CT images. Bone. 2007 Nov; 41(5):888-95. PMID: 17707712. PMCID: PMC2080679

16. 2008    Schuff N, Neylan TC, Fox-Bosetti S, Lenoci M, Samuelson KW, Studholme C, **Kornak J,** Marmar CR, Weiner MW. Abnormal N-acetylaspartate in hippocampus and anterior cingulate in posttraumatic stress disorder. Psychiatry Res. 2008 Feb 28; 162(2):147-57. PMID: 18201876. PMCID: PMC2443727

Prepared: May 27, 2024

17. 2008    Hua X, Leow AD, Lee S, Klunder AD, Toga AW, Lepore N, Chou YY, Brun C, Chiang MC, Barysheva M, Jack CR, Bernstein MA, Britson PJ, Ward CP, Whitwell JL, Borowski B, Fleisher AS, Fox NC, Boyes RG, Barnes J, Harvey D, **Kornak J,** Schuff N, Boreta L, Alexander GE, Weiner MW, Thompson PM. 3D characterization of brain atrophy in Alzheimer's disease and mild cognitive impairment using tensor-based morphometry. Neuroimage. 2008 May 15; 41(1):19-34. PMID: 18378167. PMCID: PMC2556222

18. 2008    Ludeman NA, Berman JI, Wu YW, Jeremy RJ, **Kornak J,** Bartha AI, Barkovich AJ, Ferriero DM, Henry RG, Glenn OA. Diffusion tensor imaging of the pyramidal tracts in infants with motor dysfunction. Neurology. 2008 Nov 18; 71(21):1676-82. PMID: 18448871

19. 2008    Gazdzinski S, **Kornak J,** Weiner MW, Meyerhoff DJ. Body mass index and magnetic resonance markers of brain integrity in adults. Ann Neurol. 2008 May; 63(5):652-7. PMID: 18409192. PMCID: PMC2542059

20. 2009    Li W, **Kornak J,** Harris T, Keyak J, Li C, Lu Y, Cheng X, Lang T. Identify fracture-critical regions inside the proximal femur using statistical parametric mapping. Bone. 2009 Apr; 44(4):596-602. PMID: 19130910. PMCID: PMC2656587

21. 2009    *__Kornak J,__ Dunham B, Hall DA, Haggard MP. Nonlinear voxel-based modeling of the haemodynamic response function in fMRI. Journal of Applied Statistics. 36(3): 237-253, 2009.

22. 2009    Westphalen AC, Kurhanewicz J, Cunha RM, Hsu IC, **Kornak J,** Zhao S, Coakley FV. T2-Weighted endorectal magnetic resonance imaging of prostate cancer after external beam radiation therapy. Int Braz J Urol. 2009 Mar-Apr; 35(2):171-80; discussion 181-2. PMID: 19409121

23. 2009    Leow AD, Yanovsky I, Parikshak N, Hua X, Lee S, Toga AW, Jack CR, Bernstein MA, Britson PJ, Gunter JL, Ward CP, Borowski B, Shaw LM, Trojanowski JQ, Fleisher AS, Harvey D, **Kornak J,** Schuff N, Alexander GE, Weiner MW, Thompson PM. Alzheimer's disease neuroimaging initiative: a one-year follow up study using tensor-based morphometry correlating degenerative rates, biomarkers and cognition. Neuroimage. 2009 Apr 15; 45(3):645-55. PMID: 19280686. PMCID: PMC2696624

Prepared: May 27, 2024

24. 2009    Cardenas VA, Meyerhoff DJ, Studholme C, **Kornak J,** Rothlind J, Lampiris H, Neuhaus J, Grant RM, Chao LL, Truran D, Weiner MW. Evidence for ongoing brain injury in human immunodeficiency virus-positive patients treated with antiretroviral therapy. J Neurovirol. 2009 Jul; 15(4):324-33. PMID: 19499454. PMCID: PMC2889153

25. 2009    Li W, **Kornak J,** Harris TB, Keyak J, Li C, Lu Y, Cheng X, Lang T. Bone fracture risk estimation based on image similarity. Bone. 2009 Sep; 45(3):560-7. PMID: 19414074. PMCID: PMC2896043

26. 2009    Hua X, Lee S, Yanovsky I, Leow AD, Chou YY, Ho AJ, Gutman B, Toga AW, Jack CR, Bernstein MA, Reiman EM, Harvey DJ, **Kornak J,** Schuff N, Alexander GE, Weiner MW, Thompson PM. Optimizing power to track brain degeneration in Alzheimer's disease and mild cognitive impairment with tensor-based morphometry: an ADNI study of 515 subjects. Neuroimage. 2009 Dec; 48(4):668-81. PMID: 19615450. PMCID: PMC2971697

27. 2009    Cohn BR, Joe BN, Zhao S, **Kornak J,** Zhang VY, Iman R, Kurhanewicz J, Vahidi K, Yu J, Caughey AB, Swanson MG. Quantitative metabolic profiles of 2nd and 3rd trimester human amniotic fluid using (1)H HR-MAS spectroscopy. MAGMA. 2009 Dec; 22(6):343-52. PMID: 19779747

28. 2010    **Kornak J,** Young K, Schuff N, Du A, Maudsley AA, Weiner MW. K-Bayes reconstruction for perfusion MRI. I: concepts and application. J Digit Imaging. 2010 Jun; 23(3):277-86. PMID: 19205805. PMCID: PMC2865632

29. 2010    **Kornak J,** Young K. K-Bayes reconstruction for perfusion MRI II: modeling and technical development. J Digit Imaging. 2010 Aug; 23(4):374-85. PMID: 19274427. PMCID: PMC2896642

30. 2010    Chao LL, Buckley ST, **Kornak J,** Schuff N, Madison C, Yaffe K, Miller BL, Kramer JH, Weiner MW. ASL perfusion MRI predicts cognitive decline and conversion from MCI to dementia. Alzheimer Dis Assoc Disord. 2010 Jan-Mar; 24(1):19-27. PMID: 20220321. PMCID: PMC2865220

31. 2010    Hua X, Lee S, Hibar DP, Yanovsky I, Leow AD, Toga AW, Jack CR, Bernstein MA, Reiman EM, Harvey DJ, **Kornak J,** Schuff N, Alexander GE, Weiner MW, Thompson PM. Mapping Alzheimer's disease progression in 1309 MRI scans: power estimates for different inter-scan intervals. Neuroimage. 2010 May 15; 51(1):63-75. PMID: 20139010. PMCID: PMC2846999

Prepared: May 27, 2024

32. 2010    **\*Kornak J,** Young K, Soher BJ, Maudsley AA. Bayesian k -space-time reconstruction of MR spectroscopic imaging for enhanced resolution. IEEE Trans Med Imaging. 2010 Jul; 29(7):1333-50. PMID: 20304734. PMCID: PMC2911978

33. 2010    Ho AJ, Hua X, Lee S, Leow AD, Yanovsky I, Gutman B, Dinov ID, Leporé N, Stein JL, Toga AW, Jack CR, Bernstein MA, Reiman EM, Harvey DJ, **Kornak J,** Schuff N, Alexander GE, Weiner MW, Thompson PM. Comparing 3 T and 1.5 T MRI for tracking Alzheimer's disease progression with tensor-based morphometry. Hum Brain Mapp. 2010 Apr; 31(4):499-514. PMID: 19780044. PMCID: PMC2875376

34. 2010    Blumenkrantz G, Zuo J, Li X, **Kornak J,** Link TM, Majumdar S. In vivo 3.0-tesla magnetic resonance T1rho and T2 relaxation mapping in subjects with intervertebral disc degeneration and clinical symptoms. Magn Reson Med. 2010 May; 63(5):1193-200. PMID: 20432290. PMCID: PMC2988488

35. 2010    Beckett LA, Harvey DJ, Gamst A, Donohue M, **Kornak J,** Zhang H, Kuo JH. The Alzheimer's Disease Neuroimaging Initiative: Annual change in biomarkers and clinical outcomes. Alzheimers Dement. 2010 May; 6(3):257-64. PMID: 20451874. PMCID: PMC2867839

36. 2010    Zhao Q, Li W, Li C, Chu PW, **Kornak J,** Lang TF, Fang J, Lu Y. A statistical method (cross-validation) for bone loss region detection after spaceflight. Australas Phys Eng Sci Med. 2010 Jun; 33(2):163-9. PMID: 20632144. PMCID: PMC2917547

37. 2010    Sutton EJ, Henning TD, Boddington S, Demos S, Krug C, Meier R, **Kornak J,** Zhao S, Baehner R, Sharifi S, Daldrup-Link H. In vivo magnetic resonance imaging and optical imaging comparison of viable and nonviable mesenchymal stem cells with a bifunctional label. Mol Imaging. 2010 Oct; 9(5):278-90. PMID: 20868628. PMCID: PMC3060764

38. 2011    **\*Kornak J,** Lu Y. Bayesian decision analysis for choosing between diagnostic procedures (with an application in osteoporotic hip fracture assessment). Statistics and Its Interface. 2011; 4:27-36. PMID: 23243483. PMCID: PMC3520495.

39. 2011    **Kornak J,** Hall DA, Haggard MP. Spatially extended FMRI signal response to stimulus in non-functionally relevant regions of the human brain: preliminary results. Open Neuroimag J. 2011; 5:24-32. PMID: 21760873. PMCID: PMC3109590

40. 2011    Weiner MW, Meyerhoff DJ, Neylan TC, Hlavin J, Ramage ER, McCoy D, Studholme C, Cardenas V, Marmar C, Truran D, Chu PW, **Kornak J,** Furlong CE, McCarthy C. The relationship between Gulf War illness, brain N-acetylaspartate, and post-traumatic stress disorder. Mil Med. 2011 Aug; 176(8):896-902. PMID: 21882779. PMCID: PMC3279571

41. 2011    Streeper T, Cavanagh P, Hanson A, Carpenter RD, Saeed I, **Kornak J,** Frassetto L, Grodsinsky C, Funk J, Lee SMC, Spiering BA, Bloomberg J, Mulavara A, Sibonga J, Lang T. Development of An Integrated Countermeasure Device for use in Long-Duration Space Flight. Acta Astronautica. 68(11-12): 2029-2037, 2011.

42. 2011    Rabinovici GD, Rosen HJ, Alkalay A, **Kornak J,** Furst AJ, Agarwal N, Mormino EC, O'Neil JP, Janabi M, Karydas A, Growdon ME, Jang JY, Huang EJ, Dearmond SJ, Trojanowski JQ, Grinberg LT, Gorno-Tempini ML, Seeley WW, Miller BL, Jagust WJ. Amyloid vs FDG-PET in the differential diagnosis of AD and FTLD. Neurology. 2011 Dec 6; 77(23):2034-42. PMID: 22131541. PMCID: PMC3236517

43. 2011    Olney NT, Goodkind MS, Lomen-Hoerth C, Whalen PK, Williamson CA, Holley DE, Verstaen A, Brown LM, Miller BL, **Kornak J,** Levenson RW, Rosen HJ. Behaviour, physiology and experience of pathological laughing and crying in amyotrophic lateral sclerosis. Brain. 2011 Dec; 134(Pt 12):3458-69. PMID: 22155983. PMCID: PMC3235565

44. 2011    Keyak JH, Sigurdsson S, Karlsdottir G, Oskarsdottir D, Sigmarsdottir A, Zhao S, **Kornak J,** Harris TB, Sigurdsson G, Jonsson BY, Siggeirsdottir K, Eiriksdottir G, Gudnason V, Lang TF. Male-female differences in the association between incident hip fracture and proximal femoral strength: A finite element analysis study. 2011; Bone. 48(6):1239-1245. PMID: 21419886. PMCID: PMC3095704.

