# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

### [PROPOSED] ORDER GRANTING DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER ON DEFENDANTS' MOTION TO COMPEL MR. HESS'S DEPOSITION TESTIMONY (ECF 33067)

**THIS MATTER** having been opened to the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for entry of an Order vacating the August 6, 2024, Special Master Order No. 26 (Addressing a Motion to Compel) (ECF No. 33067) and the Court having considered the submissions of the parties, and for good cause shown;

**IT IS** on this _____, day of _____, 2024, **ORDERED** as follows:

1. The Special Master's August 6, 2024 Special Master Order No. 26 (Addressing a Motion to Compel) (ECF No. 33067) is hereby **VACATED**.

2. Defendants' motion to compel a deposition of Mr. Hess is **GRANTED**.

1

3.  An unrestricted deposition of Mr. Hess shall take place within one week of the date of this order.

_____

Hon.