# Exhibit A

```
                                                         Page 1

 1              SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION: MIDDLESEX COUNTY
 2              DOCKET NO. MID-2912-17AS
                APPELLATE DOCKET NO._____
 3
 4  RICARDO RIMONDI AND PILAR RIMONDI,    )
                                          )
 5                                        )
                    Plaintiffs,           )
 6                                        ) TRANSCRIPT
       v.                                 ) OF
 7                                        ) TRIAL
    BASF CATALYSTS LLC, et al.,           )
 8                                        )
                    Defendants.           )
 9   _____    )
                                          )
10
11              Place:  Middlesex County Courthouse
                        56 Paterson Street
12                      New Brunswick, New Jersey  08903
13              Date:   Tuesday, March 5, 2019
                        (Volume 1 of 2)
14                      (Pages 1 - 200)
15  BEFORE:
16     HON. ANA C. VISCOMI, J.S.C. and JURY
17
18  TRANSCRIPT ORDERED BY:
19     ALLISON BROWN, ESQ.
       WEIL, GOTSHAL & MANGES LLP
20
21
22              ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
23              290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
24              (718) 983-1234
                E-mail:  p1steno@veritext.com
25  Job No. NJ3249822
```

Page 140

1   Q   But now, for example, you've done some PLM
2   work without concentration on Johnson & Johnson
3   products, right?
4   A   That is correct.
5   Q   So no bias in that against finding
6   chrysotile, right?
7   A   Yes, sir.  There is some.
8   Q   Okay.  Because there may be a thin fiber?
9   A   Yes, sir.  It's harder to see chrysotile by PLM at
10  these concentrations.
11  Q   But certainly you no longer have the issue of
12  heavy density separation, right?
13  A   That is correct.
14  Q   And you still didn't find chrysotile, right?
15  A   No.  We haven't seen it.
16  Q   And with respect to TEM work, you said there
17  are some limitations for looking at, for chrysotile,
18  with PLM; you could, if you wanted to, do TEM work
19  without concentration to see if there's any chrysotile
20  that you can find in any Johnson & Johnson products,
21  right?
22  A   Within the limitations of the detection limit,
23  that's correct.
24  Q   And you have simply chosen not to do that
25  analysis?

Page 141

1  A     That's correct.  Not yet.
2       Q     So to be clear, when we see documents,
3  plaintiffs have presented documents that chrysotile is
4  in Johnson & Johnson, you, the expert, as the expert
5  coming to testify for them, have not done TEM work
6  without concentration in order to check whether
7  chrysotile is really in this product, right?
8  A     That is correct.
9       Q     So let's now talk about amphiboles.  And if
10 we go to slide 7, I blocked those out a little bit.
11            So now I've separated out the amphibole types
12 from the -- chrysotile is a serpentine mineral, right?
13 A     That is correct.
14      Q     And amphibole, the word amphibole does not
15 mean asbestos, correct?
16 A     Does not.
17      Q     And you'll see here that for some of the
18 amphiboles, the amphibole asbestos types are listed on
19 the left.  For some of the amphiboles there are special
20 names when the amphibole occurs in its asbestos-form,
21 correct?
22 A     Correct.
23      Q     So like riebeckite is the non-asbestos
24 version of crocidolite, just as an example?
25 A     That is correct.

```
                                                          Page 200

 1                         CERTIFICATION

 2

 3         I, ANDREA F. NOCKS, C.S.R., License Number

 4   30XI00157300, an Certified Court Reporter in and for the

 5   State of New Jersey, do hereby certify the foregoing to

 6   be prepared in full compliance with the current

 7   Transcript Format for Judicial Proceedings and is a true

 8   and accurate non-compressed transcript to the

 9   Best of my knowledge and ability.

10

11   [signature: Andrea Nocks CCR CRR]

12   ANDREA F. NOCKS                        March 5, 2019

13   CERTIFIED COURT REPORTER                DATE

14   MIDDLESEX COUNTY COURTHOUSE

15

16

17

18

19

20

21

22

23

24

25
```