# Exhibit D

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                         COUNTY OF ALAMEDA
 3                            ---oOo---
 4      MARLIN LEWIS EAGLES and
        GEORGIA EAGLES,
 5            Plaintiffs,
                                          No. 22CV018294
 6      vs.
        ARVINMERITOR, INC., et
 7      al.,
              Defendants.
 8      _____/
 9
10
11
12        VIDEOTAPED ZOOM DEPOSITION OF WILLIAM LONGO, Ph.D.
13                   VOLUME 3, Pages 282 - 507
14                       November 3, 2023
15
16
17
18
19
20
21                         REPORTED BY:
22               EARLY K. LANGLEY RMR, RSA, B.A.
23                       CSR NO. 3537
24                   JOB NO:   6298688
25
```

Aiken Welch, A Veritext Company
510-451-1580

```
 1              DEPOSITION OF WILLIAM LONGO, Ph.D.
 2
 3          BE IT REMEMBERED, that pursuant to Notice, and
 4   on November 3, 2023, commencing at the hour of
 5   8:10 a.m. Pacific Time, before me, EARLY LANGLEY, a
 6   Certified Shorthand Reporter, State of California, via
 7   Zoom appeared WILLIAM LONGO, Ph.D., produced as a
 8   witness in said action, and being by me previously duly
 9   sworn, was thereupon examined as a witness in said
10   cause.
11                          ---oOo---
12   APPEARANCES:
13
14   For the Plaintiffs:
15
16          MICHAEL REID
17          Kazan, McClain, Satterley & Greenwood
18          55 Harrison Street
19          Suite 400
20          Oakland, California 94607
21          (510) 302-1000
22          Mreid@kazanlaw.com
23
24
25
                                                       Page 285
```

```
 1   For the Defendant Perrigo Company of Tennessee f/k/a
 2   Cumberland-Swan and CMC, Inc.:
 3
 4        JEFF HINES
 5        Goodell, DeVries, Leech and Dann LLP
 6        One South Street
 7        Baltimore, Maryland 21202
 8        Jjh@gdldlaw.com
 9
10   For the Defendants Longs Drug Stores California, LLC.,
11   on behalf of Longs Drug Stores California, Inc.; Lucky
12   Stores (Save Mart) LLC f/k/a Lucky Stores, Inc.; and
13   Safeway Inc:
14
15        KEVIN RISING
16        Barnes & Thornburg LLP
17        2029 Century Park East
18        Suite 300
19        Los Angeles, California 90067
20        (310) 284-3880
21        Krising@btlaw.com
22
23
24
25
```

Page 286

```
 1    For the Defendants, Johnson & Johnson; LTL Management:
 2
 3         MORTON D. DUBIN
 4         SHAILA R. DIWAN
 5         King & Spalding LLP
 6         1185 Avenue of the Americas
 7         34th Floor
 8         New York, NY 10036
 9         (212) 790 5346
10         Mdubin@kslaw.com
11         Sdiwan@kslaw.com
12
13         KIM BUENO
14         CHRIS COWAN
15         Butler Snow LLP
16         1400 Lavaca Street, Suite 1000
17         Austin, Texas 78701
18         (737) 802-1820
19         kim.bueno@butlersnow.com
20         Chris.cowan@butlersnow.com
21
22    ALSO PRESENT:
23
24         Geoff Minger, Videographer
25
```

Page 287

```
 1    at least two orders of magnitude higher.
 2         Q.  And so that -- that opinion would apply to
 3    any cosmetic talc sold by any retailer, large or
 4    small, in the United States at any point in time;
 5    correct?                                              12:53
 6         A.  Yes.  But just to make it careful, it's
 7    the -- I'm not aware of any other mines than I've
 8    already stated in the United States and I'm not
 9    aware of any other mines for cosmetic talcs in
10    Europe or Asia such as Chinese, such as Italian,     12:53
11    such as France, such as Brazil, and such as India.
12         Q.  But North America, you're -- are you
13    confident in saying that there's asbestos in every
14    bottle of cosmetic talc that was sold at any time
15    in North America?                                     12:54
16         A.  Any bottle that was sold in North America
17    that used a mine source for cosmetic talc in North
18    America will have some level of asbestos in it,
19    and it just depends on the detection limit is --
20    if we can find it or not.  So it's all about         12:54
21    detection limits.
22         Q.  Okay.  But let me take that a little bit
23    further.
24              Do you have an opinion as to what
25    percentage of that talc is at a detection limit      12:55
```

Page 449

```
 1    STATE OF CALIFORNIA
 2                                ss.
 3    REPORTER'S CERTIFICATE
 4
 5
 6         I, EARLY LANGLEY, a Certified Shorthand
 7    Reporter, State of California, do hereby certify:
 8           That WILLIAM LONGO, Ph.D., in the foregoing
 9    deposition named, was present via Zoom and by me
10    sworn as a witness in the above-entitled action at
11    the time and place therein specified;
12           That said deposition was taken before me
13    via Zoom at said time and place, and was taken
14    down in shorthand by me, a Certified Shorthand
15    Reporter of the State of California, and was
16    thereafter transcribed into typewriting, and that
17    the foregoing transcript constitutes a full, true
18    and correct report of said deposition and of the
19    proceedings that took place;
20    IN WITNESS WHEREOF, I have hereunder subscribed my
21    hand on November 6, 2023.
22
                        [signature: Early Langley]
23           EARLY LANGLEY, CSR NO. 3537
                        State of California
24
25
```

Page 507