# Exhibit E

```
                                                                  Page 1
 1                   SUPERIOR COURT OF NEW JERSEY
                     LAW DIVISION - MIDDLESEX COUNTY
 2                   DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and              )
 5   DUSTIN W. CLARK,                )    104 HEARING
                                     )
 6              Plaintiffs,          )    TRANSCRIPT OF
                                     )      PROCEEDINGS
 7        v.                         )
                                     )       (VOLUME I)
 8                                   )
     JOHNSON & JOHNSON, et al.,      )
 9   et al.,                         )
                                     )
10              Defendants.          )
     --------------------------------
11
12               Place: Middlesex County Courthouse
                        56 Paterson Street
13                      New Brunswick, New Jersey  08903
14
                 Date: May 29, 2024
15                     9:02 a.m.
16
17   B E F O R E:
18        HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21               ANDREA F. NOCKS, CCR, CRR
                 PRIORITY ONE
22               290 West Mount Pleasant Avenue
                 Livingston, New Jersey  07039
23               (718) 983-1234
                 E-mail:  p1steno@veritext.com
24
25
```

Page 18

1  polarized light microscopy, right?
2       A.    Yes.
3       Q.    Okay. And each of these microscopes
4  have different methodologies that you would use if
5  you were trying to identify whether something is
6  really chrysotile, correct?
7       A.    That is correct.
8       Q.    And historically you have really
9  considered yourself a TEM analyst, right?
10      A.    Yes. I've done more TEM than
11 anything.
12      Q.    We'll talk a little bit about that
13 when we get to your PLM qualifications.
14            Let's go back to slide 1, and I just
15 want to put a little meat on the bones of the first
16 point and I know you said you agree with that in
17 general but I want to make sure that we have in the
18 record the details of it, and so let's go to slide
19 5.
20            Okay. So I want to walk through and
21 make sure that these are correct.
22            So, as I said, you were hired
23 sometime in 2016 to look at Johnson & Johnson,
24 right?
25      A.    Yes, sir.

Page 36

1       Q.    Okay.
2       A.    Maybe I misunderstood what you were
3  asking.
4       Q.    I just want to know what the variable
5  is that changed, okay, that changed so that now
6  you're identifying it.  So, I'm exploring whether or
7  not that is the use of concentration.  So, that's
8  what we're going to talk about now and, trust me,
9  we'll be talking about Calidria.  Okay?
10      A.    The variable that changed is that we
11 got our hands on the Calidria SG-210.  That helped
12 the analyst understand what they were looking for
13 since the SG-210 has all the same characteristics of
14 what we're finding in the chrysotile.  That's what
15 changed.
16      Q.    Okay.  Trust me, we're going to talk
17 about that.
18            When was the first time your lab ever
19 examined Calidria chrysotile?
20      A.    The first time?
21      Q.    Yep.
22      A.    I think the first time is when we
23 looked at some Visbestos some years ago under court
24 order, and this was like in 2015 or '14, and we did
25 PLM analysis there.  And if you go to your Exhibit

Page 42

1    but let's first do TEM because it's fairly quick.
2                So if we then go to slide 12, these
3    are -- the things below are not chrysotile, they're
4    amphibole.  But within of the things that TEM can do
5    is if you find a particle and you want to know is it
6    talc, is it chrysotile, it can provide you detailed
7    information on chemistry and on crystal structure to
8    identify the proper mineral, correct?
9          A.     Correct.
10         Q.     Okay.  In fact, you have said if you
11   use a TEM, if you choose to use a TEM, it is fairly
12   simple to tell whether or not you are, in fact,
13   looking at chrysotile as opposed to talc, right?
14         A.     Correct.
15         Q.     Okay.  And now let's talk about PLM
16   and the additional dimension that adds and how it
17   can then be manipulated as we'll eventually say by
18   an analyst.
19                Before I get there, though, I want to
20   just talk a little bit about your PLM
21   qualifications.  Okay?  And so, slide 13.
22                Fair to say that as of 2019, which is
23   right before you started to issue reports claiming
24   to find chrysotile in Johnson & Johnson, you said
25   that you personally do not do PLM analysis?

1    analyze those samples but it would take me all day
2    so I don't do it.
3         Q.    Okay.  We'll talk more about that a
4    little bit later but...
5              And if we look at the reports in
6    which MAS has claimed to find chrysotile in
7    Johnson & Johnson, you can see the names of the
8    people who actually did the analysis, right?
9         A.    Correct.
10        Q.    And you are never listed as the
11   analyst?
12        A.    Well, the only people that is listed
13   as the analyst is the person that goes from start to
14   finish.  When I sit down or there's a structure that
15   there's some debate on it and I sit down and look at
16   it and go through it, I don't put my name down for
17   one structure.  That's not fair.
18        Q.    Okay.  But, again, the analyst would
19   typically be somebody like a Paul Hess, right?
20        A.    Correct.
21        Q.    Okay.  But you, I think you just said
22   you feel comfortable answering questions today about
23   PLM dispersion analysis and how it's done at MAS,
24   right?
25        A.    Yes, sir.

