# Exhibit G

*Certified Copy*

```
                SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION: MIDDLESEX COUNTY
```

| | |
|---|---|
| RICARDO RIMONDI and <br> PILAR RIMONDI, <br><br> Plaintiffs, <br><br> vs. <br><br> BASF CATALYSTS LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) DOCKET NO. <br> ) <br> ) MID-L-2912-17 <br> ) <br> ) <br> ) |
| JOANNA RUMAN and <br> JACENTY RUMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> BASF CATALYSTS LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) DOCKET NO. <br> ) <br> ) MID-L-2919-17 <br> ) <br> ) <br> ) |

DEPOSITION OF

WILLIAM E. LONGO, PhD

January 7, 2019

10:30 a.m.

11555 Medlock Bridge Road
Suite 100
Johns Creek, Georgia

Debra R. Luther, RMR, CRR, CCR-B-881

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
866-344-0459

2

1                    APPEARANCES OF COUNSEL

2

3    On behalf of the Plaintiffs:

4         ETHAN A. HORN, Esq.
          The Lanier Law Firm
5         21550 Oxnard Street
          Third Floor
6         Woodland Hills, California  91367
          ethan.horn@lanierlawfirm.com
7
          JOSEPH N. COTILLETTA, Esq.
8         The Lanier Law Firm
          Tower 56, Sixth Floor
9         126 East 56th Street
          New York, New York  10022
10        joseph.cotilletta@lanierlawfirm.com
          (Appearance by telephone)
11

12   On behalf of the Defendants
       Johnson & Johnson and
13     Johnson & Johnson Consumer, Inc.:

14        JOHN L. EWALD, Esq.
          Orrick, Herrington & Sutcliffe, LLP
15        51 West 52nd Street
          New York, New York  10019-6142
16        jewald@orrick.com

17
     On behalf of the Defendants
18     Imerys Talc America, Inc., and
       Cyprus Amax Minerals Company:
19
          SAMUEL A. GARSON, Esq.
20        Rawle & Henderson, LLP
          401 Route 73 North, Suite 200
21        40 Lake Center Executive Park
          Marlton, New Jersey  08053
22        sgarson@rawle.com
          (Appearance by telephone)
23

24                          - - -

25

1    any documents or published literature that suggests
2    there is richterite in Johnson & Johnson mines' talc?
3         A.    Again, for the same answer.
4               MR. EWALD:  Okay.  So I don't know if
5         anyone on the phone wants to ask questions.  If
6         not, I'll take a very short break to make sure I
7         haven't missed something.  Otherwise, I'll pass
8         the witness.
9               THE WITNESS:  Thank you.
10              MR. GARSON:  No, I don't have any.
11              MR. EWALD:  Let me take 5 minutes, look
12        over my notes, I think we're done.
13              (Recess from 3:42 p.m. to 3:50 p.m.)
14        Q.    (By Mr. Ewald)  If someone says that PLM
15   is not sensitive enough to find asbestos in cosmetic
16   talc, that would be a false statement; correct?
17        A.    Yes and no.  As long as you have the
18   analyst and you've got experience over time in
19   looking at it, but if -- to say you'll never find it
20   in PLM, it just depends on the experience and time
21   and individual doing it.
22        Q.    But at least in your view, MAS's analysts
23   have found asbestos in Johnson & Johnson's cosmetic
24   talc using PLM without any kind of heavy liquid
25   separation; correct?

1   A.    This is true.  And after doing this work
2   now specifically on cosmetic talc for two years, it
3   would be my opinion that the evaluation of cosmetic
4   talc, in my mind now, three things need to be done.
5   Forget about XRD unless you're looking at the
6   tremolitic talc out of Korea.
7        I believe you need to do -- if you want to
8   fully characterize -- ISO PLM, Blount PLM, and TEM.
9   All three of those methods give you the best ability
10  to make a determination if asbestos is present or not
11  at these detection limits, and it has to be an
12  analyst doing the PLM that has experience in looking
13  at these types of materials, so a lot of years.  But
14  I believe all three of those need to be done.
15       If you're a talc mine, you don't stop at
16  negative -- you don't stop at a negative.  If you
17  were to do ISO PLM or R-93 PLM and you find asbestos,
18  you can stop.  If you don't find asbestos by ISO PLM,
19  you need to do the Blount PLM.  If you find it by
20  Blount PLM, you can stop.  That has detectable
21  asbestiform, tremolite or anthophyllite series.  And
22  if you don't there, then you do TEM.  Those are the
23  three that need to be done.  You can skip the XRD.
24  Q.    See, you talked and it made me think of a
25  couple questions.

132

**C E R T I F I C A T E**

STATE OF GEORGIA:

COUNTY OF GWINNETT:

    I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 131 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

    This, the 10th day of January 2019.

_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter