# Exhibit H

```
 1         IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 IN AND FOR THE COUNTY OF ALAMEDA
 3                              --o0o--
 4    ROSALINO REYES and GEMMA REYES,
 5         Plaintiffs,
 6    vs.                                  No. RG20052391
 7    JOHNSON & JOHNSON, et al.,
 8         Defendants.
                                      /
 9
10
11
12
13         TELEPHONIC DEPOSITION OF WILLIAM E. LONGO, Ph.D
14                             Volume II
15                       September 25, 2020
16
17
18
19
20
21
22    Job No: 4272256
23    Taken before JANICE L. BELCHER
24    CSR No. 12342
25    Pages:  79 - 248
```

Page 79

```
 1         TELEPHONIC DEPOSITION OF WILLIAM E. LONGO, Ph.D
 2
 3        BE IT REMEMBERED, that pursuant to Notice, and on
 4   the 25th day of September, 2020, commencing at the hour
 5   of 8:02 a.m. Pacific Standard Time, telephonically
 6   before me, JANICE L. BELCHER, a Certified Shorthand
 7   Reporter, appeared WILLIAM E. LONGO, Ph.D, produced as a
 8   witness in said action, and being by me previously
 9   sworn, was thereupon examined as a witness in said
10   cause.
11
12                           --o0o--
13
14   TELEPHONIC APPEARANCES:
15   For the Plaintiffs:
16            HENRY A. STEINBERG
              Kazan, McClain, Satterley & Greenwood
17            55 Harrison Street, Suite 400
              Oakland, California  94607
18            (877)995-6372
              hsteinberg@kazanlaw.com
19
20   For the Defendants Johnson & Johnson; Johnson & Johnson
     Consumer, Inc.; and Johnson & Johnson Philippines, Inc.:
21
22            KEVIN HYNES
              King & Spalding, LLP
23            1185 Avenue of the Americas
              34th Floor
24            New York, New York  10036
              (212)556-2100
25            khynes@kslaw.com
```

Page 81

```
 1   For the Defendant O'Reilly Auto Enterprises, LLC:
 2            ALEX TAHERI
              Hugo Parker, LLP
 3            240 Stockton Street, 8th Floor
              San Francisco, California  94108
 4            (415)940-4072
              ataheri@hugoparker.com
 5
     For the Defendants Longs Drug Stores California LLC, on
 6   behalf of Longs Drug Stores California, Inc.; Safeway,
     Inc.; and Lucky Stores, Inc.:
 7
              MEREDITH WHITE
 8            Barnes & Thornburg, LLP
              2029 Century Park East, Suite 300
 9            Los Angeles, California  90067
              (310)284-3884
10            meredith.white@btlaw.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   back in the time when Walter McCrone taught it himself,
 2   and they were dealing with asbestos added products,
 3   where the chrysotile is these very large bundles, you
 4   know, like the silly examples that Dr. Sanchez uses when
 5   he says this is what it ought to look like.
 6           It wasn't until we started, we looked at the
 7   calidria and used that as a standard where the analyst
 8   now knew that it had asbestos in it, but the Calidria
 9   bundles, the size ranges in there are very similar to
10   the size ranges of the chrysotile in the sample.  So
11   they had to know what to look for.  And I don't think,
12   and so we could train any analyst and they would have to
13   have decades of experience.  And of course you have to
14   have the kind of setup we have with our PLM scopes, so
15   this is reproducible.
16           But those MDL samples, to say we looked at them
17   in 1.550 and didn't find chrysotile, you know, that's a
18   misrepresentation of what happened.
19      Q.  With respect to the Korean or the Philippine
20   market containers, so you're saying that the table I'm
21   looking at, Exhibit 10, page 8, Table 1, if we look at
22   that, so the narrative above where -- I guess, let's
23   start there, let's start at the narrative.
24           Page 3 of 15, the narrative discussing sample
25   002, specifically notes, the second sentence there
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3       I, JANICE L. BELCHER, do hereby certify:

 4       That WILLIAM E. LONGO, Ph.D, in the foregoing

 5   deposition named, was present and by me sworn as a

 6   witness in the above-entitled action at the time therein

 7   specified;

 8       That said deposition was taken before me at said

 9   time, and was taken down in shorthand by me, a

10   Certified Shorthand Reporter of the State of California,

11   and was thereafter transcribed into typewriting, and

12   that the foregoing transcript constitutes a full, true

13   and correct report of said deposition and of the

14   proceedings that took place;

15       IN WITNESS WHEREOF, I have hereunder subscribed my

16   hand this 5th day of October, 2020.

17

18

19

20

21

22       [signature: Janice L Belcher]

23

24       JANICE L. BELCHER, CSR No. 12342

25       State of California
```

Page 248