# Exhibit I

```
          SUPERIOR COURT OF THE STATE OF CALIFORNIA

              FOR THE COUNTY OF LOS ANGELES




LINDA ZIMMERMAN, AN            )      CERTIFIED ORIGINAL
INDIVIDUAL,                    )
                               )
         PLAINTIFF,            )      CASE NO. BC720153
                               )
     VS.                       )
                               )      VOLUME II
AUTOZONE INC., ET AL.,         )
                               )
         DEFENDANTS.           )
_____)




VIDEOTAPED DEPOSITION OF WILLIAM LONGO, PH.D.

              MAY 12, 2020

           SUWANEE, GEORGIA




JOB NO. 300655
REPORTED BY KRISTIN VARGAS, CSR NO. 11908, RPR
```

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2              FOR THE COUNTY OF LOS ANGELES

 3

 4

 5   LINDA ZIMMERMAN, AN           )
     INDIVIDUAL,                   )
 6                                 )
              PLAINTIFF,           )    CASE NO. BC720153
 7                                 )
         VS.                       )
 8                                 )
     AUTOZONE INC., ET AL.,        )
 9                                 )
              DEFENDANTS.          )
10   _____)

11

12

13   DEPOSITION OF WILLIAM LONGO, PH.D., THE WITNESS, TAKEN

14   REMOTELY ON BEHALF OF THE DEFENDANTS, AT SUWANEE, GEORGIA,

15   ON TUESDAY, MAY 12, 2020, AT 7:11 A.M., BEFORE KRISTIN

16   VARGAS, CSR NO. 11908, RPR.
```

**222**

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR PLAINTIFFS:

 4       SIMON GREENSTONE PANATIER
         BY:  CHRIS J. PANATIER, ATTORNEY AT LAW
 5            JENNIFER MONTEMAYOR, ATTORNEY AT LAW
         1201 ELM STREET
 6       SUITE 3400
         DALLAS, TEXAS 75270
 7       (214)276-7680
         CPANATIER@SGPTRIAL.COM
 8

 9   FOR DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON

10   CONSUMER INC.:

11       KING & SPALDING
         BY:  MATTHEW K. ASHBY, ATTORNEY AT LAW
12       101 SECOND STREET
         SUITE 2300
13       SAN FRANCISCO, CALIFORNIA 94105
         (415)318-1271
14       MASHBY@KSLAW.COM

15


16   FOR DEFENDANT CHANEL, INC.:

17       MANNING GROSS + MASSENBURG, LLP
         BY:  CHRISTOPHER O. MASSENBURG, ATTORNEY AT LAW
18       365 CANAL STREET
         SUITE 3000
19       NEW ORLEANS, LOUISIANA 70130-6539
         (504)535-2880
20       CMASSENBURG@MGMLAW.COM

21

22

23

24

25
```

1   me that PLM then is going to have trouble resolving
2   chrysotile in that Chinese talc without your heavy
3   liquid separation at very low concentrations?
4        A    At very low concentrations, that would be
5   correct.  You would have to define what very low
6   concentrations are.  At a concentration of what was
7   found in Titley, it does not have a problem using our
8   system.
9        Q    What do you mean by your system?
10       A    Well, we have an enhanced objective lens that
11  gives you better resolution to discriminate between the
12  fibers and it gives better resolution on the dispersion
13  staining.  And we have the high definition monitor that
14  allows you to increase the size and be able to adjust
15  your focus a little bit easier.
16            On a regular PLM setup with a PLM analyst
17  that's not experienced in looking at this, he may never
18  find it.  Maybe at the concentration we found, but I
19  don't know.
20       Q    So would you agree that at least for Coalinga
21  type chrysotile, the PLM procedure is not reliable for
22  confirming chrysotile asbestos in a sample, whether it's
23  a bulk building product or even something like a talc
24  without doing your heavy liquid separation technique?
25       A    No, I won't agree with that.  If you're

```
1   STATE OF CALIFORNIA    )
                           )        ss.
2   COUNTY OF LOS ANGELES  )

3

4          I, Kristin Vargas, Certified Shorthand Reporter,

5   Certificate No. 11908 do hereby certify:

6          That prior to being examined, the witness named in the

7   foregoing deposition was by me duly sworn to testify to the

8   truth, the whole truth, and nothing but the truth;

9          That said deposition was taken down by me in shorthand

10  at the time and place therein named and thereafter reduced

11  to typewriting under my direction, and the same is a true,

12  correct, and complete transcript of said proceedings;

13         That if the foregoing pertains to the original

14  transcript of a deposition in a Federal Case, before

15  completion of the proceedings, review of the transcript

16  { } was { } was not required.

17         I further certify that I am not interested in the event

18  of the action.

19

20         Witness my hand this __15th____ day of ___MAY,_____

21  2020.

22              _____KVargas_____

23              KRISTIN VARGAS
                Certified Shorthand Reporter
24              for the State of California

25
```