# Exhibit K

```
            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                  FOR THE COUNTY OF HUMBOLDT


CARLA ALLEN,                    )
                                )
            Plaintiff,          )
                                )
         vs.                    )CASE NO. DR180132
                                )
BRENNTAG NORTH AMERICA,         )
INC.; (sued individually       )
and as successor-in-interest   )
to MINERAL PIGMENT             )
SOLUTIONS, INC., and as         )
successor-in-interest to        )
WHITTAKER, CLARK &              )
DANIELS, INC.), et al.,         )
                                )
            Defendants.         )
_____)
```

DEPOSITION OF

WILLIAM E. LONGO, PhD


September 14, 2018

11:30 a.m.


11695 Medlock Bridge Road
Johns Creek, Georgia


Debra R. Luther, RMR, CRR, CCR-B-881

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

William E. Longo, Ph.D.                          September 14, 2018

Page 2

1                    APPEARANCES OF COUNSEL
2
3    On behalf of the Plaintiff:
4        CHRIS J. PANATIER, Esq.
         Simon Greenstone Panatier, PC
5        1201 Elm Street
         Suite 3400
6        Dallas, Texas  75270
         cpanatier@sgptrial.com
7
8    On behalf of the Defendant
     Colgate-Palmolive Company:
9
         MORGAN W. TOVEY, Esq.
10       Quinn, Emanuel, Urquhart & Sullivan, LP
         50 California Street
11       22nd Floor
         San Francisco, California  94111
12       morgantovey@quinnemanuel.com
13
     On behalf of the Defendants
14       Johnson & Johnson and
         Johnson & Johnson Consumer, Inc.:
15
         KIMBERLY O. BRANSCOME, Esq.
16       Kirkland & Ellis, LLP
         333 South Hope Street
17       Los Angeles, California  90071
         kimberly.branscome@kirkland.com
18       (Appearance by telephone)
19
     On behalf of the Defendants
20       Bristol-Myers Squibb Company; Revlon, Inc.; and
         Yves Saint Laurent America, Inc.:
21
         PETER D. POLCHINSKI, Esq.
22       Hawkins, Parnell, Thackston & Young, LLP
         600 Lexington Avenue
23       8th Floor
         New York, New York  10022-7678
24       ppolchinski@hptylaw.com
         (Appearance by telephone)
25

William E. Longo, Ph.D.                    September 14, 2018

Page 3

1        APPEARANCES OF COUNSEL BY PHONE (Continued)

2

   On behalf of the Defendant
3     CVS Pharmacy, Inc., improperly sued as CVS Health
      Corporation, (individually and as
4     successor-in-interest to Longs Drug Stores, LLC,
      and to Longs Drug Stores California, LLC):

5
      SANDRA KO, Esq.
6     Barnes & Thornburg, LLP
      2029 Century Park East
7     Suite 300
      Los Angeles, California  90067-2904
8     sko@btlaw.com

9
   On behalf of the Defendant
10    Imerys Talc America:

11    MORDECAI D. BOONE, Esq.
      Dentons US, LLP
12    1999 Harrison Street
      Suite 1300
13    Oakland, California  94612
      mordecai.boone@dentons.com

14

15 On behalf of the Defendant
      The Procter & Gamble Co.:

16
      JOHN D. COSMICH, Esq.
17    Cosmich, Simmons & Brown, PLLC
      One Eastover Center, Suite 200
18    100 Vision Drive
      Jackson, Mississippi  39211
19    cos@cs-law.com

20
      CLINT HAGAMAN, Esq.
21    Cosmich, Simmons & Brown, PLLC
      The Rivercenter Towers, Suite 480
22    100 East Rivercenter Boulevard
      Covington, Kentucky  41011
23    clint@cs-law.com

24                    - - -

25

William E. Longo, Ph.D.                          September 14, 2018

Page 61

1  direction or another?

2      A.    I don't recall.  I haven't done PLM in

3  such a long time.

4      Q.    Who are you relying upon in your

5  laboratory to do the PLM analysis?

6      A.    **We have a couple people that do it.**

7      Q.    Who are they?

8      A.    **Paul Hess is one, Bill Egeland is one.**

9  **Those are the two -- those are the two primary people**

10 **who do it.**

11     Q.    Would Mr. Hess know what particles would

12 show a parallel extinction?

13     A.    **He may know all of them.  If we just go**

14 **to, you know, the parallel extinction for tremolite**

15 **oblique, I think they call it, and then if you go to**

16 **ones with the anthophyllite, it will tell you what**

17 **the parallel extinction is for that.**

18     Q.    Does tremolite ever show parallel

19 extinction?

20     A.    **I don't think so.  And again, it's been a**

21 **while since I've done this.  The next time we talk I**

22 **can explain it all for you in more detail.**

23     Q.    Would there be a difference between

24 asbestiform and nonasbestiform tremolite as it

25 pertains to extinction angles?

William E. Longo, Ph.D.                    September 14, 2018

Page 173

1                    C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   COUNTY OF GWINNETT:

5

6           I hereby certify that the foregoing

7       transcript was taken down, as stated in the

8       caption, and the questions and answers thereto

9       were reduced to typewriting under my direction;

10      that the foregoing pages 1 through 172 represent

11      a true, complete, and correct transcript of the

12      evidence given upon said hearing, and I further

13      certify that I am not of kin or counsel to the

14      parties in the case; am not in the regular

15      employ of counsel for any of said parties; nor

16      am I in anywise interested in the result of said

17      case.

18          This, the 18th day of September 2018.

19

20      _____

        DEBRA R. LUTHER, B-881
21      Georgia Certified Court Reporter

22

23

24

25

Atlanta Reporters, Inc.        www.atlanta-reporters.com
866-344-0459