# Exhibit L

*Certified Copy*

1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                   STATE OF MISSOURI
2

3

4  TRACEY YVETTE YOUNG, et al., )
                           )
5             Plaintiffs,   )
                           ) Case No.
6         vs.             )
                           ) 1522-CC09728-02
7  JOHNSON & JOHNSON; JOHNSON & )
  JOHNSON CONSUMER COMPANIES,   )
8  INC.; and IMERYS TALC       )
  AMERICA, INC., f/k/a        )
9  LUZENAC AMERICA, INC.,      )
                           )
10           Defendants.   )
  _____ )
11

12

13         VIDEO-RECORDED DEPOSITION OF

14           WILLIAM E. LONGO, PhD

15

16            January 25, 2019

17              9:24 a.m.

18

19        11555 Medlock Bridge Road
                Suite 100
20        Johns Creek, Georgia

21

22     Debra R. Luther, RMR, CRR, CCR-B-881

23

24

25

*Atlanta Reporters, Inc.*
Georgia Certified Court Reporters
866-344-0459

2

1                    APPEARANCES OF COUNSEL

2

3    On behalf of the Plaintiffs:

4         LEE CIRSCH, Esq.
          The Lanier Law Firm
5         21550 Oxnard Street
          Third Floor
6         Woodland Hills, California  91367
          lee.cirsch@lanierlawfirm.com

7

8    On behalf of the Defendants
          Johnson & Johnson and
9    Johnson and Johnson Consumer Companies, Inc.:

10        JOHN L. EWALD, Esq.
          Orrick, Herrington & Sutcliffe, LLP
11        51 West 52nd Street
          New York, New York  10019-6142
12        jewald@orrick.com

13

14   On behalf of the Defendant
          Imerys Talc America, Inc.:

15        MARK A. PROST, Esq.
          STEVEN T. WALSH, Esq.
16        Sandberg, Phoenix & Von Gontard, PC
          600 Washington Avenue
17        15th Floor
          St. Louis, Missouri  63101-1880
18        mprost@sandbergphoenix.com
          swalsh@sandbergphoenix.com

19

20   Also Present:

21        George Montiel, Videographer

22                        - - -

23

24

25

85

1    or is it MAS generally?  I can't remember.

2             MR. CIRSCH:  Object to form.

3             THE WITNESS:  I don't know.  I'd have to

4        look at the affidavit.

5        Q.    (By Mr. Ewald)  Separate from the

6    affidavit, do you have an estimate about how many

7    products you have personally tested for the presence

8    of asbestos over your career?

9        A.    That I've personally tested?

10       Q.    Personally tested.

11       A.    Over my career?

12       Q.    Yes.

13       A.    Thousands.

14       Q.    And how many of those occasions involved

15   you analyzing the sample using PLM?

16       A.    Not any, that I'm aware of.  Those would

17   all be TEM analysis.

18       Q.    Have you ever personally analyzed a sample

19   for the presence of asbestos using PLM?

20       A.    From start to finish?  No.

21       Q.    What training, if any, do you have with

22   respect to using PLM to analyze samples for the

23   presence of asbestos?

24       A.    I mean, besides understanding the

25   procedure that's used and why you do the different --

86

1    how you gather the information for their refractive

2    indices, the elongation, the dispersion staining, the

3    procedure that's used and periodically will be asked

4    by one of the analysts to take a look at this, what

5    do you think, but I don't routinely -- I don't do PLM

6    analysis.

7         Q.    How did you obtain the knowledge that you

8    do have with respect to PLM?

9         A.    Well, over the years as a materials

10   scientist, optical microscopy is one of the

11   techniques that I have used to look at and identify

12   things of interest, and as a PhD in materials science

13   and as somebody who has used optical microscopes

14   routinely and polarized light for looking at, I

15   understand the principles of how it's done.  I guess

16   that's what PhDs do.

17        Q.    For the PLM testing for this January 2019

18   report, do you have an understanding of what the

19   analyst did to differentiate between

20   tremolite/actinolite on one hand and anthophyllite on

21   the other?

22        A.    The refractive indices, the extinction

23   angle, which anthophyllite will go extinct parallel,

24   depending on where the fibers are perpendicular,

25   where tremolite/actinolite is oblique, and under

127

1                       C E R T I F I C A T E

2

3      STATE OF GEORGIA:

4      COUNTY OF GWINNETT:

5

6              I hereby certify that the foregoing

7         transcript was taken down, as stated in the

8         caption, and the questions and answers thereto

9         were reduced to typewriting under my direction;

10        that the foregoing pages 1 through 126 represent

11        a true, complete, and correct transcript of the

12        evidence given upon said hearing, and I further

13        certify that I am not of kin or counsel to the

14        parties in the case; am not in the regular

15        employ of counsel for any of said parties; nor

16        am I in anywise interested in the result of said

17        case.

18             This, the 26th day of January 2019.

19

20        _____
          DEBRA R. LUTHER, B-881

21        Georgia Certified Court Reporter

22

23

24

25