# Exhibit M

*Certified Copy*

1         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
2

3

4  IN RE:  JOHNSON & JOHNSON    )
   TALCUM POWDER PRODUCTS        )
5  MARKETING SALES               )
   PRACTICES, AND PRODUCTS       ) MDL NO.16-2738(FLW)(LHG)
6  LIABILITY LITIGATION          )
   _____)
7

8

9

10

11         VIDEO-RECORDED DEPOSITION OF

12          WILLIAM E. LONGO, PH.D.

13

14

15           February 5, 2019

16             10:24 a.m.

17

18              Suite 100
        11555 Medlock Bridge Road
19          Johns Creek, Georgia

20

21

22      Frances Buono, RPR, CCR-B-791

23

24           Atlanta Reporters, Inc.
        Georgia Certified Court Reporters
25            866-344-0459

```
                                                                    2

 1                      APPEARANCES OF COUNSEL

 2

 3    On behalf of the Plaintiffs:

 4         LEE CIRSCH, Esq.
           The Lanier Law Firm
 5         21550 Oxnard Street
           3rd Floor
 6         Woodland Hills, California  91367
           Lee.cirsch@lanierlawfirm.com
 7

 8         P. LEIGH O'DELL, Esq.
           Beasley Allen Law Firm
 9         218 Commerce Street
           Montgomery, Alabama  36103-4160
10         Leigh.odell@beasleyallen.com

11
           MICHELLE A. PARFITT, Esq.
12         JAMES GREEN, Esq.
           Ashcraft & Gerel, LLP
13         1825 K. Street
           Suite 700
14         Washington, D.C.  20036
           Mparfitt@ashcraftlaw.com
15

16         DENNIS M. GEIER, Esq.
           Cohen Placitella Roth, PC
17         127 Maple Avenue
           Red Bank, New Jersey  07701
18         Dgeier@cprlaw.com

19

20

21

22

23

24

25
```

3

1        **APPEARANCES OF COUNSEL (continued)**

2

3    On behalf of the Defendant,
         Johnson & Johnson and Johnson & Johnson Consumer
4        Inc.:

5          ALEX V. CHACHKES, Esq.
           NINA TROVATO, Esq.
6          Orrick, Herrington & Sutcliffe, LLP
           51 West 52nd Street
7          New York, New York  10019-1642
           Achachkes@orrick.com
8          Ntrovato@orrick.com

9
           JACK N. FROST, JR., Esq.
10         Drinker Biddle & Reath LLP
           600 Campus Drive
11         Florham Park, New Jersey  07932-1047
           Jack.frost@dbr.com
12

13   On behalf of the Defendant,
         Imerys Talc America, Inc.:
14
           MARK K. SILVER, Esq.
15         Coughlin Duffy, LLP
           350 Mount Kemble Avenue
16         Morristown, New Jersey  07962
           Msilver@coughlinduffy.com
17

18         MARK A. PROST, Esq.
           Sandberg Phoenix & von Gontard, P.C.
19         600 Washington Avenue
           15th Floor
20         St. Louis, Missouri  63101-1313
           Mprost@sandbergphoenix.com
21

22

23

24

25

```
                                                              4
 1              APPEARANCES OF COUNSEL (continued)

 2

 3    On behalf of the Defendant,
         Imerys Talc America, Inc.:
 4
            ROBERT A. RICH, Esq.
 5          Gordon & Rees Scully Mansukhani
            1111 Broadway
 6          Suite 1700
            Oakland, California  94607
 7          Rrich@grsm.com

 8
      On behalf of the Defendant,
 9       PTI:

10          MICHAEL ANDERTON, Esq.
            Tucker Ellis, LLP
11          950 Main Avenue
            Suite 1100
12          Cleveland, Ohio  44113-7213
            Michael.anderton@tuckerellis.com
13

14    On behalf of the Defendant,
         PCPC:
15
            REBECCA WOODS, Esq.
16          Seyfarth Shaw
            1075 Peachtree Street, NE
17          Suite 2500
            Atlanta, Georgia  30309
18          Rwoods@seyfarth.com

19
      Also Present:
20
            George Montiel, Videographer
21

22

23

24

25
```

1    our -- that have been published.  A number of papers
2    are published where it's going to be a study on
3    exposure.  You usually have to determine what the
4    concentration of asbestos is in the materials before
5    you publish that.
6         Q.    Those are published in peer-reviewed
7    literature?
8         A.    Yes, sir.
9         Q.    Okay.  But those are not finding asbestos
10   in talc; right?
11        A.    No, sir.  These are all construction
12   products.
13        Q.    Are you an expert in PLM?
14        A.    I think I know more than the average
15   layperson.
16        Q.    Are you an expert in PLM?
17              MR. CIRSCH:  Object to form.
18              THE WITNESS:  Again, that's up to a judge
19        to be an expert.
20              I know how the analysis is done, I could
21        do an analysis if I -- it would take me a lot
22        longer than what people typically do.
23        Q.    (By Mr. Chachkes)  One of the
24   disadvantages of PLM that you cite is that it cannot
25   resolve particles less than 1/2 micrometer; is that

360

# C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF HALL:

      I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 359 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

      This, the 7th day of February, 2019.

_____
FRANCES BUONO, B-791
Georgia Certified Court Reporter