# Exhibit N

Page 172

```
 1            SUPERIOR COURT OF NEW JERSEY
              LAW DIVISION - MIDDLESEX COUNTY
 2            DOCKET NO. MID-L-7385-16AS
 3
 4                                      VIRTUAL
    STEPHEN LANZO, III and           DEPOSITION UPON
 5  KENDRA LANZO,                    ORAL EXAMINATION
                                            OF
 6            Plaintiffs,            WILLIAM E. LONGO
         v.                                Ph.D.
 7                                      (VOLUME II)
    CYPRUS AMAX MINERALS CO.,
 8  et al.,
 9            Defendants.
    --------------------------------
10
11
12
13            TRANSCRIPT of the stenographic notes
14  of ANDREA F. NOCKS, a Certified Court Reporter and
15  Certified Realtime Court Reporter of the State of
16  New Jersey, Certificate No. XI01573, taken virtually
17  on Monday, October 30, 2023, commencing at
18  11:18 a.m. to 3:01 p.m. Eastern Standard Time.
19
20
21
22
23
24
25  JOB NO.:  6168098
```

```
                                                     Page 173

 1     A P P E A R A N C E S:
 2      LEVY KONIGSBERG LLP
        BY:  MOSHE MAIMON, ESQ.
 3      605 Third Avenue
        33rd Floor
 4      New York, New York  10158
        Attorneys for Plaintiffs
 5
 6
 7      KING & SPALDING, LLP
        BY:  MORTON D. DUBIN II, ESQ.
 8      1185 Avenue of the Americas
        34st floor
 9      New York, New York  10036
        -AND-
10      McCARTER & ENGLISH, LLP
        BY:  JOHN C. GARDE, ESQ.
11      Four Gateway Center
        100 Mulberry Street
12      Newark, New Jersey  07102
        Attorneys for Defendant,
13      Johnson & Johnson
14
15
16
17
18
19
20
21
22
23
24
25
```

1  objection, asked and answered.
2       A.    If you have a range?  I never really
3  looked for actual words.  You know, maybe in -- you
4  know, maybe in a class somewhere -- you know, I
5  don't know.  To me, it's just obvious.
6       Q.    What PLM classes have you taken?
7       A.    What?
8       Q.    What classes have you taken in PLM
9  dispersion staining?
10      A.    I haven't taken any.
11      Q.    Okay.  How did you learn to do PLM
12 dispersion staining?
13      A.    Self-taught.  It's not really that
14 hard.  And sometimes if you just sit down and learn
15 the science behind it, it's pretty -- you know, it's
16 more -- it is more complex than simple transmission
17 electromicroscopy for asbestos analysis.  But it's
18 very interesting to me.  I had fun learning all
19 about this.
20      Q.    Okay.  And are there any individuals
21 outside of MAS that you recognize to be authorities
22 in PLM dispersion staining analysis?
23      A.    It's an interesting question.
24            Are they doing an actual calculation
25 of birefringence?  I'm not sure anybody is a

Page 299

1    CERTIFICATE OF OFFICER

3    I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8    I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.

*Andrea Nocks CCR CRR*

15   ---------------------------------
16   ANDREA NOCKS, CCR, CRR
     Certificate No. X100157300
17   Certificate No. XR00011300