# Exhibit O

Page 1

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                          SUPERIOR COURT
                                       DEPARTMENT OF THE
                                       TRIAL COURT

_____
BRYCE ZUNDEL and DIANE ZUNDEL,)
                              )
          Plaintiffs,         ) CIVIL ACTION NO.:
                              )
     vs.                      ) 22-2145
                              )
AMERILURE, INC., et al.,      )
                              )
          Defendants.         )


                    - - -

          Deposition of WILLIAM E. LONGO, PH.D.,

     taken on behalf of the Defendants, pursuant to

     Notice, in accordance with the Massachusetts

     Rules of Civil Procedure, before Louise

     Griffith, Certified Court Reporter, at 6470 East

     Johns Crossing, Suite 160, Johns Creek, Georgia,

     on the 30th day of May, 2023, commencing at the

     hour of 11:19 a.m.

William Longo, Ph.D. - May 30, 2023

Page 3

1    APPEARANCES OF COUNSEL:

2        ON BEHALF OF THE PLAINTIFFS:

3            DARRON E. BERQUIST, ESQ.
             The Lanier Law Firm, PLLC
4            126 East 56th Street
             6th Floor
5            New York, NY  10022

6        ON BEHALF OF THE DEFENDANT LYMOL MEDICAL
         CORP.:
7
             MICHAEL J. CAHALANE, ESQ.
8            Cetrulo, LLP
             Two Seaport Lane
9            10th Floor
             Boston, MA  02210
10
         ON BEHALF OF THE DEFENDANT UNITED MINERALS
11       AND PROPERTIES, INC. d/b/a CIMBAR PERFORMANCE
         MINERALS:
12
             ERIN M. CARPENTER, ESQ. (via Zoom)
13           Husch Blackwell, LLP
             355 South Grand Avenue
14           Suite 2850
             Los Angeles, CA  90071
15
         ON BEHALF OF THE DEFENDANT BOSTON MEDICAL
16       PRODUCTS:

17           DANIEL P. MCCARTHY, ESQ. (via Zoom)
             MG+M The Law Firm
18           125 High Street
             Oliver Street Tower, 6th Floor
19           Boston, MA  02110

20       ON BEHALF OF THE DEFENDANT SCIARRA LABS:

21           MICHAEL GIUNTA, ESQ. (via Zoom)
             Freeman Mathis & Gary, LLP
22           60 State Street
             Suite 600
23           Boston, MA  02109-1800

24

25

William Longo, Ph.D. - May 30, 2023

Page 182

1      A      Scheduling.

2      Q      Okay.

3      A      The PLM analysis is very tedious and long.

4    By TEM, we have three different analysts all

5    qualified to do that.  Chrysotile was really up to

6    one person in our lab, but now we're going to have

7    three as we get --

8      Q      And the one person being Mr. Hess?

9      A      -- as we get people trained.

10     Q      Just want to make it clear.  Clarify.

11     A      Yes.

12     Q      Mr. Hess is the one that's trained now?

13     A      He's the one that has been trained and has

14   been doing this and has given a lot of insight on

15   solving analytical issues.

16     Q      And you're training more people --

17     A      Yes.

18     Q      -- in PLM?

19     A      Correct.

20     Q      Okay.  But TEM is -- doesn't require the

21   same level of training.  Fair?

22     A      It's fair in that it's not as, to me -- and

23   I was an electron microscopy person.  It is not as

24   complicated as PLM.

25     Q      Okay.  And the analyst for the TEM work was

Page 294

1                    C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   COUNTY OF DEKALB:

5              I hereby certify that the foregoing

6        transcript was taken down as stated in the

7        caption, that the witness was first duly sworn,

8        and the questions and answers thereto were

9        reduced to typewriting under my direction; that

10       the foregoing pages 1 through 291 represent a

11       true, correct, and complete transcript of the

12       evidence given upon said hearing, and I further

13       certify that I am not of kin or counsel to the

14       parties in the case; am not in the regular

15       employ of counsel for any of said parties; nor

16       am I in anywise interested in the result of said

17       case.  The witness did reserve the right to read

18       and sign the transcript.

19              This, the 8th day of June, 2023.

20

21

22

23        _____

                 LOUISE GRIFFITH, CCR-B-2121
24               Certified Court Reporter

25