# Exhibit P

```
                                                          Page 155

 1                SUPERIOR COURT OF NEW JERSEY
                  LAW DIVISION - MIDDLESEX COUNTY
 2                DOCKET NO. MID-L-003809-18AS
 3
 4
      KAYME A. CLARK and                    VIRTUAL
 5    DUSTIN W. CLARK,                      DEPOSITION UPON
                                            ORAL EXAMINATION
 6              Plaintiffs,                     OF
                                            WILLIAM E. LONGO
 7        v.                                   Ph.D.
                                             (VOLUME II)
 8    JOHNSON & JOHNSON, et al.,
 9              Defendants.
      -------------------------------
10
11
12
13            TRANSCRIPT of the stenographic notes
14    of ANDREA F. NOCKS, a Certified Court Reporter and
15    Certified Realtime Court Reporter of the State of
16    New Jersey, Certificate No. XI01573, taken virtually
17    on April 2, 2024, commencing at 11:18 a.m., Eastern
18    Standard Time.
19
20
21
22
23
24
25    Job No. 6625014
```

```
                                                        Page 156

 1    A P P E A R A N C E S:
 2     DEAN OMAR BRANHAM SHIRLEY LLP
       BY:  BENJAMIN D. BRALY, ESQ.
 3     302 North Market Street
       Suite 300
 4     Dallas, Texas 75202
       Attorneys for Plaintiffs
 5
 6
 7
 8     KING & SPALDING LLP
       BY:  KEVIN HYNES, ESQ.
 9     1185 Avenue of the Americas
       34th Floor
10     New York, New York 10036
       -AND-
11     McCARTER & ENGLISH, LLP
       BY:  JOHN GARDE, ESQ.
12     Four Gateway Center
       100 Mulberry Street
13     Newark, New Jersey  07102
       Attorneys for Defendant,
14     Johnson & Johnson
15
16
17
18
19
20
21
22
23
24
25
```

LONGO, Ph.D. - DIRECT

Page 206

```
1         A.    Correct.
2         Q.    And then one thing your lab
3    mentioned -- or you mentioned back in this report in
4    February 2020, that you were still working on the
5    heavy liquid density for chrysotile asbestos and by
6    TEM.
7               And it's still true that your lab has
8    not analyzed the Johnson & Johnson Baby Powder
9    sample and reported results of chrysotile by TEM
10   using that method to date, right?
11        A.    Correct.
12        Q.    Okay.  Then we go to Colley, which
13   I've marked.  It's an April 6, 2020, report.  M71046
14   is another --
15        A.    I'm sorry.  M71046?
16        Q.    Right.
17        A.    '46.  What is that, 20- -- 2020?
18        Q.    Yes, sir.
19        A.    Okay.  Thank you.
20        Q.    You're welcome.
21              And I guess I should mention just
22   briefly, if we go back to the Zimmerman report that
23   was on a container, one of the containers in that
24   report was dated from 1994, right?
25        A.    Correct.
```

Page 244

1              CERTIFICATE OF OFFICER

2

3              I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8              I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.
14

                    *Andrea Nocks CCR CRR*

15                  ---------------------------------
16                  ANDREA NOCKS, CCR, CRR
                    Certificate No. X100157300
17                  Certificate No. XR00011300
18
19
20
21
22
23
24
25