# Exhibit Q

*Certified Copy*

|  |  |
|---|---|
| 1 | SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | COUNTY OF LOS ANGELES |

```
 4   LAOSD ASBESTOS CASES            )
                                     )
 5   _____)
     PUI FONG and THAI WONG,         )
                                     )
 6              Plaintiffs,          )  JCCP Case No. 4674
                                     )
 7         vs.                       )  LASC CASE NO.
                                     )  BC 675449
 8   IMERYS TALC AMERICA, INC.;      )
     et al.,                         )
 9                                   )
                Defendants.          )  VOLUME II
10   _____)  Pages 170-300
```

CONTINUATION OF THE TELEPHONIC DEPOSITION OF

WILLIAM E. LONGO, PH.D.

February 12, 2019

11:40 a.m.

Suwanee, Georgia

Frances Buono, RPR, CCR-B-791

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
866-344-0459

171

1        **APPEARANCES OF COUNSEL**

2

3    On behalf of the Plaintiffs:

4        HENRY STEINBERG, Esq.
         Kazan, McClain, Satterley & Greenwood
5        55 Harrison Street
         Suite 400
6        Oakland, California  94607
         Hsteinberg@kazanlaw.com
7

8    On behalf of the Defendant,
        Cyprus Mines Corporation; Imerys Talc America,
9       Inc.; and Imerys Talc Vermont, Inc.:

10       KAREN LUONG, Esq.
         Dentons US LLP
11       601 South Figueroa Street
         Suite 2500
12       Los Angeles, California  90017-5704
         Karen.luong@dentons.com
13

14   On behalf of the Defendants,
        Johnson & Johnson and Johnson & Johnson Consumer,
15      Inc.:

16       KIMBERLY BRANSCOME, Esq.
         Kirkland & Ellis, LLP
17       333 South Hope Street
         29th Floor
18       Los Angeles, California  90071
         Kimberly.branscome@kirkland.com
19

20
                         - - -
21

22

23

24

25

1      A.    He has a degree in geology.  He has been
2  doing this type of analysis for 30 years.  He was
3  trained, I think at McCrone, way back when.  And he
4  has the patience to analyze at the PLM level that
5  takes long periods of time.  This is not your
6  standard PLM analysis that somebody may do for an
7  asbestos-containing bulk sample.  It --
8      Q.    Why does it take so much longer to analyze
9  talc for asbestos using PLM than a typical
10 asbestos-containing material?
11     A.    Well, it doesn't have to take that long,
12 and I think the results show it.  You don't find
13 anything.  Because you're at these trace levels, you
14 have to make sure you cover the entire area.
15           Paul looks at approximately
16 950 millimeters squared area.  And you have to be
17 able to spend the time.
18           And in addition to him doing that,
19 spending the time, we have a high definition camera
20 set up on the polarized light microscope connected to
21 a high definition monitor so that when Mr. Hess finds
22 a potential amphibole structure, he can then look at
23 it on the monitor so that he can do fine focus.  And
24 also we have a special objective lens that's a plane
25 objective lens that flattens the -- gives you a

297

# C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF HALL:

     I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 170 through 296 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

     This, the 14th day of February, 2019.

_____
FRANCES BUONO, B-791
Georgia Certified Court Reporter