# Exhibit R

Case 3:16-md-02738-MAS-RLS   Document 33104-18   Filed 08/21/24   Page 2 of 5 PageID: 228136

WILLIAM LONGO, PH.D., on 02/20/2024                                        Page 1
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 FOR THE COUNTY OF LOS ANGELES

 3   ROCHELLE KRICH, an              )
     individual; HERSHIE             )
 4   KRICH, an individual,           )
                                     )
 5            Plaintiff,             )
                                     )
 6       vs.                         )  Case No. JCCP 4674 /
                                     )  21STCV22952
 7   JOHNSON & JOHNSON;              )
     JOHNSON & JOHNSON               )
 8   CONSUMER INC., a                )
     subsidiary of JOHNSON &         )
 9   JOHNSON; JOHNSON &              )
     JOHNSON INTERNATIONAL;          )
10   ALBERTSONS COMPANIES,           )
     INC., individually and as       )
11   successor in interest to        )
     SAV-ON DRUG STORES, INC.;       )
12   CYPRUS MINES CORPORATION;       )
     KMART CORPORATION; RALPHS       )
13   GROCERY COMPANY; and DOES       )
     1 through 400, inclusive,       )
14                                   )
              Defendants.            )
15   _____)  (Pages 1 - 143)

16

17

18   Remote Deposition of:  WILLIAM LONGO, Ph.D.

19   Taken on:  February 20, 2024

20   Commencing at:  8:36 a.m.

21

22

23                     EVANGELINE AYMOND

24         Certified Shorthand Reporter #14469

25                     FCRR, RPR, CCR
```

Certified Transcript

Case 3:16-md-02738-MAS-RLS   Document 33104-18   Filed 08/21/24   Page 3 of 5 PageID: 228137

WILLIAM LONGO, PH.D., on 02/20/2024                                         Page 2
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

```
 1   REMOTE APPEARANCES:

 2

 3   For Plaintiffs:

 4        Weitz & Luxenberg, P.C.
            BY: JOSEPH MANDIA, ESQ.
 5        220 Lake Drive East, Suite 210
          Cherry Hill, New Jersey 08002
 6        856.755.1115
          jmandia@weitzlux.com
 7

 8   For Defendants JOHNSON & JOHNSON and LLT MANAGEMENT LLC
     (formerly known and sued as LTL MANAGEMENT LLC):
 9
          King & Spalding, LLP
10          BY: CARTER GEORGE, ESQ.
          633 West Fifth Street, Suite 1600
11        Los Angeles, California 90071
          213.443.4377
12        cgeorge@kslaw.com

13

14   Also present:

15        Andrew Sagansay, iDepo Moderator

16

17

18

19

20

21

22

23

24

25
```

Case 3:16-md-02738-MAS-RLS    Document 33104-18    Filed 08/21/24    Page 4 of 5
PageID: 228138

WILLIAM LONGO, PH.D., on 02/20/2024                                    Page 53
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

| | |
|---|---|
| 1 | people, right, those individuals we just talked about? |
| 2 | A    Correct. |
| 3 | Q    And Mr. Hess, I believe you had testified |
| 4 | before, has been doing PLM analysis for almost 40 years. |
| 5 |      Is that fair? |
| 6 | A    Yeah, he could be reaching that now. |
| 7 | Q    And how long has he worked at your lab, sir? |
| 8 | A    Thirty-two, 33 years. |
| 9 | Q    And have you ever had to train Mr. Hess on use |
| 10 | of the PLM? |
| 11 | A    No. |
| 12 | Q    I suspected so based on his extensive time |
| 13 | using them before or to date, rather. |
| 14 |      Does that include -- |
| 15 | A    He was actually trained by Walter McCrone |
| 16 | himself in a previous job he had before he hired him. |
| 17 | Q    So Mr. Hess worked at McCrone and Associates? |
| 18 | A    No.  He went -- he took the course there. |
| 19 | Q    I see. |
| 20 | A    And it was actually Walter McCrone still |
| 21 | teaching the course back when he took it.  Same with |
| 22 | Chris Dubour. |
| 23 | Q    And so my understanding is at some point a |
| 24 | couple years ago your lab changed I think from an |
| 25 | Olympus to -- and I'll probably butcher this -- a Leica |

Case 3:16-md-02738-MAS-RLS   Document 33104-18   Filed 08/21/24   Page 5 of 5 PageID: 228139

WILLIAM LONGO, PH.D.,  on 02/20/2024                                    Page 143
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

1     REPORTER'S CERTIFICATE

2

3          I certify that the foregoing proceedings in

4    the within-entitled cause were remotely reported at the

5    time therein named; that said proceedings were remotely

6    reported by me, a duly Certified Shorthand Reporter of

7    the State of California, and were thereafter transcribed

8    into typewriting.

9          I further certify that I am not of counsel or

10   attorney for either or any of the parties to said cause

11   of action, nor in any way interested in the outcome of

12   the cause named in said cause of action.

13         IN WITNESS WHEREOF, I have hereunto set my

14   hand this date of February 23, 2024.

15

16

17                    *[signature: Evangeline Aymond]*

18   _____
     EVANGELINE L. AYMOND
19   Certified Shorthand Reporter
     State of California
20   Certificate No. 14469

21

22

23

24

25