# Exhibit S

Page 1

NO. 16-CI-03503  JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

DONNA ANN HAYES  PLAINTIFF

VS.  TRANSCRIPT OF PROCEEDINGS

JULY 23, 2019

COLGATE-PALMOLIVE COMPANY,
ET AL.  DEFENDANTS

\* \* \*

Heard before the Hon. Angela McCormick Bisig, Judge, Jefferson Circuit Court, Division 3, Louisville Justice Center, Louisville, Kentucky.

\* \* \*

NANCY L. NUNNELLEY, R.M.R.
Coulter Reporting, LLC
East Kentucky Street
Suite 200
Louisville, Kentucky  40203
(502) 582-1627
FAX: (502) 587-6299

E-MAIL: Nnunnelley@coulterreporting.com

```
                                                              Page 2

 1                       I N D E X

 2


 3   WITNESS:  WILLIAM LONGO, Ph.D.

 4
     Direct Examination by Mr. Satterley...........   6
 5   Cross Examination by Mr. Dubin................ 111
     Cross Examination by Mr. Mularczyk............ 212
 6   Redirect Examination by Mr. Satterley......... 253
     Recross Examination by Mr. Dubin.............. 270
 7   Recross Examination by Mr. Mularczyk.......... 279
     Redirect Examination by Mr. Satterley......... 281
 8


 9   WITNESS:  LEE POYE

10
     Direct Examination by Mr. Satterley........... 283
11


12
     Reporter's Certificate Page................... 327
13


14


15                       *   *   *

16

17

18

19

20

21

22

23

24

25
```

```
                                                              Page 3

 1                   A P P E A R A N C E S

 2
     FOR THE PLAINTIFF:
 3
        JOSEPH D. SATTERLEY
 4      PAUL J. KELLEY
        Satterley & Kelley
 5      8700 Westport Road, Suite 202
        Louisville, Kentucky  40242
 6      Jsatterley@satterleylaw.com
        Pkelley@satterleylaw.com
 7

 8   FOR THE DEFENDANT, COLGATE-PALMOLIVE COMPANY:

 9      MEREDITH M. SHAW
        Quinn Emanuel Urquhart & Sullivan, LLP
10      51 Madison Avenue, 22nd Floor
        New York, New York  10010
11      Meredithshaw@quinnemanuel.com

12      EDWARD M. SLAUGHTER
        Gordon Rees Scully Mansukhani
13      2200 Ross Avenue, Suite 4100 West
        Dallas, Texas  75201
14      ESlaughter@grsm.com

15      PETER M. MULARCZYK
        Foley & Mansfield
16      300 South Grand Avenue, Suite 2800
        Los Angeles, California  90017
17      Pmularczyk@foleymansfield.com

18      MATTHEW W. BREETZ
        FREDERICK R. BENTLEY
19      Stites & Harbison, PLLC
        400 West Market Street, Suite 1800
20      Louisville, Kentucky  40202
        Wbreetz@stites.com
21      Rbentley@stites.com

22

23

24

25
```

```
                                                              Page 4
 1    FOR THE DEFENDANT, JOHNSON & JOHNSON:

 2       MORTON DUBIN
         MATTHEW BUSH
 3       PAIGE PAVONE
         NINA TROVATO
 4       Orrick, Herrinngton & Sutcliffe, LLP
         51 West 52nd Street
 5       New York, New York  10019-6119
         Mdubin@orrick.com
 6       Ppavone@orrick.com
         Mbush@orrick.com
 7       Ntrovato@orrick.com

 8       R. SCOTT MASTERSON
         Lewis Brisbois Bisgaard & Smith, LLP
 9       1180 Peachtree Street, NE, Suite 2900
         Atlanta, Georgia  30309
10       Scott.Masterson@lewisbrisboiscom

11

12

13
                           ***
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 181

1  Let me take that back.
2       And you have said that McCrone would have
3  been a good choice in the 1970s for a company to
4  go to test a product like talc by TEM, right?
5       A.   Yes.
6       Q.   Okay.  And when you were testifying
7  for Scott's, I think you said that McCrone was
8  literally the best lab in the country back in the
9  1970s and '80s, right?
10      A.   Yes, sir.  When I wrote that
11 report, that was my opinion of them.
12      Q.   Not only that, you've said Walter
13 McCrone was among the best optical microscopists
14 in the world, right?
15      A.   Yes, sir.
16      Q.   And did you know that Walter
17 McCrone also looked at Johnson & Johnson talc for
18 the presence of asbestos?
19      A.   Yes, sir.  I assume he did.
20       MR. DUBIN:  And just so we have that in
21 the record, mark this as Defense 14.
22       (Passing document)
23       MR. DUBIN:  Sorry.  And this I will
24 offer at this time.
25       THE COURT:  So I think you're on 13 in