# Exhibit V

Page 1

1          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

2                      FOR THE COUNTY OF KING

3

      G. RUTH ALEXANDER-JONES

4      and JAMES R. JONES,

5                Plaintiffs,

6          vs.                    CIVIL ACTION FILE

                                  NO.  22-2-18669-1-SEA

7      AVON PRODUCTS, INC.,

      et al.,

8

                      Defendants.

9

10

11

12          VIDEOTAPED ZOOM DEPOSITION OF

                  WILLIAM LONGO, Ph.D.

13

              September 15, 2023

14                11:44 A.M.

15

16       Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC

17

18

19

20

21

22

23

24

25   Job No. CS6082388

Page 134

1              Perhaps 150 microns?

2         A.    Maybe 125, but I certainly rule --

3    wouldn't rule out 150.

4         Q.    And can you give an estimate of the -- the

5    thickness of this bundle based on the micron bar?

6         A.    I would say about 10 microns.

7         Q.    And so this is -- what we're looking at

8    is -- is chrysotile much larger than the SG-210

9    Calidria standard that you talked about today and

10   certainly in other -- other depositions where we've

11   talked about the Calidria standard; correct?

12        A.    Excuse me.  I've decided to choke myself

13   to death after that question with this Red Bull.

14   Just kidding.

15              Yeah, this fits more along on the RG144

16   size, but, you know, I don't know how many

17   structures we have in here.  But the size is what it

18   is.  The ones I grabbed were -- I didn't just

19   pick -- just pick random ones and -- and did that.

20   In fact, I'm going to have to add these in, too.

21        Q.    Well, were these chosen by you or were

22   they chosen by Paul Hess?

23        A.    These actual analysis?

24        Q.    The -- the -- the photomicrographs that

25   made it into this report.

Page 135

1      A.   Oh, these were chosen by Paul Hess.

2      Q.   Yeah.

3         I mean, he was the one looking under the

4   microscope and identifying the particles that were

5   ultimately photographed; right?

6      A.   Correct.  I mean, I -- I don't involve him

7   on what size is and what's this, what's that.  I

8   just tell him to analyze what's present.

9      Q.   Okay.  So let's go just look at a couple

10   of more here.

11         Well, this one, this is on page 90 of

12   Exhibit 15.  It's -- it's hard to see but if you --

13   the -- the -- I presume the points of the arrows

14   give you some idea about the length of the particle;

15   right?

16      A.   Excuse me.  Yes.

17      Q.   Okay.  And so here again we're talking

18   about a particle that's roughly 100 microns;

19   correct?

20      A.   Roughly.

21      Q.   And just skip ahead.  I mean, in some

22   there -- there are a few that are smaller.

23      A.   Oh, go back.  They've got some small ones

24   in there.

25      Q.   Yep.

Page 148

1                    C E R T I F I C A T E
2
3

     STATE OF GEORGIA:
4
     COUNTY OF FULTON:
5
6

     I hereby certify that the foregoing transcript was
7    taken down, as stated in the caption, and the
     questions and answers thereto were reduced to
8    typewriting under my direction; that the foregoing
     pages represent a true, complete, and correct
9    transcript of the evidence given upon said hearing,
     and I further certify that I am not of kin or
10   counsel to the parties in the case; am not in the
     regular employ of counsel for any of said parties;
11   nor am I in anywise interested in the result of said
     case.
12
13
14
15                   *Lee Ann Barnes*
16
     LEE ANN BARNES, CCR B-1852, RPR, CRR, CRC
17
18
19
20
21
22
23
24
25