# Exhibit X

EXHIBIT 8  7-10-2024  exhibitsticker.com

# Vanderbilt v. Zimmerman PLM Analysis





CX-00011 at 2 and 3 (excerpt of 2020.01.09 MAS Analysis of RT Vanderbilt at 22); CX-00006 at 4 (excerpt of 2020.02.24 Longo Analysis of J&J Talc Zimmerman at 29)