# Exhibit EE

# Calidria Comparison



Dr. Longo Chrysotile in J&J



Dr. Longo Calidria Reference