

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com



**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

August 20, 2024

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

  Re: *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
    Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

We write to request additional pages for purposes of the Rule 702 opposition briefs due this Thursday, August 22nd. The Plaintiffs have requested a total of 550 pages for the opposition briefs. <u>Defendants agree to 425 pages, which they represent is 20 more pages than Defendants' original briefing.</u>

Thank you in advance for your consideration and resolution of this limited dispute.

      Respectfully submitted,

  *s/ P. Leigh O'Dell*  *s/ Michelle A. Parfitt*
  P. Leigh O'Dell   Michelle A. Parfitt

**\*\*Plaintiffs shall be permitted 450 pages for their opposition briefs.**

    **SO ORDERED on this 21st day of August 2024,**

    _____
    **Michael A. Shipp**
    **UNITED STATES DISTRICT JUDGE**