# Exhibit C

William E. Longo, Ph.D.

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

STATE OF MISSOURI

Case No. 1522-CC00419-02

Division 10

_____

VICKIE FORREST, et al.,

        Plaintiffs,

    vs.

JOHNSON & JOHNSON, et al.,

        Defendants.

_____

REMOTE DEPOSITION OF

WILLIAM E. LONGO, Ph.D.

Monday, February 8, 2021

Court Reporter:  Michelle M. Boudreaux, RPR

William E. Longo, Ph.D.

Page 3

```
 1                    APPEARANCES
 2               (Via Videoconference)
 3
 4   On behalf of the Plaintiffs:
 5        LEIGH O'DELL, ESQ.
          Beasley, Allen, Crow, Methvin,
 6        Portis & Miles, P.C.
          218 Commerce Street
 7        Montgomery, Alabama 36104
          800.898.2034
 8        leigh.odell@beasleyallen.com
 9
     On behalf of the Defendants:
10
          MORTON D. DUBIN, II (MORTY), ESQ.
11        King & Spalding LLP
          1185 Avenue of the Americas
12        34th Floor
          New York, New York 10036
13        212.556.2100
          mdubin@kslaw.com
14
15   Also Present:  Michelle Parfitt, Esq.
16
17
18
19
20
21
22
23
24
25
```

William E. Longo, Ph.D.

Page 72

1          you look at it, the bundle will have a

2          certain color or wavelength.  Depending how

3          uniform the bundle is, it could be all the

4          same color, but usually you'll get a little

5          bit different color at the edges versus in

6          the middle of the bundle.  So they're sort of

7          a goldish-orange, sometimes a little bit more

8          yellow if they're a little higher on the

9          chart, and that would be -- the first thing

10         you do is in parallel.  Parallel dispersion,

11         parallel to the optics.

12         Q    (By Mr. Dubin)  I'm trying to do this step by

13    step.  So I'm just asking simple questions, so --

14         A    Okay.  I'll try to give simple answers.

15         Q    Right.  So the analyst is looking at the

16    color of what they're seeing in the immersion oil?

17         A    Yes.

18         Q    Okay.  And then based on that analyst's

19    judgment, then they are going to a table and looking up

20    that color and finding what information?

21         A    Well, if they're fairly new analysts, they're

22    looking at the table a lot.  If they're not -- if

23    they're experienced, they may -- they have one up to --

24    you know, just as a reference.  Once they get the

25    color, they'll go to the table and approximate the --

William E. Longo, Ph.D.

Page 73

1    they'll get the wavelength of that particular color.

2    It's a sliding scale depending on your fluid.  So

3    they'll get the wavelength.

4        Q    You get a wavelength depending on what color

5    you think it is, right?

6        A    What color it is.

7        Q    Well, it's based on the judgment of the

8    analyst what color they think they're seeing, right?

9             MS. O'DELL:  Object to the form.

10            THE WITNESS:  Well, it's based on what

11            the analyst sees in the colors.  It is a

12            judgment that comes from years and years of

13            experience, like every PLM analyst.

14       Q    (By Mr. Dubin)  Right.  What I'm trying to

15    get at there, though, for example, if you see a yellow,

16    an analyst can say "I think it's a pale yellow,"

17    "I think it's a golden yellow," "I think it's a

18    yellow," and those might all result in different

19    wavelengths, right?

20            MS. O'DELL:  Object to the form.

21            THE WITNESS:  Again, it depends on the

22            intensity.  You can have -- but the

23            wavelengths are usually -- if you're going

24            from a golden yellow to a pale yellow -- what

25            was the third one?

William E. Longo, Ph.D.

Page 74

1           MR. DUBIN:  Yellow.

2           THE WITNESS:  Yellow.  That distance

3      will not be that great, but you can -- at

4      least I can -- pale yellows are then getting

5      up towards the whites.  If it's in the white

6      area, then you've got the wrong refractive

7      fluid in there.

8           So that distance there, as long as

9      you're consistent and if you make sure --

10      it's not that big a difference on -- if

11      you're cutting it that thin.  So it is a

12      judgment, it is -- but it's something that

13      you learn and reproducible over years of time

14      of doing this type of work.

15      Q    (By Mr. Dubin)  Two things I want to ask you

16 about that.  The idea that if you're seeing white, you

17 may have the wrong refractive fluid, can you explain

18 that to me?

