# Exhibit D

```
1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                          COUNTY OF ALAMEDA
3                              ---oOo---
4      MARLIN LEWIS EAGLES and
       GEORGIA EAGLES,
5            Plaintiffs,
                                           No. 22CV018294
6      vs.
       ARVINMERITOR, INC., et
7      al.,
             Defendants.
8      _____/
9
10
11
12       VIDEOTAPED ZOOM DEPOSITION OF WILLIAM LONGO, Ph.D.
13                   VOLUME 3, Pages 282 - 507
14                       November 3, 2023
15
16
17
18
19
20
21                          REPORTED BY:
22                 EARLY K. LANGLEY RMR, RSA, B.A.
23                          CSR NO. 3537
24                     JOB NO:   6298688
25

                                                     Page 282
```

1           DEPOSITION OF WILLIAM LONGO, Ph.D.

2

3           BE IT REMEMBERED, that pursuant to Notice, and

4   on November 3, 2023, commencing at the hour of

5   8:10 a.m. Pacific Time, before me, EARLY LANGLEY, a

6   Certified Shorthand Reporter, State of California, via

7   Zoom appeared WILLIAM LONGO, Ph.D., produced as a

8   witness in said action, and being by me previously duly

9   sworn, was thereupon examined as a witness in said

10  cause.

11                          ---oOo---

12  APPEARANCES:

13

14  For the Plaintiffs:

15

16          MICHAEL REID

17          Kazan, McClain, Satterley & Greenwood

18          55 Harrison Street

19          Suite 400

20          Oakland, California 94607

21          (510) 302-1000

22          Mreid@kazanlaw.com

23

24

25

Page 285

```
 1    For the Defendant Perrigo Company of Tennessee f/k/a
 2    Cumberland-Swan and CMC, Inc.:
 3
 4            JEFF HINES
 5            Goodell, DeVries, Leech and Dann LLP
 6            One South Street
 7            Baltimore, Maryland 21202
 8            Jjh@gdldlaw.com
 9
10    For the Defendants Longs Drug Stores California, LLC.,
11    on behalf of Longs Drug Stores California, Inc.; Lucky
12    Stores (Save Mart) LLC f/k/a Lucky Stores, Inc.; and
13    Safeway Inc:
14
15            KEVIN RISING
16            Barnes & Thornburg LLP
17            2029 Century Park East
18            Suite 300
19            Los Angeles, California 90067
20            (310) 284-3880
21            Krising@btlaw.com
22
23
24
25
```

Page 286

```
 1    For the Defendants, Johnson & Johnson; LTL Management:
 2
 3         MORTON D. DUBIN
 4         SHAILA R. DIWAN
 5         King & Spalding LLP
 6         1185 Avenue of the Americas
 7         34th Floor
 8         New York, NY 10036
 9         (212) 790 5346
10         Mdubin@kslaw.com
11         Sdiwan@kslaw.com
12
13         KIM BUENO
14         CHRIS COWAN
15         Butler Snow LLP
16         1400 Lavaca Street, Suite 1000
17         Austin, Texas 78701
18         (737) 802-1820
19         kim.bueno@butlersnow.com
20         Chris.cowan@butlersnow.com
21
22    ALSO PRESENT:
23
24          Geoff Minger, Videographer
25
```

Page 287

```
 1   at least two orders of magnitude higher.
 2        Q.  And so that -- that opinion would apply to
 3   any cosmetic talc sold by any retailer, large or
 4   small, in the United States at any point in time;
 5   correct?                                              12:53
 6        A.  Yes.  But just to make it careful, it's
 7   the -- I'm not aware of any other mines than I've
 8   already stated in the United States and I'm not
 9   aware of any other mines for cosmetic talcs in
10   Europe or Asia such as Chinese, such as Italian,      12:53
11   such as France, such as Brazil, and such as India.
12        Q.  But North America, you're -- are you
13   confident in saying that there's asbestos in every
14   bottle of cosmetic talc that was sold at any time
15   in North America?                                     12:54
16        A.  Any bottle that was sold in North America
17   that used a mine source for cosmetic talc in North
18   America will have some level of asbestos in it,
19   and it just depends on the detection limit is --
20   if we can find it or not.  So it's all about          12:54
21   detection limits.
22        Q.  Okay.  But let me take that a little bit
23   further.
24            Do you have an opinion as to what
25   percentage of that talc is at a detection limit       12:55
```

Page 449

```
 1    STATE OF CALIFORNIA
 2                                ss.
 3    REPORTER'S CERTIFICATE
 4
 5
 6         I, EARLY LANGLEY, a Certified Shorthand
 7    Reporter, State of California, do hereby certify:
 8         That WILLIAM LONGO, Ph.D., in the foregoing
 9    deposition named, was present via Zoom and by me
10    sworn as a witness in the above-entitled action at
11    the time and place therein specified;
12         That said deposition was taken before me
13    via Zoom at said time and place, and was taken
14    down in shorthand by me, a Certified Shorthand
15    Reporter of the State of California, and was
16    thereafter transcribed into typewriting, and that
17    the foregoing transcript constitutes a full, true
18    and correct report of said deposition and of the
19    proceedings that took place;
20    IN WITNESS WHEREOF, I have hereunder subscribed my
21    hand on November 6, 2023.
22                   [signature: Early Langley]
23                   EARLY LANGLEY, CSR NO. 3537
                     State of California
24
25
```

Page 507