# Exhibit J

Matthew Streck, et al. v. Johnson & Johnson, et al. Page: 1
William E. Longo, Ph.D.
Case 3:16-md-02738-MAS-RLS  Document 33106-13  Filed 08/21/24  Page 2 of 7 PageID: 222866

```
 1   NO. 21-CI-06290                JEFFERSON CIRCUIT COURT
                                       DIVISION FOUR (4)
 2                                   JUDGE JULIE KAELIN

 3

 4

 5   MATTHEW STRECK, Individually, et al.        PLAINTIFFS

 6

 7

 8   V.        VIDEO DEPOSITION FOR THE DEFENDANTS

 9

10

11   JOHNSON AND JOHNSON, et al.                  DEFENDANTS

12

13
                             *    *    *
14

15   DEPONENT:  WILLIAM E. LONGO, Ph.D.

16   DATE:      MAY 16, 2023

17

18                           *    *    *

19

20

21                    ELLEN L. COULTER
                REGISTERED PROFESSIONAL REPORTER
22                  COULTER REPORTING, LLC
                   101 East Kentucky Street
23                        Suite 200
                Louisville, Kentucky  40203
24                     (502) 582-1627
                    FAX:  (502) 587-6299
25        E-MAIL:  Ecoulter@coulterreporting.com
```

Case 3:16-md-02738-MAS-RLS   Document 33106-13   Filed 08/21/24   Page 3 of 7 PageID: 192267

Matthews Steck, et al. v. Johnson & Johnson, et al.
Page: 4
William E. Longo, Ph.D.

```
 1                        APPEARANCES

 2
    FOR THE PLAINTIFFS:
 3
                PAUL J. KELLEY - Via Video
 4              Satterley & Kelley, PLLC
                8700 Westport Road, Suite 202
 5              Louisville, Kentucky  40242
                pkelley@satterleylaw.com
 6

 7  FOR THE DEFENDANT, CHATTEM, INC.:

 8              JAMES T. WILLIAMS - Via Video
                Miller & Martin
 9              Volunteer Building, Suite 1200
                832 Georgia Avenue
10              Chattanooga, Tennessee  37402
                james.williams@millermartin.com
11

12  FOR THE DEFENDANT, JOHNSON & JOHNSON:

13              MICHAEL VIVES - Via Video
                King & Spalding, LLP
14              1185 Avenue of the Americas, 34th Floor
                New York, New York  10036
15              mvives@kslaw.com

16
    FOR THE DEFENDANT, THE KROGER COMPANY:
17
                TRAVIS R. SMITH - Via Video
18              Dinsmore & Shohl, LLP
                211 N. Pennsylvania Street
19              One Indiana Square, Suite 1800
                Indianapolis, Indiana  46204
20              travis.smith@dinsmore.com

21
    FOR THE DEFENDANT, BARRETTS MINERALS, INC.:
22
                CAROL DAN BROWNING - Via Video
23              Stites & Harbison, PLLC
                400 West Market Street, Suite 1800
24              Louisville, Kentucky  40202
                cbrowning@stites.com
25
```

Case 3:16-md-02738-MAS-RLS  Document 33106-13  Filed 08/21/24  Page 4 of 7 PageID: 192268

Matthews Steck, et al. v. Johnson & Johnson, et al.                    Page: 49
                                                          William E. Longo, Ph.D.

