# Exhibit K

```
       SUPERIOR COURT OF THE STATE OF CALIFORNIA
              FOR THE COUNTY OF HUMBOLDT


CARLA ALLEN,                    )
                                )
           Plaintiff,           )
                                )
        vs.                     ) CASE NO. DR180132
                                )
BRENNTAG NORTH AMERICA,         )
INC.; (sued individually        )
and as successor-in-interest    )
to MINERAL PIGMENT              )
SOLUTIONS, INC., and as         )
successor-in-interest to        )
WHITTAKER, CLARK &              )
DANIELS, INC.), et al.,         )
                                )
           Defendants.          )
_____)
```

DEPOSITION OF

WILLIAM E. LONGO, PhD


September 14, 2018

11:30 a.m.


11695 Medlock Bridge Road

Johns Creek, Georgia


Debra R. Luther, RMR, CRR, CCR-B-881

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

William E. Longo, Ph.D.                              September 14, 2018

Page 2

1                    APPEARANCES OF COUNSEL
2
3    On behalf of the Plaintiff:
4        CHRIS J. PANATIER, Esq.
         Simon Greenstone Panatier, PC
5        1201 Elm Street
         Suite 3400
6        Dallas, Texas  75270
         cpanatier@sgptrial.com
7
8    On behalf of the Defendant
        Colgate-Palmolive Company:
9
         MORGAN W. TOVEY, Esq.
10       Quinn, Emanuel, Urquhart & Sullivan, LP
         50 California Street
11       22nd Floor
         San Francisco, California  94111
12       morgantovey@quinnemanuel.com
13
     On behalf of the Defendants
14      Johnson & Johnson and
        Johnson & Johnson Consumer, Inc.:
15
         KIMBERLY O. BRANSCOME, Esq.
16       Kirkland & Ellis, LLP
         333 South Hope Street
17       Los Angeles, California  90071
         kimberly.branscome@kirkland.com
18       (Appearance by telephone)
19
     On behalf of the Defendants
20      Bristol-Myers Squibb Company; Revlon, Inc.; and
        Yves Saint Laurent America, Inc.:
21
         PETER D. POLCHINSKI, Esq.
22       Hawkins, Parnell, Thackston & Young, LLP
         600 Lexington Avenue
23       8th Floor
         New York, New York  10022-7678
24       ppolchinski@hptylaw.com
         (Appearance by telephone)
25

Atlanta Reporters, Inc.              www.atlanta-reporters.com
                      866-344-0459

1      APPEARANCES OF COUNSEL BY PHONE (Continued)
2
   On behalf of the Defendant
3      CVS Pharmacy, Inc., improperly sued as CVS Health
       Corporation, (individually and as
4      successor-in-interest to Longs Drug Stores, LLC,
       and to Longs Drug Stores California, LLC):
5
          SANDRA KO, Esq.
6         Barnes & Thornburg, LLP
          2029 Century Park East
7         Suite 300
          Los Angeles, California   90067-2904
8         sko@btlaw.com
9
   On behalf of the Defendant
10     Imerys Talc America:
11        MORDECAI D. BOONE, Esq.
          Dentons US, LLP
12        1999 Harrison Street
          Suite 1300
13        Oakland, California   94612
          mordecai.boone@dentons.com
14
15 On behalf of the Defendant
       The Procter & Gamble Co.:
16
          JOHN D. COSMICH, Esq.
17        Cosmich, Simmons & Brown, PLLC
          One Eastover Center, Suite 200
18        100 Vision Drive
          Jackson, Mississippi   39211
19        cos@cs-law.com
20
          CLINT HAGAMAN, Esq.
21        Cosmich, Simmons & Brown, PLLC
          The Rivercenter Towers, Suite 480
22        100 East Rivercenter Boulevard
          Covington, Kentucky   41011
23        clint@cs-law.com
24                          - - -
25

Case 3:16-md-02738-MAS-RLS   Document 33106-14   Filed 08/21/24   Page 5 of 6
PageID: 228676
William E. Longo, Ph.D.                                September 14, 2018

Page 61

1  direction or another?
2       A.    I don't recall.  I haven't done PLM in
3  such a long time.
4       Q.    Who are you relying upon in your
5  laboratory to do the PLM analysis?
6       A.    We have a couple people that do it.
7       Q.    Who are they?
8       A.    Paul Hess is one, Bill Egeland is one.
9  Those are the two -- those are the two primary people
10 who do it.
11      Q.    Would Mr. Hess know what particles would
12 show a parallel extinction?
13      A.    He may know all of them.  If we just go
14 to, you know, the parallel extinction for tremolite
15 oblique, I think they call it, and then if you go to
16 ones with the anthophyllite, it will tell you what
17 the parallel extinction is for that.
18      Q.    Does tremolite ever show parallel
19 extinction?
20      A.    I don't think so.  And again, it's been a
21 while since I've done this.  The next time we talk I
22 can explain it all for you in more detail.
23      Q.    Would there be a difference between
24 asbestiform and nonasbestiform tremolite as it
25 pertains to extinction angles?

William E. Longo, Ph.D.                September 14, 2018

Page 173

1      C E R T I F I C A T E

2

3  STATE OF GEORGIA:

4  COUNTY OF GWINNETT:

5

6          I hereby certify that the foregoing
7      transcript was taken down, as stated in the
8      caption, and the questions and answers thereto
9      were reduced to typewriting under my direction;
10     that the foregoing pages 1 through 172 represent
11     a true, complete, and correct transcript of the
12     evidence given upon said hearing, and I further
13     certify that I am not of kin or counsel to the
14     parties in the case; am not in the regular
15     employ of counsel for any of said parties; nor
16     am I in anywise interested in the result of said
17     case.
18          This, the 18th day of September 2018.
19
20          _____
            DEBRA R. LUTHER, B-881
21          Georgia Certified Court Reporter
22
23
24
25

Atlanta Reporters, Inc.            www.atlanta-reporters.com
                   866-344-0459