# Exhibit L

*Certified Copy*

1    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                   STATE OF MISSOURI

3

4    TRACEY YVETTE YOUNG, et al.,  )
                                   )
5              Plaintiffs,         )
                                   )  Case No.
6         vs.                      )
                                   )  1522-CC09728-02
7    JOHNSON & JOHNSON; JOHNSON &  )
     JOHNSON CONSUMER COMPANIES,   )
8    INC.; and IMERYS TALC         )
     AMERICA, INC., f/k/a          )
9    LUZENAC AMERICA, INC.,        )
                                   )
10             Defendants.         )
     _____)
11

12

13           VIDEO-RECORDED DEPOSITION OF

14              WILLIAM E. LONGO, PhD

15

16               January 25, 2019

17                  9:24 a.m.

18

19          11555 Medlock Bridge Road
                    Suite 100
20             Johns Creek, Georgia

21

22
        Debra R. Luther, RMR, CRR, CCR-B-881
23

24

25

1                    APPEARANCES OF COUNSEL

2

3    On behalf of the Plaintiffs:

4         LEE CIRSCH, Esq.
          The Lanier Law Firm
5         21550 Oxnard Street
          Third Floor
6         Woodland Hills, California  91367
          lee.cirsch@lanierlawfirm.com
7

8    On behalf of the Defendants
         Johnson & Johnson and
9        Johnson and Johnson Consumer Companies, Inc.:

10        JOHN L. EWALD, Esq.
          Orrick, Herrington & Sutcliffe, LLP
11        51 West 52nd Street
          New York, New York  10019-6142
12        jewald@orrick.com

13
     On behalf of the Defendant
14       Imerys Talc America, Inc.:

15        MARK A. PROST, Esq.
          STEVEN T. WALSH, Esq.
16        Sandberg, Phoenix & Von Gontard, PC
          600 Washington Avenue
17        15th Floor
          St. Louis, Missouri  63101-1880
18        mprost@sandbergphoenix.com
          swalsh@sandbergphoenix.com
19

20   Also Present:

21        George Montiel, Videographer

22                          - - -

23

24

25

85

1   or is it MAS generally?  I can't remember.
2          MR. CIRSCH:  Object to form.
3          THE WITNESS:  I don't know.  I'd have to
4      look at the affidavit.
5      Q.    (By Mr. Ewald)  Separate from the
6   affidavit, do you have an estimate about how many
7   products you have personally tested for the presence
8   of asbestos over your career?
9      A.    That I've personally tested?
10     Q.    Personally tested.
11     A.    Over my career?
12     Q.    Yes.
13     A.    Thousands.
14     Q.    And how many of those occasions involved
15  you analyzing the sample using PLM?
16     A.    Not any, that I'm aware of.  Those would
17  all be TEM analysis.
18     Q.    Have you ever personally analyzed a sample
19  for the presence of asbestos using PLM?
20     A.    From start to finish?  No.
21     Q.    What training, if any, do you have with
22  respect to using PLM to analyze samples for the
23  presence of asbestos?
24     A.    I mean, besides understanding the
25  procedure that's used and why you do the different --

1     how you gather the information for their refractive
2     indices, the elongation, the dispersion staining, the
3     procedure that's used and periodically will be asked
4     by one of the analysts to take a look at this, what
5     do you think, but I don't routinely -- I don't do PLM
6     analysis.
7         Q.    How did you obtain the knowledge that you
8     do have with respect to PLM?
9         A.    Well, over the years as a materials
10    scientist, optical microscopy is one of the
11    techniques that I have used to look at and identify
12    things of interest, and as a PhD in materials science
13    and as somebody who has used optical microscopes
14    routinely and polarized light for looking at, I
15    understand the principles of how it's done.  I guess
16    that's what PhDs do.
17        Q.    For the PLM testing for this January 2019
18    report, do you have an understanding of what the
19    analyst did to differentiate between
20    tremolite/actinolite on one hand and anthophyllite on
21    the other?
22        A.    The refractive indices, the extinction
23    angle, which anthophyllite will go extinct parallel,
24    depending on where the fibers are perpendicular,
25    where tremolite/actinolite is oblique, and under

127

**C E R T I F I C A T E**

STATE OF GEORGIA:

COUNTY OF GWINNETT:

    I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 126 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

    This, the 26th day of January 2019.


_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter