# Exhibit M

*Certified Copy*

1      IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
2

3

4  IN RE:  JOHNSON & JOHNSON    )
   TALCUM POWDER PRODUCTS       )
5  MARKETING SALES              )
   PRACTICES, AND PRODUCTS      )  MDL NO.16-2738(FLW)(LHG)
6  LIABILITY LITIGATION         )
   _____)
7

8

9

10

11          VIDEO-RECORDED DEPOSITION OF

12           WILLIAM E. LONGO, PH.D.

13

14
              February 5, 2019
15
                10:24 a.m.
16

17

18              Suite 100
         11555 Medlock Bridge Road
19           Johns Creek, Georgia

20

21

22      Frances Buono, RPR, CCR-B-791

23

24

25

```
                                                                    2

1                      APPEARANCES OF COUNSEL

2

3     On behalf of the Plaintiffs:

4           LEE CIRSCH, Esq.
            The Lanier Law Firm
5           21550 Oxnard Street
            3rd Floor
6           Woodland Hills, California  91367
            Lee.cirsch@lanierlawfirm.com
7

8           P. LEIGH O'DELL, Esq.
            Beasley Allen Law Firm
9           218 Commerce Street
            Montgomery, Alabama  36103-4160
10          Leigh.odell@beasleyallen.com

11
            MICHELLE A. PARFITT, Esq.
12          JAMES GREEN, Esq.
            Ashcraft & Gerel, LLP
13          1825 K. Street
            Suite 700
14          Washington, D.C.  20036
            Mparfitt@ashcraftlaw.com
15

16          DENNIS M. GEIER, Esq.
            Cohen Placitella Roth, PC
17          127 Maple Avenue
            Red Bank, New Jersey  07701
18          Dgeier@cprlaw.com

19

20

21

22

23

24

25
```

```
                                                                  3

1                APPEARANCES OF COUNSEL (continued)

2

3   On behalf of the Defendant,
       Johnson & Johnson and Johnson & Johnson Consumer
4      Inc.:

5         ALEX V. CHACHKES, Esq.
          NINA TROVATO, Esq.
6         Orrick, Herrington & Sutcliffe, LLP
          51 West 52nd Street
7         New York, New York  10019-1642
          Achachkes@orrick.com
8         Ntrovato@orrick.com

9
          JACK N. FROST, JR., Esq.
10        Drinker Biddle & Reath LLP
          600 Campus Drive
11        Florham Park, New Jersey  07932-1047
          Jack.frost@dbr.com
12

13  On behalf of the Defendant,
       Imerys Talc America, Inc.:
14
          MARK K. SILVER, Esq.
15        Coughlin Duffy, LLP
          350 Mount Kemble Avenue
16        Morristown, New Jersey  07962
          Msilver@coughlinduffy.com
17

18        MARK A. PROST, Esq.
          Sandberg Phoenix & von Gontard, P.C.
19        600 Washington Avenue
          15th Floor
20        St. Louis, Missouri  63101-1313
          Mprost@sandbergphoenix.com
21

22

23

24

25
```

```
                                                              4

 1            APPEARANCES OF COUNSEL (continued)

 2

 3     On behalf of the Defendant,
          Imerys Talc America, Inc.:
 4
              ROBERT A. RICH, Esq.
 5            Gordon & Rees Scully Mansukhani
              1111 Broadway
 6            Suite 1700
              Oakland, California  94607
 7            Rrich@grsm.com

 8
       On behalf of the Defendant,
 9        PTI:

10            MICHAEL ANDERTON, Esq.
              Tucker Ellis, LLP
11            950 Main Avenue
              Suite 1100
12            Cleveland, Ohio  44113-7213
              Michael.anderton@tuckerellis.com
13

14     On behalf of the Defendant,
          PCPC:
15
              REBECCA WOODS, Esq.
16            Seyfarth Shaw
              1075 Peachtree Street, NE
17            Suite 2500
              Atlanta, Georgia  30309
18            Rwoods@seyfarth.com

19
       Also Present:
20
              George Montiel, Videographer
21

22

23

24

25


       ——Atlanta Reporters, Inc.——   ——866-344-0459——      www.atlanta-reporters.com
```

1    our -- that have been published.  A number of papers
2    are published where it's going to be a study on
3    exposure.  You usually have to determine what the
4    concentration of asbestos is in the materials before
5    you publish that.
6         Q.    Those are published in peer-reviewed
7    literature?
8         A.    Yes, sir.
9         Q.    Okay.  But those are not finding asbestos
10   in talc; right?
11        A.    No, sir.  These are all construction
12   products.
13        Q.    Are you an expert in PLM?
14        A.    I think I know more than the average
15   layperson.
16        Q.    Are you an expert in PLM?
17              MR. CIRSCH:  Object to form.
18              THE WITNESS:  Again, that's up to a judge
19        to be an expert.
20              I know how the analysis is done, I could
21        do an analysis if I -- it would take me a lot
22        longer than what people typically do.
23        Q.    (By Mr. Chachkes)  One of the
24   disadvantages of PLM that you cite is that it cannot
25   resolve particles less than 1/2 micrometer; is that

360

**C E R T I F I C A T E**

STATE OF GEORGIA:

COUNTY OF HALL:

      I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 359 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

      This, the 7th day of February, 2019.

_____
FRANCES BUONO, B-791
Georgia Certified Court Reporter