# Exhibit N

```
                                                              Page 172

 1                SUPERIOR COURT OF NEW JERSEY
                  LAW DIVISION - MIDDLESEX COUNTY
 2                DOCKET NO. MID-L-7385-16AS
 3
 4                                         VIRTUAL
     STEPHEN LANZO, III and              DEPOSITION UPON
 5   KENDRA LANZO,                       ORAL EXAMINATION
                                              OF
 6           Plaintiffs,                 WILLIAM E. LONGO
          v.                                  Ph.D.
 7                                         (VOLUME II)
     CYPRUS AMAX MINERALS CO.,
 8   et al.,
 9           Defendants.
     -------------------------------
10
11
12
13           TRANSCRIPT of the stenographic notes
14   of ANDREA F. NOCKS, a Certified Court Reporter and
15   Certified Realtime Court Reporter of the State of
16   New Jersey, Certificate No. XI01573, taken virtually
17   on Monday, October 30, 2023, commencing at
18   11:18 a.m. to 3:01 p.m. Eastern Standard Time.
19
20
21
22
23
24
25   JOB NO.:  6168098
```

```
                                                           Page 173

 1    A P P E A R A N C E S:
 2     LEVY KONIGSBERG LLP
       BY:  MOSHE MAIMON, ESQ.
 3     605 Third Avenue
       33rd Floor
 4     New York, New York  10158
       Attorneys for Plaintiffs
 5
 6
 7     KING & SPALDING, LLP
       BY:  MORTON D. DUBIN II, ESQ.
 8     1185 Avenue of the Americas
       34st floor
 9     New York, New York  10036
       -AND-
10     McCARTER & ENGLISH, LLP
       BY:  JOHN C. GARDE, ESQ.
11     Four Gateway Center
       100 Mulberry Street
12     Newark, New Jersey  07102
       Attorneys for Defendant,
13     Johnson & Johnson
14
15
16
17
18
19
20
21
22
23
24
25
```

LONGO, Ph.D. - DIRECT

Page 278

1  objection, asked and answered.
2      A.    If you have a range?  I never really
3  looked for actual words.  You know, maybe in -- you
4  know, maybe in a class somewhere -- you know, I
5  don't know.  To me, it's just obvious.
6      Q.    What PLM classes have you taken?
7      A.    What?
8      Q.    What classes have you taken in PLM
9  dispersion staining?
10      A.    I haven't taken any.
11      Q.    Okay.  How did you learn to do PLM
12  dispersion staining?
13      A.    Self-taught.  It's not really that
14  hard.  And sometimes if you just sit down and learn
15  the science behind it, it's pretty -- you know, it's
16  more -- it is more complex than simple transmission
17  electromicroscopy for asbestos analysis.  But it's
18  very interesting to me.  I had fun learning all
19  about this.
20      Q.    Okay.  And are there any individuals
21  outside of MAS that you recognize to be authorities
22  in PLM dispersion staining analysis?
23      A.    It's an interesting question.
24      Are they doing an actual calculation
25  of birefringence?  I'm not sure anybody is a

```
                                                          Page 299

 1                    CERTIFICATE OF OFFICER

 2

 3              I CERTIFY that the foregoing is a true

 4    and accurate transcript of the testimony and

 5    proceedings as reported stenographically by me at

 6    the time, place and on the date as hereinbefore set

 7    forth.

 8              I DO FURTHER CERTIFY that I am neither

 9    a relative nor employee nor attorney or counsel of

10    any of the parties to this action, and that I am

11    neither a relative nor employee of such attorney or

12    counsel, and that I am not financially interested in

13    the action.

14                     *Andrea Nocks CCR CRR*

15                     ---------------------------------

16                     ANDREA NOCKS, CCR, CRR
                       Certificate No. X100157300

17                     Certificate No. XR00011300

18

19

20

21

22

23

24

25
```