# Exhibit O

Page 1

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                    SUPERIOR COURT
                                  DEPARTMENT OF THE
                                  TRIAL COURT
_____
BRYCE ZUNDEL and DIANE ZUNDEL,)
                             )
        Plaintiffs,          ) CIVIL ACTION NO.:
                             )
   vs.                       ) 22-2145
                             )
AMERILURE, INC., et al.,     )
                             )
        Defendants.          )

- - -

Deposition of WILLIAM E. LONGO, PH.D., taken on behalf of the Defendants, pursuant to Notice, in accordance with the Massachusetts Rules of Civil Procedure, before Louise Griffith, Certified Court Reporter, at 6470 East Johns Crossing, Suite 160, Johns Creek, Georgia, on the 30th day of May, 2023, commencing at the hour of 11:19 a.m.

Page 3

1  APPEARANCES OF COUNSEL:
2      ON BEHALF OF THE PLAINTIFFS:
3          DARRON E. BERQUIST, ESQ.
           The Lanier Law Firm, PLLC
4          126 East 56th Street
           6th Floor
5          New York, NY  10022
6      ON BEHALF OF THE DEFENDANT LYMOL MEDICAL
       CORP.:
7
           MICHAEL J. CAHALANE, ESQ.
8          Cetrulo, LLP
           Two Seaport Lane
9          10th Floor
           Boston, MA  02210
10
       ON BEHALF OF THE DEFENDANT UNITED MINERALS
11     AND PROPERTIES, INC. d/b/a CIMBAR PERFORMANCE
       MINERALS:
12
           ERIN M. CARPENTER, ESQ. (via Zoom)
13         Husch Blackwell, LLP
           355 South Grand Avenue
14         Suite 2850
           Los Angeles, CA  90071
15
       ON BEHALF OF THE DEFENDANT BOSTON MEDICAL
16     PRODUCTS:
17         DANIEL P. MCCARTHY, ESQ. (via Zoom)
           MG+M The Law Firm
18         125 High Street
           Oliver Street Tower, 6th Floor
19         Boston, MA  02110
20     ON BEHALF OF THE DEFENDANT SCIARRA LABS:
21         MICHAEL GIUNTA, ESQ. (via Zoom)
           Freeman Mathis & Gary, LLP
22         60 State Street
           Suite 600
23         Boston, MA  02109-1800
24
25

1       **A     Scheduling.**

2       Q     Okay.

3       **A     The PLM analysis is very tedious and long.**

4  **By TEM, we have three different analysts all**

5  **qualified to do that.  Chrysotile was really up to**

6  **one person in our lab, but now we're going to have**

7  **three as we get --**

8       Q     And the one person being Mr. Hess?

9       **A     -- as we get people trained.**

10       Q     Just want to make it clear.  Clarify.

11       **A     Yes.**

12       Q     Mr. Hess is the one that's trained now?

13       **A     He's the one that has been trained and has**

14  **been doing this and has given a lot of insight on**

15  **solving analytical issues.**

16       Q     And you're training more people --

17       **A     Yes.**

18       Q     -- in PLM?

19       **A     Correct.**

20       Q     Okay.  But TEM is -- doesn't require the

21  same level of training.  Fair?

22       **A     It's fair in that it's not as, to me -- and**

23  **I was an electron microscopy person.  It is not as**

24  **complicated as PLM.**

25       Q     Okay.  And the analyst for the TEM work was

1  C E R T I F I C A T E

3  STATE OF GEORGIA:
4  COUNTY OF DEKALB:
5          I hereby certify that the foregoing
6     transcript was taken down as stated in the
7     caption, that the witness was first duly sworn,
8     and the questions and answers thereto were
9     reduced to typewriting under my direction; that
10    the foregoing pages 1 through 291 represent a
11    true, correct, and complete transcript of the
12    evidence given upon said hearing, and I further
13    certify that I am not of kin or counsel to the
14    parties in the case; am not in the regular
15    employ of counsel for any of said parties; nor
16    am I in anywise interested in the result of said
17    case.  The witness did reserve the right to read
18    and sign the transcript.
19         This, the 8th day of June, 2023.

                              _____
                              LOUISE GRIFFITH, CCR-B-2121
                              Certified Court Reporter