# Exhibit Q

*Certified Copy*

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
                COUNTY OF LOS ANGELES

2

3

4    LAOSD ASBESTOS CASES           )
     _____)
5    PUI FONG and THAI WONG,        )
                                    )
6            Plaintiffs,            ) JCCP Case No. 4674
                                    )
7         vs.                       ) LASC CASE NO.
                                    ) BC 675449
8    IMERYS TALC AMERICA, INC.;     )
     et al.,                        )
9                                   )
             Defendants.            ) VOLUME II
10   _____) Pages 170-300

11

12

13       CONTINUATION OF THE TELEPHONIC DEPOSITION OF

14              WILLIAM E. LONGO, PH.D.

15

16              February 12, 2019

17                 11:40 a.m.

18

19

20              Suwanee, Georgia

21

22

23        Frances Buono, RPR, CCR-B-791

24
     *Atlanta Reporters, Inc.*
     Georgia Certified    Court Reporters
25   866-344-0459

171

1                    <u>APPEARANCES OF COUNSEL</u>

2

3    On behalf of the Plaintiffs:

4        HENRY STEINBERG, Esq.
         Kazan, McClain, Satterley & Greenwood
5        55 Harrison Street
         Suite 400
6        Oakland, California  94607
         Hsteinberg@kazanlaw.com

7

8    On behalf of the Defendant,
         Cyprus Mines Corporation; Imerys Talc America,
9        Inc.; and Imerys Talc Vermont, Inc.:

10       KAREN LUONG, Esq.
         Dentons US LLP
11       601 South Figueroa Street
         Suite 2500
12       Los Angeles, California  90017-5704
         Karen.luong@dentons.com

13

14   On behalf of the Defendants,
         Johnson & Johnson and Johnson & Johnson Consumer,
15       Inc.:

16       KIMBERLY BRANSCOME, Esq.
         Kirkland & Ellis, LLP
17       333 South Hope Street
         29th Floor
18       Los Angeles, California  90071
         Kimberly.branscome@kirkland.com

19

20                        - - -

21

22

23

24

25

214

1      A.    He has a degree in geology.  He has been

2    doing this type of analysis for 30 years.  He was

3    trained, I think at McCrone, way back when.  And he

4    has the patience to analyze at the PLM level that

5    takes long periods of time.  This is not your

6    standard PLM analysis that somebody may do for an

7    asbestos-containing bulk sample.  It --

8      Q.    Why does it take so much longer to analyze

9    talc for asbestos using PLM than a typical

10    asbestos-containing material?

11      A.    Well, it doesn't have to take that long,

12    and I think the results show it.  You don't find

13    anything.  Because you're at these trace levels, you

14    have to make sure you cover the entire area.

15          Paul looks at approximately

16    950 millimeters squared area.  And you have to be

17    able to spend the time.

18          And in addition to him doing that,

19    spending the time, we have a high definition camera

20    set up on the polarized light microscope connected to

21    a high definition monitor so that when Mr. Hess finds

22    a potential amphibole structure, he can then look at

23    it on the monitor so that he can do fine focus.  And

24    also we have a special objective lens that's a plane

25    objective lens that flattens the -- gives you a

297

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF HALL:


I hereby certify that the foregoing
transcript was taken down, as stated in the
caption, and the questions and answers thereto
were reduced to typewriting under my direction;
that the foregoing pages 170 through 296
represent a true, complete, and correct
transcript of the evidence given upon said
hearing, and I further certify that I am not of
kin or counsel to the parties in the case; am
not in the regular employ of counsel for any of
said parties; nor am I in anywise interested in
the result of said case.

This, the 14th day of February, 2019.


_____

FRANCES BUONO, B-791
Georgia Certified Court Reporter