# Exhibit T

*Certified Copy*

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

KIRK VON SALZEN and )
JANET VON SALZEN, )
               )
        Plaintiffs, )
               )
    vs.        )
               )
AMERICAN INTERNATIONAL ) Case No. JCCP 4674/
INDUSTRIES INC. (sued ) BC680576
individually and as )
successor to PINAUD, INC., )
BARBARA ALICE, INC., ED )
PINAUD, INC. d/b/a ED. )
PINAUD, and NESTLE-LE MUR )
COMPANY); et al., )
               )
        Defendants. )
_____ )

DEPOSITION OF

WILLIAM E. LONGO, PhD

June 27, 2018

11:28 a.m.

11555 Medlock Bridge Road, Suite 100
Johns Creek, Georgia

Debra R. Luther, RMR, CRR, CCR-B-881

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
866-344-0459

———Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com———

1  You know, I've sat on -- we're usually on competing
2  sides on different things over the years, so I don't
3  have anything bad to say about Dr. Pooley.
4      Q.   Let me ask you this.  Would you agree,
5  with all the work that you've done in the last two
6  years, that some of the best experts in the world had
7  reached the conclusion at some point that there was
8  no asbestos in Johnson & Johnson Baby Powder?
9      A.   You know, I can't validate that.  I mean,
10 there's documents that obviously show that there's
11 asbestos in Johnson & Johnson over the years, so I
12 don't know what the best experts are.
13     Q.   Well, let's go through some of them, then.
14 You've told us in trials that Walter McCrone was one
15 of the best optical microscopists in the world;
16 right?
17     A.   For his time frame he was the best optical
18 microscopist in the world.  However, Walter McCrone
19 didn't have any management responsibilities at
20 McCrone Associates starting in 1960 because he
21 started the McCrone Research Institute.  He was
22 available if people had questions, but pretty much
23 Ian Stewart was running the show.
24     Q.   Well, you've testified in the past that
25 McCrone's group was really a top-notch research

185

**C E R T I F I C A T E**

STATE OF GEORGIA:

COUNTY OF GWINNETT:

      I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 184 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

      This, the 6th day of July 2018.

_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter