# Exhibit W

Page 94

1 go back and forth between them if you need to.
2          MR. DUBIN:  Can we flip back to
3 Valadez?
4 BY MR. DUBIN:
5    Q.  Do you see that the Zimmerman report
6 image is more golden or orange?
7    A.  I do.
8    Q.  Do you know why that is?
9    A.  From the BH2, which is the Zimmerman
10 report, we were on a tungsten lamp, and it was
11 to the respect that we were dealing with extra
12 yellows from the tungsten lamp.
13    Q.  So the tungsten lamp was changing
14 the color of the particle then?
15          MS. O'DELL:  Object to the
16 form.
17          MR. LUDWIG:  Object to form.
18 BY MR. DUBIN:
19    Q.  Is that correct?
20          MS. O'DELL:  Object to the
21 form.
22          THE WITNESS:  We felt it was
23 adding more yellow to the image of what we
24 were seeing and what we were documenting.
25 BY MR. DUBIN:

Page 95

1    Q.  Okay.  And it wasn't just adding
2 yellow.  If we go back to the Zimmerman report
3 image, it was adding sort of darker golden
4 colors or orange colors to the image, right?
5          MS. O'DELL:  Object to form.
6          MR. LUDWIG:  Objection.  This
7 calls for an expert opinion.
8          I will instruct you not to
9 answer that one.
10          MR. DUBIN:  You're instructing
11 him not to answer that question about the
12 comparison between these two images?
13          MR. LUDWIG:  Correct.  You're
14 testifying and I am going to object to that
15 one.
16          MR. DUBIN:  You're objecting
17 and you're instructing your witness not to
18 answer a question about the impact of lighting
19 on his images in the reports at issue in this
20 deposition and you're instructing him not to
21 answer.
22          Is that my understanding?
23          MR. LUDWIG:  Could you -- let
24 me hear the question again because I think
25 you -- what you said was different than what

Page 96

1 your question was.
2          MR. DUBIN:  We can read the
3 question back.
4          THE COURT REPORTER:  One
5 moment.
6          "QUESTION:  And it wasn't just
7    adding yellow.  If we go back to the
8    Zimmerman image, it was adding sort of
9    darker golden colors or orange colors to
10    the image, right?"
11          MS. O'DELL:  Object to the
12    form.
13          MR. LUDWIG:  I am going to
14    stand by my objection.
15          MR. DUBIN:  So you're not just
16 objecting.  You're instructing him not to
17 answer that question.  I need to understand
18 that.
19          MR. LUDWIG:  Correct.
20          MR. DUBIN:  So if I ask him any
21 questions trying to compare various images in
22 his reports, are you going to instruct him not
23 to answer that?
24          MS. O'DELL:  You can proceed
25 with your deposition, Morty.  It's no way

Page 97

1 to -- to respond to that.  I mean --
2          MR. DUBIN:  Okay.  I just --
3 we're obviously going to have to deal with
4 this after the end of the questioning today,
5 but we'll proceed.
6          MS. O'DELL:  I am not finished.
7          MR. DUBIN:  Okay.
8          MS. O'DELL:  Stop interrupting,
9 please.  If you ask him questions about the
10 image and the work that he did, he is
11 available to answer your question.  He is not
12 here to offer expert opinion.  It has been
13 stated numerous times.
14          MR. DUBIN:  I am asking him
15 directly about his images right now.  So --
16 and he is still being instructed not to
17 answer.
18 BY MR. DUBIN:
19    Q.  So, again, I am asking you a
20 question about this image.
21          The tungsten lighting is not
22 just adding more yellow; it's adding golden
23 colors and more orange color to the images,
24 right?  Is that correct?
25          MR. LUDWIG:  Object.

25 (Pages 94 - 97)

Page 98

1      I instruct you not to answer.
2      MR. DUBIN: You're instructing
3 him not to answer that question. Okay.
4 BY MR. DUBIN:
5      Q.   And if we -- if we look at the
6 Valadez image, the effect of changing the
7 refractive index oil should have been to make
8 the particles less yellow, right? To move the
9 yellows towards the range of magenta, correct?
10     A.   It was done to make it easier to
11 determine the upper refractive indices.
12     Q.   But by -- if I have a particle that
13 is orange in parallel in 1.550 and I change my
14 oil to 1.560, it should appear more magenta,
15 right --
16     MS. O'DELL: Objection.
17 BY MR. DUBIN:
18     Q.   -- in the magenta range?
19     MS. O'DELL: Excuse me.
20 Objection. Seeks expert opinion.
21     MR. LUDWIG: Join.
22     I instruct the witness not to
23 answer.
24 BY MR. DUBIN:
25     Q.   What color is this particle that you

Page 99

1 identified as chrysotile? What color is it?
2      A.   Please, focus in.
3      Q.   (Counsel complies.)
4      MS. O'DELL: Again, this is
5 page 33 of the Valadez report and that's being
6 shown on the screen?
7      MR. DUBIN: It may be page 32,
8 I think, but I don't know. Is it 33 or 32,
9 Jake?
10     MR. KEESTER: I have it as PDF
11 33.
12     MR. DUBIN: Okay. PDF 33.
13     THE WITNESS: It has a mottled
14 appearance, some yellow, but I cannot
15 ascertain the edge off of the photograph.
16     MR. DUBIN: Okay.
17     MS. O'DELL: And, Morty, just
18 to correct the record, I believe that this is
19 page 32 of the Valadez --
20     MR. DUBIN: I said 32. It may
21 just be PDF 33.
22     MS. O'DELL: I am looking at
23 the actual report. The PDF report is 32 just
24 so it's clear when we go back what we're
25 looking at.

Page 100

1      MR. DUBIN: Right. And so it's
2 also clear, it's CSM 001.
3 BY MR. DUBIN:
4      Q.   Do you see rounded structures here
5 that you believe to be talc plates?
6      A.   There are.
7      Q.   And do you see that some of those
8 rounded structures have some red coloration
9 around the edges?
10     Do you see that?
11     A.   I cannot --
12     Q.   (Inaudible.)
13     A.   -- the edge color --
14     MS. O'DELL: He was not
15 finished; so.
16 BY MR. DUBIN:
17     Q.   What was the answer?
18     A.   I cannot determine the edge colors
19 from the photograph as presented.
20     Q.   You don't see red edges on the talc
21 plates?
22     MR. LUDWIG: Asked and
23 answered.
24     THE WITNESS: I don't on the
25 photograph as presented.

Page 101

1 BY MR. DUBIN:
2      Q.   Is red a central stop dispersion
3 color that is associated with talc itself in
4 1.550 or 1.560?
5      A.   I am not aware that it is.
6      Q.   Do you ever go through any process
7 to calibrate your dispersion staining colors?
8      A.   We do that.
9      Q.   And how do you do that? How did you
10 do that?
11     A.   I didn't do them. There was
12 somebody else in the lab that did them.
13     Q.   Do you know what the process was?
14     A.   Initially, it was through the
15 Cargille glass solids.
16     Q.   Cargille glass?
17     A.   Yes, and --
18     Q.   And --
19     MS. O'DELL: Sorry. He is not
20 finished.
21 BY MR. DUBIN:
22     Q.   Go ahead.
23     A.   And then recently was acquired a
24 refractive scope where you can check your
25 index difference.

26 (Pages 98 - 101)

Page 102

1    Q.    And Cargille -- those Cargille glass
2  standards have a single refractive index; is
3  that right?
4    A.    That is correct.
5    Q.    Meaning that they only have one true
6  central stop dispersion staining color; is
7  that correct?
8    A.    That is correct.
9    Q.    Okay.  Can you still see sometimes
10 edges on the Cargille glass that show a
11 different color, not their true central stop
12 dispersion staining color?  Can you sometimes
13 see edges on them of different colors?
14        MS. O'DELL:  Objection to the
15 form to the degree it's talking about a
16 process that he did not do himself.
17 BY MR. DUBIN:
18    Q.    Just only if you know personally?
19        MS. O'DELL:  And do not
20 speculate, please, Mr. Hess.  If you -- if
21 that's a process you were involved in for
22 purposes of your work in this case, you can
23 respond, but if it was not, well, that's
24 beyond the scope, and that's expert opinion.
25        THE WITNESS:  I did not do the

Page 103

1  calibrations --
2  BY MR. DUBIN:
3    Q.    Are you --
4    A.    -- just said.
5    Q.    Are you familiar with the fact that
6  you can -- that even with Cargille glass that
7  has a single refractive index, you can
8  sometimes see edge colors that don't
9  correspond to that refractive index?
10        MS. O'DELL:  Objection; seeks
11 expert opinion beyond the scope of the
12 deposition.  I will let Mr. Hess' counsel
13 instruct him.
14        MR. LUDWIG:  I am going to
15 instruct him not to answer that question.
16 BY MR. DUBIN:
17    Q.    Do you know what total reflection
18 means in the context of PLM dispersion
19 staining?
20        MS. O'DELL:  Same objection.
21        MR. LUDWIG:  Is the question
22 does he know what total dispersion -- repeat,
23 please?
24 BY MR. DUBIN:
25    Q.    Total reflection.

