# Exhibit X

EXHIBIT

8    7-10-2024

exhibitsticker.com

# Vanderbilt v. Zimmerman PLM Analysis



MAS, LLC
PLM ANALYSIS

Proj#-Spl#   M70484 - 001HLM      Analyst  Paul Hess      Date   2/21/2020

ClientName   Simon Greenstone Panatier Bartlett      ClientSpl  SGP 487779

Location

Type_Mat   Johnson & Johnson Baby Powder 15oz

Gross   White debris on filter

Visual                                          % of Sample   100

33.3µm

M70484-001HLM-002 Chrysotile Parallel Dispersion 1.550 R.I. @ 100X

MAS, LLC
PLM ANALYSIS

Proj#-Spl#   M68876- 001A      Analyst  Paul Hess      Date   1/9/2020

ClientName   Wallace & Graham      ClientSpl 1

Location

Type_Mat   Apron, tan debris on

Gross   Light tan powder with chunks

Visual                                          % of Sample   100

126.3µm

M68876-001-002 TALC Fiber Bundle
Parallel Dispersion
1.550 R.I. @ 100X

CX-00011 at 2 and 3 (excerpt of 2020.01.09 MAS Analysis of RT Vanderbilt at 22); CX-00006 at 4 (excerpt of 2020.02.24 Longo Analysis of J&J Talc Zimmerman at 29)

1