# Exhibit Y

