# Exhibit EE

EXHIBIT

27   7-10-2024

exhibitsticker.com

# Calidria Comparison



**Dr. Longo Chrysotile in J&J**



**Dr. Longo Calidria Reference**

M69562-003-002 CX-00029; CX-00012 and 13