# Exhibit FF

Case 3:16-md-02738-MAS-RLS   Document 33106-36   Filed 08/21/24   Page 2 of 7 PageID: 228914

DR. WILLIAM LONGO, on 04/21/2021                                          Page 1
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR

 2                     THE COUNTY OF ALAMEDA

 3

 4   CHRISTINA G. PRUDENCIO,        )
                                    )
 5            Plaintiff,            )
                                    )
 6     vs.                          ) Case No.
                                    ) RG20061303
 7   JOHNSON & JOHNSON; JOHNSON     )
     & JOHNSON CONSUMER, INC.       )
 8   (Sued individually and as      )
     successor-in-interest to       )
 9   JOHNSON & JOHNSON CONSUMER     )
     COMPANIES, INC.), et al.,      )
10                                  )
              Defendants.           )
11   _____) (Pages 1 - 228)

12

13

14              DEPOSITION OF EXPERT WITNESS

15                   DR. WILLIAM LONGO

16                WEDNESDAY, APRIL 21, 2021

17

18

19

20

21

22

23

24     Reported by:   KAREN C. WATERS, REGISTERED

25     PROFESSIONAL REPORTER
```

[Certified Transcript]

Case 3:16-md-02738-MAS-RLS    Document 33106-36    Filed 08/21/24    Page 3 of 7 PageID: 228915

DR. WILLIAM LONGO, on 04/21/2021                                              Page 2
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR

 2                    THE COUNTY OF ALAMEDA

 3

    CHRISTINA G. PRUDENCIO,        )
 4                                 )
             Plaintiff,            )
 5                                 )
      vs.                          ) Case No.
 6                                 ) RG20061303
    JOHNSON & JOHNSON; JOHNSON     )
 7  & JOHNSON CONSUMER, INC.       )
    (Sued individually and as     )
 8  successor-in-interest to       )
    JOHNSON & JOHNSON CONSUMER     )
 9  COMPANIES, INC.), et al.,      )
                                   )
10           Defendants.           )
    _____)
11

12

13

14

15

16

17

18

19

20

21         DEPOSITION OF DR. WILLIAM LONGO, taken on

22   behalf of Defendants, remotely via

23   videoconference, commencing at 9:05 a.m. (PST),

24   Wednesday, April 21, 2021, before Karen C.

25   Waters, Registered Professional Reporter.
```

Case 3:16-md-02738-MAS-RLS   Document 33106-36   Filed 08/21/24   Page 4 of 7 PageID: 228916

DR. WILLIAM LONGO, on 04/21/2021                                          Page 3
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1    APPEARANCES: (Via videoconference):

 2

 3    For Plaintiff:

 4       KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
         BY: IAN A. RIVAMONTE, ESQ.
 5       Jack London Market,
         55 Harrison Street
 6       Suite 400
         Oakland, California  94607
 7       (510) 302-1000
         irivamonte@kazanlaw.com
 8

 9    For Defendants LONGS DRUG STORES CALIFORNIA,
      L.L.C., on behalf of LONGS DRUG STORES
10    CALIFORNIA, INC. (Erroneously sued as LONGS DRUG
      STORES CALIFORNIA, L.L.C., individually and as
11    successor-in-interest, parent, alter ego, and
      equitable trustee of LONGS DRUG STORES
12    CALIFORNIA, INC.); SAFEWAY INC.; LUCKY STORES,
      INC.; and ALBERTSONS COMPANIES, INC.:
13
         BARNES & THORNBURG LLP
14       BY: MITCHELL R. CHARCHALIS, ESQ.
         2029 Century Park East
15       Suite 300
         Los Angeles, California  90067
16       (310) 284-3768
         mcharchalis@btlaw.com
17

18    For Defendants JOHNSON & JOHNSON and JOHNSON &
      JOHNSON CONSUMER INC.:
19
         KING & SPALDING LLP
20       BY: KEVIN HYNES, ESQ.
         1185 Avenue of the Americas
21       34th Floor
         New York, New York  10036
22       (212) 790-5349
         khynes@kslaw.com
23

24

25
```

Case 3:16-md-02738-MAS-RLS   Document 33106-36   Filed 08/21/24   Page 5 of 7 PageID: 228917

DR. WILLIAM LONGO, on 04/21/2021                                         Page 4
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1      APPEARANCE (Via videoconference) (continued):

 2

 3      For Defendant PERRIGO COMPANY OF TENNESSEE:

 4         GOODELL, DEVRIES, LEECH & DANN, LLP
           BY: JEFFREY J. HINES, ESQ.
 5         One South Street
           20th Floor
 6         Baltimore, Maryland  21202
           (410) 783-4041
 7         jjh@gdldlaw.com

 8

 9      For Defendant VI-HON, INC.:

10         REED SMITH LLP
           BY: SHANA E. RUSSO, ESQ.
11         506 Carnegie Center
           Suite 300
12         Princeton, New Jersey  08540-7839
           (609) 987-0050
13         srusso@reedsmith.com

14

15      Also Present:

16         Bret Hampton, the videographer.

17

18

19

20

21

22

23

24

25
```

Case 3:16-md-02738-MAS-RLS   Document 33106-36   Filed 08/21/24   Page 6 of 7 PageID: 228918

DR. WILLIAM LONGO, on 04/21/2021 Page 26
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

1   ISO PLM method.  Sample preparation for the
2   heavy liquid density is not the ISO method, but
3   that's what I -- what we had been calling the
4   CSM method.
5       Q.  Okay.
6       A.  So it's two different things.  There's
7   sample prep, but then there's the analysis to
8   determine if chrysotile is present.
9       Q.  Right.  So that analysis follows the ISO
10  22262-1 methodology?
11      A.  Yes.
12      Q.  And Paul Hess, he was the individual who
13  performed all of the PLM analyses as part of
14  this report that was marked as 3F as well as the
15  part that was marked as 3G?
16      A.  Yes.
17      Q.  Okay.  And I guess as part of this
18  report, 3F, Mr. Hess identified what he
19  identified as chrysotile at levels varying
20  from -- without the liquid separation
21  technique -- levels from .006 to .009 area
22  percent weight, correct?
23      A.  I believe that's correct.  I know you're
24  just reading it off the results, but I always
25  feel silly if I agree and then it's not.  That

Case 3:16-md-02738-MAS-RLS    Document 33106-36    Filed 08/21/24    Page 7 of 7 PageID: 228919

DR. WILLIAM LONGO, on 04/21/2021                                      Page 228
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

1       die.)

2            REPORTER'S CERTIFICATE

3       I, KAREN WATERS, Registered Professional

4  Reporter, do hereby certify that previous to the

5  commencement of the examination, the said

6  DR. WILLIAM LONGO, was duly sworn by me to

7  testify to the truth in relation to the matters

8  in controversy between the parties hereto; that

9  the said deposition was taken in machine

10 shorthand by me at the time and place aforesaid

11 and was thereafter reduced to typewritten form;

12 that the foregoing is a true transcript of the

13 questions asked, testimony given, and

14 proceedings had.

15      I further certify that I am not employed

16 by, related to, nor of counsel for any of the

17 parties herein, nor otherwise interested in the

18 outcome of this litigation.

19      IN WITNESS WHEREOF, I have affixed my

20 Signature this April 27, 2021.

21

22                   _____
                              Karen Waters

23      _____ Reading and Signing was requested.

24      __x__ Reading and Signing was waived.

25      _____ Reading and Signing is not required.