# Exhibit GG

# MAS Is Treating The Particle As MORE PURPLE Than ISO Reference Sample

ISO

MAS

ISO Reference Chrysotile

M71614-001CSM-001 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.564

CX-00026 (Su Tables at 29);  DX-19733

EXHIBIT
17   7-10-2024
exhibitsticker.com