# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

### DECLARATION OF JESSICA DAVIDSON IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO EXCLUDE THE OPINIONS OF DR. JOHN KORNAK

I, Jessica Davidson, declare as follows:

I am an attorney and a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Johnson & Johnson and LLT Management, LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Memorandum of Law in Opposition to the Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Dr. John Kornak.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of Gates, *Talc Use, Variants of the GSTM1, GSTT1, & NAT2 Genes and Risk of Epithelial Ovarian Cancer*, 17(9) Cancer Epidemiol. Biomarkers Prev. 2436 (2008).

2.      Attached hereto as **Exhibit 2** is a true and correct copy of O'Brien, *Association of Powder Use in the Genital Area with Risk of Ovarian Cancer*, 323(1) JAMA 49 (2020).

3.      Attached hereto as **Exhibit 3** is a true and correct copy of Chang, *Use of Personal Care Product Mixtures and Incident Hormone-Sensitive Cancers in the Sister Study: A U.S.-Wide Prospective Cohort*, 183 Environ. Int'l 1 (2024).

4.      Attached hereto as **Exhibit 4** is a true and correct copy of O'Brien, *Douching and Genital Talc Use: Patterns of Use and Reliability of Self-Reported Exposure*, 34(3) Epidemiology 376 (2023).

5.      Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of the transcript of the deposition of Michele L. Cote, March 21, 2024, in this case.

6.      Attached hereto as **Exhibit 6** is a true and correct copy of the Addendum to the Report of Bernald L. Harlow, May 28, 2024, in this case.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2024

*Jessica Davidson*
_____
Jessica Davidson