# EXHIBIT 5

Page 1

1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY

      _____

      IN RE JOHNSON & JOHNSON         )
      TALCUM POWDER PRODUCTS          )MDL NO.
      MARKETING, SALES PRACTICES AND  )16-2738 MAS RLS
      PRODUCTS LIABILITY LITIGATION   )
      _____)

              DEPOSITION OF MICHELE L. COTE, PH.D., M.P.H.

              The deposition upon oral examination of
      MICHELE L. COTE, PH.D., M.P.H., a witness produced
      and sworn before Wendi Kramer Sulkoske, Notary Public
      in and for the County of Boone, State of Indiana,
      taken on behalf of the Defendant at Faegre Drinker
      Biddle & Reath, 300 North Meridian Street, Suite
      2500, Indianapolis, Marion County, Indiana on March
      21, 2024, pursuant to the Applicable Rules of
      Procedure.

```
                                                        Page 14

 1              MR. JAMES:  Counsel, we would request that
 2       you produce the supplemental invoice when it's
 3       available.
 4              MS. PARFITT:  Of course.
 5    Q  I see in the top invoice the cover sheet of 11/2.
 6           Can you open that one for me, the 11/2 cover
 7       sheet?
 8    A  Yes.
 9    Q  I see that the first entry that is invoiced is
10       from March 15, do you see that?
11    A  Yes, I do.
12    Q  That says Introductory Meeting.
13           Do you see that?
14    A  Uh-huh.
15    Q  Is that yes?
16    A  Yes.  I'm sorry.
17    Q  No worries.  Is that the first call that you had
18       with counsel about working on this litigation?
19    A  I actually believe I spoke briefly with Michelle
20       sometime -- I received an email, like, the end of
21       January.  We spoke briefly over the phone.
22           Then we have -- I thought about it some.  We
23       set up a call for March.  So, yes.
24    Q  And then I see that on 3/23 you invoiced for 120
25       minutes of first literature review.
```

```
                                                          Page 15

 1              Do you see that?
 2      A   Yes.
 3      Q   And then on 3/27 you have invoiced for a review
 4          history call, is that correct?
 5      A   Yes, that is correct.
 6      Q   At the time on 3/27 had you reached the opinion
 7          that talc as a perineal talc use is a general
 8          cause of ovarian cancer?
 9      A   I had not, no.
10      Q   When did you reach that opinion?
11      A   At some point later this fall during my broader
12          review of multiple lines of evidence.  At this
13          point in March I had really just focused on the
14          epidemiological literature.
15              I felt confident that there would be enough
16          there for me to come to an opinion.  So I agreed
17          to kind of take on this work.
18      Q   Okay.  That first call was with Ms. Parfitt,
19          correct?
20      A   I believe so.  I believe Leigh may have been on
21          that call as well.
22      Q   Ms. O'Dell?
23      A   Yes, Ms. O'Dell.
24      Q   Was anyone else on that call?
25      A   Not to my recollection, no.
```