# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

### DECLARATION OF JESSICA DAVIDSON IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO EXCLUDE THE OPINIONS OF DRS. JUAN FELIX AND TERI LONGACRE

I, Jessica Davidson, declare as follows:

I am an attorney and a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Johnson & Johnson and LLT Management, LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Memorandum of Law in Opposition to the Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Drs. Juan Felix and Teri Longacre, in the above case.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Report of Juan Felix Re: Hilary Converse, May 28, 2024.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Report of Teri Longacre re: Tamara Newsome, May 28, 2024.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Report of John Godleski Re: Anna Gallardo, July 21, 2021.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Report of John Godleski Re: Hilary Converse, July 12, 2021.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Report of John Godleski Re: Tamara Newsome, June 24, 2021.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the Report of John Godleski Re: Carter Judkins, June 18, 2021.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the Report of Juan Felix Re: Carter Judkins, May 28, 2024.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Report of Juan Felix Re: Anna Gallardo, May 28, 2024.

9. Attached hereto as **Exhibit 9** is a true and correct copy of relevant excerpts of the transcript of the deposition of John Godleski, March 28, 2024, in this case.

10. Attached hereto as **Exhibit 10** is a true and correct copy of relevant excerpts of the transcript of the deposition of John Godleski, March 29, 2024, in this case.

11. Attached hereto as **Exhibit 11** is a true and correct copy of relevant excerpts of the transcript of the deposition of Teri Longacre, June 10, 2024, in this case.

Dated: August 22, 2024

_____
Jessica Davidson