# EXHIBIT 9

Page 1

1              Volume I  Pages 1-230
2                   Exhibits 1-25
3        IN THE UNITED STATES DISTRICT COURT
4          FOR THE DISTRICT OF NEW JERSEY
5   _____
6   IN RE JOHNSON & JOHNSON TALCUM
7   POWDER PRODUCTS MARKETING,           MDL NO.
8   SALES PRACTICES, AND PRODUCTS    16-2738(MAS)(RLS)
9   LIABILITY LITIGATION
10  _____
11
12
13
14
15
16            VIDEOCONFERENCE DEPOSITION OF
17               JOHN GODLESKI, M.D.
18        Thursday, March 28, 2024, 9:02 a.m.
19              MARRIOTT BOSTON - QUINCY
20                 1000 Marriott Drive
21            Quincy, Massachusetts  02169
22
23
24      -----REPORTER:  Sonya Lopes, RPR, CSR-----
25

Page 170

1    A.   Hafnium and yttrium are unusual.
2    Q.   Do you know of any products that those
3    materials are in?
4    A.   Not that I know of.
5    Q.   With regard to Ms. Newsome, you did not
6    make an attempt to count or to identify all the
7    particles in the entirety of the tissue you
8    received; correct?  Let me ask it differently.
9    That's not a good question.
10         With regard to Ms. Newsome, you did not
11   make an attempt to look across the entirety of the
12   tissue you had and identify every particle that's in
13   that tissue; correct?
14   A.   We don't identify -- we don't analyze any
15   particles that we find on the surface of the tissue
16   because, even though it's just the edge of the
17   surface, it very -- has a definite chance of getting
18   there by contamination in the laboratory.  So we
19   don't analyze that.
20         Sometimes, when there's a lot of tissue to
21   look at, we'll focus -- we'll draw a map of the
22   normal ovarian tissue and stay away from the tumor
23   because -- and especially if it's a serous carcinoma
24   where we know it has thousands of calcium particles
25   in there that are all endogenous, it would really