# EXHIBIT 10

```
                                                            Page 1
 1                          Volume II  Pages 1-200
 2                              Exhibits 26-65
 3           IN THE UNITED STATES DISTRICT COURT
 4              FOR THE DISTRICT OF NEW JERSEY
 5   _____
 6   IN RE JOHNSON & JOHNSON TALCUM
 7   POWDER PRODUCTS MARKETING,                MDL NO.
 8   SALES PRACTICES, AND PRODUCTS     16-2738(MAS)(RLS)
 9   LIABILITY LITIGATION
10   _____
11
12
13
14
15
16            VIDEOCONFERENCE DEPOSITION OF
17                  JOHN GODLESKI, M.D.
18           Friday, March 29, 2024, 9:15 a.m.
19               MARRIOTT BOSTON - QUINCY
20                   1000 Marriott Drive
21            Quincy, Massachusetts  02169
22
23
24      -----REPORTER:  Sonya Lopes, RPR, CSR-----
25
```

                                                         Page 91

1    for a short time.  What this is intended to do is to
2    reduce the number of particles that are close enough
3    to the surface that can easily dissolve, like sodium
4    chloride, which, as I explained earlier, can be
5    found in the tissue as a precipitate.  And so if we
6    can reduce those, it saves us time by removing
7    extraneous particle or precipitate that we don't
8    have to study.
9           So we routinely do that washing step before
10   the particles that are -- the blocks that go into
11   the scanning electron microscope.
12       Q.  So, generally, what is the reason that you
13   go through all these preliminary steps before you
14   put the block into the scanning electron microscope?
15       A.  Well, we know that pathology departments
16   typically and very commonly -- although, more and
17   more, they're starting to use particle-free gloves.
18   But for many years, almost every pathology
19   department just used boxes of 100 gloves that had a
20   lot of particles on them and a lot of talc so that,
21   if you sometimes look carefully at a block or a
22   slide, you can see that contamination around the
23   outside.  So we avoid that contamination.  We avoid
24   block -- another reason not to choose a block is
25   that it, in fact, shows obvious contamination.

```
                                                          Page 92
```

1    These are all parts of the process of doing the
2    studies that we do.
3             MR. DEARING:  Thank you, Doctor.  That's
4    all I have.
5             MR. HEGARTY:  I have just a couple of
6    follow-up questions, Doctor.
7                         EXAMINATION
8    BY MR. HEGARTY:
9        Q.  With regard to the finding of a
10   birefringent particle in a macrophage, you cannot
11   say that that particle was talc; correct?
12       A.  If it's birefringent, it's a birefringent
13   particle.
14       Q.  A macrophage would pick up any birefringent
15   particle, regardless of what it is; correct?
16       A.  It would pick up all particles that are
17   there when the tissue is inside you.
18       Q.  With regard to what you're finding in
19   patients, can a prior C-section introduce talc to
20   the reproductive tract that you're seeing as part of
21   your analysis?
22       A.  Generally, surgeons' gloves are particle
23   free and talc free so that in the last 30, 40 years,
24   it would be unlikely that it would.  In fact,
25   there's been a dramatic decrease in finding foreign-