# EXHIBIT 11

Case 3:16-md-02738-MAS-RLS    Document 33108-12    Filed 08/22/24    Page 2 of 3
                              PageID: 229180

```
                                                              Page 1
 1                  UNITED STATES DISTRICT COURT
 2                    DISTRICT OF NEW JERSEY
 3
 4      IN RE:  JOHNSON & JOHNSON        )Case No.:
        TALCUM POWDER PRODUCTS           )16-2738 (MAS)(RLS)
 5      MARKETING, SALES PRACTICES, AND  )
        PRODUCTS LIABILITY LITIGATION    )
 6                                       )
        NEWSOME, ET AL.,                 )Case No.:  3:18-cv-17146
 7                                       )
                          Plaintiffs     )
 8                                       )
           VS.                           )
 9                                       )
                                         )
10      JOHNSON & JOHNSON, ET AL.,       )
                                         )
11                        Defendants.    )
                                         )
12      _____  )
13
14                         DEPOSITION
15                             OF
16                     TERI LONGACRE, M.D.
17
18                    Monday, June 10, 2024
19
20                       Pages 1 - 119
21
22
23
24
25         Reported By Kathryn Charpentier, CSR 13319
```

                    Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com

```
                                                       Page 109
 1    using polarized light microscopy to review surgical
 2    specimens as a criteria for diagnosing cancer?
 3         A.   No.
 4         Q.   And in your experience -- and I think you
 5    covered this.  I just want to make it clear -- under
 6    what circumstances might a surgical pathologist such as
 7    yourself use polarized light microscopy when reviewing a
 8    case?
 9         A.   If there's foreign material, refractile
10    material or looking for amyloid and those kinds of
11    things.  But there's a specific reason.  You just don't
12    do it routinely.
13         Q.   In your experience as a pathologist -- I
14    believe you went over this extensively -- can foreign
15    material be introduced into tissue specimens just doing
16    routine hospital processing of slides?
17         A.   Yes.
18         Q.   How is a pathologist trained to tell the
19    difference between foreign material that's been
20    introduced during histology processing and foreign
21    material that represents an actual true exposure to
22    living tissue prior to surgery?
23         A.   Like I said, there should be a foreign body
24    response.  There should be some kind of response, or you
25    should see it within macrophages within cells.
```