# EXHIBIT 15

Attorneys Eyes Only

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF NEW JERSEY
 3                          --o0o--
 4    IN RE:  JOHNSON & JOHNSON TALCUM
      POWDER PRODUCTS MARKETING, SALES   MDL NO. 16-2738
 5    PRACTICES, AND PRODUCTS LIABILITY  (FLW) (LHG)
      LITIGATION
 6    _____
 7    This Document Relates to All
      Cases and Also to:                 Case No.
 8                                       1422-CC09326-03
      Valerie Swann v. Johnson &         Division 10
 9    Johnson, et al.,
10    _____/
11
                  ATTORNEYS EYES ONLY DESIGNATION
12
                           --  --  --
13
                    FRIDAY, OCTOBER 1, 2021
14
                           --  --  --
15        In-Person Stenographic Deposition of REBECCA
      SMITH-BINDMAN, M.D., conducted at the La Meridian
16    Hotel, 333 Battery Street, San Francisco, California,
      beginning at 9:40 a.m. Pacific Time, before Sandra
17    Bunch VanderPol, FAPR, RMR, CRR, CSR #3032
18                         --  --  --
19
20
21
22    _____
23              GOLKOW LITIGATION SERVICES
               877.370.3377 ph/917.591.5672
24                  Deps@golkow.com
25
```

```
 1   you know, at any trial or hearing?  I mean, what you
 2   did, what your findings were?
 3            MS. O'DELL:  Object to the form.
 4            THE WITNESS:  If I'm asked about it, I would
 5   be happy to talk about it.
 6   BY MR. ZELLERS:
 7   Q.       Same question:  If the study is published, I
 8   assume you'll talk about it; is that right?
 9   A.       If I'm asked about it, I'm happy to talk
10   about it.
11   Q.       All right.  Just a couple of other
12   questions.
13            You decided, with respect to your
14   unpublished study, not to do any analysis of
15   dose-response; is that right?
16   A.       Yes.
17            MS. O'DELL: So, Mike, your time is up.  I'm
18   happy to let you go back to clarify, but your time is
19   up.  You could have saved time for redirect.  So if
20   you're going to go into different questions --
21            MR. ZELLERS:  That's not a different
22   question.
23            MS. O'DELL:  It is a different area of
24   inquiry for --
25            MR. ZELLERS:  You asked her specifically
```