# EXHIBIT 1

Curriculum Vitae (08/01/2023)

Name:                        Jeff Boyd

Place of Birth:              Chapel Hill, NC

Nationality:                 USA

Office Address:              Northwell Health Cancer Institute
                             1111 Marcus Avenue
                             Lake Success, NY 11042
                             Tel: (516) 321-2240
                             E-Mail: jboyd5@northwell.edu

Home Address:                5 Pheasant Circle
                             Lloyd Harbor, NY 11743

Education:                   Duke University, Durham, NC
                             B.S. (Psychology/Chemistry), 1980

                             NC State University, Raleigh, NC
                             M.S. (Toxicology/Biochemistry), 1982

                             NC State University, Raleigh, NC
                             Ph.D. (Toxicology/Biochemistry), 1986

Postdoctoral Training:       1986-1988: Environmental Pathology Fellowship
                             Department of Pathology
                             Lineberger Comprehensive Cancer Center
                             University of North Carolina School of Medicine
                             Chapel Hill, NC

                             1988-1990: Senior Staff Fellow
                             Cellular Carcinogenesis Section
                             Laboratory of Molecular Carcinogenesis
                             NIH/National Institute of Environmental Health Sciences
                             Research Triangle Park, NC

Positions and Appointments:

                             1990-1994: Head, Gynecologic Pathobiology Section
                             Laboratory of Molecular Carcinogenesis
                             NIH/National Institute of Environmental Health Sciences
                             Research Triangle Park, NC

1992-1994: Adjunct Assistant Professor (concurrent with primary position above)
Department of Epidemiology
University of North Carolina School of Public Health
Chapel Hill, NC

1994-1997: Associate Professor
Department of Obstetrics and Gynecology and Department of Genetics
Director, Gynecologic Oncology Research Laboratory
Member, Comprehensive Cancer Center
Member, Center for Research on Women's Health and Reproduction
Associate Member, Institute for Human Gene Therapy
University of Pennsylvania
Philadelphia, PA

1997-2003: Associate Attending Biologist
Gynecology Service, Department of Surgery
Clinical Genetics Service, Department of Medicine
Director, Gynecology and Breast Research Laboratory
Memorial Hospital for Cancer and Allied Diseases
Associate Member, Memorial Sloan-Kettering Cancer Center
New York, NY

2003-2006: Attending Biologist
Gynecology Service, Department of Surgery
Clinical Genetics Service, Department of Medicine
Director, Gynecology and Breast Research Laboratory (Department of Surgery)
Director, Diagnostic Molecular Genetics Laboratory (Department of Medicine)
Memorial Hospital for Cancer and Allied Diseases
Member (with tenure-of-title), Memorial Sloan-Kettering Cancer Center
New York, NY

2006-2007: Vice President, Laboratory Science
2007-2008: Vice President, Oncology and Research
2007-2008: Director, Curtis and Elizabeth Anderson Cancer Institute
2006-2008: Professor of Obstetrics and Gynecology, Surgery, Medicine, and Division of
Basic Medical Sciences, Mercer University School of Medicine - Savannah
Assistant Dean for Research, Mercer University School of Medicine - Savannah
Distinguished Cancer Scholar, State of Georgia
Memorial University Medical Center, Savannah, GA

2008-2010: Senior Vice President and Chief Scientific Officer
Robert C. Young, MD, Chair in Cancer Research
Professor (with tenure), Women's Cancer Program
Fox Chase Cancer Center, Philadelphia, PA

2010-2014: Senior Vice President, Molecular Medicine
Robert C. Young, MD, Chair in Cancer Research
Executive Director, Cancer Genome Institute
Chief, Division of Molecular Pathology
Professor (with tenure), Cancer Biology Program
Fox Chase Cancer Center, Philadelphia, PA

2008-2015: Professor (with tenure), Cancer Biology Program
Robert C. Young, MD, Chair in Cancer Research
Fox Chase Cancer Center, Philadelphia, PA

2015-2020: Professor (with tenure) and Chair, Department of Human and Molecular
Genetics
Professor, Department of Obstetrics and Gynecology
Associate Dean for Basic Research and Graduate Programs
Herbert Wertheim College of Medicine
Florida International University
Miami, FL

2015-2020: Associate Deputy Director, Translational Research and Genomic Medicine
Miami Cancer Institute
Baptist Health South Florida
Miami, FL

2020-present: Vice President and Chief Scientific Officer
Director, Center for Genomic Medicine
Northwell Health Cancer Institute
Lake Success, NY

2020-present: Professor and Director, Institute of Cancer Research,
Feinstein Institutes for Medical Research,
Northwell Health
Manhasset, NY

2020-present: Professor, Cold Spring Harbor Laboratory
Cold Spring Harbor, NY

2020-present: Professor, Departments of Obstetrics and Gynecology and
Pathology and Laboratory Medicine,
Donald and Barbara Zucker School of Medicine at Hofstra/Northwell
Hempstead, NY

3

2023-present: Senior Director, Division of Genomic Medicine, Department of Pathology and Laboratory Medicine
Northwell Health
Lake Success, NY

Scientific and Medical Societies:

American Association for the Advancement of Science (1982)
American Association for Cancer Research (1990)
American Society for Cell Biology (1992)
American Society of Clinical Oncology (2002)
American Society of Human Genetics (1997)
Association for Molecular Pathology (2014)
International Gynecologic Cancer Society (2006)
Society of Gynecologic Oncology (1997)

Awards, Fellowships, and Grants:

Award for Special Achievement
Department of Health, Education, and Welfare, NIH, July, 1980.

Environmental Pathology Training Fellowship (Institutional NRSA)
NIH/NIEHS, T32-ES07017, March, 1986.

National Research Service Award (Individual)
NIH/NCI, F32-CA0524, February, 1988.

Co-Principal Investigator, Gynecologic Cancer Foundation/Karin Smith Award, "Gene Therapy of Ovarian Cancer" (Univ of Pennsylvania); 6/1/96-5/31/97; $50,000 total direct costs.

Principal Investigator, "Molecular Genetics of Gynecologic Cancers"
NIH/NCI, R01-CA67164; 10/1/96-9/30/00; $482,401 total direct costs.

Principal Investigator, "Genetic Mechanism of BRCA1-Linked Ovarian Tumorigenesis", NIH/NCI, R01-CA71840, 10/1/96-9/30/00; $465,563 total direct costs.

Principal Investigator, "Genetic Mechanism of BRCA-Linked Ovarian Tumorigenesis", NIH/NCI, R01-CA71840, 2/1/01-1/31/05; $676,000 total direct costs.

Principal Investigator, "Basic and Translational Research Program in the Molecular Genetics of Gynecologic and Breast Cancers: New Strategies for Prevention, Early Detection, and Treatment", Keck Foundation; 1/1/99-12/31/03; $2,500,000 direct costs.

Principal Investigator, "Molecular Classification of Ovarian Cancers",
NIH/NCI, U01-CA88175; 10/1/00-9/30/05; $655,976 total direct costs.

Principal Investigator, "Preclinical Alterations in Breast Epithelium of BRCA
Heterozygotes", Breast Cancer Research Foundation, 10/1/00; $170,000 total direct costs.
Principal Investigator, "Molecular Genetic Basis of Invasive Breast Cancer Risk
Associated with Lobular Carcinoma in Situ", Breast Cancer Research Foundation,
10/1/01; $243,356 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Gene Expression Profiling",
Breast Cancer Alliance, 11/1/01; $130,000 total direct costs.

Principal Investigator, "Molecular Response to Selective Estrogen Receptor Modulators
(SERMs) in Human Breast Cancer Cells", Breast Cancer Research Foundation, 10/1/02;
$228,862 total direct costs.

Principal Investigator, "Genetic Polymorphisms and Risk of Breast Cancer", Breast
Cancer Alliance, 11/1/02; $91,592 total direct costs.

Principal Investigator, "Somatic Genetic Alterations in *BRCA*-Linked Human Breast
Cancer", Breast Cancer Research Foundation, 10/1/03; $230,000 total direct costs.

Principal Investigator, "Molecular Classification of Endometrial Cancers", NIH/NCI,
R01-CA100272; 4/1/04-3/31/08; $1,350,000 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Whole Genome Profiling",
Department of Defense, CDMRP, BC033728; 8/1/04-7/31/05; $75,000 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Whole Genome Profiling",
Breast Cancer Research Foundation, 10/1/04; $250,000 total direct costs.

Project Director, "Project 1: Role of CA125/MUC16 in Ovarian Tumorigenesis",
NIH/NCI, P01-CA52477-13, "Epithelial Ovarian Cancer Program Project"; 4/1/05-
3/31/10; $7,374,628 total direct costs.

Co-Principal Investigator, "Polygenic Basis of Breast Cancer", Breast Cancer Research
Foundation, 10/1/05; $250,000 total direct costs.

Georgia Distinguished Cancer Scholar, Georgia Cancer Coalition, 2006-2010; $750,000
total direct costs.

Principal Investigator, "Recruiting shRNA Functional Screening Expertise",
Pennsylvania Department of Community and Economic Development Grant,
C000043689, 1/1/09-6/30/10; $150,000 total costs.

5

Principal Investigator, American Cancer Society Institutional Research Grant, IRG-92-027-15, 1/1/08-12/31/10; $360,000 total costs.

Principal Investigator, "The Exomes of Ovarian Tumors of Low Malignant Potential and Low Grade Ovarian Cancers", Sandy Rollman Ovarian Cancer Foundation; 6/1/10-5/31/11; $60,000 direct costs.

Mentor, "Determine the Role of Canonical Wnt Signaling in Ovarian Tumorigenesis", CDMRP/DOD, Ovarian Academy Award W81XWH-10-1-0823 (PI: R Zhang), 9/15/10-3/29/13; $750,000 total direct costs.

Angela Carlino Excellence in Ovarian Cancer Research Award, Sandy Rollman Ovarian Cancer Foundation; October, 2010.

Principal Investigator, "The Transcriptome of Platinum Resistance in Ovarian Cancer", The Carpenter Foundation; 7/1/12-6/30/13; $50,000 total direct costs.

Principal Investigator, "FCCC-PENN SPORE in Ovarian Cancer", NIH/NCI, P50 CA083638; 8/21/09–5/31/15; $9,996,150 total direct costs.

Mentor, "Identifying Determinants of PARP Inhibitor Sensitivity in Ovarian Cancer", CDMRP/DOD, Ovarian Academy Award OC130212 (PI: N Johnson), 2/1/14-1/31/19; $750,000 total direct costs.

Rosalind Franklin Award for Excellence in Ovarian Cancer Research, Ovarian Cancer Research Fund Alliance; July, 2016.

Co-Investigator, "The Impact of Radiation Dose on Brain Morphology, Volumetric Changes, Endocrine Function, and Neurocognitive Function Following Cranial Radiation Therapy in Children with Brain and Skull Base Tumors", Florida Department of Health, Award 8LA04 (PI: M. Hall), 6/14/18-4/30/22; $700,000 total direct costs.

Co-Investigator, "Organoid Personalized Therapeutics Phase 3 Project; Patient Adenocarcinoma Signature Stratification for Treatment (PASS-1) Clinical Trial", Lustgarten Foundation, Project Number OPT3 (PI: D. Tuveson), 01/2021-12/2022.

Co-Investigator, "Molecular Determinants of Increased Vulnerability to Pancreatic Cancer Among African-Americans", New York Genome Center Polyethnic-1000 (PI: A. Krasnitz), 02/2021-02/2023.

Co-Investigator, "Uncovering the Mechanisms of Colorectal Cancer Disparities in African-Americans", New York Genome Center Polyethnic-1000 (PI: S. Beyaz), 03/2021-03/2023.

Senior Leadership – Special Advisor, "Cold Spring Harbor Laboratory Cancer Center Support Grant", NIH/NCI, P30 CA045508 (PI: D. Tuveson), 08/01/2021-07/31/2026.

Carol and Arnold Wolowitz Professorship in Cancer Research, Northwell Health, 2021-present.

Editorial Positions:

1993-1997:     Associate Editor, *Molecular and Cellular Differentiation*
1994-2006:     Associate Editor, *Molecular Carcinogenesis*
1997-2003:     Editorial Board, *Gynecologic Oncology*
2003-2008:     Associate Editor, *Gynecologic Oncology*
2004-2008:     Editorial Board, *Journal of Clinical Oncology*
2004-2017:     Editorial Board, *American Journal of Pathology*
2017-present   Editorial Board, *Anticancer Research*

Committee Assignments (Previous):

Member, Task Force for Activities and Membership Development, American Association for Cancer Research, 1993.

Member, Epidemiology Committee, DOD Breast Cancer Program Review, 1994.

Member, Program Committee, Annual Meeting of the American Association for Cancer Research, 1995.

Member, Physiology Committee, DOD Gulf War Illness Program Review, 1995.

Member, Reproductive Biology Committee, DOD Women's Health Program Review, 1996.

Member, Special Review Group, "Endocrine Disrupting Chemicals and Women's Health Outcomes" (RFA 96-003), NIH/NIEHS, 1996.

Member, Epidemiology Committee, DOD Breast Cancer Program Review, 1996.

Invited Participant, American Cancer Society Workshop on Heritable Cancer Syndrome and Genetic Testing, 1996.

Member, Special Review Panel for Program Project Application P01-CA73992, "Molecular and Clinical Approaches to Colon Cancer Precursors", University of Utah, 1996.

7

Ad-Hoc Member, Program Committee, Society for Gynecologic Oncologists Annual Meeting, 1997.

Invited participant, "The Strategic Planning Conference on New Directions in Ovarian Cancer Research", The U.S. Public Health Service's Office on Women's Health, Washington, DC, 1997.

Member, Committee for DOD Ovarian Cancer Program Review, 1998.

Invited participant, "Implementation Meeting for New Directions in Ovarian Cancer Research", The National Cancer Institute and The Society of Gynecologic Oncologists, Bethesda, MD, 1998.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Epidemiologic and Genetic Studies of Breast Cancer", Mayo Foundation, Rochester, MN, 1999.

Ad Hoc Member, National Cancer Institute Scientific Review Group, Subcommittee E (Prevention and Control), Bethesda, MD, 1999.

Ad-Hoc Member, Initial Review Group, Small Grants Program for Cancer Epidemiology, National Cancer Institute, Bethesda, MD, 1999.

Ad-Hoc Member, Peer Review Committee on Molecular Genetics and Oncogenes, American Cancer Society, 1999.

