# EXHIBIT 2

Page 431

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE:   JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS            ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,          DANIEL L.
                                  CLARKE-PEARSON, MD
AND PRODUCTS LIABILITY
                                       VOLUME 2
LITIGATION

_____


          *     *     *     *

          FRIDAY, AUGUST 27, 2021

          *     *     *     *


MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Case 3:16-md-02738-MAS-RLS   Document 33111-3   Filed 08/22/24   Page 3 of 13 PageID: 229707
Daniel L. Clarke-Pearson, MD                                August 27, 2021

Page 450

1    what I list as high-risk factors.  So I think we have
2    to look at those factors and come to some conclusion
3    about how many of those factors that patient has.
4    BY MS. BROWN:
5        Q.    So do I understand each of your
6    individual reports on each of these plaintiffs
7    contains a list of what you consider to be recognized
8    risk factors for ovarian cancer, right?
9        **A.**    **That's right.**
10       Q.    And as I understand what you're saying
11   is that if you looked at a plaintiff's individual
12   file and it turns out that that plaintiff had an
13   overwhelming number of risk factors for ovarian
14   cancer, you may come to the conclusion that talc did
15   not play a role in her ovarian cancer?
16            MS. THOMPSON:  Object to form.
17            THE WITNESS:  Or didn't play a role or
18   may have had such a minor role that I wouldn't serve
19   as a witness in that particular case.
20   BY MS. BROWN:
21       Q.    Okay.  And would those type of factors
22   include a woman who was BRCA positive, for example?
23            MS. THOMPSON:  Objection.
24            THE WITNESS:  It could be one of the
25   high-risk factors.

1    documentation of other things that would have caused
2    ovarian cancer, right?
3                MS. THOMPSON:  Objection.
4                THE WITNESS:  Would have been a cause
5    of ovarian cancer, yes.
6    BY MS. BROWN:
7        Q.    And how does that approach jive with
8    what we know about ovarian cancer, which is that most
9    of the time we don't know what causes it?
10               MS. THOMPSON:  Objection.
11               THE WITNESS:  I'm not sure I understand
12   what your question is.
13   BY MS. BROWN:
14       Q.    I mean I think you would agree that for
15   the most part, aside from genetic mutations, we don't
16   know what causes ovarian cancer, right?
17               MS. THOMPSON:  Objection.
18               THE WITNESS:  We know things that are
19   causative of ovarian cancer.
20   BY MS. BROWN:
21       Q.    But we know some things that in the EPI
22   may increase a woman's risk of ovarian cancer, is
23   that fair?
24       **A.    Yes.**
25       Q.    But certainly as a respected physician

Case 3:16-md-02738-MAS-RLS    Document 33111-3    Filed 08/22/24    Page 5 of 13
PageID: 229709
Daniel L. Clarke-Pearson, MD                August 27, 2021

Page 453

1   in the field for a long period of time, you are not
2   of the view that scientists completely understand
3   what causes ovarian cancer, right?
4       **A.      Yes.**
5       Q.      And, in fact, if you look at the
6   percentage of ovarian cancers that we think we can
7   reasonably and scientifically attribute to a known
8   cause, it's a pretty small percentage, right?
9               MS. THOMPSON:  Objection.
10              THE WITNESS:  I'm not sure exactly how
11  to answer that question.
12              There are areas, in some patients,
13  where it's not clear what might have caused them.
14  They seem to have no risk factors at all and it still
15  happened.  If that's what you're saying, then yes, I
16  agree there are patients like that.
17  BY MS. BROWN:
18      Q.      I mean, a lot of patients like that,
19  right?
20              MS. THOMPSON:  Objection.
21              THE WITNESS:  I think you can look at
22  just about every patient and see some risk factor.
23  BY MS. BROWN:
24      Q.      But isn't it possible to have a risk
25  factor for ovarian cancer and not get ovarian cancer?

