# EXHIBIT 3

Page 1

```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
 2
 3   IN RE JOHNSON & JOHNSON TALCUM    )
     POWDER PRODUCTS MARKETING,        ) MDL NO.
 4   SALES PRACTICIES, AND PRODUCTS    ) 16-2738 (MAS)(RLS)
     LIABILITY LITIGATION
 5
 6   ************************************************************
 7                      ORAL DEPOSITION OF
 8                      JUDITH WOLF, M.D.
 9                        APRIL 25, 2024
10                          (VOLUME 2)
11   ************************************************************
12
13
14
15          ORAL DEPOSITION of JUDITH WOLF, M.D., produced
16   as a witness at the instance of the Defendants, and duly
17   sworn, was taken in the above-styled and numbered cause
18   on the 25th day of April, 2024, from 8:58 a.m. to 11:16
19   a.m., before Gabriela S. Silva, CSR, RPR in and for the
20   State of Texas, reported by stenograph, at Aloft Austin
21   Downtown, 109 East 7th Street, Austin, Texas, pursuant
22   to the Federal Rules of Civil Procedure and the
23   provisions stated on the record or attached hereto.
24
25
```

```
                                                              Page 35
 1      A.   I don't know.  It probably depends on which       09:42
 2   company you get the testing from, but it's far more than  09:42
 3   11.                                                       09:42
 4      Q.   In particular as it relates to ovarian cancer,    09:42
 5   she was not tested for all genes that have been           09:42
 6   associated through the published literature with ovarian  09:42
 7   cancer.  Correct?                                         09:42
 8              MRS. O'DELL:  Object to the form.              09:42
 9      A.   No, she was tested for these, which were known    09:42
10   and were tested for in 2014.                              09:42
11      Q.   (By Mr. Hegarty) Other ovarian cancer related     09:42
12   gene mutations that she was not tested for include        09:42
13   RAD51C and RAD51D.  Correct?                              09:42
14      A.   It does, they do.                                 09:43
15      Q.   She was also not tested for STK11, PL -- PLB2     09:43
16   and BRIP1.  Correct?                                      09:43
17      A.   She was not.                                      09:43
18      Q.   Those are also genes -- gene mutations that       09:43
19   have been associated with ovarian cancer risk.  Correct?  09:43
20      A.   Yes.                                              09:43
21      Q.   As to her bracket 1 and bracket 2 testing, she    09:43
22   also didn't have the BRCA analysis rearrangement test or  09:43
23   BART test.  Correct?                                      09:43
24      A.   She did not.                                      09:43
25      Q.   Because Mrs. Gallardo was not tested for all      09:43
```

Page 36

| | | |
|---|---|---|
| 1 | the mutations associated with ovarian cancer, do you | 09:43 |
| 2 | agree you cannot rule out that she had a hereditary | 09:43 |
| 3 | genetic mutation that predisposed her to ovarian cancer? | 09:43 |
| 4 | MRS. O'DELL: Object to the form. | 09:43 |
| 5 | A.  As I said before, she had testing for the two | 09:43 |
| 6 | most important ones that account for 90 percent or more | 09:43 |
| 7 | of inherited ovarian cancers, BRCA1 and 2, and the ones | 09:43 |
| 8 | that were available at the time that she had testing. | 09:43 |
| 9 | The ones that you mentioned and several of | 09:43 |
| 10 | the other ones that we saw in the last case, Mrs. | 09:43 |
| 11 | Bondurant, have subsequently been identified and account | 09:44 |
| 12 | for a very small proportion.  And so is there a chance | 09:44 |
| 13 | that she had an inherited mutation or has one that | 09:44 |
| 14 | wasn't tested for?  Yes.  Is that chance small?  Yes. | 09:44 |
| 15 | Does that make a difference in my opinion?  No.  Because | 09:44 |
| 16 | it's just one of those factors that can lead to her | 09:44 |
| 17 | ovarian cancer. | 09:44 |
| 18 | Q.  (By Mr. Hegarty) If you look at the report | 09:44 |
| 19 | itself that I marked as Exhibit Number 9 it says in the | 09:44 |
| 20 | middle of that report, The negative report does not | 09:44 |
| 21 | exclude a genetic basis for her reported personal and/or | 09:44 |
| 22 | family history of cancer in this patient.  It is | 09:44 |
| 23 | possible that this patient has a pathogenic mutation | 09:44 |
| 24 | that is not detected -- detectable by this analysis or | 09:44 |
| 25 | is a gene that is not included on this -- on the panel. | 09:44 |

|   |   | Page 37 |
|---|---|---|
| 1 | Do you agree with those statements? | 09:44 |
| 2 | A. Yes, and that's a statement that's generally in | 09:44 |
| 3 | most reports sort of covering them for genes that | 09:44 |
| 4 | weren't identified yet or yet known. | 09:44 |
| 5 | Q. It goes on to say, under the recommendation | 09:45 |
| 6 | section, the third bullet point that is Exhibit Number | 09:45 |
| 7 | 9, Depending on the patient's personal clinical and | 09:45 |
| 8 | family history, additional genetic testing with a more | 09:45 |
| 9 | comprehensive genetic panel may be considered as | 09:45 |
| 10 | clinically indicated. This testing is available at | 09:45 |
| 11 | GeneDx. | 09:45 |
| 12 | That track, what we've been talking about, | 09:45 |
| 13 | that there were -- there are additional genes she's not | 09:45 |
| 14 | tested for and in fact, this says that there were more | 09:45 |
| 15 | expanded gene tests available back in 2014 when she had | 09:45 |
| 16 | this done. Correct? | 09:45 |
| 17 | A. That's what it says, but I don't know what | 09:45 |
| 18 | genes were in their expanded panel in 2014. | 09:45 |
| 19 | Q. You mentioned that there would not be an affect | 09:45 |
| 20 | on your opinion even if she -- let me start over again. | 09:45 |
| 21 | I think, indicated by her your response | 09:45 |
| 22 | just a couple of questions and answers ago, that even if | 09:45 |
| 23 | she had tested positive for a gene mutation, that would | 09:46 |
| 24 | not have an affect -- a gene mutation related to ovarian | 09:46 |
| 25 | cancer, that would not have an affect on your opinions | 09:46 |

