# EXHIBIT 6




**ProHealth Physicians of Hamden**
2560 Dixwell Avenue Suite 2-B
Hamden, CT 06514
Phone: (203) 230-2546 Fax:(203) 288-5059
Website: http://www.prohealthmd.com/

**EXHIBIT 28**

| | | | |
|---|---|---|---|
| Patient: | Hilary T. Converse | DOB: | [redacted] |
| Address: | 16 Cheryl Lane | EMRN: | 1415360 |
| | Prospect, CT 06712 | Date of Service: | 12/27/2013 |
| Home: | (203) 565-3083 | Work: | |

## Chief Complaint
PE established patient

## Assessment
1. Health Maintenance V70.0

**Assessment Details:**
Problem 1: (exam wnl, ecg utd, will return for pre-op visit in March and repeat at that time. pt is utd on cancer screenings. BP slightly high today due to stress. cont ongoing care with neuro/dentist/gi/derm/gyn. cont yearly physicals. fasting labs ordered, pt to obtain. will f/u results and notify pt.)

## Discussion/Summary
Patient counseled and educated re age/sex appropriate preventive issues. Appropriate cancer prevention counseling provided.
Weight loss counseling. Diet and exercise counseling.
Patient advised to return for next preventive visit in 1 year
Cancer screening current with recommended guidelines.

## Plan
**Health Maintenance (V70.0)**
 1. COMPREHENSIVE METABOLIC PANEL  Requested for: 27Dec2013
**Hypercholesterolemia (272.0), Health Maintenance (V70.0)**
 2. LIPID PROFILE W REFL TO DIRECT LDL  Requested for: 27Dec2013
**Osteopenia (733.90)**
 3. VITAMIN D 25 HYDROXY TOTAL PHP  Requested for: 27Dec2013
**Palpitations (Symptom) (785.1)**
 4. TSH  Requested for: 27Dec2013

## History of Present Illness

HM, Adult Female PH: Feels well. BP a little high today but her close friend was placed on hospice today, she is health care proxy. Very stressed.

Hillary has multiple updates:
Her migraines are better, "shooting pains" are gone. She is starting PT on Tuesday, ordered by Neuro, for neck and jaw. Still clenching significant amount of daytime. Pt follows with Dr. Kitaj. Plans on discussing botox injections as she had tried many, fiorcet only one she tolerates.

Dr. Selby-Knell is breast specialist, pt high risk. Has alternating MRI and mammogram every 6 months.

Ventral hernia surgery postponed until March 20th, will come for pre-op at that time. Dr. Roberts.

Has had genetics testing done, extensive w/u. Genetics team believes she has a mutation that has not been discovered yet (uterine/ovarian/breast CA). The patient is being seen for a health maintenance evaluation. The last health maintenance visit was 1 year(s) ago.
Social History: no domestic violence reported Household members include spouse. She is married. Work status: working full

*This document may have been edited since it was originally written. A version showing all edits is available upon request.*

CONVERSE_HILARY_PROHEALTHPHYSICIANSOFHAMDEN_00069

HCONVERSE-PL-00069
HCONVERSE-PL-    00069

Patient: Hilary T. Converse          DOB:          Date of Service: 12/27/2013

time and occupation: millwork and kitchen co-owner. The patient has never smoked cigarettes. She reports occasional alcohol use. She has never used illicit drugs. The patient's health since the last visit is described as good. She has regular dental visits. She complains of vision problems. Vision care includes wearing glasses and having regular eye examinations. She has hearing loss. (20% hearing loss R ear. ENT Dr. Fortgang). Immunizations status: up to date.

Lifestyle:. She does not have a healthy diet. (holiday season, plans to work on diet) . She does not exercise regularly. She consumes alcohol. She has weight concerns. Weight control issues: overweight. She does not use tobacco. She denies drug use.

Reproductive health: the patient is postmenopausal . She reports normal menses. She uses no contraception. Pregnancy history: G 2 P 2, 2 . She is sexually active. Cervical cancer screening includes a pap smear performed 2008 and pt had ovarian cancer so no longer needs one. Breast cancer screening includes a mammogram performed 2013. Colorectal cancer screening includes a colonoscopy performed 2011.

Metabolic screening includes DEXA performed 2010.

## Review of Systems

Constitutional, eye, otolaryngeal, cardiovascular, pulmonary, gastrointestinal, genitourinary, musculoskeletal, skin, neurological, psychiatric, endocrine and hematologic review of systems are normal except as noted.

