# EXHIBIT 7

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
 2                          - - -
 3     ----------------------------
       IN RE: JOHNSON & JOHNSON    :
 4     TALCUM POWDER PRODUCTS      :
       MARKETING, SALES PRACTICES,:
 5     AND PRODUCTS LIABILITY      :
       LITIGATION                  :
 6     THIS DOCUMENT RELATES TO:   : MDL No. 16-2738
                                   :
 7     HILARY CONVERSE, et al.,    :
       Plaintiff,                  : Case No. 3:18-cv-
 8     v                           : 17586-FLW-LHG
       JOHNSON & JOHNSON, et al., :
 9     Defendants.                 :
       ----------------------------
10
11                          - - -
                     JANUARY 28, 2021
12                          - - -
13
14            Remote Oral Video Deposition, taken
15        via Zoom, of PETER SCHWARTZ, M.D.,
16        commencing at 10:01 a.m., on the above date,
17        before Margaret M. Reihl, Realtime Reporter
18        and Certified Court Reporter for the State
19        of New Jersey.
20
21            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
22                  deps@golkow.com
23
24
25
```

Golkow Litigation Services                                    Page 1

```
 1   having a genetic mutation in her family."
 2          Do you see that language that I've
 3   highlighted?
 4   A.     I do see that.
 5   Q.     Do you agree with Dr. Hofstatter's belief of
 6   the likelihood of a genetic mutation in
 7   Ms. Converse's family?
 8             MS. GARBER:  Object to the form.
 9             THE WITNESS:  What I can say is that
10         I would -- as a clinician I would be
11         concerned when somebody who is an expert in
12         breast cancer writes that kind of a note, I
13         would be very concerned that there's a
14         genetic mutation yet to be identified in
15         this family.
16   BY MR. JAMES:
17   Q.     All right.  Dr. Schwartz, I'm going to stop
18   sharing.
19   A.     Okay.
20   Q.     Dr. Schwartz, is it fair to say that
21   Ms. Converse's family history is significant for
22   cancer risk, including ovarian cancer risk?
23   A.     It would appear to be so, yes.
24   Q.     Is it fair to say that Ms. Converse's
25   healthcare providers, including yourself, have
```

```
 1   concern that there maybe a genetic mutation or an

 2   unidentified syndrome contributing to her cancer

 3   risk, including her ovarian cancer risk?

 4             MS. GARBER:  Objection to the form.

 5             THE WITNESS:  Yes, okay.

 6   BY MR. JAMES:

 7   Q.      Have you ever told Ms. Converse that her

 8   family history did not place her at increased risk

 9   for ovarian cancer?

10   A.      Not to my knowledge.

11   Q.      Have you ever told Ms. Converse that she

12   does not have an undiscovered genetic mutation that

13   may be relevant to her ovarian cancer?

14   A.      No.

15   Q.      Have you ever told Ms. Converse that you

16   have ruled out her family history as relevant to her

17   ovarian cancer risk?

18   A.      No, not to my knowledge.

19   Q.      Have you ever told Ms. Converse that you

20   have ruled out genetics as relevant to her ovarian

21   cancer risk?

22   A.      Not to my knowledge.

23   Q.      And then now separate from what you -- the

24   questions about what you have told Ms. Converse, as

25   a clinician have you, yourself, ruled out
```