# EXHIBIT 12

Judith Wolf, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF NEW JERSEY
 2
 3      ------------------------------
                                      )
 4      IN RE JOHNSON & JOHNSON       )
        TALCUM POWDER PRODUCTS        )   MDL NO.
 5      MARKETING, SALES PRACTICES,   )   16-2738(FLW)(LHG)
        AND PRODUCTS LIABILITY        )
 6      LITIGATION                    )
                                      )
 7      ------------------------------
 8        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                      STATE OF MISSOURI
 9
        VALERIE SWANN,                )
10                                    )
             Plaintiff,               )
11                                    )   Cause No.
        v.                            )   1422-CC09326-03
12                                    )
        JOHNSON & JOHNSON, et al.,    )
13                                    )
             Defendants.              )
14      _____
15                       — — —
16             Monday, September 13, 2021
                         — — —
17
18          Oral Deposition of JUDITH WOLF, M.D.,
        held at the Fairmont Hotel, 101 Red River
19      Street, Austin, Texas, commencing at
        9:03 a.m. CDT, on the above date, before
20      Michael E. Miller, Fellow of the Academy of
        Professional Reporters, Certified Court
21      Reporter, Registered Diplomate Reporter,
        Certified Realtime Reporter and Notary
22      Public.
23                       — — —
24             GOLKOW LITIGATION SERVICES
             877.370.DEPS | fax 917.591.5672
25                  deps@golkow.com
```

1      A.      Well, that would be a risk

2  factor that would be associated with chronic

3  pelvic inflammatory disease, and that's not

4  new.

5      Q.      So it's been well known that

6  chlamydia -- a history of chlamydia is a risk

7  factor for ovarian cancer?

8      A.      Specifically chlamydia, I'm not

9  sure when that was first published, but I

10 lump chlamydia in chronic pelvic infections,

11 which I believe is what that is associated

12 with.

13     Q.      All right.

14     A.      And that is not new.

15     Q.      The bottom line is:  When you

16 do your analysis, do your methodology, you do

17 not consider potential unknown causes or risk

18 factors for ovarian cancer, correct?

19             DR. THOMPSON:  Object to form.

20 BY MR. ZELLERS:

21     Q.      You deal with known,

22 established risk factors?

23             DR. THOMPSON:  Object to form.

24     A.      Certainly there can always be

25 unknown as yet hypothetical things that at

```
 1    sometime in the future could be associated

 2    with an increased risk of ovarian cancer or

 3    some other type of cancer, but --

 4    BY MR. ZELLERS:

 5         Q.    That's not part of your

 6    analysis?

 7               MS. GARBER:  Object to the

 8         form.

 9               DR. THOMPSON:  She wasn't

10         finished with her answer, I don't

11         think.

12         A.    And I would -- I don't know how

13    that can be part of my analysis to -- that

14    because it's unknown.  I'm not sure what

15    you're asking -- what you're trying to ask

16    me.

17    BY MR. ZELLERS:

18         Q.    Is it your opinion that the

19    route of talcum powder exposure in

20    Ms. Gallardo's case was through migration?

21         A.    Yes.

22         Q.    Do you believe that

23    Ms. Gallardo's ovarian cancer was caused from

24    talcum powder traveling to her ovaries

25    through inhalation?
```

```
 1   Ms. Gallardo -- that her endometrioid ovarian

 2   cancer was caused by asbestos, correct?

 3              DR. THOMPSON:  Object to form.

 4              MS. GARBER:  Object to the

 5        form.

 6        A.    So my opinion is that her -- a

 7   cause of her cancer was her talc use, and if

 8   there was evidence of asbestos in the -- in

 9   her tissues, I would assume it came from her

10   talc use.

11              But the product as a whole,

12   which has been found in some cases to contain

13   asbestos and talc fibers and platy talc and

14   heavy metals, it's the combination of all of

15   those that I believe -- it's my opinion that

16   causes ovarian cancer and is the cause of

17   Ms. Gallardo's ovarian cancer.

18   BY MR. ZELLERS:

19        Q.    Dr. Godleski did not find any

20   evidence of asbestos in Ms. Gallardo's

21   tissue, at least based upon your review of

22   his report, correct?

