# EXHIBIT 13

Judith Wolf, M.D.

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW JERSEY
 2
 3    ------------------------------
                                    )
 4    IN RE JOHNSON & JOHNSON        )
      TALCUM POWDER PRODUCTS         )  MDL NO.
 5    MARKETING, SALES PRACTICES,    )  16-2738(FLW)(LHG)
      AND PRODUCTS LIABILITY         )
 6    LITIGATION                     )
                                     )
 7    ------------------------------
 8     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                    STATE OF MISSOURI
 9
      VALERIE SWANN,                 )
10                                   )
            Plaintiff,               )
11                                   )  Cause No.
      v.                             )  1422-CC09326-03
12                                   )
      JOHNSON & JOHNSON, et al.,     )
13                                   )
            Defendants.              )
14    _____
15                    — — —
16           Tuesday, September 14, 2021
                      — — —
17
18         Oral Deposition of JUDITH WOLF, M.D.,
      VOLUME 2, held at the Fairmont Hotel, 101 Red
19    River Street, Austin, Texas, commencing at
      8:53 a.m. CDT, on the above date, before
20    Michael E. Miller, Fellow of the Academy of
      Professional Reporters, Certified Court
21    Reporter, Registered Diplomate Reporter,
      Certified Realtime Reporter and Notary
22    Public.
23                    — — —
24            GOLKOW LITIGATION SERVICES
          877.370.DEPS | fax 917.591.5672
25               deps@golkow.com
```

```
 1         A.     I don't think there's anything
 2   else in her history that I identified.
 3                Smoking would be mucinous
 4   cancer, and she did not have mucinous cancer.
 5         Q.     In Ms. Bondurant's case and in
 6   any case, we have the possibility of factors
 7   that are, as of now, unknown, correct?
 8   That's true for any --
 9         A.     All cancers, yeah.
10         Q.     Okay.  I asked you this
11   yesterday and I don't think we ever reached
12   an agreement, but new question.
13                In Ms. Bondurant's case, are
14   you able to ascribe a percentage that talc
15   caused her ovarian cancer as compared to a
16   percentage that family history caused her
17   ovarian cancer as compared to a percentage
18   that endometriosis caused her ovarian cancer?
19                DR. THOMPSON:  Object to form.
20         A.     I don't know how I would
21   ever -- I don't know how to answer that
22   question because I don't think of it as a
23   percentage.
24                Are you -- so I guess I'm still
25   not understanding your question.
```

1  powder use has not been found to be

2  associated with a confounder in the 40 years

3  since -- nearly 40 years since it's been

4  found to be associated with ovarian cancer.

5       Q.    All right.  It's possible, but

6  in your opinion unlikely, that Ms. Bondurant

7  could have gotten her ovarian cancer because

8  of a cause that science has yet to discover.

9             Is that a good summary of your

10 opinion --

11            DR. THOMPSON:  Object to form.

12 BY MR. ZELLERS:

13      Q.    -- on that point?

14      A.    No.  On the point of

15 confounding, my point is that as long as

16 we've known of the association between

17 genital powder use and ovarian cancer, there

18 have not been found any confounders that

19 would be the cause versus the genital talcum

20 powder use.

21      Q.    And I'm going to step beyond

22 that.

23      A.    Okay.

24      Q.    We've acknowledged and we've

25 discussed that there may be unknown causes of

```
 1   ovarian cancer, correct?
 2        A.    Yes.
 3        Q.    And you acknowledge in any
 4   woman's case it's possible that their ovarian
 5   cancer is caused by an unknown or
 6   undiscovered cause, but you believe in
 7   Ms. Bondurant's case the likely cause is her
 8   talcum powder use?
 9              DR. THOMPSON:  Object to form.
10        A.    That a cause of her cancer is
11   talcum powder use.
12   BY MR. ZELLERS:
13        Q.    The route of talcum powder
14   exposure in Ms. Bondurant's case was through
15   migration, correct?
16        A.    Yes.
17        Q.    You believe that her ovarian
18   cancer was caused from talcum powder
19   traveling to her ovary -- well, strike that.
20              We talked yesterday about
21   inhalation with Ms. Gallardo.  Same question
22   with Ms. Bondurant.
23              Do you believe that her ovarian
24   cancer was caused from talcum powder
25   traveling to her ovaries through inhalation?
```

 1          Q.      In Ms. Judkins' case, as in
 2     each of the cases we've discussed, there's
 3     the potential for unknown causes of ovarian
 4     cancer.  But in your view, talcum powder use
 5     is a cause of her ovarian cancer, correct?
 6                  DR. THOMPSON:  Object to form.
 7          A.      In my view, after review of all
 8     her medical records and her depositions and
 9     her forms, that talcum powder is a cause of
10     her ovarian cancer -- her talcum powder use.
11     BY MR. ZELLERS:
12          Q.      All of the questions that I've
13     asked you in the past as to whether you have
14     individual opinions about asbestos or heavy
15     metals or fragrances that may be contained in
16     the talc, your opinion in this case is not as
17     to those specific ingredients, but it's to
18     the ingredients as a whole, the talc, which,
19     in your opinion, in this case caused
20     Ms. Judkins' ovarian cancer, correct?
21                  DR. THOMPSON:  Object to form,
22            misstates her testimony.
23          A.      So it's the talc which contains
24     or had been found to contain asbestos talc
25     fibers, the heavy metals, nickel, chromium,

 1   cobalt that we've talked about, and some

 2   irritating fragrance ingredients.

 3   BY MR. ZELLERS:

 4        Q.    Once again, we have no evidence

 5   in Ms. Judkins' case of any samples of the

 6   talcum powder she used that you're aware of;

 7   is that right?

 8        A.    I'm not aware that we have any

 9   of the samples of her baby powder that she

10   used.

11        Q.    You have not communicated or

12   talked with Ms. Judkins; is that right?

13        A.    I actually was on a phone call

14   with Ms. Judkins one time.

15        Q.    When was that?

16        A.    About a year and a half ago.

17   It was sometime deep in the pandemic, so...

18        Q.    And for how long did the phone

19   call last?

20        A.    It was with attorneys.  I don't

21   remember how long the phone call was.  Maybe

22   30, 40 minutes.

23        Q.    And what was the purpose of the

24   phone call?

25              DR. THOMPSON:  And I think that