# EXHIBIT 15

Jack Siemiatycki, Ph.D.

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


-----------------------------x

IN RE JOHNSON & JOHNSON          ) MDL No.

TALCUM POWDER PRODUCTS           ) 16-2738 (FLW)(LHG)

MARKETING SALES PRACTICES,       )

AND PRODUCTS LIABILITY           )

LITIGATION                       )

                                 )

THIS DOCUMENT RELATES TO         )

ALL CASES                        )

-----------------------------x




VIDEOTAPED DEPOSITION OF

JACK SIEMIATYCKI, Ph.D.

MONTREAL, CANADA

THURSDAY, JANUARY 31, 2019

9:49 A.M.




Reported by: Leslie A. Todd

Jack Siemiatycki, Ph.D.

Page 173

1    two things with my two ears.

2              MS. PARFITT:  Sorry.

3              THE WITNESS:  Can you repeat the last

4    part?

5    BY MS. BRANSCOME:

6         Q    Yeah.  You would agree that all of the

7    factors that might make someone susceptible to

8    developing ovarian cancer are not currently known.

9         A    That's correct.

10             So are -- are you -- are you getting at

11   the potential impact of confounding as -- from

12   unknown factors as something that hasn't been

13   properly evaluated or that is part of this

14   picture?

15        Q    I am simply asking you --

16        A    Yes.

17        Q    -- questions about your opinions.

18        A    Yes, yeah.

19        Q    But you agree that the possibility of an

20   unknown confounding variable is something that, as

21   an epidemiologist, you would at least consider

22   when looking at the strength of association

23   established by epidemiological studies, correct?

24        A    I would consider it, and I've considered

25   it in the context of this literature, and in my