# EXHIBIT 16

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

-----------------------------------x

IN RE:   JOHNSON & JOHNSON TALCUM

POWDER PRODUCTS MARKETING, SALES

PRACTICES, AND PRODUCTS                MDL NO:

LIABILITY LITIGATION                   16-2738 (FLW)(LHG)

-----------------------------------x

THIS DOCUMENT RELATES TO

ALL CASES

-----------------------------------x


DEPOSITION UNDER ORAL EXAMINATION OF

SARAH E. KANE, M.D.

January 25, 2019, 9:19 a.m.


-  -  -

REPORTED BY: JANET M. SAMBATARO, RMR, CRR, CLR

-  -  -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Sarah E. Kane, M.D.

Page 133

1    separating out.

2         I've looked at the talcum powder product

3    that women use on their perineum, what they

4    bought off the shelf.  I haven't looked at

5    pharmaceutical-grade -- let me correct that --

6    pleurodesis talc, for example.  I have not looked

7    at pleurodesis talc and ovarian cancer.  I have

8    not looked at any literature specifically on

9    that.  It's been the talcum powder products that

10   women are buying off the shelf and using on their

11   perineum.

12        Q.   So if I told you that Johnson's baby

13   powder starts out as pharmaceutical-grade talc

14   and that, beyond that, fragrance is added, would

15   it be the fragrance that you're taking issue with

16   that you believe is causally associated with the

17   development of ovarian cancer?

18        A.   Again, I -- it's whatever is in that

19   bottle.  It could be platy talc, fibrous talc,

20   asbestos, heavy metals, fragrance.  It -- to me,

21   it's the product, whatever the product is that

22   they are using.

23        Q.   And you have done a biologic

24   plausibility analysis for fragrances, for metals,

25   for asbestos, for fibrous talc, and for platy

Sarah E. Kane, M.D.

Page 134

```
 1   talc --

 2         A.    So --

 3         Q.    -- each one of those constituents?

 4         A.    So I have looked at evidence -- so

 5   Dr. Crowley's report, I mentioned.  I've looked

 6   at Dr. Longo's report.  I've looked at Hopkins

 7   and the Pier charts from their depositions.  I'm

 8   aware of evidence that these heavy metals and

 9   fragrances and asbestos are in there.

10         However, I haven't done -- what I know, I

11   looked at the -- I've looked at some literature

12   and I've looked at the IARC categorization of the

13   heavy metals.  I've looked at Dr. Crowley's

14   report and I've done an extensive look at

15   asbestos and ovarian cancer.

16         But, ultimately, those are just pieces of

17   biological plausibility.  What I'm mainly -- what

18   I am opining about is the ultimate product.  And,

19   again, it can be platy talc, it can be fibrous

20   talc, it can be asbestos, it can be heavy metals.

21         It's pieces of information that strengthen

22   the plausibility.  We know that asbestos causes

23   ovarian cancer, that certain heavy metals are

24   carcinogens, which the IARC categorized them as.

25   So it's just -- it's just additional pieces of
```

Sarah E. Kane, M.D.

Page 135

1    information that strengthen the biological

2    plausibility arm of it.

3         Q.   Doctor, how do you arrive at a

4    causation conclusion without a well-defined agent

5    of exposure?

6              MR. ROTMAN:  Objection.

7         Q.   Do you understand what I'm asking you?

8    How do you arrive at your causation and

9    conclusion when you're not sure what it is about

10   the talcum powder products that's actually

11   biologically relevant?

12        A.   Well, I think -- well, strike that.

13        The epi studies are looking at the product

14   that the women are using.  So that is the agent.

15   It's the -- it's the total product.  That is the

16   agent.

17        So when you're looking through -- let me

18   just -- so let's keep in mind that we're looking

19   at that product.

20        And then if you go through my Bradford Hill

21   analysis, you look at strength of association.

22   And, overall, there's a consistent relative risk

23   that's between 1 and 2.  I would say it's, across

24   studies, averaging 1.3 to 1.4 relative risk, and

25   that's consistent across studies.  That's the

Sarah E. Kane, M.D.

Page 138

 1   an answer about the epi studies are looking at

 2   the product that the women are using, and you

 3   were talking about strength of association and

 4   then you said, "And that's consistent across

 5   studies.  That's the consistency piece of it,"

 6   and then you were interrupted.

 7            So were you done with your answer to

 8   that earlier question?

 9            THE WITNESS:  I can continue, because I

10   think it's important.

11            I mean, I was -- my general causation

12   opinion, the methodology I used was to answer the

13   question:  Does perineal application of talcum

14   powder products, the, you know, baby powder

15   product that you buy off the shelf, does that

16   cause ovarian cancer?  So it's whatever is in

17   that bottle.

18            So with the methodology that I used,

19   looking at the epi data, but also considering the

20   Bradford Hill criteria -- which, you know,

21   looking for specificity is another one.  So most

22   of the studies showed a stronger -- a strong

23   association with serous ovarian cancer, but it

24   was basically associated with epithelial ovarian

25   cancer, so all groups of epithelial ovarian

Sarah E. Kane, M.D.

Page 139

 1    cancer.  It was pretty specific, the epi data,

 2    for that type of ovarian cancer.

