# EXHIBIT 21

Page 1

1              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF NEW JERSEY

2

3

4      _____

       IN RE JOHNSON & JOHNSON       )

5      TALCUM POWDER PRODUCTS        )MDL NO.

       MARKETING, SALES PRACTICES AND)16-2738 MAS RLS

6      PRODUCTS LIABILITY LITIGATION )

       _____)

7

8

9

10

11

12

13          DEPOSITION OF MICHELE L. COTE, PH.D., M.P.H.

14

15

16

17          The deposition upon oral examination of

18     MICHELE L. COTE, PH.D., M.P.H., a witness produced

19     and sworn before Wendi Kramer Sulkoske, Notary Public

20     in and for the County of Boone, State of Indiana,

21     taken on behalf of the Defendant at Faegre Drinker

22     Biddle & Reath, 300 North Meridian Street, Suite

23     2500, Indianapolis, Marion County, Indiana on March

24     21, 2024, pursuant to the Applicable Rules of

25     Procedure.

```
                                                           Page 110
 1    A    No, not that I'm aware of.
 2    Q    You are not an oncologist, correct?
 3    A    Correct.  I am not an oncologist.
 4    Q    You are not a cell biologist or cancer biologist,
 5         correct?
 6    A    I am not trained in cancer biology, no.  But I
 7         spent about twenty years in the cancer biology, it
 8         was not a department, but we were a training
 9         faculty for cancer biology students.
10              So I do feel like I have a good, but perhaps
11         not expert grasp of cancer biology.
12    Q    And we talked earlier today about the in vitro
13         studies, correct?
14    A    Correct.
15    Q    And your testimony on that from this morning
16         remains?
17    A    Correct.  I do not do in vitro work in my own
18         laboratory.
19    Q    Do you agree that prior to offering an expert
20         opinion on a particular topic that an expert
21         should be expected to conduct a comprehensive
22         review of the evidence on that topic?
23              MS. PARFITT:  Objection.  Form.
24    A    Can you restate that question?
25    Q    Sure.  As a scientist like yourself,
```

```
                                                            Page 111
 1         methodologically before offering an opinion on a
 2         specific topic, do you agree that you should do a
 3         comprehensive review of the medical and scientific
 4         literature on that topic?
 5    A    I agree that a comprehensive review should be
 6         undertaken before entering an opinion, yes.
 7    Q    For purposes of the report and your opinions in
 8         this litigation, did you do a comprehensive review
 9         for medical and scientific evidence on the alleged
10         presence of heavy metals in talc powers?
11    A    I did not do a systematic review of heavy metal in
12         talc powder.
13    Q    And related to that, did you do a systematic or a
14         comprehensive review on the alleged
15         carcinogenicity of heavy metals in talcum powders?
16    A    No, I did not do a systematic review.
17    Q    Did you do a comprehensive review on the alleged
18         relationship between heavy metals and ovarian
19         cancer?
20    A    No, I did not do a comprehensive systematic review
21         regarding heavy metals and ovarian cancer.
22    Q    Did you do a comprehensive review for medical or
23         scientific evidence on the alleged presence or
24         carcinogenicity of chemicals in talcum powder
25         fragrances?
```

```
                                                           Page 112
 1    A   No, I did not do a comprehensive review on
 2        fragrances or heavy metals.
 3    Q   Did you do a comprehensive review of the medical
 4        and scientific literature on the alleged presence
 5        of asbestos and related elements in talcum
 6        powders?
 7                MS. PARFITT:  Objection.
 8    A   I did not do a review specifically of asbestos.  I
 9        certainly reviewed comprehensive reports by, for
10        example, IARC that included asbestos as their main
11        exposure of interest.
12    Q   Just to be more precise, did you do a
13        comprehensive review of evidence related to the
14        alleged presence of asbestos in talcum powders?
15    A   No, I did not do a comprehensive systematic
16        review.
17    Q   Did you do a comprehensive review of the alleged
18        presence of fibrous talc in talcum powders?
19                MS. PARFITT:  Objection.
20    A   Again, I read a lot of literature about fibrous
21        talc.  But I did not do a comprehensive systematic
22        review like I did for the epidemiologic studies.
23    Q   And for the epidemiologic studies on talc and
24        ovarian cancer, correct?
25    A   Yes.  It was talc as a whole.  It was not the
```

Page 113

|   |   |   |
|---|---|---|
| 1 |   | components. It was whatever was in the bottles or |
| 2 |   | containers of talc that the women were using. |
| 3 | Q | Did you do a comprehensive review of the actual |
| 4 |   | underlying articles on the alleged association or |
| 5 |   | relationship between asbestos and ovarian cancer? |
| 6 |   | MS. PARFITT: Objection. Form. |
| 7 | A | No, I did not do my own individual review of the |
| 8 |   | articles going back to the literature. |
| 9 |   | For example, like what was cited in IARC, for |
| 10 |   | example, I did not do that. |
| 11 | Q | I understand from your report you looked at IARC |
| 12 |   | 2012, correct? |
| 13 | A | There were two others as well. |
| 14 | Q | Understood. For purposes of asbestos you are |
| 15 |   | referring to having reviewed IARC 2012, is that |
| 16 |   | right? |
| 17 |   | MS. PARFITT: Objection. Objection. |
| 18 |   | MR. JAMES: I will just withdraw the |
| 19 |   | question. |
| 20 | Q | Before being retained in the litigation what was |
| 21 |   | your opinion on the relationship between talc and |
| 22 |   | ovarian cancer? |
| 23 | A | Before being retained? So based on the paper that |
| 24 |   | we published in 2016, which I, myself, at that |
| 25 |   | time did not perform a systematic review, but it |