# EXHIBIT 23

Judith K. Wolf, M.D.

```
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW JERSEY
 2

    IN RE:  JOHNSON &          :
 3  JOHNSON TALCUM POWDER      :
    PRODUCTS MARKETING,        :
 4  SALES PRACTICES, AND       :
    PRODUCTS LIABILITY         :   CASE NO. 16-2738
 5  LITIGATION                 :     (FLW)  (LHG)
                               :
 6  THIS DOCUMENT RELATES      :
    TO ALL CASES               :
 7                             :
    MDL Docket No. 2738        :
 8
                         -  -  -
 9
                 Monday, January 7, 2019
10
                         -  -  -
11

12              Videotaped Oral Deposition of
13    JUDITH K. WOLF, M.D. taken pursuant to
14    notice, was held at the Hilton Austin, 500
15    East 4th Street, Austin, Texas, beginning at
16    9:08 a.m., on the above date, before Micheal
17    A. Johnson, Registered Diplomate Reporter,
18    Certified Realtime Reporter, and Notary
19    Public for the State of Texas.
20                       -  -  -
21

22

23

24
```

1         Q.    Have you investigated whether

2    or not there is an amount of talcum powder

3    that can be used perineally without

4    increasing the risk for ovarian cancer?

5               MS. O'DELL:  Objection, asked

6         and answered.

7         A.    I don't know if there is an

8    amount that's safe.  I don't know how I could

9    ethically test that.  I'm not aware of

10   anything in the literature that says, "This

11   dose is safe, this dose is not."  Because

12   even in all of the studies, what is a dose?

13   One shake?  Two shakes?  A hard shake?  A

14   light shake?

15   BY MS. BROWN:

16        Q.    Is your opinion, Dr. Wolf, that

17   some amount of perineal talcum powder use

18   causes ovarian cancer, is that opinion

19   dependent on an assumption that talcum powder

20   is contaminated with asbestos?

21        A.    No, because --

22              MS. O'DELL:  Object to the

23        form.

24        A.    -- talcum powder is a mix of

1  things, right?  It's a mix of platy talc,
2  fibrous talc, asbestos, heavy metals have
3  been found in it, nickel and chromium and
4  cobalt, and then all of the fragrances.  And
5  I have seen the expert report of Michael
6  Crowley, where he assessed the irritant
7  quality of some of the fragrances.  And so
8  when I look at the talcum powder product, I
9  look at it as a whole.
10  BY MS. BROWN:
11        Q.    Do you believe there is
12  asbestos in talcum powder?
13        A.    I've seen evidence that there
14  is asbestos found in at least 60 percent of
15  talcum powder that's been evaluated that I've
16  seen.
17        Q.    Is it your opinion in this
18  case, that 60 percent of talcum powder is
19  contaminated with asbestos?
20              MS. O'DELL:  Object to the
21        form, asked and answered.
22        A.    In the reports that I've seen,
23  60 percent of the time there was evidence of
24  asbestos.

1            MS. O'DELL:  Object to the

2       form.

3       A.    I didn't say these cause

4  ovarian cancer.  I say that they're known to

5  be carcinogenic and could be the cause of why

6  talcum powder products causes ovarian cancer.

7  And the other thing in there that I know can

8  be inflammatory, from reading Dr. Crowley's

9  report, are some of the fragrances that are

10 used.  And since inflammation is a risk

11 factor and an initiator in -- leads -- is

12 related to the progression of ovarian cancer,

13 I have concerns about those.

14 BY MS. BROWN:

15      Q.    And your opinion, then, Doctor,

16 as I understand it, is that you're not sure

17 which or what combination of all the items

18 you just listed to me are working to cause

19 cancer; is that right?

20           MS. O'DELL:  Object do the

21      form.

22      A.    My opinion is that it's the

23 talcum powder product as a whole that

24 increases the risk of ovarian cancer, and

Judith K. Wolf, M.D.

1    I've listed things that I know are in there

2    that can be carcinogenic or inflammatory.

3    BY MS. BROWN:

4         Q.    And to be clear, though, you

5    don't have an opinion as to the amounts of

6    any of the items you just listed for me as

7    they appear in baby powder, right?

8              MS. O'DELL:  Object to the --

9         object to the form.

10   BY MS. BROWN:

11        Q.    That was a bad question.

12   Here's what I want to know.  I understand

13   your opinion is based on your assumption that

14   fragrance, platy talc, fibrous talc, heavy

15   metals and asbestos are in Johnson &

16   Johnson's products, correct?

17             MS. O'DELL:  Object to the

18        form.

19        A.    It's in talcum powder product.

20   BY MS. BROWN:

21        Q.    And that would include Johnson

22   & Johnson's products, correct?

23        A.    Would include any talcum powder

24   product.