# EXHIBIT 29

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
 2

    IN RE JOHNSON & JOHNSON         §
 3  TALCUM POWDER PRODUCTS          § MDL NO.:
    MARKETING, SALES                §
 4  PRACTICES, AND PRODUCTS         § 16-2738(MAS)(RLS)
    LIABILITY LITIGATION            §
 5


 6


 7       *******************************************

 8            REMOTE VIDEOCONFERENCED DEPOSITION OF

 9              LAURA MASSEY PLUNKETT, PH.D.

10                    DECEMBER 21, 2023

11       *******************************************

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Job No. 348854
```

```
 1   some of those exist.  And because I've heard them
 2   discussed just kind of, you know, in conversation.
 3   But I have not, no.  I -- there's a -- from my
 4   understanding of what's there, there is some
 5   literature that causation experts rely upon that is
 6   post 2021.
 7        Q.   And without disclosing any conversation
 8   you've had with counsel, what articles are you aware
 9   of that exist?
10        A.   I don't know the name of the article.  I
11   just happen to know that there -- in conversations
12   I've had that there is some additional literature in
13   this area.
14        Q.   Same question as to heavy metals:  Have
15   you found any articles since August of 2021 that
16   you've not seen before concerning heavy metal
17   exposure and risk of cancer?
18        A.   No.  And on the heavy metals and actually
19   on the asbestos as well, don't forget that in my
20   discussion of my opinions, the issue is having
21   exposure to the entire mixture, not just to one
22   particular constituent.
23             So the epidemiological literature
24   related to perineal use of talc, it's talc with all
25   the things in it.  And the asbestos literature is
```