# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS<br><br>MDL No. 16–2738 (MAS) (RLS) |

### DECLARATION OF MATTHEW L. BUSH IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE PLAINTIFF'S STEERING COMMITTEE'S MOTION TO EXCLUDE THE GEOLOGY OPINIONS OF DRS. MARY POULTON AND LAURA WEBB

I, Matthew L. Bush, declare as follows:

I am an attorney and a partner with the law firm King & Spalding LLP, counsel for Defendants Johnson & Johnson and LLT Management, LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Certification in Support of Defendants' Opposition to the Plaintiff's Steering Committee's Motion to Exclude the Geology Opinions of Drs. Mary Poulton and Laura Webb.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Dr. Mary Poulton's expert report dated February 25, 2019, issued in this case.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Dr. Laura Webb's expert report dated February 25, 2019, issued in this case.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Dr. Robert Cook's deposition on January 30, 2019, in this case.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Dr. Robert Cook's amended expert report dated January 22, 2019, issued in this case.

5. Attached hereto as **Exhibit 5** is a true and correct copy of Coggiola M, Bosio D, Pira E et al. *An update of a mortality study of talc miners and millers in Italy*. Am J Ind Med. 2003 Jul;44(1):63-9. doi: 10.1002/ajim.10240. PMID: 12822137.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 22, 2024

*Matthew Bush*
Matthew L. Bush