# EXHIBIT 4
# Part 2

# CURRICULUM VITAE

## Robert B. Cook, Jr.

1631 Lauren Lane
Auburn, AL 36830
334-750-6113 (cell)
334-821-3981 (home)
cookrob@auburn.edu

## EDUCATION:

E.M., Mining Engineering, Colorado School of Mines, 1966
M.S., Geology, University of Georgia, 1968
Ph.D., Geology, University of Georgia, 1971

Professional Registration:   Georgia #009; Registered Professional Geologist
Florida #0033; Registered Professional Geologist
Alabama #007; Registered Professional Geologist

## EXPERIENCE:

### Major Positions:

Current
   Professor Emeritus, Auburn University, Department of Geosciences
   President- Alabama Resource Management, Inc.
   Treasurer- Deep South PGM, LLC
   Managing Partner- Southeast Metals

1972-2007
   Assistant Professor - Associate Professor – Professor; Department of Geology, Auburn
   University; tenured September 1, 1977; Graduate Faculty 1981- 2007;
   Department Head May 15, 1984- September 15, 2005

1970-1972; 1973-1975
   Staff exploration geologist, Lindgren Exploration Company, Wayzata, Minnesota

## SIGNIFICANT HONORS AND AWARDS:

Uranium mineral bobcookite named in his honor,  2014
Robert B. Cook Endowed Chair in Geology established at Auburn University, 2009
Charles A. Salotti National Earth Science Education Award, 2006
Best Paper for year 2002- Rocks and Minerals, Friends of Mineralogy
American Federation of Mineralogical Societies, 1999 Scholarship Award
Sigma Xi, The National Research Society, 1990; President- Auburn Chapter, 1997-1998
Invited Research Scholar - Chinese Education Commission, 1990
Invited Participant - United Nations Senior Technical Advisor Program - PRC, 1991
Chairman and Vice President, Alabama Academy of Science, Geology Section, 1975-1977
Phi Kappa Phi, 1968

**MEMBERSHIP IN  PROFESSIONAL ORGANIZATIONS**:

    American Institute of Mining and Metallurgical Engineers (inactive)
    Geological Society of America (inactive)
    Alabama Geological Society
    Georgia Geological Society (inactive)
    Society of Exploration Geochemists
    Society of Economic Geologists (Fellow; inactive)
    Friends of Mineralogy  ( inactive member, former member Board of Directors)


**PUBLICATIONS**:

**Reviewed Publications**:

Cook, R. B., and J. C. Gray, 2016, Minerals of Georgia (2nd edition), University of Georgia Press, 326 p.

Mauthner, M. H. F., and R. B. Cook, 2013, The nature of gold, Miineralaientage Munchen,  16 – 81.

Saunders, J., M. Steltenpohl, and R. B. Cook, 2013. Gold exploration and potential of the Appalachian Piedmont of Eastern Alabama. S.E.G. Newsletter, 13 – 19.

Cook, R. B., 2013, Buergerite (fluor-buergerite), Mexquitic, San Luis Potosi, Mexico, Rocks and Minerals, v. 88, 442 – 446.

Cook, R. B. 2013, Liddicoatite, fluor-liddicoatite, and lidddicoatitic tourmalines, Anjanabonoina, Madagascar. Rocks and Minerals v. 88, 346 – 352.

Clifford, J. H., R. B. Cook, and G. A. Staebler (eds), 2013, Nevada. Lithographie, LLC, Denver, 122p.

Cook, R. B., 2013, Nevada- America's other golden state *in* Clifford, J. H., R. B. Cook, and G. A Staebler *(*eds). Lithographic, LLC. Denver, 92 – 101.

Cook, R. B., 2012, Olmiite, N'Chwaning II mine, Kalahari Manganese Field, Republic of South Africa. Rocks and Minerals v. 87, no. 2, 150 – 155.

Cook, R. B., 2011, Platinum, Konder Massif, Khabarovsk Territory, Far Eastern Region, Russia. Rocks and Minerals v. 86, no. 5, 424 – 431.

Cook, R. B.  2011, Gold in the San Juans in Kile, D. and G. A. Staebler, eds. The San Juan Triangle of Colorado. Lithographie, LLC. Denver.  22 – 29.

Cook, R. B., and J. D. Webb, 2009, Base- and precious-metal occurrences in the Alabama Inner Piedmont *in* G. Guthrie (ed.), Emplacement of gold deposits in the Eastern Blue Ridge and Brevard Zone, Alabama Piedmont - Alabama Geological Society 46th Annual Fieldtrip Guidebook, 61 - 78.

Cook, R. B., and J. M. McCullars, 2009, New data on gold and related metal occurrences in the Brevard Zone of Alabama *in* G. Guthrie (ed.), Emplacement of gold deposits in the Eastern Blue

Ridge and Brevard Zone, Alabama Piedmont – Alabama Geological Society 46th Annual Fieldtrip Guidebook, 37 – 60.

Hyrsl, J. and R. B. Cook, 2009, The Viloco tin district, *in* Cook, R. B., S. Leibetrau, G. Neumeier, and G. Staebler (eds.), Bolivia. Lithographie LLC, Denver, 72 – 75.

Cook, Robert B., 2009, Silver and tin minerals from the San Jose and Itos mines in Oruro, *in* Cook, R. B., S. Leibetrau, G. Neumeier, and G. Staebler (eds), Bolivia. Lithographie, LLC., Denver, 26 – 31.

Cook, Robert B., S. Leibetrau, G. Neumeier, and G. Staebler ( eds.), 2009, Bolivia. Lithographie, LLC., Denver. 109 p.

Cook, Robert B., C. A. Francis, and B. Lees, 2009, The Colorado Quartz gold mine, Mariposa County, California. Rocks and Minerals 84, 396 – 412.

Cook, Robert B., J. C. Gray, J. E. Santamaria, and J. B. Gordon, 2008, Graves Mountain, Lincoln County, Georgia *in* G. A. Staebler and W. E. Wilson, American Mineral Treasures. Lithographie, LLC, East Hampton, Connecticut, 128 – 135.

Cook, Robert B., T. Ledford, and J. C. Gray, 2008, Jacksons Crossroads, Wilkes County, Georgia *in* G. A. Staebler and W. E. Wilson, American Mineral Treasures, Lithographie, LLC, East Hampton, Connecticut, 252 – 257.

Cook, Robert. B., and Thomas M. Gressman, 2008, The Mockingbird gold mine, Mariposa County, California. Rocks and Minerals 83, 392 – 401.

Fousek, Robert. S. and Robert B. Cook, 2007, Geology of the Cleveland Farms Greenfield site, Randolph County, Alabama, *in* Fousek, R. S. ed: Locating, Permitting, and Operation of Construction Aggregate Mining Operations in Alabama. Alabama Geological Society 44th annual field trip guidebook, p. 5 – 53.

Cook, Robert B., Brian S. Fowler, and Robert S. Fousek, 2007, Geology of the SRM Aggregates Inc. quarry and vicinity, Lee County, Alabama, *in* Fousek, R. S. ed: Locating, Permitting and Operation of Construction Aggregate Mining Operations in Alabama. Alabama Geological Society 44th annual field trip guidebook, p. 54 – 68.

Cook, Robert B., Robert S. Fousek, Kevin R. Bogdan, and Mark G. Steltenpohl, 2007, Geology of the Farmville Metagranite, Opelika Complex, Inner Piedmont at the Vulcan Materials Company Notasulga Quarry, Lee County, Alabama, *in* Fousek, R. S., ed: Locating, Permitting, and Operation of Construction Aggregate Mining Operations in Alabama. Alabama Geological Society 44th annual field trip guidebook, p. 93 – 101.

Savrda, C.E., R. B. Cook, and A Petrov, 2006, Trace fossil preservation in native copper, Corocoro, Bolivia, Rocks and Minerals 81, 362 – 363.

Steltenpohl, M. G., Cook, R. B., Grimes, J. F., Keefer, W. D., Heatherington, A., and Mueller, P., 2005, Geology of the Brevard zone in the hinge of the Tallassee Synform, Alabama Fall Line: implications for southern Appalachian tectonostratigraphy, *in* Steltenpohl, M. G. ed.: New Perspectives on Southernmost Appalachian Terrains, Alabama and Georgia. Alabama Geological Society 42nd annual field trip guidebook, p.125 – 145.

3

Sterling, J. W., Steltenpohl, M. G., and Cook, R. B., 2005, Petrology and geochemistry of igneous rocks in the southernmost Brevard zone of Alabama and their implications for southern Appalachian tectonic evolution, *in* Steltenpohl, M. G., ed: New Perspectives on Southernmost Appalachian Terrains, Alabama and Georgia. Alabama Geological Society 42nd annual field trip guidebook, p. 96 - 124.

Sterling, J. W., Steltenpohl, M. G., and Cook, R. B., 2005, Geology of the southern exposures of the Brevard zone in the Red Hill Quadrangle near Martin Dam, Alabama, *in* Steltenpohl, M., ed, Southernmost Appalachian terrains, Alabama and Georgia: Southeastern Section of the Geological Society of America Field Trip Guidebook, p. 70 - 98.

Leicht, W. C., and Cook, R., 2004, The Eagles Nest Mine, Placer County, California. Mineralogical Record, vol 35, p. 65 - 72.

Kelley, J.K., Wu, K.K., Ward, B.A., and Cook, R.B., 2002, Highwall Stability in an open pit stone operation. Proceedings, 21st International Conference on Ground Control in Mining, Morgantown, W.V., p. 228-235.

Saunders, J.A., Pritchett, M.A., and Cook, R.B., 1997, Geochemistry of biogenic pyrite and ferromanganese stream coatings: A bacterial connection?: Geomicrobiology Journal, v. 14, p. 203-217.

Fousek, R.S., and Cook, R.B., 1997, The Coldwater Mountain Quarry: New uses for Weisner Formation Quartzite in Fousek, R.S., and Cook, R.B., eds.: Industrial Minerals and Rocks of Northeast Alabama: Geological Society of America, Guidebook for Southeastern Sectional Field Trip III, p. 19.

Fousek, R.S., and Cook, R.B., eds., 1997, Industrial Minerals and Rocks of Northeast Alabama: Geological Society of America, Guidebook for Southeastern Sectional Field Trip III, 37 p.

Saunders, J. A., Cook, R B., Thomas, R. C., and Crowe, D. E., 1996, Coprecipitation of trace metals in pyrite: Implications for enhanced intrinsic bioremediation: Proc. Fourth International Symposium of the Geochemistry of the Earth's Surface (Ilkley, Yorkshire, England).

Horowitz, A. J., Robbins, J. A., Elrich, K. A., and Cook, R. B., 1996, Bed sediment-trace element geochemistry of Terrace Reservoir, near Summitville, Southwestern, Colorado: U.S. Geological Survey Open-File Report 96-344, Atlanta, Georgia, 41 p.

Saunders, J. A., Cook, R. B., and Schoenly, P.A., 1996, Electrum disequilibrium crystallization textures in volcanic-hosted bonanza epithermal gold deposits of northern Nevada: Proceedings, Geology and Ore Deposits of the American Cordillera: Geol. Soc. Nevada, p. 173-179.

Horowitz, A. J., Elrick, K. A., Robbins, J.A., and Cook, R. B., 1995, A summary of the effects of mining and related activities on the sediment-trace element geochemistry of Lake Coeur d'Alene, Idaho, U.S.A.: Journal of Geochemical Exploration 52, 135-144.

Horowitz, A. J., Elrick, K. A., Robbins, J. A., and Cook, R. B., 1995, Effect of mining and related activities on the sediment-trace element geochemistry of Lake Coeur d'Alene, Idaho, USA Part II: Subsurface Sediments: Hydrological Processes, v. 9, 35-54.

Cook, R. B., and Thomson, I., 1995, Characteristics of Brevard Zone gold mineralization in the Sessions vicinity, Tallapoosa County, Alabama: in Guthrie, G. M. (ed.), The timing and tectonic mechanisms

4

of the Alleghanian Orogeny, Alabama Piedmont, Guidebook for the 32nd Annual Field Trip of the Alabama Geological Society, p. 43-51.

Keefer, W. D., Steltenpohl, M. G., and Cook, R. B., 1993, Geology of the Tallassee Synform hinge zone along the Alabama fall line: in Steltenpohl, M. G., and Salpas, P. A. (eds.), Geology of the southernmost exposed Appalachian Piedmont rocks along the Alabama fall line: Field Trip Guidebook III, 42nd Annual Meeting, Southeastern Section, Geological Society of America, p. 36-66.

