# **CERTIFICATE OF SERVICE**

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Defendants Johnson & Johnson and LLT Management LLC's Motion to Exclude the Opinions of Drs. David Kessler, Laura Plunkett, William Sage, and George E. Newman to be filed electronically via the court's electronic filing system the 22nd day of August 2024. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:   August 22, 2024            *s/ Michelle A. Parfitt*
                                     Michelle A. Parfitt