# Exhibit 4

An Expanded Sourcebook

# Qualitative Data Analysis

## Second Edition

## Matthew B. Miles
## A. Michael Huberman



SAGE Publications
*International Educational and Professional Publisher*
Thousand Oaks  London  New Delhi

ODTÜ KÜTÜPHANESİ
METU LIBRARY

H62
M437
1994

Copyright © 1994 by Matthew B. Miles and
A. Michael Huberman

All rights reserved. No part of this book may be
reproduced or utilized in any form or by any means,
electronic or mechanical, including photocopying,
recording, or by any information storage and
retrieval system, without permission in writing
from the publisher.

*For information address*:

 SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
6 Bonhill Street
London EC2A 4PU
United Kingdom

SAGE Publications India Pvt. Ltd.
M-32 Market
Greater Kailash I
New Delhi 110 048 India

Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

Miles, Matthew B.
  Qualitative data analysis : an expanded sourcebook /
Matthew B. Miles, A. Michael Huberman. — 2nd ed.
    p.  cm.
  Includes bibliographical references and index.
  ISBN 0-8039-4653-8 (cl) — ISBN 0-8039-5540-5 (pb)
  1. Social sciences—Research. 2. Education—Research.
  I. Huberman, A. M.  II. Title.
H62.M437  1994
300'.723—dc20                              93-41204
                                              CIP

04  05  17

Sage Production Editor: Rebecca Holland

METU LIBRARY
0050363020

# Contents

| | | | |
|---|---|---|---|
| List of Figures, Tables, and Boxes | viii | Format of Specific Methods | 12 |
| | | Suggestions for Users | 12 |
| Acknowledgments | xii | | |
| | | 2. Focusing and Bounding the Collection | |
| 1. Introduction | 1 | of Data: The Substantive Start | 16 |
| A. The General Problem | 1 | Tight Versus Loose: Some Trade-offs | 16 |
| B. The Nature of This Book | 2 | A. Building a Conceptual Framework | 18 |
|    Audiences | 3 | B. Formulating Research Questions | 22 |
|    Approach | 3 | C. Defining the Case: Bounding the Territory | 25 |
| C. Our Orientation | 4 | D. Sampling: Bounding the Collection of Data | 27 |
| D. Varieties of Qualitative Research | 5 | E. Instrumentation | 34 |
|    Recurring Features of Qualitative Research | 5 | Summary Comments | 38 |
|    Three Approaches to Qualitative Data | | | |
|      Analysis | 8 | 3. Focusing and Bounding the Collection | |
|    Analytic Methods: Some Common | | of Data: Further Design Issues | 40 |
|      Features | 9 | A. Linking Qualitative and Quantitative Data | 40 |
| E. The Nature of Qualitative Data | 9 |    Rationale | 40 |
|    General Nature | 9 |    Brief Description | 42 |
|    Some Underlying Issues | 9 |    Illustrations | 42 |
|    Strengths of Qualitative Data | 10 |    Advice | 43 |
| F. Our View of Qualitative Analysis | 10 | B. Management Issues Bearing on Analysis | 43 |
|    Data Reduction | 10 |    Computer Use | 43 |
|    Data Display | 11 |    Data Management | 45 |
|    Conclusion Drawing and Verification | 11 |    Staffing and Time Planning | 46 |
| G. Using This Book | 12 |    Agreements With Study Participants | 47 |
|    Overview | 12 | Summary Comments | 48 |

