# Exhibit 8



THE COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION

March 18, 2002

E. EDWARD KAVANAUGH
PRESIDENT

Dr. Kenneth Olden
Director, National Toxicology Program and
   National Institute of Environmental Health Sciences
U.S. Department of Health and Human Services
P.O. Box 12233
Research Triangle Park, NC 27709

Dear Dr. Olden:

The Cosmetic, Toiletry, and Fragrance Association (CTFA) appreciates the opportunity to submit further information on talc not containing asbestiform fibers following NTP's deferral on the decision to list in the Report on Carcinogens. The enclosed information is submitted in response to the offer of collaboration which you extended in your July 9 letter.

In an attempt to clarify issues that were raised in the initial Draft Background Document (DBD), in discussions at the RoC Subcommittee meeting, and in your letter of July 9th, we have completed an updated review and analysis of the literature. Our findings include some 90 studies, articles, and commentaries, more than 50 of which (the ones preceded by an asterisk) are not referenced in the initial DBD. While not all of the additional references may meet NTP criteria for use in a DBD, we believe that they provide useful information relevant to the subject matter.

A summary of our findings from this further review, including the literature references, is contained in the Attachment to this letter.

Our review during the 10th RoC proceedings, together with this additional literature review, indicates that the scientific literature on which the initial RoC nomination for non-asbestiform talc was based was incomplete, and that findings in the DBD are unsupported on certain key points. Re-analysis of the pertinent literature further supports our confidence in the safety of cosmetic talc. While we do not intend to represent that our literature research is totally exhaustive at this point, we do believe it is balanced and that it raises or highlights significant points that deserve further attention as NTP reviews this matter.

1101 17TH ST., N.W., SUITE 300   WASHINGTON, D.C. 20036-4702
202.331.1770   FAX 202.331.1969
http://www.ctfa.org
SECURING THE INDUSTRY'S FUTURE SINCE 1894

JNJTALC000109268

EXHIBIT
Defense 7

Page 2

Again, CTFA appreciates the opportunity to provide input on talc. We continue to be open to further discussion, including meeting with you at your convenience. Please let us know if there is additional information that we can provide.

Sincerely,

Gerald N. McEwen, Jr., Ph.D., J.D.
Vice President - Science

March 11, 2002                                                                    CTFA ATTACHMENT

## A Supplemental Analysis of Cosmetic Talc Issues and Literature Evidence Regarding Ovarian Cancer Risk

**Cosmetic talc vs. asbestos**

In 1976, CTFA promulgated a specification for cosmetic talc to ensure that it is free of asbestos. As a practical matter, that specification is self-enforcing. Asbestos has been listed as a known human carcinogen, is highly regulated, and no consumer products company would knowingly run the risk of asbestos being present in its product, even in minute quantities. This is a matter both of public perception and potential litigation exposure. Therefore, both suppliers and end users go to great lengths to assure that the CTFA specification is met. In some cases, cosmetic talc producers augment the quality assurance process by utilizing additional detection precautions such as transmission electron microscopy.

The literature clearly does not support the statements that were originally made in the DBD, and in many of the epidemiologic studies, that talc has a mineralogical and chemical similarity to asbestos, and that this similarity supports the biological plausibility of the findings of weak associations in the epidemiologic studies of ovarian cancer. (*E.g.*, DBD at 24, 28.) This was a central point of dispute by the commenters in the RoC Subcommittee meeting. Dr. A.P.Wehner has commented, "Talc is as similar to asbestos as graphite is to diamond." [*84] Krause and Ashton, by way of explaining that chemical composition does not in any way by itself determine the properties of a substance, have used the metaphor that "a pearl [calcium carbonate] is not a piece of chalk [calcium carbonate]." [*49] Rather, the biological effects of a substance are determined by a combination of chemical composition, morphology, and molecular structure. [*Id.*] Zazenski et al. have clearly explained and illustrated the great dissimilarities between pure talc and asbestos in terms of morphology, chemical structure, and surface properties. [92,*93] When considered in its totality, pure talc bears little to no resemblance to asbestos. The idea that talc is like asbestos, repeated many times in the literature (and the DBD) without critical examination, has done considerable harm to the industry.

