# Exhibit 1

August 3, 2017

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES


DEPARTMENT 307                    HON. MAREN E. NELSON, JUDGE


COORDINATION PROCEEDING,              )
SPECIAL TITLE (RULE 3.55)             )
                                      ) JCCP NO. 4872
JOHNSON & JOHNSON TALCUM              )
POWDER CASES.                         )
_____)


AFTERNOON SESSION

REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS

AUGUST 3, 2017




Reporter:

CAROLYN GREGOR, CSR, CM, RDR, CRR
Certificate No. 2351
Court Reporter Pro Tempore

August 3, 2017

C H R O N O L O G I C A L   I N D E X

WITNESS      DIRECT CROSS REDIRECT RECROSS  VD

FOR THE PLAINTIFF:

GODLESKI, J.          2040    2053 page
GODLESKI, J.          2067
SIEMIATYCKI, J.    2073

Page 2021

1  CASE NUMBER:      JCCP 4872
2  CASE NAME:      JOHNSON & JOHNSON
3              TALCUM POWDER CASES
4  LOS ANGELES, CA     AUGUST 3, 2017
5  DEPARTMENT 307    HON. MAREN E. NELSON
6  APPEARANCES:    (AS HERETOFORE NOTED.)
7  REPORTER:    CAROLYN GREGOR, CSR 2351
8  TIME:        1:41 P.M.
9
10              AFTERNOON SESSION
11      (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN
12      COURT OUTSIDE THE PRESENCE OF THE JURY:)
13      THE COURT:  All right.  Back on the record
14  outside the presence of the jury.  We've got something to
15  be taken up?
16      MS. PARFITT:  We do, your Honor.  The good news
17  is we had the meet-and-confer, and they do work.  But I
18  just have a couple slides I anticipate using with --
19      THE COURT:  Counsel, may I have your appearance
20  for the record.
21      MS. PARFITT:  Absolutely.  I'm sorry, your
22  Honor.  Michelle Parfitt, counsel for the plaintiff.
23  Good afternoon.
24      THE COURT:  Good afternoon.  And your colleague?
25      MS. NGUYEN:  My name is Tram Nguyen.
26      THE COURT:  Thank you.
27      MS. PARFITT:  Thank you.  Of the several slides
28  that I plan to use with Dr. Siemiatycki, I think we've

E X H I B I T S

                  FOR        IN
NO.    DESCRIPTION        I.D.      EVD.

567  DR. SIEMIATYCKI'S      2077
     REPORT

569B SUMMARY OF DR.        2076
     SIEMIATYCKI'S
     CURRICULUM VITAE

Page 2022

1  narrowed it down to just a handful.  So if I may approach
2  the Court, I'll hand you --
3      Thank you.  If we go, your Honor -- and
4  Ms. Popkin is here as well.  And so if I miss any, I'm
5  sure you will correct me.
6      MS. POPKIN:  I will.
7      MS. PARFITT:  So we are on Slides 3 and 4.  And,
8  again, understand, your Honor, I intend to use these as
9  purely demonstrative to be illustrative of his testimony.
10  The slides that I'm referencing are entitled "Is
11  Epidemiology Valid; Examples of Epidemiological
12  Discoveries."  And it is a list of two pages of different
13  types of epidemiological discoveries.
14      And the defendants have a different -- I guess
15  are troubled by all but five of these.  So that is where
16  we have our disagreement.  Because Dr. Siemiatycki didn't
17  include specifically in his report alcohol, fluoride
18  deficiency, smoking, contaminated water, and ionizing
19  radiation, they have agreed to keep that in the slide.
20  But because he didn't specifically address those by way
21  of examples -- and again, understand, these are just
22  examples of other types of discoveries.
23      THE COURT:  Putting aside what the discovery is,
24  let me hear from Ms. Popkin.
25      MS. POPKIN:  Thank you, your Honor.
26      Our problem with this slide is actually a
27  problem with -- that we will run into as we go through a
28  number of these, and that has to do with sourcing.

August 3, 2017

Page 2023

1      As you'll see, there is no identification on the
2   slide of the source of this information.  And while we,
3   on our own, have checked with what's in his report or
4   tried to do our best to find out where this is, if at
5   all -- and, indeed, I think Ms. Parfitt mentioned
6   alcohol.  That one we disagree with.
7      But fluoride deficiency, smoking, contaminated
8   water, ionizing radiation are specifically in his report
9   as risk factors for the diseases on this slide.  So to
10  the extent that the plaintiff wants to modify the slide
11  to just include those items, that is acceptable to us.
12      Including these other examples which are not in
13  his report, we don't think is appropriate.  And that is
14  because, in general, demonstrative evidence is as
15  admissible as the underlying testimony.  It would not be
16  admissible for Dr. Siemiatycki to opine on these other
17  items on this list.  And, therefore, the demonstrative is
18  not illustrative of his testimony.  It's additional
19  evidence that should not be permitted.
20      MS. PARFITT:  If I may, your Honor.
21  Dr. Siemiatycki will be laying the foundation for this.
22  It is a demonstrative.  It is not evidence.  We will be
23  laying the foundation for this.  And I would also say
24  these are not risk factors.
25      What these are, when he talks about how
26  epidemiology has been used to actually discover diseases
27  well before we have mechanism and that sort of thing.
28  That's how he uses this.

Page 2024

1      THE COURT:  So just to take an example, he would
2   say something like, by way of comparing people that did
3   smoke with people that didn't smoke, we learned that a
4   statistically significant number of them developed
5   cancer?
6      MS. PARFITT:  No, he wouldn't go that far.  What
7   he would say is, by using the field of epidemiology, the
8   world has made great discoveries with epidemiology, well
9   before science had evolved, perhaps from a mechanistic
10  point of view.
11      So he was just trying to illustrate how
12  epidemiology is sometimes ahead of mechanism and some of
13  the other totality of the evidence -- and that is all
14  he's going to say.  He'll be saying it for about a split
15  second.  But these were just examples of where
16  epidemiology is really out ahead and has allowed us to,
17  as human beings, to realize diseases we otherwise
18  wouldn't have.
19      THE COURT:  So the problem I think that the
20  defendant identifies, if I understand it correctly, is
21  that, without identifying how it came to be -- for
22  example, that the epidemiology on smoking was way out
23  ahead of the determination that smoking causes cancer --
24  there's no -- unless he can lay a foundation for each one
25  of these, that becomes quite problematic.  And frankly,
26  you know, we could spend two days here if he's going to
27  lay a foundation for each one of these.
28      MS. PARFITT:  Understood.  And I do realize

Page 2025

1   that, your Honor, because he could.  I need to be up
2   front.  He can certainly lay a foundation for every
3   single one of these that he's been involved in.
4      Your Honor is correct.  I have no desire to
5   belabor this either.  I would like him to be able to make
6   the point with a few examples how epidemiology, if we can
7   use -- and it looks as though we've a substitute slide
8   which counsel has agreed to.  So...
9      THE COURT:  I would go to the substitute --
10      MS. PARFITT:  Okay.
11      THE COURT:  -- because otherwise you're going to
12  be on a long road down to that point.
13      MS. PARFITT:  We can certainly live with that.
14      THE COURT:  All right.  Next issue.
15      MS. PARFITT:  Very good.  The next one is Slide
16  Number 73.
17      MS. POPKIN:  Actually, I think 56.
18      THE COURT:  56?
19      MS. PARFITT:  Yes, Slide 56.  And, your Honor,
20  the slide is entitled "Definitions of the Categories of
21  Lifetime Applications."  And this is data with regard to
22  lifetime applications that was taken directly from the
23  Terry study, the 2013 Terry study.
24      I believe counsel's objection initially was
25  where did it come from.  We provided them with the study
26  that the data comes from or is extrapolated from.
27      They are free then to examine, cross-examine
28  Dr. Siemiatycki on that.  But as I appreciate counsel's

Page 2026

1   objection initially, it was that they didn't know the
2   source of it.  And I certainly appreciate that.  And we
3   gave them sources.
4      MS. POPKIN:  So they gave us the source, which
5   is adapted from Terry 2013.  This particular information
6   does not appear in the text of Terry 2013.  And so we
7   still don't actually have the source for it.  And to the
8   extent that it is based on some additional information
9   that Dr. Siemiatycki has, we don't have it.  And so it
10  would be our position that it's still an objectionable
11  slide.
12      MS. PARFITT:  Your Honor, if I may.  When you
13  look at the Terry study, when they talk about the -- the
14  definitions of lower, low-medium, medium-high, and
15  highest, it's somewhat -- it's difficult to explain.
16  Dr. Siemiatycki plans on explaining it.  And that's why
17  he was using this as an illustrative tool.  He will
18  not -- we will not use this slide if we cannot lay the
19  foundation for it.
20      THE COURT:  I can only say this:  Without having
21  looked at the Terry study, if it's discernible from the
22  Terry study and it constitutes a summary of the data in
23  the study that's tied back to the study, that's
24  permissible under the evidence code as long as you have
25  the raw data underneath it.
26      MS. PARFITT:  Correct.
27      THE COURT:  So if Dr. Siemiatycki can lay the
28  foundation for it, then I think it's, you know,

August 3, 2017

Page 2027

1  completely fine.
2       MS. POPKIN:  We would just ask to hold our
3  objection to whether he's actually able to --
4       THE COURT:  And you understand summaries of
5  complicated data are totally permissible under the
6  Evidence Code.
7       MS. POPKIN:  We understand, your Honor.  Our
8  problem is if it is not actually data that can be
9  extrapolated from the face of the study, then we, of
10 course, don't think it's illustrative.
11      THE COURT:  Let's wait and see if the
12 foundation --
13      MS. PARFITT:  That certainly is not my
14 intention, your Honor.
15      THE COURT:  Next.
16      MS. POPKIN:  Sure.  The next slide is 66.  Or I
17 think it's 66 in my version, which has for its header
18 "Examples of the many discoveries in medical history that
19 have been made without any understanding of the mechanism
20 of action."
21      Some of the examples on this page track the
22 examples that Dr. Siemiatycki listed on pages 48 and 49
23 of his report; some of them, however, do not.
24      For example, 1990s excessive sunlight and
25 melanoma is not something that appears within
26 Dr. Siemiatycki's report.
27      We also object to the 1960s to 1970s bullet
28 point, both because it is not in his report and also

Page 2028

1  because it is our understanding that, by known
2  carcinogens, the plaintiff is referring to asbestos.  It
3  is not obviously asbestos stated as such, but that would
4  be an additional objection on our part to that bullet.
5       MS. PARFITT:  And again, your Honor,
6  Dr. Siemiatycki would lay the foundation for this slide.
7  Again, it is simply illustrative that just about every
8  decade there has been some type of discovery in medical
9  history that has come about, again without the existence
10 of some mechanism.
11      And what I had to do in order to comply with the
12 Court's order, there was other data from the 1960s and
13 1970s and I couldn't put that.  So I just put that
14 there's something happening in those decades.  And so we
15 put known carcinogens and cancer.
16      THE COURT:  Is there any known carcinogen other
17 than asbestos that you could substitute in there?
18      MS. PARFITT:  There were others.  It wasn't just
19 asbestos.  We had one in 1970 --
20      THE COURT:  It would be better if it had a name
21 of something.
22      MS. PARFITT:  It was objectionable, though, too,
23 your Honor.  I think it fell into a heavy metal too.  So
24 the problem was in both decades, I was betwixt and
25 between.  So I thought to be safe -- and it's awkward, as
26 you can see.  It makes for a funny slide.  I don't like
27 it.  It is very awkward, but then I'm left with a couple
28 decades with nothing happening.

Page 2029

1       THE COURT:  You know, I think you'll make the
2  point anyway.  I'd take the line out, unless you can come
3  up with something specific that's not -- not --
4       MS. PARFITT:  I'll see.  We won't get there for
5  a little while.  And if I can, I will.  If not, I won't
6  use it.  Again, your Honor, these are not going to make
7  or break what we're doing here.
8       THE COURT:  All right.
9       MS. PARFITT:  And with regard to the 1990s
10 sunlight -- I had benzene.
11      MR. ROBINSON:  I was trying to give her another.
12      MS. PARFITT:  There you go.  Thank you,
13 Mr. Robinson.  I appreciate it.
14      THE COURT:  I was trying to think of one.
15      MS. PARFITT:  That one's good.  Thank you.  And
16 all help is appreciated, if you come up with any one
17 before I use it.
18      But the 1990s, your Honor, I -- he did not say
19 that in his deposition or his report.  I don't want to
20 suggest that he has.  You know, he didn't say -- these
21 are examples of things happening.  So I want the Court
22 to -- I'm not representing that he did say that in his
23 deposition or in his report.
24      THE COURT:  Hey, you know, I understand that.
25 To simply give the example, I think, is not powerful.  As
26 I say, unless we're going to spend a lot of time on
27 sunlight and melanoma --
28      MS. PARFITT:  No.  In fact, the time we're

Page 2030

1  spending right now is probably more time than he is going
2  to spend on it.  So that's the good news.
3       MS. POPKIN:  Your Honor, one additional point on
4  that.  They are just examples.  But the problem is that
5  they come under this header that says "without any
6  understanding of the mechanism."  And, of course, we can
7  disagree what "any understanding" means.
8       And so if they are just to replace the known
9  carcinogen with something else that they're putting in,
10 we have no opportunity to figure out whether that's
11 something to -- he said before or we --
12      THE COURT:  Well, presumably, there's a fair
13 amount of literature on all of this.
14      MS. PARFITT:  There is, your Honor.  I can
15 represent that and query the doctor --
16      THE COURT:  And if you can look at some of that
17 literature, I imagine that there's an effective
18 cross-examination from just basic literature.
19      MS. POPKIN:  I would agree.  Our point is that
20 it wasn't in his report.  It wasn't -- we didn't ask
21 about it at the deposition.  So that's our objection.
22      THE COURT:  Well, as I said yesterday, with the
23 exception of Dr. Plunkett, the Court didn't look at the
24 testimony of what was in the report.
25      Any others?
26      MS. PARFITT:  The very last one -- excuse me.
27 There is one, Exhibit Number 74.  And, your Honor, I --
28 it was entitled "Examples of Relative Risk for

August 3, 2017

## Page 2031

1 Established Percentages."  And it just showed up.
2        What counsel had asked for was citations for the
3 various carcinogens that we had listed.  Again, we did it
4 to try to address the concerns of counsel.  Again, I
5 think these are foundational.  You can lay the
6 foundation.
7        But I did it anyway.  Or, actually, others did
8 it for me.  And we now have a slide -- but, Counsel,
9 we're not going to see it for a while.  So if you want to
10 take a look at it, we have sources for each and every one
11 of the carcinogens.  And that's the objection.
12        THE COURT:  That was your objection?  You
13 couldn't check the numbers?
14        MS. POPKIN:  It was one of our objections, yes.
15 It's -- what the plaintiff is doing on this slide is a
16 very specific thing.  They're connecting a carcinogen to
17 a type of cancer to a specific relative risk.  And
18 without the sources, we have no way to know where he's
19 getting that from.  So that's our first.
20        THE COURT:  I agree with that.
21        MS. PARFITT:  Now we have sources.
22        MS. POPKIN:  That's our first issue.  Our second
23 issue is that, again, with the exception of the outdoor
24 particulate matter, air pollution at the top, which
25 Dr. Siemiatycki actually was asked about during his
26 deposition -- although he did give a different relative
27 risk number at that deposition -- the other carcinogens
28 on this list were not included in his report in the

## Page 2032

1 context of this very specific connection of a carcinogen
2 to a type of cancer to a relative risk number.
3        THE COURT:  Was he examined on the concept that
4 there are various carcinogens that are tied to certain
5 cancers where the relative risk is less than 2?
6        MS. PARFITT:  Your Honor, yes.  And that's
7 really -- again, it's illustrative of there are a wide
8 range of relative risks of carcinogens and diseases.
9        Again, I don't intend to make a case out of any
10 one of these.  It's just illustrative that there are
11 different relative risks.
12        THE COURT:  Counsel, why don't you take a look
13 at the cites that --
14        MS. PARFITT:  And I think that's fair.  They
15 haven't seen the cites.
16        THE COURT:  -- counsel has, and then we can take
17 this up tomorrow if we need to.
18        MS. POPKIN:  Okay.  That sounds good.  There is
19 actually, if we go back one slide, your Honor, to
20 Slide 73 -- which let me look at, I guess, the new
21 version of 73 -- there's --
22        MS. PARFITT:  Do you want to look at this?
23        MS. POPKIN:  I think I have it.  Thank you.
24        Number 6, the lack of a mention of an agent by
25 the NTP report on carcinogens is not the same as a
26 conclusion of noncarcinogenicity.
27        Two things on that.  One, Dr. Siemiatycki was
28 specifically asked about the NTP during his deposition

## Page 2033

1 and his awareness of the process in general and the
2 process as it relates to talc.  And his answer was that
3 he was not aware of the specific process, question and
4 answer, or one part of it, was:
5        "QUESTION:  You have not evaluated the process
6 by which NTP reviewed talc with regard to the
7 RoC report in preparing your report; correct?
8        "ANSWER:  No, I did not review this 2002
9 report.
10        "QUESTION:  Did you review any of the details
11 about how NTP went about reviewing talc as to
12 whether -- and whether to list it in the RoC
13 report?
14        "ANSWER:  I did not review the procedures that
15 the NTP undertakes to review talc or other
16 agents."
17        Based on that testimony, we don't -- there is no
18 basis for him to make a statement, this statement.
19 And, frankly, it's not -- shouldn't even be in the scope
20 of his expert testimony.
21        MS. PARFITT:  If I may, your Honor.  This slide
22 is entitled "Correcting Some Major Misconceptions."
23        Dr. Siemiatycki did not talk specifically about
24 the NTP report in this case.  Lee is absolutely correct.
25        What he did talk about, though, is his knowledge
26 of what the Report on Carcinogens is.  He is an
27 environmental epidemiologist, and he knows what a RoC
28 report is.

## Page 2034

1        This statement is very generic.  It has nothing
2 to do with talc.  It just has to do with what's a RoC
3 report.  That on -- and on page -- excuse me -- page
4 108 -- I believe it's the line 18 -- he's asked, "Do you
5 know what the Report on Carcinogens is?"
6        He says, "Yes.  It's a report that comes out
7 periodically.  I don't know if it's only sponsored by the
8 NTP or some other as well as the federal government, but
9 it's kind of a compendium sort of a crib sheet."
10        Dr. Siemiatycki is very knowledgeable of what
11 that report is.  He will not be testifying about the NTP
12 report here, vis-a-vis talc, nor does that slide suggest
13 that at all.
14        THE COURT:  So I think that, as long as a proper
15 foundation is laid by him, by the time you get to this
16 slide then, he can say what is or isn't in the report as
17 long as he relies on it.
18        MS. PARFITT:  Thank you.
19        THE COURT:  All right.  Let me --
20        MS. POPKIN:  Well, your Honor, one more point on
21 that last issue.  He doesn't rely on it.  That's the
22 point.  He didn't read anything about the NTP.  And so
23 for counsel to now come in and try to correct what they
24 perceive as a misconception that has come up elsewhere in
25 the case is not proper.  He is not an expert on the NTP,
26 and it shouldn't be something that he is permitted to
27 speak about.
28        MS. PARFITT:  Your Honor, if I may?  He

August 3, 2017

Page 2035

1 chaired -- he has chaired, over decades, the IARC
2 Committee. He has to know what the NTP report is.
3 That's all he's going to say. He's at least
4 knowledgeable; otherwise, he would look a bit silly, I
5 would think, before this Court and jury.
6       THE COURT: Right. I think that there's a
7 proper foundation laid that it's a proper slide.
8       MS. PARFITT: Thank you.
9       MR. SMITH: All right. Let's bring in Juror
10 Number --
11       MS. POPKIN: Your Honor, if I may, there are a
12 few additional demonstratives that are much shorter. We
13 can deal with those as they come up, if that's the
14 Court's preference, but we are prepared to deal with them
15 now. I did raise this with Ms. Parfitt yesterday.
16       MS. PARFITT: If you want to just finish this
17 out, it will take less than 30 seconds. On that same
18 slide --
19       THE COURT: You want to set a timer?
20       MS. PARFITT: I'm going to try. I will use my
21 New York speech now.
22       On that same slide, counsel has objected now --
23       MS. POPKIN: No. That's not actually what I was
24 referring to. There are two separate demonstratives that
25 are images of Dr. Siemiatycki's children's books, and
26 we --
27       MS. PARFITT: No problem, your Honor. I don't
28 need to show the images of children. We'll talk about

Page 2036

1 it. I don't need them.
2       THE COURT: We're done with children's books.
3 Okay.
4       MS. PARFITT: There is one. It comes at the
5 very end. We'll have plenty of time to talk about it.
6       MS. POPKIN: I actually think that that one will
7 also be quick, and we prefer to take care if it.
8       MS. PARFITT: If you look at Number 745, the
9 title is "Discovery of cancer-causing agents is always a
10 surprise." I'll wait until your Honor gets there.
11       Again, a demonstrative of why.
12 Dr. Siemiatycki -- excuse me -- he will be drawing the
13 analogy that just like smoking -- you know, we don't
14 know. We didn't know for decades doctors were smoking.
15 We didn't know of the discovery. It took -- it was a
16 latency. There was a long period of time when science
17 was somewhat catching up. And that's the example of it.
18       MS. POPKIN: Your Honor, this slide has no
19 probative value, and it is highly prejudicial. It is an
20 advertisement. The source is strangecosmos.com. It
21 is -- the suggestion -- the clear inference the plaintiff
22 wants the jury to make is that talc is the new tobacco.
23 It is inappropriate, and we think it's --
24       MS. PARFITT: Just let me respond. The
25 defendants' own documents, their internal documents -- I
26 think your Honor has gotten a little flavor of that --
27 actually analogize to "If we don't do something, we're
28 going to be the next tobacco."

Page 2037

1       So that's why it seems a bit appropriate. So
2 it's not so unusual that I might want to use it.
3       THE COURT: Well, here's the ruling. It's not
4 permitted. And I will tell you why. It's not
5 authenticated in any way. I have no idea if this is a
6 real poster or a fake poster. All I can tell is it comes
7 from something called strangecosmos.com.
8       MS. PARFITT: Thank you, your Honor.
9       MS. POPKIN: Your Honor, I would just like to
10 correct the record on that one point.
11       Our internal -- our consultant said that we
12 would -- it would be a tragic misperception if we were
13 associated with the cigarette industry because we have
14 valid reasons and strong support for our position.
15       THE COURT: This is Dr. Wehner's letter.
16       MS. POPKIN: That is Dr. Wehner's letter.
17       THE COURT: Thank you. Let's get Juror Number 9
18 in here. Correct? That's the juror that --
19       MR. WILLIAMS: Your Honor, before the juror
20 comes in, may we make a point that we have observed --
21 our team has observed when we were at sidebars -- that
22 jurors are speaking with one another pointing to their
23 notes. It's not appropriate for them to talk about the
24 case.
25       If we could just have a continuing admonition
26 that they -- that they can talk but that they shouldn't
27 talk about the case or their notes. Thank you.
28       THE COURT: I will do that. You never know

Page 2038

1 what's in their notes, though.
2       MR. WILLIAMS: True. But out of an abundance of
3 caution, they should probably be told not to show notes.
4       THE COURT: I'm with you.
5       COURTROOM ATTENDANT: Juror Number 9 is coming
6 in.
7       THE COURT: Ma'am, would you come up for just a
8 second. Anyplace that you're comfortable.
9       It was brought to my attention, and I just
10 wanted to bring it to yours, that someone in the
11 courtroom apparently observed you on your phone. It's
12 really not appropriate during trial. So I ask you to not
13 do that. And I remind you that texting, blogging, et
14 cetera, about the case are, of course, not appropriate.
15 I'm not suggesting that happened.
16       JUROR NO. 9: Okay.
17       THE COURT: But someone in the courtroom
18 apparently -- I didn't see it, but someone apparently saw
19 you on the phone. Please don't do that.
20       JUROR NO. 9: All right. I'm sorry.
21       THE COURT: That's okay. We're so used to
22 having our phones at all times. And I suspect --
23 although I don't know -- that if I looked carefully, I'd
24 see some lawyers with their phones also.
25       JUROR NO. 9: Thank you, your Honor.
26       THE COURT: Thank you. It's just a warning,
27 please. All right.
28       Let's have all the jurors come in. Thank you.

6 (Pages 2035 to 2038)

August 3, 2017

Page 2039

1    MR. ROBINSON: Your Honor, could we -- one
2  issue? Maybe we can do it at the end of the day. I just
3  wanted to make a point that we filed a brief on the head
4  of the NTP wanting to come out here tomorrow and would be
5  available for deposition over the weekend.
6    But can we discuss that --
7    THE COURT: We'll take that up at the end of the
8  day. I think the defense needs an opportunity to think
9  about that, and I think they got your brief this morning.
10  Yes?
11    MR. WILLIAMS: That's right.
12    THE COURT: Let's have the jurors come in.
13    (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN
14  COURT IN THE PRESENCE OF THE JURY:)
15    THE COURT: All right. Everyone is back. We've
16  Dr. Godleski here. All the jurors are in their seats,
17  and the two alternates and trial counsel are here. Let's
18  proceed with Dr. Godleski.
19    Mr. Dearing.
20    COURTROOM ATTENDANT: Your Honor, Counsel, can
21  you wait one second? Because I want everything to be
22  visible for the jurors, and apparently these chairs are
23  blocking the view. So you can scoot down.
24    THE COURT: Does that give everybody a little
25  more room? Everybody okay? There you go.
26    I wasn't kidding you when we started this case
27  that, you know, it's a smaller courtroom.
28    Go ahead, Mr. Dearing.

Page 2040

1    * REDIRECT EXAMINATION RESUMED *
2    *[2:09 P.M.]*
3    Q  BY MR. DEARING: Good afternoon. I won't be
4  long. I only have a few topics I want to ask you about.
5    Earlier today, counsel for Johnson & Johnson
6  asked you some questions about these what we call
7  photomicrographs, these photographs that you took with
8  your polarized light microscope. And I thought the point
9  was clear, and I certainly don't want to mislead anybody.
10  So I want --
11    MR. WILLIAMS: Objection to the preamble, your
12  Honor. It's not a question.
13    THE COURT: Sustained. But we do have to put
14  the question in context.
15    So go ahead, counsel.
16    Q  BY MR. DEARING: Thank you. I just want to ask
17  you a couple quick questions about the birefringent
18  particles that you saw in these photographs. And that's
19  what we're going to talk about.
20    A  Okay.
21    Q  Let me just start with -- I'll just pick one at
22  random. Let me start with this one (indicating). This
23  is EE155.
24    You remember this, of course?
25    A  Yes.
26    Q  And this is just a photomicrograph that shows
27  birefringent particles in tissue; correct?
28    A  That's correct.

Page 2041

1    Q  And I certainly didn't mean to imply by showing
2  you this and having you explain it to the jury that we
3  had positively identified these particles as talc.
4    So was that your intent when we were discussing
5  this photomicrograph?
6    A  These are particles that are birefringent. And
7  we would do the electron microscopy to determine
8  specifically that these are talc.
9    Q  Right. And you can't -- can you determine
10  definitively from a photomicrograph from a polarized
11  light microscope whether those particles are talc? Or do
12  you have to use a scanning electron microscope?
13    A  You can't determine from polarized light that is
14  talc. That's why we do the electron microscopy.
15    Q  And so we showed this to the jury to
16  demonstrate --
17    THE COURT: Counsel.
18    MR. DEARING: I'm sorry.
19    Q  BY MR. DEARING: Were you showing this to the
20  jury to demonstrate just the methodical process you used
21  in identifying what tissue you want to examine more
22  closely for talc?
23    A  Exactly.
24    Q  Now, one thing I do want to clarify also is,
25  although you cannot state definitively that these fibers
26  in this photograph are talc, you did look at an area just
27  below where you saw these fibers with your scanning
28  electron microscope; correct?

