# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

**DECLARATION OF JESSICA DAVIDSON IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO EXCLUDE THE OPINIONS OF DRS. MICHAEL FINAN, CHERYL SAENZ AND KEVIN HOLCOMB**

I, Jessica Davidson, declare as follows:

I am an attorney and a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Johnson & Johnson and LLT Management, LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Memorandum of Law in Opposition to the Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Drs. Michael Finan, Cheryl Saenz and Kevin Holcomb.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the CV of Kevin Holcomb.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the CV of Michael Finan.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Terry, *Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls*, 6(8) Cancer Prev. Res. 811 (2013).

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Third Amended Report of Jack Siemiatycki, May 27, 2024, in this case.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Third Amended Report of Anne McTiernan, May 28, 2024, in this case.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the Report of Arch Carson, November 16, 2018, in this case.

7. Attached hereto as **Exhibit 7** is a true and correct copy of Report of Judith Zelikoff, November 16, 2018, in this case.

8. Attached hereto as **Exhibit 8** is a true and correct copy of relevant excerpts of the transcript of the deposition of Daniel Clarke-Pearson, August 26, 2021, in this case.

9. Attached hereto as **Exhibit 9** is a true and correct copy of relevant excerpts of the transcript of the deposition of Michele Cote, March 21, 2024, in this case.

10.     Attached hereto as **Exhibit 10** is a true and correct copy of relevant excerpts of the transcript of the deposition of Patricia Moorman, January 25, 2019, in this case.

11.     Attached hereto as **Exhibit 11** is a true and correct copy of relevant excerpts of the transcript of the deposition of Judith Wolf, January 7, 2019, in this case.

12.     Attached hereto as **Exhibit 12** is a true and correct copy of relevant excerpts of the transcript of the deposition of Judith Wolf, September 13, 2021, in this case.

13.     Attached hereto as **Exhibit 13** is a true and correct copy of relevant excerpts of the transcript of the deposition of Judith Wolf, September 14, 2021, in this case.

14.     Attached hereto as **Exhibit 14** is a true and correct copy of relevant excerpts of the transcript of the deposition of Judith Wolf, April 25, 2024, in this case.

15.     Attached hereto as **Exhibit 15** is a true and correct copy of relevant excerpts of the transcript of the deposition of Shawn Levy, May 8, 2024, in this case.

16.     Attached hereto as **Exhibit 16** is a true and correct copy of relevant excerpts of the transcript of the deposition of Jack Siemiatycki, March 27, 2024, in this case.

17.     Attached hereto as **Exhibit 17** is a true and correct copy of relevant excerpts of the transcript of the deposition of Judith Zelikoff, January 21, 2019, in this case.

18.     Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts of the transcript of the deposition of Rebecca Smith-Bindman, February 7, 2019, in this case.

19. Attached hereto as **Exhibit 19** is a true and correct copy of relevant excerpts of the transcript of the deposition of Laura Plunkett, December 19, 2018, in this case.

20. Attached hereto as **Exhibit 20** is a true and correct copy of relevant excerpts of the transcript of the deposition of Laura Plunkett, December 21, 2023, in this case.

21. Attached hereto as **Exhibit 21** is a true and correct copy of relevant excerpts of the transcript of the deposition of Sarah Kane, January 25, 2019, in this case.

22. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts of the transcript of the deposition of Ghassan Saed, January 23, 2019, in this case.

23. Attached hereto as **Exhibit 23** is a true and correct copy of the Report of Kevin Holcomb, February 25, 2019, in this case.

24. Attached hereto as **Exhibit 24** is a true and correct copy of Egli & Newton, *The Transport of Carbon Particles in the Human Female Reproductive Tract*, 12(2) Fertil. Steril. 151 (1961).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2024

*Jessica Davidson*
_____
Jessica Davidson