# EXHIBIT 1

Kevin Holcomb, MD



# KEVIN HOLCOMB, MD

Kholcombmd@gmail.com  |  646-662-0791  |  New York, NY 10065

## Professional Summary

I am a board-certified gynecologic oncologist with over 20 years of experience working in major academic medical centers. Leveraging my expertise in innovative program development, mentorship, and healthcare leadership, I grow programs dedicated to excellence in clinical care, research, and clinical training. Adept at fostering collaboration, I have excelled in a variety of leadership capacities, including Division Director, Vice-Chair of Gynecology, acting Chair of Obstetrics and Gynecology, and Associate Dean of Admissions.

## Education

Medical Doctor
New York Medical College | Valhalla, New York
June 1992

Bachelor of Arts in College Scholar Program
Cornell University | Ithaca, New York
June 1988

## Post-Doctoral Training

Residency, Obstetrics and Gynecology
New York Hospital-Cornell Medical Center | New York, NY
July 1992-June 1996

Fellowship, Gynecologic Oncology
SUNY Downstate/Kings County Hospital | Brooklyn, New York
July 1996-June 1999

## Licensure

Kevin Holcomb, MD

New York State | Issued March 17, 1995 | Last registration March 31, 2023

## Board Certification

American Board of Obstetrics and Gynecology, Obstetrics and Gynecology
Certificate no. 960812
November 2000- Present

American Board of Obstetrics and Gynecology, Gynecologic Oncology
Certificate no. 960812O
April 2002- Present

## Professional Positions and Employment

### Academic Positions

Professor of Clinical Obstetrics and Gynecology
Weill-Cornell Medical College | New York, NY
2021-Present

Associate Professor of Clinical Obstetrics and Gynecology
Weill-Cornell Medical College | New York, NY
2006-2021

Assistant Professor of Clinical Obstetrics and Gynecology
Weill-Cornell Medical College | New York, NY
2006-2006

Assistant Professor of Clinical Obstetrics and Gynecology
Columbia College of Physicians and Surgeons | New York, NY
2001-2006

### Administrative Positions

Vice-Chair of Gynecology, Department of Obstetrics and Gynecology
Weill-Cornell Medical College | New York, NY
2018-Present

Associate Dean for Admissions
Weill-Cornell Medical College | New York, NY
2020- Present

Acting Chair, Department of Obstetrics and Gynecology
Weill-Cornell Medical College | New York, NY
May 2018-September 2018

Kevin Holcomb, MD

Co-Chair, Gynecologic Oncology Disease Management Team
Weill-Cornell Medical College| New York, NY
2017-2019

Vice-President, New York-Weill Cornell Center Alumni Council.
Weill-Cornell Medical College| New York, NY
2023-Present

Chair, Membership Committee. New York-Weill Cornell Center Alumni Council.
Weill-Cornell Medical College| New York, NY
2019-Present

Member. Committee on Admissions. Weill-Cornell Medical College.
Weill-Cornell Medical College| New York, NY
2018- 2020

Faculty Advisor, Black and Latino Men in Medicine
Weill-Cornell Medical College| New York, NY
2016-Present

Director of Gynecologic Oncology, Department of Obstetrics and Gynecology
Weill-Cornell Medical College| New York, NY
2013-2019

Member, Perioperative Services Executive Committee.
New York-Presbyterian Hospital/Weill-Cornell
2013-Present

Member, Quality Assurance Committee, Department of Obstetrics and Gynecology
Weill-Cornell Medical College| New York, NY
2013-Present

Member, Weill-Cornell Clinical Study Evaluation Committee
Weill-Cornell Medical College| New York, NY
2013-Present

Gynecologic Oncology Fellowship Associate Program Director
New York Presbyterian Hospital combined Columbia/Cornell Program|New York, NY
2012-2017

Director of Gynecologic Oncology
Beth Israel Medical Center|New York, NY
2001-2006

## Clinical Appointments

Associate Attending Physician, Division of Gynecologic Oncology
New York-Presbyterian Hospital|New York, NY

Kevin Holcomb, MD

2006-Present

Attending Physician, Division of Gynecologic Oncology
Beth Israel Medical Center|New York, NY
2001-2006

Attending Physician, Division of Gynecologic Oncology
SUNY-Downstate Medical Center|Brooklyn NY
1999-2000

Attending Physician, Division of Gynecologic Oncology
Kings County Hospital| Brooklyn NY
1999-2000

## Current Research Support

A sUPR Driver of T Cell Metabolic Dysfunction in Ovarian Cancer
United States Department of Defense
Award amount: $1,017,000.00
Duration: September 2023-August 31, 2026
Principal Investigator: Juan Cubillos-Ruiz, PhD
Role: Co-Investigator
% Effort: 5%

PERK-Driven Stress Responses Regulate Dendritic Cell Function in Ovarian Cancer
United States Department of Defense
Award amount: $423,750.00
Duration: June 2021-June 2024
Principal Investigator: Juan Cubillos-Ruiz, PhD
Role: Co-Investigator
% Effort: 5%

Behavioral and Psychosocial Effects on Study Outcomes in End-Stage Cancer Treatment (BEST End-Stage Cancer Study)
National Cancer Institute
Award Amount: 1,016,491.00
Duration: August 2022-July 2029
Principal Investigator: Holly Prigerson, PhD
Role: Co-Investigator
% Effort: 5%

## Prior Research Support

Iron Chelation Therapy for Ovarian Cancer: Reprogramming the Tumor Microenvironment and Host Microbiome to Control Tumor Progression
United States Department of Defense

Kevin Holcomb, MD

Award amount: $423,750.00
Duration: March 2020-March 2022
Principal Investigator: Juan Cubillos-Ruiz, PhD
Role: Co-Investigator
% Effort: 5%

Pilot Study of Denosumab in BRCA1/2 Mutation Carriers Scheduled for Risk-Reducing Salpingo-Oophorectomy
National Cancer Institute
Award amount: $33,933
Duration: September 2017-September 2022
Principal Investigator: Kevin Holcomb, MD (Sub-award)
Role: Site PI of multi-institutional grant
% Effort: 2%

A Multicenter Prospective Study of CA 125 and HE4 Serum Biomarkers for Monitoring the Response to First-Line Therapy in Women with Primary Epithelial Ovarian, Fallopian Tube or Primary Peritoneal Cancers
Fujirebio Diagnostics, Inc.
Duration: 2014-Present
Role: Principal Investigator
% Effort: This is an investigator-initiated multicenter trial. I wrote the protocol, recruited the initial study sites, and will be the first author on the manuscript currently in preparation.

