# EXHIBIT 2

# CURRICULUM VITAE

**NAME**: Michael A. Finan, M.D., F.A.C.S.

**SPECIALTY:** Gynecologic Oncology

**POSITION/TITLE:** Director, Cancer Center
Chief, Women's Health
Gynecologic Oncologist

**PLACE OF BIRTH**: New Orleans, Louisiana

**CITIZENSHIP**: U.S.A.

**OFFICE ADDRESS**: Singing River Regional Cancer Center
2809 Denny Ave.
Pascagoula, MS  39581
228-809-5251 (o)
228-809-5255 (f)
251-751-3118 (c)
www.singingriverhealthsystem.com

**E-MAIL ADDRESS:** mike.finan@mysrhs.com

**BRIEF BIBLIOGRAPHY:** Dr. Finan is the Cancer Center Director, Chief of Women's Health and Senior Gynecologic Oncologist at Singing River Health System on the Gulf Coast of Mississippi.  He was a Gynecologic Oncologist and Ob/Gyn Residency Program Director at Ochsner in New Orleans until 2005 when he was recruited to Mobile, Alabama. He served as the Cancer Center Director of the University of South Alabama (USA) Mitchell Cancer Institute from 2014-2018.  Dr. Finan has been named one of the top Gynecologic Oncologists in the United States by U.S. News and World Report for several years.  He was a co-investigator on a 1.3 million dollar NCI funded grant to study a new screening test for ovarian cancer, he is a co-inventor on 7 patents filed, 2 issued patents related to this novel ovarian cancer screening technology.

**PERSONAL:** Married for 36+ years, wife Melinda is a full time homemaker. Adopted boy-girl twins from Russia in 1998, they are now 26.

**MEDICAL LICENSURE**:

| | |
|---|---|
| State of Mississippi – License | No. 27428 |
| State of Alabama – License Issued: April 27, 2005 | No. 00026622 |
| Alabama Narcotics License | No. 00026622 |
| State of Louisiana - License Issued: July 8, 1992 | No. 018935 |

Finan 2

| | Louisiana Narcotics License | No. 21039 |
| | DEA | No. BF1358248 |

**BOARD CERTIFICATIONS:**

Obstetrics and Gynecology: November, 1993, No. 30193
Gynecologic Oncology:   April, 1997, No. 301930
Recertification in Ob/Gyn and
Gynecologic Oncology   2005, No. 9056700
Currently Board Certified

**EDUCATION/TRAINING**:

| | |
|---|---|
| 1977-1978 | University of New Orleans |
| 1978-1979 | Louisiana State University |
| 1979-1982 | University of New Orleans<br>B.A. in Chemistry |
| 1982-1986 | Louisiana State University Medical Center School of Medicine; Shreveport<br>M.D. |
| 1986-1990 | University of South Florida at Tampa General Hospital and H. Lee Moffitt Cancer Center<br>Obstetrics and Gynecology Residency Program |
| 1990-1992 | University of South Florida, H. Lee Moffitt Cancer Center, Gynecologic Oncology Fellow |
| 2002 | Completed the CITI (Collaborative IRB Training Initiative) Human Research Training Course (August 10, 2002) |
| 2003 | Completed the Council for Resident Education in Obstetrics and Gynecology<br>(CREOG) School for Residency Program Directors |
| 2006 | Completed Training for daVinci Robotic Surgery |
| 2009 | ACLS Training Certified |
| 2011 | ACLS Training Certified |

**HONORS**:

| | |
|---|---|
| 1977-1982 | Decennial Honor Award and Scholarship, U.N.O. |
| | Dean's List Honor Roll, U.N.O. |
| | Pre-Medical Honor Society Officer, U.N.O. |
| | Alpha Theta Epsilon Honor Society Officer |
| 1982-1986 | Medical School Sophomore Class Vice-President |
| | Medical School Junior Class President |
| 1986-1990 | Alpha Omega Alpha Honor Society, Gamma Chapter, University of South Florida College of Medicine |
| | Administrative Chief Resident in OB/GYN |
| | Academic Chief Resident in OB/GYN |
| | Resident Research First Place Award |
| | James Ingram Memorial Senior Resident Research Award |
| 1990-1992 | American Cancer Society - Clinical Oncology Fellowship Award – Grant $10,000 for Clinical Research |

Thesis chosen as lead article in journal "Gynecologic Oncology": Radical Hysterectomy for Stage IB1 vs IB2 Carcinoma of the Cervix: Does the New Staging System Predict Morbidity and Survival? **Finan MA**, DeCesare, S, Fiorica JV, Chambers R, Hoffman MS, Kline RC, Roberts WS, Cavanagh D. Gyn Onc 62:139-147, 1996.

Council for Resident Education in Obstetrics and Gynecology (CREOG) National Faculty Award for Excellence in Resident Education

Best Doctors in New Orleans: New Orleans Magazine, 2001-2004

Best Doctors in America: Ladies Home Journal, April 2002

Council for Resident Education in Obstetrics and Gynecology (CREOG) National Faculty Award for Excellence in Resident Education

| | |
|---|---|
| 2007 | Best Teaching Faculty, USA Department of Obstetrics and Gynecology |
| 1994 – 2012 | Reviewer for Journals: |

        Gynecologic Oncology
        Obstetrics and Gynecology
        American Journal of Obstetrics and Gynecology
        Southern Medical Journal
        BioMed Central

Finan 4

| | |
|---|---|
| 2008 | Council for Resident Education in Obstetrics and Gynecology (CREOG) National Faculty Award for Excellence in Resident Education (tied with Dr. Rod Rocconi) |
| 2010 | FBI Citizens Academy<br>United States Department of Justice,<br>Federal Bureau of Investigation (FBI), Mobile Division:<br>September 14, 2010 – October 16, 2010 |
| 2011 | Christ the King Award. Archdiocese of Mobile. November 21, 2010<br>Cathedral - Basilica of the Immaculate Conception<br>St. John Mission Parish Bromley Alabama |
| 2011 | USA MCI Research Colloquium October 14, 2011: Outstanding Oral Presentation Title: Novel Method of Screening for Endometrial Cancer |
| 2013 | Eugene Bricker Award for Best Research: "A Novel Method of Screening for Ovarian Cancer"; July 7-13, 2013; Society of Pelvic Surgeons; Dusseldorf and Leiden, Germany |
| 2011-2015 | Best Doctors in America: U.S. News and World Report |
| 2015 | Best Doctors in America: Newsweek |
| 2015 | Christie Miree University of South Alabama National Alumni Association Award for Outstanding Service |

**PROFESSIONAL POSITIONS:**

| | |
|---|---|
| 1990 - 1992 | Visiting Instructor, University of South Florida College of Medicine, Department of Obstetrics and Gynecology |
| 1992 – 2005 | Gynecologic Oncologist Ochsner Clinic Foundation |
| 1994 – 2005 | Director Obstetrics & Gynecology Resident Research |
| 2003 – 2005 | Residency Program Director, Ochsner Clinic Foundation Department of Obstetrics and Gynecology Residency Program |
| 2005 – 2015 | Chief Gynecologic Oncology, University of South Alabama Mitchell Cancer Institute, Professor Obstetrics and Gynecology, Division of Gynecologic Oncology. University of South Alabama, Mobile |

Finan 5

Gynecologic Oncologist: Mobile Infirmary

| | |
|---|---|
| 2012 – 2020 | EDRN:  Associate Member of Early Detection Research Network(EDRN), an initiative of the National Cancer Institute (NCI), brings together dozens of institutions to help accelerate the translation of biomarker information into clinical applications and to evaluate new ways of testing cancer in its earliest stages and for cancer risk |
| 2014 – 2018 | Associate Director for Clinical Affairs, University of South Alabama, Mitchell Cancer Institute |
| 2014 – 2015 | Interim Director, University of South Alabama, Mitchell Cancer Institute |
| 2015 – 2018 | Cancer Center Director, University of South Alabama, Mitchell Cancer Institute |
| 2019 - 2020 | Professor, Gynecologic Oncology, University of South Alabama, Mitchell Cancer Institute |
| 2020 – present | Singing River Health System: Director, Cancer Center<br>Chief, Women's Health<br>Gynecologic Oncologist |

**PROFESSIONAL ORGANIZATIONS**:

Diplomat, American Board of Obstetrics and Gynecology
Fellow, American College of Obstetricians and Gynecologists
Fellow, American College of Surgeons, Elected November 1998
Jefferson Parish Medical Society
Louisiana State Medical Society
Alpha Omega Alpha Honor Society
Society of Gynecologic Oncologists - Full Member
American Cancer Society, Louisiana Division
     Board of Directors 1992-1997
     Chairman, Professional Education/Medical Affairs Committee
American Cancer Society, Mid-South Division (AR, AL, KY, LA, MS, TN)
     Board of Directors 1997-2002

**COMMUNITY SERVICE:**

Louisiana State Medical Society – Delegate to the Annual Meeting 1996-2000

Louisiana State Medical Society – Personally responsible for submitting and passing a requirement for Continuing Medical Education credits for maintenance of medical licensure for Physicians in the State of Louisiana

Jefferson Parish Medical Society 1992 - 2005

American Cancer Society Professional Education Committee Chair 1992-1996

American Cancer Society Spirit Award 1996 & 2003

St. Matthew the Apostle – Annual School Fair Committee 2001 - 2005

St. Matthew the Apostle – Development Committee

St. Matthew the Apostle – International Refugee Relocation Committee 1999 - 2000

St. Matthew the Apostle – Action Club 2000 – 2005

Relay for Life American Cancer Society – 2000

Relay for Life American Cancer Society – 2001

Cancer Liaison Physician for Ochsner Cancer Institute and the American College of Surgeons Commission on Cancer 2000 – Present

Capital Campaign Committee for the American Cancer Society Mid-South Division New Orleans Hope Lodge and Gulf South Regional Center:  Opened in 2006.

