# EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE:   JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS            ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,           DANIEL L.
                                   CLARKE-PEARSON, MD
AND PRODUCTS LIABILITY
                                       VOLUME 1
LITIGATION

_____


          *     *     *     *

       THURSDAY, AUGUST 26, 2021

          *     *     *     *



       MASTROIANNI & FORMAROLI, INC.

  Certified Court Reporting & Videoconferencing

         515 South White Horse Pike

         Audubon, New Jersey 08106

              856-546-1100

1  **contribution to her developing ovarian cancer from**
2  **talcum powder was her perineal application over 45**
3  **years.**
4       Q.      And have you attempted to determine how
5  much talc Ms. Converse was exposed to over the time
6  period she claims to have used talc?
7               MS. THOMPSON:  Object to form.
8               THE WITNESS:  I'm not quite sure
9  what -- you're asking me to quantitate, is that --
10 BY MS. BROWN:
11      Q.      Sure.
12      **A.      I don't think anybody can quantitate**
13 **that.  We just knew the frequency that she was using**
14 **it.**
15      Q.      And is there a specific amount of
16 talcum powder, in your mind, that a woman like
17 Ms. Converse needs to use to have talc be the cause
18 of her ovarian cancer?
19              MS. THOMPSON:  Objection.
20              THE WITNESS:  I don't thing we have --
21 we don't have a specific amount, that I'm aware of.
22 BY MS. BROWN:
23      Q.      Do you believe that Ms. Converse's
24 clear cell ovarian cancer was caused by asbestos?
25              MS. THOMPSON:  Objection.

Daniel L. Clarke-Pearson, MD  August 26, 2021

Page 293

1              THE WITNESS:  No.  I don't know that
2     that -- there is no evidence of that.
3     BY MS. BROWN:
4         Q.     Do you believe that Ms. Converse's
5     ovarian cancer was caused by heavy metals?
6              MS. THOMPSON:  Objection.
7              THE WITNESS:  Let me rephrase it that I
8     don't know what it is about talcum powder that caused
9     her ovarian cancer.
10             Could it be heavy metals?  Could it be
11    fragrances?  Could it be asbestos that we're not
12    aware of?
13             I would just say that Johnson's Baby
14    Powder causes ovarian cancer.  Whatever the
15    constituents are, I don't think anybody can pin that
16    down.
17    BY MS. BROWN:
18        Q.     You're not offering an opinion is it
19    relates to Hilary Converse that it was a particular
20    contaminant of Johnson's Baby Powder that caused her
21    ovarian cancer, is that fair?
22        **A.     That's fair.**
23        Q.     You are not going to come to trial and
24    say it was asbestos contamination in some bottles she
25    used that caused her ovarian cancer, is that fair?

Page 294

1           MS. THOMPSON:  Objection.
2           THE WITNESS:  I will not be saying that
3  unless there is new evidence.
4  BY MS. BROWN:
5      Q.   Okay.  And the same would be true for
6  heavy metals or fragrances, you're not going to come
7  to trial and say it's the particular heavy metal or a
8  particular fragrance component of baby powder that
9  caused her ovarian cancer?
10          MS. THOMPSON:  Objection.
11          THE WITNESS:  I will just be saying
12  Johnson's Baby Powder was one of the causes of her
13  ovarian cancer.
14  BY MS. BROWN:
15     Q.   Are you aware of whether or not any
16  bottle of Johnson's Baby Powder that Ms. Converse
17  claims to have used was ever tested for any potential
18  contaminants?
19     **A.   I didn't see any of that in the**
20  **depositions.**
21     Q.   Have you ever determined the cause of
22  an individual woman's clear cell ovarian cancer?
23          MS. THOMPSON:  Objection.
24          THE WITNESS:  I think there are causes.
25  We don't stick with one cause, but there is multiple

Daniel L. Clarke-Pearson, MD                           August 26, 2021

Page 336

1                    THE WITNESS:  Yes.
2     BY MS. BROWN:
3          Q.        I had asked you some questions before
4     about whether or not you were going to opine that
5     asbestos or heavy metals or fragrances is what caused
6     Ms. Converse's cancer.  Do you recall those
7     questions?
8          **A.        Yes.**
9          Q.        I inadvertently left out fibrous talc.
10                   Are you going to opine that it was
11    fibrous talc, however you define that term, that was
12    the cause of Ms. Converse's clear cell cancer?
13                   MS. THOMPSON:  Objection.
14                   THE WITNESS:  It's certainly a
15    possibility.  I keep saying that whatever is in
16    talcum powder caused her ovarian cancer was a cause
17    of her ovarian cancer.
18    BY MS. BROWN:
19         Q.        And I think what you mean by that,
20    Doctor, is whatever the product was that was studied
21    in the epidemiology is the product that you're
22    opining on?
23                   MS. THOMPSON:  Objection.
24                   THE WITNESS:  Yes.
25    BY MS. BROWN: