# EXHIBIT 13

Judith Wolf, M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW JERSEY
 2
 3   ------------------------------
                                    )
 4   IN RE JOHNSON & JOHNSON        )
     TALCUM POWDER PRODUCTS         )  MDL NO.
 5   MARKETING, SALES PRACTICES,    )  16-2738(FLW)(LHG)
     AND PRODUCTS LIABILITY         )
 6   LITIGATION                     )
                                    )
 7   ------------------------------
 8    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                   STATE OF MISSOURI
 9
     VALERIE SWANN,                 )
10                                  )
           Plaintiff,               )
11                                  )  Cause No.
     v.                             )  1422-CC09326-03
12                                  )
     JOHNSON & JOHNSON, et al.,     )
13                                  )
           Defendants.              )
14   _____
15                  — — —
16         Tuesday, September 14, 2021
                    — — —
17
18        Oral Deposition of JUDITH WOLF, M.D.,
     VOLUME 2, held at the Fairmont Hotel, 101 Red
19   River Street, Austin, Texas, commencing at
     8:53 a.m. CDT, on the above date, before
20   Michael E. Miller, Fellow of the Academy of
     Professional Reporters, Certified Court
21   Reporter, Registered Diplomate Reporter,
     Certified Realtime Reporter and Notary
22   Public.
23                  — — —
24           GOLKOW LITIGATION SERVICES
          877.370.DEPS | fax 917.591.5672
25              deps@golkow.com
```

 1          Q.     In Ms. Judkins' case, as in

 2    each of the cases we've discussed, there's

 3    the potential for unknown causes of ovarian

 4    cancer.  But in your view, talcum powder use

 5    is a cause of her ovarian cancer, correct?

 6                 DR. THOMPSON:  Object to form.

 7          A.     In my view, after review of all

 8    her medical records and her depositions and

 9    her forms, that talcum powder is a cause of

10    her ovarian cancer -- her talcum powder use.

11    BY MR. ZELLERS:

12          Q.     All of the questions that I've

13    asked you in the past as to whether you have

14    individual opinions about asbestos or heavy

15    metals or fragrances that may be contained in

16    the talc, your opinion in this case is not as

17    to those specific ingredients, but it's to

18    the ingredients as a whole, the talc, which,

19    in your opinion, in this case caused

20    Ms. Judkins' ovarian cancer, correct?

21                 DR. THOMPSON:  Object to form,

22         misstates her testimony.

23          A.     So it's the talc which contains

24    or had been found to contain asbestos talc

25    fibers, the heavy metals, nickel, chromium,

```
 1   cobalt that we've talked about, and some
 2   irritating fragrance ingredients.
 3   BY MR. ZELLERS:
 4        Q.    Once again, we have no evidence
 5   in Ms. Judkins' case of any samples of the
 6   talcum powder she used that you're aware of;
 7   is that right?
 8        A.    I'm not aware that we have any
 9   of the samples of her baby powder that she
10   used.
11        Q.    You have not communicated or
12   talked with Ms. Judkins; is that right?
13        A.    I actually was on a phone call
14   with Ms. Judkins one time.
15        Q.    When was that?
16        A.    About a year and a half ago.
17   It was sometime deep in the pandemic, so...
18        Q.    And for how long did the phone
19   call last?
20        A.    It was with attorneys.  I don't
21   remember how long the phone call was.  Maybe
22   30, 40 minutes.
23        Q.    And what was the purpose of the
24   phone call?
25              DR. THOMPSON:  And I think that
```