# EXHIBIT 14

```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
 2

 3    IN RE JOHNSON & JOHNSON TALCUM    )
      POWDER PRODUCTS MARKETING,        ) MDL NO.
 4    SALES PRACTICIES, AND PRODUCTS    ) 16-2738 (MAS)(RLS)
      LIABILITY LITIGATION
 5

 6    ***********************************************************
 7                      ORAL DEPOSITION OF
 8                      JUDITH WOLF, M.D.
 9                       APRIL 25, 2024
10                         (VOLUME 2)
11    ***********************************************************
12

13

14

15            ORAL DEPOSITION of JUDITH WOLF, M.D., produced
16    as a witness at the instance of the Defendants, and duly
17    sworn, was taken in the above-styled and numbered cause
18    on the 25th day of April, 2024, from 8:58 a.m. to 11:16
19    a.m., before Gabriela S. Silva, CSR, RPR in and for the
20    State of Texas, reported by stenograph, at Aloft Austin
21    Downtown, 109 East 7th Street, Austin, Texas, pursuant
22    to the Federal Rules of Civil Procedure and the
23    provisions stated on the record or attached hereto.
24

25
```

```
                                                          Page 53
 1   was a substantial cause of their ovarian cancer and it    10:12
 2   makes sense knowing that the vast majority of talcum      10:12
 3   powder contains known carcinogens, asbestos and fibrous   10:12
 4   talc.                                                     10:12
 5        Q.   For purposes of your testimony in this case,    10:12
 6   did you attempt to quantify any affect that asbestos and  10:12
 7   talc has on the three plaintiffs?                         10:12
 8              MRS. O'DELL:  Object to the form.              10:12
 9        A.   Quantify any affect?  What do you mean by that? 10:12
10        Q.   (By Mr. Hegarty) Yeah, let me restate that.     10:12
11              For purposes of your opinion in this case,     10:12
12   are you quantifying any affect that asbestos has          10:12
13   separate from talcum powder, the product itself?          10:12
14        A.   No.  I mean, it's the entire product and        10:13
15   asbestos is in that product.                              10:13
16        Q.   Does the amount of asbestos that Dr. Longo      10:13
17   reports finding in Exhibit Number 4 have any affect on    10:13
18   your opinions in this case?                               10:13
19              MRS. O'DELL:  Object to the form.              10:13
20        A.   No, I'm not aware of safe doses of asbestos, so 10:13
21   the fact that it's found is concerning to me.             10:13
22        Q.   (By Mr. Hegarty) Are you aware of any studies   10:13
23   that have shown that there is an ovarian cancer risk      10:13
24   associated with the amount of asbestos that Dr. Longo     10:13
25   reports finding in talcum powder?                         10:13
```