# EXHIBIT 16

```
                                                          Page 1

 1            IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
 2              MDL NO. 16-2738 (MAS)(RLS)
 3
      IN RE:  JOHNSON & JOHNSON         :
 4    TALCUM POWDER PRODUCTS            :
      MARKETING, SALES PRACTICES        :
 5    AND PRODUCTS LIABILITY            :
      LITIGATION                        :
 6
 7
 8           Remote deposition of JACK
 9    SIEMIATYCKI, MSC, Ph.D., taken in the
10    above-entitled matter before Suzanne J. Stotz,
11    a Certified Court Reporter (License No.
12    30XI00184500) and Notary Public of the State of
13    New Jersey, taken on Wednesday, March 27, 2024,
14    commencing at 11:14 a.m. EDT.
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 55
 1    but it concerns one of the products that has
 2    been detected in talc products, one of them.
 3          Q.    So, in fact, the EPA document does
 4    not support your new opinion that talc
 5    contained asbestos, correct?
 6                MS. PARFITT:  Objection.  Misstates
 7          his testimony entirely.
 8                THE WITNESS:  That's correct.  I
 9          would say that's correct, basically.
10    BY MS. DAVIDSON:
11          Q.    Okay.  And the Dr. Longo documents
12    were provided to you by plaintiff's counsel as
13    well, of course?
14          A.    Yeah.
15          Q.    Okay.  Thank you.
16                Are you offering an opinion on
17    heavy metals in this litigation?
18          A.    What do you mean by "an opinion on
19    heavy metals"?
20          Q.    Are you offering an opinion that
21    talc contained -- that Johnson's Baby Powder
22    contained heavy metals?
23                MS. PARFITT:  Objection to the
24          extent it's foundational.  It was covered
25          in his 2019 deposition.
```

```
                                              Page 56

 1               You may answer, Dr. Siemiatycki.
 2               THE WITNESS:  I -- I have read
 3         references to the to the detection of
 4         metals in talc products.  I -- I can't
 5         say.  It certainly not something that I'm
 6         relying upon for any opinions about talc,
 7         but it's something that I have read.
 8    BY MS. DAVIDSON:
 9         Q.    Dr. Siemiatycki, did you reach out
10    to IARC and offer yourself as a potential
11    expert on talc issues recently?
12         A.    Yes, I did.
13         Q.    When was that?
14         A.    Probably a year ago or nine months
15    ago.  It was following a call by IARC for
16    experts to volunteer to participate in a new
17    monograph evaluation of talc, and I thought I
18    might be useful to them; and I've had a long
19    association with IARC.  So I -- I did offer
20    myself in that context.
21         Q.    Did you tell the lawyers you were
22    going to do that?
23         A.    I don't think I told them before
24    doing it.  I can't remember at what point I
25    informed them about it.  Maybe only after I had
```