# EXHIBIT 17

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &            :
JOHNSON TALCUM POWDER        :
PRODUCTS MARKETING,          :
SALES PRACTICES, AND         :   NO. 16-2738
PRODUCTS LIABILITY           :   (FLW) (LHG)
LITIGATION                   :
                             :
THIS DOCUMENT RELATES        :
TO ALL CASES                 :

- - -

January 21, 2019

- - -

      Videotaped deposition of
JUDITH ZELIKOFF Ph.D., taken pursuant to
notice, was held at the Sheraton Mahwah
Hotel, 1 International Boulevard, Mahwah,
New Jersey, beginning at 9:11 a.m., on
the above date, before Michelle L. Gray,
a Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Case 3:16-md-02738-MAS-RLS   Document 33118-18   Filed 08/22/24   Page 3 of 7 PageID: 234438
Judith Zelikoff, Ph.D.

Page 270

 1         Q.    Did you do analysis of
 2   biologic plausibility for talc without
 3   asbestos?
 4               MS. O'DELL:  Objection to
 5         form.
 6               THE WITNESS:  My biological
 7         assessment, my -- my biological
 8         plausibility was looking at the
 9         entire product of talcum powder.
10   BY MR. HEGARTY:
11         Q.    And how do you define the
12   entire product?
13         A.    The entire product is
14   whatever are the ingredients or listed
15   within the documents or the test results
16   from Imerys that -- that indicate what
17   they measured, including the metals, the
18   asbestos, the -- the asbestiform fibers,
19   the fragrances.
20         Q.    So you did your biologic
21   plausibility analysis with -- based on
22   talc that has asbestos, heavy metals and
23   fragrance in it, correct?
24               MS. O'DELL:  Objection to

Judith Zelikoff, Ph.D.

Page 271

1        form.
2               THE WITNESS:  I did my
3        biological plausibility on talcum
4        powder products.
5               I looked at individual
6        products, individual constituents
7        in adding to my -- to my report,
8        to my document.  But I looked at
9        the entire product.  And it is my
10       opinion that the entire product
11       causes inflammation and that
12       inflammation then goes on as a
13       triggering mechanism to turn on
14       certain genes and to bind iron
15       that can lead to the changes
16       needed for cancer in the ovary.
17  BY MR. HEGARTY:
18       Q.   You did not do a separate
19  analysis of talc without asbestos or
20  without -- and without heavy metals and
21  without fragrance, correct?
22              MS. O'DELL:  Object to the
23       form.
24              THE WITNESS:  I'm not even

Case 3:16-md-02738-MAS-RLS   Document 33118-18   Filed 08/22/24   Page 5 of 7
PageID: 234440
Judith Zelikoff, Ph.D.

Page 272

 1          sure how that would be done or I
 2          don't think it could be done.
 3                 What I did was I did it for
 4          the entire product.
 5      BY MR. HEGARTY:
 6          Q.    And what do you -- what do
 7      you think -- what is your opinion --
 8      strike that.
 9                 What is in the entire
10      product in your opinion?
11          A.    Based upon the Johnson &
12      Johnson documents.  That's where my --
13      that's where I will tell you what is in
14      there.
15                 As -- as far as the product
16      documents, it indicates that there are
17      metals, including -- not -- not totally
18      inclusive of, but to mention a few of the
19      more well-known ones, cobalt, chromium
20      and nickel.
21                 There are also, according to
22      the Crowley report, there are also many
23      chemicals that make up a fragrance.  And
24      there -- and in many of the samples

Judith Zelikoff, Ph.D.

Page 277

1  of that.  However many of the documents
2  and many of the studies including the
3  Longo supplement did compare, for
4  example, I think I misspoke when I said
5  one of the places that Johnson & Johnson
6  gets their talc is Korea.  What I meant
7  was China.  I should have said Asia.  So
8  Korea is also a mine that provided, but
9  not to Johnson & Johnson.
10               MS. O'DELL:  Hey, Mark,
11       we've been going about an hour and
12       15 minutes.
13               MR. HEGARTY:  Okay.
14               MS. O'DELL:  Can we take a
15       break?
16               MR. HEGARTY:  Yeah.
17               THE VIDEOGRAPHER:  The time
18       is 2:27 p.m.  Off the record.
19              (Short break.)
20               THE VIDEOGRAPHER:  We are
21       back on the record.  The time is
22       2:45 p.m.
23  BY MR. HEGARTY:
24       Q.    Doctor, if evidence was that

Judith Zelikoff, Ph.D.

Page 278

 1  there is no asbestos in Johnson's Baby
 2  Powder, would that change your opinions
 3  as to biological plausibility?
 4        A.   No, sir, it would not.
 5        Q.   Same question with regard to
 6  heavy metals.  If there were no heavy
 7  metals in Johnson's Baby Powder, would
 8  that change your opinions on biological
 9  plausibility?
10        A.   I looked at the entire
11  product and it would not -- it would not
12  change my opinion, as it exists
13  currently, with biological plausibility
14  that it would cause ovarian cancer
15  through -- through inflammation, is my
16  opinion.
17        Q.   In looking at your heavy
18  metals section, beginning at Page 8 of
19  your report -- are you there?
20        A.   I'm not.  I had to put my
21  glasses on.  Thank you.
22        Q.   There are no studies that
23  have looked at the effects of these
24  metals in powder dusted on the perineum,