# EXHIBIT 18

Rebecca Smith-Bindman, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF NEW JERSEY
 3

 4    _____
 5                                            )
      IN RE:   JOHNSON & JOHNSON TALCUM       )
 6    POWDER PRODUCTS MARKETING, SALES        )
      PRACTICES, AND PRODUCTS LIABILITY       )
 7    LITIGATION                              )
                                              )  MDL No.
 8                                            )  2738 (FLW)(LHG)
                                              )
 9    _____ )
10
11
12                   VIDEOTAPED DEPOSITION OF
13                  REBECCA SMITH-BINDMAN, M.D.
14                    San Francisco, California
15                   Thursday, February 7, 2019
16                            Volume I
17
18
19
20
21
22
23    Reported by:
      MARY J. GOFF
24    CSR No. 13427
25
```

Rebecca Smith-Bindman, M.D.

```
 1   awful lot of Johnson & Johnson baby powder over the
 2   last 50 plus years.  And -- and I am --
 3        Q    (BY MR. ZELLERS) And --
 4        A    -- not sure whether there's lots of other
 5   dominant players in the space.  I -- I don't know
 6   that.
 7             My impression is that Johnson -- baby
 8   powder baby is a Johnson & Johnson a product very,
 9   very often.
10        Q    But you have not done any type of survey
11   --
12        A    I have --
13        Q    -- or analysis?
14        A    -- I have not.
15        Q    If the biological mechanism by which a
16   talcum powder product can increase the risk of
17   ovarian cancer is because of a particular
18   contaminant or collection of contaminants, but that
19   contaminant or collection of contaminants does not
20   exist in all talcum powder products, will the
21   epidemiologic evidence that exists today allow you
22   to see that distinction?
23             MS. O'DELL:  Object to the form.
24        A    You're asking about contaminants of talcum
25   powder products.  My understanding from what I have
```

Rebecca Smith-Bindman, M.D.

```
 1   reviewed is that the components of talcum powder
 2   products include asbestos, include fibrous talc,
 3   include heavy metals, include fragrances.
 4            Let's get rid of the header -- the --
 5   the fragrances.  Just the heavy metals, the
 6   asbestos, and the fibrous talc.  My understanding is
 7   that those are in the same mines as the platy talc,
 8   which is the desired part of talc.
 9            To the degree that those are all part and
10   parcel of the same product, they're not -- I
11   wouldn't think of them as contaminants.  I would
12   think of them as just part of the product.
13            And so to the degree that that product
14   cannot be separated, I would be concerned that any
15   talcum powder products have all of the above.
16            I separated fragrance, because that's
17   something that's added.  That's not mined directly.
18   But the other items, my understanding is that's part
19   of the talc.
20       Q    You don't know one way or the other
21   whether talcum powder products contain asbestos, do
22   you?
23            MS. O'DELL:  Object to the form.
24       A    You're asking me to opine whether talcum
25   powder products contain asbestos?
```