# EXHIBIT 19

Confidential - Pursuant to Protective Order

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON &          )
JOHNSON TALCUM POWDER      )
PRODUCTS MARKETING         )
SALES PRACTICES AND        )  MDL 16-2738
PRODUCT LIABILITY          )  (FLW)(LHG)
LITIGATION                 )
_____    )
THIS DOCUMENT              )
PERTAINS TO ALL CASES      )

WEDNESDAY, DECEMBER 19, 2018

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -

Videotaped deposition of Laura
Plunkett, Ph.D., DABT, held at the Four
Seasons Hotel, 999 North 2nd Street, St.
Louis, Missouri, commencing at 9:12 a.m., on
the above date, before Carrie A. Campbell,
Registered Diplomate Reporter, Certified
Realtime Reporter, Illinois, California &
Texas Certified Shorthand Reporter, Missouri
& Kansas Certified Court Reporter.
- - -
GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

Page 272

1    you can extrapolate with scientific basis

2    from one type of cancer cause to ovarian

3    cancer with respect to the heavy metals

4    specifically?

5         A.     Well, I haven't attempted to

6    that, because I haven't attempted to define a

7    independent risk for each of those metals

8    individually.

9              The issue -- the issue I have

10   with those metals is -- there's a paragraph

11   here where I talk about pathogenesis of

12   carcinogenesis, where I talk about different

13   stages of cancer development and the fact

14   that inflammatory responses may be operating

15   at all those different stages.

16              So the issue is you have

17   potential -- you have compounds that are

18   known to produce cancer or have been shown to

19   have a potential risk of cancer.  They share

20   a similar mechanism to talc, so as a result

21   of that, they factor into your risk

22   assessment as far as there being an exposure

23   to a mixture.

24              But on the issue of ovarian

25   cancer, I'm looking at the data that's been

Confidential - Pursuant to Protective Order

Page 273

```
 1   collected on talc itself, which would be talc
 2   with the constituents that could include the
 3   metals.  But certainly I'm not saying that it
 4   is -- without the presence of one or the
 5   other of these there would be no risk of
 6   ovarian cancer.  I'm not saying that either.
 7        Q.    So my question is, though, can
 8   you point me either to scientific literature
 9   directly documenting that these heavy metals
10   can cause ovarian cancer or to scientific
11   literature that enables you to extrapolate
12   from the types of cancer that they are known
13   or believed to cause to ovarian cancer?
14        A.    So I -- on the issue of can I
15   point you to the data on ovarian cancer, I'd
16   have to go back.  I can't answer that without
17   looking at the assessments.
18              But on the other -- second
19   question you asked me, that's the question I
20   was just trying to answer before.  It's the
21   idea that regardless of where the cancer is
22   developing, the fact that these compounds
23   have the ability to stimulate similar toxic
24   responses in tissues could lead to a --
25   setting up a situation where the -- where the
```