# EXHIBIT 20

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
 2

    IN RE JOHNSON & JOHNSON         §
 3  TALCUM POWDER PRODUCTS          § MDL NO.:
    MARKETING, SALES                §
 4  PRACTICES, AND PRODUCTS         § 16-2738(MAS)(RLS)
    LIABILITY LITIGATION            §
 5

 6

 7       *******************************************

 8            REMOTE VIDEOCONFERENCED DEPOSITION OF

 9               LAURA MASSEY PLUNKETT, PH.D.

10                    DECEMBER 21, 2023

11       *******************************************

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Job No. 348854
```

1   some of those exist.  And because I've heard them

2   discussed just kind of, you know, in conversation.

3   But I have not, no.  I -- there's a -- from my

4   understanding of what's there, there is some

5   literature that causation experts rely upon that is

6   post 2021.

7       Q.   And without disclosing any conversation

8   you've had with counsel, what articles are you aware

9   of that exist?

10      A.   I don't know the name of the article.  I

11  just happen to know that there -- in conversations

12  I've had that there is some additional literature in

13  this area.

14      Q.   Same question as to heavy metals:  Have

15  you found any articles since August of 2021 that

16  you've not seen before concerning heavy metal

17  exposure and risk of cancer?

18      A.   No.  And on the heavy metals and actually

19  on the asbestos as well, don't forget that in my

20  discussion of my opinions, the issue is having

21  exposure to the entire mixture, not just to one

22  particular constituent.

23           So the epidemiological literature

24  related to perineal use of talc, it's talc with all

25  the things in it.  And the asbestos literature is