# EXHIBIT 21

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

---------------------------------------x

IN RE:   JOHNSON & JOHNSON TALCUM

POWDER PRODUCTS MARKETING, SALES

PRACTICES, AND PRODUCTS             MDL NO:

LIABILITY LITIGATION                16-2738 (FLW)(LHG)

---------------------------------------x

THIS DOCUMENT RELATES TO

ALL CASES

---------------------------------------x

DEPOSITION UNDER ORAL EXAMINATION OF

SARAH E. KANE, M.D.

January 25, 2019, 9:19 a.m.

- - -

REPORTED BY: JANET M. SAMBATARO, RMR, CRR, CLR

- - -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Sarah E. Kane, M.D.

Page 133

1    separating out.
2         I've looked at the talcum powder product
3    that women use on their perineum, what they
4    bought off the shelf.  I haven't looked at
5    pharmaceutical-grade -- let me correct that --
6    pleurodesis talc, for example.  I have not looked
7    at pleurodesis talc and ovarian cancer.  I have
8    not looked at any literature specifically on
9    that.  It's been the talcum powder products that
10   women are buying off the shelf and using on their
11   perineum.
12        Q.  So if I told you that Johnson's baby
13   powder starts out as pharmaceutical-grade talc
14   and that, beyond that, fragrance is added, would
15   it be the fragrance that you're taking issue with
16   that you believe is causally associated with the
17   development of ovarian cancer?
18        A.  Again, I -- it's whatever is in that
19   bottle.  It could be platy talc, fibrous talc,
20   asbestos, heavy metals, fragrance.  It -- to me,
21   it's the product, whatever the product is that
22   they are using.
23        Q.  And you have done a biologic
24   plausibility analysis for fragrances, for metals,
25   for asbestos, for fibrous talc, and for platy

Sarah E. Kane, M.D.

Page 134

```
 1   talc --
 2        A.   So --
 3        Q.   -- each one of those constituents?
 4        A.   So I have looked at evidence -- so
 5   Dr. Crowley's report, I mentioned.  I've looked
 6   at Dr. Longo's report.  I've looked at Hopkins
 7   and the Pier charts from their depositions.  I'm
 8   aware of evidence that these heavy metals and
 9   fragrances and asbestos are in there.
10        However, I haven't done -- what I know, I
11   looked at the -- I've looked at some literature
12   and I've looked at the IARC categorization of the
13   heavy metals.  I've looked at Dr. Crowley's
14   report and I've done an extensive look at
15   asbestos and ovarian cancer.
16        But, ultimately, those are just pieces of
17   biological plausibility.  What I'm mainly -- what
18   I am opining about is the ultimate product.  And,
19   again, it can be platy talc, it can be fibrous
20   talc, it can be asbestos, it can be heavy metals.
21        It's pieces of information that strengthen
22   the plausibility.  We know that asbestos causes
23   ovarian cancer, that certain heavy metals are
24   carcinogens, which the IARC categorized them as.
25   So it's just -- it's just additional pieces of
```

Sarah E. Kane, M.D.

Page 135

1    information that strengthen the biological
2    plausibility arm of it.
3         Q.   Doctor, how do you arrive at a
4    causation conclusion without a well-defined agent
5    of exposure?
6              MR. ROTMAN:  Objection.
7         Q.   Do you understand what I'm asking you?
8    How do you arrive at your causation and
9    conclusion when you're not sure what it is about
10   the talcum powder products that's actually
11   biologically relevant?
12        A.   Well, I think -- well, strike that.
13             The epi studies are looking at the product
14   that the women are using.  So that is the agent.
15   It's the -- it's the total product.  That is the
16   agent.
17             So when you're looking through -- let me
18   just -- so let's keep in mind that we're looking
19   at that product.
20             And then if you go through my Bradford Hill
21   analysis, you look at strength of association.
22   And, overall, there's a consistent relative risk
23   that's between 1 and 2.  I would say it's, across
24   studies, averaging 1.3 to 1.4 relative risk, and
25   that's consistent across studies.  That's the

Sarah E. Kane, M.D.

