# EXHIBIT 22

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


IN RE:  JOHNSON & JOHNSON TALCUM

POWDER PRODUCTS MARKETING, SALES

PRACTICES, AND PRODUCTS

LIABILITY LITIGATION           MDL NO: 16-2738(FLW)(LHG)


_____/

THIS DOCUMENT RELATES TO

ALL CASES

_____/

PAGE 1 TO 343


    The Videotaped Deposition of GHASSAN SAED, PH.D.,

    Taken at 1 Park Avenue,

    Detroit, Michigan,

    Commencing at 9:15 a.m.,

    Wednesday, January 23, 2019,

    Before Laurel A. Frogner, RMR, CRR, CSR-2495.

Ghassan Saed, Ph.D.

Page 264

```
 1         specific.
 2    Q.   Are your opinions in this case premised on talc
 3         containing asbestos?
 4    A.   (Witness shakes head from side to side.) I don't know,
 5         no, my opinion has nothing to do with that.
 6    Q.   Are your opinions in any way based on talc having heavy
 7         metals in them?
 8    A.   No.
 9    Q.   Is it your opinion that talc without asbestos or
10         without any other constituents can cause ovarian
11         cancer?
12    A.   The one that I got in this bottle from J & J, yes.
13    Q.   Is it your opinion, Doctor, that your studies or your
14         experiments show that talc increases cellular
15         proliferation and decreases apoptosis?
16    A.   I'm sorry, one more time, one more time.
17    Q.   Sure.  Is it your opinions or is it your opinion that
18         talc use increases cellular proliferation and decreases
19         apoptosis in normal ovarian cells?
20    A.   My finding clearly indicates that if you treat cells
21         with talcum powder, the results of this treatment is a
22         dose response increase in proliferation and decrease in
23         apoptosis, yes.
24    Q.   In normal ovarian cells?
25    A.   In normal and in cancer cells.
```