## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on August 22, 2024, a true and correct copy of the

foregoing Opposition was filed electronically.  Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the

electronic filing receipt.  Parties may access this filing through the Court's system.

<u>/s/ *Susan M. Sharko*</u>
Susan M. Sharko
**FAEGRE DRINKER BIDDLE &**
**REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7350
susan.sharko@faegredrinker.com