# EXHIBIT 3

Page 1

```
 1              SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION - MIDDLESEX COUNTY
 2              DOCKET NO. MID-L-003809-18AS

 3

 4
    KAYME A. CLARK and           )
 5  DUSTIN W. CLARK,             )    104 HEARING
                                 )
 6              Plaintiffs,      )    TRANSCRIPT OF
                                 )     PROCEEDINGS
 7        v.                     )
                                 )     (VOLUME I)
 8                               )
    JOHNSON & JOHNSON, et al.,   )
 9  et al.,                      )
                                 )
10              Defendants.      )
    ------------------------------

11

12              Place: Middlesex County Courthouse
                       56 Paterson Street
13                     New Brunswick, New Jersey  08903

14
                Date:  May 29, 2024
15                     9:02 a.m.

16

17  B E F O R E:

18       HONORABLE ANA C. VISCOMI, J.S.C.

19

20

21              ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
22              290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
23              (718) 983-1234
                E-mail:  p1steno@veritext.com

24

25
```

Page 2

```
 1  A P P E A R A N C E S :
 2  DEAN OMAR BRANHAM SHIRLEY LLP
      BY:  BENJAMIN BRALY, ESQ.
 3    302 North Market Street
      Suite 300
 4    Dallas, Texas 75202
      Attorneys for Plaintiffs
 5
 6
 7
 8  KING & SPALDING
      BY:  MORTON D. DUBIN II, ESQ.
 9       KEVIN HYNES, ESQ.
      1185 Avenue of the Americas
10    34th Floor
      New York, New York  10036
11    -AND-
      McCARTER & ENGLISH
12    BY:  JOHN C. GARDE, ESQ.
      Four Gateway Center
13    100 Mulberry Street
      Newark, New Jersey  07102
14    Attorneys for Defendant,
      Johnson & Johnson
15
16
    ALSO PRESENT:  DERELL WILSON, ESQ.
17       EARLY, LUCARELLI,
         SWEENEY & MEISENKOTHEN
18
19
20
21
22
23
24
25
```

Page 3

```
 1            INDEX
 2
 3  WITNESS          DIRECT   CROSS
 4
 5  WILLIAM EDWARD LONGO
 6
 7  EXAMINATION BY:
 8     MR. DUBIN       9
 9     MR. BRALY          174
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1            E X H I B I T S
 2  NUMBER       DESCRIPTION          ID
 3  D-1   Chart summarizing PLM results  28
 4  D-2   ISO standards              45
 5  D-3   USP document               57
 6  D-4   9/16/2020 Chrysotile slide
 7        images                     59
 8  D-5   Determination of Refractive
 9        Indices of Asbestos Minerals
10        By Dispersion Staining:
11        How and Why, Dr. Su        65
12  D-6   Excerpt from product
13        number M70484              69
14  D-7   Dr. Sanchez' lab slide     72
15  D-8   Valadez analysis
16        MAS project M71614         80
17  D-9   Dr. Su's Affidavit         82
18  D-10  Dr. Longo's Declaration    90
19  D-11  Rapidly and Accurately
20        Determining Refractive Indices
21        Of Asbestos Fibers by Using
22        Dispersion Staining Method,
23        Dr. Su                     148
24  D-12  EPA R-93 test method       152
25  D-13  MAS report                 161
```

Page 5

```
 1            E X H I B I T S
 2  NUMBER       DESCRIPTION          ID
 3  (P-1 - P-6 not marked)
 4  P-7   Dr. Longo's Prudencio
 5        Declaration                238
 6  (P-8 not marked)
 7  P-9   Hope Klayman sample
 8        March 11, 2022             219
 9  P-10  Supplemental expert report  206
10  P-11  Talc powder analysis of
11        J&J Baby Powder            225
12  (P-12 - P-15 not marked)
13  P-16  PLM Analysis               233
14  P-17  1993 EPA R-93              241
15  P-18  1973 Colorado School of
16        Mines document             184
17  (P-19 - P-21 not marked)
18  P-22  2003 Dr. Su chart          202
19  P-23  2022 Dr. Su paper          204
20  (P-24 - P-27 not marked)
21  P-28  Birefringence calculation of
22        SG-210 Calidria            247
23  P-29  1974 McCrone publication   200
24
25
```

2 (Pages 2 - 5)

Page 34

1     A.     For the three reports that we have,
2   that's correct.
3     Q.     Okay.  And so I want to talk about
4   this idea of concentration for a second because
5   you've raised that a number of times in terms of
6   sample prep.
7            And as we said, one of the
8   explanations for your saying that you didn't see
9   amphibole by TEM back in that day was that you
10  weren't using concentration, right?
11    A.     We didn't have -- that's right, we
12  didn't have the detection limit, except for those
13  two which had so much tremolite in them that you
14  wouldn't need the concentration method.
15    Q.     So, slide 9, I want to talk a little
16  bit about the concentration method as it relates to
17  chrysotile.  Okay?
18    A.     Yes, sir.
19    Q.     And so, it's a different
20  concentration technique than you -- in some respects
21  than you use for amphibole, right?
22    A.     Not really different.  It's the same
23  methodology that's been used for hundreds of years.
24    Q.     Okay.
25    A.     It just changes like what you do with

