# EXHIBIT 4



