# EXHIBIT 5

```
 1              SUPERIOR COURT OF CALIFORNIA
 2                    COUNTY OF ALAMEDA
 3
 4    MARLIN LEWIS EAGLES and          Case No. 22CV018294
      GEORGIA EAGLES,
 5
              Plaintiffs,
 6
         vs.
 7
      ARVINMERITOR, INC., et al.,
 8
              Defendants.
 9   _____
10
11
12
13       VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
14                WILLIAM LONGO, PH.D.
15                 Suwanee, Georgia
16              Monday, October 23, 2023
17                     Volume 2
18
19
20
21    Reported by:
      LESLIE JOHNSON
22    RPR, CCRR, CSR No. 11451
23    Job No.: 6167398
24    PAGES 166 - 281
25
```

Page 166

```
 1    SUPERIOR COURT OF CALIFORNIA
 2        COUNTY OF ALAMEDA
 3
 4  MARLIN LEWIS EAGLES and      Case No. 22CV018294
    GEORGIA EAGLES,
 5
          Plaintiffs,
 6
       vs.
 7
    ARVINMERITOR, INC., et al.,
 8
          Defendants.
 9  _____
10
11
12
13
14
15
16
17    VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
18  WILLIAM LONGO, PH.D., Volume 2, taken on behalf of
19  Defendants, at Suwanee, Georgia, beginning at 10:36 a.m.
20  and ending at 1:29 p.m. (EDT) on Monday, October 23,
21  2023, before LESLIE JOHNSON, Certified Shorthand Reporter
22  No. 11451.
23
24
25
                                                    Page 167
```

```
 1  APPEARANCES (Cont.):
 2
 3  For Defendants Johnson & Johnson and LTL:
 4    BUTLER SNOW
 5    BY: KIM BUENO, ESQ.
 6       CHRISTOPHER R. COWAN, ESQ.
 7    1400 Lavaca Street, Suite 1000
 8    Austin, Texas 78701
 9    (737)802-1820
10    kim.bueno@butlersnow.com
11    chris.cowan@butlersnow.com
12  For Defendants Johnson & Johnson and LTL:
13    KING & SPALDING LLP
14    BY: MORTON DUBIN II, ESQ.
15       JACOB KEESTER, ESQ.
16       SHAIRA RAHMAN DIMAN, ESQ.
17    1185 Avenue of the Americas, 34th Floor
18    New York, New York 10036
19    (212)556-2100
20    mdubin@kslaw.com
21    jkeester@kslaw.com
22    sdiwan@kslaw.com
23
24
25
                                                    Page 169
```

```
 1  APPEARANCES:
 2
 3  For Plaintiffs:
 4    KAZAN, McCLAIN, SATTERLEY & GREENWOOD
 5    BY: JOSEPH D. SATTERLEY, ESQ.
 6    Jack London Market
 7    55 Harrison Street, Suite 400
 8    Oakland, California 94607
 9    (510)302-1000
10    jsatterley@kazanlaw.com
11  For Defendant Lucky Stores; Save Mart, LLC; Safeway, Inc.;
    and Longs Drugstores California, LLC on behalf of Longs
12  Drugstores California, Inc.:
13    BARNES & THORNBURG LLP
14    BY: KEVIN RISING, ESQ.
15    2029 Century Park East, Suite 300
16    Los Angeles, California 90067
17    (310)284-3880
18    kevin.rising@btlaw.com
19
20
21
22
23
24
25
                                                    Page 168
```

```
 1  APPEARANCES (Cont.):
 2
 3  For Defendant Perrigo Company of Tennessee f/k/a
    Cumberland-Swan and CMC, Inc.:
 4
      POLSINELLI LLP
 5
      BY: MATTHEW S. O'BRIEN, ESQ.
 6
    2049 Century Park East, Suite 2900
 7
    Los Angeles, California 90067
 8
    (310)556-1801
 9
    mobrien@polsinelli.com
10
       - and -
11
    GOODELL, DEVRIES, LEECH & DANN, LLP
12
    BY: JEFFREY J. HINES, ESQ.
13
    One South Street, 20th Floor
14
    Baltimore, Maryland 21202
15
    (410)783-4041
16
    jjh@gdldlaw.com
17
    Also Present:
18
       KIMBERLEE DECKER, Videographer
19
20
21
22
23
24
25
                                                    Page 170
```

2 (Pages 167 - 170)

```
 1  Valadez report.                           01:08:23
 2       MR. DUBIN: And, Jake, that's Tab 55, if
 3  we want to call it out.
