# EXHIBIT 6

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                       COUNTY OF ALAMEDA
 3                          ---o0o---
 4     MARLIN LEWIS EAGLES and
       GEORGIA EAGLES,
 5          Plaintiffs,
                                        No. 22CV018294
 6     vs.
       ARVINMERITOR, INC., et
 7     al.,
            Defendants.
 8     _____/
 9
10
11
12       VIDEOTAPED ZOOM DEPOSITION OF WILLIAM LONGO, Ph.D.
13                  VOLUME 3, Pages 282 - 507
14                      November 3, 2023
15
16
17
18
19
20
21                         REPORTED BY:
22             EARLY K. LANGLEY RMR, RSA, B.A.
23                       CSR NO. 3537
24                  JOB NO:   6298688
25

                                                    Page 282
```

```
 1         Q.  That's life.
 2         A.  I'm talking to myself.
 3             Okay.  I have it.
 4         Q.  Okay.  So the color in parallel for this          08:38
 5    particle, M71614-001CSM-001, is that the
 6    approximate color that you identified it as in
 7    parallel where it's circled --
 8         A.  If you go around the edge of the bundle,
 9    it's a purplish color.
10         Q.  Okay.  And then this particle, the next           08:39
11    one, does that appear accurate?  This is now
12    M71614-001CSM-002?
13         A.  Again, let me get to it.
14         Q.  Sure.
15         A.  My book is out of order.  Somebody is             08:39
16    messing with me.
17         Q.  I wish I could claim credit for that,
18    but...
19         A.  I understand.
20             1.65, right.  1.68.                               08:39
21             I just looked at this, I thought, last
22    night.
23             Okay.  1.002.  Here's 002.
24             Okay, I have it.
25         Q.  Again, are the circled colors                    08:39
```

Page 308

```
 1    approximately what you're identifying as particle
 2    in parallel as the color?
 3         A.   Yes.  It's what -- you don't see it too
 4    well on that photograph, but I'm looking at this
 5    one, which I can see the outer -- you know, the      08:40
 6    outer edge of the bundle does have that kind of
 7    purplish color.
 8         Q.   And then next particle, M71614-001CSM-003,
 9    are the circled numbers approximately what you're
10    calling this particle for purposes of your           08:40
11    analysis?
12         A.   003.
13              168, so we're getting -- starting to get
14    up into the reddish range, pinkish-red.  Yeah,
15    that one is blown up some, so I can see it on the    08:41
16    outer side, on the outer edge -- on the edge of
17    the bundle.  So yes, I'm good with that.
18         Q.   Okay.  Last one, I think,
19    M71614-001CSM-004.  Is the circled range what --
20    approximately what you're calling this for           08:41
21    purposes of your analysis?
22         A.   Let's see.  We've got purplish to red to
23    pink.  Yes, that's good.
24         Q.   Okay.  Great.  Let me just ask you, since
25    you brought it and we marked it as 36, what do you   08:42
```

Page 309

```
 1    at least two orders of magnitude higher.
 2         Q.   And so that -- that opinion would apply to
 3    any cosmetic talc sold by any retailer, large or
 4    small, in the United States at any point in time;
 5    correct?                                                12:53
 6         A.   Yes.  But just to make it careful, it's
 7    the -- I'm not aware of any other mines than I've
 8    already stated in the United States and I'm not
 9    aware of any other mines for cosmetic talcs in
10    Europe or Asia such as Chinese, such as Italian,        12:53
11    such as France, such as Brazil, and such as India.
12         Q.   But North America, you're -- are you
13    confident in saying that there's asbestos in every
14    bottle of cosmetic talc that was sold at any time
15    in North America?                                       12:54
16         A.   Any bottle that was sold in North America
17    that used a mine source for cosmetic talc in North
18    America will have some level of asbestos in it,
19    and it just depends on the detection limit is --
20    if we can find it or not.  So it's all about            12:54
21    detection limits.
22         Q.   Okay.  But let me take that a little bit
23    further.
24              Do you have an opinion as to what
25    percentage of that talc is at a detection limit         12:55
```

Page 449

```
 1    STATE OF CALIFORNIA
 2                                     ss.
 3    REPORTER'S CERTIFICATE
 4
 5
 6         I, EARLY LANGLEY, a Certified Shorthand
 7    Reporter, State of California, do hereby certify:
 8            That WILLIAM LONGO, Ph.D., in the foregoing
 9    deposition named, was present via Zoom and by me
10    sworn as a witness in the above-entitled action at
11    the time and place therein specified;
12            That said deposition was taken before me
13    via Zoom at said time and place, and was taken
14    down in shorthand by me, a Certified Shorthand
15    Reporter of the State of California, and was
16    thereafter transcribed into typewriting, and that
17    the foregoing transcript constitutes a full, true
18    and correct report of said deposition and of the
19    proceedings that took place;
20    IN WITNESS WHEREOF, I have hereunder subscribed my
21    hand on November 6, 2023.
22
                       [signature: Early Langley]
23                     EARLY LANGLEY, CSR NO. 3537
                       State of California
24
25
```

Page 507