# EXHIBIT 7

# Part 2



M71614-001CSM-002 Chrysotile
Elongation @ 630X

2.5 µm

M71614-001CSM-002 Chrysotile
Crossed Polars @ 630X

2.5 μm

M71614-001CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

M71614-001CSM-003 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.568

25 µm



M71614-001CSM-003 Chrysotile
Perpendicular Dispersion
R.I. 1.557 to 1.560

25 μm



M71614-001CSM-003 Chrysotile
Elongation @ 630X

2.5 μm



M71614-001CSM-003 Chrysotile
Crossed Polars @ 630X

2.5 μm

M71614-001CSM-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm



M71614-001CSM-004 Chrysotile on Talc debris
Parallel Dispersion 1.560 R.I. @ 630X
R.I. 1.565 to 1.568

25 µm



M71614-001CSM-004 Chrysotile on Talc debris
Perpendicular Dispersion
R.I. 1.560 to 1.564

25 μm

M71614-001CSM-004 Chrysotile on Talc debris
Elongation @ 630X

2.5 µm

M71614-001CSM-004 Chrysotile on Talc debris
Crossed Polars @ 630X

2.5 μm



M71614-001CSM-004 Chrysotile on Talc debris
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

**MATERIALS ANALYTICAL SERVICES, LLC**
**PLM ANALYSIS**

| | | | |
|---|---|---|---|
| **Proj#-Spl#** | M71614 - 001ISONY | **Analyst** Paul Hess | **Date** 2/28/2023 |

**ClientName** Kazan, McClain, Satterley & Greenwood          **ClientSpl** 1

**Location** Johnson's Baby Power Bottle, 1.5 oz.

**Type_Mat**

**Gross Visual** debris on filter          **% of Sample** 100

                    **Temp (±1°C)** 21

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **α / γ (nm)** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**          **EST. VOL. %**
                    NO ASBESTOS OBSERVED

Chrysotile............................

Amosite................................

Crocidolite...........................

Tremolite/Actinolite..............

Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

Talc-fibrous                    ***

**NON FIBROUS COMPONENTS**

Talc                    X

Particulate                    X

**Comments** X = Materials detected. Analyzed for regulated Amphiboles. No regulated Amphiboles observed. ***Trace fibrous Talc observed.

# TEM Analysis

| TEM Bulk Talc Structure Count Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M71614-001 | | Grid Box # | | 8865 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A1-A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71614-001 | | Grid Box # | 8865 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | **G. O. Area** |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I7 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71614-001 | | Grid Box # | 8865 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | **G. O. Area** |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | Sample Wt. | |
|---|---|---|
| Org. Sample Wt. | Post HL Separation | |
| 0.02122 | 0.02122 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00001908 | g |
|---|---|---|
| Filter size | 1297 | mm² |
| Number of Structures Counted | 0 | Str. |
| **Structures per Gram of Sample** | <52,000 | Str./g |

| Detection Limit | 5.24E+04 | Str./g |
|---|---|---|
| Analytical Sensitivity | 5.24E+04 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-001 | | Grid Box # | 8865 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G.O. Area** |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.02122 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.166 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | A1-A3 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 4

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M71614-000 | | Grid Box # | | 8860 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 1% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E9-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-000 | | Grid Box # | | 8860 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71614-000 | | Grid Box # | 8860 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| N/A | N/A | g |
| Percent of Orig. Post Separation | N/A | (%) |

| Wt. Of Sample Analyzed | N/A | g |
|---|---|---|
| Filter size | 1297 | mm² |
| Number of Structures Counted | 0 | Str. |
| Structures per Gram of Sample | N/A | Str./g |

| Detection Limit | N/A | Str./g |
|---|---|---|
| Analytical Sensitivity | N/A | Str./g |

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M71614-000 | | Grid Box # | 8860 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G.O. Area** |
| Date of Analysis | 2/28/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.166 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | E9-B1 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 5







2916-ETC W/Ø 513602 $5.49

M71614-001













Opened by
CT on
1/26/2023

Johnson's

M71614-001



# Section 6

M71614-001CSM TALC
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 µm



M71614-001CSM TALC
Perpendicular Dispersion
R.I. <1.550

25 µm



M71614-001CSM TALC
Elongation @ 630X

2.5 µm



M71614-001ISONY TALC
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.600

25 µm



M71614-001ISONY TALC2
Perpendicular Dispersion
R.I. <1.550

25 µm



M71614-001|SONY TALC
Elongation @ 630X

2.5 μm



M71614-001ISONY TALC2
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 μm



M71614-001ISONY TALC2
Perpendicular Dispersion
R.I. <1.550

25 µm



M71614-001ISONY TALC2
Elongation @ 630X

2.5 µm