# EXHIBIT 8

```
                                                                5092

 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                       COUNTY OF ALAMEDA
 3              BEFORE THE HONORABLE STEPHEN KAUS
 4                         DEPARTMENT 19
 5                       VIA ZOOM CONFERENCE
 6                           ---oOo---
 7    CHRISTINA G. PRUDENCIO,
 8          Plaintiff,
 9    vs.                               No. RG20061303
10    JOHNSON & JOHNSON, et
      al.,
11
            Defendants.
12    _____/
13
                REPORTER'S TRANSCRIPT OF PROCEEDINGS
14
                 (Trial - William E. Longo, Ph.D.;
15
                          Nancy Musco)
16
                    Wednesday, July 7, 2021
17
                          Full Session
18
19
20
21       Taken before EARLY K. LANGLEY, B.A., RMR, RSA
                         CSR No. 3537
22
23
      VOLUME 33
24
25    PAGES 5092 - 5277
```

5093

APPEARANCES OF COUNSEL ON THE RECORD VIA ZOOM CONFERENCE:

For the Plaintiff:
JOSEPH SATTERLEY
IAN RIVAMONTE
Kazan, McClain, Satterley & Greenwood
55 Harrison Street, Suite 400
Oakland, California 94607
(510) 302-1000
Jsatterley@kazanlaw.com
Irivamonte@kazanlaw.com

For the Defendants Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., Johnson & Johnson Inc., sii Johnson & Johnson Cons Companies:
MORTON D. DUBIN
SHAILA R. DIWAN
KEVIN HYNES
King & Spalding LLP
1185 6th Ave Of The Americas
New York, NY 10036
(212) 556-2100
Sdiwan@kslaw.com
Mdubin@kslaw.com
Khynes@kslaw.com

5094

INDEX - VOLUME 33 - (Pages 5092 - 5277)
SESSIONS

| DATE | PAGE |
|---|---|
| Wednesday, July 7, 2021 | |
| Morning and Afternoon Combined | 5109 |

5095

INDEX - VOLUME 33 - (Pages 5092 - 5277)
INDEX OF EXAMINATIONS
CHRONOLOGICAL

WILLIAM E. LONGO, Ph.D. (for the Plaintiff)
   Cross-Examination By Mr. Dubin (Cont'd)   5126
   Redirect Examination By Mr. Satterley   5213
   Recross-Examination By Mr. Dubin   5247

NANCY MUSCO (for the Plaintiff via videotape)
   Examination By Attorney   5251

5096

INDEX - VOLUME 33 - (Pages 5092 - 5277)
INDEX OF EXAMINATIONS
ALPHA

| WITNESSES: | PAGE |
|---|---|
| WILLIAM E. LONGO, Ph.D. (for the Plaintiff) | |
|    Cross-Examination By Mr. Dubin (Cont'd) | 5126 |
|    Redirect Examination By Mr. Satterley | 5213 |
|    Recross-Examination By Mr. Dubin | 5247 |
| NANCY MUSCO (for the Plaintiff via videotape) | 5251 |

5129

1 you're looking for is magenta in parallel; right?
2     A. Yes and no.
3     Q. I guess we can look at -- we'll look at that in
4 a second for Su.
5         But when you are identifying chrysotile in     09:07:05
6 Johnson & Johnson's talc in parallel orientation, it is
7 typically based on yellow to golden yellow, and
8 sometimes a little bit of red; correct?
9     A. Not exactly. We have -- we have golden yellow
10 to reddish to magenta. So we see that range.     09:07:32
11     MR. DUBIN: Your Honor, I would like to read
12 from Dr. Longo's deposition testimony in Forrest,
13 February 8th, 2021, line 75:23 to 76:9.
14     MR. SATTERLEY: Let me try to find that in the
15 folder.     09:07:55
16     Can you give me the date of that so I can try
17 to find that --
18     MR. DUBIN: February 8th, 2021, line 75:23 to
19 76:9.
20     MR. SATTERLEY: I found the transcript.     09:08:48
21 You said page 76?
22     MR. DUBIN: 75, line 23 to 76, line 9.
23     MR. SATTERLEY: I think, Your Honor, that's
24 consistent what Dr. Longo said today.
25     THE COURT: I'm going to allow it.     09:09:36

