# EXHIBIT 12

```
                                                              Page 1
 1                  UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF NEW JERSEY
 3
     _____
 4
 5                    MDL No. 16-2738(FLW)(LHG)
 6   IN RE:  JOHNSON & JOHNSON
     TALCUM POWDER PRODUCTS
 7   MARKETING, SALES PRACTICES,
     AND PRODUCTS LIABILITY LITIGATION
 8
     _____
 9
10
11
12
13
14              The remote video deposition of WILLIAM LONGO,
15              Ph.D., taken via Zoom videoconference on
16              May 2, 2024, commencing at approximately
17              11:20 a.m., before Lois Anne Robinson,
18              Certified Realtime Reporter.
19
20
21
22
23
24
```

### Page 2

```
 1         A P P E A R A N C E S
 2  COUNSEL FOR PLAINTIFFS:
 3     BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
        218 Commerce Street
 4      Montgomery, Alabama  36103
        BY:  Leigh O'Dell, Esquire
 5           Leigh.odell@beasleyallen.com
             Leanna Pittard, Esquire
 6           Leanna.pittard@beasleyallen.com
 7     ASHCRAFT & GEREL
        1825 K Street NW, Suite 700
 8      Washington, DC  20006
        BY:  Michelle A. Parfitt, Esquire
 9           Mparfitt@ashcraftlaw.com
10     COHEN, PLACITLA & ROTH
        127 Maple Avenue
11      Red Bank, New Jersey  07701
        BY:  Christopher Placitella, Esquire
12           Cplacitella@cprlaw.com
             Drew Renzi, Esquire
13           Drenzi@cprlaw.com
14     REILLY, McDEVITT & HENRICH, P.C.
        3 Executive Campus, Suite 310
15      Cherry Hill, New Jersey  08002
        BY:  Stephanie DiVita, Esq.
16           Sdivita@rmh-law.com
17  FOR THE DEFENDANT:
18     KING & SPALDING
        1185 Avenue of the Americas
19      34th Floor
        New York, New York  10036
20      BY:  John Ewald, Esquire
             Jewald@kslaw.com
21           Jake Keester, Esquire
             Jkeester@kslaw.com
22
     VIDEOGRAPHER:  Maria Lima
23
        Lois Anne Robinson, RPR, RDR, CRR
24      Court Reporter
```

### Page 3

```
 1            I N D E X
 2  EXAMINATION                    PAGE
 3  By Mr. Ewald                      6
 4
 5            * * * * * *
 6  EXHIBITS                       PAGE
 7  Exhibit 1                        17
 8    Lizardite Standard
 9  Exhibit 2                        17
10    Antigorite Standard
11  Exhibit 3                        31
12    Shu-Chun Su - "The Dispersion Staining Technique and Its
13    Application to Measuring Refractive Indices of Non-Opaque
14    Materials, with Emphasis on Asbestos Analysis"
15  Exhibit 4                        31
16    Shu-Chun Su - "Rapidly and Accurately Determining Refractive
17    Indices of Asbestos Fibers by Using Dispersion Staining
18    Method"
19  Exhibit 5                        42
20    Notice of Deposition
21  Exhibit 6                        43
22    PSC Objections to Updated Notice of Deposition
23  Exhibit 7                        56
24    Curriculum vitae
```

### Page 4

```
 1         I N D E X - (continued)
 2  Exhibit 8                        57
 3    Reliance list
 4  Exhibit 9                        57
 5    Fourth Supplemental MDL expert report - 4/29/24
 6  Exhibit 10                       58
 7    Supplemental expert report - 5/2/24
 8  Exhibit 11                       58
 9    MDL second supplemental expert report - 2/1/19
10  Exhibit 12                      145
11    2/4/20 - Longo - "The Heavy Liquid Separation Method for the
12    Analysis of Cosmetic Talc to Detect Amphibole and Chrysotile
13    Asbestos"
```

