# EXHIBIT 18

```
                                                    Page 2759

 1                  SUPERIOR COURT OF NEW JERSEY
                    LAW DIVISION:  MIDDLESEX COUNTY
 2                  DOCKET NO. MID-7385-16AS
 3
 4     STEPHEN LANZO, III, AND KENDRA    )
       LANZO,                            )
 5                                       )
                         Plaintiffs,     )
 6                                       ) TRIAL
            v.                           )
 7                                       ) (VOLUME XIV)
       CYPRUS AMAX MINERALS COMPANY,     )
 8     et al.,                           )
                                         )
 9                       Defendants.     )
                                         )
10     _____
11
12
13
                               Tuesday, February 20, 2018
14                             9:20 a.m.
                               Middlesex County Courthouse
15                             New Brunswick, New Jersey
16
17     B E F O R E:
18     H O N O R A B L E   A N A   C.   V I S C O M I, JSC
19
20
21
22
23
                    REPORTED BY:  ANDREA F. NOCKS, CCR, CRR
24
25     Job No. NJ2786565
```

Page 2760

1  A P P E A R A N C E S:
2  LEVY KONIGSBERG, LLP
   BY:  MOSHE MAIMON, ESQ.
3  800 Third Avenue
   New York, New York  10022
4  -and-
   KAZAN, McCLAIN, SATTERLEY & GREENWOOD
5  BY:  JOSEPH D. SATTERLEY, ESQ.
        DENYSE CLANCY, ESQ.
6  44 Harrison Street
   Suite 400
7  Oakland, California  94607
   Attorneys for Plaintiffs
8
9  DRINKER, BIDDLE & REATH
   BY:  JACK N. FROST, JR., ESQ.
10 600 Campus Drive
   Florham Park, New Jersey  07932
11 -and-
   KIRKLAND & ELLIS, LLP
12 BY:  KIMBERLY BRANSCOME, ESQ.
        MATTHEW SUMMERS, ESQ.
13 333 South Hope Street
   Los Angeles, California  90071
14 -and-
   KIRKLAND & ELLIS, LLP
15 BY:  MIKE BROCK, ESQ.
   655 Fifteenth Street
16 Washington, DC  20005
   Attorneys for Defendants,
17 Johnson & Johnson, and Johnson &
   Johnson Consumer, Inc.
18
19
20
21
22
23
24
25

Page 2761

1  A P P E A R A N C E S:  (CONT'D)
2  RAWLE & HENDERSON, LLP
   BY:  JOHN C. McMEEKIN, II, ESQ.
3  The Widener Building
   One South Penn Square
4  Philadelphia, Pennsylvania  19107
   -and-
5  RAWLE & HENDERSON, LLP
   THE HENRY W. OLIVER BUILDING
6  BY:  ERIC K. FALK, ESQ.
   SUITE 1000
7  535 Smithfield Street
   Pittsburgh, Pennsylvania  15222
8  -and-
   ALSTON & BIRD, LLP
9  BY:  SCOTT A. ELDER, ESQ.
   One Atlantic Center
10 1201 West Peachtree Street
   Atlanta, Georgia  30309
11 Attorneys for Defendants,
   Imerys Talc America, Cyprus Amax
12 Minerals Company
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 2762

1         INDEX
                PAGE
2  WITNESS:
3     WILLIAM EDWARD LONGO
4  EXAMINATION BY:
5     MR. SATTERLEY          2766,2784
6     VOIR DIRE BY MR. FALK     2783
7     MS. BRANSCOME             2923
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 2763

1
         EXHIBITS
2
   EXHIBIT NO.    DESCRIPTION      ID      EV
3
   ID Number 24              2768
4  ID-23                     2780
   26 and 27                 2796
5  ID 28                     2844
   L-10 through L-19                2876
6  DX 10005-JJ                     2935
   DX 7014                         2955
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2760 - 2763)

Page 3020

1  MS. BRANSCOME: Yes.
2  THE COURT: That you will answer yes
3  or no. Thank you.
4  BY MS. BRANSCOME:
5  Q. Dr. Longo, is it your expert opinion
6  that using TEM with EDS and SAED capabilities and
7  only that methodology tells you everything you need
8  to know about whether or not there is asbestos in
9  cosmetic talc; yes or no?
10  A. Yes. It is the best method for doing
11  that.
12  MS. BRANSCOME: If I may, your Honor,
13  he's not answer -- I have asked him if it will give
14  all of the information to determine whether there's
15  asbestos in cosmetic talc, not whether it is the
16  best method. Using it and it alone --
17  THE COURT: Dr. Longo answered it
18  yes.
19  MS. BRANSCOME: Okay. The answer is
20  yes.
21  BY MS. BRANSCOME:
22  Q. Okay. But you acknowledge that using
23  transmission electron microscopy, if you identify a
24  single fiber it cannot tell you whether that fiber
25  is asbestiform or non-asbestiform, correct?

Page 3021

1  A. For the asbestiform definition,
2  that's correct. You say asbestos but not
3  asbestiform, one single fiber. That is correct.
4  Q. My question to you, Dr. Longo, is
5  that transmission electron microscopy cannot tell
6  you, if you identify a single fiber, whether or not
7  that particle is asbestiform or non-asbestiform,
8  correct?
9  A. That is correct.
10  MS. BRANSCOME: If I may, your Honor,
11  that might be a good place to stop.
12  THE COURT: I think so. Okay.
13  Members of the jury, we've concluded
14  for the day. Please place your notebooks in the
15  envelopes along with the pens.
16  We'll see you tomorrow morning at 9
17  a.m.
18  Remember all the instructions that I
19  provided to you during the course of the trial.
20  Please do not have any discussions with regard to
21  this case, that includes any testimony that you've
22  heard and testimony that you are hearing now. No
23  research of any kind whatsoever.
24  We'll see you tomorrow morning at 9
25  o'clock. Thank you. Have a good night.

Page 3022

1  (Jury exits.)
2  THE COURT: Let's go off the record.
3  (Proceedings adjourn at 4:22 p.m.)

Page 3023

1  CERTIFICATE OF OFFICER
2  
3  I CERTIFY that the foregoing is a true
4  and accurate transcript of the testimony and
5  proceedings as reported stenographically by me at
6  the time, place and on the date as hereinbefore set
7  forth.
8  I DO FURTHER CERTIFY that I am neither
9  a relative nor employee nor attorney or counsel of
10  any of the parties to this action, and that I am
11  neither a relative nor employee of such attorney or
12  counsel, and that I am not financially interested in
13  the action.

*Andrea Nocks CCR CRR*
ANDREA NOCKS, CCR, CRR
Certificate No. XI001573

67 (Pages 3020 - 3023)