# EXHIBIT 21

```
00:00:59              IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                                  STATE OF MISSOURI
00:00:59                 The Honorable Rex M. Burlison, Judge

00:00:59

00:00:59
           VICKIE FORREST, ET AL.,         )
00:00:59                                   )
                    Plaintiffs,            )
00:00:59                                   )
                    vs.                    ) Cause No. 1522-CC00419-02
00:00:59                                   )
           JOHNSON & JOHNSON, ET AL.,      )
00:00:59                                   )
                    Defendants.            )
00:00:59

00:00:59

00:00:59

00:00:59

00:00:59                           TRIAL TRANSCRIPT
                                      Volume 12
00:00:59
                                  December 17, 2019
00:00:59

00:00:59

00:00:59


00:00:59


00:00:59                    JENNIFER A. DUNN, RPR, CCR #485

00:00:59                       OFFICIAL COURT REPORTER

00:00:59                     CITY OF ST. LOUIS CIRCUIT COURT

00:00:59                    TWENTY-SECOND JUDICIAL CIRCUIT

00:00:59                        jdunncourts@yahoo.com
```

Page 2340

```
09:51:41  1       And what's not on here is that talc is generally
09:51:46  2   regarded as safe by the FDA.  It's a GRAS substance, so it
09:51:50  3   can be put into food products and you can chew gum.  That
09:51:56  4   white powdery stuff may very well be talcum powder that
09:51:59  5   keeps the powder from sticking to the wrapper, so it's
09:52:02  6   used -- it's considered to be quite benign and inert.
09:52:10  7      Q   And most of the talcum powder that is mined in
09:52:12  8   this country, or at least imported into this country, what
09:52:16  9   type of talc it is?
09:52:18 10      A   It's overwhelmingly industrial talc.
09:52:20 11      Q   Okay.  Only 5 percent of talc qualifies as
09:52:23 12   cosmetic grade; is that correct, Dr. Nicholson?
09:52:25 13      A   Yes, yes, it is.
09:52:26 14      Q   Let's talk a little bit about what Johnson &
09:52:29 15   Johnson does after it qualifies a mine and starts mining
09:52:35 16   talc for its baby powder products.
09:52:38 17          Describe to us what we're looking at here and the
09:52:40 18   process that Johnson & Johnson employs, if you will.
09:52:43 19      A   Right.  So we talked already about picking the
09:52:47 20   right mines, so mines that have that very white, floofy,
09:52:50 21   platy form talc.  And so that's the first step, and it's not
09:52:56 22   as simple as I'm saying.  We have geologists that go in
09:52:59 23   there, and there's this process of basically taking all
09:53:02 24   these samples and they map out what's called the ore body,
09:53:07 25   so very extensive, people with expertise do that, and
```

Page 2341

```
09:53:12  1   it's -- very complex documents are generated.
09:53:15  2          And then as the material is taken out of the mine,
09:53:18  3   presuming it meets our criteria, rock continues to get
09:53:22  4   tested as we go in because as soon as you take out a piece
09:53:26  5   of rock, there is a new piece of rock.  So selecting a mine,
09:53:30  6   making sure you're going into the right direction of the ore
09:53:33  7   body, and the new material is just as good and high quality
09:53:38  8   as you anticipate.
09:53:40  9          And then as the material goes through the process,
09:53:41 10   big blocks go out and gets crushed into small pieces.  Those
09:53:47 11   pieces get individually examined by somebody by expertise.
09:53:50 12   That goes from China to Houston, Texas, where it gets ground
09:53:55 13   up.  That material gets tested again.
09:53:59 14      Q   Is that the milling process?
09:54:00 15      A   That's correct.  Milling is basically grounding up
09:54:03 16   until you get a fine powder.  They take baseball size pieces
09:54:08 17   and put them into a machine and it gets grounded up.  That
09:54:12 18   gets tested again for various impurities such as asbestos.
09:54:16 19          Then there's washing and floating, which
09:54:18 20   essentially gets the platy form talc that I was mentioning,
09:54:21 21   the plates, it helps to sort of maximize the amount of platy
09:54:24 22   form talc and then that obviously gets tested as well, and
09:54:28 23   then there's testing of the material that goes into the
09:54:31 24   bottles right before packaging.
09:54:34 25      Q   Okay.  And if Johnson & Johnson gets a test
```

Page 2342

```
09:54:39  1   finding at any of these steps that is not suitable for baby
09:54:43  2   powder, what does it do?
09:54:45  3      A   Well, that almost never happens, but if it were to
09:54:51  4   happen, it would be a full stock, that material would be
09:54:54  5   rejected and the whole system would kick in to investigate
09:54:58  6   why was that there, because if it makes it to any one of
09:55:02  7   these stages, the presumption, not the presumption, the fact
09:55:05  8   it has passed all those tests before.
09:55:09  9          So it would be a very surprising finding, and a
09:55:12 10   whole bunch of staff to figure out how that went wrong or
09:55:16 11   how it got into the product or the material that was
09:55:19 12   intended to make the product.
09:55:20 13      Q   And as part of your role in Johnson & Johnson and
09:55:22 14   part of getting ready to come in here to talk to our jurors
09:55:25 15   today, have you seen test results that document exactly what
09:55:28 16   we have on this slide, the testing at each stage of this
09:55:32 17   process from the mine to the bottle?
09:55:35 18      A   I have.  I've looked at stacks and stacks of test
09:55:38 19   results, and something that is super important when looking
09:55:42 20   at those test results is to know where is this sample from,
09:55:46 21   what they call the providence of the sample, right, who did
09:55:50 22   it, where did it come from, what is it mapped to in terms of
09:55:55 23   samples, because you can see the samples come from a number
09:55:57 24   of different places here.
09:56:01 25      Q   Dr. Nicholson, tell us a little bit about the
```

