# EXHIBIT 24

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF NEW JERSEY

 3   IN RE:                    :   MDL NO.:

     JOHNSON & JOHNSON TALCUM  :   16-2738 (MAS)(RLS)

 4   POWDER PRODUCTS           :

     MARKETING, SALES          :

 5   PRACTICES, AND PRODUCTS   :

     LIABILITY LITIGATION      :

 6

 7                    -  -  -

 8              Wednesday, July 10, 2024

 9                    -  -  -

10          Remote videotaped deposition of PAUL

11   HESS, via Zoom video conference, conducted at

12   the location of the witness in Atlanta,

13   Georgia, taken on the above date, beginning at

14   approximately 9:06 a.m., before Jessica M.

15   Gericke, RPR, CCR-NJ, and Notary Public in and

16   for Delaware, New Jersey, and Pennsylvania.

17

18

19

20

21

22

23

24

25
```

Page 2

```
 1  APPEARANCES VIA ZOOM VIDEO CONFERENCE:
 2  BOVIS, KYLE, BURCH & MEDLIN, LLC
        BY:  ERIC LUDWIG, ESQUIRE
 3  200 Ashford Center North
        Suite 500
 4  Atlanta, GA  30338-2668
        678-338-3925
 5  eludwig@boviskyle.com
        (Present with Witness)
 6
        Counsel for Deponent and Materials
 7  Analytical Services
 8
        BEASLEY, ALLEN, CROW, METHVIN,
 9  PORTIS & MILES, P.C.
        BY:  P. LEIGH O'DELL, ESQUIRE
10  218 Commerce Street
        Montgomery, AL 36104
11  334-269-2343
        leigh.odell@beasleyallen.com
12  (Present with Witness)
13  Counsel for Plaintiff Steering Committee
14
        COHEN, PLACITELLA & ROTH
15  BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
             DREW M. RENZI, ESQUIRE
16  127 Maple Avenue
        Red Bank, NJ  07701
17  732-747-9003
        cplacitella@cprlaw.com
18
        Counsel for Plaintiff Steering Committee
19
20
21
22
23
24
25
```

Page 3

```
 1  APPEARANCES (continued):
 2  ASHCRAFT & GEREL, LLP
        BY:  MICHELLE A. PARFITT, ESQUIRE
 3  1824 K Street NW
        Washington, DC  20006
 4  202-669-0032
        mparfitt@ashercraftlaw.com
 5
        Counsel for Plaintiff Steering Committee
 6
 7  REILLY, McDEVITT & HENRICH, P.C.
        BY:  BRANDY L. HARRIS, ESQUIRE
 8  3 Executive Campus
        Suite 310
 9  Cherry Hill, NJ  08002
        856-317-7180
10  bharrs@rmh-law.com
11  Counsel for Personal Care Products Council
12
        KING SPALDING, LLP
13  BY:  MORTON D. DUBIN, II, ESQUIRE
             KEVIN HYNES, ESQUIRE
14  JAKE KEESTER, ESQUIRE
        1185 Avenue of the Americas
15  34th Floor
        New York, NY  10036
16  212-790-5343
        mdubin@kslaw.com
17
        Counsel for Defendant Johnson & Johnson
18
19  FAEGRE DRINKER BIDDLE & REATH LLP
        BY:  SUSAN M. SHARKO, ESQUIRE
20  600 Campus Drive
        Florham Park, NJ  07932
21  973-549-7000
        susan.sharko@faegredrinker.com
22
        Counsel for Defendant Johnson & Johnson
23
24          - - -
25
```

Page 4

