# EXHIBIT 25

15TH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE
STATE OF LOUISIANA


No. 2016-0983          DIVISION:  "I"



KAY POWERS


VERSUS


BEACON CMP CORP, ET AL.




VIDEOTAPED REMOTE DEPOSITION OF
WILLIAM E. LONGO, PHD
Volume III

Taken on behalf of Defendants
May 7, 2021




Nicola Gengler, CCR, CSR, RPR

Certified Court Reporter

License No. 2015012

Page 75

1    similar to what we see in the Calidria.  So we

2    got out the Calidria standard.  And I don't know

3    if that was before or after I read the -- looked

4    at the '74 McCrone paper.

5                So some sequence of events caused me

6    to think that we should use Calidria as the

7    surrogate because both refractive indices are in

8    the range of the -- they are in the range of what

9    we are seeing for the chrysotile in the cosmetic

10   talc as well as in range for Dr. Hsu's charts or

11   tables that give you the range of what can be

12   expected for chrysotile.

13               And it's also mostly in the range of

14   what McCrone says should be for chrysotile based

15   on his work from the 30 mines around the world.

16        Q.    I assume that your laboratory has

17   many more different chrysotile reference samples

18   than just Calidria and NIS?

19        A.    Oh, well, we have got -- I mean, we

20   have chrysotile standards directly from -- that

21   we purchased along the line from mineral shops,

22   from Russia and a few other places, but I didn't

23   see any need to do that.

24        Q.    Was it you that made the discovery

25   that what you were finding in cosmetic talc was

**William Longo, PhD**
**May 7, 2021**

Page 76

1    like Calidria or another analyst at your lab?

2         A.    I have to give credit where credit is

3    due.  Mr. Hess came up with the suggestion.

4         Q.    And was that because he was doing

5    another type of analysis at the time that

6    overlapped with this cosmetic talc analysis?

7              MR. LINDER:  Objection, form.

8              THE WITNESS:  No.  He has just been

9    doing this work for 30-some years and it was his

10   idea.

11   BY MR. MULARCZYK:

12        Q.    So you were using the NIS standard

13   for a little bit and then Paul Hess approached

14   you and just said you should start looking at

15   Calidria instead?

16        A.    I don't remember the sequence of

17   events, but I remember we were chatting and he

18   was pointing out -- he -- we were chatting about

19   it and he says, you know, this looks a lot like

20   what I recall -- you know, we should look at the

21   Calidria.

22              And I said, you know, Paul, that is a

23   great idea or something like that.  And we got

24   our Calidria standard out and started looking at

25   it.  We got photographs of it.  And sure enough,

**William Longo, PhD**
**May 7, 2021**

Page 147

1                    REPORTER CERTIFICATE
2
            This certification is valid only for a
3    transcript accompanied by my original signature
     and original required seal on this page.
4            I, Nicola Gengler, Certified Court
     Reporter, Registered Professional Reporter, in
5    and for the State of Louisiana, as the officer
     before whom this testimony was taken, do hereby
6    certify that WILLIAM E. LONGO, PHD, after having
     been duly sworn by me upon authority of R.S.
7    37:2554, did testify as hereinbefore set forth in
     the foregoing transcript; that this testimony was
8    reported by me in the stenotype reporting method,
     was prepared and transcribed by me or under my
9    personal direction and supervision, and is a true
     and correct transcript to the best of my ability
10   and understanding; that the transcript has been
     prepared in compliance with transcript format
11   guidelines required by statute or by rules of the
     board;
12           That I am informed about the complete
     arrangement, financial or otherwise, with the
13   person or entity making arrangements for
     deposition services; that I have acted in
14   compliance with the prohibition on contractual
     relationships, as defined by Louisiana Code of
15   Civil Procedure Article 1434 and in rules and
     advisory opinions of the board; that I have no
16   actual knowledge of any prohibited employment or
     contractual relationship, direct or indirect,
17   between a court reporting firm and any party
     litigant in this matter, nor is there any such
18   relationship between myself and a party litigant
     in this matter;
19           That I am not related to counsel or to
     the herein, nor am I otherwise interested in the
20   outcome of this matter.
             Dated this 12th day of May, 2021.
21
22
23
     _____
24        NICOLA GENGLER, CCR, CSR, RPR
25