# EXHIBIT 27

CX-00029 Page 1 of 5

EXHIBIT
25
7-10-2024
exhibitsticker.com

DEFENDANT'S
J&J Exhibit
CX-00029

M69652-003ISO-002 Calidria Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.567

25 µm

M69652-003ISO-002 Calidria Chrysotile
Perpendicular Dispersion
R.I. 1.560

25 μm

CX-00029 Page 3 of 5

M69652-003ISO-002 Calidria Chrysotile Elongation @ 630X

2.5 µm

M69652-003ISO-002 Calidria Chrysotile
Crossed Polars @ 630X

2.5 µm

CX-00029 Page 5 of 5

M69652-003ISO-002 Calidria Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm