# EXHIBIT 7

Case 3:16-md-02738-MAS-RLS   Document 33120-9   Filed 08/22/24   Page 1 of 2 PageID: 235765



## Recon Systems Inc.

5 Johnson Drive, PO Box 130
Raritan, NJ 08869-0130
908 526-1000/FAX 908 526-7886

**ANALYSIS REPORT**

October 1, 1991

To: JOHNSON & JOHNSON CONSUMER PRODUCTS INC.
199 Grandview Road
Skillman, NJ  08558

Attn: Regina Gallagher
Purchase Order #J031596
RECON Project No. 2971

Sample: Talc, received on 9/06/91 from Skillman, New Jersey

| Sample ID.: | | 35-HV66 | MATRIX DUPL. | 36-HV66 | MATRIX DUPL. | |
|---|---|---|---|---|---|---|
| RECON Sample No.: | | 28005 | 28005 | 28006 | 28006 | |
| Parameter (Units) | Method No. | | Results | | | Detection Limits |
| Arsenic (mg/kg) | ** | 1.54 | 1.43 | 1.35 | 1.45 | 0.02 |
| Cadmium (mg/kg) | *** | ND | * | ND | * | 1 |
| Chromium (mg/kg) | *** | 277 | * | 251 | * | 6 |
| Cobalt (mg/kg) | *** | 56 | * | 57 | * | 8 |
| Copper (mg/kg) | *** | 5 | * | 5 | * | 4 |
| Iron (mg/kg) | *** | 25,900 | * | 26,100 | * | 5 |
| Lead (mg/kg) | ** | 0.05 | 0.06 | 0.06 | <0.02 | 0.02 |
| Manganese (mg/kg) | *** | 53 | * | 47 | * | 2 |
| Nickel (mg/kg) | *** | 1,720 | * | 1,942 | * | 10 |

\*    Insufficient sample available to run duplicate analysis for these parameters.

\*\*   USP XXII Talc Heavy Metals method modified for Atomic Absorption analysis by increasing the weight of talc in acid extraction and concentrating the extract by evaporation.

\*\*\*  Johnson & Johnson Method BPT-148.

Submitted by:

*William G. Fischer*
William G. Fischer
Senior Chemist

Approved by:

*Patrick J. Mulrooney*
Patrick J. Mulrooney
Vice President/Laboratory

SEE ATTACHED LABORATORY INFORMATION SHEET

WGF/lej

(AR#31 - AR2971.1)