# EXHIBIT 8



Luzenac America Technical Center • 8985 East Nichols Avenue • Englewood, CO 80112 • (303) 643-0451 • Fax: (303) 799-8926

## TECHNICAL REPORT

To:        **Rich Zazenski**                                Project No:   **97-024 (recheck)**
                                                                    Date:         **22-Sep-97**
From:    **Julie W. Pier**
            **Analytical and Technical Support**

Subject:    **ANALYSIS OF YEARLY COMPOSITE SAMPLE OF GRADE 66:**
                **J&J METHOD BPT 148 vs. ICP**

**Request:**

According to our agreement with Johnson & Johnson, we are requested to perform heavy metals analysis once per year on Grade 66.  Analysis is to be performed on a yearly composite sample by Johnson & Johnson's Method BPT 148.   Results received from SVL Analytical for heavy metals by this method were compared with results from ICP analysis using a triple acid total digestion performed by Chemex.

**Results:**

All of the detected metals were higher by approximately an order of magnitude by the ICP analysis than they were for the Johnson & Johnson method.  Exceptions were copper and lead which were present in levels below the detection limit for the ICP method.

|  | Johnson & Johnson's Method BPT 148* (performed at SVL Analytical) mg/kg (=ppm) | ICP Analysis: Triple Acid Total Digestion** (performed at Chemex Labs) ppm |
| --- | --- | --- |
| Cadmium | <0.24 | <0.5 |
| Cobalt | 8.1 | 92 |
| Chromium | 25.4 | 273 |
| Copper | 0.5 | <1 |
| Iron | 2070 | 20900 |
| Manganese | 4.0 | 40 |
| Nickel | 247 | 2490 |
| Arsenic | 0.7 | 2 |
| Lead | 0.4 | <2 |

*Digestion procedure uses Hydrofluoric, Sulfuric and Hydrochloric acids.  Sulfate salts are analyzed by Atomic Absorption (AA).

**Digestion procedure uses Perchloric, Nitric and Hydrofluoric acids.  Solution is analyzed by Inductively Coupled Plasma spectroscopy (ICP).

Protected Document - Subject to Protective Order                                                    IMERYS 342524