45. 2012    Lang TF, Sigurdsson S, Karlsdottir G, Oskarsdottir D, Sigmarsdottir A, Chengshi J, **Kornak J,** Harris TB, Sigurdsson G, Jonsson BY, Siggeirsdottir K, Eiriksdottir G, Gudnason V, Keyak JH. Age-related loss of proximal femoral strength in elderly men and women: the Age Gene/Environment Susceptibility Study--Reykjavik. Bone. 2012 Mar; 50(3):743-8. PMID: 22178403. PMCID: PMC3278586

46. 2012          Bakken TE, Roddey JC, Djurovic S, Akshoomoff N, Amaral DG, Bloss
CS, Casey BJ, Chang L, Ernst TM, Gruen JR, Jernigan TL, Kaufmann
WE, Kenet T, Kennedy DN, Kuperman JM, Murray SS, Sowell ER,
Rimol LM, Mattingsdal M, Melle I, Agartz I, Andreassen OA, Schork NJ,
Dale AM, Weiner M, Aisen P, Petersen R, Jack CR, Jagust W,
Trojanowki JQ, Toga AW, Beckett L, Green RC, Saykin AJ, Morris J,
Liu E, Montine T, Gamst A, Thomas RG, Donohue M, Walter S, Gessert
D, Sather T, Harvey D, **Kornak J,** Dale A, Bernstein M, Felmlee J, Fox
N, Thompson P, Schuff N, Alexander G, DeCarli C, Bandy D, Koeppe
RA, Foster N, Reiman EM, Chen K, Mathis C, Cairns NJ, Taylor-
Reinwald L, Trojanowki JQ, Shaw L, Lee VM, Korecka M, Crawford K,
Neu S, Foroud TM, Potkin S, Shen L, Kachaturian Z, Frank R, Snyder
PJ, Molchan S, Kaye J, Quinn J, Lind B, Dolen S, Schneider LS,
Pawluczyk S, Spann BM, Brewer J, Vanderswag H, Heidebrink JL, Lord
JL, Johnson K, Doody RS, Villanueva-Meyer J, Chowdhury M, Stern Y,
Honig LS, Bell KL, Morris JC, Ances B, Carroll M, Leon S, Mintun MA,
Schneider S, Marson D, Griffith R, Clark D, Grossman H, Mitsis E,
Romirowsky A, deToledo-Morrell L, Shah RC, Duara R, Varon D,
Roberts P, Albert M, Onyike C, Kielb S, Rusinek H, de Leon MJ,
Glodzik L, De Santi S, Doraiswamy PM, Petrella JR, Coleman RE,
Arnold SE, Karlawish JH, Wolk D, Smith CD, Jicha G, Hardy P, Lopez
OL, Oakley M, Simpson DM, Porsteinsson AP, Goldstein BS, Martin K,
Makino KM, Ismail MS, Brand C, Mulnard RA, Thai G, Mc-Adams-Ortiz
C, Womack K, Mathews D, Quiceno M, Diaz-Arrastia R, King R, Weiner
M, Martin-Cook K, DeVous M, Levey AI, Lah JJ, Cellar JS, Burns JM,
Anderson HS, Swerdlow RH, Apostolova L, Lu PH, Bartzokis G,
Silverman DH, Graff-Radford NR, Parfitt F, Johnson H, Farlow MR,
Hake AM, Matthews BR, Herring S, van Dyck CH, Carson RE,
MacAvoy MG, Chertkow H, Bergman H, Hosein C, Black S, Stefanovic
B, Caldwell C, Hsiung R, Feldman H, Mudge B, Assaly M, Kertesz A,
Rogers J, Trost D, Bernick C, Munic D, Kerwin D, Mesulam MM,
Lipowski K, Wu CK, Johnson N, Sadowsky C, Martinez W, Villena T,
Turner RS, Johnson K, Reynolds B, Sperling RA, Johnson KA, Marshall
G, Frey M, Yesavage J, Taylor JL, Lane B, Rosen A, Tinklenberg J,
Sabbagh M, Belden C, Jacobson S, Kowall N, Killiany R, Budson AE,
Norbash A, Johnson PL, Obisesan TO, Wolday S, Bwayo SK, Lerner A,
Hudson L, Ogrocki P, Fletcher E, Carmichael O, Olichney J, Kittur S,
Borrie M, Lee TY, Bartha R, Johnson S, Asthana S, Carlsson CM,
Potkin SG, Preda A, Nguyen D, Tariot P, Fleisher A, Reeder S, Bates
V, Capote H, Rainka M, Scharre DW, Kataki M, Zimmerman EA,
Celmins D, Brown AD, Pearlson GD, Blank K, Anderson K, Santulli RB,
Schwartz ES, Sink KM, Williamson JD, Garg P, Watkins F, Ott BR,
Querfurth H, Tremont G, Salloway S, Malloy P, Correia S, Rosen HJ,
Miller BL, Mintzer J, Longmire CF, Spicer K, Finger E, Rachinsky I,
Drost D, Jernigan T, McCabe C, Grant E, Ernst T, Kuperman J, Chung
Y, Murray S, Bloss C, Darst B, Pritchett L, Saito A, Amaral D, DiNino M,

Prepared: May 27, 2024

Eyngorina B, Sowell E, Houston S, Soderberg L, Kaufmann W, van Zijl P, Rizzo-Busack H, Javid M, Mehta N, Ruberry E, Powers A, Rosen B, Gebhard N, Manigan H, Frazier J, Kennedy D, Yakutis L, Hill M, Gruen J, Bosson-Heenan J, Carlson H. Association of common genetic variants in GPCPD1 with scaling of visual cortical surface area in humans. Proc Natl Acad Sci U S A. 2012 Mar 06; 109(10):3985-90. PMID: 22343285. PMCID: PMC3309762

47. 2013    Wilmes LJ, McLaughlin RL, Newitt DC, Singer L, Sinha SP, Proctor E, Wisner DJ, Saritas EU, **Kornak J,** Shankaranarayanan A, Banerjee S, Jones EF, Joe BN, Hylton NM. High-resolution diffusion-weighted imaging for monitoring breast cancer treatment response. Acad Radiol. 2013 May; 20(5):581-9. PMID: 23570936. PMCID: PMC4507576

48. 2013    Jones EF, Sinha SP, Newitt DC, Klifa C, **Kornak J,** Park CC, Hylton NM. MRI enhancement in stromal tissue surrounding breast tumors: association with recurrence free survival following neoadjuvant chemotherapy. PLoS One. 2013; 8(5):e61969. PMID: 23667451. PMCID: PMC3646993

49. 2013    Keyak JH, Sigurdsson S, Karlsdottir G, Oskarsdottir D, Sigmarsdottir A, **Kornak J,** Harris TB, Sigurdsson G, Jonsson BY, Siggeirsdottir K, Eiriksdottir G, Gudnason V, Lang TF. Effect of finite element model loading condition on fracture risk assessment in men and women: The AGES-Reykjavik study. Bone. 2013; 57(1):18-29. PMID: 23907032; PubMed Central PMCID: PMC3786229.

50. 2013    Aziz N, Sokoloff A, **Kornak J,** Leva NV, Mendiola ML, Levison J, Feakins C, Shannon M, Cohan D. Time to Viral Load Suppression in Antiretroviral-Naïve and -Experienced HIV-Infected Pregnant Women on Highly Active Antiretroviral Therapy:  Implications for Pregnant Women Presenting Late in Gestation. BJOG: An International Journal of Obstetrics and Gynaecology. 120(12):1534-1537, 2013.

51. 2013    *Smith-Bindman R, Lebda P, Feldstein VA, Sellami D, Goldstein RB, Brasic N, Jin C, **Kornak J.** Risk of thyroid cancer based on thyroid ultrasound imaging characteristics: results of a population-based study. JAMA Intern Med. 2013 Oct 28; 173(19):1788-96. PMID: 23978950. PMCID: PMC3936789

52. 2014    Kaysen GA, Dalrymple LS, Grimes B, Chertow GM, **Kornak J,** Johansen KL. Changes in serum inflammatory markers are associated with changes in apolipoprotein A1 but not B after the initiation of dialysis. Nephrol Dial Transplant. 2014 Feb; 29(2):430-7. PMID: 24009290. PMCID: PMC3910339

Prepared: May 27, 2024

53. 2014    Aliu SO, Jones EF, Azziz A, **Kornak J,** Wilmes LJ, Newitt DC, Suzuki SA, Klifa C, Gibbs J, Proctor EC, Joe BN, Hylton NM. Repeatability of quantitative MRI measurements in normal breast tissue. Transl Oncol. 2014 Feb; 7(1):130-7. PMID: 24772216. PMCID: PMC3998684

54. 2014    Chao SZ, Matthews BR, Yokoyama JS, Lai NB, Ong H, Tse M, Yuan RF, Lin A, Kramer J, Yaffe K, **Kornak J,** Miller BL, Rosen HJ. Depressive symptoms in chinese-american subjects with cognitive impairment. Am J Geriatr Psychiatry. 2014 Jul; 22(7):642-52. PMID: 24021225. PMCID: PMC4309267

55. 2014    McLaughlin RL, Newitt DC, Wilmes LJ, Jones EF, Wisner DJ, **Kornak J,** Proctor E, Joe BN, Hylton NM. High resolution in vivo characterization of apparent diffusion coefficient at the tumor-stromal boundary of breast carcinomas: a pilot study to assess treatment response using proximity-dependent diffusion-weighted imaging. J Magn Reson Imaging. 2014 May; 39(5):1308-13. PMID: 24719242. PMCID: PMC3983569

56. 2014    Johansen KL, Dalrymple LS, Delgado C, Kaysen GA, **Kornak J,** Grimes B, Chertow GM. Association between body composition and frailty among prevalent hemodialysis patients: a US Renal Data System special study. J Am Soc Nephrol. 2014 Feb; 25(2):381-9. PMID: 24158987. PMCID: PMC3904567

57. 2014    Wisner DJ, Rogers N, Deshpande VS, Newitt DN, Laub GA, Porter DA, **Kornak J,** Joe BN, Hylton NM. High-resolution diffusion-weighted imaging for the separation of benign from malignant BI-RADS 4/5 lesions found on breast MRI at 3T. J Magn Reson Imaging. 2014 Sep; 40(3):674-81. PMID: 24214467. PMCID: PMC4014534

58. 2014    Jafri NF, Newitt DC, **Kornak J,** Esserman LJ, Joe BN, Hylton NM. Optimized breast MRI functional tumor volume as a biomarker of recurrence-free survival following neoadjuvant chemotherapy. J Magn Reson Imaging. 2014 Aug; 40(2):476-82. PMID: 24347097. PMCID: PMC4507716

59. 2014    Reza J, Sammann A, Jin C, Horvai A, Hudnall M, Jablons DM, Jahan T, **Kornak J,** Mann MJ. Aggressive and minimally invasive surgery for pulmonary metastasis of sarcoma. J Thorac Cardiovasc Surg. 2014 Apr; 147(4):1193-200; discussion 1200-1. PMID: 24507991

Prepared: May 27, 2024

60. 2014     Caverzasi E, Henry RG, Vitali P, Lobach IV, **Kornak J,** Bastianello S, Dearmond SJ, Miller BL, Rosen HJ, Mandelli ML, Geschwind MD. Application of quantitative DTI metrics in sporadic CJD. Neuroimage Clin. 2014; 4:426-35. PMID: 24624328. PMCID: PMC3950558

61. 2014     Newitt DC, Aliu SO, Witcomb N, Sela G, **Kornak J,** Esserman L, Hylton NM. Real-Time Measurement of Functional Tumor Volume by MRI to Assess Treatment Response in Breast Cancer Neoadjuvant Clinical Trials: Validation of the Aegis SER Software Platform. Transl Oncol. 2014 Feb; 7(1):94-100. PMID: 24772212. PMCID: PMC3998689