Page 48

```
 1        Q.     Okay.  But if we go to the next
 2   step, just so you understand the process, slide
 3   17 -- sorry, actually, it's slide 16 first.
 4                So what the analyst will do is they
 5   will observe the particle under the microscope in
 6   the refractive index oil and they will determine
 7   what color they say they are seeing, right?
 8        A.     Correct.
 9        Q.     And then the next step on a very
10   basic level, if we go to slide 17, is that that
11   particular color will be associated with a
12   wavelength of light, right?
13        A.     Yes.
14        Q.     And so, here if we take that sort of
15   magenta-y color, that would be approximately 540
16   nanometers if you're converting it into a wavelength
17   of light, right?
18        A.     Yeah, 540, 530, right around there.
19        Q.     Okay.  And we can show which it is
20   but the next thing you do, the next step, if we go
21   to slide 18, is that you take that wavelength of
22   light and considering what oil you're using and
23   temperature and things like that, you can then
24   convert it into what's known as a refractive index
25   number or RI number, right?
```

Page 49

```
1          A.      Yes.
2          Q.      Okay.  And we're going to be working
3    with those numbers a good bit today.  And there is
4    an image here of an individual, Dr. Su, and there
5    are tables and methods that are used to perform this
6    type of analysis that were developed by him, right?
7          A.      This analysis?
8          Q.      Yes, this kind of PLM dispersion
9    staining analysis.
10         A.      No.  I would give the credit to
11   Dr. Walter McCrone back in the early '70s.
12         Q.      You use the Su tables as part of your
13   analysis?
14         A.      Yes.  He gives them out when he
15   audits your lab.  So, we have them there.  The
16   analyst, especially Mr. Hess who's been doing this
17   for, I don't know, 40 years, but we always use them
18   because it's handy.
19         Q.      Do you recognize Dr. Su in this
20   courtroom?
21         A.      I'm trying to remember the last time
22   he came and audited our laboratory.
23         Q.      I mean right there.
24         A.      Right where?
25         Q.      Right there.  Can you please stand
```

Page 110

1                    And, again, so, the key thing is what
2    does the analyst actually see here as opposed to
3    what does he report the color is.  Okay?
4                    And so if we just go to the plain
5    image, I guess let's make it an exhibit next.  It's
6    already an exhibit.
7                    Let's just go to the plain image
8    first, and it's PDF 3, it's something that's already
9    in evidence, which is the 2023/02/28 Valadez report.
10   What D number?
11                   MR. HYNES:  Eight.
12                   MR. DUBIN:  D-8, okay.
13    BY MR. DUBIN:
14        Q.     Let's put just the image itself up
15   first.  Is there a way we can Zoom on that a little
16   bit to make it easier to see?
17                   Okay.  And so, when I first asked you
18   about this without using a color bar or without
19   doing anything else, you told me that you were
20   observing in this particle a brownish gold, correct?
21       A.     Correct.
22       Q.     Okay.  But then you give some data
23   here -- if we can scroll back up, we can see RIs.
24   You give some data at the bottom and there's an RI
25   number.  You see it?  You see RI 1564, right?

Page 111

1      A.     Correct.

2      Q.     And what you're able to do when you give us that piece of data is we can do an analysis in reverse to figure out what color your analyst was calling the particle. And so I just want to make sure we understand how that works in reverse. So let's start with slide 46. Actually, we can probably go to 47.

Okay. And so, for example, if you just give the RI which was 1564, we can consult the Su tables for the appropriate oil, and if we go to 4 -- I can't see -- if we go to 48, we've done this before, we can see that the color you're calling this is equivalent to the wavelength of light of 560, and if we go to slide 50, we can see that that color, the color that you are calling this particle for purposes of your analysis calling it chrysotile is this deeper purple, right?

      A.     It shows it on there but it's a blend. So that's where that should be -- should be in my opinion. There really is no purples I'm aware of. But that's where it falls. And I stick with it.