19      A    Yeah, sure.  The refractive indices fluid

20 let's you see colors at a certain range.  If you're

21 using 1.550, if you're -- if the refractive indices, in

22 fact, is maybe not chrysotile, or you're looking at

23 fibrous talc or you're looking at something that has a

24 very high refractive indices, like an amphibole.

25 Amphiboles you're going to start seeing in the 1.6s and

William E. Longo, Ph.D.

Page 75

1  greater.  You cannot identify it with 1.550 because you

2  would be getting out of the range of that fluid.

3  That's why you have two different fluids.

4          1.550 is good for the chrysotile polymorphs,

5  and it's okay for the fibrous talc as long as you

6  understand how far it can go up.  I'm giving too much

7  information now.  I'm sorry.

8      Q    No, I understand.  Thank you.

9          I guess, though, just to be clear, you'll

10  agree that in terms of this part of the process,

11  determining what the color is and then applying that

12  color to the wavelength, there's not, for example, a

13  piece of data that tells you what the color is; that's

14  the judgment of the analyst?

15      A    As with all PLM microscopists in any lab out

16  there -- I think we'll have something like you're

17  suggesting in maybe another year; it's one of our next

18  projects -- that they're making a judgment based on

19  their experience and time in looking at the colors to

20  equate to the wavelengths.  And once you have a

21  wavelength, you just look over the side of the chart

22  and it tells you the refractive indices.

23      Q    And, again, it may be that if you don't know

24  anything about this, we'll have to talk about it in

25  depth at some other point, but do you -- is it correct

William E. Longo, Ph.D.

Page 76

1    that MAS's identification of chrysotile in the

2    Johnson & Johnson products, in parallel orientation,

3    you're typically evaluating it based on the yellow

4    coloration of the particle?

5             MS. O'DELL:  Object to the form.

6             THE WITNESS:  Only in parallel.  Yellow

7         to golden yellow.  Sometimes you'll see some

8         red, a little bit of red, but that's the

9         range we've been seeing.

10        Q    (By Mr. Dubin)  But typically you're

11    evaluating it based on yellow, right?

12            MS. O'DELL:  Object to the form.

13            THE WITNESS:  Well, I can't say

14        typically.

15            MR. DUBIN:  Okay.

16            THE WITNESS:  If you want to show me a

17        photograph of one of our chrysotiles, I can

18        tell you.  But, you know, it depends on the

19        thickness, it depends on where it was dug out

20        of the ground, what the chemistry was of that

21        particular area.  So I'm not going to give

22        you just typically it's yellow.

23            MR. DUBIN:  That's fine.  We can --

24        probably not me and you, but maybe you and

25        Kevin at your Johnson continuation can have

William E. Longo, Ph.D.

Page 138

1    these Grade 7s Canadas in terms of its sizes and shapes

2    and the like?

3         A    Well, what you find in the RG-144, which was

4    pointed out to me, is that you get very few single

5    fibers.  And we did the air sampling of the RG-144.  We

6    had to go sonicate it to get the individual fibers out.

7    You can get some very long ones, but the bundles are

8    pretty consistent.

9         Q    Okay.  Well, we can talk about it some other

10   day.

11             So just to make sure that we're on the same

12   page, at this point, you've been finding -- using --

13   your technique to identify chrysotile, you've been

14   finding chrysotile in Chinese-mine-sourced products at

15   about a hundred percent hit rate?

16        A    Yeah, using these CSM sample prep in the

17   ISO 22262-1, it's not -- those two methods, so far it's

18   been 100 percent

19        Q    Okay.  So recently I think you've issued some

20   reports in the Cashmere Bouquet litigation, looking at

21   some older containers, and you also found 100 percent

22   positive rate using your method for chrysotile?

23        A    In all their containers, yes.

24        Q    And I take it, given the fact that those

25   containers stretched from 1950s to 1990s, you'd be

William E. Longo, Ph.D.

Page 175

1                   C E R T I F I C A T E

2

3    STATE OF GEORGIA

4    COUNTY OF COBB

5

6            I, MICHELLE M. BOUDREAUX, do hereby certify

7    that WILLIAM E. LONGO, Ph.D., the witness whose

8    deposition is hereinbefore set forth, was duly sworn by

9    me and that such deposition is a true record of the

10   testimony given by such witness.

11

12           I further certify that I am not related to

13   any of the parties to this action by blood or marriage

14   and that I am in no way interested in the outcome of

15   this matter.

16

17           IN WITNESS WHEREOF, I have hereunto set my

18   hand this 10th day of February 2021.

19

20           _Michelle M. Boudreaux_____

             MICHELLE M. BOUDREAUX, RPR

21

22

23

24

25