 1  That's done by another individual at your lab?
 2       A.   Correct.  I don't -- I don't analyze
 3  these from start to finish.  I just get called in if
 4  there's a question or -- on the refractive indices or
 5  structure, sort of the tiebreaker.
 6       Q.   Okay.  And so am I correct that for
 7  each of the 21 Gold Bond samples identified on this
 8  chart, as well as the additional sample that you
 9  referenced a moment ago for a total of 22 samples,
10  those were all tested for purposes of the PLM
11  analysis for chrysotile by Mr. Paul Hess, is that
12  right?
13       A.   Yes, sir, I believe so.
14       Q.   Okay.  And it's -- is it Mr. Hess --
15  he's the one who's looking through the PLM microscope
16  to make the determination of the particle's color and
17  then also a determination to match it to a refractive
18  index?
19       A.   Yes.
20       Q.   And he makes that determination in
21  both the parallel orientation of the particle as well
22  as the perpendicular orientation of the particle,
23  correct?
24       A.   That is correct.
25       Q.   Is it Mr. Hess that also makes the

```
 1   30 -- 31 or 32 other structures that have been
 2   identified as chrysotile, correct?
 3        A.   He is.
 4        Q.   And the slides -- the microscope
 5   slides that would support the data and his finding
 6   that there were 37 bundles of chrysotile, those
 7   slides are discarded shortly after the analysis,
 8   correct?
 9        A.   They don't last within a couple of
10   weeks.
11        Q.   And so they would be discarded,
12   correct?
13        A.   Yes.
14        Q.   Let me get out of this.
15             Dr. Longo, at the beginning of the
16   deposition we were talking about exposures, and you
17   talked about Mr. Streck's exposure through brake work
18   and the Americana project, and I believe the term you
19   used was "significant exposure."  Is that the term
20   you're comfortable using?
21        A.   Yes.  I just -- I don't use it as a --
22   when I say "significant," I'm using it as significant
23   over background, which I don't -- which background
24   asbestos, in my opinion, does not exist unless
25   asbestos is being disturbed, but I use it as a
```

Case 3:16-md-02738-MAS-RLS    Document 33106-13    Filed 08/21/24    Page 6 of 7 PageID: 216670

Matthews Steck, et al. v. Johnson & Johnson, et al.                                Page: 123
                                                                        William E. Longo, Ph.D.

1   things we were just talking about.

2              I think you said that PLM analysis
3   is -- whether it's subjective depends on the analyst
4   who's performing the analysis, or something along
5   those lines, is that correct?

6        A.    That's correct.

7        Q.    And so just to make sure I'm clear --

8        A.    And how much experience they have on
9   doing this, you know, repetitive, et cetera.  And so
10  just doing asbestos-added products, you know, it's
11  pretty straightforward.

12       Q.    But you wouldn't disagree that there's
13  certainly a subjective element to PLM analysis.

14       A.    You know, just depends on your
15  training and how much experience you've got.  You
16  know, this -- and it's typically .00 -- 0.0005 is the
17  error rate.  So it's like anything else, these types
18  of analysis.  But I don't think it's that subjective
19  if you are well experienced and you look at standards
20  and you validate the method.

21       Q.    And this subjective part would be
22  somebody looks under a microscope, looks at a sample
23  under a PLM microscope, and they try to match up the
24  color they're seeing to the color on a central
25  dispersion staining chart, correct?

Matthews Steck, et al. v. Johnson & Johnson, et al.  Page: 152
Case 3:16-md-02738-MAS-RLS   Document 33106-13   Filed 08/21/24   Page 7 of 7
PageID: 222671  5/16/2023
William E. Longo, Ph.D.

```
 1   STATE OF KENTUCKY        )(
                              )( SS:
 2   COUNTY OF JEFFERSON      )(

 3

 4                  I, ELLEN L. COULTER, Notary Public,
     State of Kentucky at Large, hereby certify that the
 5   foregoing deposition was taken at the time and place
     stated in the caption; that the appearances were as
 6   set forth in the caption; that prior to giving
     testimony the witness was first duly sworn by me;
 7   that said testimony was taken down by me in
     stenographic notes and thereafter reduced under my
 8   supervision to the foregoing typewritten pages and
     that said typewritten transcript is a true, accurate
 9   and complete record of my stenographic notes so
     taken.
10                  I further certify that I am not
     related by blood or marriage to any of the parties
11   hereto and that I have no interest in the outcome of
     captioned case.
12                  Given under my hand this the

13   day of                              ,         , at

14   Louisville, Kentucky.

15                  My commission as Notary Public expires
     November 5, 2023.
16

17

18

19

20

21                              ELLEN L. COULTER
                                NOTARY PUBLIC
22                              Notary I.D. 634549

23

24

25
```