Page 104

1    A.    I am unfamiliar with the term.
2    Q.    If we scroll down so we can see the
3  bottom of this, you see that there is a
4  refractive index number, 1.564; that is the
5  refractive index number that you assigned to
6  this particle; is that correct?
7    A.    That is correct.
8    Q.    Do you know what color that
9  refractive index number corresponds to in
10 1.560 oil?
11    A.    Without the temperature information
12 handy and without the actual charts utilized,
13 it was more of a.
14    Q.    So are you done with your answer?
15    A.    I don't recall exactly off the top
16 of my head.
17    Q.    Well, let's go through the process
18 so we understand how you can take that
19 refractive index number and determine what
20 color you were calling this particle.
21        And so I am going to show you a
22 couple different slides.  We can just mark
23 them as separate exhibits.  We can just start
24 with slide 34.
25        THE COURT REPORTER:  For the

Page 105

1  record, I believe this is Exhibit 15.
2        MR. DUBIN:  Thank you.
3        (Exhibit 15 marked for
4     identification.)
5  BY MR. DUBIN:
6    Q.    Do you know the temperature in the
7  lab at MAS?
8    A.    We did have an immersion thermometer
9  at station.
10    Q.    And what is the temperature?
11    A.    It was 21 degrees.
12    Q.    And so if we wanted to figure out
13 what color you're calling the particle, we
14 could look at the Su tables or 1.560, and we
15 take your RI given, right, and then we can
16 match that up with a wavelength of light,
17 correct?
18    A.    Correct.
19        MS. O'DELL:  I object to the
20 question.
21        Where did this table -- what
22 reference did this table come from?
23        MR. DUBIN:  You're familiar
24 with the Su tables.  We can mark them as an
25 exhibit if it's necessary.  I will mark the Su

27 (Pages 102 - 105)

Page 106

1  tables so we have them.  I will mark the Su
2  tables as Exhibit 35.  I guess it must be
3  CX-26.
4          MR. LUDWIG:  My understanding,
5  this is a document prepared by defense
6  counsel.  This is not the Su tables.  This is
7  an excerpt, table, picture of Dr. Su, and some
8  other things; is that correct?
9          MR. DUBIN:  An excerpt and
10 that's why in case you need it, I am marking
11 the entire document as their exhibit.
12         MR. LUDWIG:  Okay.  Well, now I
13 am objecting to testimony about this document
14 then.
15         MR. DUBIN:  What is your
16 possible objection about my asking him about
17 the color of the particle in the report that
18 he is here to be deposed about?
19         MR. LUDWIG:  I am objecting to
20 this exhibit 15, which is a defense exhibit --
21         MR. DUBIN:  It's --
22         MR. LUDWIG:  -- that's what I
23 am objecting to.
24         MR. DUBIN:  Okay.  So,
25 Mr. Placitella, do you agree and say that you

Page 107

1  can never use a demonstrative created by
2  counsel as part of examining a witness?
3  Because I am curious about your view on that,
4  Mr. Placitella.  So no more creating exhibits
5  to ask -- or demonstratives to ask our
6  witnesses about, right, Mr. Placitella, or do
7  you disagree with --
8          MR. LUDWIG:  (Inaudible) --
9          MR. PLACITELLA:  You're now
10 asking me questions?
11         MR. DUBIN:  I am asking you
12 that question.
13         MR. PLACITELLA:  How about I
14 ask you a few?
15 BY MR. DUBIN:
16    Q.   All right.  I am going to continue
17 to ask you questions about this document.
18         So going back to this, you can
19 find on the table --
20         MS. O'DELL:  Morty, excuse me.
21 The reason I asked is so if this is a
22 defense-created exhibit, so we understand
23 what's being discussed and for the record,
24 first; and then, second, so Mr. Hess has an
25 understanding of what's being asked of him.

Page 108

1          I understand you're going to
2  put the Su tables that you're referring to in
3  the chat and so if you go ahead and do that
4  and I assume they are going to be marked as
5  exhibit 16; is that correct?
6          MR. DUBIN:  I think that's the
7  correct number.  Exhibit 16 will be the Su
8  tables.
9          MS. O'DELL:  And if you need to
10 see the Su tables, Mr. Hess, or anything else,
11 just request that, and we'll get it in front
12 of you.
13         MR. DUBIN:  That's fine.
14         (Exhibit 16 marked for
15    identification.)
16 BY MR. DUBIN:
17    Q.   Anyway, so you can look at the RI
18 that you gave, 1.564, and that will correspond
19 with a wavelength of light, correct?
20    A.   That is correct.
21    Q.   And we can see that the wavelength
22 of -- the color associated with that
23 wavelength of light is purple, right, 560
24 nanometers?
25    A.   In the color chart, that's what it

Page 109

1  shows.
2    Q.   So for purposes of your analysis
3  calling this chrysotile, you were treating
4  this particle as if it was purple, correct?
5          MS. O'DELL:  Object to the
6  form.
7          THE WITNESS:  I was treating
8  what I could see around the edges through my
9  scope.
10 BY MR. DUBIN:
11    Q.   And, in fact, if we -- if we look
12 back at what we looked at before, which was
13 reference chrysotile -- we can put that slide
14 back up.
15         MR. DUBIN:  I don't remember
16 what number it was, but for calling it up,
17 Jake, we can use slide 40.
18 BY MR. DUBIN:
19    Q.   Reference chrysotile, the refractive
20 index number given for that particle by ISO is
21 1.556; that corresponds to magenta, correct?
22         MS. O'DELL:  Object to the
23 form.
24         We had an objection previously
25 to this exhibit because it calls for an expert

28 (Pages 106 - 109)

1 opinion and so --
2          MR. DUBIN:  Are you instructing
3 him not to answer?
4          MR. LUDWIG:  I am instructing
5 him not to answer for the reasons stated
6 before.
7          MR. DUBIN:  Okay.  Let's go
8 to -- make the next exhibit slide 43.
9          MR. KEESTER:  I'm sorry, Morty.
10 That was 43?
11          MR. DUBIN:  Yeah, and that will
12 be exhibit 17.
13          (Exhibit 17 marked for
14    identification.)
15 BY MR. DUBIN:
16    Q.   The number -- the wavelength of
17 light that you assigned to this particle on
18 the left that you're calling chrysotile in
19 Johnson & Johnson, you are saying that it is
20 even more purple than standard reference
21 chrysotile depicted on the right, correct?
22          MS. O'DELL:  Objection.
23          This is an incomplete depiction
24 of what's being examined.  It is including
25 images that are not Dr. -- Mr. Hess', excuse

1 me, and it is an inappropriate examination of
2 this witness, who is a fact witness, and seeks
3 expert opinion, and we to object to it.
4          MR. DUBIN:  First off, I don't
5 understand how you can say every time that he
6 is a fact witness and not an expert.  He is
7 here to be deposed about his polarized light
8 microscopy work.  There is no way to depose
9 someone about their polarized light microscopy
10 work without asking them questions that are
11 technical in nature.
12          And so if your objection is
13 that every time I ask him for something about
14 his conclusions, it's an expert opinion, then
15 you are essentially shutting down this
16 deposition.  It's --
17          MS. O'DELL:  That's not
18 correct.  We're asking -- we have not
19 instructed Mr. Hess to not respond to
20 questions that are technical.  We have
21 instructed him not to give expert opinion
22 because he is here as a fact witness as you
23 know and as the Special Master has ruled.
24          And this seeks a comparison
25 between the photomicrograph that Mr. Hess took

1 to an ISO record for chrysotile and that is
2 beyond the scope of this deposition.
3          That's -- that is --
4          MR. DUBIN:  Are you instructing
5 him not to answer?
6          MS. O'DELL:  Let me finish.
7 I'm sorry.  Let me finish.  I stuttered there.
8          Judge Schneider was very clear
9 that he is going to be asked about his work
10 and not a comparison of his work to others and
11 that is expert opinion and that's why we're
12 instructing him not to answer.
13          MR. DUBIN:  Okay.  So you're
14 instructing him not to answer?
15          MR. LUDWIG:  Correct.
16          MR. DUBIN:  Okay.
17 BY MR. DUBIN:
18    Q.   I want to make sure and let me raise
19 the question.
20          As a fact, factually, you
21 assigned a darker purple color to that
22 particle on the left than standard reference
23 chrysotile, correct?
24          MS. O'DELL:  Objection; that is
25 the same objection, and I just also object to

1 use of this color chart without reference to
2 the other charts from Dr. Su's tables that
3 take into consideration the temperature and
4 other aspects of the table.  It's an
5 incomplete hypothetical.  He --
6          MR. DUBIN:  I am sorry.  I
7 don't think you understand the -- I don't
8 think you understand how the analysis works.
9 Because we already did the temperature of the
10 lab when we figured out what nanometer of
11 light he was calling the particle.  So that is
12 not a valid objection scientifically.  Are you
13 instructing him not to answer?
14          MS. O'DELL:  I am going to let
15 Mr. Hess' counsel instruct him, but I have
16 made my objection.
17          MR. LUDWIG:  I am instructing
18 him not to answer.
19          MR. PLACITELLA:  I would just
20 like to -- can you hear me?  I would just like
21 to add the following objection and I am trying
22 to stay out of this.
23          If you're taking a tiny, little
24 piece of a big slide and then blowing -- and
25 then sticking it next to a different slide,

29 (Pages 110 - 113)

Page 114

1  there is no guarantee that this accurately
2  depicts what the actual slide looks like,
3  especially on a Zoom presentation. So that's
4  my concern to put on the record.
5          MR. DUBIN: Okay. And my --
6          MR. PLACITELLA: Now I'll go
7  back to sleep.
8          MR. DUBIN: My response to that
9  is we're comparing the colors associated with
10 two different nanometers of light, which are
11 depicted accurately on the slide, and I
12 understand that you guys are instructing him
13 not to answer and okay. So we'll have to deal
14 with that later.
15         MR. PLACITELLA: No, no, but my
16 objection was beyond that. My objection was
17 how this was put together, who put the colors
18 on what piece of the photograph and, you know,
19 what someone is being asked to interpret over
20 Zoom; that's all. Now I will go back to
21 sleep.
22         MR. DUBIN: Yeah. Okay.
23 BY MR. DUBIN:
24   Q.   So let's go back to the Valadez
25 report.

Page 115

1          Are you -- are you swearing
2  that particle as purple in --
3          MS. O'DELL: Object to --
4          THE COURT REPORTER: Please
5  repeat your question.
6  BY MR. DUBIN:
7    Q.   Are you swearing that that particle
8  is purple, the one depicted in 001?
9          MR. LUDWIG: Objection to form.
10         THE WITNESS: No. The particle
11 itself interior-wise has yellow. I utilized
12 what I could find through the scope around the
13 edges or at the edge.
14 BY MR. DUBIN:
15   Q.   So are you telling me that that
16 particle we're looking at is somehow entirely
17 surrounded with purple, but we just can't see
18 it?
19         MS. O'DELL: Objection to the
20 form; asked and answered.
21         MR. LUDWIG: Argumentative.
22 BY MR. DUBIN:
23   Q.   You can respond.
24   A.   Based on what I saw through the
25 microscope.