Member, Specified Appropriations Program Peer Review Committee, United States Army Medical Research and Material Command, 1999.
Member, Committee for DOD Ovarian Cancer Program Review, 1999.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "DNA Repair Genes and Cancer", University of Kentucky Medical Center, Lexington, KY, September, 1999.

Member, Program Committee, Society of Gynecologic Oncologists Annual Meeting, 2000.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Dietary and Hormonal Determinants of Cancer in Women" (Nurses' Health Study), Brigham and Women's Hospital, Boston, MA, February, 2000.

Invited Participant, Gynecologic Cancer Translational Research Retreat (GOG/NCI), Chantilly, VA; May, 2000.

Course Director, Second International Conference on Ovarian Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 2000.

Invited Participant, Conference on Ovarian Cancer Screening, NCI, Bethesda, MD; September, 2000.

Member, Committee for DOD Ovarian Cancer Program Review, 2000.
Invited Participant, NCI Gynecologic Cancers Progress Review Group Roundtable Meeting, Herndon, VA; June, 2001.

Member, Committee for DOD Ovarian Cancer Program Review, 2001.

Ad-Hoc Member, PTHC/CAMP Scientific Review Group, National Institutes of Health, Washington, DC; June, 2002.

Member, Epidemiology Panel, DOD Breast Cancer Program Review, 2002.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Cervical Cancer: Biology of Initiation and Progression", Emory University, Atlanta, GA, September, 2002.

Member, Scientific Review Group for Ovarian SPORE Applications, National Cancer Institute, Bethesda, MD; June, 2003.

Invited participant, Borderline Ovarian Tumor Consensus Workshop, National Cancer Institute, Bethesda, MD; August, 2003.

Member, Special Emphasis Panel ZCA1 SRRB-4 J1 R, "Strategic Partnerships to Evaluate Cancer Signatures", National Institutes of Health, 2004.

\

Member, Program Committee, Society of Gynecologic Oncologists Annual Meeting, Miami Beach, FL; 2005.

Ad-Hoc Member, NCI Scientific Review Group, Subcommittee E – Cancer Epidemiology, Prevention, and Control, Bethesda, MD; April, 2005.

Chair, Special Emphasis Panel, ZRG1 ONC-U (03), Breast and Ovarian Cancer Genetics, Center for Scientific Review, National Institutes of Health; July, 2005.

Invited Participant, National Cancer Institute Ovarian Cancer State-of-the-Science Meeting, Bethesda, MD; September, 2005.

9

Member, Education Committee, Society of Gynecologic Oncologists, 2000-2004
Member, Institutional Review Board, Memorial Sloan-Kettering Cancer Center,
1999-2006.

Member, Human Tissue Utilization Committee, Memorial Sloan-Kettering Cancer
Center, 2002-2006.

Member, Computational Biology Program Search Committee, Memorial Sloan-Kettering
Cancer Center, 2002-2006.
Member, Database Working Group, Memorial Sloan-Kettering Cancer Center, 2002-
2006.

Ad-Hoc Member, Committee on Appointments and Promotions, Memorial Sloan-
Kettering Cancer Center; July 2002, October, 2003, April, 2004, March, 2005.\\

Member, Translational and Integrative Medicine Grant Review Committee, Memorial
Sloan-Kettering Cancer Center; 2003-2006.

Member, Institutional Review Board Workflow Committee, Memorial Sloan-Kettering
Cancer Center; 2004-2006.

Invited Participant, Joint NCI/British National Cancer Research Institute Gynecologic
Cancer Intergroup Endometrial Cancer State-of-the-Science Meeting, Manchester, UK;
November, 2006.

Member, Integration Panel, DOD Ovarian Cancer Research Program, 2001-2008.

Chair, Integration Panel, DOD Ovarian Cancer Research Program, 2005-2006.

Member, Peer Review Committee on Molecular Genetics and Oncogenes, American
Cancer Society, 2002-2006.

Charter Member, Cancer Biomarkers Study Section, Center for Scientific Review,
National Institutes of Health, 2003-2008.

Chair, Molecular and Cellular Biology and Genetics Peer Review Panel, Susan G.
Komen for the Cure Grants Program; January, 2008.

Member, External Advisory Committee, SPORE in Ovarian Cancer, Fox Chase Cancer
Center, Philadelphia, PA; 2003-2008.

Chair, Appointments and Promotions Committee, Anderson Cancer Institute, Memorial
University Medical Center; 2006-2008.

Member, Board of Directors, Georgia Center for Oncology Research and Education; 2006-2008.

Member, Georgia Cancer Coalition Distinguished Cancer Scholar Review Committee; 2006-2008.

Chair, Medical Research Advisory Committee, Memorial University Medical Center; 2007-2008.

Member, Board of Advisors, College of Science and Technology, Georgia Southern University; 2006-2008.

Member, Special Emphasis Panel, NCI-ARRA P30 Biomedical Research Core Center Review, Rockville, MD; July, 2009.

Member, CDMRP Ovarian Cancer Grant Review Panel OC-4, Reston, VA; August, 2009.

Member, Scientific Advisory Committee, Ovarian Cancer Research Fund, 1999-2009.

Chair, DOD/CDMRP Breast Cancer Grant Review Panel MBG-B, Reston, VA; January, 2010.

Member, Scientific Review Group, NIH/NCI ZCA1 SRLB-R M1 R, Exceptional, Unconventional Research Enabling Knowledge Acceleration (EUREKA), Rockville, MD; March, 2010.

Member, Scientific Review Group, EDRN Biomarker Development Labs (U01), NIH/NCI ZCA1 SRLB-C M1 B, Bethesda, MD; May, 2010.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel TRN-MBG, Reston, VA; May, 2010

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel IDEA-MBG, Reston, VA; June, 2010.

Chairman, External Advisory Committee, SPORE in Ovarian Cancer, Dana-Farber/Harvard Cancer Center, Boston, MA; 2003-2010.

Member, Program Committee, 13th Biennial Meeting of the International Gynecologic Cancer Society, Prague, Czech Republic, 2010.

Member, Nominations Committee, Fox Chase Cancer Center, 2008-2010.

11

Member, Scientific Review Group, NIH/NCI ZCA1 SRLB-2 M1 R, Exceptional Unconventional Research Enabling Knowledge Acceleration (EUREKA), Bethesda, MD; March, 2011.

Member and Co-Chair, Subcommittee on Tissue Utilization, Gynecologic Oncology Group, 1997-2011.

Member, Scientific Review Group, NIH/NINR ZNR1 REV M 09, Personalized Genomics for Symptom Management: Bridging the Gaps from Genomic Discovery to Improved Health Outcomes, Bethesda, MD; June, 2011.

Member, Program Committee, Society for Gynecologic Oncology Annual Meeting, 2012.

Member, Board of Directors, Gynecologic Cancer Foundation (now Foundation for Women's Cancer); 2006-2013.

Member, Cancer Center Support Grant Executive Committee, Fox Chase Cancer Center, 2008-2013.

Member, President's Council, Fox Chase Cancer Center, 2008-2013.
Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel BC12 TRN2, Reston, VA; February, 2013.

Member, Scientific Review Group, NCI ZCA1 RPRB-O (O1), NCI Small Grants Program for Cancer Research (NCI Omnibus R03), Reston, VA; June, 2013.

Member, Scientific Review Committee, DOD/CDMRP Ovarian Cancer Research Program Pilot Award Letter of Intent Review; July, 2013.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel TRN2-CMB, Chantilly, VA; March, 2014.

Member, Executive Committee on Research, Fox Chase Cancer Center, 2008-2014.

Member, Scientific Review Committee, DOD/CDMRP Ovarian Cancer Research Program Pilot Award Letter of Intent Review; July, 2014.

Member, NCI Special Emphasis Panel for Review of Omnibus R21/R03 Applications in Response to PAR12-145/144; July, 2014.

Member, Scientific Review Committee, DOD/CDMRP Breast Cancer Research Program Grant Review Panel CBY-2, Reston, VA; July, 2014.

Member, Ovarian Cancer SPORE Executive Committee, Fox Chase Cancer Center, 2008-2015.

Founding Member, Genomic Advisory (Tumor) Board, Fox Chase Cancer Center, 2012-2015.

Member, Program Committee, Society of Gynecologic Oncology Annual Meeting, Chicago, IL; March, 2015.

Member, DOD/CDMRP Ovarian Cancer Research Program Pre-Application Review Panel, Pilot Award Mechanism; May-June, 2015.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel, Molecular Biology and Genetics, Reston, VA; June, 2015.

Chair, Society of Gynecologic Oncology Genetics Delivery Care Summit, 2014-2015.

Invited Participant, Workshop on Ovarian Cancer, US Food and Drug Administration, White Oak, MD; July, 2015.

Member, Novartis Future of Diagnostic Laboratories Advisory Board, Austin, TX; November, 2015.

Invited Participant, Banbury Center Conference on, "Preventing BRCA-Related Cancer: a Think Tank for Innovative Strategies, Milestone Objectives, and Research Priorities", Cold Spring Harbor, NY; November, 2015.

Member, Committee on Experimental Medicine, Gynecologic Oncology Group (now NRG Oncology), 1997-2014.

Co-Chair, Banbury Center Conference on, "After UKCTOCS: Public Messaging on Screening and Early Detection of Ovarian Cancer", Cold Spring Harbor, NY; February, 2016.

Member, FORCE (Facing Our Risk of Cancer Empowered) Advisory Board; 2003-2013.

Member, Development Committee, Foundation for Women's Cancer, 2013-2015.

Member, National Cancer Institute Special Emphasis Panel/Scientific Review Group 2016/05 ZCA1 PCRB-C (C2) B - Cell and Animal Models for Researching Disparities; February, 2016.

Chair, DOD/CDMRP Ovarian Cancer Research Program Grant Review Panel, Pathobiology Pilot Award Program; September, 2016.

Member, Clinical Practice Committee, Society of Gynecologic Oncology, 2014-2017.

Member, AACR Clinical and Translational Cancer Research Grants Scientific Review Committee, 2015-2017.

Member, National Cancer Institute Clinical Translational R21 and Omnibus R03 Special Emphasis Panel ZCA1 SRB-P (O1); May, 2018.

Member, Medical Student Interview Panel, Herbert Wertheim College of Medicine, Florida International University; 2017-2018.

Member, National Cancer Institute Special Emphasis Panel, ZCA1 SRB-P (J1) – Clinical and Translational Exploratory/Developmental Studies; September, 2018.

Co-Chair, Banbury Center Conference on, "Towards a Cure for Advanced Ovarian Cancer", Cold Spring Harbor, NY; October, 2018.

Member, Scientific Advisory Committee, Ovarian Cancer Research (Fund) Alliance, 2001-2019.

Chair, Scientific Advisory Committee, Ovarian Cancer Research (Fund) Alliance, 2009-2019.

Member, Board of Directors, Ovarian Cancer Research (Fund) Alliance, 2012-2019.

Member, Scientific Review Committee, National Cancer Institute Specialized Programs of Research Excellence II (P50); 2019/05 ZCA1 RPRB-7 (M1) P; January, 2019.

Member, Scientific Review Committee, National Cancer Institute Special Emphasis Panel-5, Clinical and Translational R21 and Omnibus R03; 2019/05 ZCA1 SRB-P (M2) S; January, 2019.

Vice-Chair, Joint Scientific Advisory Committee, Stand Up to Cancer (SU2C) Ovarian Cancer Dream Team Grant; 2014-2019.

Member, Cancer Education Committee: Cancer Prevention, Hereditary Genetics, and Epidemiology Track, American Society of Clinical Oncology (ASCO); 2016-2019.

Member, Scientific Review Committee, National Cancer Institute Special Emphasis Panel-3, Clinical and Translational R21 & Omnibus R03 Grants, 2019 ZCA1 SRB-P (01); June, 2019.

Member, Scientific Review Committee, National Cancer Institute Special Emphasis Panel-4: Small Grants Programs for Cancer Research (Omnibus R03); 2019 ZCA1 SRB-P (J1); October, 2019.

Member, Scientific Review Committee, National Cancer Institute Special Emphasis Panel: Integrating Biospecimen Science Approaches into Clinical Assay Development; ZCA1 TCRB-J (A1); November, 2019.

Member, Clinical Scientific Review Committee, Miami Cancer Institute, 2016-2020.

Member, Medical Student Interview Panel, Herbert Wertheim College of Medicine, Florida International University; 2018-2019.

Member, Board of Directors, Florida International University Research Foundation; 2017-2020.

Member, Scientific Review Committee, National Cancer Institute Specialized Programs of Research Excellence II (P50); 2020/05 ZCA1 RPRB-7 (M1) P; January, 2020.

Elected Member, Board of Directors, Society of Gynecologic Oncology; 2017-2020.

Member, External Advisory Board, SPORE in Ovarian Cancer, MD Anderson Cancer Center, Houston, TX; 2009-2020.

Member, DOD/CDMRP Ovarian Cancer Research Program Grant Review Panel, Ovarian Cancer Academy-Early Career Investigator Program; October, 2022.


Committee Assignments (Current):

Founding Director, Molecular Tumor Board, Northwell Health Cancer Institute; 2021-present.

Member, Board of Directors, Northwell Health Cancer Institute; 2022-present.

15

Invited Lectures (Since 1992):

"Cell structure and tumor suppression" and "Molecular genetic techniques in human cancer research."  South American Course in Cancer Research; Caracas, Venezuela; February, 1992.

"Form and function in molecular carcinogenesis."  Third Frontiers in Science Symposium; NIH/NIEHS, Research Triangle Park, NC; April, 1992.

"Expression and function of the DCC gene in neural differentiation."  Gordon Research Conference on Cancer; Newport, RI; August, 1992.

"DCC gene expression and function."  Fifth Conference on Differentiation Therapy; Sardinia, Italy; September, 1992.

"Tumor suppressor genes I" and "Tumor suppressor genes II."  Department of Toxicology, North Carolina State University, Raleigh, NC; September, 1992.

"Molecular genetics of human endometrial carcinoma."  Department of Pathology, University of North Carolina, Chapel Hill, NC; September, 1992.

"Methods for the study of molecular genetics in human cancer."  Department of Pathology, Jikei University School of Medicine, Tokyo, Japan; October, 1992.

"The role of cell structure in tumor suppression."  Fourth International Conference of Anticancer Research; Crete, Greece; October, 1992.

"Molecular markers and endometrial cancer."  Department of Epidemiology, University of North Carolina School of Public Health, Chapel Hill, NC; November, 1992.

"Tumor suppressor genes."  Department of Epidemiology, University of North Carolina, Chapel Hill, NC; November, 1992.

"Role of cell and tissue structure in tumor suppression."  Department of Pathology, Johns Hopkins University School of Medicine, Baltimore, MD; November, 1992.