Daniel L. Clarke-Pearson, MD                August 27, 2021

Page 460

1   BY MS. BROWN:
2       Q.      Is it possible in your view, based on
3   your review of Ms. Converse's case, to identify how
4   many other unknown causes of her ovarian cancer were
5   at play in her development of clear cell cancer?
6       **A.      Sorry, I didn't quite follow the**
7   **question**.
8       Q.      It's a long question.
9               Reorienting us to Ms. Converse, you
10  identified talcum powder as a cause of her ovarian
11  cancer, correct?
12      **A.      Yes.**
13      Q.      You identified a family history of
14  breast cancer as a cause of her ovarian cancer,
15  correct?
16      **A.      Yes.**
17      Q.      You have identified one or more unknown
18  factors as causes of her ovarian cancer, correct?
19              MS. THOMPSON:  Objection.
20              THE WITNESS:  Yes.
21  BY MS. BROWN:
22      Q.      Is it possible for you to say how many
23  unknown factors caused Ms. Converse's ovarian cancer?
24              MS. THOMPSON:  Objection.
25              THE WITNESS:  I would phrase it to say

Case 3:16-md-02738-MAS-RLS   Document 33111-3   Filed 08/22/24   Page 7 of 13
PageID: 229711
Daniel L. Clarke-Pearson, MD                             August 27, 2021

Page 461

1    there are other factors that are unknown that add to
2    the other causes that we know she has.
3    BY MS. BROWN:
4         Q.    Okay.  So you know talc, you know
5    family history of breast cancer, right?
6               Can you say how many unknown factors
7    caused her ovarian cancer?
8               MS. THOMPSON:  Objection.
9               THE WITNESS:  No.
10   BY MS. BROWN:
11        Q.    Do you think it's more than one?
12              MS. THOMPSON:  Objection.
13              THE WITNESS:  Most likely, because we
14   were talking about several mutations.  I've been
15   saying 5 to 10.
16   BY MS. BROWN:
17        Q.    So most likely more than one unknown
18   factors were also causes of Ms. Converse's clear cell
19   cancer, correct?
20        **A.    Yes.**
21        Q.    And when you look at a picture like
22   that, let's stick with Ms. Converse, you've
23   identified talc, identified the family history of
24   breast cancer, you've identified some unknown
25   factors.  Are you able to ascribe a percentage to

1     Q.     Not that long ago, right?
2     **A.    Several decades ago, so.**
3     Q.     And so if you think just
4   percentage-wise, though, of the risk factors -- or
5   the causes of Ms. Converse's clear cell cancer that
6   you've identified, the largest percentage are
7   unknown -- is an unknown factor or unknown factors?
8            MS. THOMPSON:  Objection.
9            THE WITNESS:  I think hypothetically
10  that would be correct.  I think we need 5 to 10
11  mutations.  And if you and I are talking about two
12  risk factors that cause mutations, talc and possibly
13  her family history, then there are other things that
14  caused other mutations.
15  BY MS. BROWN:
16    Q.     And if you just look at the percentages
17  you do know, right, that talc, in your mind, would
18  have contributed 30 percent to her clear cell cancer,
19  right?
20           MS. THOMPSON:  Objection.
21           THE WITNESS:  Yes.
22  BY MS. BROWN:
23    Q.     Family history, we're not sure of what
24  that number is, right?
25    **A.    Yes.**

Daniel L. Clarke-Pearson, MD                        August 27, 2021

Page 473

1     Q.    But you don't think it's more than 20
2  percent, right?
3              MS. THOMPSON:  Objection.
4              THE WITNESS:  Given the fact that she's
5  had gene testing and doesn't carry any recognized
6  genes that contribute to ovarian cancer or breast
7  cancer.
8  BY MS. BROWN:
9     Q.    Right.
10             So if talc contributed 30 percent, if
11 family history contributed less than 20 percent, then
12 at least half of Ms. Converse's ovarian cancer was
13 caused by something we don't know about?
14             MS. THOMPSON:  Objection.
15             THE WITNESS:  In addition to the talc
16 and in addition to the possible ovarian cancer, there
17 are other factors that we don't know about.
18 BY MS. BROWN:
19    Q.    Right.
20             But I'm just saying in Ms. Converse's
21 case, percentage-wise, the factors that we don't know
22 about contributed at least 50 percent to her ovarian
23 cancer, correct?
24             MS. THOMPSON:  Objection.
25             THE WITNESS:  In this hypothetical

Case 3:16-md-02738-MAS-RLS   Document 33111-3   Filed 08/22/24   Page 10 of 13
PageID: 229714
Daniel L. Clarke-Pearson, MD                           August 27, 2021

Page 474

1   situation, those numbers would be correct.
2   BY MS. BROWN:
3       Q.      And the reason this is hypothetical is
4   because we don't know the percentage that the family
5   history of breast cancer contributed, is that right?
6               MS. THOMPSON:  Objection.
7               THE WITNESS:  That's part of it.
8   BY MS. BROWN:
9       Q.      Well, what else is part of it?
10      **A.      Well, that would be the biggest part.**
11  **We don't know anything else that is a risk factor.**
12      Q.      Okay.  Let's -- that was helpful.
13  Thanks, Doctor.
14              Let's go back to your letter.
15              What got us off on this explanation was
16  a paragraph where you were telling the folks at SGO
17  that talcum powder increases a woman's chance of
18  developing epithelial ovarian cancer by 20 to 60
19  percent.  And it sounds like you're now of the view
20  that talcum powder causes a woman's ovarian cancer by
21  approximately 30 percent?
22              MS. THOMPSON:  Objection.
23              THE WITNESS:  Is a cause.
24  BY MS. BROWN:
25      Q.      Okay.