Page 39

| | | |
|---|---|---|
| 1 | A. No, that's not my opinion. I think it's | 09:47 |
| 2 | unlikely that in someone her age, and again, I think she | 09:47 |
| 3 | was 58 at the time of diagnosis, unless she had some | 09:47 |
| 4 | other kind of exposure would've had enough natural | 09:47 |
| 5 | occurring mutations that weren't corrected by the cells | 09:47 |
| 6 | to cause cancer. | 09:47 |
| 7 | Q. The test results we're looking at shows that | 09:47 |
| 8 | Mrs. Gallardo was tested more than ten years ago. As we | 09:48 |
| 9 | just talked about, there are more expanded gene tests | 09:48 |
| 10 | available today. Correct? | 09:48 |
| 11 | A. There are. | 09:48 |
| 12 | Q. And with regard to Mrs. Gallardo, she can still | 09:48 |
| 13 | have today this more expanded gene test. Correct? | 09:48 |
| 14 | A. She could. And similar to Mrs. Bondurant, this | 09:48 |
| 15 | is a conversation that she could have with her provider, | 09:48 |
| 16 | whether or not she wanted it to have it done. | 09:48 |
| 17 | Q. I believe you indicated that where you have | 09:48 |
| 18 | seen patients like Mrs. Gallardo that may have had more | 09:48 |
| 19 | limited gene panel tests ten years ago, you would | 09:48 |
| 20 | discuss with them the fact that there are more expanded | 09:48 |
| 21 | gene panel tests that are available? | 09:48 |
| 22 | A. Sometimes I do. | 09:48 |
| 23 | Q. And when is it that you do that? | 09:48 |
| 24 | A. Sometimes the patients bring it up. Sometimes, | 09:48 |
| 25 | if it's -- something else might've occurred in the | 09:49 |

```
                                                              Page 40
 1   family history that makes me more suspicious or if the        09:49
 2   patient has a recurrence of their cancer or they              09:49
 3   themselves develop a new cancer, it might be a reason to      09:49
 4   bring it up.                                                  09:49
 5        Q.   Is it fair to say though that the tests that        09:49
 6   Mrs. Gallardo had cannot rule out that she has a gene         09:49
 7   mutation that has been associated with ovarian cancer?        09:49
 8        A.   The tests that Mrs. Gallardo had, even today,       09:49
 9   would find the vast majority of inherited mutations that      09:49
10   increase the risk of ovarian cancer.  There are some          09:49
11   that were tested for, and so there's a possibility that       09:49
12   there could be something that's missed.  I think it's         09:49
13   highly unlikely.                                              09:49
14        Q.   You note in your report as to Mrs. Gallardo her     09:49
15   family history of cancer and that includes a father with      09:49
16   multiple myeloma, a half brother with leukemia, an aunt       09:49
17   with leukemia and an uncle with kidney cancer.  Correct?      09:50
18        A.   Yes, and somebody with prostate cancer.  I'm        09:50
19   not sure who that is.                                         09:50
20        Q.   An unknown relative?                                09:50
21        A.   Yeah.                                               09:50
22        Q.   At least as to prostate cancer, that is a           09:50
23   cancer that is associated with gene mutations that are        09:50
24   also related with ovarian cancer.  Correct?                   09:50
25        A.   That's mostly BRCA2 mutations.  And she did         09:50
```

```
                                                          Page 53
 1   was a substantial cause of their ovarian cancer and it      10:12
 2   makes sense knowing that the vast majority of talcum        10:12
 3   powder contains known carcinogens, asbestos and fibrous     10:12
 4   talc.                                                       10:12
 5        Q.   For purposes of your testimony in this case,      10:12
 6   did you attempt to quantify any affect that asbestos and    10:12
 7   talc has on the three plaintiffs?                           10:12
 8              MRS. O'DELL:  Object to the form.                10:12
 9        A.   Quantify any affect?  What do you mean by that?   10:12
10        Q.   (By Mr. Hegarty) Yeah, let me restate that.       10:12
11              For purposes of your opinion in this case,       10:12
12   are you quantifying any affect that asbestos has            10:12
13   separate from talcum powder, the product itself?            10:12
14        A.   No.  I mean, it's the entire product and          10:13
15   asbestos is in that product.                                10:13
16        Q.   Does the amount of asbestos that Dr. Longo        10:13
17   reports finding in Exhibit Number 4 have any affect on      10:13
18   your opinions in this case?                                 10:13
19              MRS. O'DELL:  Object to the form.                10:13
20        A.   No, I'm not aware of safe doses of asbestos, so   10:13
21   the fact that it's found is concerning to me.               10:13
22        Q.   (By Mr. Hegarty) Are you aware of any studies     10:13
23   that have shown that there is an ovarian cancer risk        10:13
24   associated with the amount of asbestos that Dr. Longo       10:13
25   reports finding in talcum powder?                           10:13
```