Patient accompanied by no one.

## Physical Exam

**Constitutional**
General appearance: Normal.
**Eyes**
Inspection of the conjunctiva and lids: Normal.
Examination of pupils and irises: Normal.
**Ears, Nose, Mouth, and Throat**
External inspection of ears and nose: Normal.
Otoscopic examination: Normal.
Examination of the oropharynx: Normal.
**Neck**
Examination of the neck: Normal.
Examination of the thyroid: Normal.
**Pulmonary**
Assessment of respiratory effort: Normal.
Auscultation of lungs: Normal.
**Cardiovascular**
Auscultation of heart: Normal.
Examination of extremities for edema/varicosities/vascular compromise: Normal.
**Abdomen**
Examination of the abdomen: Normal.
Examination of liver and spleen: Normal.
**Lymphatic**
Palpation of lymph nodes in neck: Normal.
**Musculoskeletal**
Examination of gait and station: Normal.
Examination of digits and nails: Normal.
Inspection/palpation of joints, bones, and muscles: Normal.
**Skin**
Inspection of skin and subcutaneous tissue: Normal. Clinical Impression: seborrhea.
**Neurologic**
Examination of cranial nerves: Normal.

*This document may have been edited since it was originally written. A version showing all edits is available upon request.*

Patient: Hilary T. Converse        DOB:              Date of Service: 12/27/2013

Examination of deep tendon reflexes: Normal.
Examination of sensation: Normal.
**Psychiatric**
Orientation to person, place, and time: Normal.
Mood and affect: Normal.

## Active Problems

1. (Lower) Leg Localized Swelling 729.81
2. Anxiety (Symptom) 300.00
3. Breast Fibrocystic Disease 610.1
4. Cervical Stenosis/Stricture 622.4
5. Chronic Interstitial Cystitis 595.1
6. Classic Migraine With Typical Aura 346.00
7. Clear Cell Adenocarcinoma Of The Ovary 183.0
8. Ecchymosis 459.89
9. Esophageal Reflux 530.81
10. Extruded Cervical Disc 722.2
11. Fibromyalgia 729.1
12. Headache 784.0
13. Irritable Bowel Syndrome 564.1
14. Lactase Deficiency Syndrome 271.3
15. Lymphedema 457.1
16. Myalgia And Myositis 729.1
17. Osteoarthritis Of The Ankle/Foot (Multiple Joints) 715.97
18. Osteopenia 733.90
19. Palpitations (Symptom) 785.1
20. Ruptured Popliteal Cyst 727.51
21. Vaccines Prophylactic Need Against Influenza V04.81

## Vitals

**Vital Signs [Data Includes: Last 3 Instances]**
**27Dec2013 04:30PM**
BMI Calculated: 26.99
BSA Calculated: 1.81
Height: 5 ft 5 in
Weight: 162 lb
Blood Pressure: 140 / 90, RUE, Sitting
Heart Rate: 92
**04Dec2013 09:11AM**
BMI Calculated: 26.76
BSA Calculated: 1.8
Weight: 160 lb 9.6 oz
Blood Pressure: 138 / 80, RUE
Heart Rate: 84
**15Jan2013 10:30AM**
BMI Calculated: 26.82
BSA Calculated: 1.8
Height: 5 ft 5 in
Weight: 161 lb
Blood Pressure: 142 / 86, RUE, Sitting
Heart Rate: 88
**17Sep2012 11:04AM**
Height: 5 ft 4.5 in

## Family History

1. Maternal history of Breast Cancer V16.3
2. Maternal history of Dementia
3. Maternal history of Family Health Status Of Mother - Alive
4. Paternal history of Father Deceased At Age ____

*This document may have been edited since it was originally written. A version showing all edits is available upon request.*

CONVERSE_HILARY_PROHEALTHPHYSICIANSOFHAMDEN_00071

HCONVERSE-PL-00071
HCONVERSE-PL-   00071

Patient: Hilary T. Converse          DOB:             Date of Service: 12/27/2013

5. Maternal history of Hyperlipidemia
6. Maternal history of Hypertension V17.49
7. Paternal history of Lung Cancer V16.1
8. Maternal grandmother's history of Malignant Pancreatic Neoplasm

**Past Medical History**
1. History of Acute Meniscal Tear 836.2
2. History of Closed Fracture Of The Distal Phalanx Of The Left Third Toe 826.0
3. History of Cough 786.2
4. Vaccines Prophylactic Need Against Influenza V04.81