23              DR. THOMPSON:  Object to form.

24              MS. GARBER:  Object to the

25        form, misstates the document entirely.
```

```
 1                DR. THOMPSON:  Object to form.
 2        A.      An adequate -- I think any
 3   exposure to asbestos is not a good thing, and
 4   so I don't know what an adequate amount would
 5   be because I don't think any amount is
 6   considered good.
 7   BY MR. ZELLERS:
 8        Q.      Well, I misspoke.
 9        A.      Okay.
10        Q.      I'll withdraw the question.
11        A.      Okay.
12        Q.      You, I think we've already
13   established, have not looked into whether or
14   not Ms. Gallardo had any independent exposure
15   to asbestos.
16        A.      Short of her Deposition --
17                DR. THOMPSON:  Object to form.
18        A.      -- where she was asked about
19   her jobs and where she lived and was there
20   construction and all of those things, and her
21   answer to all of those were no.
22   BY MR. ZELLERS:
23        Q.      Do you have an opinion as to
24   whether or not Ms. Gallardo's endometrioid
25   cancer was caused by heavy metals?
```

```
 1                 DR. THOMPSON:  Object to form.
 2         A.     It was caused by her use of --
 3   the cause of her cancer was her use of talcum
 4   powder, which can sometimes contain heavy
 5   metals, which are carcinogenic.  It's the
 6   product as a whole that contains all of the
 7   things that I opined about a little while ago
 8   that caused -- was a cause of her cancer.
 9   BY MR. ZELLERS:
10         Q.     What study or evidence do you
11   have that heavy metals in talcum powder
12   caused Ms. Gallardo's endometrioid cancer?
13                 MS. GARBER:  Misstates her
14         testimony.
15         A.     The evidence -- that is not
16   what I said.  What I said is that talcum
17   powder, specifically Johnson's Baby Powder,
18   has been found to have evidence of heavy
19   metals, asbestos fibers, talc fibers, platy
20   talc, and the heavy metals that have been
21   found, chromium and nickel, are class 1
22   carcinogens.
23                 We've already talked about
24   asbestos being a class 1 carcinogen.  We've
25   already talked about talc fibers being a
```

```
 1    class 1 carcinogen.  And it's the combination
 2    of that, the use of that talcum powder that
 3    caused her cancer.
 4    BY MR. ZELLERS:
 5         Q.    What is your evidence of that?
 6               DR. THOMPSON:  Object.
 7    BY MR. ZELLERS:
 8         Q.    I understand your opinion with
 9    respect to talc.
10         A.    That's what she used.  That's
11    what she used and that's what has been found
12    in talcum powder.
13         Q.    What evidence do you have that
14    any heavy metal contained in Johnson's Baby
15    Powder causes endometrioid ovarian cancer?
16               DR. THOMPSON:  Object to form.
17         A.    I don't know that there's any
18    evidence, but I don't know that anybody's
19    ever studied specifically those heavy metals,
20    chromium, nickel, cobalt, which can be
21    carcinogenic, cause ovarian cancer
22    specifically.  They're carcinogenic.
23    BY MR. ZELLERS:
24         Q.    Your opinion is that it's talc,
25    whatever the talc --
```

```
 1         A.    It's the product.
 2         Q.    -- the product contains, that
 3   caused Ms. Gallardo's endometrioid ovarian
 4   cancer, correct?
 5         A.    It's a cause of her cancer.
 6         Q.    You're not trying to separate
 7   out the constituent parts of the talc to say
 8   that part of the talc is the cause of the
 9   endometrioid ovarian cancer?
10         A.    I'm not.  I'm saying what's in
11   the product, what has been found in the
12   product, there are multiple things that are
13   carcinogens.
14         Q.    You are not going to come to
15   trial and say it was asbestos contamination
16   in some bottles she used that cause ovarian
17   cancer; fair?
18               DR. THOMPSON:  Object.
19   BY MR. ZELLERS:
20         Q.    You're going to say it was the
21   use of the product with whatever constituent
22   parts it contained?
23               DR. THOMPSON:  Object to form.
24               MS. GARBER:  Object to the
25         form.
```

```
 1        A.      It's the use of the product,
 2   and in evaluating her tissues, there was
 3   evidence of talc fibers and asbestos fibers.
 4   BY MR. ZELLERS:
 5        Q.      Are you aware of whether or not
 6   any bottle of Johnson's Baby Powder that
 7   Ms. Gallardo claims to have used was ever
 8   tested for any potential contaminants?
 9        A.      Since the last time she opined
10   that she used it was in 1988, unless she
11   keeps a lot of things around for a long time,
12   I would -- I would be amazed if it was.
13        Q.      You're not one of
14   Ms. Gallardo's treating physicians; is that
15   right?
16        A.      I am not.
17        Q.      You're not involved in her
18   diagnosis or treatment with respect to
19   ovarian cancer, correct?
20        A.      I am not.
21        Q.      You've never met Ms. Gallardo;
22   is that right?
23        A.      I have not.
24        Q.      Have you ever spoken with her
25   husband?
```