 3              Temporality.  If you look at that, I

 4    mean, the case-control studies are retrospective

 5    reviews, so we know that they were using talc

 6    before their diagnosis of ovarian cancer.

 7              Biological gradient.  For those studies

 8    that looked at a biological gradient, there was

 9    an evident -- there was evidence of a

10    dose-response, not all of the times statistically

11    significant, but the trend -- you can see a trend

12    of a dose-response across studies.

13              And then we get into the plausibility

14    piece, which you've been discussing mostly so far

15    in this deposition, which has to do with the

16    plausible mechanism of talcum powder -- what I'm

17    thinking of, talcum powder products -- whatever

18    is in that bottle was what I'm looking at --

19    talcum powder products causing -- the

20    plausibility of it causing a chronic inflammatory

21    response, leading to ovarian cancer.  We've been

22    discussing that quite a bit today.

23              And then coherence.  So I can refer

24    again to my report.  Coherence, in this context,

25    means coherence between epidemiologic and

Sarah E. Kane, M.D.

Page 140

 1    generally accepted knowledge of the disease in

 2    question.

 3             So we know that particles can reach the

 4    ovary.  We know that talc can cause chronic

 5    inflammation.  We know that chronic inflammation

 6    is associated with certain types of cancer.  We

 7    know that certain types of ovarian cancer have

 8    shown association with chronic inflammatory

 9    conditions.

10             So, again, going through all this is

11    experiment and analogy, experiment with the

12    animal studies and the in vitro studies.  And

13    analogy, I used the example of asbestos, because

14    even though asbestos is -- you know, asbestos is

15    chemically similar, you can have asbestos fibers

16    and talc fibers, but it's a similar mineral

17    chemically, and we know that that is a

18    carcinogen.  So that's part of the analogy.

19             But, again, it's the whole picture.  I

20    mean, you look at the -- all of this data

21    following my methodology and you apply the

22    Bradford Hill criteria guidelines -- the Bradford

23    Hill guidelines.  And, looking at all that, my

24    professional judgment is that the talcum powder

25    products can cause ovarian cancer.

Sarah E. Kane, M.D.

Page 144

 1    little too wide a net.  I think science is always

 2    evolving and there's always the possibility of an

 3    unknown cause of a certain type of cancer.

 4              MS. AHERN:  Objection.  Nonresponsive.

 5       Q.   My question was just:  Can carcinogens

 6    be organ specific?

 7       A.   And I feel like I answered that fairly.

 8       Q.   Do you know of carcinogens that are

 9    organ specific?

10       A.   I know -- for example, we know that H.

11    Pylori causes increased risk of gastric cancer,

12    but not oral or esophageal cancer.

13          We know that HPV infection can cause

14    cervical cancer, anal cancer, certain types of

15    squamous cell carcinomas of the oropharyngeal

16    system, but not, you know, of the endometrium,

17    for example.

18          So we know that certain things cause certain

19    cancers and aren't -- haven't been associated

20    with other types of cancers.  But to cast that

21    wide a net, to say that a carcinogen is only

22    going to cause one type of cancer or this cancer

23    is caused only by this carcinogen, I think that's

24    too wide a net, because I feel like research is

25    constantly evolving.  We're constantly learning

Sarah E. Kane, M.D.

Page 145

1    of new causal factors in cancer.

2         Q.   Do you think that dose is an important

3    consideration when you're looking at the

4    toxicologic effects of an agent on a tissue?

5         A.   I think it is a piece of information.

6    I'm looking at my biological gradient portion of

7    my report, and I said in my report that it was an

8    important factor in my analysis because it does

9    add information to the overall causality.

10        Q.   Are there agents that can be toxic at

11   certain levels and not toxic at other levels?

12        A.   There are certainly agents that are

13   more toxic with increased exposure and increased

14   duration.  We don't know all of the thresholds

15   for carcinogenicity of all carcinogens.

16        Q.   As part of the biologic plausibility

17   analysis that you would do on a particular agent,

18   would that take into consideration the relative

19   levels of exposure that a person would have to

20   that agent?

21        A.   Well, dose-response -- I -- I'm taking

22   it -- your question -- can you rephrase the

23   question?  I'm sorry.  I just want to make sure

24   I'm answering it accurately.

25        Q.   To determine whether it's biologically

Sarah E. Kane, M.D.

Page 288

 1    biology and inflammation, are you?

 2         A.    I am not currently participating in a

 3    study of oxidative stress or redox biology.

 4         Q.    You don't have any funding related to

 5    oxidative stress and inflammation, do you?

 6         A.    No, I do not.

 7         Q.    Have you ever applied for any funding

 8    in that area?

 9         A.    No.  I have not.

10         Q.    Have you ever authored a systematic

11    review of the literature on oxidative stress and

12    inflammation?

13         A.    Oxidative stress and inflammation, no.

14    I don't believe I have.

15         Q.    Have you ever authored a systematic

16    review of the literature on oxidative stress and

17    cancer?

18         A.    No.  I have not authored a systematic

19    review on that.

20         Q.    Okay.  Doctor, moving on to

21    inflammation and ovarian cancer.

22         Generally, on inflammation, can you cite to

23    a published experiment that was conducted in

24    animals in vivo that establishes a role of any

25    particular inflammatory cell or cytokine or