Grimes, J. E., Steltenpohl, M. G., Cook, R. B., and Keefer, W. D., 1993, New geological studies of the most southern part of the Brevard zone, Alabama, and their implications for southern Appalachian tectonostratigraphy: in Steltenpohl, M. G., and Salpas, P. A. (eds.), Geology of the southernmost exposed Appalachian Piedmont rocks along the Alabama fall line: Field Trip Guidebook III, 42nd Annual Meeting, Southeastern Section, Geological Society of America, p. 95-116.

Grimes, J. E., Steltenpohl, M. G., Cook, R. B., and Keefer, W. D., 1993, Geology of the southernmost Brevard fault zone, Alabama and its implications for southern Appalachian tectonostratigraphy: in Hatcher, R. D., Jr., and Davis, T. L. eds., Studies of Inner Piedmont Geology with a focus on the Columbus Promontory: Carolina Geological Society Annual Field Trip Guidebook, p. 91-103.

Horowitz, A. J., Elrick, K. A., and Cook, R. B., 1993, Effect of mining and related activities on the sediment trace element geochemistry of Lake Coeur d'Alene, Idaho, USA. Part I: Surface and Sediments: Hydrological Processes, vol. 7, p. 403-423.

Horowitz, A. J., Elrick, K. A., Robbins, J. A., and Cook, R. B., 1993, The effect of mining and related activities on the sediment-trace element geochemistry of Lake Coeur d'Alene, Idaho, Part II: Subsurface sediments: U.S. Geological Survey Open File Report 93-656, 28 p.

Higgins, M. W., Crawford, T. J., Lesure, F. G., Nelson, A. E., Grossman, J. N., Doughten, M. W., Rait, Norma, McCartan, Lucy, Crawford, R. F., III, Medlin, J. H., Gottfired, David, Cook, R. B., Jr., Sanders, R. P., and Gillon, K. A., 1992, A preliminary geochemical evaluation of potential for platinum deposits in the crystalline rocks of Georgia: U.S. Geological Survey, Open File Report 92-220, 89 p.

Horowitz, A. J., Elrick, K. A., and Cook, R. B., 1992, Effect of mining- related activities on the sediment-trace element geochemistry of Lake Coeur d'Alene, Idaho, USA--Part 1: Surface sediments: U.S. Geological Survey, Open File Report 92-109. 30 p.

Cook, R. B., Wu, Anbin, and Song, Chunhui, 1991, Stratabound Pb-Zn deposits of the central Xicheng District, southeastern Gansu Province, China: Mining Engineering, v. 43, no. 9, p. 1165-1169.

Steltenpohl, M. G., Neilson, M. J., Bittner, E. I., Colberg, M. C., and Cook, R. B., 1990, The geology of the Alabama Inner Piedmont: Alabama Geological Survey Bulletin 139, 82 p.

White, J. S. and Cook, R. B., 1990, Amethyst occurrences of the eastern United States: Mineralogical Record, v. 21, no. 3, p. 203-213.

Cook, R. B. (editor), 1990, Economic mineral deposits of the southeast: Metallic ore deposits: Georgia Geologic Survey, Bulletin 117, 262 p.

Cook, R. B. and Burnell, J. R., 1990, A geochemical investigation of the Mason Mountain sperrylite occurrence, Macon County, North Carolina: in Cook, R. B. (ed.), Economic mineral deposits of the southeast: Metallic ore deposits, Georgia Geologic Survey, Bulletin 117, p. 163-176.

Steltenpohl, M. G., Guthrie, G. M., and Cook, R. B., 1990, Geology of the Brevard Zone at Jacksons Gap: in Steltenpohl, M. G., Kish, S. A., and Neilson, M. J. (eds.), Geology of the Southern Inner Piedmont, Alabama and Georgia, Field Trip Guidebook VII, 39th Annual Meeting, Southeastern Section, Geological Society of America, p. 101-109.

Horowitz, A. J., Elrick, K. A., and Cook, R. B., 1990, Arsenopyrite in the bank deposits of the Whitewood Creek-Belle Fourche-Cheyenne River-Lake Oahe System, South Dakota, U.S.A.: The Science of the Total Environment, v. 97, p. 219-233.

Foord, Eugene E. and Cook, Robert B., Jr., 1989, Mineralogy and paragenesis of the McAllister Sn-Ta Deposit, Coosa County, Alabama: Canadian Mineralogist, v. 27, no. 1, p. 93-105.

Horowitz, Arthur J., Elrick, Kent A., and Cook, Robert B., 1989, Source and transport of arsenic in the Whitewood Creek-Belle Fourche- Cheyenne River-Lake Oahe system, South Dakoto:  U.S. Geological Survey, Water Resources Investigations Report 88-4220, p. 223-234.

Cook, Robert B., 1989, Base and precious metal stream-sediment geochemistry related to mafic-ultramafic bodies in the Alabama and adjacent Georgia Inner Piedmont: in Mittwede, Steven K. and Stoddard, Edward F. (eds.), Ultramafic rocks of the Appalachian Piedmont, Geological Society of America, Special Paper 231, p. 93-103.

Cook, R. B. and Nelen, J. A., 1989, Exploration significance of multistage Cretaceous and modern processes in placer gold occurrences of the Georgia-Alabama fall line:  Mining Engineering, v. 41, no. 12, p. 1197-1201.

Lesher, C. M., Cook, R. B., and Dean, L. S. (eds.), 1989, Gold deposits of Alabama:  Geological Survey of Alabama, Bulletin 136, 229 p.

Paris, T. A. and Cook, R. B., 1989, Exploration geology of selected gold prospects traditionally related to the Hillabee Greenstone, Alabama and Georgia: in Lesher, C. M., Cook, R. B., and Dean, L. S (eds.), Gold deposits of Alabama, Geological Survey of Alabama, Bulletin 136, p. 33- 60.

Zwaschka, M. R. and Cook, R. B., 1989, Geology and preliminary exploration geochemistry of the Idaho district, Clay County, Alabama: in Lesher, C. M., Cook, R. B., and Dean, L. S. (eds.), Gold deposits of Alabama, Geological Survey of Alabama, Bulletin 136, p. 83-100.

Neal, W. L. and Cook, R. B., 1989, Mineralogy, petrology and geochemistry of phyllite-hosted gold deposits, Goldville district, Tallapoosa County, Alabama: in Lesher, C. M., Cook, R. B., and Dean, L. S. (eds.), Gold deposits of Alabama, Geological Survey of Alabama, Bulletin 136, p. 101-114.

Neal, W. L. and Cook, R. B., 1989, Gold and related trace metal geochemistry at the Tallapoosa and Lowe mines, Goldville district, Tallapoosa County, Alabama: in Lesher, C. M., Cook, R. B., and Dean, L. S. (eds.), Gold deposits of Alabama, Geological Survey of Alabama, Bulletin 136, p. 115-132.

Johnson, M. J. and Cook, R. B., 1989, Gold occurrences of the Eagle Creek and northeastern Devil's Backbone districts, Tallapoosa County, Alabama: in Lesher, C. M., Cook, R. B., and Dean, L. S. (eds.), Gold deposits of Alabama, Geological Survey of Alabama, Bulletin 136, p. 159-172.

Cook, R. B. and Nelen, J. A., 1989, The occurrence and exploration significance of gold in Cretaceous sediments of the Alabama Coastal Plain: in Lesher, C. M., Cook, R. B., and Dean, L. S. (eds.), Gold deposits of Alabama, Geological Survey of Alabama, Bulletin 136, p. 173-184.

Cook, R. B. and Nelen, J. A., 1988, Exploration significance of multistage Cretaceous and Modern processes in gold placers of the Georgia-Alabama Fall Line: American Institute of Mining Engineers Preprint 88-2, 7 p.

Cook, R. B. and Bittner, Enid, 1988, Tectonic modeling as a guide to base and precious metal exploration in the southernmost Appalachian Orogen: in Kisvarsany, G. (ed.), North American conference on tectonic control of ore deposits and the vertical extent of ore systems, Proceedings, Rolla, Missouri, pp. 471-481.

Higgins, Michael W., Atkins, Robert L., Crawford, Thomas J., Crawford, Ralf F., Brooks, Rebekah, and Cook, Robert B., 1988, The structure, stratigraphy, tectonostratigraphy, and evolution of the southernmost part of the Appalachian orogen: United States Geological Survey Professional Paper 1475, 173 p.

Dean, Lewis S. and Cook, Robert B., Jr., 1987, Some geochemical aspects of tin mineralization related to granitic rocks of the northern Alabama Piedmont: in Drummond, M. S. and Green, N. L. (eds.), Granites of Alabama, Alabama Geological Survey, pp. 199-207.

Cook, Robert B., 1987, Notable gold occurrences in Georgia and Alabama: Mineralogical Record, v. 18, no. 1, p. 65-74.

Cook, Robert B., Jr., Dean, Lewis S., and Foord, Eugene E., 1987, Tin-tantalum mineralization associated with the Rockford Granites, Coosa County, Alabama: in Drummond, M. S. and Green, N. L. (eds.), Granites of Alabama, Alabama Geological Survey, pp. 209-220.

Green, N. L. and Cook, R. B., 1987, Fluorine geochemistry of northern Alabama Piedmont granitoids and its relation to tin metalogenesis: in Drummond, M. S. and Green, N. L. (eds.), Granites of Alabama, Alabama Geological Survey, pp. 183-198.

Cook, Robert B., Jr., 1986, The Two-Bit Tin Prospect, Coosa County, Alabama: in Whittington, D. and others (eds.), Mineral resources of the northern Alabama Piedmont, Southeastern Geological Society Guidebook 27, pp. 47-49.

Cook, Robert B., Jr. and Burnell, James, Jr., 1985, The trace metal signature of major lithologic units, Dahlonega District, Lumpkin County, Georgia: in Misra, Kula C. (ed.), Volcanogenic sulfide - precious metal mineralization in the Southern Appalachians, University of Tennessee Studies in Geology #16, pp. 206-219.

Cook, Robert B., Jr., 1985, The mineralogy of Graves Mountain, Georgia: Mineralogical Record, v. 16, no. 6, pp. 443-458.

Sears, James W. and Cook, Robert B., 1984, An overview of the remobilized Grenville basement rocks of the Pine Mountain Window, Alabama and Georgia: in Bartholomew, M. J., ed., The Grenville event

in the Appalachians and related topics: Geological Society of America, Special Paper 194, pp. 281-287.

Cook, Robert B. and Burnell, James R., 1984, Geology of the Dahlonega District, Georgia:  Georgia Geological Survey Open File Report 85-3, map.

Higgins, Michael W., Atkins, Robert L., Crawford, Thomas J., Crawford, Ralf F., III, and Cook, Robert B., 1984, A brief excursion through two thrust stacks that comprise most of the crystalline terrane of Georgia and Alabama: Georgia Geological Society Guidebook, 19th Annual Field Trip, 67 p.

Cook, Robert B., Hicks, Benjamin K., and Beg, Mirza A., 1982, Reconnaissance uranium exploration, Clay and Coosa Counties, Alabama: Alabama Geological Survey Circular 107, 44 p.

Gastaldo, Robert A. and Cook, Robert B., 1982, A reinvestigation of the paleobotanical evidence for the age of the Erin Shale, Clay County, Alabama: Geological Society of America, Special Paper 191, pp. 69-77.

Cook, Robert B. and Smith, Everett, 1982, Mineralogy of Alabama:   Alabama Geological Survey Bulletin 120, 285 p.

Cook, Robert B. and Mallette, Reese E., 1981, Quality of surface water, Bell County, Kentucky: Kentucky Geological Survey, Series 11, Information Circular 5, 11 p.

Sears, J. W., Cook, R. B., and Brown, D. E., 1981, Tectonic evolution of the western part of the Pine Mountain Window and adjacent Inner Piedmont Province: Alabama Geological Society Guidebook 18, pp. 1-13.

Sears, James W., Cook, Robert B., Gilbert, Oscar E., Carrington, Thomas J., and Schamel, Steve, 1981, Stratigraphy and structure of the Pine Mountain Window in Georgia and Alabama, in Latest thinking on the stratigraphy of selected areas in Georgia:  Georgia Geological Survey Information Circular 54-A, pp. 41-53.

Brown, D. E. and Cook, R. B., 1981, Petrography of major Dadeville Complex rock units in the Boyds Creek area, Chambers and Lee Counties, Alabama: Alabama Geological Society Guidebook 18, pp. 15-40.