| | |
|---|---|
| **4. Early Steps in Analysis** | **50** |
| Our Assumptions About "Data" | 51 |
| A. Contact Summary Sheet | 51 |
| Document Summary Form | 54 |
| B. Codes and Coding | 55 |
| Reflective Remarks | 66 |
| Marginal Remarks | 66 |
| C. Pattern Coding | 69 |
| D. Memoing | 72 |
| Developing Propositions | 75 |
| E. Case Analysis Meeting | 76 |
| F. Interim Case Summary | 77 |
| Data Accounting Sheet | 80 |
| G. Vignettes | 81 |
| H. Prestructured Case | 83 |
| I. Sequential Analyses | 85 |
| Summary Comments | 88 |
| **5. Within-Case Displays: Exploring and Describing** | **90** |
| Describing and Explaining | 90 |
| A. How Data Displays Work | 91 |
| B. Partially Ordered Displays | 102 |
| Context Chart | 102 |
| Checklist Matrix | 105 |
| The Transcript as Poem | 110 |
| C. Time-Ordered Displays | 110 |
| Event Listing | 110 |
| Critical Incident Chart | 115 |
| Event-State Network | 115 |
| Activity Record | 117 |
| Decision Modeling | 117 |
| Growth Gradient | 118 |
| Time-Ordered Matrix | 119 |
| D. Role-Ordered Displays | 122 |
| Role-Ordered Matrix | 122 |
| Role-by-Time Matrix | 126 |
| E. Conceptually Ordered Displays | 127 |
| Conceptually Clustered Matrix | 127 |
| Thematic Conceptual Matrix | 131 |
| Folk Taxonomy | 133 |
| Cognitive Maps | 134 |
| Effects Matrix | 137 |
| Summary Comment | 141 |
| **6. Within-Case Displays: Explaining and Predicting** | **143** |
| A. Explanations and Causality | 144 |
| What Does It Mean to Explain Something? | 144 |
| A Way of Thinking About Causality | 145 |
| The Power of Qualitative Causal Analysis | 147 |
| B. Explanatory Effects Matrix | 148 |
| C. Case Dynamics Matrix | 148 |
| D. Causal Network | 151 |
| Verifying Causal Networks | 163 |
| E. Making and Testing Predictions | 165 |
| Summary Comments | 170 |
| **7. Cross-Case Displays: Exploring and Describing** | **172** |
| A. Cross-Case Analysis: Overview | 172 |
| Why Do Cross-Case Analysis? | 173 |
| A Key Distinction: Variables Versus Cases | 173 |
| Strategies for Cross-Case Analysis | 174 |
| B. Partially Ordered Displays | 177 |
| Partially-Ordered Meta-Matrix | 177 |
| C. Conceptually Ordered Displays | 183 |
| Content-Analytic Summary Table | 183 |
| Substructing a Variable | 184 |
| Construct Table | 184 |
| Decision Tree Modeling | 185 |
| D. Case-Ordered Displays | 187 |
| Case-Ordered Descriptive Meta-Matrix | 187 |
| Ordering Cases Through Summed Indices | 193 |
| Two-Variable Case-Ordered Matrix | 195 |
| Contrast Table | 195 |
| Scatterplot | 197 |
| E. Time-Ordered Displays | 200 |
| Time-Ordered Meta-Matrix | 200 |
| Scatterplots Over Time | 203 |
| Composite Sequence Analysis | 204 |
| Summary Comments | 205 |
| **8. Cross-Case Displays: Ordering and Explaining** | **207** |
| A. Explaining Through Comparative Analysis | 207 |
| The Main Issue | 207 |
| Working Principles | 207 |
| B. Case-Ordered Effects Matrix | 208 |
| C. Case-Ordered Predictor-Outcome Matrix | 213 |
| Predictor-Outcome Consequences Matrix | 217 |
| D. Variable-by-Variable Matrix | 219 |
| E. Causal Models | 222 |
| Causal Chains | 227 |
| F. Causal Networks—Cross-Case Analysis | 228 |
| Antecedents Matrix | 233 |
| Summary Comments | 237 |
| **9. Matrix Displays: Some Rules of Thumb** | **239** |
| A. Building Matrix Displays | 240 |
| Matrix Elements | 240 |
| Rules of Thumb for Matrix Building | 241 |
| B. Entering Matrix Data | 241 |
| Rules of Thumb for Data Entry | 241 |
| C. Drawing Conclusions From Matrix Data | 242 |
| Rules of Thumb for Conclusion Drawing | 242 |
| **10. Making Good Sense: Drawing and Verifying Conclusions** | **245** |
| A. Tactics for Generating Meaning | 245 |
| 1. Noting Patterns, Themes | 246 |
| 2. Seeing Plausibility | 246 |