The dissimilarities between pure talc and asbestos are borne out by the extensive literature on the biological effects of the substances. Asbestos has long been listed (since the 1st RoC in 1980) as a known human carcinogen, and has shown clear carcinogenic action in both humans and animals. Asbestos is known to induce pleural and respiratory system cancers. While its exact carcinogenic mechanism has not been determined and probably involves several different effects, it has demonstrated cancer promotion activity in experimental animals and *in vitro*, including induction of chromosomal changes (aneuploidy) and cell transformation. [*4,*5, 79,*80] These biological effects of asbestos have been attributed to its fibrous structure and dimensions, as well as properties such as fiber durability and physiochemical surface properties. [*Id.* and *52] Such properties differentiate asbestos from pure talc and talc associated with calcite, dolomites, etc.

There is also epidemiologic evidence for a relationship between asbestos exposure and ovarian cancer. [*1,*6, 24,*47,*78,*90] This evidence is consistent with the other epidemiologic and mechanistic evidence concerning asbestos carcinogencity.

For talc, on the other hand, putting aside for the moment the issue of the ovarian cancer epidemiologic studies, there is a distinct lack of evidence of carcinogenic activity. Talc is recognized as a fibrotic and sclerosing agent (at a high enough dose) in the lungs, bronchia, and pleura, and has been implicated as causing granulomas in the peritoneum when introduced via surgeons' gloves (in the past). In clear contrast to asbestos, however, pure talc has not been associated with human respiratory, pleural, or peritoneal cancers. Nor has its use in pharmaceuticals been associated with cancer in the gastrointestinal

JNJTALC000109270

March 11, 2002                                                                                CTFA ATTACHMENT

tract or other organs. To the contrary, pure talc has been accepted in the medical community for decades as a highly effective agent for therapeutic pleurodesis (*i.e.*, with no indication of carcinogenic activity) of malignant pleural effusion and pneumothorax with no observed risk of cancerous activity. [*65,*86] Additionally, talc has not been shown to have potential carcinogenic activity in animal or *in vitro* experiments. While it has been hypothesized that talc fibrosis in the ovaries due to use of talc on condoms could lead to ovarian cancer [*46], there have been no observations of ovarian fibrosis associated with ovarian cancer.

**Evaluation of the Ovarian Cancer Epidemiologic Studies**

Several of the generally accepted Bradford Hill evaluation factors for judging the credibility of a causal relationship appear to have received insufficient attention to this point. With regard to strength, the statistical associations observed have been weak, generally well under 2.0, with the majority of findings lacking statistical significance. Also, a number of commenters, as well as study authors themselves, have observed the distinct absence of a clear dose-response trend in most of the studies. Dr. Ernst Wynder, one of the founding practitioners of epidemiology in the U.S., and a colleague (Muscat JE) commented specifically on this point, noting that lack of a clear dose-response is particularly significant in the case of consistently weak associations, since it is likely to indicate presence of a consistent bias. [*54]

The potential for recall bias in case-control studies is well recognized. [*Id.*] Muscat and Wynder [*id.*] have pointed out that in the talc-ovarian cancer case-control studies there is very wide variability in the percentage of controls reporting use of talc for perineal dusting, and that this indicates a lack of reliability in the subject's recall and reporting. In the ten case-control studies of U.S. subjects, we found that the percentage of controls reporting perineal dusting ranged from <5% to 46%. This is in line with the range found by Muscat and Barish of approximately 3% to 50%. [*53] The subjects' consistent reporting of slightly more use of perineal dusting than controls, despite this wide variation in reported use, raises a very strong suspicion of consistent recall bias. The conclusion in the DBD (at iii and v) that bias is unlikely is not supported. The failure of Cramer et al. to find a trend of higher reported usage in the more recent studies, given as a reason for such a conclusion (DBD at 28), does not address this point made by Barish Muscat, and Wynder. The high amount of publicity surrounding the allegations of asbestos in talc in the 1970s and subsequent epidemiologic study reports provides a very plausible basis for such a recall bias.

In addition to the lack of strength, lack of dose-response trend, and likelihood of bias, we also believe the Hill factors of consistency and biological plausibility require more attention.

**Consistency**

The discussion in the DBD and the RoC Subcommittee meeting focused almost exclusively on the consistency among a majority of epidemiologic study findings with regard to use of powders in the perineal area, although the RG1 and RG2 findings of consistent association appeared to also include use of talc on sanitary napkins and diaphragms. (At iii and v.) Such a conclusion regarding those other modes of exposure is not supported. The study results were far from consistent for talc on sanitary napkins, talc on diaphragms, and talc on condoms. All of these modes of exposure would more plausibly expose the ovaries to talc than external dusting. (The translocation issue is discussed below.)