Page 2042

1    A  That's correct.
2    Q  And is that -- and I'm looking at -- I'm
3  displaying EE40B. And is this --
4    Jeff, can you put up EE40B.
5    Is this the scanning electron microscope image
6  that you took and captured that's just below the
7  birefringent particles you saw on the previous board?
8    A  Yes.
9    Q  Okay. So for -- to put this into context, so if
10  this piece of paper was the plane of focus that you saw
11  the birefringent particles on. And let's say the
12  birefringent particles were found -- can you see this?
13    A  Yes.
14    Q  -- were found in that circle. What you've done
15  here is you've shaved off the top and found the talc
16  fibers right beneath there; correct?
17    MR. WILLIAMS: That's leading, your Honor.
18    THE COURT: Sustained.
19    Q  BY MR. DEARING: If this paper represented the
20  frame of focus where you saw the birefringent particles,
21  how would you describe where you found the talc fiber
22  that you did positively identify with scanning electron
23  microscopy?
24    A  I would say if that were a stack of papers of
25  which you had maybe five papers in it, then where I found
26  the electron microscopy pictures would be maybe on page 3
27  or page 4.
28    Now, in the analysis report, some of which was

August 3, 2017

Page 2043

1    seen this morning, we had a picture of the glass slide.
2    And on the glass slide you could see that, very often,
3    when glass slides -- when tissues are cut and placed on
4    glass slides, you get several cuts of the same thing on
5    the slide.
6         So as a pathologist, you then look at each of
7    those. And what you always see is that it's not -- each
8    piece is not exactly the same, but it's the same area.
9    And the same features of the area will be there.
10   Sometimes you'll see the same cells, depending on how big
11   they are. But it will be the same area.
12        So if you then cut off more and look at it
13   again, chances are again it's going to still be the same
14   area. Or if it's an area that has a particular feature,
15   you're going to be able to see that in many levels.
16        And that's what we're doing. And so that's why
17   we use polarized light to choose the slides that have the
18   most birefringent particles so we could come back and be
19   more likely to find them in the tissue below. And in
20   this case -- in this example, that's exactly what we're
21   seeing.
22        Q    Let me ask you this: Since -- you testified
23   this talc fiber was found right below these birefringent
24   particles. And because you testified that they had
25   similar appearance and similar tissue around them, does
26   that make it more likely, in your opinion, in your
27   professional judgment, that these actually may be talc
28   fibers?

Page 2044

1         A    Yes.
2         Q    Okay. But we're not going to state for sure
3    that they are?
4         A    We can't say for sure, but it's certainly more
5    likely.
6         Q    I just wanted to make that perfectly clear.
7              Mr. Williams also spent a good bit of time
8    talking to you about the fact that the word
9    "inflammation" did not appear in either of your two
10   reports. And I want to ask you some follow-up questions
11   about that.
12             Why do you put photomicrographs in your report?
13        A    A picture is worth a thousand words. So that as
14   you look at the picture, I can explain what's there.
15   Some reviewer of this report can see what's there and
16   make their own judgments.
17        Q    And you mentioned earlier the photographs aren't
18   just part of your Word document for the report; you
19   actually send the JPEG photos with the other information
20   to the defendants so they can actually see in more detail
21   what you saw; right?
22        MR. WILLIAMS: Objection; leading.
23        THE COURT: Sustained.
24        Q    BY MR. DEARING: Do you also send JPEG photos
25   and more clearer pictures than what you might get on a
26   Microsoft Word document to the defendants?
27        A    Exactly. The defendants get the polarized light
28   pictures that I take, the pictures of tumor that I take

Page 2045

1    by light microscopy, and they get every one of our images
2    and spectra that we do by electron microscopy.
3         Q    Do you take more photographs than what are
4    actually contained in the paper part of your report?
5         A    We usually -- I usually do.
6         Q    And how do you go about selecting -- or why do
7    you select the photomicrographs that you actually include
8    in the paper part of your report?
9         A    They usually represent blocks that we chose for
10   further study. And they are also pictures that represent
11   the kind of findings that we have in the case.
12        Q    So did you choose these photomicrographs because
13   they demonstrated something that you wanted to tell the
14   jury about?
15        A    Yes.
16        Q    With regard to this photomicrograph --
17             Jeff, can you put up EE155 again, please.
18             Do you recall giving a deposition where this
19   photomicrograph was discussed in detail?
20        A    Yes.
21        Q    And is that what led to you drawing arrows and
22   things on the diagram?
23        A    Yes.
24        Q    Were you asked questions about the macrophages
25   that you found in this diagram?
26        A    Yes.
27        Q    Do you remember about how many macrophages that
28   you found?

Page 2046

1         A    11 or 12 that I recall.
2         Q    And is that what you drew the arrows to in this
3    picture?
4         A    Yes. Yes.
5         Q    Let me switch gears again and talk about
6    something else.
7              Mr. Williams put up the two charts from the data
8    files that you sent to the defendants that accompanied
9    your report that had the breakdown of the different
10   particles that you identified. And I think his number
11   was he counted 1472 particles that you determined were
12   not talc.
13             Do you remember that line of questioning?
14        A    Yes.
15        Q    And so I did some math during the break, and do
16   you agree that over a thousand of those were calcium
17   particles?
18        A    I believe so.
19        Q    And is calcium something that you'd commonly
20   find in tissue that's adjacent to cancer tumors?
21        A    It's in adjacent tissue, it's in the tumor
22   itself, and sometimes, as we're looking at these by
23   scanning electron microscopy, because so much of the
24   tissue that's in these blocks and in these slides is
25   tumor tissue, and we don't necessarily expect to find
26   particles in tumor tissue because that's new growth.
27   This is growing new tissue. And so we expect it to be
28   more likely in the normal tissue. So we, in fact, have

August 3, 2017

Page 2047

1  to look in the normal tissue. And sometimes that's not
2  so easy, understanding electron microscopy.
3      So we're already limiting ourselves to the
4  central portion of the tissue that could not possibly
5  have any contamination. So when we then are looking in
6  that area, we sometimes are going over tumor tissue. And
7  that's where we get all the calcium particles found.
8      Sometimes they're also in normal tissue, but
9  they're definitely in tumor tissue.
10     Q   And so would you consider calcium to be an
11 endogenous particle? In other words, something that the
12 body either makes or is expected to have?
13     A   Absolutely. These are clearly known to be part
14 of a serous ovarian carcinoma.
15     Q   And do calcium particles have anything to do
16 with formation of cancer?
17     A   No.
18     Q   Other than the fact that cancer may cause them?
19     A   No. Cancer can produce these, but they don't
20 have anything to do with carcinogenesis.
21     Q   And of those remaining particles, remaining
22 one-third or so, according to those two graphs, 137 of
23 them were saline salts. Do those occur naturally in the
24 body as well?
25     A   Well, there's -- there's sodium and chloride in
26 the body and in tissues. And there's a fair amount of
27 sodium chloride in our tissues, but it's ions.
28     What happens in processing tissue is, in order

Page 2048

1  to put it into the paraffin block, you have to take out
2  all the water. As you take out the water, you also take
3  out a lot of ions that are soluble in the water. But
4  some get left behind, and they precipitate. And so we
5  end up with precipitations of sodium chloride or salt in
6  the tissues.
7      When we're looking at these, they look like a
8  particle. We're not discriminating particles by their
9  morphology as -- in every one. So we do a spectrum, and
10 it turns out to be salt. And so we have another particle
11 that is really irrelevant as far as the analysis goes.
12 But, in fact, it's a particle that we quantified and we
13 did a spectrum on, and so we include it.
14     Q   And if my math is right, 39 of the remaining
15 particles were carbon particles. Is that something you'd
16 expect to find in virtually all tissue?
17     A   Yeah. All tissue are carbon. And, in fact,
18 when we are looking at these, there can be a tissue
19 formation that looks like a particle, especially in the
20 backscatter image. And so we end up taking a spectrum of
21 it and it turns out to only be carbon.
22     And so when we are looking at over a thousand
23 particles, it's not uncommon that we pick up a few of
24 these tissue formations that happen to be all carbon.
25 And so we do a spectrum on them. The spectra are all
26 consecutively numbered, and we don't drop any out. So
27 that anyone reviewing this can follow the consecutive
28 numbers. And if one turns out to be carbon, we keep it

Page 2049

1  in.
2      And, again, it's not relevant to the development
3  of cancer, the identification of foreign particles, but
4  it's a particle that we measured, so we report it.
5      Q   Thank you, Doctor.
6      Okay. I want to move to another topic. I would
7  like to talk about the Heller study one more time.
8      And that's P334, Jeff.
9      And I want to spend just a minute on this
10 diapering issue. You were asked several -- and it's more
11 than just that. But you were asked several questions by
12 Mr. Williams yesterday about the lifespan of talc in
13 tissue.
14     A   Yes.
15     Q   And ultimately you were asked whether --
16     ALTERNATE JUROR REYES: Excuse me. Can you move
17 the board? Thank you.
18     MR. DEARING: I don't even think you guys are
19 going to have to read it.
20     Q   BY MR. DEARING: I will put it up here in case
21 you need to refer to it, but let me ask you some
22 questions about it.
23     You were asked some questions by Mr. Williams.
24 And in his question, he suggested that talc may last
25 about nine years in the body. And you said a 1-micron
26 particle could dissolve in nine years. And then you were
27 asked a follow-up question about whether your opinion was
28 that talc may last 1 to 20 years in the body.

Page 2050

1      And your answer was, "That's a reasonable
2  estimate, but if a particle is larger or started out
3  larger, it could be even longer."
4      MR. WILLIAMS: Objection. Leading, your Honor.
5      THE COURT: Sustained.
6      Q   BY MR. DEARING: Are you familiar with the
7  Jurinski study?
8      A   Yes.
9      Q   And do you recall what the scientists in the
10 Jurinski study opined with regard to how long talc is
11 expected to continue to exist in human tissue?
12     A   That was an in vitro study, where what they did
13 was put various kinds of particles with fluids that
14 simulate tissue fluids of the body.
15     And what they found was that in water alone, in
16 acid or base, it didn't make too much of a difference
17 with the particles they were looking at.
18     But when they put -- made this solution that was
19 a simulant of tissue fluid that had a variety of ions in
20 it, that could substitute with ions in the particles,
21 they found that you could eventually begin to have a
22 dissolution process.
23     And they started out with big particles, and
24 they saw how much they dissolved. And then they -- they
25 determined how long -- based on this model study, how
26 long particles might remain in the body and to normalize
27 the particles they made. They assumed they were all
28 1 micron in size. And that was based on what they

August 3, 2017

Page 2051

1    learned from the larger particles.
2        And so they then created a table in their paper
3    that showed different dissolution rates of different
4    particles. And one of the particles that they happened
5    to look at in this study was talc. And they showed that
6    a 1-micron particle of talc in their simulant human
7    tissue fluid would dissolve in nine years.
8        Q   So based on that study and the tables that they
9    created in that study, were they able to estimate
10   different life spans for different-sized particles? In
11   other words, as you increased in size, did that affect
12   the lifespan?
13       A   Well, they showed some charts in that study
14   where they had particle size relative to years. And so
15   as particles got larger, they applied a linear model to
16   it and showed that, as the particle was larger, it took
17   longer to dissolve.
18       Q   So you've already testified that the particles
19   that you associate with the defendants --
20       MR. WILLIAMS: Objection. Leading, your Honor.
21       MR. DEARING: I have to set up the question to
22   ask it.
23       MR. WILLIAMS: He's talking about what the
24   witness testified to. It's leading.
25       THE COURT: Sustained.
26       Q   BY MR. DEARING: If talc particles found in
27   women's tissue were, say, 10 microns in size, would you
28   expect the life expectancy of that particle to be 90

Page 2052

1    years based on the Jurinski model?
2        A   Based on that model, yes.
3        Q   And if the talc particle was 8 microns, would
4    you expect the life expectancy to be 72 years based on
5    that model?
6        A   Yes.
7        Q   And so if the oldest person in the Heller study
8    was 66, would diapering be an issue?
9        A   Yes.
10       Q   And do you think that's why the authors actually
11   had diapering information in their study?
12       A   I think so.
13       Q   Last question, Doctor.
14       MR. WILLIAMS: Your Honor, if we may, on the
15   Jurinski study, could we get an exhibit number and get a
16   copy of the study.
17       We were not provided that.
18       MR. DEARING: Sure. It's P888. You can have
19   it. Thank you.
20       Q   BY MR. DEARING: One last question, Doctor.
21       Can it be stated to a reasonable degree of
22   medical certainty that the presence of talc found in a
23   woman's ovarian tissue can be contributory evidence for a
24   causal link between the presence of talc and the
25   development of a woman's ovarian cancer?
26       A   Yes.
27       MR. DEARING: Thank you.
28       That's all I have, your Honor.

Page 2053

1              * RECROSS-EXAMINATION *
2                  * [2:29 P.M.] *
3        Q   BY MR. WILLIAMS: Doctor, I'd like to ask you
4    some questions about that last topic that Mr. Dearing was
5    asking you about, specifically the issue of how long --
6    the issue of -- the issue of how long talc can remain in
7    the body.
8        Do you recall that?
9        A   Yes.
10       Q   Is it true that the talc that you typically find
11   in the body, depending on the size of the particle, could
12   live in the body between 1 and 20 years? And my question
13   is specifically directed to the types of talc particles
14   that you have found in the body in your study.
15       A   We're seeing anywhere from 1- to 10-micron-sized
16   particles in the studies that we do, the studies that
17   we've done. And so if it were a 1-micron particle, it
18   would be 9 years. If it were a 2-micron particle, it
19   would be almost 20 years, and so forth.
20       So that since many of them that we find are
21   between 5 and 10 microns, you can -- you can do the math.
22   So that in terms of a 1-micron particle or a 2-micron
23   particle -- and we see these size particles. And so what
24   you can infer from that is that a particle that size has
25   either been there a short time, and we're seeing it, or
26   it was a larger particle that may have been dissolved.
27   Or -- and -- so those are kind of the options.
28       Q   The question that I'm asking, though, is --

Page 2054

1    strike that.
2        You have looked at a lot of tissue specifically
3    for talc; correct?
4        A   Yes.
5        Q   And, indeed, you looked for talc in the tissue
6    of -- you looked for talc in the tissue of
7    Ms. Echeverria; correct?
8        A   Yes.
9        Q   And what I'm getting at is that in the talc that
10   you've looked at, both from Ms. Echeverria and for other
11   individuals that you've studied, the size of the talc
12   that you have found in those cases is of a size that
13   would last in the human body between 1 and 20 years.
14   That's what you've testified to before; correct?
15       A   The smaller -- if we find -- and we do find
16   particles between 1 and 2 microns. We find them up to
17   10 microns in these tissues. So those that would be 1 to
18   2 microns, we would expect to be 10 to 20 years.
19       On the other hand, we find, in looking through
20   our analysis summary, you see a number of particles that
21   are magnesium silicates. And we know that as talc
22   particles dissolve by this -- by this -- in this Jurinski
23   study, what they found was they sort of began to try to
24   understand how these particles actually dissolve. And
25   what they found was that they -- or what they reported
26   was that it was their impression that the magnesium came
27   out first, and then the silicon -- the element silicon in
28   an ionic form came out second. So that when we're

August 3, 2017

Page 2055

1  reporting on these particles, because they've been in
2  human tissue for various periods of time, it may be that
3  some of these magnesium silicates that we're seeing are
4  actually talc in some form of dissolution, that because
5  it doesn't meet the criteria for identification of talc
6  by chemical analysis, we are not able to call them talc.
7      So that, in fact, there may be more particles of
8  talc than we're able to identify when we, in fact,
9  identify magnesium silicates.  But because they don't
10  have the appropriate ratio, we're not calling them talc.
11      MR. WILLIAMS:  Your Honor, I would move to
12  strike the answer as nonresponsive.
13      MR. DEARING:  I'd object.  He's trying to
14  explain his answer.  It's not as simple as the yes or no
15  that Mr. Williams would like.
16      MR. WILLIAMS:  I wasn't asking for a yes or no;
17  I was simply asking for a range, your Honor.  I'll
18  restate the question, but I would ask that the answer be
19  stricken as nonresponsive.
20      THE COURT:  It's stricken.
21      Q    BY MR. WILLIAMS:  Dr. Godleski, my question was
22  that, in the analysis of talc and tissue that you've done
23  relating to talcum powder litigation -- do you have that
24  in mind?
25      A    Yes.
26      Q    -- you have testified that, when the particles
27  are smaller, the talc would move out of the body within a
28  year or so.  And when the particles are larger, that they

Page 2056

1  may last for as long as 20 years.  Isn't that what you've
2  said?
3      A    I don't believe so.  And in applying the
4  Jurinski model, it would be 20 years for a 2-micron
5  particle.
6      Q    Is it true that the talc that you have found has
7  probably been in the body, depending on the size of the
8  particle, somewhere between 1 and 20 years?
9      A    Because smaller particles tend to get into
10  lymphatics and can move into the system, there are a lot
11  of particles that are found that are in the lower end of
12  the distribution of particle size.
13      MR. WILLIAMS:  Your Honor, permission to read
14  from Dr. Godleski's testimony December 5, 2016, page 163,
15  line 4 through line 13.
16      MR. DEARING:  No objection.
17      MR. WILLIAMS:  You were asked the following
18  question and gave the following answer:
19      "QUESTION:  So if you found magnesium silicate
20      that was at the level of talc, a level that's
21      specifically identifiable, would that mean
22      that the talc was recently in the body, rather
23      than being there over a period of time, a long
24      period of time?
25      "ANSWER:  I think the talc that we find has
26      probably been in the body, depending on the
27      size of the particle, started out as could be
28      somewhere between 1 and 20 years."

Page 2057

1      Q    BY MR. WILLIAMS:  Wasn't that your testimony?
2      A    Um, well, you're reading my testimony and,
3  depending on the size of the particle, it could be there
4  1 to 20 years.  And if it's a larger particle, it could
5  be there longer if you just apply the Jurinski model.
6      Q    If I may, what you were being asked about were
7  the sizes of the particles in the talc cases that you had
8  reviewed; correct?
9      A    Yes.  And I'm saying in -- and I've said this
10  now several times that when you look at the distribution
11  of particle size, we have a lot of 1- to 2-micron-sized
12  particles.
13      Q    Let me ask you a separate topic but also having
14  to do with the size of the particles.
15      I believe earlier today, in response to one of
16  my questions, you indicated that a typical size that was
17  your understanding of a particle of talc in Johnson's
18  baby powder, did you say that you had some knowledge one
19  way or the other of the size?
20      A    I said there was a wide distribution of sizes,
21  from fairly large particles as big as 50 microns down to
22  1 micron and below.
23      Q    And is that what you testified to today?
24      A    I'm sorry?
25      Q    Is that what you testified to today in your --
26      A    I testified today that there was a range of
27  particles -- a wide range of particle sizes.
28      Q    Okay.  Let me ask you about the particles that

Page 2058

1  you found.  In your first report, you agreed that you
2  identified 8 talc particles and 169 foreign external
3  particles; right?
4      A    I'll take your word for it.  I'm not looking at
5  that -- at that portion of the report.  But I can refer
6  to my analysis summary.
7      Q    That's fine.  And just --
8      A    It's in that range.
9      Q    And just a moment ago, Mr. Dearing did the math
10  and said that I had referred to 1472 nontalc particles.
11  And he indicated that about 1,000 or so were calcium;
12  correct?
13      A    That's correct.
14      Q    We know that Ms. Echeverria had tumors in her
15  tissue; correct?
16      A    Yes.
17      Q    And we know that we would expect, because she
18  had tumors in her tissue, that there would be some
19  calcium there; correct?
20      A    That's correct.
21      Q    On the issue of inflammation, though, with
22  respect to the 400 particles that were of a foreign type
23  that were not talc, it's true that those could cause
24  inflammation as well, some of them; correct?
25      A    Depending on the particle that we're talking
26  about, depending on the size of the particle, they may
27  or -- and depending on the number of the type of
28  particle, all those can be important in determining

11  (Pages 2055 to 2058)

August 3, 2017

## Page 2059

1  whether there would be an inflammatory response.
2      Q   So the answer is yes, that some could cause
3  inflammation; correct?
4      A   It's possible.
5      Q   And if we put up EE155, Mr. Bales.
6          This was the image that had the arrows.  Just so
7  that we're clear -- I asked you about this earlier
8  today -- this is an image of macrophages; correct?
9      A   Yes.
10      Q   You counted about a dozen; correct?
11      A   Yes.
12      Q   But it's a fact, though, that you could not
13  identify the fibers in the center of this image as talc?
14  You could not say that it was talc and not something
15  else; correct?
16      A   These are birefringent fibers --
17      Q   Just yes or no.  Sir, just yes or no, you could
18  not tell, Doctor, whether these were talc or something
19  else.  Is that accurate?
20      A   There was a possibility they were talc.  There
21  was a possibility they were something else.
22      Q   And if you were to make a judgment call between
23  one or the other, you would be speculating on that;
24  right?
25      A   Well --
26      Q   You can't tell for sure, is what I mean.
27      A   But we found a fiber that was talc right
28  adjacent to this area with the same tissue configuration.

## Page 2060

1  And so it's -- yeah, it's -- it's something that you can
2  decide whether it's more likely than not these are talc
3  fibers or these are some other kind of foreign fiber.
4      Q   And with respect to that --
5          We can put that one up.  I think it's Exhibit
6  40B.  Exhibit 40B, if would you, Mr. Bales.
7          It's in the image on the left; correct?
8      A   Yes.
9      Q   And this is the image of the talc fiber;
10  correct?
11      A   That's correct.
12      Q   This is -- strike that.
13          At the time that you prepared your reports, you
14  did not make any reference to inflammation.  And I think,
15  on redirect examination, Mr. Dearing asked you a question
16  and you said "a picture is worth a thousand words";
17  correct?
18      A   That's correct.
19      Q   Well, even if a picture is worth a thousand
20  words, when you're writing the report for litigation, it
21  is a fact, isn't it, that if you had seen something that
22  you thought was significant with respect to inflammation,
23  that you would have included that in your written report?
24  True or not true?
25      A   My written report focuses on two points.  One is
26  the identification and confirmation of the tumor.  And
27  the second is the identification and confirmation of the
28  presence of particulate in the tissue and whether that

## Page 2061

1  particulate is talc.
2          MR. WILLIAMS:  Move to strike as nonresponsive.
3          THE COURT:  Stricken.
4      Q   BY MR. WILLIAMS:  Do you recall being asked the
5  question -- your Honor, permission to read from
6  Dr. Godleski's testimony March 30th, 2017, lines -- page
7  22, lines 10 through 18.
8          THE COURT:  Mr. Dearing?
9      Q   BY MR. WILLIAMS:  You were asked the following
10  question and gave the following answer.
11          THE COURT:  Counsel, would you share that with
12  Mr. Dearing, please.
13          MR. WILLIAMS:  Oh.  Of course.
14          (A discussion is held off the record.)
15          THE COURT:  Go ahead.
16      Q   BY MR. WILLIAMS:  Very well.  Doctor, you were
17  asked the following question and you gave the following
18  answer:
19          "QUESTION:  I know that you only have the
20          three pictures in front of you, but I don't
21          think you noted anywhere in your report that
22          you saw any inflammation in Ms. Echeverria's
23          tissues.  Is that something that you would
24          have noted if you thought that it was
25          significant?
26          "ANSWER:  Yes.  I'm pointing out a few
27          lymphocytes.  I didn't consider that
28          diagnostic of chronic inflammation."

## Page 2062

1          That's what you testified to with respect to
2  your first report; correct?
3      A   That's correct.
4      Q   With respect to your second report, which
5  contains Exhibit EE40B, which is on the screen right
6  now --
7      A   Yes.
8      Q   -- the same thing would be true, would it not,
9  Doctor, with respect to any report that you prepared?  If
10  you had seen inflammation in Ms. Echeverria's tissues
11  that you thought would be of note, you would have noted
12  it; correct?
13      A   I have a picture that shows a lot of
14  macrophages.  Now, the definition of inflammation can be
15  variable.  Whether chronic inflammation has lymphocytes,
16  whether macrophages with particles is truly inflammation
17  from the point of view of a pathologist can be arguable.
18  Whether that represents chronic inflammation or whether
19  that represents a physiologic process that actually
20  starts the cascade of inflammation and perhaps started a
21  cascade of inflammation early on that is now cleared
22  away.
23          You know, tissues heal and we can go through
24  just any example of a lesion on your skin, a lesion
25  anywhere, that heals with very little evidence that there
26  was a lesion there.  Your wooden sliver example is a good
27  one that you asked me earlier.
28          MR. WILLIAMS:  Forgive me, your Honor.  But I

12  (Pages 2059 to 2062)

August 3, 2017

Page 2063

1    need to move to strike as nonresponsive to the question.
2         MR. DEARING:  Your Honor, he's trying to answer
3    these questions.  They're not very simple questions.
4    They require information.
5         THE COURT:  Well, it doesn't -- it's a yes-or-no
6    question.  It did not require a long answer.
7    Q    BY MR. WILLIAMS:  I'll be happy to restate it.
8    It was a while ago.
9         THE COURT:  It's stricken.
10        MR. WILLIAMS:  Excuse me, your Honor.
11   Q    BY MR. WILLIAMS:  My question is this,
12   Dr. Godleski:  We just read the testimony with respect to
13   your first report where you testified that, if you had
14   noted something that you thought was significant,
15   specifically with regard to inflammation, that you would
16   have noted it; correct?
17   A    Yes.
18   Q    We are looking at an image that was in your
19   second report; correct?
20   A    That's correct.
21   Q    And in your second report, like your first
22   report, you didn't say anything about inflammation that
23   you noted as significant until you got here to court when
24   you testified; correct?
25   A    But I have a picture that I discussed in
26   deposition that shows inflammation that we've discussed
27   here in court.  And in the first pictures that we talked
28   about, we didn't talk in terms of evidence of

Page 2064

1    inflammation.  I pointed out a few lymphocytes that --
2    the statement that you've read was exactly the way it
3    was.
4    Q    My question was, with respect to the written
5    reports that you prepared, there's no reason -- a new
6    question.  Excuse me.
7         There's no reason why you have one rule for your
8    first report and one rule for your second, meaning if you
9    are going to identify inflammation that you believe is
10   important, if you see it, in your written report and you
11   didn't see it in the first report and you didn't note it,
12   in the second report, if you didn't note anything about
13   inflammation, why would the rule for you be any
14   different?
15        MR. DEARING:  Objection, your Honor.  That's a
16   compound question.  And I don't even understand it, so I
17   doubt the witness does.
18        THE COURT:  Sustained.
19        MR. WILLIAMS:  I'll rephrase.
20   Q    BY MR. WILLIAMS:  Dr. Godleski, in the second
21   report, there's no reference to anything about
22   inflammation; correct?
23   A    That's correct.  I didn't use the word
24   "inflammation."
25   Q    And in the first report, with respect to that
26   report, you testified under oath that, if there had been
27   anything significant regarding inflammation, you would
28   have made a note of it in the written report; correct?