A Blinded Prospective Study of the Performance of HE4 to Predict Recurrence in Patients with Advanced Ovarian Cancer, Peritoneal Carcinoma, and Tubal Carcinoma
Fujirebio Diagnostics, Inc.
Duration: 2012-Present
Role: Principal Investigator
% Effort: This is an investigator-initiated multicenter trial. I wrote the protocol, recruited the initial study sites, and will be the first author on the eventual manuscript.

**Extramural Professional Responsibilities**

Gynecologic Cancer Panelist
Global Cancer Institute
2021-Present

Co-Chair, Coding and Reimbursement Committee
Society of Gynecologic Oncology
2019-2021

Member, Maternal Mortality Review Committee
New York City Department of Health
2018-Present

Member, Coding and Reimbursement Committee
Society of Gynecologic Oncology
2017-2019

Version Date: July 19, 2023                                             5

Kevin Holcomb, MD

Peer Reviewer
*JAMA Network Open*
2023-Present

Reviewer
*American Journal of Obstetrics and Gynecology*
2010-Present

Reviewer
*Obstetrics and Gynecology*
2010-Present

Reviewer
*Journal of the American Medical Association*
2004-2005

Reviewer
*Gynecologic Oncology*
2003-Present

Reviewer
*Clinical Cancer Research*
2010-Present

## Professional Memberships

New York Gynecologic Society 2018-Present
New York Obstetrical Society 2004-Present
Society of Gynecologic Oncology 2002-Present
Fellow, American College of Obstetrics and Gynecology 2001-Present
National Medical Association 1999-Present

## Invited Presentations

Invited Speaker. Austrian American Foundation Symposium on Obstetrics and Gynecology. Salzburg Austria. 2020

Keynote Speaker: Robert C Knapp Annual Lecture in Gynecologic Oncology. Brigham and Women's Hospital, Boston MA. 2019

Invited Speaker. Brigham and Women's Hospital, Department of Obstetrics and Gynecology Grand Rounds. Boston MA. 2019

Invited Speaker: "Fertility Sparing Surgery in Uterine Sarcoma". NRG Oncology Summer Symposium. Philadelphia PA. 2019

Kevin Holcomb, MD

Invited Speaker. Maimonides Medical Center Department of Obstetrics and Gynecology Grand Rounds. Brooklyn NY. 2019

Invited Speaker. Rutgers Robert Wood Johnson Medical School Department of Obstetrics and Gynecology Grand Rounds, Newark NJ. 2018

Keynote Speaker. Black Biomedical and Technical Association Conference. Cornell University. Ithaca, NY. 2018

Invited Speaker. New York Roentgen Society Annual Meeting. New York, NY. 2015

The Evolving Role of HPV Testing in Cervical Cancer Screening. National Medical Association Annual Meeting. Detroit MI. 2015

Serum Biomarkers in Ovarian Cancer Detection. Grand Rounds Lecture, Department of Obstetrics and Gynecology. Lenox Hill Hospital. New York, NY. 2015

Healthcare Disparities in Gynecologic Oncology. 2014 Globeathon to End Women's Cancers. Washington, DC. 2014

Cervical Cancer Prevention in Developing Nations: Screening versus Prophylactic HPV Vaccination The 9nd Annual Asian Pacific Congress on Controversies in Obstetrics Gynecology and Infertility. Ho Chi Min City, Vietnam. 2014

Single-Site Robotic Gynecologic Surgery: The Initial Cornell Experience. Fudan University Shanghai Cancer Center Symposium, Shanghai, China. 2014

Keynote Address: The History and Significance of CA 125. Georgia Obstetrics Society Annual Meeting. Sea Island, GA. 2014

Team approach to glandular lesions on Pap smears. American Society of Clinical Pathology Annual Meeting. Boston, MA. 2012

Invited Speaker. National Medical Association Annual meeting. Obstetrics and Gynecology Section. New Orleans, LA. 2012

Invited Speaker. American Congress of Obstetrics and Gynecology, District II annual meeting. New York, NY. 2011

Keynote Speaker. The Florida Society of Gynecologic Oncologists Annual Meeting. Long Boat Key, FL. 2010

Invited Speaker: The 2nd Annual Asian Pacific Congress on Controversies in Obstetrics Gynecology and Infertility. Shanghai, China. 2007

## Honors and Awards

SHARE Ann Grant Advocacy Leadership Award 2022

Weill-Cornell Pioneers in Diversity. The Bruce Ballard Award for Mentorship. 2019

National Association of Health Services Executives. New York Regional Chapter. Men of Distinction Award. 2019

Kevin Holcomb, MD

Harlem Fine Arts Show. Modern Day Healer Award. 2018

Chanel Award for Achievement in Obstetrics and Gynecology. 2011

New York Magazine "Best Doctors". 2010-Present

Castle-Connolly, Top Doctors New York Metropolitan Area. 2009-Present

Black Enterprise Magazine: Top Doctors in America. 2008

Black Enterprise Magazine "The HotList; America's Most Powerful Players under 40". 2005

The Network Journal "40 Under 40" Award. 2005

# Bibliography

## Articles in professional peer-reviewed journals

1.  Fruchter R, Maiman M, Arrastia CD, Matthews R, Gates EJ, **Holcomb K**. Is HIV Infection a Risk Factor for Advanced Cervical Cancer? *J Acquir Immune Defic Syndr Hum Retrovirol* 1998 Jul 1;18(3)**:**241-245

2.  **Holcomb K**, Abulafia O, Matthews RP, Gabbur N, Lee YC, Buhl A. The effect of pretreatment staging laparotomy on survival in locally advanced cervical carcinoma. *Eur J Gynecol Oncol* 1999;20(2):90-93

3.  **Holcomb K**, Matthews RP, Abulafia O, Chapman J, Lee YC, Buhl A. The significance of ASCUS in HIV-positive women. *Gynecol Oncol* 1999;75:118-121

4.  **Holcomb K**, Matthews RP, Abulafia O, Chapman J, Lee YC, Buhl A. The efficacy of cervical conization in the treatment of cervical intraepithelial neoplasia in HIV-positive women. *Gynecol Oncol* 1999;74:428-431

5.  Abulafia O, Ruiz J, **Holcomb K**, Dimaio T, Matthews R, Lee YC. Angiogenesis in Stage I invasive and low malignant potential epithelial ovarian carcinoma. *Obstet Gynecol* 2000 Apr 1;95(4):548-552

6.  **Holcomb K**, DiMaio TM, Nicastri AD, Matthews RP, Lee YC, Buhl A. Cone biopsy and pathologic findings at radical hysterectomy in stage I cervical carcinoma. *Obstet Gynecol* 2001 Nov;98(5 Pt 1):779-82

7.  **Holcomb K**, Gabbur N, Tucker T, Matthews R, Lee Y, Abulafia O. $^{60}$Cobalt versus linear accelerator in the treatment of locally advanced cervix carcinoma: A comparison of survival and recurrence patterns. *Eur J Gynaecol Oncol*. 2001;22(1):16-9.