Capital Campaign for Ochsner Cancer Institute new Cancer Center

Relay for Life American Cancer Society – 2008

Secretary Finance Committee: St. John's Catholic Church.  Bromley, Alabama

Chairman Stained Glass Committee: St. John's Catholic Church. Bromley, Alabama

Chairman Cell Tower ad hoc Committee: St. John's Catholic Church. Bromley, Alabama

Police Surgeon: Mobile Police Dept. and The Mobile County Sheriff's Office 2009 – 2017

Knights of Columbus, Little Flower Parish, Mobile, Alabama 2021 -

**COMMITTEES:**

Medical Staff Peer Review Committee, Singing River Health System 2024 –

Staff Executive Committee (Med Exec Committee), Ochsner Foundation Hospital 2000 - 2002

Continuing Medical Education Committee, Ochsner Clinic Foundation 1996 – 1999

Member Cancer Committee, Ochsner Clinic Foundation 1996 – 1999

Finan 7

Chairman Cancer Committee, Ochsner Clinic Foundation 1999 – 2005

Member Residency Program Directors Group, Ochsner Clinic Foundation 2002 – 2005

Chairman, Professional Education Committee: American Cancer Society Louisiana Division, 1992 – 1995

Member Palliative Care and Quality of Life Subcommittee:  American Cancer Society Mid-South Division 1999 – 2000.

Ochsner Cancer Institute Cancer Council 1997 - 2005

Mobile Infirmary Surgery Committee Vice-Chair 2006 - 2007

USA FCAPE Committee 2007- Present

Alabama Breast and Cervical Cancer Medical Advisory Committee 2006 – Present

Mobile Infirmary Surgery Subcommittee 2007 – 2013

Chairman-Mobile Infirmary Surgery Committee 2008 – 2011

Vice-Chair Mobile Infirmary Cancer Committee 2008 – 2015

Administrative appointment to the Graduate Faculty of the University of South Alabama November 18, 2010 for duration of Francis Murphy's doctoral program

Chaired the Robotics subcommittee at Mobile Infirmary Medical Center to re-engineer the robotics credentialing process at MIMC.  (Sept – November 2010)

Developed the NSQIP Program at Mobile Infirmary Medical Center in 2010 – 2011.

Appointed the Surgeon Champion for NSQIP at MIMC 2010-2011.

Chaired the pneumonia subcommittee at Mobile Infirmary Medical Center, using NSQIP data and a multidisciplinary approach to reduce the postoperative pneumonia rates at MIMC August 2011

Oncology Outlook 2012: Planning Committee

Women's Cancer Program at USA Children's and Women's Hospital:  Planning Committee 2011-2012

Society of Gynecologic Oncology: Quality and Outcomes Committee Member 2012-2013

University of South Alabama IRB: 2011 – 2015

University of South Alabama Committee on Standards in the Conduct of Research: 2014 - 2016

Society of Gynecologic Oncologists "Quality and Outcomes Committee" 2012-2014

**LEADERSHIP POSITIONS:**

Board of Directors, American Cancer Society Mid-South Division, 1992 – 2002

Director of Obstetrics and Gynecology Resident Research
Ochsner Clinic and Alton Ochsner Medical Foundation, 1994 – Present

Director of *Cancer Update* Continuing Medical Education Meeting
American Cancer Society, Louisiana Division, 1994 – 1997

Director of *Cancer Update*, Continuing Medical Education Meeting
American Cancer Society, Mid-South Division, 1997 – 1998

Project Chairman, *Hope Lodge – New Orleans*
7.4 million dollar construction project of the American Cancer Society-Mid South Division, to provide free temporary lodging to cancer patients and their families while undergoing cancer treatment in the Greater New Orleans area. Facility Opened in 2006.

Chairman, Cancer Committee
Ochsner Foundation Hospital, 1999 - 2005

Residency Program Director
Dept of Obstetrics and Gynecology
Ochsner Clinic Foundation, 2002 - 2005

Chairman, Task Force for Complementary and Alternative Medicine Program
Ochsner Clinic Foundation, 2004 – 2005

Board of Directors South Louisiana Medical Associates – A multispecialty medical group which provides medical services to Chabert Medical Center in Houma, 2003 – 2005

Member of Executive Planning Committee for the Ochsner Cancer Institute new building and program. A 60,000 square foot cancer center at Ochner in New Orleans.

Chairman Mobile Infirmary Surgery Committee, 2008 – 2012.

Chief Gynecologic Oncology, University of South Alabama Mitchell Cancer Institute, Professor of Obstetrics and Gynecology, Division of Gynecologic Oncology. University of South Alabama, Mobile, 2007 – 2015

Member Cancer Committee, USA Medical Center 2009 - present

Associate Director for Clinical Affairs, University of South Alabama Mitchell Cancer Institute, 2014 – 2018

Interim Director, University of South Alabama Mitchell Cancer Institute, 2014 – 2015

Director, University of South Alabama Mitchell Cancer Institute, 2015 – 2018

Co-Chair 2017 Employee Campaign for the South Alabama Annual Fund

Co-Judge 2017 Sacred Heart Health System Resident Research Night, oral presentations and research quality; June 8, 2017; Pensacola, FL

Co-Chair 2017 Society of Pelvic Surgeons 67th Annual Meeting; October 11-14, 2017; Point Clear, Alabama

University of South Alabama President's Council 2015-2018

**GRANTS/FUNDING:**

**2010:**

**Swift Biotechnology Gynecologic Cancer Screening Tests**
Alabama Launchpad Business Plan Competition Second Prize Winner
Co-Inventor
$50,000

**2012:**

1R01CA164940-01A1 (Pannell)            9/1/2012 – 8/31/2015
NIH/NCI                                 $1,326,953 (including indirect costs)
**A Novel Approach for the Routine Screening for Ovarian Cancer**
This project validates the use of preserved cervicovaginal fluids as a screening tool for ovarian cancer and is based on collaborative (gynecologic oncology and research) preliminary data and patents obtained at the MCI.
PI: Pannell
Co-Investigators: Rocconi, Finan and Pannell

**Laura Crandall Brown Ovarian Cancer Foundation FY12 Grant**
*Feasibility and Comparative Effectiveness of a Private at Domicile Self-Administered Test (PADSAT) for Ovarian Cancer Screening*
$50,000
2012-2013
PI: Rocconi
Co-Investigators: Rocconi, Finan and Pannell

**PATENTS:**

|      |      |
|------|------|
| 2010 | **Novel Molecular Assays and Uses Thereof**<br>Co-Inventor- U.S. Patent Application # 12/646,592 |
| 2011 | **Method and Composition for the Treatment of Ovarian Cancer**<br>Co-Inventor- U.S. Patent Application # 61/537,521 |
| 2011 | **Iron Modified Peptides as Biomarkers for Gynecologic Malignancies**<br>Co-Inventor- U.S. Patent Application # 61/520,108 |
| 2012 | **Methods and Compositions for Detecting Endometrial or Ovarian Cancer**<br>Co-Inventor-  U.S. Patent Application # 61/614,347 |
| 2012 | **Methods and Compositions for Detecting Endometrial or Ovarian Cancer**<br>Co-Inventor-  U.S. Patent Application # 61/614,393 |
| 2012 | **Methods and Compositions for Detecting Endometrial or Ovarian Cancer**<br>Co-Inventor-  U.S. Patent Application # 13/487,026 |
| 2020 | **Diagnostic for discriminating Benign Mass from Ovarian Cancer and application thereof**<br>Co-Inventor – U.S. Patent Application # 63/068,735 |

**PATENTS ISSUED:**

|      |      |
|------|------|
| 2013 | **Methods and Compositions for Detecting Endometrial or Ovarian Cancer**<br>Co-Inventor-  U.S. Patent # 8/455,624<br>Issued June 4, 2013 |
| 2018 | **Methods and Compositions for Detecting Endometrial or Ovarian Cancer**<br>Co-Inventor-  U.S. Patent # 10/126,311<br>Issued November 13, 2018 |

**RESEARCH:**

**Principal Investigator:**

Bristol Myers Squibb protocol CA163-196, "A Phase III Open Label, Randomized, 2 Arm Study Of Ixabepilone Administered Every 21 Days Versus Paclitaxel Or Doxorubicin Administered Every 21 Days in Women with Advanced Endometrial Cancer Who Have Previously Been Treated with Chemotherapy."

**Principal Investigator:**

Finan 11

USA MCI GON 1.01: A Novel Method of Screening for Ovarian Cancer using Cervical and Vaginal Mucus.  USA IRB: 13-005.

**LECTURES AND PRESENTATIONS:**

**1992**

Lecture to Ochsner Obstetrics and Gynecology Residents and Visiting Medical Students, Core Lecture Series: Vulvar Dystrophy

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Vulvar Cancer and Neoplasia

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Cervical Colposcopy

El Salvador 3rd International Congress on Surgery – Surgical Management of Advanced and Recurrent Carcinoma of the Cervix

El Salvador 3rd International Congress on Surgery – Advances in the Management of Cervical Cancer.
Terrebonne Hospital, Houma Louisiana:  An Overview of Gynecologic Cancers

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

**1993**

LSU/Tulane/Ochsner Conference:  Carcinoma of the Vulva

Lecture to Ochsner Surgical Technology Students: Gynecologic Oncology

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Ovarian Cancer

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Advances in the Management of Cervical Cancer

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Surgical Management of Advanced and Recurrent Carcinoma of the Cervix.