Page 138

1  an answer about the epi studies are looking at
2  the product that the women are using, and you
3  were talking about strength of association and
4  then you said, "And that's consistent across
5  studies.  That's the consistency piece of it,"
6  and then you were interrupted.
7          So were you done with your answer to
8  that earlier question?
9          THE WITNESS:  I can continue, because I
10 think it's important.
11         I mean, I was -- my general causation
12 opinion, the methodology I used was to answer the
13 question:  Does perineal application of talcum
14 powder products, the, you know, baby powder
15 product that you buy off the shelf, does that
16 cause ovarian cancer?  So it's whatever is in
17 that bottle.
18         So with the methodology that I used,
19 looking at the epi data, but also considering the
20 Bradford Hill criteria -- which, you know,
21 looking for specificity is another one.  So most
22 of the studies showed a stronger -- a strong
23 association with serous ovarian cancer, but it
24 was basically associated with epithelial ovarian
25 cancer, so all groups of epithelial ovarian

Case 3:16-md-02738-MAS-RLS   Document 33118-22   Filed 08/22/24   Page 7 of 9 PageID: 234460
Sarah E. Kane, M.D.

Page 139

 1   cancer.  It was pretty specific, the epi data,
 2   for that type of ovarian cancer.
 3           Temporality.  If you look at that, I
 4   mean, the case-control studies are retrospective
 5   reviews, so we know that they were using talc
 6   before their diagnosis of ovarian cancer.
 7           Biological gradient.  For those studies
 8   that looked at a biological gradient, there was
 9   an evident -- there was evidence of a
10   dose-response, not all of the times statistically
11   significant, but the trend -- you can see a trend
12   of a dose-response across studies.
13           And then we get into the plausibility
14   piece, which you've been discussing mostly so far
15   in this deposition, which has to do with the
16   plausible mechanism of talcum powder -- what I'm
17   thinking of, talcum powder products -- whatever
18   is in that bottle was what I'm looking at --
19   talcum powder products causing -- the
20   plausibility of it causing a chronic inflammatory
21   response, leading to ovarian cancer.  We've been
22   discussing that quite a bit today.
23           And then coherence.  So I can refer
24   again to my report.  Coherence, in this context,
25   means coherence between epidemiologic and

Sarah E. Kane, M.D.

Page 140

 1   generally accepted knowledge of the disease in
 2   question.
 3            So we know that particles can reach the
 4   ovary.  We know that talc can cause chronic
 5   inflammation.  We know that chronic inflammation
 6   is associated with certain types of cancer.  We
 7   know that certain types of ovarian cancer have
 8   shown association with chronic inflammatory
 9   conditions.
10            So, again, going through all this is
11   experiment and analogy, experiment with the
12   animal studies and the in vitro studies.  And
13   analogy, I used the example of asbestos, because
14   even though asbestos is -- you know, asbestos is
15   chemically similar, you can have asbestos fibers
16   and talc fibers, but it's a similar mineral
17   chemically, and we know that that is a
18   carcinogen.  So that's part of the analogy.
19            But, again, it's the whole picture.  I
20   mean, you look at the -- all of this data
21   following my methodology and you apply the
22   Bradford Hill criteria guidelines -- the Bradford
23   Hill guidelines.  And, looking at all that, my
24   professional judgment is that the talcum powder
25   products can cause ovarian cancer.

Sarah E. Kane, M.D.

Page 288

1  biology and inflammation, are you?
2       A.   I am not currently participating in a
3  study of oxidative stress or redox biology.
4       Q.   You don't have any funding related to
5  oxidative stress and inflammation, do you?
6       A.   No, I do not.
7       Q.   Have you ever applied for any funding
8  in that area?
9       A.   No.  I have not.
10      Q.   Have you ever authored a systematic
11 review of the literature on oxidative stress and
12 inflammation?
13      A.   Oxidative stress and inflammation, no.
14 I don't believe I have.
15      Q.   Have you ever authored a systematic
16 review of the literature on oxidative stress and
17 cancer?
18      A.   No.  I have not authored a systematic
19 review on that.
20      Q.   Okay.  Doctor, moving on to
21 inflammation and ovarian cancer.
22      Generally, on inflammation, can you cite to
23 a published experiment that was conducted in
24 animals in vivo that establishes a role of any
25 particular inflammatory cell or cytokine or