Page 35

1   heavy liquid density is you change the density of
2   the liquid you're using to correspond to what you
3   needed to either make the asbestos float or sink.
4     Q.     Well, one of the things that we know
5   because if you were to say, and I think you've
6   implied this a few times, well, in the past I wasn't
7   finding chrysotile by PLM because I wasn't using a
8   concentration method, one of the things that we know
9   is that you currently claim to be able to find
10  chrysotile in these products both with and without
11  concentration, right?
12    A.     Yes, sir.  But to be fair it was only
13  after we got the Union Carbide, what I call
14  standards, so that the individuals knew what they
15  were looking for because they're so small, so, there
16  was a learning curve here.  We're scientists.  We
17  try to come up with better ways to analyze things.
18    Q.     And so you're mixing topics because
19  you're now talking about whether -- what types of
20  chrysotile you should be comparing to.  I'm focusing
21  on the concentration method.  Okay?  Okay?  Can we
22  talk about that?
23    A.     I apologize.  I thought I was
24  answering your question on why our analysts were now
25  finding it with and without concentration method.

Page 36

1     Q.     Okay.
2     A.     Maybe I misunderstood what you were
3   asking.
4     Q.     I just want to know what the variable
5   is that changed, okay, that changed so that now
6   you're identifying it.  So, I'm exploring whether or
7   not that is the use of concentration.  So, that's
8   what we're going to talk about now and, trust me,
9   we'll be talking about Calidria.  Okay?
10    A.     The variable that changed is that we
11  got our hands on the Calidria SG-210.  That helped
12  the analyst understand what they were looking for
13  since the SG-210 has all the same characteristics of
14  what we're finding in the chrysotile.  That's what
15  changed.
16    Q.     Okay.  Trust me, we're going to talk
17  about that.
18           When was the first time your lab ever
19  examined Calidria chrysotile?
20    A.     The first time?
21    Q.     Yep.
22    A.     I think the first time is when we
23  looked at some Visbestos some years ago under court
24  order, and this was like in 2015 or '14, and we did
25  PLM analysis there.  And if you go to your Exhibit

Page 37

1   25, you can see the PLM analysis and the size
2   ranges, the length and the width, back in 2017 or
3   '15, are identical to what we're seeing with the
4   SG-210 today and it's identical to what the size of
5   the chrysotile is that we're seeing in cosmetic
6   talc.
7     Q.     And, again, we're going to talk about
8   that and I want to focus on concentration right now.
9            And so, even, for example, in 2021
10  you were already using a heavy density liquid
11  separation method for chrysotile, right?
12    A.     Yes, sir.
13    Q.     And you were asked and you agreed
14  that the use of that concentration method really
15  wasn't improving your ability to detect chrysotile
16  under PLM in comparison to just doing it the
17  standard way, right?
18    A.     That's what we found then, yes.
19    Q.     And if we look at charts of your
20  results, for example, I think this is slide 10, this
21  is just an example of some of your results, we'll
22  see that both with and without concentration you're
23  routinely reporting chrysotile in the samples for
24  Johnson & Johnson, right?
25    A.     Correct.

10 (Pages 34 - 37)

Page 38

1    Q.    And when we talk about concentration,
2  if we go back to slide 5 for a second, concentration
3  is a sample method, it's not a microscope, right;
4  sample preparation method, apologies?
5    A.    Yes.  It's a sample preparation
6  method for either TEM, PLM, SEM, whatever you'd like
7  to use.
8    Q.    Right.  So, you can take the results
9  of what you get from the concentration and you can
10  use it with a variety of different microscopes,
11  right?
12    A.    Correct.
13    Q.    And so, the concentration method,
14  when you developed the concentration method for
15  amphiboles or when you had it adequately tested in
16  your lab, you chose to take what you got from that
17  concentration sample prep and look at it with TEM,
18  right?
19    A.    And PLM, both.
20    Q.    Eventually PLM, first TEM, right?
21    A.    First TEM, then PLM for the MDL
22  samples also.  We were comparing.
23    Q.    But when you got your chrysotile
24  concentration method worked out in this red period,
25  you did not take that and look at it under TEM for

Page 39

1  Johnson & Johnson, right?
2    A.    Again, I apologize.  It's a little
3  misleading.  You've got it going all the way to
4  2023.  We have just come up, working in concert with
5  another laboratory, with the heavy liquid density,
6  the amount of spin time, what we've been waiting
7  for, to do this.
8        Secondly, there is no requirement
9  anywhere that once it's positive by PLM, that you
10  have to do TEM to verify it.  Not EPA, not OSHA, not
11  NIOSH, nobody, and even FDA has come out and said if
12  it's positive by PLM, you can stop.
13    Q.    Okay.  We're going to talk about all
14  that but I asked you a fairly simple question,
15  right?
16        When you -- before when you were
17  looking for amphiboles, you took the concentration
18  and then you looked it under TEM for Johnson &
19  Johnson, you took the concentration, you only looked
20  at it by PLM, right to today?
21    A.    It's misleading how you're saying
22  that.
23        MR. DUBIN:  I'm sorry, Your Honor.
24  Can I please have the witness directed to answer my
25  question.