 4       MR. SATTERLEY: Exhibit 30?
 5       MR. DUBIN: That will be Exhibit 30.   01:08:36
 6       (Exhibit 30 marked for identification.)
 7       MR. DUBIN: And, if we can go to page 32.
 8       Sorry. Is this the Valadez report, Jake,
 9  Tab 55? And then page 32? It should have images.
10       MR. KEESTER: Is it this one?          01:09:23
11       MR. DUBIN: Yeah. Let's rotate it.
12  BY MR. DUBIN:
13    Q  So I asked you about this particle before,
14  and I think you -- well, let me just ask you. What
15  color were you calling this?                01:09:46
16    A  A brownish-gold I guess. More on the
17  brownish side, brownish-gold, which what we're
18  seeing in the 1.560.
19    Q  So this is M71614-001CSM-001 chrysotile.
20  Okay?                                       01:10:04
21       MR. DUBIN: And let's go to page 37 above
22  this. Scroll down because it should have the
23  correct image. Let's go down. Okay. Let's flip
24  that. Scroll that down.
25  ////
                                              Page 263
```

```
 1  BY MR. DUBIN:                              01:10:35
 2    Q  And we're looking at M71614-001-CSM-002.
 3  What color are you observing in that structure?
 4  What color are you calling it for purposes of the
 5  RI?                                         01:10:49
 6    A  For the brownish part there, sort of a
 7  brownish-gold I would call it. Let's see. 1.565.
 8  That's pretty close to what I would say it is.
 9    Q  Okay. And if we go to page 42.
10       And, if we go to page 42 and scroll down.  01:11:16
11  Let's flip that. What color are you observing here
12  for purposes of the RI calculation?
13    A  That's higher -- that's a lower -- that's
14  a lower wavelength than what we've been looking at,
15  but it's going to be a higher refractive indices.  01:11:43
16  So I would probably call that -- I might get closer
17  to 1.570 than 1.568. You do have some red in there
18  around the edge that I don't see in some of the
19  other particulates. So I would call it a little bit
20  lower. Primarily, what you're seeing is yellow,  01:12:07
21  yellow-gold.
22    Q  Okay. And how is that the color that's
23  distinct in your mind from the talc plates that
24  we're observing on this image?
25    A  Well, I would say most of the talc plates  01:12:28
                                              Page 264
```

```
 1  are -- they've got a darker brown. But this is not  01:12:31
 2  the only thing -- this is not the -- the only thing
 3  we're using to identify this, one that has to be
 4  fibrous. If you go to the elongation where we have
 5  it in the 530-nanometer, you can get a better look  01:12:47
 6  at the structure of this as compared to everything
 7  else. And typically, talc plates don't show up very
 8  well in the one -- in the elongation, you know, in
 9  this -- in the single polar elongation, our
10  cross-polars at the -- essentially at the 45-degree  01:13:12
11  angle. You kind of focused in here, but this is not
12  the only data that we use to make an identification.
13    Q  Okay. We'll get back to that. I guess --
14  let me just back up for a second.
15       Has your laboratory -- prior to your    01:13:38
16  becoming involved in talc litigation, has your
17  laboratory done any PLM work for Calidria?
18       THE REPORTER: For what?
19       MR. DUBIN: Calidria, C-A-L-I-D-R-I-A.
20       We can take this down, Jake?           01:14:05
21       THE WITNESS: The only one we've done
22  would have been the -- some kind of -- you know,
23  some exposure studies with Calidria. And I think it
24  was the RG144 that was purchased by the plaintiff's
25  attorney sometime -- no, that was -- strike that.  01:14:27
                                              Page 265
```

```
 1       With RG144 or 145 when Mr. Hatfield wrote  01:14:30
 2  to -- not to Union Carbide, but to -- I think it was
 3  RCAC or something like that who bought it out. We
 4  got 5 pounds of material. I'm not sure we did any
 5  PLM on it until we got involved in this, when we  01:14:51
 6  thought it might be a -- might be a -- because of
 7  the sharp fibers, might be sort of a standard.
 8  BY MR. DUBIN:
 9    Q  Do you know what Visbestos or Super
10  Visbestos are?                              01:15:04
11    A  Super Asbestos?
12    Q  Super Visbestos or Visbestos?
13    A  I'm not sure.
14    Q  You don't recognize it as the name of a
15  drilling mod that was composed of Calidria asbestos?  01:15:23
16    A  Oh, we've analyzed that in the past.
17    Q  So let's just mark that as the next in
18  order. I guess that's 31.