5130

1     MR. DUBIN: Thank you.
2 BY MR. DUBIN:
3     Q. The question to you in your deposition was:
4         "And, again, it may be that if you don't
5     know anything about this we'll have to talk     09:09:47
6     about it in depth at some point. But do you --
7     is it correct that MAS's identification of
8     chrysotile in the Johnson & Johnson's products,
9     in parallel orientation, you're typically
10     evaluating it based on the yellow coloration of     09:10:01
11     the particle?"
12         Your answer:
13         "Only in parallel. Yellow to golden
14     yellow. Sometimes you'll see some red, a
15     little bit of red, but that's the range we've     09:10:12
16     been seeing."
17     So I want to look at then an example. And
18 we'll look at a couple of your chrysotile particles.
19     So this is -- if you need it, I have citations
20 on here to your report that we've uploaded.     09:10:36
21     MR. DUBIN: But -- and you'll see that just in
22 case you need it, Mr. Satterley.
23     It'll be identified as C6146, and have a page
24 number. But --
25     MR. SATTERLEY: Say that again. D6...     09:10:52

5131

1     MR. DUBIN: It's right on the screen. C6146,
2 page 296 of 647, if you need it. But it's right on the
3 screen.
4     MR. SATTERLEY: I'm sorry. It's over on the
5 side. It's really hard for me to see that fine print.     09:11:13
6 C-6146. Thank you.
7         (Whereupon, Defendant's Exhibit C6146 was
8         marked for identification.)
9 BY MR. DUBIN:
10     Q. So this is an example of a particle. If we see     09:11:19
11 where it has the micron bar 48.9, that's an example of
12 a particle that you've identified as chrysotile;
13 correct?
14     A. That is correct.
15     Q. And first we can see it's yellow; right?     09:11:31
16     A. Yes, sir. It has some, what I would say -- you
17 know, we won't go into the shades of yellow, but you've
18 got yellow to gold to sort of a goldish-brown,
19 brownish-gold.
20     Q. And just so we can orient ourselves, these --     09:11:51
21 these things over here, these particles, these big
22 plates, you're not denying that that is talc; right?
23     A. No. That's what it is.
24     Q. And that -- just to -- again, we'll talk about
25 the orientation. But that's the exact -- the exact     09:12:14

5132

1 same colors that you're seeing in this particle here,
2 in parallel orientation, that you're calling chrysotile
3 asbestos?
4     A. No. I'm not saying what you have above it.
5 All those particles that aren't fibers are --     09:12:30
6 are not -- is not chrysotile. It's talc. It's not
7 fibrous.
8         And, again, we talked about this yesterday.
9 You're pointing to something that's in a 45-degree
10 direction. It has to be perfectly parallel to see this     09:12:47
11 in colors.
12         If you were to turn that one particle you're
13 pointing to parallel, there would be different colors.
14 You cannot make that comparison.
15         It's -- the science is not there. That's why     09:13:02
16 you have to compare the colors at parallel and
17 perpendicular because you're using an analyzer
18 polarized lens that's sending the light in all one
19 direction. That's not appropriate to make those
20 comparisons.     09:13:21
21     Q. Well, I guess we'll talk about it.
22         But even here you see, for example, parts of
23 the talc plate are parallel, like the bottom of the
24 talc plate?
25     A. But still you have, what I would say, different     09:13:37