### Page 5

1  VIDEOGRAPHER:
2      We are now on the record.
3      My name is Maria Lima.  I'm a
4  videographer for Golkow.
5      Today's date is May 2nd, 2024, and the
6  time is 11:20 a.m.  This remote video deposition
7  is being held in the matter of Talcum Powder
8  Litigation.
9      The deponent is William E. Longo, Ph.D.
10     All parties to this deposition are
11 appearing remotely and have agreed to the witness
12 being sworn in remotely.  Due to the nature of
13 remote reporting, please pause briefly before
14 speaking to ensure all parties are heard
15 completely.
16     Counsel's appearances will be noted on
17 the stenographic record.
18     The court reporter will now swear in
19 the witness.
20
21     WILLIAM LONGO, Ph.D.,
22   the witness, after having first been
23 duly sworn to tell the truth, the whole truth,
24 and nothing but the truth, was examined and

Page 118

 1  preparation is everything for a TEM analysis.
 2  Q      Well, if you are correct, the
 3  finding --
 4         Withdrawn.
 5         If MAS is correctly finding chrysotile
 6  in Johnson & Johnson talc using PLM, then you
 7  should be able to identify that on TEM if you
 8  look long enough.  Correct?
 9  A      If -- if you look long enough,
10  et cetera.  That -- it doesn't work.  You need,
11  you know, you need to have the methodology down.
12  And, again, once you say it's there by PLM,
13  you're not required to do anything else.  We are
14  gonna do something else so I can publish it.
15  Q      Why do you feel like --
16         Well, what else are you going to do?
17  A      Well, we'll get to where --
18         If I'm gonna publish this, I want to
19  publish and say this is the best, most efficient
20  method we found, and these are the reasons why.
21  Q      And what do you have to do before you
22  get to that point in time?
23  A      Well, I've got to finish up these --
24  I've got to finish up using the 1.560.  You know,

Page 119

 1  there's eight -- seven or eight samples there.
 2  Each of those are gonna take hours so that I have
 3  validated the concentrations by PLM.  Then we
 4  have to go back and redo the TEMs because we're
 5  using 1.560.  And we may adjust the heavy liquid
 6  density a little bit more, and that's it.  But
 7  that's -- you're talking months of work.
 8  Q      Have --
 9         Am I correct that you have not analyzed
10  any of the MDL samples by PLM for the presence of
11  chrysotile?
12  A      That's correct.  We have not.
13  Q      Why not?
14  A      Number one, we weren't asked to do it.
15         Number 2, we analyzed -- we have
16  analyzed some -- you know, we have analyzed a
17  number of samples from Vermont.  We've analyzed a
18  lot of samples from Italian, but not just -- not
19  just Johnson Baby Powder samples.
20         So we never -- we never did it because
21  we were doing it on a bunch of other things.
22  And, you know, quite frankly, J&J was in
23  bankruptcy, so we focused in on other
24  manufacturers that were using, you know, using

Page 120

 1  Italian and using Montana, using et cetera.  I
 2  didn't think I was ever gonna see you guys again.
 3  Q      So is it your contention that you
 4  haven't tested an MDL bottle because there was a
 5  period of time that J&J was in bankruptcy?
 6  MS. O'DELL:
 7         Object to the form.  Misstates his
 8  testimony.
 9  A      No.  I didn't test any of it because
10  the time it really -- we started, you know,
11  really solving issues, you guys went bankrupt.
12  So I focused on others so that we could take a
13  look at Italian, we could take a look at Brazil,
14  we could take a look at Guangxi, the four or five
15  mines there.  And as we got going along, you
16  know, we got better and better at seeing these
17  very small structures.
18         Now, the next step is to get it to that
19  one -- to get it to the level I'm satisfied with
20  so that, you know, we can do TEM and finally put
21  an end to the -- to, oh, you're misidentifying
22  it.  You're misidentifying it.
23  MR. EWALD:
24  Q      Isn't there another way that you can

Page 121

 1  put an end to that?
 2  A      Is there another way what?
 3  Q      To put an end to that.
 4  MS. O'DELL:
 5         Object to the form.  Vague.
 6  A      I mean, it should put an end to it --
 7  it should put an end to it.  I mean, the talk --
 8  the suggestion that we are misidentifying fibrous
 9  talc are absolutely wrong.  The birefringence is
10  so easy in a clear way to distinguish between
11  these two biaxial minerals.  I don't understand
12  how they can keep saying this.  It doesn't make
13  any sense to me.
14  MR. EWALD:
15  Q      Has any -- are you aware of any
16  scientist outside of MAS that has analyzed a
17  bottle or sample from a bottle of talc by PLM and
18  reported chrysotile?
19  A      Um, I don't know.  I mean, I don't know
20  what different scientists are out there.  I don't
21  know what's been done as consulting experts.
22         What I do know is not one scientist out
23  there has provided any authoritative information
24  about polarized light microscopy that shows that