Page 2343

```
09:56:02  1   testing that goes on regularly on Johnson & Johnson's -- on
09:56:08  2   the talc that ultimately makes it into a baby powder product
09:56:12  3   if you would?
09:56:12  4      A   Yes.  So there -- as I mentioned, we're in a
09:56:16  5   quality system, which means there's a big machine going on
09:56:20  6   at all times to check, recheck, and double check.  That is a
09:56:24  7   quality system.  So as the product is being milled and mixed
09:56:27  8   and blended and so forth, every hour of every shift samples
09:56:31  9   are taken and that happens five days a week, 49 weeks a
09:56:35 10   year, and amounts to hundreds and hundreds of thousands of
09:56:40 11   different tests that are done over time.
09:56:43 12      Q   And are these tests that we have represented here,
09:56:46 13   are they something called a composite test?
09:56:49 14      A   Yes.  So composite test, they basically combine
09:56:53 15   material, mix it around and test that, and it's a
09:56:55 16   statistically determined method for including a lot of
09:56:59 17   materials in given tests.
09:57:02 18      Q   What would you say if somebody was critical that
09:57:04 19   only a small amount in this composite system is tested each
09:57:08 20   time, how -- how does Johnson & Johnson ensure that that's
09:57:12 21   representative of what it's testing?
09:57:14 22      A   Well, so, there are mathematical ways to show
09:57:18 23   representativeness of different samples, and so these are
09:57:21 24   calculated to be representative of all the material that
09:57:26 25   goes into that composite.  I can't do the math myself, but
```

14 (Pages 2340 to 2343)

Page 2588

```
17:01:34   1    work, and we'll pick it up in the morning.
17:01:37   2              I'm required to remind you, please keep an open
17:01:40   3    mind until all of the evidence is in.  Do not discuss this
17:01:43   4    case with others or permit others to discuss it within your
17:01:48   5    hearing.
17:01:48   6              Do not form or express any opinions about the case
17:01:52   7    until the case is given to you to decide.  Do not do any
17:01:56   8    research or investigation on your own.
17:02:00   9              And, once again, if you find yourself in a
17:02:03  10    situation where information about this case comes your way,
17:02:06  11    please refuse the information, remove yourself from the
17:02:10  12    situation, and report the conduct.
17:02:13  13              All right.  We'll see you tomorrow morning.  You
17:02:14  14    are excused.
17:02:55  15              (The following proceedings were had in open
17:02:55  16    court, outside the presence and hearing of the jury:)
17:02:57  17              THE COURT:  Okay.  You may be seated.  Do we
17:02:59  18    have something you want to take up?
17:03:02  19              MR. HEGARTY:  Yes, your Honor.
17:03:02  20              THE COURT:  Mr. Hegarty.
17:03:05  21              MR. HEGARTY:  Do you want to take up the
17:03:06  22    couple of objections with regard to Dr. Diette's deposition?
17:03:10  23              THE COURT:  Okay.  How do you spell his name?
17:03:14  24              MR. HEGARTY:  D-I-E-T-T-E.
17:03:17  25              THE COURT:  And it's pronounced Diette?
```

Page 2589

```
17:03:20   1              MR. MEADOWS:  What are we doing, Mark?  I
17:03:22   2    couldn't hear you.
17:04:05   3              MS. PARFITT:  Your Honor, can I work with
17:04:06   4    Counsel and see if we can resolve it?
17:04:09   5              MR. HEGARTY:  And we'll come in early if we
17:04:11   6    need to and we can do it before the jury comes in.
17:04:15   7              THE COURT:  Anything else tonight?  Everyone
17:04:18   8    have a good evening.  We'll see you tomorrow.  Court's
17:04:21   9    adjourned.
17:04:22  10              (Proceedings stood in temporary recess at
17:04:22  11    5:10 p.m.)
17:04:22  12              END OF VOLUME 12.  PLEASE REFER TO VOLUME 13A.
17:04:22  13
          14
          15
```

Page 2590

```
17:04:22   1              CERTIFICATE
17:04:22   2              I, Jennifer A. Dunn, Registered Professional
17:04:22   3    Reporter and Certified Court Reporter, do hereby certify
17:04:22   4    that I am an Official Court Reporter for the Circuit Court
17:04:22   5    of the City of St. Louis; that on December 17, 2019, I was
17:04:22   6    present and reported all the proceedings had in the case of
17:04:22   7    VICKIE FORREST, et al., Plaintiffs, vs. JOHNSON & JOHNSON,
17:04:22   8    Defendant, Cause No. 1522-CC00419-02.
17:04:22   9              I further certify that the foregoing pages
17:04:22  10    contain a true and accurate reproduction of the proceedings.
17:04:22  11
17:04:22  12
17:04:22  13
17:04:22  14
17:04:22  15
17:04:22  16              "/s/JENNIFER A. DUNN, RPR, CCR #485"
17:04:22  17
```