```
 1  APPEARANCES (continued):
 2  ALSO PRESENT:
 3      SPECIAL MASTER JOEL SCHNEIDER
 4      CAROLIN De La ROSA, VIDEOGRAPHER
 5      SHU-CHUN SU, PH.D.
 6      - - -
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              I N D E X
 2  WITNESS NAME              PAGE
 3  Paul Hess
 4      By Mr. Dubin          6
 5
 6          - - -
 7
 8          E X H I B I T S
 9  NO.      DESCRIPTION          PAGE
10  1    Resume of Paul M. Hess       8
11  2    MAS Report, dated          20
        February 24, 2020
12
      3    MAS Report, dated February   22
13      1, 2019
14  4    Hess Slide 2            46
15  5    MAS Report, dated September  58
        16, 2020
16
      6    MAS report, dated February   64
17      24, 2020
18  7    Declaration of William      69
        Longo, Ph.D.
19
      8    Hess Slide 20          70
20
      9    Hess Slide 22          74
21
     10    Hess Slide 24          76
22
     11    Hess Slide 25          81
23
     12    J3 Resources Inc. Report,    83
24      dated July 13, 2018
25
```

2 (Pages 2 - 5)

Page 54

1    MR. LUDWIG: Same objection.
2    That is exactly what the Court
3 ruled upon. So objection.
4    MR. DUBIN: No. Those are the
5 reports at issue, which the Court said we
6 could ask about.
7    MS. O'DELL: And if you would
8 like to ask Mr. Hess about specific reports,
9 he is here and prepared to respond to your
10 questions, but asking for expert opinion is
11 beyond the scope of what Judge Schneider
12 established for this deposition and we'll
13 instruct the witness not to answer.
14    MR. LUDWIG: I instruct the
15 witness not to answer that question.
16 BY MR. DUBIN:
17    Q.   In your reports identifying
18 chrysotile in Johnson & Johnson, what color
19 are the particles that you're calling
20 chrysotile typically in parallel?
21    MR. LUDWIG: Objection to form.
22    THE WITNESS: The colors that I
23 utilize to determine the wavelength are at the
24 edge of the particle and not in the center.
25 BY MR. DUBIN:

Page 55

1    Q.   Okay. What color are the particles?
2    MS. O'DELL: Objection to the
3 form.
4    What particle? What --
5 BY MR. DUBIN:
6    Q.   The particle that you're calling
7 chrysotile in the reports that you're talking
8 about today?
9    MR. LUDWIG: Is there a
10 specific report you want to show him? This
11 right here, it looks like an exhibit created
12 by defense counsel. So that's not -- he is
13 not here to opine about this exhibit that
14 looks like a PowerPoint by someone else.
15    This is not a --
16    MR. DUBIN: This is enough
17 speaking objections. You can make your
18 objections if you want to make your
19 objections. If you want to instruct your
20 witness not to answer the question, then you
21 can do that, but no more speaking objections.
22 It's gone way too far.
23    MR. LUDWIG: Based on the scope
24 that the Judge had lined out, I am instructing
25 him not to answer that question.

Page 56

1    MR. DUBIN: All right. Let's
2 take this down. We'll come back to it when we
3 show your reports.
4 BY MR. DUBIN:
5    Q.   What color -- what is the refractive
6 index of talc?
7    A.   It has wide -- a large
8 birefringence, but normally it will be
9 somewhere in the range of around 1.540 to
10 1.605, based on the experience of what I have
11 seen.
12    Q.   How about a talc plate, a flat talc
13 plate? What is -- what is the refractive
14 index of a talc plate?
15    MS. O'DELL: Object to the
16 form.
17    THE WITNESS: I don't believe
18 the talc plate has any birefringence, but the
19 edges that I have seen have been blue in 1.55,
20 and have been yellowish in 1.605.
21 BY MR. DUBIN:
22    Q.   Did the CSDS colors associated with
23 talc itself in 1.550 oil include the color
24 red?
25    MS. O'DELL: Would you repeat

Page 57

1 the question? I missed the first part.
2 BY MR. DUBIN:
3    Q.   Do the central stop dispersion
4 staining colors of talc plates themselves in
5 1.550 oil include the color red?
6    MS. O'DELL: Object to the
7 form.
8    MR. LUDWIG: Same objection as
9 before.
10    I instruct you not to answer.
11    That's -- that calls for an
12 expert opinion.
13    MR. DUBIN: I am asking his
14 understanding and it relates to this work that
15 he is doing.
16 BY MR. DUBIN:
17    Q.   Did it -- does it include red?
18    MS. O'DELL: If you have a
19 specific particle you would like to ask him
20 about, that's within the scope of the order,
21 but to ask it in isolation is beyond the scope
22 and seeks an expert opinion.
23    MR. DUBIN: Fine --
24    MR. LUDWIG: Join.
25    MR. DUBIN: -- when you get to

15 (Pages 54 - 57)

Page 62

1  Q.  Okay.  As a PLM analyst, how do you
2  tell if an image is appropriately illuminated?
3  A.  Well, if the scope had capability,
4  we use Kohler illumination, but the best way
5  to get the most illumination out of any type
6  of scope is to have all the different parts
7  align and centered.
8  Q.  Okay.  And is it important for a PLM
9  analyst to be able to see all the particles in
10  the field of view clearly?
11  A.  Through the ocular, yes.
12  Q.  When you were doing your analysis on
13  the Olympus microscope and you were looking
14  for the colors of the particle, were you
15  typically doing that by assessing it through
16  the eyepiece of the microscope or by looking
17  at the -- or looking at a screen?
18  A.  Through the microscope.
19  Q.  And did the -- what is white
20  balancing?
21  A.  Basically, it takes the program that
22  you're using for the graphics and allows it to
23  adjust to the pure white light.
24  Q.  And did the Olympus come with any
25  filters, like a daylight filter or blue

Page 63

1  filter, to perform white balancing with?
2  A.  It had a -- we had a blue diffusion,
3  but there was nothing in -- to do white
4  balance, you have to have a white background.
5  Q.  So it came with a blue light or
6  daylight filter?
7  A.  I would just remove the diffuser.
8  Q.  I am sorry.  I don't understand.
9  Would -- did the microscope
10  come with or did you have a blue light or
11  daylight filter on the Olympus?
12  A.  I don't recall.
13  Q.  Do you know whether you used a blue
14  light or a daylight filter when performing
15  analysis for chrysotile in Johnson & Johnson
16  with the Olympus microscope?
17  MR. LUDWIG:  Objection to form.
18  Is there are a specific test
19  you're asking about?  It's my understanding
20  there was lots of tests.
21  So I am going to object to the
22  form.  Same scope issue.
23  MR. DUBIN:  It's the reports at
24  issue.  I'm asking about his microscope setup
25  for the reports at issue.

Page 64

1  MR. LUDWIG:  Is there a
2  specific report you're asking about?
3  MR. DUBIN:  There are a set of
4  reports that are done on an Olympus
5  microscope.  There are then a set of reports
6  that are done on the Leica microscope.
7  I am asking about the ones he
8  did on Olympus.  If we want -- if we need to
9  call up an example, I am happy to do that.  So
10  we'll call up an example of that.
11  We can go to the Zimmerman
12  report and that will be exhibit 6 and so let's
13  make that exhibit 6.  For internal reference
14  it's CX-6.  It's -- this is an image from the
15  February 24, 2020 analysis of Johnson &
16  Johnson.  We can put it in chat and call it
17  up.
18  (Exhibit 6 marked for
19  identification.)
20  BY MR. DUBIN:
21  Q.  Okay.  And I want to look at an
22  image there.  We can go to, I guess, 39 of the
23  report.  I am just going to -- okay.  For