62. 2014     Delgado C, Ward P, Chertow GM, Storer L, Dalrymple L, Block T, Kaysen GA, **Kornak J,** Grimes B, Kutner NG, Johansen KL. Calibration of the brief food frequency questionnaire among patients on dialysis. J Ren Nutr. 2014 May; 24(3):151-156.e1. PMID: 24613023. PMCID: PMC4145671

63. 2014     Johansen KL, Dalrymple LS, Delgado C, Kaysen GA, **Kornak J,** Grimes B, Chertow GM. Comparison of self-report-based and physical performance-based frailty definitions among patients receiving maintenance hemodialysis. Am J Kidney Dis. 2014 Oct; 64(4):600-7. PMID: 24793033. PMCID: PMC4177262

64. 2014     *Llufriu S, **Kornak J,** Ratiney H, Oh J, Brenneman D, Cree BA, Sampat M, Hauser SL, Nelson SJ, Pelletier D. Magnetic resonance spectroscopy markers of disease progression in multiple sclerosis. JAMA Neurol. 2014 Jul 1; 71(7):840-7. PMID: 24839987

65. 2014     Azevedo CJ, **Kornak J,** Chu P, Sampat M, Okuda DT, Cree BA, Nelson SJ, Hauser SL, Pelletier D. In vivo evidence of glutamate toxicity in multiple sclerosis. Annals of neurology. 76(2):269-78, 2014, PMID: 25043416. PMCID: PMC4142752

66. 2015     Tillack AA, Joe BN, Yeh BM, Jun SL, **Kornak J,** Zhao S, Deng D. Vaginal shape at resting pelvic MRI: predictor of pelvic floor weakness? Clin Imaging. 2015 Mar-Apr; 39(2):285-8. PMID: 25457574

67. 2015     Newitt DC, Tan ET, Wilmes LJ, Chenevert TL, **Kornak J,** Marinelli L, Hylton N. Gradient nonlinearity correction to improve apparent diffusion coefficient accuracy and standardization in the american college of radiology imaging network 6698 breast cancer trial. J Magn Reson Imaging. 2015 Oct; 42(4):908-19. PMID: 25758543. PMCID: PMC4629811

Prepared: May 27, 2024

68. 2015    Ray KM, Munir R, Wisner DJ, Azziz A, Holland BC, **Kornak J,** Joe BN.
Internal mammary lymph nodes as incidental findings at screening
breast MRI. Clin Imaging. 2015 Sep-Oct; 39(5):791-3. PMID: 26072093

69. 2015    Sanlorenzo M, Wehner MR, Linos E, **Kornak J,** Kainz W, Posch C,
Vujic I, Johnston K, Gho D, Monico G, McGrath JT, Osella-Abate S,
Quaglino P, Cleaver JE, Ortiz-Urda S. The Risk of Melanoma in Airline
Pilots and Cabin Crew: A Meta-analysis. JAMA Dermatol. 2015 Jan 1;
151(1):51-8. PMID: 25188246. PMCID: PMC4482339

70. 2015    Engelke K, Fuerst T, Dardzinski B, **Kornak J,** Ather S, Genant HK, de
Papp A. Odanacatib treatment affects trabecular and cortical bone in
the femur of postmenopausal women: results of a two-year placebo-
controlled trial. J Bone Miner Res. 2015 Jan; 30(1):30-8. PMID:
24898537

71. 2015    Sha SJ, Ghosh PM, Lee SE, Corbetta-Rastelli C, Jagust WJ, **Kornak J,**
Rankin KP, Grinberg LT, Vinters HV, Mendez MF, Dickson DW, Seeley
WW, Gorno-Tempini M, Kramer J, Miller BL, Boxer AL, Rabinovici GD.
Predicting amyloid status in corticobasal syndrome using modified
clinical criteria, magnetic resonance imaging and fluorodeoxyglucose
positron emission tomography. Alzheimers Res Ther. 2015; 7(1):8.
PMID: 25733984. PMCID: PMC4346122

72. 2015    Shah SC, **Kornak J,** Khalili M. Depression is not associated with
peripheral insulin resistance in patients with chronic hepatitis C
infection. J Viral Hepat. 2015 Mar; 22(3):272-80. PMID: 25196736.
PMCID: PMC4386832

73. 2015    Kaysen GA, Johansen KL, Chertow GM, Dalrymple LS, **Kornak J,**
Grimes B, Dwyer T, Chassy AW, Fiehn O. Associations of
Trimethylamine N-Oxide With Nutritional and Inflammatory Biomarkers
and Cardiovascular Outcomes in Patients New to Dialysis. J Ren Nutr.
2015 Jul; 25(4):351-6. PMID: 25802017. PMCID: PMC4469547

74. 2015    Insel PS, Mattsson N, Mackin RS, **Kornak J,** Nosheny R, Tosun-Turgut
D, Donohue MC, Aisen PS, Weiner MW. Biomarkers and cognitive
endpoints to optimize trials in Alzheimer's disease. Ann Clin Transl
Neurol. 2015 May; 2(5):534-47. PMID: 26000325. PMCID:
PMC4435707

Prepared: May 27, 2024

75. 2015    Newitt DC, Tan ET, Wilmes LJ, Chenevert TL, **Kornak J,** Marinelli L, Hylton N. - Gradient nonlinearity correction to improve apparent diffusion coefficient accuracy and standardization in the american college of radiology imaging network 6698 breast cancer trial. Journal of Magnetic Resonance Imaging. 2015 Oct; 42(4):908-19. PMID: 25758543

76. 2015    Delgado C, Shieh S, Grimes B, Chertow GM, Dalrymple LS, Kaysen GA, **Kornak J,** Johansen KL. Association of Self-Reported Frailty with Falls and Fractures among Patients New to Dialysis. Am J Nephrol. 2015; 42(2):134-40. PMID: 26381744. PMCID: PMC4596065

77. 2015    Chen Y, Wilson L, **Kornak J,** Dudley RA, Merrilees J, Bonasera SJ, Byrne CM, Lee K, Chiong W, Miller BL, Possin KL. The costs of dementia subtypes to California Medicare fee-for-service, 2015. Alzheimer's & Dementia. 2019 Jul 1;15(7):899-906.

78. 2016    Pankov A, Binney RJ, Staffaroni AM, **Kornak J,** Attygalle S, Schuff N, Weiner MW, Kramer JH, Dickerson BC, Miller BL, Rosen HJ. Data-driven regions of interest for longitudinal change in frontotemporal lobar degeneration. Neuroimage Clin. 2016; 12:332-40. PMID: 27547726. PMCID: PMC4983147

79. 2016    Raven MC, Guzman D, Chen AH, **Kornak J,** Kushel M. Out-of-Network Emergency Department Use among Managed Medicaid Beneficiaries. Health Serv Res. 2016 Nov 11. PMID: 27861836

80. 2016    Dutt S, Binney RJ, Heuer HW, Luong P, Attygalle S, Bhatt P, Marx GA, Elofson J, Tartaglia MC, Litvan I, McGinnis SM, Dickerson BC, **Kornak J,** Waltzman D, Voltarelli L, Schuff N, Rabinovici GD, Kramer JH, Jack CR, Miller BL, Rosen HJ, Boxer AL. Progression of brain atrophy in PSP and CBS over 6 months and 1 year. Neurology. 2016 Nov 08; 87(19):2016-2025. PMID: 27742814. PMCID: PMC5109951

81. 2016    Morgan TA, Smith-Bindman R, Harbell J, **Kornak J,** Stock PG, Feldstein VA. US Findings in Patients at Risk for Pancreas Transplant Failure. Radiology. 2016 Jul; 280(1):281-9. PMID: 26807892

82. 2016    Li W, Arasu V, Newitt DC, Jones EF, Wilmes L, Gibbs J, **Kornak J,** Joe BN, Esserman LJ, Hylton NM. Effect of MR Imaging Contrast Thresholds on Prediction of Neoadjuvant Chemotherapy Response in Breast Cancer Subtypes: A Subgroup Analysis of the ACRIN 6657/I-SPY 1 TRIAL. Tomography. 2016 Dec; 2(4):378-387. PMID: 28066808. PMCID: PMC5214452

Prepared: May 27, 2024

83. 2016    Lo WC, Li W, Jones EF, Newitt DC, **Kornak J,** Wilmes LJ, Esserman
LJ, Hylton NM. Effect of Imaging Parameter Thresholds on MRI
Prediction of Neoadjuvant Chemotherapy Response in Breast Cancer
Subtypes. PLoS One. 2016; 11(2):e0142047. PMID: 26886725. PMCID:
PMC4757528

84. 2016    Keenan KE, Peskin AP, Wilmes LJ, Aliu SO, Jones EF, Li W, **Kornak J**,
Newitt DC, Hylton NM. Variability and bias assessment in breast ADC
measurement across multiple systems. J Magn Reson Imaging. 2016
Mar 23. PMID: 27008431

85. 2016    Bonham LW, Geier EG, Fan CC, Leong JK, Besser L, Kukull WA,
**Kornak J,** Andreassen OA, Schellenberg GD, Rosen HJ, Dillon WP,
Hess CP, Miller BL, Dale AM, Desikan RS, Yokoyama JS. Age-
dependent effects of APOE e4 in preclinical Alzheimer's disease. Ann
Clin Transl Neurol. 2016 Sep; 3(9):668-77. PMID: 27648456. PMCID:
PMC5018579

86. 2016    Hayward JH, Ray KM, Wisner DJ, **Kornak J,** Lin W, Joe BN, Sickles
EA. Improving Screening Mammography Outcomes Through
Comparison With Multiple Prior Mammograms. American Journal of
Roentgenology. 2016 Oct;207(4):918-24.PMID: 27385404. PMCID:
PMC5654684

87. 2017    Binney RJ, Pankov A, Marx G, He X, McKenna F, Staffaroni AM,
**Kornak J,** Attygalle S, Boxer AL, Schuff N, Gorno-Tempini ML, Weiner
MW, Kramer JH, Miller BL, Rosen HJ. Data-driven regions of interest
for longitudinal change in three variants of frontotemporal lobar
degeneration. Brain Behav. 2017 Apr; 7(4):e00675. PMID: 28413716.
PMCID: PMC5390848

88. 2017    Delgado C, Chertow GM, Kaysen GA, Dalrymple LS, **Kornak J,** Grimes
B, Johansen KL. Associations of Body Mass Index and Body Fat With
MarkersofInflammation and Nutrition Among Patients
ReceivingHemodialysis. Am J Kidney Dis. 2017 Sep 01. PMID:
28870376

89. 2017    Elahi FM, Marx G, Cobigo Y, Staffaroni AM, **Kornak J,** Tosun D, Boxer
AL, Kramer JH, Miller BL, Rosen HJ. Longitudinal white matter change
in frontotemporal dementia subtypes and sporadic late onset
Alzheimer's disease. Neuroimage Clin. 2017; 16:595-603. PMID:
28975068. PMCID: PMC5614750

Prepared: May 27, 2024

90. 2017    Starobinets O, Simko JP, Kuchinsky K, **Kornak J,** Carroll PR, Greene KL, Kurhanewicz J, Noworolski SM. Characterization and stratification of prostate lesions based on comprehensive multiparametric MRI using detailed whole-mount histopathology as a reference standard. NMR Biomed. 2017 Dec; 30(12). PMID: 28961382. https://doi.org/10.1002/nbm.3796