      Q.     And you stick with it because you've already admitted that if we go to, for example,

Page 113

1  Q. I mean, we can just -- we've already
2  marked ISO but do you recall it as 1.556.
3  Otherwise, we can look back at ISO.
4  A. Okay.
5  Q. What?
6  A. I said okay.
7  Q. So, this is slide 19, we'll just call
8  it up. It's already in. So they're reference
9  values. So, ISO tells you what color it thinks that
10 is, right?
11 A. Yes, for the 1866b.
12 Q. And so, it gives you this number
13 1.556, right, correct?
14 A. Correct.
15 Q. And if we look back at Longo slide
16 15, you can see that 1.556 corresponds to this
17 magenta, right?
18 A. Yes, sort of magenta, I agree.
19 Q. And so, just comparing the two
20 colors that you're calling this -- we can go to
21 slide 54 -- you are claiming that this particle that
22 you found in Johnson & Johnson that's on the left is
23 more purple than standard reference chrysotile,
24 right?
25 A. No, it's not more purple. It's just

Page 118

1    Q.    And so, we see the same kind of red
2　edge effect because of your imaging on the talc
3　plates also, right?
4    A.    We have to get it in the same
5　orientation but some do, some don't.
6    Q.    And I asked you about that initially
7　before you started relying on the edge effects to
8　call fibers chrysotile, I asked you about these edge
9　effects and you told me that when you see them on
10　particles, you don't know whether they were just an
11　artifact or not, correct?
12    A.    When was that?
13    Q.    That was in your Eagles deposition.
14    A.    Then that must be correct.
15    Q.    Okay.  And I asked you whether these
16　red edges were an artifact and you said maybe, and
17　you would have to check if your focus was off,
18　right?
19    A.    Yes.
20    Q.    And so if we go back to 51, for
21　example, I've already got it up, if you're claiming
22　to see some sort of edge effect here that you're
23　basing your purple color on but it's an artifact,
24　then your entire analysis is wrong?
25    A.    No, this analysis is not wrong.  This

Page 119

1  is chrysotile and I would need to be looking at the
2  microscope here.  I stand by this.  It's not wrong.
3  And we'll get to that more tomorrow, I guess.
4       Q.   Well, slide 55, as you pointed out,
5  that if this edge effect that you're basing calling
6  this color, this purple, if that's just an artifact
7  of the image and not what you need to be focusing on
8  for dispersion staining, then when you do this
9  calculation, you're putting the wrong number in
10 there, it should be the number corresponding to the
11 yellow?
12      A.   That is not yellow and, you know, if
13 it's this, if it's that.  You know, chrysotile, the
14 birefringence can get as high as 0.017.  So, it is
15 not wrong.
16      Q.   Okay.  So, I'm going to move now to
17 talking about illumination in your Valadez work.
18           MR. DUBIN:  Your Honor, I don't know
19 if you prefer me to stop now and pick up after lunch
20 or go on for a little bit, I'm happy either way.
21           THE COURT:  Do you have any
22 preference, Dr. Longo?
23           THE WITNESS:  Probably might be a
24 good time to break for lunch.
25           THE COURT:  All right.

Page 159

1  we're all talking about.  So, slide 85.
2           So, Calidria is, actually, just -- is
3  a brand name for a particular type of chrysotile
4  asbestos, right?
5       A.      Correct.  It's like amosite.  Amosite
6  is not a mineral.  It's the asbestos mines of South
7  Africa.  So, it's just a tradename.
8       Q.      The name comes from California and
9  the New Idria serpentine deposit, right?
10      A.      That's right, good for you.
11      Q.      Been there, so...
12              And the chrysotile from that area is
13 typically considered to be a unique chrysotile
14 formation that occurs there and perhaps one mine in
15 Yugoslavia, right?
16      A.      Correct.
17      Q.      In fact, you said you've never seen,
18 I think -- the chrysotile from there is completely
19 different from chrysotile that you find in Canada,
20 Vermont, Arizona, places like that; it's a different
21 sort of morphology is what you said, right?
22      A.      If you put Calidria in like a Ziploc
23 bag, it looks like flour.  If you take chrysotile
24 from Canada or 30 other places, it's almost like
25 cotton candy.

1      Q.      As I understand it, your theory is
2  that because laboratories out there don't understand
3  what Calidria looks like, that's why they're
4  supposedly missing chrysotile in all of these talc
5  products, right?
6      A.      That's what I think.  There's got to
7  be a reason that other people aren't finding it
8  except with TEM are the ones I know about.
9      Q.      And so, your theory is that this
10 unique form of chrysotile that's found in this one
11 location in California is the type of chrysotile or
12 the appearance of chrysotile that is found in talc
13 from Vermont, from Italy, from Montana, from every
14 other mine, talc mine in the United States, that
15 somehow this unique type of chrysotile structure
16 that has only been found in this one mine in
17 California has somehow jumped into talc from every
18 area in the United States and from Italy, right?
19     A.      Now you're being silly.  I'm sorry.
20             No.  It's not jumped in there.  And
21 also, these materials have been milled.  You can go
22 to the RG -- the SG-210 chrysotile without us doing
23 anything has an average length of 10 microns, the
24 RG-144 without us doing anything has any average
25 length of about 80 microns.  So, this not formed

Page 250

1              CERTIFICATE OF OFFICER

2

3              I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8              I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.

14                    *Andrea Nocks CCR CRR* (signature)

15                    ---------------------------------
16                    ANDREA NOCKS, CCR, CRR
                      Certificate No. X100157300
17                    Certificate No. XR00011300