Page 116

1    Q.   How can we independently verify with
2  your report that that particle is purple
3  without actually being at your scope?
4          MS. O'DELL: Objection.
5          MR. LUDWIG: Objection; calls
6  for -- objection to form.
7  BY MR. DUBIN:
8    Q.   You can respond.
9    A.   So I do the documentation on the
10 pictures.
11   Q.   But you're telling me that the
12 pictures don't show the purple.
13         So how can we independently --
14 how can we verify that that particle, in fact,
15 has purple?
16         MS. O'DELL: Objection;
17 misstates his testimony.
18         MR. LUDWIG: Join.
19         THE WITNESS: It's documented
20 as part of the report. It's in the picture.
21 BY MR. DUBIN:
22   Q.   So you're saying that purple is in
23 the picture.
24         So where is the purple?
25         MS. O'DELL: Objection;

Page 117

1  misstates his testimony.
2  BY MR. DUBIN:
3    Q.   You can respond.
4    A.   I make my determinations on what I
5  can see through the scope and it's represented
6  to the best that I can get it on the screen in
7  the picture.
8    Q.   Okay. But can we verify that with
9  the picture? Can we verify that in some way?
10   A.   Other than what's on the picture,
11 Counselor, I cannot speculate.
12         MR. LUDWIG: Do you need it
13 blown up?
14         MR. DUBIN: We can blow it up.
15         MR. PLACITELLA: There it is.
16 BY MR. DUBIN:
17   Q.   Do you see purple or red on the talc
18 plates in this image? To the extent you're
19 claiming you see it on that particle, do you
20 see it on all the rounded talc plates?
21   A.   On this image, I can just barely.
22   Q.   On the rounded talc plates, right?
23         MR. LUDWIG: Listen to the
24 question.
25 BY MR. DUBIN:

Page 118

1    Q.   You can see those kind of edge
2 effects on the talc plates as well, right?
3           MS. O'DELL:  I am -- the screen
4 is about ten feet away from Mr. Hess.  I am
5 handing him the Valadez report on my computer
6 so he can see it more clearly.
7 BY MR. DUBIN:
8    Q.   Do you see those same kind of edge
9 effects on all -- on the talc plates?
10   A.   I can see parts, yes.
11   Q.   But talc plates aren't purple in
12 1.560 oil, right, and they are not red,
13 correct?
14          MS. O'DELL:  And if you need to
15 make it bigger or smaller, Mr. Hess, you can
16 just -- you can touch my screen.
17 BY MR. DUBIN:
18   Q.   You can focus on any of these
19 rounded talc plates and you'll see the same
20 edge effects, right?
21          MS. O'DELL:  Object to the
22 form.
23          THE WITNESS:  Similar.
24 BY MR. DUBIN:
25   Q.   So what refractive index number

Page 119

1 would you assign to any of the talc plates
2 that also have that edge effect?  What would
3 you -- what is the refractive index of the
4 talc plates?
5           MS. O'DELL:  Object to the
6 form; expert opinion.
7           MR. LUDWIG:  This is an expert
8 opinion.  I am going to instruct him not to
9 answer that one.
10 BY MR. DUBIN:
11   Q.   Mr. Hess, you're basing your calling
12 this particle chrysotile on edge effects that
13 are also present on the talc plates
14 themselves; isn't that right?
15          MS. O'DELL:  Objection;
16 misstates his testimony.
17 BY MR. DUBIN:
18   Q.   You can respond.
19          MS. O'DELL:  Objection;
20 misstates his testimony.
21          MR. LUDWIG:  Join.
22          MS. O'DELL:  Seeks expert
23 opinion.
24 BY MR. DUBIN:
25   Q.   You can respond.

Page 120

1    A.   At least my opinion of what I am
2 seeing not only on the dispersion staining,
3 but also on the appearance of the structure,
4 whether it shows fibrousity.
5    Q.   You are basing your refractive
6 index --
7           MS. O'DELL:  Excuse me.  Were
8 you finished with your answer?
9           THE WITNESS:  It's based on
10 what I see through the scope and my
11 examination of the particle.
12 BY MR. DUBIN:
13   Q.   You are basing your assessment of
14 the refractive index of this particle that
15 you're calling chrysotile based on edge
16 effects that are also present on the rounded
17 talc plates, correct?
18          MS. O'DELL:  Objection;
19 misstates his testimony.
20 BY MR. DUBIN:
21   Q.   You can respond.
22   A.   I base it on what I see around the
23 particle itself.
24   Q.   And those -- again, my question is,
25 what you're claiming -- the effect that you're

Page 121

1 claiming to see around that particle you're
2 calling chrysotile is also present on the
3 round talc plates, correct?
4           MS. O'DELL:  Objection.
5           MR. LUDWIG:  Objection, asked
6 and answered.
7           MS. O'DELL:  Misstates his
8 testimony.
9 BY MR. DUBIN:
10   Q.   You can respond.
11   A.   I am basing it on my determination
12 from what's around the particle.  I do not
13 take into account what's around the talc.
14   Q.   Okay.  So you don't consider whether
15 or not, because this effect is also on the
16 talc plates, whether it's an artifact of
17 your -- of your analysis?  You don't look at
18 the talc plates to see whether you see the
19 exact same effect on the talc plates?
20          MS. O'DELL:  Objection;
21 misstates his testimony.  It's not what he
22 testified a moment ago.
23 BY MR. DUBIN:
24   Q.   Are these talc plates, are those
25 also purple, according to you, if you're

31 (Pages 118 - 121)

Page 122

1 looking at the edge effects?
2    A.   What I am seeing on there is more of
3 a red, but it's not in focus to the point that
4 I would be able to make a determination.
5    Q.   So would the refractive -- would the
6 refractive index value for those talc plates
7 correspond to red?
8          MS. O'DELL:  Objection.
9          He was just saying it wasn't in
10 focus and you can't make that determination
11 from a photomicrograph on a screen.
12 BY MR. DUBIN:
13    Q.   So are those talc plates -- does the
14 refractive index that you assigned to them
15 based on their edges, does that correspond to
16 red?
17          MS. O'DELL:  Same objection.
18 BY MR. DUBIN:
19    Q.   You can respond.
20    A.   I would not give it the same.
21          THE COURT REPORTER:  Please
22 repeat your answer.
23          MR. LUDWIG:  I think it was:  I
24 would not give it the same.
25          I think you were still talking?

Page 123

1          THE WITNESS:  No; that's it.  I
2 would not give it the same.
3 BY MR. DUBIN:
4    Q.   So what is the CSDS color of, let's
5 say, this large talc plate towards the bottom
6 left?  What is the CSDS color that you would
7 use to assign a refractive index to that
8 particle?
9          MS. O'DELL:  Which particle?
10          MR. PLACITELLA:  I will place
11 an objection before he answers and I know
12 you're doing the best you can, but at this
13 point, at least on the screen that I am
14 seeing, this image is pretty blurry, you know,
15 but you did -- you're doing the best you can.
16          MR. DUBIN:  This is the image
17 that we have from Dr. Longo.
18          MR. PLACITELLA:  Well, that's
19 not necessarily the image.  This is a blowup
20 on a Zoom, you know.
21          MR. DUBIN:  He also has the
22 actual report in front of him on a computer.
23 Now what?
24          MR. PLACITELLA:  Just --
25          MR. DUBIN:  Okay.

Page 124

1          MR. PLACITELLA:  -- trying to
2 keep the record clean.
3          MR. DUBIN:  Okay.
4 BY MR. DUBIN:
5    Q.   What CSDS color are you assigning to
6 the talc plates that we're looking at?
7          MS. O'DELL:  Object to the
8 form; that seeks expert opinion.  He is not
9 a -- he did not analyze these particular talc
10 particles.  He didn't make findings in the
11 report.
12          To ask him to do it on the fly,
13 in a Zoom is an expert opinion and beyond the
14 scope of what he did for the report and we
15 object on that basis.
16          MR. DUBIN:  Are you instructing
17 him not to answer the question?
18          MR. LUDWIG:  I was just going
19 to say, exactly, and I am instructing him not
20 to answer that question because he is not --
21 it's not the scope.  Him doing an analysis of
22 a talc particle on the fly is not what the
23 Judge -- is not the purpose of this
24 deposition.
25          MR. DUBIN:  Okay.  You have

Page 125

1 instructed him not to answer.  We'll just deal
2 with it in court later.
3          Let's look at the second image,
4 002.
5          MS. O'DELL:  Okay.  What image
6 are you looking at and what page?
7          MR. DUBIN:  Okay.  So, Jake,
8 can you give the page?  This is the image of
9 CSM 002.
10          MR. KEESTER:  So my PDF is page
11 38, but since your report seems to be one page
12 less, it will probably be page 37, but it is
13 CSM-002.
14          MS. O'DELL:  Okay.
15 BY MR. DUBIN:
16    Q.   What color is that particle?
17    A.   Can you zoom in, please?
18    Q.   Sure.
19    A.   The particle itself, yellow with
20 some pale blue.
21    Q.   Okay.  And do you see that there is
22 a rounded talc plate?  If you move your eye
23 from the top of the two arrows over towards
24 the left, there is a rounded talc plate.
25          Do you see that?

32 (Pages 122 - 125)

Page 126

1          MR. LUDWIG: Objection.
2          Once again, you're asking him
3 to analyze what you claim to be a talc
4 particle on the fly; that calls for expert
5 testimony. I am instructing him not to answer
6 that question.
7 BY MR. DUBIN:
8     Q.   You said you have done PLM
9 dispersion staining analysis for 30 years,
10 Mr. Hess?
11    A.   That is correct.
12    Q.   Are you not -- are you not able to
13 tell me -- to follow over on the image and
14 look at this talc plate with me? Is that
15 beyond your experience and training?
16          MR. LUDWIG: I am going to
17 object.
18          This is argumentative. His
19 experience is under the microscope. So I am
20 objecting to the form of the question. It's
21 argumentative.
22 BY MR. DUBIN:
23    Q.   Is the particle you're calling
24 chrysotile here, is that essentially the same
25 color as the talc plates in the image?