"Endometrial hyperplasia and adenocarcinoma: Molecular genetic characterization and determinants of risk."  American Association of Pathologists Annual Meeting; New Orleans, LA; March, 1993.

"The environment and women's health."  First Annual Environmental Careers Symposium; NIH/NIEHS, Research Triangle Park, NC; May, 1993.

"Cell structure and tumor suppression." Gordon Research Conference on Biological Structure and Gene Expression; Volterra, Italy; May, 1993.

"Molecular genetics of human endometrial carcinoma." Department of Molecular and Cell Biology, University of California at Berkeley, Berkeley, CA; May, 1993.

"Molecular genetics of human endometrial carcinoma." Gordon Research Conference on Hormonal Carcinogenesis; Newport, RI; August, 1993.

"Molecular genetics of endometrial hyperplasia." Workshop on Alternatives to Hysterectomy, National Institutes of Health, Bethesda, MD; May, 1994.

"Molecular genetics of ovarian carcinoma." Third International Symposium on Ovarian Function, Sapporo, Japan; September, 1994.

"Molecular genetics of estrogen-associated cancers." Conference on Molecular Mechanisms of Environmental Carcinogenesis, Research Triangle Park, NC; September, 1994.

"Molecular genetics of gynecologic cancers." University of Pennsylvania Cancer Center Symposium on New Developments in Cancer Therapy: Focus on Gynecologic Cancers, Philadelphia, PA; December, 1994.

"Genetics and molecular medicine for the gynecologic oncologist", "BRCA1 and other genes involved in hereditary predisposition to reproductive cancer", Society of Gynecologic Oncologists Annual Meeting, San Francisco, CA; February, 1995.

"Hereditary Gynecologic Cancers." Grand Rounds, Department of Obstetrics and Gynecology, University of Pennsylvania Medical Center, Philadelphia, PA; March, 1995.

"Endometriosis and the Environment: Biomarkers of Toxin Exposure." Endometriosis 2000 Conference, National Institutes of Health, Bethesda, MD; May, 1995.

"Hereditary Gynecologic Cancers." Grand Rounds, Department of Obstetrics and Gynecology, Medical College of Pennsylvania, Philadelphia, PA; May 1995.

"E-Cadherin as a Tumor Suppressor." Gordon Research Conference on Cell Contact and Adhesion, Andover, NH; June, 1995.

"Mismatch Repair." American Urologic Association Summer Research Conference, Houston, TX; August, 1995.

"Genetic Characterization of Human Endometrial Carcinoma." Ninth International Conference on Carcinogenesis and Risk Assessment, Austin, TX; November, 1995.

17

"Molecular Genetics of Ovarian Carcinoma."  The Finnish Medical Society Duodecim Annual Meeting, Turku, Finland; November, 1995.

"Hereditary Gynecologic Cancers."  Department of Pathology Grand Rounds, University of Pennsylvania Medical Center, Philadelphia, PA; November, 1995.

"Genetics of Hereditary Breast and Gynecologic Cancers."  Postgraduate Course on Molecular Biology of Gynecologic Cancers: Clinical Implications for the 1990s.  Society of Gynecologic Oncologists Annual Meeting, New Orleans, LA; February, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Department of Obstetrics and Gynecology Grand Rounds, Thomas Jefferson University, Philadelphia, PA; February, 1996.

"Hereditary Nonpolyposis Colorectal Cancer: Ethical, Legal, and Social Implications of Genetic Testing and Counseling for High Risk Individuals."  American Radium Society Annual Meeting, San Francisco, CA; March, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Department of Genetics, University of Pennsylvania, Philadelphia, PA; May, 1996.

"Molecular Genetics of Hereditary Endometrial and Ovarian Carcinomas."  President's Symposium of the New York Pathological Society, New York, NY; June, 1996.

"Familial Ovarian Cancer: Laboratory Diagnosis."  Current Concepts in Women's Health Care: Seventeenth Annual Postgraduate Course, University of Pennsylvania Medical Center, Philadelphia, PA; June 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Barbara Moore Jordan Visiting Professorship, Memorial Sloan-Kettering Cancer Center, New York, NY; July 1996.
"Breast Cancer Genetics."  Keynote Lecture at the First Annual New Jersey Breast Cancer Research Symposium, Princeton, NJ; October, 1996.

"Estrogen as a Human Carcinogen: Molecular Genetics of Gynecologic Cancers."  US-Japan Cooperative Medical Science Program, Environmental Mutagenesis and Carcinogenesis Panel, Tokyo, Japan; November, 1996.

"Hereditary Breast and Ovarian Cancer: Molecular Genetics and Clinical Implications." Grand Rounds, Department of Surgery, Memorial Sloan-Kettering Cancer Center, New York, NY; December, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers." Solid Tumor Oncology Conference, Department of Medicine, Memorial Sloan-Kettering Cancer Center, New York, NY; February, 1997.

"Molecular Genetics of Hereditary Ovarian Cancer."  Basic Science Postgraduate Course; "BRCA1/2 and Other Genes Involved in Hereditary Predisposition to Ovarian Cancer."  Breakfast Session, Society of Gynecologic Oncologists Annual Meeting, Phoenix, AZ; March, 1997.

"Genetics of Ovarian Cancer."  Helene Harris Memorial Trust 6th International Forum on Ovarian Cancer, Los Angeles, CA; May, 1997.

"Genotype-Phenotype Correlations in Hereditary Ovarian Cancer." Symposium on Ovarian Cancer: Prevention, Genetics and Treatment Challenges, Toronto, Ontario; May, 1997.

"Molecular Genetics of Hereditary Gynecologic Cancers." Department of Pathology Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY; July, 1997. "Quantitative Methods in Cancer Genetics."

Cancer Genetic Counseling and Testing: A Multidisciplinary Course, The Sarah Lawrence College Human Genetics Program, New York, NY; July, 1997.

"Hereditary Gynecologic Cancers: Molecular Genetics and Clinical Implications."  26th Congress of Gynecologic Pathology and Colposcopy, Tokyo, Japan; July, 1997.

"Molecular Genetics of Estrogen-Associated Human Cancers."  Gordon Research Conference on Hormonal Carcinogenesis, Tilton, NH; July, 1997.

"Basic Principles of Genetics for Practicing Clinicians", Genetic Techniques - Relevance for Practicing Clinicians", and "Genetics of Gynecologic Sarcomas and Clinical Implications". European School of Oncology Conference on Molecular Genetics in Gynecologic and Breast Cancer and Its Clinical Implications: Bridging the Gap, Budapest, Hungary; November, 1997.

"Studies on the Molecular Mechanism of Estrogen-Associated Human Cancers." Department of Biochemistry, Mount Sinai University School of Medicine, New York, NY: November, 1997.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers." Distinguished Lecturer in Oncology, University of Texas M.D. Anderson Cancer Center, Houston, TX; January, 1998.

"Genetics of Hereditary Gynecologic Cancers: What patients are asking their gynecologists." Obstetrical Society of Philadelphia, Philadelphia, PA; February, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers." Grand Rounds, Department of Obstetrics and Gynecology, Allegheny University of the Health Sciences, Philadelphia, PA; February, 1998.

"Endometrial Cancer." Course on Human Genetics and Human Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; May, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers: Clinical Implications." New York Gynecology Society, New York, NY; May, 1998.

"Hereditary Ovarian Cancer: Molecular Genetics and Clinical Implications." IVth Sapporo International Symposium on Ovarian Function, Sapporo, Japan; August, 1998.

"Molecular Pathogenesis of Endometrial Neoplasia." Grand Rounds, Department of Pathology, Brigham and Women's Hospital, Boston, MA; October, 1998.

"Hereditary Gynecologic Cancers: Molecular Genetics and Clinical Implications." Visiting Professor Program, Department of Pathology, Montefiore Medical Center, Bronx, NY; October, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers." Memorial Hospital Annual Alumni Meeting, Memorial Sloan-Kettering Cancer Center, New York, NY; November, 1998.

"Clinical and Pathologic Features of BRCA-Associated Hereditary Ovarian Cancers." Grand Rounds, Department of Surgery, Memorial Sloan-Kettering Cancer Center, New York, NY; November, 1998.

"Genetic Epidemiology of Ovarian Cancer." International Conference on Ovarian Cancer, The University of Texas M.D. Anderson Cancer Center, Houston, TX; February, 1999.

"Ovarian Cancer." Course on Human Genetics and Human Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; April, 1999.

"Genetics of Ovarian Cancer." Annual Conference of the National Corporate Medical Associates, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 1999.

"Molecular Genetics of Hereditary Gynecologic Cancers." Scientific Symposium for Semi-Annual Business meeting of the Gynecologic Oncology Group, Scottsdale, AZ; July, 1999.

"Genetics." Breast Cancer Core Course, Memorial Sloan-Kettering Cancer Center, New York, NY; July, 1999.

"Genetic Susceptibility to Gynecologic Cancers." Cancer Smart Lecture Series, Memorial Sloan-Kettering Cancer Center, New York, NY; October, 1999.

"Molecular Genetics of Hereditary Breast Cancer: Clinical Implications." New York Pathological Society, New York, NY; February, 2000.

"Genetics of Hereditary Gynecologic Cancers." Postgraduate Course at the Society of Gynecologic Oncologists Annual Meeting, San Diego, CA; February, 2000.

"Molecular Genetics of Breast and Gynecologic Cancers." Course on Molecular Oncology, New York University School of Medicine, New York, NY; March, 2000.

Session Chair, Conference on Gynecologic Care of the Cancer Patient, Memorial Sloan-Kettering Cancer Center, New York, NY; March, 2000.

"Molecular Genetic Mechanism of Estrogen-Associated Human Tumorigenesis." Memorial Sloan-Kettering Cancer Center Scientific Retreat, March, 2000.

"Biology of Ovarian Cancer." Disease Management Team Conference Series (Gynecology), Memorial Sloan-Kettering Cancer Center, New York, NY; March, 2000.

"Preclinical Molecular Genetic Alterations in Breast and Ovarian Epithelium of BRCA Heterozygotes." American College of Surgeons Oncology Group Planning Conference. Memorial Sloan-Kettering Cancer Center; April, 2000.

Session Chair, Molecular Biology of Gynecologic Cancers, American Association for Cancer Research Annual Meeting, San Francisco, CA; April, 2000.

"Genetics of Hereditary Ovarian Cancer." Education Session on Ovarian Cancer, American Society of Clinical Oncology Annual Meeting, New Orleans, LA; May, 2000.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Ovarian Cancer National Alliance Third Annual Advocacy Conference, Washington, DC; September, 2000.

"Genetics of Cancer." Grand Rounds, Department of Medicine, Mercy Medical Center, Rockville Centre, NY; October, 2000.

"Can Molecular Markers Improve Risk Factor Determinations and Thereby Dictate Treatment and Improve Survival?", Plenary Session on Endometrial Cancer, VIII Meeting of the International Gynecologic Cancer Society, Buenos Aires, Argentina; October, 2000.

"Hereditary Ovarian Cancer: What We Know." Helene Harris Memorial Trust 8th International Forum on Ovarian Cancer, Houston, TX; March, 2001.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Gusberg Distinguished Lectureship in Gynecologic Oncology, Mt. Sinai Medical Center, New York, NY; April, 2001.

"Breast and Ovarian Cancers: Basic Science." A Comprehensive Review of Clinical Cancer Genetics, American Society of Clinical Oncology Annual Meeting, San Francisco, CA; May, 2001.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Grand Rounds, Department of Medicine, St. Clare's Medical Center, NJ; May, 2001.

"Molecular Biology of Gynecologic Cancers: Clinical Applications." Speaker of the Royal College of Physicians and Surgeons of Canada, Society of Gynecologic Oncologists of Canada Annual Meeting, St. John's, Newfoundland, Canada; June, 2001.

"Molecular Genetics of Hereditary Ovarian Cancer: Clinical Applications." Canadian Federation of Biological Sciences Annual Meeting, Ottawa, Canada; June, 2001.

"Molecular Genetics of Hereditary Ovarian Cancer: Translational Applications." NCI/Center for Cancer Research Grand Rounds, Bethesda, MD; July, 2001.

"Molecular Genetics of Hereditary Gynecologic Cancers: Clinical Implications. Grand Rounds, Department of Obstetrics and Gynecology, Long Island Hospital, Brooklyn, NY; October, 2001.

"Can Clinical Problems in Ovarian Cancer be Solved in the Laboratory?" Visiting Professorship, Department of Obstetrics and Gynaecology, University of Toronto, Toronto, Canada; October, 2001.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Grand Rounds, Department of Obstetrics and Gynecology, Columbia University, New York; March, 2002.

"Molecular Genetics of Hereditary Gynecologic Cancers." Postgraduate Course of Clinical Usefulness of Genetic Testing in Gynecologic Oncology.  Society of Gynecologic Oncologists Annual Meeting, Miami Beach, FL; March, 2002.

"Cancer Genetics." Course on Molecular Oncology, New York University, New York; March, 2002.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Conference on Ovarian Cancer and High-Risk Women: Implications of Screening, Prevention, and Early Detection, University of Pittsburgh, Magee-Women's Hospital, Pittsburgh, PA; May, 2002.

"Basic Science of Breast and Ovarian Cancer." Comprehensive Course on Clinical Cancer Genetics, American Society of Clinical Oncology Annual Meeting, Orlando, FL, May, 2002.

"Toward a Molecular Classification of Endometrial Carcinoma." Education Session on Endometrial Carcinoma, American Society of Clinical Oncology Annual Meeting, Orlando, FL; May, 2002.

"Hereditary Gynecologic Cancers: Clinical Implications." National Corporate Medical Associates Annual Meeting, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 2002.

"Molecular Genetics of Hereditary Ovarian Cancer." Third Annual International Conference on Ovarian Cancer, MD Anderson Cancer Center, Houston, TX; September, 2002.

"Molecular Biology of Ovarian Cancer: From Pathogenesis to Treatment." Symposium on Ovarian Cancer, International Gynecologic Cancer Society Biennial Meeting, Seoul, Korea; October, 2002.

"Histogenesis of Ovarian Cancer." The Ethel N. Ruvelson Lecture in Ovarian Cancer, 33rd Annual Autumn Seminar in Obstetrics and Gynecology, University of Minnesota, Minneapolis, MN; October, 2002.

"Hereditary Gynecologic Cancers: What We Know." Society of Gynecologic Oncologists Winter Meeting, Breckenridge, CO; March, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Helene Harris Memorial Trust 9th Biennial Forum on Ovarian Cancer, Stratford-upon-Avon, United Kingdom; March, 2003.