DocuSign Envelope ID: 5A3DA3D5-C532-490F-A1E9-77BDCA841735
Case 3:16-md-02738-MAS-RLS   Document 33111-3   Filed 08/22/24   Page 11 of 13
PageID: 229715
Daniel L. Clarke-Pearson, MD                    August 27, 2021

Page 584

1  **those two go hand in hand.**
2             **Other risk factors, in fact, I think**
3  **there are a number of factors that should have**
4  **reduced her risk, use of birth control pills, three**
5  **pregnancies. So nothing else that I see here that**
6  **would increase her risk.**
7        Q.    So would you agree then that there was
8  a large percentage of the cause of Ms. Newsome's
9  endometrioid ovarian cancer that we don't know what
10 it was?
11            MS. THOMPSON: Objection.
12            THE WITNESS: That's similar to what
13 we've been talking about earlier today, that there
14 are factors that we don't know today that cause
15 mutations that in aggregate result in cancer.
16 BY MS. BROWN:
17       Q.    Was, in your opinion, was there an
18 unknown cause or causes of Ms. Newsome's endometrioid
19 cancer?
20            MS. THOMPSON: Objection.
21            THE WITNESS: I think, as we were just
22 saying, if you're paraphrasing what I think you just
23 said, which is that there are some causes that we
24 don't recognize today as what causes those mutations.
25 We do know that talc does, though.

Case 3:16-md-02738-MAS-RLS   Document 33111-3   Filed 08/22/24   Page 12 of 13
PageID: 229716
Daniel L. Clarke-Pearson, MD                    August 27, 2021

Page 585

 1   BY MS. BROWN:
 2        Q.    But is your opinion that we talked
 3   about this morning the same for Ms. Newsome that in
 4   your opinion talc alone did not cause her ovarian
 5   cancer?
 6              MS. THOMPSON:  Objection.
 7              THE WITNESS:  It was a cause of her
 8   ovarian cancer.
 9   BY MS. BROWN:
10        Q.    In your opinion, talc alone was not
11   enough to cause her ovarian cancer, correct?
12              MS. THOMPSON:  Objection.
13              THE WITNESS:  That would be my belief.
14   BY MS. BROWN:
15        Q.    In your opinion, even talc plus her age
16   alone was not enough to cause Ms. Newsome's ovarian
17   cancer, correct?
18              MS. THOMPSON:  Objection.
19              THE WITNESS:  Yes, that's correct.
20   BY MS. BROWN:
21        Q.    In your opinion, the majority of the
22   cause of Ms. Newsome's ovarian cancer is unknown?
23              MS. THOMPSON:  Objection.
24              THE WITNESS:  I'm not sure what the
25   majority is, but there are unknown portions of the

Daniel L. Clarke-Pearson, MD August 27, 2021

Page 586

1  mutations that occurred.
2  BY MS. BROWN:
3      Q.    Well, if we know, according to your
4  opinion, that talc was approximately 30 percent the
5  cause of her ovarian cancer, right?
6            MS. THOMPSON:  Objection.
7            THE WITNESS:  Looking at epidemiology,
8  30 percent is looking at a whole population, so I
9  don't know specifically for an individual person.
10 BY MS. BROWN:
11     Q.    So you actually don't know how much the
12 unknown factors, in Ms. Newsome's case, the unknown
13 causative factors contributed to cause Ms. Newsome's
14 ovarian cancer, true?
15           MS. THOMPSON:  Objection.
16           THE WITNESS:  Yes.
17 BY MS. BROWN:
18     Q.    Is it your opinion that had Ms. Newsome
19 not used talcum powder, she would not have developed
20 ovarian cancer?
21           MS. THOMPSON:  Objection.
22           THE WITNESS:  Yes.
23 BY MS. BROWN:
24     Q.    That's your opinion?
25     **A.    That's my opinion.**