**Surgical History**
1. History of Adenoidectomy
2. History of Cervical Vertebral Fusion
3. History of Obstetrical Surgery
4. History of Total Abdominal Hysterectomy With Removal Of Both Ovaries

**Social History**
1. Being A Social Drinker
2. Former Smoker V15.82
3. Living Independently With Spouse
4. Marital History - Currently Married
5. Working Full Time
   Has her own Kitchen Cabinet & Wood Work company
**Denied**
6. History of Drug Use

**Current Meds**
1. ALPRAZolam 0.5 MG Oral Tablet; TAKE 1/2 in the am, 1/2 @ 1.00PM & 1 @ 9 pm; Last Rx:31Oct2013
2. Bentyl 20 MG Oral Tablet; TAKE 1 TABLET EVERY 6 HOURS AS NEEDED; Therapy: (Recorded:19Mar2012) to
3. Butalbital-APAP-Caffeine 50-325-40 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED FOR HEADACHE; Last Rx:04Dec2013
4. Calcium 600 TABS; TAKE 1 TABLET DAILY; Therapy: (Recorded:25Apr2011) to
5. Compazine 5 MG TABS; 1/2 tab pm; Therapy: (Recorded:17Sep2012) to
6. Elmiron CAPS; Take 1 capsule twice daily ( Rx by Lisa Oliviera APRN Urology office); Therapy: (Recorded:15Aug2011) to
7. Fish Oil CAPS; TAKE 1 CAPSULE Daily; Therapy: (Recorded:25Apr2011) to
8. Flexeril 10 MG TABS; 1/2 tab am, 1/2 tab noon time, 2 tabs before bed; Therapy: (Recorded:17Sep2012) to
9. Furosemide 20 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED  Requested for: 25Oct2013; Last Rx:25Oct2013
10. Hydrocodone-Acetaminophen 7.5-300 MG Oral Tablet; TAKE 1 TABLET Every 8 hours PRN; Therapy: (Recorded:04Dec2013) to
11. Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet; Therapy: 27Jun2013 to
12. Klor-Con M20 20 MEQ Oral Tablet Extended Release; TAKE 1 TABLET DAILY; Therapy: 19Mar2010 to (Evaluate:11Nov2013); Last Rx:14Feb2013
13. Multi-Vitamin TABS; TAKE 1 TABLET DAILY; Therapy: (Recorded:25Apr2011) to
14. Omeprazole 40 MG Oral Capsule Delayed Release; Take 1 capsule twice daily; Therapy: (Recorded:04Dec2013) to
15. Savella 50 MG Oral Tablet; TAKE 2 TABLET Daily; Therapy: (Recorded:04Dec2013) to
16. Sertraline HCl - 100 MG Oral Tablet; TAKE 1 TABLET ONCE DAILY; Therapy: 22Dec2009 to (Last Rx:19Sep2013)  Requested for: 19Sep2013
17. Vagifem 10 MCG Vaginal Tablet; INSERT 1 APPLICATION BY VAGINAL ROUTE TWICE WEEKLY ( Rx by Dr Emily Fine); Therapy: 09Nov2010 to
18. Vitamin D TABS; Take 1 tablet daily; Therapy: (Recorded:15Jan2013) to

Review: Past medical, surgical, family and social history reviewed with patient.

**Allergies**

This document may have been edited since it was originally written. A version showing all edits is available upon request.

Patient: Hilary T. Converse     DOB: ▓▓▓▓▓▓     Date of Service: 12/27/2013

1. Sulfa Drugs
2. Fish

**Immunizations**
Influenza — Series1: 26Oct2010; Series2: 07Oct2011; Series3: 21Sep2012; Series4: 21Nov2013
Td/DT — Series1: 11Oct2005
Zoster — Series1: 23Jul2009
Influenza A (H1N1) Monoval Vac Intramuscular Suspension — Series1: 09Dec2009
Tdap — Series1: 19Mar2012

**Signatures**
Electronically signed by : Stephanie Benedict, PA-C; Mar 21 2014  2:26PM EST          (Author)
   Amendment Statement:
Physical complete however inadvertently coded as V70.0. Correct code should be G0402, please update accordingly.

This document may have been edited since it was originally written. A version showing all edits is available upon request.

5 of 5

CONVERSE_HILARY_PROHEALTHPHYSICIANSOFHAMDEN_00073

HCONVERSE-PL-00073
HCONVERSE-PL-  00073