Cook, Robert B., 1979, The mineralogy of Chanarcillo, Chile:  The Mineralogical Record, v. 10, no. 4, pp. 197-204.

Cook, Robert B., 1979, The occurrence of Japan-law twinning in quartz:  The Mineralogical Record, v. 10, no. 3, pp. 137- 146.

Cook, Robert B., 1978, The mineralogy of Chuquicamata, Chile:  The Mineralogical Record, v. 9, no. 5, pp. 321-333.

Cook, Robert B., 1978, Soil geochemistry of the Franklin-Creighton Gold Mine, Cherokee County, Georgia, in Short contributions to the geology of Georgia:  Georgia Geological Survey Bulletin 93, pp. 15-21.

Cook, Robert B., 1978, Mineralogy of massive sulfide deposits in west central Georgia, in Short contributions to the geology of Georgia: Georgia Geological Survey Bulletin 93, pp. 22- 31.

Cook, Robert B., 1978, Minerals of Georgia: Their properties and occurrences: Georgia Geological Survey Bulletin 92, 189 p.

Cook, Robert B., 1977, Morphology of Bolivian cassiterite: The Mineralogical Record, v. 8, no. 1, pp. 52-57.

Cook, Robert B., 1975, Mineralogy of the Department of Oruro, Bolivia: The Mineralogical Record, v. 6, no. 3, pp. 125-137.

Cook, Robert B., 1975, The occurrence of creedite at Colquiri, Inquisivi Province, Bolivia: The Mineralogical Record, v. 6, no. 6, pp. 278-281.

Neathery, T. L., Tull, J. F., Deininger, R. W., Russell, G. S. and Cook, R. B., 1975, Geologic profiles in the northern Alabama Piedmont: Alabama Geological Society, Thirteenth Annual Field Trip Guidebook, pp. 1-8.

Cook, Robert B., 1975, Economic geology of the northern Alabama Piedmont: Alabama Geological Society, Thirteenth Annual Field Trip Guidebook, pp. 99-110.

## PUBLISHED ABSTRACTS OF PAPERS PRESENTED BEFORE PROFESSIONAL SOCIETIES AND RELATED SHORT PAPERS:

Fousek, R., Robert B. Cook, and Alex Glover, 2015, Reserves of high-calcium limestone underlyingthe historic ghost own of Battelle, DeKalb County, Alabama. Geological Society of America Annual Meeting, Southeaastern Section, Programs with Astracts V. 47, No. 2.

Higgins, Michael W., Ralph F. Crawford, and Robert B. Cook, 2009, Geologic map of the Blue Ridge in Georgia, southernmost Appalachians: Part I- Alabama state line to middle north Georgia. Geological Society of America Annual Meeting, Southeastern Section, Programs with Abstracts, p.

Crawford, Ralph W., Michael W. Higgins, and Robert B. Cook, 2009, Geologic map of the Blue Ridge in Georgia, southernmost Appalachians: Part II- middle north Georgia to the North Carolina State line. Geological Society of America Annual Meeting, Southeastern Section, Programs with Abstracts, p.

Sterling, J. W., M. G. Steltenpohl, R. B. Cook, P. Mueller, and A. L. Heatherington, 2005, Geological re-evaluation of the southernmost Brevard Zone, Alabama: implications for Appalachian evolution. Geological Society of America Annual Meeting Programs with Abstracts, p.

Francis, C. A., and Cook, R. B., 2004, The Harvard Mineralogical Museum's gold collection. Mineralogical Record, v. 35, p. 58.

Cook, R. B., and Pohwat, P., 2003, Llallagua, Bolivia: Mineral associations and habits exhibited by micromounts in the collection of the National Museum of Natural History (Smithsonian Institution). Mineralogical Record, v. 34, p. 115.

Turner, J.P., Saunders, J.A., and Cook, R.B., 2002, Petrographic evidence for amorphous silica precursors and geomicrobiologic processes in silicified and pyritized Holocene wood: Geological Society of America Annual Meeting Programs with Abstracts, p. 493.

Cook, R.B., and Nicolson, B.E., 2002, The occurrence of dioptase in African mineral deposits: Mineralogical Record, v. 33, no. 1, p. 77-78.

Cook, R.B., Nicolson, B.E., and Bruce, I.R., 2002, Reopening of the Tsumeb mine, Namibia: Mineralogical Record, v. 33, no. 1, p. 78.

Hinton, J.L., and Cook, R.B., 1998, Changing times for the deep south aggregate industry: Technical Program Abstracts, Society of Mining Engineers Annual Meeting, p. 55.

Fousek, R.S., and Cook, R.B., 1997, Early Cambrian Weisner Quartzite as a source of construction aggregates in Alabama: Geological Society of America Abstracts with Programs, vol. 29, no. 3, p. 17.

Cook, R.B., Thomson, I., and Brazell, T.N., 1997, Lithogeochemical and related trends through the lower mineralized zone of the Don Mario Gold-Copper deposit, Santa Cruz, Bolivia: Geological Society of America Abstracts with Programs, vol. 29, no. 6, p. A-445.

Thomson, I., Cook, R.B., and Brazell, T.N., 1997, Geologic setting and exploration history of the Don Mario Gold-Copper deposit, Santa Cruz, Bolivia: Geological Society of America Abstracts with Programs, vol. 29, no. 6, p. A-444.

Brazell, T.N., Cook, R.B., and Thomson, I., 1997, General characteristics of the upper and lower mineralized zones, Don Mario Gold-Copper deposit, Santa Cruz, Bolivia: Geological Society of America Abstracts with Programs, vol. 29, no. 6, p. A-445.

Cook, R. B., and Fousek, R. S., 1996, Metal distributional patterns in bank sediment of the Coeur d'Alene River west of Kellog, Idaho: Geological Society of America Abstracts with Program, v. 28, no. 4, p. 4-5.

Fousek, R. S., and Cook, R. B., 1996, Aerial distributional patterns of metals in the sediments of the flood plains and river bank of the South Fork and Coeur d'Alene Rivers, Shoshoni and Kootenai counties, Idaho: Geological Society of America Abstracts with Programs, v. 28, no. 4, p. 8.

Cook, R. B., 1995, The occurrence of topaz in the southeastern United States: Mineralogical Record 26, 1, 64.

Saunders, J. A., Thomas, R. C., Cook, R. B., and Crowe, D. E., 1995, Mineralogy, geochemistry and textures of iron sulfides produced by sulfate-reducing bacteria: Goldschmidt Conference, in press.

Cook, R. B., and Thomson, I., 1995, Character of Brevard Zone-Inner Piedmont boundary mineralization at the Sessions prospect, Eagle Creek District, Tallapoosa County, Alabama: Geological Society of America Abstracts with Programs, v. 27, no. 6, p. A-117.

Thomson, I., and Cook, R. B., 1995, Structural and lithological controls to gold mineralization, Eagle Creek district, Tallapoosa County, Alabama: Geological Society of America Abstracts with Programs, v. 27, no. 6, p. A-117.

Cook, Robert B. and Foord, Eugene E., 1993, Exploration geochemistry resulting in the discovery of the McAllister Sn-Ta deposit, Coosa County, Alabama (abs.): Geological Society of America, Abstracts with Programs, Southeastern Section, v. 25, no. 4, p. 9.

Grimes, Jonathan E., Steltenpohl, Mark G., Keefer, William D., and Cook, Robert B., 1993, New geological studies of the most southern part of the Brevard zone, Alabama: Tectonic implications (abs.): Geological Society of America, Abstracts with Programs, Southeastern Section, v. 25, no. 4, p. 19.

Horowitz, A. J., Elrick, K. A., and Cook, R. B., 1993, The effects of mining and related activities on the trace-element geochemistry of sediment from Lake Coeur d'Alene, Idaho, U.S.A.: in Allen, R. C., and Nriagu, J. O., Proceedings of the International Conference on Heavy Metals in the Environment, V.II, p. 317.

Cook, Robert B., 1992, Pyromorphite and associated secondary lead minerals of the southeastern United States: Programs with Abstracts, Mineralogical Soc. of America Symposium, p. 4.

Cook, Robert B., Salpas, Peter A., Carpenter, Robert H., and Nelen, Joseph A., 1992, The Shiloh REE occurrences, Harris and Talbot counties, Georgia (abs.): Geological Society of America, Abstracts with Programs, v. 24, no. 7, p. A234.

Cook, Robert B., 1991, Carnotite, Cassiterite, Cinnabar, Malachite, and Pitchblende: The World Book Encyclopedia, v. 3 p. 244; v. 3 p. 276; v. 4 p. 557; v. 13 p. 95; v. 15, p. 504.

Cook, Robert B., 1990, Recent developments in the exploration and exploitation of gold deposits in the southeastern United States (abs.): The Journal of the Alabama Academy of Science, v. 61, n.3, p. 111.

Cook, Robert B., 1990, Regional geologic setting for recent gold exploration and development in the southeastern United States (abs.): The Society of Mining, Metallurgy and Exploration, Goldtech4, p. 37-38.

Cook, Robert B. and Burnell, James R., 1989, A geochemical investigation of the Mason Mountain sperrylite occurrence, Macon County, North Carolina (abs.): Geological Society of America, Abstracts with Programs, v. 21, no. 3, p. 9.

Steltenpohl, Mark G., Dean, Lewis S., Sears, Jim W., Cook, Robert B., Carrington, T. Jack, Colberg, Mark R., Bearce, Steven C., Hanley, Thomas B., and McDaniel, C. Russell, 1989, Present status of geological quadrangle maps of the southern Alabama Piedmont (abs.): Geological Society of America, Abstracts with Programs, v. 21, no. 3, p. 59.

Cook, R. B. and Nelen, J. A., 1988, Exploration significance of multistage Cretaceous and Modern processes in placers of the Georgia-Alabama Fall Line (abs.): American Institute of Mining Engineers Technical Program, p. 42.

Johnson, M. J. and Cook, R. B., 1988, Lithologic and structural constraints on gold mineralization, Eagle Creek District, Tallapoosa County, Alabama (abs.): Geological Society of America Abstracts with Programs, v. 20, no. 4, p. 273.

Horowitz, Arthur J., Elrick, Kent A., Hooper, Ronald C., and Cook, Robert B., 1988, The source and transport of arsenic in the Whitewood Creek-Belle Fourche-Cheyenne River-Lake Oahe system,

South Dakota, U.S.A. (abs.):  Abstracts of the International Symposium on the fate and effects of toxic chemicals in large rivers and their estuaries, Quebec, Canada, p. 37.

Cook, Robert B., 1987, The relationship of base and precious metal stream sediment geochemistry to mafic-ultramafic rocks of the Alabama and adjacent Georgia Inner Piedmont (abs.):  Geological Society of America, Abstracts with Programs, v. 19, no. 2, p. 80.

Cook, Robert B. and Bittner, Enid, 1987, Tectonic modeling as a guide to base and precious metal exploration in the southernmost Appalachian orogen (abs.):  in Proceedings of the North American conference on tectonic control of ore deposits and the vertical and horizontal extent of ore systems, Rolla, Missouri, p. 19.

Bittner, Enid and Cook, Robert B., 1987, Sequence and styles of deformation in the Dadeville Complex of the Alabama Inner Piedmont (abs.):  Geological Society of America, Abstracts with Programs, v. 19, no. 2, p. 76.

Cook, Robert B., Jr. and Foord, Eugene E., 1986, Geology and mineralogy of the McAllister Sn-Ta Deposit, Coosa County, Alabama, U.S.A. (abs.):  Proceedings, 7th IAGOD Symposium, Lulea, Sweden, pp. 527-528.

Cook, Robert B., Jr., Sauer, R. Tyler, and Neal, William L., 1986, Some observations on the relationship between gold in soil, saprolite and rock in the southeastern United States (abs.): Geological Society of America, Abstracts with Programs, v. 18, no. 1, p. 10.

Higgins, Michael W., Atkins, Robert L., Crawford, Thomas J., Crawford, Ralf E., Brooks, Rebekah, and Cook, Robert B., Jr., 1985, The structure, stratigraphy, tectonostratigraphy and evolution of the southernmost part of the Appalachian Orogen, Georgia and Alabama (abs.):  Geological Society of America, Abstracts with Programs, v. 17, no. 7, p. 610.

Cottier, John W. and Cook, Robert B., Jr., 1986, I am curious yellow and red:  The use of body pigments by the historic Creek Indians (abs.):  Alabama Academy of Science.