| | |
|---|---|
| 3. Clustering | 248 |
| 4. Making Metaphors | 250 |
| 5. Counting | 252 |
| 6. Making Contrasts/Comparisons | 254 |
| 7. Partitioning Variables | 254 |
| 8. Subsuming Particulars Into the General | 255 |
| 9. Factoring | 256 |
| 10. Noting Relations Between Variables | 257 |
| 11. Finding Intervening Variables | 258 |
| 12. Building a Logical Chain of Evidence | 260 |
| 13. Making Conceptual/Theoretical Coherence | 261 |
| B. Tactics for Testing or Confirming Findings | 262 |
| 1. Checking for Representativeness | 263 |
| 2. Checking for Researcher Effects | 265 |
| 3. Triangulating | 266 |
| 4. Weighting the Evidence | 267 |
| 5. Checking the Meaning of Outliers | 269 |
| 6. Using Extreme Cases | 270 |
| 7. Following Up Surprises | 270 |
| 8. Looking for Negative Evidence | 271 |
| 9. Making If-Then Tests | 271 |
| 10. Ruling Out Spurious Relations | 272 |
| 11. Replicating a Finding | 273 |
| 12. Checking Out Rival Explanations | 274 |
| 13. Getting Feedback From Informants | 275 |
| C. Standards for the Quality of Conclusions | 277 |
| Objectivity/Confirmability | 278 |
| Reliability/Dependability/Auditability | 278 |
| Internal Validity/Credibility/Authenticity | 278 |
| External Validity/Transferability/Fittingness | 279 |
| Utilization/Application/Action Orientation | 280 |
| D. Documentation | 280 |
| Summary Comments | 286 |
| | |
| **11. Ethical Issues in Analysis** | **288** |
| Some Framing Remarks | 288 |
| Ethical Theories | 289 |
| Specific Ethical Issues | 290 |
| Conflicts, Dilemmas, and Trade-offs | 295 |
| Advice | 296 |
| Summary Comments | 297 |
| | |
| **12. Producing Reports** | **298** |
| The General Problem | 298 |
| Audiences and Effects | 299 |
| Voices, Genres, and Stances | 300 |
| Style | 301 |
| Formats and Structures | 301 |
| Using Reports | 304 |
| Summary Comments | 306 |
| | |
| **13. Concluding Remarks** | **307** |
| Seeing Qualitative Analysis Whole | 307 |
| Reflections | 309 |
| Advice | 310 |
| | |
| **Appendix: Choosing Computer Programs for Qualitative Data Analysis** | **311** |
| | |
| 1. Overview and Suggestions for Use | 311 |
| 2. Software Types and Functions | 311 |
| General Types | 311 |
| Specific Functions: What to Look For | 312 |
| Other Considerations | 313 |
| 3. How to Choose Software: Key Questions | 313 |
| What Kind of Computer User Are You? | 313 |
| What Kind of Database and Project Is It? | 314 |
| What Kind of Analysis Is Anticipated? | 314 |
| 4. Program Characteristics | 315 |
| 5. Program Developers and Distributors | 315 |
| 6. References | 317 |
| | |
| **References** | **318** |
| **Author Index** | **331** |
| **Subject Index** | **334** |
| **About the Authors** | **337** |

exploratory mode, it's as if we are trying to solve an unstated or ambiguous problem, which has to be framed and reframed as we go. Wolcott (1992) talks about this as the "theory first" or "theory after" approach. Both are workable.

So what is theory? We can talk about *implicit* theory, the preconceptions, biases, values, frames, and rhetorical habits that (for example) lead us or the people we are studying to refer to a situation as a "single-parent family"—or to the same situation as a "broken home" (Rein & Schon, 1977). In this case the implicit theories are each biased. The first puts a certain kind of human group into a class called "family" and implicitly asserts its right to exist. The second classifies the situation as imperfect or damaged and implies that "a home" must have more than one parent.