For talc on sanitary napkins, nine studies reported results. Four reported results below the null (non-significant) [87, 14, 25, 91], and five reported increases ranging from 1.3 to 4.8 (one result significant, one barely significant). [12, 17, 19, 69, 56]

2

March 11, 2002                                                    CTFA ATTACHMENT

For talc on diaphragm or cervical cap, eight studies reported results or conclusions. Three reported results at or below the null (non-significant) [36, 27, 56], one relied on two previous studies for considering the risk to be non-significant [19], one reported a RR of 3.0 (non-significant) [69], one a RR of 1.5 (non-significant) [87], one a RR of 1.2-1.6 (non-significant) [17], and one a RR of 1.1 (non-significant). [34]

For talc on condoms, four studies reported results or conclusions. Two of these studies reported no elevation in risk [17, 27], one relied on previous studies in considering that there was no significant risk [19], while one reported a non-significant RR of 1.6. [69]

Considering all modes of exposure examined in the studies, there was pronounced inconsistency in the findings.

**Biologic plausibility**

As discussed above, there is a notable lack of mechanistic evidence for the carcinogenicity of talc supporting the findings in the case-control studies of ovarian cancer; and the mechanistic evidence argues strongly against biologic plausibility. The absence of consideration of this point in connection with the epidemiologic data in the DBD is surprising in view of the NTP emphasis on consideration of mechanistic data in the last several years. Most of the discussion in the DBD focused on the biologic plausibility of whether talc can translocate from the external perineal region to the ovaries, not whether there is mechanistic evidence supporting the biologic plausibility that exposure of the ovaries to talc will cause cancer.

In considering the issue of translocation, there are basically three components: (1) Observations of the presence of talc in the ovaries or ovarian tumors; (2) findings from controlled experiments designed to test for translocation; and (3) findings of reduced risk of ovarian cancer in epidemiologic studies of subjects who had undergone tubal ligation or hysterectomy. We will address each of these briefly.

> (1) The observations by Henderson et al. in 1971 of talc particles embedded in ovarian tumors led to the hypothesis that talc might be related to ovarian carcinogenesis, although Henderson et al. did not propose such a hypothesis. [42, 43] They also reported finding even larger quantities of talc in healthy ovaries. A more recent study showed the presence of talc particles in the ovaries of all of both supposedly unexposed and perineally exposed subjects, although some of the "unexposed subjects appeared to have been exposed during diapering." [40] Asbestos fibers have also been found in ovarian tumors and malignant peritoneal mesotheliomas of women who had no recorded asbestos exposure history. [41,*38]

> (2) Experiments attempting to test the hypothesis that talc or other particles can translocate from the vagina to the ovaries have produced conflicting results, and experimenters who have found no translocation have offered explanations for the opposing findings. [82,*21, 23,*62,*77]

> (3) A number of epidemiologic case-control studies have consistently found a reduced risk of ovarian cancer in women who have undergone tubal ligation or hysterectomy and had been exposed to cosmetic talc. However, at least one study has also found significantly reduced risk in cases that had not reported being exposed to cosmetic talc. [*31] Some have hypothesized that such surgical procedures block external environmental agents such as talc or asbestos from entering the ovaries. However, this has not been the sole, or even the preferred hypothesis. It has also been hypothesized that, since there is now a considerable body of evidence indicating that ovarian cancer risk is influenced by hormonal and ovulatory factors, reduced risk from such procedures could be due to disruption of ovulation and certain hormone levels. [*15,*70] It has also been noted that such procedures could result in incidental removal of cancerous tissue. [*75]

3

JNJTALC000109272

Thus, it seems clear that some talc particles, as well as asbestos fibers, can reach the human ovaries; however, how this occurs is still unclear. It has not been established that talc particles can reach the human ovaries through vaginal translocation as a result of perineal exposure, and there is some evidence that talc, as well as other mineral particles of low toxicity and low solubility, can be transported to various internal organs through the human body's systemic circulation. [85,*11] Of course, the mere presence of talc in the ovaries does not indicate that it is a cause of ovarian cancer, and there is not a biologically plausible explanation for cancer causation by pure talc.