Page 2065

1    A    Or I would have had a picture of it.
2    Q    Well, you had plenty of pictures in both
3    reports; correct?
4    A    I have pictures in both reports.
5    Q    And in the second report, there isn't anything
6    identifying inflammation with respect to this slide or
7    any other; isn't that true?
8         MR. DEARING:  Objection.  If "regard to
9    anything" means he's excluding photographs, I think this
10   is getting circular.
11        THE COURT:  It is a little circular.
12        MR. WILLIAMS:  I'm talking about the written
13   language, your Honor.  I'll rephrase.
14   Q    BY MR. WILLIAMS:  With respect to the written
15   report where you were describing your findings and you
16   said that you would have noted it in the testimony you
17   gave, with respect to the second report, if you had noted
18   the inflammation, you would have written it down; right?
19        MR. DEARING:  Objection; asked and answered.
20        THE COURT:  Overruled.
21        THE WITNESS:  In the second report I had a
22   picture, when asked about it in deposition under oath, I
23   identified macrophages and inflammation within fat, that
24   we discussed extensively in that deposition.
25   Q    BY MR. WILLIAMS:  You were asked some
26   questions --
27        You can take that down.
28        You were asked some questions about laboratories

Page 2066

1    and gloves and the idea that talc is no longer used on
2    gloves in laboratories.
3         Do you recall that?
4    A    Um --
5    Q    By Mr. Dearing.
6         MR. DEARING:  Your Honor, I object.  That's
7    beyond the scope of redirect.  I didn't ask anything
8    about gloves.
9         THE COURT:  Sustained.
10        MR. WILLIAMS:  Actually, he did.
11        MR. DEARING:  I don't think so, not on redirect.
12        MR. WILLIAMS:  Right.  Here on redirect.
13        THE COURT:  Just a few questions about that.
14        MR. WILLIAMS:  Sure, a very few.
15   Q    BY MR. WILLIAMS:  Is it true, Dr. Godleski, that
16   cornstarch causes the same granulomas on gloves that talc
17   can cause?
18   A    Cornstarch is distinctive under polarized light.
19   And if you see cornstarch, that is identifiable under
20   polarized light with a pattern that is unmistakable.
21   Q    My point is simply that, with respect to
22   surgeons' gloves or operating room gloves, neither
23   cornstarch nor talc is permitted any longer because of
24   the possibility that both substances can cause granulomas
25   if it were to get into human tissue; correct?
26   A    That's correct.  Surgeons' gloves are different.
27   Surgeons' gloves do not have any powder that can cause a
28   tissue reaction.

13  (Pages 2063 to 2066)

August 3, 2017

Page 2067

1 So when you talk about surgeons' gloves or you
2 talk about the packs of a hundred gloves that are in
3 pathology departments, you're talking about two entirely
4 different things in terms of what powder is on them, how
5 they're packaged, they're not sterile. Surgeons' gloves
6 are sterile; surgeons' gloves are powder-free.
7 You have to get -- you have to order special
8 powder-free gloves for use in the laboratory, and,
9 generally, that's not done.
10 Q Neither talc nor cornstarch is currently used on
11 gloves for surgeons; correct?
12 A Exactly.
13 MR. WILLIAMS: No further questions, your Honor.
14 THE COURT: Thank you.
15 MR. DEARING: Just a couple. I promise.
16 * REDIRECT EXAMINATION *
17 * [2:53 P.M.] *
18 Q BY MR. DEARING: Doctor, cornstarch is organic;
19 right? Are there any studies linking cornstarch to
20 ovarian cancer?
21 A Cornstarch is organic, and I don't know of any
22 studies where it's been specifically tested. But in
23 terms of the appearance of cornstarch, it has a very
24 distinctive pattern under polarized light.
25 Q And back to the quick question about magnesium
26 silicates. Magnesium silicates you found in
27 Ms. Echeverria's tissue and in other women, could this be
28 talc that has degraded in tissue over time, as the

Page 2068

1 Jurinski study suggests?
2 A It's entirely possible.
3 Q In none of the foreign particles that are left
4 after you exclude all the calcium and all the other
5 endogenous particles, the carbon, the talc, none of the
6 particles that are left have been associated with ovarian
7 action, have they --
8 A No.
9 Q -- to your knowledge?
10 Is it possible that one reason you don't always
11 see inflammation that, when a tumor forms, it actually
12 subsumes the information and any evidence of that
13 inflammation?
14 A Yes, it's entirely possible. And the -- the
15 pathologist tumor case is taking slides of tumor, not as
16 much of the normal tissue. You want to document the
17 extent of invasion into normal tissue, but there's no
18 reason to look at an extensive amount of normal tissue.
19 You're trying to characterize and document the extent of
20 the tumor. So most of the slides in the case will be
21 tumor slides.
22 MR. WILLIAMS: Your Honor, may we be heard? I
23 apologize, but we need to be heard.
24 THE COURT: All right. Ladies and gentlemen,
25 why don't you stand up and take a stretch while we do
26 this.
27 (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE
28 HELD AT SIDEBAR:)

Page 2069

1 MR. WILLIAMS: Yes, your Honor, at about -- I
2 don't know -- five minutes ago, counsel just started
3 talking about this issue of the disappearing inflammation
4 which we thought had been excluded from the matter. We
5 are now on re-redirect, and he's now bringing up an
6 entirely new issue that I thought had been excluded from
7 the case. And we would ask those questions and answers
8 be stricken.
9 And it was specific for Ms. Echeverria what he
10 just did, which is a specific causation type of an
11 opinion that this witness has just given after all of our
12 discussion.
13 And I didn't want to jump out of my chair and
14 make a big deal. That's why I waited for now to come to
15 sidebar. But in highlighting it -- and it's about the
16 eighth time that they have gone into an area inviting us
17 to jump up and down making an objection that it was
18 improper. And that was the last, I guess, five minutes
19 of testimony, three minutes and it should be stricken.
20 MR. DEARING: First of all, this is not
21 testimony that was stricken. If the Court recalls, the
22 ruling on this issue is, if Dr. Godleski had testified
23 about it before, it was fair game. Now, he testified
24 about it many times.
25 The other issue is this was invited by recross,
26 or whatever we're on right now. So it's -- it was in
27 direct response to questions that he was just asked about
28 whether he put inflammation in this report. If he had

Page 2070

1 observed inflammation, would he have made a note of it.
2 We've done that for 15 minutes.
3 MR. WILLIAMS: Your Honor, the Court, in its
4 previous comments on this very issue, said you have to
5 stay away from speculative things.
6 And this raises the very same issue that we
7 raised the other day...for it to come up on re-redirect
8 is improper. For the witness to testify about how the
9 inflammation could have been there at some point in time
10 and then disappeared, or maybe wasn't there at all in the
11 first place -- but to make that judgment that it was
12 there and it went away is rank speculation.
13 And that's the reason why it should have been
14 excluded. And because we had taken the position that it
15 should not be raised here, we didn't raise it in the
16 Sargon hearing. But the Court the other day noted that
17 this would rise to the level of speculation if he were to
18 get into it. And it was our understanding that this was
19 not something that they would be permitted to raise and
20 he shouldn't be permitted to raise.
21 MR. DEARING: First of all, it's not speculation
22 at all. A proper foundation has been laid many times
23 with this testimony in the past. And the other fact is
24 I've already moved on. I'm not even talking about it
25 anymore.
26 THE COURT: You are not going on. We will talk
27 about whether we can strike it later.
28 (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN

14 (Pages 2067 to 2070)

August 3, 2017

Page 2071

1      COURT IN THE PRESENCE OF THE JURY:)
2          THE COURT:  Mr. Dearing.
3      Q    BY MR. DEARING:  The last question I have,
4   Doctor, is with regard to the Heller study, the
5   suggestion was, from the authors, that talc is somewhat
6   ubiquitous and most women probably have talc in ovaries,
7   or something.
8          Is that a fair statement of what that study is
9   about?
10     A    Yes.
11     Q    Okay.  And you've looked at many women's ovaries
12  under a microscope; correct?
13     A    Yes.
14     Q    Do you always find talc in ovarian tissue?
15     A    No.
16         MR. DEARING:  That's all I have, your Honor.
17         ALTERNATE JUROR REYES:  I couldn't hear the last
18  two questions.
19         MR. DEARING:  I could repeat them if you like.
20         THE COURT:  Rather than that, the court reporter
21  is able to do it.
22         Can you give the alternate a readback of the
23  last two questions and the last two answers, please.
24         (Whereupon the record was read by the
25  reporter.)
26         THE COURT:  Thank you.
27         MR. WILLIAMS:  No further questions, your Honor.
28         MR. DEARING:  No further questions.

Page 2072

1          THE COURT:  Thank you.  You may step down, sir.
2   Just leave all the things that aren't your things there.
3          I'm going to give the jury a ten-minute break.
4          Ladies and gentlemen, let's take a ten-minute
5   break.  Leave your notes here.  Please don't discuss the
6   case.  Let me remind you that your notes are your notes.
7   They're not to be shared with other jurors at this time.
8   Thank you.
9          (Jurors excused.)
10         THE COURT:  Counsel, give me five minutes, and
11  we will take up the question that we discussed at
12  sidebar.
13         MR. WILLIAMS:  What, your Honor?  I'm sorry.
14         THE COURT:  We'll take that up in five minutes.
15         (Brief recess taken from 3:02 P.M. to 3:28
16  P.M.)
17         (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN
18  COURT IN THE PRESENCE OF THE JURY:)
19         THE COURT:  All right.  All jurors are back,
20  both alternates back, trial counsel here.
21         Plaintiff wish to call her next witness?
22         MS. PARFITT:  Yes, your Honor.  At this time we
23  would call Dr. Jack Siemiatycki.
24         THE CLERK:  Good afternoon, sir.  Raise your
25  right hand.  Do you solemnly state that the testimony you
26  may give in the cause now pending before this court shall
27  be the truth, the whole truth, and nothing but the truth,
28  so help you God?

Page 2073

1          THE WITNESS:  Yes, I do
2          THE CLERK:  Thank you, sir.  Please have a seat.
3          Can you please pull the microphone towards you,
4   sir.  State and spell your first and last name for the
5   record.
6          THE WITNESS:  My name is Jack Siemiatycki,
7   J-A-C-K, S-I-E-M-I-A-T-Y-C-K-I.
8          THE CLERK:  Thank you, sir.
9          THE COURT:  Go ahead, Counsel.
10         * DIRECT EXAMINATION *
11         * [3:30 P.M.] *
12     Q    BY MS. PARFITT:  Good afternoon,
13  Dr. Siemiatycki.
14     A    Good afternoon.
15     Q    And ladies and gentlemen.
16         Dr. Siemiatycki, could you please share with us
17  your place of residence.
18     A    I live in Montreal, Canada.
19     Q    Are you a citizen of Canada?
20     A    I'm a citizen of Canada.
21     Q    Well, welcome to the United States.
22     A    Thank you.
23     Q    What is your profession?
24     A    I'm a professor and epidemiologist.
25     Q    Are you a medical doctor?
26     A    No, I'm not.
27     Q    Do you have a medical degree?
28     A    No, I don't.

Page 2074

1      Q    Do you treat patients?
2      A    No, I don't.
3      Q    Have you been asked to serve as an expert
4   witness on behalf of Mrs. Echeverria and her family?
5      A    Yes, I have.
6      Q    Share with the ladies and gentlemen of the jury
7   what your fields of expertise are and why you're here.
8      A    Well, shall I go into my training?
9      Q    No.  Why don't you just briefly tell us what you
10  are.
11     A    Well, I'm a professor, as I said, and so I
12  teach.  And the topics that I teach and do research in is
13  called epidemiology.  And this involves research into the
14  causes of disease.
15     Q    Dr. Siemiatycki, in advance of coming and
16  speaking with the ladies and gentlemen of the jury, did
17  you prepare slides that would help assist and illustrate
18  much of what you will be sharing with us today?
19     A    Yes, I have.
20     Q    All right.  Jeff, if you would, kindly pull up
21  Slide Number 2.
22         Dr. Siemiatycki, there's a definition,
23  epidemiologist.  Tell us what it is and what it means.
24     A    Well, I'll read the definition that I wrote out,
25  and I'll explain a little bit.
26         Epidemiology is the science that investigates
27  the occurrence of disease in human populations.  It's
28  concerned with describing the patterns of disease, like

August 3, 2017

Page 2075

1   are the rates of certain cystic fibrosis higher in one
2   place than in another place?  Are the rates of certain
3   cancers higher or lower?  Are rates of cancer increasing
4   or decreasing in certain places?
5        So this is a description of the patterns of
6   disease occurrence.  And it's also concerned with
7   identifying the factors that can cause disease, why the
8   diseases occur.
9        Q   Dr. Siemiatycki, tell us, please, why did you
10  decide to become an epidemiologist.
11       A   Well, I became an epidemiologist after I
12  completed my studies in mathematics and statistics and
13  was very motivated by social issues.  And I wanted to
14  combine my training in mathematical sciences with some
15  way to help the world.
16       And I accidentally fell into epidemiology.  A
17  professor guided me into a job in an epidemiology
18  department at McGill University in Montreal.  And I
19  discovered this discipline that I had never heard of
20  before.  And it was the perfect combination for doing
21  what I thought was useful -- socially useful work and
22  interesting, intellectually interesting work.
23       Q   Before we go further into your testimony, what
24  I'd like to do is just address a few housekeeping issues.
25       Have you provided us with a copy of your
26  curriculum vitae or your resume?
27       A   Yes, I have.
28       MS. PARFITT:  With the Court's permission I

Page 2076

1   would just mark for identification Exhibit 569B, which is
2   Dr. Siemiatycki's curriculum vitae.
3        THE COURT:  Very well.
4        (WHEREUPON, TRIAL EXHIBIT NO. 569B WAS
5        MARKED FOR IDENTIFICATION.)
6        MS. PARFITT:  With the Court's permission, I
7   would like to publish Exhibit 569B.
8        THE COURT:  Go ahead.
9        MS. PARFITT:  Thank you.  Apparently I'm having
10  a technical problem.
11       (A discussion is held off the record.)
12       MS. PARFITT:  With the Court's permission --
13       THE COURT:  Just project.
14       MS. PARFITT:  Let me project.  All right.
15       Q   BY MS. PARFITT:  Could we have 569B on the
16  screen, please.  Thank you, Jeff.
17       Dr. Siemiatycki, is that a summary of your
18  curriculum vitae?
19       A   This seems to be a table of contents, and
20  next --
21       Q   Please go ahead.
22       A   I was going to say the next page contains a kind
23  of a summary.
24       Q   Did you prepare this document yourself?
25       A   I prepared this document.
26       Q   All right.  And from my review of it,
27  Dr. Siemiatycki, it appears to be about 52 pages.
28       Is that about correct?

Page 2077

1        A   I -- yes, I believe so.
2        MS. PARFITT:  All right.  If we could now mark
3   for identification Exhibit Number 567.
4        (WHEREUPON, TRIAL EXHIBIT NO. 567 WAS
5        MARKED FOR IDENTIFICATION.)
6        Q   BY MS. PARFITT:  May I ask you, Dr. Siemiatycki,
7   did you prepare a report in this case?
8        A   Yes, I did.
9        MS. PARFITT:  Your Honor, with the Court's
10  permission, I would ask that we publish Exhibit 567.
11       THE COURT:  Any objection?
12       MR. CACHAN:  No objection, your Honor.
13       THE COURT:  All right.  Thank you.
14       Q   BY MS. PARFITT:  The next page, please.
15       Dr. Siemiatycki, what is the date of your
16  preparation of your report in Ms. Echeverria's case?
17       A   I see the date was October 4, 2016.
18       Q   Dr. Siemiatycki, does this expert report present
19  the opinions and the bases of the opinions that you
20  expect to share with the ladies and gentlemen of the jury
21  throughout the course of your testimony?
22       A   Yes, correct.
23       Q   Dr. Siemiatycki, so that there's no suspense as
24  we move through the course of your testimony, share with
25  the ladies and gentlemen of the jury, if you will, what
26  is the opinion, the general opinion you intend to share
27  in this case?
28       A   The general bottom line opinion is that, taking

Page 2078

1   into account all elements of the evidence that were
2   available on October 4th, 2016, and that remain available
3   today, really, I think it is more likely than not that
4   exposure to talc in the genital area can cause ovarian
5   cancer.
6        Q   Now, Dr. Siemiatycki, throughout the course of
7   the next -- the rest of the afternoon and probably
8   tomorrow morning, we will further explore the bases of
9   those opinions.  But for right now, a couple of
10  questions.
11       You've talked about your opinion.  Is that what
12  we refer to as a general causation opinion?
13       A   I believe so.
14       Q   Okay.  And what do you understand to be the
15  difference between a general causation opinion and a
16  specific causation opinion?
17       A   My understanding -- and I'm not a lawyer --
18       MR. CACHAN:  Objection, your Honor.  Relevance
19  and calls for a legal conclusion.
20       MS. PARFITT:  Your Honor, we can move forward.
21  That's fine.  Thank you.
22       THE COURT:  Overruled.  Go ahead.
23       THE WITNESS:  May I answer, your Honor?
24       THE COURT:  Do you wish him to?
25       MS. PARFITT:  Yes, your Honor.
26       THE COURT:  Go ahead, sir.
27       THE WITNESS:  My understanding is that general
28  causation deals with the question of whether a certain

16  (Pages 2075 to 2078)

August 3, 2017

Page 2079

1  factor is capable of causing a certain disease.  In
2  general, is it capable of doing it?  Whereas specific
3  causation arguments in a legal context refer to whether a
4  specific exposure caused the disease in a specific
5  person.
6      Q   BY MS. PARFITT:  Thank you, Doctor.
7      All right, let's pull up Slide Number 6, if you
8  will.
9      What I'd like to do for the next few minutes,
10 Dr. Siemiatycki, is just talk a little bit about you,
11 your educational experiences, and your professional
12 experience.  All right?
13     A   Yes.
14     Q   Very good.
15     All right.  Slide 6, please.
16     Tell the ladies and gentlemen of the jury what
17 your educational background is, Doctor.
18     A   So, I have graduate degrees from McGill
19 University in Montreal in mathematics and statistics, and
20 then a doctorate, a Ph.D., degree in epidemiology.  And
21 subsequent to that, I did what we call a postdoctoral
22 fellowship at an agency called the International Agency
23 for Research on Cancer.
24     A postdoctoral fellowship is an opportunity for
25 somebody who has done a Ph.D. or a doctorate to go and do
26 a kind of an apprenticeship with high-level researchers.
27     Q   Doctor, is the acronym for that IARC, what is
28 referred to as IARC?

Page 2080

1      A   Yes.  It's the International Agency for Research
2  on Cancer.
3      Q   I think the ladies and gentlemen of the jury
4  will be hearing that term throughout the course of your
5  testimony.
6      So you did your postdoctoral fellowship at IARC?
7      A   Yes, I did.
8      Q   And you were there how long?
9      A   Two years at that time.
10     Q   And what did you study?
11     A   Well, I was involved in a few research projects
12 while I was there.  One of them concerned a type of
13 cancer called Burkitt's lymphoma, which afflicts mainly
14 children and has a very high -- particularly high
15 incidence in Africa.
16     And the theory that was prevalent at the time
17 was that it could be caused by a combination of a virus
18 and infection with malaria.  And the agency that I was
19 at, the IARC, embarked on a study to investigate this
20 hypothesis.  And I was involved in a few aspects of that
21 research.
22     Q   Dr. Siemiatycki, as I appreciate it, IARC is one
23 of the top centers in the world for cancer epidemiology.
24 Is that true?
25     A   That's true.
26     Q   We know a little bit right now about
27 epidemiology, part of your life.  You're also a
28 statistician, where you have a degree in statistics.

Page 2081

1      So next slide, Jeff, if you will.
2      What is statistics?
3      A   Well, statistics is a branch of mathematics.  It
4  deals with the collection, the analysis, the
5  interpretation, the presentation and the organization of
6  data.  And data is everywhere in our lives, of course.
7  And whether you're an airline or a medical researcher or
8  a government department, everybody uses data.  And the
9  manipulation of data, the treatment of data is
10 statistics.
11     Among other things, it provides the basis for
12 understanding the probabilities of different events, and
13 events such as the occurrence of disease in different
14 populations.
15     Q   Thank you.  I understand you're not a medical
16 doctor and you do not treat patients, but do your degrees
17 in statistics and your postdoc in epidemiology, does that
18 prepare you to conduct research and discover causes of
19 diseases?
20     A   Yes, it does.  That's generally recognized.
21     Q   And how long have you been doing that?
22     A   I've been doing it now for over 40 years.
23     Q   Provide us with your current position at the
24 universities.
25     A   So I am in Montreal.  I'm at the University of
26 Montreal and at McGill University.  I have
27 appointments -- faculty appointments at both
28 universities.  And I'm a full professor.

Page 2082

1      Q   There's something on your resume that talks
2  about the Cancer Research Society, the Guzzo Research
3  Chair in Environmental Cancer.  What is that, and what is
4  that position?
5      A   A benefactor to the university has endowed what
6  they call a research chair.  That means they have put up
7  private money to support research on the environmental
8  causes of cancer.  And the university chose me to be the
9  recipient of this fund, this chair, to do research and to
10 have a research team.
11     Q   Congratulations.
12     A   Thank you.
13     Q   Now, you serve as a professor not only at the
14 University of Montreal but also McGill; correct?
15     A   Yes.  Correct.
16     Q   In your resume it indicates that you teach not
17 only epidemiology but also biostats and occupational
18 health; correct?
19     A   Yes.
20     Q   Tell us what occupational health is, and, with
21 that, what public health is and if there's any
22 distinction.
23     A   Yeah.  More generally, public health is the
24 application of various principles to monitoring the
25 health of the population and to improving the health of
26 the population.  So whether it's organizing vaccination
27 campaigns or antismoking campaigns or trying to monitor
28 whether there are bedbugs in certain areas of the city

August 3, 2017

## Page 2083

1  that need to be dealt with, all of these kinds of issues
2  come up in public health, and public health agencies deal
3  with a tremendous variety of these kinds of issues.
4      Occupational health deals more specifically with
5  the occupational environment.  And it combines both
6  dealing with groups of workers and plants and factories
7  and with treating individual workers when they have
8  certain diseases that are specific to occupational
9  chemicals or things like that.
10      Q   What I'd like you to do for just -- briefly --
11  is share with all of us an overview of the types of
12  activities that you've been involved as a professor at,
13  frankly, both of these two universities.
14      And, Jeff, if you would, I believe it's Slide 9.
15      A   So I would say that the main activities that
16  have defined my professional life have been research,
17  teaching and supervising graduate students, participating
18  in the processes of review of grant applications and
19  review of manuscripts, and advising governments and
20  agencies.
21      And going back to the research topic,
22  conducting -- being a researcher, a university
23  researcher, involves different types of activities.  It
24  includes, first of all, developing research projects,
25  having ideas and planning it in a way that is valid and
26  that you can obtain funding from -- from funding
27  agencies, usually governmental, but often private, like
28  the American Cancer Society or other agencies that

## Page 2084

1  provide funding to researchers.
2      It involves conducting the research, organizing
3  it in a practical way, supervising research assistants
4  and students who are doing Ph.D.s and things like that,
5  and then publishing and presenting the research in
6  journals or at conferences or in other places.
7      Q   And you do that not only here in the United
8  States but around the world?
9      A   Yes, I do.
10      Q   Continue.  I'm sorry.  I didn't mean to
11  interrupt.
12      A   Well, I was really nearly finished.  I don't --
13  I don't think I will elaborate on any of those other
14  points now.
15      Q   Very good.  In the interest of time, we'll go
16  with you on that.  All right.  In addition to these types
17  of activities that you've performed on behalf of the
18  university over the last 40 years or so, could you share
19  with us just a summary list of your accomplishments not
20  only as a scientific researcher but as a professor, a
21  mentor, a collaborator.
22      And if you will, Jeff, bring up Slide 9.  Excuse
23  me.  It's 10.
24      A   Well, there are different ways to quantify the
25  performance or the accomplishments of a university
26  research professor.  And these are just some of the
27  elements that can be quantified.  One of the major tasks
28  of a researcher is to publish the research results that

## Page 2085

1  you have.  And over my career -- and it's important to
2  publish in places where there is real peer review.
3      What we mean by peer review is that the articles
4  that you submit for publication are reviewed by other
5  researchers who are recognized and who accept the
6  validity of what we put into a research paper.
7      So these are called peer-reviewed publications
8  or peer-reviewed journals.  And I've had about 230 such
9  publications; a number of other reports for agencies and
10  publications in venues that were not peer-reviewed, about
11  50; presentations at conferences and in research
12  institutes, about 340; grants that I've received to do
13  research, about 93.
14      And finally there's a ranking system for
15  researchers.  And in a publication -- in an analysis
16  carried out in Canada by a research agency that monitors
17  the performance of different researchers in Canada, they
18  broke it down according to the sector of research.  And
19  in the public health sector, I was rated the top -- the
20  most published, the most impactful researcher in the
21  country.
22      Q   Thank you.  In addition to these types of
23  accomplishments that you have, there are other indicators
24  in your world of epidemiology and research and academia
25  that talk about what your standing is in the community.
26      And, Jeff, if you will, bring up
27  Slide Number 11.
28      Okay.  What does this mean, "selected indicators

## Page 2086

1  of standing"?
2      A   Well, I selected out of my curriculum vitae
3  certain things that indicate the -- I guess the respect
4  that other -- that others would have for me as a
5  researcher.  I'm often -- I've often been invited by
6  government health departments, by other universities --
7      Q   Let me interrupt you there.  When you talk about
8  government health departments and agencies, are you
9  talking just in Canada or around the world or in the
10  United States?
11      A   I'm talking about around the world.  It would
12  include the National Cancer Institute of the United
13  States, it would include Johns Hopkins University, it
14  would include agencies in Germany, it would include in
15  France, in Canada, in many different countries.
16      And there have been -- I've served on about 150
17  such panels or committees as an adviser.
18      Q   And is the topic -- you've talked a bit about
19  the agencies that you do work for or you provided
20  research efforts to support.  Are these -- what are the
21  areas of scientific research that you've been focusing
22  on?  Is it cancer?  Is it -- what is it?
23      A   Most often they've invited me to advise them
24  about issues regarding the causes of cancer,
25  environmental causes of cancer, occupational causes of
26  cancer.  But I've been invited to look at such diverse
27  topics as pesticide spraying and the effects -- the
28  possible effects on birth defects among the sprayers and

August 3, 2017

Page 2087

1    their families.  I've been invited to look at the
2    effects -- at even things like vaccination for hepatitis
3    and possible risk of neurological problems, like multiple
4    sclerosis, that some people claim could be a result of
5    vaccination.
6        So it's been a great variety of topics that
7    people have called on me to review as an expert, not
8    necessarily because I have experience or expertise in the
9    particular topic, but because I'm recognized as an expert
10   in the methodology of epidemiologic research, and
11   reviewing epidemiologic research on a broad variety of
12   topics is part of my routine.
13       Q   Okay.  So you're not limited to just research
14   and providing those research efforts for just a single
15   type of cancer, but across the board, the vast number of
16   them?
17       A   Yes.
18       Q   Unfortunately, that visit all of us?
19       A   Yes.
20       Q   Now, what I'd like to do is turn, if I could, to
21   your curriculum vitae.
22       Jeff, that is --
23       Well, first let me ask you, you talked about
24   having about 230 peer-reviewed publications; correct?
25       A   That's right.
26       Q   All right.  Let's turn to your curriculum vitae,
27   page 10.  And that would be Exhibit Number 569B, page 10.
28       Now, Dr. Siemiatycki, in advance of coming