8.  **Holcomb K**., Delatorre R, Pedemonte B, McLeod C, Anderson L, Chambers JT. E-cadherin expression in endometrioid, papillary serous, and clear cell carcinoma of the endometrium. *Obstet Gynecol* 2002 Dec;100(6):1290-95.

Kevin Holcomb, MD

9.  Seto-Young D, Leonardi O, **Holcomb K**, Park A, Salehi M, Chang P, Yih M, Rosenwaks Z, Poretsky L. Hormonally active non-transformed human ovarian cell culture from oophorectomy specimens: methods of development and characterization. *Horm Res*. 2005;64(5):238-47

10. Seto-Young D, Paliou M, Schlosser J, Avtanski D, Park A, **Holcomb K**, Chang P, Poretsky L**.**Thiazolidinedione action in the human ovary: direct effects on steroidogenesis and insulin-like growth factor binding protein-1 (IGFBP-1) production. *J Clin Endocrinol Metab*. 2005 Nov;90(11):6099-105

11. Seto-Young D, Avtanski D, Strizhevsky M, Parikh G, Patel P, Kaplun J, **Holcomb K**, Rosenwaks Z, Poretsky L. Interactions among peroxisome proliferator activated receptor-gamma, insulin signaling pathways, and steroidogenic acute regulatory protein in human ovarian cells. J Clin Endocrinol Metab 92(6): 2232-9.

12. Huang M, Chadha MD, Musa F, Friedmann P, Kolev C, Holcomb K.  Lymph nodes: is total number or station number a better predictor of lymph node metastasis in endometrial cancer? *Gynecol Oncol*. 2010 Nov;119(2):295-8

13. Frey MK, Inhow SB, Heyman KP, Slomovitz BM, Kessler R, Worely MJ, **Holcomb K**. Minimally invasive staging of endometrial cancer is feasible and safe in elderly women. J Minim Invasive Gynecol. 2011 Mar-Apr;18(2):200-4.

14. **Holcomb K**, Vucetic Z, Miller MC, Knapp RC. Human epididymis protein 4 offers superior specificity in the differentiation of benign and malignant adnexal masses in premenopausal women. Am J Obstet Gynecol. 2011 Oct;205(4):358.e1-6.

15. Musa F, Huang M, Adams B, Pirog E**, Holcomb K**. Mucinous histology is a risk factor for nodal metastases in endometrial cancer. *Gynecol Oncol.* 2012 Jun;125(3):541-5.

16. Musa F, Frey MK, Im HB, Chekmereva M, Ellenson LH, **Holcomb K**. Does the presence of adenomyosis affect and lymph-vascular invasion affect the risk of lymph node metastases in patients with endometrioid adenocarcinoma of the endometrium? Am J Obstet Gynecol. 2012 Nov;207(5):417.e1-6.

17. Frey MK, Biewald M, Worely MJ, Taylor J, Lin SN, **Holcomb K**.  Lynch syndrome awareness among medical students at a United States medical school. *Curr* Womens Health Rev. 2012 Aug;8(3):242-247.

18. Galic V, Schiavone MB, Herzog TJ, **Holcomb K**, Lewin SN, Lu YS, Neugut AI, Hershman DL, Wright JD. Prognostic significance of mucinous differentiation of endometrioid adenocarcinoma of the endometrium. *Cancer Invest.* 2013 Aug;31(7):500-4.

19. Nagar H, Boothe D, Parikh A, Yondorf M, Parashar B, Gupta D, **Holcomb K**, Caputo T, Chao KS, Nori D, Wernicke AG. Administration of concurrent vaginal brachytherapy during chemotherapy for treatment of endometrial cancer. *Int J Radiat* Oncol Biol Phys. 2013 Nov 15;87(4):665-9

20. Frey MK, Bashir S, Ward NM, Hensel KJ, Caputo TA, **Holcomb KM**, Baergen R, Gupta D.  Role of surgical staging and adjuvant treatment in uterine serous carcinoma.  *Eur. J. Gynaec. Oncol* 2013;24(5):453-456.

21. Kudesia R, Singer T, Caputo TA, **Holcomb KM**, Kligman I, Rosenwaks Z, Gupta D. Reproductive and oncologic outcomes after progestin therapy for atypical endometrial hyperplasia or carcinoma. *Am J Obstet Gynecol*. 2014 Mar;210(3):255.e1-4

Kevin Holcomb, MD

22. Lin SN, Taylor J, Alperstien S, Hoda R, **Holcomb K**. Does speculum lubricant affect liquid-based Papanicolau test adequacy? *Cancer Cytopathol*. 2014 Mar;122(3):221-6

23. Collins Y, **Holcomb K**, Chapman-Davis E, Khabele D, Farley JH. Gynecologic cancer disparities: A report from the Health Disparities Taskforce of the Society of Gynecologic Oncology. *Gynecol Oncol*. 2014 May;133(2):353-61

24. Frey MK, Taylor JS, Pauk SJ, Hughes D, Turbendian HK, Sapra KJ, **Holcomb K**. Knowledge of Lynch syndrome among obstetrician/gynecologists and general surgeons. *Int J Gynaecol Obstet*. 2014 Aug;126(2):161-4.

25. Bashir S, Jiang G, Joshi A, Miller C Jr., Matrai C, Yemelyanova A, Caputo TA, **Holcomb KM**, Ellenson LH, Gupta D. Molecular Alterations of PIK3CA in Uterine Carcinosarcoma, Clear Cell and Serous Tumors. *Int J Gynecol Cancer*. 2014 Sep;24(7):1262-7.

26. Taylor JS, Panico V, Caputo T, Gerber D, Gupta D, Pirog E, **Holcomb K**. Clinical outcomes of patients with adenocarcinoma in situ of the cervix treated by conization. *Eur J Gynaecol Oncol*. 2014;35(6):641-5.

27. Frey MK, Lin JF, Stewart LE, Makaroun L, Panico VJ, **Holcomb K**. Comparison of two minimally invasive approaches to endometrial cancer staging: A single surgeon experience. *J Reprod Med*. 2015 Mar-Apr;60(3-4):127-34.