Thibodaux Regional Medical Center: An Overview of Gynecologic Cancers

Singing River Hospital; Pascagoula, Mississippi: Advances in the Management of Endometrial Cancer

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

**1994**

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Breast Disease: Workup and Management of Breast Disease

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Vulvar Dystrophy

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Vulvar Cancer and Neoplasia

Costa Rica, International Surgical Congress – Cervical Cancer Radical Pelvic Surgery: Pelvic Exenteration and Reconstruction

Costa Rica, International Surgical Congress – Advances in the Management of Cervical Cancer

Alexandria – Community Outreach meetings with local Obstetricians and Gynecologists Director, 12th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Lectures for American Cancer Society (Elmwood): Overview of Gynecogic Cancers

**1995**

Guayaquil, Ecuador – SOLCA (National Cancer Society for Ecuador), Advances in the Management of Cervical Cancer

Society of Memorial Gynecologic Oncologists, 18th Annual Meeting – Mohonk Mountain House, New Paltz, New York – Intraoperative Liver Biopsy with the LEEP in Patients with Gynecologic Malignancy

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Cervical Colposcopy

Lecture to Ochsner Obstetrics and Gynecology Residents and Visiting Medical Students, Core Lecture Series: Gestational Trophoblastic Neoplasia

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Ovarian Cancer

Director, 13th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Lecture to Oncology Nurses, Ochsner Clinic Foundation: Vulvar Cancer and Reconstruction

**1996**

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Advances in the Management of Cervical Cancer

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Surgical Management of Advanced and Recurrent Carcinoma of the Cervix

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Genetics of Cancer

University of South Florida Tampa, Grand Rounds: Controversies in the Management of Early Stage Cervical Cancer

Memorial Hospital; Gulfport, Mississippi: Overview of Gynecologic Malignancies

Finan 14

Director, 14th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Director: Denis Cavanagh Society Meeting: Research in Gynecologic Oncology Topics

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

**1997**

Guyaquil, Ecuador –  SOLCA, Ovarian Cancer: Surgical Management of Advanced and Recurrent Carcinoma of the Cervix

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Allergic Drug Reactions

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Domestic Violence and Crisis Intervention

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Statistical Analysis for Obstetrics and Gynecology Resident Research

Director, 15th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Lecture to Oncology Nurses, Ochsner Clinic Foundation: Vulvar Cancer and Reconstruction

**1998**

Honduras, San Pedro Sula - Surgical Management of Advanced and Recurrent Carcinoma of the Cervix.

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Vaginal Dysplasia and Vaginal Cancer

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Palliative Care

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Fallopian Tube Carcinoma

ACOG (American College of Obstetricians and Gynecologists) National Meeting – Breakfast Roundtable Director: Ovarian Cancer Update

ACOG National Meeting – Breakfast Roundtable Director: Endometrial Cancer Update

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

Director, 16th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Lectures to Surgical Nurses, Ochsner Clinic Foundation: Radiation Implants, Brachytherapy for Gynecologic Cancers

**1999**

Lectures to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students: Vulvar Dystrophy

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Vulvar Cancer and Neoplasia

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Cervical Colposcopy

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

Director, 17th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Tumor Board Presentations: Gynecologic Cancer, East Jefferson General Hospital

Tumor Board Presentations: Gynecologic Cancer, West Jefferson Medical Center

**2000**

Lectures to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students: Gestational Trophoblastic Neoplasia

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Ovarian Cancer

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Advances in the Management of Cervical Cancer

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Tumor Board Presentations: Gynecologic Cancer, East Jefferson General Hospital

Tumor Board Presentations: Gynecologic Cancer, West Jefferson Medical Center

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

Director, 18th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

**2001**

Teche Regional Medical Center; Morgan City, Louisiana: Overview of Gynecologic Cancers

Lectures to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students: Allergic Drug Reactions

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Domestic Violence and Crisis Intervention

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Statistical Analysis for Obstetrics and Gynecology Resident Research

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

Director, 19th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Tumor Board Presentations: Gynecologic Cancer, East Jefferson General Hospital

Tumor Board Presentations: Gynecologic Cancer, West Jefferson Medical Center

**2002**

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

Director, John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Tumor Board Presentations: Gynecologic Cancer, East Jefferson General Hospital

Tumor Board Presentations: Gynecologic Cancer, West Jefferson Medical Center

Lectures for Ochsner Cancer Institute, Ovarian Cancer Update, Endometrial Cancer Update, Biloxi Mississippi

Director, 20th Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series:
Statistical Analysis for Obstetrics and Gynecology Resident Research

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Palliative Care

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Fallopian Tube Carcinoma

**2003**

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Vulvar Cancer and Neoplasia

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Cervical Colposcopy

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Gestational Trophoblastic Neoplasia

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Tumor Board Presentations: Gynecologic Cancer, East Jefferson General Hospital

Lambeth House New Orleans: Gynecologic Cancers, Overview of Ochsner Cancer Institute

Tumor Board Presentations: Gynecologic Cancer, West Jefferson Medical Center

Lectures for Ochsner Cancer Institute, Ovarian Cancer Update, Endometrial Cancer Update, Biloxi Mississippi

Director, 21st Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Director, Bi-Annual Denis Cavanagh Society Meeting, New Orleans: Interesting Cases in Gynecologic Oncology.

**2004**

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Allergic Drug Reactions

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Domestic Violence and Crisis Intervention

Ochsner Cancer Board of Counsellors:  Overview of Gynecologic Cancers

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series:
Statistical Analysis for Obstetrics and Gynecology Resident Research

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series: Gestational Trophoblastic Neoplasia

Monthly Ethics Review: ACOG Ethics Monograph

Monthly Journal Club

Director, 22nd Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Tumor Board Presentations: Gynecologic Cancer, Ochsner Clinic Foundation

Tumor Board Presentations: Gynecologic Cancer, East Jefferson General Hospital

Tumor Board Presentations: Gynecologic Cancer, West Jefferson Medical Center

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

**2005**

Lecture to Ochsner Obstetrics and Gynecology Residents and visiting Medical Students, Core Lecture Series:
Ovarian Cancer

Director, 23rd Annual John C. Weed Seminar Obstetrics and Gynecology Resident Research Seminar, Ochsner Clinic Foundation, New Orleans

Grand Rounds, University of South Alabama Department of Obstetrics and Gynecology: Gestational Trophoblastic Neoplasia

Louisiana State University Medical Center, New Orleans: Annual Board Review: Ovarian Cancer and Gestational Trophoblastic Neoplasia

University of South Alabama Department of Obstetrics and Gynecology: Cervical Cancer

University of South Alabama Department of Obstetrics and Gynecology: Vulvar and Vaginal Dysplasia and Invasive Cancer

Mobile Obstetrics and Gynecology Society: Vessel Sealing and Hemostasis during Gynecologic Surgery

**2006**

CREOG review in Gynecologic Oncology for Obstetrics and Gynecology Residents, USA Dept. of Obstetrics and Gynecology

Update in Gynecologic Oncology: USA Ob/Gyn Review, Convention Center, Mobile Alabama

Why are we still doing Vaginal Paps?:  Alabama ACOG meeting, Destin, Florida

Ovarian Cancer Update and New Developments: Grand Rounds, Mobile Infirmary Medical Center, Mobile Alabama

Ob/Gyn resident Lecture series: GTN, Radiation in Gynecologic Malignancies, Fallopian Tube Cancer.

**2007**

Mobile Infirmary Medical Center Grand Rounds:  Robotic Surgery in Gynecologic Oncology

USA-MCI Perspectives in Oncology 2007: Robotic Surgery in Gynecologic Oncology

LSU Medical Center New Orleans, Dept. of Obstetrics and Gynecology: Grand Rounds – Robotic Surgery in Gynecologic Oncology & Resident Training in Robotic Surgery

University of South Alabama, Dept of Obstetrics and Gynecology: Grand Rounds - Robotic Surgery in Gynecologic Oncology & Resident Training in Robotic Surgery

University of South Alabama, Dept of Surgery: Grand Rounds - Gynecologic Oncology Update on Ovarian Cancer and Endometrial Cancer, Robotic Surgery

**2008**

University of South Alabama, Dept of Obstetrics and Gynecology "Update in Ob/Gyn", May 2008 at the Mobile Convention Center: "Update in Gynecologic Oncology"

Invited lecture for the Alabama Dept. of Public Health, Web Broadcast to Health Departments across the United States; over 1200 participants in 40 States: "Cervical Cancer Treatment and Prevention", Oct., 2008, viewed at www.adph.org

**2009**

Introduction and overview of robotic surgery with robotic demonstration, February, 2009; Clarke School of Math and Science - Mobile Middle School students at Mobile Infirmary Hospital

"Robotic Surgery and Applications in General Gynecology", April 2009; 18th Annual U.S.A. Obstetrics and Gynecology Conference; Mobile, Alabama

"Debate Pro vs Con: Robotic Surgery in General Gynecology", April 2009; Alabama ACOG Annual Meeting; Sandestin, Florida

"Adnexal Mass in Pregnancy:  Management Strategies", November 2009; USA Children's and Women's Hospital – Jubilee Room, Mobile, Alabama