Page 40

1        THE COURT:  If the witness is saying
2  that it's misleading --
3        MR. DUBIN:  Okay.  Go ahead.
4        THE COURT:  -- then I'm going to let
5  him explain.
6  BY MR. DUBIN:
7    Q.    You can explain how it's misleading.
8    A.    Well, you have to understand --
9        THE COURT:  I'm sorry.
10        MR. DUBIN:  I apologize.
11    A.    -- what was in the literature, say,
12  Blount, amphiboles; what was, you know, New York,
13  heavy liquid density, amphiboles.  It was all worked
14  out.
15        When we hit the chrysotile, looked at
16  the chrysotile, the overwhelming feeling was can't
17  do it.  Even in the ISO 22262-1, it said it's
18  theoretically possible but not practical.  So, there
19  was a lot of research work that had to be done and
20  we wouldn't even have tried if we didn't come across
21  Johnson & Johnson's heavy liquid density from the
22  Colorado School of Mines.  That took a lot of
23  tweaking, so to speak.  So, the amphiboles was
24  there.  You had the Blount method already published,
25  et cetera, so it's either use, you know, 2.81 that

Page 41

1  Blount says, or the 2.65 that the ISO 22262-2 said,
2  one.  With chrysotile there was no such protocol,
3  except for Colorado School of Mines couple-page
4  protocol.
5    Q.    Okay.  Very simple question:  When
6  you had PLM, you got the concentration you looked
7  under TEM -- sorry.
8        When you were looking for amphiboles
9  you had concentration, you looked at it under TEM.
10  When you're switching to chrysotile, now you are
11  taking the concentration and only looking at it
12  under PLM for J&J, is that true or false?  I mean --
13    A.    It's both yes and no.
14    Q.    So, you do look -- so, you do, did
15  use TEM for Johnson & Johnson?
16    A.    No.  I think I already stated that we
17  have not done Johnson & Johnson.  What we have done
18  so far is Avon products.  And one of them happened
19  to be sourced from Vermont.
20    Q.    And so let's then talk a little bit
21  about the impact of the choice to use PLM verse TEM.
22  Okay?  And I want to talk a little bit about those
23  different methods.  So, if we can go to slide 11.
24        So talk a little bit about mineral
25  identification.  We're going to get into PLM a lot,

11 (Pages 38 - 41)

Page 42

1 but let's first do TEM because it's fairly quick.
2        So if we then go to slide 12, these
3 are -- the things below are not chrysotile, they're
4 amphibole. But within of the things that TEM can do
5 is if you find a particle and you want to know is it
6 talc, is it chrysotile, it can provide you detailed
7 information on chemistry and on crystal structure to
8 identify the proper mineral, correct?
9    A.    Correct.
10    Q.    Okay. In fact, you have said if you
11 use a TEM, if you choose to use a TEM, it is fairly
12 simple to tell whether or not you are, in fact,
13 looking at chrysotile as opposed to talc, right?
14    A.    Correct.
15    Q.    Okay. And now let's talk about PLM
16 and the additional dimension that adds and how it
17 can then be manipulated as we'll eventually say by
18 an analyst.
19        Before I get there, though, I want to
20 just talk a little bit about your PLM
21 qualifications. Okay? And so, slide 13.
22        Fair to say that as of 2019, which is
23 right before you started to issue reports claiming
24 to find chrysotile in Johnson & Johnson, you said
25 that you personally do not do PLM analysis?

Page 43

1    A.    That's correct.
2    Q.    And, in fact, you said that as of
3 2019 you had never analyzed a sample of talc for the
4 presence of asbestos from start to finish using PLM,
5 correct?
6    A.    Correct.
7    Q.    And at least as of 2023, when we last
8 asked you, you said you had never taken any classes
9 in the type of PLM analysis we're going to be
10 talking about which is referred to as PLM dispersion
11 staining, not a single class, right?
12    A.    No, sir.
13    Q.    So, it's correct you didn't take a
14 class, right?
15    A.    Never taken a class in PLM analysis
16 to understand how to identify asbestos in
17 asbestos-added products.
18    Q.    You are a self-taught PLM
19 analysis -- analyst, right?
20    A.    Yes, sir. I don't want to sound, you
21 know, braggadocios, but I have a Ph.D. in material
22 science and engineering where you know everything
23 about every type of microscope, et cetera, and
24 typically Ph.D. levels don't take basic PLM classes.
25 I know the science really well on PLM. I could

Page 44

1 analyze those samples but it would take me all day
2 so I don't do it.
3    Q.    Okay. We'll talk more about that a
4 little bit later but...
5        And if we look at the reports in
6 which MAS has claimed to find chrysotile in
7 Johnson & Johnson, you can see the names of the
8 people who actually did the analysis, right?
9    A.    Correct.
10    Q.    And you are never listed as the
11 analyst?
12    A.    Well, the only people that is listed
13 as the analyst is the person that goes from start to
14 finish. When I sit down or there's a structure that
15 there's some debate on it and I sit down and look at
16 it and go through it, I don't put my name down for
17 one structure. That's not fair.
18    Q.    Okay. But, again, the analyst would
19 typically be somebody like a Paul Hess, right?
20    A.    Correct.
21    Q.    Okay. But you, I think you just said
22 you feel comfortable answering questions today about
23 PLM dispersion analysis and how it's done at MAS,
24 right?
25    A.    Yes, sir.