19       MR. SATTERLEY: What did you call it
20  Visbestos?                                  01:15:38
21       MR. DUBIN: V-I-S-B-E-S-T-O-S.
22       THE WITNESS: Oh, I misunderstood. I
23  thought you were calling it "super-asbestos."
24       (Exhibit 31 marked for identification.)
25  ////
                                              Page 266
```

26 (Pages 263 - 266)

```
 1  if we need to.  We already marked that.  It was    01:27:20
 2  Exhibit 32.
 3       So you see it has project numbers?
 4  A    M62609.  Did I get that correct?
 5  Q    52609.                                         01:27:34
 6  A    52609.  Okay.
 7  Q    Okay.  And that's something that's
 8  searchable at MAS, right?
 9  A    Yes.
10  Q    Okay.  And you said you don't have the        01:27:43
11  samples because Union Carbide demanded them back.
12       So did you get these directly from Union
13  Carbide?
14  A    Yes.  I think Chatfield or somebody
15  brought it in.  These were not materials that we   01:28:03
16  had.
17  Q    Are you talking about the --
18  A    I'd have to look at the whole report.  You
19  know, we're talking, what, 10, 12, 13 years ago --
20  12 years ago.  I'd have to look at the report.  But 01:28:16
21  I don't think we were able to keep these as -- as
22  samples.
23  Q    Did MAS ever take the NIST proficiency
24  testing that related to Calidria?
25  A    Yeah, you've asked that a few times.  I       01:28:37
                                                       Page 275
```

```
 1  don't know.  I don't think -- I looked up for it   01:28:40
 2  once and was -- and couldn't find it, so I don't
 3  know.
 4  Q    Okay.  Have you --
 5  A    If you looked through your FOIA -- FOIA      01:28:52
 6  demand from NVLAP.  And if it wasn't in there, I
 7  don't know where it is.
 8  Q    Okay.  So have you seen the 2000 -- have
 9  you seen the NIST proficiency test, the summaries,
10  for Calidria?                                      01:29:14
11  A    I haven't seen what they stated.  I saw
12  what Chatfield stated, that, you know, a number of
13  labs failed.
14  Q    Okay.  Well, we're out of time.  Maybe
15  we'll start there next time.  Okay.  It's 1:30, I  01:29:33
16  guess.
17  A    All right.  Have a good afternoon,
18  Mr. Dubin.
19       THE VIDEOGRAPHER:  Off the record,
20  1:29 p.m.  This concludes today's testimony given by  01:29:42
21  William Longo, Ph.D.  Total number of media units
22  used was three and will be retained by Veritext
23  Legal Solutions.
24       (TIME NOTED: 1:29 P.M.)
25
                                                       Page 276
```

```
 1            DECLARATION UNDER PENALTY OF PERJURY
 2
 3       I, WILLIAM LONGO, Ph.D., the witness herein, declare
 4  under penalty of perjury that I have read the foregoing in
 5  its entirety; and that the testimony contained therein, as
 6  corrected by me, is a true and accurate transcription of
 7  my testimony elicited at said time and place.
 8
 9       Executed this _____ day of _____ 2023, at
10  _____, _____.
11       (City)         (State)
12
13
14
15
16       _____
17            WILLIAM LONGO, Ph.D.
                                                       Page 277
```

```
 1            REPORTER'S CERTIFICATION
 2
 3       I, Leslie Johnson, a Certified Shorthand
 4  Reporter of the State of California, do hereby certify:
 5       That the foregoing proceedings were taken
 6  before me at the time and place herein set forth; that
 7  any witnesses in the foregoing proceedings, prior to
 8  testifying, were administered an oath; that a record of
 9  the proceedings was made by me using machine shorthand
10  which was thereafter transcribed under my direction;
11  that the foregoing transcript is a true record of the
12  testimony given.
13       Further, that if the foregoing pertains to
14  the original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [ ] was [ ] was not requested.
17  I further certify I am neither financially interested in
18  the action nor a relative or employee of any attorney or
19  any party to this action.
20       IN WITNESS WHEREOF, I have this date
21  subscribed my name.
22  Dated: October 24, 2023
23
             Leslie Johnson
24       LESLIE JOHNSON
25       CSR No. 11451, RPR, CCRR
                                                       Page 278
```

29 (Pages 275 - 278)