Aiken Welch, A Veritext Company
510-451-1580

5133

1 shades of yellow there. But it's a plate. We would
2 never call that chrysotile. And if you go to
3 elongation, most of those plates will disappear versus
4 the particle, the chrysotile bundle, which will not.
5 It's -- you can't make that comparison. That's --    09:14:00
6 that's not appropriate.
7    Q. Okay. Well, we'll come back to this image in a
8 second.
9       But I want to talk since you -- you just
10 mentioned this idea of different shades of yellow.    09:14:10
11       Now, there's a Dr. Su, who I think we've
12 already heard about because he wrote one of the methods
13 for PLM analysis that you demonstrated in your direct
14 examination; right?
15    A. Yes, sir. The -- the 2020 document that he --    09:14:34
16 that he wrote.
17    Q. You also showed the 2003 as part of your method
18 for dispersion staining; right?
19    A. Yes.
20    Q. And to be clear, he is a very well-respected    09:14:49
21 scientist; right?
22    A. Yes, sir.
23    Q. Basically every lab in the country that does
24 that -- this kind of work has Su's tables for PLM?
25    A. Yes, sir. Well, if they're accredited -- I    09:15:08

5134

1 can't say every lab. But any lab that's doing PLM
2 commercial work probably has these Su tables, 4A and 4B
3 for chrysotile, and then the other tables for
4 grunerite, anthophyllite, tremolite, actinolite for PLM
5 as well as zone axis patterns -- not patterns, but the    09:15:35
6 zone axes -- the number of zone axes you can have for
7 each of the minerals.
8    Q. And he's somebody you think of as an authority
9 in terms of mineral identification through staining
10 techniques; correct?    09:15:54
11    A. Yes, sir.
12    Q. So I want to look -- we're going to look at
13 both his 2003 and the 2020 papers entitled
14 "Determination of refractive indices of asbestos
15 minerals by dispersion staining: Why and how."    09:16:08
16       And so the first part of this that -- I guess
17 actually, let's look at this first.
18       So in parallel -- he discusses what chrysotile
19 should look like in parallel orientation, and here he
20 has a section entitled "How the magenta CSDS color of    09:16:40
21 chrysotile in 1.550 HD oil is formed," and there's that
22 Y symbol, which is gamma, which lets us know we're
23 talking about parallel; right?
24    A. Yes, sir.
25    Q. And so he explains in this why chrysotile looks    09:17:00

5135

1 magenta, and part of this is just understanding the way
2 light works, right, that white light is actually
3 composed of many different colors?
4    A. Correct. I apologize. You showed the 2003.
5 Is this in the 2003 method?    09:17:25
6    Q. This is the 2020.
7    A. Oh, I apologize. Because you showed the 2003.
8 I was confused.
9    Q. No. I only had one document on here, but I
10 will talk to you about 2003 in a bit.    09:17:37
11    A. Okay. I apologize.
12    Q. No problem.
13       But white light is composed of different
14 wave -- different colors; right?
15    A. Yes, sir. It's the prim- -- white light has    09:17:49
16 the primary colors in it, and going through the prism
17 causes what's known as dispersion, and then coming out
18 of the prism, because of the angle, separates them out
19 to what you see.
20    Q. Right. And what you see is impacted by what    09:18:07
21 light hits your eye; right?
22    A. Well, the angle that you see it impacts it. It
23 doesn't impact the (Zoom audio interference.) --
24 impacts what you're seeing. In this case, you're not
25 using a polarizer (Zoom audio interference.) --    09:18:26