Page 122

1  we are misidentifying fibrous talc for
2  chrysotile.  It makes absolutely no sense.
3  Either they don't understand birefringence or
4  they don't understand the PLM process or they
5  don't understand how birefringence is measured,
6  and they probably don't understand about the
7  Michelle Levy charts where you do a -- you
8  compare your lowest -- your lowest refractive
9  indice [sic] to your highest refractive indice
10 [sic] and then you look at the -- the width of
11 the structure, PLM, and the width will cause a
12 difference in your birefringence.  And a
13 difference in birefringence can only happen if
14 the width is causing a difference in the
15 refractive indices.
16 Q       Dr. Longo, are you aware of anyone in
17 the world that has reviewed your images and data
18 from MAS identifying chrysotile by using PLM and
19 publicly agree with it?
20 MS. O'DELL:
21        Objection to the form.
22 A       Yes and no.  Yes, they have agreed,
23 but, no, they're not willing to go publicly with
24 it.  So...

Page 123

1  MR. EWALD:
2  Q       Okay.  Who agrees?
3  A       I'm not saying.  I -- I gave them my
4  word that I would not use their name.
5  Q       Okay.  So we have one individual who
6  you say agrees with you but isn't willing to
7  actually publicly agree with you.  Fair?
8  MS. O'DELL:
9        Object to the form.
10 A       It's fair that they -- they don't want
11 to be involved in the litigation.  But I don't
12 think that has anything to do with anything.
13 MR. EWALD:
14 Q       Well, you just said -- you've just been
15 criticizing the people that have commented on
16 your work as basically how can they be so
17 incompetent.  I want to know if there's anyone
18 that you can identify by name outside of MAS that
19 says yes, Dr. Longo is right in identifying
20 chrysotile through PLM.  Anybody?
21 MS. O'DELL:
22        Object to the form.
23 A       You know how -- yeah.  It's kind of
24 interesting you say that.  It's like there's

Page 124

1  thousands of experts that are all involved in
2  this.  There's like, what, six?  Five?
3        And I'm not saying they're incompetent.
4  I just don't understand how they can miss the
5  birefringence on chryso- -- on talc versus the
6  chrysotile.  You're talking about five orders of
7  magnitude difference.  Yeah, you'll get a yellow
8  gold, but it's bright versus a more muted yellow
9  gold.  And you look at your data, and nobody's
10 been able to explain where I have intergrowths
11 with both talc and chrysotile in both parallel
12 and perpendicular direction.  And when you look
13 at them, it's very obviously there's something
14 different there.
15 MR. EWALD:
16 Q       Well, you talked about in this
17 litigation.  But would you agree with me that
18 submitting your methods, the scrutiny of the
19 larger scientific community is a component of
20 good science?
21 MS. O'DELL:
22        Object to the form.
23 A       No, I won't agree with you.  I would
24 agree --

Page 125

1        I mean, I think, as a good scientist,
2  you want to get the best product forward.  And
3  I've told you that for a commercial lab, it is
4  incredibly difficult to spend the time that we
5  need to finish up all this.  Because you guys,
6  it's like you think, okay, well, we should have
7  it right away.  So, you know, I can't help you
8  there.
9        This is an advancement in science.  The
10 fundamentals of why, nobody has pulled anything
11 out to say, "oh, it's different."  You know, they
12 go, "oh, well, he's misidentified cellulose
13 fibers."
14        No.  If you look at the refractive
15 indices for cellulose, a ribbony cellulose, no
16 competent PLM analyst would have a problem with
17 that.
18        The difference between fibrous talc or
19 platy talc on edge and chrysotile is the
20 birefringence is incredibly significant.  I just
21 don't understand how that -- you know, the
22 mistake.  I'm not saying they're incompetent.
23 I'm just saying it doesn't make any sense to me.
24 MR. EWALD:

32 (Pages 122 - 125)