24  example, this was in 2020.
25  So this would be on the Olympus

Page 65

1  microscope, correct?
2  A.  That is correct.
3  Q.  Okay.  So now we have an image.
4  We're talking about a specific report.
5  When you were doing these
6  analyses for Johnson & Johnson, were you using
7  a blue light or daylight filter?
8  A.  I don't recall if we ever had any
9  specific daylight or blue filters for the
10  Olympus.  The only thing blue was the
11  diffuser.
12  MS. O'DELL:  What is your other
13  report?
14  MR. DUBIN:  So this is -- this
15  was page 36, I think.
16  BY MR. DUBIN:
17  Q.  All right.  We'll come back to that
18  in a bit.
19  Do you know what the purpose is
20  of a blue light or a daylight filter?
21  MS. O'DELL:  Object to the
22  form.
23  MR. LUDWIG:  Object to the
24  form, yeah.  It calls for expert testimony.
25  I instruct you not to answer

17 (Pages 62 - 65)

Page 66

1 that question.
2        MR. DUBIN:  You're instructing
3 him not to answer?  I am asking him about the
4 work he did, how he set up his microscope, and
5 what filters he was using and you're
6 instructing him not to answer that?
7        MS. O'DELL:  That was not your
8 question.
9        MR. DUBIN:  Well, I just asked
10 him about whether it had a blue light filter
11 and whether he was using it and I am asking
12 him now what his understanding of the purpose
13 of that type of filter is.  Are you
14 instructing him not to answer that question?
15        MS. O'DELL:  He is here to --
16 he is here to testify to what he did, which
17 he -- the equipment he used, which he has been
18 responding to those questions.
19        Understanding about certain
20 methodologies, giving his opinion about
21 certain methodologies is beyond the scope of
22 what Judge Schneider has ordered.
23        MR. DUBIN:  Are you instructing
24 him not to answer --
25        MR. LUDWIG:  The objection --

Page 67

1        MR. DUBIN:  -- a simple
2 question about the purpose of a blue light
3 filter?  Are you instructing him not to
4 answer?
5        MR. LUDWIG:  Yes.
6        MR. DUBIN:  Okay.
7        MR. LUDWIG:  I believe that is
8 outside the scope of what the Judge just
9 said --
10        MR. DUBIN:  I really don't --
11 if you instruct him not to answer, I don't
12 need to hear a long speaking objection in
13 addition.
14        MR. LUDWIG:  Sure.  Fair
15 enough.
16        MS. O'DELL:  And just for the
17 record, Morty -- and I think it's just a page
18 number issue -- you identified what's on the
19 screen as page 36 of the report.  I am
20 assuming you mean 36 -- page 36 in the PDF?
21        MR. KEESTER:  It's 39 in the
22 PDF.
23        MR. DUBIN:  Thirty-nine.
24 Sorry.
25        MS. O'DELL:  Okay.  Let me just

Page 68

1 get there.  Okay.  Thank you.
2 BY MR. DUBIN:
3    Q.   Do you know how looking at an image
4 to tell whether a blue light filter or
5 daylight filter is being used?
6    A.   I don't recall ever dealing with
7 them.
8    Q.   Okay.  How was focus adjusted on the
9 Olympus microscope?
10    A.   Focus would be adjusted using the
11 fine focus knob.
12    Q.   Okay.  I want to show you another
13 image and ask you if you can tell me whether a
14 blue light filter is being used or not.
15        MR. DUBIN:  It will be
16 exhibit -- what number are we on?  We are now
17 on six?
18        THE COURT REPORTER:  Seven.
19        MR. DUBIN:  And that is --
20        THE COURT REPORTER:  You're on
21 exhibit 7, I believe.
22        MR. DUBIN:  Exhibit 7.  Okay.
23 That is CX-11A to call it up and if you could
24 just go to page 22 of it and put it in chat.
25        MS. O'DELL:  Mr. Hess, just

Page 69

1 give us a moment to see what's going to be put
2 on the screen and what the report is.
3        (Exhibit 7 marked for
4    identification.)
5 BY MR. DUBIN:
6    Q.   Page 22, can you tell me if a blue
7 light or daylight filter is being used on this
8 image?
9        MR. LUDWIG:  Objection --
10 objection.  This, once again, calls for expert
11 opinion, which is outside the scope of the
12 purpose of this deposition as instructed by
13 the Judge.
14        MR. DUBIN:  Are you instructing
15 him not to answer the question?
16        MR. LUDWIG:  I am instructing
17 him not to answer the question.
18        MS. O'DELL:  Yes.  This is not
19 a document that's been disclosed in the MDL.
20 It's a report for Dr. Longo.  It's analysis of
21 ceramic slip clay for something else that's
22 not related and we object to the use of this
23 exhibit.
24        MR. DUBIN:  Okay.  Can we call
25 up -- we'll make the next exhibit in order

18 (Pages 66 - 69)

Page 78

1 asking him about his reports that are at issue
2 in this case and asking him what color that he
3 is calling particles and that is exactly in
4 the scope of the deposition.
5           So unless you're instructing
6 him not to answer that as well, my question
7 stands.
8           MR. LUDWIG: I instruct him not
9 to answer that question.
10          MR. DUBIN: Okay. So now
11 you're instructing the witness not to answer
12 questions even about the specific reports that
13 he was -- that we were permitted to depose him
14 on.
15          Is that my understanding?
16          MS. O'DELL: So would you
17 repeat your question, please?
18          MR. DUBIN: Oh, my goodness.
19 What color is the particle that you're calling
20 chrysotile here?
21          MR. LUDWIG: I am standing by
22 my objection. I am instructing him not to
23 answer.
24          It goes to -- you're asking him
25 to opine as to the color. The color is on the

Page 79

1 screen and it is part of an expert report
2 prepared by MAS and you're taking it out of
3 context.
4           So I am going to instruct you
5 not to answer.
6           If you want to ask him how he
7 developed the color, that's what the Judge
8 said, but --
9           MR. DUBIN: (Inaudible.)
10          MR. LUDWIG: -- his personal
11 involvement.
12 BY MR. DUBIN:
13   Q.   You are the analyst who did this
14 work for the Zimmerman report and we can go
15 through your PLM -- the PLM sheets.
16          You did this analysis, right?
17          MR. LUDWIG: Okay. That's
18 fine. Let's do that.
19 BY MR. DUBIN:
20   Q.   You did this analysis? These are
21 your PLM images, correct, Mr. Hess?
22   A.   It is.
23   Q.   So I'm asking you what color did you
24 assess this particle as?
25   A.   Could you zoom in on the particle?

Page 80

1   Q.   We can zoom more in.
2   A.   The center part of it is a golden
3 yellow, but I cannot determine the edges,
4 which is where I need to look.
5   Q.   Okay. Well, we'll go over this edge
6 effect, but you can agree that this is not --
7 this does not look like reference chrysotile,
8 correct?
9           MS. O'DELL: Object to the
10 form.
11          MR. LUDWIG: Same objection.
12          THE WITNESS: The center of the
13 particle is not what you would usually call.
14 BY MR. DUBIN:
15   Q.   And -- sorry. And you see that
16 there are rounded structures in this image,
17 right?
18   A.   There are.
19   Q.   Those are talc?
20   A.   Some may be.
21   Q.   Are they the same color as the
22 particle that you're calling chrysotile?
23          MS. O'DELL: Object to the
24 form.
25          THE WITNESS: It is, but I --

Page 81

1 the other particle colors, without being able
2 to see the true edges of the particle in
3 question --
4 BY MR. DUBIN:
5   Q.   Okay. We'll talk about edges --
6           MS. O'DELL: Excuse me, Morty.
7 I don't believe you could hear. He is not
8 finished with his answer.