91. 2017    Perry DC, Brown JA, Possin KL, Datta S, Trujillo A, Radke A, Karydas A, **Kornak J,** Sias AC, Rabinovici GD, Gorno-Tempini ML, Boxer AL, De May M, Rankin KP, Sturm VE, Lee SE, Matthews BR, Kao AW, Vossel KA, Tartaglia MC, Miller ZA, Seo SW, Sidhu M, Gaus SE, Nana AL, Vargas JNS, Hwang JL, Ossenkoppele R, Brown AB, Huang EJ, Coppola G, Rosen HJ, Geschwind D, Trojanowski JQ, Grinberg LT, Kramer JH, Miller BL, Seeley WW. Clinicopathological correlations in behavioural variant frontotemporal dementia. Brain. 2017 Dec 01; 140(12):3329-3345. PMID: 29053860. PMCID: PMC5841140

92. 2018    Azevedo CJ, Cen SY, Khadka S, Liu S, **Kornak J,** Shi Y, Zheng L, Hauser SL, Pelletier D. Thalamic atrophy in multiple sclerosis: A magnetic resonance imaging marker of neurodegeneration throughout disease. Ann Neurol. 2018 Feb; 83(2):223-234. PMID: 29328531

93. 2018    Huang SY, Franc BL, Harnish RJ, Liu G, Mitra D, Copeland TP, Arasu VA, **Kornak J,** Jones EF, Behr SC, Hylton NM, Price ER, Esserman L, Seo Y. Exploration of PET and MRI radiomic features for decoding breast cancer phenotypes and prognosis. NPJ Breast Cancer. 2018; 4:24. PMID: 30131973. PMCID: PMC6095872

94. 2018    Linnen DT, **Kornak J,** Stephens C. The Rural Inpatient Mortality Study: Does urban-rural county classification predict hospital mortality in California? Perm J. 2018 Mar 28; 22. PMID: 29616911. PMCID: PMC5882190

95. 2018    Ljubenkov PA, Staffaroni AM, Rojas JC, Allen IE, Wang P, Heuer H, Karydas A, **Kornak J,** Cobigo Y, Seeley WW, Grinberg LT, Spina S, Fagan AM, Jerome G, Knopman D, Boeve BF, Dickerson BC, Kramer J, Miller B, Boxer AL, Rosen HJ. Cerebrospinal fluid biomarkers predict frontotemporal dementia trajectory. Ann Clin Transl Neurol. 2018 Oct; 5(10):1250-1263. PMID: 30349860. PMCID: PMC6186942

Prepared: May 27, 2024

96. 2019        Staffaroni AM, Ljubenkov PA, **Kornak J,** Cobigo Y, Datta S, Marx G,
                Walters SM, Chiang K, Olney N, Elahi FM, Knopman DS, Dickerson
                BC, Boeve BF, Gorno-Tempini ML, Spina S, Grinberg LT, Seeley WW,
                Miller BL, Kramer JH, Boxer AL, Rosen HJ. Longitudinal multimodal
                imaging and clinical endpoints for frontotemporal dementia clinical trials.
                Brain. 2019 Feb 01; 142(2):443-459. PMID: 30698757. PMCID:
                PMC6351779

97. 2019        Chen Q, Boeve BF, Schwarz CG, Reid R, Tosakulwong N, Lesnick TG,
                Bove J, Brannelly P, Brushaber D, Coppola G, Dheel C, Dickerson BC,
                Dickinson S, Faber K, Fields J, Fong J, Foroud T, Forsberg L, Gavrilova
                RH, Gearhart D, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford
                NR, Grossman M, Haley D, Heuer HW, Hsiung GR, Huey E, Irwin DJ,
                Jack CR, Jones DT, Jones L, Karydas AM, Knopman DS, **Kornak J,**
                Kramer J, Kremers W, Kukull WA, Lapid M, Lucente D, Lungu C,
                Mackenzie IRA, Manoochehri M, McGinnis S, Miller BL, Pearlman R,
                Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP,
                Rascovsky K, Sengdy P, Shaw L, Syrjanen J, Tatton N, Taylor J, Toga
                AW, Trojanowski J, Weintraub S, Wong B, Boxer AL, Rosen H,
                Wszolek Z, Kantarci K. Tracking white matter degeneration in
                asymptomatic and symptomatic MAPT mutation carriers. Neurobiol
                Aging. 2019 Nov; 83:54-62. PMID: 31585367. PMCID: PMC6858933

98. 2019        Li W, Newitt DC, Wilmes LJ, Jones EF, Arasu V, Gibbs J, La Yun B, Li
                E, Partridge SC, **Kornak J,** Esserman LJ, Hylton NM. Additive value of
                diffusion-weighted MRI in the I-SPY 2 TRIAL. J Magn Reson Imaging.
                2019 Apr 26. PMID: 31026118

99. 2019        Possin KL, Merrilees JJ, Dulaney S, Bonasera SJ, Chiong W, Lee K,
                Hooper SM, Allen IE, Braley T, Bernstein A, Rosa TD, Harrison K,
                Begert-Hellings H, **Kornak J,** Kahn JG, Naasan G, Lanata S, Clark AM,
                Chodos A, Gearhart R, Ritchie C, Miller BL. Effect of Collaborative
                Dementia Care via Telephone and Internet on Quality of Life, Caregiver
                Well-being, and Health Care Use: The Care Ecosystem Randomized
                Clinical Trial. JAMA Intern Med. 2019 Sep 30. PMID: 31566651.
                PMCID: PMC6777227

Prepared: May 27, 2024

100. 2019        Staffaroni AM, Bajorek L, Casaletto KB, Cobigo Y, Goh SM, Wolf A,
                Heuer HW, Elahi FM, Ljubenkov PA, Dever R, **Kornak J,** Appleby B,
                Bove J, Bordelon Y, Brannelly P, Brushaber D, Caso C, Coppola G,
                Dheel C, Dickerson BC, Dickinson S, Dominguez S, Domoto-Reilly K,
                Faber K, Ferrall J, Fields JA, Fishman A, Fong J, Foroud T, Forsberg
                LK, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J,
                Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D,
                Hsiung GY, Huey ED, Irwin DJ, Jones DT, Jones L, Kantarci K,
                Karydas A, Kaufer DI, Kerwin DR, Knopman DS, Kraft R, Kremers
                WK, Kukull WA, Litvan I, Lucente D, Lungu C, Mackenzie IR,
                Maldonado M, Manoochehri M, McGinnis SM, McKinley E, Mendez
                MF, Miller BL, Multani N, Onyike C, Padmanabhan J, Pantelyat A,
                Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM,
                Rankin KP, Rascovsky K, Roberson ED, Rogalski E, Sengdy P, Shaw
                LM, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski
                JQ, Weintraub S, Wang P, Wong B, Wszolek Z, Boxer AL, Boeve BF,
                Kramer JH, Rosen HJ. Assessment of executive function declines in
                presymptomatic and mildly symptomatic familial frontotemporal
                dementia: NIH-EXAMINER as a potential clinical trial endpoint.
                Alzheimers Dement. 2019 May 11. PMID: 31088775

101. 2019        Brown JA, Deng J, Neuhaus J, Sible IJ, Sias AC, Lee SE, **Kornak J,**
                Marx GA, Karydas AM, Spina S, Grinberg LT, Coppola G, Geschwind
                DH, Kramer JH, Gorno-Tempini ML, Miller BL, Rosen HJ, Seeley WW.
                Patient-Tailored, Connectivity-Based Forecasts of Spreading Brain
                Atrophy. Neuron. 2019 Dec 04; 104(5):856-868.e5. PMID: 31623919.
                PMCID: PMC7012373

102. 2019        Spina S, Brown JA, Deng J, Gardner RC, Nana AL, Hwang JL, Gaus
                SE, Huang EJ, Kramer JH, Rosen HJ, **Kornak J,** Neuhaus J, Miller
                BL, Grinberg LT, Boxer AL, Seeley WW. Neuropathological correlates
                of structural and functional imaging biomarkers in 4-repeat
                tauopathies. Brain. 2019 May 12. PMID: 31081015. PMCID:
                PMC6598736

Prepared: May 27, 2024

103. 2019    Boeve B, Bove J, Brannelly P, Brushaber D, Coppola G, Dever R, Dheel C, Dickerson B, Dickinson S, Faber K, Fields J, Fong J, Foroud T, Forsberg L, Gavrilova R, Gearhart D, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grossman M, Haley D, Heuer H, Hsiung GR, Huey E, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Knopman D, **Kornak J,** Kraft R, Kramer J, Kremers W, Kukull W, Lapid M, Lucente D, Mackenzie I, Manoochehri M, McGinnis S, Miller B, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos E, Rankin K, Rascovsky K, Sengdy P, Shaw L, Syrjanen J, Tatton N, Taylor J, Toga A, Trojanowski J, Weintraub S, Wong B, Wszolek Z, Boxer A, Rosen H. The longitudinal evaluation of familial frontotemporal dementia subjects protocol: Framework and methodology. Alzheimers Dement. 2019 Oct 18. PMID: 31636026. PMCID: PMC6949411

104. 2019    Chen Y, Wilson L, **Kornak J,** Dudley RA, Merrilees J, Bonasera SJ, Byrne CM, Lee K, Chiong W, Miller BL, Possin KL. The costs of dementia subtypes to California Medicare fee-for-service, 2015. Alzheimers Dement. 2019 Jun 04. PMID: 31175026

105. 2019    Olney NT, Ong E, Goh SM, Bajorek L, Dever R, Staffaroni AM, Cobigo Y, Bock M, Chiang K, Ljubenkov P, **Kornak J,** Heuer HW, Wang P, Rascovsky K, Wolf A, Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber D, Caso C, Coppola G, Dickerson BC, Dickinson S, Domoto-Reilly K, Faber K, Ferrall J, Fields J, Fishman A, Fong J, Foroud T, Forsberg LK, Gearhart DJ, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford NR, Grant I, Grossman M, Haley D, Hsiung G, Huey ED, Irwin DJ, Jones DT, Kantarci K, Karydas AM, Kaufer D, Kerwin D, Knopman DS, Kramer JH, Kraft R, Kremers W, Kukull W, Lapid MI, Litvan I, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis SM, McKinley EC, Mendez MF, Miller BL, Onyike C, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Roberson ED, Rogalski E, Sengdy P, Shaw LM, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wong B, Wszolek Z, Boxer AL, Boeve BF, Rosen HJ. Clinical and volumetric changes with increasing functional impairment in familial frontotemporal lobar degeneration. Alzheimers Dement. 2019 Nov 26. PMID: 31784375. PMCID: PMC6988137

Prepared: May 27, 2024

106. 2019    Staffaroni AM, Cobigo Y, Goh SM, **Kornak J,** Bajorek L, Chiang K, Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber D, Caso C, Coppola G, Dever R, Dheel C, Dickerson BC, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrall J, Fields JA, Fishman A, Fong J, Foroud T, Forsberg LK, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D, Heuer HW, Hsiung GY, Huey ED, Irwin DJ, Jones DT, Jones L, Kantarci K, Karydas A, Kaufer DI, Kerwin DR, Knopman DS, Kraft R, Kramer JH, Kremers WK, Kukull WA, Litvan I, Ljubenkov PA, Lucente D, Lungu C, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis SM, McKinley E, Mendez MF, Miller BL, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Rascovsky K, Roberson ED, Rogalski E, Sengdy P, Shaw LM, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wang P, Wong B, Wszolek Z, Boxer AL, Boeve BF, Rosen HJ. Individualized atrophy scores predict dementia onset in familial frontotemporal lobar degeneration. Alzheimers Dement. 2019 Jul 01. PMID: 31272932