Page 127

1          MR. LUDWIG: Objection, same
2 objection. I am instructing him not to
3 answer.
4          MR. DUBIN: Okay. Can't wait
5 to be heard on these. All right.
6 BY MR. DUBIN:
7     Q.   Do you know what -- if we go down
8 and we look at the RI value, RI 1.565, do you
9 know what color that -- by reporting that
10 refractive index value for this particle, do
11 you know what color you were calling it?
12    A.   I don't recall.
13          MR. DUBIN: Let's go to the
14 slide, Jake, and we'll make that the next in
15 order, the slide for this particle; that will
16 be exhibit -- are we on 17 or 18?
17          THE COURT REPORTER: One moment
18 and I can verify.
19          MR. DUBIN: Sure. I think it's
20 18.
21          THE COURT REPORTER: Yes, this
22 is Exhibit 18.
23          MR. DUBIN: Why don't we call
24 up that slide and we can put it in chat.
25          (Exhibit 18 marked for

Page 128

1    identification.)
2 BY MR. DUBIN:
3     Q.   You -- for purposes of your
4 analysis, you're calling this particle
5 somewhere between a magenta and a purple for
6 purposes of your analysis, right?
7          MS. O'DELL: Just wait a
8 minute.
9          What particle is this?
10          MR. DUBIN: This is the same
11 particle, CSM 002.
12 BY MR. DUBIN:
13    Q.   You're calling it somewhere between
14 a magenta and a purple for purposes of your
15 analysis?
16    A.   I am calling the edge that I saw.
17    Q.   You're calling the edge that you saw
18 purple and magenta? Is that what you're
19 saying?
20    A.   That is correct.
21    Q.   The same type of purple or red
22 colors that are on the talc plates?
23          MS. O'DELL: Object to the
24 form.
25          MR. LUDWIG: Object to the

Page 129

1 form.
2          I instruct you not to answer.
3 BY MR. DUBIN:
4     Q.   Do you know -- as you adjust the
5 focus on a microscope up and down, do you know
6 whether you can -- if things are out of focus,
7 you can see a red edge on particles? Are you
8 familiar with that?
9     A.   I have observed that.
10    Q.   And so one way that you can get
11 these types of edges around particles is if
12 they are just not -- if they are -- is your
13 focus, depending on your focus, right?
14          MS. O'DELL: Object to the
15 form.
16          THE WITNESS: Correct.
17 BY MR. DUBIN:
18    Q.   And without these edges, without
19 these sort of red colors at the edges, then
20 the CSDS color that you would have had to
21 assign to the particle would be -- would
22 correspond to yellow, right?
23          MR. LUDWIG: Objection to form.
24          That's calling for an expert
25 analysis, which he is not here to present

33 (Pages 126 - 129)

Page 130

1  today.
2          MR. DUBIN:  Are you instructing
3  your witness not to answer yet again?
4          MR. LUDWIG:  I am instructing
5  him not to answer that one, yes.
6          MR. DUBIN:  Okay.
7  BY MR. DUBIN:
8      Q.  How can you tell whether or not the
9  red that you're seeing on the edges is an
10 artifact of focus?
11     A.  By assuring that my particle is in
12 focus.
13     Q.  Mr. Placitella was complaining that
14 the image is blurry.
15         Does it look completely in
16 focus to you?
17         MS. O'DELL:  Object to the
18 form.
19         MR. LUDWIG:  Join.
20         THE WITNESS:  I base it on what
21 I see through the scope.
22 BY MR. DUBIN:
23     Q.  Do you know whether or not edge
24 effects like that can be created by total
25 refraction even for an in focus particle?  Do

Page 131

1  you know that?
2          MS. O'DELL:  Objection to the
3  form; calls for expert opinion.
4          Morty, this slide has not been
5  put in the chat and so we would request that
6  it be put in the chat.
7          MR. DUBIN:  We're doing it.
8  Obviously, it takes a little time to do the
9  slides and it's not like you're not seeing the
10 whole document, but we'll put them in chat.
11         MS. O'DELL:  We thank you and
12 we need to see them.  It's important.
13         The second thing is, where did
14 this color bar, color chart come from on the
15 side and -- because it's unclear from what's
16 being --
17         MR. DUBIN:  These are slides
18 that have been presented to Dr. Longo before
19 for his testimony and that he has agreed to.
20 So these are -- this type of color bar was
21 used in the 104 hearings with Dr. Longo, in
22 addition to being used in his Eagles and Lonzo
23 depositions.
24         MS. O'DELL:  That's completely
25 immaterial.

Page 132

1          MR. DUBIN:  You asked -- okay.
2  I have told you the answer.  I am asking him
3  about it.
4          MR. KEESTER:  Sorry to jump in.
5  I can't share a slide while I have it open.
6  It's the way Microsoft applications work.  So
7  I am sharing them the moment I close out of
8  PowerPoint.
9          MS. O'DELL:  Okay.  Thank you.
10         MR. DUBIN:  Okay.  We can go
11 back to the Valadez report.  We can put that
12 one in chat.
13 BY MR. DUBIN:
14     Q.  And as I said, I believe there was a
15 question pending before the objection.
16         Are you familiar with the fact
17 that the phenomena of total reflection can
18 create these kind of edge effects for
19 particles?
20         MR. LUDWIG:  Can that be reread
21 back?  I'm sorry.  There was a break in the
22 question, maybe distorted by the Zoom.  I am
23 sorry.
24         MR. DUBIN:  It's fine.  I
25 already asked him.  He didn't know what the

Page 133

1  phenomena was earlier.  So it's fine.  Don't
2  worry about it.  This next -- let's go to CSM
3  003.
4  BY MR. DUBIN:
5      Q.  What color is the particle?
6      A.  The particle appears to be yellow.
7      Q.  Do you know at -- by assigning RI
8  1.568, do you know what color you were calling
9  this particle?
10     A.  Not without the charts available.
11     Q.  All right.  You were -- do you know
12 you were calling this particle somewhere
13 between a magenta and purple?
14         MS. O'DELL:  Objection to form.
15         MR. LUDWIG:  Can you zoom in on
16 the particle, please?
17         MR. DUBIN:  Sure.
18 BY MR. DUBIN:
19     Q.  You're treating this particle for
20 purposes of your analysis as if it is magenta
21 and purple?
22         MS. O'DELL:  Objection to the
23 form.
24         He said he can't -- cannot
25 determine that without the charts and other

34 (Pages 130 - 133)

Page 134

1 materials used in --
2          MR. LUDWIG:  (Inaudible) it's
3 clear to you.  I mean, we're dealing with a
4 situation where it's ten, fifteen feet from
5 you; so.
6 BY MR. DUBIN:
7     Q.    You're the analyst who did this
8 work.
9          What color were you calling it?
10          MS. O'DELL:  And just for the
11 record, what's the page of the Valadez report?
12          MR. KEESTER:  Mine is page 43.
13 Yours is probably page 42.
14          MS. O'DELL:  Thank you.
15          MR. DUBIN:  And maybe it will
16 help.  We can make exhibit 19 slide 48 and put
17 that up.
18          MR. LUDWIG:  Mr. Dubin, we have
19 been going for a little --
20          MR. DUBIN:  We'll break after
21 this slide and we'll take lunch.
22          MR. LUDWIG:  We'll take a lunch
23 break after this slide.
24          (Exhibit 19 marked for
25     identification.)

Page 135

1 BY MR. DUBIN:
2     Q.    Do you know that the refractive
3 index that you have assigned to this particle
4 corresponds to the colors magenta and purple?
5 Are you aware of that?
6     A.    I do see --
7          MR. PLACITELLA:  I have the
8 same objection I had before.  This even is
9 less clear than the last one.
10 BY MR. DUBIN:
11     Q.    Okay.  Are you aware that the
12 refractive index numbers you assigned to this
13 particle are -- correspond to magenta and
14 purple?
15          MS. O'DELL:  Object to the
16 form.
17          He has already testified he
18 would need the charts and other information.
19 BY MR. DUBIN:
20     Q.    Well, just -- do you know that?  Are
21 you aware that that's the color you said this
22 particle was?
23     A.    I am.
24     Q.    Okay.
25     A.    But not the particle.

Page 136

1     Q.    Not the particle, what you're
2 calling the edge effects, right, or the edges,
3 you're saying?
4     A.    That is correct.
5     Q.    Okay.  And we can go back to the
6 image in the Valadez, same image, and you can
7 see you have these edges, the same types of
8 edges on these -- on many of the rounded
9 structures that are talc plates, right?
10          MS. O'DELL:  Objection to the
11 form.
12          MR. LUDWIG:  Same objection.
13          I instruct him not to answer.
14 Once again, on-the-fly analysis of talc
15 plates.
16          MR. DUBIN:  You're instructing
17 him not to answer?
18          MR. LUDWIG:  Correct.
19 BY MR. DUBIN:
20     Q.    Okay.  And, again, I want to
21 understand your experience, your personal
22 experience with these types of edge effects,
23 and I just want to ask you about an image,
24 whether it's something that you have seen
25 before.

Page 137

1          MR. DUBIN:  And we'll mark that
2 as exhibit 20.  It will be CX-56.
3          (Exhibit 20 marked for
4     identification.)
5 BY MR. DUBIN:
6     Q.    So Cargille glass, Cargille glass
7 has a single refractive index, right?
8          MS. O'DELL:  Objection to the
9 form.
10          What's being shown on the
11 screen?
12          MR. DUBIN:  These are images of
13 Cargille glass in dispersion staining.  I am
14 asking him about his experience and his
15 background, experience, and training.
16          MS. O'DELL:  He is not here as
17 an expert witness and --
18          MR. LUDWIG:  Right.  So --
19          MS. O'DELL:  -- this is beyond
20 the scope.  Excuse me.  Counsel, go ahead.
21          MR. LUDWIG:  I'm sorry.  So I
22 am instructing the witness not to answer.
23 Exactly.
24 BY MR. DUBIN:
25     Q.    And I am going to keep asking you

35 (Pages 134 - 137)

Page 138

1 some questions about this and if your attorney
2 wants to object and say for you not to answer
3 to each of them, that's fine.  We'll do that.
4          Can you see -- are you familiar
5 with this phenomena that even if you look at a
6 particle with a single refractive index,
7 right, for example, blue here, you can see
8 sometimes these edge effects such as the red
9 or the purple that we're seeing in this image?
10          Are you familiar with the fact
11 that that happens?
12          MS. O'DELL:  Objection; beyond
13 the scope of the deposition; beyond the scope
14 of this witness' testimony; assumes facts not
15 in evidence.
16 BY MR. DUBIN:
17    Q.   Do you know how to determine --
18 sorry.
19          MR. DUBIN:  Is there
20 instruction not to answer that?
21          MR. LUDWIG:  There is
22 instruction not to answer that, yes.
23 BY MR. DUBIN:
24    Q.   Do you know how to determine in
25 these kind of circumstances what the true CSDS

Page 139

1 color is?  Do you know how to do that?
2          MR. LUDWIG:  Same objection.
3          MR. DUBIN:  Are you instructing
4 your witness not --
5          MR. LUDWIG:  I am.
6          MR. DUBIN:  -- to answer?
7          MS. O'DELL:  Join.
8          MR. DUBIN:  Okay.
9 BY MR. DUBIN:
10    Q.   Are you familiar with why you can
11 get these types of red edges around certain
12 particles that do not reflect the true central
13 stop dispersion staining color of the
14 particle?  Do you know anything about that?
15          MR. LUDWIG:  Same objection;
16 same instruction.
17          MR. DUBIN:  Okay.
18          MS. O'DELL:  Join.
19 BY MR. DUBIN:
20    Q.   If you were to base your calculation
21 of the refractive index of this piece of
22 Cargille glass on the red edge here, you would
23 be getting the wrong result, correct?
24          MR. LUDWIG:  Same objection;
25 same instruction.