"Cáncer de Ovario: Historia Natural y Biología Molecular." Cánceres de Próstata, Mama y Ovario: Tumores Hormono-Dependientes, Universidad Internacional Menéndez Pelayo, Santander, Spain; July, 2003.

"Gynecologic Tumors." Session on New Directions in Cancer, AACR Annual Meeting, Washington, DC; July, 2003.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Hoag Cancer Center Grand Rounds, Newport Beach, CA; July, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Department of Pathology, Yale-New Haven Hospital, New Haven, CT; September, 2003.

"Gene Silencing by Estrogen Receptor-Dependent Promoter Methylation." e.hormone 2003, 5th Annual Conference on Environmental Estrogens. Tulane University, New Orleans, LA; October, 2003.

"Genetics of Hereditary Breast and Gynecologic Cancers: Clinical Implications." 5th Annual Kimmel Cancer Center Hereditary Cancer Conference. Thomas Jefferson University, Philadelphia, PA; November, 2003.

Distinguished Visiting Professorship. "Genetic Analysis of Ovarian Carcinoma Histogenesis. Department of Pathology, Johns Hopkins University, Baltimore, MD; November, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." 19th Annual Ella T. Grasso Memorial Conference. University of Connecticut Health Center, Hartford, CT; November, 2003.

The 13th Annual Per Kolstad Memorial Lecture. "Genetics of Hereditary Ovarian Cancer: Clinical Implications." The Norwegian Radium Hospital, Oslo, Norway; December, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Medical Oncology and Ovarian Cancer Research Program Seminar Series, Fox Chase Cancer Center, Philadelphia, PA; January, 2004.

"BRCA - A Paradigm for Hereditary Cancer Predisposition." Postgraduate Course on "Genetics for Gynecologic Oncologists", Society for Gynecologic Oncologists Annual Meeting, San Diego, CA; February, 2004.

"Role of Gene Expression Profiling in Distinguishing Biologically and Clinically Distinct Subclasses of Endometrial Carcinoma." Gynecologic Cancer Models, Mouse Models of Human Cancers Consortium (NCI) Meeting, San Juan, Puerto Rico; February, 2004.

"Human Cancer Genetics." Course on Molecular Oncology, New York University, New York, NY; February, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Mayo Oncology Society, Rochester, MN; March, 2004.

"Ovarian Cancer - New Concepts in Organ-Site Research." American Association for Cancer Research Annual Meeting, Orlando, FL; March, 2004.

"Insights into Biology and Clinical Behavior of Endometrial Carcinoma through Comprehensive Gene Expression Profiling." Symposium on Ovarian Cancer and Other Gynecologic Malignancies, New York, NY; April, 2004.

"Genetics of Hereditary Gynecologic Cancers." American Society of Clinical Oncology Annual Meeting, ASCO/SGO Special Session on Clinical Management of Patients with Hereditary Predisposition to Gynecologic Cancers, New Orleans, LA; June, 2004.

"Gene Silencing through Estrogen Receptor Mediated Promoter Methylation." Gordon Research Conference on Reproductive Tract Biology, New London, CT; June, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Third Early Detection Research Network Scientific Workshop, Bethesda, MD; June, 2004.

"Stratification of Intermediate Risk Disease by Gene Expression Profiling." 2nd Annual Uterine Cancer Biology Symposium, MD Anderson Cancer Center, Houston, TX; September, 2004.

"Is There a Molecular Basis for the Developmental Estrogenization Syndrome?" e.hormone 2004 Conference, New Orleans, LA; October, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Dana-Farber/Massachusetts General Hospital, Boston, MA; November, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Curtis and Elizabeth Anderson Cancer Institute at Memorial Health University Medical Center, Savannah, GA; December, 2004.

Chair, "Postgraduate Course on Molecular Biology for Gynecologic Oncologists." Society for Gynecologic Oncologists Annual Meeting, Miami Beach, FL; March, 2005.

"Genetics of the Early Natural History of Ovarian Cancer." Helene Harris Memorial Trust 10th Annual Biennial International Forum on Ovarian Cancer, Washington, DC; April, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Elkin Cancer Biology Seminar Series, Winship Cancer Institute, Emory University School of Medicine, Atlanta, GA; March, 2005.

"Microarray Technology in Gynecologic Cancer Research." 2nd International Symposium on Ovarian Cancer and Other Gynecologic Malignancies, New York, NY; April, 2005.

"Hereditary Ovarian Cancer." Postgraduate Course on Gynecologic Cancer 2005, Medical College of Georgia/Curtis and Elizabeth Anderson Cancer Institute, Savannah, GA; April, 2005.

"Role of Defective DNA Repair in Gynecologic Tumorigenesis." Lynne Cohen Symposium on the Emerging Role of Screening and Prevention in Women's Cancers, NYU University School of Medicine, New York, NY; April, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Multidisciplinary International Conference on Gynecologic Cancer, Bologna, Italy; June, 2005.

"Gene Silencing through Estrogen Receptor-Mediated Promoter Hypermethylation." Biomedical Research Seminar Program, Mercer University School of Medicine, Macon GA; September, 2005.

"Treatment of Hereditary Ovarian Cancer: Clinical and Experimental Approaches." And "Haploinsufficiency: Is it Important?" International Symposium on *BRCA*: Today and Tomorrow, Montréal, Canada; October, 2005.

"Opening Key Note Address: Genetic Analyis of Ovarian Carcinoma Histogenesis." Symposium on Ovarian Cancer: Prevention and Detection of the Disease and its Recurrence. University of Pittsburgh Cancer Institute, Pittsburgh, PA; October, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Department of Pathology and Laboratory Medicine, MD Anderson Cancer Center, Houston, TX; January, 2006.

"Cancer Genetics." Course on Molecular Oncology, New York University School of Medicine, New York, NY; March, 2006.

"Genome-Based Laboratory Approaches to Advancing the Practice of Gynecologic Oncology." Postgraduate Course on Translational Research, Society for Gynecologic Oncologists Annual Meeting, Palm Springs, CA; March, 2006.

"Translational Research." Memorial Health University Medical Center First Resident Alumni CME Program, Savannah, GA; June, 2006.

"Molecular Medicine." Department of Internal Medicine, Memorial Health University Medical Center, Savannah, GA; August, 2006.

"Molecular Basis of Improved Survival in *BRCA*-Linked Ovarian Cancers." 11th Bienniel Meeting of the International Gynecologic Cancer Society, Santa Monica, CA; October, 2006.

26

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Winter Symposium, Department of Obstetrics and Gynecology, Rambam Health Care Campus, Haifa, Israel; January, 2007.

"Functional Analysis of the CA125 (MUC16) Gene Product in Ovarian Tumorigenesis." Helene Harris Memorial Trust 11th Bienniel International Forum on Ovarian Cancer, Lake Como, Italy; March, 2007.

Discussant, Focused Plenary Session on Translational Research in Ovarian Cancer. Society of Gynecologic Oncologists Annual Meeting, San Diego, CA; March, 2007.

"Innovative Cancer Research Activities in Georgia." Georgia Cancer Summit, Atlanta, GA; January, 2008.

"Applications of Genomics/Proteomics Technologies to Gynecologic Cancers?" Gynecologic Oncology Group Scientific Session on "Genomics and Proteomics: The Future is Now".  GOG Semi-Annual Meeting, San Diego, CA; January, 2008.

"Molecular Evolution of Ovarian Cancer." 1st Ovarian Cancer Action International Conference, London, United Kingdom; March, 2008.

"Genetics 101." Sunrise Postgraduate Session, Society of Gynecologic Oncologists Annual Meeting, Tampa, FL; March, 2008.

Discussant, Focused Plenary Session on Translational Research, Society of Gynecologic Oncologists Annual Meeting, Tampa, FL; March, 2008.

"Genetic Profiling of Endometrial Cancers." Fifth International Symposium on Ovarian Cancer and Gynecologic Malignancies, New York, NY; March, 2008.

"Cancer Genetics." Grand Rounds, Department of Internal Medicine, Memorial University Medical Center, Savannah, GA; April, 2008.

"The Future of Healthcare: Genetic Medicine." Annual Meeting of the Coastal Empire Health Underwriters Association, Savannah, GA; May, 2008.

"Relevance of Tumor Biology to Prevention and Diagnosis." International Symposium on Hereditary Breast and Ovarian Cancer: Risks and Challenges, Bari, Italy; September, 2009.

"Whence Epithelial Ovarian Carcinoma?" Robert F. Ozols Symposium on Gyn Cancer: Gyn Cancers – the Next 25 Years, Philadelphia, PA; September, 2009.

Session Chair. Opening Plenary Session I; Interactive Session: "Hereditary Gynecologic Cancers." 13th Bienniel Meeting of the International Gynecologic Cancer Society, Prague, Czech Republic; October, 2010.

"Whence Epithelial Ovarian Carcinoma?" Ovarian Cancer National Alliance Regional Symposium; Radnor, PA; November, 2010.

"The Origin of Epithelial Ovarian Carcinoma: New Insights." Omniprex 2011 Ovarian Cancer Course; Philadelphia, PA; April, 2011.

"Whence Epithelial Ovarian Carcinoma?" Grand Rounds, Department of Obstetrics and Gynecology, Michigan State University School of Medicine; Grand Rapids, MI; May, 2011.

"Low Grade Serous Carcinomas." From Molecular Information to Cancer Medicine - NCI Translational Science Meeting 2011, Washington, DC; July, 2011.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Keynote Session, The Clinical Genome Conference, San Francisco, CA; June, 2012.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Keynote Session, Ion Torrent User's Group Meeting, Baltimore, MD; March, 2013.

"Cancer Genetics and the Evolution of Precision Medicine." Memorial Sloan-Kettering Cancer Center, New York, NY; May, 2013.

Co-Organizer, "Ovarian Cancer: Developing Research-Based Public Messaging on Early Detection and Screening." The Banbury Center, Cold Spring Harbor, NY; October, 2013.

"Cancer Genetics and the Evolution of Precision Medicine." Grand Rounds, Department of Obstetrics and Gynecology, New York University School of Medicine, New York, NY; February, 2014.

"Defective Homologous Recombination and Therapeutic Opportunities in Ovarian Cancer." First Annual Meeting of International Ovarian Cancer Consortium: Tumor Microenvironment and Drug Discovery, University of Oklahoma Health Sciences Center, Oklahoma City, OK; February, 2014.

"Ethical, Legal, and Social Implications of Clinical Next-Generation Sequencing." Cancer Prevention and Control Program, Fox Chase Cancer Center, Philadelphia, PA; March, 2014.

"Lecturette: The Use of "omics"-Based Predictors in Clinical and Translational

Research." Society of Gynecologic Oncology Annual Meeting, Tampa, FL; March, 2014.

"Genetic Solutions to the Cancer Problem: A Personal Perspective." The Jackson Laboratory for Genomic Medicine, Farmington, CT; August, 2014.

Keynote Presentation: "The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Seventh Annual Predictive Cancer Biomarkers Conference, Washington, DC; August, 2014.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Third Annual Genomics in Medicine Symposium – Molecular Medicine Tri-Conference 2015, San Francisco, CA; February, 2015.

Panel Member, "Targeted Oncology". BIO 2015 International Conference, Philadelphia, PA; June, 2015.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." 8th Annual Predictive Cancer Biomarkers Conference, Washington, DC; August, 2015.

"Cancer Genetics and the Evolution of Precision Medicine." Grand Rounds, Broward Health Medical Center, Ft. Lauderdale, FL; March, 2016.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Fifth Annual Omar Pasalodos, MD, Memorial Lecture, Miami, FL; April, 2016.

"Advances in Genomic Medicine: Focus on Head and Neck Cancers." Fifth Annual Head and Neck Cancer Symposium, Miami, FL; April, 2016.

"Cancer Genetics in the Primary Care Setting." The International Symposium on Primary Care, Miami Beach, FL; July, 2016.

"Genomic Predisposition to Breast Cancer." Fourth Annual John M. Cassel, MD, Memorial Breast Cancer Symposium, Miami, FL; September, 2016.

"Updates on the UKCTOCS Trial." Ovarian Cancer State-of-the-Art Conference, Memorial Sloan-Kettering Cancer Center, New York, NY; October, 2016.

"Genetics of Cancer: New Opportunities through Genomic Medicine." Miami Medical Forum, Miami, FL; October, 2016.

"Cancer Genetics and the Evolution of Precision Medicine." Presidential Plenary Session, International Gynecologic Cancer Society Biennial Meeting, Lisbon, Portugal; October, 2016.

"Genetic Predisposition to Cancer." Baptist Health South Florida Research Summit: Bringing Cancer Research to the Community, Miami, FL; November, 2016.

"Germline Testing Meets Genomic Testing: How to Sort It Out." Second Annual West Cancer Center Oncology Conference: Collaboration for the Future Cure: Precision Medicine and Immuno-Oncology, Memphis, TN; November, 2016.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Second Annual MSK Cancer Alliance Scientific Symposium, Miami, FL; January, 2017.

"Precision Medicine in Cancer Care: Global Challenges and Opportunities." Enmore Bio Conference, Nanjing, China; February, 2017.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Grand Rounds, Department of Obstetrics and Gynecology, Lehigh Valley Health Network, Allentown, PA; May, 2017.

"How to Interpret Tumor Genomics for the Oncologist." Education Session on Cascade Testing: What to Do When Ascertaining Germline Mutations from Tumor and Other Genomic Testing. American Society of Clinical Oncology Annual Meeting, Chicago, IL; June, 2017.

"Genetics of Women's Cancers: Advances through Genomic Medicine." President's Guest Speaker, Miami Obstetrical and Gynecological Society, Miami, FL; September, 2017.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Grand Rounds, Simon Cancer Center, Indiana University, Indianapolis, IN; October, 2017.

"Genomics and Pediatric Malignancies." Kids with Cancer Symposium, Miami, FL; December, 2017.

"The Challenges and Rewards for Bringing AI into the Clinic for Health and Disease Management." Panel Discussion, Precision Medicine World Conference, Mountain View, CA; January, 2018.

"Genomics Revolution in Cancer Care." Al and Janie Nahmad Speaker Series: Thought Leaders in Medicine, Miami, FL; April, 2018.

"Cancer Genomics." Baptist Health International Videoconference, Miami, FL; September, 2018.

"Estrogen and Cancer." Visiting Professorship, Department of Obstetrics and Gynecology, University of Chicago, Chicago, IL; September, 2018.

"BRCA, Genetics, and Genomics: Role in Ovarian Cancer." Fight N Heal Teal Symposium, Miami, FL; October, 2018.