Cook, Robert B., 1986, Li-Rb-Ca-Be distribution in the McAllister tin-tantalum deposit, Coosa County, Alabama (abs.):  Geological Society of America, Abstracts with Programs, v. 18, no. 6, p. 570.

Cook, Robert B., Jr. and Burnell, James R., Jr., 1985, Trace metal signature of major lithologic units, Dahlonega District, Lumpkin County, Georgia (abs.):  Geological Society of America, Abstracts with Programs, v. 17, no. 2, p. 85.

Foord, Eugene E., Allen, Michael S., Heyl, Allen V., and Cook, Robert B., 1984, Monoclinic ixiolite, ashanite, and "wolframoixiolite":  mineralogy, paragenesis, and bearing on the nomenclature, occurrence and stability of columbite-tantalite and wolframite group minerals (abs.):  Mineralogy in the Earth Sciences and Industry, p. 19.

Allen, Nancy E. and Cook, Robert B., Jr., 1984, The relationship of precious metal mineralization to the Brevard zone in Hall and Gwinnett Counties, Georgia (abs.):  Geological Society of America, Abstracts with Programs, v. 16, no. 3, p. 122.

Cook, R. B. and Burnell, J. R., 1983, Geology of the Dahlonega District, Georgia (abs.):  Geological Society of America, Abstracts with Programs, v. 15, no. 2, p. 109.

Sears, James W. and Cook, Robert B., 1982, Grenville basement rocks in the Pine Mountain Window of the Alabama and Georgia Piedmont (abs.): Geological Society America, Abstracts with Programs, v. 14, nos. 1 and 2, p. 81.

Cook, R. B., 1982, Current and future trends in base and precious metal exploration - Alabama and Georgia Piedmont (abs.): in Exploration for metallic resources in the southeast, University of Georgia, pp. 32-33.

Sears, J. W. and Cook, R. B., 1982, The Pine Mountain Window and environs: emplacement of a volcanogenic terrane over the Paleozoic margin of the North American craton - exploration significance (abs.): in Exploration for metallic resources in the southeast, University of Georgia, pp. 87-90.

Sears, James W. and Cook, Robert B., 1981, The nature and regional significance of the Stonewall Line, Alabama and Georgia (abs.): Geological Society of America, Abstracts with Programs, v. 13, no. 4, p. 550.

Gastaldo, Robert A. and Cook, Robert B., 1981, A reinvestigation of paleobotanical evidence for the age of the Erin Shale, Clay County, Alabama (abs.): Geological Society of America, Abstracts with Programs, v. 13, no. 1, p. 7.

Cook, Robert B. and Mallette, Reese E., 1980, Evaluation of the Beulah radiometric anomaly, Lee County, Alabama (abs.): Geological Society of America, Abstracts with Programs, v. 12, no. 4, p. 174.

Cook, Robert B., 1978, The Lower Pottsville Formation in the Coalburg Syncline, Jefferson County, Alabama (abs.): Geological Society of America, Abstracts with Programs, Southeast Section, v. 10, no. 2, pp. 165-166.

Cook, Robert B. and Neathery, T. L., 1976, Surface investigation of aeroradiometric anomalies in the Alabama Piedmont (abs.): Geological Society of America, Abstracts with Programs, Southeast Section, v. 8, no. 2, p. 154.

Cook, Robert B., 1975, Geology of the Caracoles Sn-Bi-W Deposits, Bolivia (abs.): Journal of Alabama Academy of Science, v. 46, nos. 3 and 4, pp. 110-111.

Cook, Robert B., 1975, Results of exploration for massive sulfide deposits, Nemo District, South Dakota (abs.): Geological Society of America, Abstracts with Programs, v. 7, no. 5, p. 599.

Cook, Robert B., 1975, Results of exploration for massive sulfide deposits, Bear Mountain District, South Dakota (abs.): Geological Society of America, Abstracts with Programs, v. 7, no. 5, pp. 598-599.

Cook, Robert B. and Payne, Curtis C., 1975, Structure and emplacement of the Rockford pluton, Coosa County, Alabama (abs.): Geological Society of America, Abstracts with Programs, v. 7, no. 4, pp. 179-180.

Cook, Robert B., 1974, Genetic implications of geochemical relationships between country rock, wall rock, and "ore" of massive sulfide deposits, west-central Georgia (abs.): Bulletin of Georgia Academy of Science, v. 32, no. 2, p. 80.

Cook, Robert B., 1974, Accessory and secondary mineralogy of stanniferous deposits, Coosa County, Alabama (abs.): Geological Society of America, Abstracts with Programs, v. 6, no. 4, p. 345.

Cook, Robert B., 1973, Tetradymite in the southeastern United States (abs.): Journal of Alabama Academy of Science, v. 44, no. 3, pp. 185-186.

Cook, Robert B. and Hughes, Thomas C., 1973, Langite, linarite, and brochantite in the Chestatee Massive Sulfide Deposit, Lumpkin County, Georgia (abs.): Bulletin of Georgia Academy of Science, v. 31, no. 2, p. 84.

Cook, Robert B., 1973, Recrystallization characteristics of massive sulfide deposits in west-central Georgia (abs.): Geological Society of America, Abstracts with Programs, v. 5, no. 5, p. 389.

Cook, Robert B., 1972, Exploration for disseminated molybdenum-copper mineralization in the Conner Stock, Wilson and Nash Counties, North Carolina (abs.): Geological Society of America, Abstracts with Programs, v. 4, no. 7, p. 476.

Cook, Robert B., 1970, Gold mineralization at the Latimer Mine, Wilkes County, Georgia (abs.): Geological Society of America, Abstracts with Programs, v. 2, no. 3, p. 202.

## UNPUBLISHED PROFESSIONAL REPORTS

Cook, R. B., and K. Troensegaard, 2014, Results of Phase I Trenching- Pipeline and Pig Trail Areas, Harris and Talbot Counties, Georgia; SE Metals, LLC, 70 p.

Cook, R.B., 2014, Results of exploration for rare earth occurrences within the Pine Mountain Window, Harris, Talbot and Upson Counties, Georgia. Prepared for SE Metals, LLC, 53 p.

Cook, R. B. and K. Troensegaard, 2013, Memorandum update on Georgia rare earth project-geologic mapping and lithogeochemistry. Prepared for SE Metals, LLC, 8 p.

Cook, R. B., and K. Troensegaard, 2013, Results of Phase II trenching, Newbill Property, Talbot County, Georgia. Prepared for SE Metals, LLC, 49 p.

Cook, R. B., 2012, Results of Phase I trenching, Newbill property, Talbot County, Georgia. Prepared for SE Metals, LLC., 48p.

Cook, R. B., 2010, Conservation Easement Document for Fox Mountain Holdings, LLC. 11 p.

Cook, R. B., 2010, Petrology, Petrography, and Geology of the APAC-Midsouth Alexander City, Alabama quarry with specific reference to asbestos, asbestiform minerals, and crystgalline silica. Oldcastle Materials, Inc., 14 p.

Cook, R. B., 2010, Petrology, petrography, and geologic setting of rock units at the APAC-Midsouth Mulberry quarry, Paulding County, Georgia with specific reference to asbestos, asbestiform minerals, and crystalline silica. Oldcastle Materials, Inc., 14 p.

Cook, R. B., 2010, Geologic setting, petrology, and petrography of rock units at APAC-Midsouth's Opelika, Lee County, Alabama quarry site with specific reference to asbestos, asbestiform minerals, and crystalline silica. Oldcastle Materials, Inc., 19 p.

Cook, R. B., 2010, Geologic setting, petrology, and petrography of rock units at the Camak, Georgia,
    Quarry site with specific reference to asbestos, asbestiform minerals, and crystalline silica. Oldcastle
    Materials, Inc. 11p.

Cook, R. B., 2009, Scoping Study – Potential for successful gold exploration in Georgia and Alabama –
    2010. Kinross Gold Corporation, 54 p.

Cook, R. B., 2009, Petrographic description of concrete from the Georgia Mountain Parkway Parking
    Deck. Lafarge North America, U.S. Aggregates East Division, 7 p.

Cook, R. B., 2008, Petrography of concrete from three residences in the area of Princeton, Eddyville, and
    Fredonia, Kentucky. Expert report for Hanson Aggregates Southeast through Phears and Moldovan.
    22 p.

Cook, R. B., 2008, Report on petrographic and related characteristics of concrete from three residences
    in the area of Princeton, Eddyville, and Fredonia, Kentucky. Expert report for Hanson Aggregates
    Southest through Phears and Moldovan. 18 p.

Cook, R. B., 2008, High-calcium limestone resources, Dade, Chatooga, and Walker Counties, Georgia.
    Southern Company Services through FMR, Inc., 18 p.

Cook, R. B., 2007. Petrographic analyses and descriptions, Monroe County Georgia Expansion Area.
    Hanson Aggregates East. 18 p.

Cook, R. B., 2007, Petrographic analysis-dominant rock types produced at the Hanson quarry, Habersham
    County, Georgia. Hanson Aggregates East, 7 p.

Cook, R. B., 2007, Petrographic analysis-dominant rock types produced at the Hanson quarry, Toccoa,
    Georgia. Hanson Aggregates East, 7 p.

Cook, R. B., 2007, Petrographic analysis-dominant rock types produced at the Hanson quarry,
    Gainesville, Georgia. Hanson Aggregates East, 7 p.

Cook, R. B., 2007, Comments on a report entitled-Report on investigation of distressed concrete in the
    Madisonville, Kentucky area by Michael A. Ozol dated May 15, 2006 as amended January 15, 2007.
    Hanson Aggregates East through Phears and Moldovan. 8 p.

Cook, R. B., 2006, Expert Opinions and Related Comments of Robert B. Cook Regarding the Geology of
    the Chewacla Marble and related rock units, Lee County, Alabama, and the Supposed Impact of
    Operations at Oldcastle's Opelika Quarry. Oldcastle Materials, 5 p.

Cook, R. B., 2006, Supplemental summary of observations, data, and conclusions pertaining to concrete
    failure in the Madisonville, Kentucky area. Hanson Aggregates East through Phears and Moldovan. 6
    p.

Cook, R. B., 2006, Rebuttal and comments to the report- Review and comments on a document entitled
    "Supplemental summary of observations data, and conclusions pertaining to concrete failure in the
    Madisonville, Kentucky area and a CD with photographs of the thin sections examined by Robert
    Cook. Hanson-Cook-May 06-01142 by P. E. Gratton Bellew. Hanson Aggregates East through Phears
    and Moldovan, 4 p.

Cook, R. B., 2006, Memorandum report: Preliminary summary of activities pertaining to concrete failure related to the IMI-Hanson issue: August 24, 2004 – February 10, 2006. Report for Hanson Aggregates East through Phears and Moldovan, 4 p.

Cook, R. B., 2005, Preliminary descriptions of stone received from Mark Huffman and attributed to a site at Clayton, California. Hanson Aggregates. 18 p.

Cook, R. B., 2005, Characterization of chert from the Wenonah Quarry, Jefferson County, Alabama, and its potential for alkali-silica reactivity; Lafarge Aggregates, 38 p.

Cook, R. B., 2005, Initial observations on drill core recently taken from the Princeton quarry and logged at the Patterson Exploration Services facility. Hanson Aggregates East through Phears and Moldovan. 33 p.

Cook, R. B., 2004, Preliminary observations on thin sections of concrete cores taken from selected localities in the Madisonville, Kentucky area by Patterson Exploration Services, Sanford, North Carolina. Hanson Aggregates East through Phears and Moldovan, 83 p.

Cook, R. B., 2004, Petrographic and X-ray diffraction examination of core from the "Cookie Factory" site. Patterson Exploration Services, 23 p.

Cook, R. B., 2004, Petrography and related analyses of certain concrete raw materials. Patterson Exploration Services, 32 p.

Cook, R. B., 2004, Petrographic examination of concrete taken from the "Dell Todd" driveway, Madisonville, Kentucky. Patterson Exploration Services, 14 p.

Fincher, J. and Cook, R. B., 2004, Source water protection area delineation and potential contaminant sources inventory, Hale County Water Authority Well No. 2, Greensboro, Hale County, Alabama. Goodwin, Mills & Cawood, 39 p.

Cook, R. B., 2003, Geology of the Hanson Aggregates, Inc. quarry and vicinity, Opelika, Lee County, Alabama, expert witness report for Balch & Bingham, LLP, 18 p.

Cook, R. B., 2003, Petrography, X-ray diffraction, and geochemical examination of the Conasauga Formation, Wenonah, Jefferson County, Alabama. Lafarge Aggregates Southeast., 22 p.