We can speak also of *explicit* theory: a set of concepts that might be organized in list form, or in a hierarchy, or in a network of propositional statements. As Wolcott (1992) notes, these might be at the level of "grand theory" (e.g., symbolic interactionism) or, more typically, include modest middle-range concepts such as *culture* or *commitment* or *innovation adoption*. Conceptual frameworks, as we describe them in Chapter 2, are the researcher's first cut at making some explicit theoretical statements.

One more distinction, to which we alluded before, seems important. Efforts to describe and explain may be "paradigmatic" (Maxwell, 1992a; Maxwell & Miller, 1992)—they involve a *variable-oriented* approach (Ragin, 1987) that deals essentially with the relations among well-defined concepts. For example, you might study adolescents' decisions to attend college by examining the relationships among variables such as socioeconomic class, parental expectations, school grades, and peer support.

Or studies may be "syntagmatic," or *process-oriented*, following the events in a specified *case* context over time (Maxwell, 1992a; Mohr, 1982). For example, you might study a particular adolescent, Nynke van der Molen, over a period of several months to follow the events and conditions (e.g., a poignant discussion with her mother on why she had never worked outside the home; Jane's experience in dissecting a frog) that were related to her decision to go to veterinary school. (For further discussion of this distinction, see Chapter 7, section A, on cross-case analysis.)

We concur with these authors that *both* approaches need to be combined for careful description and explanation. This chapter includes methods of both sorts.

*From describing to explaining: The analytic progression.* Usually it is hard to explain something satisfactorily until you understand just what the something is. Thus a natural progression, as Rein and Schon (1977) suggest, is from telling a first "story" about a specified situation (what happened, and then what happened?), to constructing a "map" (formalizing the elements of the story, locating key variables), to building a theory or model (how the variables are connected, how they influence each other). We have constructed a deeper story, in effect, that is both variable-oriented and process-oriented.

The progression is a sort of "ladder of abstraction" (Carney, 1990; see Figure 5.1). You begin with a text, trying out coding categories on it, then moving to identify themes and trends, and then to testing hunches and findings, aiming first to delineate the "deep structure" and then to integrate the data into an explanatory framework. In this sense we can speak of "data transformation" as information is condensed, clustered, sorted, and linked over time (Gherardi & Turner, 1987).

Naturally there is no clear or clean boundary between describing and explaining; the researcher typically moves through a series of analysis episodes that condense more and more data into a more and more coherent understanding of what, how, and why. In this chapter we mainly emphasize description, but point forward to more explanatory methods in Chapter 6.

## A. How Data Displays Work

The idea of a display is central to this book. By *display* we mean a visual format that presents information systematically, so the user can draw valid conclusions and take needed action.

For qualitative researchers, the typical mode of display has been extended, unreduced text, usually in the form of written-up field notes, which the analyst scans through, attaching codes and then extracting coded segments and drawing conclusions. The analyst then writes a second form of extended text: a case study report.

Our experience tells us that extended, unreduced text alone is a weak and cumbersome form of display. It is hard on analysts because it is *dispersed* over many pages and is not easy to see as a whole. It is *sequential* rather than simultaneous, making it difficult to look at two or three variables at once. It is usually *poorly ordered,* and it can get very *bulky,* monotonously overloading. Comparing several extended texts carefully is very difficult.

The same objections apply with even stronger force for final readers. Indeed, it is been claimed (Mulhauser, 1975) that long case studies are almost useless for policymakers, who cannot afford the time required to comprehend a long account and to draw conclusions for their work.[1]

The argument of this book is, You know what you display. Valid analysis requires, and is driven by, displays that are focused enough to permit a viewing of a full data set

sions about their work; he concludes skeptically that written feedback is unwise, doesn't correct mistakes, doesn't help cooperation or empowerment, and may even cause self-censorship by the researcher.

General implication: It won't be easy. It helps to remember that data feedback is an occasion to learn more about the case, not only about your feedback.