**Historical contamination of cosmetic talc with asbestos**

Two studies, one in 1968 and one in 1976, reported finding fibrous-like materials and asbestos in off-the-shelf consumer talc products. [16, 68] In the latter study, half the brands had detectable asbestos. This occurred at a time when evidence was accumulating concerning the human carcinogencity of asbestos. Although there were doubts concerning the validity of the studies [*48,*49], and given the lack of previous awareness of the dangers of asbestos, it is quite possible that there was in fact asbestos contamination in some brands of cosmetic talc powders prior to 1976. Recognizing this, CTFA promulgated its specification for cosmetic talc in 1976, which required a complete absence of detectable asbestos in cosmetic talc.

A review of the epidemiologic studies on ovarian cancer and talc exposure shows that a large portion of the exposures in all of the studies must have occurred prior to 1976. In addition, none of those studies were able to characterize the composition of the powders or identify brands. Thus, in addition to the analytical weaknesses discussed previously, the exposures might have involved exposure to asbestos, making the studies essentially lacking in utility and data quality for the purpose of evaluating the safety of present-day cosmetic talc.

**Conclusion**

Present-day cosmetic talc must be assumed to be free of asbestos, consistent with the CTFA specification and absent evidence to the contrary. It is simply a marketplace requirement. The current biologic evidence is overwhelming that pure cosmetic talc is not a risk factor in inducing cancer. Epidemiologic findings concerning ovarian cancer and cosmetic talc are extremely weak, equivocal, and cannot be considered relevant to present-day cosmetic talc. Consequently, at present we do not see any way to define cosmetic talc in a manner that would support a RoC listing nomination.

JNJTALC000109273

March 15, 2002            <u>CTFA ATTACHMENT</u>

## REFERENCES

**\*Indicates material not referenced in the Draft Background Document**

\*1. Acheson E, Gardner MJ, Pappard EC, and Grime LP. 1992. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: A 40-year follow-up. *Br J Med* 39: 344-48.

\*2. Barrett JC, Lamb PW, and Wiseman RW. 1989. Multiple mechanisms for the carcinogenic effects of asbestos and other mineral fibers. *Environ Health Perspect* 81: 81-89.

\*3. Barrett JC. 1994. Cellular and molecular mechanisms of asbestos carcinogenicity: Implications for biopersistence. *Environ Health Perspect* 102, Supp. 5: 19-23.

\*4. Berry G, Newhouse ML, and Wagner JC. 2000. Mortality from all cancers of asbestos factory workers in east London 1933-80. *Occup Environ Med* 57 (11): 782-85.

\*5. Campos JRM, Werebe EC, Vargas FS, Jatene FB, Light RW. 1997. Repiratory failure due to insufflated talc (research letter). *Lancet* 349 (9047): 251-52.

6. Chang S and Risch HA. 1997. Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 79: 2396-2401.

7. Cook LS, Kamb ML, and Weiss NL. 1997. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 145: 459-465.

\*8. Cornelison TLK, Natarajan N, Piver MS, and Mettlin CJ. 1997. Tubal ligation and the risk of ovarian carcinoma. *Cancer Detect Prev* 21(1): 1-6.

9. Cralley LJ, Key MM, Groth DH, Lainhart WS, and Ligo RM. 1968. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J* 29 (4): 350-54.

10. Cramer DW, Welch WR, Scully RE, and Wojciechowski CA. 1982. Ovarian cancer and talc: A case-control study. *Cancer* 50: 372-376.

11. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, and Harlow BL. 1999. Genital talc exposure and risk of ovarian cancer. *Int J Cancer* 81: 351-356.

\*12. DeBoer CH. 1972. Transport of particulate matter through the human female genital tract. *J Reprod Fert* 28: 295-97.

13. Egli GE and Newton M. 1961. The transport of carbon particles in the human female reproductive tract. *Fertil Steril* 12: 151-55.

14. Germani D, Belli S, Bruno C, Grignoli M, Nesti M, Pirastu R, Comba P. 1999. Cohort mortality study of women compensated for asbestosis in Italy. *Am J Ind Med* 36: 129-34.

15. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, and Hankinson SE. 2000. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst* 92: 249-252.

JNJTALC000109274

16. Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, and Ward B. 1997. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. *Int J Cancer* 71 (6): 948-51.

*17. Hankinson SE, Hunter DJ, Dolditz GA, Willett WC, Stampfer MJ, Rosner B, Hennekens CH, and Speizer FE. Tubal ligation, hysterectomy, and risk of ovarian cancer: A prospective study. 1993. *JAMA* 270: 2813-18.