Page 2088

1    today, did I ask that you look through your curriculum
2    vitae and perhaps identify for the Court and jury a few
3    of the types of publications that would somehow, in a
4    short period of time, perhaps give all of us a better
5    sense of what it is that you do and the kinds of projects
6    you do and the kinds of studies you work on and the
7    designs of studies?
8        A   Yes, you did.
9        Q   All right.  So have you done that?
10       A   Yes, I have.
11       Q   You've done your homework?
12       A   Yes, I have.
13       Q   Okay.  Very good.
14       If you will just select a few.  And, again, our
15   jurors had a long day, so if you could just maybe just
16   highlight a few of them and tell us what that tells us
17   about you.
18       A   Thank you.  I'll take a few from the beginning
19   of my career, a few from the end of my career -- well,
20   not the end, hopefully -- this middle part of my career
21   and -- just to illustrate the span of time.  I also --
22       Q   And we can't go through all 230.  I know it's
23   been a long career.
24       A   I wouldn't want to inflict that on anyone.
25       Q   Just the highlights.
26       A   I would like to point out -- I don't know if the
27   jury is aware that these blackened-out sections in my --
28       Q   It's something that had to do pursuant to the

Page 2089

1    Court's --
2        A   Yes, it's not something that is part of my
3    normal curriculum vitae.
4        Q   You're far more pristine.
5        A   Thank you.  So first off I would point -- should
6    I --
7        Q   If you can -- and, again, real briefly, we have
8    got a lot of ground to cover, so just give us the
9    highlights.
10       A   Okay.  So Number 6 in this list is an article
11   that concerned how to conduct research, how to approach
12   people in -- if you're doing a community health survey
13   and whether to approach them by mail, by telephone, in
14   person.  What are the benefits?  What is the validity of
15   the information that you get in your answers, whether
16   it's from different ways of asking the question?  Things
17   like this.
18       And I highlighted this because I've always been
19   interested in the methods of data collection in research
20   because that is an important part of -- that influences
21   the results that you get.  And you have to understand the
22   validity of the methods that you use in order to
23   understand the results.
24       The second one, Number 9, is an article that was
25   published in a very prestigious journal called New
26   England Journal of Medicine, and it involved an
27   evaluation of national health insurance in Canada.  So
28   the debates that you folks are having here in the states,

Page 2090

1    we had them about 30 years ago in Canada.  And there were
2    issues about whether that -- the introduction of national
3    health insurance actually improved health or improved
4    access to care.
5        And this was an article that looked at that
6    question.  And we indicated that it's certainly -- that
7    national health insurance in Canada equalized the access
8    to care across different social classes in Canada.
9        We published this article.  A few years later --
10   or actually very soon later, I was contacted by the staff
11   of a U.S. senator called Senator Kennedy, who -- and his
12   team used this information as part of their debates in
13   Washington concerning healthcare in the United States.
14       Q   Okay.
15       A   Number 11 -- that will be the last one from this
16   early period -- is an article that concerns a new
17   approach to the problem of how to discover occupational
18   causes of cancer.  It was an issue that I started working
19   on during my postdoctoral fellowship in IARC.  And I
20   developed a quite novel way to address the problem of
21   how -- there are so many thousands of chemicals in the
22   environment.  It's so difficult to evaluate them one at a
23   time.  How can we accelerate the process?
24       And I developed a methodology to do this.  And
25   that methodology has been very influential in how
26   research on occupational cancer has developed over the
27   past 30 years around the world.
28       Q   Very good.  Let's fast-forward again in your

August 3, 2017

Page 2091

1   life.
2       A   Okay.
3       Q   Okay.
4       A   Number 29 is one that just shows that I've
5   carried out what we call cohort studies, because you'll
6   hear about cohort studies as one type of epidemiologic
7   study.  This was a study carried out in the fur industry
8   in Montreal.  A physician who treats chest diseases in
9   Montreal told me that he thought that he had seen several
10  cases of lung cancer among fur workers.  And after a
11  while, I decided to investigate this.
12          We carried out a study.  And we found, actually,
13  that once you compiled the statistics properly, there was
14  no excess risk.  There was no increased risk of lung
15  cancer among the fur workers.
16      Q   All right.  Let's keep moving here.
17      A   And I'll skip to Number 63, please.  This is a
18  study about smoking and cancer.  And I've carried out
19  studies on smoking and cancer.  This was an article that
20  described the results of what is the relationship between
21  smoking and about 12 different kinds of cancer, including
22  lung cancer and esophagus cancer and various others.
23          And so this was based on what we call a
24  case-control study.  And this is another type of study
25  that I have carried out and been involved with.  And one
26  of the interesting things that came out of this study was
27  the results that came out of this case-control study --
28  and you'll hear a little bit more about what that

Page 2092

1   means -- were almost identical to the results that come
2   out of cohort studies of smoking and cancer.
3           And it's not surprising because, actually,
4   there's a great theoretical link between case-control
5   studies and cohort studies.  And from a theoretical point
6   of view, we expect them to give the same answer.  So it
7   was reassuring that, in practice, this is what happened.
8       Q   All right.  And we will talk about those types
9   of studies a little bit further.  Why don't we move you
10  along here.  And if you want to just select a couple more
11  and then we will go on to another topic.
12      A   Maybe Number 149.  This -- this is a study of
13  brain cancer and cell phones.  And this was a topic that,
14  as you know, has become very, very hot and interesting --
15  people are very concerned about it -- and controversial.
16  And I was part of a group -- an international group that
17  carried out a big international collaboration to study
18  this topic.  And, really, this can be considered a pooled
19  study.  And you'll hear a little bit about pooled
20  epidemiologic studies.
21          This study was actually the biggest study ever
22  conducted on cell phones and lung cancer.  And it -- it
23  was -- this particular article about the study was, in
24  the year 2010, the most quoted scientific article or
25  medical-scientific article in the nonmedical media.
26          So every newspaper in the world, every radio
27  station, TV station, quoted the results.  I -- I didn't
28  compile that.  I don't know how people compile that kind

Page 2093

1   of statistic.  But, apparently, for that year, this was
2   number the one media article from the medical science
3   point of view.
4           And maybe I'll end up with Number 173 --
5       Q   I'd like to have you look at -- go ahead.  173,
6   let's do it.
7       A   So 173 is an article about the risk of several
8   types of cancer and a group of chemicals called
9   chlorinated solvents.  And we looked at the
10  relationship -- the possible relationship between each
11  solvent used in occupational workplaces and different
12  types of cancer.  And the results were that we didn't
13  really find any associations there.  And why do I -- why
14  did I publish it and why do I highlight this?  Because,
15  in my practice, in my philosophy, in my teaching, I
16  emphasize that results of no association are as important
17  as results of associations.
18          We are not here just to find out what causes
19  disease; we are also here to find out what is safe and
20  what people can feel easy about using and being exposed
21  to and putting the priorities for action on those things
22  that are dangerous.  And sometimes it's a bit of a
23  struggle to publish work that is not -- where you don't
24  show associations, but it's always been an article of
25  principle for me to always publish the results no matter
26  what they are.
27      Q   You've talked about various forms of cancer.
28  I've not heard you talk about any publications on ovarian

Page 2094

1   cancer, something that our jury is -- has heard quite a
2   bit about.  Have you published in that area, on ovarian
3   cancer?
4       A   I've published -- I've been involved in a couple
5   of publications around ovarian cancer and also an
6   international evaluation of ovarian cancer and talc, as
7   it happens.  But those other -- one of the publications
8   concerned ovarian cancer and talc, and another one
9   concerned hormonal factors in ovarian cancer.
10      Q   Are there any others you'd like to highlight
11  before we move on?  Have we done a fairly good job of
12  highlighting your career?
13      A   I thought I might just mention Number 209.
14      Q   Please.
15      A   Number 209, which is an article, quite recent,
16  about consumption of coffee and tea and the risk of lung
17  cancer, because there -- there were some publications
18  that seemed to show possible increases in risk among
19  people who consumed these things.  And we found
20  absolutely no association.  And in line with the
21  principle I just mentioned, we published that result.
22          And for the -- there really is no association
23  with coffee.  You can continue to drink tea and coffee
24  safely, at least as far as cancer is concerned.
25      Q   And I raised whether or not you had published on
26  ovarian cancer.  And I see on your curriculum vitae,
27  there is one, 219.  Is that the article that you might
28  have been referring to?

20  (Pages 2091 to 2094)

August 3, 2017

Page 2095

1    A   Yes, this is the one that I was referring to
2  that is an article that was carried out by a colleague of
3  mine, a young colleague of mine.  And I was one of the
4  people supporting her.  I was kind of a mentor at the
5  beginning of her career.  And she carried out a study of
6  ovarian cancer and has published this paper about
7  different hormonal and reproductive factors in relation
8  to ovarian cancer.
9    Q   All right.  Very good.
10       Now, Doctor, we've talked a bit about your
11  peer-reviewed publications.  You've told us what
12  peer-reviewed is.  Have you prepared or been the author
13  of any books or book chapters?
14    A   I've been the author of one complete book
15  concerning occupational causes of cancer, chemicals --
16    Q   What's the title of that book?  I'm sorry.
17    A   It's called "Risk Factors for Cancer in the
18  Workplace."
19    Q   Thank you.
20    A   And I think it's...
21    Q   I believe it's on page 27 of your CV.
22    A   Yes, yes.  This was a book that covered a broad
23  area of methodology, how to conduct research in this
24  area, different designs of epidemiologic studies, how to
25  evaluate the exposures of workers, how to statistically
26  analyze data.  And it provided a lot of results from our
27  studies of occupational causes of cancer.
28    Q   Now, Dr. Siemiatycki, I was actually delighted

Page 2096

1  to see, when I was reading your CV, that, in addition to
2  that book, you have published and are the author of a
3  couple other books; is that correct?
4    A   Well, not cancer books.
5       MR. CACHAN:  Objection, your Honor.  Relevance.
6    Q   BY MS. PARFITT:  Why don't you tell us about it.
7       THE COURT:  What is the relevance?
8       MS. PARFITT:  Your Honor, he is a publisher.  I
9  think it's important to establish that, in addition to
10  his book on risk factors, he's also published in an area
11  of -- it's on his resume.
12       THE COURT:  Sustained about that.
13       Go ahead.
14    Q   BY MS. PARFITT:  Dr. Siemiatycki, have you been
15  the author of books other than books on occupational
16  medicine?
17    A   Yes, I have.
18    Q   What types of books?
19    A   I've authored a couple of children's books.
20       THE COURT:  Counsel, I said sustained.
21       MS. PARFITT:  I thought I laid a foundation,
22  your Honor.  That's my error.  I won't do it again.
23  Sorry.
24       THE COURT:  That's okay.
25    Q   BY MS. PARFITT:  Let's move forward, then.
26       You have talked -- in addition to your
27  publications, you have also published on -- part of
28  scientific committees and panels.  And what I'd like to

Page 2097

1  do is go to Slides 13 first.  And if you could tell us --
2  again, briefly, quickly -- what type of advisory
3  committees and activities that you've been involved in.
4    A   The advisory committees, I think, is on a
5  different slide.
6    Q   Yes.  Excuse me.
7       Jeff, if we could go to 12, if you will.
8       There you go.
9    A   So I mentioned that I've been invited to serve
10  on about 150 different committees and consultations of
11  various sorts.  This is just a sampling of those.  I was
12  an adviser to the Canadian Department of Health when the
13  new Canadian Environmental Protection Act was created.
14  And there were various issues of how they should set
15  their priorities for action.
16       I was a member of an agency called the
17  International Joint Commission, which is a Canada-U.S.
18  body that regulates and evaluates issues of the
19  environment along the border between Canada and the U.S.
20  So the Great Lakes and water quality and the health
21  impact of pollution comes under that -- that umbrella.
22  And I was on the health committee of that commission.
23       I've been an adviser to the United States
24  National Cancer Institute on several occasions, sitting
25  as an adviser on their research projects, one concerning
26  cell phones and brain cancer, and another concerning a
27  chemical called benzene and evaluation of its
28  carcinogenicity, and one concerning diesel engine

Page 2098

1  emissions and cancer and evaluations of different groups
2  in that agency as an outside referee of their
3  performance.
4       I've been an adviser to the World Health
5  Organization on multiple occasions.  The IARC agency,
6  which you've heard about a little bit earlier, has --
7  you'll hear about this a little more.  It has a
8  scientific council of about 20 members who are named by
9  the member countries.  I was the representative of Canada
10  on that council for four years.  And I was the chairman
11  of that council for two of those years, elected by the
12  other members of the -- of the council.  And the
13  scientific council has responsibilities to oversee the
14  scientific activities of IARC.
15       I've been on the -- Canada has an agency called
16  the National Cancer Institute.  And I was on the board of
17  directors of that for maybe 10 years.  I've been on
18  the -- the chairman of a scientific council of a very
19  large French population cohort project that is starting.
20  They're enrolling 200,000 French people, and they're
21  collecting a lot of information about them.  They're
22  monitoring them regularly and following them up to see
23  what kind of diseases they may have developed and
24  relating their environment and their lifestyles to
25  diseases that may occur later on.  This is going to go on
26  for several decades.  And I'm the chair of this --
27  chairman of the scientific council.
28       I've been -- the last item I'll mention -- there

August 3, 2017

Page 2099

1  was, about 15 years ago -- 20 years ago, maybe -- a bit
2  of a controversy in California around possible cancer
3  risks in the Simi Valley area north of L.A. because of a
4  large industrial facility that is owned by the Boeing
5  company.  But in the 1950s and '60s --
6              MR. CACHAN:  Objection, your Honor.  I'm sorry
7  to interrupt the witness.  But, at this point, relevance,
8  and I think the witness has been amply qualified.  And
9  this is cumulative.  In the interest of time, we should
10  move on.
11             THE COURT:  Overruled.  Counsel can use her time
12  as she wishes to.
13             MS. PARFITT:  Thank you, your Honor.
14             THE WITNESS:  Just to finish on that, the
15  workers in that facility and the United Auto Workers --
16  the company agreed with strong pressure actually from the
17  state legislature to carry out some studies because of
18  the chemical spills in that area in the 1950s and '60s.
19  And I'm sorry I was interrupted, but I was going to say
20  this is the place where NASA's rockets were built.  This
21  is the place where the U.S. rocket program was really
22  developed and its infrastructure was created.
23             And that was a large industrial process that
24  involved a lot of chemicals and radiation.  And nobody
25  lived near it in those days, in the '50s and '60s, but as
26  Los Angeles has moved -- in every direction, I guess, but
27  moved north, it has come up close to the fence of this
28  facility.  And by the 1990s, people were concerned that

Page 2100

1  the water table was contaminated and the air and so on.
2  So there was a lot of pressure from the state to carry
3  out studies to see whether the chemicals that were used
4  there were dangerous or not.
5              And so a committee was mandated by the company
6  and the union to carry out studies among the workers,
7  first of all.  And a committee of six people,
8  international, was named to oversee this so that there
9  would be no possibility of bias one way or another or
10  conflict of interest.  And I was on that committee to
11  oversee the design of the study and how -- who carried it
12  out and so on.
13  Q   BY MS. PARFITT:  Very good.  All right.  Let's
14  move to the issue of honors and that type accomplishment.
15  Have you received any honors in your field,
16  Dr. Siemiatycki?
17             And, Jeff, if you would, kindly bring up Slide
18  Number 13.  Slide 13.
19             All right.  If you will, again, just review for
20  the ladies and gentlemen of the jury the honors that
21  you -- selected honors, I should say, that you've
22  received.
23  A   Yeah.  I mean, you know, I feel like my life is
24  an honor.  I feel like everything that has happened has
25  been, you know, by the grace of God or something.  I feel
26  very blessed with many things in my career and family.
27             But some of the sort of official honors that
28  I've been granted, the U.S. National Cancer Institute,

Page 2101

1  which has an annual distinguished science lecture branch
2  of epidemiology and genetics, invited me to give that
3  lecture one year.
4              In the 1990s, President Clinton had a special
5  blue-ribbon panel on cancer to advise him on cancer
6  policy.  And I was invited to address them to talk about
7  priorities in cancer research.
8              The Medical Research Council of Canada gave me a
9  distinguished scientist award one year.
10             I was president of the Canadian Society for
11  Epidemiology and Biostatistics.
12             I was on the board of directors of the American
13  College of Epidemiology.
14             I'm a fellow of what they call the Canadian
15  Academy of Health Sciences, which is an organization that
16  is run by health scientists.  And they elect people to
17  become fellows of their academy.
18             And, finally, the Canadian Society for
19  Epidemiology and Biostatistics saw fit to give me a
20  lifetime achievement award a few years ago.
21  Q   And you're still just 25?
22  A   Yes.
23  Q   All right.  Briefly, we're going to try and wrap
24  this up, at least this part of your life,
25  Dr. Siemiatycki.
26             In addition to the research positions that
27  you've held and all the other things that you've shared
28  with us, do you have -- are you yourself in charge of

Page 2102

1  having editorial-type responsibilities for other people's
2  work?
3  A   Yes, I am.
4  Q   Why do you do that?
5  A   Why?  Because it's a responsibility.  When I get
6  to publish papers, it means other people have taken time
7  to review those papers.  When I get grants from a funding
8  agency, it means other people have been sitting on
9  committees and reviewing grants that have made those
10  decisions.  And I've got to give back -- I've got to be
11  part of that process.
12             So I also sit on review committees for journals
13  and for granting agencies.
14  Q   And approximately how many editorial journal
15  boards do you sit on?
16  A   I think it's on the slide.  I actually don't
17  remember the numbers.
18  Q   Okay.  We went over it before.  I guess more
19  than 10?  More than 20?
20  A   Yes.
21  Q   Okay.  Fair enough.
22  A   More than 30, 40, 50, 60.  Something like that.
23  Q   In sitting as an editorial reviewer, is your
24  charge to review the work of other scientists so that you
25  can make decisions with regard to the validity and the
26  correct methodology of those papers?  Is that what you
27  do?
28  A   That's right.  That's right.  So whether it's

August 3, 2017

Page 2103

1   sitting on a journal review or a grant review, you're
2   reading either a manuscript for publication or a grant
3   application and you're trying to decide if the
4   methodology is valid and whether -- and whether the topic
5   is worth investigating, but mainly, reviewing the
6   methodology.
7        And in my reviewing career, there's been a
8   tremendous range of topics that have been covered. Not
9   just cancer, not just environmental, but many, many
10  different topics have come up.
11  Q   Looking at the whole scope of generally what
12  you've just been talking about for about 45 minutes or
13  so, Dr. Siemiatycki, how would you describe and summarize
14  the nature of the work that you do, day in and day out?
15  In what areas? How do you capture your -- your career?
16  A   Well, I'm -- I'm an epidemiologist with
17  statistical training. I have strong interest in
18  methodology of research and in -- I have knowledge of
19  cancer risk factors for environmental -- risk factors for
20  cancer. And I have the ability to review epidemiologic
21  work in many different areas.
22              * [4:23 P.M.] *
23       MS. PARFITT: Your Honor, I'm at a place where I
24  think it might be best that we stop before I get into
25  another topic.
26       THE COURT: All right.
27       MS. PARFITT: With the Court's permission, of
28  course.

Page 2104

1        THE COURT: Okay. We'll take our recess for the
2   afternoon. Ladies and gentlemen of the jury, please
3   leave your notes here. Please recall that your notes are
4   for your use only. At this time, please don't do any
5   research, don't discuss the case with others or amongst
6   yourselves. Please don't form any opinions until you've
7   heard all the evidence.
8        Please have a nice evening, and we will see you
9   in the morning.
10       (Jurors excused.)
11       (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN
12       COURT OUTSIDE THE PRESENCE OF THE JURY:)
13       THE COURT: Doctor, you are welcome to step
14  down.
15       THE WITNESS: Thank you. Can I leave these
16  binders here?
17       THE COURT: You can leave anything you want
18  here, actually, if you don't need it tonight. It will be
19  locked up.
20       THE WITNESS: Thank you.
21       THE COURT: All right. So, one administrative
22  piece from this side. The plaintiff filed -- no, the
23  defense filed this motion about the proper law on
24  punitive damages. You filed an opposition to that.
25       Are you going to file a reply? And if so, when?
26  Whoever is in charge of that.
27       MS. DUNNE: Well, I can answer. We're filing a
28  reply. I don't know whether it can be on file tomorrow,

Page 2105

1   but I will certainly --
2        THE COURT: I have to rule on it on Monday, so
3   it would be good if it were on file tomorrow.
4        MS. DUNNE: We'll plan on it.
5        THE COURT: All right. Secondly, we have this
6   issue of the request to call Dr. Jameson. You filed your
7   papers.
8        Defense ready to argue about that?
9        MR. WILLIAMS: We'd prefer to argue it tomorrow
10  morning, if we could, your Honor, because we've been here
11  all day and haven't had a chance to review it.
12       THE COURT: I understand. We'll do that first
13  thing in the morning.
14       Anything else anybody needs to take up?
15       MS. PARFITT: Your Honor, just one thing. I'm a
16  guest in the court. I take that very seriously. I
17  certainly did not mean to be disrespectful. I thought
18  you were asking me to set a foundation, so I apologize.
19       THE COURT: You may not have heard me. I did
20  not take it as disrespectful at all.
21       MS. PARFITT: Thank you. I just wanted to let
22  the Court know. Thank you.
23       THE COURT: I said sustained based on the offer
24  of proof. I did not take it disrespectfully.
25       MS. PARFITT: Well, thank you, your Honor.
26       MS. GUTIERREZ: Two last points. The first is
27  counsel had stated or -- at the lunch hour they were
28  going to review and provide us the citations for the

Page 2106

1   portions in the record where they claimed that
2   Dr. Godleski has previously testified about the size of
3   talc particles in connection with pleurodesis. We've not
4   received that, and we still move to strike that
5   testimony.
6        MR. WILLIAMS: We would just like a time, your
7   Honor, by which they'd give it to us.
8        THE COURT: They've also been here.
9        MR. WILLIAMS: Oh, understood. We got the
10  impression that they had a cite when Mr. Dearing came up
11  and represented that he did.
12       MR. DEARING: I had a cite for the other issue
13  we were discussing. I just forgot over the lunch break.
14  I'm sorry, your Honor. I can address that tomorrow.
15       THE COURT: All right. We'll take that up in
16  the morning.
17       MS. GUTIERREZ: Also, your Honor, just with
18  respect to the second issue, the disappearing/subsumed
19  inflammation issue, we would also like to receive the
20  citations that plaintiff's counsel believes have been
21  raised in prior trials at some reasonable time this
22  evening, say 7 o'clock, so that we can prepare a
23  response.
24       MR. DEARING: As I remember, the Court
25  instructed us to discuss it. I'm still not even sure
26  what that issue is yet.
27       THE COURT: Well, I would like you to discuss it
28  and with the transcript in hand. I think that was part

23  (Pages 2103 to 2106)

August 3, 2017

Page 2107

1    of the issue, is that counsel wanted to see the
2    transcript. And I imagine Carolyn will get the
3    transcript to you sometime this evening. She's been
4    pretty good about that.
5           MR. WILLIAMS: Thank you, your Honor.
6           MS. PARFITT: Thank you, your Honor.
7           THE COURT: All right. Have a nice evening,
8    everybody.
9           MS. ZUKIN: What time tomorrow?
10          THE COURT: We will, as always, try for 9:30.
11   Nancy is looking at something. Hold on a second.
12          THE CLERK: I'm looking to see what we have on
13   the calendar. By 9:30, I guess, should be fine.
14          THE COURT: All right.
15          (A discussion is held off the record.)
16          THE COURT: Issue re exhibits. All counsel,
17   please listen to Nancy.
18          THE CLERK: Okay. So I've had, I guess,
19   different clerks covering me request different -- have
20   their preferences regarding exhibits because they didn't
21   know.
22          I've talked to representatives of both sides and
23   we are, I think, squared away as to how we're going to
24   handle the exhibits. So can I ask if I can return
25   everything that has been given to me as of right now and
26   agree to clean up the exhibit issue with counsel as we
27   discussed earlier today? Can I return everything?
28   Because everything has only been identified. Nothing has

Page 2108

1    been admitted.
2           So I would rather give the mess of exhibits that
3    I have back to counsel so that I'm not responsible for
4    what I wasn't here for. And it's kind of a mess. So I
5    would rather start clean.
6           And we can take up this issue maybe tomorrow at
7    some point and go through and maybe admit everything so
8    it's clean for the record?
9           THE COURT: So I don't know what different
10   people did. We had talked about doing that by written
11   stipulation.
12          THE CLERK: But counsel have not. It hasn't
13   been done.
14          MR. ROBINSON: One of the problems for us is,
15   when they've been offered, usually what happens is the
16   Court accepts them. And then, frankly, the problem with
17   signing off on them, I mean, what if one side says, well,
18   no, I'm not going to sign off?
19          THE CLERK: We've taken care of that issue. In
20   speaking to your representatives, what we felt was just
21   is everything that is marked for identification is listed
22   as marked. What you all agreed to stipulate to admit is
23   one section, and what there is a problem and there may be
24   an issue to is another list in the same stipulation.
25          So if that is done correctly, it can go smooth
26   and we can have the attorneys give me what is stipulated
27   to be admitted so this way we have it ready for the
28   jurors.

Page 2109

1           There is way too many exhibits for us to wait.
2    So on a daily basis, if we can have at least what's
3    stipulated, because we know for sure that's going to the
4    jury. And this way we're not taking up a lot of time in
5    the end marking and labeling everything to give to the
6    jury at the last minute.
7           It will take me a day to give to the jury and
8    then the jury will be sitting there wondering where the
9    exhibits are.
10          So if we can keep it up on a daily basis, it
11   will be much better.
12          MR. ROBINSON: So you are going to give us back
13   the exhibits?
14          THE CLERK: I want to give everything that's
15   been marked so far -- and I want an accounting for every
16   day. So if I can have separate stipulations for the past
17   week that I haven't been here, of what -- and I think
18   Mr. Soldridge agreed he would do his part. And I think
19   someone on plaintiff's side --
20          MR. ROBINSON: Diana Folia.
21          THE CLERK: Diana.
22          MS. ZUKIN: Are you requesting that we
23   physically take custody of the exhibits, take them back?
24          THE CLERK: Whosoever exhibits -- if you guys
25   want to take them back, they were just identified.
26   Nothing, from my understanding, was ever admitted.
27          MS. ZUKIN: We did move some into evidence,
28   depending on the day.

Page 2110

1           THE CLERK: You know what? If you guys want to
2    turn in those lists and then I'll go through during my
3    leisure and --
4           MR. ROBINSON: The last two days I don't think
5    we have, but I think up to that point we did.
6           THE CLERK: So I can go through, and if I can
7    have a stipulation of each day, this way I can pull out
8    what's been admitted so I can at least have that ready
9    for the jury.
10          MS. ZUKIN: All right. But we'd request that
11   the exhibits stay here.
12          THE CLERK: I'll keep them.
13          MS. ZUKIN: And we'll provide you with lists.
14          THE CLERK: Yes. And then we can clarify, at
15   least, and we can have a stack of admitted and a stack of
16   just identified.
17          MS. ZUKIN: Yes. Thank you.
18          THE COURT: We can tell you from experience that
19   this system actually works.
20          THE CLERK: Last time we had a lot of exhibits
21   on a big construction defect case, and I had the exhibits
22   in to the jury, with help, labeled and everything within
23   no time at all. I mean, almost simultaneously after they
24   went. It was, like, not even an hour and they had all my
25   exhibits, everything was admitted. And they had a lot of
26   exhibits.
27          MS. ZUKIN: So we'll provide you with the lists
28   and a stipulation.