28. Lekovich JP, Amrane S, Pangasa M, Pereira N, Frey MK, Varrey A, **Holcomb K**. Comparison of Human Papillomavirus Infection and Cervical Cytology in Women Using Copper and Levonorgestrel-Containing Intrauterine Devices. *Obstet Gynecol* 2015;125(5):1101-1105

29. Cubillos-Ruiz JR, Silberman P, Rutkowski MR, Perales-Puchalt A, Song M, Bettigole S, Gupta D, **Holcomb K**, Ellenson LH, Caputo T, Lee AH, Conejo-Garcia AR, Glimcher L. ER stress sensor XBP1controls anti-tumor immunity by disrupting dendritic cell lipid homeostasis. *Cell*. 2015 Jun 18;161(7):1527-38.

30. Orfanelli T, Doulaveris G, **Holcomb K**, Jeong J, Sisti G, Kanninen T, Caputo TA, Gupta D, Witkin S Inhibition of autophagy in peripheral blood mononuclear cells by vaginal fluid from women with a malignant adnexal mass. *Int J Cancer*. 2015 Dec 15;137(12):2879-84.

31. Nasioudis D, Sisti G, Kanninen TT, **Holcomb K**, Di Tommaso M, Fambrini M, Witkin SS. Epidemiology and outcomes of squamous ovarian carcinoma; a population-based study. *Gynecol Oncol*. 2016 Apr;141(1):128-33.

32. Manzerova J, Sison CP, Gupta D, **Holcomb K**, Caputo TA, Parashar B, Nori D, Wernicke AG. Adjuvant radiation therapy in uterine carcinosarcoma: A population-based analysis of patient demographic and clinical characteristics, patterns of care and outcomes. *Gynecol Oncol*. 2016 May;141(2):225-30.

33. Dinkelspiel HE, Matrai C, Pauk S, Pierre-Louis A, Chiu YL, Gupta D, Caputo T, Ellenson LH, **Holcomb K**. Does the Presence of Endometriosis Affect Prognosis of Ovarian Cancer? *Cancer Invest*. 2016 Mar 15;34(3):148-54.

34. Nagar H, Yan W, Parashar B, Nori D, Chao KS, Christos P, Gupta D, **Holcomb K**, Caputo T, Wernicke AG. Adjuvant Pelvic Radiation Therapy±Vaginal Brachytherapy in Patients With High-risk Stage I or Stage II Uterine Papillary Serous, Clear Cell, and High-grade Endometrioid Carcinoma. *Am J Clin Oncol*. 2016;39(4):335-339

Kevin Holcomb, MD

35. Nasioudis D, Sisti G, **Holcomb K**, Kanninen TT, Witkin SS..Malignant Brenner Tumors of the ovary; a population-based analysis. *Gynecol Oncol*. 2016 Jul;142(1):44-9

36. de Meritens AB, Kim J, Dinkelspiel H, Chapman-Davis E, Caputo T, **Holcomb K** . Feasibiility and Learning Curve of Robotic Laparo-Endoscopic Single Site Surgery in Gynecology**.** *J Minim Invasive Gynecol.* 2016 Nov 17. pii: S1553-4650(16)31169-4.

37. Nasioudis D, Chapman-Davis E, Witkin SS, **Holcomb K**. Prognostic significance of lymphadenectomy and prevalence of lymph node metastasis in clinically-apparent stage I endometrioid and mucinous ovarian carcinoma. *Gynecol Oncol*. 2016 Nov 28. pii: S0090-8258(16)31607-9

38. Nasioudis D, Alevizakos M, **Holcomb K**, Witkin SS. Malignant and borderline epithelial ovarian tumors in the pediatric and adolescent population. *Maturitas*. 2017 Feb;96:45-50.

39. Chaump M, Pirog EC, Panico VJ, D Meritens AB, **Holcomb K**, Hoda R. Detection of *in situ* and invasive endocervical adenocarcinoma on ThinPrep Pap Test: Morphologic analysis of false negative cases. *Cytojournal*. 2016 Dec 20;13:28.

40. Nasioudis D, Kampaktsis PN, Frey M, Witkin SS, **Holcomb K**. Primary lymphoma of the female genital tract: An analysis of 697 cases. *Gynecol Oncol*. 2017 Mar 9. pii: S0090-8258(17)30164-6

41. Nasioudis D, Kanninen TT, **Holcomb K**, Sisti G, Witkin SS. Prevalence of lymph node metastasis and prognostic significance of lymphadenectomy in apparent early-stage malignant ovarian sex cord-stromal tumors. *Gynecol Oncol*. 2017 Mar 11. pii: S0090-8258(17)30205-6.

42. Kanninen TT, Nasioudis D, Sisti G, **Holcomb K**, Di Tommaso M, Khalil S, Gojayev A, Witkin SS. Epidemiology of Second Primary Tumors in Women With Ovarian Cancer. *Int J Gynecol Cancer*. 2017 May;27(4):659-667

43. Nasioudis D, Chapman-Davis E, Frey M, **Holcomb K.** Safety of ovarian preservation in premenopausal women with stage I uterine sarcoma. *J Gynecol Oncol*. 2017 Jul;28(4):e46

44. Nasioudis D, Alevizakos M, Chapman-Davis E, Witkin SS, **Holcomb K**. Rhabdomyosarcoma of the lower female genital tract: an analysis of 144 cases. *Arch Gynecol Obstet*. 2017 Aug;296(2):327-334

45. Nasioudis D, Chapman-Davis E, Frey MK, Caputo TA, Witkin SS, **Holcomb K**. Should epithelial ovarian carcinoma metastatic to the inguinal lymph nodes be assigned stage IVB? *Gynecol Oncol*. 2017 Oct;147(1):81-84

46. Nasioudis D, Chapman-Davis E, Frey MK, Caputo TA, Witkin SS, **Holcomb K**. Could fertility-sparing surgery be considered for women with early stage ovarian clear cell carcinoma? *J Gynecol Oncol*. 2017 Nov;28(6):e71

47. Nasioudis D, Chapman-Davis E, Frey MK, Caputo TA, **Holcomb K**. Management and prognosis of ovarian yolk sac tumors; an analysis of the National Cancer Data Base. *Gynecol Oncol*. 2017 Nov;147(2):296-301

Kevin Holcomb, MD

48. Nasioudis D, Frey MK, Chapman-Davis E, Witkin SS, **Holcomb K**. Safety of Fertility-Sparing Surgery for Premenopausal Women With Sex Cord-Stromal Tumors Confined to the Ovary. *Int J Gynecol Cancer*. 2017 Nov;27(9):1826-1832