**2010**

"Update on New Cancer Staging", September 2010; Obstetrics and Gynecology Grand Rounds; Mobile, AL

"Comprehensive Method of Training Residents in Robotic Hysterectomy", September 16, 2010; Society of Pelvic Surgeons; Durham, NC

"Robotic Surgery in Gynecologic Oncology"; October 7, 2010; Alabama Cancer Registrar's Association (ACRA) 31st Annual Education Conference; Mobile, AL

**2011**

"Potential Pitfalls and Traps for the Practicing Gynecologist"; June 17, 2011; University of South Florida Resident Research Day; Tampa, FL

"An Update in Ovarian Cancer", July 14, 2011; Southeast Cancer Network; Dothan, AL

"Potential Pitfalls and Traps for the Practicing Gynecologist"; August 18, 2011; USA Department of OB/Gyn 20th Annual Ob/Gyn Conference; Mobile, AL

"Introduction of a Robot into an Obstetrics and Gynecology Residency:  Impact on Resident Surgical Experience"; September 15, 2011; Society of Pelvic Surgeons 62nd Annual Meeting; Toronto, Canada

**2012**

Resident Lecture Series; USA Department of Ob/Gyn
        February 10, 2012 "GTN"
        March 30, 2012 "Brachytherapy for Cervical Cancer"

**2013**

"Surgery in the Elderly Patient with Endometrial Cancer: A NSQIP Analysis of Risk Adjusted Outcomes"; January 10, 2013; Grand Rounds, USA Department of Ob/Gyn

"Vulvar Cancer Jeopardy"; July 15, 2013; USA Department Ob/Gyn Resident Lecture Series

"Endometrial Cancer Jeopardy"; October 18, 2013; USA Department Ob/Gyn Resident Lecture Series

**2014**

"CREOG Gynecologic Oncology Review Jeopardy"; January 17, 2014; USA Department Ob/Gyn CREOG Review

Resident Lectures Series; USA Department of Ob/Gyn
  April 18, 2014
  October 17, 2014

**2015**

"USA Mitchell Cancer Institute Overview"; October 6, 2015; Midtown Optimist Club - Azalea City Golf Course Clubhouse Meeting Room; Mobile, AL

"The Nuts and Bolts of Resident Research"; October 30, 2015; USA Department of Ob/Gyn; Grand Rounds;

**2016**

"Personalized Cancer Care"; January 21, 2016; Gulf Coast Distinguished Lecture Series; Gulf Shores, AL

Update in Gyn Oncology: Where we've been and where we're going"; April 15, 2016; The Twenty-Fifth University of South Alabama Obstetrics and Gynecology Conference; Daphne, AL

"MCI Update Presentation"; August 9, 2016; Citronelle Cancer Support Group; Daphne, AL

"USA Mitchell Cancer Institute Overview"; August 10, 2016; Fairhope Rotary Presentation; Fairhope, AL

"The MCI Difference"; Rotary Presentations:

October 13, 2016; Point Clear Rotary Club; Point Clear, AL
November 9, 2016; Brundidge Rotary Club; Brundidge, AL
December 8, 2016; Fairhope Sunset Rotary; Fairhope, AL

**2017**

"The Future: Screening for Ovarian Cancer"; April 7, 2017; Society of Gynecologic Nurse Oncologists (SGNO) 2017 Annual Symposium, Charlotte, NC

"The MCI Difference"; Rotary Presentations:
January 20, 2017; Montgomery Rotary Club; Montgomery, AL
March 9, 2017; Gulf Shores Rotary Club; Gulf Shores, AL
March 21; 2017; Atmore Rotary Club; Atmore, AL

"Targeted Cancer Therapy"; June 9, 2017; Medical Alumni Association Reunion, Pensacola Beach, FL

"Vulvar and Vaginal Cancer" August 18, 2017; USA Department Ob/Gyn Resident Lecture


**POST-GRADUATE RESEARCH**

**ORIGINAL CONTRIBUTIONS IN PEER REVIEWED JOURNALS**:

1. Hoffman MS, Greenberg H, **Finan MA**, Roberts WS, LaPolla JP, Praphat H, Cavanagh D. Whole Abdomen Radiation as a Second-Line Therapy for Epithelial Ovarian Cancer. Gyn Onc 35:73-74, 1989.

2. Angel JA, O'Brien WF, **Finan MA**, Morales WJ, Lake M, Knuppel RA: Acute Pyelonephritis in Pregnancy: A Prospective Study of Oral versus Intravenous Antibiotic Therapy. Obst & Gyn 75:1-5, 1990.

3. **Finan MA**, Sinnott JT, Smith SG, O'Brien WF. An Interesting Case Presentation: Peripartum Meningococcal Meningitis. J Perinatol 12:1-3, 1992.

4. **Finan MA**, Mastrogiannis D, Spellacy WF. The Allis Test for Easy Cesarean Delivery. Am J Obst Gyn 164:772-775, 1991.

5. Hoffman MS, **Finan MA**, Wallach P, Barton DPJ, Gordy LW, Cavanagh D. Use of the Cytobrush in Postmenopausal Women. J Gyn Surg 7:23-25, 1991.

6. Roberts WS, Hoffman MS, Kavanagh JJ, Fiorica JV, Greenberg H, **Finan MA**, Cavanagh D. Further Experience With Radiation Therapy and Concomitant Intravenous Chemotherapy in Advanced Carcinoma of the Lower Female Genital Tract. Gyn Onc 43:233-236, 1991.

7. Hoffman MS, Roberts WS, **Finan MA**, Fiorica JV, Bryson SCP, Ruffolo EH, Cavanagh D. A Comparative Study of Radical Vulvectomy and Modified Radical Vulvectomy for the Treatment of Invasive Squamous Cell Carcinoma of Vulva. Gyn Onc 45:192-197, 1992.

8. Hoffman MS, Pinelli DM, **Finan MA**, Robersts WS, Fiorica JV, Cavanagh D. Laser Vaporization for Vulvar Intraepithelial Neoplasia III. J Reprod Med 37:135-137, 1992.

9. Hoffman MS, DeCesare SL, Roberts WS, Fiorica JV, **Finan MA**, Cavanagh D. Upper Vaginectomy for In Situ and Occult Superficially Invasive Carcinoma of the Vagina. Am J Obst Gyn 166:30-33, 1992.

10. Hoffman MS, Barton DPJ, Gates J, Roberts WS, Fiorica JV, **Finan MA**, Cavanagh D. Complications of Colostomy Performed on Gynecologic Cancer Patients. Gyn Onc 44:231-234, 1992.

11. Fiorica JV, Roberts WS, Hoffman MS, Barton DPJ, **Finan MA**, Lyman G, Cavanagh D. Concentrated Albumin Infusion as an Aid to Postoperative Recovery After Pelvic Exenteration. Gyn Onc 43:265-269, 1991

12. Barton DPJ, Cavanagh D, Roberts WS, LaPolla JP, Hoffman MS, Fiorica JV, **Finan MA**. Radical Hysterectomy for the Treatment of Cervical Cancer: A Prospective Study of Two Methods of Closed-Suction Drainage. Am J Obst Gyn 166:533-37, 1992.

13. **Finan MA**, Hoffman MS, Greenberg H, Roberts WS, Cavanagh D, Fiorica JVBarton DPJ. Interstitial Radiotherapy for Early Stage Vaginal Cancer: A New Method of Tumor Localization. J Reprod Med 38:179-185, 1993

14. Barton DPJ, Fiorica JV, Roberts WS, Hoffman MS, **Finan MA**, Cavanagh D. Cervical Cancer and Tubo-ovarian Abscesses.  J Reprod Med 38:561-564, 1993.

15. Hoffman MS, Roberts WS, Fiorica JV, Angel JL, **Finan MA**, Cavanagh D. Elective Cesarean Hysterectomy for the Treatment of Cervical Neoplasia: An Update. J Reprod Med 38:186-188, 1993.

16. **Finan MA**, Roberts WS, Dudney BJ, Hoffman MS, Fiorica JV, Cavanagh D. The Effects of Cold Therapy on Postoperative Pain in Gynecologic Patients: A Prospective Randomized Study.  Am J Obst Gyn 168:542-544, 1993.

17. **Finan MA**, Roberts WS, Kavanagh JJ. Ovarian Sertoli-Leydig Cell Tumor: Success with Salvage Therapy. Inter J of Gyn Cancer 3:189-191, 1993.

18. Barton DPJ, Berman C, Cavanagh D, Roberts WS, Hoffman MS, Fiorica JV, **Finan MA**. Lymphoscintigraphy in Vulvar Cancer: A Pilot Study. Gynecol Oncol 46:341-344,1992.

19. Hoffman MS, Roberts WS, Fiorica JV, **Finan MA**, Cavanagh D.  Ultraradical Surgery for Advanced Carcinoma of the Vulva: An Update.  Int J of Gyn Cancer 3:369-372, 1993.

20. Barton DPJ, Hoffman MS, Fiorica JV, Gleeson N, Roberts WS, **Finan MA**, Cavanagh D.  Use of Local Flaps in the Preservation of Fecal Continence Following Resection of Perianal Neoplasias.  Int J of Gyn Cancer 3:318-323, 1993.

21. **Finan MA**, Hoffman MS, Fiorica JV, Roberts WS, Gleeson N, Barton DPJ, Cavanagh D. Surgical Management of Groin Node Metastases from Non-Vulvar Gynecologic Malignancies. Gyn Onc 51:230-235, 1993.