Page 45

1    Q.    Great.
2        So, let's just start talking about
3 the differences. We've already said it's a fairly
4 simple matter to identify chrysotile with TEM. I
5 want to talk a little bit about how to identify
6 minerals using PLM dispersion staining. First,
7 we're just going to walk through a bit of the
8 process before eventually we're going to start
9 looking at your images in light of what we have
10 discussed. Okay?
11        And so, if we just remind ourselves
12 first, slide 1 'cause we're going to be talking
13 about one of these topics and I think you agreed
14 with it. 3, PLM analysis starts with the analyst
15 picking the right color and I think you agreed with
16 that, right?
17    A.    I agree.
18    Q.    So, I want to start to explain how
19 this works, anybody who's sort of following along
20 from the gallery don't worry, we're going to be
21 going back in each concept multiple times. All
22 right. And we can start out a little bit looking at
23 slide 15 as an example. And I think we were going
24 to introduce as, I guess it's Defense 2, just a copy
25 of the ISO standards that will be D-2, from which

12 (Pages 42 - 45)

Page 46

1  some of this will be drawn.  Thank you.
2          MR. DUBIN:  Would Your Honor -- do
3  you want a copy?
4          THE COURT:  No, I don't need one, but
5  thank you.
6          MR. DUBIN:  No problem.
7          THE COURT:  Is D-2 a combination of
8  standards or one standard?
9          MR. DUBIN:  It should be one
10  standard, Your Honor.
11  BY MR. DUBIN:
12      Q.   So, we're going to be talking a good
13  bit about what colors you should see under a
14  microscope for chrysotile, what colors you're
15  calling things.  I don't want to get there yet.  I
16  just want to talk about the process.  Okay?
17          And so, what we're looking at here is
18  an image in parallel, and we'll talk about why
19  that's significant, of ISO reference chrysotile in
20  1.550 oil, right?
21      A.   The 1866b NIST standard from Black
22  Lake, Canada, Johns-Manville's source, yes.
23      Q.   And so, again, just to talk about the
24  process, and we'll talk more about this later, when
25  you do this type of analysis, you have to select a

Page 47

1  refractive index oil, right?
2      A.   Yes.
3      Q.   And the colors of particles can be
4  slightly different depending on which refractive
5  index oil you use, right?
6      A.   That is correct.
7      Q.   So, we're going to be talking a lot
8  about two different periods of your work but right
9  now the refractive index oil that we're going to be
10  focusing on is 1.550 and that's the oil that's used
11  for this reference image, right?
12      A.   Yes.
13      Q.   Okay.  And so, if we look at the
14  steps that happen, let's assume I'm an analyst and
15  I'm looking down the microscope and I see this
16  structure, let me first ask you:  What would you
17  say, and we'll explain what this means, what the
18  refractive index of this particle is based on
19  looking at it?
20      A.   I would say the majority of what
21  we're looking at is in the 1.556 1.557 range and
22  people always call it magenta.
23      Q.   Okay.
24      A.   For a big bundle of chrysotile like
25  this, that's not surprising.

Page 48

1      Q.   Okay.  But if we go to the next
2  step, just so you understand the process, slide
3  17 -- sorry, actually, it's slide 16 first.
4          So what the analyst will do is they
5  will observe the particle under the microscope in
6  the refractive index oil and they will determine
7  what color they say they are seeing, right?
8      A.   Correct.
9      Q.   And then the next step on a very
10  basic level, if we go to slide 17, is that that
11  particular color will be associated with a
12  wavelength of light, right?
13      A.   Yes.
14      Q.   And so, here if we take that sort of
15  magenta-y color, that would be approximately 540
16  nanometers if you're converting it into a wavelength
17  of light, right?
18      A.   Yeah, 540, 530, right around there.
19      Q.   Okay.  And we can show which it is
20  but the next thing you do, the next step, if we go
21  to slide 18, is that you take that wavelength of
22  light and considering what oil you're using and
23  temperature and things like that, you can then
24  convert it into what's known as a refractive index
25  number or RI number, right?

Page 49

1      A.   Yes.
2      Q.   Okay.  And we're going to be working
3  with those numbers a good bit today.  And there is
4  an image here of an individual, Dr. Su, and there
5  are tables and methods that are used to perform this
6  type of analysis that were developed by him, right?
7      A.   This analysis?
8      Q.   Yes, this kind of PLM dispersion
9  staining analysis.
10      A.   No.  I would give the credit to
11  Dr. Walter McCrone back in the early '70s.
12      Q.   You use the Su tables as part of your
13  analysis?
14      A.   Yes.  He gives them out when he
15  audits your lab.  So, we have them there.  The
16  analyst, especially Mr. Hess who's been doing this
17  for, I don't know, 40 years, but we always use them
18  because it's handy.
19      Q.   Do you recognize Dr. Su in this
20  courtroom?
21      A.   I'm trying to remember the last time
22  he came and audited our laboratory.
23      Q.   I mean right there.
24      A.   Right where?
25      Q.   Right there.  Can you please stand