5136

1       THE COURT: Dr. Longo, I think you need to
2 start that answer again. It broke up somewhat. You
3 started with "The angle you see it impacts it. It
4 doesn't impact the" -- and then it broke up.
5       THE WITNESS: It doesn't impact your field of    09:18:44
6 view or what angle you're looking at it because the
7 white light coming in is not going through a polarized
8 lens initially.
9       Unless they're suggesting that the -- what --
10 there's a slit here, and if you -- and if that's a    09:19:04
11 polarized lens, if you were to look at it at different
12 angles, you would see different colors.
13 BY MR. DUBIN:
14    Q. Okay. Well, they have maybe a diagram about
15 this as it relates to magenta.    09:19:23
16       So it says:
17       "In the specific case of chrysotile,
18       parallel 1.550 oil combination, because F blue
19       and C red are non-matching wavelengths, they
20       are not blocked by the central stop and    09:19:49
21       recombined after passing through the CSDS
22       objective lens to form a magenta CSDS color
23       which reaches the eye of the analyst."
24       Do you see that?
25    A. I do.    09:20:03

5137

1  Q. So basically, what they're saying is that red
2  and the blue end up combining so that you see the color
3  magenta; right?
4  A. For those particular refractive indices, that
5  would be correct, as long as the chrysotile bundle is     09:20:18
6  refracting those specific wavelengths.
7     It doesn't say that this is always going to
8  happen, because if you go to the Su tables, they have a
9  range of refractive indices that you would expect for
10 chrysotile. They don't have a range of refractive        09:20:38
11 indices that only makes magenta.
12    So, yes, that explains how it happens, but that
13 is not at all saying this is what you will always see
14 for chrysotile.
15 Q. We're going to talk a little later what the    09:20:53
16 refractive indices are for chrysotile with some x-rays.
17    Just another way to look at it -- so we can
18 combine colors, so you end up getting magenta when you
19 have a combination of the red and blue colors; right?
20 A. That's correct.                               09:21:19
21 Q. And so another thing that Dr. Su mentions in
22 his 2020 publication -- we've looked at this a little
23 bit before.
24    But it warns about using yellow in these types
25 of analyses. It says:                              09:21:40

5138

1     "Experience tells us that yellow is the
2     hardest CSDS color to be quantified and should
3     be avoided at all costs. The same yellow CSDS
4     color could be called golden yellow, yellow,
5     light yellow, pale yellow, et cetera, by       09:21:58
6     different analysts, in the meantime is more
7     susceptible to the color temperature of light
8     source and the type of daylight filter used in
9     other CSDS colors."
10    Do you see that?                              09:22:12
11 A. But that's not an accurate statement in how you
12 phrased that. You said for "these types of analyses.
13    This is -- this is under the amphibole section,
14 has nothing to do with chrysotile.
15 Q. So is it really your testimony that when it   09:22:26
16 says, "The same CSDS color could be called golden
17 yellow, yellow, light yellow, or pale yellow," that
18 that could only happen if you're talking about
19 amphibole as opposed to yellow in other contexts?
20    MR. SATTERLEY: Objection. Argumentative,      09:22:46
21 Your Honor.
22 BY MR. DUBIN:
23 Q. I'm asking. Is that your testimony?
24    THE COURT: Overruled.
25    THE WITNESS: My testimony is that it's only in 09:22:51

5139

1  the amphibole section. Doesn't say anything about
2  chrysotile. And that's his opinion. It's not --
3     Our analysts were trained by Walter McCrone.
4  There's -- and I just -- you know, and our analysts
5  have been trained and have the experience where they   09:23:11
6  can determine that by all the years of experience.
7  That does not apply to our lab.
8     And I -- if it was for chrysotile also, my
9  question would be, why is it only in the amphibole
10 section.                                         09:23:28
11 BY MR. DUBIN:
12 Q. I thought we addressed that, because chrysotile
13 isn't supposed to be appearing yellow in parallel. So
14 why would they talk about it in the chrysotile section?
15 A. Well, that's not true. The -- the -- it's the 09:23:40
16 shade of yellow. And the Su tables give you the range
17 of parallel refractive indices that goes all the way
18 from 400 all the way to 800. Why would -- and he says,
19 "This is the range you would see."
20    And also, if you go back to McCrone, 1974, he 09:24:02
21 has that range. And what we're looking at is not those
22 big giant bundles.
23    And if you look at our 1866B where the bundle
24 has different thicknesses, you see yellow, or
25 yellowish-orange.                                09:24:23