Page 130

1  hour. Why don't we take a short, short break,
2  about five minutes?
3  MR. EWALD:
4      Sure. Let's do it.
5  VIDEOGRAPHER:
6      Off record. The time is 3:12.
7      (OFF THE RECORD.)
8  VIDEOGRAPHER:
9      Back on record. Time is 3:24.
10 MR. EWALD:
11 Q    Okay. Doctor, right before we got back
12 on the record, you indicated that you did
13 identify the two tests that I had mentioned by
14 MAS's M number. Can you briefly just say on the
15 record which two tests those are?
16 A    I'm sorry?
17 Q    I wanted you to say on the record the
18 two M numbers that you identified off the record.
19 A    MAS project M71740, the Kirch Johnson
20 Baby Powder container and report issued on
21 2-15-2024, and then we have M71730, the Jeanie
22 Henderson container and report issued in November
23 28 in 2023.
24 Q    And if we combine those two analyses

Page 131

1  with the analyses contained in your fourth
2  supplemental report, April 29th, 2024, that
3  together represents the entirety of the MAS PLM
4  chrysotile analyses that have been produced as it
5  relates to J&J talc?
6  A    As far as I know, yes.
7  Q    Okay. It's not a trick question. It's
8  the same thing I have.
9  A    No, there's no others. One will show
10 up, and then people aren't too kind.
11 Q    Well, let's circle back. When we were
12 talking about the early days of MAS's work on PLM
13 and chrysotile circa roughly December 2020, who,
14 if anyone, was funding that initial work?
15 MS. O'DELL:
16     Object to the form.
17     John, I think you misstated the year.
18 You said 2020.
19 MR. EWALD:
20     I think I did, too. Let's try again.
21 Thank you.
22 Q    In -- in or around December of 2019,
23 when MAS was beginning its PLM chrysotile
24 methodology work, who, if anyone, was funding

Page 132

1  that work?
2  A    I don't recall any -- we actually had
3  anybody funding that work. And, you know, use --
4      And I was thinking about what we just
5  talked about. The use of heavy liquid density
6  separation for minerals is something that is so
7  well established in the scientific community.
8  It's nothing -- there's nothing unique, there's
9  nothing --
10     There's hundreds and hundreds of papers
11 out there published about using heavy density
12 liquid to use [sic] minerals. In this particular
13 case, we're just using -- we're going after a
14 different mineral that people haven't gone after
15 in the past, that I can tell, for -- for
16 chrysotile using a -- not a novel analytical
17 method. PLM is not novel. It's, you know, it's
18 been around from the late '60s, early '70s. The
19 use of -- it's just another analytical technique
20 for separating out a sample. It's just taking us
21 longer because we're not a research lab.
22     But, you know, you can go on TV and
23 watch heavy liquid density separation on the
24 shows where they're panning for gold. That's

Page 133

1  heavy liquid density separation.
2  Q    Okay. So if that's the case, Doctor,
3  then why did you spend a decent amount of your
4  report and the deposition time earlier today
5  saying how J&J hid from the world this heavy
6  liquid separation method for chrysotile that
7  never would have been -- seen the light of day if
8  not for litigation if it's -- everyone knows
9  about it and it's so well established?
10 MS. O'DELL:
11     Object to the form.
12 A    Well, if you have a method and you
13 start analyzing it and you're getting a number of
14 positive samples for asbestos that you did during
15 the earl- -- during the development of this
16 method, it wasn't me who said this but it was a
17 J&J person that said that this concentration
18 method is not in the best interest of our
19 worldwide talc market. You're gonna start
20 putting out there that there's asbestos in your
21 product? That's what I think.
22 MR. EWALD:
23 Q    Well, I'm sorry, Doctor. You didn't
24 answer my question, which is: If, as according

34 (Pages 130 - 133)

Page 186

1        C E R T I F I C A T E
2
3     I do hereby certify that the above and
4  foregoing transcript of proceedings in the matter
5  aforementioned was taken down by me in machine
6  shorthand, and the questions and answers thereto
7  were reduced to writing under my personal
8  supervision, and that the foregoing represents a
9  true and correct transcript of the proceedings
10 given by said witness upon said hearing.
11       I further certify that I am neither of
12 counsel nor of kin to the parties to the action,
13 nor am I in anywise interested in the result of
14 said cause.
15
16
17
18    /S://  Lois Anne Robinson
       LOIS ANNE ROBINSON, RPR, RMR
19     REGISTERED DIPLOMATE REPORTER
       CERTIFIED REALTIME REPORTER
20
21
22
23
24

48 (Page 186)