9 BY MR. DUBIN:
10   Q.   Go ahead.
11   A.   -- I cannot comment.
12   Q.   We'll talk about edges later.
13          Have you seen any PLM work of
14 Johnson & Johnson done by any other experts?
15   A.   I don't recall.
16          MR. DUBIN: Okay. Let's put up
17 Hess slide 25 as exhibit 11.
18          (Exhibit 11 marked for
19     identification.)
20 BY MR. DUBIN:
21   Q.   We're looking at images of PLM --
22 and I will mark the entire report also from
23 Mr. Poye and from you -- both from on talcs.
24          Do you have any understanding
25 why the images look so different?

21 (Pages 78 - 81)

Page 94

1 go back and forth between them if you need to.
2         MR. DUBIN: Can we flip back to
3 Valadez?
4 BY MR. DUBIN:
5    Q.  Do you see that the Zimmerman report
6 image is more golden or orange?
7    A.  I do.
8    Q.  Do you know why that is?
9    A.  From the BH2, which is the Zimmerman
10 report, we were on a tungsten lamp, and it was
11 to the respect that we were dealing with extra
12 yellows from the tungsten lamp.
13    Q.  So the tungsten lamp was changing
14 the color of the particle then?
15         MS. O'DELL: Object to the
16 form.
17         MR. LUDWIG: Object to form.
18 BY MR. DUBIN:
19    Q.  Is that correct?
20         MS. O'DELL: Object to the
21 form.
22         THE WITNESS: We felt it was
23 adding more yellow to the image of what we
24 were seeing and what we were documenting.
25 BY MR. DUBIN:

Page 95

1    Q.  Okay.  And it wasn't just adding
2 yellow.  If we go back to the Zimmerman report
3 image, it was adding sort of darker golden
4 colors or orange colors to the image, right?
5         MS. O'DELL: Object to form.
6         MR. LUDWIG: Objection.  This
7 calls for an expert opinion.
8         I will instruct you not to
9 answer that one.
10         MR. DUBIN: You're instructing
11 him not to answer that question about the
12 comparison between these two images?
13         MR. LUDWIG: Correct.  You're
14 testifying and I am going to object to that
15 one.
16         MR. DUBIN: You're objecting
17 and you're instructing your witness not to
18 answer a question about the impact of lighting
19 on his images in the reports at issue in this
20 deposition and you're instructing him not to
21 answer.
22         Is that my understanding?
23         MR. LUDWIG: Could you -- let
24 me hear the question again because I think
25 you -- what you said was different than what

Page 96

1 your question was.
2         MR. DUBIN: We can read the
3 question back.
4         THE COURT REPORTER: One
5 moment.
6         "QUESTION: And it wasn't just
7    adding yellow.  If we go back to the
8    Zimmerman image, it was adding sort of
9    darker golden colors or orange colors to
10    the image, right?"
11         MS. O'DELL: Object to the
12 form.
13         MR. LUDWIG: I am going to
14 stand by my objection.
15         MR. DUBIN: So you're not just
16 objecting.  You're instructing him not to
17 answer that question.  I need to understand
18 that.
19         MR. LUDWIG: Correct.
20         MR. DUBIN: So if I ask him any
21 questions trying to compare various images in
22 his reports, are you going to instruct him not
23 to answer that?
24         MS. O'DELL: You can proceed
25 with your deposition, Morty.  It's no way

Page 97

1 to -- to respond to that.  I mean --
2         MR. DUBIN: Okay.  I just --
3 we're obviously going to have to deal with
4 this after the end of the questioning today,
5 but we'll proceed.
6         MS. O'DELL: I am not finished.
7         MR. DUBIN: Okay.
8         MS. O'DELL: Stop interrupting,
9 please.  If you ask him questions about the
10 image and the work that he did, he is
11 available to answer your question.  He is not
12 here to offer expert opinion.  It has been
13 stated numerous times.
14         MR. DUBIN: I am asking him
15 directly about his images right now.  So --
16 and he is still being instructed not to
17 answer.
18 BY MR. DUBIN:
19    Q.  So, again, I am asking you a
20 question about this image.
21         The tungsten lighting is not
22 just adding more yellow; it's adding golden
23 colors and more orange color to the images,
24 right?  Is that correct?
25         MR. LUDWIG: Object.

25 (Pages 94 - 97)

Page 110

1 opinion and so --
2          MR. DUBIN: Are you instructing
3 him not to answer?
4          MR. LUDWIG: I am instructing
5 him not to answer for the reasons stated
6 before.
7          MR. DUBIN: Okay. Let's go
8 to -- make the next exhibit slide 43.
9          MR. KEESTER: I'm sorry, Morty.
10 That was 43?
11          MR. DUBIN: Yeah, and that will
12 be exhibit 17.
13          (Exhibit 17 marked for
14    identification.)
15 BY MR. DUBIN:
16    Q.   The number -- the wavelength of
17 light that you assigned to this particle on
18 the left that you're calling chrysotile in
19 Johnson & Johnson, you are saying that it is
20 even more purple than standard reference
21 chrysotile depicted on the right, correct?
22          MS. O'DELL: Objection.
23          This is an incomplete depiction
24 of what's being examined. It is including
25 images that are not Dr. -- Mr. Hess', excuse

Page 111

1 me, and it is an inappropriate examination of
2 this witness, who is a fact witness, and seeks
3 expert opinion, and we to object to it.
4          MR. DUBIN: First off, I don't
5 understand how you can say every time that he
6 is a fact witness and not an expert. He is
7 here to be deposed about his polarized light
8 microscopy work. There is no way to depose
9 someone about their polarized light microscopy
10 work without asking them questions that are
11 technical in nature.
12          And so if your objection is
13 that every time I ask him for something about
14 his conclusions, it's an expert opinion, then
15 you are essentially shutting down this
16 deposition. It's --
17          MS. O'DELL: That's not
18 correct. We're asking -- we have not
19 instructed Mr. Hess to not respond to
20 questions that are technical. We have
21 instructed him to give expert opinion
22 because he is here as a fact witness as you
23 know and as the Special Master has ruled.
24          And this seeks a comparison
25 between the photomicrograph that Mr. Hess took

Page 112

1 to an ISO record for chrysotile and that is
2 beyond the scope of this deposition.
3          That's -- that is --
4          MR. DUBIN: Are you instructing
5 him not to answer?
6          MS. O'DELL: Let me finish.
7 I'm sorry. Let me finish. I stuttered there.
8          Judge Schneider was very clear
9 that he is going to be asked about his work
10 and not a comparison of his work to others and
11 that is expert opinion and that's why we're
12 instructing him not to answer.
13          MR. DUBIN: Okay. So you're
14 instructing him not to answer?
15          MR. LUDWIG: Correct.
16          MR. DUBIN: Okay.
17 BY MR. DUBIN:
18    Q.   I want to make sure and let me raise
19 the question.
20          As a fact, factually, you
21 assigned a darker purple color to that
22 particle on the left than standard reference
23 chrysotile, correct?
24          MS. O'DELL: Objection; that is
25 the same objection, and I just also object to

Page 113

1 use of this color chart without reference to
2 the other charts from Dr. Su's tables that
3 take into consideration the temperature and
4 other aspects of the table. It's an
5 incomplete hypothetical. He --
6          MR. DUBIN: I am sorry. I
7 don't think you understand the -- I don't
8 think you understand how the analysis works.