107. 2019    **Kornak J,** Fields J, Kremers W, Farmer S, Heuer HW, Forsberg L, Brushaber D, Rindels A, Dodge H, Weintraub S, Besser L, Appleby B, Bordelon Y, Bove J, Brannelly P, Caso C, Coppola G, Dever R, Dheel C, Dickerson B, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrall J, Fishman A, Fong J, Foroud T, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant IM, Grossman M, Haley D, Hsiao J, Hsiung R, Huey ED, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Kaufer D, Kerwin D, Knopman D, Kraft R, Kramer J, Kukull W, Lapid M, Litvan I, Ljubenkov P, Lucente D, Lungu C, Mackenzie I, Maldonado M, Manoochehri M, McGinnis S, McKinley E, Mendez M, Miller B, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin K, Rascovsky K, Roberson ED, Rogalski-Miller E, Sengdy P, Shaw L, Staffaroni AM, Sutherland M, Syrjanen J, Tartaglia C, Tatton N, Taylor J, Toga A, Trojanowski J, Wang P, Wong B, Wszolek Z, Boeve B, Boxer A, Rosen H. Nonlinear Z-score modeling for improved detection of cognitive abnormality. Alzheimers Dement (Amst). 2019 Dec; 11:797-808. PMID: 31872042. PMCID: PMC6911910

108. 2019    Miyagawa T, Brushaber D, Syrjanen J, Kremers W, Fields J, Forsberg LK, Heuer HW, Knopman D, **Kornak J,** Boxer A, Rosen H, Boeve B. Use of the CDR® plus NACC FTLD in mild FTLD: Data from the ARTFL/LEFFTDS consortium. Alzheimers Dement. 2019 Aug 30. PMID: 31477517

Prepared: May 27, 2024

109. 2019          Chen, Q., Boeve, B.F., Schwarz, C.G., Reid, R., Tosakulwong, N.,
                   Lesnick, T.G., Bove, J., Brannelly, P., Brushaber, D., Coppola, G.,
                   Dheel, C., Dickerson B, Dickinson S, Faber K, Fields J, Fong J,
                   Foroud T, Forsberg L, Gavrilova R, Gearhart D, Ghoshal N, Goldman
                   J, Graff-Radford J, Graff-Radford N, Grossman M, Haley D, Heuer H,
                   Hsiao J, Hsiung R, Huey E, Irwin D, Jack, CR, Jr., Jones D, Jones L,
                   Karydas A, Knopman D, **Kornak J,** Kramer J, Kremers W, Kukull W,
                   Lapid M, Lucente D, Lungu C, Mackenzie I, Manoochehri M, McGinnis
                   S, Miller B, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos
                   E, Rankin K, Rascovsky K, Sengdy P, Shaw L, Sutherland M,
                   Syrjanen J, Tatton N, Taylor J, Toga A, Trojanowski J, Weintraub S,
                   Wong B, Boxer A, Rosen H, Wszolek Z, Kantarci K, on Behalf of the
                   LEFFTDS Consortium 2019. Tracking White Matter Degeneration in
                   Asymptomatic and Symptomatic MAPT Mutation Carriers.
                   Neurobiology of Aging. 83, 54-62, 2019

110. 2020          Miyagawa T, Brushaber D, Syrjanen J, Kremers W, Fields J, Forsberg
                   LK, Heuer HW, Knopman D, **Kornak J,** Boxer A, Rosen HJ, Boeve
                   BF, Appleby B, Bordelon Y, Bove J, Brannelly P, Caso C, Coppola G,
                   Dever R, Dheel C, Dickerson B, Dickinson S, Dominguez S, Domoto-
                   Reilly K, Faber K, Ferrell J, Fishman A, Fong J, Foroud T, Gavrilova R,
                   Gearhart D, Ghazanfari B, Ghoshal N, Goldman JS, Graff-Radford J,
                   Graff-Radford N, Grant I, Grossman M, Haley D, Hsiung R, Huey E,
                   Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Kaufer D, Kerwin D,
                   Kraft R, Kramer J, Kukull W, Litvan I, Lucente D, Lungu C, Mackenzie
                   I, Maldonado M, Manoochehri M, McGinnis S, McKinley E, Mendez
                   MF, Miller B, Multani N, Onyike C, Padmanabhan J, Pantelyat A,
                   Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM,
                   Rankin K, Rascovsky K, Roberson ED, Rogalski E, Sengdy P, Shaw
                   L, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Wang P,
                   Weintraub S, Wong B, Wszolek Z. Utility of the global CDR® plus
                   NACC FTLD rating and development of scoring rules: Data from the
                   ARTFL/LEFFTDS Consortium. Alzheimers Dement. 2020 Jan;
                   16(1):106-117. PMID: 31914218

111. 2020          Toller G, Ranasinghe K, Cobigo Y, Staffaroni A, Appleby B, Brushaber
                   D, Coppola G, Dickerson B, Domoto-Reilly K, Fields J, Fong J,
                   Forsberg L, Ghoshal N, Graff-Radford N, Grossman M, Heuer H,
                   Hsiung GY, Huey E, Irwin D, Kantarci K, Kaufer D, Kerwin D,
                   Knopman D, **Kornak J,** Kramer J, Litvan I, Mackenzie I, Mendez M,
                   Miller B, Rademakers R, Ramos E, Rascovsky K, Roberson E,
                   Syrjanen J, Tartaglia C, Weintraub S, Boeve B, Boxer A, Rosen H,
                   Rankin K. Revised Self-Monitoring Scale: A potential endpoint for
                   frontotemporal dementia clinical trials. Neurology. 2020 06 02;
                   94(22):e2384-e2395. PMID: 32371446. PMCID: PMC7357291

Prepared: May 27, 2024

112. 2020      Ramos EM, Dokuru DR, Van Berlo V, Wojta K, Wang Q, Huang AY, Deverasetty S, Qin Y, van Blitterswijk M, Jackson J, Appleby B, Bordelon Y, Brannelly P, Brushaber DE, Dickerson S, Dickinson S, Domoto-Reilly K, Faber K, Fields J, Fong J, Foroud T, Forsberg LK, Gavrilova R, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Heuer HW, Hsiung GR, Huey E, Irwin D, Kantarci K, Karydas A, Kaufer D, Kerwin D, Knopman D, **Kornak J,** Kramer JH, Kremers W, Kukull W, Litvan I, Ljubenkov P, Lungu C, Mackenzie I, Mendez MF, Miller BL, Onyike C, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rankin KP, Rascovsky K, Roberson ED, Rogalski E, Shaw L, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wong B, Wszolek Z, Rademakers R, Boeve BF, Rosen HJ, Boxer AL, Coppola G. Genetic screening of a large series of North American sporadic and familial frontotemporal dementia cases. Alzheimers Dement. 2020 Jan; 16(1):118-130. PMID: 31914217

113. 2020      Li W, Newitt DC, Yun B, Jones EF, Arasu V, Wilmes LJ, Gibbs J, Nguyen AA, Onishi N, **Kornak J,** Joe BN, Esserman LJ, Hylton NM. Tumor Sphericity Predicts Response in Neoadjuvant Chemotherapy for Invasive Breast Cancer. Tomography. 2020 06; 6(2):216-222. PMID: 32548299. PMCID: PMC7289243

114. 2020      Heuer HW, Wang P, Rascovsky K, Wolf A, Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber DE, Caso C, Coppola G, Dickerson B, Dickinson S, Domoto-Reilly K, Faber K, Ferrall J, Fields J, Fishman A, Fong J, Foroud T, Forsberg LK, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D, Hsiung GY, Huey E, Irwin D, Jones D, Kantarci K, Karydas A, Kaufer D, Kerwin D, Knopman D, **Kornak J,** Kramer JH, Kraft R, Kremers WK, Kukull W, Litvan I, Ljubenkov P, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis S, McKinley E, Mendez MF, Miller BL, Onyike C, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Roberson ED, Rogalski E, Sengdy P, Shaw L, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski J, Weintraub S, Wong B, Wszolek Z, Boeve BF, Rosen HJ, Boxer AL. Comparison of sporadic and familial behavioral variant frontotemporal dementia (FTD) in a North American cohort. Alzheimers Dement. 2020 Jan; 16(1):60-70. PMID: 31914226

115. 2020      Onishi N, Li W, Gibbs J, Wilmes LJ, Nguyen A, Jones EF, Arasu V, **Kornak J,** Joe BN, Esserman LJ, Newitt DC, Hylton NM. Impact of MRI Protocol Adherence on Prediction of Pathological Complete Response in the I-SPY 2 Neoadjuvant Breast Cancer Trial. Tomography. 2020 06; 6(2):77-85. PMID: 32548283. PMCID: PMC7289255

Prepared: May 27, 2024

116. 2020    Staffaroni AM, Bajorek L, Casaletto KB, Cobigo Y, Goh SM, Wolf A, Heuer HW, Elahi FM, Ljubenkov PA, Dever R, **Kornak J,** Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber D, Caso C, Coppola G, Dheel C, Dickerson BC, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrall J, Fields JA, Fishman A, Fong J, Foroud T, Forsberg LK, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D, Hsiung GY, Huey ED, Irwin DJ, Jones DT, Jones L, Kantarci K, Karydas A, Kaufer DI, Kerwin DR, Knopman DS, Kraft R, Kremers WK, Kukull WA, Litvan I, Lucente D, Lungu C, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis SM, McKinley E, Mendez MF, Miller BL, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Rascovsky K, Roberson ED, Rogalski E, Sengdy P, Shaw LM, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wang P, Wong B, Wszolek Z, Boxer AL, Boeve BF, Kramer JH, Rosen HJ. Assessment of executive function declines in presymptomatic and mildly symptomatic familial frontotemporal dementia: NIH-EXAMINER as a potential clinical trial endpoint. Alzheimers Dement. 2020 Jan; 16(1):11-21. PMID: 31914230. PMCID: PMC6842665

117. 2020    Bejanin A, Tammewar G, Marx G, Cobigo Y, Iaccarino L, **Kornak J,** Staffaroni AM, Dickerson BC, Boeve BF, Knopman DS, Gorno-Tempini M, Miller BL, Jagust WJ, Boxer AL, Rosen HJ, Rabinovici GD. Longitudinal structural and metabolic changes in frontotemporal dementia. Neurology. 2020 07 14; 95(2):e140-e154. PMID: 32591470. PMCID: PMC7455324

118. 2020    Casaletto KB, Staffaroni AM, Wolf A, Appleby B, Brushaber D, Coppola G, Dickerson B, Domoto-Reilly K, Elahi FM, Fields J, Fong JC, Forsberg L, Ghoshal N, Graff-Radford N, Grossman M, Heuer HW, Hsiung GY, Huey ED, Irwin D, Kantarci K, Kaufer D, Kerwin D, Knopman D, **Kornak J,** Kramer JH, Litvan I, Mackenzie IR, Mendez M, Miller B, Rademakers R, Ramos EM, Rascovsky K, Roberson ED, Syrjanen JA, Tartaglia MC, Weintraub S, Boeve B, Boxer AL, Rosen H, Yaffe K. Active lifestyles moderate clinical outcomes in autosomal dominant frontotemporal degeneration. Alzheimers Dement. 2020 Jan; 16(1):91-105. PMID: 31914227. PMCID: PMC6953618

Prepared: May 27, 2024

119. 2020    Gentry MT, Lapid MI, Syrjanen J, Calvert K, Hughes S, Brushaber D, Kremers W, Bove J, Brannelly P, Coppola G, Dheel C, Dickerson B, Dickinson S, Faber K, Fields J, Fong J, Foroud T, Forsberg L, Gavrilova R, Gearhart D, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grossman M, Haley D, Heuer H, Hsiung GY, Huey E, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Knopman D, **Kornak J,** Kramer J, Kukull W, Lucente D, Lungu C, Mackenzie I, Manoochehri M, McGinnis S, Miller B, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin K, Rascovsky K, Sengdy P, Shaw L, Tatton N, Taylor J, Toga A, Trojanowski J, Weintraub S, Wong B, Wszolek Z, Boeve BF, Boxer A, Rosen H. Quality of life and caregiver burden in familial frontotemporal lobar degeneration: Analyses of symptomatic and asymptomatic individuals within the LEFFTDS cohort. Alzheimers Dement. 2020 08; 16(8):1115-1124. PMID: 32656921. PMCID: PMC7534513

120. 2020    Gianina Toller, Kamalini Ranasinghe, Yann Cobigo, Adam Staffaroni, Brian Appleby, Danielle Brushaber, Giovanni Coppola, Bradford Dickerson, Kimiko Domoto-Reilly, Julie Fields, Jamie Fong, Leah Forsberg, Nupur Ghoshal, Neil Graff-Radford, Murray Grossman, Hilary Heuer, Gink-Yuek Hsiung, Huey Edward, David Irwin, Kejal Kantarci, Daniel Kaufer, Diana Kerwin, David Knopman, **John Kornak,** Joel Kramer, Irene Litvan, Ian Mackenzie, Mario Mendez, Bruce Miller, Rosa Rademakers, Eliana Ramos, Katya Rascovsky, Erik Roberson, Jeremy Syrjanen, Carmela Tartaglia, Sandra Weintraub, Brad Boeve, Adam Boxer, Howard Rosen, and Katherine Rankin. Revised Self-Monitoring Scale: A potential endpoint for frontotemporal dementia clinical trials. Neurology. 2020 Jun 2;94(22):e2384-95.