Page 140

1          MS. O'DELL:  Join.
2 BY MR. DUBIN:
3    Q.   However, you, when you're looking at
4 the yellow particles in your analysis, you
5 take these edge effects and you base your
6 calculations on them, correct?
7          MR. LUDWIG:  Same objection;
8 same instruction.
9          MS. O'DELL:  Misstates the
10 record and misleading and argumentative.
11          MR. DUBIN:  All right.
12 BY MR. DUBIN:
13    Q.   Do you have experience working with
14 and analyzing Cargille glass?
15    A.   Not analyzing, but utilizing it --
16    Q.   Have you --
17    A.   -- I do recall.
18    Q.   Have you ever observed these types
19 of phenomena when looking at Cargille glass?
20    A.   I have not.
21    Q.   Okay.  What is a -- do you know how
22 to perform a Becke line analysis?
23          MS. O'DELL:  Beyond the scope
24 of the reports in this case and seeks expert
25 opinion.

Page 141

1          MR. DUBIN:  Are you --
2          MR. LUDWIG:  Join.
3          MR. DUBIN:  -- instructing him
4 not to answer?
5          MR. LUDWIG:  Not to answer.
6 BY MR. DUBIN:
7    Q.   Do you know how to use a Becke line
8 analysis to determine in a situation such as
9 we're looking at here what the correct CSDS
10 color is?
11          MR. LUDWIG:  Same objection;
12 same instruction.
13          MS. O'DELL:  Join.
14 BY MR. DUBIN:
15    Q.   Have you performed any Becke line
16 analysis with respect to any of the particles
17 that you're claiming are chrysotile in Johnson
18 & Johnson?
19    A.   I have not.
20    Q.   Okay.
21          MR. PLACITELLA:  Morty, you
22 look really hungry.
23          MR. DUBIN:  All right.  We can
24 take lunch now.  How long do you guys want?
25 We can go off the record.

36 (Pages 138 - 141)

Page 142

1        VIDEOGRAPHER:  The time is
2 12:38 p.m.  We're off the record.
3        (Break held off the record.)
4        VIDEOGRAPHER:  The time is
5 1:28 p.m.  We are back on the record.
6 BY MR. DUBIN:
7    Q.   All right.  Well, we'll see.  If
8 there is an objection to this as well and this
9 topic, then we'll move on from it, but I need
10 to ask it to make sure.
11        So I put together a slide and I
12 put together some excerpts from the Valadez
13 report just so they are all in one spot for
14 the backup of this slide.
15        We'll mark the backup, which is
16 CX-12, as the next exhibit in order.  I guess
17 that's 20?
18        THE COURT REPORTER:  If you
19 would like me to check, give me one moment.
20        MR. DUBIN:  Sure.  Thanks.
21        MR. KEESTER:  I believe that's
22 21.
23        MR. DUBIN:  Twenty-one.
24        THE COURT REPORTER:  I will
25 take counsel's assertion it's 21 without

Page 143

1 checking.
2        MR. DUBIN:  Okay.  It's 21
3 then.  All right.  So we'll make that 21 and
4 can you just put it in chat, Jake?
5        MR. KEESTER:  Already done.
6        MR. DUBIN:  And then the slide
7 which will be 22 and that's slide 48.
8        (Exhibits 21 and 22 marked for
9    identification.)
10 BY MR. DUBIN:
11    Q.   I tried to ask you this already,
12 Mr. Hess, but the same type of edge effects
13 that you're relying on to call particles
14 chrysotile in Johnson & Johnson are also
15 present on talc plates in your analysis; is
16 that true?
17        MS. O'DELL:  Objection.  This
18 is beyond the scope of the deposition and
19 Mr. Hess' testimony.
20        Further, the way that these
21 particles are depicted from who knows what is
22 misleading and not representative of what was
23 actually in the reports.
24        MR. LUDWIG:  I will join and
25 instruct the witness not to answer.

Page 144

1 BY MR. DUBIN:
2    Q.   Okay.  But it is true, Mr. Hess,
3 that when you're calling particles chrysotile
4 in Johnson & Johnson, you're basing that not
5 on the color of the particle that you're
6 seeing, but on the color of the edge effects
7 that you're seeing, right?
8    A.   Focused at the edge, this -- the way
9 everything I do is set up initially with the
10 alignment and centering of all the objectives
11 and lenses with the scope, with the
12 illumination lamp full, field diaphragm open,
13 and I scan for a suspicious object.
14        When I focus in on what appears
15 to be suspicious, I first make sure that I can
16 see signs of fibrousity.  Then I go back to
17 dispersion staining and I will utilize what's
18 in Dr. Su's paper, looking at the edge, as
19 stated on page 3 and page 5, utilizing what's
20 on page 5, which specifically shows or
21 indicates to me looking at the edge --
22    Q.   Page 5 of what?
23    A.   -- specifically says:  At particle
24 edge.
25    Q.   Page 3 and page 5 of what?

Page 145

1        MS. O'DELL:  He is not
2 finished, Morty.
3 BY MR. DUBIN:
4    Q.   Sorry.
5    A.   And then I -- best I can or I will
6 do everything I can to make sure that what I
7 am seeing is best represented in the
8 photograph that I take and I am not seeing the
9 things on the screen, I use the scope.
10    Q.   So are you telling me that in order
11 to understand your work and the calls that
12 you're making, that I -- someone needs to be
13 actually looking through your microscope?
14        MR. LUDWIG:  Objection.
15        MS. O'DELL:  Objection.
16 BY MR. DUBIN:
17    Q.   You can respond.
18    A.   No, sir.  I am sure there is plenty
19 of the sample available where someone at your
20 client's place can do the same thing.
21    Q.   Well, just to understand what the
22 call is that you're making on a particular
23 particle, do I need to be looking through your
24 scope?
25    A.   It's documented in the photographs

37 (Pages 142 - 145)

Page 146

1 and the reports that are submitted.
2    Q.   So if we don't see something in the
3 photograph that you're claiming is there, then
4 it wasn't really there?
5         MS. O'DELL:  Objection.
6         MR. LUDWIG:  Objection.
7         MS. O'DELL:  Argumentative.
8         MR. LUDWIG:  Objection to form;
9 argumentative.
10 BY MR. DUBIN:
11    Q.   You can respond.
12    A.   It doesn't mean that it wasn't
13 there.  I use the scope, not the screen.
14    Q.   Okay.  You mentioned illumination.
15 So I just want to talk about that again for a
16 second.  We can go back to the Valadez report.
17 We can go to -- let's go to the first image,
18 the No. 1.  I think it's thirty- -- okay.
19         Is it your testimony that the
20 Leica microscope that you're using can't take
21 images that are any brighter than this?
22    A.   I believe I have already answered
23 that question.
24    Q.   I'm asking about this specific
25 image.

Page 147

1         Do you have an answer, sir?
2    A.   In reference to this image, as I
3 recall the previous image was something a
4 little different.  So I would have to say,
5 yes.
6    Q.   I'm sorry.  I don't understand.
7         So to make sure the question is
8 clear, is it your testimony that the Leica
9 microscope cannot take any brighter image than
10 what we see here?
11         MS. O'DELL:  Objection to the
12 form; asked and answered.
13         THE WITNESS:  I cannot answer
14 as to the actual scope itself, but in my
15 experience with it, this is the brightest I
16 can get it.
17         MR. DUBIN:  I just want to show
18 you -- we'll mark it as the next exhibit in
19 order.  I guess it's -- now we're on 23,
20 CX-62.
21         (Exhibit 23 marked for
22    identification.)
23 BY MR. DUBIN:
24    Q.   Is your Leica microscope able to
25 take images that are as bright as what we're

Page 148

1 seeing here in image 62?
2         MS. O'DELL:  Let me just --
3 what is being displayed on the screen?
4         MR. DUBIN:  I am just using it
5 for demonstrative purposes right now and I am
6 asking him a question about his microscope.
7 BY MR. DUBIN:
8    Q.   Is it able to take images that are
9 as bright as the one that we see on the
10 screen?
11         MS. O'DELL:  Object to the --
12 object to the question; calls for expert
13 testimony.  It's beyond the scope of what he
14 did for purposes of these reports.
15         MR. LUDWIG:  I want to add that
16 these images call for speculation.  I mean, he
17 is being asked to analyze an image on
18 PowerPoint on an unknown -- an unknown source.
19         I think this, once again, calls
20 for expert testimony to make that comparison.
21 So I am going to instruct him not to answer
22 the question.
23         MR. DUBIN:  I am asking him
24 about his microscope, his illumination
25 settings, what he sees under the microscope,

Page 149

1 and I'm asking him whether his microscope that
2 he knows and he works with is capable of
3 producing an image at this illumination level
4 and my question stands.
5 BY MR. DUBIN:
6    Q.   Can you answer that for me,
7 Mr. Hess?
8         MR. LUDWIG:  And I am making
9 the same objection I made and I am
10 incorporating the same response and
11 instructing him not to answer.
12         You're asking for a comparison.
13 BY MR. DUBIN:
14    Q.   Okay.  I will tell you what this is,
15 Mr. Hess.  This was an image that was taken by
16 Dr. Su on the same type of microscope that
17 you're using.
18         Are you testifying that your
19 microscope cannot take images at this level of
20 illumination?
21         MS. O'DELL:  Objection; calls
22 for expert testimony, it's beyond the scope of
23 this deposition, and he has testified already
24 to the level of illumination that he has used
25 in the photomicrographs for these reports.