"Cancer Genetics and the Evolution of Precision Medicine." Gilda's Club of South Florida 17th Annual Day of Research and Hope, Ft. Lauderdale, FL; June, 2019.

"How Tissue Banking and Genetic Testing will Change Oncology." Symposium on Clinical Interventional Oncology, Miami Beach, FL; October, 2019.

"Biobanking for Clinical and Translational Research Programs: An Integrated and Innovative Model for Hybrid Academic-Community Cancer Centers." Leaders in Biobanking Congress 2019, Coral Gables, FL; October, 2019.

"Molecular Biomarkers and Germline Mutations incorporated into Modern Clinical Trials." Northwell Health Cancer Institute Clinical Trials Seminar Series, New Hyde Park, NY; October, 2021.

"Genomic Landscape of Pancreatic Carcinoma." Second Annual Pancreas Symposium: Precision in Pancreatic Cancer Care, Manhasset, NY; November, 2022.

Ad Hoc Reviewer:

American Journal of Human Genetics
American Journal of Obstet and Gynecol
American Journal of Pathology
Annals of Surgical Oncology
BBA Reviews on Cancer
BMC Cancer
Breast Cancer Research and Treatment
British Journal of Cancer
Cancer
Cancer Biology and Therapy
Cancer Research
Clinical Cancer Research
Endocrinology
European Journal of Cancer
Genes, Chromosomes, and Cancer
Genomics
Gynecologic Oncology
International Journal of Cancer
International Journal of Gynecologic Cancer
International Journal of Oncology
Journal of the American Medical Association
Journal of Clinical Investigation

Journal of Experimental Medicine
Journal of Medical Genetics
Journal of Molecular Diagnostics
Journal of Molecular Endocrinology
Journal of the National Cancer Inst
Lancet
Molecular Cancer Therapeutics
Molecular Carcinogenesis
Molecular Endocrinology
Molecular Pharmacology
Nature
Nature Communications
Nature Genetics
Nature Medicine
Nature Reviews Cancer
New England Journal of Medicine
Nucleic Acids Research
Obstetrics and Gynecology
Oncogene
Proc Natl Acad Sci USA
Science
Science Translational Medicine
The Oncologist

Bibliography:

*Peer-Reviewed*

1.  Crutchley DJ, Boyd JA, Eling TE. Enhanced thromboxane $B_2$ release from challenged guinea pig lung after oxygen exposure. Am Rev Resp Dis 121: 695-699, 1980.

2.  Boyd JA, Eling TE. Prostaglandin release and the interaction of platelets with the pulmonary vasculature of rat and guinea pig. Thrombosis Res 19: 239-248, 1980.

3.  Korbut R, Boyd JA, Eling TE. Respiratory movements alter the generation of prostacyclin and thromboxane $A_2$ in isolated rat lungs: The influence of arachidonic acid pathway inhibitors on the ratio between pulmonary prostacyclin and thromboxane $A_2$. Prostaglandins 21: 491-503, 1981.

4.  Boyd JA, Eling TE. Prostaglandin endoperoxide synthetase-dependent cooxidation of acetaminophen to intermediates which covalently bind in vitro to rabbit renal medullary microsomes. J Pharmacol Exp Ther 219: 659-664, 1981.

5.  Korbut R, Boyd JA, Eling TE. Prostacyclin and thromboxane $A_2$ release in isolated rat lungs. Prostaglandins 23: 67-75, 1982.

6.  Guthrie J, Robertson IGC, Zeiger E, Boyd JA, Eling TE. Selective activation of some dihydrodiols of several polycyclic aromatic hydrocarbons to mutagenic products by prostaglandin synthetase. Cancer Res 42: 1620-1623, 1982.

7.  Boyd JA, Barrett JC, Eling TE. Prostaglandin endoperoxide synthetase-dependent cooxidation of trans-7,8-dihydroxy-7,8-dihydrobenzo(a)pyrene in C3H 10T1/2 clone 8 cells. Cancer Res 42: 2628-2632, 1982.

8.  Boyd JA, Harvan DJ, Eling TE. The oxidation of 2-aminofluorene by prostaglandin H synthase. Comparison with other peroxidases. J Biol Chem 258: 8246-8254, 1983.

9.  Boyd JA, Eling TE. Evidence for a one-electron mechanism of 2-aminofluorene oxidation by prostaglandin H synthase and horseradish peroxidase. J Biol Chem 259: 13885-13896, 1984.

10. Boyd JA, Zeiger E, Eling TE. The prostaglandin H synthase-dependent activation of 2-aminofluorene to products mutagenic to S. typhimurium strains TA98 and TA98NR. Mutat Res 143: 187-190, 1985.

11. Vanderslice RR, Boyd JA, Eling TE, Philpot RM. The cytochrome P-450 monooxygenase system of rabbit bladder mucosa: enzyme components and isozyme 5-dependent metabolism of 2-aminofluorene. Cancer Res 45: 5851-5858, 1985.

12. Boyd JA, Eling TE. The prostaglandin H synthase-dependent metabolism and DNA binding of 2-naphthylamine. Cancer Res 47: 4007-4014, 1987.

13. Boyd JA, Siegal GP, Kaufman DG. The establishment and characterization of a human cell line derived from serous papillary endometrial carcinoma. Gynecol Oncol 33: 301-312, 1989.

14. Boyd JA, Kaufman DG. Expression of transforming growth factor-ß1 by eight human endometrial carcinoma cell lines: correlation with effects on growth and morphology. Cancer Res 50: 3394-3399, 1990.

15. Boyd JA, Rinehart CA, Siegal GP, Walton LA, Kaufman DG. An ultrastructural comparison of normal human endometrial epithelial cells and two new human endometrial carcinoma cell lines cultured on extracellular matrix. In Vitro Cell Dev Biol 26: 701-708, 1990.

16. Boyd J, Pienta KJ, Getzenberg RH, Coffey DS, Barrett JC. Preneoplastic alterations in nuclear morphology that accompany loss of the tumor suppressor phenotype. J Natl Cancer Inst 83: 862-866, 1991.

17. Boyd J, Risinger JI. Analysis of oncogene alterations in human endometrial carcinoma: Prevalence of ras mutations. Mol Carcinog 4: 189-195, 1991.

18. Richter KH, Afshari CA, Annab LA, Burkhart BA, Owen RD, Boyd J, Barrett JC. Down-regulation of cdc2 in senescent human and hamster cells. Cancer Res 51: 6010-6013, 1991.

19. Hebert CD, Endo S, Korach KS, Boyd J, Barrett JC, McLachlan JA, Newbold RR. Characterization of murine cell lines from diethylstilbestrol-induced uterine endometrial adenocarcinomas. In Vitro Cell Dev Biol 28: 327-336, 1992.

20. Risinger JI, Dent GA, Ignar-Trowbridge D, McLachlan JA, Tsao M-S, Senterman M, Boyd J. Mutations of the p53 gene in human endometrial carcinoma. Mol Carcinog 5: 250-253, 1992.

21. Ignar-Trowbridge D, Risinger JI, Dent GA, Kohler M, Berchuck A, McLachlan JA, Boyd J. Mutations of the Ki-*ras* oncogene in endometrial carcinoma. Am J Obstet Gynecol 167: 227-232, 1992.

22. Risinger JI, Boyd J. Dinucleotide repeat polymorphism in the DCC gene at chromosome 18q21. Hum Mol Genet 1: 657, 1992.

23. Sasaki H, Nishii H, Tada A, Furusato M, Terashima Y, Siegal GP, Parker S, Kohler MF, Berchuck A, Boyd J. Mutation of the Ki-*ras* proto-oncogene in endometrial hyperplasia and carcinoma. Cancer Res 53: 1906-1910, 1993.

24. Jiang H, Su Z-z, Boyd J, Fisher PB. Gene expression changes induced in human melanoma cells undergoing reversible growth suppression and terminal cell differentiation. Mol Cell Diff 1: 41-66, 1993.

25. Risinger JI, Berchuck A, Kohler MF, Watson P, Lynch HT, Boyd J. Genetic instability of microsatellites in endometrial carcinoma. Cancer Res 53: 5100-5103, 1993.

26. Kohler MF, Nishii H, Humphrey PA, Sasaki H, Marks J, Bast RC, Clarke-Pearson DL, Boyd J, Berchuck A. Mutation of the p53 tumor suppressor gene is not a feature of endometrial hyperplasias. Am J Obstet Gynecol 169: 690-694, 1993.

27. Liu F-S, Kohler MF, Marks JR, Bast RC, Boyd J, Berchuck, A. Mutation and overexpression of the P53 tumor suppressor gene frequently occurs in uterine and ovarian sarcomas. Obstet Gynecol 83: 118-124, 1994.

28. Risinger JI, Berchuck A, Kohler MF, Boyd J. Mutations of the E-cadherin gene in gynecologic cancers. Nature Genet 7: 98-102, 1994.

29. Umar A, Boyer JC, Thomas DC, Nguyen DC, Risinger JI, Boyd J, Ionov Y, Perucho M, Kunkel TA. Defective mismatch repair in extracts of colorectal and endometrial cancer cell lines exhibiting microsatellite instability. J Biol Chem 269: 14367-14370, 1994.

30. Berry KK, Siegal GP, Boyd J, Singh RK, Fidler IJ. Development of a metastatic model for human endometrial carcinoma using orthotopic implantation in nude mice. Int J Oncol 4: 1163-1171, 1994.

31. Fujino T, Risinger JI, Collins NK, Liu F-S, Nishii H, Takahashi H, Westphal E-M, Barrett JC, Sasaki H, Kohler MF, Berchuck A, Boyd J. Allelotype of endometrial carcinoma. Cancer Res 54: 4294-4298, 1994.

32. Smith EP, Boyd J, Frank GR, Takahashi H, Cohen RM, Specker B, Williams TC, Lubahn DB, Korach KS. Estrogen resistance caused by a mutation in the estrogen receptor gene in a man. N Eng J Med 331: 1056-1061, 1994.

33. Risinger JI, Terry LA, Boyd J. Use of representational difference analysis for the identification of oncogene amplification in diethylstilbestrol-induced murine uterine adenocarcinomas. Mol Carcinog 11: 13-18, 1994.

34. Castilla LH, Couch FJ, Erdos MR, Hoskins KF, Calzone K, Garber JE, Boyd J, Lubin MB, DeShano ML, Brody LC, Collins FS, Weber BL. Mutations in the BRCA1 gene in families with early-onset breast and ovarian cancer. Nature Genet 8: 387-391, 1994.

35. Tsutsui T, Fujino T, Kodama S, Tainsky MA, Boyd J, Barrett JC. Aflatoxin B$_1$-induced immortalization of cultured skin fibroblasts from a patient with Li-Fraumeni syndrome. Carcinogenesis 16: 25-34, 1995.

36. Schildkraut JM, Collins NK, Dent GA, Tucker JA, Barrett JC, Berchuck A, Boyd J. Loss of heterozygosity on chromosome 17q11-21 in cancers of women who have developed both breast and ovarian cancer. Am J Obstet Gynecol 172: 908-913, 1995.

37. Takahashi H, Furusato M, Allsbrook WC, Nishii H, Aizawa S, Barrett JC, Boyd J. Prevalence of androgen receptor gene mutations in latent prostatic carcinomas from Japanese men. Cancer Res 55: 1621-1624, 1995.

38. Merajver SD, Frank TS, Xu J, Pham TM, Calzone KA, Bennett-Baker P, Chamberlain J, Boyd J, Garber JE, Collins FS, Weber BL. Germline *BRCA1* mutations and loss of the wild-type allele in tumors from families with early onset breast and ovarian cancer. Clin Cancer Res 1: 539-544, 1995.

39. Yamada H, Sasaki M, Honda T, Wake N, Boyd J, Oshimura M, Barrett JC. Suppression of endometrial carcinoma cell tumorigenicity by human chromosome 18. Genes Chromosomes Cancer 13: 18-24, 1995.

40. Friedman LS, Ostermyer EA, Lynch ED, Szabo CI, Welcsh P, Meza JE, Anderson LA, Dowd P, Lee MK, Rowell SE, Ellison J Boyd J, King M-C. 22 genes from chromosome 17q21: cloning, sequencing, and characterization of mutations in breast cancer families and tumors. Genomics 25: 256-263, 1995.

41. King SA, Adas AA, LiVolsi VA, Takahashi H, Behbakht K, McGovern P, Benjamin I, Rubin SC, Boyd J. Expression and mutation analysis of the *P53* gene in uterine papillary serous carcinoma. Cancer 75: 2700-2705, 1995.

42. Takahashi H, Behbakht K, McGovern PE, Chiu H-C, Couch FJ, Weber BL, Friedman LS, King M-C, Furusato M, LiVolsi VA, Menzin AM, Liu PC, Benjamin I, Morgan MA, King SA, Rebane BA, Cardonick A, Mikuta JJ, Rubin SC, Boyd J. Mutation analysis of the *BRCA1* gene in ovarian cancers. Cancer Res 55: 2998-3002, 1995.

43. Kohler MF, Berkholz A, Risinger JI, Elbendary A, Boyd J, Berchuck A. Mutational analysis of the estrogen receptor gene in endometrial carcinoma. Obstet Gynecol 86: 33-37, 1995.

44. Lynch HT, Watson P, Conway T, Lynch J, Boyd J. Breast cancer and importance of zygosity determination in triplet sisters. Breast Cancer Res Treat 36: 315-317, 1995.

45. Boyd J, Risinger JI, Wiseman RW, Merrick BA, Selkirk JM, Barrett JC. Regulation of microfilament organization and anchorage-independent growth by tropomyosin-1. Proc Natl Acad Sci USA 92: 11534-11538, 1995.

46. Boyd J, Takahashi H, Waggoner SE, Jones LA, Hajek RA, Wharton JT, Fujino T, Liu F-S, Barrett JC, MacLachlan JA. Molecular genetic analysis of diethylstilbestrol-associated clear cell adenocarcinomas of the vagina and cervix. Cancer 77: 507-513, 1996.

47. Waggoner SE, Anderson SA, Luce MC, Takahashi H, Boyd J. P53 protein expression and gene analysis in clear cell adenocarcinoma of the vagina and cervix. Gynecol Oncol 60: 339-344, 1996.

48. Risinger JI, Barrett JC, Watson P, Lynch HT, Boyd J. Molecular genetic evidence for the occurrence of breast cancer as an integral tumor in the hereditary nonpolyposis colorectal cancer syndrome. Cancer 77: 1836-1843, 1996.