Fincher, J. and Cook, R. B. (certifying geologist), 2003, Source water protection area delineation and potential contaminant source inventory, North Dallas County Water Authority, Selma, Dallas County, Alabama. Goodwin, Mills, and Cawood. 48 p.

Fincher, J., and Cook, R. B. (certifying geologist), 2003, Source water protection area delineation and potential contaminant source inventory, Belforest Water System, Water Supply Well No.1 and No. 2, Belforest, Baldwin County, Alabama. Goodwin, Mills, and Cawood. 49 p.

Cook, R. B., 2003, Petrography: Hanson Aggregates Athens, Georgia quarry. Hanson Aggregates East, Southeast Region. 4 p.

Cook, R. B., 2002, The potential premium attached to gold considered for jewelry and specimen purposes with respect to the former mining claims owned by Milan Martinek in the Denali National Park, Alaska. U. S. Department of Justice Expert Witness Report. 79 p.

Cook, R. B., 2002, Letter report- Ramp failure: Martin Marietta Cayce, South Carolina quarry. Martin Marietta Aggregates, Inc., 4 p.

Cook, R. B., 2002, Petrology and Petrography, Tibor Samples. Patterson Exploration Services, Inc., 12 p.

Cook, R. B., 2002, Results of supplemental petrographic examination of concrete, coarse aggregate, and fine aggregate (sand) related to the IMI-Sonic and Cracker Barrel Issue. Hanson Aggregates East, 15 p.

Cook, R. B., 2002, Letter report on Morgan Concrete- Habersham Quarry manufactured sand issue. Hanson Aggregates East, Southeast Region, 13 p.

Cook, R. B., 2001, Potential Causes of variability in Los Angles Abrasion test results, Fayette County, Georgia quarry. Hanson Aggregates East, Southeast Region. 15 p.

Cook, R. B., 2001, Geology of the Martin Marietta quarry and vicinity, Lee County, Alabama. aquaFUSION, Inc., 12 p.

Cook, R. B., 2001, Petrographic descriptions of 89's, 57's and 3's from product inventory, Gainesville Stone. Hanson Aggregates East, Southeast Region. 8 p.

Cook, R. B., 2001, Petrographic descriptions and photomicrographs-Aggrock Project. Patterson Exploration Services, Inc., 5 p.

Cook, R. B., and Ward, B. A., 2001, The April 26, 2000, north wall failure at the Hanson Aggregates East, Southeast Region's Monroe County, Georgia Quarry- cause, post-failure monitoring, and re-entry plan. Hanson Aggregates East, Southeast Region. 59 p.

Cook, R. B., 2000, Petrographic descriptions and photomicrographs, Sandy Flats quarry, South Carolina. Hanson Aggregates East, Southeast Region. 8 p.

Cook, R. B., 2000, Petrography and geochemistry, Athens, Georgia quarry. Hanson Aggregates East, Southeast Region. 9 p.

Reeves, B., and Cook, R. B., 2000, Phase II environmental site assessment for the Progress Rail Services Birmingham, Alabama shop facility. Goodwin, Mills and Cawood. 26 p.

Cook, R. B., 2000, Petrographic analysis of six sand samples. Law Engineering and Environmental Services, Inc. 8 p.

Cook, R. B., 2000, Petrographic analysis of three dimension stone samples-Law Engineering and Environmental Sercices, Inc. Project 50163-9-01.832. 8 p.

Cook, R. B., 2000, Petrographic examination of granitic stone. Law Engineering and Environmental Services Project 50163-9-3013. 18 p.

Cook, R. B., and Ward, B. S., 2000, Resource evaluation, Monroe County Quarry. Hanson Aggregates East, Southeast Region. 7 p.

Patterson, O. F., Singletary, H. M., Fousek, R. S., Cook, R. B., and Boblett, M. A., 1999, Exploration and evaluation of aggregate reserves, Greenwood Project. Hanson Aggregates East, Southeast Region. 83 p.

Patterson, O. F., Singletary, H. M., Cook, R. B., and Boblett, M. A., 1999, Results of exploration and testing-Pelham Project. Hanson Aggregates East, Southeast Region. 90 p.

Patterson, O. F., Singletary, H. M., Fousek, R. S., Cook, R. B., and Boblett, M. A., 1999, Evaluation of existing core-Balboa Project. Patterson Exploration Services, Inc. 187 p.

Cook, R. B., 1999, Evaluation of potential gold-bearing lithologies, Blue Circle Aggregates facility, Cumming, Forsyth County, Georgia. Blue Circle Aggregates, Inc. 20 p.

Cook, R. B., 1999, Stone Characterization study, Walton County, Georgia site. Hanson Aggregates East, Southeast Region. 58 p.

Cook, R. B., 1999, Petrographic descriptions of thin sections- Gainsesville Stone Property, Hal County, Georgia. Hanson Aggregates East, Southeast Region. 10 p.

Patterson, O. F., Singletary, H. M., and Cook, R. B., 1999, Results of exploration- Hanson's Tiftonia Quarry. Hanson Aggregates East. 44 p.

Patterson, O. F., Singletary, H. M., Cook, R. B., and Boblett, M. A., 1999, Exploration and evaluation of aggregate reserves-Opelika Project. Hanson Aggregates East, Southeast Region, 88 p.

Patterson, O. F, Singletary, H. M., Cook, R. B., and Boblett, M. A., 1999, Exploration and evaluation of Aggregate Reserves, Gainesville Limestone Products. Hanson Aggregates East, Southeast Region. 115 p.

Cook, R. B., 1999, Geology of the Southwire facility, Carrollton, Georgia. Williams Environmental. 5 p.

Reeves, B., and Cook, R. B., 1998, Wellhead protection area delineation and potential contaminant source inventory, Mooreville Water Board. Goodwin, Mills, and Cawood, 54 p.

Hinton, J. and Cook, R. B., 1998, Structural features of the J. M. Huber mine, Marble Hill, Pickens County, Georgia- Preliminary Report. J. M. Huber, Inc., 29 p.

Reeves, B., and Cook, R. B., 1998, Wellhead protection area delineation and potential contaminant source inventory, South Bullock County Water Authority, Union Springs, Bullock County, Alabama. Goodwin, Mills, and Cawood. 41 p.

Reeves, B., and Cook, R. B., 1998, Wellhead protection area delineation and potential contaminant source inventory-Dallas County Water and Sewer Authority. Goodwin, Mills, and Cawood. 56 p.

Reeves, B., and Cook, R. B., 1998, Wellhead protection area delineation and potential contaminant source inventory to include the proposed Cox Well, Orange Beach Water Authority, Inc., Orange Beach, Baldwin County, Alabama. Goodwin, Mills, and Cawood. 46 p.

Reeves, B., and Cook, R. B., 1997, Preliminary geologic study and potential contaminant source inventory including Wellhead Protection Area I and estimated Wellhead Protection Area II delineation for the proposed Eagle Well, Oxford Water & Sewer Board, Oxford, Calhoun County, Alabama. Goodwin, Mills, and Cawood. 60 p.

Cook, R. B., 1997, Petrographic and petrochemistry, mylonitic granodiorite gneiss, Davidson Mineral Properties quarry, Alexander City, Alabama. 9 p.

Hinton, J., and Cook, R. B., 1997, Preliminary mining plan-Monroe County Quarry, Davidson Mineral Properties. 11 p.

Cook, R. B., 1997, Preliminary report-Geochemistry of the Mitchell Dam area, Chilton and Coosa Counties, Alabama. Alabama Power Company, 33 p.

Cook, R. B., 1997, Preliminary observations on thin sections from Swedish rocks. Orvana Minerals, Inc., 5 p.

Cook, R. B., 1997, Petrography of aggregate from the Homer, Between, and Auburn Georgia sites. Martin Marietta Aggregates, 18 p.

Reeves, B., and Cook, R. B. (certifying geologist), 1996, Wellhead protection area delineation- Citizens Water System, County Road 9, Bibb County, Alabama. Goodwin, Mills, and Cawood. 24 p.

Cook, R. B., 1997, Preliminary report on petrography and petrochemistry of rocks from the Don Mario gold-copper deposit and environs, Bolivia. Oravana Minerals, Inc., 17 p.

Cook, R. B., 1997, Petrography and Petrochemistry of selected samples from holes DM-31 and DM-42, Don Mario Project, Santa Cruz, Bolivia. Orvana Minerals, Inc., 9 p.

Cook, R. B., 1997, Petrography and petrochemistry of felsic gneiss, Long Branch quarry, Dahlonega, Georgia. Mr. Steve Whitmire, 18 p.

Cook, R. B., 1996, Preliminary petrographic observations for samples from hole DM-81, Don Mario Deposit, Santa Cruz, Bolivia-memorandum report; Orvana Minerals, Inc, 12 p.

Cook, R. B., 1996, Petrography and geochemistry of the Don Mario Upper Mineralized Zone and associated samples, Santa Cruz, Bolivia. Orvana Minerals, Inc., 12 p.

Vest, M., and Cook, R. B., 1996, Stone quality and reserve estimate-Colwell Construction Company Blairsville, Ellijay, and Dahlonega, Georgia Quarries. Davidson Mineral Properties, 28 p.

Cook, R. B., 1996, Chemical and petrographic analyses, Monroe County, Georgia quarry-Davidson Mineral Properties, Inc., 8 p.

Cook, R. B., Floesser, J., and Pritchett, M., 1996, Preliminary geochemical atlas for Tallapoosa County, Alabama. Alabama Power Company, 460 p.

Cook, R. B., 1995, Chemical and petrographic analyses: Davidson Mineral Properties, Inc. Anderson, South Carolina quarry. 9 p.

Cook, R. B., 1995, Reserve study and mine plan: Toccoa, Georgia quarry. Davidson Mineral Properties. 10 p.

Cook, R. B., 1995, Chemical and petrographic analyses, Toccoa, Georgia quarry, Davidson Mineral Properties, Inc., 11 p.

Cook, R. B., 1995, Chemical and petrographic analyses, Sandy Flats, South Carolina quarry. Davidson Mineral Properties, Inc., 11 p.

Cook, R. B., 1994, Letter report- Evaluation of potential quarry acquisition, Homer, Georgia. Davidson Mineral Properties, Inc., 10 p.

Cook, R. B., 1994, Probable cause of Lipari Superfund Site baghouse fire of 11/20/94. RMT/ Four Nines, Inc., 8 p.

Cook, R. B., and Higgins, T., 1993, Five-year mine plan: Monroe County, Georgia quarry. Davidson Mineral Properties, Inc., 8 p.

Cook, R. B., 1993, Reconnaissance gamma-ray survey-western Coosa County, Alabama. Alabama Power Company. 6 p.

Cook, R. B., 1991, Supplemental information on the Sessions, Alabama, Gold Deposit. FMC Gold Company, 26 p.

Cook, R. B., 1991, Results of exploration, Sessions Gold Deposit, Tallapoosa County, Alabama. FMC Gold Company, 14 p.

Woodard, G., and Cook, R. B., 1990, Preliminary and secondary site assessment- Koppers Industries, Montgomery, Alabama. CWA Group, 170 p.

Cook, R. B. (certifying geologist) and Woodard, G., 1990, Proposed secondary site investigation plan, Notasulga Exxon. CWA Group, 118 p.

Woodard, G., and Cook, R. B., 1990, Final report- corrective action plan for the RDC facility, Southwire Corporation, Carrollton, Georgia. CWA Group, 234 p.

Johnson, M. J., and Cook, R. B.,1989, Results of additional assessment work as recommended in the Interim Groundwater Assessment- Stallworth Timber Company, Inc., Beatrice, Alabama Harmon Engineering Associates, Inc., 26 p.

Johnson, M. J., and Cook, R. B., 1989, Annual groundwater monitoring report-Stallworth Timber Company, Beatrice, Alabama. Harmon Engineering Associates, Inc., 37 p.

Woodard, G. and Cook, R. B., 1989, Corrective action plan for the RDC facility, Southwire Corporation, Carrollton, Georgia. CWA Group, 69 p.

Cook, R. B., 1989, Evaluation of the Oak Bowery, Sessions, and Simmons Crossroads geochemical anomalies, Chambers and Tallapoosa Counties, Alabama. Meridian Gold Corporation, 89 p.

Cook, R. B. (certifying geologist and co-author), 1988, Preliminary assessment of CERCLA candidate sites and related sites of possible environmental significance- Marshall Space Flight Center. Harmon Engineering Associates, Inc., 144 p.