*Suggestions for practice.* Early in your study, consider alternative approaches to verification through member feedback, ranging from none at all to early/intermittent to late and well-structured (case critique, verification or prediction forms, etc.); consider costs and benefits of each. For promising candidates, use several colleagues familiar with the *setting* you are studying, but not your research, to act as surrogates for real informants in tryouts of your feedback plans.

## C. Standards for the Quality of Conclusions

We've reviewed 26 tactics for drawing and for verifying conclusions. How will you, or anyone else, know whether the finally emerging findings are *good?* That term has many possible definitions: possibly or probably true, reliable, valid, dependable, reasonable, confirmable, credible, useful, compelling, significant, empowering (add others of your choice). It's not enough to say that well-carried-out tactics will make for good conclusions. As Firestone (1990) notes, "The major justification for the research enterprise is that we have the time and the skills to develop approximations of the truth that have a firmer warrant than common sense" (p. 123).

As we were writing this book, we collected survey data from a wide range of qualitative researchers, asking about key analysis issues they were concerned about. The basic question of the goodness of conclusions can be approached from a "justificatory" point of view, as one of our respondents noted:

> How to really convince reductionists/positivists that naturalistic inquiry/qualitative research methods are *not* any more biased or inaccurate or imprecise than their methods? (From a specialist in recreation and leisure studies)

In this frame the issue is legitimacy. But as many researchers have pointed out, the problem of quality in qualitative studies deserves attention in its *own* terms, not just as a justification device. Other respondents said:

> It is probably an issue for all of us: when your own judgment has to be relied on for strength, significance of a finding. This is what makes the process seem subjective. (Public health researcher)

> Creation of lenses to understand my data. It is difficult to avoid seeing what you expect to see without using careful procedures. (Industrial engineer)

> If criteria for "goodness" are a false hope, how do we share/teach/defend context-bound, hermeneutically analyzed, interpretive inquiry? (Philosopher)

In this section we explore some practical standards that could help us all judge the quality of conclusions.

The battles in this domain have been extensive, and they continue. Many interpretivist researchers take the position that there is no "fact of the matter" (e.g., Schwandt, 1990) and suggest by extension that it is not really possible to specify criteria for good qualitative work—and that the effort to do so is somehow expert-centered and exclusionary, not responsive to the contingent, contextual, personally interpretive nature of any qualitative study.[22]

But the problem of quality, of trustworthiness, of authenticity of findings will not go away. The fact is that some accounts are better than others. Although we may acknowledge that "getting it all right" is an unworkable aim, we should, as Wolcott (1990a) suggests, try to "not get it all wrong." Would you be bothered if a journalist did not tell the truth about you, or if a court dismissed a case against someone who had assaulted you, saying that everyone has different interpretations?

Our view is that qualitative studies take place in a real social world, and can have real consequences in people's lives; that there is a reasonable view of "what happened" in any particular situation (including what was believed, interpreted, etc.); and that we who render accounts of it can do so well or poorly, and should not consider our work unjudgable. In other words, shared standards are worth striving for (Howe & Eisenhart, 1990; Williams, 1986).

We cannot enter here into a discussion of how "goodness criteria" flow from epistemological positions (for thoughtful discussions, see J. K. Smith, 1990, and Hammersley, 1992). Rather, we remain broadly in the "critical realist" tradition and discuss five main, somewhat overlapping, issues: the objectivity/confirmability of qualitative work; reliability/dependability/auditability; internal validity/credibility/authenticity; external validity/transferability/fittingness; and utilization/application/action orientation. (Here we are pairing traditional terms with those proposed as more viable alternatives for assessing the "trustworthiness" and "authenticity" of naturalistic research [Guba & Lincoln, 1981; Lincoln, 1990; Lincoln & Guba, 1985]).

In each section we describe the issues generally, without trying to straighten out all of the thorny problems involved. (Better people than us are still trying.) Then we propose some practical guidelines in the form of questions that can be applied to qualitative work—your own or that of others.