18. Harlow BL, Cramer DW, Bell DA, and Welch WR. 1992. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 80: 19-26.

19. Hartge P, Hoover R, Lesher LP, and McGowan L. 1983. Talc and ovarian cancer [letter]. *JAMA* 250: 1844.

*20. Heller DS, Gordon RE, Clement PB, Turnnir R, and Katz N. 1999. Presence of asbestos in peritoneal malignant mesotheliomas in women. *Int J Gynecol Cancer* 9: 452-55.

21. Heller DS, Westhoff C, Gordon RE, and Katz N. 1996. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol* 174: 1507-1510.

22. Heller DS, Gordon RE, Katz N. 1999. Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue. *Am J Obstet Gynecol* 181 (2): 346-47.

23. Henderson WJ, Joslin CA, Turnbull AC, and Griffiths K. 1971. Talc and carcinoma of the ovary and cervix. *J Obstet Gynecol Br Commonw* 78: 226-72.

24. Henderson WJ, Hamilton TC, and Griffiths K. 1979. Talc in normal and malignant ovarian tissue [letter]. *Lancet* 1 (8114): 499.

*25. Kasper CS and Chandler PJ. 1995. Possible morbidity in women from talc on condoms [letter]. *J Amer Med Ass* 273: 846-47.

*26. Keal EE. 1960. Asbestos and abdominal neoplasms. *Lancet* 2: 1211-16.

*27. Krause JB. 1977. Mineralogical characterization of cosmetic talc products [letter]. *J Toxicol Envrion Health* 2 (5): 1223-26.

*28. Krause JB and Ashton WH. 1978. Misidentification of asbestos in talc. In *National Bureau of Standards Special Publication 506. Proceedings of the Workshop on Asbestos: Definitions and Measurement Methods, NBS, Gaithersburg, MD, July 180-20, 1977*, pp. 339-52.

*29. Mossman B, Light W, Wei E. 1983. Asbestos: Mechanisms of toxicity and carcinogenicity in the respiratory tract. *Annu Rev Pharmacol Toxicol* 23: 595-615.

*30. Muscat JE and Barish M. 1998. Epidemiology of talc exposure and ovarian cancer: A critical assessment. *Comments Toxicol, Special Issue on Talc* 6 (5): 327-35.

*31. Muscat JE and Wynder EL. 1997. Re: Perineal powder exposure and the risk of ovarian cancer [letter]. *Am J Epidemiol* 146 (9): 786.

JNJTALC000109275

March 15, 2002                                                                    **CTFA ATTACHMENT**

32.  Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, and Schlesselman JJ. 2000. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 11: 111-117.

*33. Phillips JC, Young PJ, Hardy J, and Gangolli SD. 1978. Studies on the absorption and disposition of $^3$H-labelled talc in the rat, mouse, guinea-pig and rabbit. *Fd Cosmet Toxicol* 16: 161-63.

*34. Research Committee of the British Thoracic Association and the Medical Research Council Pneumoconiosis Unit. 1979. A survey of the long-term effects of talc and kaolin pleurodesis. *Br J Dis Chest* 73: 285-88.

35.  Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, and Skinner DL. 1976. Consumer talcums and powders: Mineral and chemical characterization. *J Toxicol Environ Health* 2 (2): 255-84.

36.  Rosenblatt KA, Szklo M, and Rosesshein NB. 1992. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol* 45: 20-25.

*37. Rosenblatt KA and Thomas DB. 1996. Reduced risk of ovarian cancer in women with tubal ligation or hysterectomy. The World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. *Cancer Epidemiol Biomarkers Prev* 5 (11): 933-35.

*38. Tortolero-Luna G, Mitchell MF, and Rhodes-Morris H. 1994. Epidemiology and screening of ovarian cancer. *Obstet Gynecol Clinics N Amer* 21 (1): 1-23.

*39. Venter PE and Iturralde S. 1979. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *S Afr Med J* 55: 917-19.

*40. Vigliani EC, Ghezzi I, Maranzana P, Pernis B. 1969. Epidemiology study of asbestos workers in northern Italy. *Med Lav* 59 (8): 481-85.

41.  Voytek P, Anver M, Thorslund T, Conley J, and Anderson E. 1990. Mechanisms of asbestos carcinogenicity. *J Am Coll Toxicol* 9: 541-546.