24  (Pages 2107 to 2110)

August 3, 2017

Page 2111

1        THE CLERK:  And on a daily basis, what they were
2    doing, whatever was admitted, instead of giving me my
3    clerk's binder, what they were doing was they had my
4    clerk's binder, and they were pulling the exhibits from
5    there as they were admitted, stipulated to be admitted.
6        If there was no issue with it, they were giving
7    them to me the next day and saying these were the ones
8    that were admitted and they would give me the stipulation
9    with it.  And it just worked, because I'd keep them.  And
10    at the end, I just signed them off and gave them to the
11    jury.  And it just worked wonderfully.
12        THE COURT:  Thank you.  Off the record.
13        (A discussion is held off the record.)
14        (Whereupon the matter adjourned at 4:37 P.M.
15        to be resumed on August 4, 2017, at 9:30 A.M.)
16
17
18
19
20
21
22
23
24
25
26
27
28

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
2            FOR THE COUNTY OF LOS ANGELES
3
4    DEPARTMENT 307        HON. MAREN E. NELSON, JUDGE
5
6    COORDINATION PROCEEDING,      )
     SPECIAL TITLE (RULE 3.55)      )
7                                   ) JCCP NO. 4872
                                     )
8    JOHNSON & JOHNSON TALCUM      ) REPORTER'S CERTIFICATE
     POWDER CASES.                 )
                                   )
9    _____)
10
11
12
13        I, CAROLYN GREGOR, CSR 2351, pro tem reporter of
14    the Superior Court of the State of California, for the
15    County of Los Angeles, do hereby certify that the
16    foregoing pages, 2021-2111, comprise a full, true and
17    correct transcript of the proceedings and testimony taken
18    in the above-entitled cause on August 3, 2017.
19
20        Dated this 3rd day of August, 2017.
21
22
23
24
25
26        _____
          CAROLYN GREGOR, CSR 2351
27        OFFICIAL PRO TEMPORE REPORTER
28

25 (Pages 2111 to 2112)

August 3, 2017

**A**

**A.M** 2111:15
**ability** 2103:20
**able** 2025:5 2027:3
  2043:15 2051:9
  2055:6,8 2071:21
**above-entitled**
  2112:18
**absolutely** 2021:21
  2033:24 2047:13
  2094:20
**abundance** 2038:2
**academia** 2085:24
**academy** 2101:15
  2101:17
**accelerate** 2090:23
**accept** 2085:5
**acceptable** 2023:11
**accepts** 2108:16
**access** 2090:4,7
**accidentally**
  2075:16
**accompanied**
  2046:8
**accomplishment**
  2100:14
**accomplishments**
  2084:19,25
  2085:23
**account** 2078:1
**accounting**
  2109:15
**accurate** 2059:19
**achievement**
  2101:20
**acid** 2050:16
**acronym** 2079:27
**Act** 2097:13
**action** 2027:20
  2068:7 2093:21
  2097:15
**activities** 2083:12
  2083:15,23
  2084:17 2097:3
  2098:14
**adapted** 2026:5

**addition** 2084:16
  2085:22 2096:1,9
  2096:26 2101:26
**additional** 2023:18
  2026:8 2028:4
  2030:3 2035:12
**address** 2022:20
  2031:4 2075:24
  2090:20 2101:6
  2106:14
**adjacent** 2046:20
  2046:21 2059:28
**adjourned** 2111:14
**administrative**
  2104:21
**admissible** 2023:15
  2023:16
**admit** 2108:7,22
**admitted** 2108:1,27
  2109:26 2110:8
  2110:15,25
  2111:2,5,5,8
**admonition**
  2037:25
**advance** 2074:15
  2087:28
**advertisement**
  2036:20
**advise** 2086:23
  2101:5
**adviser** 2086:17
  2097:12,23,25
  2098:4
**advising** 2083:19
**advisory** 2097:2,4
**affect** 2051:11
**afflicts** 2080:13
**Africa** 2080:15
**afternoon** 1:10
  2021:10,23,24
  2040:3 2072:24
  2073:12,14
  2078:7 2104:2
**agencies** 2083:2,20
  2083:27,28
  2085:9 2086:8,14
  2086:19 2102:13

**agency** 2079:22,22
  2080:1,18
  2085:16 2097:16
  2098:2,5,15
  2102:8
**agent** 2032:24
**agents** 2033:16
  2036:9
**ago** 2058:9 2063:8
  2069:2 2090:1
  2099:1,1 2101:20
**agree** 2030:19
  2031:20 2046:16
  2107:26
**agreed** 2022:19
  2025:8 2058:1
  2099:16 2108:22
  2109:18
**ahead** 2024:12,16
  2024:23 2039:28
  2040:15 2061:15
  2073:9 2076:8,21
  2078:22,26
  2093:5 2096:13
**air** 2031:24 2100:1
**airline** 2081:7
**alcohol** 2022:17
  2023:6
**allowed** 2024:16
**alternate** 2049:16
  2071:17,22
**alternates** 2039:17
  2072:20
**American** 2083:28
  2101:12
**amount** 2030:13
  2047:26 2068:18
**amply** 2099:8
**analogize** 2036:27
**analogy** 2036:13
**analysis** 2042:28
  2048:11 2054:20
  2055:6,22 2058:6
  2081:4 2085:15
**analyze** 2095:26
**Angeles** 1:2 2021:4
  2099:26 2112:2

**annual** 2101:1
**answer** 2033:2,4,8
  2033:14 2050:1
  2055:12,14,18
  2056:18,25
  2059:2 2061:10
  2061:18,26
  2063:2,6 2078:23
  2092:6 2104:27
**answered** 2065:19
**answers** 2069:7
  2071:23 2089:15
**anticipate** 2021:18
**antismoking**
  2082:27
**anybody** 2040:9
  2105:14
**anymore** 2070:25
**Anyplace** 2038:8
**anyway** 2029:2
  2031:7
**apologize** 2068:23
  2105:18
**apparently**
  2038:11,18,18
  2039:22 2076:9
  2093:1
**appear** 2026:6
  2044:9
**appearance**
  2021:19 2043:25
  2067:23
**APPEARANCES**
  2021:6
**appears** 2027:25
  2076:27
**application**
  2082:24 2103:3
**applications**
  2025:21,22
  2083:18
**applied** 2051:15
**apply** 2057:5
**applying** 2056:3
**appointments**
  2081:27,27

2112:15

**appreciate** 2025:28
  2026:2 2029:13
  2080:22
**appreciated**
  2029:16
**apprenticeship**
  2079:26
**approach** 2022:1
  2089:11,13
  2090:17
**appropriate**
  2023:13 2037:1
  2037:23 2038:12
  2038:14 2055:10
**approximately**
  2102:14
**area** 2041:26
  2043:8,9,11,14,14
  2047:6 2059:28
  2069:16 2078:4
  2094:2 2095:23
  2095:24 2096:10
  2099:3,18
**areas** 2082:28
  2086:21 2103:15
  2103:21
**arguable** 2062:17
**argue** 2105:8,9
**arguments** 2079:3
**arrows** 2045:21
  2046:2 2059:6
**article** 2089:10,24
  2090:5,9,16
  2091:19 2092:23
  2092:24,25
  2093:2,7,24
  2094:15,27
  2095:2
**articles** 2085:3
**asbestos** 2028:2,3
  2028:17,19
**aside** 2022:23
**asked** 2031:2,25
  2032:28 2034:4
  2040:6 2045:24
  2049:10,11,15,23
  2049:27 2056:17

2057:6 2059:7
2060:15 2061:4,9
2061:17 2062:27
2065:19,22,25,28
2069:27 2074:3
**asking** 2053:5,28
2055:16,17
2089:16 2105:18
**aspects** 2080:20
**assist** 2074:17
**assistants** 2084:3
**associate** 2051:19
**associated** 2037:13
2068:6
**association**
2093:16 2094:20
2094:22
**associations**
2093:13,17,24
**assumed** 2050:27
**ATTENDANT**
2038:5 2039:20
**attention** 2038:9
**attorneys** 2108:26
**August** 1:12 2021:4
2111:15 2112:18
2112:20
**authenticated**
2037:5
**author** 2095:12,14
2096:2,15
**authored** 2096:19
**authors** 2052:10
2071:5
**Auto** 2099:15
**available** 2039:5
2078:2,2
**award** 2101:9,20
**aware** 2033:3
2088:27
**awareness** 2033:1
**awkward** 2028:25
2028:27

**B**

**B** 3:1
**baby** 2057:18

**back** 2021:13
2026:23 2032:19
2039:15 2043:18
2067:25 2072:19
2072:20 2083:21
2102:10 2108:3
2109:12,23,25
**background**
2079:17
**backscatter**
2048:20
**Bales** 2059:5
2060:6
**base** 2050:16
**based** 2026:8
2033:17 2050:25
2050:28 2051:8
2052:1,2,4
2091:23 2105:23
**bases** 2077:19
2078:8
**basic** 2030:18
**basis** 2033:18
2081:11 2109:2
2109:10 2111:1
**bedbugs** 2082:28
**began** 2054:23
**beginning** 2088:18
2095:5
**behalf** 2074:4
2084:17
**beings** 2024:17
**belabor** 2025:5
**believe** 2025:24
2034:4 2046:18
2056:3 2057:15
2064:9 2077:1
2078:13 2083:14
2095:21
**believes** 2106:20
**beneath** 2042:16
**benefactor** 2082:5
**benefits** 2089:14
**benzene** 2029:10
2097:27
**best** 2023:4
2103:24

**better** 2028:20
2088:4 2109:11
**betwixt** 2028:24
**beyond** 2066:7
**bias** 2100:9
**big** 2043:10
2050:23 2057:21
2069:14 2092:17
2110:21
**biggest** 2092:21
**binder** 2111:3,4
**binders** 2104:16
**Biostatistics**
2101:11,19
**biostats** 2082:17
**birefringent**
2040:17,27
2041:6 2042:7,11
2042:12,20
2043:18,23
2059:16
**birth** 2086:28
**bit** 2035:4 2037:1
2044:7 2074:25
2079:10 2080:26
2086:18 2091:28
2092:9,19
2093:22 2094:2
2095:10 2098:6
2099:1
**blackened-out**
2088:27
**blessed** 2100:26
**block** 2048:1
**blocking** 2039:23
**blocks** 2045:9
2046:24
**blogging** 2038:13
**blue-ribbon** 2101:5
**board** 2042:7
2049:17 2087:15
2098:16 2101:12
**boards** 2102:15
**body** 2047:12,24,26
2049:25,28
2050:14,26
2053:7,11,12,14

2054:13 2055:27
2056:7,22,26
2097:18
**Boeing** 2099:4
**book** 2095:13,14,16
2095:22 2096:2
2096:10
**books** 2035:25
2036:2 2095:13
2096:3,4,15,15,18
2096:19
**border** 2097:19
**bottom** 2077:28
**brain** 2092:13
2097:26
**branch** 2081:3
2101:1
**break** 2029:7
2046:15 2072:3,5
2106:13
**breakdown** 2046:9
**brief** 2039:3,9
2072:15
**briefly** 2074:9
2083:10 2089:7
2097:2 2101:23
**bring** 2035:9
2038:10 2084:22
2085:26 2100:17
**bringing** 2069:5
**broad** 2087:11
2095:22
**broke** 2085:18
**brought** 2038:9
**built** 2099:20
**bullet** 2027:27
2028:4
**Burkitt's** 2080:13

**C**

**C** 2:1,1
**CA** 2021:4
**CACHAN** 2077:12
2078:18 2096:5
2099:6
**calcium** 2046:16,19
2047:7,10,15

2058:11,19
2068:4
**calendar** 2107:13
**California** 1:1
2099:2 2112:1,14
**call** 2040:6 2055:6
2059:22 2072:21
2072:23 2079:21
2082:6 2091:5,23
2101:14 2105:6
**called** 2037:7
2074:13 2079:22
2080:13 2085:7
2087:7 2089:25
2090:11 2093:8
2095:17 2097:16
2097:27 2098:15
**calling** 2055:10
**calls** 2078:19
**campaigns** 2082:27
2082:27
**Canada** 2073:18,19
2073:20 2085:16
2085:17 2086:9
2086:15 2089:27
2090:1,7,8
2097:19 2098:9
2098:15 2101:8
**Canada-U.S**
2097:17
**Canadian** 2097:12
2097:13 2101:10
2101:14,18
**cancer** 2024:5,23
2028:15 2031:17
2032:2 2046:20
2047:16,18,19
2049:3 2052:25
2067:20 2075:3
2078:5 2079:23
2080:2,13,23
2082:2,3,8
2083:28 2086:12
2086:22,24,25,26
2087:15 2090:18
2090:26 2091:10
2091:15,18,19,21

2091:22,22
2092:2,13,22
2093:8,12,27
2094:1,3,5,6,8,9
2094:17,24,26
2095:6,8,15,17,27
2096:4 2097:24
2097:26 2098:1
2098:16 2099:2
2100:28 2101:5,5
2101:7 2103:9,19
2103:20
**cancer-causing**
2036:9
**cancers** 2032:5
2075:3
**capable** 2079:1,2
**capture** 2103:15
**captured** 2042:6
**carbon** 2048:15,17
2048:21,24,28
2068:5
**carcinogen**
2028:16 2030:9
2031:16 2032:1
**carcinogenesis**
2047:20
**carcinogenicity**
2097:28
**carcinogens** 2028:2
2028:15 2031:3
2031:11,27
2032:4,8,25
2033:26 2034:5
**carcinoma** 2047:14
**care** 2036:7 2090:4
2090:8 2108:19
**career** 2085:1
2088:19,19,20,23
2094:12 2095:5
2100:26 2103:7
2103:15
**carefully** 2038:23
**Carolyn** 1:27
2021:7 2107:2
2112:13,26
**carried** 2085:16

2091:5,7,12,18,25
2092:17 2095:2,5
2100:11
**carry** 2099:17
2100:2,6
**cascade** 2062:20,21
**case** 2021:1,2
2032:9 2033:24
2034:25 2037:24
2037:27 2038:14
2039:26 2043:20
2045:11 2049:20
2068:15,20
2069:7 2072:6
2077:7,16,27
2104:5 2110:21
**case-control**
2091:24,27
2092:4
**cases** 1:7 2021:3
2054:12 2057:7
2091:10 2112:8
**catching** 2036:17
**Categories** 2025:20
**causal** 2052:24
**causation** 2069:10
2078:12,15,16,28
2079:3
**cause** 2047:18
2058:23 2059:2
2066:17,24,27
2072:26 2075:7
2078:4 2112:18
**caused** 2079:4
2080:17
**causes** 2024:23
2066:16 2074:14
2081:18 2082:8
2086:24,25,25
2090:18 2093:18
2095:15,27
**causing** 2079:1
**caution** 2038:3
**cell** 2092:13,22
2097:26
**cells** 2043:10
**center** 2059:13

**centers** 2080:23
**central** 2047:4
**certain** 2032:4
2075:1,2,4
2078:28 2079:1
2082:28 2083:8
2086:3
**certainly** 2025:2,13
2026:2 2027:13
2040:9 2041:1
2044:4 2090:6
2105:1,17
**certainty** 2052:22
**Certificate** 1:27
2112:7
**certify** 2112:15
**cetera** 2038:14
**chair** 2069:13
2082:3,6,9
2098:26
**chaired** 2035:1,1
**chairman** 2098:10
2098:18,27
**chairs** 2039:22
**chance** 2105:11
**chances** 2043:13
**chapters** 2095:13
**characterize**
2068:19
**charge** 2101:28
2102:24 2104:26
**charts** 2046:7
2051:13
**check** 2031:13
**checked** 2023:3
**chemical** 2055:6
2097:27 2099:18
**chemicals** 2083:9
2090:21 2093:8
2095:15 2099:24
2100:3
**chest** 2091:8
**children** 2035:28
2080:14
**children's** 2035:25
2036:2 2096:19
**chloride** 2047:25

2047:27 2048:5
**chlorinated** 2093:9
**choose** 2043:17
2045:12
**chose** 2045:9
2082:8
**chronic** 2061:28
2062:15,18
**cigarette** 2037:13
**circle** 2042:14
**circular** 2065:10
2065:11
**citations** 2031:2
2105:28 2106:20
**cite** 2106:10,12
**cites** 2032:13,15
**citizen** 2073:19,20
**city** 2082:28
**claim** 2087:4
**claimed** 2106:1
**clarify** 2041:24
2110:14
**classes** 2090:8
**clean** 2107:26
2108:5,8
**clear** 2036:21
2040:9 2044:6
2059:7
**cleared** 2062:21
**clearer** 2044:25
**clearly** 2047:13
**CLERK** 2072:24
2073:2,8 2107:12
2107:18 2108:12
2108:19 2109:14
2109:21,24
2110:1,6,12,14,20
2111:1
**clerk's** 2111:3,4
**clerks** 2107:19
**Clinton** 2101:4
**close** 2099:27
**closely** 2041:22
**CM** 1:27
**code** 2026:24
2027:6
**coffee** 2094:16,23

2094:23
**cohort** 2091:5,6
2092:2,5 2098:19
**collaboration**
2092:17
**collaborator**
2084:21
**colleague** 2021:24
2095:2,3
**collecting** 2098:21
**collection** 2081:4
2089:19
**College** 2101:13
**combination**
2075:20 2080:17
**combine** 2075:14
**combines** 2083:5
**come** 2025:25
2028:9 2029:2,16
2030:5 2034:23
2034:24 2035:13
2038:7,28 2039:4
2039:12 2043:18
2069:14 2070:7
2083:2 2092:1
2099:27 2103:10
**comes** 2025:26
2034:6 2036:4
2037:6,20
2097:21
**comfortable**
2038:8
**coming** 2038:5
2074:15 2087:28
**comments** 2070:4
**commission**
2097:17,22
**committee** 2035:2
2097:22 2100:5,7
2100:10
**committees**
2086:17 2096:28
2097:3,4,10
2102:9,12
**commonly** 2046:19
**community**
2085:25 2089:12

**company** 2099:5
  2099:16 2100:5
**comparing** 2024:2
**compendium**
  2034:9
**compile** 2092:28,28
**compiled** 2091:13
**complete** 2095:14
**completed** 2075:12
**completely** 2027:1
**complicated**
  2027:5
**comply** 2028:11
**compound** 2064:16
**comprise** 2112:16
**concept** 2032:3
**concerned** 2074:28
  2075:6 2080:12
  2089:11 2092:15
  2094:8,9,24
  2099:28
**concerning**
  2090:13 2095:15
  2097:25,26,28
**concerns** 2031:4
  2090:16
**conclusion** 2032:26
  2078:19
**conduct** 2081:18
  2089:11 2095:23
**conducted** 2092:22
**conducting**
  2083:22 2084:2
**conferences** 2084:6
  2085:11
**configuration**
  2059:28
**confirmation**
  2060:26,27
**conflict** 2100:10
**Congratulations**
  2082:11
**connecting** 2031:16
**connection** 2032:1
  2106:3
**consecutive**
  2048:27

**consecutively**
  2048:26
**consider** 2047:10
  2061:27
**considered** 2092:18
**constitutes** 2026:22
**construction**
  2110:21
**consultant** 2037:11
**consultations**
  2097:10
**consumed** 2094:19
**consumption**
  2094:16
**contacted** 2090:10
**contained** 2045:4
**contains** 2062:5
  2076:22
**contaminated**
  2022:18 2023:7
  2100:1
**contamination**
  2047:5
**contents** 2076:19
**context** 2032:1
  2040:14 2042:9
  2079:3
**continue** 2050:11
  2084:10 2094:23
**continuing** 2037:25
**contributory**
  2052:23
**controversial**
  2092:15
**controversy** 2099:2
**COORDINATI...**
  1:5 2112:5
**copy** 2052:22
  2075:25
**cornstarch** 2066:16
  2066:18,19,23
  2067:10,18,19,21
  2067:23
**correct** 2022:5
  2025:4 2026:26
  2033:7,24
  2034:23 2037:10

2037:18 2040:27
  2040:28 2041:28
  2042:1,16 2054:3
  2054:7,14 2057:8
  2058:12,13,15,19
  2058:20,24
  2059:3,8,10,15
  2060:7,10,11,17
  2060:18 2062:2,3
  2062:12 2063:16
  2063:19,20,24
  2064:22,23,28
  2065:3 2066:25
  2066:26 2067:11
  2071:12 2076:28
  2077:22 2082:14
  2082:15,18
  2087:24 2096:3
  2102:26 2112:17
**Correcting**
  2033:22
**correctly** 2024:20
  2108:25
**council** 2098:8,10
  2098:11,12,13,18
  2098:27 2101:8
**counsel** 2021:19,22
  2025:8 2031:2,4,8
  2032:12,16
  2034:23 2035:22
  2039:17,20
  2040:5,15
  2041:17 2061:11
  2069:2 2072:10
  2072:20 2073:9
  2096:20 2099:11
  2105:27 2106:20
  2107:1,16,26
  2108:3,12
**counsel's** 2025:24
  2025:28
**counted** 2046:11
  2059:10
**countries** 2086:15
  2098:9
**country** 2085:21
**County** 1:2 2112:2

2112:15
**couple** 2021:18
  2028:27 2040:17
  2067:15 2078:9
  2092:10 2094:4
  2096:3,19
**course** 2027:10
  2030:6 2038:14
  2040:24 2061:13
  2077:21,24
  2078:6 2080:4
  2081:6 2103:28
**court** 1:1,28
  2021:12,13,19,24
  2021:26 2022:2
  2022:23 2024:1
  2024:19 2025:9
  2025:11,14,18
  2026:20,27
  2027:4,11,15
  2028:16,20
  2029:1,8,14,21,24
  2030:12,16,22,23
  2031:12,20
  2032:3,12,16
  2034:14,19
  2035:5,6,19
  2036:2 2037:3,15
  2037:17,28
  2038:4,7,17,21,26
  2039:7,12,14,15
  2039:24 2040:13
  2041:17 2042:18
  2044:23 2050:5
  2051:25 2055:20
  2061:3,8,11,15
  2063:5,9,23,27
  2064:18 2065:11
  2065:20 2066:9
  2066:13 2067:14
  2068:24 2069:21
  2070:3,16,26
  2071:1,2,20,20,26
  2072:1,10,14,18
  2072:19,26
  2073:9 2076:3,8
  2076:13 2077:11

2077:13 2078:22
  2078:24,26
  2088:2 2096:7,12
  2096:20,24
  2099:11 2103:26
  2104:1,12,13,17
  2104:21 2105:2,5
  2105:12,16,19,22
  2105:23 2106:8
  2106:15,24,27
  2107:7,10,14,16
  2108:9,16
  2110:18 2111:12
  2112:1,14
**Court's** 2028:12
  2035:14 2075:28
  2076:6,12 2077:9
  2089:1 2103:27
**courtroom** 2038:5
  2038:11,17
  2039:20,27
**cover** 2089:8
**covered** 2095:22
  2103:8
**covering** 2107:19
**created** 2051:2,9
  2097:13 2099:22
**crib** 2034:9
**criteria** 2055:5
**CROSS** 2:3
**cross-examination**
  2030:18
**cross-examine**
  2025:27
**CRR** 1:27
**CSR** 1:27 2021:7
  2112:13,26
**cumulative** 2099:9
**current** 2081:23
**currently** 2067:10
**curriculum** 3:9
  2075:26 2076:2
  2076:18 2086:2
  2087:21,26
  2088:1 2089:3
  2094:26
**custody** 2109:23

Page 2117

cut 2043:3,12
cuts 2043:4
CV 2095:21 2096:1
cystic 2075:1

**D**

D 2:1
daily 1:11 2109:2
  2109:10 2111:1
damages 2104:24
dangerous 2093:22
  2100:4
data 2025:21,26
  2026:22,25
  2027:5,8 2028:12
  2046:7 2081:6,6,8
  2081:9,9 2089:19
  2095:26
date 2077:15,17
Dated 2112:20
day 2039:2,8
  2070:7,16
  2088:15 2103:14
  2103:14 2105:11
  2109:7,16,28
  2110:7 2111:7
  2112:20
days 2024:26
  2099:25 2110:4
deal 2035:13,14
  2069:14 2083:2
dealing 2083:6
deals 2078:28
  2081:4 2083:4
dealt 2083:1
Dearing 2039:19
  2039:28 2040:3
  2040:16 2041:18
  2041:19 2042:19
  2044:24 2049:18
  2049:20 2050:6
  2051:21,26
  2052:18,20,27
  2053:4 2055:13
  2056:16 2058:9
  2060:15 2061:8
  2061:12 2063:2

2064:15 2065:8
2065:19 2066:5,6
2066:11 2067:15
2067:18 2069:20
2070:21 2071:2,3
2071:16,19,28
2106:10,12,24
debates 2089:28
  2090:12
decade 2028:8
decades 2028:14,24
  2028:28 2035:1
  2036:14 2098:26
December 2056:14
decide 2060:2
  2075:10 2103:3
decided 2091:11
decisions 2102:10
  2102:25
decreasing 2075:4
defect 2110:21
defects 2086:28
defendant 2024:20
defendants
  2022:14 2044:20
  2044:26,27
  2046:8 2051:19
defendants'
  2036:25
defense 2039:8
  2104:23 2105:8
deficiency 2022:18
  2023:7
defined 2083:16
definitely 2047:9
definition 2062:14
  2074:22,24
definitions 2025:20
  2026:14
definitively
  2041:10,25
degraded 2067:28
degree 2052:21
  2073:27 2079:20
  2080:28
degrees 2079:18
  2081:16

delighted 2095:28
demonstrate
  2041:16,20
demonstrated
  2045:13
demonstrative
  2022:9 2023:14
  2023:17,22
  2036:11
demonstratives
  2035:12,24
department 1:4
  2021:5 2075:18
  2081:8 2097:12
  2112:4
departments
  2067:3 2086:6,8
depending 2043:10
  2053:11 2056:7
  2056:26 2057:3
  2058:25,26,27
  2109:28
deposition 2029:19
  2029:23 2030:21
  2031:26,27
  2032:28 2039:5
  2045:18 2063:26
  2065:22,24
describe 2042:21
  2103:13
described 2091:20
describing 2065:15
  2074:28
description 3:3
  2075:5
design 2100:11
designs 2088:7
  2095:24
desire 2025:4
detail 2044:20
  2045:19
details 2033:10
determination
  2024:23
determine 2041:7,9
  2041:13
determined

2046:11 2050:25
determining
  2058:28
developed 2024:4
  2090:20,24,26
  2098:23 2099:22
developing 2083:24
development
  2049:2 2052:25
diagnostic 2061:28
diagram 2045:22
  2045:25
Diana 2109:20,21
diapering 2049:10
  2052:8,11
diesel 2097:28
difference 2050:16
  2078:15
different 2022:12
  2022:14 2031:26
  2032:11 2046:9
  2051:3,3,10
  2064:14 2066:26
  2067:4 2081:12
  2081:13 2083:23
  2084:24 2085:17
  2086:15 2089:16
  2090:8 2091:21
  2093:11 2095:7
  2095:24 2097:5
  2097:10 2098:1
  2103:10,21
  2107:19,19
  2108:9
different-sized
  2051:10
difficult 2026:15
  2090:22
direct 2:3 2069:27
  2073:10
directed 2053:13
direction 2099:26
directly 2025:22
directors 2098:17
  2101:12
disagree 2023:6
  2030:7

disagreement
  2022:16
disappeared
  2070:10
disappearing
  2069:3
disappearing/sub...
  2106:18
discernible
  2026:21
discipline 2075:19
discover 2023:26
  2081:18 2090:17
discovered 2075:19
discoveries
  2022:12,13,22
  2024:8 2027:18
discovery 2022:23
  2028:8 2036:9,15
discriminating
  2048:8
discuss 2039:6
  2072:5 2104:5
  2106:25,27
discussed 2045:19
  2063:25,26
  2065:24 2072:11
  2107:27
discussing 2041:4
  2106:13
discussion 2061:14
  2069:12 2076:11
  2107:15 2111:13
disease 2074:14,27
  2074:28 2075:6,7
  2079:1,4 2081:13
  2093:19
diseases 2023:9,26
  2024:17 2032:8
  2075:8 2081:19
  2083:8 2091:8
  2098:23,25
displaying 2042:3
disrespect
  2105:17,20
disrespectfully
  2105:24