49. Nasioudis D, Frey MK, Chapman-Davis E, Caputo TA, **Holcomb K**. Fertility-preserving surgery for advanced stage ovarian germ cell tumors. *Gynecol Oncol*. 2017 Dec;147(3):493-496

50. Nasioudis D, Chapman-Davis E, Frey MK, Caputo TA, Witkin SS, **Holcomb K**. Small Cell Carcinoma of the Ovary: A Rare Tumor With a Poor Prognosis. *Int J Gynecol Cancer*. 2018 Jun;28(5):932-938

51. Nasioudis D, Minis E, Chapman-Davis E, Frey MK, Caputo TA, Witkin SS, **Holcomb K**. Minimally Invasive Staging of Apparent Stage I Malignant Ovarian Germ Cell Tumors: Prevalence and Outcomes. *J Minim Invasive Gynecol*. 2018 Jun 9. pii: S1553-4650(18)30307-8

52. Song M, Sandoval TA, Chae CS, Chopra S, Tan C, Rutkowski MR, Raundhal M, Chaurio RA, Payne KK, Konrad C, Bettigole SE, Shin HR, Crowley MJP, Cerliani JP, Kossenkov AV, Motorykin I, Zhang S, Manfredi G, Zamarin D, **Holcomb K**, Rodriguez PC, Rabinovich GA, Conejo-Garcia JR, Glimcher LH, Cubillos-Ruiz JR. IRE1$\alpha$-XBP1 controls T cell function in ovarian cancer by regulating mitochondrial activity. *Nature*. 2018 Oct;562(7727):423-428

53. Frey MK, Kopparam RV, Ni Zhou Z, Fields JC, Buskwofie A, Carlson AD, Caputo T, **Holcomb K**, Chapman-Davis E. Prevalence of nonfounder BRCA1/2 mutations in Ashkenazi Jewish patients presenting for genetic testing at a hereditary breast and ovarian cancer center. *Cancer*. 2019 Mar 1;125(5):690-697.

54. Nasioudis D, Chapman-Davis E, Frey MK, Caputo TA, Witkin SS, **Holcomb K**. Prognostic significance of residual disease in advanced stage malignant ovarian germ cell tumors *Int J Gynecol Cancer*. 2019 Mar;29(3):554-559.

55. Nasioudis D, Orfanelli T, Frey MK, Chapman-Davis E, Caputo TA, Witkin SS, **Holcomb K**. Role of adjuvant chemotherapy in the management of non-granulosa cell ovarian sex cord-stromal tumors. *J Gynecol Oncol*. 2019 Mar;30(2):e19. doi: 10.3802/jgo.2019.30.e19. Epub 2018

56. Wijk L, Udumyan R, Pache B, Altman AD, Williams LL, Elias KM, McGee J, Wells T, Gramlich L, **Holcomb K**, Achtari C, Ljungqvist O, Dowdy SC, Nelson G. International validation of Enhanced Recovery After Surgery Society guidelines on enhanced recovery for gynecologic surgery. *Am J Obstet Gynecol*. 2019 Apr 30. pii: S0002-9378(19)30613-1. doi: 10.1016/j.ajog.2019.04.028

57. Kahn RM, Gordhandas S, Maddy BP, Baltich Nelson B, Askin G, Christos PJ, Caputo TA, Chapman-Davis E, **Holcomb K**, Frey MK. Universal endometrial cancer tumor typing: How much has immunohistochemistry, microsatellite instability, and MLH1 methylation improved the diagnosis of Lynch syndrome across the population? *Cancer*. 2019 May 31. doi: 10.1002/cncr.32203

58. Nasioudis D, Kahn R, Chapman-Davis E, Frey MK, Caputo TA, Witkin SS, **Holcomb K**. Impact of hospital surgical volume on complete gross resection (CGR) rates following primary debulking surgery for advanced stage epithelial ovarian carcinoma. *Gynecol Oncol*. 2019 Aug;154(2):401-404. doi: 10.1016/j.ygyno.2019.05.016. Epub 2019 May 31.

59. Minis E, **Holcomb K**, Sisti G, Nasioudis D, Kanninen TT, Athanasiou A, Frey MK, Chapman-Davis E, Caputo TA, Witkin SS Evaluation of lysophosphatidic acid in vaginal fluid as a biomarker for ovarian cancer: A pilot study. *Eur J Obstet Gynecol Reprod Biol X*. 2019 Mar 18;2:100012. doi:10.1016/j.eurox.2019.100012. eCollection 2019 Apr

Kevin Holcomb, MD

60. Nasioudis D, **Holcomb K.** Incidence of isolated para-aortic lymph node metastasis in early-stage endometrial cancer. *Eur J Obstet Gynecol Reprod Biol.* 2019 Nov;242:43-46. doi: 10.1016/j.ejogrb.2019.09.003. Epub 2019 Sep 9.

61. Sailer V, Eng KW, Zhang T, Bareja R, Pisapia DJ, Sigaras A, Bhinder B, Romanel A, Wilkes D, Sticca E, Cyrta J, Rao R, Sahota S, Pauli C, Beg S, Motanagh S, Kossai M, Fontunge J, Puca L, Rennert H, Zhaoying Xiang J, Greco N, Kim R, MacDonald TY, McNary T, Blattner-Johnson M, Schiffman MH, Faltas BM, Greenfield JP, Rickman D, Andreopoulou E, **Holcomb K,** Vahdat LT, Scherr DS, van Besien K, Barbieri CE, Robinson BD, Fine HA, Ocean AJ, Molina A, Shah MA, Nanus DM, Pan Q, Demichelis F, Tagawa ST, Song W, Mosquera JM, Sboner A, Rubin MA, Elemento O, Beltran H. Integrative molecular analysis of patients with advanced and metastatic cancer. *JCO Precis Oncol*. 2019;3. doi: 10.1200/PO.19.00047. Epub 2019 Sep 20.

62. Nasioudis D, Musselman K, Gordhandas S, Chapman-Davis E, Frey MK, Caputo TA, **Holcomb KM.** Disparities in the Use of Adjuvant External Beam Radiation Therapy in Node-positive Cervical Cancer Patients Following Hysterectomy. *Am J Clin Oncol*. 2020 Jan;43(1):43-46.