22. Massad LS, Lonky NM, Mutch DG, Mann WJ, Blanco JS, Valisev SA, **Finan MA**, Scotti RJ. Use of Speculoscopy in the Evaluation of Women with Atypical Papanicolaou Smears: Improved Cost Effectiveness by Selective Colposcopy. J Reprod Med 28:163- 169, 1993.

23. Gleeson NC, Baile W, Roberts WS, Hoffman MS, Fiorica JV, **Finan MA**, Cavanagh D. Pudendal Thigh Fasciocutaneous Flaps for Vaginal Reconstruction in Gynecologic Oncology. Gyn Onc 54:269-274, 1994.

24. **Finan MA**, Fiorica JV, Roberts WS, Hoffman MS, Gleeson N, Barton DPJ, Cavanagh D. Artificial Dura Film for Femoral Vessel Coverage after Inguinofemoral Lymphadenectomy. Gyn Onc 55:333-335, 1994.

25. Gleeson NC, **Finan MA**, Fiorica JV, Robert WS, Hoffman MS, Wilson J. Nonmetastatic gestational trophoblastic disease. Weekly methotrexate compared with 8-day methotrexate-folinic acid. Eur J Gynaec Oncol 16(6):461-465, 1993

26. **Finan MA**, Barton D PJ, Fiorica J V, Hoffman M S, Roberts W S, Gleeson N, and Cavanagh D. Ileus Following Gynecologic Surgery: Management With Water-Soluble Hyperosmolar Radiocontrast Material. So Med J 88(5):539-542, May 1995.

27. Lonky NM, Mann WJ, Massad LS, Mutch DG, Blanco JS, Vasilev SA, **Finan MA**, Scotti RJ. Ability of Visual Tests to Predict Underlying Cervical Neoplasia. Colposcopy and Speculoscopy. J Repro Med 40:530-536, 1995.

28. **Finan MA**, Abdoh AA, Fiorica JV, Hoffman MS, Roberts WS, Cavanagh D. Radical Hysterectomy for Stage IB Cervical Cancer: Recurrence Interval as a Predictor of Survival. So Med J 89:591-596, 1996.

29. **Finan MA**, Larisey JS, Kline RC, Fiorica JV, Pinelli D, Roberts WS, Hoffman MS. Intraoperative Liver Biopsy with the Loop Electrosurgical Excision Procedure in Patients with Gynecologic Malignancies. Gyn Onc 62:78-81, 1996.

30. **Finan MA**, DeCesare, S, Fiorica JV, Chambers R, Hoffman MS, Kline RC, Roberts WS, Cavanagh D. Radical Hysterectomy for Stage IB1 vs IB2 Carcinoma of the Cervix: Does the New Staging System Predict Morbidity and Survival?. Gyn Onc 62:139-147, 1996.

31. **Finan MA**, Fiorica JV, Hoffman MS, Barton DPJ, Gleeson N, Roberts W, Cavanagh D, Massive Pelvic Hemorrhage during Gynecologic Cancer Surgery: "Pack and Go Back". Gyn Onc 62:390-395, 1996.

32. Alevizon S, **Finan M**. Sacrospinous Colpopexy: Management of Postoperative Pudental Nerve Entrapment. Obstet & Gyn 88(4-2), October 1996.

33.  **Finan MA**, DeCesare S, Fiorica JV, Chambers R, Hoffman MS, Kline RC, Roberts WS, Cavanagh D. Radical Hysterectomy for Stage IB1 vs IB2 Carcinoma of the Cervix:  Does the New Staging System Predict Morbidity and Survival?  Obst & Gyn Survey 52: 29-30, 1997.

34.  **Finan MA**, Kwark JA, Joseph Jr. GF, Kline RC.   Surgical Resection of Endometriosis After Prior Hysterectomy.  J La State Med Soc 149: 32-35, January 1997.

35.  Core GB, **Finan MA**, Kline RC.    Turbo-Gracilis Myocutaneous Flap for Perineal Reconstruction.  Gyn Onc 64:256-261, 1997.

36.  Hoffman MS, Cacciatore M, **Finan MA**, Roberts WS, Fiorica JV, Cavanagh D.    Radical Hysterectomy During Pregnancy.  J Gynecol Surg 13(1), 1997.

37.  Kleinpeter, SJ, Kline, RC, **Finan, MA**.  Retained Surgical Needle in the Perineum:  Report of a Case with a Novel Method of Search and Rescue.  J Reprod Med 42:303-305, 1997.

38.  **Finan MA**, Hoffman MS, Chambers R, Fiorica JV, DeCesare S, Kline RC, Roberts WS, Cavanagh D.  Body Mass Predicts Survival for New FIGO Stages IB1 and IB2 Cervical Cancer Treated with Radical Hysterectomy.  J Reprod Med, 1998; 83:98-102.

39.  Kerpsack JT, **Finan MA**, Kline RC.  Correlation Between Endometrial Cells on Papanicolaou Smear and Endometrial Carcinoma. So Med J, 91:8,749-752 1998.

40.  Hemelt BA, **Finan MA**.   Abdominal Sacral Colpopexy resulting in a Retained Sponge. J Reprod Med, 44;(11):983-985 1999.

41.  Kerpsack JT,  **Finan MA.**  Thrombocytosis as a Predictor of Malignancy in Women with a Pelvic Mass.  J Reprod Med, 45:929-932  2000.

42.  Wahman AJ, **Finan MA**, Emerson SC.   Striae Gravidarum are Predictive of Vaginal Lacerations at Delivery.  So Med J, 2000 Sep;93(9):873-6.

43.  Dean MM, **Finan MA,** Kline RC, Predictors of Complications and Hospital Stay in Gynecologic Cancer Surgery.  Obstet Gynecol, 2001; 97: 721-724.

44.  Hemelt BA, Begneaud WP, **Finan MA,** Is Colposcopy Necessary with Atypical Glandular Cells of Undetermined Significance on Papanicolaou Smears?  Prim Care Update Ob/Gyns, 8:18-21  2001.

45.  Duplantier N, **Finan MA**, Barbe T, Is Endometrial Biopsy Necessary in Patients with a Preoperative Diagnosis of Enlarged Uterus and Fibroids?     J Reprod Med. 2003 Jan; 48 (1): 23-27.

46.  Heinberg E, **Finan MA,** Chambers R.  Ileus in Gynecologic Surgery: Are Abdominal X-Rays Useful?   Gynecol Oncol, 09 (2003) 158-162.

47.   **Finan MA**, Barre G.  Bartholin's gland carcinoma, malignant melanoma, and other rare tumours of the vulva.  Best Practice & Research Clinical Obstetrics & Gynaecology Vol. 17, No. 4:609-633, 2003.

48.   Newman C, **Finan MA.**  Hysterectomy with Cervical Stenosis: Indications and Final Pathology Results.  J Reprod Med:  Sept; 48:672-676, 2003.

49.   Lapeyre E, **Finan MA**, Hedges S, Lovitt S, Magnus M. Patient Choice for Elective Cesarean Delivery: Report on a Survey.  The Female Patient: May; 29: 12-21, 2004.

50.   Mains L, **Finan MA**, Magnus M.  Perioperative Morbidity and Mortality of Major Gynecologic Surgery in the Elderly Patient.  J Reprod Med.  Aug; 52: 677-684, 2007.

51.   Bonilla DJ, Mains L, Whitaker R, Crawford B, **Finan MA**, Magnus M.  Uterine Weight as a Predictor of Morbidity After a Benign Abdominal and Total Laparoscopic Hysterectomy.  J Reprod Med.  Jun; 52(6): 490-498, 2007.

52.   **MA Finan**, RP Rocconi; Overcoming Technical Challenges with Robotic Surgery in Gynecologic Oncology. Surgical Endoscopy; Volume 24, Issue 6 (2010), p. 1256

53.   **MA Finan**, ME Clark, RP Rocconi; A Novel Method for Training Resident in Robotic Hysterectomy.  Journal of Robotic Surgery; Vol. 4; Issue 1 (2010), p. 33.

54.   **MA Finan**, S Silver, E Otts, RP Rocconi.  A Comprehensive Method to Train Obstetric and Gynecology Residents in Robotic Surgery.  Journal of Robotic Surgery 2010; 4 (3): 183-190.

55.   J Whitworth, KS Matthews, **MA Finan**, E Reed, JM Straughn, Jr, RP Rocconi.  Double Prophylaxis for Deep Venous Thrombosis in Gynecologic Oncology Patients Undergoing Laparotomy: Does Preoperative Anticoagulation Matter? International Journal of Gynecologic Cancers 2011; 21 (6): 1131-1134.

56.   RP Rocconi**,** B Long, P Sullivan, M Blaize, J Brown, J Arbuckle, K Bevis, JM Estes, E Reed, **MA Finan.** Society of Gynecologic Oncology Meeting Highlights Progress: Treatment of chemotherapy-induced anemia (CIA) in ovarian cancer patients:  Does the use of erythropeoietic stimulating agents (ESA) worsen survival?  *Journal of National Cancer Institute* 2011; 103(7): 533-534

57.   A McCoy, **Finan MA,** Boudreaux FT, Tucker JA, Lazarchick JJ, Donnell RM, Rocconi RP. The Incidence and Clinical Significance of Lymph Node Micrometastases determined by Immunohistochemical Staining in Stage I – Lymph Node Negative Endometrial Cancer. Histol Histopathol. 2012 Feb; 27(2):181-185.