13 (Pages 46 - 49)

Page 86

1     Q.    Well, you and Dr. Su were at a
2  conference and you didn't go and talk to him, right?
3     A.    I never saw Dr. Su.  I never knew he
4  was there.  So, yeah, if I saw Dr. Su, I would have
5  asked him about it.
6     Q.    And one of the things that you have
7  criticized in Dr. Su's report is the idea that he
8  manipulated your images or Photoshopped your images
9  is one of the things you've said, right?
10    A.    Yes, sir.
11    Q.    And so, I want to look at those
12 images and what he did and what his point was and
13 then we'll talk about how it applies to your work.
14 But first I just want to understand on a very basic
15 level how illumination can impact color which then
16 goes into your analysis by which you call the stuff
17 you're finding chrysotile.
18         And so, let's just start first with
19 slide 37 and I made these.  I can't see how they
20 look.  So, I just took, I went and found some
21 flowers on Amazon, if anybody likes them, you
22 can -- I think it's 14.99 for Forget-Me-Nots, and
23 blew up a little bit of the image of some of the
24 flowers that are on the Amazon site.
25         And then if we go to slide 38, I just

Page 87

1  turned down the brightness a little bit on this and
2  what we can see is that by reducing brightness on an
3  image like this, you can start to turn lighter blues
4  into darker blues and those would have, those two
5  colors would have different refractive indices,
6  right?
7     A.    Yes.
8     Q.    And you can also start yellows as it
9  gets darker turning into or even if they were bright
10 yellow, you can start seeing them turn into darker
11 orange, right, for example the center of the flower
12 on the bottom, right?
13    A.    That's correct.
14    Q.    And so, if we look at what Dr. Su was
15 saying about your imaging and its effect on color
16 and the effect on the analysis, we can go to page 6
17 or page 7 unless I have slides.  Is that visible to
18 everyone?
19         So one of the things that Dr. Su was
20 pointing out is that in his view, you did not have
21 appropriate or normal illumination of your images,
22 right?
23    A.    Well, that's -- you're right that's
24 what he stated.  He's wrong.  I don't understand how
25 he can make that decision in China when we're over

Page 88

1  in the United States never looking at the operative
2  microscope.  So, I just totally disagree what was
3  going on here.
4     Q.    Okay.  So, the failing is that he
5  doesn't have an opportunity to observe it through
6  your microscope in your view, right?
7     A.    We have never done anything but have
8  it on full brightness.
9     Q.    One of the things he did is he raised
10 the illumination and the image and now, for example,
11 and, again, these are the Gold Bond, we'll look at
12 some J&J, but now, the yellows are brighter in
13 parallel, right, and that's a typical color for talc
14 in parallel, that brighter yellow, right?
15    A.    I would agree.
16    Q.    Okay.  And the other thing that he
17 talks about on the next page, page 7, is that just
18 by raising the illumination to what he thought was
19 an appropriate level, the dark blue particle that
20 you're reporting on became a light blue particle in
21 the illuminated image, correct?
22    A.    That is correct.
23    Q.    Okay.
24    A.    You can do all kinds of stuff with
25 Photoshop.

Page 89

1     Q.    Well, again, so you're not saying
2  that anything has been changed except for brightness
3  level here, right?
4     A.    That's a lot.  You're taking evidence
5  and you're molding it into what you want to see.
6     Q.    Well, what he's pointing out is that
7  in his view, this is what in normal illumination,
8  what you should be seeing under the PLM, the
9  brighter images, right?
10    A.    Well, you keep saying "right."
11 That's his opinion but you can't -- at least I
12 always thought you can't take evidence and change it
13 and say, gee, this is what it would have looked like
14 if they did this with absolutely no evidence
15 whatsoever that that's true.
16    Q.    We're going to do the same thing with
17 some other images in a second, but before we get
18 there, let's show some evidence that it is true.
19         Okay.  So, as we pointed out, you
20 started looking at Johnson & Johnson for chrysotile
21 in about, what, 2019 or late 2019 or early 2020?
22    A.    Sometime in 2020.
23    Q.    And your first report was the
24 Zimmerman report, which we've already marked and
25 looked at, right?

23 (Pages 86 - 89)

Page 110

1    And, again, so, the key thing is what
2  does the analyst actually see here as opposed to
3  what does he report the color is.  Okay?
4    And so if we just go to the plain
5  image, I guess let's make it an exhibit next.  It's
6  already an exhibit.
7    Let's just go to the plain image
8  first, and it's PDF 3, it's something that's already
9  in evidence, which is the 2023/02/28 Valadez report.
10  What D number?
11    MR. HYNES:  Eight.
12    MR. DUBIN:  D-8, okay.
13  BY MR. DUBIN:
14    Q.    Let's put just the image itself up
15  first.  Is there a way we can Zoom on that a little
16  bit to make it easier to see?
17    Okay.  And so, when I first asked you
18  about this without using a color bar or without
19  doing anything else, you told me that you were
20  observing in this particle a brownish gold, correct?
21    A.    Correct.
22    Q.    Okay.  But then you give some data
23  here -- if we can scroll back up, we can see RIs.
24  You give some data at the bottom and there's an RI
25  number.  You see it?  You see RI 1564, right?