5140

1     So what you're saying is it only can be these
2  refractive indices, and that is not true.
3  Q. We can look at an example of this, and we're
4  going to look at this in a couple different ways.
5     But, for example, here, there's a yellow,    09:24:41
6  right, and you give the refractive indices for it as
7  1.567 to 1.570; right?
8  A. Correct.
9  Q. And so if we look on a -- for example, on a
10 color chart, that means you're identifying the range as 09:24:59
11 this specific yellow; right?
12 A. Right at close to the yellowish --
13 yellowish-gold, yes.
14 Q. If, for example, somebody said, "Well, I see
15 some more whiter yellow down here, so the brighter    09:25:19
16 yellow than you've recorded," that could change your
17 refractive indice calculation; right?
18 A. I don't know who the "somebody" is. Our
19 analysts have been doing this for -- both of them --
20 30 years. It's the reproducibility, and it's the    09:25:38
21 birefringence.
22 Q. Well, we'll look at some more examples of the
23 color calls.
24    What I'm pointing out to you is, how you
25 characterize a yellow and the way you're doing it will  09:25:51

5141

1 impact where you place the wavelength and the
2 refractive indice -- indice along this line of yellow;
3 right?
4    A. If you don't know what you're doing, yes. I
5 guess that's possible that somebody -- some newly    09:26:09
6 minted PLM analyst would have trouble with that, but
7 not the experience -- and if this was all true, the Su
8 tables would not be providing you wavelengths for
9 chrysotile down to 400 and all the way to about 780 to
10 820. I think 820 would probably be the lowest    09:26:36
11 refractive indices we've seen.
12    Q. I mean, you keep making me go back to this.
13       You said the Su tables provide you refractive
14 indices down to 400?
15    A. About that, 430, something. I haven't    09:26:53
16 memorized it, but it definitely goes down there.
17    Q. Actually, no. That's your copy of the -- of
18 the -- this color chart where you only have yellow down
19 to 400, and that's where you start calculating the
20 refractive indices; right?    09:27:13
21    A. If we were -- if we were to have those, but in
22 order to -- if you were to go to table -- Table 4, we
23 could look at the refractive indices that are under the
24 chrysotile asbestos range.
25    Q. Well, I mean, the actual Su table provides --    09:27:31

5142

1 the yellow goes down to wavelengths substantially lower
2 than that; right?
3    A. I'm not talking about the color chart. I'm
4 talking about Table 4A and B.
5       If you look at that, you'll see that the    09:27:48
6 refractive indices are in the range that we're
7 reporting.
8    Q. Okay. We'll talk about some more examples of
9 this.
10       But, for example -- let's go -- we'll do this    09:28:04
11 in the context of birefringence instead.
12       So let's understand first what birefringence is
13 and how it's calculated, and then we can talk a little
14 bit more about some of these issues.
15       So the way you defined "birefringence" in your    09:28:39
16 testimony, I believe, was "parallel minus
17 perpendicular"; right?
18    A. Yes, sir. That's how you calculate the
19 birefringence number for, which essentially is the
20 intensity of the birefringence based on the    09:29:06
21 birefringence's coefficient for the particular mineral.
22    Q. And what I think that you said is "chrysotile,
23 lower birefringence; talc, higher birefringence";
24 right?
25    A. Yes, sir.    09:29:27