9 Because we already did the temperature of the
10 lab when we figured out what nanometer of
11 light he was calling the particle. So that is
12 not a valid objection scientifically. Are you
13 instructing him not to answer?
14          MS. O'DELL: I am going to let
15 Mr. Hess' counsel instruct him, but I have
16 made my objection.
17          MR. LUDWIG: I am instructing
18 him not to answer.
19          MR. PLACITELLA: I would just
20 like to -- can you hear me? I would just like
21 to add the following objection and I am trying
22 to stay out of this.
23          If you're taking a tiny, little
24 piece of a big slide and then blowing -- and
25 then sticking it next to a different slide,

29 (Pages 110 - 113)

Page 114

1 there is no guarantee that this accurately
2 depicts what the actual slide looks like,
3 especially on a Zoom presentation. So that's
4 my concern to put on the record.
5          MR. DUBIN: Okay. And my --
6          MR. PLACITELLA: Now I'll go
7 back to sleep.
8          MR. DUBIN: My response to that
9 is we're comparing the colors associated with
10 two different nanometers of light, which are
11 depicted accurately on the slide, and I
12 understand that you guys are instructing him
13 not to answer and okay. So we'll have to deal
14 with that later.
15          MR. PLACITELLA: No, no, but my
16 objection was beyond that. My objection was
17 how this was put together, who put the colors
18 on what piece of the photograph and, you know,
19 what someone is being asked to interpret over
20 Zoom; that's all. Now I will go back to
21 sleep.
22          MR. DUBIN: Yeah. Okay.
23 BY MR. DUBIN:
24    Q.   So let's go back to the Valadez
25 report.

Page 115

1          Are you -- are you swearing
2 that particle as purple in --
3          MS. O'DELL: Object to --
4          THE COURT REPORTER: Please
5 repeat your question.
6 BY MR. DUBIN:
7    Q.   Are you swearing that that particle
8 is purple, the one depicted in 001?
9          MR. LUDWIG: Objection to form.
10          THE WITNESS: No. The particle
11 itself interior-wise has yellow. I utilized
12 what I could find through the scope around the
13 edges or at the edge.
14 BY MR. DUBIN:
15    Q.   So are you telling me that that
16 particle we're looking at is somehow entirely
17 surrounded with purple, but we just can't see
18 it?
19          MS. O'DELL: Objection to the
20 form; asked and answered.
21          MR. LUDWIG: Argumentative.
22 BY MR. DUBIN:
23    Q.   You can respond.
24    A.   Based on what I saw through the
25 microscope.

Page 116

1    Q.   How can we independently verify with
2 your report that that particle is purple
3 without actually being at your scope?
4          MS. O'DELL: Objection.
5          MR. LUDWIG: Objection; calls
6 for -- objection to form.
7 BY MR. DUBIN:
8    Q.   You can respond.
9    A.   So I do the documentation on the
10 pictures.
11    Q.   But you're telling me that the
12 pictures don't show the purple.
13          So how can we independently --
14 how can we verify that that particle, in fact,
15 has purple?
16          MS. O'DELL: Objection;
17 misstates his testimony.
18          MR. LUDWIG: Join.
19          THE WITNESS: It's documented
20 as part of the report. It's in the picture.
21 BY MR. DUBIN:
22    Q.   So you're saying that purple is in
23 the picture.
24          So where is the purple?
25          MS. O'DELL: Objection;

Page 117

1 misstates his testimony.
2 BY MR. DUBIN:
3    Q.   You can respond.
4    A.   I make my determinations on what I
5 can see through the scope and it's represented
6 to the best that I can get it on the screen in
7 the picture.
8    Q.   Okay. But can we verify that with
9 the picture? Can we verify that in some way?
10    A.   Other than what's on the picture,
11 Counselor, I cannot speculate.
12          MR. LUDWIG: Do you need it
13 blown up?
14          MR. DUBIN: We can blow it up.
15          MR. PLACITELLA: There it is.
16 BY MR. DUBIN:
17    Q.   Do you see purple or red on the talc
18 plates in this image? To the extent you're
19 claiming you see it on that particle, do you
20 see it on all the rounded talc plates?
21    A.   On this image, I can just barely.
22    Q.   On the rounded talc plates, right?
23          MR. LUDWIG: Listen to the
24 question.
25 BY MR. DUBIN:

30 (Pages 114 - 117)

Page 118

1    Q.   You can see those kind of edge
2 effects on the talc plates as well, right?
3         MS. O'DELL:  I am -- the screen
4 is about ten feet away from Mr. Hess.  I am
5 handing him the Valadez report on my computer
6 so he can see it more clearly.
7 BY MR. DUBIN:
8    Q.   Do you see those same kind of edge
9 effects on all -- on the talc plates?
10    A.   I can see parts, yes.
11    Q.   But talc plates aren't purple in
12 1.560 oil, right, and they are not red,
13 correct?
14         MS. O'DELL:  And if you need to
15 make it bigger or smaller, Mr. Hess, you can
16 just -- you can touch my screen.
17 BY MR. DUBIN:
18    Q.   You can focus on any of these
19 rounded talc plates and you'll see the same
20 edge effects, right?
21         MS. O'DELL:  Object to the
22 form.
23         THE WITNESS:  Similar.
24 BY MR. DUBIN:
25    Q.   So what refractive index number

Page 119

1 would you assign to any of the talc plates
2 that also have that edge effect?  What would
3 you -- what is the refractive index of the
4 talc plates?
5         MS. O'DELL:  Object to the
6 form; expert opinion.
7         MR. LUDWIG:  This is an expert
8 opinion.  I am going to instruct him not to
9 answer that one.
10 BY MR. DUBIN:
11    Q.   Mr. Hess, you're basing your calling
12 this particle chrysotile on edge effects that
13 are also present on the talc plates
14 themselves; isn't that right?
15         MS. O'DELL:  Objection;
16 misstates his testimony.
17 BY MR. DUBIN:
18    Q.   You can respond.
19         MS. O'DELL:  Objection;
20 misstates his testimony.
21         MR. LUDWIG:  Join.
22         MS. O'DELL:  Seeks expert
23 opinion.
24 BY MR. DUBIN:
25    Q.   You can respond.

Page 120

1    A.   At least my opinion of what I am
2 seeing not only on the dispersion staining,
3 but also on the appearance of the structure,
4 whether it shows fibrosuity.
5    Q.   You are basing your refractive
6 index --
7         MS. O'DELL:  Excuse me.  Were
8 you finished with your answer?
9         THE WITNESS:  It's based on
10 what I see through the scope and my
11 examination of the particle.
12 BY MR. DUBIN:
13    Q.   You are basing your assessment of
14 the refractive index of this particle that
15 you're calling chrysotile based on edge
16 effects that are also present on the rounded
17 talc plates, correct?
18         MS. O'DELL:  Objection;
19 misstates his testimony.
20 BY MR. DUBIN:
21    Q.   You can respond.
22    A.   I base it on what I see around the
23 particle itself.
24    Q.   And those -- again, my question is,
25 what you're claiming -- the effect that you're

Page 121

1 claiming to see around that particle you're
2 calling chrysotile is also present on the
3 round talc plates, correct?
4         MS. O'DELL:  Objection.
5         MR. LUDWIG:  Objection, asked
6 and answered.
7         MS. O'DELL:  Misstates his
8 testimony.
9 BY MR. DUBIN:
10    Q.   You can respond.
11    A.   I am basing it on my determination
12 from what's around the particle.  I do not
13 take into account what's around the talc.
14    Q.   Okay.  So you don't consider whether
15 or not, because this effect is also on the
16 talc plates, whether it's an artifact of