121. 2020    Arasu VA, Kim P, Li W, Strand F, McHargue C, Harnish R, Newitt DC, Jones EF, Glymour MM, **Kornak J,** Esserman LJ, Hylton NM. Predictive Value of Breast MRI Background Parenchymal Enhancement for Neoadjuvant Treatment Response among HER2-Patients. J Breast Imaging. 2020 Aug; 2(4):352-360. PMID: 32803155. PMCID: PMC7418876

122. 2020    Staffaroni AM, Goh SM, Cobigo Y, Ong E, Lee SE, Casaletto KB, Wolf A, Forsberg LK, Ghoshal N, Graff-Radford NR, Grossman M, Heuer HW, Hsiung GR, Kantarci K, Knopman DS, Kremers WK, Mackenzie IR, Miller BL, Pedraza O, Rascovsky K, Tartaglia MC, Wszolek ZK, Kramer JH, **Kornak J,** Boeve BF, Boxer AL, Rosen HJ. Rates of Brain Atrophy Across Disease Stages in Familial Frontotemporal Dementia Associated With MAPT, GRN, and C9orf72 Pathogenic Variants. JAMA Netw Open. 2020 10 01; 3(10):e2022847. PMID: 33112398. PMCID: PMC7593814

Prepared: May 27, 2024

123. 2020    Li W, Newitt DC, Gibbs J, Wilmes LJ, Jones EF, Arasu VA, Strand F, Onishi N, Nguyen AA, **Kornak J,** Joe BN, Price ER, Ojeda-Fournier H, Eghtedari M, Zamora KW, Woodard SA, Umphrey H, Bernreuter W, Nelson M, Church AL, Bolan P, Kuritza T, Ward K, Morley K, Wolverton D, Fountain K, Lopez-Paniagua D, Hardesty L, Brandt K, McDonald ES, Rosen M, Kontos D, Abe H, Sheth D, Crane EP, Dillis C, Sheth P, Hovanessian-Larsen L, Bang DH, Porter B, Oh KY, Jafarian N, Tudorica A, Niell BL, Drukteinis J, Newell MS, Cohen MA, Giurescu M, Berman E, Lehman C, Partridge SC, Fitzpatrick KA, Borders MH, Yang WT, Dogan B, Goudreau S, Chenevert T, Yau C, DeMichele A, Berry D, Esserman LJ, Hylton NM. Predicting breast cancer response to neoadjuvant treatment using multi-feature MRI: results from the I-SPY 2 TRIAL. NPJ Breast Cancer. 2020 Nov 27; 6(1):63. PMID: 33298938. PMCID: PMC7695723

124. 2020    Chu SA, Flagan TM, Staffaroni AM, Jiskoot LC, Deng J, Spina S, Zhang L, Sturm VE, Yokoyama JS, Seeley WW, Papma JM, Geschwind DH, Rosen HJ, Boeve BF, Boxer AL, Heuer HW, Forsberg LK, Brushaber DE, Grossman M, Coppola G, Dickerson BC, Bordelon YM, Faber K, Feldman HH, Fields JA, Fong JC, Foroud T, Gavrilova RH, Ghoshal N, Graff-Radford NR, Hsiung GR, Huey ED, Irwin DJ, Kantarci K, Kaufer DI, Karydas AM, Knopman DS, **Kornak J,** Kramer JH, Kukull WA, Lapid MI, Litvan I, Mackenzie IRA, Mendez MF, Miller BL, Onyike CU, Pantelyat AY, Rademakers R, Marisa Ramos E, Roberson ED, Carmela Tartaglia M, Tatton NA, Toga AW, Vetor A, Weintraub S, Wong B, Wszolek ZK. Brain volumetric deficits in MAPT mutation carriers: a multisite study. Ann Clin Transl Neurol. 2020 Nov 28. PMID: 33247623. PMCID: PMC7818091

125. 2020    Charli-Joseph Y, Kashani-Sabet M, McCalmont TH, **Kornak J,** Allen I, Ai WZ, LeBoit PE, Pincus LB. Association of a Proposed New Staging System for Folliculotropic Mycosis Fungoides With Prognostic Variables in a US Cohort. JAMA Dermatol. 2020 Dec 09. PMID: 33295938. PMCID: PMC7726700

126. 2020    Hathi DK, Li W, Seo Y, Flavell RR, **Kornak J,** Franc BL, Joe BN, Esserman LJ, Hylton NM, Jones EF. Evaluation of primary breast cancers using dedicated breast PET and whole-body PET. Sci Rep. 2020 Dec 14; 10(1):21930. PMID: 33318514. PMCID: PMC7736887

Prepared: May 27, 2024

127. 2021     Barker MS, Manoochehri M, Rizer SJ, Appleby BS, Brushaber D, Dev
SI, Devick KL, Dickerson BC, Fields JA, Foroud TM, Forsberg LK,
Galasko DR, Ghoshal N, Graff-Radford NR, Grossman M, Heuer HW,
Hsiung GY, **Kornak J,** Litvan I, Mackenzie IR, Mendez MF, Pascual B,
Rankin KP, Rascovsky K, Staffaroni AM, Tartaglia MC, Weintraub S,
Wong B, Boeve BF, Boxer AL, Rosen HJ, Goldman J, Huey ED,
Cosentino S, ALLFTD consortium . Recognition memory and divergent
cognitive profiles in prodromal genetic frontotemporal dementia.
Cortex. 2021 06; 139:99-115. PMID: 33857770. PMCID: PMC8119343

128. 2021     Staffaroni AM, Asken BM, Casaletto KB, Fonseca C, You M, Rosen
HJ, Boxer AL, Elahi FM, **Kornak J,** Mungas D, Kramer JH.
Development and validation of the Uniform Data Set (v3.0) executive
function composite score (UDS3-EF). Alzheimers Dement. 2021 04;
17(4):574-583. PMID: 33215852. PMCID: PMC8044003

129. 2021     Rojas JC, Wang P, Staffaroni AM, Heller C, Cobigo Y, Wolf A, Goh
SM, Ljubenkov PA, Heuer HW, Fong JC, Taylor JB, Veras E, Song L,
Jeromin A, Hanlon D, Yu L, Khinikar A, Sivasankaran R, Kieloch A,
Valentin MA, Karydas AM, Mitic LL, Pearlman R, **Kornak J,** Kramer
JH, Miller BL, Kantarci K, Knopman DS, Graff-Radford N, Petrucelli L,
Rademakers R, Irwin DJ, Grossman M, Ramos EM, Coppola G,
Mendez MF, Bordelon Y, Dickerson BC, Ghoshal N, Huey ED,
Mackenzie IR, Appleby BS, Domoto-Reilly K, Hsiung GR, Toga AW,
Weintraub S, Kaufer DI, Kerwin D, Litvan I, Onyike CU, Pantelyat A,
Roberson ED, Tartaglia MC, Foroud T, Chen W, Czerkowicz J,
Graham DL, van Swieten JC, Borroni B, Sanchez-Valle R, Moreno F,
Laforce R, Graff C, Synofzik M, Galimberti D, Rowe JB, Masellis M,
Finger E, Vandenberghe R, de Mendonça A, Tagliavini F, Santana I,
Ducharme S, Butler CR, Gerhard A, Levin J, Danek A, Otto M, Sorbi
S, Cash DM, Convery RS, Bocchetta M, Foiani M, Greaves CV,
Peakman G, Russell L, Swift I, Todd E, Rohrer JD, Boeve BF, Rosen
HJ, Boxer AL, ALLFTD and GENFI consortia . Plasma Neurofilament
Light for Prediction of Disease Progression in Familial Frontotemporal
Lobar Degeneration. Neurology. 2021 05 04; 96(18):e2296-e2312.
PMID: 33827960. PMCID: PMC8166434

Prepared: May 27, 2024

130. 2021    Onishi N, Li W, Newitt DC, Harnish RJ, Strand F, Nguyen AA, Arasu VA, Gibbs J, Jones EF, Wilmes LJ, **Kornak J,** Joe BN, Price ER, Ojeda-Fournier H, Eghtedari M, Zamora KW, Woodard S, Umphrey HR, Nelson MT, Church AL, Bolan PJ, Kuritza T, Ward K, Morley K, Wolverton D, Fountain K, Lopez Paniagua D, Hardesty L, Brandt KR, McDonald ES, Rosen M, Kontos D, Abe H, Sheth D, Crane E, Dillis C, Sheth P, Hovanessian-Larsen L, Bang DH, Porter B, Oh KY, Jafarian N, Tudorica LA, Niell B, Drukteinis J, Newell MS, Giurescu ME, Berman E, Lehman CD, Partridge SC, Fitzpatrick KA, Borders MH, Yang WT, Dogan B, Goudreau SH, Chenevert T, Yau C, DeMichele A, Berry DA, Esserman LJ, Hylton NM. Breast MRI during Neoadjuvant Chemotherapy: Lack of Background Parenchymal Enhancement Suppression and Inferior Treatment Response. Radiology. 2021 11; 301(2):295-308. PMID: 34427465. PMCID: PMC8574064

131. 2021    Silverman HE, Ake JM, Manoochehri M, Appleby BS, Brushaber D, Devick KL, Dickerson BC, Fields JA, Forsberg LK, Ghoshal N, Graff-Radford NR, Grossman M, Heuer HW, **Kornak J,** Lapid MI, Litvan I, Mackenzie IR, Mendez MF, Onyike CU, Pascual B, Tartaglia MC, Boeve BF, Boxer AL, Rosen HJ, Cosentino S, Huey ED, Barker MS, Goldman JS, ALLFTD consortium. The contribution of behavioral features to caregiver burden in FTLD spectrum disorders. Alzheimers Dement. 2021 Dec 02. PMID: 34854532. PMCID: PMC9160199

132. 2021    Staffaroni AM, Asken BM, Casaletto KB, Fonseca C, You M, Rosen HJ, Boxer AL, Elahi FM, **Kornak J,** Mungas D, Kramer JH. Development and validation of the Uniform Data Set (v3.0) executive function composite score (UDS3-EF). Alzheimers Dement. 2021, 17(4), 574-583.