38 (Pages 146 - 149)

Page 150

1    MR. LUDWIG:  Once again, I am
2 going to incorporate my previous objections
3 and instruct him not to answer.  Dr. Su --
4    MR. DUBIN:  If you're going to
5 instruct him not to -- if you're going to
6 instruct him not to answer, we don't have
7 to --
8    MR. LUDWIG:  I instruct him not
9 to answer then.
10    MR. DUBIN:  And that's fine.
11 Because we will be arguing about this at some
12 point.
13 BY MR. DUBIN:
14    Q.   But let me ask you again, Mr. Hess,
15 are you testifying under oath that the images
16 that you have for, for example, in the Valadez
17 report we have looked at are taken at as high
18 an illumination setting as the microscope
19 goes?  Are you testifying to that?
20    MS. O'DELL:  Asked and
21 answered.
22    THE WITNESS:  Yes.
23 BY MR. DUBIN:
24    Q.   What is the correct formula for
25 determining birefringence?

Page 151

1    A.   I keep a manual handy for
2 mathematics.
3    Q.   What manual?
4    A.   I have the McCrone manual and other
5 manuals within the laboratory covering what
6 McCrone covers in his coursebook.
7    Q.   Do you recall the name of the
8 manual?
9    A.   No, I do not recall.
10    Q.   Okay.  Do you recall anything about
11 it other than it's a manual?  When it's from?
12 Who the author is?  Anything?
13    A.   The author is McCrone.
14    Q.   Okay.  Do you recall what the
15 formula is, how you -- what numbers do you
16 use?  What -- how do you calculate?
17    A.   I don't recall.  That's why we keep
18 reference materials.
19    Q.   Are you the one who does the
20 birefringence calculations for these reports?
21    A.   No.
22    Q.   Who does them?
23    A.   I believe it's part of what
24 Dr. Longo puts together.
25    Q.   Okay.  What are the correct central

Page 152

1 dispersion staining colors for chrysotile in
2 1.550 in parallel and perpendicular?
3    A.   In parallel, generally, if you can
4 get a single fiber, which is what I understand
5 that gives you the best, but, unfortunately,
6 in chrysotile, they are too small.  So they
7 deal with bundles.
8    But, generally, you're looking
9 in the blue, magenta range; and in gamma,
10 based on the Canadian chrysotile, as I
11 understand it, and perpendicular, which is the
12 alpha, would be in the lighter blue range.
13    Q.   Okay.  And what is your
14 understanding of the CSDS colors associated
15 with Calidria in 1.550?
16    A.   I am not familiar with that
17 particular table.
18    Q.   Okay.  So you don't have a view of
19 what colors Calidria asbestos demonstrates in
20 parallel or perpendicular in 1.550?
21    A.   From my experience.
22    Q.   Okay.  So what is it?
23    A.   Well, it ranges between the
24 Calidria -- excuse me -- between the Canadian
25 chrysotile standard and a yellow gold color

Page 153

1 gamma.
2    Q.   Okay.  So you're saying in parallel
3 it's -- you're claiming that Calidria will be
4 between a yellow gold and a magenta.
5    Is that what you're saying?
6    A.   That's been my experience.
7    Q.   Okay.  Are you aware of any
8 scientific references that say that Calidria
9 in 1.550 will be yellow gold in parallel?
10    A.   I am not aware of any.
11    Q.   Can -- in your experience can talc
12 be yellow gold in parallel?
13    A.   In my experience what I have seen
14 that ends up what I will call talc, that's
15 generally a very, very pale yellow at best to
16 white.
17    Q.   So talc should be pale yellow to
18 white.
19    MR. DUBIN:  Can we go back to
20 the Zimmerman image -- go back to the
21 Zimmerman report for a second.
22 BY MR. DUBIN:
23    Q.   Looking again at the Zimmerman
24 image, we see some talc plates here.
25    Why isn't your talc pale yellow

39 (Pages 150 - 153)

Page 154

1 to white in this image?
2          MR. LUDWIG: (Inaudible.)
3          THE COURT REPORTER: I couldn't
4 hear you, sir. Please repeat.
5          MR. LUDWIG: I said, Paul, if
6 you need it zoomed in, please feel free to ask
7 it.
8          THE WITNESS: Well, one, my
9 previous comment was based on fibrous talc,
10 not talc flakes.
11 BY MR. DUBIN:
12   Q.   And anything else?
13   A.   No.
14   Q.   Okay. The refractive index of
15 elongated talc or a talc fiber in parallel is
16 similar to the refractive index of the talc
17 plate, correct?
18          MS. O'DELL: Calls for an
19 expert opinion; beyond the scope of this
20 deposition. I --
21          MR. LUDWIG: And I join and
22 instruct him not to answer.
23          MR. DUBIN: I am asking him
24 about what he just testified about, the
25 explanation that he just testified about, and

Page 155

1 you're instructing him not to answer.
2          Is that -- is that actually
3 happening? Because -- are you instructing him
4 not to answer that question?
5          MR. LUDWIG: Yes.
6          MR. DUBIN: Okay.
7 BY MR. DUBIN:
8   Q.   The reason these are yellow and
9 orange -- these are all orange and gold is
10 because you have got a tungsten light shining
11 on them, right?
12          MS. O'DELL: Objection.
13          MR. PLACITELLA: I object to
14 your testimony, Morty.
15 BY MR. DUBIN:
16   Q.   Is that correct?
17          MS. O'DELL: Same objection;
18 misstates the evidence.
19          THE WITNESS: That is correct.
20 BY MR. DUBIN:
21   Q.   So you're saying Calidria -- when
22 did you first -- what is your view that
23 Calidria asbestos in parallel can be yellow
24 gold based on?
25   A.   Experience examining the Calidria

Page 156

1 material.
2   Q.   First, who -- at some point were you
3 examining Johnson & Johnson using 1.550 oil,
4 but not reporting chrysotile?
5          MS. O'DELL: I'm sorry. I
6 missed the last part of that question. Would
7 you mind repeating it?
8 BY MR. DUBIN:
9   Q.   At some point in time were you
10 analyzing Johnson & Johnson talc using 1.550,
11 but not reporting chrysotile?
12          MS. O'DELL: Object to the
13 form.
14          THE WITNESS: I don't recall.
15          MR. DUBIN: Again, but for the
16 Court's ruling, I would be asking now, along
17 those lines -- and I will just accept the --
18 make the objections. Because we're going to
19 have to bring this up.
20 BY MR. DUBIN:
21   Q.   You did a report -- you looked at
22 about 70-something samples of Johnson &
23 Johnson related talc using 1.550 oil and
24 reported chrysotile in none of the samples at
25 some point; isn't that right?

Page 157

1          MS. O'DELL: That is -- that is
2 direct --
3          MR. DUBIN: Okay. I --
4          MS. O'DELL: -- in --
5          MR. DUBIN: -- that you're
6 going to object to it. I just want the
7 question on the record because we're going
8 to -- I want to -- we're going to take this at
9 issue.
10          So I understand. You can
11 object per the Court and instruct him not to
12 answer.
13          MR. LUDWIG: I instruct him not
14 to answer.
15          I do have a question for you,
16 Mr. Dubin. Are you done with this image?
17 Because the --
18          MR. DUBIN: I will take it
19 down; that's fine.
20          MR. LUDWIG: I just don't know.
21 Because I see Paul straining to watch you;
22 that's why I asked.
23          MR. DUBIN: Uh-huh.
24 BY MR. DUBIN:
25   Q.   So at some point you decide to use

40 (Pages 154 - 157)

Page 158

1 Calidria as a reference.
2        Whose idea was that at MAS?
3    A.   As I recall, it was a collaborative
4 effort between Dr. Longo and myself.
5    Q.   But who first suggested using
6 Calidria as a reference?
7    A.   That I do not recall.
8    Q.   Okay.  When is the first time you
9 recall ever looking at Calidria by PLM
10 dispersion staining analysis?
11    A.   I don't recall when that was either.
12    Q.   But do you recall even generally?
13 Like, what -- was it within the last ten
14 years?  Five years?  Before that?
15    A.   Within the last five.
16    Q.   Did you ever participate in any
17 NVLAP proficiency testing related to Calidria?
18    A.   No.
19    Q.   So the whole reason why dispersion
20 staining can be used is because minerals have
21 defined refractive indices, right?
22        MR. LUDWIG:  That calls for
23 expert testimony, objection.
24        I instruct you not to answer.
25        MS. O'DELL:  Join.

Page 159

1 BY MR. DUBIN:
2    Q.   Why -- how is it that you can use
3 PLM to identify minerals by dispersion
4 staining?  What property is it that allows you
5 to do that?
6    A.   The refraction angle between
7 particle and oil creates a color that we can
8 use then to try to identify wavelength based
9 on temperature and the version of oil that's
10 been used.
11    Q.   No question, if I look at Calidria
12 in 1.550, I can see generally magenta in
13 parallel and blue in perpendicular, right?
14    A.   I have seen that in my experience.
15    Q.   Okay.  So how is it in your view
16 that somehow Calidria is also showing golden
17 yellow?  What physical -- what property of
18 physics changes it so that sometimes when
19 you're finding it, it's to you golden yellow
20 as opposed to magenta?
21        MR. LUDWIG:  Objection, same
22 objection.
23        I instruct you not to answer.
24        Calls for expert testimony.
25        MS. O'DELL:  Join.