49. Takahashi H, Chiu H-C, Bandera CA, Behbakht K, Liu PC, Couch F, Weber BL, LiVolsi VA, Furusato M, Rebane BA, Cardonick A, Benjamin I, Morgan MA, King SA, Mikuta JJ, Rubin SC, Boyd J. Mutations of the *BRCA2* gene in ovarian carcinomas. Cancer Res 56: 2738-2741, 1996.

50. Terry LA, Boyd J, Alcorta D, Lyon T, Solomon G, Hannon G, Berchuck A, Beach D, Barrett JC. Mutational analysis of the *p21/WAF1/CIP1/SDI1* coding region in human tumor cell lines. Mol Carcinog 16: 221-228, 1996.

51. Behbakht K, Benjamin I, Chiu H-C, Eck SL, Van Deerlin PG, Rubin SC, Boyd J. Adenovirus-mediated gene therapy of ovarian cancer in a mouse model. Am J Obstet Gynecol 175: 1260-1265, 1996.

52. Benjamin I, Saigo P, Finstad C, Takahashi H, Federici M, Rubin SC, Boyd J. Expression and mutational analysis of *P53* in stage IB and IIA cervical cancers. Am J Obstet Gynecol 175: 1266-1271, 1996.

53. Risinger JI, Umar A, Boyd J, Berchuck A, Kunkel TA, Barrett JC. Mutation of *hMSH3* in endometrial cancer and evidence for its functional role in heteroduplex repair. Nature Genet 14: 102-105, 1996.

54. Rubin SC, Benjamin I, Behbakht K, Takahashi H, Morgan MA, LiVolsi VA, Berchuck A, Muto MG, Garber JE, Weber BL, Lynch HT, Boyd J. Clinical and pathological features of ovarian cancer in women with germ-line mutations of *BRCA1*. N Eng J Med 335: 1413-1416, 1996.

55. Mangold KA, Takahshi H, Brandigi C, Wada T, Wakui S, Furusato M, Boyd J, Chandler FW, Allsbrook WC. p16 (CDKN2/MTS1) gene deletions are rare in prostatic carcinomas in the United States and Japan. J Urol 157: 1117-1120, 1997.

56. Bandera CA, Takahashi H, Behbakht K, Liu PC, LiVolsi VA, Benjamin I, Morgan MA, King SC, Rubin SC, Boyd J. Deletion mapping of two potential chromosome 14 tumor suppressor gene loci in ovarian carcinoma. Cancer Res 57: 513-515, 1997.

57. Van Deerlin PG, Cekleniak N, Coutifaris C, Boyd J, Strauss JF. Evidence for the oligoclonal origin of the granulosa cell population of the mature human follicle. J Clin Endocrinol Metab 82: 3019-3024, 1997.

58. Rhei E, Kang L, Bogomolniy F, Federici MG, Borgen PI, Boyd J. Mutation analysis of the putative tumor suppressor gene *PTEN/MMAC1* in primary breast carcinomas. Cancer Res 57: 3657-3659, 1997.

59. Carani C, Qin K, Simoni M, Faustini-Fustini M, Serpente S, Boyd J, Korach KS, Simpson ER. Effect of testosterone and estradiol in a man with aromatase deficiency. N Engl J Med 337: 91-95, 1997.

60. Rubin SC, Blackwood MA, Bandera C, Behbakht K, Benjamin I, Rebbeck TR, Boyd J. *BRCA1*, *BRCA2*, and HNPCC gene mutations in an unselected ovarian cancer population: relationship to family history and implications for genetic testing. Am J Obstet Gynecol 178: 670-677, 1998.

61. Neuhausen SL, Godwin AK, Gershoni-Baruch R, Schubert E, Garber J, Stoppa-Lyonnet D, Olah E, Csokay B, Serova O, Lalloo F, Osorio A, Stratton M, Offit K, Boyd J, Caligo MA, Scott RJ, Schofield A, Teugels E, Schwab M, Cannon-Albright L, Bishop T, Easton D, Benitez J, King M-C, Ponder BAJ, Weber B, Devilee P, Borg A, Narod SA, Goldgar D. Haplotype and phenotype analysis of nine recurrent *BRCA2* mutations in 111 families: Results of an international study. Am J Hum Genet 62: 1381-1388, 1998.

62. Rhei E, Bogomolniy F, Federici MG, Maresco DL, Offit K, Robson ME, Saigo PE, Boyd J. Molecular genetic characterization of *BRCA1*- and *BRCA2*-linked hereditary ovarian cancers. Cancer Res 58: 3193-3196, 1998.

63. Randall TC, Bell KA, Rebane BA, Rubin SC, Boyd J. Germline mutations of the *BRCA1* and *BRCA2* genes in a breast and ovarian cancer patient. Gynecol Oncol 70: 432-434, 1998.

64. van der Heijden O, Chiu H-C, Park T-C, Takahashi H, LiVolsi VA, Risinger JI, Barrett JC, Berchuck A, Evans AC, Behbakht K, Menzin AW, Liu PC, Benjamin I, Morgan MA, King SA, Rubin SC, Boyd J. Allelotype analysis of uterine leiomyoma: localization of a potential tumor suppressor gene to a 4 cM region of chromosome 7q. Mol Carcinog 23: 243-247, 1998.

65. Boyd J, Rhei E, Federici MG, Borgen PI, Watson P, Franklin B, Karr B, Lynch J, Lemon SJ, Lynch HT. Male breast cancer in the hereditary nonpolyposis colorectal cancer syndrome. Breast Cancer Res Treat 53: 87-91, 1999.

66. Gurin CC, Federici MG, Kang L, Boyd J. Causes and consequences of microsatellite instability in endometrial carcinoma. Cancer Res 59: 462-466, 1999.

67. Sonoda Y, Saigo PE, Boyd J. P53 and genetic susceptibility to cervical cancer. J Natl Cancer Inst 91: 557, 1999.

68. Maresco DL, Arnold PH, Sonoda Y, Federici MG, Bogomolniy F, Rhei E, Boyd J. The *APC* I1307K allele and *BRCA*-associated ovarian cancer risk. Am J Hum Genet 64: 1228-1230, 1999.

69. Robson M, Levin D, Federici M, Satagopan J, Bogomolniy F, Heerdt A, Borgen P, McCormick B, Hudis C, Norton L, Boyd J, Offit K. Breast conservation therapy for invasive breast cancer in Ashkenazi women with *BRCA* gene founder mutations. J Natl Cancer Inst 91: 2112-2117, 1999.

70. Sonoda Y, Saigo PE, Federici MG, Boyd J. Carcinosarcoma of the ovary in a patient with a germline *BRCA2* mutation: evidence for monoclonal origin. Gynecol Oncol 76: 226-229, 2000.

71. Boyd J, Sonoda Y, Federici MG, Bogomolniy F, Rhei E, Maresco DL, Saigo PE, Almadrones LA, Barakat RR, Brown CL, Chi DS, Curtin JP, Poynor EA, Hoskins WJ. Clinicopathologic features of *BRCA*-linked and sporadic ovarian cancer. J Am Med Assoc 283: 2260-2265, 2000.

72. Barakat RR, Federici MG, Saigo PE, Robson ME, Offit K, Boyd J. Absence of premalignant histologic, molecular, or cell biological alterations in prophylactic oophorectomy specimens from *BRCA1* heterozygotes. Cancer 89:383-390, 2000.

73. The *BRCA1* Exon 13 Duplication Screening Group (87 authors). The exon 13 duplication in the *BRCA1* gene is a founder mutation present in geographically diverse populations. Am J Hum Genet 67: 207-212, 2000.

74. Yee CJ, Lin O, Boyd J. Analysis of fibroblast growth factor receptor 3 S249C mutation in cervical carcinoma. J Natl Cancer Inst 92: 1848-1849, 2000.

75. Levine DA, Lin O, Barakat RR, Robson ME, McDermott D, Cohen L, Satagopan J, Offit K, Boyd J. Risk of endometrial carcinoma associated with *BRCA* mutation. Gynecol Oncol 80: 395-398, 2001.

76.  Levine DA, Boyd J. The androgen receptor and genetic susceptibility to ovarian cancer: results from a case series. Cancer Res 61: 908-911, 2001.

77.  Dowdy SC, O'Kane DJ, Keeney GL, Boyd J, Podratz KC. Telomerase activity in sex cord-stromal tumors of the ovary. Gynecol Oncol 82: 257-260, 2001.

78.  Leitao M, Boyd J. Preoperative CA-125 levels in patients with hereditary compared to sporadic ovarian carcinoma. Gynecol Oncol 84: 413-415, 2002.

79.  Scheuer L, Kauff N, Robson M, Kelly B, Barakat R, Satagopan J, Ellis N, Hensley M, Boyd J, Borgen P, Norton L, Offit K. Outcome of preventive surgery and screening for breast and ovarian cancer in *BRCA* mutation carriers. J Clin Oncol 20: 1260-1268, 2002.

80.  Levine DA, Federici MG, Reuter VE, Boyd J. Cell proliferation and apoptosis in *BRCA*-associated hereditary ovarian cancer. Gynecol Oncol 85: 431-434, 2002.

81.  Kauff ND, Satagopan J, Scheuer L, Robson ME, Castiel M, Hensley M, Hudis CA, Ellis NA, Boyd J, Borgen PI, Barakat RR, Norton L, Offit K. Risk-reducing salpingo-oophorectomy in women with *BRCA1* and *BRCA2* mutations. N Engl J Med 346: 1609-1615, 2002.

82.  Andrulis IL, Anton-Culver H, Beck J, Bove B, Boyd J, Buys S, Godwin A, Hopper J, Li F, Neuhausen SL, Ozcelik H, Peel D, Santella R, Southey M, van Orsouw NJ, Venter D, Vijg J, Whittemore AS. Comparison of DNA- and RNA-based methods for detection of truncating *BRCA1* mutations. Hum Mutat 20: 65-73, 2002.

83.  Jazaeri AA, Yee CJ, Sotiriou C, Brantley KR, Boyd J, Liu ET. Gene expression profiles of *BRCA*-linked and sporadic ovarian cancers. J Natl Cancer Inst 94: 990-1000, 2002.

84.  Satagopan J, Boyd J, Kauff N, Robson M, Scheuer L, Narod S, Offit K. Ovarian cancer risk in Ashkenazi Jewish carriers of *BRCA1* and *BRCA2* mutations. Clin Cancer Res 8: 3776-3781, 2002.

85.  Gruber SB, Ellis NA, Scott KK, Almong R, Kolachana P, Bonner JD, Kirchoff T, Tomsho LP, Nafa K, Pierce H, Low M, Satagopan J, Rennert H, Huang H, Greenson JK, Groden J, Rappaport B, Shia J, Johnson S, Gregersen PK, Harris CC, Boyd J, Rennert G, Offit K. BLM heterozygosity and the risk of colorectal cancer. Science 297: 2013, 2002.

86. Foulkes WD, Thiffault I, Gruber SB, Horwitz M, Hamel N, Lee C, Shia J, Markowitz A, Figer A, Friedman E, Farber D, Greenwood CMT, Bonner JD, Nafa K, Walsh T, Marcus V, Tomsho L, Gebert J, Macrae FA, Gaff CL, Bressac-de Paillerets B, Gregersen PK, Weitzel JN, Gordon PH, MacNamara E, King M-C, Hampel H, de la Chapelle A, Boyd J, Offit K, Rennert G, Chong G, Ellis NA. The founder mutation *MSH2\*1906G>C* is an important cause of hereditary nonpolyposis colorectal cancer in the Ashkenazi Jewish population. Am J Hum Genet 71: 1395-1412, 2002.

87. Yossepowitch O, Olvera N, Satagopan JM, Huang H, Jhanwar S, Rapaport B, Boyd J, Offit K. BRCA1 and BRCA2 germline mutations in lymphoma patients. Leukemia Lymphoma 44: 127-131, 2003.

88. Goffin JR, Chappuis PO, Begin LR, Wong N, Brunet J-S, Hamel N, Paradis A-J, Boyd J, Foulkes WD. The impact of germ-line BRCA1 mutations and overexpression of p53 on prognosis and response to treatment following breast cancer: 10 year follow up data. Cancer 97: 527-536, 2003.

89. Gemignani ML, Bogomolniy F, Lin O, Venkatraman E, Barakat RR, Boyd J. *KRAS* gene mutations in epithelial ovarian neoplasms. Gynecol Oncol 90: 378-381, 2003.

90. Peterlongo P, Nafa K, Lerman GS, Glogowski E, Shia J, Ye TZ, Markowitz AJ, Guillem JG, Kolachana P, Boyd J, Offit K, Ellis NA. *MSH6* germline mutations are rare in colorectal cancer families. Int J Cancer 107: 571-579, 2003.

91. Robson ME, Chappuis PO, Satagopan J, Wong N, Boyd J, Goffin JR, Hudis C, Roberge D, Norton L, Begin LR, Offit K, Foulkes WD. A combined analysis of outcome following breast cancer: differences in survival based on BRCA1/BRCA2 mutations status and administration of adjuvant treatment. Breast Cancer Res 6: R8-R17, 2003.

92. Zorn KK, Jazaeri AA, Awtrey CS, Gardner GJ, Mok SC, Boyd J, Birrer MJ. Choice of normal ovarian control influences determination of differentially expressed genes in ovarian cancer expression profiling studies. Clin Cancer Res 9: 4811-4818, 2003.

93. Levine DA, Argenta PA, Yee CJ, Marshall DS, Olvera N, Bogomolniy F, Rahaman JA, Robson ME, Offit K, Barakat RR, Soslow RA, Boyd J. Fallopian tube and primary peritoneal carcinomas associated with BRCA mutations. J Clin Oncol 21: 4222-4227, 2003.

94. Ferguson SE, Olshen AB, Viale A, Awtrey CS, Barakat RR, Boyd J. Gene expression profiling of tamoxifen-associated uterine cancers: evidence for two molecular classes of endometrial carcinoma. Gynecol Oncol 92: 719-725, 2004.

95. Leitao MM, Boyd J, Hummer A, Olvera N, Arroyo CD, Venkatraman E, Baergen R, Dizon DS, Barakat RR, Soslow RA. Clinicopathologic analysis of early-stage sporadic ovarian carcinoma. Am J Surg Pathol 28: 147-159, 2004.

96. Leitao MM, Soslow RA, Baergen RN, Olvera N, Arroyo C, Boyd J. Mutation and overexpression of the *TP53* gene in early stage epithelial ovarian carcinoma. Gynecol Oncol, 93: 301-306, 2004.