Cook, R. B. (certifying geologist), 1988, Preliminary assessment of CERCLA candidate sites, Marshall Space Flight Center- Sampling and Analysis plan. Harmon Engineering Associates, Inc., 72 p.

Cook, R. B. (certifying geologist), 1988, Interim groundwater assessment at Stallworth Timber, Beatrice, Alabama. Harmon Engineering Associates. 132 p.

Cook, R. B., Johnson, M. J., and Woodard, G., 1988, Preliminary assessment and site inspection: Hazardous waste disposal and potential migration from abandoned sites, Marshall Space Flight Center, Huntsville, Alabama. Harmon Engineering Associates, Inc. 151 p.

Shearon, M., Cook, R. B., and Woodard, G., 1987, Preliminary assessment and potential CERCLA site inspection, NASA Santa Susana large engine test facility. Harmon Engineering Associates, Inc., 44 p.

Shearon, M., Cook, R. B., and Woodard, G., 1987, Preliminary assessment and site inspection-Hazardous Waste Disposal and Potential Migration from Abandoned Sites, NASA Slidell Computer Complex. Harmon Engineering Associates, 32 p.

Cook, R. B., and Woodard, G., 1987, Assessment plan for the inactive solid waste management units at the NASA Michoud Assembly Facility. Harmon Engineering Associates, Inc., 110 p.

Cook, R. B., and Sauer, R. T., 1985, Phase I exploration in the Paulding Volcanic Belt, Alabama and Georgia. Callahan Mining Company, 77 p.

Cook, R. B., and Sauer, R. T., 1985, Preliminary evaluation of the Annie Mitchell tin prospect and Lineville tin-tantalum anomaly, Coosa and Clay Counties, Alabama. Callahan Mining Company, 24 p.

Cook, R. B., 1985, Letter report- Evaluation of Cominco American's Howie Mine, North Carolina project. Callahan Mining Corporation, 5 p.

Cook, R. B., 1985, McAllister Prospect- follow up trenching and core mineralogy. Callahan Mining Company, 21 p.

Cook, R. B., 1985, Sample descriptions and analytical data: July 15, 1982 - January 15, 1985-McAllister Zone, Coosa County, Alabama. Callahan Mining Company, 94 p.

Sauer, R. T., and Cook, R. B., 1984, Slate Belt extension Phase-I reconnaissance report Callahan Mining Corporation, 18 p.

Cook, R. B., 1983, Letter report- Evaluation of the Mary Mine, Nevada Project. Callahan Mining Corporation, 5 p.

Cook, R. B., and Troensegaard, K. W., 1983, Rockford Pluton follow-up: Prospect evaluation/potential trenching exclusive of the "McAllister" discovery zone. Callahan Mining Company, 48 p.

Cook, R. B., and Troensegaard, K. W., 1983, Rockford Pluton project: Follow-up trenching-McAllister Prospect, Coosa County, Alabama. Callahan Mining Company, 16 p.

Cook, R. B., and Troensegaard, K. W., 1983, Phase I and II tin and tantalum exploration, Coosa County, Alabama. Callahan Mining Company, 212 p.

Cook, R. B., 1982, Letter report- Evaluation of the Newport Minerals Brewer Mine, South Carolina project. Callahan Mining Corporation, 4 p.

Cook, R. B., 1982, Phase-I evaluation of the Leading Ridge Co-Ni prospect and adjacent areas, Gilmer County, Georgia. Callahan Mining Company, 31 p.

Cook, R. B., and Troensegaard, K. W., 1982, Rockford Pluton Follow-up: Ore discovery phase-McAllister property, Coosa County, Alabama. Callahan Mining Company, 59 p.

Cook, R. B., 1982, Phase-I Interim report: Calloway Volcanic Belt, Alabama. Callahan Mining Company. 28 p.

Shearon, M. and Cook, R. B., 1981, Hydrogeological and geotechnical assessment, Joplin Wood Preserving Plant. Harmon Engineering and Testing, 55 p.

Shearon, M., and Cook, R. B., 1981, Hydrogeological and geotechnical assessment, Wiggins Wood Preserving Plant. Harmon Engineering and Testing, 46 p.

Shearon, M., and Cook, R. B., 1981, Field work plans for geotechnical and hydrogeological investigations, International Paper Company Treated Wood Products Division, Dallas Texas. Harmon Engineering and Testing, 46 p.

Cook, R. B., 1981, Phase-I gold exploration in the Dahlonega District, Georgia. Callahan Mining Corporation. 66 p.

Cook, R. B., and others, 1981, Sampling and analysis plan for groundwater monitoring-Mountain Pine Pressure Treating, Inc., Harmon Engineering and Testing, 32 p.

Cook, R. B.1981, Tin Exploration in the Rockford District and outlying areas, Coosa and Clay Counties, Alabama. Callahan Mining Company. 46 p.

Cook, R. B., 1981, Reconnaissance exploration in the Rockford Tin District, Coosa County, Alabama. Callahan Mining Company, 31 p.

Cook, R. B., 1981, Critical review of Earth Management Inc. permit application for a secure industrial waste disposal facility, Heard County, Georgia. Georgia 2000, 9 p.

Cook, R. B., and Mallette, R. E., 1979, Reconnaissance uranium exploration in Coosa and Clay Counties, Alabama. The Drummond Company, 28 p.

Mallette, R. E., and Cook, R. B., 1979, Sinkhole investigation, Lake Ogletree Area, Lee County, Alabama. Auburn Waterworks Board, 25 p.

Mallette, R. E., and Cook, R. B., 1978, Water quality report-Daniel Creek and adjacent areas. Mitchell and Neely, Inc., 11 p.

Mallette, R. E., and Cook, R. B., 1978, Reclamation effectiveness and practives of the Mitchell and Neely, Inc., surface coal mining operations, Daniel Creek Basin, Tuscaloosa County, AL. Mitchell and Neely, Inc., 14 p.

Cook, R. B., 1977, Coalbed methane potential of Tutwiler Lands, Jefferson County, Alabama. Reese E. Mallette and Associates, Inc., 13 p.

Cook, R. B., 1977, Chromite: Facts and exploration feasibility. Reese E. Mallette and Associates, Inc., 19 p.

Mallette, R., E., Cook, R. B., Graham, G., and McMillan, R., 1976, Coal resources on the Deepwater Lands. First National Bank of Birmingham. 36 p.

Cook, R. B., 1976, Status of land ownership, Alabama lignite belt. Reese E. Mallette and Associates, Inc., 12 p.

Cook, R. B., 1975, Reconnaissance gold exploration in the Rochford district, Black Hills region, South Dakota, Bear Creek Mining Company, 34 p.

Cook, R. B., 1974, Reconnaissance exploration for new talc resources, Winterboro area, Talladega County, Alabama. American Talc Company. 9 p.

Cook, R. B., 1973, Reconnaissance gold exploration in the central Black Hills region, South Dakota. Cyprus Mines Corporation, 19 p.

Lindgren, D. W., Cook, R. B., and Yonk, A. K., 1972, Exploration for metallic mineral deposits within the southeastern United States. Continental Oil Company. 32 p.

Cook, R. B., 1971, Exploration for metallic mineral deposits within crystalline rocks of the southeastern United States. Continental Oil Company, 69 p.

Cook, R. B., 1971, Geologic scouting of the Georgia and Alabama Piedmont. Continental Oil Company, 36 p.

Cook, R. B., 1971, Reconnaissance exploration for base metal sulfide deposits: Nemo area, South Dakota. Cyprus Mines Corporation, 20 p.

Cook R. B., 1971, Proposed exploration for stratiform copper-silver deposits within the Belt Series, Montana and Idaho. Lindgren Exploration Company, 8 p.

Cook, R. B., 1971, Reconnaissance exploration for base-metal sulfide deposits: Bear Mountain area, South Dakota. Cyprus Mines Corporation, 39 p.

Claus, R. J., and Cook, R. B., 1970, Stratiform copper deposit potentialities in the Ravalli Group, northwest Montana. International Minerals and Chemical Company. 66 p.

Cook, R. B., 1970, Reconnaissance exploration in the Nemo and Bear Mountain areas, Black Hills, South Dakota. Cyprus Mines Corporation, 34 p.

## SERVICE TO THE PROFESSION:

External Geology Program evaluator, State of Georgia, 2003
Chairman, Mineralogical Society of America Annual Symposium, 2001-2004, 2006
Member, Alabama Geologist Licensing Board, 1995 - 2001.
Executive Editor, Rocks and Minerals, 1978-1982, 1988-present.
Session/symposium chairman for Geological Society of America meetings, 1979, 1989, and 1998.
Session chairman for Alabama Academy of Science, 1978.
Field trip leader, Alabama and Georgia Geological Societies; 1975, 1981, 1984, 1987, 1996, 2007.

## CONSULTANCIES:

Callahan Mining Corporation (tin, gold, and base metals exploration)
Cyprus Mines Corporation (massive sulfide exploration)
Kennecott Copper Company (gold exploration)
Conoco Minerals (copper, zinc, and gold exploration)
Orvana Minerals/Placer Dome (gold exploration)
BHP, Inc. (gold and base metals exploration)
GCO Minerals (uranium exploration; diamond exploration)
FMC Gold Corporation (gold exploration)
Hanson America (quarry development; quality contro; expert witnessl)
Martin Marietta Aggregates (reserve estimation and environmental geology)
Vulcan Materials (quarry resource development)
Florida Rock Industries (quarry development)
SRM Aggregates (quarry development and quality control)
Oldcastle Materials (environmental geology, quarry development)
APAC-Midsouth (environmental geology, quarry development)
Lafarge Aggregates (quality control)
Phears and Moldovan (concrete litigation)
United States Department of Justice (expert Witness)
United States Department of Defense as third party contractor (environmental assessment)
National Aeronautics and Space Administration (environmental assessment of five facilities)
Southwire Corporation (environmental assessment through Williams Engineering)
Progress Rail Corporation (environmental assessment)
Hydrological studies have been conducted for the following municipalities: Orange Beach, Selmont,
    Union Springs, Anniston, and Vance, Alabama

Exhibit B

## Materials and Data Considered

**Literature**

Bain, G. W., 1934, Serpentinization, origin of certain asbestos, talc and soapstone deposits. Economic Geology v. 29, no. 4, 397 – 400.

Bain, G. W., 1942, Vermont talc and asbestos deposits. In Newhouse, W. H., ed., Ore deposits as related to structural features. Princeton University Press, 255 – 258.

Begg, Melissa D., ScD, March, Dana, PhD, MPH. "Cause and Association: Missing the Forest for the Trees." AJPH Public Health of Consequence. Vol 108, No. 5 (May 2018).

Blount, A.M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs" Environmental Health Perspectives, Vol. 94 (1991) pp. 225-230.

Caddopi, Paola, Giovanni Camanni, Giani Balestro, and Gianluigi Perrone, 2016, Geology of the Fontane talc mineralization, Germanasca valley, Italian Western Alps. Journal of Maps V. 2, no. 5, 1170 – 1177.

Chidester, A. H. M. P. Billings, and W. M. Cady, 1951, Talc Investigations in Vermont-Preliminary Report. U.S. Geological Survey Circular 95, 33 p.

Chidester, A. H., 1968, Evolution of the Ultramafic Complexes of Northeastern New England: Studies in Appalachian Geology, Chapter 26, John Wiley Interscience Publishers, New York, p. 351.

Galea, Sandro, MD, DrPH, Vaughan, Roger D., DrPH, MS. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018" AJPH Vol. 108, No. 5(2018) pp. 602-603.

Hernan, Miguel A., MD, DrPH. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference from Observational Data" AJPH Public Health of Consequence Vol. 108, No. 5 (May 2018) pp. 616-619.

Hess, H.H. "The problem of serpentinization and the Origin of Certain Chrysotile Asbestos Talc and Soapstone Deposits." (1933).

Hopkins, Oliver B. "A Report on the Asbestos, Talc and Soapstone Deposits of Georgia." (1914).

Jahns, R. H., 1969 Serpentinites of the Roxbury, District, Vermont in P. J. Wyllie (ed.) Ultramafic and Related Rocks, Wylie, New York, N. Y., 167 -180.

King, V. T. and J. W. Cares, 1996, Vermont mineral locality index. Rocks and Minerals, V. 71, 324 – 338.

Lockey, James E., M.D. "Nonasbestos Fibrous Minerals" Clinics in Chest Medicine- Vol. 2, No. 2 (May 1981).

Longo, William E., Ph.D, Rigler, Mark W., Materials Analytical Services, LLC. - MAS Report, "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 2000's for Amphibole Asbestos" Supplemental Report (January 15, 2019).