As in Marshall's (1990) practical list, these are not "rules" to be stiffly applied, but queries we think can be fruitfully posed when you are reflecting on the question, "How good is this piece of work?"—whether it is yours or someone else's. We cite useful sources as we go.

### Objectivity/Confirmability

The basic issue here can be framed as one of relative neutrality and reasonable freedom from unacknowledged researcher biases—at the minimum, explicitness about the inevitable biases that exist. In short, do the conclusions depend on "the subjects and conditions of the inquiry," rather than on the inquirer (Guba & Lincoln, 1981)? This domain is sometimes labeled "external reliability," with emphasis on the replicability of a study by others (LeCompte & Goetz, 1982).

*Relevant queries.* Some useful questions to be asked of a qualitative study about this issue are:

1. Are the study's general methods and procedures described explicitly and in detail: Do we feel that we have a complete picture, including "backstage" information?
2. Can we follow the actual sequence of how data were collected, processed, condensed/transformed, and displayed for specific conclusion drawing?
3. Are the conclusions explicitly linked with exhibits of condensed/displayed data?
4. Is there a record of the study's methods and procedures, detailed enough to be followed as an "audit trail" (Schwandt & Halpern, 1988)?
5. Has the researcher been explicit and as self-aware as possible about personal assumptions, values and biases, affective states—and how they may have come into play during the study?
6. Were competing hypotheses or rival conclusions really considered? At what point in the study? Do other rival conclusions seem plausible?
7. Are study data retained and available for reanalysis by others?

### Reliability/Dependability/Auditability

The underlying issue here is whether the process of the study is consistent, reasonably stable over time and across researchers and methods. We can, in effect, speak of "quality control" (Goetz & LeCompte, 1984; A. G. Smith & Robbins, 1984). Have things been done with reasonable care?

Kirk and Miller (1986) helpfully distinguish "diachronic" reliability (stability of observations over time) from "synchronic" reliability (stability in the same time frame) and point to the danger of "quixotic" reliability (what happens when multiple respondents give a monolithic, party-line answer: Remember that a broken thermometer is 100% reliable—but not very valid).

*Relevant queries.* What can be usefully asked in this domain?

1. Are the research questions clear, and are the features of the study design congruent with them?
2. Is the researcher's role and status within the site explicitly described?
3. Do findings show meaningful parallelism across data sources (informants, contexts, times)?
4. Are basic paradigms and analytic constructs clearly specified? (Reliability depends, in part, on its connectedness to theory.)
5. Were data collected across the full range of appropriate settings, times, respondents, and so on suggested by the research questions?
6. If multiple field-workers are involved, do they have comparable data collection protocols?
7. Were coding checks made, and did they show adequate agreement?
8. Were data quality checks made (e.g., for bias, deceit, informant knowledgeability?)
9. Do multiple observers' accounts converge, in instances, settings, or times when they might be expected to?
10. Were any forms of peer or colleague review in place?

### Internal Validity/Credibility/Authenticity

Here we arrive at the crunch question: truth value. Do the findings of the study make sense? Are they credible to the people we study and to our readers? Do we have an authentic portrait of what we were looking at?

Validity itself is not monolithic; the classic, measurement-oriented view (Brewer & Hunter, 1989) differentiates face, content, convergent, discriminant, and predictive validity. More helpfully for our purposes, Maxwell's (1992b) thoughtful review distinguishes among the types of *understanding* that may emerge from a qualitative study: descriptive (what happened in specific situations); interpretive (what it meant to the people involved); theoretical (concepts, and their relationships, used to explain actions and meanings); and evaluative (judgments of the worth or value of actions and meanings). Warner (1991) also speaks of "natural" validity—the idea that the events and settings studied are uncontrived, unmodified by the researcher's presence and actions.

Furthermore, work on the "validity" of narratives emerging from interpretive studies (Connelly & Clandinin, 1990) suggests the importance of such aspects as "appar-

ency" and "verisimilitude" (Van Maanen, 1988), "authenticity," "plausibility," and "adequacy," among others.