*42. Walker C, Everitt J, Barrett JC. 1992. Possible cellular and molecular mechanisms for asbestos carcinogenicity. *Am J Ind Med* 21 (2): 253-73.

43.  Wehner AP, Weller RE, and Lepel EA. 1986. On talc translocation from the vagina to the oviducts and beyond. *Fd Chem Toxicol* 24: 329-38.

*44. Wehner AP. 1998. Is cosmetic talc "safe"? *Comments Toxicol, Special Issue on Talc* 6 (5): 336-66.

45.  Werebe EC, Pazetti R, De Campos JRM, Fernandez PP, Capelozzi VL, Jatene FB, and Vargas FS. 1999. Systemic distribution of talc after intrapleural administration in rats. *Chest* 115 (1): 190–93.

*46. Weissberg D and Ben-Zeev I. 1993. Talc pleurodesis: Experience with 360 patients. *J Thor Card Surg* 106 (4): 689-95.

JNJTALC000109276

47. Whittemore AS, Wu ML, Paffenbarger RS Jr., Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, and Hendrickson M. 1988. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* 128: 1228-1240.

*48. Wignall BK and Fox AJ. 1982. Mortality of female gas mask assemblers. *Br J Indus Med* 39: 34-38.

49. Wong C, Hempling RE, Piver MS, Natarajan N, and Mettlin CJ. 1999. Perineal talc exposure and subsequent epithelial ovarian cancer: A case-control study. *Obstet Gynecol* 93: 372-376.

50. Zazenski R, Ashton WH, Briggs, D, Chudkowski M, Kelse JW, MacEachern L, McCarthy EF, Nordhauser MA, Roddy, MT, and Teetsel NM. 1995. Talc: Occurrence, characterization, and consumer applications. *Regul Toxicol Pharmacol* 21: 218-29.

*51. Zazenski RJ. 1998. The commercial significance of talc. *Comments Toxicol, Special Issue on talc* 6 (5): 313-26.

## REFERENCES REVIEWED – NOT CITED

*Indicates material not referenced in the Draft Background Document

*52. Anonymous. 1977. Cosmetic talc powder [editorial]. *Lancet*: 1348-49.

*53. Anteby SO, Mos Yosef S, and Schenker JC. 1983. Ovarian cancer: Geographical, host and environmental factors – An overview. *Arch Gynecol* 234 (2): 131-48.

*54. Blejer HP and Arlon R. 1973. Talc: A possible occupational and environmental carcinogen. *J Occup Med* 15 (2): 92-97.

*55. Blount AM and Vassiliou AH. 1983. Identification of chlorite and serpentine in cosmetic or pharmaceutical talc. *Environ Health Perspect* 51: 379-85.

*56. Blount AM. 1991. Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect* 94-225-30.

57. Booth M, Beral V, Smith P. 1989. Risk factors for ovarian cancer: A case-control study. *Br J Cancer* 60: 592-598.

58. Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, and Brinton LA. 1992. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol* 21: 23-29.

*59. Cramer DW. 1999. Perineal talc exposure and subsequent epithelial ovarian cancer [letter]. *Obstet Gynecol* 94 (1): 160-61.

*60. Daly M and Obrams GI. 1998. Epidemiology and risk assessment for ovarian cancer. *Semin Oncol* 25: 255-64.

*61. Dement JM. 1984. [Letter re fiber in New York talc – responding to letter from Dunn JR (apparently Chairman of Schering-Plough Corp.)]. *Am Ind Hyg Assoc* 45 (4): B-8 to B-9.

JNJTALC000109277

62. Godard B, Foulkes WD, Provencher D, Brunet JS, Tonin PN, Mes-Masson AM, Narod SA, and Ghadirian P. 1998. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol* 179: 403-10.

*63. Grexa RW and Parmentier CJ. 1979. Cosmetic talc properties and specifications. *Cosmetics & Toiletries* 94: 29-33.

64. Gross AJ and Berg PH. 1995. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol* 5: 181-95.

*65. Hamer DH, Rolle FR, and Schelz JP. 1976. Characterization of talc and associated minerals. *Am Ind Hyg Assoc J* 37 (5): 296-304.

*66. Comments on above article by Hankinson et al. Myers ER and Silver A-LS. 1994. [Letter]. *JAMA* 71 (16): 1235-37.

67. Harlow BL and Weiss NS. 1989. A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc. *Am J Epidemiol* 130: 390-394.