**dissolution** 2050:22
2051:3 2055:4
**dissolve** 2049:26
2051:7,17
2054:22,24
**dissolved** 2050:24
2053:26
**distinction** 2082:22
**distinctive** 2066:18
2067:24
**distinguished**
2101:1,9
**distribution**
2056:12 2057:10
2057:20
**diverse** 2086:26
**doctor** 2030:15
2049:5 2052:13
2052:20 2053:3
2059:18 2061:16
2062:9 2067:18
2071:4 2073:25
2079:6,17,27
2081:16 2095:10
2104:13
**doctorate** 2079:20
2079:25
**doctors** 2036:14
**document** 2044:18
2044:26 2068:16
2068:19 2076:24
2076:25
**documents** 2036:25
2036:25
**doing** 2029:7
2031:15 2043:16
2075:20 2079:2
2081:21,22
2084:4 2089:12
2108:10 2111:2,3
**doubt** 2064:17
**dozen** 2059:10
**Dr** 3:6,8 2021:28
2022:16 2023:16
2023:21 2025:28
2026:9,16,27
2027:22,26

2028:6 2030:23
2031:25 2032:27
2033:23 2034:10
2035:25 2036:12
2037:15,16
2039:16,18
2055:21 2056:14
2061:6 2063:12
2064:20 2066:15
2069:22 2072:23
2073:13,16
2074:15,22
2075:9 2076:2,17
2076:27 2077:6
2077:15,18,23
2078:6 2079:10
2080:22 2087:28
2095:28 2096:14
2100:16 2101:25
2103:13 2105:6
2106:2
**drawing** 2036:12
2045:21
**drew** 2046:2
**drink** 2094:23
**drop** 2048:26
**DUNNE** 2104:27
2105:4

**E**
**E** 1:4 2:1 3:1
2021:5 2112:4
**earlier** 2040:5
2044:17 2057:15
2059:7 2062:27
2098:6 2107:27
**early** 2062:21
2090:16
**easy** 2047:2
2093:20
**Echeverria** 2054:7
2054:10 2058:14
2069:9 2074:4
**Echeverria's**
2061:22 2062:10
2067:27 2077:16
**editorial** 2102:14

2102:23
**editorial-type**
2102:1
**educational**
2079:11,17
**EE155** 2040:23
2045:17 2059:5
**EE40B** 2042:3,4
2062:5
**effective** 2030:17
**effects** 2086:27,28
2087:2
**efforts** 2086:20
2087:14
**eighth** 2069:16
**either** 2025:5
2044:9 2047:12
2053:25 2103:2
**elaborate** 2084:13
**elect** 2101:16
**elected** 2098:11
**electron** 2041:7,12
2041:14,28
2042:5,22,26
2045:2 2046:23
2047:2
**element** 2054:27
**elements** 2078:1
2084:27
**embarked** 2080:19
**emissions** 2098:1
**emphasize** 2093:16
**endogenous**
2047:11 2068:5
**endowed** 2082:5
**engine** 2097:28
**England** 2089:26
**enrolling** 2098:20
**entirely** 2067:3
2068:2,14 2069:6
**entitled** 2022:10
2025:20 2030:28
2033:22
**environment**
2083:5 2090:22
2097:19 2098:24
**environmental**

2033:27 2082:3,7
2086:25 2097:13
2103:9,19
**epidemiologic**
2087:10,11
2091:6 2092:20
2095:24 2103:20
**epidemiological**
2022:11,13
**epidemiologist**
2033:27 2073:24
2074:23 2075:10
2075:11 2103:16
**epidemiology**
2022:11 2023:26
2024:7,8,12,16,22
2025:6 2074:13
2074:26 2075:16
2075:17 2079:20
2080:23,27
2081:17 2082:17
2085:24 2101:2
2101:11,13,19
**equalized** 2090:7
**error** 2096:22
**esophagus** 2091:22
**especially** 2048:19
**establish** 2096:9
**Established** 2031:1
**estimate** 2050:2
2051:9
**et** 2038:13
**evaluate** 2090:22
2095:25
**evaluated** 2033:5
**evaluates** 2097:18
**evaluation** 2089:27
2094:6 2097:27
**evaluations** 2098:1
**EVD** 3:3
**evening** 2104:8
2106:22 2107:3,7
**events** 2081:12,13
**eventually** 2050:21
**everybody** 2039:24
2039:25 2081:8
2107:8

**evidence** 2023:14
2023:19,22
2024:13 2026:24
2027:6 2052:23
2062:25 2063:28
2068:12 2078:1
2104:7 2109:27
**evolved** 2024:9
**exactly** 2041:23
2043:8,20
2044:27 2064:2
2067:12
**examination**
2040:1 2060:15
2067:16 2073:10
**examine** 2025:27
2041:21
**examined** 2032:3
**example** 2024:1,22
2027:24 2029:25
2036:17 2043:20
2062:24,26
**examples** 2022:11
2022:21,22
2023:12 2024:15
2025:6 2027:18
2027:21,22
2029:21 2030:4
2030:28
**exception** 2030:23
2031:23
**excess** 2091:14
**excessive** 2027:24
**exclude** 2068:4
**excluded** 2069:4,6
2070:14
**excluding** 2065:9
**excuse** 2030:26
2034:3 2036:12
2049:16 2063:10
2064:6 2084:22
2097:6
**excused** 2072:9
2104:10
**exhibit** 2030:27
2052:15 2060:5,6
2062:5 2076:1,4,7

2077:3,4,10
2087:27 2107:26
**exhibits** 2107:16,20
2107:24 2108:2
2109:1,9,13,23,24
2110:11,20,21,25
2110:26 2111:4
**exist** 2050:11
**existence** 2028:9
**expect** 2046:25,27
2048:16 2051:28
2052:4 2054:18
2058:17 2077:20
2092:6
**expectancy**
2051:28 2052:4
**expected** 2047:12
2050:11
**experience** 2079:12
2087:8 2110:18
**experiences**
2079:11
**expert** 2033:20
2034:25 2074:3
2077:18 2087:7,9
**expertise** 2074:7
2087:8
**explain** 2026:15
2041:2 2044:14
2055:14 2074:25
**explaining** 2026:16
**explore** 2078:8
**exposed** 2093:20
**exposure** 2078:4
2079:4
**exposures** 2095:25
**extensive** 2068:18
**extensively**
2065:24
**extent** 2023:10
2026:8 2068:17
2068:19
**external** 2058:2
**extrapolated**
2025:26 2027:9

**F**

**face** 2027:9
**facility** 2099:4,15
2099:28
**fact** 2029:28
2044:8 2046:28
2047:18 2048:12
2048:17 2055:7,8
2059:12 2060:21
2070:23
**factor** 2079:1
**factories** 2083:6
**factors** 2023:9,24
2075:7 2094:9
2095:7,17
2096:10 2103:19
2103:19
**faculty** 2081:27
**fair** 2030:12
2032:14 2047:26
2069:23 2071:8
2102:21
**fairly** 2057:21
2094:11
**fake** 2037:6
**familiar** 2050:6
**families** 2087:1
**family** 2074:4
2100:26
**far** 2024:6 2048:11
2089:4 2094:24
2109:15
**fast-forward**
2090:28
**fat** 2065:23
**feature** 2043:14
**features** 2043:9
**federal** 2034:8
**feel** 2093:20
2100:23,24,25
**fell** 2028:23
2075:16
**fellow** 2101:14
**fellows** 2101:17
**fellowship** 2079:22
2079:24 2080:6
2090:19
**felt** 2108:20

**fence** 2099:27
**fiber** 2042:21
2043:23 2059:27
2060:3,9
**fibers** 2041:25,27
2042:16 2043:28
2059:13,16
2060:3
**fibrosis** 2075:1
**field** 2024:7
2100:15
**fields** 2074:7
**figure** 2030:10
**file** 2104:25,28
2105:3
**filed** 2039:3
2104:22,23,24
2105:6
**files** 2046:8
**filing** 2104:27
**finally** 2085:14
2101:18
**find** 2023:4
2043:19 2046:20
2046:25 2048:16
2053:10,20
2054:15,15,16,19
2056:25 2071:14
2093:13,18,19
**findings** 2045:11
2065:15
**fine** 2027:1 2058:7
2078:21 2107:13
**finish** 2035:16
2099:14
**finished** 2084:12
**first** 2031:19,22
2054:27 2058:1
2062:2 2063:13
2063:21,27
2064:8,11,25
2069:20 2070:11
2070:21 2073:4
2083:24 2087:23
2089:5 2097:1
2100:7 2105:12
2105:26

**fit** 2101:19
**five** 2022:15
2042:25 2069:2
2069:18 2072:10
2072:14
**flavor** 2036:26
**fluid** 2050:19
2051:7
**fluids** 2050:13,14
**fluoride** 2022:17
2023:7
**focus** 2042:10,20
**focuses** 2060:25
**focusing** 2086:21
**Folia** 2109:20
**folks** 2089:28
**follow** 2048:27
**follow-up** 2044:10
2049:27
**following** 2021:11
2039:13 2056:17
2056:18 2061:9
2061:10,17,17
2068:27 2070:28
2072:17 2098:22
2104:11
**foregoing** 2112:16
**foreign** 2049:3
2058:2,22 2060:3
2068:3
**Forgive** 2062:28
**forgot** 2106:13
**form** 2054:28
2055:4 2104:6
**formation** 2047:16
2048:19
**formations**
2048:24
**forms** 2068:11
2093:27
**forth** 2053:19
**forward** 2078:20
2096:25
**found** 2042:12,14
2042:15,21,25
2043:23 2045:25
2045:28 2047:7

2050:15,21
2051:26 2052:22
2053:14 2054:12
2054:23,25
2056:6,11,19
2058:1 2059:27
2067:26 2091:12
2094:19
**foundation**
2023:21,23
2024:24,27
2025:2 2026:19
2026:28 2027:12
2028:6 2031:6
2034:15 2035:7
2070:22 2096:21
2105:18
**foundational**
2031:5
**four** 2098:10
**frame** 2042:20
**France** 2086:15
**frankly** 2024:25
2033:19 2083:13
2108:16
**free** 2025:27
**French** 2098:19,20
**front** 2025:2
2061:20
**full** 2081:28
2112:16
**fund** 2082:9
**funding** 2083:26,26
2084:1 2102:7
**funny** 2028:26
**fur** 2091:7,10,15
**further** 2045:10
2067:13 2071:27
2071:28 2075:23
2078:8 2092:9

**G**

**G** 2:1
**game** 2069:23
**gears** 2046:5
**general** 2023:14
2033:1 2077:26

2077:28 2078:12
2078:15,27
2079:2
**generally** 2067:9
2081:20 2082:23
2103:11
**generic** 2034:1
**genetics** 2101:2
**genital** 2078:4
**gentlemen** 2068:24
2072:4 2073:15
2074:6,16
2077:20,25
2079:16 2080:3
2100:20 2104:2
**Germany** 2086:14
**getting** 2031:19
2054:9 2065:10
**give** 2029:11,25
2031:26 2039:24
2071:22 2072:3
2072:10,26
2088:4 2089:8
2092:6 2101:2,19
2102:10 2106:7
2108:2,26 2109:5
2109:7,12,14
2111:8
**given** 2069:11
2107:25
**giving** 2045:18
2111:2,6
**glass** 2043:1,2,3,4
**gloves** 2066:1,2,8
2066:16,22,22,26
2066:27 2067:1,2
2067:5,6,8,11
**go** 2022:3,27
2024:6 2025:9
2029:12 2032:19
2039:25,28
2040:15 2045:6
2061:15 2062:23
2073:9 2074:8
2075:23 2076:8
2076:21 2078:22
2078:26 2079:25

2084:15 2088:22
2092:11 2093:5
2096:13 2097:1,7
2097:8 2098:25
2108:7,25 2110:2
2110:6
**God** 2072:28
2100:25
**Godleski** 2:8,9
2039:16,18
2055:21 2063:12
2064:20 2066:15
2069:22 2106:2
**Godleski's** 2056:14
2061:6
**goes** 2048:11
**going** 2024:14,26
2025:11 2029:6
2029:26 2030:1
2031:9 2035:3,20
2036:28 2040:19
2043:13,15
2044:2 2047:6
2049:19 2064:9
2070:26 2072:3
2076:22 2083:21
2098:25 2099:19
2101:23 2104:25
2105:28 2107:23
2108:18 2109:3
2109:12
**good** 2021:16,23,24
2025:15 2029:15
2030:2 2032:18
2040:3 2044:7
2062:26 2072:24
2073:12,14
2079:14 2084:15
2088:13 2090:28
2094:11 2095:9
2100:13 2105:3
2107:4
**gotten** 2036:26
**government** 2034:8
2081:8 2086:6,8
**governmental**
2083:27

**governments**
2083:19
**grace** 2100:25
**graduate** 2079:18
2083:17
**grant** 2083:18
2103:1,2
**granted** 2100:28
**granting** 2102:13
**grants** 2085:12
2102:7,9
**granulomas**
2066:16,24
**graphs** 2047:22
**great** 2024:8
2087:6 2092:4
2097:20
**GREGOR** 1:27
2021:7 2112:13
2112:26
**ground** 2089:8
**group** 2092:16,16
2093:8
**groups** 2083:6
2098:1
**growing** 2046:27
**growth** 2046:26
**guess** 2022:14
2032:20 2069:18
2086:3 2099:26
2102:18 2107:13
2107:18
**guest** 2105:16
**guided** 2075:17
**GUTIERREZ**
2105:26 2106:17
**guys** 2049:18
2109:24 2110:1
**Guzzo** 2082:2

### H

**H** 2:1 3:1
**hand** 2022:2
2054:19 2072:25
2106:28
**handful** 2022:1
**handle** 2107:24

**happen** 2048:24
**happened** 2038:15
2051:4 2092:7
2100:24
**happening** 2028:14
2028:28 2029:21
**happens** 2047:28
2094:7 2108:15
**happy** 2063:7
**He'll** 2024:14
**head** 2039:3
**header** 2027:17
2030:5
**heal** 2062:23
**heals** 2062:25
**health** 2082:18,20
2082:21,23,25,25
2083:2,2,4
2085:19 2086:6,8
2089:12,27
2090:3,3,7
2097:12,20,22
2098:4 2101:15
2101:16
**healthcare** 2090:13
**hear** 2022:24
2071:17 2091:6
2091:28 2092:19
2098:7
**heard** 2068:22,23
2075:19 2093:28
2094:1 2098:6
2104:7 2105:19
**hearing** 2070:16
2080:4
**heavy** 2028:23
**held** 2021:11
2039:13 2061:14
2068:28 2070:28
2072:17 2076:11
2101:27 2104:11
2107:15 2111:13
**Heller** 2049:7
2052:7 2071:4
**help** 2029:16
2072:28 2074:17
2075:15 2110:22

**hepatitis** 2087:2
**HERETOFORE**
2021:6
**Hey** 2029:24
**high** 2080:14,14
**high-level** 2079:26
**higher** 2075:1,3
**highest** 2026:15
**highlight** 2088:16
2093:14 2094:10
**highlighted**
2089:18
**highlighting**
2069:15 2094:12
**highlights** 2088:25
2089:9
**highly** 2036:19
**history** 2027:18
2028:9
**hold** 2027:2
2107:11
**homework** 2088:11
**HON** 1:4 2021:5
2112:4
**honor** 2021:16,22
2022:3,8,25
2023:20 2025:1,4
2025:19 2026:12
2027:7,14 2028:5
2028:23 2029:6
2029:18 2030:3
2030:14,27
2032:6,19
2033:21 2034:20
2034:28 2035:11
2035:27 2036:10
2036:18,26
2037:8,9,19
2038:25 2039:1
2039:20 2040:12
2042:17 2050:4
2051:20 2052:14
2052:28 2055:11
2055:17 2056:13
2061:5 2062:28
2063:2,10
2064:15 2065:13

2066:6 2067:13
2068:22 2069:1
2070:3 2071:16
2071:27 2072:13
2072:22 2077:9
2077:12 2078:18
2078:20,23,25
2096:5,8,22
2099:6,13
2100:24 2103:23
2105:10,15,25
2106:7,14,17
2107:5,6
**honors** 2100:14,15
2100:20,21,27
**hopefully** 2088:20
**Hopkins** 2086:13
**hormonal** 2094:9
2095:7
**hot** 2092:14
**hour** 2105:27
2110:24
**housekeeping**
2075:24
**human** 2024:17
2050:11 2051:6
2054:13 2055:2
2066:25 2074:27
**hundred** 2067:2
**hypothesis** 2080:20

**I**

**I.D** 3:3
**IARC** 2035:1
2079:27,28
2080:6,19,22
2090:19 2098:5
2098:14
**idea** 2037:5 2066:1
**ideas** 2083:25
**identical** 2092:1
**identifiable**
2056:21 2066:19
**identification**
2023:1 2049:3
2055:5 2060:26
2060:27 2076:1,5

2077:3,5 2108:21
**identified** 2041:3
2046:10 2058:2
2065:23 2107:28
2109:25 2110:16
**identifies** 2024:20
**identify** 2042:22
2055:8,9 2059:13
2064:9 2088:2
**identifying** 2024:21
2041:21 2065:6
2075:7
**illustrate** 2024:11
2074:17 2088:21
**illustrative** 2022:9
2023:18 2026:17
2027:10 2028:7
2032:7,10
**image** 2042:5
2059:6,8,13
2060:7,9 2063:18
**images** 2035:25,28
2045:1
**imagine** 2030:17
2107:2
**impact** 2097:21
**impactful** 2085:20
**imply** 2041:1
**important** 2058:28
2064:10 2085:1
2089:20 2093:16
2096:9
**impression**
2054:26 2106:10
**improper** 2069:18
2070:8
**improved** 2090:3,3
**improving** 2082:25
**inappropriate**
2036:23
**incidence** 2080:15
**include** 2022:17
2023:11 2045:7
2048:13 2086:12
2086:13,14,14
**included** 2031:28
2060:23

**includes** 2083:24
**including** 2023:12
2091:21
**increased** 2051:11
2091:14
**increases** 2094:18
**increasing** 2075:3
**indicate** 2086:3
**indicated** 2057:16
2058:11 2090:6
**indicates** 2082:16
**indicating** 2040:22
**indicators** 2085:23
2085:28
**individual** 2083:7
**individuals**
2054:11
**industrial** 2099:4
2099:23
**industry** 2037:13
2091:7
**infection** 2080:18
**infer** 2053:24
**inference** 2036:21
**inflammation**
2044:9 2058:21
2058:24 2059:3
2060:14,22
2061:22,28
2062:10,14,15,16
2062:18,20,21
2063:15,22,26
2064:1,9,13,22,24
2064:27 2065:6
2065:18,23
2068:11,13
2069:3,28 2070:1
2070:9 2106:19
**inflammatory**
2059:1
**inflict** 2088:24
**influences** 2089:20
**influential** 2090:25
**information** 2023:2
2026:5,8 2044:19
2052:11 2063:4
2068:12 2089:15

2090:12 2098:21
**infrastructure**
2099:22
**initially** 2025:24
2026:1
**Institute** 2086:12
2097:24 2098:16
2100:28
**institutes** 2085:12
**instructed** 2106:25
**insurance** 2089:27
2090:3,7
**intellectually**
2075:22
**intend** 2022:8
2032:9 2077:26
**intent** 2041:4
**intention** 2027:14
**interest** 2084:15
2099:9 2100:10
2103:17
**interested** 2089:19
**interesting** 2075:22
2075:22 2091:26
2092:14
**internal** 2036:25
2037:11
**international**
2079:22 2080:1
2092:16,17
2094:6 2097:17
2100:8
**interpretation**
2081:5
**interrupt** 2084:11
2086:7 2099:7
**interrupted**
2099:19
**introduction**
2090:2
**invasion** 2068:17
**investigate** 2080:19
2091:11
**investigates**
2074:26
**investigating**
2103:5

**invited** 2069:25
2086:5,23,26
2087:1 2097:9
2101:2,6
**inviting** 2069:16
**involved** 2025:3
2080:11,20
2083:12 2089:26
2091:25 2094:4
2097:3 2099:24
**involves** 2074:13
2083:23 2084:2
**ionic** 2054:28
**ionizing** 2022:18
2023:8
**ions** 2047:27
2048:3 2050:19
2050:20
**irrelevant** 2048:11
**issue** 2025:14
2031:22,23
2034:21 2039:2
2049:10 2052:8
2053:5,6,6
2058:21 2069:3,6
2069:22,25
2070:4,6 2090:18
2100:14 2105:6
2106:12,18,19,26
2107:1,16,26
2108:6,19,24
2111:6
**issues** 2075:13,24
2083:1,3 2086:24
2090:2 2097:14
2097:18
**item** 2098:28
**items** 2023:11,17

**J**

**J** 2:8,9,10
**J-A-C-K** 2073:7
**Jack** 2072:23
2073:6
**Jameson** 2105:6
**JCCP** 1:6 2021:1
2112:6

**Jeff** 2042:4
  2045:17 2049:8
  2074:20 2076:16
  2081:1 2083:14
  2084:22 2085:26
  2087:22 2097:7
  2100:17
**job** 2075:17
  2094:11
**Johns** 2086:13
**Johnson** 1:7,7
  2021:2,2 2040:5,5
  2112:7,7
**Johnson's** 2057:17
**Joint** 2097:17
**journal** 2089:25,26
  2102:14 2103:1
**journals** 2084:6
  2085:8 2102:12
**JPEG** 2044:19,24
**JUDGE** 1:4 2112:4
**judgment** 2043:27
  2059:22 2070:11
**judgments** 2044:16
**jump** 2069:13,17
**Jurinski** 2050:7,10
  2052:1,15
  2054:22 2056:4
  2057:5 2068:1
**juror** 2035:9
  2037:17,18,19
  2038:5,16,20,25
  2049:16 2071:17
**jurors** 2037:22
  2038:28 2039:12
  2039:16,22
  2072:7,9,19
  2088:15 2104:10
  2108:28
**jury** 2021:12,14
  2035:5 2036:22
  2039:14 2041:2
  2041:15,20
  2045:14 2071:1
  2072:3,18 2074:6
  2074:16 2077:20
  2077:25 2079:16

  2080:3 2088:2,27
  2094:1 2100:20
  2104:2,12 2109:4
  2109:6,7,8 2110:9
  2110:22 2111:11

**K**

**keep** 2022:19
  2048:28 2091:16
  2109:10 2110:12
  2111:9
**Kennedy** 2090:11
**kidding** 2039:26
**kind** 2034:9
  2045:11 2053:27
  2060:3 2076:22
  2079:26 2092:28
  2095:4 2098:23
  2108:4
**kindly** 2074:20
  2100:17
**kinds** 2050:13
  2083:1,3 2088:5,6
  2091:21
**know** 2024:26
  2026:1,28 2029:1
  2029:20,24
  2031:18 2034:4,7
  2035:2 2036:13
  2036:14,14,15
  2037:28 2038:23
  2039:27 2054:21
  2058:14,17
  2061:19 2062:23
  2067:21 2069:2
  2080:26 2088:22
  2088:26 2092:14
  2092:28 2100:23
  2100:25 2104:28
  2105:22 2107:21
  2108:9 2109:3
  2110:1
**knowledge** 2033:25
  2057:18 2068:9
  2103:18
**knowledgeable**
  2034:10 2035:4

**known** 2028:1,15
  2028:16 2030:8
  2047:13
**knows** 2033:27

**L**

**L** 2:1,1
**L.A** 2099:3
**labeled** 2110:22
**labeling** 2109:5
**laboratories**
  2065:28 2066:2
**laboratory** 2067:8
**lack** 2032:24
**ladies** 2068:24
  2072:4 2073:15
  2074:6,16
  2077:20,25
  2079:16 2080:3
  2100:20 2104:2
**laid** 2034:15
  2035:7 2070:22
  2096:21
**Lakes** 2097:20
**language** 2065:13
**large** 2057:21
  2098:19 2099:4
  2099:23
**larger** 2050:2,3
  2051:1,15,16
  2053:26 2055:28
  2057:4
**latency** 2036:16
**law** 2104:23
**lawyer** 2078:17
**lawyers** 2038:24
**lay** 2024:24,27
  2025:2 2026:18
  2026:27 2028:6
  2031:5
**laying** 2023:21,23
**leading** 2042:17
  2044:22 2050:4
  2051:20,24
**learned** 2024:3
  2051:1
**leave** 2072:2,5

  2104:3,15,17
**lecture** 2101:1,3
**led** 2045:21
**Lee** 2033:24
**left** 2028:27 2048:4
  2060:7 2068:3,6
**legal** 2078:19
  2079:3
**legislature** 2099:17
**leisure** 2110:3
**lesion** 2062:24,24
  2062:26
**let's** 2027:11
  2035:9 2037:17
  2038:28 2039:12
  2039:17 2042:11
  2072:4 2079:7
  2087:26 2090:28
  2091:16 2093:6
  2096:25 2100:13
**letter** 2037:15,16
**level** 2056:20,20
  2070:17
**levels** 2043:15
**life** 2051:10,28
  2052:4 2080:27
  2083:16 2091:1
  2100:23 2101:24
**lifespan** 2049:12
  2051:12
**lifestyles** 2098:24
**lifetime** 2025:21,22
  2101:20
**light** 2040:8
  2041:11,13
  2043:17 2044:27
  2045:1 2066:18
  2066:20 2067:24
**limited** 2087:13
**limiting** 2047:3
**line** 2029:2 2034:4
  2046:13 2056:15
  2056:15 2077:28
  2094:20
**linear** 2051:15
**lines** 2061:6,7
**link** 2052:24

  2092:4
**linking** 2067:19
**list** 2022:12
  2023:17 2031:28
  2033:12 2084:19
  2089:10 2108:24
**listed** 2027:22
  2031:3 2108:21
**listen** 2107:17
**lists** 2110:2,13,27
**literature** 2030:13
  2030:17,18
**litigation** 2055:23
  2060:20
**little** 2029:5
  2036:26 2039:24
  2062:25 2065:11
  2074:25 2079:10
  2080:26 2091:28
  2092:9,19 2098:6
  2098:7
**live** 2025:13
  2053:12 2073:18
**lived** 2099:25
**lives** 2081:6
**locked** 2104:19
**long** 2025:12
  2026:24 2034:14
  2034:17 2036:16
  2040:4 2050:10
  2050:25,26
  2053:5,6 2056:1
  2056:23 2063:6
  2080:8 2081:21
  2088:15,23
**longer** 2050:3
  2051:17 2057:5
  2066:1,23
**look** 2026:13
  2030:16,23
  2031:10 2032:12
  2032:20,22
  2035:4 2036:8
  2041:26 2043:6
  2043:12 2044:14
  2047:1 2048:7
  2051:5 2057:10

2068:18 2086:26
2087:1 2088:1
2093:5
**looked** 2026:21
2038:23 2054:2,5
2054:6,10
2071:11 2090:5
2093:9
**looking** 2042:2
2046:22 2047:5
2048:7,18,22
2050:17 2054:19
2058:4 2063:18
2103:11 2107:11
2107:12
**looks** 2025:7
2048:19
**Los** 1:2 2021:4
2099:26 2112:2
2112:15
**lot** 2029:26 2048:3
2054:2 2056:10
2057:11 2062:13
2089:8 2095:26
2098:21 2099:24
2100:2 2109:4
2110:20,25
**low-medium**
2026:14
**lower** 2026:14
2056:11 2075:3
**lunch** 2105:27
2106:13
**lung** 2091:10,14,22
2092:22 2094:16
**lymphatics**
2056:10
**lymphocytes**
2061:27 2062:15
2064:1
**lymphoma** 2080:13