63. Frey MK, Kahn RM, Chapman-Davis E, Tubito F, Pires M, Christos P, Anderson S, Mukherjee S, Jordan B, Blank SV, Caputo TA, Sharaf RN, Offit K, **Holcomb K**, Lipkin S. Prospective Feasibility Trial of a Novel Strategy of Facilitated Cascade Genetic Testing Using Telephone Counseling. *J Clin Oncol*. 2020 May 1;38(13):1389-1397

64. Nasioudis D, Frey MK, Chapman-Davis E, Caputo TA, **Holcomb K**. Primary malignant ovarian carcinoid; management and outcomes. Gynecol Oncol. 2020 Apr;157(1):101-105

65. Cagino K, Levitan D, Schatz-Siemers N, Zarnegar R, Chapman-Davis E, **Holcomb K**, Frey M. Multiple malignant transformations of an ovarian mature cystic teratoma. *Ecancermedicalscience*. 2020 Feb 4;14:1009

66. Nasioudis D, Frey MK, Chapman-Davis E, Caputo TA, **Holcomb K**. Outcomes of minimally invasive surgery for patients with endometrial carcinoma involving the cervix. *Int J Gynecol Cancer*. 2020 Apr 9 [Epub ahead of print]

67. Gordhandas S, Kahn RM, Gamble C, Talukdar N, Maddy B, Baltich Nelson B, Askin G, Christos PJ, **Holcomb K**, Caputo TA, Chapman-Davis E, Frey MK. Clinicopathologic features of endometrial cancer with mismatch repair deficiency. Ecancermedicalscience. 2020 Jun 18;14:1061.

68. Frey MK, Ellis AE, Zeligs K, Chapman-Davis E, Thomas C, Christos PJ, Kolev V, Prasad-Hayes M, Cohen S, **Holcomb K**, Blank SV. Impact of the coronavirus disease 2019 pandemic on the quality of life for women with ovarian cancer. Am J Obstet Gynecol. 2020 Nov;223(5):725.e1-725.e9.

69. Shushkevich A, Thaker PH, Littell RD, Shah NA, Chiang S, Thornton K, Hensley ML, Slomovitz BM, **Holcomb KM,** Leitao MM, Toboni MD, Powell MA, Levine DA, Dowdy SC, Klopp A, Brown J. State of the science: Uterine sarcomas: From pathology to practice. Gynecol Oncol. 2020 Oct;159(1):3-7.

70. Nasioudis D, Mulugeta-Gordon L, McMinn E, Frey MK, Chapman-Davis E, **Holcomb K**. Fertility sparing surgery for patients with FIGO stage I clear cell ovarian carcinoma: a database analysis and systematic review of the literature. Int J Gynecol Cancer. 2020 Sep;30(9):1372-1377.

71. Cagino K, Kahn R, Pannullo S, Ashamalla H, Chan S, Balogun O, Thomas C, Christos PJ, **Holcomb K**, Frey MK, Chapman-Davis E. Treatment patterns and outcomes among women with brain metastases from gynecologic malignancies. Gynecol Oncol Rep. 2020 Oct 31;34:100664.

Kevin Holcomb, MD

72. Frey MK, Fowlkes RK, Badiner NM, Fishman D, Kanis M, Thomas C, Christos PJ, Martin P, Gamble C, Balogun OD, Cardenes H, Gorelick C, Pua T, Nguyen L, **Holcomb K**, Chapman-Davis E. Gynecologic oncology care during the COVID-19 pandemic at three affiliated New York City hospitals. Gynecol Oncol. 2020 Nov;159(2):470-475.

73. **Holcomb KM**. Racial and Ethnic Disparities in Genetic Testing at a Hereditary Breast and Ovarian Cancer Center. J Gen Intern Med. 2021 Jan;36(1):35-42.

74. Knisely A, Zhou ZN, Wu J, Huang Y, **Holcomb K**, Melamed A, Advincula AP, Lalwani A, Khoury-Collado F, Tergas AI, St Clair CM, Hou JY, Hershman DL, D'Alton ME, Huang YY, Wright JD. Perioperative Morbidity and Mortality of Patients With COVID-19 Who Undergo Urgent and Emergent Surgical Procedures. Ann Surg. 2021 Jan 1;273(1):34-40.

75. Khabele D, **Holcomb K**, Connors NK, Bradley L. A Perspective on James Marion Sims, MD, and Antiblack Racism in Obstetrics and Gynecology. J Minim Invasive Gynecol. 2021 Feb;28(2):153-155.

76. Frey MK, Chapman-Davis E, Glynn SM, Lin J, Ellis AE, Tomita S, Fowlkes RK, Thomas C, Christos PJ, Cantillo E, Zeligs K, **Holcomb K**, Blank SV. Adapting and avoiding coping strategies for women with ovarian cancer during the COVID-19 pandemic. Gynecol Oncol. 2021 Feb;160(2):492-498

77. Nasioudis D, Frey MK, Chapman-Davis E, Caputo TA, **Holcomb KM**. Surveillance Only for High-risk FIGO Stage IA/IB Malignant Ovarian Germ Cell Tumors: Results From a National Cancer Database. Am J Clin Oncol. 2021 Mar 12. doi: 10.1097

78. Li X, Kahn RM, Wing N, Zhou ZN, Lackner AI, Krinsky H, Badiner N, Fogla R, Wolfe I, Bergeron H, Baltich Nelson B, Thomas C, Christos PJ, Sharaf RN, Cantillo E, **Holcomb K,** Chapman-Davis E, Frey MK. Leveraging Health Information Technology to Collect Family Cancer History: A Systematic Review and Meta-Analysis. JCO Clin Cancer Inform. 2021 Jun;5:775-788.

79. Mathad JS, Lee MH, Chalem A, Frey MK, Chapman-Davis E, Kopparam RV, Dayal AK, Wald G, Pinheiro LC, Satlin MJ, Goyal P, Safford MM, Salvatore M, **Holcomb K**. Sex-Related Differences in Clinical Presentation and Risk Factors for Mortality in Patients Hospitalized With Coronavirus Disease 2019 in New York City. Open Forum Infect Dis. 2021 Jul 9;8(8):ofab370

80. Chen YS, Zhou ZN, Glynn SM, Frey MK, Balogun OD, Kanis M, **Holcomb K**, Gorelick C, Thomas C, Christos PJ, Chapman-Davis E. Financial toxicity, mental health, and gynecologic cancer treatment: The effect of the COVID-19 pandemic among low-income women in New York City. Cancer. 2021 Jul 15;127(14):2399-2408.

81. Lin J, Sharaf RN, Saganty R, Ahsan D, Feit J, Khoury A, Bergeron H, Chapman-Davis E, Cantillo E, **Holcomb K**, Blank SV, Liu Y, Thomas C, Christos PJ, Wright DN, Lipkin S, Offit K, Frey MK. Achieving universal genetic assessment for women with ovarian cancer: Are we there yet? A systematic review and meta-analysis. Gynecol Oncol. 2021 Aug;162(2):506-516.