58.   RP Rocconi, C Meredith, **MA Finan.**  Evaluation of the learning curve of robotic assisted laparoscopic hysterectomy with lymphadenectomy for gynecologic malignancies. Journal of Robotic Surgery 2011; 5 (3): 189-193.

59.  **MA Finan**, JA Harris, AM Fisher, K Bradley, H Henslee, RP Rocconi; Magnetic Resonance or Computerized Tomography Imaging to Predict Difficulty of Robotic Surgery for Endometrial Cancer.  In press - Journal of Robotic Surgery; Online version (SpringerLink) June, 2011.

60.  X Li, J Zhang, L Gao, S McClellan, **MA Finan,** TW Butler, LB Owen, GA Piazza, Yaguang Xi; MiR-181 mediates cell differentiation by interrupting the Lin28 and let-7 feedback circuit. Cell Death and Differentiation. October 7, 2011, (127) 1-9.

61.  A Smith , RP Rocconi, **MA Finan.**  Signs of aging or vague symptoms of ovarian cancer? Oncol Nursing Forum: March 2012, (39) No. 2; E150 – E156.

62.  E Meng, B Long, P Sullivan, S McClellan, **MA Finan**, E Reed, L Shevde, RP Rocconi. CD44+/CD24- ovarian cancer cells demonstrate cancer stem cell properties and correlate to survival. Clinical & Experimental Metastasis: Volume 29, Issue 8 (2012), Page 939-948

63.  RP Rocconi, B Long, P Sullivan, M Blaize, J Brown, J Arbuckle, K Bevis, JM Estes, E Reed, **MA Finan**. Treatment of Chemotherapy-induced Anemia (CIA) in Ovarian Cancer Patients: Does the use of Erythropeoietic Stimulating Agents (ESA) Worsen Survival?  Int J Gynecol Cancer. 2012 June;22(5):786-91.

64.  MS Hoffman, **MA Finan**. Ureteral Injury Repaired during Robot-assisted surgery.   J. Robotic Surgery.  2013 (7)81-82.

65.  Stroud W, Whitworth JM, Miklic M, Schneider KE, **MA Finan**, Scalici J, Reed E, Bazzett-Matabele L, Straughn JM Jr, Rocconi RP.  Validation of a venous thromboembolism risk assessment model in gynecologic oncology.  Gynecol Oncol. 2014 Jul;134(1):160-3. Epub 2014 May 4.

66.  Meng E, Mitra A, Tripathi K, **Finan MA**, Scalici J, McClellan S, Madeira da Silva L, Reed E, Shevde LA, Palle K, Rocconi RP.  ALDH1A1 maintains ovarian cancer stem cell-like properties by altered regulation of cell cycle checkpoint and DNA repair network signaling. PLoS One. 2014 Sep 12;9(9): e107142. eCollection 2014.  PMID: 25216266

67.  Scalici J, Laughlin BB, **Finan MA**, Wang B, Rocconi RP. The trend towards minimally invasive surgery (MIS) for endometrial cancer: an ACS-NSQIP evaluation of surgical outcomes.  Gynecol Oncol. 2015 Mar;136(3):512-5. Epub 2014 Nov 20.  PMID: 25462206

68.  Mikhail E, Miladinovic B, Velanovich V, **Finan MA**, Hart S, Imudia AN.  Association between obesity and the trends of routes of hysterectomy performed for benign indications.  Obstet Gynecol. 2015 Apr;125(4):912-8. PMID: 25751208

69.  S McClellan, J Slamecka, P Howze, L Thompson, **MA Finan**, RP Rocconi, L Owen.  mRNA detection in living cells: A next generation cancer stem cell identification technique. *Methods*. 2015 Jul 1;82:47-54. doi: 10.1016/j.ymeth.2015.04.022. Epub 2015 Apr 25. PMID:  25920950

70.  Rocconi RP, Scalici J, Reed E, Felix TL, **Finan MA**. A phase I study of hypomethylating agent azacitadine (Vidaza) in combination with the nanoparticle albumin-bound paclitaxel (Abraxane):  Efficacy results of heavily pre-treated gynecologic oncology patients**.** (Submitted to *Cancer*)

71.  Ross J, Braswell KV, Madeira da Silva L, Mujica F, Stutsman S, **Finan MA**, Nicolson W, Harmon MD, Missanelli M, Cohen A, Singh A, Scalici JM, Rocconi RP. Unraveling the etiology of ovarian cancer racial disparity in the deep south: Is it nature or nurture? Gynecol Oncol. 2017 May;145(2):329-333. doi: 10.1016/j.ygyno.2017.02.025. Epub 2017 Feb 16. PMID: 28215839

72.  Grette K, Long B, Finan MA, Rocconi RP. Intraperitoneal (IP) port cytology after completion of primary therapy for advanced stage ovarian cancer: A novel approach to a "second look". 2019 Aug; 154(2): 290-293. doi: 10:1016/j.ygyno.219.05.011. Epub 2019 May 31.  PMID: 31160072

73.  Rocconi RP, Wilhite AM, Schambeau L, Sclaici J, Pannell L, Finan, MA. A novel proteomic-based screening method for ovarian cancer using cervicovaginal fluids: A window into the abdomen. Epub 2021:  doi.org/10.1016/j.ygyno.2021.10.083 2021 Oct; Gynecologic Oncology.

**REVIEW ARTICLES:**

1.  **Finan MA**.  Adelantos en el manejo del Cáncer Cervical.  Oncología 7(4):276-77, Oct-Dec, 1997.

2.  **Finan MA**, Kline RC.  Controversies in the Management of Stage 1B Cervical Cancer. Contemp Ob/Gyn 43(4):77-100, April 1998.

3.  **Finan MA**. El Cancer Cervical Localmente Avanzado. Oncologia 8(2):233-234, June 1998.

4.  **Finan MA**, Kline RC. Microinvasive Cervical Cancer. The Female Patient 23:13-20, November 1998.

5.  **Finan MA**, Kline RC.  Current Management of Endometrial Cancer.  Contemp OB/GYN 43 (12): 86-97, December 1998.

**ABSTRACTS**:

1.   Angel JA, O'Brien WF, Knuppel RA, **Finan MA**, Morales WJ; Acute Pyelonephritis in Pregnancy: A Prospective Study of Oral versus Intravenous Antibiotic Therapy.  Society for Gynecologic Investigation, March, 1989.

2.   JV, Roberts WS, Hoffman M, LaPolla JP, Barton DPJ, **Finan MA**; Laparoscopic-guided Fletcher-Suite Insertion.  Fiorica American College of Obstetricians and Gynecologists District IV, 1990.

3.   Barton DPJ, Cavanagh D, Roberts WS, LaPolla JP, Hoffman MS, Fiorica JV, **Finan MA**; A Prospective Study of Two Closed Suction Drainage Methods Following Radical Hysterectomy and Pelvic Lymphadenectomy. American College of Obstetricians and Gynecologists, May 1991.

4.   Fiorica JV, Roberts WS, LaPolla JP, Hoffman MS, Barton DPJ, **Finan MA**, Cavanagh D; Femoral Vessel Coverage with Dura Mater After Inguino-Femoral Lymphadenectomy. American College of Obstetricians and Gynecologists, May 1991.

5.   **Finan MA**, Fiorica JV, Roberts WS, Hoffman MS, Barton DPJ, Cavanagh D; Appendectomy at Radical Hysterectomy-acute Morbidity.  Southern Medical Association, November 1991.

6.   Barton DPJ, Hoffman MS, Roberts WS, Fiorica JV, LaPolla JP, **Finan MA**, Cavanagh D; Successful Primary Management of Perineal Neoplasms with Local Flaps and Without Colostomy.  American College of Surgeons, 77th Clinical Congress, October 1991.

7.   **Finan M**, Miguel R, Bowie J, Johnson M, Sheaham K; Postoperative Analgesia Using a Transdermal Fentanyl Patch in Gynecologic Oncology Patients. American College of Obstetricians and Gynecologists, April 1992.

8.   Fiorica J, Lockhart J, Pow-Sang J, Roberts W, Hoffman M, Barton D, **Finan M**, Gleeson N, Cavanagh D; Continent Urinary Diversion in Conjunction with Pelvic Exenteration. American College of Obstetricians and Gynecologists, April 1992.

9.   Becker JL, **Finan MA**, Widen RH; Oncogene Expression of a Mullerian Tumor Cell Line. World Congress of Cell and Tissue Culture, June 1992.

10.  Core GB, **Finan MA**, Kline RC; The Turbo Gracilis Myocutaneous Flap for Perineal Reconstruction. French, Italian and American Societies for Reconstructive Microsurgery, May 1993.

11.   Gleeson NC, Baile W, Roberts WS, Hoffman MS, Fiorica JV, **Finan MA**, Cavanagh D; Pudendal Thigh Fasciocutameous Flaps for Vaginal Reconstruction in Gynecologic Oncology.  24th Annual Meeting of the Society of Gynecologic Oncologists, February 1993.

12.  **Finan MA**, Larisey JS, Fiorica JV, Kline RC, Pinelli D, Roberts WS; Intraoperative Liver Biopsy With the Loop Electrosurgical Excision Procedure in Patients With Gynecologic

Finan 30

Malignancies. 18th Annual Society of Memorial Gynecologic Oncologists. Mohawk Mountain, New York, 1995.

13. **Finan MA**, DeCesare S, Fiorica JV, Chambers R, Hoffman MS, Kline RC, Roberts WS, Cavanagh D; Radical Hysterectomy for Stage IB1 vs IB2 Carcinoma of the Cervix: Does the New Staging System Predict Morbidity and Survival? 27th Annual Felix Rutledge Society. New Orleans, Louisiana, 1996.