Page 111

1    A.    Correct.
2    Q.    And what you're able to do when you
3  give us that piece of data is we can do an analysis
4  in reverse to figure out what color your analyst was
5  calling the particle.  And so I just want to make
6  sure we understand how that works in reverse.  So
7  let's start with slide 46.  Actually, we can
8  probably go to 47.
9    Okay.  And so, for example, if you
10  just give the RI which was 1564, we can consult
11  the Su tables for the appropriate oil, and if we go
12  to 4 -- I can't see -- if we go to 48, we've done
13  this before, we can see that the color you're
14  calling this is equivalent to the wavelength of
15  light of 560, and if we go to slide 50, we can see
16  that that color, the color that you are calling this
17  particle for purposes of your analysis calling it
18  chrysotile is this deeper purple, right?
19    A.    It shows it on there but it's a
20  blend.  So that's where that should be -- should be
21  in my opinion.  There really is no purples I'm aware
22  of.  But that's where it falls.  And I stick with
23  it.
24    Q.    And you stick with it because you've
25  already admitted that if we go to, for example,

Page 112

1  slide 51 you have admitted that for purposes of your
2  analysis calling this chrysotile, you have treated
3  this particle in your analysis as if it is the
4  circle color here, 1.564, right?
5    A.    Yes.
6    Q.    Okay.  And I think we already -- you
7  already agreed with me about what color reference
8  chrysotile is on the wavelength, right, and that's a
9  color corresponding to magenta, correct?
10    A.    I haven't agreed with you --
11    Q.    Do you agree --
12    A.    -- other than it's an 1866b standard.
13  You don't get magenta when you look at other -- what
14  people say are chrysotile, such as the SG-210 or the
15  RG144 at the smaller sizes, but for asbestos-added
16  products I totally agree.
17    Q.    I'm just asking what color it is.
18  Let's do it more slowly then.  Let's go back to
19  slide 15.
20    And ISO gives refractive index values
21  for these reference samples, right?
22    A.    That's correct.
23    Q.    And do you recall what the reference
24  number is in parallel?
25    A.    I do not.

Page 113

1    Q.    I mean, we can just -- we've already
2  marked ISO but do you recall it as 1.556.
3  Otherwise, we can look back at ISO.
4    A.    Okay.
5    Q.    What?
6    A.    I said okay.
7    Q.    So, this is slide 19, we'll just call
8  it up.  It's already in.  So they're reference
9  values.  So, ISO tells you what color it thinks that
10  is, right?
11    A.    Yes, for the 1866b.
12    Q.    And so, it gives you this number
13  1.556, right, correct?
14    A.    Correct.
15    Q.    And if we look back at Longo slide
16  15, you can see that 1.556 corresponds to this
17  magenta, right?
18    A.    Yes, sort of magenta, I agree.
19    Q.    And so, just comparing the two
20  colors that you're calling this -- we can go to
21  slide 54 -- you are claiming that this particle that
22  you found in Johnson & Johnson that's on the left is
23  more purple than standard reference chrysotile,
24  right?
25    A.    No, it's not more purple.  It's just

29 (Pages 110 - 113)

Page 114

1  a blend of those colors. And you have to be looking
2  under the microscope also to dial it in, but it's
3  not magenta and has no relationship to these 1866bs.
4      Q.    And, remember when we were talking
5  before that one of the reasons why chrysotile has a
6  low birefringence value, for example, is that purple
7  is not that far from blue on the color chart, right;
8  that's why chrysotile has a low birefringence,
9  right?
10     A.    It has a low birefringence because
11 that's the way the crystal is designed.
12     Q.    But if I'm looking at a yellow
13 particle and I treat it as a purple particle, then
14 I'm creating low birefringence?
15     A.    No, we're not creating anything.
16     Q.    Well, there's no dispute, though, for
17 example, if we look at slide 55, that when you do
18 this calculation, when you eventually do the
19 birefringence calculation that you rely on, the
20 input in one of the two numbers that you're using
21 for that calculation for this particle will be based
22 on the refractive index that's associated with that
23 dark purple, right?
24     A.    That brownish color, yes.
25     Q.    Okay. And so whatever result you get

Page 115

1  in your birefringence calculation, it's going to be
2  based on calling that particle purple?
3      A.    We're not calling it purple. It's
4  got a tint to it and you have to -- you have to know
5  that the way these colors work on these crystals,
6  you don't get exactly what those charts ever show.
7  It's a blend, so I stick with it.
8      Q.    And so, let's do some of the other
9  particles. We can just do it more quickly. We can
10 go to Longo slide 56.
11           This is your second particle or CSM
12 002 and, again, before I showed it to you on a color
13 bar, you told me that it looked brownish gold,
14 right?
15     A.    Now that I'm looking close, I see
16 some purple on the outer edge.
17     Q.    But you also agree that the color
18 that you're treating this for, so your refractive
19 index you're giving us is 1.565 and if we back that
20 out, the color that your analyst is calling this is
21 somewhere between that 1.564 purple and the 1.566
22 magenta, right?
23     A.    No, you have to -- it's hard to see
24 it here, especially, you know, when you're
25 reproducing it. But if you go to the outer edge