5143

1    THE COURT: Could I interrupt for one second.
2 Juror Number 1 has pointed out that there is a shadow
3 on the Elmo. And it's not important right now, but on
4 the color charts, it kind of affects what they look
5 like. I don't know what that is.    09:29:39
6    MR. DUBIN: I can try to call them up -- well,
7 that's the -- with the Elmo, the thing that --
8    THE COURT: All right. I'm just passing on the
9 message.
10    MR. DUBIN: No, I appreciate that. Maybe we'll    09:29:51
11 call -- call some of them up, but...
12 BY MR. DUBIN:
13    Q. So, again, if -- so to be clear, just so we
14 know a little bit what we're talking about, so if the
15 colors -- in other words, the colors of parallel and    09:30:09
16 perpendicular that you are comparing, if the colors are
17 closer together, that would result in a lower
18 birefringence, more like chrysotile, and if they're
19 farther apart, it will result in a higher
20 birefringence, more like talc; right?    09:30:28
21    A. Well, if it's in the appropriate range,
22 closer/further apart.
23       So talc typically will have birefringence about
24 0.045 and above, and chrysotile will have a range of
25 birefringence. I think the lowest is around .005 or -6    09:30:44

5144

1 up to 0.017.
2       And sometimes it will fall a little bit out,
3 but that's usually the average range.
4    Q. And just so we know how you calculate
5 birefringence, in some of the -- if we look at, for    09:31:05
6 example, the -- for a number of these particles, there
7 may be a range, and that range could be bigger or
8 smaller. But you'll see that you provide a refractive
9 index range for many of them; right?
10    A. Yes, sir.    09:31:31
11    Q. And so what you do is, you use averages to
12 calculate birefringence. In other words, it's an
13 average over four particles, but you use the average
14 refractive indice -- index -- indice; right?
15    A. Well, we take the average bi- -- birefringence    09:31:51
16 that's been calculated from the two refractive indices
17 here minus if the parallel is a range of refractive
18 indices. So it's the highest refractive indice for the
19 parallel minus the highest refractive indice for the
20 perpendicular and the lowest refractive indice for the    09:32:14
21 parallel. Then we get to two refractive indice ranges.
22 Then we average that.
23    Q. Dr. Longo, I asked you this before. What you
24 told me, I believe, is that you take the average of the
25 refractive indice, and that's what goes into your    09:32:35

5145

1  birefringence calculation. Right? You don't take the
2  high or the low; you take the average. Right?
3      A. No. If I stated that, I misstated that. If
4  you look at my reports -- and there's a lot of them --
5  every one of them shows exactly how it's done. And           09:32:52
6  when there is a range, it's on the reports just like
7  I've stated.
8      Q. Okay. We'll look -- we'll look at your
9  testimony about that in a second.
10         But so that we can make sure that we're on the       09:33:05
11 same page about how you're supposed to do it, right,
12 you're supposed to -- this is discussed in 2003,
13 this -- another version of Dr. Su's methodology; right?
14 How -- how you calculate birefringence is something
15 discussed in here?                                           09:33:36
16     A. Yes, sir.
17     Q. And so -- all right. So for parallel, what it
18 says is:
19         "If a range of color -- a range of color
20      is usually the same, make sure that the DS            09:34:06
21      color that gives the highest RI is observed.
22      For example, if the DS color ranges from purple
23      to red-purple, choose red-purple."
24         Right? And we'll explain what that -- but
25 that's -- I read that correctly; right?                      09:34:25

5146

1      A. You did.
2      Q. And for parallel -- perpendicular, it says:
3         "Make sure that the DS color that gives
4      the lowest RI is observed, the DS color
5      corresponding to the longest. For example" --           09:34:38
6      A. That means -- that means matching wavelength.
7      Q. Matching wavelength.
8         "For example, if the DS color ranges from
9      blue to light blue, choose light blue."
10        So that's what you are supposed to be doing;          09:34:52
11 right?
12     A. That's what it states. We do a range because
13 we want to get it more accurate, but you can do that.
14     Q. I'm sorry. I thought before, you said you were
15 comparing highest to lowest. Now you're telling me           09:35:07
16 again that you are using a range. Which -- which one
17 is it?
18     A. It is a range. Each refractive indice is a
19 range. And if you have two ranges, you have to take
20 the -- you take the highest -- you subtract out the          09:35:22
21 highest and the lowest because that corresponds to the
22 colors you're seeing in the highest to lowest.
23     Q. No. So -- so, again, what -- what you're
24 supposed to do is, you're supposed to take the colors
25 that are farthest apart for perpendicular and parallel  09:35:44