17 your -- of your analysis?  You don't look at
18 the talc plates to see whether you see the
19 exact same effect on the talc plates?
20         MS. O'DELL:  Objection;
21 misstates his testimony.  It's not what he
22 testified a moment ago.
23 BY MR. DUBIN:
24    Q.   Are these talc plates, are those
25 also purple, according to you, if you're

31 (Pages 118 - 121)

Page 122

1 looking at the edge effects?
2    A.   What I am seeing on there is more of
3 a red, but it's not in focus to the point that
4 I would be able to make a determination.
5    Q.   So would the refractive -- would the
6 refractive index value for those talc plates
7 correspond to red?
8         MS. O'DELL:  Objection.
9         He was just saying it wasn't in
10 focus and you can't make that determination
11 from a photomicrograph on a screen.
12 BY MR. DUBIN:
13    Q.   So are those talc plates -- does the
14 refractive index that you assigned to them
15 based on their edges, does that correspond to
16 red?
17         MS. O'DELL:  Same objection.
18 BY MR. DUBIN:
19    Q.   You can respond.
20    A.   I would not give it the same.
21         THE COURT REPORTER:  Please
22 repeat your answer.
23         MR. LUDWIG:  I think it was:  I
24 would not give it the same.
25         I think you were still talking?

Page 123

1         THE WITNESS:  No; that's it.  I
2 would not give it the same.
3 BY MR. DUBIN:
4    Q.   So what is the CSDS color of, let's
5 say, this large talc plate towards the bottom
6 left?  What is the CSDS color that you would
7 use to assign a refractive index to that
8 particle?
9         MS. O'DELL:  Which particle?
10         MR. PLACITELLA:  I will place
11 an objection before he answers and I know
12 you're doing the best you can, but at this
13 point, at least on the screen that I am
14 seeing, this image is pretty blurry, you know,
15 but you did -- you're doing the best you can.
16         MR. DUBIN:  This is the image
17 that we have from Dr. Longo.
18         MR. PLACITELLA:  Well, that's
19 not necessarily the image.  This is a blowup
20 on a Zoom, you know.
21         MR. DUBIN:  He also has the
22 actual report in front of him on a computer.
23 Now what?
24         MR. PLACITELLA:  Just --
25         MR. DUBIN:  Okay.

Page 124

1         MR. PLACITELLA:  -- trying to
2 keep the record clean.
3         MR. DUBIN:  Okay.
4 BY MR. DUBIN:
5    Q.   What CSDS color are you assigning to
6 the talc plates that we're looking at?
7         MS. O'DELL:  Object to the
8 form; that seeks expert opinion.  He is not
9 a -- he did not analyze these particular talc
10 particles.  He didn't make findings in the
11 report.
12         To ask him to do it on the fly,
13 in a Zoom is an expert opinion and beyond the
14 scope of what he did for the report and we
15 object on that basis.
16         MR. DUBIN:  Are you instructing
17 him not to answer the question?
18         MR. LUDWIG:  I was just going
19 to say, exactly, and I am instructing him not
20 to answer that question because he is not --
21 it's not the scope.  Him doing an analysis of
22 a talc particle on the fly is not what the
23 Judge -- is not the purpose of this
24 deposition.
25         MR. DUBIN:  Okay.  You have

Page 125

1 instructed him not to answer.  We'll just deal
2 with it in court later.
3         Let's look at the second image,
4 002.
5         MS. O'DELL:  Okay.  What image
6 are you looking at and what page?
7         MR. DUBIN:  Okay.  So, Jake,
8 can you give the page?  This is the image of
9 CSM 002.
10         MR. KEESTER:  So my PDF is page
11 38, but since your report seems to be one page
12 less, it will probably be page 37, but it is
13 CSM-002.
14         MS. O'DELL:  Okay.
15 BY MR. DUBIN:
16    Q.   What color is that particle?
17    A.   Can you zoom in, please?
18    Q.   Sure.
19    A.   The particle itself, yellow with
20 some pale blue.
21    Q.   Okay.  And do you see that there is
22 a rounded talc plate?  If you move your eye
23 from the top of the two arrows over towards
24 the left, there is a rounded talc plate.
25         Do you see that?

32 (Pages 122 - 125)

Page 126

1    MR. LUDWIG: Objection.
2    Once again, you're asking him
3 to analyze what you claim to be a talc
4 particle on the fly; that calls for expert
5 testimony. I am instructing him not to answer
6 that question.
7 BY MR. DUBIN:
8    Q.    You said you have done PLM
9 dispersion staining analysis for 30 years,
10 Mr. Hess?
11    A.    That is correct.
12    Q.    Are you not -- are you not able to
13 tell me -- to follow over on the image and
14 look at this talc plate with me? Is that
15 beyond your experience and training?
16    MR. LUDWIG: I am going to
17 object.
18    This is argumentative. His
19 experience is under the microscope. So I am
20 objecting to the form of the question. It's
21 argumentative.
22 BY MR. DUBIN:
23    Q.    Is the particle you're calling
24 chrysotile here, is that essentially the same
25 color as the talc plates in the image?

Page 127

1    MR. LUDWIG: Objection, same
2 objection. I am instructing him not to
3 answer.
4    MR. DUBIN: Okay. Can't wait
5 to be heard on these. All right.
6 BY MR. DUBIN:
7    Q.    Do you know what -- if we go down
8 and we look at the RI value, RI 1.565, do you
9 know what color that -- by reporting that
10 refractive index value for this particle, do
11 you know what color you were calling it?
12    A.    I don't recall.
13    MR. DUBIN: Let's go to the
14 slide, Jake, and we'll make that the next in
15 order, the slide for this particle; that will
16 be exhibit -- are we on 17 or 18?
17    THE COURT REPORTER: One moment
18 and I can verify.
19    MR. DUBIN: Sure. I think it's
20 18.
21    THE COURT REPORTER: Yes, this
22 is Exhibit 18.
23    MR. DUBIN: Why don't we call
24 up that slide and we can put it in chat.
25    (Exhibit 18 marked for

Page 128

1    identification.)
2 BY MR. DUBIN:
3    Q.    You -- for purposes of your
4 analysis, you're calling this particle
5 somewhere between a magenta and a purple for
6 purposes of your analysis, right?
7    MS. O'DELL: Just wait a
8 minute.
9    What particle is this?
10    MR. DUBIN: This is the same
11 particle, CSM 002.
12 BY MR. DUBIN:
13    Q.    You're calling it somewhere between
14 a magenta and a purple for purposes of your
15 analysis?
16    A.    I am calling the edge that I saw.
17    Q.    You're calling the edge that you saw
18 purple and magenta? Is that what you're
19 saying?
20    A.    That is correct.
21    Q.    The same type of purple or red
22 colors that are on the talc plates?
23    MS. O'DELL: Object to the
24 form.
25    MR. LUDWIG: Object to the

Page 129

1 form.
2    I instruct you not to answer.
3 BY MR. DUBIN:
4    Q.    Do you know -- as you adjust the
5 focus on a microscope up and down, do you know
6 whether you can -- if things are out of focus,
7 you can see a red edge on particles? Are you
8 familiar with that?
9    A.    I have observed that.
10    Q.    And so one way that you can get
11 these types of edges around particles is if
12 they are just not -- if they are -- is your
13 focus, depending on your focus, right?
14    MS. O'DELL: Object to the
15 form.
16    THE WITNESS: Correct.
17 BY MR. DUBIN:
18    Q.    And without these edges, without
19 these sort of red colors at the edges, then
20 the CSDS color that you would have had to
21 assign to the particle would be -- would
22 correspond to yellow, right?
23    MR. LUDWIG: Objection to form.
24    That's calling for an expert
25 analysis, which he is not here to present