133. 2022    Nguyen AA, Onishi N, Carmona-Bozo J, Li W, **Kornak J,** Newitt DC, Hylton NM. Post-Processing Bias Field Inhomogeneity Correction for Assessing Background Parenchymal Enhancement on Breast MRI as a Quantitative Marker of Treatment Response. Tomography. 2022 03 22; 8(2):891-904. PMID: 35448706. PMCID: PMC9027600

134. 2022    Durstenfeld MS, Peluso MJ, Peyser ND, Lin F, Knight SJ, Djibo A, Khatib R, Kitzman H, O'Brien E, Williams N, Isasi C, Kornak J, Carton TW, Olgin JE, Pletcher MJ, Marcus GM, Beatty AL. Factors Associated with Long Covid Symptoms in an Online Cohort Study. medRxiv. 2022 Dec 06. PMID: 36523412. PMCID: PMC9753782

Prepared: May 27, 2024

135. 2022    Cobigo Y, Goh MS, Wolf A, Staffaroni AM, **Kornak J,** Miller BL, Rabinovici GD, Seeley WW, Spina S, Boxer AL, Boeve BF, Wang L, Allegri R, Farlow M, Mori H, Perrin RJ, Kramer J, Rosen HJ, Alzheimer's Disease Neuroimaging Initiative (ADNI) and the Dominantly Inherited Alzheimer's Network . Detection of emerging neurodegeneration using Bayesian linear mixed-effect modeling. Neuroimage Clin. 2022; 36:103144. PMID: 36030718. PMCID: PMC9428846

136. 2022    Le NN, Li W, Onishi N, Newitt DC, Gibbs JE, Wilmes LJ, **Kornak J,** Partridge SC, LeStage B, Price ER, Joe BN, Esserman LJ, Hylton NM. Effect of Inter-Reader Variability on Diffusion-Weighted MRI Apparent Diffusion Coefficient Measurements and Prediction of Pathologic Complete Response for Breast Cancer. Tomography. 2022 04 22; 8(3):1208-1220. PMID: 35645385. PMCID: PMC9149942

137. 2022    Li W, Le NN, Onishi N, Newitt DC, Wilmes LJ, Gibbs JE, Carmona-Bozo J, Liang J, Partridge SC, Price ER, Joe BN, **Kornak J,** Magbanua MJM, Nanda R, LeStage B, Esserman LJ, Van't Veer LJ, Hylton NM. Diffusion-Weighted MRI for Predicting Pathologic Complete Response in Neoadjuvant Immunotherapy. Cancers (Basel). 2022 Sep 13; 14(18). PMID: 36139594. PMCID: PMC9497087

138. 2022    Barker MS, Gottesman RT, Manoochehri M, Chapman S, Appleby BS, Brushaber D, Devick KL, Dickerson BC, Domoto-Reilly K, Fields JA, Forsberg LK, Galasko DR, Ghoshal N, Goldman J, Graff-Radford NR, Grossman M, Heuer HW, Hsiung GY, Knopman DS, **Kornak J,** Litvan I, Mackenzie IR, Masdeu JC, Mendez MF, Pascual B, Staffaroni AM, Tartaglia MC, Boeve BF, Boxer AL, Rosen HJ, Rankin KP, Cosentino S, Rascovsky K, Huey ED, ALLFTD Consortium. Proposed research criteria for prodromal behavioural variant frontotemporal dementia. Brain. 2022 04 29; 145(3):1079-1097. PMID: 35349636. PMCID: PMC9050566

Prepared: May 27, 2024

139. 2022          Staffaroni AM, Quintana M, Wendelberger B, Heuer HW, Russell LL,
                   Cobigo Y, Wolf A, Goh SM, Petrucelli L, Gendron TF, Heller C, Clark
                   AL, Taylor JC, Wise A, Ong E, Forsberg L, Brushaber D, Rojas JC,
                   VandeVrede L, Ljubenkov P, Kramer J, Casaletto KB, Appleby B,
                   Bordelon Y, Botha H, Dickerson BC, Domoto-Reilly K, Fields JA,
                   Foroud T, Gavrilova R, Geschwind D, Ghoshal N, Goldman J, Graff-
                   Radford J, Graff-Radford N, Grossman M, Hall MGH, Hsiung GY,
                   Huey ED, Irwin D, Jones DT, Kantarci K, Kaufer D, Knopman D,
                   Kremers W, Lago AL, Lapid MI, Litvan I, Lucente D, Mackenzie IR,
                   Mendez MF, Mester C, Miller BL, Onyike CU, Rademakers R,
                   Ramanan VK, Ramos EM, Rao M, Rascovsky K, Rankin KP,
                   Roberson ED, Savica R, Tartaglia MC, Weintraub S, Wong B, Cash
                   DM, Bouzigues A, Swift IJ, Peakman G, Bocchetta M, Todd EG,
                   Convery RS, Rowe JB, Borroni B, Galimberti D, Tiraboschi P, Masellis
                   M, Finger E, van Swieten JC, Seelaar H, Jiskoot LC, Sorbi S, Butler
                   CR, Graff C, Gerhard A, Langheinrich T, Laforce R, Sanchez-Valle R,
                   de Mendona A, Moreno F, Synofzik M, Vandenberghe R, Ducharme S,
                   Le Ber I, Levin J, Danek A, Otto M, Pasquier F, Santana I, **Kornak J,**
                   Boeve BF, Rosen HJ, Rohrer JD, Boxer AL, Frontotemporal Dementia
                   Prevention Initiative (FPI) Investigators. Temporal order of clinical and
                   biomarker changes in familial frontotemporal dementia. Nat Med. 2022
                   10; 28(10):2194-2206. PMID: 36138153

140. 2022          Toller G, Cobigo Y, Ljubenkov PA, Appleby BS, Dickerson BC,
                   Domoto-Reilly K, Fong JC, Forsberg LK, Gavrilova RH, Ghoshal N,
                   Heuer HW, Knopman DS, **Kornak J,** Lapid MI, Litvan I, Lucente DE,
                   Mckenzie IR, McGinnis SM, Miller BL, Pedraza O, Rojas JC, Staffaroni
                   AM, Wong B, Wszolek ZK, Boeve BF, Boxer AL, Rosen HJ, Rankin
                   KP, ALLFTD research consortium. Sensitivity of the Social Behavior
                   Observer Checklist to Early Symptoms of Patients With
                   Frontotemporal Dementia. Neurology. 2022 May 18. PMID: 35584922.
                   PMCID: PMC9421596

141. 2022          Durstenfeld MS, Peluso MJ, Kelly JD, Win S, Swaminathan S, Li D,
                   Arechiga VM, Zepeda V, Sun K, Shao S, Hill C, Arreguin MI, Lu S,
                   Hoh R, Tai V, Chenna A, Yee BC, Winslow JW, Petropoulos CJ,
                   **Kornak J,** Henrich TJ, Martin JN, Deeks SG, Hsue PY. Role of
                   antibodies, inflammatory markers, and echocardiographic findings in
                   postacute cardiopulmonary symptoms after SARS-CoV-2 infection.
                   JCI Insight. 2022 05 23; 7(10). PMID: 35389890. PMCID:
                   PMC9220849

Prepared: May 27, 2024

142. 2023    Casaletto, K. B., **Kornak, J.,** Paolillo, E. W., Rojas, J. C., VandeBunte, A., Staffaroni, A. S., ... & ALLFTD Consortium. (2023). Association of physical activity with neurofilament light chain trajectories in autosomal dominant frontotemporal lobar degeneration variant carriers. JAMA neurology, 80(1), 82-90.

143. 2023    Durstenfeld MS, Peluso MJ, Peyser ND, Lin F, Knight SJ, Djibo A, Khatib R, Kitzman H, O'Brien E, Williams N, Isasi C, Kornak J, Carton TW, Olgin JE, Pletcher MJ, Marcus GM, Beatty AL. Factors Associated With Long COVID Symptoms in an Online Cohort Study. Open Forum Infect Dis. 2023 Feb; 10(2):ofad047. PMID: 36846611. PMCID: PMC9945931

144. 2023    Toller G, Cobigo Y, Callahan P, Appleby BS, Brushaber D, Domoto-Reilly K, Forsberg LK, Ghoshal N, Graff-Radford J, Graff-Radford NR, Grossman M, Heuer HW, **Kornak J,** Kremers W, Lapid MI, Leger G, Litvan I, Mackenzie IR, Pascual MB, Ramos EM, Rascovsky K, Rojas JC, Staffaroni AM, Tartaglia MC, Toga A, Weintraub S, Wszolek ZK, Boeve BF, Boxer AL, Rosen HJ, Rankin KP, ALLFTD consortium. Multisite ALLFTD study modeling progressive empathy loss from the earliest stages of behavioral variant frontotemporal dementia. Alzheimers Dement. 2023 Jan 02. PMID: 36591730

145. 2023    Asken BM, Ljubenkov PA, Staffaroni AM, Casaletto KB, Vandevrede L, Cobigo Y, Rojas-Rodriguez JC, Rankin KP, **Kornak J,** Heuer H, Shigenaga J, Appleby BS, Bozoki AC, Domoto-Reilly K, Ghoshal N, Huey E, Litvan I, Masdeu JC, Mendez MF, Pascual B, Pressman P, Tartaglia MC, Kremers W, Forsberg LK, Boeve BF, Boxer AL, Rosen HJ, Kramer JH, ALLFTD Consortium Investigators. Plasma inflammation for predicting phenotypic conversion and clinical progression of autosomal dominant frontotemporal lobar degeneration. J Neurol Neurosurg Psychiatry. 2023 07; 94(7):541-549. PMID: 36977552. PMCID: PMC10313977

146. 2023    Taylor JC, Heuer HW, Clark AL, Wise AB, Manoochehri M, Forsberg L, Mester C, Rao M, Brushaber D, Kramer J, Welch AE, **Kornak J,** Kremers W, Appleby B, Dickerson BC, Domoto-Reilly K, Fields JA, Ghoshal N, Graff-Radford N, Grossman M, Hall MG, Huey ED, Irwin D, Lapid MI, Litvan I, Mackenzie IR, Masdeu JC, Mendez MF, Nevler N, Onyike CU, Pascual B, Pressman P, Rankin KP, Ratnasiri B, Rojas JC, Tartaglia MC, Wong B, Gorno-Tempini ML, Boeve BF, Rosen HJ, Boxer AL, Staffaroni AM. Feasibility and acceptability of remote smartphone cognitive testing in frontotemporal dementia research. Alzheimers Dement (Amst). 2023 Apr-Jun; 15(2):e12423. PMID: 37180971. PMCID: PMC10170087

Prepared: May 27, 2024

147. 2023    Hiatt RA, Worden L, Rehkopf D, Engmann N, Troester M, Witte JS, Balke K, Jackson C, Barlow J, Fenton SE, Gehlert S, Hammond RA, Kaplan G, **Kornak J,** Nishioka K, McKone T, Smith MT, Trasande L, Porco TC. A complex systems model of breast cancer etiology: The Paradigm II Model. PLoS One. 2023; 18(5):e0282878. PMID: 37205649. PMCID: PMC10198497

148. 2023    Arasu VA, Habel LA, Achacoso NS, Buist DSM, Cord JB, Esserman LJ, Hylton NM, Glymour MM, **Kornak J,** Kushi LH, Lewis DA, Liu VX, Lydon CM, Miglioretti DL, Navarro DA, Pu A, Shen L, Sieh W, Yoon HC, Lee C. Comparison of Mammography AI Algorithms with a Clinical Risk Model for 5-year Breast Cancer Risk Prediction: An Observational Study. Radiology. 2023 06; 307(5):e222733. PMID: 37278627. PMCID: PMC10315521

149. 2023    Onishi N, Bareng TJ, Gibbs J, Li W, Price ER, Joe BN, **Kornak J,** Esserman LJ, Newitt DC, Hylton NM, I-SPY 2 Imaging Working Group, I-SPY 2 Investigator Network. Effect of Longitudinal Variation in Tumor Volume Estimation for MRI-guided Personalization of Breast Cancer Neoadjuvant Treatment. Radiol Imaging Cancer. 2023 07; 5(4):e220126. PMID: 37505107. PMCID: PMC10413289