Page 160

1 BY MR. DUBIN:
2    Q.   We saw in the Zimmerman image that
3 your talc could appear golden yellow, right?
4        MS. O'DELL:  Object to the
5 form.
6        It's not his talc.  It's
7 Johnson & Johnson talc.
8 BY MR. DUBIN:
9    Q.   Your images of talc can appear
10 golden yellow, right?
11    A.   Off the -- the Olympus BH2, yes.
12    Q.   So if both -- if in your view both
13 Calidria and talc can show golden yellow in
14 parallel, how are you distinguishing between
15 them?
16        MS. O'DELL:  Objection to the
17 form.
18        THE WITNESS:  By whether I am
19 actually looking at fibrous talc or talc
20 plates.
21 BY MR. DUBIN:
22    Q.   But your elongated talc -- now,
23 first of all, do you have any -- do you have
24 images -- what is your practice about imaging
25 when you do a review?  Do you always take

Page 161

1 images?
2    A.   If we find a structure of interest.
3    Q.   Do you do that both when you're
4 looking for fibrous talc and when you're
5 looking for chrysotile?  You take images?
6    A.   If I find something that I feel
7 comfortable calling fibrous talc, yes.
8    Q.   Do you have images -- we'll go back
9 and do that.
10        So my understanding is that
11 you're trying to say that even with the
12 tungsten light shining on the particles, talc
13 plates are going to be golden yellow, but what
14 you're calling fibrous talc is going to be
15 still bright yellow or pale yellow even --
16        MS. O'DELL:  Objection.
17 BY MR. DUBIN:
18    Q.   -- is that what you're saying?
19        MS. O'DELL:  I'm sorry.
20 Objection; misstates his testimony.
21 BY MR. DUBIN:
22    Q.   I mean, wouldn't the fibrous talc
23 also have the same color as the talc in
24 parallel?
25        MS. O'DELL:  Object to the

41 (Pages 158 - 161)

Page 162

1 form.
2         THE WITNESS: Not in my
3 experience have I seen that.
4 BY MR. DUBIN:
5     Q.   Are you familiar with any published
6 reference values for the refractive indices of
7 talc in parallel, in talc -- elongated fiber
8 of talc in parallel?
9         MS. O'DELL: Objection; calls
10 for expert testimony; beyond the scope of the
11 work he has done in this -- in these reports.
12        MR. LUDWIG: I join and I
13 instruct him not to answer.
14        MR. DUBIN: Okay. And just one
15 more time, for purposes of the record, all of
16 this is going to his knowledge, experience,
17 and training and how he has formulated the
18 opinions that he has stated in these reports
19 and I am being prevented from asking these
20 questions. We're going to go to the Court
21 about it, but I am going to keep going for a
22 little while so that we make clear what you
23 are objecting to or not.
24        MS. O'DELL: There is a
25 difference between asking about the work he

Page 163

1 has done for these particular reports and
2 asking about methodology for things he hasn't
3 done and goes into expert opinion and that's
4 what we're basing our objections. It's
5 clearly within the scope of Judge Schneider's
6 order.
7         MR. DUBIN: Okay. Well, we
8 have done that. We'll do this at the end.
9 BY MR. DUBIN:
10    Q.   You were never told at McCrone when
11 you were doing your PLM training that somehow
12 Calidria could not be identified by the
13 standard colors associated with chrysotile;
14 right? No one said that to you, correct?
15    A.   Nothing was mentioned about Calidria
16 during the course.
17    Q.   Do you know whether Calidria is
18 mentioned in ISO 22262?
19    A.   I am not aware of that.
20    Q.   Okay. Have you reviewed -- as part
21 of familiarizing yourself with Calidria for
22 purposes of using it as a standard, did you
23 review any historical MAS analysis of Calidria
24 by dispersion staining?
25    A.   Would you, please, rephrase that?

Page 164

1     Q.   Sure. Did you review -- as part of
2 using Calidria as a standard for your
3 analysis, did you review any MAS historical
4 analysis of Calidria and its dispersion
5 staining colors?
6     A.   I am not aware of anything like
7 that, no.
8         MR. DUBIN: Okay. Jake, I
9 don't have the number, but let's just call up
10 the historical MAS analysis as the next
11 exhibit. It should be around 132 or 133 of
12 the outline and it will be exhibit 24.
13        (Exhibit 24 marked for
14        identification.)
15 BY MR. DUBIN:
16    Q.   Were you aware that MAS had recorded
17 previously their refractive indices associated
18 with Calidria asbestos?
19        MS. O'DELL: I object to --
20 first, object to the use of this exhibit.
21 It's not been disclosed in the MDL, it's not
22 something that this witness should be asked
23 about, but I would -- I would encourage
24 counsel to instruct him not to answer. This
25 is beyond the scope.

Page 165

1         MR. LUDWIG: I was going to.
2 This is totally beyond the scope of what the
3 Judge said. So I am objecting to the question
4 and I am instructing my client not to answer.
5 BY MR. DUBIN:
6     Q.   Okay. So you don't know whether at
7 MAS, before they tried to claim that there was
8 chrysotile in Johnson & Johnson, they reported
9 that Calidria would look magenta in parallel
10 and blue in perpendicular.
11        You're not aware of that?
12        MS. O'DELL: Objection to the
13 statements of counsel testifying, objection to
14 the representations about this document we
15 have never seen, and it is beyond the scope of
16 this deposition.
17        MR. DUBIN: Okay.
18        MR. LUDWIG: I join the
19 objection.
20 BY MR. DUBIN:
21    Q.   You were using Calidria as your
22 reference in the reports that we have been --
23 that you have produced claiming to find
24 chrysotile in Johnson & Johnson, correct?
25        MS. O'DELL: Objection.

42 (Pages 162 - 165)

Page 166

1     MR. LUDWIG: Objection;
2 argumentative.
3 BY MR. DUBIN:
4     Q.   Is that correct?
5     MS. O'DELL: Restate your
6 question.
7 BY MR. DUBIN:
8     Q.   You were using Calidria asbestos as
9 the reference material for chrysotile with
10 respect to the reports that you have issued
11 claiming to find chrysotile in Johnson &
12 Johnson, correct?
13     MR. LUDWIG: Objection to the
14 form.
15     MS. O'DELL: Object to the
16 form.
17     THE WITNESS: We had not used
18 the Calidria to -- the only way we have used
19 the Calidria is to create standards in order
20 to calibrate for levels of concentration.
21 BY MR. DUBIN:
22     Q.   I'm sorry. You're using it only to
23 calibrate levels of concentration.
24         What do you mean by that?
25     A.   I mean by what might be visually

Page 167

1 apparent within a set of standards.
2     Q.   But you would agree that what you're
3 identifying as chrysotile in Johnson & Johnson
4 does not look like standard reference
5 chrysotile, correct?
6         It does not have the magenta in
7 parallel and blue in perpendicular associated
8 with standard reference Chrysotile, correct?
9     MS. O'DELL: Objection;
10 misstates the record; calls for expert
11 opinion.
12     MR. LUDWIG: Join. I instruct
13 the witness not to answer.
14     MR. DUBIN: So you're
15 instructing him not to answer about the colors
16 that he is seeing in the analysis that this
17 whole deposition is about? Is that my -- is
18 that right?
19     MS. O'DELL: That's not
20 correct.
21     MR. LUDWIG: I am instructing
22 him not to answer the question as asked.
23 BY MR. DUBIN:
24     Q.   What -- are you reporting -- when
25 you're reporting chrysotile in Johnson &

Page 168

1 Johnson, are you reporting based on seeing the
2 actual particle being magenta in parallel?
3     A.   I am reporting based on the colors I
4 see at the edge.
5     Q.   Does the actual particle itself,
6 where you see the main color, is that ever
7 magenta itself?
8     MS. O'DELL: Would you repeat
9 the question, please?
10 BY MR. DUBIN:
11     Q.   In the main center of the particle,
12 not these edge effects, do you recall ever
13 reporting it as the main color being magenta
14 itself, not the edge?
15     A.   I have seen that, yes.
16     Q.   Can you identify any report or any
17 image where you have seen the interior of
18 the -- what you're calling chrysotile in
19 Johnson & Johnson being magenta, any image,
20 any report?
21     A.   I do not recall.
22     Q.   I want to ask you a little bit about
23 your reference images of Calidria in 1.560
24 and --
25     MR. PLACITELLA: Could you

Page 169

1 just, please, define your reference images,
2 please? Thank you.
3     MR. DUBIN: The reference
4 images that he created on the PLM that are
5 part of Dr. Longo's reports.
6     MR. PLACITELLA: Thank you.
7     MS. O'DELL: Which reports?
8     MR. DUBIN: I am about to mark
9 it, but I got interrupted. All right. So --
10     MR. PLACITELLA: I wasn't
11 objecting. I was just asking.
12     MR. DUBIN: So we'll mark
13 CX-00029 or CX-29 as the next exhibit. I
14 guess we're at 25.
15     (Exhibit 25 marked for
16     identification.)
17     MR. DUBIN: If we can turn that
18 a little bit?
19     MS. O'DELL: And what report
20 did this image come from?
21     MR. DUBIN: Let's show the
22 front of the report, too, if we have it. It's
23 from the (inaudible).
24     MR. KEESTER: Morty, I don't
25 have the first page of this report. I can go

43 (Pages 166 - 169)

Page 170

1  find it if need be.
2          MR. DUBIN:  Okay.  Well, let's
3  make sure that we mark it as an exhibit so
4  they have the entire report.  The full report
5  will be 26.
6          MS. O'DELL:  I want to make
7  sure that this report is at issue in the MDL.
8  Can you represent to me which report this
9  image came from?
10         MR. DUBIN:  These are all of
11  the reference images that Dr. Longo provides
12  along with all of these reports as his
13  references for his chrysotile findings.  These
14  are all part of his analysis in -- it's all
15  part of the chrysotile analysis that is being
16  discussed in these -- in this deposition.
17         MS. O'DELL:  With due respect,
18  Morty, that doesn't mean anything.  I mean,
19  the question is, is -- is this --
20         MR. DUBIN:  Dr. Longo is
21  relying on these reference images for his
22  identification of chrysotile in the reports
23  that we are discussing today.
24         MS. O'DELL:  And I am asking
25  you what report does this image come from?