97. King TA, Gemignani ML, Li W, Tan LK, Giri DD, Panageas KS, Bogomolniy F, Arroyo C, Olvera N, Robson ME, Offit K, Borgen PI, Boyd J. Aberrant progesterone receptor expression in breast epithelium of *BRCA1* mutation carriers. Cancer Res 64: 5051-5053, 2004.

98. Jazaeri AA, Chandramouli GVR, Aprelikova O, Nuber UA, Sotiriou C, Liu ET, Ropers HH, Yee CJ, Boyd J, Barrett JC. BRCA1-mediated repression of select X chromosome genes. J Transl Med 2: 32, 2004.

99. Spentzos D, Levine DA, Ramoni MF, Joseph M, Gu X, Boyd J, Libermann TA, Cannistra SA. A gene expression signature with independent prognostic significance in epithelial ovarian cancer. J Clin Oncol 22: 4648-4658, 2004.

100. Kim SW, Lee CS, Fey JV, Borgen PI, Boyd J. Prevalence of *BRCA2* mutations in a hospital-based series of unselected breast cancer cases. J Med Genet 42: e5, 2005.

101. Black D, Bogomolniy F, Robson ME, Offit K, Barakat RR, Boyd J. Evaluation of germline *PTEN* mutations in endometrial carcinoma patients. Gynecol Oncol 96: 21-24, 2004.

102. Ferguson SE, Olshen AB, Viale A, Barakat RR, Boyd J. Stratification of intermediate risk endometrial cancer patients into groups at high- or low-risk for recurrence based on tumor gene expression profiles. Clin Cancer Res 11: 2252-2257, 2005.

103. Abu-Rustum NR, Su W, Levine DA, Boyd J, Sonoda Y, LaQuaglia MP. Pediatric radical abdominal trachelectomy for cervical clear cell carcinoma: a novel surgical approach. Gynecol Oncol 97: 296-300, 2005.

104. Levine DA, Bogomolniy F, Yee C, Lash A, Barakat RR, Borgen PI, Boyd J. Frequent mutation of the *PIK3CA* gene in ovarian and breast cancers. Clin Cancer Res 11: 2875-2878, 2005.

105. Zorn KK, Gangi L, Chandramouli GVR, Awtrey CS, Gardner GJ, Barrett JC, Boyd J, Birrer MJ. Gene expression profiles of serous, endometrioid, and clear cell subtypes of ovarian and endometrial cancer. Clin Cancer Res 11: 6422-6430, 2005.

106. Jazaeri AA, Awtrey CS, Gadisetti CVR, Chuang YE, Khan J, Sotiriou C, Aprelikova O, Yee CJ, Zorn KK, Birrer MJ, Barrett CJ, Boyd J. Gene expression profiles associated with response to chemotherapy in epithelial ovarian cancers. Clin Cancer Res 11: 6300-6310, 2005.

107. Spentzos D, Levine DA, Kolia S, Out H, Boyd J, Libermann T, Cannistra SA. Unique gene expression profile based upon pathologic response in epithelial ovarian cancer. J Clin Oncol 23: 7911-7918, 2005.

108. Suriano G, Yew S, Ferreira P, Senz J, Kaurah P, Ford JM, Longacre TA, Norton JA, Chun N, Young S, Oliveira MJ, MacGillivray B, Rao A, Sears D, Jackson CE, Boyd J, Yee C, Deters C, Pai GS, Hammond LS, McGivern BJ, Medgyesy D, Sartz D, Arun B, Oelschlager BK, Upton MP, Neufeld-Kaiser W, Silva OE, Donenberg TR, Kooby DA, Sharma S, Jonsson BA, Gronberg H, Gallinger S, Seruca R, Lynch H, Huntsman DG. The characterization of a recurrent germline mutation of the *E-Cadherin* gene: Implications for genetic testing and clinical management. Clin Cancer Res, 11: 5401-5409, 2005.

109. Ferguson SE, Olshen AB, Levine DA, Viale A, Barakat RR, Boyd J. Molecular profiling of endometrial cancers from African-American and Caucasian women. Gynecol Oncol 101: 209-213, 2006.

110. Villanueva J, Shaffer DR, Philip J, Chaparro CA, Erdjument-Bromage H, Olshen AB, Fleisher M, Lilja H, Brogi E, Boyd J, Sanchez-Carbayo M, Holland EC, Cordon-Cardo C, Scher HI, Tempst P. Differential exoprotease activities confer tumor-specific serum peptidome patterns. J Clin Invest 116: 271-284, 2006.

111. Black D, Soslow RA, Levine DA, Tornos C, Chen SC, Hummer AJ, Bogomolniy F, Olvera N, Barakat RR, Boyd J. The clinicopathologic significance of defective DNA mismatch repair in endometrial carcinoma. J Clin Oncol 24: 1745-1753, 2006.

112. Adank MA, Brogi E, Bogomolniy F, Wadsworth EA, Lafaro KJ, Yee CJ, Meijers-Heijboer EJ, Kauff ND, Boyd J, Offit K. Accuracy of BRCA1 and BRCA2 founder mutation analysis in formalin-fixed and paraffin-embedded (FFPE) tissue. Fam Cancer 5: 337-342, 2006.

113. King TA, Li W, Brogi E, Yee CJ, Gemignani ML, Olvera N, Levine DA, Norton L, Robson ME, Offit K, Boyd J. Heterogenic loss of the wild-type *BRCA* allele in human breast tumorigenesis. Ann Surg Oncol 14: 2510-2518, 2007.

114. Smith KL, Adank M, Kauff N, Lafaro K, Boyd J, Lee JB, Hudis C, Offit K, Robson M. *BRCA* mutations in women with ductal carcinoma *in situ*: prevalence and risk factors. Clin Cancer Res 13: 4306-4310, 2007.

115. Shia J, Black D, Hummer AJ, Boyd J, Soslow RA. Routinely assessed morphologic features correlate with microsatellite instability status in endometrial cancer. Hum Pathol 39: 116-125, 2008.

116. Edwards SL, Brough R, Lord CJ, Natrajan R, Levine DA, Vatcheva R, Levine DA, Boyd J, Reis-Filho JS, Ashworth A. Resistance to therapy caused by intragenic deletion in *BRCA2*. Nature 451: 1111-1115, 2008.

117. Olshen AB, Gold B, Lohmueller KE, Struewing JP, Satagopan J, Stefanov SA, Eskin E, Kirchhoff T, Lautenberger JA, Friedman E, Norton L, Ellis NA, Viale A, Lee CS, Borgen PI, Clark AG, Offit K, Boyd J. Analysis of genetic variation in Ashkenazi Jews by high density SNP genotyping. BMC Genetics 9: 14, 2008.

118. Gold B, Kirchhoff T, Stefanov S, Lautenberger J, Viale A, Garber J, Friedman E, Narod S, Olshen A, Gregersen P, Kosarin K, Olsh A, Bergeron J, Ellis NA, Klein R, Clark AG, Norton L, Dean M, Boyd J, Offit K. Genome-wide association study provides evidence for a breast cancer risk locus at 6q22.33. Proc Natl Acad Sci USA 105: 4340-4345, 2008.

119. Bonome T, Levine DA, Shih J, Randonovich M, Pise-Masison CA, Bogomolniy F, Ozbun L, Brady J, Barrett, JC, Boyd J, Birrer MJ. A gene signature predicting for survival in suboptimally debulked patients with ovarian cancer. Cancer Res 68: 5478-5486, 2008.

120. Dickler MN, Rugo HS, Eberle CA, Brogi E, Caravelli JF, Panageas KS, Boyd J, Yeh B, Lake DE, Dang CT, Gilewski TA, Bromberg JF, Seidman AD, D'Andrea GM, Moasser MM, Melisko M, Park JW, Dancey J, Norton L, Hudis CA. A phase II trial of erlotinib in combination with bevacizumab in patients with metastatic breast cancer. Clin Cancer Res 14: 7878-7883, 2008.

121. Berchuck A, Iverson ES, Luo J, Clarke JP, Horne H, Levine DA, Boyd J, Alonso MA, Secord AA, Bernardini MQ, Barnett JC, Boren T, Murphy SK, Dressman HK, Marks JR, Lancaster JM. Microarray analysis of early stage serous ovarian cancers shows profiles predictive of favorable outcome. Clin Cancer Res 15: 2448-2455, 2009.

122. Adams SF, Levine DA, Cadungog MG, Hammond R, Facciabene A, Olvera N, Rubin SC, Boyd J, Gimotty PA, Coukos G. Intraepithelial T cells and tumor proliferation: impact on the benefit from surgical cytoreduction in advanced serous ovarian cancer. Cancer 115: 2891-2902, 2009.

123. Dong X-Y, Guo P, Boyd J, Sun X, Li Q, Zhou W, Dong J-T. Implication of snoRNA U50 in human breast cancer. J Genet Genomics 36: 447-454, 2009.

124. Pothuri B, Leitao MM, Levine DA, Viale A, Olshen AB, Arroyo C, Bogomolniy F, Olvera N, Lin O, Soslow RA, Robson ME, Offit K, Barakat RR, Boyd J. Genetic analysis of the early natural history of ovarian carcinoma. PLoS ONE 5(4): e10358, 2010.

125. Ilson DH, Kelsen D, Sha M, Schwartz G, Levine DA, Boyd J, Capanu M, Miron B, Klimstra D. A phase II trial of erlotinib in patients with previously treated squamous cell and adenocarcinoma of the esophagus. Cancer 117: 1409-1414, 2011.

126. Allard J, Chandramouli G, Stagliano K, Hood B, Litzi T, Shoji Y, Boyd J, Berchuck A, Conrads T, Maxwell L, Risinger J. PSPHL as a candidate gene influencing racial disparities in endometrial cancer incidence and survival. Front Oncol 2: 65, 2012.

127. The Cancer Genome Atlas Network. Comprehensive genomic characterization of squamous cell lung cancers. Nature 489: 519-525, 2012.

128. The Cancer Genome Atlas Network. Integrative analysis of genomic and molecular alterations in clear cell renal cell carcinoma. Nature 499: 43-49, 2013.

129. Boyd J, Luo B, Peri S, Wirchansky B, Hughes L, Forsythe C, Wu H. Whole exome sequence analysis of serous borderline tumors of the ovary. Gynecol Oncol 130: 560-564, 2013.

130. The Cancer Genome Atlas Network. Comprehensive molecular profiling of lung adenocarcinoma. Nature 511: 543-550, 2014.

131. Hu X, Feng Y, Zhang D, Zhao SD, Greshock J, Hu Z, Zhang Y, Yang L, Wang L-P, Jean S, Li C, Katsaros D, Montone K, Tanyi JL, Lu Y, Boyd J, Nathanson KL, Li H, Mills GB, Zhang L. A functional genomic approach identifies *FAL-1* as an oncogenic long noncoding RNA that associates with BMI1 and represses p21 expression in human cancer. Cancer Cell 26: 344-357, 2014.

132. Barlin JN, Zhou QC, Leitao MM, Bisogna M, Olvera N, Shih KK, Jacobsen A, Schultz N, Tap WD, Hensley ML, Schwartz GK, Boyd J, Qin L-X, Levine DA. Molecular subtypes of uterine leiomyosarcoma and correlation with clinical outcome. Neoplasia 17: 183-189, 2015.

133. Yan X, Hu Z, Feng Y, Hu X, Yuan J, Zhao SD, Zhang Y, Yang L, Shan W, He Q, Fan L, Kandalaft LE, Tanyi JL, Li C, Yuan C-X, Zhang D, Yuan H, Hua K, Lu Y, Katsaros D, Huang Q, Montone K, Fan Y, Coukos G, Boyd J, Sood AK, Rebbeck T, Mills GB, Dang CV,  Zhang L. Comprehensive genomic characterization of long non-coding RNAs across human cancers. Cancer Cell 28: 529-40, 2015.

134. The Cancer Genome Atlas Network. The molecular taxonomy of primary prostate cancer. Cell 163: 1011-1025, 2015.

135. The Cancer Genome Atlas Network. Comprehensive molecular characterization of papillary renal-cell carcinoma. N Engl J Med, 374: 135-145, 2016.

136. Ariazi EA, Taylor JC, Black MA, Nicolas E, Slifker, MJ, Azzam DJ, Boyd J. A new role for ERα: Silencing via DNA methylation of basal, stem cell, and EMT genes. Mol Cancer Res 15: 152-164, 2017.

137. Cancer Genome Atlas Research Network. Comprehensive and integrated genomic characterization of adult soft tissue sarcomas. Cell 171: 960-975, 2017.

138. Eritja N, Chen B-J, Rodriguez-Barrueco R, Santacana M, Gatius S, Vidal A, Marti MD, Ponce J, Bergada L, Teramian A, Encinas M, Ribera J, Reventos J, Boyd J, Villanueva A, Matias-Guiu X, Dolcet X, Llobet-Nava, D. Autophagy orchestrates adaptive responses to targeted therapy in endometrial cancer. Autophagy 13: 608-624, 2017.

139. Kotsopoulos J, Willows K, Trat S, Kim RH, Bernardini M, Sun P, Narod SA, Boyd J, May T. BRCA mutation status is not associated with increased hematologic toxicity among patients undergoing platinum-based chemotherapy for ovarian cancer. Int J Gynecol Cancer 28: 69-76, 2018.

140. The IGCG/TCGA Pan-Cancer Analysis of Whole Genomes Consortium. Pan-cancer analysis of whole genomes. Nature 578: 82-93, 2020.

141. Demyan L, Habowski AN, Plenker D, King DA, Standring OJ, Tsang C, St. Surin L, Rishi A, Crawford JM, Boyd J, Pasha SA, Patel H, Galluzzo Z, Metz C, Gregersen PK, Fox S, Valente C, Abadali S, Matadial-Ragoo S, DePeralta DK, Deutsch GB, Herman JM, Talamini MA, Tuveson DA, Weiss MJ. Pancreatic cancer patient-derived organoids can predict response to neoadjuvant chemotherapy. Ann Surg 276: 450-462, 2022.

142. Hines AM, Patruni S, Kataria N, Boyd J, Seetharamu N, King DA. A case report of *EGFR* L861Q mutation in synchronous *de novo* small cell and non-small cell lung cancer: molecular interrogation identifies origin and potential options for targeted therapy. Precis Cancer Med 6: 17, 2023.

*Reviews and Editorials*

142. Eling TE, Boyd JA, Reed GA, Mason RP, Sivarajah K. Xenobiotic metabolism by prostaglandin endoperoxide synthetase. Drug Metab Rev 14: 1023-1053, 1983.