Longo, William E., Ph.D, Rigler, Mark W., Materials Analytical Services, LLC. - MAS Report, "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos" (November 14, 2018).

## Materials and Data Considered

Longo, William E., Ph.D, Rigler, Mark W., Materials Analytical Services, LLC. - MAS Report, "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos" (February 16, 2018).

Longo, William E., Ph.D, Rigler, Mark W., Materials Analytical Services, LLC. - MAS Report," Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos" (August 2, 2017).

McCarthy, Edward F., Genco, Noel A., Reade, Ernest H, Jr. "Talc" 7th ed. (2006).

Ratte', Charles A. "Mineral Resource Provinces of Vermont" Vermont Geological Survey, DEC (February 1982).

Roggli, Victor L, Vollmer, Robin T, Butnor, Kelly J., Sporn, Thomas A. "Tremolite and Mesothelioma" (January 17, 2002).

Rohl, A. N., Langer, A.M., Selikoff, I. J., Tordini, A., Klimentidis. (1976) "Consumer Talcums and Powders: Mineral and Chemical Characterization." Journal of Toxicology and Environmental Health (1976) 2:255-284.

Rohl, Arthur N. "Asbestos in Talc" Environmental Health Perspectives, Vol. 9 (1974) pp.129-132.

Ross, Malcolm. "Geology, asbestos, and Health" Environmental Health Perspectives, Vol. 9 (December 1974) pp. 123-124.

Ross, Malcom, Smith, William M. "Triclinic Talc and Associated Amphiboles from Gouverneur Mining District, New York" The American Minerologist, Vol. 53 (May-June 1968).

Stemple, Irene S., Brindley, G.W. "A Structural Study of Talc and Talc-Tremolite Relations" Department of Ceramic Technology, College of Mineral Industries, The Pennsylvania State University, University Park, Pennsylvania. Vol. 43, No. 1 (January 1960).

Schiller, Joseph E., Payne, S.L. "Surface Charge Measurements of Amphibole Cleavage Fragments" U.S. Dept. of the Interior, Bureau of Mines, (1980).

Veblen, David R., Burnham, Charles W. "New biopyriboles from Chester, Vermont: II. The crystal chemistry of jimthompsonite, clinojimthompsonite, and chesterite, and the amphibole-mica reaction" American Minerologist, Vol. 63 (1978) pages 1053-1073.

Virta, Robert L. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample" Bureau of Mines Report of Investigations (1985).

IARC (1973) Monograph 2, Some Inorganic and Organometallic Compounds.
IARC (1987) Monograph 42.
IARC (1987) Supplement 7.
IARC (1996) Mechanisms of Mineral Fibre Carcinogenesis by Kane.
IARC (2006).
IARC (2010) without asbestiform fibers Vol 93.
IARC (2012) Monographs on the Evaluation of Carcinogenic Risks to Humans Vol 100C.
IARC (1987) IARC Monographs on the Evaluation of Carcinogenic Risks to Humans- Overall

## Materials and Data Considered

Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42, Supplement 7. P. 357.
IARC (1987) IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans-Silica and some Silicates, V. 42, p. 250.
IARC (2010) IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 93- Carbon Black, Titanium Dioxide, and Talc. P. 39.

Van Gosen, Bradley S., Lowers, Heather A., Sutley, Stephen J., Gent, Carol A. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content" U.S. Geological Survey (2004) 45:920-939.
Harper, Martin, Lee, Eun Gyung, Doorn, Stacy S., Hammond, Okisha. "Differentiating Non-Asbestiform Amphibole and Amphibole Asbestos by Size Characteristics" Journal of Occupational and Environmental Hygiene; (29 Oct 2008).

Castillo, Luciana A. "Particulate Science and Technology: An International Journal." Integrated Process for Purification of Low Grade Talc Ores, Particulate Science and Technology: An International Journal (2013).

Ahmed, Mahmoud M., et al. "Beneficiation of Talc Ore." Earth and Environmental Sciences (2011).

**Depositions**
Deposition and Exhibits of Alice M. Blount (Ingham) (April 13, 2018)
Deposition and Exhibits of Donald Hicks & Exhibits (June 28-29, 2018)
Deposition and Exhibits of John Hopkins & Exhibits (August 16-17, October 17, November 5, 2018)
Deposition and Exhibits of Julie Pier & Exhibits (September 12-13, 2018)
Deposition and Exhibits of Patrick Downey (August 7-8, 2018)
Deposition and Exhibits of Joanne Waldstreicher (Ingham) (April 19, 2017)
Deposition of Dr. William Glassley (June 17, 2014)

**Documents**
IMA-NA0000546
IMERYS 033690
IMERYS 035890
IMERYS 037003
IMERYS 041526
IMERYS 045184
IMERYS 048750
IMERYS 051436
IMERYS 054579
IMERYS 060629
IMERYS 077676
IMERYS 084011
IMERYS 117597
IMERYS 125256
IMERYS 125579
IMERYS 125627
IMERYS 130504
IMERYS 145116
IMERYS 151337
IMERYS 196407
IMERYS 198743

3

**Materials and Data Considered**

IMERYS 209012
IMERYS 210268
IMERYS 210465
IMERYS 210700
IMERYS 210701
IMERYS 210724
IMERYS 210758
IMERYS 210788-210799
IMERYS 210794
IMERYS 210801- 210803
IMERYS 210810-210812
IMERYS 210824
IMERYS 213442
IMERYS 219720
IMERYS 238132
IMERYS 244543
IMERYS 253265
IMERYS 268192
IMERYS 286445
IMERYS 288683
IMERYS 299320
IMERYS 303546
IMERYS 304056
IMERYS 309326
IMERYS 310208
IMERYS 320629
IMERYS 336098
IMERYS 340454
IMERYS 340798
IMERYS 348979
IMERYS 352512
IMERYS 413792
IMERYS 415991
IMERYS 416973
IMERYS 422289
IMERYS 425354
IMERYS 426984
IMERYS 430707
IMERYS 436652
IMERYS 436951
IMERYS 441340
IMERYS 442232
IMERYS 445999
IMERYS 469483
IMERYS 477879
IMERYS 499486
IMERYS 499538
IMERYS 500675
IMERYS 500676
IMERYS 500677
IMERYS 500679

## Materials and Data Considered

IMERYS 500690
IMERYS 500692
IMERYS 500694
IMERYS 500695
IMERYS 500696
IMERYS 500697
IMERYS 500698
IMERYS 500703
IMERYS 500704
IMERYS 500705
IMERYS 500706
IMERYS 500707
IMERYS 500708
IMERYS 500709
IMERYS 500710
IMERYS 500713
IMERYS 500715
IMERYS 500720
IMERYS 500721
IMERYS 500722
IMERYS 500723
IMERYS 500728
IMERYS 500736
IMERYS 500737
IMERYS 500739
IMERYS 500743
IMERYS 500744
IMERYS 500756
IMERYS 500760
IMERYS 500761
IMERYS 500801
IMERYS 532947
IMERYS 533326
IMERYS 533358
IMERYS 533694
IMERYS 533697
IMERYS 533742
IMERYS 533753
IMERYS 533766
IMERYS 533773
IMERYS Hole 2002-15 and 2002-21
IMERYS012795
IMERYS026529
IMERYS027063
IMERYS027596
IMERYS027721
IMERYS030231
IMERYS030252
IMERYS030347
IMERYS031712
IMERYS033263

5

**Materials and Data Considered**

IMERYS033482
IMERYS033719
IMERYS036134
IMERYS036155
IMERYS036861
IMERYS036949
IMERYS036976
IMERYS036999
IMERYS037018
IMERYS040903
IMERYS041522
IMERYS042045
IMERYS042461
IMERYS042993
IMERYS043375
IMERYS045182
IMERYS045198
IMERYS048049
IMERYS048393
IMERYS048647
IMERYS050500
IMERYS050502
IMERYS050535
IMERYS050955
IMERYS051117
IMERYS051370
IMERYS051442
IMERYS053275
IMERYS053346
IMERYS053387
IMERYS053402
IMERYS056628
IMERYS058042
IMERYS058076
IMERYS058214
IMERYS058955
IMERYS060623
IMERYS061148
IMERYS061599
IMERYS061600
IMERYS061692
IMERYS064423
IMERYS066091
IMERYS069210
IMERYS072407
IMERYS073845
IMERYS073874
IMERYS073981
IMERYS074065
IMERYS074186
IMERYS074190

**Materials and Data Considered**

IMERYS074242
IMERYS074740
IMERYS074832
IMERYS075120
IMERYS075685
IMERYS075751
IMERYS076456
IMERYS076760
IMERYS078420
IMERYS078545
IMERYS078684
IMERYS078694
IMERYS078780
IMERYS081025
IMERYS081205
IMERYS083403
IMERYS083490
IMERYS084135
IMERYS085298
IMERYS085457
IMERYS085467
IMERYS086005
IMERYS086142
IMERYS086188
IMERYS086935
IMERYS087250
IMERYS090928
IMERYS093132
IMERYS093719
IMERYS097904
IMERYS098115
IMERYS099648
IMERYS102508
IMERYS102511
IMERYS102513
IMERYS102515
IMERYS102522
IMERYS104615
IMERYS104628
IMERYS104636
IMERYS104660
IMERYS104669
IMERYS105215
IMERYS110169
IMERYS110317
IMERYS110340
IMERYS112022
IMERYS113340
IMERYS113402
IMERYS113548
IMERYS113587

### Materials and Data Considered

IMERYS114712
IMERYS114718
IMERYS114771
IMERYS117803
IMERYS124028
IMERYS124453
IMERYS128710
IMERYS129838
IMERYS132770
IMERYS132819
IMERYS132823
IMERYS132888
IMERYS133208
IMERYS134026
IMERYS136824
IMERYS136979
IMERYS139093
IMERYS139211
IMERYS139354
IMERYS140438
IMERYS140630
IMERYS143096
IMERYS145198
IMERYS145558
IMERYS147008
IMERYS147492
IMERYS156267
IMERYS156318
IMERYS164936
IMERYS166741
IMERYS172540
IMERYS172608
IMERYS179095
IMERYS179106
IMERYS179108
IMERYS186641
IMERYS189001
IMERYS194430
IMERYS197435
IMERYS198441
IMERYS198447
IMERYS198884
IMERYS199128
IMERYS199511
IMERYS199742
IMERYS199801
IMERYS200084
IMERYS200346
IMERYS203736
IMERYS203737
IMERYS203856

## Materials and Data Considered

IMERYS204969
IMERYS205158
IMERYS205519
IMERYS205540
IMERYS205609
IMERYS205652
IMERYS205653
IMERYS205903
IMERYS206004
IMERYS208773
IMERYS209320
IMERYS210707
IMERYS210810
IMERYS211157
IMERYS213431
IMERYS213443
IMERYS214656
IMERYS214720
IMERYS219721
IMERYS225177
IMERYS225184
IMERYS225288
IMERYS225295
IMERYS225922
IMERYS225931
IMERYS230664
IMERYS231107
IMERYS231309
IMERYS235642
IMERYS235741
IMERYS235927
IMERYS237144
IMERYS237173
IMERYS238270
IMERYS238445
IMERYS238457
IMERYS238468
IMERYS238478
IMERYS238850
IMERYS239749
IMERYS240406
IMERYS241968
IMERYS244677
IMERYS244919
IMERYS244973
IMERYS246005
IMERYS246065
IMERYS247781
IMERYS249655
IMERYS253608
IMERYS256377

## Materials and Data Considered

IMERYS256482
IMERYS261810
IMERYS262806
IMERYS270465
IMERYS270594
IMERYS271340
IMERYS271933
IMERYS274983
IMERYS282480
IMERYS283711
IMERYS286003
IMERYS286320
IMERYS288434
IMERYS288673
IMERYS290589
IMERYS295222
IMERYS295664
IMERYS298767
IMERYS299296
IMERYS299311
IMERYS299322
IMERYS299330
IMERYS304036
IMERYS304087
IMERYS308384
IMERYS309892
IMERYS328147
IMERYS335759
IMERYS335761
IMERYS336030
IMERYS336420
IMERYS336444
IMERYS337569
IMERYS340050
IMERYS340118
IMERYS342524
IMERYS353633
IMERYS403794
IMERYS406170
IMERYS416192
IMERYS416471
IMERYS418142
IMERYS418940
IMERYS419451
IMERYS422182
IMERYS422289
IMERYS426677
IMERYS426751
IMERYS427172
IMERYS427235
IMERYS427291