We should also note Kvale's (1989b) emphasis on validity as a process of checking, questioning, and theorizing, not as a strategy for establishing rule-based correspondence between our findings and the "real world." "Validation becomes the issue of choosing among competing and falsifiable explanations."

*Relevant queries.* Some useful possibilities are:

1. How context-rich and meaningful ("thick") are the descriptions (Denzin, 1989b; Geertz, 1973)?
2. Does the account "ring true," make sense, seem convincing or plausible, enable a "vicarious presence" for the reader?
3. Is the account rendered a comprehensive one, respecting the configuration and temporal arrangement of elements in the local context (Campbell, 1986)?
4. Did triangulation among complementary methods and data sources produce generally converging conclusions? If not, is there a coherent explanation for this (Mathison, 1988)?
5. Are the presented data well linked to the categories of prior or emerging theory? Do the measures reflect the constructs in play?
6. Are the findings internally coherent (Eisner, 1991); are concepts systematically related (Strauss & Corbin, 1990)?
7. Were rules used for confirmation of propositions, hypotheses, and so on made explicit (Miller, n. d.)?
8. Are areas of uncertainty identified? (There should be some.)
9. Was negative evidence sought for? Found? What happened then?
10. Have rival explanations been actively considered? What happened to them?
11. Have findings been replicated in other parts of the database than the one they arose from?
12. Were the conclusions considered to be accurate by original informants? If not, is there a coherent explanation for this?
13. Were any predictions made in the study, and how accurate were they?

**External Validity/Transferability/Fittingness**

We need to know whether the conclusions of a study have any larger import. Are they transferable to other contexts? Do they "fit" (Lincoln & Guba, 1985)? How far can they be "generalized"?

Firestone's (1993) review suggests three levels of generalization: from sample to population (less helpful for qualitative studies), analytic (theory-connected), and case-to-case transfer (see also Kennedy, 1979).

Maxwell (1992c) also speaks of "theoretical" validity, the presence of a more abstract explanation of described actions and interpreted meanings. Such explanations could be considered as "internal" validity, but they gain added power if they are connected to theoretical networks beyond the immediate study. Generalizability, he suggests, requires such connection-making, either to unstudied parts of the original case or to other cases.

Schofield (1990) usefully distinguishes generalizing to "what is" (other actual contexts), to "what may be" (sites in the forefront of some similar process) and to "what could be" (outstanding or ideal cases).

The generalizing process is far from mechanical, as Noblit and Hare (1988) note in their discussion of "meta-ethnography": It is more like translating, refuting, or synthesizing two or more studies of similar phenomena. It is careful interpretation, not just "adding up."

*Relevant queries.* Here we may usefully ask:

1. Are the characteristics of the original sample of persons, settings, processes (etc.) fully described enough to permit adequate comparisons with other samples?
2. Does the report examine possible threats to generalizability? Have limiting effects of sample selection, the setting, history and constructs used been discussed (LeCompte & Preissle, 1993)?
3. Is the sampling theoretically diverse enough to encourage broader applicability?
4. Does the researcher define the scope and the boundaries of reasonable generalization from the study (McGrath & Brinberg, 1983)?
5. Do the findings include enough "thick description" for readers to assess the potential transferability, appropriateness for their own settings?
6. Does a range of readers report the findings to be consistent with their own experience?
7. Are the findings congruent with, connected to, or confirmatory of prior theory?
8. Are the processes and outcomes described in conclusions generic enough to be applicable in other settings, even ones of a different nature (Becker, 1990; Bogdan & Biklen, 1992)?
9. Is the transferable *theory* from the study made explicit (Maxwell, 1992b)?
10. Have narrative sequences (plots, histories, stories) been preserved unobscured? Has a general cross-case theory using the sequences been developed (Abbott, 1992b)?
11. Does the report suggest settings where the findings could fruitfully be tested further?
12. Have the findings been replicated in other studies to assess their robustness? If not, could replication efforts be mounted easily?