68. Harlow BL and Hartge PA. 1995. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol* 21: 254-60.

69. Hartge P and Stewart P. 1994. Occupation and ovarian cancer: a case-control study in the Washington, DC metropolitan area, 1978-1981. *J Occup Med* 36: 924-27.

70. Heller DS, Gordon RE, Westhoff C, and Gerber S. 1996. Asbestos exposure and ovarian fiber burden. *Am J Indust Med* 29: 435-39.

*71. Hildick-Smith GY. 1976. The biology of talc. *Br J Ind Med* 33 (4): 217-29.

*72. Hildick-Smith G. 1977. [Letter]. *J Toxicol Environ Health* 2 (5): 1221-22.

*73. Longo DL and Young RC. 1979. Cosmetic talc and ovarian cancer. *Lancet* ii: 349.

*74. Marconi A, Maccione M, Rossi L. 1986. Asbesto E. Talco: Determinazione del contenuto di particelle minerali fibrose in polveri di talco commerciali mediante tehcniche associate di microscopia ottica [Asbestos and talc: Determination of mineral fibre content in commercial talc using combined optical microscope techniques]. *Med Lav* 77: (5): 496-510.

*75. Natow AJ. 1986. Talc: Need we beware? *Cutis* 37 (5): 328-29.

76. Ness RB and Cottreau C. 2000. Response: re: possible role of ovarian epithelial inflammation in ovarian cancer [letter]. *J Natl Cancer Inst* 92 (2):163.

*77. Newhouse ML, Berry G, Wagner JC, and Turok ME. 1972. A study of the mortality of female asbestos workers. *Brit J Indus Med* 29: 134-41.

*78. Paoletti L, Caiazza S, Donelli G, and Pocchiari F. 1984. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regul Toxicol Pharmacol* 4 (3): 222-35.

JNJTALC000109278

*79. Parazinni F, Freseschi S, LaVecchia D, and Fasoli M. 1991. The epidemiology of ovarian cancer – review. *Gynecol Oncol* 43: 9-23.

*80. Parmentier CJ and Gill CJ. 1978. Practical aspects of talc and asbestos. In *National Bureau of Standards Special Publication 506. Proceedings of the Workshop on Asbestos: Definitions and Measurement Methods, NBS, Gaithersburg, MD, July 180-20, 1977*, pp. 403-11.

*81. Phillipson IM. 1980. Talc quality [letter]. *Lancet* 1 (8158): 48.

82. Purdie,D., Green A, Bain C, Siskind V, Ward B, Hacker N, Quinn M, Wright G, Russell P, and Susil B. 1995. Reproductive and other factors and risk of epithelial ovarian cancer: An Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer* 62: 678-684.

*83. Rohl AN. 1974. Asbestos in talc. *Environ Health Perspect* 9: 129-32.

84. Rohl AN and Langer AM. 1974. Identification and quantitation of asbestos in talc. *Environ Health Perspect* 9: 95-109.

*85. Russell RS, Merz RD, Sherman WT, and Silvertson JN. 1979. The determination of respirable particles in talcum powder. *Fd Cosmet Toxicol* 17: 117-22.

86. Shoham Z. 1994. Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: Where are we today? *Fertil Steril* 62: 433-448.

*87. Shushan A, Taltiel O, Iscovich J, Elchalkal U, Peretz T, and Schenker JG. 1996. Human menopausal gonadotropin and risks of epithelial ovarian cancer. *Fertil Steril* 65: 13-18.

*88. Tavani A, Negri E, Franceschi S, Parazzini F, La Vecchia C. 1993. Risk factors for epithelial ovarian cancer in women under age 45. *Eur J Cancer* 29A (9): 1297-12301.

89. Tzonou A., Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, and Trichopoulos D. 1993. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* 55: 408-410.

90. Wehner AP, Hall AS, Weller RE, Lepel EA, and Schirmer RE. 1985. Do particles translocate from the vagina to the oviducts and beyond? *Fd Chem Toxicol* 23: 367-72.

91. Wehner AP. 1994. Biological effects of cosmetic talc. *Food Chem Toxicol* 32: 1173-84.

*92. Whittemore AS, Harris R, Itnyre J, and the Collaborative Ovarian Cancer Group. 1993. Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. *Am J Epidemiol* 137 (8): 928-29.

93. Whysner J. and Mohan M. 2000. Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *Am J Obstet Gynecol* 182 (3): 720-724.

JNJTALC000109279