**M**

**Ma'am** 2038:7
**macrophages**
2045:24,27
2059:8 2062:14

2062:16 2065:23
**magnesium**
2054:21,26
2055:3,9 2056:19
2067:25,26
**mail** 2089:13
**main** 2083:15
**major** 2033:22
2084:27
**making** 2033:18
2069:17
**malaria** 2080:18
**mandated** 2100:5
**manipulation**
2081:9
**manuscript** 2103:2
**manuscripts**
2083:19
**March** 2061:6
**MAREN** 1:4
2021:5 2112:4
**mark** 2076:1
2077:2
**marked** 2076:5
2077:5 2108:21
2108:22 2109:15
**marking** 2109:5
**math** 2046:15
2048:14 2053:21
2058:9
**mathematical**
2075:14
**mathematics**
2075:12 2079:19
2081:3
**matter** 2031:24
2069:4 2093:25
2111:14
**McGill** 2075:18
2079:18 2081:26
2082:14
**mean** 2041:1
2056:21 2059:26
2084:10 2085:3
2085:28 2100:23
2105:17 2108:17
2110:23

**meaning** 2064:8
**means** 2030:7
2065:9 2074:23
2082:6 2092:1
2102:6,8
**measured** 2049:4
**mechanism**
2023:27 2024:12
2027:19 2028:10
2030:6
**mechanistic** 2024:9
**media** 2092:25
2093:2
**medical** 2027:18
2028:8 2052:22
2073:25,27
2081:7,15 2093:2
2101:8
**medical-scientific**
2092:25
**medicine** 2089:26
2096:16
**medium-high**
2026:14
**meet** 2055:5
**meet-and-confer**
2021:17
**melanoma** 2027:25
2029:27
**member** 2097:16
2098:9
**members** 2098:8
2098:12
**mention** 2032:24
2094:13 2098:28
**mentioned** 2023:5
2044:17 2094:21
2097:9
**mentor** 2084:21
2095:4
**mess** 2108:2,4
**metal** 2028:23
**methodical**
2041:20
**methodology**
2087:10 2090:24
2090:25 2095:23

2102:26 2103:4,6
2103:18
**methods** 2089:19
2089:22
**Michelle** 2021:22
**micron** 2050:28
2057:22
**microns** 2051:27
2052:3 2053:21
2054:16,17,18
2057:21
**microphone** 2073:3
**microscope** 2040:8
2041:11,12,28
2042:5 2071:12
**microscopy** 2041:7
2041:14 2042:23
2042:26 2045:1,2
2046:23 2047:2
**Microsoft** 2044:26
**middle** 2088:20
**mind** 2055:24
**mine** 2095:3,3
**minute** 2049:9
2109:6
**minutes** 2069:2,18
2069:19 2070:2
2072:10,14
2079:9 2103:12
**misconception**
2034:24
**Misconceptions**
2033:22
**mislead** 2040:9
**misperception**
2037:12
**mode** 2048:20
**model** 2050:25
2051:15 2052:1,2
2052:5 2056:4
2057:5
**modify** 2023:10
**moment** 2058:9
**Monday** 2105:2
**money** 2082:7
**monitor** 2082:27
**monitoring**

2082:24 2098:22
**monitors** 2085:16
**Montreal** 2073:18
2075:18 2079:19
2081:25,26
2082:14 2091:8,9
**morning** 2039:9
2043:1 2078:8
2104:9 2105:10
2105:13 2106:16
**morphology**
2048:9
**motion** 2104:23
**motivated** 2075:13
**move** 2049:6,16
2055:11,27
2056:10 2061:2
2063:1 2077:24
2078:20 2092:9
2094:11 2096:25
2099:10 2100:14
2106:4 2109:27
**moved** 2070:24
2099:26,27
**moving** 2091:16
**multiple** 2087:3
2098:5

**N**

**N** 2:1,1
**name** 2021:2,25
2028:20 2073:4,6
**named** 2098:8
2100:8
**Nancy** 2107:11,17
**narrowed** 2022:1
**NASA's** 2099:20
**national** 2086:12
2089:27 2090:2,7
2097:24 2098:16
2100:28
**naturally** 2047:23
**nature** 2103:14
**near** 2099:25
**nearly** 2084:12
**necessarily**
2046:25 2087:8

need 2025:1
  2032:17 2035:28
  2036:1 2049:21
  2063:1 2068:23
  2083:1 2104:18
needs 2039:8
  2105:14
neither 2066:22
  2067:10
NELSON 1:4
  2021:5 2112:4
neurological
  2087:3
never 2037:28
  2075:19
new 2032:20
  2035:21 2036:22
  2046:26,27
  2064:5 2069:6
  2089:25 2090:16
  2097:13
news 2021:16
  2030:2
newspaper 2092:26
Nguyen 2021:25,25
nice 2104:8 2107:7
nine 2049:25,26
  2051:7
noncarcinogenici...
  2032:26
nonmedical
  2092:25
nonresponsive
  2055:12,19
  2061:2 2063:1
nontalc 2058:10
normal 2046:28
  2047:1,8 2068:16
  2068:17,18
  2089:3
normalize 2050:26
north 2099:3,27
note 2062:11
  2064:11,12,28
  2070:1
noted 2021:6
  2061:21,24

2062:11 2063:14
  2063:16,23
  2065:16,17
  2070:16
notes 2037:23,27
  2038:1,3 2072:5,6
  2072:6 2104:3,3
novel 2090:20
NTP 2032:25,28
  2033:6,11,15,24
  2034:8,11,22,25
  2035:2 2039:4
number 2021:1
  2022:28 2024:4
  2025:16 2030:27
  2031:27 2032:2
  2032:24 2035:10
  2036:8 2037:17
  2038:5 2046:10
  2052:15 2054:20
  2058:27 2074:21
  2077:3 2079:7
  2085:9,27
  2087:15,27
  2089:10,24
  2090:15 2091:4
  2091:17 2092:12
  2093:2,4 2094:13
  2094:15 2100:18
numbered 2048:26
numbers 2031:13
  2048:28 2102:17

**O**

O 2:1,1,1
o'clock 2106:22
oath 2064:26
  2065:22
object 2027:27
  2055:13 2066:6
objected 2035:22
objection 2025:24
  2026:1 2027:3
  2028:4 2030:21
  2031:11,12
  2040:11 2044:22
  2050:4 2051:20

2056:16 2064:15
  2065:8,19
  2069:17 2077:11
  2077:12 2078:18
  2096:5 2099:6
objectionable
  2026:10 2028:22
objections 2031:14
observed 2037:20
  2037:21 2038:11
  2070:1
obtain 2083:26
obviously 2028:3
occasions 2097:24
  2098:5
occupational
  2082:17,20
  2083:4,5,8
  2086:25 2090:17
  2090:26 2093:11
  2095:15,27
  2096:15
occur 2047:23
  2075:8 2098:25
occurrence
  2074:27 2075:6
  2081:13
October 2077:17
  2078:2
offer 2105:23
offered 2108:15
official 2100:27
  2112:27
Oh 2061:13 2106:9
okay 2025:10
  2032:18 2036:3
  2038:16,21
  2039:25 2040:20
  2042:9 2044:2
  2049:6 2057:28
  2071:11 2078:14
  2085:28 2087:13
  2088:13 2089:10
  2090:14 2091:2,3
  2096:24 2102:18
  2102:21 2104:1
  2107:18

oldest 2052:7
once 2091:13
one's 2029:15
one-third 2047:22
ones 2111:7
OPEN 2021:11
  2039:13 2070:28
  2072:17 2104:11
operating 2066:22
opine 2023:16
opined 2050:10
opinion 2043:26
  2049:27 2069:11
  2077:26,26,28
  2078:11,12,15,16
opinions 2077:19
  2077:19 2078:9
  2104:6
opportunity
  2030:10 2039:8
  2079:24
opposition 2104:24
options 2053:27
order 2028:11,12
  2047:28 2067:7
  2089:22
organic 2067:18,21
organization
  2081:5 2098:5
  2101:15
organizing 2082:26
  2084:2
outdoor 2031:23
outside 2021:12,14
  2098:2 2104:12
ovarian 2047:14
  2052:23,25
  2067:20 2068:6
  2071:14 2078:4
  2093:28 2094:2,5
  2094:6,8,9,26
  2095:6,8
ovaries 2071:6,11
Overruled 2065:20
  2078:22 2099:11
oversee 2098:13
  2100:8,11

overview 2083:11
owned 2099:4

**P**

P.M 2021:8 2040:2
  2053:2 2067:17
  2072:15,16
  2073:11 2103:22
  2111:14
P334 2049:8
P888 2052:18
packaged 2067:5
packs 2067:2
page 2:8 2027:21
  2034:3,3 2042:26
  2042:27 2056:14
  2061:6 2076:22
  2077:14 2087:27
  2087:27 2095:21
pages 2022:12
  2027:22 2076:27
  2112:16
panel 2101:5
panels 2086:17
  2096:28
paper 2042:10,19
  2045:4,8 2051:2
  2085:6 2095:6
papers 2042:24,25
  2102:6,7,26
  2105:7
paraffin 2048:1
Parfitt 2021:16,21
  2021:22,27
  2022:7 2023:5,20
  2024:6,28
  2025:10,13,15,19
  2026:12,26
  2027:13 2028:5
  2028:18,22
  2029:4,9,12,15,28
  2030:14,26
  2032:14,22
  2033:21 2034:18
  2034:28 2035:8
  2035:15,16,20,27

2036:4,8,24
2037:8 2072:22
2073:12 2075:28
2076:6,9,12,14,15
2077:2,6,9,14
2078:20,25
2079:6 2096:6,8
2096:14,21,25
2099:13 2100:13
2103:23,27
2105:15,21,25
2107:6
**part** 2028:4 2033:4
2044:18 2045:4,8
2047:13 2080:27
2087:12 2088:20
2089:2,20
2090:12 2092:16
2096:27 2101:24
2102:11 2106:28
2109:18
**participating**
2083:17
**particle** 2047:11
2048:8,10,12,19
2049:4,26 2050:2
2051:6,14,16,28
2052:3 2053:11
2053:17,18,22,23
2053:24,26
2056:5,8,12,27
2057:3,4,11,17,27
2058:25,26,28
**particles** 2040:18
2040:27 2041:3,6
2041:11 2042:7
2042:11,12,20
2043:18,24
2046:10,11,17,26
2047:7,15,21
2048:8,15,15,23
2049:3 2050:13
2050:17,20,23,26
2050:27 2051:1,4
2051:4,10,15,18
2051:26 2053:13
2053:16,23

2054:16,20,22,24
2055:1,7,26,28
2056:9,11 2057:7
2057:12,14,21,27
2057:28 2058:2,3
2058:10,22
2062:16 2068:3,5
2068:6 2106:3
**particular** 2026:5
2043:14 2087:9
2092:23
**particularly**
2080:14
**particulate**
2031:24 2060:28
2061:1
**pathologist** 2043:6
2062:17 2068:15
**pathology** 2067:3
**patients** 2074:1
2081:16
**pattern** 2066:20
2067:24
**patterns** 2074:28
2075:5
**peer** 2085:2,3
**peer-reviewed**
2085:7,8,10
2087:24 2095:11
2095:12
**pending** 2072:26
**people** 2024:2,3
2087:4,7 2089:12
2092:15,28
2093:20 2094:19
2095:4 2098:20
2099:28 2100:7
2101:16 2102:6,8
2108:10
**people's** 2102:1
**perceive** 2034:24
**Percentages** 2031:1
**perfect** 2075:20
**perfectly** 2044:6
**performance**
2084:25 2085:17
2098:3

**performed** 2084:17
**period** 2036:16
2056:23,24
2088:4 2090:16
**periodically** 2034:7
**periods** 2055:2
**permissible**
2026:24 2027:5
**permission**
2056:13 2061:5
2075:28 2076:6
2076:12 2077:10
2103:27
**permitted** 2023:19
2034:26 2037:4
2066:23 2070:19
2070:20
**person** 2052:7
2079:5 2089:14
**pesticide** 2086:27
**Ph.D** 2079:20,25
**Ph.D.s** 2084:4
**philosophy**
2093:15
**phone** 2038:11,19
**phones** 2038:22,24
2092:13,22
2097:26
**photograph**
2041:26
**photographs**
2040:7,18
2044:17 2045:3
2065:9
**photomicrograph**
2040:26 2041:5
2041:10 2045:16
2045:19
**photomicrographs**
2040:7 2044:12
2045:7,12
**photos** 2044:19,24
**physically** 2109:23
**physician** 2091:8
**physiologic**
2062:19
**pick** 2040:21

2048:23
**picture** 2043:1
2044:13,14
2046:3 2060:16
2060:19 2062:13
2063:25 2065:1
2065:22
**pictures** 2042:26
2044:25,28,28
2045:10 2061:20
2063:27 2065:2,4
**piece** 2042:10
2043:8 2104:22
**place** 2070:11
2073:17 2075:2,2
2099:20,21
2103:23
**placed** 2043:3
**places** 2075:4
2084:6 2085:2
**plaintiff** 2:6
2021:22 2023:10
2028:2 2031:15
2036:21 2072:21
2104:22
**plaintiff's** 2106:20
2109:19
**plan** 2021:28
2105:4
**plane** 2042:10
**planning** 2083:25
**plans** 2026:16
**plants** 2083:6
**please** 2038:19,27
2045:17 2061:12
2071:23 2072:5
2073:2,3,16
2075:9 2076:16
2076:21 2077:14
2079:15 2091:17
2094:14 2104:2,3
2104:4,6,8
2107:17
**plenty** 2036:5
2065:2
**pleurodesis** 2106:3
**Plunkett** 2030:23

**point** 2024:10
2025:6,12
2027:28 2029:2
2030:3,19
2034:20,22
2037:10,20
2039:3 2040:8
2062:17 2066:21
2070:9 2088:26
2089:5 2092:5
2093:3 2099:7
2108:7 2110:5
**pointed** 2064:1
**pointing** 2037:22
2061:26
**points** 2060:25
2084:14 2105:26
**polarized** 2040:8
2041:10,13
2043:17 2044:27
2066:18,20
2067:24
**policy** 2101:6
**pollution** 2031:24
2097:21
**pooled** 2092:18,19
**Popkin** 2022:4,6,24
2022:25 2025:17
2026:4 2027:2,7
2027:16 2030:3
2030:19 2031:14
2031:22 2032:18
2032:23 2034:20
2035:11,23
2036:6,18 2037:9
2037:16
**population** 2082:25
2082:26 2098:19
**populations**
2074:27 2081:14
**portion** 2047:4
2058:5
**portions** 2106:1
**position** 2026:10
2037:14 2070:14
2081:23 2082:4
**positions** 2101:26

positively 2041:3
2042:22
possibility 2059:20
2059:21 2066:24
2100:9
possible 2059:4
2068:2,10,14
2086:28 2087:3
2093:10 2094:18
2099:2
possibly 2047:4
postdoc 2081:17
postdoctoral
2079:21,24
2080:6 2090:19
poster 2037:6,6
powder 1:7 2021:3
2055:23 2057:18
2066:27 2067:4
2112:8
powder-free
2067:6,8
powerful 2029:25
practical 2084:3
practice 2092:7
2093:15
preamble 2040:11
precipitate 2048:4
precipitations
2048:5
prefer 2036:7
2105:9
preference 2035:14
preferences
2107:20
prejudicial
2036:19
preparation
2077:16
prepare 2074:17
2076:24 2077:7
2081:18 2106:22
prepared 2035:14
2060:13 2062:9
2064:5 2076:25
2095:12
preparing 2033:7

presence 2021:12
2021:14 2039:14
2052:22,24
2060:28 2071:1
2072:18 2104:12
present 2077:18
presentation
2081:5
presentations
2085:11
presenting 2084:5
president 2101:4
2101:10
pressure 2099:16
2100:2
prestigious
2089:25
presumably
2030:12
pretty 2107:4
prevalent 2080:16
previous 2042:7
2070:4
previously 2106:2
principle 2093:25
2094:21
principles 2082:24
prior 2106:21
priorities 2093:21
2097:15 2101:7
pristine 2089:4
private 2082:7
2083:27
pro 1:28 2112:13
2112:27
probabilities
2081:12
probably 2030:1
2038:3 2056:7,26
2071:6 2078:7
probative 2036:19
problem 2022:26
2022:27 2024:19
2027:8 2028:24
2030:4 2035:27
2076:10 2090:17
2090:20 2108:16

2108:23
problematic
2024:25
problems 2087:3
2108:14
procedures
2033:14
proceed 2039:18
PROCEEDING
1:5 2112:5
proceedings 1:11
2021:11 2039:13
2068:27 2070:28
2072:17 2104:11
2112:17
process 2033:1,2,3
2033:5 2041:20
2050:22 2062:19
2090:23 2099:23
2102:11
processes 2083:18
processing 2047:28
produce 2047:19
profession 2073:23
professional
2043:27 2079:11
2083:16
professor 2073:24
2074:11 2075:17
2081:28 2082:13
2083:12 2084:20
2084:26
program 2099:21
project 2076:13,14
2098:19
projects 2080:11
2083:24 2088:5
2097:25
promise 2067:15
proof 2105:24
proper 2034:14,25
2035:7,7 2070:22
2104:23
properly 2091:13
Protection 2097:13
provide 2081:23
2084:1 2105:28

2110:13,27
provided 2025:25
2052:17 2075:25
2086:19 2095:26
provides 2081:11
providing 2087:14
public 2082:21,23
2083:2,2 2085:19
publication 2085:4
2085:15 2103:2
publications
2085:7,9,10
2087:24 2088:3
2093:28 2094:5,7
2094:17 2095:11
2096:27
publish 2076:7
2077:10 2084:28
2085:2 2093:14
2093:23,25
2102:6
published 2085:20
2089:25 2090:9
2094:2,4,21,25
2095:6 2096:2,10
2096:27
publisher 2096:8
publishing 2084:5
pull 2073:3
2074:20 2079:7
2110:7
pulling 2111:4
punitive 2104:24
purely 2022:9
pursuant 2088:28
put 2028:13,13,15
2040:13 2042:4,9
2044:12 2045:17
2046:7 2048:1
2049:20 2050:13
2050:18 2059:5
2060:5 2069:28
2082:6 2085:6
putting 2022:23
2030:9 2093:21

Q

qualified 2099:8
quality 2097:20
quantified 2048:12
2084:27
quantify 2084:24
query 2030:15
question 2033:3,5
2033:10 2040:12
2040:14 2049:24
2049:27 2051:21
2052:13,20
2053:12,28
2055:18,21
2056:18,19
2060:15 2061:5
2061:10,17,19
2063:1,6,11
2064:4,6,16
2067:25 2071:3
2072:11 2078:28
2089:16 2090:6
questioning
2046:13
questions 2040:6
2040:17 2044:10
2045:24 2049:11
2049:22,23
2053:4 2057:16
2063:3,3 2065:26
2065:28 2066:13
2067:13 2069:7
2069:27 2071:18
2071:23,27,28
2078:10
quick 2036:7
2040:17 2067:25
quickly 2097:2
quite 2024:25
2090:20 2094:1
2094:15
quoted 2092:24,27

R

R 2:1
radiation 2022:19
2023:8 2099:24
radio 2092:26

raise 2035:15
  2070:15,19,20
  2072:24
raised 2070:7,15
  2094:25 2106:21
raises 2070:6
random 2040:22
range 2032:8
  2055:17 2057:26
  2057:27 2058:8
  2103:8
rank 2070:12
ranking 2085:14
rated 2085:19
rates 2051:3
  2075:1,2,3
ratio 2055:10
raw 2026:25
RDR 1:27
re-redirect 2069:5
  2070:7
reaction 2066:28
read 2034:22
  2049:19 2056:13
  2061:5 2063:12
  2064:2 2071:24
  2074:24
readback 2071:22
reading 2057:2
  2096:1 2103:2
ready 2105:8
  2108:27 2110:8
real 2037:6 2085:2
  2089:7
realize 2024:17,28
really 2024:16
  2032:7 2038:12
  2048:11 2078:3
  2084:12 2092:18
  2093:13 2094:22
  2099:21
reason 2064:5,7
  2068:10,18
  2070:13
reasonable 2050:1
  2052:21 2106:21
reasons 2037:14

reassuring 2092:7
recall 2045:18
  2046:1 2050:9
  2053:8 2061:4
  2066:3 2104:3
recalls 2069:21
receive 2106:19
received 2085:12
  2100:15,22
  2106:4
recess 2072:15
  2104:1
recipient 2082:9
recognized 2081:20
  2085:5 2087:9
record 2021:13,20
  2037:10 2061:14
  2071:24 2073:5
  2076:11 2106:1
  2107:15 2108:8
  2111:12,13
recross 2:3 2069:25
RECROSS-EXA...
  2053:1
redirect 2:3 2040:1
  2060:15 2066:7
  2066:11,12
  2067:16
refer 2049:21
  2058:5 2078:12
  2079:3
referee 2098:2
reference 2060:14
  2064:21
referencing
  2022:10
referred 2058:10
  2079:28
referring 2028:2
  2035:24 2094:28
  2095:1
regard 2025:21
  2029:9 2033:6
  2045:16 2050:10
  2063:15 2065:8
  2071:4 2102:25
regarding 2064:27

2086:24 2107:20
regularly 2098:22
regulates 2097:18
relates 2033:2
relating 2055:23
  2098:24
relation 2095:7
relationship
  2091:20 2093:10
  2093:10
relative 2030:28
  2031:17,26
  2032:2,5,8,11
  2051:14
relevance 2078:18
  2096:5,7 2099:7
relevant 2049:2
relies 2034:17
rely 2034:21
remain 2050:26
  2053:6 2078:2
remaining 2047:21
  2047:21 2048:14
remember 2040:24
  2045:27 2046:13
  2102:17 2106:24
remind 2038:13
  2072:6
repeat 2071:19
rephrase 2064:19
  2065:13
replace 2030:8
reply 2104:25,28
report 3:6 2022:17
  2023:3,8,13
  2027:23,26,28
  2029:19,23
  2030:20,24
  2031:28 2032:25
  2033:7,7,9,13,24
  2033:26,28
  2034:3,5,6,11,12
  2034:16 2035:2
  2042:28 2044:12
  2044:15,18
  2045:4,8 2046:9
  2049:4 2058:1,5

2060:20,23,25
  2061:21 2062:2,4
  2062:9 2063:13
  2063:19,21,22
  2064:8,10,11,12
  2064:21,25,26,28
  2065:5,15,17,21
  2069:28 2077:7
  2077:16,18
reported 2054:25
reporter 1:26,28
  2021:7 2071:20
  2071:25 2112:13
  2112:27
REPORTER'S
  1:11 2112:7
reporting 2055:1
reports 2044:10
  2060:13 2064:5
  2065:3,4 2085:9
represent 2030:15
  2045:9,10
representative
  2098:9
representatives
  2107:22 2108:20
represented
  2042:19 2106:11
representing
  2029:22
represents 2062:18
  2062:19
reproductive
  2095:7
request 2105:6
  2107:19 2110:10
requesting 2109:22
require 2063:4,6
research 2074:12
  2074:13 2079:23
  2080:1,11,21
  2081:18 2082:2,2
  2082:6,7,9,10
  2083:16,21,24
  2084:2,3,5,26,28
  2085:6,11,13,16
  2085:18,24

2086:20,21
  2087:10,11,13,14
  2089:11,19
  2090:26 2095:23
  2097:25 2101:7,8
  2101:26 2103:18
  2104:5
researcher 2081:7
  2083:22,23
  2084:20,28
  2085:20 2086:5
researchers
  2079:26 2084:1
  2085:5,15,17
residence 2073:17
respect 2058:22
  2060:4,22 2062:1
  2062:4,9 2063:12
  2064:4,25 2065:6
  2065:14,17
  2066:21 2086:3
  2106:18
respond 2036:24
response 2057:15
  2059:1 2069:27
  2106:23
responsibilities
  2098:13 2102:1
responsibility
  2102:5
responsible 2108:3
rest 2078:7
restate 2055:18
  2063:7
result 2087:4
  2094:21
results 2084:28
  2089:21,23
  2091:20,27
  2092:1,27
  2093:12,16,17,25
  2095:26
resume 2075:26
  2082:1,16
  2096:11
resumed 2040:1
  2111:15

return 2107:24,27
review 2033:8,10
  2033:14,15
  2076:26 2083:18
  2083:19 2085:2,3
  2087:7 2100:19
  2102:7,12,24
  2103:1,1,20
  2105:11,28
reviewed 2033:6
  2057:8 2085:4
reviewer 2044:15
  2102:23
reviewing 2033:11
  2048:27 2087:11
  2102:9 2103:5,7
REYES 2049:16
  2071:17
right 2021:13
  2025:14 2029:8
  2030:1 2034:19
  2035:6,9 2038:20
  2038:27 2039:11
  2039:15 2041:9
  2042:16 2043:23
  2044:21 2048:14
  2058:3 2059:24
  2059:27 2062:5
  2065:18 2066:12
  2067:19 2068:24
  2069:26 2072:19
  2072:25 2074:20
  2076:14,26
  2077:2,13 2078:9
  2079:7,12,15
  2080:26 2084:16
  2087:25,26
  2088:9 2091:16
  2092:8 2095:9
  2100:13,19
  2101:23 2102:28
  2102:28 2103:26
  2104:21 2105:5
  2106:15 2107:7
  2107:14,25
  2110:10
rise 2070:17

risk 2023:9,24
  2030:28 2031:17
  2031:27 2032:2,5
  2087:3 2091:14
  2091:14 2093:7
  2094:16,18
  2095:17 2096:10
  2103:19,19
risks 2032:8,11
  2099:3
road 2025:12
Robinson 2029:11
  2029:13 2039:1
  2108:14 2109:12
  2109:20 2110:4
RoC 2033:7,12,27
  2034:2
rocket 2099:21
rockets 2099:20
room 2039:25
  2066:22
routine 2087:12
rule 1:6 2064:7,8
  2064:13 2105:2
  2112:6
ruling 2037:3
  2069:22
run 2022:27
  2101:16

---

**S**

S 3:1
S-I-E-M-I-A-T-...
  2073:7
safe 2028:25
  2093:19
safely 2094:24
saline 2047:23
salt 2048:5,10
salts 2047:23
sampling 2097:11
Sargon 2070:16
saw 2038:18
  2040:18 2041:27
  2042:7,10,20
  2044:21 2050:24
  2061:22 2101:19

saying 2024:14
  2057:9 2111:7
says 2030:5 2034:6
  2108:17
scanning 2041:12
  2041:27 2042:5
  2042:22 2046:23
science 2024:9
  2036:16 2074:26
  2093:2 2101:1
sciences 2075:14
  2101:15
scientific 2084:20
  2086:21 2092:24
  2096:28 2098:8
  2098:13,14,18,27
scientist 2101:9
scientists 2050:9
  2101:16 2102:24
sclerosis 2087:4
scoot 2039:23
scope 2033:19
  2066:7 2103:11
screen 2062:5
  2076:16
seat 2073:2
seats 2039:16
second 2024:15
  2031:22 2038:8
  2039:21 2054:28
  2060:27 2062:4
  2063:19,21
  2064:8,12,20
  2065:5,17,21
  2089:24 2106:18
  2107:11
Secondly 2105:5
seconds 2035:17
section 2108:23
sections 2088:27
sector 2085:18,19
see 2023:1 2027:11
  2028:26 2029:4
  2031:9 2038:18
  2038:24 2042:12
  2043:2,7,10,15
  2044:15,20