82. Christophers B, Nieblas-Bedolla E, Gordon-Elliott JS, Kang Y, **Holcomb K**, Frey MK. Mental Health of US Medical Students During the COVID-19 Pandemic. J Gen Intern Med. 2021 Oct;36(10):3295-3297.

Kevin Holcomb, MD

83. Al Zoughbi W, Fox J, Beg S, Papp E, Hissong E, Ohara K, Keefer L, Sigouros M, Kane T, Bockelman D, Nichol D, Patchell E, Bareja R, Karandikar A, Alnajar H, Cerqueira G, Guthrie VB, Verner E, Manohar J, Greco N, Wilkes D, Tagawa S, Malbari MS, **Holcomb K**, Eng KW, Shah M, Altorki NK, Sboner A, Nanus D, Faltas B, Sternberg CN, Simmons J, Houvras Y, Molina AM, Angiuoli S, Elemento O, Mosquera JM. Validation of a Circulating Tumor DNA-Based Next-Generation Sequencing Assay in a Cohort of Patients with Solid tumors: A Proposed Solution for Decentralized Plasma Testing. Oncologist. 2021 Nov;26(11):e1971-e198.

84. Lin J, Wolfe I, Ahsan MD, Krinsky H, Lackner AI, Pelt J, Bolouvi K, Gamble C, Thomas C, Christos PJ, Cantillo E, **Holcomb K**, Chapman-Davis E, Sharaf R, Lipkin SM, Blank SV, Frey MK. Room for improvement in capturing cancer family history in a gynecologic oncology outpatient setting. Gynecol Oncol Rep. 2022 Feb 14;40:100941

85. Matrai CE, Ohara K, Eng KW, Glynn SM, Chandra P, Chatterjee-Paer S, Motanagh S, Mirabelli S, Kurtis B, He B, Sigaras A, Gupta D, Chapman-Davis E, **Holcomb K**, Sboner A, Elemento O, Ellenson LH, Mosquera JM. Molecular Evaluation of Low-grade Low-stage Endometrial Cancer With and Without Recurrence. Int J Gynecol Pathol. 2022 May 1;41(3):207-219.

86. Chae CS, Sandoval TA, Hwang SM, Park ES, Giovanelli P, Awasthi D, Salvagno C, Emmanuelli A, Tan C, Chaudhary V, Casado J, Kossenkov AV, Song M, Barrat FJ, **Holcomb K**, Romero-Sandoval EA, Zamarin D, Pepin D, D'Andrea AD, Farkkila A, Cubillos-Ruiz JR. Tumor-derived Lysophosphatidic Acid Blunts Protective Type-I Interferon Responses in Ovarian Cancer. Cancer Discov. 2022 May 12:candisc.1181.2021.

87. Mora H, Obayemi A, **Holcomb K**, Hinson M. The National Deficit of Black and Hispanic Physicians in the US and Projected Estimates of Time to Correction. JAMA Netw Open. 2022 Jun 1;5(6):e2215485.

88. Trivedi MS, Arber N, Friedman E, Garber JE, **Holcomb K**, Horowitz NS, Wright JD, Lee JJ, Vornik LA, Abutaseh S, Castile T, Sauter ER, Dimond E, Heckman-Stoddard BM, House M, Samimi G, Brown PH, Crew KD. Lessons from the Failure to Complete a Trial of Denosumab in Women With a Pathogenic BRCA1/2 Variant Scheduling Risk-Reducing Salpingo-Oophorectomy. Cancer Prev Res (Phila). 2022 Nov 1;15(11):721-726. doi: 10.1158/1940-6207.CAPR-22-0051. PMID: 36001346.

89. Frey MK, Ahsan MD, Bergeron H, Lin J, Li X, Fowlkes RK, Narayan P, Nitecki R, Rauh-Hain JA, Moss HA, Baltich Nelson B, Thomas C, Christos PJ, Hamilton JG, Chapman-Davis E, Cantillo E, **Holcomb K**, Kurian AW, Lipkin S, Offit K, Sharaf RN. Cascade Testing for Hereditary Cancer Syndromes: Should We Move Toward Direct Relative Contact? A Systematic Review and Meta-Analysis. J Clin Oncol. 2022 Dec 10;40(35):4129-4143.

90. Chapman-Davis E, Webster EM, Balogun OD, Frey MK, **Holcomb K**. Landmark Series on Disparities: Uterine Cancer and Strategies for Mitigation. Ann Surg Oncol. 2023 Jan;30(1):48-57.

91. Kulkarni A, Glynn S, Gamble CR, Shen MJ, Cantillo E, Frey MK, **Holcomb KM**, Safford MM, Chapman-Davis E. Understanding Perceived Barriers to Colposcopy Follow-Up Among Underserved Women at an Urban Teaching Hospital: A Qualitative Study. J Low Genit Tract Dis. 2023 Jan 1;27(1):87-92.

92. Ahsan MD, Levi SR, Webster EM, Bergeron H, Lin J, Narayan P, Nelson BB, Li X, Fowlkes RK, Brewer JT, Thomas C, Christos PJ, Chapman-Davis E, Cantillo E, **Holcomb K**, Sharaf RN, Frey MK. Do people with hereditary cancer syndromes inform their at-risk relatives? A systematic review and meta-analysis. PEC Innov. 2023 Feb 17;2:100138.

Kevin Holcomb, MD

93. Chapman-Davis E, Webster EM, Ahsan MD, **Holcomb K**. Expanding Medicaid Improves Outcomes in Gynecologic Malignancies, But is it Enough? Ann Surg Oncol Ann Surg Oncol. 2023 Mar;30(3):1290-1292

94. Kahn RM, Ahsan MD, Chapman-Davis E, **Holcomb K**, Nitecki R, Rauh-Hain JA, Fowlkes RK, Tubito F, Pires M, Christos PJ, Tkachuk K, Krinsky H, Sharaf RN, Offit K, Lipkin S, Frey MK. Barriers to completion of cascade genetic testing: how can we improve the uptake of testing for hereditary breast and ovarian cancer syndrome? Fam Cancer. 2023 Apr;22(2):127-133

95. Perez L, Webster E, Bull L, Brewer JT, Ahsan MD, Lin J, Levi SR, Cantillo E, Chapman-Davis E, **Holcomb K**, Rosenberg SM, Frey MK. Patient perspectives on risk-reducing salpingectomy with delayed oophorectomy for ovarian cancer risk-reduction: A systematic review of the literature. Gynecol Oncol. 2023 Jun;173:106-113.