14. Alevizon SJ, Kline RC, **Finan MA**; 'Ascus' Cervical Cytology - The Ochsner Experience with Follow-Up and Management. 27th Annual Felix Rutledge Society. New Orleans, Louisiana, 1996.

15. **Finan MA**, Hoffman MS, Chambers R, Fiorica JV, Kline RC, Robert WS, Cavanagh D; Body Mass Predicts Survival for New FIGO Stages IB1 and IB2 Cervical Cancer Treated with Radical Hysterectomy. Gyn Onc 64:362, Abstract 279, 1997.

16. Mains, **Finan**, Magnus; Morbidity and Mortality of Major Gynecologic Surgery in the Elderly. ACOG National Clinical Meeting, San Francisco, CA; May 2005.

17. Hoffman M, Cacciatore M, **Finan MA**, Roberts W, Fiorica J, Davanagh D; Radical Hysterectomy During Pregnancy. 10th International Meeting of Gynaecological Oncology, Coimbra, Portugal, April-May 1997.

18. Harris WE, Ballantyne RC, Fitterer LA, Crawford RE, Fary D, **Finan MA**; Treatment of Pseudomyxoma Peritoneii Syndrome with Hyperthermic Intraoperative Intraperitoneal Chemotherapy – Modification of Technique. Perfusion Research and Education Forum, New Orleans, LA; October 2001.

19. Pellerin G, **Finan MA**; Endometrial Carcinoma in Women Less than 45 years of Age: A Clinico-pathologic analysis. American College of Obstetrics and Gynecology District VII, Washington DC, October 2004.

20. Parise AM, **Finan MA**; Ovarian Cancer Long Term Survivors. American College of Obstetrics and Gynecology District VII, Washington DC, October 2004.

21. RP Rocconi, G Zhang, LA Shevde, R Samant, **MA Finan**, LK Pannell. Mass spectrometry-based discovery of secretome biomarkers for ovarian cancer. Poster Presentation at Society of Gynecologic Oncologists Annual Meeting, Tampa, FL, Mar. 2008.

22. Mains L, **Finan MA**; Gynecologic Surgery in the Elderly. Accepted for Oral Presentation at the National meeting of the American College of Obstetricians and Gynecologists, San Francisco, CA; May 2005.

23. Clark ME, **Finan MA**, Rocconi R, Sherman C; The Robot Invasion: Impact of Robotic Surgery on the Surgical Experience of Ob/Gyn Residents. Poster Presentation at American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA; May 2008. Obstet & Gynecol Vol 111, No. 4, 69S.

24.  T Le, **Finan MA**, Mulekar M, Rocconi R;  Robot-assisted Total Laparoscopic Hysterectomy versus Conventional Abdominal Approach for Early Stage Endometrial Carcinoma. American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA; Obstet & Gynecol Vol 111, No. 4, 106S; May 2008.

25.  RP Rocconi, G Zhang, LA Shevde, R Samant, **MA Finan**, LK Pannell. Mass spectrometry-based discovery of secretome biomarkers for ovarian cancer. Poster Presentation at Society of Gynecologic Oncologists Annual Meeting, Tampa, FL, Mar. 2008.

26.  RP Rocconi, KS Matthews, MK Kemper, KE Hoskins, **MA Finan**, MN Barnes; The Association of Chemotherapy Induced Thrombocytopenia with Survival in Epithelial Ovarian Cancer Patients. Poster Presentation at American Society of Clinical Oncology Annual Meeting, Chicago, IL; June 2008.

27.  **MA Finan**, C Meredith, RP Rocconi; Technical Challenges with Robotic Surgery in Gynecologic Oncology.  Poster Presentation at Society of Gynecologic Oncologists Annual Meeting; San Antonio, TX; Feb 2009.

28.  A McCoy, **MA Finan,** F Boudreaux, J Tucker, RP Rocconi; The Incidence and Clinical Significance of Lymph Node Micrometastases determined by Immunohistochemical Staining in Stage I Lymph Node Negative Endometrial Cancer.  Poster Presentation at Society of Gynecologic Oncologists Annual Meeting; San Antonio, TX; Feb 2009.

29.  RP Rocconi, C. Meredith, **MA Finan**; Evaluation of the Learning Curve of Robotic Assisted Laparoscopic Hysterectomy with Lymphadenectomy for Gynecologic Malignancies. Poster Presentation at Society of Gynecologic Oncologists; San Antonio, TX; Gynecologic Oncology - Volume 112, No. 2, Supplement 1; Feb 2009.

30.  J Moore, J Whitworth, KS Matthews, **MA Finan**, JM Straughn, RP Rocconi; Double Prophylaxis for Deep Venous Thrombosis in Gynecologic Oncology Patients Undergoing Laparotomy:  Does Preoperative Anticoagulation Matter? Poster Presentation at Society of Gynecologic Oncologists; San Antonio, TX; Gynecologic Oncology - Volume 112, No. 2, Supplement 1; Feb 2009.

31.  Zhang, G., **Finan, MA.**, Rocconi, RP., Mulekar, M., Pannell, LK; Proteomic analysis of gynecological mucus samples provides insight into the early detection of endometrial cancer; Poster Presentation at the 57th ASMS Conference on Mass Spectrometry, Philadelphia, PA; June 2009.

32.  **MA Finan,** RP Rocconi; Simulation Lab to Train Residents in Robotic Hysterectomy Techniques.  Oral Film Presentation at American College of Obstetrics and Gynecologists Annual Meeting; Chicago, IL; May, 2009

33.  IC Cucoranu, **MA Finan,** CW Boudreaux; Malignant Mixed Mullerian Tumor of the Cervix: A Case Report and Review of Literature.  Cap'09; The Pathologists' Meeting; Washington DC; Oct 2009

Finan 32

34. SD Rose, G Zhang, J Reese, **MA Finan**, RP Rocconi, LK Pannell; Early Non Invasive Diagnosis of Endometriosis in Infertile Women Using Biomarkers Found in Cervicovaginal Fluid. American Society for Reproductive Medicine's 65th Annual Meeting; Georgia World Congress Center; Atlanta, GA; October 17-21, 2009

35. **MA Finan**, RP Rocconi.  Simulation Lab to Train Residents in Robotic Hysterectomy Techniques.  Video Oral Presentation at the American College of Surgeons.  Chicago, IL; October 2009.

36. S Silver, **MA Finan,** RP Rocconi. A Comprehensive Method to Train Residents in robotic Hysterectomy Techniques.   Poster Presentation at the Association of Professors Gynecology and Obstertrics/CREOG 2010 Annual Meeting; Orlando, FL; 2010

37. JA Harris, **MA Finan,** AM Fisher, J Bradley, H Henslee, RP Rocconi.  Magnetic Resonance or Computerized Tomography Imaging to Predict Difficulty of Robotic Surgery for Endometrial Cancer. Poster Presentation at Society of Gynecologic Oncologists Annual Meeting; San Francisco, CA; March 2010

38. Murphy F., **MA Finan**, RP Rocconi, LP Pannell. Method for the Preparation of Ascites, Plasma, or Serum N-Linked Glycome. Poster Presentation at the University of South Alabama College of Medicine Research Forum; Mobile, AL; November 19, 2010

39. E Meng, LA Shevde, E Reed, B Long, P Sullivan, **MA Finan**, RP Rocconi**.** Identification and characterization of CD44+/CD24- ovarian cancer stem cells properties and their correlation to survival. Poster presentation at the Society of Gynecologic Oncologists Annual Meeting, Orlando, FL; March 2011.

40. B Long, P Sullivan, M Blaize, J Brown, J Arbuckle, K Bevis, JM Estes, E Reed, **MA Finan**, RP Rocconi. Treatment of chemotherapy-induced anemia (CIA) in ovarian cancer patients: Does the use of erythropeoietic stimulating agents (ESA) worsen survival? Oral presentation at the Society of Gynecologic Oncologists Annual Meeting, Orlando, FL; March 2011.

41. **MA Finan**, RP Rocconi.  Endometrial cancer as a platform for teaching residents robotic hysterectomy. Poster presentation at the Society of Gynecologic Oncologists Annual Meeting, Orlando, FL, March 2011.

42. MN Brooks, **MA Finan**, MS Mulekar, RP Rocconi, CD Sherman.  The Maternity Effect:  How does resident pregnancy and maternity leave affect surgical experience of Ob/Gyn residents?  Poster Presentation at the APGO/CREOG 2011 Annual Meeting.  San Antonio, TX;  March 2011

43. MN Brooks, **MA Finan**, MS Mulekar, RP Rocconi**,** C Sherman. Introduction of a Robot into an Ob/Gyn training program: effect on residents' surgical experience. Submitted to American College of Obstetrics and Gynecologists Annual Meeting. Washington, DC; April 2011.

Finan 33

44. B Lenz, **MA Finan**, RP Rocconi. Capillary lymphatic space invasion in robotic vs. abdominal hysterectomy for endometrial cancer. Poster presentation at the American College of Obstetrics and Gynecologists Annual Meeting. Washington, DC; April 2011.

45. F Murphy, **MA Finan**, RP Rocconi, LK Pannell. Characterization of the N-linked Glycome of Ovarian Cancer Ascites. Poster presentation at University of South Alabama 18th Annual Research Forum. Mobile, AL; April 2011.

46. A Smith, RP Rocconi, **MA Finan**. Are we acknowledging the concerns of women with early symptoms of ovarian cancer? Association of Women's Health, Obstetric and Neonatal Nurses 2011 Annual Meeting. Denver, CO; June 2011.