Page 116

1  that we looked at, that has the purplish color in
2  it.
3      Q.    Okay. And the next particle was 003.
4  And if we look at that on a color chart, that's
5  slide 57, so this is something you're calling
6  chrysotile in your Valadez report, right?
7      A.    Correct.
8      Q.    And you're treating this in your
9  analysis as if it is the circled color, 1.568, which
10 is magenta, right?
11     A.    If you look around the outer edge,
12 that fibers there, that's what is being seen.
13     Q.    Okay. But functionally you're
14 basically saying that all of these particles in
15 parallel match standard reference chrysotile?
16     A.    No, I'm not saying that at all.
17     Q.    You are treating them as the same
18 color or more purple?
19     A.    We're treating them that what it
20 shows. Where if you're just taking the outer edge
21 or the one where it's being, you know, refracted
22 through the outer edge, then -- we started doing
23 this after Dr. Bo Li was in our lab doing our last
24 NVLAP and we were showing him this materials to look
25 at and he said we should use the very, very last,

Page 117

1  you know, the very edge, fiber bundle, fibers on
2  edge. But I'm not sitting at the microscope and
3  this has been copied a few times, so it's kind of
4  hard to debate you on it.
5      Q.    Okay. So, slide 58, just so we can
6  get the last particle, this is another particle that
7  you're saying has a refractive index range of 1.565
8  to 1.568, so the circled range, again, treating this
9  particle for your analysis as if it's magenta,
10 right?
11     A.    I wouldn't call it quite magenta, I'd
12 call it more purple.
13     Q.    And, I know one of the things that
14 you've -- and you've mentioned it here, if we go
15 back to slide 51 for a second, one of the things
16 that you said and you tried to say is, well, sure,
17 looks yellow, but I see some coloration around the
18 edge and you said that again today, right?
19     A.    Yes, sir.
20     Q.    But, even if we look at just this one
21 image and we can look at a lot more if we need to,
22 there are things around this that are definitely
23 talc plates, right? You're not claiming that's all
24 chrysotile, these rounded structures, right?
25     A.    No, of course not.

30 (Pages 114 - 117)

Page 118

1    Q.    And so, we see the same kind of red
2  edge effect because of your imaging on the talc
3  plates also, right?
4    A.    We have to get it in the same
5  orientation but some do, some don't.
6    Q.    And I asked you about that initially
7  before you started relying on the edge effects to
8  call fibers chrysotile, I asked you about these edge
9  effects and you told me that when you see them on
10  particles, you don't know whether they were just an
11  artifact or not, correct?
12    A.    When was that?
13    Q.    That was in your Eagles deposition.
14    A.    Then that must be correct.
15    Q.    Okay.  And I asked you whether these
16  red edges were an artifact and you said maybe, and
17  you would have to check if your focus was off,
18  right?
19    A.    Yes.
20    Q.    And so if we go back to 51, for
21  example, I've already got it up, if you're claiming
22  to see some sort of edge effect here that you're
23  basing your purple color on but it's an artifact,
24  then your entire analysis is wrong?
25    A.    No, this analysis is not wrong.  This

Page 119

1  is chrysotile and I would need to be looking at the
2  microscope here.  I stand by this.  It's not wrong.
3  And we'll get to that more tomorrow, I guess.
4    Q.    Well, slide 55, as you pointed out,
5  that if this edge effect that you're basing calling
6  this color, this purple, if that's just an artifact
7  of the image and not what you need to be focusing on
8  for dispersion staining, then when you do this
9  calculation, you're putting the wrong number in
10  there, it should be the number corresponding to the
11  yellow?
12    A.    That is not yellow and, you know, if
13  it's this, if it's that.  You know, chrysotile, the
14  birefringence can get as high as 0.017.  So, it is
15  not wrong.
16    Q.    Okay.  So, I'm going to move now to
17  talking about illumination in your Valadez work.
18    MR. DUBIN:  Your Honor, I don't know
19  if you prefer me to stop now and pick up after lunch
20  or go on for a little bit, I'm happy either way.
21    THE COURT:  Do you have any
22  preference, Dr. Longo?
23    THE WITNESS:  Probably might be a
24  good time to break for lunch.
25    THE COURT:  All right.

Page 120

1    THE WITNESS:  Thank you.
2    THE COURT:  Let's meet everyone back
3  here no later than five of one.  We're off the
4  record.
5    (Luncheon recess:  11:54 a.m. to
6  12:58 p.m., Eastern Standard Time.)