5147

1  and compare those; right?
2      A. That's what it states.
3      Q. Okay. And when you say, "That's what it
4  states," that's what it states in the method that you
5  identified as what you were following in your direct         09:36:00
6  examination; right?
7      A. Yes, sir.
8         We believe this is more accurate. But if
9  you're going to take the highest and lowest, then if
10 you do the same for fibrous talc, you're going to get        09:36:13
11 similar spacing between them because as you move -- if
12 you move the chrysotile to a little bit higher
13 birefringence, the exact same thing is happening with
14 the fibrous talc.
15        So I believe -- we believe it's more accurate,        09:36:31
16 but either way does not change the results.
17     Q. Well, but I want to make -- I want to make
18 crystal clear that there's no question you're using
19 averages instead of high or low. Right? High and low.
20     A. We do use an average, yes, as I've stated.            09:36:52
21     Q. And in terms of that technique, you don't know
22 of anywhere where the technique that you're using has
23 been published or put into a scientific method; right?
24     A. I'm not aware of any, no.
25     Q. And so, you know, again, we can eventually look  09:37:17

5148

1  at this with some real numbers, but I'm just trying to
2  give an idea of how --
3         And before we do that, let me just look. Also,
4  you cite to, as your method -- one of your methods,
5  ISO/PLM methods; right?                                     09:37:38
6      A. Yes, sir.
7      Q. And ISO similarly says when you are talking
8  about birefringence:
9         "It's the quantitative expression of the
10        maximum difference in refractive index due to       09:37:57
11        double refraction."
12        Right?
13     A. Correct.
14     Q. So, again, you're talking about maximum
15 difference in the ISO method; right?                         09:38:07
16     A. Yes.
17     Q. And so we -- this is only sort of one part of
18 it, but I just want to give you a numerical example.
19 And, of course -- so we can figure out what we're
20 saying.                                               09:38:20
21        So let's assume -- you know, we just have
22 assumed values here. I'm just trying to talk about
23 averages versus numbers.
24        Let's say you had a parallel value; right? And
25 I'm not using refractive indices numbers here. I'm           09:38:35

5149

1  just trying to use just simple numbers so we understand
2  how a average can be different than a high-low.
3       So if you -- let's say you had a value that
4  stretched from 4 to 8 in parallel; right?
5    A.  Well, I apologize, but you just can't make it    09:38:52
6  that simple.  You have -- it would be better to go with
7  real numbers so you could take a look and then compare
8  it.
9       You know, you don't have a perpendicular of
10  zero.  That would never happen.    09:39:07
11    Q.  Well, let's just take it entirely out of the
12  context of refractive indices for a second.  I just
13  want to talk about some basic math.  Okay?
14    A.  I'll agree to do basic math, but it's not
15  appropriate to use this when you're looking at    09:39:26
16  birefringence.  But if you're taking everything out --
17    Q.  Sure.  Let's just talk about basic math.  Okay?
18       So you have got one thing that's a value of
19  between 4 and 8; right?
20    A.  So 4 minus 8 would give us a negative 4.    09:39:46
21    Q.  This is a range.  It's a range of 4 to 8.
22    A.  Oh, okay.
23    Q.  Okay?  Range of 4 to 8.
24       And then I'm going to subtract the second
25  number that falls somewhere in the range of zero to 4.    09:40:00