33 (Pages 126 - 129)

Page 142

1    VIDEOGRAPHER:  The time is
2  12:38 p.m.  We're off the record.
3        (Break held off the record.)
4    VIDEOGRAPHER:  The time is
5  1:28 p.m.  We are back on the record.
6  BY MR. DUBIN:
7    Q.   All right.  Well, we'll see.  If
8  there is an objection to this as well and this
9  topic, then we'll move on from it, but I need
10 to ask it to make sure.
11       So I put together a slide and I
12 put together some excerpts from the Valadez
13 report just so they are all in one spot for
14 the backup of this slide.
15       We'll mark the backup, which is
16 CX-12, as the next exhibit in order.  I guess
17 that's 20?
18       THE COURT REPORTER:  If you
19 would like me to check, give me one moment.
20       MR. DUBIN:  Sure.  Thanks.
21       MR. KEESTER:  I believe that's
22 21.
23       MR. DUBIN:  Twenty-one.
24       THE COURT REPORTER:  I will
25 take counsel's assertion it's 21 without

Page 143

1  checking.
2        MR. DUBIN:  Okay.  It's 21
3  then.  All right.  So we'll make that 21 and
4  can you just put it in chat, Jake?
5        MR. KEESTER:  Already done.
6        MR. DUBIN:  And then the slide
7  which will be 22 and that's slide 48.
8        (Exhibits 21 and 22 marked for
9    identification.)
10 BY MR. DUBIN:
11   Q.   I tried to ask you this already,
12 Mr. Hess, but the same type of edge effects
13 that you're relying on to call particles
14 chrysotile in Johnson & Johnson are also
15 present on talc plates in your analysis; is
16 that true?
17       MS. O'DELL:  Objection.  This
18 is beyond the scope of the deposition and
19 Mr. Hess' testimony.
20       Further, the way that these
21 particles are depicted from who knows what is
22 misleading and not representative of what was
23 actually in the reports.
24       MR. LUDWIG:  I will join and
25 instruct the witness not to answer.

Page 144

1  BY MR. DUBIN:
2    Q.   Okay.  But it is true, Mr. Hess,
3  that when you're calling particles chrysotile
4  in Johnson & Johnson, you're basing that not
5  on the color of the particle that you're
6  seeing, but on the color of the edge effects
7  that you're seeing, right?
8    A.   Focused at the edge, this -- the way
9  everything I do is set up initially with the
10 alignment and centering of all the objectives
11 and lenses with the scope, with the
12 illumination lamp full, field diaphragm open,
13 and I scan for a suspicious object.
14       When I focus in on what appears
15 to be suspicious, I first make sure that I can
16 see signs of fibrousity.  Then I go back to
17 dispersion staining and I will utilize what's
18 in Dr. Su's paper, looking at the edge, as
19 stated on page 3 and page 5, utilizing what's
20 on page 5, which specifically shows or
21 indicates to me looking at the edge --
22   Q.   Page 5 of what?
23   A.   -- specifically says:  At particle
24 edge.
25   Q.   Page 3 and page 5 of what?

Page 145

1        MS. O'DELL:  He is not
2  finished, Morty.
3  BY MR. DUBIN:
4    Q.   Sorry.
5    A.   And then I -- best I can or I will
6  do everything I can to make sure that what I
7  am seeing is best represented in the
8  photograph that I take and I am not seeing the
9  things on the screen, I use the scope.
10   Q.   So are you telling me that in order
11 to understand your work and the calls that
12 you're making, that I -- someone needs to be
13 actually looking through your microscope?
14       MR. LUDWIG:  Objection.
15       MS. O'DELL:  Objection.
16 BY MR. DUBIN:
17   Q.   You can respond.
18   A.   No, sir.  I am sure there is plenty
19 of the sample available where someone at your
20 client's place can do the same thing.
21   Q.   Well, just to understand what the
22 call is that you're making on a particular
23 particle, do I need to be looking through your
24 scope?
25   A.   It's documented in the photographs

37 (Pages 142 - 145)

Page 170

1 find it if need be.
2        MR. DUBIN:  Okay.  Well, let's
3 make sure that we mark it as an exhibit so
4 they have the entire report.  The full report
5 will be 26.
6        MS. O'DELL:  I want to make
7 sure that this report is at issue in the MDL.
8 Can you represent to me which report this
9 image came from?
10        MR. DUBIN:  These are all of
11 the reference images that Dr. Longo provides
12 along with all of these reports as his
13 references for his chrysotile findings.  These
14 are all part of his analysis in -- it's all
15 part of the chrysotile analysis that is being
16 discussed in these -- in this deposition.
17        MS. O'DELL:  With due respect,
18 Morty, that doesn't mean anything.  I mean,
19 the question is, is -- is this --
20        MR. DUBIN:  Dr. Longo is
21 relying on these reference images for his
22 identification of chrysotile in the reports
23 that we are discussing today.
24        MS. O'DELL:  And I am asking
25 you what report does this image come from?

Page 171

1 That's what I am asking you.
2        MR. DUBIN:  I will tell you the
3 name of the report, but it will be one of
4 Dr. Longo's reference image reports that he
5 supplies along with the chrysotile finding --
6 alleged chrysotile findings from Johnson &
7 Johnson.
8        MS. O'DELL:  Well --
9        MR. DUBIN:  (Inaudible.)
10        MS. O'DELL:  -- comes from
11 without knowing if it's at issue in the MDL --
12        MR. DUBIN:  It is at issue in
13 the MDL because they are his reference images
14 that he is using to compare reference
15 chrysotile to the reports that he has produced
16 in the MDL.  These are his reference images
17 that are incorporated in all of his materials.
18        MS. O'DELL:  I don't --
19        MR. DUBIN:  Okay.  We can take
20 a ten-minute break.  We'll get the whole
21 report and then if you want to still instruct
22 him not to answer, then we'll just add it to
23 the pile of things, but I really can't see how
24 any legitimate argument could be made that the
25 reference images that they are relying on for

Page 172

1 Calidria to say there is chrysotile in Johnson
2 & Johnson as part of this analysis are somehow
3 off limits, but if you're going to take that
4 position, you're going to take that position.
5        MS. O'DELL:  I'm not --
6        MR. DUBIN:  We'll take --
7        MS. O'DELL:  -- the position I
8 am taking is that you have an image on the
9 screen.  We have --
10        MR. DUBIN:  Okay.
11        MS. O'DELL:  -- no idea where
12 it came from --
13        MR. DUBIN:  (Inaudible.)
14        MS. O'DELL:  (Inaudible.)
15        THE COURT REPORTER:  I'm sorry.
16 This is the court reporter.  Everyone is
17 talking at once and I can't hear anything.
18 Apologies.
19        MS. O'DELL:  Jessica, I'm
20 sorry.  I mean, I am just trying to finish my
21 objection.
22        We have no idea where this
23 image came from.  I am just asking -- you're
24 saying it's a reference image from Dr. Longo.
25 I have no idea of the context and we --

Page 173

1        MR. DUBIN:  (Inaudible.)
2        MS. O'DELL:  -- know that
3 before the --
4        MR. DUBIN:  I am telling you
5 what the context is now.  Because apparently
6 he produces them as individual images.  He
7 doesn't produce them as part of a report, but
8 when he is requested to produce the reference
9 images that he is relying on to use as a
10 reference for chrysotile in 1.560, he just
11 produces these images as the standards that he
12 is relying on.
13        So it's part of the materials
14 that he relies on for these reports and his