150. 2024    Cozen AE, Carton T, Hamad R, **Kornak J,** Faulkner Modrow M, Peyser ND, Park S, Orozco JH, Brandner M, O'Brien EC, Djibo DA, McMahill-Walraven CN, Isasi CR, Beatty AL, Olgin JE, Marcus GM, Pletcher MJ. Factors associated with anxiety during the first two years of the COVID-19 pandemic in the United States: An analysis of the COVID-19 Citizen Science study. PLoS One. 2024; 19(2):e0297922. PMID: 38319951. PMCID: PMC10846720

151. 2024    Diwanji D, Onishi N, Hathi DK, Lawhn-Heath C, **Kornak J,** Li W, Guo R, Molina-Vega J, Seo Y, Flavell RR, Heditsian D, Brain S, Esserman LJ, Joe BN, Hylton NM, Jones EF, Ray KM. 18F-FDG Dedicated Breast PET Complementary to Breast MRI for Evaluating Early Response to Neoadjuvant Chemotherapy. Radiol Imaging Cancer. 2024 Mar; 6(2):e230082. PMID: 38551406. PMCID: PMC10988337

Prepared: May 27, 2024

152. 2024    Saloner R, Staffaroni A, Dammer E, Johnson ECB, Paolillo E, Wise A, Heuer H, Forsberg L, Lago AL, Webb J, Vogel J, Santillo A, Hansson O, Kramer J, Miller B, Li J, Loureiro J, Sivasankaran R, Worringer K, Seyfried N, Yokoyama J, Seeley W, Spina S, Grinberg L, VandeVrede L, Ljubenkov P, Bayram E, Bozoki A, Brushaber D, Considine C, Day G, Dickerson B, Domoto-Reilly K, Faber K, Galasko D, Geschwind D, Ghoshal N, Graff-Radford N, Hales C, Honig L, Hsiung GY, Huey E, **Kornak J,** Kremers W, Lapid M, Lee S, Litvan I, McMillan C, Mendez M, Miyagawa T, Pantelyat A, Pascual B, Paulson H, Petrucelli L, Pressman P, Ramos E, Rascovsky K, Roberson E, Savica R, Snyder A, Sullivan AC, Vandebergh M, Boeve B, Rosen H, Rojas J, Boxer A, Casaletto K. Large-scale network analysis of the cerebrospinal fluid proteome identifies molecular signatures of frontotemporal lobar degeneration. Res Sq. 2024 Mar 28. PMID: 38585969. PMCID: PMC10996789

153. 2024    Staffaroni AM, Clark AL, Taylor JC, Heuer HW, Sanderson-Cimino M, Wise AB, Dhanam S, Cobigo Y, Wolf A, Manoochehri M, Forsberg L, Mester C, Rankin KP, Appleby BS, Bayram E, Bozoki A, Clark D, Darby RR, Domoto-Reilly K, Fields JA, Galasko D, Geschwind D, Ghoshal N, Graff-Radford N, Grossman M, Hsiung GY, Huey ED, Jones DT, Lapid MI, Litvan I, Masdeu JC, Massimo L, Mendez MF, Miyagawa T, Pascual B, Pressman P, Ramanan VK, Ramos EM, Rascovsky K, Roberson ED, Tartaglia MC, Wong B, Miller BL, **Kornak J,** Kremers W, Hassenstab J, Kramer JH, Boeve BF, Rosen HJ, Boxer AL, ALLFTD Consortium. Reliability and Validity of Smartphone Cognitive Testing for Frontotemporal Lobar Degeneration. JAMA Netw Open. 2024 Apr 01; 7(4):e244266. PMID: 38558141. PMCID: PMC10985553

## BOOKS AND CHAPTERS

1. 2006    Du, A.T., Schuff, N., Chao,L.L. , Kornak, J., Ezekiel, F., Jagust, W.J., Kramer, J.H., Reed, B.R., Miller, B.L., Norman, D., Chui, H.C., Weiner, M.W. White matter lesions are associated with cortical atrophy more than entorhinal and hippocampal atrophy. Eds: Nishimura and A. Gregory Sorensen. International Congress Series, Publisher: Elsevier. 1290, 89-100, 2006

2. 2017    Zhao, Q., Lu, Y., **Kornak, J.** Medical Signal and Image Analysis. In Handbook of Medical Statistics. Ed: Fang Ji-Qian. 737-763, 2017

Prepared: May 27, 2024

## OTHER PUBLICATIONS

1. 2005      **Kornak, J.,** and Young, K. - On the comparison of analytic optimization algorithms for the reconstruction of low-resolution k-space data in high-resolution transformed space. Proceedings of CMM 2005 - Computational Methods in Mechanics, Czestochowa, Poland, 2005.

2. 2014      **Kornak, J.** - Bayesian image analysis in Fourier space (BIFS). In JSM Proceedings, Statistics in Imaging Section. Alexandria, VA: American Statistical Association. 1487-1492. 2014.

3. 2020      **Kornak J,** Boylan R, Young K, Wolf A, Cobigo Y, Rosen H. Bayesian Image Analysis in Fourier Space Using Data-Driven Priors (DD-BIFS). In International Conference on Information Processing and Management of Uncertainty in Knowledge-Based Systems 2020 Jun 15 (pp. 380-390). Springer, Cham.

Prepared: May 27, 2024

## SIGNIFICANT PUBLICATIONS

1. 2019    **Kornak J,** Fields J, Kremers W, Farmer S, Heuer HW, Forsberg L, Brushaber D, Rindels A, Dodge H, Weintraub S, Besser L, Appleby B, Bordelon Y, Bove J, Brannelly P, Caso C, Coppola G, Dever R, Dheel C, Dickerson B, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrall J, Fishman A, Fong J, Foroud T, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant IM, Grossman M, Haley D, Hsiao J, Hsiung R, Huey ED, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Kaufer D, Kerwin D, Knopman D, Kraft R, Kramer J, Kukull W, Lapid M, Litvan I, Ljubenkov P, Lucente D, Lungu C, Mackenzie I, Maldonado M, Manoochehri M, McGinnis S, McKinley E, Mendez M, Miller B, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin K, Rascovsky K, Roberson ED, Rogalski-Miller E, Sengdy P, Shaw L, Staffaroni AM, Sutherland M, Syrjanen J, Tartaglia C, Tatton N, Taylor J, Toga A, Trojanowski J, Wang P, Wong B, Wszolek Z, Boeve B, Boxer A, Rosen H. Nonlinear Z-score modeling for improved detection of cognitive abnormality. Alzheimers Dement (Amst). 2019 Dec; 11:797-808. PMID: 31872042. PMCID: PMC6911910

The work in this paper was developed for the ALLFTD Consortium whose aim is to examine longitudinal Frontotemporal Lobar Degeneration. The project arose because conventional linear approaches to develop normative neuropsychological scores that account for age and educational level were found to be inadequate leading to counter-intuitive results. These results occurred because of the linear and constant variance assumptions inherent to the linear models that are in standard use for normative scores. For this paper we extended the conventional approach to use shape-constrained additive models such that both non-linear monotonic effects can be modeled, and non-constant variance incorporated. This new approach has led to normative score calculators that clinicians feel are more consistent with expectations and it has been adopted within the ALLFTD study and is beginning to be used more widely.

Prepared: May 27, 2024

2. 2023         Casaletto, K. B., **Kornak, J.,** Paolillo, E. W., Rojas, J. C., VandeBunte, A.,
                Staffaroni, A. S., ... & ALLFTD Consortium. (2023). Association of physical
                activity with neurofilament light chain trajectories in autosomal dominant
                frontotemporal lobar degeneration variant carriers. JAMA neurology,
                80(1), 82-90.

                This paper provides an example of my collaborative work. My extensive
                knowledge on statistical methods for working with longitudinal methods in
                dementia using imaging and other biomarker data. My objective when
                working on such projects is to work in a trans-disciplinary fashion such
                that there is a synergy between the clinical expertise and optimizing
                experimental design and statistical strategy. I worked as an advisor to a
                large degree on this project. Dr. Casaletto, the lead author, has asked me
                to be a statistical mentor on her NIH K-award application. Working this
                way means that I often act as a "teacher" while also helping directly with
                the experimental planning and statistical analysis.

3. 2011         **Kornak J,** Lu Y. Bayesian decision analysis for choosing between
                diagnostic procedures (with an application in osteoporotic hip fracture
                assessment). Statistics and Its Interface. 2011; 4:27-36. PMID: 23243483.
                PMCID: PMC3520495.

                This paper describes a quantitative technique to aid the decision of
                whether to adopt a new diagnostic method. The decision process for
                diagnostic procedures is complicated by the fact that diagnostic decisions
                are typically based on thresholding one or more continuous variables.
                Therefore, my formal decision process accounts for uncertainty in the
                optimal threshold value for each diagnostic procedure. My approach uses
                a Bayesian decision approach based on maximizing expected utility
                (incorporating patient-benefit, accuracy and costs) with respect to
                diagnostic procedure and threshold level simultaneously. I proposed the
                original idea, developed the method, wrote the code, ran the applications,
                and wrote the paper.

4. 2010    **Kornak J,** Young K, Soher BJ, Maudsley AA. Bayesian k -space-time reconstruction of MR spectroscopic imaging for enhanced resolution. IEEE Trans Med Imaging. 2010 Jul; 29(7):1333-50. PMID: 20304734. PMCID: PMC2911978

This paper provides a comprehensive description of the development and implementation of K-Bayes for magnetic resonance spectroscopic imaging (MRSI.). There is a comprehensive mathematical development of the K-Bayes reconstruction methodology for MRSI, along with multiple applications and simulation studies. The K-Bayes MRSI model extends on the model for perfusion MRI in manuscripts 29 and 30 via the additional consideration of a time dimension, thereby adding an extra level of complexity and computational difficulty. MRSI data sets consists of a time series at each k-space point that itself consists of overlapping metabolite signals    each occurring at the their own resonance frequencies and with their own rates of exponential decay. The K-Bayes MRSI model incorporates a full k-space-time likelihood model for the signal over a set of metabolites and combines it with an anatomical prior model based on structural MRI. The ensuing posterior distribution is maximized to provide a set of reconstructed metabolite maps. I had the initial idea of developing K-Bayes for reconstructing MRSI, developed the K-Bayes model for MRSI and associated computational algorithm for the reconstruction procedure, implemented the procedure, ran the applications and wrote the paper.

5. 2009    **Kornak J,** Dunham B, Hall DA, Haggard MP. Nonlinear voxel-based modeling of the haemodynamic response function in fMRI. Journal of Applied Statistics. 36(3): 237-253, 2009.

This paper presents new non-linear models of the brain hemodynamic response (HDR) to stimuli, actions or thoughts capable of capturing response shape characteristics missed by standard models. The application of these new models to fitting the HDR in this paper demonstrates coherent spatial variation in response shape within regions of brain activation. Understanding and properly modeling these spatial variations in HDR shape could have important implications for understanding hemodynamic brain changes due to neurodegenerative diseases, psychiatric illnesses or/and brain injury. For this paper, I had the initial idea to reformulate models for the HDR, performed all model development and application, and wrote the paper.

Prepared: May 27, 2024

**OTHER CREATIVE ACTIVITIES**

1.              2005-06   Course notes and Powerpoint presentations for the Statistics for Radiology course and the lecture series for Radiology Residents
2006       Powerpoint presentations for tutorials presented at Center for Imaging of Neurodegenerative Diseases (VA Medical Center)
2006-07   Powerpoint presentation for Medical Imaging Informatics lecture
2009       Powerpoint presentations for Statistics for Radiology and Biomedical Imaging course
2011-15   Revised lecture Powerpoint presentations for TICR Biostat 209 course
2016-17   Developed course notes and lectures for TICR Biostat 202 course
2017-18   Developed course notes and lectures for TICR Biostat 216 course

2.              See statistical review lectures under "Invited Presentations."