Page 171

1  That's what I am asking you.
2          MR. DUBIN:  I will tell you the
3  name of the report, but it will be one of
4  Dr. Longo's reference image reports that he
5  supplies along with the chrysotile finding --
6  alleged chrysotile findings from Johnson &
7  Johnson.
8          MS. O'DELL:  Well --
9          MR. DUBIN:  (Inaudible.)
10         MS. O'DELL:  -- comes from
11  without knowing if it's at issue in the MDL --
12         MR. DUBIN:  It is at issue in
13  the MDL because they are his reference images
14  that he is using to compare reference
15  chrysotile to the reports that he has produced
16  in the MDL.  These are his reference images
17  that are incorporated in all of his materials.
18         MS. O'DELL:  I don't --
19         MR. DUBIN:  Okay.  We can take
20  a ten-minute break.  We'll get the whole
21  report and then if you want to still instruct
22  him not to answer, then we'll just add it to
23  the pile of things, but I really can't see how
24  any legitimate argument could be made that the
25  reference images that they are relying on for

Page 172

1  Calidria to say there is chrysotile in Johnson
2  & Johnson as part of this analysis are somehow
3  off limits, but if you're going to take that
4  position, you're going to take that position.
5          MS. O'DELL:  I'm not --
6          MR. DUBIN:  We'll take --
7          MS. O'DELL:  -- the position I
8  am taking is that you have an image on the
9  screen.  We have --
10         MR. DUBIN:  Okay.
11         MS. O'DELL:  -- no idea where
12  it came from --
13         MR. DUBIN:  (Inaudible.)
14         MS. O'DELL:  (Inaudible.)
15         THE COURT REPORTER:  I'm sorry.
16  This is the court reporter.  Everyone is
17  talking at once and I can't hear anything.
18  Apologies.
19         MS. O'DELL:  Jessica, I'm
20  sorry.  I mean, I am just trying to finish my
21  objection.
22         We have no idea where this
23  image came from.  I am just asking -- you're
24  saying it's a reference image from Dr. Longo.
25  I have no idea of the context and we --

Page 173

1          MR. DUBIN:  (Inaudible.)
2          MS. O'DELL:  -- know that
3  before the --
4          MR. DUBIN:  I am telling you
5  what the context is now.  Because apparently
6  he produces them as individual images.  He
7  doesn't produce them as part of a report, but
8  when he is requested to produce the reference
9  images that he is relying on to use as a
10  reference for chrysotile in 1.560, he just
11  produces these images as the standards that he
12  is relying on.
13         So it's part of the materials
14  that he relies on for these reports and his
15  conclusions about the chrysotile -- alleged
16  chrysotile in Johnson & Johnson.
17         MR. PLACITELLA:  I hear you --
18  I hear you, Morty, but you're not deposing
19  Dr. Longo here.
20         MR. DUBIN:  But these are
21  images taken by Mr. Hess.
22         MS. O'DELL:  Well, and to my
23  knowledge -- and I can be corrected on this,
24  Morty, but this is not an image that's been
25  produced in the MDL in relation to Dr. Longo's

44 (Pages 170 - 173)

Page 174

1  testimony.
2          MR. DUBIN:  I am sure he has
3  produced his reference images because he
4  always produces his reference images because
5  we always request his reference images.
6          If you really are going to shut
7  me down from asking a question about the
8  reference images that were -- that are relied
9  on for the reports in this case, then you're
10  going -- you're going to do that.  You're
11  going to make the objection and we're going to
12  go and argue about it and I think it is highly
13  improper or you could let me ask him a
14  question about an image that directly relates
15  to his work and that he took.
16          MS. O'DELL:  Well, we don't
17  have -- one, there is no evidence of that and
18  second is Mr. Hess is here to testify on the
19  reports that are produced in the MDL.  Other
20  things that Dr. Longo relies on are not at
21  issue here for his opinions.  So --
22          MR. DUBIN:  These are the --
23  again, these are the images that Dr. Longo
24  uses with his reports and the whole purpose of
25  this is to ask the person who took the images

Page 175

1  about them.
2          I am not going to continue to
3  argue with you.  If you're going to instruct
4  the witness not to answer, go ahead and do it,
5  because I think that this deposition has gone
6  way off the rails and we're going to have to
7  go to the Judge about it.  So just do whatever
8  you're going to do.  I don't want to argue
9  with you anymore.
10          Are you claiming that you are
11  going to stop this person, Mr. Hess, from
12  talking about the reference images for the
13  alleged chrysotile in Johnson & Johnson?  If
14  so, instruct him, and let's just have that
15  done.
16          MS. O'DELL:  Judge Schneider
17  was very clear as to what was fair game in
18  this deposition and those are the reports
19  produced in the MDL that involve the new
20  method, to my knowledge.  And you can correct
21  me, but I don't think I am incorrect.
22          This is not a part of those
23  reports and it's not something that's an
24  appropriate scope of this deposition and we
25  would instruct the witness not to answer.

Page 176

1          MR. LUDWIG:  And I am going to
2  join for the reasons stated and instruct the
3  witness not to answer.
4          MR. DUBIN:  We're going to take
5  a ten-minute break.  I'll be back.
6          VIDEOGRAPHER:  The time is
7  2:12 p.m.  We are off the record.
8          (Break held off the record.)
9          VIDEOGRAPHER:  The time is
10  2:26 p.m.  We are back on the record.
11          MR. DUBIN:  So for the record,
12  I am going to mark as 26 Dr. Longo's
13  deposition in a case called Kayme Clark and
14  Dusty Clark v. Johnson & Johnson, where he
15  identifies these reference images so that it's
16  in the record.  We'll put that in as 26.  We
17  don't have to do anything with it.  We're just
18  going to put it in the record.
19          (Exhibit 26 marked for
20      identification.)
21  BY MR. DUBIN:
22      Q.   And then I am going to go back to
23  the image and I am going to ask you some
24  questions and if you're instructed not to
25  answer, you are instructed not to answer.

Page 177

1          MR. DUBIN:  So can we pull back
2  up the Calidria reference image?  And I don't
3  think that was the page we were on; that was
4  one of them.
5  BY MR. DUBIN:
6      Q.   So is this an image that is -- are
7  these your PLM images of Calidria 1.560?
8      A.   Yes.
9      Q.   Okay.  And so all this blue stuff in
10  the background, that's Calidria?
11      A.   That is correct.
12      Q.   Okay.  And you're aware that
13  Calidria can have impurities in it, too?
14          MR. LUDWIG:  That's -- I am
15  going to object to the form and instruct him
16  not to answer; that's beyond the scope.
17          MR. DUBIN:  Okay.
18  BY MR. DUBIN:
19      Q.   Is this image taken at maximum
20  illumination?
21      A.   It was.
22      Q.   All right.  So images on that
23  microscope don't get any brighter than this?
24          MS. O'DELL:  Objection; asked
25  and answered.

45 (Pages 174 - 177)

Page 178

1        MR. LUDWIG:  Join.
2        MR. DUBIN:  All right.  Let's
3  make the next exhibit in order, which is 27,
4  we'll make it slide 61 -- sorry -- actually,
5  slide 95.
6        (Exhibit 27 marked for
7    identification.)
8        MS. O'DELL:  I'm sorry.  Is
9  this exhibit 27?
10        MR. DUBIN:  Twenty-seven.
11        MR. LUDWIG:  (Inaudible.)
12        THE COURT REPORTER:  If you
13  just said something, Mr. Hess, I couldn't hear
14  you.
15        MR. LUDWIG:  That was me
16  talking to myself.  I apologize, Jessica.  I
17  am simply saying that my exhibit list is
18  mis-numbered for some reason.
19  BY MR. DUBIN:
20    Q.   Are you claiming those two -- those
21  two images have the same dispersion staining
22  colors?
23        MR. LUDWIG:  I am going to
24  object to the form of the question.
25        MS. O'DELL:  I object to the

Page 179

1  question.
2        MR. LUDWIG:  Yeah.
3        MS. O'DELL:  This is --
4        MR. DUBIN:  Are you instructing
5  him not to answer?
6        MS. O'DELL:  Yes.  This is
7  beyond the scope.
8  BY MR. DUBIN:
9    Q.   Have you ever received any criticism
10  from NVLAP about your PLM work?
11    A.   None that I am aware of.
12        MR. DUBIN:  Okay.  At this
13  point, you know, I think we're going to have
14  to go to the Court.  I am going to shut the
15  deposition down for the day, but I am not
16  agreeing to end it.  I think that the
17  restrictions that have been placed on me by
18  counsels' objections and instructions not to
19  answer are improper and we're going to seek
20  relief with the Court.
21        So I am suspending it for the
22  day because I think I am handcuffed, but I
23  understand you guys have different opinions.
24  So we'll just have to deal with it later.
25        MS. O'DELL:  Our view is the

Page 180

1  objections as made have been proper and
2  absolutely consistent with Judge Schneider's
3  prior ruling and I will object to any further
4  deposition of Mr. Hess.
5        MR. DUBIN:  Okay.  We'll have
6  to resolve that.  All right.  Thanks for
7  today.  Take care.
8        VIDEOGRAPHER:  The time is
9  2:31 p.m.  We're off the record.
10        (Witness was excused.)
11        (Deposition concluded at
12    2:31 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 181

1        C E R T I F I C A T E
2        I HEREBY CERTIFY that prior to the
3  commencement of the examination, PAUL HESS,
4  was remotely sworn by me to testify to the
5  truth and that the proceedings, evidence, and
6  objections are contained fully and accurately
7  in the stenographic notes taken by me upon the
8  deposition taken on July 10, 2024, and this is
9  a true and correct transcript of same.
10
11
12        *Jessica M. Gericke*
13  _____
14     Jessica M. Gericke, RPR, CCR-NJ,
       and Notary Public
15
16
17        (The foregoing certification of this
18  transcript does not apply to any reproduction
19  of the same by any means, unless under the
20  direct control and/or supervision of the
21  certifying reporter.)
22
23
24
25

46 (Pages 178 - 181)

Page 182

1       I have read the foregoing transcript
2   of my deposition given on July 10, 2024, and
3   it is true, correct and complete, to the best
4   of my knowledge, recollection and belief,
5   except for the corrections noted hereon and/or
6   list of corrections, if any, attached on a
7   separate sheet herewith.
8
9       _____
        Paul Hess
10
11
12
13
14  Subscribed and sworn to
15  before me this _____ day
16  of _____, 20__
17
18
19  _____
20  Notary Public
21
22
23
24
25

Page 183

1  ERRATA SHEET
2
3  PAGE LINE    CHANGES OR CORRECTION AND REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
20 I have inspected and read my deposition as
   captioned above and have listed all changes
21 and corrections above, along with my reasons
   therefor.
22
23 DATE: _____
24 Signature of Deponent: _____
25

47 (Pages 182 - 183)

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.