143. Boyd JA, Eling TE. Metabolism of aromatic amines by prostaglandin H synthase. Environ Health Perspec 64: 45-52, 1985.

144. Boyd JA, Barrett, JC. Genetic and cellular basis of multistep carcinogenesis. Pharmacol Therap 46: 469-486, 1990.

145. Barrett JC, Boyd JA. Proliferation of anti-proliferation factors. Cancer Cells 2: 152-155, 1990.

146. Boyd JA, Barrett JC. Tumor suppressor gene function and the negative regulation of cell proliferation. Mol Carcinog 3: 325-329, 1990.

147. Boyd JA. The role of protein kinases in regulating proliferation. Comm Toxicol 4: 107-124, 1991.

148. Berchuck A, Kohler MF, Marks JR, Wiseman RW, Boyd J, Bast RC. The P53 tumor suppressor gene frequently is altered in gynecologic cancers. Am J Obstet Gynecol 170: 246-252, 1994.

149. Rowell S, Newman B, Boyd J, King M-C. Inherited predisposition to breast and ovarian cancer. Am J Hum Genet 55: 861-865, 1994.

150. Boyd J. Molecular medicine quietly comes of age. New opportunities in treatment of patients with breast cancer. Cancer 74: 2215-2217, 1994.

151. Friedman LS, Ostermyer EA, Lynch ED, Szabo CI, Anderson LA, Dowd P, Lee MK, Rowell SE, Boyd J, King M-C. The search for *BRCA1*.  Cancer Res 54: 6374-6382, 1994.

152. Boyd J. *BRCA1*: More than a hereditary breast cancer gene? Nature Genet 9: 335-336, 1995.

153. Berchuck A, Boyd J. Molecular basis of endometrial cancer. Cancer 76: 2034-2040, 1995.

154. Boyd J. Molecular biology in the clinicopathologic assessment of endometrial carcinoma subtypes. Gynecol Oncol 61: 163-165, 1996.

155. Boyd J. BRCA2 as a low-penetrance cancer gene (letter). J Nat Cancer Inst 88: 1408-1409, 1996.

156. Bandera CA, Boyd J. The molecular genetics of endometrial carcinoma. Prog Clin Biol Res 396: 185-203, 1997.

157. Boyd J, Rubin SC. Hereditary ovarian cancer: molecular genetics and clinical implications. Gynecol Oncol 64: 196-206, 1997.

158. Randall TC, Boyd J. Genetics of gynecologic sarcomas. CME J Gynecol Oncol 2: 182-189, 1997.

159. Boyd J. Molecular genetics of hereditary ovarian cancer. Oncology (Huntingt.), 12: 399-406, 1998.

160. Boyd J, Narod SA. RE: Association between nonrandom X-chromosome inactivation and BRCA1 mutation in germline DNA of patients with ovarian cancer (letter). J Natl Cancer Inst 91: 1507-1508, 1999.

161. Boyd J. *BRCA*: The breast, ovarian, and other cancer genes (editorial). Gynecol Oncol 80: 337-340, 2001.

162. Robson ME, Boyd J, Borgen PI, Cody HS. Hereditary breast cancer. Curr Prob Surg 38: 377-480, 2001.

163. Narod SA, Boyd J. Current understanding of the epidemiology and clinical implications of BRCA1 and BRCA2 mutations for ovarian cancer. Curr Opin Obstet Gynecol 1: 19-26, 2002.

164. Modugno F, Boyd J, Baum A, Bigbee WL, Cramer D, Ferrell R, Gallion HH, Greene MH, Goldman P, Johnson KA, Junker B, Kuller L, Kurman RJ, Maihle N, Narod S, Ness RB, Risch H, Rodriguez G, Sadetzki S, Skates S, Stein M, Weissfeld JL. Ovarian cancer and high-risk women: implications for prevention, screening and early detection. Gynecol Oncol 91: 15-31, 2003.

165. Boyd J. Specific keynote: hereditary ovarian cancer: what we know. Gynecol Oncol 88: S8-S10, 2003.

166. Boyd J. Genetics of familial endometrial cancer: is there more to learn? J Clin Oncol 21: 4570-4573, 2005.

167. Boyd J. An animal model for gynecologic pathology. N Engl J Med 352: 2240-2242, 2005.

168. Boyd J. Whence epithelial ovarian carcinoma? Gynecol Oncol 109: 161-163, 2008.

169.  Stany MP, Bonome T, Wamunyokoli F, Zorn K, Park DC, Hao K, Boyd J, Sood AK, Gershenson DM, Berkowitz RS, Mok SC, Birrer MJ. Classification of ovarian cancer: a genomic analysis. Adv Exp Med Biol 622: 23-33, 2008.

170.  Boyd J. Origins of ovarian cancer: new insights (editorial). Expert Rev Obstet Gynecol 6: 111-113, 2011.

171.  Boyd J. Genetic predisposition to breast cancer: the next chapters (editorial). Cancer 120: 932-934, 2014.

172.  Ovarian Cancer Research Fund Alliance and Banbury Conference Writing Group. What women and their physicians need to know about the UKCTOCS study and ovarian cancer screening (editorial). Am Family Physician 93: 903-904, 2016.

173.  Randall LM, Pothuri B, Swisher EM, Diaz, JP, Buchanan A, Witkop C, Powell B, Smith EB, Robson ME, Boyd J, Coleman RL, Lu K. Multidisciplinary summit on genetics services for women with gynecologic cancers: A Society for Gynecologic Oncology White Paper. Gynecol Oncol 146: 217-224, 2017.

174.  Boyd J. A parallel model for breast cancer metastasis (letter to the editor). Breast Cancer Res Treat., 2018.

*Book Chapters and Proceedings*

175. Eling TE, Boyd JA, Sivarajah K. Oxidation of chemical carcinogens by prostaglandin synthetase. In: Prostaglandins and Cancer: First International Conference, pp 113-122. Alan R Liss, New York, 1982.

176. Eling TE, Reed GA, Boyd JA, Krauss RS, Sivarajah K. Metabolism of chemical carcinogens by prostaglandin H synthase. In: Extrahepatic Drug Metabolism and Chemical Carcinogenesis (J Rydstrom, J Montelius, M Bengtsson, eds), pp 105-112. Elsevier, New York, 1983.

177. Eling TE, Reed GA, Krauss RS, Mason RP, Boyd JA. Metabolism of carcinogens by prostaglandin H synthase. In: Icosanoids and Cancer (H Thaler-Dao, A Crastes de Paulet, and R Paoletti, eds), pp 63-70. Raven Press, NY, 1984.

178. Eling TE, Boyd JA, Krauss RS, Mason RP. Metabolism of aromatic amines by prostaglandin H synthase. In: Biochemical Oxidation of Nitrogen in Organic Molecules (JW Gorrod, LA Damani, eds), pp 313-319. Ellis-Horwood, Chichester, England, 1985.

179. Boyd JA. Prostaglandin H synthase. In: Methods In Enzymology, Vol 186: Oxygen Radicals in Biological Systems (L Packer, LN Glazer, eds), pp 283-287. Academic Press, New York, 1990.

180. Barrett JC, Boyd JA, Jones CA, Annab LA, Hosoi J, Montgomery JC, Wiseman RW. Tumor suppressor genes as negative regulators of cell growth. In: Current Communications in Molecular Biology: Recessive Oncogenes and Tumor Suppression (W Cavenee, N Hastie, E. Stanbridge, eds), pp 11-18. Cold Spring Harbor Laboratory Press, New York, 1989.

181. Boyd J, Barrett JC. Tumor suppressor genes, growth regulation, and differentiation. In: The Status of Differentiation Therapy of Cancer, Vol 2 (S Waxman, GB Rossi, F Takaku, eds), pp 61-68. Raven Press, New York, 1991.

182. Boyd J, Barrett JC. Role of tumor suppressor genes in a multistep model of carcinogenesis. In: Boundaries between Promotion and Progression during Carcinogenesis (O Sudilovsky, HC Pitot, LA Liotta, eds), pp 183-196. Plenum Press, New York, 1991.

183. Hedrick L, Cho KR, Risinger JI, Boyd J, Vogelstein, B. The DCC gene product is a cell surface molecule involved in differentiation. Cold Spring Harbor Symp Quant Biol 57: 345-351, 1992.

184. Boyd J. Molecular genetic features of human endometrial carcinoma. In: Protooncogenes and Growth Factors in Steroid Hormone Induced Growth and Differentiation (GM Stancel, SA Khan, eds), pp 193-205, CRC Press, Boca Raton, 1993.

185. Boyd J. Oncogenes and tumor suppressor genes: potential in cancer therapy. In: Cancer Therapy into the Twenty-First Century, Vol 1. Molecular and Immunologic Approaches (BE Huber, BI Carr, eds), pp 3-38. Futura Publishing Co., Mount Kisco, 1994.

186. Boyd J. Molecular genetics of ovarian carcinoma. In: New Achievements in Research of Ovarian Function. Frontiers in Endocrinology, Vol. 13 (S Fujimoto, AJW Hsueh, JF Strauss III, T Tanaka, eds), pp 325-332. Ares-Serona Symposia Publications, Rome, 1995.

187. Huff JE, Boyd J, Barrett JC (eds). Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences. John Wiley and Sons, New York, 1996.

188. Huff JE, Boyd J, Barrett JC. Hormonal carcinogenesis and environmental influence: background and overview. In: Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences (JE Huff, J Boyd, JC Barrett, eds), pp 3-24. John Wiley and Sons, New York, 1996.

189. Boyd, J. Estrogen as a carcinogen: genetics and molecular biology of human endometrial carcinoma. In: Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences (JE Huff, J Boyd, JC Barrett, eds), pp 151-174. John Wiley and Sons, New York, 1996.

190. Behbakht K, Boyd J. Estrogen and progesterone receptors in human endometrial cancer. In: Estrogens, Progestins, and their Antagonists, Vol. 2 (E Pavlik, ed), pp. 169-188. Birkhauser, Boston, 1996.

191. Berchuck A, Evans AC, Boyd J. Alterations of oncogenes and tumor suppressor genes in endometrial cancer. In: Biology of Female Cancers (SP Langdon, WR Miller, A Berchuck, eds), pp. 205-217. CRC Press, Boca Raton, 1997.

192. Boyd, J. Overview: The genetics of ovarian cancer. In: Ovarian Cancer 5 (F Sharp, T Blackett, J Berek, R. Bast, eds), pp. 3-16. Isis Medical Media, Ltd, Oxord, UK, 1998.

193. Boyd J. Basic science in gynaecological cancer. In: Essentials of Gynaecological Cancer (F Lawton, M Friedlander, G Thomas, eds), pp. 15-39. Chapman and Hall Medical, London, 1998.

194. Boyd J. Molecular genetics of gynecologic cancers. In: Synopsis of Gynecologic Oncology, 5th Ed. (CP Morrow, JP Curtin, eds), pp. 515-536. Churchill Livingstone, New York, 1998.

195. Boyd J. Molecular carcinogenesis. In: Environmental and Occupational Medicine, Third Edition (WN Rom, ed), pp. 155-165. Lippincott-Raven, Philadelphia, 1998.

196. Boyd J. Molecular carcinogenesis. In: Molecular Biology in Reproductive Medicine (BCJM Fauser, ed), pp. 103-130. Parthenon Publishing, New York, 1999.

197. Boyd J, Hamilton TC, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 3rd Edition (WJ Hoskins, CA Perez, RC Young, eds), pp. 103-128. Lippincott Williams & Wilkens, Philadelphia, 2000.

198. Boyd J. Molecular genetics of hereditary ovarian cancer. In: Ovarian Cancer, 2nd Edition (SC Rubin, GP Sutton, eds), pp. 3-17. Lippincott Williams & Wilkens, Philadelphia, 2001.

199. Boyd J. Genetics of hereditary gynecologic cancers. In: Atlas of Cancer (M Markman, ed), pp. 39-44. Current Medicine, Philadelphia, 2003.

200. Boyd J. Molecular carcinogenesis. In: Reproductive Medicine. Molecular, Cellular and Genetic Fundamentals (BCJM Fauser, ed), pp. 91-118. Parthenon Publishing, New York, 2003.

201. Boyd J. Hereditary gynecologic cancer syndromes. In: Gynecologic Cancer: Controversies in Management (DM Gershenson, M Gore, WP McGuire, M Quinn, G Thomas, eds), pp. 833-846. Elsevier Science, Philadelphia, 2004.

202. Boyd J, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 4th Edition (WJ Hoskins, RC Young, M Markman, CA Perez, R Barakat, M Randall, eds), pp. 93-122. Lippincott Williams & Wilkens, Philadelphia, 2005.

203. Balkwill FR, Ashworth A, Bast RC, Berek JS, Boyd J, Disis ML, Gabra H, Gore ME, Hamilton TC, Jacobs IJ, Kaye SB, Kohn EC, Mills GB, Urban ND. 10th Bienniel Helene Harris Memorial Trust meeting. Cancer Res 66: 2904-2906, 2006.

204. Ashworth A, Balkwill FR, Bast RC, Berek JS, Kaye A, Boyd J, Mills G, Weinstein JN, Woolley K, Workman P. Opportunities and challenges in ovarian cancer research: A perspective from the 11th Ovarian Cancer Action/HHMT Forum, Lake Como, March 2007. Gynecol Oncol 108:652-657, 2008.

205. Levine DA, Kauff ND, Boyd J. Genetics of hereditary gynecologic cancers. In: Atlas of Cancer, 2nd Edition (M Markman, ed), pp. 46-53. Current Medicine Group, Philadelphia, 2008.

206. Kitchener HC, Trimble EL; Endometrial Cancer Working Group of the Gynecologic Cancer Intergroup (76 authors). Endometrial cancer state of the science meeting. Int J Gynec Cancer 19: 134-140, 2009.

207. Boyd J, Risinger JI, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 5th Edition (M Markman, R Barakat, M Randall, eds), pp. 85-112. Lippincott Williams & Wilkens, Philadelphia, 2009.

208. Boyd J. Targeted therapies: the future of cancer care. Coping with Cancer. p. 40. Nov/Dec, 2011.

209. Morgan M, Boyd J, Drapkin R, Seiden MV. Cancers arising in the ovary. In: Abeloff's Clinical Oncology, 5th Edition (JE Niederhuber, JO Armitage, JH Doroshow, MB Kastan, JE Tepper, eds), pp. 1592-1613. Elsevier, Philadelphia, 2014.

210. Gunderson CC, Boyd J, O'Malley DM. Highlights from the Society of Gynecologic Oncology 2015 Annual Meeting on Women's Cancer. Gynecol Oncol 138: 3-6, 2015.