## Materials and Data Considered

IMERYS427326
IMERYS427419
IMERYS427423
IMERYS427428
IMERYS428014
IMERYS428781
IMERYS435988
IMERYS435992
IMERYS435996
IMERYS436000
IMERYS436951
IMERYS436972
IMERYS441340
IMERYS446869
IMERYS449684
IMERYS460527
IMERYS460646
IMERYS467736
IMERYS469478
IMERYS492711
IMERYS498844
IMERYS498970
IMERYS498998
IMERYS499264
IMERYS500456
IMERYS500680
IMERYS501883
IMERYS501902
IMERYS501956
IMERYS501984
IMERYS502024
IMERYS-A_0002017
IMERYS-A_0010248
IMERYS-A_0013279
IMERYS-A_0015174
IMERYS-A_0015192
IMERYS-A_0015294
IMERYS-A_0015305
IMERYS-A_0015376
IMERYS-A_0015621
IMERYS-A_0015663
IMERYS-A_0015697
IMERYS-A_0015703
IMERYS-A_0015753
IMERYS-A_0015755
IMERYS-A_0015758
IMERYS-A_0019350
IMERYS-A_0024360
IMERYS-A_0025168
IMERYS-A_0025724
IMERYS-A_0026446

11

## Materials and Data Considered

IMERYS-A_0026465
IMERYS-MDL-AB_0005560
IMERYS-MDL-AB_0007973
IMERYS-MDL-AB_0008049
IMERYS-MDL-AB_0008412
IMERYS-MDL-AB_0009721
IMERYS-MDL-AB_0010356
J&J 0037133
J&J 0053200
J&J-0007797
J&J-0007801
J&J-0084692
J&J-175
J&J185
J&J-331
J&J-376
JNJ_00030983
JNJ 000000636
JNJ 000016791
JNJ 000087991
JNJ 000089413
JNJ 000133309
JNJ 000245517
JNJ 000252742
JNJ 000288481
JNJ 000299336
JNJ 000348020
JNJ 000378044
JNJ 000378046
JNJ 000389288
JNJ 000521616
JNJ 000525310
JNJ 000629320
JNJ000020759
JNJ000021008
JNJ000030027
JNJ000059269
JNJ000059273
JNJ000059401
JNJ000060592
JNJ000060951
JNJ000061570
JNJ000062176
JNJ000062206
JNJ000062221
JNJ000062458
JNJ000063601
JNJ000063608
JNJ000063611
JNJ000063951
JNJ000064012

## Materials and Data Considered

JNJ000064200
JNJ000064202
JNJ000064456
JNJ000065385
JNJ000065666
JNJ000066381
JNJ000084895
JNJ000085374
JNJ000085796
JNJ000086280
JNJ000087412
JNJ000087865
JNJ000087928
JNJ000087989
JNJ000087991
JNJ000088570
JNJ000088746
JNJ000089153
JNJ000090013
JNJ000092154
JNJ000092227
JNJ000131754
JNJ000131758
JNJ000131761
JNJ000132171
JNJ000132178
JNJ000132563
JNJ000132694
JNJ000132997
JNJ000133223
JNJ000133288
JNJ000133309
JNJ000133354
JNJ000133506
JNJ000133623
JNJ000133628
JNJ000133644
JNJ000133653
JNJ000133929
JNJ000134031
JNJ000134159
JNJ000134171
JNJ000135328
JNJ000222851
JNJ000223449
JNJ000223508
JNJ000223509
JNJ000229914
JNJ000231251
JNJ000232582
JNJ000232897

13

## Materials and Data Considered

JNJ000233714
JNJ000234805
JNJ000234883
JNJ000237076
JNJ000237114
JNJ000237120
JNJ000237136
JNJ000237254
JNJ000237379
JNJ000237881
JNJ000238011
JNJ000238022
JNJ000238023
JNJ000238065
JNJ000238194
JNJ000238201
JNJ000238329
JNJ000238826
JNJ000239387
JNJ000239718
JNJ000239723
JNJ000239730
JNJ000240219
JNJ000241387
JNJ000242691
JNJ000244833
JNJ000245002
JNJ000245513
JNJ000245577
JNJ000246437
JNJ000246467
JNJ000246709
JNJ000246844
JNJ000247086
JNJ000247326
JNJ000247330
JNJ000247361
JNJ000247362
JNJ000247376
JNJ000247377
JNJ000247384
JNJ000247477
JNJ000247481
JNJ000248023
JNJ000248584
JNJ000248628
JNJ000248837
JNJ000248841
JNJ000251888
JNJ000252225
JNJ000252228

## Materials and Data Considered

JNJ000252237
JNJ000254103
JNJ000254152
JNJ000257380
JNJ000257836
JNJ000258035
JNJ000258099
JNJ000259645
JNJ000260807
JNJ000261006
JNJ000261628
JNJ000261640
JNJ000261824
JNJ000264457
JNJ000265166
JNJ000265167
JNJ000266288
JNJ000266290
JNJ000266305
JNJ000266362
JNJ000266813
JNJ000268037
JNJ000268067
JNJ000269848
JNJ000269890
JNJ000269904
JNJ000269931
JNJ000270070
JNJ000270588
JNJ000270659
JNJ000271031
JNJ000271088
JNJ000272087
JNJ000272469
JNJ000273150
JNJ000274374
JNJ000274575
JNJ000274621
JNJ000280280
JNJ000281919
JNJ000281921
JNJ000285082
JNJ000285277
JNJ000285351
JNJ000286905
JNJ000288481
JNJ000288595
JNJ000291914
JNJ000291916
JNJ000294461
JNJ000294462

15

## Materials and Data Considered

JNJ000297402
JNJ000297576
JNJ000297578
JNJ000299336
JNJ000299735
JNJ000301762
JNJ000304364
JNJ000306623
JNJ000307413
JNJ000308280
JNJ000312667
JNJ000312688
JNJ000314315
JNJ000314406
JNJ000314563
JNJ000314624
JNJ000314629
JNJ000314680
JNJ000314718
JNJ000314722
JNJ000317321
JNJ000317601
JNJ000317647
JNJ000317664
JNJ000317681
JNJ000317718
JNJ000319689
JNJ000319691
JNJ000319696
JNJ000319703
JNJ000319714
JNJ000319745
JNJ000319754
JNJ000319761
JNJ000319762
JNJ000320138
JNJ000321606
JNJ000322179
JNJ000322188
JNJ000322351
JNJ000322567
JNJ000323220
JNJ000323221
JNJ000323238
JNJ000323277
JNJ000323316
JNJ000323770
JNJ000323780
JNJ000324430
JNJ000324729
JNJ000325709

16

## Materials and Data Considered

JNJ000325738
JNJ000326744
JNJ000327588
JNJ000327668
JNJ000327783
JNJ000328143
JNJ000328315
JNJ000329743
JNJ000329969
JNJ000330045
JNJ000330448
JNJ000330506
JNJ000332679
JNJ000332871
JNJ000332873
JNJ000332936
JNJ000333378
JNJ000334305
JNJ000334610
JNJ000335665
JNJ000336164
JNJ000336203
JNJ000336248
JNJ000336297
JNJ000345129
JNJ000346572
JNJ000346747
JNJ000346836
JNJ000346889
JNJ000347962
JNJ000356020
JNJ000356069
JNJ000356347
JNJ000356531
JNJ000356605
JNJ000356662
JNJ000356669
JNJ000357296
JNJ000357355
JNJ000368847
JNJ000368849
JNJ000370270
JNJ000373757
JNJ000375383
JNJ000377123
JNJ000382894
JNJ000382895
JNJ000384283
JNJ000414760
JNJ000415546
JNJ000421562

## Materials and Data Considered

JNJ000421583
JNJ000421595
JNJ000421597
JNJ000422794
JNJ000442991
JNJ000448384
JNJ000488188
JNJ000488202
JNJ000488303
JNJ000520877
JNJ000520884
JNJ000521599
JNJ000521602
JNJ000521656
JNJ000524006
JNJ000545870
JNJ000545911
JNJ000566670
JNJ000566687
JNJ000567574
JNJ000576631
JNJ000576700
JNJ000627844
JNJ000631362
JNJ000682137
JNJ000868844
JNJ000886067
JNJ-256
JNJ346006
JNJ-567
JNJAZ55_000000049
JNJAZ55_000000577
JNJAZ55_000000597
JNJAZ55_000000905
JNJAZ55_000001073
JNJAZ55_000001114
JNJAZ55_000004156
JNJAZ55_000004563
JNJAZ55_000004644
JNJAZ55_000005743
JNJAZ55_000006088
JNJAZ55_000006103
JNJAZ55_000008177
JNJAZ55_000008893
JNJAZ55_000020377
JNJAZ55_00004644
JNJH29W_000003708
JNJI4T5_000005163
JNJMX68 000002666
JNJMX68_000000439
JNJMX68_000000860

18

## Materials and Data Considered

JNJMX68_000004296
JNJMX68_000008964
JNJMX68_000013019
JNJMX68_000015818
JNJMX68_000021632
JNJMX68_000022920
JNJNL61_000001325
JNJNL61_000001341
JNJNL61_000001534
JNJNL61_00000266
JNJNL61_000005343
JNJNL61_000005495
JNJNL61_000006591
JNJNL61_000006792
JNJNL61_000008179
JNJNL61_000023234
JNJNL61_000024449
JNJNL61_000024650
JNJNL61_000024657
JNJNL61_000025152
JNJNL61_000027053
JNJNL61_000030041
JNJNL61_000032036
JNJNL61_000033574
JNJNL61_000040532
JNJNL61_000043243
JNJNL61_000043244
JNJNL61_000043245
JNJNL61_000043246
JNJNL61_000043271
JNJNL61_000043272
JNJNL61_000052427
JNJNL61_000062982
JNJNL61_000064161
JNJNL61_000064162
JNJNL61_000079334
JNJNL61_6431-6432
JNJS71R_000000139
JNJS71R_000001978
JNJS71R_000002199
JNJS71R_000007083
JNJS71R_000009825
JNJS71R_000011316
JNJTALC000062193
JNJTALC000068906
JNJTALC000094741
JNJTALC000099148
JNJTALC000186169
JNJTALC000186602
JNJTALC000186738
JNJTALC000225279

## Materials and Data Considered

JNJTALC000289190
JNJTALC000298746
JNJTALC000323044
JNJTALC000391470
JNJTALC000425140
JOJO-MA2330-0001
JOJO-MA2546-00158
JOJO-MA2546-00163
JOJO-MA90013
JOJO-MA90013-0005
LUZ 015663
LUZ015663
MRDS_Talc_LabAnalysesTroy
MRDS_Talc_LabAnalysesTroy2
NIOSH-MA04800
P-0557 Elkies Plaintiff Exhibit 4
P-0558 Elkies Plaintiff Exhibit 5
PCPC0071076
RJLEE-000537
RJLEE-000934
RJLEE-001032
RJLEE-001235
RJLEE-001497
RJLEE-002288
Talc_USP Revised Bulletin_Aug. 2011
Vanderbilt_RJ Lee_2013 Feb 7
VT resources map 1982
WTALC00002788
JNJNL61_000006591
000465 Hammondsville 10.12.1970
000526 not aware of quality Windsor 1971
000842 proposal to synthesize talc 1971
000994 Asbestos in 1970 samples of Italian and VT talc 1971
001779 Concentration techniques 1973
002042 Limits to Asbestos Detection 1983
002105 Proposed Talc Detection 1973
002162 Magnetic Separation No Budget 1973-5
002485 density gradient separation asbestos spending 1973
01_ Memo-Purchase and Supply Agreements
01_Memo - Core Logs and Findings and Maps
1972 Dement study re exposure baby powder
1973.12.10 CFTA Proposed FDA Report-Round Robin
1974.8.21 FDA ltr to hamer RE fiber counts
2001.06.01 email to fda zezenski to Dennis xrd pcm plm not sensitive enough
2011.07 Development of a New ASTM Method for Analysis of Cosmetic and
BiblioVt Geology2014
Chrysotile in Shower to Shower
CPC-BCALTRSCPT00000986
CPC-NYCALTRSCPT00006913
HHS00000001
History of Argonaut Mine 1973-1994

20

## Materials and Data Considered

USEPA Table (2014)
NTP Report on Carcinogens, Fourteenth Edition (Asbestos)
NIOSH (2012) Carcinogen List
Expert Report of Mark Krekeler Dated November 16, 2018
Correspondence and Assignment Sheets (Reid report April 2, 1973)