### Utilization/Application/Action Orientation

Even if a study's findings are "valid" and transferable, we still need to know what the study does for its participants, both researchers and researched—and for its consumers. We simply cannot avoid the question of "pragmatic validity" (Kvale, 1989a); it's an essential addition to more traditional views of "goodness."

Evaluation and policy studies in particular are supposed to lead to more intelligent action; whether or not they do, real people's lives are being affected, and large amounts of money are being spent (or misspent). As Patton (1990) notes, "The ultimate test of the credibility of an evaluation report is the response of decision-makers and information users to that report" (p. 469). Managers and consultants often rely on qualitative studies (Gummeson, 1991). Action research (Watkins, 1991) is designed to solve particular local problems through a cycle of reconnaissance, planning, action, and re-reconnaissance. Critical theorists (for good overviews see Carspecken & Apple, 1992, and Popkewitz, 1990) stress the importance of "emancipatory" research that makes people aware of inequitable or oppressed positions and empowers their corrective action.

Lincoln (1990) speaks more broadly of good qualitative research as enhancing "(a) levels of understanding and sophistication and (b) the ability of participants and stakeholders to take action during and after an inquiry and to negotiate on behalf of themselves and their own interests in the political arena."

There are also questions of ethics—Who benefits from a qualitative study, and who may be harmed? (see also Chapter 11)—and of "evaluative validity" (Maxwell, 1992b): judgments made about the worth, legitimacy, or goodness of actions or meanings.

*Relevant queries.* What are some fruitful probes to be made here? Our range is deliberately wide.

1. Are the findings intellectually and physically accessible to potential users? (Note Gummeson's [1991] tongue-in-cheek dictum that "a scientific report should be boring and difficult to read.")
2. Do the findings stimulate "working hypotheses" on the part of the reader as guidance for future action (Donmoyer, 1990)?
3. What is the level of usable knowledge offered? It may range from consciousness-raising and the development of insight or self-understanding to broader considerations: a theory to guide action, or policy advice. Or it may be local and specific: corrective recommendations, specific action images.
4. Do the findings have a catalyzing effect leading to specific actions (Lincoln, 1990)?
5. Do the actions taken actually help solve the local problem?
6. Have users of the findings experienced any sense of empowerment, of increased control over their lives (Lincoln & Guba, 1990)?
7. Have users of findings learned, or developed new capacities?
8. Are value-based or ethical concerns raised explicitly in the report? If not, do some exist implicitly that the researcher is not attending to?

These questions are pointers, not rules. They will get clearer as the craft of qualitative analysis advances. The way to get them clearer is to ask—and try to answer—them more frequently than we do now.

At a number of points during this discussion of goodness criteria, we alluded to the importance of careful documentation and its value as an "audit trail" that peers or other colleagues can follow. We turn to this next in more detail.

### D. Documentation

### The Problem

Good qualitative research, like any other research, requires careful record keeping as a way of connecting with important audiences. The first audience is the *self:* The notebooks of the molecular biologist, the industrial sociologist, or the clinical drug tester help each keep track of what was done along the way, suggest ways of improving next steps, and give reassurance about the reproducibility of the results.

The second audience is *readers* of the research reports, who need to know what was done and how, as a way of assessing the credibility of the findings. Other researchers make such judgments carefully, even obsessively. And other readers such as local informants, policymakers, managers, and the general public often raise such questions as, "Whom did you talk to, anyway?" "How do you know?" "Why are you being so negative?" and "Where did you get that recommendation?"

The third audience is a subset of the second: *other researchers* who are interested in secondary analysis of the data, want to carry out a meta-analysis or synthesis of several studies, or want to replicate the findings to strengthen or refute them.[23]

For the latter two audiences, most journals require authors of empirical studies to report on their procedures as an integral part of the article. The formats are often so familiar that the author can almost fill in the blanks when writing sections on sampling, methods, and data analysis. For quantitative studies, it's also typical to report such basic data details as means, standard deviations, derived scores and scales, marginals, zero-order correlations, and various validity and reliability coefficients.