2053:23 2054:20
2064:10,11
2066:19 2068:11
2077:17 2094:26
2096:1 2098:22
2100:3 2104:8
2107:1,12
seeing 2043:21
  2053:15,25
  2055:3
seen 2032:15
  2043:1 2060:21
  2062:10 2091:9
select 2045:7
  2088:14 2092:10
selected 2085:28
  2086:2 2100:21
selecting 2045:6
senator 2090:11,11
send 2044:19,24
sense 2088:5
sent 2046:8
separate 2035:24
  2057:13 2109:16
seriously 2105:16
serous 2047:14
serve 2074:3
  2082:13 2097:9
served 2086:16
SESSION 1:10
  2021:10
set 2035:19
  2051:21 2097:14
  2105:18
share 2061:11
  2073:16 2074:6
  2077:20,24,26
  2083:11 2084:18
shared 2072:7
  2101:27
sharing 2074:18
shaved 2042:15
sheet 2034:9
short 2053:25
  2088:4
shorter 2035:12
show 2035:28

2038:3 2093:24
  2094:18
showed 2031:1
  2041:15 2051:3,5
  2051:13,16
showing 2041:1,19
shows 2040:26
  2062:13 2063:26
  2091:4
side 2104:22
  2108:17 2109:19
sidebar 2068:28
  2069:15 2072:12
sidebars 2037:21
sides 2107:22
Siemiatycki 2:10
  2021:28 2022:16
  2023:16,21
  2025:28 2026:9
  2026:16,27
  2027:22 2028:6
  2031:25 2032:27
  2033:23 2034:10
  2036:12 2072:23
  2073:6,13,16
  2074:15,22
  2075:9 2076:17
  2076:27 2077:6
  2077:15,18,23
  2078:6 2079:10
  2080:22 2087:28
  2095:28 2096:14
  2100:16 2101:25
  2103:13
Siemiatycki's 3:6,8
  2027:26 2035:25
  2076:2
sign 2108:18
signed 2111:10
significant 2024:4
  2060:22 2061:25
  2063:14,23
  2064:27
signing 2108:17
silicate 2056:19
silicates 2054:21
  2055:3,9 2067:26

2067:26
**silicon** 2054:27,27
**silly** 2035:4
**Simi** 2099:3
**similar** 2043:25,25
**simple** 2055:14
　2063:3
**simply** 2028:7
　2029:25 2055:17
　2066:21
**simulant** 2050:19
　2051:6
**simulate** 2050:14
**simultaneously**
　2110:23
**single** 2025:3
　2087:14
**sir** 2059:17 2072:1
　2072:24 2073:2,4
　2073:8 2078:26
**sit** 2102:12,15
**sitting** 2097:24
　2102:8,23 2103:1
　2109:8
**six** 2100:7
**size** 2050:28
　2051:11,14,27
　2053:11,23,24
　2054:11,12
　2056:7,12,27
　2057:3,11,14,16
　2057:19 2058:26
　2106:2
**sizes** 2057:7,20,27
**skin** 2062:24
**skip** 2091:17
**slide** 2022:19,26
　2023:2,9,10
　2025:7,15,19,20
　2026:11,18
　2027:16 2028:6
　2028:26 2031:8
　2031:15 2032:19
　2032:20 2033:21
　2034:12,16
　2035:7,18,22
　2036:18 2043:1,2

2043:5 2065:6
2074:21 2079:7
2079:15 2081:1
2083:14 2084:22
2085:27 2097:5
2100:17,18
2102:16
**slides** 2021:18,27
　2022:7,10 2043:3
　2043:4,17
　2046:24 2068:15
　2068:20,21
　2074:17 2097:1
**sliver** 2062:26
**smaller** 2039:27
　2054:15 2055:27
　2056:9
**SMITH** 2035:9
**smoke** 2024:3,3
**smoking** 2022:18
　2023:7 2024:22
　2024:23 2036:13
　2036:14 2091:18
　2091:19,21
　2092:2
**smooth** 2108:25
**social** 2075:13
　2090:8
**socially** 2075:21
**Society** 2082:2
　2083:28 2101:10
　2101:18
**sodium** 2047:25,27
　2048:5
**Soldridge** 2109:18
**solemnly** 2072:25
**soluble** 2048:3
**solution** 2050:18
**solvent** 2093:11
**solvents** 2093:9
**somebody** 2079:25
**somewhat** 2026:15
　2036:17 2071:5
**soon** 2090:10
**sorry** 2021:21
　2038:20 2041:18
　2057:24 2072:13

2084:10 2095:16
2096:23 2099:6
2099:19 2106:14
**sort** 2023:27
　2034:9 2054:23
　2100:27
**sorts** 2097:11
**sounds** 2032:18
**source** 2023:2
　2026:2,4,7
　2036:20
**sources** 2026:3
　2031:10,18,21
**sourcing** 2022:28
**span** 2088:21
**spans** 2051:10
**speak** 2034:27
**speaking** 2037:22
　2074:16 2108:20
**special** 1:6 2067:7
　2101:4 2112:6
**specific** 2029:3
　2031:16,17
　2032:1 2033:3
　2069:9,10
　2078:16 2079:2,4
　2079:4 2083:8
**specifically**
　2022:17,20
　2023:8 2032:28
　2033:23 2041:8
　2053:5,13 2054:2
　2056:21 2063:15
　2067:22 2083:4
**spectra** 2045:2
　2048:25
**spectrum** 2048:9
　2048:13,20,25
**speculating**
　2059:23
**speculation**
　2070:12,17,21
**speculative** 2070:5
**speech** 2035:21
**spell** 2073:4
**spend** 2024:26
　2029:26 2030:2

2049:9
**spending** 2030:1
**spent** 2044:7
**spills** 2099:18
**split** 2024:14
**sponsored** 2034:7
**sprayers** 2086:28
**spraying** 2086:27
**squared** 2107:23
**stack** 2042:24
　2110:15,15
**staff** 2090:10
**stand** 2068:25
**standing** 2085:25
　2086:1
**start** 2040:21,22
　2108:5
**started** 2039:26
　2050:2,23
　2056:27 2062:20
　2069:2 2090:18
**starting** 2098:19
**starts** 2062:20
**state** 1:1 2041:25
　2044:2 2072:25
　2073:4 2099:17
　2100:2 2112:1,14
**stated** 2028:3
　2052:21 2105:27
**statement** 2033:18
　2033:18 2034:1
　2064:2 2071:8
**states** 2073:21
　2084:8 2086:10
　2086:13 2089:28
　2090:13 2097:23
**station** 2092:27,27
**statistic** 2093:1
**statistical** 2103:17
**statistically** 2024:4
　2095:25
**statistician** 2080:28
**statistics** 2075:12
　2079:19 2080:28
　2081:2,3,10,17
　2091:13
**stay** 2070:5

2110:11
**step** 2072:1
　2104:13
**sterile** 2067:5,6
**stipulate** 2108:22
**stipulated** 2108:26
　2109:3 2111:5
**stipulation** 2108:11
　2108:24 2110:7
　2110:28 2111:8
**stipulations**
　2109:16
**stop** 2103:24
**strangecosmos.c...**
　2036:20 2037:7
**stretch** 2068:25
**stricken** 2055:19
　2055:20 2061:3
　2063:9 2069:8,19
　2069:21
**strike** 2054:1
　2055:12 2060:12
　2061:2 2063:1
　2070:27 2106:4
**strong** 2037:14
　2099:16 2103:17
**struggle** 2093:23
**students** 2083:17
　2084:4
**studied** 2054:11
**studies** 2053:16,16
　2067:19,22
　2075:12 2088:6,7
　2091:5,6,19
　2092:2,5,5,9,20
　2095:24,27
　2099:17 2100:3,6
**study** 2025:23,23
　2025:25 2026:13
　2026:21,22,23,23
　2027:9 2045:10
　2049:7 2050:7,10
　2050:12,25
　2051:5,8,9,13
　2052:7,11,15,16
　2053:14 2054:23
　2068:1 2071:4,8

2080:10,19
2091:7,7,12,18,24
2091:24,26,27
2092:12,17,19,21
2092:21,23
2095:5 2100:11
**submit** 2085:4
**subsequent**
2079:21
**substances** 2066:24
**substitute** 2025:7,9
2028:17 2050:20
**subsumes** 2068:12
**suggest** 2029:20
2034:12
**suggested** 2049:24
**suggesting** 2038:15
**suggestion** 2036:21
2071:5
**suggests** 2068:1
**summaries** 2027:4
**summarize**
2103:13
**summary** 3:8
2026:22 2054:20
2058:6 2076:17
2076:23 2084:19
**sunlight** 2027:24
2029:10,27
**Superior** 1:1
2112:1,14
**supervising**
2083:17 2084:3
**support** 2037:14
2082:7 2086:20
**supporting** 2095:4
**sure** 2022:5
2027:16 2044:2,4
2052:18 2059:26
2066:14 2106:25
2109:3
**surgeons** 2067:11
**surgeons'** 2066:22
2066:26,27
2067:1,5,6
**surprise** 2036:10
**surprising** 2092:3

**survey** 2089:12
**suspect** 2038:22
**suspense** 2077:23
**sustained** 2040:13
2042:18 2044:23
2050:5 2051:25
2064:18 2066:9
2096:12,20
2105:23
**switch** 2046:5
**system** 2056:10
2085:14 2110:19

---

**T**

**T** 3:1
**table** 2051:2
2076:19 2100:1
**tables** 2051:8
**take** 2024:1 2029:2
2031:10 2032:12
2032:16 2035:17
2036:7 2039:7
2044:28,28
2045:3 2048:1,2,2
2058:4 2065:27
2068:25 2072:4
2072:11,14
2088:18 2104:1
2105:14,16,20,24
2106:15 2108:6
2109:7,23,23,25
**taken** 2021:15
2025:22 2070:14
2072:15 2102:6
2108:19 2112:17
**talc** 2033:2,6,11,15
2034:2,12
2036:22 2041:3,8
2041:11,14,22,26
2042:15,21
2043:23,27
2046:12 2049:12
2049:24,28
2050:10 2051:5,6
2051:26 2052:3
2052:22,24
2053:6,10,13

2054:3,5,6,9,11
2054:21 2055:4,5
2055:6,8,10,22,27
2056:6,20,22,25
2057:7,17 2058:2
2058:23 2059:13
2059:14,18,20,27
2060:2,9 2061:1
2066:1,16,23
2067:10,28
2068:5 2071:5,6
2071:14 2078:4
2094:6,8 2106:3
**talcum** 1:7 2021:3
2055:23 2112:7
**talk** 2026:13
2033:23,25
2035:28 2036:5
2037:23,26,27
2040:19 2046:5
2049:7 2063:28
2067:1,2 2070:26
2079:10 2085:25
2086:7 2092:8
2093:28 2101:6
**talked** 2063:27
2078:11 2086:18
2087:23 2093:27
2095:10 2096:26
2107:22 2108:10
**talking** 2044:8
2051:23 2058:25
2065:12 2067:3
2069:3 2070:24
2086:9,11
2103:12
**talks** 2023:25
2082:1
**tasks** 2084:27
**tea** 2094:16,23
**teach** 2074:12,12
2082:16
**teaching** 2083:17
2093:15
**team** 2037:21
2082:10 2090:12
**technical** 2076:10

**telephone** 2089:13
**tell** 2037:4,6
2045:13 2059:18
2059:26 2074:9
2074:23 2075:9
2079:16 2082:20
2088:16 2096:6
2097:1 2110:18
**tells** 2088:16
**tem** 2112:13
**Tempore** 1:28
2112:27
**ten-minute** 2072:3
2072:4
**tend** 2056:9
**term** 2080:4
**terms** 2053:22
2063:28 2067:4
2067:23
**Terry** 2025:23,23
2026:5,6,13,21,22
**tested** 2067:22
**testified** 2043:22
2043:24 2051:18
2051:24 2054:14
2055:26 2057:23
2057:25,26
2062:1 2063:13
2063:24 2064:26
2069:22,23
2106:2
**testify** 2070:8
**testifying** 2034:11
**testimony** 2022:9
2023:15,18
2030:24 2033:17
2033:20 2056:14
2057:1,2 2061:6
2063:12 2065:16
2069:19,21
2070:23 2072:25
2075:23 2077:21
2077:24 2080:5
2106:5 2112:17
**text** 2026:6
**texting** 2038:13
**thank** 2021:26,27

2022:3,25
2029:12,15
2032:23 2034:18
2035:8 2037:8,17
2037:27 2038:25
2038:26,28
2040:16 2049:5
2049:17 2052:19
2052:27 2067:14
2071:26 2072:1,8
2073:2,8,22
2076:9,16
2077:13 2078:21
2079:6 2081:15
2082:12 2085:22
2088:18 2089:5
2095:19 2099:13
2104:15,20
2105:21,22,25
2107:5,6 2110:17
2111:12
**theoretical** 2092:4
2092:5
**theory** 2080:16
**they'd** 2106:7
**thing** 2023:27
2031:16 2041:24
2043:4 2062:8
2105:13,15
**things** 2029:21
2032:27 2045:22
2067:4 2070:5
2072:2,2 2081:11
2083:9 2084:4
2086:3 2087:2
2089:16 2091:26
2093:21 2094:19
2100:26 2101:27
**think** 2021:28
2023:5,13
2024:19 2025:17
2026:28 2027:10
2027:17 2028:23
2029:1,14,25
2031:5 2032:14
2032:23 2034:14
2035:5,6 2036:6

2036:23,26
2039:8,8,9
2046:10 2049:18
2052:10,12
2056:25 2060:5
2060:14 2061:21
2065:9 2066:11
2078:3 2080:3
2084:13 2095:20
2096:9 2097:4
2099:8 2102:16
2103:24 2106:28
2107:23 2109:17
2109:18 2110:4,5
**thought** 2028:25
2040:8 2060:22
2061:24 2062:11
2063:14 2069:4,6
2075:21 2091:9
2094:13 2096:21
2105:17
**thousand** 2044:13
2046:16 2048:22
2060:16,19
**thousands** 2090:21
**three** 2061:20
2069:19
**tied** 2026:23
2032:4
**time** 2021:8
2029:26,28
2030:1 2034:15
2036:5,16 2044:7
2049:7 2053:25
2055:2 2056:23
2056:24 2060:13
2067:28 2069:16
2070:9 2072:7,22
2080:9,16
2084:15 2088:4
2088:21 2090:23
2099:9,11 2102:6
2104:4 2106:6,21
2107:9 2109:4
2110:20,23
**timer** 2035:19
**times** 2038:22

2057:10 2069:24
2070:22
**tissue** 2040:27
2041:21 2043:19
2043:25 2046:20
2046:21,24,25,26
2046:27,28
2047:1,4,6,8,9,28
2048:16,17,18,24
2049:13 2050:11
2050:14,19
2051:7,27
2052:23 2054:2,5
2054:6 2055:2,22
2058:15,18
2059:28 2060:28
2066:25,28
2067:27,28
2068:16,17,18
2071:14
**tissues** 2043:3
2047:26,27
2048:6 2054:17
2061:23 2062:10
2062:23
**title** 1:6 2036:9
2095:16 2112:6
**tobacco** 2036:22,28
**today** 2040:5
2057:15,23,25,26
2059:8 2074:18
2078:3 2088:1
2107:27
**told** 2038:3 2091:9
2095:11
**tomorrow** 2032:17
2039:4 2078:8
2104:28 2105:3,9
2106:14 2107:9
2108:6
**tonight** 2104:18
**tool** 2026:17
**top** 2031:24
2042:15 2080:23
2085:19
**topic** 2049:6
2053:4 2057:13

2083:21 2086:18
2087:9 2092:11
2092:13,18
2103:4,25
**topics** 2040:4
2074:12 2086:27
2087:6,12 2103:8
2103:10
**totality** 2024:13
**totally** 2027:5
**track** 2027:21
**tragic** 2037:12
**training** 2074:8
2075:14 2103:17
**Tram** 2021:25
**transcript** 1:11
2106:28 2107:2,3
2112:17
**treat** 2074:1
2081:16
**treating** 2083:7
**treatment** 2081:9
**treats** 2091:8
**tremendous** 2083:3
2103:8
**trial** 2038:12
2039:17 2072:20
2076:4 2077:4
**trials** 2106:21
**tried** 2023:4
**troubled** 2022:15
**true** 2038:2
2053:10 2056:6
2058:23 2060:24
2060:24 2062:8
2065:7 2066:15
2080:24,25
2112:16
**truly** 2062:16
**truth** 2072:27,27
2072:27
**try** 2031:4 2034:23
2035:20 2054:23
2101:23 2107:10
**trying** 2024:11
2029:11,14
2055:13 2063:2

2068:19 2082:27
2103:3
**tumor** 2044:28
2046:21,25,26
2047:6,9 2060:26
2068:11,15,15,20
2068:21
**tumors** 2046:20
2058:14,18
**turn** 2087:20,26
2110:2
**turns** 2048:10,21
2048:28
**TV** 2092:27
**two** 2022:12
2024:26 2032:27
2035:24 2039:17
2044:9 2046:7
2047:22 2060:25
2067:3 2071:18
2071:23,23
2080:9 2083:13
2098:11 2105:26
2110:4
**type** 2028:8
2031:17 2032:2
2058:22,27
2069:10 2080:12
2087:15 2091:6
2091:24 2097:2
2100:14
**types** 2022:13,22
2053:13 2083:11
2083:23 2084:16
2085:22 2088:3
2092:8 2093:8,12
2096:18
**typical** 2057:16
**typically** 2053:10

---
**U**

**U.S** 2090:11
2097:19 2099:21
2100:28
**ubiquitous** 2071:6
**ultimately** 2049:15
**Um** 2057:2 2066:4

**umbrella** 2097:21
**uncommon**
2048:23
**underlying**
2023:15
**underneath**
2026:25
**understand** 2022:8
2022:21 2024:20
2027:4,7 2029:24
2054:24 2064:16
2078:14 2081:15
2089:21,23
2105:12
**understanding**
2027:19 2028:1
2030:6,7 2047:2
2057:17 2070:18
2078:17,27
2081:12 2109:26
**understood**
2024:28 2106:9
**undertakes**
2033:15
**Unfortunately**
2087:18
**union** 2100:6
**United** 2073:21
2084:7 2086:10
2086:12 2090:13
2097:23 2099:15
**universities**
2081:24,28
2083:13 2086:6
**university** 2075:18
2079:19 2081:25
2081:26 2082:5,8
2082:14 2083:22
2084:18,25
2086:13
**unmistakable**
2066:20
**unusual** 2037:2
**use** 2021:28 2022:8
2025:7 2026:18
2029:6,17
2035:20 2037:2

2041:12 2043:17
2064:23 2067:8
2089:22 2099:11
2104:4
**useful** 2075:21,21
**uses** 2023:28
2081:8
**usually** 2045:5,5,9
2083:27 2108:15

---

**V**

**vaccination**
2082:26 2087:2,5
**valid** 2022:11
2037:14 2083:25
2103:4
**validity** 2085:6
2089:14,22
2102:25
**Valley** 2099:3
**value** 2036:19
**variable** 2062:15
**variety** 2050:19
2083:3 2087:6,11
**various** 2031:3
2032:4 2050:13
2055:2 2082:24
2091:22 2093:27
2097:11,14
**vast** 2087:15
**VD** 2:3
**venues** 2085:10
**version** 2027:17
2032:21
**view** 2024:10
2039:23 2062:17
2092:6 2093:3
**virtually** 2048:16
**virus** 2080:17
**vis-a-vis** 2034:12
**visible** 2039:22
**visit** 2087:18
**vitae** 3:9 2075:26
2076:2,18 2086:2
2087:21,26
2088:2 2089:3
2094:26

**vitro** 2050:12

---

**W**

**wait** 2027:11
2036:10 2039:21
2109:1
**waited** 2069:14
**want** 2029:19,21
2031:9 2032:22
2035:16,19
2037:2 2039:21
2040:4,9,10,16
2041:21,24
2044:10 2049:6,9
2068:16 2069:13
2088:24 2092:10
2104:17 2109:14
2109:15,25
2110:1
**wanted** 2038:10
2039:3 2044:6
2045:13 2075:13
2105:21 2107:1
**wanting** 2039:4
**wants** 2023:10
2036:22
**warning** 2038:26
**Washington**
2090:13
**wasn't** 2028:18
2030:20,20
2039:26 2055:16
2057:1 2070:10
2108:4
**water** 2022:18
2023:8 2048:2,2,3
2050:15 2097:20
2100:1
**way** 2022:20
2024:2,22
2031:18 2037:5
2057:19 2064:2
2075:15 2083:25
2084:3 2090:20
2100:9 2108:27
2109:1,4 2110:7
**ways** 2084:24

2089:16
**we'll** 2035:28
2036:5 2039:7
2072:14 2084:15
2104:1 2105:4,12
2106:15 2110:13
2110:27
**we're** 2029:7,26,28
2031:9 2036:2,27
2038:21 2040:19
2043:16,20
2044:2 2046:22
2047:3 2048:7,8
2053:15,25
2054:28 2055:3,8
2055:10 2058:25
2059:7 2069:26
2101:23 2104:27
2107:23 2109:4
**we've** 2021:14,28
2025:7 2039:15
2053:17 2063:26
2070:2 2095:10
2105:10 2106:3
2108:19
**week** 2109:17
**weekend** 2039:5
**Wehner's** 2037:15
2037:16
**welcome** 2073:21
2104:13
**went** 2033:11
2070:12 2102:18
2110:24
**Whosever** 2109:24
**wide** 2032:7
2057:20,27
**Williams** 2037:19
2038:2 2039:11
2040:11 2042:17
2044:7,22 2046:7
2049:12,23
2050:4 2051:20
2051:23 2052:14
2053:3 2055:11
2055:15,16,21
2056:13,17

2057:1 2061:2,4,9
2061:13,16
2062:28 2063:7
2063:10,11
2064:19,20
2065:12,14,25
2066:10,12,14,15
2067:13 2068:22
2069:1 2070:3
2071:27 2072:13
2105:9 2106:6,9
2107:5
**wish** 2072:21
2078:24
**wishes** 2099:12
**witness** 2:3
2051:24 2064:17
2065:21 2069:11
2070:8 2072:21
2073:1,6 2074:4
2078:23,27
2099:7,8,14
2104:15,20
**woman's** 2052:23
2052:25
**women** 2067:27
2071:6
**women's** 2051:27
2071:11
**wonderfully**
2111:11
**wondering** 2109:8
**wooden** 2062:26
**word** 2044:8,18,26
2058:4 2064:23
**words** 2044:13
2047:11 2051:11
2060:16,20
**work** 2021:17
2075:21,22
2086:19 2088:6
2093:23 2102:2
2102:24 2103:14
2103:21
**worked** 2111:9,11
**workers** 2083:6,7
2091:10,15

2095:25 2099:15
2099:15 2100:6
**working** 2090:18
**Workplace**
2095:18
**workplaces**
2093:11
**works** 2110:19
**world** 2024:8
2075:15 2080:23
2084:8 2085:24
2086:9,11
2090:27 2092:26
2098:4
**worth** 2044:13
2060:16,19
2103:5
**wouldn't** 2024:6,18
2088:24
**wrap** 2101:23
**writing** 2060:20
**written** 2060:23,25
2064:4,10,28
2065:12,14,18
2108:10
**wrote** 2074:24

---

**X**

**X** 2:1 3:1

---

**Y**

**yeah** 2048:17
2060:1 2082:23
2100:23
**year** 2055:28
2092:24 2093:1
2101:3,9
**years** 2049:25,26
2049:28 2051:7
2051:14 2052:1,4
2053:12,18,19
2054:13,18
2056:1,4,8,28
2057:4 2080:9
2081:22 2084:18
2090:1,9,27
2098:10,11,17

2099:1,1 2101:20
**yes-or-no** 2063:5
**yesterday** 2030:22
   2035:15 2049:12
**York** 2035:21
**young** 2095:3

**Z**

**ZUKIN** 2107:9
   2109:22,27
   2110:10,13,17,27

**0**

**1**

**1** 2049:28 2050:28
   2053:12 2054:13
   2054:16,17
   2056:8,28 2057:4
   2057:22
**1-** 2053:15 2057:11
**1-micron** 2049:25
   2051:6 2053:17
   2053:22
**1,000** 2058:11
**1:41** 2021:8
**10** 2051:27 2053:21
   2054:17,18
   2061:7 2084:23
   2087:27,27
   2098:17 2102:19
**10-micron-sized**
   2053:15
**108** 2034:4
**11** 2046:1 2085:27
   2090:15
**12** 2046:1 2091:21
   2097:7
**13** 2056:15 2097:1
   2100:18,18
**137** 2047:22
**1472** 2046:11
   2058:10
**149** 2092:12
**15** 2070:2 2099:1
**150** 2086:16
   2097:10

**163** 2056:14
**169** 2058:2
**173** 2093:4,5,7
**18** 2034:4 2061:7
**1950s** 2099:5,18
**1960s** 2027:27
   2028:12
**1970** 2028:19
**1970s** 2027:27
   2028:13
**1990s** 2027:24
   2029:9,18
   2099:28 2101:4

**2**

**2** 2032:5 2054:16
   2054:18 2074:21
**2-micron** 2053:18
   2053:22 2056:4
**2-micron-sized**
   2057:11
**2:09** 2040:2
**2:29** 2053:2
**2:53** 2067:17
**20** 2049:28 2053:12
   2053:19 2054:13
   2054:18 2056:1,4
   2056:8,28 2057:4
   2098:8 2099:1
   2102:19
**200,000** 2098:20
**2002** 2033:8
**2010** 2092:24
**2013** 2025:23
   2026:5,6
**2016** 2056:14
   2077:17 2078:2
**2017** 1:12 2021:4
   2061:6 2111:15
   2112:18,20
**2021-2111** 2112:16
**2040** 2:8
**2053** 2:8
**2067** 2:9
**2073** 2:10
**2076** 3:8
**2077** 3:6

**209** 2094:13,15
**219** 2094:27
**22** 2061:7
**230** 2085:8 2087:24
   2088:22
**2351** 1:27 2021:7
   2112:13,26
**25** 2101:21
**27** 2095:21
**29** 2091:4

**3**

**3** 1:12 2021:4
   2022:7 2042:26
   2112:18
**3.55** 1:6 2112:6
**3:02** 2072:15
**3:28** 2072:15
**3:30** 2073:11
**30** 2035:17 2090:1
   2090:27 2102:22
**307** 1:4 2021:5
   2112:4
**30th** 2061:6
**340** 2085:12
**39** 2048:14
**3rd** 2112:20

**4**

**4** 2022:7 2042:27
   2056:15 2077:17
   2111:15
**4:23** 2103:22
**4:37** 2111:14
**40** 2081:22 2084:18
   2102:22
**400** 2058:22
**40B** 2060:6,6
**45** 2103:12
**48** 2027:22
**4872** 1:6 2021:1
   2112:6
**49** 2027:22
**4th** 2078:2

**5**

**5** 2053:21 2056:14

**50** 2057:21 2085:11
   2102:22
**50s** 2099:25
**52** 2076:27
**56** 2025:17,18,19
**567** 3:6 2077:3,4,10
**569B** 3:8 2076:1,4
   2076:7,15
   2087:27

**6**

**6** 2032:24 2079:7
   2079:15 2089:10
**60** 2102:22
**60s** 2099:5,18,25
**63** 2091:17
**66** 2027:16,17
   2052:8

**7**

**7** 2106:22
**72** 2052:4
**73** 2025:16 2032:20
   2032:21
**74** 2030:27
**745** 2036:8

**8**

**8** 2052:3 2058:2

**9**

**9** 2037:17 2038:5
   2038:16,20,25
   2053:18 2083:14
   2084:22 2089:24
**9:30** 2107:10,13
   2111:15
**90** 2051:28
**93** 2085:13