96. Miller EA, Beaumont S, Zhou ZN, Brewer JT, Thomas C, Chapman-Davis E, Cantillo E, **Holcomb K**, Pua T, Frey MK. Attitudes and beliefs regarding complementary and alternative medicine in a diverse gynecologic oncology patient population. Gynecol Oncol Rep. 2023 Jun 24;48:101232

97. Frey MK, Ahsan MD, Webster E, Levi SR, Brewer JT, Lin J, Blank SV, Krinsky H, Nchako C, Wolfe I, Thomas C, Christos P, Cantillo E, Chapman-Davis E, **Holcomb K**, Sharaf RN. Web-based tool for cancer family history collection: A prospective randomized controlled trial. Gynecol Oncol. 2023 Jun;173:22-30. doi: 10.1016/j.ygyno.2023.04.001. Epub 2023 Apr 14. PMID: 37062188; PMCID: PMC10310435.

98. Webster EM, Ahsan MD, Perez L, Levi SR, Thomas C, Christos P, Hickner A, Hamilton JG, Babagbemi K, Cantillo E, **Holcomb K**, Chapman-Davis E, Sharaf RN, Frey MK. Chatbot Artificial Intelligence for Genetic Cancer Risk Assessment and Counseling: A Systematic Review and Meta-Analysis. JCO Clin Cancer Inform. 2023 Sep;7:e2300123. doi: 10.1200/CCI.23.00123. PMID: 37934933; PMCID: PMC10730073.

99. Narayan P, Ahsan MD, Webster EM, Perez L, Levi SR, Harvey B, Wolfe I, Beaumont S, Brewer JT, Siegel D, Thomas C, Christos P, Hickner A, Chapman-Davis E, Cantillo E, **Holcomb K**, Sharaf RN, Frey MK. Partner and localizer of BRCA2 (PALB2) pathogenic variants and ovarian cancer: A systematic review and meta-analysis. Gynecol Oncol. 2023 Oct;177:72-85. doi: 10.1016/j.ygyno.2023.07.017. Epub 2023 Aug 29. PMID: 37651980.

100. Hwang SM, Awasthi D, Jeong J, Sandoval TA, Chae CS, Ramos Y, Tan C, Falco MM, McBain IT, Mishra B, Ivashkiv LB, Zamarin D, Cantillo E, Chapman-Davis E, **Holcomb K**, Morales DK, Rodriguez PC, Conejo-Garcia JR, Kaczocha M, Vähärautio A, Song M, Cubillos-Ruiz JR. Transgelin 2 guards T cell lipid metabolic programming and anti-tumor function. Res Sq [Preprint]. 2023 Dec 14:rs.3.rs-3683989. doi: 10.21203/rs.3.rs-3683989/v1. PMID: 38168227.

101. Ahsan MD, Levi SR, Webster EM, Bergeron H, Lin J, Narayan P, Nelson BB, Li X, Fowlkes RK, Brewer JT, Thomas C, Christos PJ, Chapman-Davis E, Cantillo E, **Holcomb K**, Sharaf RN, Frey MK. Do people with hereditary cancer syndromes inform their at-risk relatives? A systematic review and meta-analysis. PEC Innov. 2023 Feb 17;2:100138. doi: 10.1016/j.pecinn.2023.100138. PMID: 37214514; PMCID: PMC10194207.

**Reviews**

1. **Holcomb K**, Runowicz CD. Cancer Screening. Postgraduate Obstetrics and Gynecology. 2003 Mar;23(5):1-7

Kevin Holcomb, MD

2.  Collins Y, **Holcomb K**, Chapman-Davis E, Khabele D, Farley JH. Gynecologic cancer disparities: A report from the Health Disparities Taskforce of the Society of Gynecologic Oncology. *Gynecol Oncol*. 2014 May;133(2):353-61

3.  Orfanelli T, Jeong J, Doulaveris G, **Holcomb K**, Witkin S. Involvement of Autophagy in Cervical, Endometrial and Ovarian Cancer. *Int J Cancer*. 2014 Aug 1;135(3):519-28

4.  Chatterjee S, Gupta D, Caputo TA, **Holcomb K**. Disparities in Gynecological Malignancies. *Front Oncol.* 2016 Feb 22;6:36

5.  Bus-Kwofie A, Chan C, Kahn R, **Holcomb K**. Clinical Controversies in Cervical Cancer Screening. *Clin Obstet Gynecol*. 2019 Jul 11 [Epub ahead of print]

Case Reports

1.  **Holcomb K,** Maiman M, Dimaio T, Gates EJ, Rapid Progression to invasive cervix cancer in a woman infected with the Human Immunodeficiency Virus. *Obstet Gynecol* 1998 May; 91(5 Pt. 2): 848-850.

2.  **Holcomb K**, Francis M, Ruiz J, Abulafia O, Matthews R. Pleomorphic rhabdomyosarcoma of the uterus in a postmenopausal woman with elevated serum CA125. *Gynecol Oncol* 1999;74:499-501

3.  Dos Santos LA, Slomovitz BM, Huang,M, **Holcomb K**, Ramirez PT, Caputo TA. Palliative laparoscopic end colostomy in a nonagenarian. *JSLS* 2008 Oct-Dec;12(4):410-13.

4.  Huang M, Musa F, **Holcomb K**. Posterative small bowel herniation through a 5mm non-bladed laparoscopic trocar site. *JSLS* 2010 Apr-Jun;14(2):289-91.

5.  Adams BN, Brandt JS, Loukeris K, **Holcomb K**. Embryonal rhabdomyosarcoma of the cervix and appendiceal carcinoid tumor in a 43 year old woman. *Obstet Gynecol*. 2011 Feb;117(2 Pt 2):482-4.

6.  Adams BN, Musa F, Taylor J, **Holcomb K**. AlloDerm graft mimmicking uterine carcinosarcoma recurrence on PET/CT. *J Obstet Gynaecol* 2014 Jan;34(1):102-3.

7.  Tierney C, Dinkelspiel H, Bass A, Katzen J, **Holcomb K**. Sclerosing mesenteritis mimics gynecologic malignancy. *Gynecol Oncol Rep*. 2015 Mar 10;12:49-51

8.  Musselman K, Glynn S, Mosquera JM, Elemento O, Sboner A, Beltran H, **Holcomb K**. Identification of a therapeutic target using molecular sequencing for treatment of recurrent uterine serous adenocarcinoma.. *Gynecol Oncol Rep*. 2019 Feb 21;28:54-57.