47. F Murphy, **MA Finan**, RP Rocconi, LK Pannell. Characterization of the N-linked glycome from ascites as an early indicator for ovarian cancer. Poster presentation at the American Society for Mass Spectrometry Annual Meeting. Denver, CO; June 2011.

48. **MA Finan**, MN Brooks, CD Sherman, RP Rocconi. Introduction of robotic surgery into an obstetrics and gynecology residency: Impact on resident surgical experience. Oral presentation at The Society of Pelvic Surgeons Annual Meeting. Toronto, Canada; September 2011.

49. E Meng, B Long, P Sullivan, S McClellan, **MA Finan**, E Reed, LA Shevde, RP Rocconi. CD44+/CD24- ovarian cancer cells demonstrate cancer stem-cell properties and correlate to survival. Poster Presentation at the University of South Alabama, Mitchell Cancer Institute Colloquium. Mobile, AL; October 2011.

50. D Dang, B Long, P Sullivan, RP Rocconi, **MA Finan.** Intraperitoneal port cytology after primary chemotherapy for ovarian cancer: A simple and inexpensive test to predict recurrence and survival. Poster Presentation at the Society of Gynecologic Oncology Annual Meeting. Austin, TX; March 2012.

51. B Laughlin, **MA Finan**, D Lee, RP Rocconi. The trend towards minimally invasive surgery for endometrial cancer: An ASC-NSQIP evaluation of surgical outcomes. Poster Presentation at the Society of Gynecologic Oncology Annual Meeting. Austin, TX; March 2012.

52. W Stroud, JM Whitworth, M Miklic, KE Schneider, **MA Finan**, E Reed, L Bazzett-Matabele, JM Straughn, RP Rocconi. Validation of a venous thromboembolism risk assessment model in gynecologic oncology. Poster Presentation at the Society of Gynecologic Oncology Annual Meeting. Austin, TX; March 2012.

53. **MA Finan,** L Pannell, D Billheimer, L Schambeau, J Blandford, RP Rocconi. A Novel Method of Screening for Endometrial Cancer. Poster Presentation at the Society of Gynecologic Oncology Annual Meeting. Austin, TX; March 2012.

54. **MA Finan,** C Boudreaux, R Donnell, T Gates, M Klein, C Lenz, RP Rocconi. Capillary Lymphatic Space (CLS) Invasion in Robotic vs Abdominal Hysterectomy for Endometrial

Cancer. Poster Presentation at the Society of Gynecologic Oncology Annual Meeting. Austin, TX; March 2012.

55. Rocconi RP, Scalici J, Leath III CA, **Finan MA**, Estes J, Straughn Jr JM. Lynch Syndrome Screening Strategies in Low Risk Endometrial Cancer Patients for Prevention of Secondary Colorectal Cancers: A Cost-Effectiveness Analysis. *Presented at the Society of Gynecologic Oncology 44th Annual Meeting*, February 2013.

56. Scalici J, Straughn J, Estes J, Leath C, **Finan MA**, Rocconi R. Is BRCA Mutation Screening a Cost-Effective Strategy to Improve Targeted Therapy for Serous Epithelial Ovarian Cancer? *Society of Gynecologic Oncology 44th Annual Meeting*, March 2013.

57. F. Murphy, **MA Finan**, RP Rocconi, LK Pannell. Method for the analysis of 4-aminobenzoic acid ethyl ester derivatized N-Linked oligosaccharides from cytopreservative solutions. American Society of Mass Spectrometry. June 2013.

58. Scalici J, Pearsall D, Courtney-Brooks M, Cantrell LA, Walters C, Leath III CA, **Finan MA**, Rocconi RP. The Surgical Management of Uterine Carcinosarcoma: Is Minimally Invasive Surgery a Feasible Option? *Accepted as a Poster of Exceptional Merit to the 99th Annual American College of Surgeons*.

59. CV Brown, B Wang, JM Scalici, RP Rocconi and **MA Finan**. An American College of Surgeons-National Surgical Quality Improvement Project (ACS-NSQIP) evaluation of surgical outcomes in the elderly: endometrial cancer patients undergoing hysterectomy. Society of Gynecologic Oncology 45th annual meeting. Tampa, Florida; March 22-25, 2014.

60. JM Scalici, J Black, CV Brown, B Wang, **MA Finan** and RP Rocconi. Racial disparity in endometrial cancer patients undergoing hysterectomy: an American Cancer Society (ACS)-National Surgical Quality Improvement Program (NSQIP) evaluation of surgical outcomes. Society of Gynecologic Oncology 45th annual meeting. Tampa, Florida; March 22-25, 2014.

61. JM Scalici, **MA Finan**, J Black, H Lankes, WE Brady and RP Rocconi. Minority participation in Gynecologic Oncology Group (GOG) studies. Society of Gynecologic Oncology 45th annual meeting. Tampa, Florida March 22-25, 2014.

62. JM Scalici, D DeCotis-Smith, B Wang, **MA Finan** and RP Rocconi. A comparative analysis of the treatment strategies for advanced ovarian cancer. Society of Gynecologic Oncology 45th annual meeting. Tampa, Florida; March 22-25, 2014.

63. JM Scalici, B Henderson, B Wang, **MA Finan** and RP Rocconi. Correlation of positron emission tomography (PET) with CA-125 levels in predicting recurrence in ovarian cancer. Society of Gynecologic Oncology 45th annual meeting. Tampa, Florida; March 22-25, 2015.

64. Cross-Site identification of ovarian cancer proteomic biomarkers from cervico-vaginal fluid. Schambeau L, Hood B, Conrads T, **Finan MA**, Rocconi R, Owen L, Chambers M,

Finan 35

Rocker J, Pannell L. 63rd ASMS Conference on Mass Spectrometry and Allied Topics, St. Louis, MO, June 2015.

65. Scalici JM, Ross JG, Madeira da Silva L, Nicolson W, Harmon MD, Boudreau S, Wang B, **Finan MA**, Rocconi RP**.** Evaluating Racial Molecular Complexity in Gynecologic Cancers. *Poster Presentation at Society of Gynecologic Oncology 2016 Annual Meeting on Women's Cancer,* March 2016

66. Relevance of albumin bound iron in ovarian cancer as determined by ICP-MS. Schambeau L, Amable L, Rocker J, **Finan MA**, Rocconi R, Pannell L. 64th ASMS Conference on Mass Spectrometry and Allied Topics, San Antonio, TX, June 2016.

67. RP Rocconi, JM Scalici, L Schambeau, L Pannell and **MA Finan**. A novel site-specific proteomic screening test for ovarian cancer in a large prospective multi-institutional clinical study. Scientific Plenary oral presentation at Society of Gynecologic Oncology Annual Meeting. New Orleans, LA, March 2018.

68. O Miree, SK Srivastava, S Singh, JM Scalici, JE Carter, **MA Finan**, NL Jones, RP Rocconi and AP Singh. Overexpression of MYB is associated with growth and malignant behavior of ovarian cancer cells. Poster presentation at Society of Gynecologic Oncology Annual Meeting. New Orleans, LA, March 2018.

69. N.L. Jones, J. Xiu, J.M. Scalici, **MA Finan**, I. Winer, J. Young Pierce and R.P. Rocconi. *Distinct molecular profiles and potential therapeutic targets in androgen receptor stratified ovarian cancer patients***.** Poster presentation at Society of Gynecologic Oncology Annual Meeting. New Orleans, LA, March 2018.

70. KV Grette, BJ Long, **MA Finan** and RP Rocconi. Intraperitoneal port cytology after completion of primary therapy for advanced stage ovarian cancer: A novel approach to a "second look". Submitted to Society of Gynecologic Oncology Annual Meeting. Honolulu, HI, March 2019.

71. B Reva, J Martignetti, **MA Finan**, L Madeira da Silva and RP Rocconi. Novel site-specific detection of ovarian cancer using cell-free DNA (cfDNA) modeling. Society of Gynecologic Oncology Annual Meeting. Honolulu, HI, March 2019.


**PUBLISHED LETTERS**:

1. **Finan MA**. The Allis Test for Easy Cesarean Delivery. Am J Obst Gyn 165:1899, 1991.


**FILMS/VIDEOS:**

1. Knuppel RA, **Finan MA**, Lense J. Introduction to: Soft Cup Vacuum Extraction. Columbia Medical & Surgical, Inc., Bend, Oregon; 1989.

2.   Cavanagh D, **Finan MA**, Barton DPJ.  Vulvar Cancer:  Three Incision Approach.  Video J Obst Gyn, 1992.

3.   Cavanagh D, **Finan MA**, Barton DPJ.  Vulvar Cancer Three Incision Approach for Radical Vulvectomy and Inguinofemoral Lymphadenectomy.  Society of Gynecologic Oncologists. Poster Session Videotape; Phoenix, Arizona; March 1997.

4.   **Finan MA,** Rocconi RP. Simulation Lab to Train Residents in Robotic Hysterectomy Techniques.  Oral Film Presentation at American College Obstetricians and Gynecologists. Chicago, IL; May 2009.  Awarded Honorable Mention.

5.   **Finan MA,** Rocconi RP.  Simulation Lab to Train Residents in Robotic Hysterectomy Techniques.  Oral Film Presentation at American College of Surgeons Clinical Congress. Chicago, IL; October 2009.

Finan 37

**PERSONAL AND PROFESSIONAL REFERENCES:**

Available by request