Page 121

1    A F T E R N O O N   S E S S I O N
2    THE COURT:  We're back on the record.
3  BY MR. DUBIN:
4    Q.    So, just to back up two slides in
5  order to make sure we're staying in flow and
6  understand where we are, if we could back up to
7  slide 51, please.
8    So, we were talking about the
9  characterization of the colors, which is the first
10  step in the analysis that drives the RI values,
11  everything that's going to go into the calculation.
12  And we were talking about whether this particle that
13  we're seeing here on screen is or is not truly
14  purple, okay, and that's one of the things we were
15  just talking about a moment ago.
16    And then if we see again slide 55, we
17  know and we're going to talk a little bit about the
18  birefringence formula and how you reached the
19  conclusion that things are chrysotile, but, for
20  example, this first input in the birefringence
21  formula, if you say that this particle is purple,
22  then the value for purple goes into that first step,
23  right?
24    A.    Well, I'm not calling it purple.  I'm
25  just calling it the color that we find in that

Page 158

1    A.    No.  I guess I'd go all the way back
2 to 2004 when we received five pounds of -- of
3 Vanderbilt's Nytal and we did testing on that but
4 that was a whole different size range.  Nytal 1 or
5 Nytal A, you had lots of bundles and stuff in there
6 that were a hundred microns, 50 microns.  That's the
7 first time we started testing it.
8         And then we tested Visbestos with the
9 attorneys there and I think that was 2014, 2015.
10   Q.    We'll look at the dates in a second.
11        Did MAS participate in the NVLAP
12 proficiency exam that involved testing laboratory's
13 ability to identify the mineral Calidria?
14   A.    We looked high and low to see if we
15 could find that.  We could not find that analysis.
16   Q.    You can't find the analysis.  Do you
17 know whether you participated?
18   A.    I don't know.  That's too long ago.
19   Q.    Because that was in 2001, right?
20   A.    Yes.
21   Q.    Is that correct?
22   A.    I think that's correct.  Where 35
23 percent of the labs failed, something like that.
24   Q.    So, I want to make sure we understand
25 when we use the term Calidria that we know what

Page 159

1 we're all talking about.  So, slide 85.
2         So, Calidria is, actually, just -- is
3 a brand name for a particular type of chrysotile
4 asbestos, right?
5    A.    Correct.  It's like amosite.  Amosite
6 is not a mineral.  It's the asbestos mines of South
7 Africa.  So, it's just a tradename.
8    Q.    The name comes from California and
9 the New Idria serpentine deposit, right?
10   A.    That's right, good for you.
11   Q.    Been there, so...
12        And the chrysotile from that area is
13 typically considered to be a unique chrysotile
14 formation that occurs there and perhaps one mine in
15 Yugoslavia, right?
16   A.    Correct.
17   Q.    In fact, you said you've never seen,
18 I think -- the chrysotile from there is completely
19 different from chrysotile that you find in Canada,
20 Vermont, Arizona, places like that; it's a different
21 sort of morphology is what you said, right?
22   A.    If you put Calidria in like a Ziploc
23 bag, it looks like flour.  If you take chrysotile
24 from Canada or 30 other places, it's almost like
25 cotton candy.

Page 160

1    Q.    As I understand it, your theory is
2 that because laboratories out there don't understand
3 what Calidria looks like, that's why they're
4 supposedly missing chrysotile in all of these talc
5 products, right?
6    A.    That's what I think.  There's got to
7 be a reason that other people aren't finding it
8 except with TEM are the ones I know about.
9    Q.    And so, your theory is that this
10 unique form of chrysotile that's found in this one
11 location in California is the type of chrysotile or
12 the appearance of chrysotile that is found in talc
13 from Vermont, from Italy, from Montana, from every
14 other mine, talc mine in the United States, that
15 somehow this unique type of chrysotile structure
16 that has only been found in this one mine in
17 California has somehow jumped into talc from every
18 area in the United States and from Italy, right?
19   A.    Now you're being silly.  I'm sorry.
20        No.  It's not jumped in there.  And
21 also, these materials have been milled.  You can go
22 to the RG -- the SG-210 chrysotile without us doing
23 anything has an average length of 10 microns, the
24 RG-144 without us doing anything has any average
25 length of about 80 microns.  So, this not formed

Page 161

1 that size.  This is after it's been milled you get
2 to that size, at least -- and why is that size in
3 the chrysotile?  Well, some may think that the
4 milling won't do that --
5    Q.    Okay.
6    A.    -- for chrysotile 'cause, you know,
7 it has such high tensile strength, but we're not
8 talking about your average ball mill.  These are big
9 monster machines that have a lot of force.  I don't
10 have another explanation why they look so similar.
11   Q.    Well, let's first just talk
12 about whether it does look similar, whether we
13 assume -- let's talk about what Calidria should
14 actually look like and whether it looks like what
15 you're claiming to find in Johnson & Johnson talcum
16 powder products.  Okay?
17        And so, we're going to start out with
18 that by talking about an analysis that your lab did
19 of Calidria asbestos in a product called Visbestos,
20 which was essentially bagged of asbestos to be used
21 in the drilling mud industry, and it was Calidria,
22 right?
23   A.    Correct.
24        MR. DUBIN:  And so, let's mark that
25 next, Exhibit 13.

41 (Pages 158 - 161)

Page 250

1              CERTIFICATE OF OFFICER
2
3          I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8          I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.
14
                *Andrea Nocks CCR CRR*
15   ---------------------------------
16       ANDREA NOCKS, CCR, CRR
         Certificate No. X100157300
17       Certificate No. XR00011300
18
19
20
21
22
23
24
25

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234