5150

1  Right?  Okay?  Got that?
2    A.  I've got that.
3    Q.  Okay.  So if I -- if I compared the low, which
4  is zero, to the high, my value would be 8; right?
5    A.  Correct.    09:40:28
6    Q.  But if I compared the mid points, which would
7  be 2 and 6, then my answer would be 4; right?
8    A.  That is correct.
9    Q.  So --
10    A.  But, again, that has nothing to do with the    09:40:44
11  math -- it is basic math, but it's never going to look
12  like that.
13    Q.  Okay.  Well, we would know what it looked like
14  if you did it according to the method you said you
15  relied on; right?    09:40:59
16    A.  Well, we have the data.  We can easily do the
17  parallel and perpendicular and then compare the high
18  and the low of chrysotile and then compare it to the
19  answer that I gave and then compare it to high and low
20  of the fibrous talc.    09:41:21
21       And what you don't -- and what, I guess, is
22  confusing that -- changing the math on one will change
23  the math on the other.  It will move in the same
24  direction and not change.  It's still -- it will be
25  still valid completing the two.  You can't do your    09:41:39

5151

1  chart.
2    Q.  Well, that's -- that's just not -- not true,
3  because you don't change the math on both in the same
4  direction; right?  For one of them, you pick the high,
5  and one of them, you pick the low.    09:41:57
6       So by not doing an average, you're spreading
7  them out more, and more spread out means more like
8  talc; right?
9    A.  No.  You can't -- we're doing -- we're
10  analyzing and looking at the talc in the exact same    09:42:13
11  method, in the range.
12       So think about it.  If we're doing a high in
13  chrysotile on the parallel and a low in the
14  perpendicular instead of the range, which we feel is
15  more accurate, then when you compare it to the talc --    09:42:29
16    Q.  No.
17    A.  -- you have to do the exact same thing.
18    Q.  No.
19    A.  Yes.
20    Q.  No.  Here's the --    09:42:38
21       MR. SATTERLEY:  Your Honor, I object to
22  Mr. Dubin constantly saying "No" or "You're not right."
23  That's argumentative.  His comments are not proper.
24       THE COURT:  I think that's right.
25  BY MR. DUBIN:    09:42:51

5152

1    Q.  But let's look.  But let's look.  Okay?
2       So the way it works, if you're doing it
3  according to the method, is -- for -- for parallel,
4  which side are you -- which side do you pick here?
5  Right?    09:43:10
6       It says, if color ranges from red-purple to --
7  so we can look -- we can actually look at these colors.
8  Right?  From purple to red-purple, right, you're going
9  to pick which -- which side?
10    A.  Well, if we're using -- instead of the average    09:43:26
11  of -- being 1.568, you would use 1.570.  So that's the
12  number if you're just taking the highest wavelength --
13  I mean the longest wavelength for perpendicular -- I
14  mean parallel.  Excuse me.
15    Q.  Parallel --    09:43:53
16    A.  Then if we go to perpendicular, we'd have to --
17  we'd have to see that one.
18    Q.  Okay.  So blue to light blue, it says, "Choose
19  light blue"; right?
20    A.  No.  We have to see the refractive indices that    09:44:03
21  we analyzed in that particular sample so that we can do
22  the math.
23    Q.  Okay.  I'm talking about -- you said it doesn't
24  move in different directions, so I just want to focus
25  on that.    09:44:20

```
                                                        5277
 1  STATE OF CALIFORNIA    )
 2                         )  ss.
 3  COUNTY OF ALAMEDA      )
 4
 5       I, EARLY K. LANGLEY, do hereby certify:
 6     That foregoing proceedings were held in the
 7  above-entitled action at the time and place therein
 8  specified;
 9     That said proceedings were taken before me at said
10  time and place, and was taken down in shorthand by me,
11  a Certified Shorthand Reporter of the State of
12  California, and was thereafter transcribed into
13  typewriting, and that the foregoing transcript
14  constitutes a full, true and correct report of said
15  proceedings that took place;
16       IN WITNESS WHEREOF, I have hereunder subscribed my
17  hand on July 8, 2021.
18
19
20
21
22         _____
             EARLY K. LANGLEY, CSR No. 3537
23             State of California
24
25
```