15 conclusions about the chrysotile -- alleged
16 chrysotile in Johnson & Johnson.
17        MR. PLACITELLA:  I hear you --
18 I hear you, Morty, but you're not deposing
19 Dr. Longo here.
20        MR. DUBIN:  But these are
21 images taken by Mr. Hess.
22        MS. O'DELL:  Well, and to my
23 knowledge -- and I can be corrected on this,
24 Morty, but this is not an image that's been
25 produced in the MDL in relation to Dr. Longo's

44 (Pages 170 - 173)

Page 174

1 testimony.
2        MR. DUBIN: I am sure he has
3 produced his reference images because he
4 always produces his reference images because
5 we always request his reference images.
6        If you really are going to shut
7 me down from asking a question about the
8 reference images that were -- that are relied
9 on for the reports in this case, then you're
10 going -- you're going to do that. You're
11 going to make the objection and we're going to
12 go and argue about it and I think it is highly
13 improper or you could let me ask him a
14 question about an image that directly relates
15 to his work and that he took.
16        MS. O'DELL: Well, we don't
17 have -- one, there is no evidence of that and
18 second is Mr. Hess is here to testify on the
19 reports that are produced in the MDL. Other
20 things that Dr. Longo relies on are not at
21 issue here for his opinions. So --
22        MR. DUBIN: These are the --
23 again, these are the images that Dr. Longo
24 uses with his reports and the whole purpose of
25 this is to ask the person who took the images

Page 175

1 about them.
2        I am not going to continue to
3 argue with you. If you're going to instruct
4 the witness not to answer, go ahead and do it,
5 because I think that this deposition has gone
6 way off the rails and we're going to have to
7 go to the Judge about it. So just do whatever
8 you're going to do. I don't want to argue
9 with you anymore.
10       Are you claiming that you are
11 going to stop this person, Mr. Hess, from
12 talking about the reference images for the
13 alleged chrysotile in Johnson & Johnson? If
14 so, instruct him, and let's just have that
15 done.
16       MS. O'DELL: Judge Schneider
17 was very clear as to what was fair game in
18 this deposition and those are the reports
19 produced in the MDL that involve the new
20 method, to my knowledge. And you can correct
21 me, but I don't think I am incorrect.
22       This is not a part of those
23 reports and it's not something that's an
24 appropriate scope of this deposition and we
25 would instruct the witness not to answer.

Page 176

1        MR. LUDWIG: And I am going to
2 join for the reasons stated and instruct the
3 witness not to answer.
4        MR. DUBIN: We're going to take
5 a ten-minute break. I'll be back.
6        VIDEOGRAPHER: The time is
7 2:12 p.m. We are off the record.
8        (Break held off the record.)
9        VIDEOGRAPHER: The time is
10 2:26 p.m. We are back on the record.
11       MR. DUBIN: So for the record,
12 I am going to mark as 26 Dr. Longo's
13 deposition in a case called Kayme Clark and
14 Dusty Clark v. Johnson & Johnson, where he
15 identifies these reference images so that it's
16 in the record. We'll put that in as 26. We
17 don't have to do anything with it. We're just
18 going to put it in the record.
19       (Exhibit 26 marked for
20    identification.)
21 BY MR. DUBIN:
22  Q.   And then I am going to go back to
23 the image and I am going to ask you some
24 questions and if you're instructed not to
25 answer, you are instructed not to answer.

Page 177

1        MR. DUBIN: So can we pull back
2 up the Calidria reference image? And I don't
3 think that was the page we were on; that was
4 one of them.
5 BY MR. DUBIN:
6  Q.   So is this an image that is -- are
7 these your PLM images of Calidria 1.560?
8  A.   Yes.
9  Q.   Okay. And so all this blue stuff in
10 the background, that's Calidria?
11  A.   That is correct.
12  Q.   Okay. And you're aware that
13 Calidria can have impurities in it, too?
14       MR. LUDWIG: That's -- I am
15 going to object to the form and instruct him
16 not to answer; that's beyond the scope.
17       MR. DUBIN: Okay.
18 BY MR. DUBIN:
19  Q.   Is this image taken at maximum
20 illumination?
21  A.   It was.
22  Q.   All right. So images on that
23 microscope don't get any brighter than this?
24       MS. O'DELL: Objection; asked
25 and answered.

45 (Pages 174 - 177)

Page 178

1          MR. LUDWIG:  Join.
2          MR. DUBIN:  All right.  Let's
3  make the next exhibit in order, which is 27,
4  we'll make it slide 61 -- sorry -- actually,
5  slide 95.
6          (Exhibit 27 marked for
7    identification.)
8          MS. O'DELL:  I'm sorry.  Is
9  this exhibit 27?
10          MR. DUBIN:  Twenty-seven.
11          MR. LUDWIG:  (Inaudible.)
12          THE COURT REPORTER:  If you
13  just said something, Mr. Hess, I couldn't hear
14  you.
15          MR. LUDWIG:  That was me
16  talking to myself.  I apologize, Jessica.  I
17  am simply saying that my exhibit list is
18  mis-numbered for some reason.
19  BY MR. DUBIN:
20    Q.   Are you claiming those two -- those
21  two images have the same dispersion staining
22  colors?
23          MR. LUDWIG:  I am going to
24  object to the form of the question.
25          MS. O'DELL:  I object to the

Page 179

1  question.
2          MR. LUDWIG:  Yeah.
3          MS. O'DELL:  This is --
4          MR. DUBIN:  Are you instructing
5  him not to answer?
6          MS. O'DELL:  Yes.  This is
7  beyond the scope.
8  BY MR. DUBIN:
9    Q.   Have you ever received any criticism
10  from NVLAP about your PLM work?
11    A.   None that I am aware of.
12          MR. DUBIN:  Okay.  At this
13  point, you know, I think we're going to have
14  to go to the Court.  I am going to shut the
15  deposition down for the day, but I am not
16  agreeing to end it.  I think that the
17  restrictions that have been placed on me by
18  counsels' objections and instructions not to
19  answer are improper and we're going to seek
20  relief with the Court.
21          So I am suspending it for the
22  day because I think I am handcuffed, but I
23  understand you guys have different opinions.
24  So we'll just have to deal with it later.
25          MS. O'DELL:  Our view is the

Page 180

1  objections as made have been proper and
2  absolutely consistent with Judge Schneider's
3  prior ruling and I will object to any further
4  deposition of Mr. Hess.
5          MR. DUBIN:  Okay.  We'll have
6  to resolve that.  All right.  Thanks for
7  today.  Take care.
8          VIDEOGRAPHER:  The time is
9  2:31 p.m.  We're off the record.
10          (Witness was excused.)
11          (Deposition concluded at
12    2:31 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 181

1          C E R T I F I C A T E
2      I HEREBY CERTIFY that prior to the
3  commencement of the examination, PAUL HESS,
4  was remotely sworn by me to testify to the
5  truth and that the proceedings, evidence, and
6  objections are contained fully and accurately
7  in the stenographic notes taken by me upon the
8  deposition taken on July 10, 2024, and this is
9  a true and correct transcript of same.
10
11
12        *Jessica M. Gericke*
13  _____
14    Jessica M. Gericke, RPR, CCR-NJ,
      and Notary Public
15
16
17      (The foregoing certification of this
18  transcript does not apply to any reproduction
19  of the same by any means, unless under the
20  direct control and/or supervision of the
21  certifying reporter.)
22
23
24
25

46 (Pages 178 - 181)