# EXHIBIT 25

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> ***THIS DOCUMENT RELATES TO***: <br> *All Cases* | **MDL NO. 16-2738 (FLW) (LHG)** |

**THIRD AMENDED EXPERT REPORT OF**
**REBECCA SMITH-BINDMAN, MD**

Date:   May 28, 2024

_____
Rebecca Smith-Bindman, MD

**The Relationship Between Exposure to Perineal Talc Powder Products and Ovarian Cancer**

**Third Amended Expert Report**
**May 2024**

Rebecca Smith-Bindman, MD
Professor Epidemiology and Biostatistics,
Obstetrics, Gynecology and Reproductive Science
Director, Radiology Outcomes Research Lab
University of California San Francisco

**Table of Contents**

*I. Executive Summary* ........................................................................................................*3*

*II. Qualifications* .................................................................................................................*4*

*III. Background: Ovarian Cancer and Talc as a Modifiable Risk Factor* ...............................*7*

*IV. Overview of Publications on Genital Use of Talc Powder Products and Ovarian Cancer* .............*15*

*V. Health Canada Screening Assessment (2021)* ...............................................................*32*

*VI. Summary of the Epidemiology Data, Association Between Talcum Powder Products and
Ovarian Cancer* ...............................................................................................................*32*

*VII. Other Relevant Factors* ...............................................................................................*32*

*VIII Consideration of Causality of Talc Powder Products and Ovarian Cancer: Bradford Hill
Analysis* ..........................................................................................................................*33*

*IX Bradford Hill - Summary:  Consideration of Causality of Talc Powder Products and Ovarian
Cancer* .............................................................................................................................*38*

*X Conclusion* ....................................................................................................................*38*

**I. Executive Summary**

Substantial evidence supports a strong positive statistically significant association between ovarian cancer and genital exposure to talcum powder products. Regular exposure to talcum powder products causes ovarian cancer in some women. Talc is a naturally occurring mineral used in cosmetic products because of its desirable chemical properties such as being soft and absorbent. Women who have had regular exposure of the genitals (specifically the perineal region from the pubic area to the anal area) to talcum powder products are at increased risk of developing invasive ovarian cancer, in particular serous cancer, the most common and most lethal form of ovarian cancer. In the United States, a substantial portion of women report having ever used talc powder products at some point in their life, and the most commonly reported frequency of talcum powder product use is daily. Women who use talcum powder products regularly significantly increase their risk of developing ovarian cancer.

I was asked to review the medical and scientific literature regarding the relationship between genital talcum powder product use and ovarian cancer and determine whether the relationship is causal. For this report, and the analyses it contains, I applied the same methodology with the same scientific rigor that I use in my research and clinical practice. I reviewed 49 relevant publications presenting scientific data on the association between ovarian cancer and exposure to talc powder products including 4 cohort studies (5 publications), 11 systematic reviews, 4 studies that pooled data from multiple individual studies, and 30 case-control studies (one study contributes to two categories). I also read numerous detailed and comprehensive review articles on ovarian cancer and gynecology and carcinogenesis such as completed by Health Canada, systematic reviews on related topics such as those completed by the International Agency on Research on Cancer (IARC) on asbestos and talcum powder, and innumerable research and review articles that focused on in vitro studies that elucidate key biological aspects of cancer development and progression that would be promoted through exposure to talcum powder products. I also completed my own review of the published literature specifically focused on the regular use of talcum powder products and risk of ovarian cancer and that prompted a new systematic review with a focus on women who are frequent users of talcum powder products.

After reading, evaluating, and summarizing these publications, in my expert opinion, I believe, and do not have any uncertainty, that regular exposure to talcum powder products increases a woman's chance of developing epithelial ovarian cancer. In my expert opinion, regular exposure to talcum powder products causes ovarian cancer in some women. My review of the studies and systematic reviews published since my prior reports reaffirm my opinions.

Quantifying the magnitude of the association is more difficult than establishing the association. The magnitude of the association will vary by demographic factors, reproductive factors, and whether women have other underlying ovarian cancer risk factors and exposures. With that caveat, **it is my opinion that women exposed to perineal talc powder products on a regular basis have about a 50% increase in their subsequent risk of developing invasive serous ovarian cancer**, compared to women who do not regularly use talc and even after accounting for other ovarian cancer risk factors. This assessment is supported by existing publications and my own systematic quantitative review addressing exposure to talc powder products as a risk factor for ovarian cancer. Talcum powder exposure is most clearly demonstrated to be associated with serous cancer and other epithelial cancer subtypes (in particular, clear cell and endometrioid carcinoma), but because these other cancers are less common, and because fewer studies have evaluated these cancers in sufficient numbers, quantifying the associations is more difficult. In my opinion, this risk is likely overall in approximately the same range as for serous cancer.

The epidemiological evidence documents a strong, positive association between exposure to talcum powder products and ovarian cancer and that regular exposure causes ovarian cancer. The epidemiological evidence does not provide the mechanism by which talc powder products increase ovarian cancer risk, nor does it confirm the specific component in talcum powder products that makes them carcinogenic- asbestiform talc, platy talc, asbestos, heavy metals and fragrances may all play a role. Nonetheless, the literature that I reviewed identified and strongly supported plausible biological mechanisms. Specifically, that exposure to talcum powder products leads to chronic inflammation and that the inflammation induces a strong biological response that results in the induction, promotion, and growth of cancer, along with inhibition of mechanisms that ordinarily control cell proliferation but are altered by talcum powder. Recent studies demonstrated in normal and ovarian cancer cell lines that talcum powder induces inflammation and alters the redox balance favoring a prooxidant state by inducing specific mutations in key oxidant and antioxidant enzymes, thereby explaining a mechanism by which talc can induce and promote ovarian cancer. Further, there is evidence that several highly carcinogenic agents are components of the talcum powder products. (Longo & Rigler report 2019) These include asbestos (present in many talc powder product samples based on recent testing) and asbestiform talc fibers (present in essentially all tested talc powder product samples), each classified as Group 1 human carcinogens by the International Agency for Research on Cancer (IARC ). Lastly, I have seen evidence that talcum powder products contain numerous heavy metals such as, nickel, chromium, (Group 1 carcinogens) and cobalt (Group 2 carcinogen) according to IARC. These components are carcinogenic (cause cancer) and can contribute to the carcinogenicity of talcum powder products.  Observational and experimental data confirm that talcum powder product particles applied to the perineum can reach the fallopian tubes and ovaries through the vagina, supporting that talc and asbestos particles/fibers applied to the perineum can deposit on the fallopian tubes and ovaries. Surgery that impedes the movement of particles from the perineum to the ovaries such as hysterectomy (uterine removal) or tubal ligation (tying or blocking the fallopian tubes to the ovaries), reduces the elevated risk of ovarian cancer. (Taher, 2019). This finding supports that local tissue response and inflammation in the fallopian tubes and/or ovaries from talcum powder products (with components), as well as cellular changes that are initiated in response to talc, causes the elevated ovarian cancer risk.

In summary, **from my review of the scientific literature, it is my opinion that genital exposure to talcum powder products is an actionable and causative risk factor for ovarian cancer.** As a physician involved in women's health issues, I view talcum powder usage as a modifiable "lifestyle" risk factor that should be avoided because of the substantial risk to health and lack of therapeutic benefit.  An elevated risk of 50% is significant and results in a large number of unnecessary ovarian cancers given the large number of women exposed. Depending on estimates of how many women regularly use talcum powder products, between 5% and 23% of all ovarian cancers are likely caused by the use of talcum powder products. These cancers can be prevented if women do not use talcum powder products.

**II. Qualifications**

Education and Employment

I am a professor of Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Medicine, and Health Policy at the University of California San Francisco (UCSF) School of Medicine and am the Director of the Radiology Outcomes Research Laboratory (RORL). I graduated from Princeton University with honors with a degree in structural engineering (with combined majors in engineering and architecture) and attended UCSF medical school. My training after medical school included an internship, radiology residency, and clinical fellowship in women's health and a research fellowship in epidemiology and biostatistics in the UCSF Departments of Medicine and Epidemiology and Biostatistics.

I am a clinician-scientist. My clinical work for the majority of my career included one day a week working clinically in the Department of Radiology and Biomedical Imaging, with a focus on women's health imaging in the ultrasound section. A large proportion of the work in ultrasound is focused on the diagnosis of ovarian disease (cancer and other functional issues). I run the UCSF Radiology Outcomes Research Lab, spending most of my time on clinical research and leading large epidemiological studies. I teach in the UCSF School of Medicine to first- and fourth-year students and in courses based in the Department of Epidemiology and Biostatistics.

Research Expertise

My research expertise is in epidemiology, outcomes research, comparative effectiveness, health services research, and dissemination and implementation sciences. My epidemiological studies have evaluated the quality, use, accuracy, predictive value, and impact of diagnostic testing on patient health. I have measured the risks and benefits of medical imaging in different contexts and different populations. Much of the research is in women's health, including diagnoses of cancers including ovarian, endometrial, thyroid and breast. I have led many large, multi-institutional NIH or other federally funded research projects. These projects are typically collaborative, involving researchers and clinicians with diverse expertise including radiology, obstetrics and gynecology, medicine, biostatistics, epidemiology, economics, demography, social sciences, medical informatics, radiation science, and dissemination and implementation science.

I have been a prolific researcher. I have led projects funded by more than 60 million dollars in research grants—almost entirely focused on cancer diagnosis and cancer prediction. The research has been published in the most prestigious medical journals including the *New England Journal of Medicine*, *Annals of Internal Medicine*, *Journal of the American Medical Association*, *Journal of the American Medical Association Internal Medicine*, *Journal of the National Cancer Institute*, *Obstetrics and Gynecology*, and the leading radiology specialty journals such as *Radiology* and *Journal of the American College of Radiology*.

Knowledge of Relevant Study Designs

Several of my published studies have been systematic, meta-analytic, quantitative reviews of the published literature. Meta-analyses review existing evidence on a topic and summarize and quantitatively re-analyze data from earlier studies. My systematic reviews have focused on the diagnoses of endometrial cancer, breast cancer, and a range of birth defects including trisomy 21 (Down syndrome) and trisomy 18 (Edwards Syndrome). Many of my reviews were published in prestigious medical journals, reflecting their scientific rigor based on an in-depth understanding of how to combine and review results from different studies in a scientifically valid and reproducible way.

Several of my recent research projects quantified the variation in radiation dose associated with medical imaging and the expected impact of this variation on cancer outcomes. This work has brought attention to the need for better standards in medical imaging. I have led and am now completing two large, multi-institutional epidemiological projects on medical radiation funded by the National Institutes of Health. One project involves collected radiation dose measures associated with computed tomography (CT) imaging from more than 165 hospitals and imaging facilities in the United States, Europe, and Asia and tested the impact of providing feedback and education to radiologists on average and high doses. The second project is a multinational epidemiological study on childhood cancer. This project is assessing the risk of cancer associated with medical imaging among around 3 million children and 1 million pregnant patients after accounting for a range of other cancer risk factors. The study will be the first to quantify the risk of medical imaging including CT among a large group of patients and uses novel methods to accurately estimate radiation dose from imaging. I am also

currently completing a large, randomized trial to understand the best strategy for the surveillance of pulmonary nodules.

I have expertise in a range of research study designs. The projects I currently lead (each funded by the National Institutes of Health or the Patient-Centered Outcomes Research Institute for between 9 - 15 million dollars each) have designs selected to be appropriate for the research question. For example, the study assessing the risk of cancer from medical imaging uses a *case-control study design, in which data are collected on a group of patients and those with a condition (cases), are matched to similar patients without the condition (controls)*. Matching people with a disease to people of similar age, gender, and other factors who do not have the disease allows researchers to determine if circumstances such as exposure to a potential toxin influence disease development.

My project on medical imaging and medical radiation uses a *cohort design, comparing groups of people (cohorts) in a population, some exposed to a potential disease agent and some not exposed*, to see if the agent influences disease. My study on reducing radiation doses from CT uses a *randomized controlled design, in which individual patients are randomly assigned to different treatments* so their effectiveness can be compared. I am studying lung nodules using a *cluster-randomized controlled trial design that randomly assigns groups of people in similar circumstances (for example because they all see the same doctor) to different treatments* so the effects of the treatments can be compared.

I have a deep understanding of how epidemiological studies are conducted. I understand what study designs are suitable to particular datasets, populations, and research questions and the advantages and disadvantages of each design. This is relevant as no single study design is "best;" there are strengths and weaknesses of each. The most appropriate and valid study design varies based on the research question being asked.

Experience as a Medical Expert

For the National Academy of Medicine, I have contributed to several reports, including Saving Women's Lives (2004), Improving Mammographic Quality Standards (2005), and Breast and the Environment: A Life Course Approach (2012), for which I wrote a review on the association between radiation exposure and breast cancer (Appendix). In addition to this research, I am actively involved in raising awareness of the need for better standards and greater safety around medical imaging, in particular related to radiation exposure. I have spoken at the US Food and Drug Administration, testified before the US Congress on several occasions, and worked with leading professional societies to focus attention on improving medical imaging safety.  I have written several quality measures on radiation dose adopted by the National Quality Forum and developed educational tools to help physicians and patients understand the importance of minimizing radiation exposure from imaging.

Prior to providing my opinions on the association between talcum powder products and ovarian cancer, I had not reviewed the relevant literature and had not published in this area. As a result, I brought an unbiased perspective to my review. This report reflects my review of medical and scientific publications in this area (overviews and scientific studies) and review of documents shared with me by the lawyers who engaged me for this task.

## III. Background: Ovarian Cancer and Talc as a Modifiable Risk Factor

<u>Ovarian Cancer</u>
Ovarian cancer is the seventh most common cancer in women and the fifth leading cause of cancer deaths in the United States.(Torre et al. 2018)  In 2023, 19,710 women are expected to receive a new diagnosis of ovarian cancer and 13,270  women will die from it. (American Cancer Society 2023) Overall, about 1 in 78 women (1.3%) will be diagnosed with ovarian cancer in their lifetime and around 1 in 108 will die of it. In 2020, 236,511  women were living with ovarian cancer. (SEER Cancer Statistics Review 2020) Most cases occur among older women; the median age at diagnosis is 62, although this varies by ovarian cancer type. (SEER Cancer Statistics Review 2018) Ovarian cancer is frequently diagnosed at a late stage, when a cure is unlikely. Because so many ovarian cancers are diagnosed at a late stage, the overall mortality rate is high, and the overall 5-year survival is poor. With the poor prognosis and absence of a reliable screening test to find ovarian cancer early, it is a highly feared cancer for women and their physicians alike.

<u>Histologic types</u> Cancers are classified by histologic type, meaning the type of cells that are involved. Understanding ovarian cancer histologic types is important because the risk factors, etiology and genetics of ovarian cancer can vary by histological type. Therefore, the importance of talcum powder products as a risk factor or cause can also vary by type. Ovarian cancers (epithelial and non-epithelial) are a heterogeneous group of malignancies that vary in their pathological appearance, molecular biology, risk factors, etiology, and prognosis. (Torre et al. 2018) Epithelial ovarian cancers have several histologic types; most fall into a small group of more common types including serous, endometrioid, clear cell and mucinous. About 90% of ovarian cancers are epithelial (meaning they arise from cells on the surface of the ovary or fallopian tube) and the most common type of epithelial cancer is serous carcinoma. Serous is not only the most common type of ovarian cancer, it is also the most lethal type of ovarian cancer. Further, it is the type of cancer that pathologists can most consistently, reliably, and reproducibly diagnose. Thus, epidemiological studies will have the greatest ability to document a clear association between serous ovarian cancer types and talcum powder products if a connection exists. It is also the subtype that has been studied most from a molecular and pathologic research standpoint.

My research group reported on the ultrasound appearance of ovarian cancers among a large cohort

| Table 1. Histologic Types of Ovarian Cancers Diagnosed Over 15 Years at the KP Washington (JAMA Internal Medicine) | | |
|---|---|---|
| **Histologic Type** | **Number** | **Percent of Total Cancers** |
| Papillary serous cystadenocarcinoma | 52 | 36.6 |
| Endometrioid carcinoma | 17 | 12.0 |
| Serous cystadenocarcinoma | 15 | 10.6 |
| Clear cell adenocarcinoma | 12 | 8.5 |
| Adenocarcinoma, NOS | 11 | 7.7 |
| Mucinous adenocarcinoma | 7 | 4.9 |
| Mixed cell adenocarcinoma | 3 | 2.1 |
| Serous surface papillary carcinoma | 3 | 2.1 |
| Granulosa cell tumor | 3 | 2.1 |
| Carcinoma, not otherwise specific | 2 | 1.4 |
| Mucinous cystadenocarcinoma | 2 | 1.4 |
| Mucinous cystic tumor of borderline | 2 | 1.4 |
| Carcinoma in situ | 1 | 0.7 |
| Squamous cell carcinoma | 1 | 0.7 |
| Papillary adenocarcinoma | 1 | 0.7 |
| Papillary serous cystadenoma, borderline | 1 | 0.7 |
| Adenocarcinoma with squamous meta | 1 | 0.7 |
| Granulosa cell tumor, malignant | 1 | 0.7 |
| Endometrial stroma sarcoma | 1 | 0.7 |
| Mullerian mixed tumor | 1 | 0.7 |
| Carcinosarcoma | 1 | 0.7 |
| Carcinosarcoma, embryonal | 1 | 0.7 |
| Teratoma, malignant | 1 | 0.7 |
| Astrocytoma | 1 | 0.7 |
| Marginal zone B-cell lymphoma | 1 | 0.7 |
| **Total** | **142** | **100** |
| **Summary** | | |
| Serous carcinoma | 70 | 49.3 |
| Endometroid carcinoma | 17 | 12.0 |
| Clear cell carcinoma | 12 | 8.5 |
| Mucinous carcinoma | 9 | 6.3 |

of women. The purpose of this cohort study was to quantify the risk of malignant ovarian cancer based on ultrasound findings. We described 142 new ovarian cancer cases in a population of 500,000 women enrolled in Kaiser Permanente Washington, an integrated health plan, between 1997 and 2008, including 72,093 women who underwent pelvic ultrasound. The distribution of cancer histological types is in Table 1. Serous carcinoma was the most common cancer type: In our cohort, it was 50% of the ovarian cancers. Serous carcinoma has the worst prognosis of the ovarian cancer types. Its high frequency and poor prognosis contribute to the high mortality rate for ovarian cancer overall. The other common histological types of ovarian cancer were endometrioid (12% in our data), clear cell (8.5% in our data), and mucinous (6.3% in our data). (Smith-Bindman et al. 2019)

Ovarian cancer types have large differences in stage of diagnosis (a strong predictor of survival) and prognosis independent of stage. The 5-year survival by histological type is in Table 2. Serous cancer is the most frequent and most aggressive, with an overall 5-year survival of 43% as compared with 82% for endometrioid. The survival is strongly influenced by stage at diagnosis, with higher stage numbers indicating more advanced stage. (Torre et al., 2018) Most serous carcinomas are diagnosed at stage III (51%) or IV (29%) (Figure 1), (SEER Cancer Statistics Review) for which 5-year survivals from the most recent data were 42% and 26%, respectively. These data reflect the aggressive nature of serous cancer. (Torre et al. 2018) In contrast, the majority (58% to 64%) of endometrioid, mucinous, and clear cell carcinomas are diagnosed at stage I, similar to nonepithelial tumors (Figure 1) . Consequently, the 5-year survivals are 82%, 71%, and 66%, respectively, for endometrioid, mucinous, and clear cell carcinoma. Thus, these cancers behave very differently, even though all are ovarian epithelial cancers.

**Table 2. Percent of Women Surviving 5 Years After Diagnosis by Epithelial Ovarian Cancer Type. Data From 2008–2013.**

|  | All epithelial types | Serous | Endometrioid | Mucinous | Clear cell | Sex cord-stromal | Germ cell |
|---|---|---|---|---|---|---|---|
| **Stage** |  |  |  |  |  |  |  |
| **All** | 47 | 43 | 82 | 71 | 66 | 88 | 94 |
| **Stage I** | 89 | 86 | 95 | 92 | 85 | 98 | 99 |
| **Stage II** | 71 | 71 | 84 | 69 | 71 | 84 | 93 |
| **Stage III** | 41 | 42 | 59 | 30 | 35 | 61 | 90 |
| **Stage IV** | 20 | 26 | 29 | 13 | 16 | 41 | 69 |

**Figure 1. American Joint Committee on Cancer Sixth Edition Stage Distribution (%) for Ovarian Cancer by Histology, US, 2007-2013, SEER 18 Registries, NCI, 2017. This shows that serous cancers are more likely to be diagnosed at state III, IV (green and teal), compared with other tumor types.**

This summary reflects our current knowledge about ovarian cancer histologic types and their associated prognoses. As research results are reported, our knowledge will evolve. For example, recent studies suggest we need to improve our ability to distinguish between high-grade serous and endometrioid carcinomas. Other results suggest that many ovarian mucinous carcinomas are actually gastrointestinal tumors that metastasized to the ovaries and this realization is affecting the reported rates of ovarian mucinous carcinomas (which are declining). (Torre et al. 2018, Yang



8

et al. 2013, Lee et al. 2003) The categorization of noninvasive tumors classified as borderline is also under investigation and a topic of discussion in the field. These noninvasive tumors have historically been considered in the spectrum of ovarian cancer that have less aggressive behavior. However, many previously described borderline cancers are now generally considered non-malignant.

In summary, when assessing the carcinogenicity of talcum power products, this should focus on invasive serous carcinoma as the most important cancer (based on prognosis) and the most reliable cancer to identify (based on histology and understanding of cancer behavior).

Additionally, over the last decade, there has been a growing of body of research suggesting that many ovarian cancers originate from cells in the distal portion of the fallopian tube. Because the pathogenesis, treatment, and prognosis of serous cancers of the fallopian tube, ovary, and peritoneum are similar, these are now typically considered as a single entity. (Lee et al. 2003) This consideration applies to the association with talcum powder product usage discussed in this report.

Risk Factors

Understanding ovarian cancer risk factors is important because analyzing the impact of talcum powder products exposure must consider *covariates, or other characteristics* that a woman might have that might also influence her ovarian cancer risk such as age, inherited genetic mutations, reproductive factors, or family history of cancer. Every risk factor does not have be considered to come to a valid conclusion; indeed, this is not realistic within the limitations of medical research, and the bias introduced by the exclusion or some risk factors will be small. However, crude analyses that look at the risk of ovarian cancer from talcum powder products without adjusting for any other risk factors must be considered cautiously. For that reason, statistical analyses of research results often adjust for *confounding factors or variables that are covariates that hinder accurate calculation of an association,* for example between talcum powder products and ovarian cancer.

Numerous risk factors are identified for ovarian cancer. (Lhereux 2019, IOM 2016, Mallen 2018) Unfortunately, few can be modified by therapies or lifestyle changes. Risk factors vary by histologic type (Wentzensen 2016) but those that increase risk of ovarian cancer include personal or family history of ovarian or breast cancer, inherited mutations including BRCA1 and BRCA2 (Bolton 2012, Weissman 2012, Hunn and Rodriguez 2012, Pal 2012, Gayther and Pharoah 2010) advanced age, white race, increased education, and endometriosis. Other factors that may increase ovarian cancer risk due to estrogen exposure include having no pregnancies or advanced age at first birth, obesity, and postmenopausal hormone therapy.(Lacey 2006, Trabert  2012, Lahmann 2010) Several factors are associated with reduced risk for ovarian cancer including breast feeding, multiple pregnancies, use of oral contraception, tubal ligation, and removal of uterus, fallopian tubes, or both. (Jordan 2010, Garg 1998, Lacey 2002, Seidman and Kurman 2002, Faber 2013; Taher 2019). Smoking is a possible risk factor for ovarian cancer, primarily mucinous subtype, although study results have not been consistent. (Faber 2013, Wentzensen 2016)

Risk factors vary by cancer type. For example, serous cancer is more strongly associated with reproductive risk factors than mucinous tumors (Risch 1996, Purdie 1995, Purdie 2003) and different histologic types have different molecular and genetic profiles. (Kurian 2005, Gates 2010, Gilks 2010) Serous tumors are more likely to have a cancer-promoting mutation in the p53 gene, whereas similar KRAS mutations are more common in mucinous tumors. Over time, the occurrence of ovarian cancer has changed, in part due to changes in risk factors. For example, small declines in the rates of endometrioid and serous cancer are attributed to declining use of hormone replacement among postmenopausal women.

Etiology: Origins, Causes, Development, and Inflammation

Our understanding of the etiology and course of ovarian cancer continues to evolve. (Lhereux 2019, Mallen 2018; IOM 2016) Hereditary genetic predisposition increases risk, but overall, accounts for only a small proportion of cancers. And even in women with hereditary genetic mutations, not all will develop ovarian cancer. The majority of ovarian cancers are now believed to arise in the distal portion of the fallopian tube. By convention, fallopian tube, ovary, and peritoneal cancers are considered as a single entity. The most widely accepted mechanism for initiation, promotion and progression of ovarian cancer is tissue inflammation leading to a series of responses that result in cancer.

There is very clear and extensive scientific literature describing the relationship between inflammation and cancer across many anatomic areas. Chronic inflammation, and even subtle, subclinical inflammation, is associated with an increased risk of cancer. (Balkwill and Mantovani 2001, Coussens and Werb 2002, Crusz and Balkwill 2015) Many inflammatory conditions predispose to cancer development. Diverse factors that lead to inflammation, infection, chemical exposures, physical agents, autoimmune factors, and even inflammatory reactions of uncertain etiology – can lead to an increase in cancer incidence. For example, there are well described and accepted causal pathways linking inflammation in the etiology of bladder cancer (schistosomiasis, toxic chemicals), cervical cancer (papillomavirus), gastric cancer (H Pylori), colon cancer (inflammatory bowel disease), liver cancer (hepatitis), mesothelioma (asbestos) and ovarian cancer (pelvic inflammatory disease and endometriosis). The biological pathways associated with inflammation include stimulation/interference with a range of biological responses that are involved in initiation of cancer, promotion of cancer, and progression of cancer. Oxidative stress resulting from inflammation can impact all stages of cancer development including cancer initiation (DNA is damaged by introducing gene mutations and structural alterations of DNA leading to inhibition of DNA repair and malignant transformation); promotion (which may be manifest as abnormal gene expression resulting in cell proliferation and decrease apoptosis) and progression (further DNA damage and enhancement of cell growth). (Reuter et al.2010, Savant 2018) Local inflammatory response can lead to signaling molecules such as cytokines, chemokines, prostaglandins, growth transcription factors, microRNAs having higher expression that can promote cancer development and can create a favorable microenvironment for the development and progression of cancer.(Fernandes et al. 2015) Inflammation impacts every step of tumorigenesis, from initiation through tumor promotion, and extending to metastatic progression. Similarly, the most compelling mechanism for the etiology of ovarian cancer is that of chronic inflammation and scarring in the ovary that leads to malignant transformation and cancer progression. This mechanism involves cell proliferation, oxidative stress, DNA damage and gene mutations. (Harper 2023, Emi 2021, Mandarino 2020, Fletcher 2019, Saed 2017, Saed 2010, Shan 2009, Ness 2000, Ness 1999) The microenvironment of ovarian cancer contains a broad spectrum of pro-inflammatory cytokines and chemokines contributing to the mechanism. (Freedman 2004) Recent studies have shown that in multiple different cell lines (including ovarian cancer cell lines) that talcum powder induces significant changes to key redox enzymes altering the inflammatory balance, enhances the prooxidant state, induces cell proliferation and reduction in apoptosis, and influences the epigenome and gene expression. (Harper 2023, Emi 2020, Fletcher 2019.)

There are many processes that can lead to inflammation and tumorigenesis and the exposure to talcum powder products is one such exposure that can strongly enhance the tumor promotion or progression as seen in in vitro and animal studies.   For example, normal repeated ovulation leads to injury of ovarian epithelial cells and transformation to malignant cancer cells that can be enhanced by various factors such as talc or asbestos particles. Exposure to talcum powder products can induce the production of pro-oxidant enzymes and reduced production of antioxidant enzymes leads to malignant transformation. In support of inflammation from talcum powder products causing cancer, hysterectomy, or bilateral tubal ligation, which

would significantly limit ovarian exposure to inflammatory mediators, and toxins, is associated with reduced ovarian cancer risk.

<u>Relationship Between Ovarian Cancer and Talcum Powder Products</u>
The epidemiological evidence described in detail below demonstrates a strong and positive association between exposure to talcum powder products and ovarian cancer and that talcum powder products cause ovarian cancer. Although epidemiologic evidence alone does not provide a definitive mechanism or pathophysiological process that accounts for the increased risk, the evidence for inflammation as described above is very strong. Similarly, epidemiological evidence alone does not confirm the specific component or ingredient in talcum powder products that is responsible for its carcinogenesis. Nonetheless, several constituents within talc powder products are worth highlighting as they may be acting individually or together to create the carcinogenicity of talc powder products inasmuch as they are individually highly carcinogenic.

<u>Why Talcum Powder Products were Initially Suspected as Causing Ovarian Cancer</u>
In 1978 samples of commercial body powders were shown to contain asbestos silica minerals. Asbestos was a known carcinogen and about half of the powder samples contained respirable quartz, a lung carcinogen. Concerns were primarily raised that inhaled powder could cause lung scarring, lung cancer, or mesothelioma. In 1971, Henderson observed talc particles deeply embedded in ovarian cancer tissue. The authors noted the close association of talc to the asbestos group of minerals. (Henderson et al. 1971) Further concern was raised, in 1982 when a case-control study of ovarian cancer that collected information on talcum powder use reported an increased risk with perineal dusting.(Cramer et al. 1982) These findings were reported in widely circulated newspapers such as The Globe, raising concern that the powders were carcinogenic because of the contamination with asbestos, using the relationship between asbestos and lung cancer and mesothelioma as the basis for the concern.

<u>Carcinomic of Constituents of Talc Powder Products</u>
There are hundreds of different constituents and ingredients within talcum powder products in addition to platy talc. Many of these are Group 1 carcinogens (such as asbestos, talc fibers (fibrous talc), heavy metals, and some fragrance chemicals) that likely contribute to the carcinogenicity of the products.

<u>Asbestos</u>
Asbestos is the generic commercial designation for a group of naturally occurring mineral silicate fibers; serpentine mineral fibers are called chrysotile, and amphibole minerals include actinolite, amosite, anthophyllite, crocidolite and tremolites. Talc is formed by complex geological processes acting on pre-existing rock formations with diverse chemical composition. Small amounts of chrysotile (asbestos) may occur in these talc deposits. (Rohl et al 1976, Zazenski 1995) When talc is mined, it may contain asbestos fibers. (Zazenski et al.1995, Blount 1991) A study of 21 consumer talcum powders obtained from retail stores in 1971–1975 reported that 10 contained concentrations of asbestos fibers ranging from 0.2 to 14%. (Rohl et al. 1976, IARC 2010) Because of concern that asbestos was present in talcum powder products and the known carcinogenicity of asbestos, it has been reported that voluntary guidelines were established by the cosmetic industry in 1976 to limit the content of asbestos fibers in commercial talc preparations. While talcum powder products have long been believed to be free from asbestos based on this voluntary guideline, this is absolutely incorrect; talcum powder products have never been free of asbestos. (Longo & Rigler, 2019; Hopkins Dep. 2018; FDA Testing 2019)  The data on its continued presences are strong. I have seen evidence of continued presence of asbestos in talcum powder products since 1976. For example, Longo & Rigler tested multiple samples provided by Johnson and Johnson and its talc supplier that were taken between the years 1960 through 2000 and the majority of sample are positive for asbestos. (Longo & Rigler 2019)  The FDA

11

commissioned testing of samples from a Johnson's Baby Powder bottle purchased in 2018 and the outside lab found chrysotile asbestos and asbestiform talc.

Asbestos is a known and potent human carcinogen. Asbestos is highly carcinogenic to the lungs, lining of the lungs, and larynx. (IARC 2012) Asbestos is also highly carcinogenic to the ovaries. (IARC 2012, Acheson 1982, Wignall and Fox 1982, Germani 1999, Berry 2000, Magnani 2008, Reid 2008, Vasama-Neuvonen 1999, Langseth and Kjaerheim 2004, Pira 2005) Women working in asbestos-manufacturing industries have an increased risk of ovarian cancer. IARC reviewed the association between asbestos exposure and ovarian cancer in 2012. To assess the relationship, IARC reviewed data primarily from large epidemiological cohort studies of women who had occupational exposure to asbestos as well case-control studies on non-occupational exposure. The context and lengths of exposures varied, along with the type of asbestos fibers to which the women were exposed and the study designs and assessments. Nonetheless, the results were consistent. Most, but not all, were statistically significant and documented a strong and compelling causal association between exposure to asbestos and ovarian cancer, largely the result of the association from cohort studies of women with substantial occupational exposures. (Acheson 1982, Wignall and Fox 1982, Germani 1999, Berry 2000, Magnani 2008) **IARC concluded that there is sufficient evidence that asbestos is carcinogenic in humans (Group 1) and that asbestos causes cancer of the ovary**. This is the highest risk category. (IARC 2012) IARC also concluded that this categorization applied to all forms of asbestos and to talc containing asbestiform fibers (talc in an asbestiform habit or fibrous talc). Thus IARC concluded that fibrous talc is a Group 1 carcinogen. IARC also concluded that asbestos is carcinogenic based on animal studies. Camargo completed a systematic review of the relationship between women occupationally exposed to asbestos and ovarian cancer. (Camargo 2011) The authors found that of the 18 cohort studies the pooled standard mortality estimate for ovarian cancer was 1.77 (95% confidence interval, 1.37-2.28). The range in reported SMR values was 1.1– 5.4 across the included cohort studies and the most common values were 2–3. This study supports IARC's conclusion that exposure to asbestos causes ovarian cancer. To the degree that we now know talcum powder products contain asbestos fibers, this study also supports that talcum powder causes ovarian cancer.

**However, IARC explicitly stated that the findings in this Monograph applied to all forms of asbestos, as well as asbestiform talc (fibrous talc or talc fibers). Thus IARC concluded that fibrous talc (ubiquitous in talcum powder products) is a group 1 Carcinogen even without invoking that talc powder products also contain asbestos.**

I reviewed many publications and primary research studies, including experimental and basic science models showing molecular and genetic cancer-promoting changes to cells that occur from exposure to asbestos and other mineral fibers. Asbestos and other mineral fibers have been shown to be carcinogenic through a process involving persistent inflammation, oxidative stress, DNA damage, activation of intracellular signaling pathways, resistance to apoptosis, and stimulation of cell proliferation. (IARC 2012, Moller 2013, Mossman 2018)

I also strongly conclude that asbestos causes ovarian cancer.

Talc

Talc is the primary component of talcum powder products. The chemical structures of talc and asbestos can be similar. While talc particles are usually plate-like, talc can also grow as a fiber which is similar to the group of minerals called asbestos. Both are magnesium silicate and when talc has the fibrous form it is called asbestiform because of its similarity to asbestos. The form of the talc fibers is long and thin, with parallel bundles that are easy to separate from each other, and closely resembles the physical appearance of some

12

asbestos minerals. The histologic appearances of mesothelioma and ovarian cancer are similar. The known carcinogenicity of asbestos for lung, pleural, peritoneal, and ovarian cancer has led to the theory that the similarity in the fibers and the resulting cancers suggests that talc works mechanistically within the ovary to induce cancer in a way that is similar to how asbestos in the chest induces mesothelioma.

The female genital tract is open, with little barriers existing in the pathway from the perineum to the vagina, cervix, uterus, fallopian tubes and peritoneum and ovary. Early observations demonstrated talc particles in both malignant and normal ovaries establishing a route from the perineum to the ovary and shows that many women are exposed to talc. (Henderson 1971, Heller et al.1996, Sjosten 2004) Recent evidence has shown that talc particles in commercially available baby powder are similar in size and shape as the talc particles identified in pelvic tissues resected from ovarian cancer patients. (Johnson 2020). Using polarized light microscopy and scanning electron microscopy Johnson et. al. measured the size and shape of talc particles in samples of talc-containing baby powder (including samples of Johnson & Johnson's baby powder) and surgically resected pelvic tissues (hysterectomies) from 11 randomly selected talc-exposed patients with ovarian carcinoma. The talc particles found in resected tissues from ovarian carcinoma patients were similar in size and shape to the most abundant morphological class of particles in commercial baby powder samples: 77.7%– of particles in talcum powder have aspect ratio of 1–3.9 and area of 1–400 µm, whereas 83.5% of talc particles in pelvic tissues ovarian carcinoma patients have an aspect ratio of 1–3.9 and an area of 1–400 µm². Johnson et al. conclude that "this observation, combined with previous epidemiological literature and tissue-based analytical studies, provides further evidence that the small, isodiametric particles that dominate in commercial talc containing baby powder can migrate from the perineum and become lodged in distal structures in the female reproductive tract, where they may lead to an increased risk of developing ovarian carcinoma."

In 2006, the International Agency for Research on Cancer (IARC) reviewed the data on cosmetic (perineal) talc ("non-asbestiform") application and concluded that it is possibly carcinogenic to humans. (IARC 2010, Baan et al. 2006) This is not as strong a recommendation as they made for asbestos and ovarian cancer, but nonetheless is a strong recommendation. IARC classified genital-perineal use of talc-based powder as possibly carcinogenic. However, in the more recent IARC report (2012), they included both asbestos and asbestiform talc as carcinogenic to humans, as Group 1 carcinogens. (IARC 2012) They note that the most common route of exposure in the general population is perineal from use of cosmetic talcum powder products. IARC announced in 2019 that re-evaluation of the classification for domestic talc products is a high priority based on "new human cancer and mechanistic evidence." (IARC 2019.)

Exposure to talc particles can induce an inflammatory response, either directly at the ovary and ovary-fallopian tube juncture, causing local irritation from talc particulates or through more generalized peritoneal inflammation. The mechanism that can lead to cancer includes local irritation by talc fibers that disrupts the epithelial surface, increasing rates of cell division and DNA repair that can lead to mutations. Also increased are oxidative stress and cytokine production, indicating inflammation. Fibers that are incorporated into the epithelial cells enter ovarian tissue. This inflammation initiates a series of responses, supported by research, that promote cancer. (Harper et al. 2019, Savant et al. 2018) The reduction in the elevated risk of ovarian cancer from talcum powder exposure after hysterectomy or tubal ligation supports the mechanism by which local irritation and inflammation to the ovary from talc or asbestos causes an elevated cancer risk. Recent invitro research elucidates the cellular inflammatory changes, alteration of macrophages, and changes to the DNA and epigenetic expression, which in turn increase the likelihood of carcinogenesis. The research has also demonstrated direct transformation into cancer.

13

Macrophages are the first line of immune cells to clear foreign bodies from a cell, and direct studies have shown the negative impact of talc on normal macrophage function. Mandarino and colleagues recently tested the hypothesis that macrophage anti-tumor abilities are reduced and compromised by interaction with talc particles (2020). "The researchers tested the effects of talc vs. control particles on the ability of prototypical macrophage cell lines to curb the growth of ovarian cancer cells in culture in the presence of estrogen. They found that murine ovarian surface epithelial cells, a prototype of certain forms of ovarian cancer, were present in larger numbers after co-culture with macrophages treated to a combination of talc and estradiol than to either agent alone or control. Co-exposure of macrophages to talc and estradiol led to increased production of reactive oxygen species (which increase carcinogenesis and inflammation) and changes in expression of macrophage genes pertinent in cancer development and immunosurveillance. the authors concluded that the finding suggest that in vitro exposure to talc, particularly in a high-estrogen environment, may compromise immunosurveillance functions of macrophages." The same mechanism could apply in vivo to exposure to talc.

Emi and colleagues (2021) report a gene chip microarray profiling study and found that talc alone, and especially when combined with estrogen, induced substantially more gene expression changes in comparison to the control, a particle of similar size. The cellular pathways that were impacted were those involved in cellular proliferation, immune response and regulation, and enzymes and proteins of epigentic regulation. They subsequently tested the DNA methylation profiles and identified what they note as "vast epigenic changes in hundreds of loci" including in pathways involve in immune and inflammatory signaling. This provides evidence of the impact of these particles for initiating cellular changes that would lead to cancer.

Harper and colleagues recently found that exposure to talcum powder induces malignant transformation in normal human ovarian cells (2023). In their invitro study, ovarian epithelial cells and fibroblasts were treated with either talcum powder or titanium dioxide (a particulate control) at different concentrations for 72 hours before assessment with a cell transformation assay and p53 and Ki-67 immunohistochemistry. P53 gene codes for a protein that acts as a tumor suppressor, which means that it regulates cell division by keeping cells from growing and dividing too fast or in an uncontrolled way. ki-67 is a nuclear protein that is a marker of active cell proliferation. Harper found that treatment with talcum powder resulted in formation of colonies, indicating cell malignant transformation in a dose dependent manner in ovarian cell lines. No colonies formed in the untreated or control cells.  Further the number of transformed cells were increased in a dose dependent fashion.  Further, p53 mutant type as well as increased expression of Ki-67 were detected in ovarian cells when exposed to talcum powder demonstrated the genetic pathways for the malignant cellular transformation. The authors conclude that the findings represent a direct effect of talcum powder exposure that is specific to normal ovarian cells and further supports previous studies demonstrating an association between the genital use of talcum powder and an increased risk of OC.

Fletcher and colleagues undertook a study to identify the cellular effect of tac on normal and Epithelial ovarian cancer cells, and demonstrated that talc induces significant changes in key redox enzymes and enhances the prooxidant state in normal and EOC cells. (2019) This confirms the cellular effect of talc and provide a molecular mechanism linking genital use to increased ovarian cancer risk through oxidative stress and inflammation. "Using real-time reverse transcription polymerase chain reaction and enzyme-linked immunosorbent assay, levels of CA-125, caspase-3, nitrate/nitrite, and selected key redox enzymes, including myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS), superoxide dismutase (SOD), catalase (CAT), glutathione peroxidase (GPX), and glutathione reductase (GSR), were determined. TaqMan genotype analysis utilizing the QuantStudio 12K Flex was used to assess single-nucleotide polymorphisms in genes corresponding to target enzymes. Cell proliferation was determined by MTT proliferation assay. In all talc-treated cells, there

14

was a significant dose-dependent increase in prooxidant iNOS, nitrate/nitrite, and MPO with a concomitant decrease in antioxidants CAT, SOD, GSR, and GPX ($P < .05$). Remarkably, talc exposure induced specific point mutations that are known to alter the activity in some of these key enzymes. Talc exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125 ($P < .05$). More importantly, talc exposure significantly induced cell proliferation and decreased apoptosis in cancer cells and to a greater degree in normal cells ($P < .05$). These findings confirm the cellular effect of talc and provide a molecular mechanism to previous reports linking genital use to increased ovarian cancer risk."

Heavy Metals
**Talc powder products can contain Group 1 metals that are considered by IARC as carcinogenic to humans.**
(IARC 2012) This includes nickel compounds which IARC documents cause lung and nasal cavity and paranasal sinus cancer. (IARC100c-10, 2012). Nickel compounds "cause DNA damage, chromosomal aberrations, delayed mutagenicity and chromosomal instability … and nickel compounds act as co-mutagens." Talcum powder products also contain Chromium (VI) another Group 1 carcinogen (IARC100c 2012), where there is sufficient evidence in humans for carcinogenicity (to the nose and nasal sinus). The mechanism includes "DNA damage, generation of oxidative stress and aneuploidy. Talc powder products can also contain Group 2A metals that are considered probably carcinogenic to humans, such as Cobalt which can be found in talc powder products. (IARC 2006) IARC considers Cobalt metal with tungsten carbide as probably carcinogenic to humans (Group 2A), but worth noting that a number of the IARC working group members supported an evaluation in Group 1 because they judged the epidemiological evidence to be sufficient, leading to an overall evaluation in Group 1; or they judged the mechanistic evidence to be strong enough to justify upgrading the default evaluation from 2A to 1. The majority of working group members, who supported the group 2A evaluation, cited the need for either sufficient evidence in humans or strong mechanistic evidence in exposed humans. Cobalt metal without tungsten carbide is also considered possibly carcinogenic to humans (Group 2B). Cobalt sulfate and other soluble cobalt(II) salts are possibly carcinogenic to humans (Group 2B).

All of these heavy metals can cause ovarian cancer through an inflammatory mechanism.

Fragrances
There are more than 150 different chemicals added to Johnson's Baby Powder and Shower to Shower products. I reviewed the expert report from Dr. Crowley that concludes that some of these chemicals may contribute to the inflammatory response, toxicity, and potential carcinogenicity of Johnson & Johnson's talcum powder products. I concur with his opinion. (Crowley expert report 2018)

**IV. Overview of Publications on Genital Use of Talc Powder Products and Ovarian Cancer**

To understand the relationship between exposure to talcum powder products and ovarian cancer, I searched for and reviewed scientific papers on this topic. I used several searchable publication databases (Scopus, Embase, Pubmed, Cochrane etc.) and manually searched the reference lists of all articles I found, including a large number of reviews.  I felt the existing reviews did not sufficiently address the risks associated with *frequent use* of talcum powder products. Therefore, I collaborated with colleagues at UCSF (several individuals not involved in talc related litigation including the lead author) to complete a quantitative systematic review focused on this question (see Woolen,  **Systematic Review Registration:** PROSPERO CRD42020172720.)

Consideration of Research Study Design and Statistical Significance
There is a widely-held belief that there is a strict hierarchy of research study designs, where randomized trials are the most valid study type, followed by cohort studies and case controls studies being the least reliable.

(Rothman 2008) However, this is simply not true, as well described by Rothman in an article entitled "Six Persistent Research Misconceptions." (Rothman 2016) Rothman describes the fallacy of this belief. Each type of study design has both strengths and biases. Ascribing greater validity to one study design over another is both simplistic and fallacious. He specifically notes that case-control and cohort studies are conceptually identical, and that "a properly designed case control study can achieve the same excellent validity as a properly conducted cohort study."(Rothman 2016) I am not saying that all studies are identical in their validity, rather, that one cannot determine the validity based on the design chosen.

A second misconception is that the classification of study results into ''significant'' and ''non-significant'' based on statistical significance and a p-value is often arbitrary and leads to an invalid interpretation of data.(Greenland et al. 2016) It is more important to estimate the effect size and the uncertainty surrounding the estimate (with a point estimate and confidence interval) rather than using a significance level and p-value to determine if there is/or is not a meaningful association. There is no inherent or meaningful difference between a study with a p-value of 0.04 compared with 0.06, and yet these are often wrongly considered reflective of significant and non-significant results respectively. Similarly, a large effect size with a large p-value (i.e. non-significant) may reflect an insufficiently large sample size, but nonetheless an important association. As Rothman notes, "Significant tests are a poor classification scheme for study results; strong effects may be incorrectly interpreted as null [negative] findings because authors fallaciously interpreted the lack of statistical significance to imply lack of effect, or a weak effect may be incorrectly interpreted as important because they are statistically significant. Rather than be used as surrogate for significant tests, confidence intervals should be used as a quantitative measure indicating the magnitude of effect size and degree of precision with little attention paid to the precise location of the boundaries of the confidence interval.' (Rothman 2016) These considerations should be kept in mind when reading studies and assessing whether a large number of studies provide a consistent estimate of an effect size, ignoring the individual p-values of each study, and instead focusing on the effect size.

<u>Explanation of study designs and article types reviewed</u>
Nearly all published studies that I reviewed used one of two designs: case-control and cohort. Each design has strengths and biases. Many articles I reviewed were also systematic reviews, which are also explained.

*Case-control studies compare people with a condition (cases) by matching them to people with similar characteristics who do not have the condition (controls)* to determine the effect of a potential disease-causing factor. They often analyze existing data *retrospectively, after people have been diagnosed,* and involve tens or hundreds of patients. *Cohort studies compare cohorts, or groups of people, who were exposed or not exposed to a potential disease agent.* They often collect data on people *prospectively before they develop a disease* and track their health over time. Both case-control and cohort studies, if well done, can provide accurate and meaningful information about statistical associations. In general, however, the risk of bias is greater for case-control studies. An example is *recall bias*, in which women are more likely to remember and report exposure to talc powder products after they have been diagnosed with cancer compared to women without a diagnosis, perhaps because diagnosed women heard that talc powder products is harmful and are more likely to remember talc use. However, a recent study suggests self-reported use of feminine products is indeed likely reliable (O'Brien, 2023.) O'Brien and colleagues assessed the reliability of self-reported data. The authors collected retrospective data on douching and genital talc use in the US-based Sister Study at two-time points and evaluated the consistency of reporting. At enrollment (2003-2009), participants were asked to report use in the last year and during ages 10-13. On a follow-up questionnaire (2017-2019), participants were asked about their use of douche or genital talc over their lifetimes. Comparisons across the two questionnaires for use in the year before enrollment showed good consistency, with 90% providing the same responses about

douching and 87% providing the same responses about genital talc use. Reliability did not vary by cancer status, race, and ethnicity, attained education, or age, though there was some evidence of recall bias for genital talc use among ovarian cancer survivors. The authors concluded that ever use of feminine hygiene products may be recalled with good consistency. This supports the validity of the case-control design.

When studying a rare disease, the case-control design is frequently highly efficient and desirable as it allows you to assemble a much larger number of cases and can delve in great depth for particular exposures. You can identify all patients who have the outcome of interest, and then query them (and some control group) about any antecedent exposure. The identification of the control group is very important. As the PI on a large, National Institutes of Health-funded study of cancer risk factors in children we have employed a case-control design. This design permits us to ask very detailed questions of a small number of individuals about their various exposures.

Cohort studies potentially avoid some biases of case-control studies since exposures are prospectively assessed and quantified, that is, before disease outcomes. This design also has limitations, though. An important limitation is that because cohort studies are expensive and time-consuming, they rarely focus on a single, narrowly defined question such as the association between regular use of talcum powder products and cancer. Usually, researchers investigate a broad range of questions in cohort studies, so asking patients in-depth questions about any given topic is difficult, especially since tens of thousands of patients may be surveyed on many topics. Further, in cohort studies, having comprehensive assessment of outcomes on all individuals in the cohort is extremely important. Losing patients to follow up (meaning researchers cannot contact or find records on a participant) leads to study bias. The other disadvantage of cohort studies is that a very large number of patients must be assessed over a long period of time to see who will develop a rare outcome (like ovarian cancer). Because of this, typically there will be far fewer patients with disease in a cohort study as compared with case control study (like in this case).

There have been a small number of cohort studies that have explored the relationship between talcum powder products exposure and ovarian cancer and are described in depth below. While they all included questions about talcum powder exposure, all did not quantify the exposure in equal detail. Those that did assess more granular data provide more useful information.  Interesting while some of the earlier publications of the cohorts had very short follow-up periods, later publications (including a recent publication by O'Brien) and data from the NHS (Woolen) include more cancers because of the longer period of follow up.

*Systematic reviews quantitatively summarize results across multiple studies.* One of the rationales of this study design is that individual studies may not have enough participants to yield meaningful or conclusive results because they are too small or insufficiently powered. Combining small studies can provide more stable and reliable summary estimates of the effects of disease agents and risk factors. Further, a systematic review may be better than a single study, as it provides broader evidence of the results and includes patients from diverse settings. However, in order to statistically combine and summarize the data from different research studies into a single systematic meta-analytic review, the combined studies must ask the same research question and follow sufficiently similar and rigorous scientific methods. A meta-analysis does not compensate for gaps or flaws in an original study: Combining three poorly performed studies does not yield reliable summary estimates even though there may be three times the number of patients. Similarly, combining studies that ask different research questions (for example, assessing women of different ages for a disease in which age is an important risk factor) does not provide reliable summaries. Results from different studies often vary when the studies ask different research questions, have different criteria for including participants, or use different

17

methods. I raise these issues to point out that systematic reviews must be read extremely carefully to ensure that their conclusions are valid.

Table of Reviewed Publications
I identified and reviewed 49 English-language publications that provided quantitative data based on epidemiological studies about the relationship between genital talcum powder exposure and ovarian cancer (Table 3). This list includes 4 cohort studies, 10 systematic meta-analytic reviews, 4 studies that pooled individual patient-level data from several research studies, and 30 case-control studies. One study contributed both the systematic review and a case control study. I also read many review articles that are not included in the table. The epidemiological studies were published between 1982 and 2022. I have described the results organized by study design below.

Most studies used a case-control study design with a small number using a cohort study design. Although some studies assessed powder use to any part of the body or assessed the use of talcum powder on diaphragms, condoms or sanitary napkins, the primary research question that I focused on in my review and that was assessed in all included individual research studies, was whether genital area exposure to talcum powder increases risk of epithelial ovarian cancer. Occasionally, study authors assessed combination exposures (i.e., to genitals and other body parts). These studies were included as long as genital powder use was assessed. Nearly all studies adjusted for known ovarian cancer risk factors, but those factors varied. The vast majority of studies found a positive association between any exposure to talcum powder products and cancer. However, the sample size of some studies was small and resulted in high statistical uncertainty. Because of these and other limitations, quantifying a precise association between exposure and cancer was difficult from my review of the literature. The data for some studies may have shown that effects of talcum powder exposure (measured as odds ratios, ORs) was meaningful for cancer development, but many had statistical uncertainty. I was also concerned about understanding "ever" exposure, versus "regular" exposure, and I thought a review focused on regular use would be helpful (see below).

A subset of the studies quantified the *intensity (frequency)* of each woman's exposure to talc to assess the importance of use patterns (e.g., if a single lifetime use or weekly, monthly, or daily use increased ovarian cancer risk) or *dose dependency (links between the number of exposures and cancer risk, e.g., if doubling exposure doubles risk)*. Further, a subset of studies stratified by cancer type (invasive vs. low malignant potential/borderline) and whether the risks varied by histological types including the four dominant types of serous, mucinous, clear cell, and endometrioid cancer.

Studies that provided data on the frequency of talc use and association by histologic type were included in a recent review, Woolen et al. 2022.

Quantifying Exposures
A large proportion of women will have used talcum powder products, highlighting the importance of this issue. However, publications that focus on women reporting "any" genital exposure to talc (i.e., talc at any point in life and for any duration) may be too broad to provide meaningful information. For example, "any use" will include women who applied talc powder products three times over five decades and women who used talc powder products daily, whose might have had 20,000 applications and exposures in comparison to three. Defining a variable as any use is the equivalent of creating a variable of any smoking use, that combines data on individuals who tried one cigarette in their life with individuals with 50 pack years of tobacco use. Combining data on women with infrequent or sporadic exposures with data from women with frequent, sustained use leads to imprecise results, masking any causal associations. Woolen et al limited their review to

18

studies that quantified the frequency of talc powder products as these studies contained the most informative data.

Summary of Data
I grouped the research studies below by their study design, Table 3. What follows is my review of the cohort studies, quantitative systematic review studies, and pooled data studies.

**Cohort Studies**
Four cohorts (The US Nurses' Health Study I, The US Nurses' Health Study II, The Women's Health Initiative and the Sister Study) have been utilized to study the relationship between the use of talcum powder products and ovarian cancer, and the five publications from these cohort studies are described below. O'Brien and colleagues performed a pooled analysis of genital powder use and ovarian cancer using data from the four cohort studies which is discussed below under pooled data studies.

**Gertig (2000)**
This first cohort study assessed the relationship between perineal talc and ovarian cancer within the context of the US Nurses' Health Study, a prospective study of 121,700 female registered nurses in the United States who were aged 30–55 years at enrollment in 1976. These are mostly premenopausal women. While talc exposure was not an initial part of the study, questions about talc, including measuring frequency of exposure, were added in 1982; a large subset of the cohort (78,630 women) completed these questions and were included in analyses. Among these women who were followed for 14 years, 307 were diagnosed with epithelial ovarian cancer. After adjusting for confounding variables, the *relative risk (RR)* of developing ovarian cancer (*the likelihood of ovarian cancer in talc users compared to nonusers, with higher RR meaning increased risk stronger association*) among daily users of talc was RR 1.12 (95% *confidence interval [CI]* 0.82, 1.55, *a measure of statistical uncertainty, with wider ranges indicating greater uncertainty*), which was not statistically significant. However, when results were classified by histologic subtype, the RR of invasive serous cancers was significantly elevated among any users of talc (RR 1.40, 95% CI 1.02, 1.9) and the RR of invasive serous cancer among daily users of talc was higher at RR 1.49 (95% CI 0.98, 2.3).

In this cohort study, the researchers assessed talc exposure before cancer diagnosis, avoiding the possibility of the recall bias of case-control studies. This was a strong strength of this study. A potential weakness was that frequency (i.e., daily) but not duration (number of years) of talc use was measured, so a clear lifetime exposure measure was missing. The researchers nonetheless quantified exposure at the time the talc questions were asked, which was probably strongly associated with prior use (i.e., an approximation on ongoing use). **This study provides strong evidence that perineal exposure to talc increases the risk of invasive serous ovarian cancer, particularly among daily users of talc, with about a 50% increased risk**, which is substantial and meaningful.

**Gates (2010)**
This study assessed the association between ovarian cancer risk factors and incidence of ovarian tumors by histological type using data from the US Nurses' Health Study combined with data from the Nurses' Health Study II, which included a second period of enrolling participants. Unfortunately, talc use was assessed only on the first survey and not assessed among patients enrolled in the Nurses' Health Study II. Thus, this extends the period of follow up from the initial NHS but does not include greater information about risk factors. Results were presented for any talc powder products use and not for frequency of use. **Thus, this report does not add to a meaningful assessment of the relationship between talc use and ovarian cancer because it used exactly the same patient group as Gertig (2000) but provided less information to quantify the frequency of talc use.**

19

Woolen et al. completed a systematic review in 2022 focused on summarizing publications that report on women who reported frequent genital talcum powder use, described in more detail below in the section analyzing systematic reviews. As part of that effort, Woolen was able to obtain and report previously unpublished follow up data from The Nurses' Health Study I cohort that describe women who reported frequent, approximately daily talc exposure (the same group as described above under Gertig but with a longer period of follow up). These results are highly relevant as they provide the most comprehensive follow up data to the largest cohort study where frequent talcum powder use was assessed. In the pooled analysis of the four cohorts, O'Brien et al did not include these data from the NHS I cohort on frequent talc users, but instead focused primarily on any use of talc in the NHS I cohort.

Detailed data of these long term follow up results from the NHS I cohort are included in the Supplemental tables of the Woolen systematic review and are included in the table below (Supplemental table 1 from Woolen).  Data were included from the highest reported talc use category to obtain as close to daily use as possible and the referent group were women who reported no talc exposure.  In summary, among all women who reported frequent talcum powder use, the adjusted Hazard Ratio is a significant 1.27 (95% CI 1.09, 1.49) and among all women who reported frequent talcum powder use with patent fallopian tubes, the adjusted Hazard Ratio is a significant 1.40 [95% CI 1.17, 1.68]

**Supplementary Table 1 from Woolen.** Hazard Ratios and 95% Confidence Intervals for the Association between Frequency of Genital Powder Use and Risk of Ovarian Cancer in the Nurses' Health Study

| | Person-time at risk[a] | Non-cases[a] | Ovarian cancer cases[a] | Crude Hazard Ratio (95% CI) | Adjusted Hazard Ratio[b] (95% CI) |
|---|---|---|---|---|---|
| **All women** | | | | | |
| Non-users | 1,263,610 | 46,786 | 706 | 1.00 | 1.00 |
| Less frequent users | 566,785 | 20,979 | 302 | 0.96 (0.84, 1.09) | 0.96 (0.84, 1.10) |
| Daily users | 300,402 | 11,290 | 216 | 1.27 (1.09, 1.48) | 1.27 (1.09, 1.49) |
| **Women with Patent Fallopian Tubes** | | | | | |
| Non-users | 838,445 | 31,040 | 475 | 1.00 | 1.00 |
| Less frequent users | 373,969 | 13,796 | 218 | 1.03 (0.88, 1.21) | 1.04 (0.88, 1.68) |
| Daily users | 196,578 | 7,355 | 157 | 1.40 (1.17, 1.67) | 1.40 (1.17, 1.68) |

[a]Among participants with complete covariate information. Includes all self-reported cases.
[b]Hazard ratios are adjusted for race/ethnicity (white, black, other), education ($\leq$high school, some college, $\geq$college graduate), BMI (as a restricted cubic spline), parity (0, 1, 2, 3+ births), ever oral contraceptive use, tubal ligation (yes/no), hysterectomy status (yes/no), menopausal status (pre or post-menopausal), ever hormone therapy use. All covariates correspond to status at time of genital powder assessment.
[f]Patency defined as having a uterus (i.e. no hysterectomy) and not having had a tubal ligation

**Houghton (2014)**
This study assessed perineal talc powder products use and risk of ovarian cancer in the Women's Health Initiative Observational study, in which postmenopausal women aged 50–79 were enrolled in a prospective cohort of women from 40 clinical centers across the United States in 1993–1998. Overall, 61,576 women were included in analyses, including 429 diagnosed with ovarian cancer. Perineal powder use was assessed at the start of the study. Participants were asked if they **ever used talc powder products** on their private parts (genital areas). Those who responded yes were asked about duration (years) of use. Women were followed for a mean of 12 years and the median age of participants was 63. **Talc powder products use was associated with a 12% increase in risk of ovarian cancer after accounting for covariates** (RR 1.12, 95% CI 0.92, 1.36). When limited to women who used perineal powder for 20 years or more, the RR was 1.10 (95% CI 0.82, 1.48). When limited to serous ovarian cancer, the RR was 1.13 (95% CI 0.84, 1.51.) **The primary limitation of the study was**

that frequency of talc powder products use was not assessed—and thus the authors could focus only on any **talcum powder use.** The imprecision in estimation of talcum powder exposure makes the results not terribly meaningful. The second and extremely important limitation was the relatively short follow-up of 12 years to identify ovarian cancer diagnoses.

**Gonzalez (2016)**

The Sister Study (2003–2009) followed 50,884 women ages 35 to 75 years in the US and Puerto Rico who had a sister diagnosed with breast cancer. After excluding participants who had bilateral oophorectomies, ovarian cancer, or were lost to follow-up, 41,654 participants were included. At baseline participants were asked about douching and talc use during the previous 12 months, and during follow-up (median of 6.6 years) 154 participants reported a diagnosis of ovarian cancer. The authors computed adjusted hazard ratios (HR) and 95% confidence intervals (CI) for ovarian cancer risk using the Cox proportional hazards model. The authors found no significant association between baseline perineal talc use and subsequent ovarian cancer (HR: 0.73 CI: 0.44, 1.2). **The primary limitations of this study are that the authors combined a large number of potential talc exposures into a single category, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Further, the authors categorized the exposure based on the 12 months prior to enrollment as a dichotomous ever/never.** Thus not only was it an ever versus never category, the ever category was extremely broad, making the lack of association less meaningful. Further, there are several other factors that make the results questionable, including the lower than expected proportion of women who report any exposure to talc powder products, and the lack of a validated approach to ascertainment of ovarian cancer.

**O'Brien (2024)**

The Sister Study (described in the previous paragraph) has been recently updated with re-evaluation of the association between talcum powder use and ovarian cancer among the Sister cohort (the publication also assessed other cancers that will not be addressed here.) This expands on the previous analysis in two important ways by 1) incorporating results of a fourth follow up questionnaire conducted in 2017-2019 that asked more detailed and granular questions about lifetime genital talcum powder use, and 2) the inclusion of newly diagnosed ovarian cancers through a longer period of follow up through September 2021 during which a larger number of additional ovarian cancer cases could accrue (see screen shot from publication below). These are very important updates. Whereas the initial report described 154 cases of ovarian cancer, the longer period of follow up of the cohort includes 292 cases, nearly twice as many ovarian cancer cases. Further, while the initial report describes an improbably low exposure of 14%, the updated analyses reflect exposure estimates of 35% - 56%, which are consistent with other sources of talcum powder exposure data. The authors primarily focused on ever versus never use but also considered frequency, duration, and timing of use.

Because women were surveyed during two very disparate periods of time, and because the newly acquired exposure data were susceptible to differential missingness by cancer status, the authors assessed the classification of women's exposure when either the reporting of their exposure differed between surveys or when women did not complete the second survey. The authors used quantitative bias analysis to estimate effects under several missingness assumptions and to predict the impact of errors in recall. In short, the broad approach the authors used to reconcile the inconsistencies with misclassification of exposures and missing data on exposures was to essentially estimate the extremes of possibility where the truth would lie somewhere between the extremes. For example, the authors estimated the impact if all women with missing exposure data on the follow up were non-exposed versus if all women with missing exposure data on the second follow up were exposed, and these extremes would demonstrate the range of possible results defined

21

by how women in the undefined category are classified. The true value of the exposure distribution would fall somewhere within this range and between the two extremes. Further, the authors used established techniques of multiple imputation to generate covariate-informed probabilistic imputations of the exposure status of participants who were undefined or missing. Lastly the authors accounted for potential bias in reporting of women on their exposures. To address this issue of misclassification of exposure, O'Brien et al considered a range of possible exposure misclassifications by both the cases and the controls and recalculated the results to show that even with a fairly large degree of exposure misclassification, the association between genital use of talcum powder products and ovarian cancer persists.

As noted by Harris et al in the accompanying editorial, comments with which I strongly agree, "[a]fter accounting for potential biases, O'Brien et al report a significant increase in ovarian cancer risk for genital powder use, with effect estimates that are in range with previous studies. The association is the strongest for genital powder exposure during the age ranges of 20s and 30s. . . ." Harris further goes on to note that even if there was "misreporting of the exposure [of genital powder use] in half of the cases [an extreme rate of misreporting], a significant increase in ovarian cancer risk is still observed, adding support to the plausibility of a true association between genital powder use and ovarian cancer risk."

For example, in the models adjusted for exposure misclassification, genital talc use was positively associated with ovarian cancer (HR range, 1.17-3.34), with higher rates seen for frequent and long-term users. Using recall bias corrected hazard ratios, the association between genital talc use and ovarian cancer was higher for frequent users (HR 1.81 [95% CI, 1.29 to 2.53]) and long-term users (HR 2.01 [95% CI, 1.39 to 2.91]), compared with never users (P for trend .001.) The results for frequent users were consistent with Woolen (2022). Analyses jointly considering patency and genital talc use relative to never use, showed a potentially stronger association with ovarian cancer among women who used while patent (HR, 1.55 [95% CI, 1.14 to 2.09]). Associations between genital talc use and ovarian cancer remained positive, though attenuated, in most plausible bias corrected quantitative bias analyses addressing missing data biases and potential differential reporting of genital talc use by ovarian cancer status. These findings strongly support that there is a positive association between genital talc use and development of ovarian cancer.

The predictive modeling and sensitivity analyses that were performed were extensive, thoughtful and consistent with well accepted methodology and provide compelling evidence that in this large cohort study, now with better exposure assessment and longer follow up, exposure to talcum powder products is associated with ovarian cancer.



**FIG 1.** (A) Flowchart and (B) timeline describing characteristics and questionnaire data from Sister Study participants included in the quantitative bias analysis of intimate care product use and incidence of female hormone–related cancers.

**Cohort Studies: Summary**

Analyses of data from the US Nurses' Health study (including the longer years of follow up) and from the recently updated results from the Sister Study (also with a longer period of follow up combined with updated

exposure assessment) strongly support that genital exposure to talcum powder significantly increases the risk of ovarian cancer. These results are consistent. While the WHI study does not demonstrate a statistically significant association, the short period of follow up and limited exposure information, as described above, are acknowledged limitations and would tend to bias the results toward the null.

### Systematic Reviews

Ten systematic reviews, and a single systematic review of systematic reviews, that quantitatively summarized the relationship between talc and ovarian cancer, are summarized below. These reviews were completed using various subsets of the full list of publications. The reviews are presented with the most recent first, because the more recent studies tended to be more complete, comprehensive and the most methodologically rigorous.

### Woolen (2022)

Woolen et al. completed a systematic and quantitative meta-analytic review of the relationship between regular use of talcum powder products and ovarian cancer. This research was motivated by my earlier work reviewing the talcum powder literature, as I identified a gap in evidence focused on women who used talcum powder products regularly. I was a collaborator on this research, but the lead first author researcher and the biostatistician were not involved in the talc litigation in anyway. As noted by the authors, "A systematic review and meta-analysis was conducted according to meta-analysis of observational studies in epidemiology guidelines. The study protocol was prospectively registered at PROSPERO (registration number CRD42020172720). Searches were performed in PubMed, Embase, Web of Science, and Cochrane Central Register of Controlled Trials databases from their inception to August 2, 2021. Case-control and cohort studies were included if they reported frequent perineal talcum powder use and an adjusted odds ratio or hazard ratio for ovarian cancer. Review for inclusion, data extraction, and quality assessment (using the Newcastle-Ottawa Scale [NOS]) were performed independently by two reviewers. Pooled adjusted odds ratios with 95% confidence intervals were generated from the random effects model. Heterogeneity was quantified with $I^2$ statistic. Funnel plot and Eger's test were performed to assess publication bias. Subgroup and sensitivity analyses were performed for testing the robustness of the overall findings."

"The Initial database searches returned 761 unique citations and after review, eleven studies describing 66,876 patients, and 6542 cancers were included (Cohen's κ = 0.88). Publication quality was high (median NOS = 8, range: 4 to 9). Frequent talcum powder use was associated with an elevated risk of ovarian cancer (adjusted pooled summary odds ratio 1.47 (95% CI 1.31, 1.65, P<0.0001). There was no evidence of bias and low heterogeneity ($I^2$= 24%, P=0.22). There was no meaningful difference limiting analysis to publications with a NOS quality score of 8 or 9 or limiting studies based on study design." This review suggests an increased risk of ovarian cancer associated with frequent perineal powder exposure of 31-65%.

### Taher (2019)

This is a comprehensive systematic review of the association between any perineal use of talcum powder products and ovarian cancer. The authors identified 30 studies (4 cohort and 26 case control studies), and a subset of 27 were included in their analysis as having reported between ever use of perineal talc and ovarian cancer. They found a positive association between any perineal use of talc powder products and ovarian cancer (OR 1.28 [95% CI 1.20, 1.37.]) They also performed several subgroup analysis, focusing on frequency and duration of use, tumor histology, type of use, period of use and menopausal status. They also analyzed by the quality assessment of the study (they found no association). The notable subgroup analyses showed greater risk with high frequency of talc use, reflecting approximately daily use (OR 1.39 [95% CI 1.22, 1.58]), elevated risks for Serous cancer (OR 1.38 [95% CI 1.22, 1.56]) and Endometrioid cancer (OR 1.39 [95% CI 1.05,

1.82]) and that certain patient groups had higher risk (for example, among post menopausal women using hormone replacement the OR was 2.28 [95% Ci 1.72, 3.01]). They found the results of the different studies were inconsistent with respect to identifying a dose response, but identified a possible trend with increasing ovarian cancer risk with increasing cumulative (lifetime) exposure – noting however that there was heterogeneity among studies. They also described animal studies which supportive oxidative stress, immune system alterations and inflammatory responses as being possible mechanisms for cancer development.

**Penninkilampi (2018)**

This comprehensive systematic review of the association between any genital use of talcum powder products and ovarian cancer conducted a stratified analyses showing the association by frequency of talc use and histologic cancer subtype. The methods of the study are well described. The researchers identified studies using six electronic databases and reviewed publications with 50 or more cases of ovarian cancer. They identified 24 case-control studies describing 13,421 cases and the three cohort studies (890 cases, 181,860 person-years) described above. Any reported use of perineal talc powder products was associated with increased risk of ovarian cancer compared to no use (OR = 1.31; 95% CI 1.24, 1.39). Women with more than 3600 lifetime applications had slightly higher risks (OR = 1.42; 95% CI 1.25, 1.61). Women who reported long-term (>10 years) talc use also had an increased risk (OR 1.25; 95% CI = 1.10, 1.43). The association between any talcum powder product exposure and ovarian cancer was limited to studies that used a case-control design.

The cohort studies showed an increased risk of serous invasive cancer subtypes for perineal talc use compared to no use (OR = 1.25; 95% CI = 1.01, 1.55). While serous and endometrioid cancer were associated with talcum powder products use, no association was seen with mucinous or clear cell cancers. The review authors concluded, from the data, that perineal talcum powder use and ovarian cancer were consistently associated, with a slightly higher risk in women who report greater usage. Some variation in the magnitude of the effect of talcum powder products was found when considering the study designs and ovarian cancer subtypes. Several minor issues are that Penninkilampi may have included some groups of patients more than once in analyses and did not include updated data or previously unpublished data available from a research consortium on ovarian cancer. However, these concerns are unlikely to have had a significant impact on estimates.

**Berge (2018)**

This large, comprehensive systematic review of the association between genital use of talc powder products and ovarian cancer also had well-described methods. Berge reviewed and abstracted data for 27 publications and reported an overall summary estimate of the association between talc exposure and ovarian cancer. For six of the reviewed studies, Berge included data published in a pooled data analysis, from Terry [69] described below) that had not been previously included in the original publications. Overall, data on 15,230 women with ovarian cancer were analyzed (a number that is incorrectly reported in the paper). This is slightly higher than the number included in Penninkilampi because of the additional patients from the Terry publication. The summary estimate for risk of ovarian cancer for women who ever used genital talc was RR 1.22 (95% CI 1.13, 1.30). When stratified by histologic type, serous carcinoma was the only type with a significant association to talc use (RR 1.24, 95% CI 1.15, 1.34). There was no difference in risk when tumors were categorized as invasive versus borderline.

To assess relationships among ovarian cancer and intensity and duration of use, these measures were analyzed separately rather than as a combined measure that would give an estimate of the total number of exposures. Nonetheless, the authors found statistically significant relationships with both frequency and duration of use: " The results of the analysis by duration and frequency of genital talc use are reported in

Table 3. A 10-year increase in genital talc use was associated with a RR of 1.16 (95% CI 1.07-1.26; 12 studies), whereas the RR for an increase of one application per week was 1.05 (95% CI 1.04-1.07; 7 studies). " This means that per each additional application per week the relative risk of cancer increased 5 percent, meaning that frequent and daily use would be associated with approximately a 35% increase in cancer risk (RR aproximately 1.35.)

The authors also stratified the results by the study design (as did Penninkilampi) and found that the association between talc exposure and ovarian cancer was significant only for the case-control studies, although, as above, the cohort studies had the weakest definition of exposure. The primary limitation of the review is defining exposure as ever having used talc. As described above, this is a broad, vague definition that probably dilutes any estimated association, as it includes both women with trivial use and with regular use. A second limitation is that the included studies adjusted for a variety of covariates although this is unavoidable in this type of summary. The large difference in general between adjusted and crude results emphasizes the importance of adjustments when estimating particular risk.

### Langseth (2008)

This systematic review of the association between genital use of talc powder products and ovarian cancer included 21 publications. The overall pooled odds of cancer were OR 1.35 across all studies. Several authors of this systematic review were involved in an IARC report on talc exposure. They analyzed a subset of eight studies used in the IARC report that were considered to be the most informative for estimating ovarian cancer risk. Analysis of these more relevant, <u>higher quality studies, produced an increased ovarian cancer risk of 30 to 60% (presumably OR 1.3–1.6) associated with talcum powder use.</u> This subset analysis did not document a dose response or assess associations by cancer types.

### Huncharek (2007)

Huncharek summarized the results of nine studies that reported on the association between talc used on contraceptive diaphragms and ovarian cancer. No data on perineal talc exposure were analyzed and the data are not included herein. Of note, the reported methodological details suggest a very poorly designed and conducted study. Some of the included papers do not even mention talcum powder products used with diaphragms. This systematic review is poor quality.

### IARC (2010)

Beginning in 1969 the International Agency for Research on Cancer (IARC) began a program to critically review the data on the carcinogenic risk of chemicals to humans. They subsequently expanded their reviews to included evaluation of carcinogenic risks associated with a range of exposures (including risks associated with biological and physical agents, lifestyle factors, complex mixtures of exposures, occupations, etc.) The purpose of the IARC program is to elaborate and publish detailed monographs including critical review of data, to evaluate human risks, and to indicate where uncertainty exists and where additional data are needed. They also give an overall assessment of the strength of the associations. It is worth noting that the individuals who contribute to IARC reports (the Working Group) include extremely knowledgeable and unbiased scientists who have specific content expertise and who have no apparent conflicts of interest. Invited specialists and representatives from international health agencies are brought in to supplement the scientific experts. In their evaluation, they heavily weight whether data support a conclusion of causality. They score evidenced into four categories, ranging from a) evidenced suggesting lack of carcinogenicity; b) inadequate evidence of carcinogenicity c) limited evidence of carcinogenicity and d) sufficient evidence of carcinogenicity. Category c is used when there is possibly carcinogenicity, and this category is not used lightly. An exposure meets category c if there is a positive association between observed exposure to the agent and cancer for which a

25

causal interpretation is considered by the Working Group to be credible, but chance of bias or confounding could not be ruled out. They further categorize agents into 3 groups: Group 1, corresponding to d above (sufficient evidence), the agent is carcinogenic to humans; Group 2, which includes 2A (the agent is probably carcinogenic) and 2B: the agent is possibly carcinogenic to humans. A review focused on the risks associated with carbon black, titanium oxide and talc was published in 2006. The review included a detailed review of the individual studies examining perineal talc use as a risk factor for cancer. IARC concluded that perineal use of talc-based body powder is possibly carcinogenic to humans (Group 2B)

### Huncharek (2003)

This review of 16 studies assessed the relationship between genital exposure to talc and ovarian cancer using data for 5260 women with cancer and 6673 controls. The pooled OR for ever being exposed to perineal talc powder products was 1.33 (95% CI 1.16, 1.45). Small differences were observed in the estimated ORs by whether controls in the case-control studies were from hospital populations (OR 1.19, 95% CI 0.99, 1.4), or the general population (OR 1.38, 95% CI 1.25, 1.52). I believe these differences are small. In general, in case-control studies, population controls are likely more relevant and valid. However, as with several of the other reviews, talcum powder exposure was assessed as any exposure rather than quantifying by intensity. No stratification by tumor subtype or invasiveness was performed.

### Gross (1995)

Gross reviewed 10 studies on the association between talc exposure and ovarian cancer using data on 1333 women with cancer and 2362 without cancer. To summarize the RR of malignant epithelial cancer types due to any exposure to talc, adjusting for ovarian cancer risk factors, the authors combined results from five studies for OR 1.29 (95% CI 1.02, 1.63). For an analysis of all cancers (borderline and invasive), they included data from seven studies for a similar OR of 1.31 (95% CI 1.08, 1.58). Notably, the authors did not provide any methodological details of how they identified, assessed, and combined studies, making the results difficult to fully interpret. As with several of the other reviews, they assessed any exposure to talc.

### Harlow (1992)

Harlow reviewed five previously published studies and summarized an OR, not adjusted for confounding factors, and added his own data for a crude estimated OR of 1.3 (95% CI 1.1, 1.6). Unfortunately, no methodological details were provided on how studies were identified, assessed, and combined or how exposure was defined, making the results difficult to fully interpret. Further, only the combined, estimated, non-adjusted crude OR was reported. Of note, the results of the five published studies used in the review (in contrast to the summary) are well described and of good methodological quality.

### Tanha (2021)

Tanha and colleagues completed a large review of systematic reviews to identify and quantify the most important factors associated with ovarian cancer found in systematic reviews "A comprehensive systematic literature search was performed to identify all published systematic reviews and meta-analysis on associated factors with ovarian cancer. Web of Science, Cochrane Library databases, and Google Scholar were searched up to 17th January 2020. This study was performed according to Smith et al. methodology for conducting a systematic review of systematic reviews. Twenty-eight thousand sixty-two papers were initially retrieved from the electronic databases, among which 20,104 studies were screened. Two hundred seventy-seven articles met the inclusion criteria." The authors found that perineal talc use, significantly increase the risk of ovarian cancer, and the excess risk was greater than nearly all other assessed ovarian cancer risk factors. They report a summarized OR = 1.30 (95% CI 1.24, 1.36) and RR = 1.25 (95% CI 1.18, 1.33).

26

Table 3. List of published studies, sorted by study design

| | Study Type | Year | Author | Journal | Title |
|---|---|---|---|---|---|
| 1 | Cohort | 2000 | Gertig | J Natl Cancer Inst | Prospective study of talc use and ovarian cancer (in the Nurses' Health Study) |
| 2 | Cohort | 2010 | Gates | Am J Epidemiol | Risk factors for epithelial ovarian cancer by histologic type; US Nurses Health Study |
| 3 | Cohort | 2014 | Houghton | J Natl Cancer Inst | Perineal powder use and risk of ovarian cancer: Results from the Women's Health Initiative |
| 4 | Cohort | 2016 | Gonzalez | Epidemiology | Douching, talc use and risk of ovarian cancer: Results from the Sister Study |
| 5 | Cohort | 2024 | O'Brien | J Clinical Oncology | Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis |
| 6 | Systematic Rev. | 1992 | Harlow | Obst Gyn | Perineal exposure to talc and ovarian cancer risk |
| 7 | Systematic Rev. | 1995 | Gross | J Expo Anal Env Epid | A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer |
| 8 | Systematic Rev. | 2003 | Huncharek | Anticancer Res | Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies |
| 9 | Systematic Rev. | 2007 | Huncharek | Eur J Cancer Prev | Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. |
| 10 | Systematic Rev. | 2008 | Langseth | J Epid Community Health | Perineal use of talc and risk of ovarian cancer. |
| 11 | Systematic Rev. | 2010 | IARC | IARC Monographs | IARC monographs on the evaluation of carcinogenic risks to humans: Carbon black, titanium dioxide, and talc |
| 12 | Systematic Rev. | 2017 | Berg | European J of Can Prev | Genital use of talc and risk of ovarian cancer: A meta-analysis |
| 13 | Systematic Rev. | 2018 | Penninkilampi | Epidemiology | Perineal talc use and ovarian cancer: A systematic review and meta-analysis. |
| 14 | Systematic Rev. | 2019 | Taher | Reproductive Toxicology | Critical review of the association between perineal use of talcum powder and risk of ovarian cancer |
| 15 | Systematic Rev | 2021 | Tanha | J Ovarian Ca Research | Investigation on factors associated with ovarian cancer: an umbrella review of systematic review and meta-analyses |
| 16 | Systematic Rev. | 2022 | Woolen | J of General Int Medicine | Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis |
| 17 | Pooled Data | 2013 | Terry | Cancer Prev Res | Genital powder use and risk of ovarian cancer: a pooled analysis of 8525 cases and 9859 controls |
| 18 | Pooled Data | 2016 | Cramer | Epidemiology | The association between talc use and ovarian cancer- A retrospective case- control study in two US states |
| 19 | Pooled Data | 2020 | O'Brien | JAMA | Association of Powder Use in the Genital Area with Risk of Ovarian Cancer |
| 20 | Pooled Data | 2021 | Davis | Cancer Epid Biomark Prev | Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium |
| 21 | Case-Control | 1982 | Cramer | Cancer | Ovarian cancer and talc: A case control study |
| 22 | Case-Control | 1983 | Hartge | JAMA | Talc and ovarian cancer |
| 23 | Case-Control | 1988 | Whittemore | Am J Epidemiol | Personal and environmental characteristics related to epithelial ovarian cancer. Exposures to talcum powder, tobacco, alcohol, and coffee |
| 24 | Case-Control | 1989 | Harlow | Am J Epidemiol | A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc |
| 25 | Case-Control | 1989 | Booth | BR Cancer | Risk factors for ovarian cancer: a case-control study |
| 6 | Case-Control | 1992 | Harlow | Obstet Gynecol | Perineal exposure to talc and ovarian cancer risk |
| 26 | Case-Control | 1992 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 27 | Case-Control | 1992 | Chen | Int J Epidemiol | Risk factors for epithelial ovarian cancer in Beijing, China |
| 28 | Case-Control | 1993 | Tzonous | Int J Cancer | Hair dyes, analgesics, tranquilizers, and perineal talc application as risk factors for ovarian cancer |
| 29 | Case-Control | 1995 | Purdie | Int J Cancer | Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study |
| 30 | Case-Control | 1996 | Shushan | Fertil Steril | Human menopausal gonadotropin and the risk of epithelial ovarian cancer |
| 31 | Case-Control | 1997 | Chang | Cancer | Perineal talc exposure and risk of ovarian carcinoma |
| 32 | Case-Control | 1997 | Cook | Am J Epidemiol | Perineal powder exposure and the risk of ovarian cancer |
| 33 | Case-Control | 1998 | Green | In J Cancer | Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. |
| 34 | Case-Control | 1998 | Godard | Am J Obstet Gynecol | Risk factors for familial and sporadic ovarian cancer among French Canadians: A case-control study |
| 35 | Case-Control | 1999 | Cramer | International J of Cancer | Genital talc exposure and risk of ovarian cancer |
| 36 | Case-Control | 1999 | Wong | Obstet Gynecol | Perineal talc exposure and subsequent epithelial ovarian cancer: A case-control study |
| 37 | Case-Control | 2000 | Ness | Epidemiol | Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer |
| 38 | Case-Control | 2004 | Pike | Fertil Steril | Hormonal factors and the risk of invasive ovarian cancer: A population based case control study |
| 39 | Case-Control | 2004 | Mills | Am J Epidemiol | Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California |
| 40 | Case-Control | 2008 | Goodman | Endcor Relat Cancer | Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk |
| 41 | Case-Control | 2008 | Gates | Cancer Epid Bio Prev | Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer |
| 42 | Case-Control | 2008 | Merritt | Int J Cancer | Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer |
| 43 | Case-Control | 2009 | Moorman | Am J Epidemiol | Ovarian cancer risk factors in African-American and white women |
| 44 | Case-Control | 2009 | Wu | Int J Cancer | Markers of inflammation and risk of ovarian cancer in Los Angeles County |
| 45 | Case-Control | 2011 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 46 | Case-Control | 2012 | Lo-Cignaic | Epidemiol | Aspirin, non-aspirin non-steroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer |
| 47 | Case-Control | 2012 | Kurta | Cancer Epid Bio Prev | Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study |
| 48 | Case-Control | 2015 | Wu | Cancer Epid Bio Prev | African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic whites after considering nongenetic risk factors and oophorectomy rates |
| 49 | Case-Control | 2016 | Schildkraut | Cancer Epid Bio Prev | Association between body powder use and ovarian cancer: the African American Cancer |

Table 4. List of published studies Including the number of cancers and controls/cohort size.

|    | Study Type | Year | Author | Cancers | Controls or Cohort Size |
|----|-----------|------|--------|---------|-------------------------|
| 1  | Cohort Study | 2000 | Gertig | 307 | 78,630 |
| 2  | Cohort Study | 2010 | Gates | 797 | 108,073 |
| 3  | Cohort Study | 2014 | Houghton | 427 | 61,576 |
| 4  | Cohort Study | 2016 | Gonzalez | 154 | 41,654 |
| 5  | Cohort Study | 2024 | O'Brien | 292 | 40,536 |
| 6  | Systematic Review | 1992 | Harlow * | 1,106 | 1,756 |
| 7  | Systematic Review | 1995 | Gross | 1,333 | 2,362 |
| 8  | Systematic Review | 2007 | Huncharek | 1,858 | 2,830 |
| 9  | Systematic Review | 2003 | Huncharek | 5,260 | 6,673 |
| 10 | Systematic Review | 2008 | Langseth | NR | NR |
| 11 | Systematic Review | 2010 | IARC | NR | NR |
| 12 | Systematic Review | 2017 | Berg | 15,230 | NR |
| 13 | Systematic Review | 2018 | Penninkilampi | 14,311 | NR |
| 14 | Systematic Review | 2019 | Taher | 17301 | NR |
| 15 | Systematic Review | 2013 | Tanha | 50,028 | 218166 |
| 16 | Systematic Review | 2016 | Woolen | 6,542 | 66,876 |
| 17 | Pooled Data | 2013 | Terry | 4,472 | 6,175 |
| 18 | Pooled Data | 2016 | Cramer | 2,041 | 2,100 |
| 19 | Pooled data | 2020 | O'Brien | 2.168 | 252,745 |
| 20 | Pooled Data | 2021 | Davis | 3420 | 7881 |
| 21 | Case-Control | 1982 | Cramer | 215 | 215 |
| 22 | Case-Control Study | 1983 | Hartge | 135 | 171 |
| 23 | Case-Control Study | 1988 | Whittemore | 188 | 539 |
| 24 | Case-Control Study | 1989 | Harlow | 116 | 158 |
| 25 | Case-Control Study | 1989 | Booth | 235 | 451 |
| 6  | Case-Control Study | 1992 | Harlow | 235 | 239 |
| 26 | Case-Control Study | 1992 | Rosenblatt | 77 | 46 |
| 27 | Case-Control Study | 1992 | Chen | 112 | 224 |
| 28 | Case-Control Study | 1993 | Tzonous | 189 | 200 |
| 29 | Case-Control Study | 1995 | Purdie | 824 | 860 |
| 30 | Case-Control Study | 1996 | Shushan ** | 200 | 408 |
| 31 | Case-Control Study | 1997 | Chang | 367 | 564 |
| 32 | Case-Control Study | 1997 | Cook | 313 | 422 |
| 33 | Case-Control Study | 1998 | Green | 824 | 855 |
| 34 | Case-Control Study | 1998 | Godard | 170 | 170 |
| 35 | Case-Control Study | 1999 | Cramer | 563 | 523 |
| 36 | Case-Control Study | 1999 | Wong*** | 499 | 755 |
| 37 | Case-Control Study | 2000 | Ness | 767 | 1,367 |
| 38 | Case-Control Study | 2004 | Pike | NA | NA |
| 39 | Case-Control Study | 2004 | Mills | 256 | 1,122 |
| 40 | Case-Control Study | 2008 | Goodman | 367 | 602 |
| 41 | Case-Control Study | 2008 | Gates | NA | NA |
| 42 | Case-Control Study | 2008 | Merritt | 1,576 | 1,509 |
| 43 | Case-Control Study | 2009 | Moorman | 1,086 | 1,057 |
| 44 | Case-Control Study | 2009 | Wu | 609 | 688 |
| 45 | Case-Control Study | 2011 | Rosenblatt | 812 | 1,313 |
| 46 | Case-Control Study | 2012 | Lo-Cignaic | 902 | 1,802 |
| 47 | Case-Control Study | 2012 | Kurta | 902 | 1,802 |
| 48 | Case-Control Study | 2015 | Wu | 1,701 | 2,391 |
| 49 | Case-Control Study | 2016 | Schildkraut | 584 | 745 |

28

**Systematic Reviews: Summary**

**The systematic reviews provide a remarkably consistent estimate of an approximately 30% increase in the risk of ovarian cancer associated with any talc powder products use, with up to a 65% increase among frequent users of talc powder products**.  The studies summarized in the systematic reviews reported consistent results with little variability and closely overlapping estimates for ovarian cancer risk due to talc use. Further, the reviews suggest that the risks are greater for invasive serous cancer. I believe Penninkilampi provides a comprehensive and high quality review and his estimate is that women who regularly use talc powder products, defined as >3600 lifetime applications, have a 40% increased risk of ovarian cancer compared to women with no regular talc power product use. The association was significant for serous cancers. Similarly, Woolen provides a high quality review with similar results suggesting an increased risk of ovarian cancer associated with frequent perineal powder exposure of 31-65%.

<u>Pooled Data</u>
Three large studies pooled data from several studies. They are worth describing separately because of their larger sample size, and different methodology of combining studies. Each contain contributing case-control and/or cohort studies.

### Terry (2013)
This report pooled data on ovarian cancer patients from a national research consortium and assessed the relationship between talc powder products exposure and ovarian cancer by histologic subtype and invasiveness. Data were from eight case-controlled studies and importantly included previously unpublished data. The authors tried to unify definitions across the studies, but the definitions nonetheless varied widely. The prevalence of genital powder use in the controls varied widely across participating study sites, ranging from 15%–45%, suggesting either large variations in the underlying populations or, probably more likely, variation in the definition of powder use that led to these differences.

The data were for a total of 8525 cases and 9859 controls in the primary analysis. The authors found that **genital talcum powder use was associated with an approximately 24% increased risk of epithelial ovarian cancer (OR 1.24, 95% CI 1.15, 1.33).** When stratified by cancer type, the risk was increased for all cancers except mucinous cancer. Risks were approximately equally elevated for invasive and borderline tumors. They used a subset of patient data to determine RR of ovarian cancer for the highest talcum powder users, measured as cumulative lifetime perineal applications (defined as applications per month and months of the year). They also considered age (inclusion in the highest user group required more use at age 70 than age 40) and assessed risk of cancer among the highest users. **The odds of cancer in the highest talc exposure category was higher than for women who ever used talc (OR 1.37, 95% CI 1.19, 1.58).** A significant dose response was seen when data on all patients were analyzed, with greater exposure leading to greater risk.

### Cramer (2016)
Cramer conducted several case-control studies on the relationship between genital talc powder use and ovarian cancer. He pooled data from a large number of these studies, described as reflecting study enrollment in 1992–1997, 1998–2002, and 2003–2008. This publication reports the analysis of pooled data from these separate enrollment phases and a more detailed characterization of those data. Cases were women who resided in Eastern Massachusetts and New Hampshire diagnosed with epithelial ovarian cancer between the ages of 18 and 80. Controls were women identified through random-digit dialing, driver's license lists and town resident lists. Women were interviewed in person, and details of talc use were elicited including the number of applications per month (allowing assessment of frequency of use), timing of use, and lifetime

exposures. These descriptions gave far greater detail than most other reports and are thus an important contribution to the field. Further, more demographic, and clinical history were obtained and described in these enrollments than for other reviewed studies. This report gave associations from pooled data for 2041 cases and 2100 controls. The larger size of the population, unified variables, and greater detail about cases and controls allowed a larger number of stratifications than other studies.

Overall, genital talc use was associated with an OR of 1.33 (95% CI 1.1.6, 1.52). An important observation was that risk decreased with time since last use. Thus, how often women regularly used talcum powder (daily, or weekly or monthly) was meaningful for predicting ovarian cancer risk, but not if the women had not used talcum powder for 5 or more years. **Women who reported using talcum powder daily (>30 applications per month) had an OR of 1.46 (95% CI 1.2, 1.78)**. Of note, among women in the ovarian cancer case group who used talcum powder, daily was the most commonly reported frequency of use**. When analysis used data on women who reported their total number of talcum powder applications, those in the highest group category (>7200 lifetime applications, the equivalent of 20 years of daily application) had an OR for ovarian cancer of 1.49 (95% CI 1.06, 2.1).**

Cramer conducted detailed analysis of factors that could influence/interact with the association between talcum powder and ovarian cancer. Some of the results are quite striking. First, a very strong interaction with race was noted. **African-American women seem to be at a particularly elevated risk of ovarian cancer following talcum powder exposure (OR 5.08, 95% CI 1.32, 19.6) compared with white women (OR 1.35, 95% CI 1.17, 1.55).** This finding calls for greater research given the higher incidence, and poorer outcomes among African American women. Asian women seem to be at reduced risk (OR 0.04, 95% CI 0.01, 0.34). **Analysis showed a strong relationship with menopausal status and use of hormone replacement therapy.** ORs were significantly increased in premenopausal women (OR  1.41, 95% CI 1.13, 1.75) and **postmenopausal women who used hormone treatment (OR 2.21, 95% CI 1.63, 3.0).** Postmenopausal women who did not use hormone therapy were not at increased risk of ovarian cancer (OR 1.0, 0.68, 1.49). **Interestingly, the risk of ovarian cancer among postmenopausal hormone-treatment users was elevated only if they used hormones before hysterectomy and tubal ligation but risk was substantial (OR 3.49, 95% CI 1.39, 8.75) if talcum powder was used before these surgeries (OR 5.85, 95% CI 2.89, 11.9) compared to talcum powder use both before and after surgery.**

These findings merit further assessment in other populations but raise the possibility that estrogen is important in ovarian carcinogenesis. The authors also stratified analyses by histologic type and found that the relationship between ovarian cancer and frequency of talcum powder use was significantly elevated for invasive and borderline serous cancer and invasive endometrioid cancer, but not for mucinous, clear cell or mucinous borderline cancer. **Among the most frequent users of talc the adjusted OR for invasive serous cancer is 1.54 (95% CI 1.15, 2.07).** This relationship was even stronger among premenopausal women (OR 1.85, 95% CI 1.21, 2.8) compared to postmenopausal women (OR 1.33, 95% CI 0.96, 1.85).

### O'Brien (2020)

O'Brien and colleagues performed a pooled analysis of powder use and ovarian cancer using data from the four cohort studies that assessed exposure to perineal powder. Data were included from the "Nurses' Health Study (enrollment 1976; follow-up 1982-2016; n = 81 869), Nurses' Health Study II (enrollment 1989; follow-up 2013-2017; n = 61 261), Sister Study (enrollment 2003-2009; follow-up 2003-2017; n = 40 647), and Women's Health Initiative Observational Study (enrollment 1993-1998; follow-up 1993-2017; n = 73 267)." **They report a hazard ratio of 1.08 [95%CI, 0.99 to 1.17] among women who  ever versus never used powder.** In order to harmonize the measurement of the exposure across the studies, they primarily focused on quantifying the

association between ever versus never use of powder products and ovarian cancer. **They performed a number of subgroup analyses, including use among women with intact genital tracts (HR for the association between ever use of powder in the genital area and ovarian cancer risk among women with a patent reproductive tract was 1.13 (95%CI, 1.01 to 1.26), and they created a subgroup to look at frequent uses and assessed the association between powder use >= 1 x per week as HR = 1.19 (1.03 to 1.37).** There are several limitations of the pooled study, many highlighted by the letters to the editor written in response to the publication [Cramer; Harlow, Murray, and Rothman]. Rothman, a well-respected epidemiologist, and methodologist co-authored one of the letters to the editor written in response to this publication that argued the publication shows the association between perineal powder exposure and ovarian cancer. The primary limitation of O'Brien et al is the focus on *any* talcum powder use (a non-specific exposure that combines women across a very broad range of exposures). Although the authors looked at frequent use greater or equal to 1 x per week, only two studies contributed meaningfully to this estimate (NHS I and Sisters Study.) The Women's Health Initiative did not ask about frequency of use so the data from that study could not be included in the assessment of powder use >=1 x per week. Further the NHS II study had a very short period of follow up after adding the question of talcum powder use to their survey - fewer than 10% the person-time at risk and < 6% the number of ovarian cancer cases compared with the NHS I. This means the NHSII contributed few meaningful data. Further, although the Sister Study is included, this study asked about exposure in two discreet periods of time that may not reflect overall use and included in their assessment of exposure, sanitary pad application of powder. This is not generally included with perineal exposures. Thus O'Brien used few data from the cohort studies to answer this question about the use of powder and ovarian cancer. Other limitations of their pooled study included inconsistency in the exposure (lack of specificity of the type of powder used - none of the cohorts asked whether talcum powder or cornstarch was used), and the extended time period between when talc use was assessed and assessment of cancer outcomes (leading to a selection bias known as depletion of susceptibles). This pooled data has limited usefulness in assessing the relationship between talcum powder use and ovarian cancer, in large part because it ignored most of the published literature.

### Davis (2021)

Davis and colleagues completed a pooled data study to specifically address risk among African American women. Genital powder use is higher among African American compared with women (36% vs 30%,) and therefore it is particularly important to assess the risk of ovarian cancer in African American women exposed at higher rates. Recent research suggests the elevation in ovarian cancer risks associated with talcum powder exposure is similar in African American and white women. The Ovarian Cancer in Women of African Ancestry (OCWAA) consortium was established with the objective to understand racial differences in risk and outcomes associated with epithelial ovarian cancer. Using five of the eight OCWAA studies that collected data on body powder use, Davis et al. evaluated the association between exposure of talcum powder products and ovarian cancer. The study included four population-based case-control studies (the North Carolina Ovarian Cancer Study, Los Angeles County Ovarian Cancer Study, Cook County Study and African American Cancer Epidemiology Study) and a nested case-control study within the WHI Observational Study. Genital powder use was assessed prior to 2014 and ovarian cancer risks by race were assessed using logistic regression. Ever use of genital powder was associated with an elevated odds of ovarian cancer among African American women [OR = 1.22; 95% confidence interval (CI) = 0.97-1.53] and White women (OR = 1.36; 95% CI = 1.19-1.57). In African American women, the positive association with risk was greater among high-grade serous tumors (OR = 1.31; 95% CI = 1.01-1.71) whereas among White women the risks did not vary by histology.

### Pooled Data Studies: Summary

The increased risk of ovarian cancer associated with talc use was estimated at around 20%-40% across studies. The increased risk for serous cancer was even higher. The increased risk of ovarian cancer associated with

powder use was around 13% in the pooling of data from the cohort study among women with intact fallopian tubes, however this reflects ever talc use, and the details of this study reveal many biases that would be expected to underestimate risk (e.g., biases toward the null). African American and white women have similar elevated risks associated with talcum powder exposures although the association with serous tumors in particular was higher in African American women.

#### Case-Control Trials

A large number of case-control studies are published—too many to dedicate a paragraph to summarizing the methods of each. The studies are listed in Tables 3 and 4. I carefully read and reviewed each study. All but two demonstrated a positive association (OR > 1) between any talc powder products use and ovarian cancer, with ORs ranging from 0.73–3.9 across studies. The measure of the association across these studies is best summarized using quantitative meta-analytic techniques, as done in the systematic reviews described above.

### V. Health Canada Screening Assessment (2021)

The Canadian Minister of the Environment and the Minister of Health conducted a detailed and comprehensive assessment of whether the genital use of talcum powder caused ovarian cancer, including a Bradford Hill analysis. The assessment focused on the health effects of cosmetic-grade talc and did not consider potential impurities such as asbestos (thus they didn't consider the even greater risks associated with talc as it is now known to contain asbestos and/or asbestiform talc as described above). The ecological portion of the assessment was subject to an external peer review and a 60-day public comment period. The human health portion of this assessment underwent external peer review and/or consultation. Health Canada reached similar conclusions as described in this report. The authors concluded that the available data are indicative of a causal effect. They describe factors that strongly supported their conclusion including 1) the strength of the epidemiological data demonstrating consistency in the epidemiological studies across several decades and conducted in different parts of the world with statistically significant pooled ORs from available meta-analyses with narrow confidence intervals. 2) strong evidence of a viable mechanism that talc particles migrate from the vagina to the fallopian tubes and ovaries following perineal application. 3) that there is evidence that inflammation can be triggered by talc and that there is an association between inflammation and ovarian cancer supporting the biological plausibility.

### VI. Summary of the Epidemiology Data, Association Between Talcum Powder Products and Ovarian Cancer

I conclude, based on the review of the available primary studies, systematic reviews, and the Health Canada Report that regular exposure to talcum powder products increases ovarian cancer risk by around 40-50%. The strongest and largest systematic reviews (Penninkilampi and Berge) and the Woolen review that specifically focuses on regular users, also conclude a significant increase in ovarian cancer risks occur following talcum powder exposure. And the Health Canada Report similarly concluded that the available data are indicative of a causal effect between perineal exposure to talc and ovarian cancer.

### VII. Other Relevant Factors

#### Research Supporting Talcum Powder Association with Ovarian Cancer: Transit to Ovary and Risk Reduction on Interruption

Evidence from relevant studies is clear that talcum powder particles applied to the genital region will ascend through the vagina and fallopian tubes and enter the pelvic cavity, reaching fallopian tubes and ovaries. In humans, this route has been established experimentally by labelling inert particles, depositing them in the

vagina just prior to planned hysterectomy, and then recovering them from the fallopian tubes following surgery.(Egli and Newton 1961) Other substances that have been shown to migrate through the open female genital tract include nonmotile sperm (Jones and Lopez 2006), retrograde menstruation (Blumenkrantz 1981), particulate radioactive material (Venter and Iturralde 1979), and glove powder (Sjosten 2004). This transport is facilitated by a uterine "peristaltic pump". (Kunz 1997)

Further, talc particles have been found in normal and malignant ovarian tissue. Henderson found that in 10 of 13 tested epithelial ovarian cancer tumors, 75% had talc embedded in the tissue. This result confirms that talc reached to the areas with cancerous tissue, but not that it caused the cancer. Histological evaluation of ovaries removed because of ovarian cancer or benign conditions have identified both talc particles and asbestos fibers in the ovarian tissue, further supporting that particles applied to the perineum reach the ovaries. (Heller 1996) Heller found that in all women in a study who were having ovaries removed for benign ovarian growth had talc in their ovaries. These results confirm that talcum powder applied to the perineum may be absorbed into the vagina and migrate or be transported to the tubes and ovaries. In 1967, Graham and Graham demonstrated that intraperitoneal application of asbestos in guinea pigs and rats results in overgrowth of ovarian epithelial cells comparable to the histologic changes in epithelial ovarian tumors in women. (Graham 1967) The greater frequency at which talc particles are discovered in ovarian cancerous tissue than in normal ovarian tissue further supports that these particles may be causing cancer. More recently, talc particles have been described in lymph nodes and other pelvic organs. (Cramer 2007, McDonald 2019)

Several epidemiological studies evaluated the risk of ovarian cancer associated with talcum powder products before and after women had tubal ligation or hysterectomy, which surgically removes the route by which talc reaches the ovaries. The studies strongly suggest that the increased risk of ovarian cancer associated with talcum powder products use is reduced or eliminated after tubal ligation or hysterectomy. The results support that the risk from talcum powder products is elevated when women have an open pathway from the perineum to the ovary that enables powder components to reach the ovaries via unobstructed fallopian tubes. The collective results demonstrate that talcum powder products are carcinogenic through direct transport/migration to the fallopian tubes and ovaries.

Variation in Risk when Talc Use is Discontinued
Several studies showed that the risk of ovarian cancer associated with talc powder products decreases as the time from discontinuation of powder use increases. For example, Cramer found an elevated risk of ovarian cancer with talc powder products use and the risk decreased as time since last use increased. (Cramer 2016)

**VIII Consideration of Causality of Talc Powder Products and Ovarian Cancer: Bradford Hill Analysis**

There is no simple approach for determining if a particular exposure (like exposure to talc powder products) *causes* a disease (like ovarian cancer). (Rothman 2008) In biomedical research, causality is easiest to determine in studies that employ a randomized controlled trial design, in which participants are randomized to receive or not receive a treatment or exposure, then their health is followed to see their response. However, people cannot ethically be randomized to be exposed to a potentially cancer-causing agent and further, sometimes even randomized trials give results that are inconclusive. When assessing risk factors for cancer, it is important to look at the totality of evidence. An approach put forth in 1965 by Sir Austin Bradford Hill (frequently called the Bradford Hill Factors), and that was an expansion of a long list of criteria put forth by others in the decades and centuries preceding him (Rothman 2008), are often used to assess the totality of the evidence. They provide a framework for assessing the weight of evidence to help decide if causality is likely,

33

given a particular association, such as between talcum powder and ovarian cancer. The guidelines are imperfect and while they provide a framework, they are not an absolute set of criteria.

I address each of the Bradford Hill factors below, with my understanding of how the evidence of talcum powder products exposure supports or refutes causality. While the Bradford Hill Factors include nine aspects of association, it is important to emphasize that they should not be used as a checklist for causation. Instead, they can help interpret associations and aid in inferring causality. For each factor, I have highlighted why I believe this factor is more or less important.

A) Strength of Association
It is frequently argued that the larger an apparent association, the more likely the association is to be real (causal) and important for epidemiological assessment. This would suggest that an OR of 2.0 is more likely to indicate causality and importance than an OR of 1.5. While this is often argued, this is untrue. (Rothman 2016; Rothman and Poole 1988) If there is a true association that increases the risk of disease (effect size) by 20%, good scientific studies will estimate the effect size at 20%. Further with respect to the impact of that risk on the population, if a risk factor increases the risk of disease by 50%, and the exposure is common, it will have a far greater impact on a number of people impacted, in comparison to a rare exposure that has a higher associated relative risk. And if the association is truly one that increases risk by 50%, that this association can be discoverable. Perhaps a larger association between exposure and disease may be easier to identify, but it is no more likely to indicate causality or importance. (Rothman 2008) Further, the impact of a risk factor may be understood both as a relative increase in disease (reflected by a risk ratio, odds ratio, etc.), and it can also be understood as a difference in risk which more fully will reflect the number of individuals impacted.

An Example to Help Frame Consideration of the Relative Strength of Association, and Number Impacted.
As an example, Table 5 shows an overview of the relationship between bladder cancer and two of its well known risk factors; occupational industrial chemicals and smoking. Several industrial chemicals such as 2-naphthylamine are strongly associated with bladder cancer risk. In 1954, Case et al. reported a 200-fold increased bladder cancer risk for workers exposed to 2-naphthylamine. In cohort studies of rubber industry workers, elevated standardized mortality ratios (SMRs) as high as 253 (95% CI 93, 551) were reported. Use of some of these chemicals are now prohibited in Europe and their use is regulated in the United States because they cause cancer. (OSHA, 2011). Cigarette smoking is also a known bladder cancer risk factor. However, the RR for smoking and bladder cancer is around 3, and therefore about 100 times lower than the RR for exposure to industrial chemicals. An exposure to industrial chemicals is far worse, and more likely to result in bladder cancer in comparison to cigarette smoking. Yet bladder cancer is the second most common cancer attributed to smoking in the United States. It impacts a very large number of individuals. Of the 70,000 cases of bladder cancer diagnosed each year, as many as 60% are estimated as attributable to smoking, whereas a tiny fraction is attributable to industrial chemicals.

Using the relative risk (effect size) to understand the "importance" of these two risk factors (industrial chemicals and smoking) with respect to causing cancer in the U.S., would be misleading. Smoking will result in far more cancers than industrial chemicals, even though the relative risk is much lower. In the crude sample data included in Table 5 to highlight this comparison, of the approximately 70,000 bladder cancers diagnosed annually in the United States, 50,000 are thought to result from cigarettes while fewer than 1000 result from occupational exposures. A 50% reduction in exposure to smoking will save approximately 25,000 men from getting bladder cancer. Reducing industrial chemical exposures by 50% will save approximately 500 men from getting bladder cancer. Thus, any impact on reducing known exposures for bladder cancer has the potential to be around 50 times more impactful if directed at smoking.

34

Table 5. An example showing the number of individuals who might be impacted through exposure to an occupational chemical that leads to bladder cancer as opposed to smoking which also leads to bladder cancer. The Table highlights that the relative effect size from a given exposure does not predict the number of patients impacted; rather it's important to take into consideration both the effect size and the number of individuals exposed.

|  | Occupational Exposure 2-naphthylamine | Smoking |
|---|---|---|
| Estimated odds ratio associated with exposure | 200 | 3 |
| Number of individuals exposed annually | 10,000 | 50,000,000 |
| Annual bladder cancers diagnosed annually from exposure | 1000 | 50,000 |
| Impact on number of cancers diagnosed annual if exposure reduced by 50% | 500 | 25,000 |

Strength of Association, Talc Powder Products and Ovarian Cancer

The bladder cancer example highlights that when comparing two risk factors, it is not necessarily the relative risk factor with the greatest relative risk that is most important. A risk factor that increases risks by 50% will have an enormous impact on population mortality if the exposure is common or if the cancer is particularly lethal. This is certainly the case for talcum powder products, which are used by as many as half of all women in the United States. Women's use of talcum powder products is so widespread that even a relatively modest increase in risk would pose a sizeable health risk to the population. Further, a 50% risk increase is substantial and particularly important for ovarian cancer, which has a high mortality rate, with rare early detection.

Defining the association is critical for assessing potentially causal relationships, but that is not defined by a set cutoff or threshold to define a strong association. A current concept in epidemiology is that considerations about whether a factor causes a disease should weigh statistical validity along with the multiple factors that influence the disease. Thus, assessing *strength of association* when inferring causality requires examining underlying research and analytic methods, comparing the weight of evidence in the literature, and considering other contextual factors. The data supporting the causality of talcum powder products exposure for ovarian cancer is extremely strong.

Estimating the Impact of Talc Powder Product Use and Ovarian Cancer Cases in the U.S.

Relying on the evidence that I assembled and reviewed for this report, I estimated how many and what percent of ovarian cancers that occur each year in the United States are likely to be caused by exposure to talcum powder products, Table 6.  This is a relatively simple analysis, but nonetheless is informative. The purpose of this analysis is to help elucidate the relationship between the strength of the association and the number of people impacted.

The total number of ovarian cancers that are estimated to occur in the US annually in 2018 was 22,240, and these will occur among the 50.8 percent of the U.S. population of 311 million who are women (158 million). A proportion of ovarian cancers will occur among women who regularly use talcum powder products, and the remainder will occur in women who do not regularly use talcum powder products. For this calculation I have estimated that women exposed to talcum powder products less than regularly do not have an increase in their underlying ovarian cancer risk. I estimate that women who use talcum powder products regularly have approximately a 50% elevated risk of ovarian cancer and make projections estimating number of women who are exposed regularly to talcum powder products ranges from 10% and 60%. Using these model inputs,

between 3,177 and 15,397 women who regularly use talcum powder products will be diagnosed each year with ovarian cancer, reflecting 14% and 69% of all ovarian cancer cases. Attributable risk is the portion of disease attributable to the exposure. Approximately 1/3 of these cancers are attributable to the use of talcum powder use (ranging from 1059 to 5,132 depending on how many women are regular users of talcum powder products). This reflects that between 5% - 23% of all ovarian cancer diagnosed each year in the U.S. are attributable to exposure to talcum powder products, varying by the underlying proportion of women who regularly use talcum powder products. <u>This is a tremendous number of cases caused by a cosmetic product that provides no medical benefit. The Bradford Hill Factor of the strength of association is met.</u>

Table 6. An estimate and projection of the number and percent of ovarian cancers caused by regular use of perineal talc powder products in the U.S. varying the underlying proportion of women who regularly use talcum powder products.

Ovarian Cancers Diagnosed annually 22,250
US population of women 158,000,000

| | Women | | | Cancer | Cancers Diagnosed Annually | | Proportion of Cancers Diagnosed Annually | | Cancer Incidence per 10,000 | | Attributable Risk | Cases in women who use talcum powder products diagnosed annually attributable to the use of talcum powder products | Proportion attributable risk, proportion of cases in women who use talcum powder products attributable to their use of talc | Proportion of All Ovarian Cancer In All Women Attributable to Talc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent of women who use talcum powder products | Do not regularly use talcum powder products | Regularly use talcum powder products | Cancers diagnosed annually, all women | In women who do not regularly use talcum powder products | In women who regularly use talcum powder products | In women who do not regularly use talcum powder products | In women who regularly use talcum powder products | In women who do not regularly use talcum powder products | In women who regularly use talcum powder products | | | | |
| 10% | 142,200,000 | 15,800,000 | 22240 | 19,063 | 3,177 | 0.86 | 0.14 | 0.000134 | 0.000201 | 0.000067 | 1,059 | 0.33 | 0.05 |
| 20% | 126,400,000 | 31,600,000 | 22240 | 16,175 | 6,065 | 0.73 | 0.27 | 0.000128 | 0.000192 | 0.000064 | 2,022 | 0.33 | 0.09 |
| 30% | 110,600,000 | 47,400,000 | 22240 | 13,537 | 8,703 | 0.61 | 0.39 | 0.000122 | 0.000184 | 0.000061 | 2,901 | 0.33 | 0.13 |
| 50% | 79,000,000 | 79,000,000 | 22240 | 8,896 | 13,344 | 0.40 | 0.60 | 0.000113 | 0.000169 | 0.000056 | 4,448 | 0.33 | 0.20 |
| 60% | 63,200,000 | 94,800,000 | 22240 | 6,843 | 15,397 | 0.31 | 0.69 | 0.000108 | 0.000162 | 0.000054 | 5,132 | 0.33 | 0.23 |

<u>B) Consistency of Associations in Different Populations and Studies</u>
Another consideration for association and causality is consistency of the data. The data on the association between genital talc and ovarian cancer are highly consistent. The relative stability in the estimated increase in the risk of ovarian cancer associated with talc powder products use (50% increase for regular users of talcum powder and serous cancers; around 40% increase for all epithelial ovarian cancer and regular users of talcum powder products), as assessed across time and in diverse populations with diverse study designs, <u>strongly argues that the causal association is real and satisfies the Bradford Hill guideline for consistency of associations across populations and studies.</u>

<u>C) Specificity Between Cause and Effect</u>
The Bradford Hill factors suggest that associations are more likely to be causal when an exposure causes only one disease. While some examples of highly specific exposures and outcomes exist, many exposures and health concerns involve complex chemical mixtures and low-dose environmental and occupational exposures complicated by a variety of personal risk factors. A recent review stated, <u>"The original criterion of *specificity* is widely considered weak or irrelevant from an epidemiologic standpoint."</u> (Fedak 2015) Asbestos, for example, is associated with a range of cancers and various exposures. Regardless of doubts about the meaningfulness of this factor, talcum powder products are associated with ovarian cancer (e.g., not uterine or breast cancer as seen in O'Brien 2024) and thus fulfills the specificity consideration, although this consideration is not an important consideration for causality in my expert opinion.

36

D) Temporality

An exposure must come before an outcome for the exposure to be causal. Bradford Hill explained that for an exposure-disease relationship to be causal, exposure must precede the onset of disease. While this is self-evident, in epidemiological studies, reverse causality, in which behavior related to a health issue is influenced by knowledge or events about the issue, is always a concern. For example, women who undergo ovarian cancer treatment may begin using talcum powder products during their pre- and post-operative period because of symptoms or side effects perceived to be alleviated by talcum powder products use. Assessing talcum powder use without specifying the time of use might lead to women with ovarian cancer being more likely to report talcum powder products use. In this example, talcum powder may not have caused the cancer; rather, use of talcum powder products was caused by the cancer (and treatments). The importance of this issue led to Bradford Hill's consideration of temporality when assessing causality.

In essentially all of the case-control studies that assessed use of talcum powder products, women were specifically asked to report talc powder products only during past, not current periods; thus, the studies explicitly assessed exposure to talcum before cancer. Typically, questions were phrased "Did you ever use talc, but not in the last year before cancer diagnosis?" to exclude the year prior to diagnosis. This issue is not relevant for the included cohort studies, as women were surveyed about their exposures prior to cancer ascertainment. Thus, the temporality consideration is important for my consideration and is satisfied.

E) Dose Response

In general, when risks are proportional to exposure (e.g., doubling exposure doubles risk) this dose-response evidence is considered to support causality. While some of the published studies did not collect sufficient data to carefully quantify the dose response, most did, including the results of the NHS 1 cohort (O'Brien 2020) and the Sisters cohort (O'Brien 2024) that found a dose response relationship. The systematic reviews summarizing these individual studies including Taher (2019), Penninkilampi (2018), and Berge (2018) all confirm a dose response relationship where women with more lifetime applications had higher risks as did women who reported long-term talc use or the most applications. Additionally, the Woolen systematic review (2022) included new and updated data from the Nurse's Health Study cohort, shows greater risks among frequent daily talc users compared with less frequent users. Thus most studies of talcum powder products and ovarian cancer show a dose response, with the caveat that some studies do not, and several studies did not assess. However, this factor does not weight heavily in my consideration in that not all exposures known to be carcinogenic will have a dose response, as some will have a threshold effect. This is important here because asbestos is believed to exhibit a threshold, rather than a linear, dose-response.  Thus the observed dose response relationship supports the causality of talcum powder products and ovarian cancer, its absence in any given study would not dissuade me from my belief that talcum powder products causes ovarian cancer in some women.

F) Biologic Plausibility: Factors Linking Talc and Ovarian Cancer

The epidemiological evidence suggests a strong and positive association between exposure to talcum powder products and invasive ovarian cancer. However, epidemiological evidence alone does not provide a mechanism or pathophysiological process that accounts for the increased risk. Nor does the epidemiological evidence confirm the specific component or ingredient in talc powder products that is responsible for carcinogenesis. Nonetheless, the data are persuasive that particles contained in talcum powder reach the tubes and ovaries, inflammation as well as other biological process, initiate a causal pathway, and that several components of talc powder products including asbestos, asbestiform talc fibers, and heavy metals (Group 1 carcinogens by the evaluation of IARC) can all contribute to the carcinogenicity of the products. This was a

37

strong factor in my consideration of the evidence because there is extremely strong evidence that the components of talc powder products are known to be highly carcinogenic in other settings.

G)  Coherence and Consistency with Understood Biology
The guideline of coherence is considered similar to biological plausibility. For both, the cause-and-effect explanation should be consistent with all knowledge available. For talcum powder and ovarian cancer, this consideration is easily satisfied.

H)  Experimental Evidence
The evidence in humans of the impact of talcum powder products exposure and ovarian cancer development is based on a large number of observational studies. Direct experimental evidence in the form of randomized controlled trials in humans is simply not possible to generate, for ethical reasons. The experimental evidence in humans that talc particles can migrate to the ovary and be incorporated into ovarian tissue is relevant to developing a causal model but does not directly prove that that exposure causes cancer. There is also human data relating to the inflammatory nature of ovarian cancer. There is compelling in vitro research delineating the inflammatory mechanism by which talcum powder causes cancer.  Animal studies showing inflammatory tissue effects and tumor formation with talcum powder exposure are also supportive.

I) Analogy
Bradford Hill implied that when evidence is strong of a causal relationship between a risk factor and disease, researchers should be more accepting of weaker evidence that a similar risk factor may cause a similar disease. Thus, analogy has been interpreted to mean that when one causal agent is known, the standards of evidence are lowered for a second causal agent that is similar. The strong evidence for the association between asbestos and lung cancer, and the chemical similarity between these minerals, as well as their fibrous nature, supports the analogy consideration and causal inference.

**IX Bradford Hill - Summary:  Consideration of Causality of Talc Powder Products and Ovarian Cancer**

In consideration of the Bradford Hill factors, the clear strength of the association (A), remarkable consistency in the published literature across a large number of populations and research studies (B), temporality (D) considered in all of the published studies, and Dose Response (E)and perhaps most importantly, biological plausibility (F) were the criteria that I considered of paramount importance when assessing the causality of exposures of talc powder products and epithelial ovarian cancer.

**X Conclusion**

In conclusion, substantial evidence supports a strong, positive, and causal association between ovarian cancer and genital exposure to Johnson's Baby Powder and Shower to Shower products. Regular exposure to these talcum powder products causes ovarian cancer in some women. This opinion is based on my extensive review of the medical and scientific literature, my own independent systematic meta-analysis of the data, and my experience and expertise in the areas of epidemiology and women's health, including ovarian cancer.

All opinions are made to a reasonable degree of medical and scientific certainty. I reserve the right to amend or supplement this report as new information becomes available. I also reserve the right to review and comment on the expert reports and testimony of Defendants' experts.

**Sample of References Cited.**

**Please see full list of references reviewed for this report.**

Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. British journal of industrial medicine. 1982;39(4):344-348.

Arsenic, metals, fibres, and dusts. IARC monographs on the evaluation of carcinogenic risks to humans. 2012;100(Pt C):11-465.

Baan R, Straif K, Grosse Y, et al. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncol. 2006;7(4):295-296.

Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? Lancet (London, England). 2001;357(9255):539-545.

Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. European journal of cancer prevention: the official journal of the European Cancer Prevention Organisation (ECP). 2018;27(3):248-257.

Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London 1933-80. Occupational and environmental medicine. 2000;57(11):782-785.

Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. Environmental health perspectives. 1991;94: 225-230.

Bolton KL, Ganda C, Berchuck A, Pharoah PD, Gayther SA. Role of common genetic variants in ovarian cancer susceptibility and outcome: progress to date from the Ovarian Cancer Association Consortium (OCAC). Journal of internal medicine. 2012;271(4):366-378.

Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. British journal of cancer. 1989;60(4):592-598.

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." Obstetrics and Gynecology 57, no. 5 (May 1981): 667–70.

Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environmental health perspectives. 2011;119(9):1211-1217.

Carbon black, titanium dioxide, and talc. IARC monographs on the evaluation of carcinogenic risks to humans. 2010;93: 1-413.

Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 1997;79(12):2396-2401.

Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. International journal of epidemiology. 1992;21(1):23-29.

Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. American journal of epidemiology. 1997;145(5):459-465.

Coussens LM, Werb Z. Inflammation and cancer. Nature. 2002;420(6917):860-867.

Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. International journal of cancer. 1999;81(3):351-356.

Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology (Cambridge, Mass). 2016;27(3):334-346.

Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. Cancer. 1982;50(2):372-376.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." Obstetrics and Gynecology 110, no. 2 Pt 2 (August 2007): 498–501.

Cramer DW. Genital powder use and ovarian cancer. In response to O'Brien et al. letter to the editor. JAMA. 2020: 323(20): 2095.

Crowley. Expert Report of Michael Crowley, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018). 2018.

Crusz SM, Balkwill FR. Inflammation and cancer: advances and new agents. Nature reviews Clinical oncology. 2015;12(10):584-596.

Davis CP, Bandera EV, Bethea TN, et al. Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev 2021;30(9):1660-1668.

Egli GE, Newton M. The Transport of Carbon Particles in the Human Female Reproductive Tract. Fertility and sterility. 1961;12(2):151-155.

Emi T, Rivera LM, Tripathi VC, et al. Transcriptomic and epigenomic effects of insoluble particles on J774 macrophages. Epigenetics 2021;16(10):1053-1070.

Faber MT, Jensen A, Frederiksen K, et al. Oral contraceptive use and impact of cumulative intake of estrogen and progestin on risk of ovarian cancer. Cancer causes & control: CCC. 2013;24(12):2197-2206.

Faber MT, Kjaer SK, Dehlendorff C, et al. Cigarette smoking and risk of ovarian cancer: a pooled analysis of 21 case-control studies. Cancer causes & control: CCC. 2013;24(5):989-1004.

FDA-Commissioned Testing of Johnson's Baby Powder, AMA Analytical Services, Inc., Certificate of Analysis (Oct. 11, 2019).

Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. Emerging themes in epidemiology. 2015;12: 14.

Fernandes JV, Cobucci RN, Jatoba CA, Fernandes TA, de Azevedo JW, de Araujo JM. The role of the mediators of inflammation in cancer development. Pathology oncology research: POR. 2015;21(3):527-534.

Fletcher, N.M., Amy K. Harper, Ira Memaj, Rong Fan, Robert T. Morris, and Ghassan M. Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." *Reproductive Sciences* 1-10 (2019).

Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM. Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer. Reprod Sci 2020;27(10):1836-1838.

Freedman RS, Deavers M, Liu J, Wang E. Peritoneal inflammation - A microenvironment for Epithelial Ovarian Cancer (EOC). Journal of translational medicine. 2004;2(1):23.

Garg PP, Kerlikowske K, Subak L, Grady D. Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. Obstetrics and gynecology. 1998;92(3):472-479.

Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. American journal of epidemiology. 2010;171(1):45-53.

Gayther SA, Pharoah PD. The inherited genetics of ovarian and endometrial cancer. Current opinion in genetics & development. 2010;20(3):231-238.

Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. American journal of industrial medicine. 1999;36(1):129-134.

Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute. 2000;92(3):249-252.

Gilks CB. Molecular abnormalities in ovarian cancer subtypes other than high-grade serous carcinoma. Journal of oncology. 2010;2010: 740968.

Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. American journal of obstetrics and gynecology. 1998;179(2):403-410.

Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology (Cambridge, Mass). 2016;27(6):797-802.

Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. Endocr Relat Cancer. 2008;15(4):1055-1060.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." Environmental Research 1, no. 2 (October 1967): 115–28.

Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. International journal of cancer. 1997;71(6):948-951.

Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. Journal of exposure analysis and environmental epidemiology. 1995;5(2):181-195.

Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstetrics and gynecology. 1992;80(1):19-26.

Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. American journal of epidemiology. 1989;130(2):390-394.

Harlow BL, Murray EJ Rothman KJ.  Genital powder use and ovarian cancer, letter to the editor. JAMA. 2020: 323(20): 2095.

Harris HR, Davis CP, Terry KL. Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk J Clin Oncology 2024 May  https://doi.org/10.1200/JCO.24.0060.

Harper AK, Wang X, Fan R, et al. Talcum powder induces malignant transformation in normal human primary ovarian epithelial cells. Minerva Obstet Gynecol 2023;75(2):150-157.

Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. Jama. 1983;250(14):1844.

Health Canada, "Screening Assessment", Chemical Abstracts Service Registry Number 14807-96-6 (April 2021).

Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. American journal of industrial medicine. 1996;29(5):435-439.

Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. American journal of obstetrics and gynecology. 1996;174(5):1507-1510.

Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw. 1971;78(3):266-272.

Hopkins, John, Deposition, MDL No. 2738  (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018) (Exhibit 28 and Ex. D-1A).

Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute. 2014;106(9).

Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer research. 2003;23(2c):1955-1960.

Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. European journal of cancer prevention: the official journal of the European Cancer Prevention Organisation (ECP). 2007;16(5):422-429.

Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. Clinical obstetrics and gynecology. 2012;55(1):3-23.

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 86, Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide 2006.

IARC Advisory Group recommendations on priorities for the IARC Monographs. Lancet Oncol 2019;20(6):763-764.

Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. Ovarian Cancers: Evolving Paradigms in Research and Care. The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

Johnson KE, Popratiloff A, Fan Y, McDonald S, Godleski JJ. Analytic comparison of talc in commercially available baby powder and in pelvic tissues resected from ovarian carcinoma patients. Gynecol Oncol 2020;159(2):527-533. DOI: 10.1016/j.ygyno.2020.09.028.

Jordan SJ, Siskind V, A CG, Whiteman DC, Webb PM. Breastfeeding and risk of epithelial ovarian cancer. Cancer causes & control: CCC. 2010;21(1):109-116.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In Human Reproductive Biology, Third., 159–73. San Diego: Academic Press, 2006.

Kunz, G., D. Beil, H. Deininger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." Advances in Experimental Medicine and Biology 424 (1997): 267–77.

Kurian AW, Balise RR, McGuire V, Whittemore AS. Histologic types of epithelial ovarian cancer: have they different risk factors? Gynecologic oncology. 2005;96(2):520-530.

Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology. 2012;21(8):1282-1292.

Lacey JV, Jr., Brinton LA, Leitzmann MF, et al. Menopausal hormone therapy and ovarian cancer risk in the National Institutes of Health-AARP Diet and Health Study Cohort. Journal of the National Cancer Institute. 2006;98(19):1397-1405.

Lacey JV, Jr., Mink PJ, Lubin JH, et al. Menopausal hormone replacement therapy and risk of ovarian cancer. Jama. 2002;288(3):334-341.

Lahmann PH, Cust AE, Friedenreich CM, et al. Anthropometric measures and epithelial ovarian cancer risk in the European Prospective Investigation into Cancer and Nutrition. International journal of cancer. 2010;126(10):2404-2415.

Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. Journal of epidemiology and community health. 2008;62(4):358-360.

Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. Scandinavian journal of work, environment & health. 2004;30(5):356-361.

Lee KR, Nucci MR. Ovarian mucinous and mixed epithelial carcinomas of mullerian (endocervical-like) type: a clinicopathologic analysis of four cases of an uncommon variant associated with endometriosis. Int J Gynecol Pathol. 2003;22(1):42-51.

Lheureux, S., C. Ghourley, I. Vergote and A. M. Oza. "Epithelial Ovarian Cancer." Lancet 393 (2019): 1240-53.

Lo-Ciganic W-H, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, Non-Aspirin Nonsteroidal Anti-inflammatory Drugs, or Acetaminophen and risk of ovarian cancer. Epidemiology (Cambridge, Mass). 2012;23(2):311-319.

Longo R. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Feb. 16, 2018).

Longo. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (August 2, 2017). 2017.

Longo. Below the Waist Application of Johnson & Johnson Baby Powder. Longo, William E., Mark W. Rigler, and William B. Egeland. Materials Analytical Service, LLC, September 2017. 2017.

Longo. Amended Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (February 2, 2019).

Magnani C, Ferrante D, Barone-Adesi F, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. Occupational and environmental medicine. 2008;65(3):164-170.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." Hematology/Oncology Clinics of North America, September 2018.

Mandarino A, Gregory DJ, McGuire CC, et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells. Environ Res 2020;180:108676.

McDonald, S. A., Yuwei Fan, William R. Welch, Daniel W. Cramer, Rebecca C. Stearns, Liam Sheedy, Marshall Katler and John Godleski. "Correlative Polarizing Light and Scanning Electron Microscopy for the Assessment of Talc in Pelvic Region Lymph Nodes." Ultrastructural Pathology. 2019.

Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. International journal of cancer. 2008;122(1):170-176.

Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. International journal of cancer. 2004;112(3):458-464.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." Critical Reviews in Toxicology 43, no. 2 (2013): 96–118.

Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. American journal of epidemiology. 2009;170(5):598-606.

Mossman, Brooke T. "Mechanistic in vitro studies: What They Have Told Us About Carcinogenic Properties of Elongated Mineral Particles (EMPs)." Toxicology and Applied Pharmacology 361 (2018): 62-67.

Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. Journal of the National Cancer Institute. 1999;91(17):1459-1467.

Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology (Cambridge, Mass). 2000;11(2):111-117.

O'Brien KM, Tworoger SS, Harris HR, et al. Association of powder use in the genital area with risk of ovarian cancer. JAMA. 2020;323(1):49-59.

O'Brien KM, Tworoger SS, Harris HR, et al. Genital powder use and risk of uterine cancer: A pooled analysis of prospective studies. Int J Cancer 2021;148(11):2692-2701.

O'Brien KM, Wentzensen N, Ogunsina K et al.  Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis J Clin Oncol 2024 May 15 JCO2302037 https://ascopubs.org/doi/10.1200/JCO.23.02037.

Pal T, Akbari MR, Sun P, et al. Frequency of mutations in mismatch repair genes in a population-based study of women with ovarian cancer. British journal of cancer. 2012;107(10):1783-1790.

Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology (Cambridge, Mass). 2018;29(1):41-49.

Phung MT, Muthukumar A, Trabert B, et al. Effects of risk factors for ovarian cancer in women with and without endometriosis. Fertil Steril 2022;118(5):960-969.
Pira E, Pelucchi C, Buffoni L, et al. Cancer mortality in a cohort of asbestos textile workers. British journal of cancer. 2005;92(3):580-586.

Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. International journal of cancer. 1995;62(6):678-684.

Purdie DM, Bain CJ, Siskind V, Webb PM, Green AC. Ovulation and risk of epithelial ovarian cancer. International journal of cancer. 2003;104(2):228-232.

RE J. Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In Human Reproductive Biology, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X. MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD (April 28, 2017).

Reid A, Heyworth J, de Klerk N, Musk AW. The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. Occupational and environmental medicine. 2008;65(11):743-749.

Reuter S, Gupta SC, Chaturvedi MM, Aggarwal BB. Oxidative stress, inflammation, and cancer: how are they linked? Free radical biology & medicine. 2010;49(11):1603-1616.

Robert H. Riffenburgh, Daniel L. Gillen, in Statistics in Medicine (Fourth Edition), 2020.

Risch HA, Marrett LD, Jain M, Howe GR. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. American journal of epidemiology. 1996;144(4):363-372.

Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. Journal of toxicology and environmental health. 1976;2(2):255-284.

Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecologic oncology. 1992;45(1):20-25.

Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer causes & control : CCC. 2011;22(5):737-742.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. Modern Epidemiology. Lippincott Williams & Wilkins, 2008.

Rothman, K.J., and Poole, C. (1988). A Strengthening Programme for Weak Associations. International Journal of Epidemiology 17 (4):955-959.

Saed GM MR, Fletcher NM. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. In press. 2018.

Saed GM, Ali-Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. Gynecologic oncology. 2010;116(2):276-281.

Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecologic oncology. 2017;145(3):595-602.

Saed GM, Fletcher NM, Diamond MP, Morris RT, Gomez-Lopez N, Memaj I. Novel expression of CD11b in epithelial ovarian cancer: Potential therapeutic target. Gynecologic oncology. 2018;148(3):567-575.

Savant, S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer." Cancers 10:251 (2018).

Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology. 2016;25(10):1411-1417.

SEER: Surveillance Epidemiology and Cancer Control Program, National Cancer Institute,  Impact of COVID on SEER Cancer Incidence 2020 data, and SEER Cancer Statistics Review several yearly publications including 2018, https://seer.cancer.gov/statfacts/html/ovary.html, accessed November 14, 2023.

Seidman JD RP, Kurman RJ. . Surface epithelial tumors of the ovary. In: Kurman RJ, ed. Blaustein's Pathology of the Female Genital Tract. 5th ed. New York: Springer-Verlag; 2002:791–904.

Shan W, Liu J. Inflammation: a hidden path to breaking the spell of ovarian cancer. Cell cycle (Georgetown, Tex). 2009;8(19):3107-3111.

Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertility and sterility. 1996;65(1):13-18.

Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. Human reproduction (Oxford, England). 2004;19(4):991-995.

Smith-Bindman 2019 R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 Jan 01; 179(1):71-77.

Steffen JE, Tran T, Yimam M, et al. Serous Ovarian Cancer Caused by Exposure to Asbestos and Fibrous Talc in Cosmetic Talc Powders-A Case Series. J Occup Environ Med 2020;62(2):e65-e77.

Taher, M. K., et al. "Critical Review of the Association Between Perineal Use of Talc Powder and Risk of Ovarian Cancer." Reproductive Toxicology 90 (2019): 88-101.

Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer prevention research (Philadelphia, Pa). 2013;6(8):811-821.

Tanha K, Mottaghi A, Nojomi M, et al. Investigation on factors associated with ovarian cancer: an umbrella review of systematic review and meta-analyses. J Ovarian Res 2021;14(1):153.

Torre LA, Trabert B, DeSantis CE, et al. Ovarian cancer statistics, 2018. CA Cancer J Clin. 2018;68(4):284-296.

Trabert B, Wentzensen N, Yang HP, et al. Ovarian cancer and menopausal hormone therapy in the NIH-AARP diet and health study. British journal of cancer. 2012;107(7):1181-1187.

Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. International journal of cancer. 1993;55(3):408-410.

Vasama-Neuvonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. American journal of industrial medicine. 1999;36(1):83-89.

Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. South African medical journal = Suid-Afrikaanse tydskrif vir geneeskunde. 1979;55(23):917-919.

Weissman SM, Weiss SM, Newlin AC. Genetic testing by cancer site: ovary. Cancer journal (Sudbury, Mass). 2012;18(4):320-327.

Wentzensen N, Poole EM, Trabert B, et al. Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium. Journal of clinical oncology: official journal of the American Society of Clinical Oncology. 2016;34(24):2888-2898.

Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. American journal of epidemiology. 1988;128(6):1228-1240.

Wignall BK, Fox AJ. Mortality of female gas mask assemblers. British journal of industrial medicine. 1982;39(1):34-38.

Woolen SA, Lazar AA, Smith-Bindman R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis. J Gen Intern Med 2022;37(10):2526-2532.

Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstetrics and gynecology. 1999;93(3):372-376.

Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology. 2015;24(7):1094-1100.

Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. International journal of cancer. 2009;124(6):1409-1415.

Yang M, Li X, Chun-Hong P, Lin-Ping H. Pure mucinous breast carcinoma: a favorable subtype. Breast Care (Basel). 2013;8(1):56-59.

Zazenski R, Ashton WH, Briggs D, et al. Talc: occurrence, characterization, and consumer applications. Regulatory toxicology and pharmacology: RTP. 1995;21(2):218-229.

# Exhibit A

Prepared: March 9, 2024

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**       Rebecca Smith-Bindman, MD

**Position:**   Professor In Residence, Step 6
Epidemiology & Biostatistics
School of Medicine

**Address:**    Department of Epidemiology and Biostatistics
550 16th St.
Mission Hall #2541
San Francisco, CA 94158
Voice: 415-353-4946
Fax: 415-353-2790
Email: rebecca.smith-bindman@ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1980 - 1985 | Princeton University | BSE | Cum Laude, Architecture and Structural Engineering |
| 1985 - 1986 | Columbia University | Postbaccalaureate | Pre-Medical Program |
| 1987 - 1991 | University of California, San Francisco | MD | Medicine |
| 1991 - 1992 | University of California, San Francisco | Intern | Pathology |
| 1992 - 1996 | University of California, San Francisco | Resident | Radiology |
| 1996 - 1997 | University of California, San Francisco | Clinical Instructor | Radiology, Ultrasound |
| 1996 - 1998 | University of California, San Francisco | Fellow | Epidemiology & Biostatistics |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1992 | California Medical License # G76462 |
| 1993 | California X-ray Supervisor and Operator License RHL 143658 |
| 1996 | Board Certification, American Board of Radiology |

Prepared: March 9, 2024

## PRINCIPAL POSITIONS HELD

| | | | |
|---|---|---|---|
| 1998 - 2003 | University of California, San Francisco | Assistant Professor | Radiology, Epidemiology and Biostatistics, Obstetrics , Gynecology and Reproductive Science |
| 2003 - 2009 | University of California, San Francisco | Associate Professor | Radiology, Epidemiology and Biostatistics, Obstetrics , Gynecology and Reproductive Science |
| 2009 - 2021 | University of California, San Francisco | Professor | Radiology, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Science |
| 2009 - present | University of California, San Francisco | Professor | Epidemiology and Biostatistics, Obstetrics , Gynecology and Reproductive Science |
| 2014 - present | University of California, San Francisco | Affiliate member | Phillip Lee Institute for Health Policy Studies |
| 2000 - present | University of California, San Francisco | Director | Radiology Outcomes Research Laboratory |

## OTHER POSITIONS HELD CONCURRENTLY

| | | | |
|---|---|---|---|
| 1999 - 2000 | The Royal London School of Medicine | | Visiting Research Fellow |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2000 - present | University of California, San Francisco | Director, Radiology Outcomes Research Lab (RORL) |
| 2009 - 2010 | National Institutes of Health | Visiting Research Scientist |

## HONORS AND AWARDS

| | |
|---|---|
| 1985 | Cum laude, Princeton University |
| 1985 | Senior Thesis Prize, Princeton University |
| 1991 | Student Summer Research Fellowship, Institute for Health Policy, UCSF |
| 1999 | Nycomed Amersham Fellow, Radiologic Society of North America |
| 2000 | Nycomed Amersham Fellow, Radiologic Society of North America |
| 2007 | Nomination, Clinical Research Mentor of the Year, Bay Area Symposium on Clinical Research |
| 2007 | Nomination CTSI Mentoring Consultant of the Year |
| 2010 | Nomination, CTSI Consultant of the Year, Impact Award |
| 2010 | Scientific Paper of the Year, Minnies, Auntminnie.com |
| 2010 | Finalist, Most Influential Radiology Researcher, Minnies, Auntminnie.com |
| 2011 | Leader in Imaging, Auntminnie.com |
| 2012 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Semifinalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Winner, UCSF Center for Health Care Value, Medical Center Initiative, Call for Innovation Proposals |
| 2013 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |

Prepared: March 9, 2024

| | |
|---|---|
| 2013 | Runner-up, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2013 | Paper Honored as One of the Top 10 Publications in 2013 Funded by NCI's Epidemiology and Genomics Research Program |
| 2014 | Invited Editor, Journal of the American College of Radiology March 2014 Issue, Radiation Dose Optimization |
| 2014 | Among 26 Philip R. Lee Institute for Health Policy Studies faculty videos posted on UCTV between 2009 and 2014, the video recorded of talk given by Dr. Smith-Bindman, "Is Medical Imaging Harmful to Health: Opportunities to Influence Health Policy", was the most frequently downloaded and watched (N = 409,937) |
| 2015 | Distinguished Investigator Award, Academy of Radiology Research |
| 2015 | Election to Fellowship, Society of Radiologists in Ultrasound |
| 2019 | UCSF Academic Senate 19th Annual Faculty Research Lectureship    Clinical Science;    Computed Tomography: A Medical Triumph Fostering a Silent Epidemic |

**KEYWORDS/AREAS OF INTEREST**

Health Services Research, Outcomes Research, Disparities Research, Women's Imaging, Comparative Effectiveness Research, Quality Improvement, Dissemination and Implementation Sciences, Evidence Based Radiology, Assessment of Population Impact of Screening Tests, Radiation Associated with Medical Imaging, Radiation as an Environmental Cause of Cancer, Management of Incidental Findings on Diagnostic Testing

# CLINICAL ACTIVITIES

**CLINICAL ACTIVITIES SUMMARY**
Attending physician, Ultrasound Section, Department of Radiology and Biomedical Imaging, UCSF. The work Includes supervised instruction of residents and fellows. My teaching on the service focuses on how to use evidence to help inform interpretation of clinical examinations and the mentoring of the trainees on research projects.

Prepared: March 9, 2024

## PROFESSIONAL ACTIVITIES

**MEMBERSHIPS**

| | |
|---|---|
| 1997 - 2021 | Society of Radiologists in Ultrasound (SRU) |
| 1997 - 2016 | Radiology Alliance for Health Services Research in Radiology (RAHSR) |
| 2013 - 2016 | American College of Radiology (ACR) |
| 2014 - 2016 | American Roentgen Ray Society (ARRS) |
| 2014 - 2016 | Association of University Radiologists (AUR) |
| 2018 - 2021 | Radiological Society of North America (RSNA) |

**SERVICE TO PROFESSIONAL ORGANIZATIONS**

| | | |
|---|---|---|
| 2001 - 2002 | Society of Health Services Research in Radiology, Program and Rules Committee | Committee Member |
| 2002 - 2005 | Cochrane Collaboration Screening and Diagnostic Tests, Methods Working Group | Contributor |
| 2003 - 2003 | Radiology National Boards, Examination Question Writer | Contributor |
| 2005 - 2005 | Institute of Medicine Report, Improving Mammography Quality Standards | External Reviewer |
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group | Committee Member |
| 2010 - 2011 | National Quality Forum, Imaging Efficiently Steering Committee | Steering Committee Member |
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group | Committee Member |
| 2010 - 2011 | Lung Cancer Screen with CT, Evidence Review Committee, Multidisciplinary & Society Collaboration, Including American Cancer Society; American College of Chest Physicians; American Society of Clinical Oncology & National Comprehensive Cancer Network | Review Committee |
| 2011 - 2012 | Institute of Medicine (IOM), Commissioned Report for the IOM Committee on Breast Cancer and the Environment. Paper entitled Temporal Changes in Ionizing Radiation and Estimate of Contributions to Breast Cancer | Author of Commissioned Report |

Prepared: March 9, 2024

| 2011 - 2014 | Auntminnie, Minnie Selected Committee | Expert Panelist/Committee Member |
|---|---|---|
| 2012 - 2014 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance work group. Group focused on Safety and Guideline Development | Expert Panel Committee Member |
| 2012 - 2014 | CDC Cancer Prevention Work Group | Committee Member |
| 2013 - 2015 | Auntminnie, Selection of Minnie Winners | Expert Panelist, Committee Member |
| 2014 - 2014 | International Atomic Energy Agency, United Nations General Assembly and Security Council, Special Committee Considering Population Impact of Low Dose Radiation | Committee Member Considering Population Impact of Low Dose Radiation |
| 2011 - 2021 | International Council on Radiation Protection, Task Group 79 on Effective Dose | Committee Member |
| 2012 - 2021 | International Council on Radiation Protection, Task Group 79 on Defining the Effective Dose in Medicine | Task Group Member |
| 2015 - present | Council of Distinguished Investigators of the Academy of Radiology Research | Member |
| 2019 - 2021 | American Urological Association (AUA) Committee to Draft Guidelines on Microscopic Hematuria Evaluation | Committee Member |

## SERVICE TO PROFESSIONAL PUBLICATIONS

| 2000 - present | Journal of the American Medical Association (JAMA) |
|---|---|
| 2000 - present | JAMA Internal Medicine |
| 2000 - present | New England Journal of Medicine |
| 2000 - 2020 | Radiology |
| 2000 - 2016 | American Journal of Radiology |
| 2000 - 2011 | Journal of the National Cancer Institute |
| 2000 - 2011 | Health Affairs |
| 2000 - 2010 | American Journal of Medicine |
| 2000 - 2010 | American Journal of Obstetrics & Gynecology |
| 2000 - 2010 | American Journal of Public Health |
| 2000 - 2010 | Annals of Internal Medicine |
| 2000 - 2010 | Journal of Medical Screening |
| 2000 - 2010 | Journal of Women's Health |

Prepared: March 9, 2024

| | |
|---|---|
| 2000 - 2010 | Medical Care |
| 2000 - 2010 | Medical Decision Making |
| 2000 - 2010 | Obstetrics and Gynecology |
| 2000 - 2010 | Ultrasound in Obstetrics & Gynecology |

## INVITED PRESENTATIONS - INTERNATIONAL

| | |
|---|---|
| 2001 | US - UK Cancer Learning Network, Deprivation and Cancer; London, United Kingdom |
| 2001 | British Society of Human Genetics, Prenatal Screening for Down syndrome in England and Wales and Birth Outcomes; London, United Kingdom |
| 2002 | Global Summit on Mammographic Screening, Europe Institute of Oncology; Milan, Italy |
| 2005 | U.S.-U.K. Comparison of Screening Mammography, Does Practice Make Perfect; Association Between Volume and Accuracy of Mammography; University of Copenhagen, Denmark |
| 2005 | Continuing Education: Cancer Screening For Radiologists, Speaker Montreal and Quebec, Canada |
| 2006 | International Society for Prenatal Diagnosis, Prenatal Screening For Down Syndrome in The Second Trimester of Pregnancy Kyoto; Japan, 2006 |
| 2009 | Canadian Breast Cancer Foundation, Forum on the Earlier Detection and Diagnosis of Breast Cancer; Toronto, Canada, 2009 Mammography Quality |
| 2010 | Nation Cancer Research Institute (NCRI), Liverpool, United Kingdom: "Risk of Cancer from Computed Tomography (CT) Examinations" |
| 2013 | Bach Mai University Hospital, Hanoi, Vietnam: "Radiation for Medical Imaging: A Hidden Epidemic" |
| 2013 | UCSF Radiation Safety and CT: A Virtual Symposium, Radiation from Medical Imaging: A Hidden Epidemic , UCDOSE Collaborative Project Across the UC Medical Centers , The National Quality Forum UCSF CT Radiation Dose Measure , Radiation Dose Across Large Integrated Health Care Systems" (Online) |
| 2014 | International Atomic Energy Agency (IAEA), Health Effects of Exposure to Low Dose Ionizing Radiation Associated with Medical Imaging, Vienna, Austria |

Prepared: March 9, 2024

| | |
|---|---|
| 2014 | Korea College of Radiology, Tracking and Monitoring Radiation Dose and Its Impact Across the University of California Medical Centers and CT Radiation Doses Are Not What You Think: Why It's Important to Monitor and Track Dose Seoul, Republic of Korea |
| 2016 | International Atomic Energy Agency (IAEA), Exposure to low dose ionizing radiation from medical imaging and the health effects from these exposures. International Atomic Energy Agency. Technical Meeting on Science, Technology and Society Perspectives on Nuclear Science, Radiation and Human Health: The View from Asia, Singapore University |
| 2016 | University of North Carolina School of Medicine, Chapill Hill, NC, Radiology Department Grand Rounds , Diagnostic Imaging: Increasing Effectiveness and Safety Radiation From Medical Imaging, |
| 2016 | Singapore General Hospital, Singapore. Radiology Grand Rounds. Visualizing Patients and Their Dose to Improve Health Care Quality, |
| 2016 | St Luke's International Hospital, Tokyo, Japan. Hospital-wide grand rounds, Radiation from Medical imaging: A Hidden Epidemic. |
| 2017 | Childhood Leukemia International Consortium, Annual Meeting, Minneapolis, Minnesota, Estimating Radiation Exposure from Imaging Procedures |
| 2017 | Charity Hospital, Berlin, Germany. Radiology Grand Rounds, Radiation from Medical Imaging: A Hidden Epidemic |
| 2017 | Charity Hospital, Berlin, Germany, Imaging for Suspected Nephrolithiasis: Results from the Randomized Controlled Trial |
| 2017 | University Hospital, Basel, Switzerland, Radiology Grand Rounds. A Dose of Reality: The Need for Active CT Dose Management |
| 2018 | Jakarta Radiology Society, Jakarta Indonesia. Dose Optimization Implementation to achieve better radiology service in HospitalKeynote Addresses: Radiation from Medical Imaging: A Hidden Epidemic and Optimizing Radiation Doses for CT |
| 2018 | Westmead Hospital Sydney Australia. Radiology Grand Rounds. Radiation from Medical Imaging: A Hidden Epidemic |

Prepared: March 9, 2024

| 2018 | Westmead Children's Hospital, Sydney Australia. Grand Rounds. Optimizing Radiation Doses For Pediatric CT |
| 2021 | Primer Congreso Internacional De Oncología Pediatric, "Utilization of Computed Tomography, Exposures to Ionizing Radiation, and Associated Cancer Risks." Hospital Infantil Hospital Infantil Teletón de Oncología, México |
| 2021 | RSNA (Radiological Society of North America), Chasing the Holy Grail: Reducing Radiation Dose and Improving Image Quality |
| 2021 | RSNA , Radiological Society of North America), An Introduction to The Learning Health Care System Pragmatic Trials - Yes We Can Randomize! |
| 2021 | RSNA (Radiological Society of North America) Radiation from CT: a Hidden Epidemic |
| 2021 | RSNA (Radiological Society of North America), Protocol Optimization for Low Dose CT |
| 2021 | RSNA (Radiological Society of North America), Controversies in Imaging Utilization |
| 2023 | RSNA (Radiological Society of North America) Radiation from CT: a Hidden Epidemic |
| 2023 | ISORED - International Society for Radiation Epidemiology and Dosimetry, 1st Scientific Meeting, Sitges Spain. Radiation Dose Associated with Common CT Examinations Over Time in the US and Ontario Canada |

**INVITED PRESENTATIONS - NATIONAL**

| 2000 | American College of Medical Genetics |
| 2000 | Society of Radiologists in Ultrasound |
| 2000 | Society for Health Services Research in Radiology |
| 2001 | Society of Radiologists in Ultrasound Annual Meeting |
| 2001 | Society for Health Services Research in Radiology |
| 2002 | Society of Radiologists in Ultrasound |
| 2003 | Breast Cancer Surveillance Consortium |
| 2003 | Society of Radiologists in Ultrasound |
| 2003 | Centers for Disease Control and Prevention |
| 2003 | RSNA 88th Scientific Assembly and Annual Meeting |
| 2004 | Saving Women's Lives: Institute of Medicine (IOM) |

Prepared: March 9, 2024

| | |
|---|---|
| 2004 | Breast Cancer Surveillance Consortium |
| 2005 | Improving Mammographic Quality Standards Institute of Medicine (IOM) |
| 2006 | Beth Israel Deaconess Medical Center |
| 2006 | National Institute Child Health and Human Development |
| 2007 | National Cancer Institute, National Institute of Health |
| 2007 | National Cancer Institute, National Institute of Health |
| 2008 | Mount Sinai Urban Health Institute; Metro Chicago Breast Cancer Taskforce: "Partnerships in Translation: Advancing Research and Clinical Care" |
| 2008 | Grand Rounds, and Visiting Professor, University of Washington, Seattle, Washington |
| 2008 | 4th Annual HMO Research Network Conference, Danville, Pennsylvania |
| 2009 | Society of Radiologists in Ultrasound, National Conference on the Management of Ovarian Cysts |
| 2009 | Canadian Forum for the Earlier Detection and Diagnosis of Breast Cancer |
| 2010 | Center for Disease Control & Prevention, Annual Cancer Registry Meeting, Atlanta, Georgia |
| 2010 | 6th Annual HMO Research Network conference, Emerging Frontier in Healthcare & Research Delivery, Austin, Texas |
| 2010 | National Council on Radiation Protection (NCRP), Communication of Radiation Benefits and Risks in Decision Making |
| 2010 | National Cancer Institute, Board of Scientific Advisors, Bethesda, Maryland |
| 2010 | American Statistical Association Conference on Radiation Health, Annapolis, Maryland |
| 2010 | Breast Cancer Surveillance Consortium Annual Meeting, Washington, D.C. |
| 2010 | Kaiser Permanente: National Radiology Leadership Group, held at the RSNA, Chicago, IL |
| 2011 | Cleveland Clinic, Health Care Quality Innovation, Cleveland, Ohio |
| 2011 | Auntminnie.com, Live webex Conference RADEXPO 2011 |

Prepared: March 9, 2024

| 2011 | University of New Mexico, Visiting Professor, External Reviewer, Resident Research Day |
| 2011 | Oregon Health Sciences University, Department of Emergency Medicine, Grand Rounds |
| 2012 | Society for Imaging Informatics for Medicine, San Francisco, CA |
| 2012 | Grand Rounds, Department of Emergency Medicine RI Hospital (Brown University), Providence, RI |
| 2012 | Society for Imaging Informatics In Medicine, Los Angeles, CA |
| 2012 | PharmMed OUT, Georgetown University, Washington, DC |
| 2012 | Agency for Healthcare Research and Quality, Rockville, MD |
| 2012 | PharmMed OUT, Georgetown University, Washington |
| 2012 | Radiology Society of North America, Mock Trial Focused on Radiation and Need to Communicate, Chicago, IL |
| 2012 | Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| 2013 | Radiology Society of North America (RSNA), Controversies Session, "CT Radiation and Risk: How Certain Are We of the Uncertainty?" |
| 2013 | American Cancer Society, Doc Talk Lecture Series, Oakland, CA |
| 2013 | Association of University Radiologists (AUR), RAHSR Session: "Comparative Effectiveness and Patient-centered Outcomes Research", Los Angeles, CA |
| 2013 | UCSF Otolaryngology Conference, San Francisco, CA |
| 2014 | Cancer.net Podcast, "CT Scans and Cancer Risk", Available Online at http://www.cancer.net/blog/2014-10/ct-scans-and-cancer-risk |
| 2014 | Oregon Chapter, American College of Emergency Physicians, Portland, Oregon |
| 2015 | Women in Government Foundation (non-profit, non-partisan organization of all U.S. female state legislators) Diagnostic Imaging. Increasing Its Effectiveness and Safety, at 16th Annual Southern & Eastern Regional Conference, Charleston S Carolina |
| 2016 | Lindeberger Cancer Center, University of North Carolina, Chappil Hill NC, Radiation From Medical Imaging: A Hidden Epidemic |

Prepared: March 9, 2024

| 2016 | Current CT doses from a Computed Tomography Dose Registry, presented at the Conference on Radiation in Health, Radiation Research Society, Kona, HI | |
|---|---|---|
| 2016 | Current Exposure to Computed Tomography Imaging in US Integrated Health Care Systems, presented at the Conference on Radiation in Health by the Radiation Research Society, Kona, HI | |
| 2017 | Current CT doses from a Computed Tomography Dose Registry in Pediatric Patients, Presented at the American Academy of Pediatrics Annual Meeting, San Francisco, CA | |
| 2017 | Center for Diagnostic Imaging Quality Institute Council of Medical Directors, Scottsdale, AZ Keynote: Radiation from Medical Imaging | keynote |
| 2017 | The Leap Frog Group Pediatric Computed Tomography Radiation Dose | |
| 2017 | PCORI Advisory Panel on Communication and Dissemination Research Presentation UCSF CT Radiation Dose Registry to Ensure a Patient-Centered Approach for Imaging | |
| 2017 | American Urological Association (AUA) Quality Improvement Summit, Baltimore Maryland Keynote Address. Imaging Wisely: Improving the Value of Medical Imaging | keynote |
| 2018 | Society of Radiologists in Ultrasound, 28th Annual Meeting, Thyroid Imaging, San Diego, CA | |
| 2018 | National VA Radiology Meeting, Keynote: Improving Radiation Doses for CT, Miami Fl | |
| 2019 | Radiation Exposure and Breast Cancer. Presented to the California Breast Cancer Primary Prevention Plan | |
| 2019 | Radiation and Medical Imaging. Keynote, Radiology Partners National Pratice Leadership Summit, Arizona | |
| 2021 | Radiology Society of North America (RSNA), Essentials Course: Chasing the Holy Grail: Reducing Radiation Dose and Improving Image Quality, Chicago, IL | |
| 2021 | Radiology Society of North America (RSNA), Hot Topic: Controversies in Imaging Utilization, Chicago, IL | |
| 2021 | Radiology Society of North America (RSNA), Learning Health Care System:    An Introduction for Radiologists to the Learning Healthcare System: Pragmatic Trials- Yes, We Can Randomize!   , Chicago, IL | |

Prepared: March 9, 2024

| 2021 | Radiology Society of North America (RSNA), Medical Physics Section:   Protocol Optimization for Low Dose CT   , Chicago, IL | |
| 2021 | Society of Radiologists in Ultrasound (SRU) Annual Meeting, Invited plenary talk: "Post-menopausal stripe thickness and need for Doppler of the EMS," Online | |
| 2021 | National Academy of Medine, Working Group, "Developing a Long-Term Strategy for Low-Dose Radiation Research in the United States Medical Perspectives," Teleconference | |

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

| 2000 | Kaiser Permanente Department of Genetics | |
| 2001 | San Francisco State University | |
| 2001 | Department of Medicine Grand Rounds, UCSF, San Francisco General Hospital | |
| 2001 | American College of Obstetrics and Gynecology, San Francisco, CA | |
| 2001 | Primary Care Medicine, Aspen, CO | Speaker |
| 2001 | UCSF Continuing Medical Education: Diagnostic Imaging in the Chest | Speaker |
| 2001 | UCSF Continuing Medical Education: Diagnostic Imaging in Women's Health | Speaker |
| 2001 | UCSF Continuing Medical Education: Diagnostic Imaging for Common Clinical Problems | Speaker |
| 2001 | UCSF Continuing Medical Education: Management of the Hospitalized Patient, San Francisco, CA | Speaker |
| 2001 | UCSF Continuing Medical Education: Controversies in Women's Health | Speaker |
| 2001 | MRI & Ultrasound, Lake Tahoe, CA | Speaker |
| 2001 | Intrauterine Growth Restriction, Lake Tahoe, CA | Speaker |
| 2001 | Evaluating the Uterus, Lake Tahoe, CA | Speaker |
| 2002 | Obstetrics and Gynecology Update, San Francisco, CA | Speaker |
| 2002 | 17th Annual Primary Care Medicine, Aspen, CO | Speaker |
| 2002 | Diagnostic Imaging for Cancer Screening, Aspen, CO | Speaker |
| 2002 | 10th Annual Controversies in Women's Health, San Francisco, CA | Speaker |

Prepared: March 9, 2024

| 2002 | UCSF Continuing Medical Education: Diagnostic Imaging in Women's Health, San Francisco, CA | Speaker |
| 2002 | Diagnostic Imaging: Evaluation of the Uterus in Postmenopausal Bleeding, Maui, HI | Speaker |
| 2002 | Diagnostic Intrauterine Growth Restriction | Speaker |
| 2002 | Evidence-Based Radiology: What Does It Mean? Why is it Important? Maui, HI | Speaker |
| 2002 | UCSF Continuing Medical Education: OB/GYN and Abdominal Ultrasound: Soft Ultrasound Markers, San Francisco, CA | Speaker |
| 2002 | Breast Oncology Program, Comprehensive Cancer Center, UCSF | |
| 2003 | Primary Care Medicine, Maui, HI | Speaker |
| 2003 | Diagnostic Imaging in Clinical Practice, Maui, HI | Speaker |
| 2003 | 11th Annual Controversies in Women's Health, San Francisco, CA | Speaker |
| 2003 | UCSF Continuing Medical Education: Diagnostic Imaging for Disease Prevention, San Francisco, CA | Speaker |
| 2003 | UCSF Continuing Medical Education: 46th Annual Diagnostic Radiology Postgraduate Course | Speaker |
| 2003 | UCSF Continuing Medical Education: OB/GYN and Abdominal Ultrasound, Soft Ultrasound Markers: The Results of the California AFP Study | Speaker |
| 2003 | MRI and Ultrasound by the Lake, Evaluation of the Uterus in Postmenopausal Bleeding Diagnostic Intrauterine Growth Restriction, Lake Tahoe, CA | Speaker |
| 2003 | Obstetrics and Gynecology Grand Rounds, UCSF | |
| 2004 | Women's Imaging, Does Practice Make Perfect: The Relationship Between Volume and Accuracy of Mammography, Sonoma, CA | Speaker |
| 2004 | Primary Care Medicine, Aspen, CO 2004 Diagnostic Imaging in Women's Health, Aspen, CO | Speaker |
| 2004 | Primary Care Medicine, Maui, HI 2004 Diagnostic Imaging in Women's Health, Mau, HI | Speaker |
| 2004 | Diagnostic Imaging in Clinical Practice, Mau, HI | Speaker |
| 2004 | UCSF Continuing Medical Education: Diagnostic Imaging in Clinical Practice, San Francisco, CA | Speaker |
| 2004 | Racial Disparity: Avon-sponsored Symposium, UCSF | |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2004 | Quality of Breast Cancer Care: Symposium , UCSF, San Francisco, CA | |
| 2005 | Sisters Network San Francisco | |
| 2005 | Stanford University, Department of Health Research and Policy, Division of Epidemiology | |
| 2005 | Obstetrical and Gynecologic Sonography, Postmenopausal Vaginal Bleeding, San Francisco, CA | Speaker |
| 2005 | Radiology Spring Training, Scottsdale, AZ | Speaker |
| 2005 | Evidenced Based Radiology: What Does It Mean And Why Should You Care, Scottsdale, Arizona | Speaker |
| 2005 | Imaging Evaluation Of Vaginal Bleeding, Scottsdale, Arizona | Speaker |
| 2005 | Pelvis Masses: What   s Normal, What   s Not, Scottsdale, Arizona | Speaker |
| 2005 | Physician Predictors of Mammographic Accuracy, Scottsdale, Arizona | Speaker |
| 2005 | Screening For Lung Cancer, Scottsdale, Arizona | Speaker |
| 2005 | Update in Imaging Including Screening | Speaker |
| 2005 | Screening Mammography: Does Practice Make Perfect | Speaker |
| 2005 | Imaging Evaluation Of Vaginal Bleeding | Speaker |
| 2005 | Interpreting the Medical Literature Made Easy | Speaker |
| 2006 | Lunch and Learn: San Francisco Community Outreach Educational Program, UCSF | |
| 2006 | Bay Area Health Care and Quality Outcomes, UCSF, San Francisco, CA | |
| 2006 | UCSF Continuing Medical Education: Controversies in Women's Health | Speaker |
| 2006 | UCSF Continuing Medical Education: Controversies in Breast Cancer Screening and Diagnosis | Speaker |
| 2006 | Cutting Edge Radiology, Diagnosis and Intervention, Vancouver, Canada | Speaker |
| 2006 | Evidenced Based Radiology: What Does It Mean And Why Should You Care | Speaker |
| 2006 | Screening Mammography: Does Practice Make Perfect | Speaker |
| 2006 | Pelvis Masses: What   s Normal, What   s Not | Speaker |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2006 | Imaging Evaluation Of Vaginal Bleeding Prenatal Diagnosis Of Down Syndrome: What You Need To Know, Vancouver, Canada | Speaker |
| 2006 | Educational Symposia | Speaker |
| 2007 | California Breast Cancer Research Symposium, Los Angeles, CA | |
| 2008 | UCSF Continuing Medical Education: Primary Care Medicine | Speaker |
| 2008 | UCSF Continuing Medical Education: Diagnostic Imaging in Women's Health | Speaker |
| 2008 | UCSF Continuing Medical Education: Radiation from Medical Imaging: A Silent Epidemic | Speaker |
| 2008 | UCSF Continuing Medical Education: Obstetrical/Gynecological and Abdominal Sonography Update, Prenatal Screening: What Not to Pay Attention To | Speaker |
| 2009 | UCSF Continuing Medical Education: Primary Care Medicine | Speaker |
| 2009 | UCSF Continuing Medical Education: Evaluation of Common Symptoms in Women | Speaker |
| 2009 | UCSF Continuing Medical Education: Radiation from Medical Imaging: A Silent Epidemic | Speaker |
| 2009 | UCSF Continuing Medical Education: Obstetrical/Gynecological and Abdominal Sonography Update, Prenatal Screening: What Not to Pay Attention To | Speaker |
| 2010 | Bay Area Clinical Research Symposium , Plenary Speaker, San Francisco CA | |
| 2011 | Department of Medicine Grand Rounds, UCSF, Moffitt, San Francisco, CA | |
| 2011 | Department of Medicine, Grand Rounds, San Francisco General Hospital, San Francisco, CA | |
| 2011 | Department of Urology Grand Rounds, UCSF, San Francisco, CA | |
| 2011 | Radiation Associated with Medical Imaging, Department of Radiology Grand Rounds, UCSF, San Francisco, CA | |
| 2011 | Eden Hospital, Department of Medicine Grand Rounds, Alameda, CA | |
| 2011 | Stanford Hospital, Department of Medicine, Grand Rounds, Palo Alto, CA | |
| 2011 | Kaiser Permanente Medical Center, Multidepartmental Grand Rounds, San Francisco, CA | |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2011 | Institute for Health Policy Studies, San Francisco, CA. Lecture entitled "Is Medical Imaging Harmful to Health: Opportunities to Influence Health Policy" Featured on UCTV http://www.uctv.tv/search_details.aspx?showid=21580 | |
| 2011 | STONE: RCT of US versus CT for Patients in the CT with Suspected Urolithiasis, San Francisco, CA (8.75) | Course Director |
| 2011 | Primary Care Medicine, Principles & Practice, San Francisco, CA | Keynote Lecture |
| 2011 | 39th Annual Advances in Internal Department of Medicine, San Francisco, CA | Keynote Lecture |
| 2011 | Controversies in Women's Health, Department of Medicine, San Francisco, CA | Keynote Lecture |
| 2012 | Grand Rounds, Kaiser Permanente Medical Center, San Francisco, CA | |
| 2012 | Grand Rounds, Kaiser Permanente Medical Center, Oakland, CA | |
| 2012 | Grand Rounds, Department of Emergency Medicine, Massachusetts General Hospital, Boston, MA | |
| 2012 | Grand Rounds, Department of Emergency Medicine Beth Israel Hospital, Boston, MA | |
| 2012 | Presentation, UC Office of the President, Focused on Quality Improvement and Technology, Oakland, CA | |
| 2012 | Grand Rounds, Department of Radiation Oncology, UCSF, San Francisco, CA | |
| 2012 | Grand Rounds, Southern CA Kaiser Radiology Chiefs | |
| 2012 | Thyroid Nodules: What Does the Evidence Really Tell Us, Maui, HI | Speaker |
| 2012 | Radiation for CT: Strategies for Meeting Expectations and Regulatory Compliance, Maui, HI | Speaker |
| 2013 | UCSF Continuing Medical Education: Radiation from Medical Imaging: A Hidden Epidemic | Speaker |
| 2013 | UCSF Continuing Medical Education: Otolaryngology Update | Speaker |
| 2014 | American College of Emergency Physicians, Oregon Chapter (O.C.E.P) | |
| 2014 | Endocrine Grand Rounds, Division of Endocrinology and Metabolism & the Diabetes and Endocrinology Research Center, UCSF, San Francisco, CA: "Risk of Thyroid Cancer Based on Thyroid Ultrasound Imaging Characteristics" | |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2014 | Radiology Resident Lecture Series, Department of Radiology, UCSF, San Francisco, CA: "Tracking and Monitoring CT Dose and Its Impact: Across the University of California Medical Centers" | |
| 2014 | UCSF, Endocrine Grand Rounds, San Francisco, CA | |
| 2015 | California Society of Radiology Technologists, Annual Meeting, San Francisco, CA Keynote Address. Radiation from CT: A Hidden Epidemic. Strategies to minimize doses: What technologists can do? | |
| 2016 | Society of Radiology in Ultrasound, Annual Meeting, Baltimore Maryland. Risk of Thyroid Cancer Based on Thyroid Ultrasound Imaging Characteristics | |
| 2016 | UCSF, Breast Oncology Program, Radiation from Medical Imaging: A Hidden Epidemic and Approaches for Improving. | |
| 2016 | UCSF Mini-Medical School Radiation Safety and Medical Imaging | |
| 2017 | University of California, Fetal Treatment Consortium: Share Our Experience with the University of California Dose Optimization and Standardized Endeavor (UC DOSE) | |
| 2017 | Breast Cancer Prevention Partners Ionizing Radiation and Cancer | |
| 2017 | University of California Davis, Radiology Grand Rounds, Radiation from Medical Imaging; A Hidden Epidemic | |
| 2017 | UCSF, Stand Up For Science; Panel Discussant | |
| 2017 | UCSF Practical Body Imaging, Kona Hawaii. 5 lectures | Lecturer |
| 2019 | Radiation Associated with Medical Imaging and Breast Cancer. Presented as part of the Study Group Series to inform The Breast Cancer Primary Prevention Plan for the State of California, California Breast Cancer Research Program | |
| 2020 | Bay Area Clinical Research Symposium Keynote Address: "A Medical Triumph Fostering a Silent Epidemic" | |
| 2021 | UCSF Pediatric Grand Rounds, "Computed Tomography: A Medical Triumph Fostering a Silent Epidemic" | |
| 2022 | UCSF Epidemiology Grand Rounds, "Computed Tomography: A Medical Triumph Fostering a Silent Epidemic" | |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, "Radiation from Medical Imaging, A Hidden Epidemic" | Keynote Lecture |

Prepared: March 9, 2024

| | |
|---|---|
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, Best Practices of Organizations with Optimized Dose. |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, The Use of Multiphase Scanning, Do Less |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023, Routine Abdomen CT-How Often are Best Practices Followed |
| 2023 | UCSF Course, UCSF Radiation Safety in Computed Tomography Virtual Symposium 2023,Strategies for Dose Optimization: Views from Health Care Systems |
| 2023 | |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| | | |
|---|---|---|
| 2002 - 2003 | Centers for Disease Control and Prevention, National Breast & Early Detection Program | Planning Committee |
| 2003 - 2010 | National Cancer Institute, Physician Data Query (PDQ) | Committee Member |
| 2004 - 2005 | Center for Disease Control and Prevention, CDC National Breast and Cervical Cancer Early Detection Program, Committee on Assessment of Covered Benefits | Expert Panelist |
| 2007 - 2010 | California Health Benefits Review Program (CHBRP) | Content Expert |
| 2008 - 2010 | Center for Scientific Review (CSR), National Institute of Heath (NIH), Health Services Organization and Delivery (HSOD) | Study Section Member |
| 2010 - 2010 | Congressional Hearing, US House of Representatives, Energy and Commerce Committee, Subcommittee on Health. Medical Radiation: An Overview of the Issues | Expert Witness |
| 2010 - 2010 | Food and Drug Administration, Center for Devices & Radiological Health, National Meeting Focus on Radiation Safety | Presenter |
| 2012 - 2013 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance | Expert Panel Committee |
| 2012 - 2012 | CDC Cancer Prevention Workshop: in-person meeting, October 17-18, 2012 | Committee Member |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2012 - 2012 | Congressional Hearing, US House of Representatives, Energy and Commerce Committee, Subcommittee on Health: Hearing was examining the appropriateness of standard form Medical Imaging, and Radiation Therapy Technologist. CARE Bill | Expert Witness |
| 2013 - 2013 | Government Accountability Office Report: Medicare Imaging Accreditation Establishing Minimum National Standards and an Oversight Framework Would Help Ensure Quality and Safety of Advanced Diagnostic Imaging Services, May 2013 | Contributor |
| 2014 - 2014 | International Atomic Energy Agency (IAEA) United Nations General Assembly and Security Council. Special Committee Considering Impact of Low Dose Radiation | |
| 2015 - 2021 | Council of Distinguished Investigators of the Academy of Radiology Research | |

## UNIVERSITY AND PUBLIC SERVICE

### SERVICE ACTIVITIES SUMMARY

There are several activities to which Dr. Smith-Bindman has contributed. For seven years she participated in the NCI sponsored Physicians Data Query (PDQ), an NCI committee charged with presenting evidenced based, on-line, widely accessible and widely disseminated guidelines relating to cancer screening and diagnosis.

She participated in several activities related to breast cancer screening including acting as a reviewer for the CDC on assessing the guidelines for the National Breast and Cervical Cancer Detection Program, participating in coverage decisions for the California Medicare program by acting as reviewer and content expert for the CA Health Benefits Review Program analyzing several bills before the state legislature that would expand breast cancer screening to include MRI.

She has contributed to several National Academy of Medicine Reports. She has participated in several community projects, such as acting on the board of an African American breast cancer advocacy group, and as a consultant to the Metropolitan Breast Cancer Task Force, charged with improving breast cancer mortality rates and racial disparities.

During the last ten years She has been very active in local, California, national and international efforts around improving radiation safety, including invited presentations to the FDA, testifying before the US Congress on two occasions, working with innumerable societies and government organizations on guidelines and submitting five endorsed quality measures on radiation safety to the National Quality Forum. Three of these measures were developed through a cooperative agreement with CMS, and she has worked closely with diverse stakeholders to see these measures to inclusion in national regulation to ensure improvement in radiation safety.

Her involvement in service activities within the University have focused on increasing the quality and quantity of translational research through participation in several University-wide

Prepared: March 9, 2024

task forces. Dr. Smith-Bindman serves on several Medical Center Committees, focusing on improved oversight and stewardship around radiation, and projects to improve the efficiency and effectiveness with CT. She also has served for many years on the University Conflicts of Interest Committee.

In the Department of Epidemiology and Biostatistics, she was a member of a department wide task force focused on improving undergraduate education.

## UNIVERSITY SERVICE
## UC SYSTEM AND MULTI-CAMPUS SERVICE

| | | |
|---|---|---|
| 2003 - 2003 | Blueprint for Regional Excellence in Breast Cancer Care | Committee Member |
| 2007 - 2010 | University of California, Office of the President, California Health Benefits Review Program (CHBRP) | Content Expert, Review of California Pending Legislation |
| 2011 - 2013 | Standardization and Optimization of Computed Tomography Patient Radiation Dose Across UC Medical Centers, funded through UC Center for Health Quality & Innovation Program (CHQI) | Committee Chair |
| 2015 - 2020 | Member, University of California Qualified Provider Led Entity Steering Committee (QPLE) Member, Imaging Appropriate Use Committee | |

## UCSF CAMPUSWIDE

| | | |
|---|---|---|
| 2003 - 2003 | UCSF Hospital Exceptional Physician Award | Committee Co-Chair |
| 2006 - 2007 | Pathways Clinical and Translational Research | Subcommittee |
| 2008 - 2010 | Pathways To Discovery, Clinical and Translational Research Pathway | Advisory Council |
| 2009 - 2021 | Radiation Safety Committee | Committee Member |
| 2012 - 2014 | UCSF Medical Center for Health Care Value | Committee Member |
| 2014 - 2015 | UCSF Clinical Enterprise Strategic Plan Implementation Committee for Continuous Process Improvement (CPI) | Committee Member |
| 2015 - 2017 | UCSF Clinical Enterprise Utilization Management Committee | Committee Member |
| 2012 - 2024 | UCSF Conflict of Interest Advisory Committee (COIAC) | Committee Member |

## SCHOOL OF MEDICINE

| | | |
|---|---|---|
| 2002 - 2002 | Dean's Leadership Retreat, Santa Cruz, CA | Participant |

Prepared: March 9, 2024

| | | |
|---|---|---|
| 2003 - 2003 | Task Force, Future of UCSF and Mission Bay | Steering Committee Member |
| 2003 - 2004 | Task Force, Physician Scientist Program Clinic-Based | Steering Committee Member |
| 2005 - 2005 | Dean's Leadership Retreat, Santa Cruz, CA | |
| 2003 - 2005 | School of Medicine | Faculty Council |
| 2008 - 2010 | UCSF Pathways to Discovery, Clinical and Translational Research | Advisory Council |
| 2007 - 2010 | University of California, Office of the President, CA Health Benefits Review Program | |
| 2012 - 2015 | UCSF Medical Center, Center for Health Care Value | |
| 2013 - 2020 | UCSF School of Medicine, Conflict of Interest Advisory Committee | |
| 2014 - 2016 | UCSF Clinical Enterprise, Strategic Plan, Committee for Continuous Process Improvement | |
| 2015 - 2019 | UCSF Clinical Enterprise, Utilization Management Committee | |
| 2019 - 2022 | UCSF Division of Palliative Medicine Associate Chief for Research Search Committee | |
| 2020 - 2022 | UCSF Division of Palliative Medicine Faculty Researcher Search Committee | |

**DEPARTMENTAL SERVICE**

| | | |
|---|---|---|
| 2001 - 2004 | Department of Medicine Faculty Recruitment Committee | Member |
| 2001 - 2004 | Department of Radiation Oncology Faculty Recruitment Committee | Member |
| 2005 - 2005 | Department of Radiology Seminars and Presentation Committee | Member |
| 2005 - 2008 | Department of Radiology Annual Imaging Research Symposium Abstract Review Committee | Member |
| 2005 - 2009 | Department of Radiology SEED Grant Review Committee | Member |
| 2009 - 2021 | Department of Radiology, Radiation Safety Committee | Member |
| 2012 - 2014 | Department of Radiology Maintenance of Certification Committee | Member |
| 2012 - 2014 | Department of Radiology, Maintenance of Certification Committee | Member |

Prepared: March 9, 2024

| 2016 - 2020 | Department of Radiology Development Committee | Member |
| 2020 - 2021 | Department of Radiology Quality and Safety Committee | Member |
| 2020 - 2021 | Department of Radiology Health Equity Committee | Member |
| 2020 - 2022 | Department of Radiology Medical Physicist Faculty Search Committee | Member |
| 2022 - 2023 | Department of Epidemiology and Biostatistics, Task Force, Undergraduate Medical Education | Member |

**COMMUNITY AND PUBLIC SERVICE**

| 2003 - 2007 | San Francisco SISTERS, African American Breast Cancer Advocacy Group | Board Member |
| 2008 - 2008 | Metropolitan Chicago Breast Cancer Task Force, Chicago IL | Unpaid Consultant |
| 2011 - 2014 | National Quality Form, National Voluntary Consensus Standard for Patient Safety. Measure entitled "UCSF CT Radiation Dose Patient Safety Measure    PSM-044 endorsed | Measure Developer |
| 2015 - 2015 | National Quality Form, Pediatric Measures. Measure Entitled: "Pediatric Computed Tomography Radiation Dose." Measure Endorsed. | Measure Developer |
| 2017 - 2017 | Leapfrog Voluntary Consultant to Coordinate Implementation of National Quality Form Pediatric Safety Measure. | Voluntary Consultant |
| 2019 - 2019 | Presenter, Contributor, External Peer Reviewer of Final Report, California Breast Cancer Primary Prevention Plan, California Breast Cancer Research Program | |
| 2020 - 2023 | Tomales Bay Watershed Foundation | Board Member |
| 2020 - 2023 | San Francisco New Deal, a non-profit focused on serving San Francisco   s vulnerable populations and supporting restaurants during Covid-19; and supporting businesses sustainability. Led successful application for two SF government contracts. | Development Committee Member |

# CONTRIBUTIONS TO DIVERSITY

**CONTRIBUTIONS TO DIVERSITY    Contributions to Diversity, Equity & Inclusion Guidance**
I have tried to increase my understanding of the structural nature of racism and approaches for becoming antiracist. I have read as many books as possible over the last several years about the foundation of structural racism. This past year I participated in training by REI (Racial Equity Institute) and the Groundwater Institute focused on leadership development. The focus of the Groundwater institute is to   helps leaders communicate, translate, and apply our racial

Prepared: March 9, 2024

equity analysis for strategic action to impact change. □ I learned of the program through my husband who previously participated in their leadership training and found it extremely informative.  (https://racialequityinstitute.org/groundwater-institute/)

## TEACHING AND MENTORING

### TEACHING SUMMARY
Dr. Smith-Bindman has become involved in Teaching in the Department of Epidemiology and Biostatistics. She is a small  group leader in the fourth year Designing Clinical Research Class; and has led four sections in the First year Epidemiology and Biostatistics Course.

### FORMAL TEACHING

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2002 - 2005 | Epidemiology and Biostatistics, Medical Student Required Class | Section Leader | | 20 |
| 2005 - 2005 | Introduction to Diagnostic Testing | Lecturer | | 18 |
| 2007 - 2008 | Clinical Performance and Health Outcome Measurement, Epidemiology and Biostatistics 211 | Faculty Lecturer | | 20 |
| 2011 - 2012 | Epidemiology 245, Translating Evidence into Practice: Theory and Design | Lecturer | | 30 |
| 2010 - 2014 | Epi 249, Framing Research to Influence Policy | Lecturer | | 25 |
| 2013 - 2014 | "Translating Evidence Into Policy", a part of UCSF's Masters in Clinical Research Program, Department of Epidemiology & Biostatistics, UCSF | Lecturer | | |
| 2014 - present | UCSF Resident Didactic Lectures | Lecturer | | |

Prepared: March 9, 2024

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2017 - 2017 | UCSF Practical Body Imaging, Kona Hawaii. 5 lectures | Lecturer | | |
| | 2021 - 2022 | UCSF Epidemiology, Biostatistics and Population Sciences (EBPS), led four sections | Section leader | | 15 |
| | 2022 - 2023 | UCSF Medical Student 4th Year Class, Designing Clinical Research (DCR). Led all sections (n=6) and review of final proposal | Section leader | Medicine | 15 |

## MENTORING SUMMARY
Dr. Smith-Bindman mentors trainees in clinical research. Current primary mentees during 2022 include Malini Mahendra, UCSF faculty member in Pediatrics applying for a K award, and several Radiation Medical Physics grad students (Cameron Kofler, Trung Tran)

## PREDOCTORAL STUDENTS SUPERVISED OR MENTORED

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2004 - 2005 | Christopher Kagay | UCSF Medical School | | Research Advisor | Radiologist |
| 2005 - 2006 | Alexander Ding | UCB/ UCSF Joint MD/MPH | | Research Advisor | Radiologist |
| 2005 - 2008 | Aruna Venkatesan | UCSF Medical School | | Research Advisor | Obstetrician Gynecologist |
| 2006 - 2007 | Emma Dinkelspiel | Urban High School | | Research Advisor | Lawyer, Legal Aid, San Francisco |
| 2010 - 2014 | Pratik Mehta | UC Berkeley | | Research Advisor | Physician |

Prepared: March 9, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|-------|------|-------------------|-------------|------|------------------|
| 2011 - 2013 | Jillian Keegan | Lick Wilmerding High School | | Research Advisor | Medical School, Mount Sinai |
| 2012 - 2013 | Jessica Zhang | UC Berkeley | | Research Advisor | Medical School |
| 2014 - 2014 | A. Fraser | University High | Research/Scholarly Mentor, Project Mentor | Research Advisor | Works in Public Service, San Francisco |
| 2019 - 2021 | A. Alejandrez Cisneros | UCSF Medical School | Research/Scholarly Mentor, Project Mentor | Research Advisor | Medical School |
| 2020 - 2023 | Cameron Kofler | University of Florida, PhD Program, Medical Physicist | Research/Scholarly Mentor, Project Mentor | Research Advisor, PhD Advisor and Committee Member | Clinical Fellow, University of Chicago |
| 2020 - 2023 | Emily Marlow | UC Davis, Epidemiology PhD Program | Research/Scholarly Mentor, Project Mentor | Research Advisor, PhD Advisor, Committee Member | Post Doc, American Cancer Society |
| 2020 - 2023 | Truong Tran | University of Florida, PhD Program, Medical Physics | Research/Scholarly Mentor, Project Mentor | Research Advisor, PhD Advisor | Physics Program |
| 2022 - 2023 | Gabriela Steiner | UCSF Medical School | Research/Scholarly Mentor, Career Mentor | Research/Career Mentor | Medical School |
| 2023 - 2024 | Megan Casey | UCSF Medical School and Masters Student UCSF | Research/Scholarly Mentor | Research Mentor, Committee member | |

Prepared: March 9, 2024

## POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 1998 - 2000 | Mariana Copanigro | UCSF Radiology Resident and Fellow | | Research Advisor | Radiologist |
| 1998 - 2000 | Nina Vincoff | UCSF Radiology Resident and Fellow | | Research Advisor | Radiologist |
| 2003 - 2004 | Erica Weiss | UCSF Obstetrics & Gynecology | | Research Advisor | Obstetrician Gynecologist |
| 2003 - 2005 | Kristen Schueler | UCSF RORL Research Fellow | | Research Advisor | Radiologist |
| 2003 - 2005 | David Haggstrom | UCSF Internal Medicine Fellow, Masters Student | | Research Advisor | Indiana University, Faculty, Department of Medicine |
| 2005 - 2006 | Kristen Reid | UCSF General Internal Medicine Fellow | | Research Advisor | Emory Univeristy / Grady Hospital, Faculty, Medicine |
| 2005 - 2005 | A. Jensen | PhD Student, Copenhagen | | Research Advisor | Faculty |
| 2005 - 2006 | Brian Ching | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2005 - 2006 | Amy Cole | UCSF Radiology Fellow | | Research Advisor | Radiology, Kaiser Permanente |

Prepared: March 9, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2005 - 2007 | Lauren Goldman | UCSF Internal Medicine Fellow, Masters Student | | Research Advisor | UCSF Department of Medicine |
| 2006 - 2010 | Jafi Lipson | UCSF Radiology Resident, UCSF Radiology T32 Scholar | | Research Advisor | Faculty, Stanford University |
| 2007 - 2008 | Joseph Stengel, | UCSF Radiology Fellow | | | Radiologist |
| 2007 - 2008 | Agiua Heath | UCSF RORL Research Fellow | | Research Advisor | Private Practice |
| 2007 - 2009 | Richard Cho | UCSF Radiology Fellow | | Research Advisor | Private Practice, Los Angeles, CA |
| 2007 - 2009 | Dorra Sellami | UCSF Radiology Resident/Radiology Fellow | | Research Advisor | Radiology Private Practice |
| 2008 - 2009 | Amita Kamath | UCSF Radiology Resident UCSF T32 Scholar | | Research Advisor | Faculty, Radiologist, NYU |
| 2009 - 2010 | Jin Ching | UCSF Maternal Medicine Fellow | | Research Advisor | Radiologist |
| 2009 - 2011 | Natasha Brasic | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2010 - 2011 | Divya Sridhar | UCSF Radiology Resident | | Research Advisor | Radiologist |

Prepared: March 9, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2010 - 2012 | Paulette Lebda | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2010 - 2013 | Ingrid Burger | UCSF Radiology Resident | | Research Advisor | Radiologist |
| 2010 - 2013 | Ginger Merry | UCSF Radiology Resident | | Research Advisor | Radiologist |
| 2011 - 2014 | John Mongan | UCSF Radiology Resident, UCSF Radiology Fellow | | Research Advisor | UCSF Faculty |
| 2013 - 2014 | Stephanie Hou | UCSF Radiology Resident | | Research Advisor | UCSF |
| 2013 - 2014 | Cindy Lee | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2013 - 2014 | Tara Morgan | UCSF Radiology Fellow and UCSF Radiology attending | | Research Advisor | UCSF Faculty |
| 2013 - 2015 | Lindsay A. Hampson | UCSF Urology Resident, One Year of Dedicated Research | | Research Advisor | UCSF Faculty |
| 2013 - 2015 | Vignesh Arasu | UCSF Radiology Resident | | Research Advisor | Radiologist |
| 2013 - 2015 | Nancy Benedetti | UCSF Radiology Resident | | Research Advisor | Radiologist |

Prepared: March 9, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2014 - 2015 | Bianca Carpenter | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2014 - 2015 | Janice Hsu | UCSF Radiology Fellow | | Research Advisor | Radiologist |
| 2014 - 2018 | Yifei Wang | UC Davis, PhD Biostatistics | | Research Advisor | UCSF Faculty |
| 2014 - 2019 | Joshua Demb | UCSF, PhD Epidemiology | | Research Advisor | UCSD, Research Scientist |
| 2015 - 2018 | Emily Marshall | University of Florida, PhD Medical Physics | | Research Advisor | Lurie Childrens Hospital, Medical Physicist |
| 2017 - 2021 | Emily Marlow | UC Davis, PhD Epidemiology | | Research Advisor | American Cancer Society |
| 2018 - 2021 | Calyani Ganesan | Nephrology Fellow | | Research Advisor | Stanford |
| 2018 - 2020 | Yoon-Jin Kim | Radiology Resident | | Research Advisor | UCSF Fellow |
| 2018 - 2022 | Truong Tran | University of Florida, PhD Medical Physics | | Research Advisor | |
| 2018 - 2022 | Cameroon Kofler | University of Florida, PhD Medical Physics | | Research Advisor | PhD Candidate |
| 2019 - 2021 | Denise Oldenburg | Visting Radiology Resident | | Research Advisor | University of Essen |
| 2019 - 2022 | Sean Woolen | Radiology Fellow | | Research Advisor | UCSF Abdominal Imaging Attending |

Prepared: March 9, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2021 - 2022 | Xiao Wu | UCSF Radiology Resident | | Research Advisor | |

## FACULTY MENTORING

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2002 - 2005 | John Shepherd,MD | UCSF Emergency Medicine | | Research Advisor | UCSF Faculty |
| 2004 - 2005 | Elaina Curtis, MD | UCSF Visiting Fellow | | Research Advisor | Faculty, University of Auckland |
| 2005 - 2006 | John Stein, MD | UCSF Emergency Medicine | | Research Advisor | Associate Professor, UCSF |
| 2005 - 2006 | Max Wintermark, MD | UCSF Radiology | | Research Advisor | Section Head, Neuroradiology Stanford |
| 2007 - 2014 | Lauren Goldman, MD | UCSF Medicine | | Research Advisor | Professor, UCSF |
| 2008 - 2011 | Larry Rand, MD | UCSF Maternal Medicine | | Research Advisor | Professor, OBGYN, UCSF |
| 2008 - 2014 | Antonio Westphalen, MD | UCSF Radiology, KL2 | | Research Advisor | Section Head, Body Imaging University of Washington |
| 2009 - 2018 | Liina Poder, MD | UCSF Radiology | | Research Advisor | Section Head, Ultrasound, UCSF |
| 2010 - 2018 | Ralph Wang, MD | UCSF Emergency Department Physician | | Research Advisor | Professor, UCSF, Emergency Medicine |

Prepared: March 9, 2024

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2014 - 2018 | John Mongan, MD | UCSF Radiology Resident, UCSF Radiology Fellow, Faculty | | Research Advisor | Professor, UCSF |
| 2014 - 2017 | Cindy Lee, MD | UCSF Radiology Fellow | | Research Advisor | Private Practice |
| 2014 - 2017 | Tara Morgan, MD | UCSF Radiology Fellow and UCSF Radiology Attending | | Research Advisor | Associate Professor, UCSF |
| 2014 - 2020 | Maureen Kohi, MD | UCSF Radiology Faculty | | Research Advisor | Department Chair, Radiology, UNC |
| 2015 - 2018 | Ben Franc, MD, PhD | UCSF Radiology, Nuclear Medicine | | Research Advisor | Section Head, Nuclear Medicine, Stanford |
| 2017 - 2020 | Brian Haas, MD | UCSF Radiology Faculty | | Research Advisor | Assistant Professor, UCSF |
| 2018 - 2021 | Matthew Bucknor | UCSF Radiology Faculty | | Research Advisor | Professor, UCSF |
| 2021 - 2023 | Malini Mahendra | UCSF Pediatric Faculty | Research/Scholarly Mentor, Project Mentor | Research Advisor | Assistant Professor |

**VISITING FACULTY MENTORED**

2005 - 2005    Allan Jensen              University of Copenhagen

Prepared: March 9, 2024

# RESEARCH AND CREATIVE ACTIVITIES

## RESEARCH AND CREATIVE ACTIVITIES SUMMARY

Dr. Smith-Bindman is a clinician scientist with expertise in health services research, epidemiology, outcomes research, comparative effectiveness research, and dissemination and implementation sciences focused on diagnostic imaging.  Her research has focused on evaluating the quality, utilization, accuracy, predictive values and impact of diagnostic testing on patient health, and has quantified both the risks and benefits of medical imaging when used in different contexts and by different populations. She has spent been the principal investigator on numerous large federal grants and has collaborated with scientists from diverse medical specialty areas. Separate from her research activities, she has been actively involved in translating evidence into changes in practice and policy. She has informed policy leaders, practitioners and the public about the safety concerns surrounding the use of radiation in imaging by describing the issue in main stream media, testifying before the US Congress, and by advising the FDA, The Joint Commission, the International Atomic Energy Agency, the International Council on Radiation Protection and leading professional societies.  She has also written quality measures focused on radiation safety, and her work has resulted in organizations which monitor health care quality to adopt measures of diagnostic imaging safety.

Two areas of focus are notable. First, she has published on the racial and ethnic differences in access and utilization of screening mammography and how that contributes to higher breast cancer mortality among African American women, and on factors that influence the quality and access to screening among vulnerable populations. Second, she has quantified the variation in radiation dose associated with medical imaging across patients and institutions, and quantified the impact of radiation, particularly from computed tomography, as an environmental carcinogen.  She has conducted a successful, randomized controlled trial of strategies to lower doses.

She is currently writing quality measures through a cooperative agreement with CMS to be included in 2023 physician and hospital payment programs. The quality measures were supported by the National Quality Forum, were recommended for Rule Making as part of the 2022 Measure Application Partnership, and CMS is moving forward to include in their Physician and Hospital Payment Programs

Significant Publications

**1. Smith-Bindman et al.  Endovaginal ultrasound to evaluate endometrial abnormalities JAMA 1999;281:1693-4**

Vaginal bleeding affects 7% of post-menopausal women, and historically women underwent invasive endometrial biopsy to exclude cancer. This meta-analytic review found that endovaginal ultrasound is an easily tolerated non-invasive test that is accurate for the diagnosis of cancer, so that most women can avoid biopsy. These results were integrated into clinical practice guidelines in the United States, Scotland, England, Germany, and Hong Kong. The publication was cited 895 times based on Google Scholar.

**2. Smith-Bindman et al. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. JAMA. 2001: 285;1044-1055**

This meta-analytic review suggests that the use of ultrasound for the detection of fetuses affected by Down syndrome may be associated with more harm than benefit, as it can lead to large numbers of unnecessary amniocenteses and subsequent fetal losses with little evidence of benefits. This article was accompanied by extensive media coverage (AP, Reuters, NY

Prepared: March 9, 2024

Times), and impacted the use of ultrasound in prenatal diagnoses. The publication cited 196 times based on Web of Science.

**3. Smith-Bindman et al. Comparison of screening mammography in the United States and the United Kingdom JAMA 2003;290: 2129-2137**
This international comparison of screening mammography described 5.5 million mammograms obtained between 1996 to 1999 within three large-scale mammography registries or screening programs. Recall rates and open surgical biopsy rates were twice as high in the U.S. as in the U.K., although cancer rates were nearly identical. There was extensive media coverage (AP, Reuters, NY Times, Wall Street Journal, National Public Radio). The results were widely cited, and were included in the IOM Report, "Saving Women's Lives." The publication was cited 362 times based on Google Scholar.

**4. Smith-Bindman et al. Physician Predictors of Mammographic Accuracy. J Natl Cancer Inst 2005;97;358-367**
This retrospective analysis of the accuracy of mammographic screening among 208 U.S. physicians, who collectively interpreted 1.2 million mammograms, demonstrated large and unacceptable variation in theinterpretive abilities of radiologists; the sensitivity spanned 29% to 97%, while the false positive rate ranged from 1 to 29%. These findings were included in the Institute of Medicine's report on Mammography Quality Standards, regarding Enhancement of Interpretative Performance. The publication was cited 188 times based on Google Scholar.

**5. Smith-Bindman et al. Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? Ann Intern Med, 2006;144;541-51**
This paper sought to disentangle whether biology or the use of screening was largely responsible for the known racial and ethnic differences in breast cancer. This study was unique in that detailed cancer information was available from tumor registries that were linked with detailed information regarding mammography utilization. Most of the racial and ethnic differences in breast cancer features were reduced or eliminated after accounting for the frequency of mammography screening suggesting reduced access to screening remains an important problem. The publication was cited 365 times based on Google Scholar.

**6. Smith-Bindman et al. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. JAMA Internal Medicine 2009;169:2078-86**
This paper documented the variation in doses associated with routine CT. The widespread media attention that this paper received contributed to active policy discussions questioning the need for greater standards and possible FDA oversight. I was invited to present the results at the FDA, at a Congressional Hearing sponsored by the Health Subcommittee of the Committee on Energy and Commerce, and innumerable professional society meetings, and submitted (and had endorsed) a measure of quality around CT imaging by the National Quality Forum. The publication was cited 2351 times based on Google Scholar.

**7. Smith-Bindman R, Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, included in Breast and the Environment: A Life Course Approach. The Institute of Medicine. 2012**
The Komen Foundation commissioned the IOM report on environmental causes of breast cancer and. I was asked to summarize what is known about the harmful effects of ionizing radiation on breast cancer risks. The IOM concluded that ionizing radiation is one of the largest, and the most preventable causes of breast cancer. The publication was cited 71 times based on Google Scholar.

Prepared: March 9, 2024

**8. Miglioretti DL et al. Smith-Bindman senior author. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013 ;167:700-707**

Using a retrospective cohort design, this paper quantified the use of imaging among children within one of 7 large integrated health care systems including KP Northern California, KP Washington, KP Northwest, KP Georgia and KP Hawaii, quantified the radiation exposure associated with these examinations, and estimated the likely impact of improved standardization of the conduct of CT on the risks of cancer. The manuscript concluded that if the top outlying radiation exposures could be reduced to the average (a modest goal) that 40% of expected cancer could be eliminated. The publication was cited 995 times based on Google Scholar.

**9. Smith-Bindman R, et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. JAMA Internal Medicine. 2013;173:1788-96**

This retrospective observational study documented the risk of cancer associated with specific thyroid imaging findings.  This is the first study that links a large cohort of patients with detailed imaging findings, with a comprehensive tumor registry to permit the quantification of the risk of cancer associated with specific findings. The results suggest that the number of biopsies can be reduced by up to 90%, with a relatively small impact on cancer detected.  The results are being rapidly embraced by endocrinologists, surgeons and radiologists. The publication was cited 250 times based on Google Scholar.

**10. Smith-Bindman et al Ultrasonography versus computed tomography for suspected nephrolithiasis Nephrolithiasis  NEJM.  2014;371:1100-1110**

This 15-center randomized comparative effectiveness study assessed whether ultrasound or CT should be the first imaging test in patients with suspected kidney stones. Emergency department patients with abdominal pain and suspected nephrolithiasis were randomly assigned to one of three arms for imaging: ultrasound performed by an emergency medicine physician, ultrasound provided by a radiologist, or computerized tomography (CT). No significant differences were observed over the next 6 months in rates of severe serious adverse events (SAEs), related SAEs, or total SAEs, or ED or hospital admission rates at 7 or 30 days; however, initial imaging with ultrasound was associated with lower 1 day and 6-month cumulative radiation exposures than initial imaging with CT. The publication was cited 473 times based on Google Scholar.

**11. Smith-Bindman R, et al International Variation in Radiation Dose for Computed Tomography Examinations: Prospective Cohort Study. BMJ.  2019;364:K4931**

This study used data describing one million CT scans submitted to the UCSF International CT Dose Registry and  explored reasons for the variation in doses used for CT. The analysis found that it was not patient or machine factors that drove the large dose variation, but rather local preferences and choices. The paper is the first large multinational study to characterize and explore the reasons for dose variation. The publication was cited 63 times based on Google Scholar.

**12. Smith-Bindman R, et al Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada JAMA  2019 322(9):843-856.**

This retrospective study across 7 large integrated US health care systems including KP Northern California, KP Washington, KP Northwest, and KP Hawaii, and from Ontario Canada described current patterns of medical imaging. The paper documented ongoing growth in

Prepared: March 9, 2024

nearly all imaging modalities despite widely held beliefs that growth in advanced imaging has subsided. The publication was cited 80 times based on Google Scholar.

**13. Smith-Bindman R, et al Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 ; 179(1): 71-77**
This large, retrospective population based study of ultrasound findings among enrolless in KP Washington documented the risk of cancer associated with specific findings, and provided evidence that ovarian cysts, no matter what their size, can be safely ignored. The results were rapidly incorporated into several national guidelines. The publication was cited 30 times based on Google Scholar.

**14. Smith-Bindman, R., et al An assessment of two interventions for reducing radiation doses for computed tomography: A multicenter international clinical trial. JAMA Internal Med. 2020; 180:666-675.**
This randomized clinical trial of two interventions to optimize radiation doses for CT across 100 imaging facilities found that providing feedback to institutions along size education and opportunities for sharing best practices results in meaningful dose reductions.

### RESEARCH AWARDS - CURRENT

| | | | |
|---|---|---|---|
| 1. | PI | | Smith-Bindman (PI) |
| | PCORI (Patient Centered Outcomes Research Institute) | 8/01/2019 | 07/31/2024 |
| | SAFE CT: Software, Actionable Feedback, and Education for CT: To help institutions optimize their radiation doses | | $ 1,400,000 total |

To adapt the tools we developed to provide feedback to a large number of institutions on radiation doses for CT.    To work with diverse stakeholders to enhance their widespread dissemination and implementation of these tools. Our goal is to widely disseminate and implement these results across as many institutions that perform CT scanning as possible

| | | | |
|---|---|---|---|
| 2. | PI | | |
| | NIH | 03/01/2015 | 12/1/2023 |
| | Risk of Cancer in Childhood and Adolescence Associated with Medical Imaging | $ 1,834,410 direct/yr 1 | $ 10,600,000 total |

The primary analysis is ongoing and will be completed before 12/1/23. The no cost extension ended in 2022, but the work is not yet completed. If the results are positive we will submit a grant to continue collecting outcome data and complete analyses

| | | | |
|---|---|---|---|
| 3. | Co-Principal Investigator. Contact PI: Dr. Gould, Kaiser Foundation Research | | |
| | Patient Centered Outcomes Research Institute (PCORI) | 04/01/2015 | 06/01/2024 |
| | Pragmatic Trial of More versus Less Intensive Strategies for Active Surveillance of Patients with Small Pulmonary Nodules | | $ 14,458,936 total |

Prepared: March 9, 2024

| 4. | UCSF PI, Subaward | 10% % effort | Mazonson (PI) |
|---|---|---|---|
| NCI | | 09/01/2023 | 8/31/2025 |
| The Alara Imaging Gateway: Linking Electronic Health Records And Radiology Imaging Exams To Report On A National Quality Measures To Reduce Cancer Risk From CT (The Alara Imaging Gateway) | | $ 196,000 direct/yr 1 | $ 2,400,000 total |

The focus of the award is to develop reporting capacity for a new CMS adopted radiation dose and image quality electronic quality measure, and to develop automated feedback to help hospitals optimize their doses

I am leading the UCSF subaward to develop approach for providing insight to hospitals to allow them to optimize dose

## RESEARCH AWARDS - PAST

| 1. | PI | | |
|---|---|---|---|
| Centers for Disease Control and Prevention (CDC) | | 09/30/2012 | 09/29/2014 |
| PEDS CT-DOSE: Pediatric CT Dose Optimization and Standardization Endeavor | | $ 500,000 direct/yr 1 | $ 500,000 total |

| 2. | PI | | Smith-Bindman (PI) |
|---|---|---|---|
| University of California Office of the President, CHQI | | 07/01/2011 | 07/01/2014 |
| Standardization And Optimization Of Computed Tomography Patient Radiation Dose Across The University of California Medical Centers. | | $ 250,000 direct/yr 1 | $ 750,000 total |

Prospective study across the five University of California Medical Centers to Standardize and reduce the radiation use for CT

| 3. | Co-Investigator. PI Solberg, Health Partners. | | |
|---|---|---|---|
| Patient Centered Outcomes Research Institute (PCORI) | | 07/01/2012 | 06/30/2014 |
| Measuring Patient Outcome from High Tech Imaging Studies | | $ 250,000 direct/yr 1 | $ 500,000 total |

| 4. | PI | | |
|---|---|---|---|
| AHRQ | | 10/01/2010 | 09/30/2013 |
| RCT of US versus CT for Patients in the ED with Suspected Renal Colic | | $ 4,830,368 direct/yr 1 | $ 9,210,000 total |

Prepared: March 9, 2024

| 5. | ULI RR024131-01 | Co-Investigator | | |
| | NIH | | 09/30/2006 | 06/30/2011 |
| | Clinical and Translational Science Institute (CTSI) | | | |

| 6. | | PI | | |
| | NIH / R21 | | 04/01/2009 | 03/31/2011 |
| | Risk of Cancer with Incidental Findings Identified on US Imaging | | | $ 317,000 total |

| 7. | | Co-Investigator | | |
| | NIH | | 10/01/2005 | 09/30/2010 |
| | Biological Basis of Breast Density and Breast Cancer Risk | | | |

| 8. | | PI | | Smith-Bindman (PI) |
| | NIH/R21 | | 09/01/2008 | 08/31/2010 |
| | Radiation Exposure from Medical Imaging: are Doses in Carcinogic Range? | | | $ 317,000 total |

| 9. | EB004079-01A2 | Co-Investigator | | |
| | NIH | | 04/01/2006 | 03/01/2009 |
| | Statistical Methods for Evaluation and Validation of Diagnostic Tests | | | |

| 10. | | PI | | |
| | UCSF, Deans Office | | 01/01/2008 | 09/30/2008 |
| | Radiation Exposure from Medical Imaging: are Doses in Carcinogic Range? | | | $ 91,000 total |

| 11. | BC022339 | Co-Investigator | | |
| | Department of Defense/USAMRC | | 05/01/2003 | 04/30/2007 |

Prepared: March 9, 2024

Blueprint for Regional Excellence in Breast Cancer Care | $ 6,900,000 total

12. 9PB-0205                         PI
California Breast Cancer Research Program        07/01/2003      02/01/2007
Racial Disparity in Breast Cancer Mortality                      $ 583,287 total

13.                                  PI
Women's Health Research Center, UCSF             01/01/2002      12/01/2006
Down Syndrome Screening in the US                                $ 70,000 total

14.                                  PI
DOD/BC980769                                     10/01/1999      07/01/2005
Outcomes of Screening Mammography in Elderly Women               $ 725,515 total

15. K07 194603649A6                  PI
NIH                                              09/01/1999      06/01/2005
Outcomes of Screening Mammography in Elderly Women               $ 635,687 total

16. U01 CA63740                      Director
NIH                                              04/01/2000      03/31/2005
Physician Predictors of the Accuracy of Screening                $ 115,022 total
Mammography

17. U01 CA63740                      Co-Investigator
NIH                                              04/01/2000      03/31/2005
San Francisco Mammography Registry: A Research                   $ 3,100,000 total
Resource

18. U01 CA63740                      Director
NIH                                              04/01/2000      03/31/2005
Validation of the Medicare Screening Algorithm                   $ 80,903 total

Prepared: March 9, 2024

| 19. | PI | | |
|---|---|---|---|
| Society of Radiologists in Ultrasound | | 04/01/2001 | 04/01/2004 |
| Physician Variation in Ultrasound Accuracy | | | $ 30,000 total |

| 20. | PI | | |
|---|---|---|---|
| Society of Radiologists in Ultrasound | | 04/01/2001 | 04/01/2003 |
| Prenatal Ultrasound for Detection of Birth Defects and Chromosome Abnormalities | | | $ 40,000 total |

| 21. | PI | | |
|---|---|---|---|
| Radiologic Society of North America | | 07/01/2000 | 06/01/2001 |
| U.S. U.K Comparison of The Accuracy of Screening Mammography | | $ 40,000 direct/yr 1 | |

| 22. | PI | | |
|---|---|---|---|
| Radiologic Society of North America | | 07/07/1999 | 06/01/2000 |
| Prenatal diagnostic ultrasound for the detection of chromosomal abnormalities | | $ 35,000 direct/yr 1 | |

| 23. | PI | | |
|---|---|---|---|
| Patient Centered Outcomes Research Institute (PCORI) | | 09/02/2013 | 08/31/2016 |
| UCSF CT Radiation Dose Registry to Ensure a Patient Centered Approach for Imaging | | $ 492,163 direct/yr 1 | $ 2,069,365 total |
| Collaboration across the US and Europe to create benchmarks and standards for CT by pooling data from a large number of hospitals and outpatient facilities. | | | |

| 24. CA125036-04 | PI | | Smith-Bindman (PI) |
|---|---|---|---|
| NIH/K24 | | 09/01/2008 | 06/30/2015 |
| Mid Career Development Award: Risk of Cancer Associated of Incidental Findings | | $ 172,000 direct/yr 1 | $ 868,632 total |

| 25. | PI | | |
|---|---|---|---|

Prepared: March 9, 2024

| | | |
|---|---|---|
| NIH | 07/02/2014 | 12/31/2020 |
| CT DOSE Collaboration: Partnership for Dose | $ 1,140,000 direct/yr 1 | $ 7,900,000 total |

| | | | |
|---|---|---|---|
| 26. CMS: 1V1-18-002-061598/ P0530892 | PI | | Smith-Bindman (PI) |
| Center for Medicare and Medicaid Services (CMS) | | 9/14/2018 | 12/31/2021 |
| DR CTQS: Defining and Rewarding Computed Tomography Quality and Safety | | | $ 4,990,358 total |

The focus of the proposal is to develop a suite of quality measures for Computed Tomography (CT) that focuses on radiation dose and image quality that CMS can be used in the quality pay for performance program.

## PEER REVIEWED PUBLICATIONS

1. 1987     Block JE, **Smith R**, Black D, Genant HK. Does Exercise Prevent Osteoporosis? <u>JAMA</u> 1987; 257:3115-3117, 1987

2. 1987     Genant HK, Block JE, Steiger P, Glueer CC, **Smith R.** Quantitative Computed Tomography in Assessment of Osteoporosis. <u>Sem in Nuclear Med</u> 4;1987:316-333, 1987

3. 1987     Genant HK, Steiger P, Block JE, **Smith R**, Black D, Ettinger B, Harris ST. Rate of change in bone mineral content as measured by QCT, DPA and SPA in postmenopausal women. <u>J Bone Miner Res</u> 25;1987:212, 1987

4. 1988     Ettinger B, Block JE, **Smith R**, Cummings SR, Harris ST, Genent HK. An examination of the association between vertebral deformities, physical disabilities and psychosocial problems. <u>Maturitas</u> 10;1988:283-96, 1988

5. 1989     Block JE, **Smith R**, Glueer CC, Steiger P, Ettinger B, Genant HK. Models of Spinal Trabecular Bone Loss as Determined by Quantitative Computed Tomography. <u>J Bone Miner Res</u> 1989;4:249-57, 1989

6. 1991     Smith-Bindman R, Cummings SR, Steiger P, Genant HK. A comparison of morphometric definitions of vertebral fracture. J Bone Miner Res. 1991 Jan; 6(1):25-34. PMID: 2048427

7. 1991     Smith-Bindman R, Steiger P, Cummings SR, Genant HK. The index of radiographic area (IRA): a new approach to estimating the severity of vertebral deformity. Bone Miner. 1991 Nov; 15(2):137-49. PMID: 1764630

Prepared: March 9, 2024

8. 1998    Smith-Bindman R, Kerlikowske K. Is there a downside to elderly women undergoing screening mammography? J Natl Cancer Inst. 1998 Sep 16; 90(18):1322-3. PMID: 9747859

9. 1998    Smith-Bindman R, Kerlikowske K, Feldstein VA, Subak L, Scheidler J, Segal M, Brand R, Grady D. Endovaginal ultrasound to exclude endometrial cancer and other endometrial abnormalities. JAMA. 1998 Nov 04; 280(17):1510-7. PMID: 9809732

10. 1999    Vincoff NS, Callen PW, Smith-Bindman R, Goldstein RB. Effect of ultrasound transducer frequency on the appearance of the fetal bowel. J Ultrasound Med. 1999 Dec; 18(12):799-803; quiz 805-6. PMID: 10591442

11. 2000    Smith-Bindman R, Kerlikowske K, Gebretsadik T, Newman J. Is screening mammography effective in elderly women? Am J Med. 2000 Feb; 108(2):112-9. PMID: 11126304

12. 2001    Smith-Bindman R, Hosmer W, Feldstein VA, Deeks JJ, Goldberg JD. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. JAMA. 2001 Feb 28; 285(8):1044-55. PMID: 11209176

13. 2001    Smith-Bindman R, Hosmer WD, Caponigro M, Cunningham G. The variability in the interpretation of prenatal diagnostic ultrasound. Ultrasound Obstet Gynecol. 2001 Apr; 17(4):326-32. PMID: 11339190

14. 2001    Smith-Bindman R. Positron emission tomography to evaluate lung lesions. JAMA. 2001 Jun 06; 285(21):2711-2. PMID: 11386915

15. 2001    Goldstein RB, Bree RL, Benson CB, Benacerraf BR, Bloss JD, Carlos R, Fleischer AC, Goldstein SR, Hunt RB, Kurman RJ, Kurtz AB, Laing FC, Parsons AK, Smith-Bindman R, Walker J. Evaluation of the woman with postmenopausal bleeding: Society of Radiologists in Ultrasound-Sponsored Consensus Conference statement. J Ultrasound Med. 2001 Oct; 20(10):1025-36. PMID: 11587008

16. 2001    Smith-Bindman R, Feldstein VA, Goldberg JD. The genetic sonogram in screening for Down syndrome. J Ultrasound Med. 2001 Nov; 20(11):1153-8. PMID: 11758019

17. 2002    Smith-Bindman R, Chu PW, Ecker JL, Feldstein VA, Filly RA, Bacchetti P. US evaluation of fetal growth: prediction of neonatal outcomes. Radiology. 2002 Apr; 223(1):153-61. PMID: 11930060

Prepared: March 9, 2024

18. 2002    Shepherd JA, Kerlikowske KM, Smith-Bindman R, Genant HK, Cummings SR. Measurement of breast density with dual X-ray absorptiometry: feasibility. Radiology. 2002 May; 223(2):554-7. PMID: 11997567

19. 2002    Prevrhal S, Shepherd JA, Smith-Bindman R, Cummings SR, Kerlikowske K. Accuracy of mammographic breast density analysis: results of formal operator training. Cancer Epidemiol Biomarkers Prev. 2002 Nov; 11(11):1389-93. PMID: 12433716

20. 2003    **Smith-Bindman R**, Chu PW, Miglioretti DL, Sickles EA, Blanks R, Ballard-Barbash R, Bobo JK, Lee NC, Wallis MG, Patnick J, Kerlikowske K. Comparison of Screening Mammography in the US and the UK. <u>JAMA</u> 2003 22;290(16):2129-37, 2003

21. 2003    Kerlikowske K, Smith-Bindman R, Sickles EA. Short-interval follow-up mammography: are we doing the right thing? J Natl Cancer Inst. 2003 Mar 19; 95(6):418-9. PMID: 12644528

22. 2003    Smith-Bindman R, Chu PW, Ecker J, Feldstein VA, Filly RA, Bacchetti P. Adverse birth outcomes in relation to prenatal sonographic measurements of fetal size. J Ultrasound Med. 2003 Apr; 22(4):347-56; quiz 357-8. PMID: 12693618

23. 2003    Ziv E, Shepherd J, Smith-Bindman R, Kerlikowske K. Mammographic breast density and family history of breast cancer. J Natl Cancer Inst. 2003 Apr 02; 95(7):556-8. PMID: 12671024

24. 2003    Kerlikowske K, Smith-Bindman R, Ljung BM, Grady D. Evaluation of abnormal mammography results and palpable breast abnormalities. Ann Intern Med. 2003 Aug 19; 139(4):274-84. PMID: 12965983

25. 2003    Smith-Bindman R, Chu P, Bacchetti P, Waters JJ, Mutton D, Alberman E. Prenatal screening for Down syndrome in England and Wales and population-based birth outcomes. Am J Obstet Gynecol. 2003 Oct; 189(4):980-5. PMID: 14586339

26. 2003    Smith-Bindman R, Chu PW, Miglioretti DL, Sickles EA, Blanks R, Ballard-Barbash R, Bobo JK, Lee NC, Wallis MG, Patnick J, Kerlikowske K. Comparison of screening mammography in the United States and the United kingdom. JAMA. 2003 Oct 22; 290(16):2129-37. PMID: 14570948

Prepared: March 9, 2024

27. 2004    **Smith-Bindman R**, Weiss E, Feldstein V. How thick is too thick? What endometrial thickness should prompt biopsy in an asymptomatic postmenopausal woman? <u>Ultrasound Obstet Gynecol</u>, 2004 June; 24:558-565, 2004

28. 2004    Benn PA, Egan JF, Fang M, Smith-Bindman R. Changes in the utilization of prenatal diagnosis. Obstet Gynecol. 2004 Jun; 103(6):1255-60. PMID: 15172861

29. 2004    **Smith-Bindman R.** Diagnostic Imaging in the Differential Diagnosis of Vaginal Bleeding and Breast Mass. <u>Adv Stud Med</u> 2004 Oct;4(9):476-482, 2004

30. 2004    Smith-Bindman R, Weiss E, Feldstein V. How thick is too thick? When endometrial thickness should prompt biopsy in postmenopausal women without vaginal bleeding. Ultrasound Obstet Gynecol. 2004 Oct; 24(5):558-65. PMID: 15386607

31. 2004    Ziv E, Tice J, Smith-Bindman R, Shepherd J, Cummings S, Kerlikowske K. Mammographic density and estrogen receptor status of breast cancer. Cancer Epidemiol Biomarkers Prev. 2004 Dec; 13(12):2090-5. PMID: 15598766

32. 2005    Smith-Bindman R, Ballard-Barbash R, Miglioretti DL, Patnick J, Kerlikowske K. Comparing the performance of mammography screening in the USA and the UK. J Med Screen. 2005; 12(1):50-4. PMID: 15814020

33. 2005    Kerlikowske K, Smith-Bindman R, Abraham LA, Lehman CD, Yankaskas BC, Ballard-Barbash R, Barlow WE, Voeks JH, Geller BM, Carney PA, Sickles EA. Breast cancer yield for screening mammographic examinations with recommendation for short-interval follow-up. Radiology. 2005 Mar; 234(3):684-92. PMID: 15734926

34. 2005    **Smith-Bindman R**, Ballard-Barbash R, Miglioretti D, Patnick J, Kerlikowske K. Comparing the Performance of Mammography Screening in the United States and the United Kingdom. <u>J Med Screen</u> 2005 12(1): 50-54, 2005

35. 2005    Smith-Bindman R, Chu P, Miglioretti DL, Quale C, Rosenberg RD, Cutter G, Geller B, Bacchetti P, Sickles EA, Kerlikowske K. Physician predictors of mammographic accuracy. J Natl Cancer Inst. 2005 Mar 02; 97(5):358-67. PMID: 15741572

Prepared: March 9, 2024

36. 2005    Sickles EA, Miglioretti DL, Ballard-Barbash R, Geller BM, Leung JW, Rosenberg RD, Smith-Bindman R, Yankaskas BC. Performance benchmarks for diagnostic mammography. Radiology. 2005 Jun; 235(3):775-90. PMID: 15914475

37. 2005    Kerlikowske K, Creasman J, Leung JW, Smith-Bindman R, Ernster VL. Differences in screening mammography outcomes among White, Chinese, and Filipino women. Arch Intern Med. 2005 Sep 12; 165(16):1862-8. PMID: 16157830

38. 2005    Haggstrom DA, Quale C, Smith-Bindman R. Differences in the quality of breast cancer care among vulnerable populations. Cancer. 2005 Dec 01; 104(11):2347-58. PMID: 16211547

39. 2006    Kado DM, Christianson L, Palermo L, Smith-Bindman R, Cummings SR, Greendale GA. Comparing a supine radiologic versus standing clinical measurement of kyphosis in older women: the Fracture Intervention Trial. Spine (Phila Pa 1976). 2006 Feb 15; 31(4):463-7. PMID: 16481959. PMCID: PMC4964957

40. 2006    Smith-Bindman R, Miglioretti DL, Lurie N, Abraham L, Barbash RB, Strzelczyk J, Dignan M, Barlow WE, Beasley CM, Kerlikowske K. Does utilization of screening mammography explain racial and ethnic differences in breast cancer? Ann Intern Med. 2006 Apr 18; 144(8):541-53. PMID: 16618951

41. 2006    Smith-Bindman R, Quale C, Chu PW, Rosenberg R, Kerlikowske K. Can Medicare billing claims data be used to assess mammography utilization among women ages 65 and older? Med Care. 2006 May; 44(5):463-70. PMID: 16641665

42. 2006    Kagay CR, Quale C, Smith-Bindman R. Screening mammography in the American elderly. Am J Prev Med. 2006 Aug; 31(2):142-9. PMID: 16829331

43. 2007    Kerlikowske K, Ichikawa L, Miglioretti DL, Buist DS, Vacek PM, Smith-Bindman R, Yankaskas B, Carney PA, Ballard-Barbash R. Longitudinal measurement of clinical mammographic breast density to improve estimation of breast cancer risk. J Natl Cancer Inst. 2007 Mar 07; 99(5):386-95. PMID: 17341730

44. 2007    Smith-Bindman R, Chu P, Goldberg JD. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Down syndrome. Prenat Diagn. 2007 Jun; 27(6):535-44. PMID: 17367102

Prepared: March 9, 2024

45. 2007    Schell MJ, Yankaskas BC, Ballard-Barbash R, Qaqish BF, Barlow WE, Rosenberg RD, Smith-Bindman R. Evidence-based target recall rates for screening mammography. Radiology. 2007 Jun; 243(3):681-9. PMID: 17517927

46. 2007    Carrell D, Miglioretti D, **Smith-Bindman R**., AMIA Annu Symp Proc. 2007 Oct 11:889. Coding free text radiology reports using the Cancer Text Information Extaction System (caTIES). PMID: 18693990 (PUBMED - indexed for MEDLINE)

47. 2007    Miglioretti DL, Smith-Bindman R, Abraham L, Brenner RJ, Carney PA, Bowles EJ, Buist DS, Elmore JG. Radiologist characteristics associated with interpretive performance of diagnostic mammography. J Natl Cancer Inst. 2007 Dec 19; 99(24):1854-63. PMID: 18073379. PMCID: PMC3144707

48. 2008    Curtis E, Quale C, Haggstrom D, Smith-Bindman R. Racial and ethnic differences in breast cancer survival: how much is explained by screening, tumor severity, biology, treatment, comorbidities, and demographics? Cancer. 2008 Jan 01; 112(1):171-80. PMID: 18040998. PMCID: PMC2674622

49. 2008    Smith-Bindman R, Miglioretti DL, Rosenberg R, Reid RJ, Taplin SH, Geller BM, Kerlikowske K. Physician workload in mammography. AJR Am J Roentgenol. 2008 Feb; 190(2):526-32. PMID: 18212242

50. 2008    Tice JA, Cummings SR, Smith-Bindman R, Ichikawa L, Barlow WE, Kerlikowske K. Using clinical factors and mammographic breast density to estimate breast cancer risk: development and validation of a new predictive model. Ann Intern Med. 2008 Mar 04; 148(5):337-47. PMID: 18316752. PMCID: PMC2674327

51. 2008    Dinkelspiel E, Chu P, Smith-Bindman R. Access to diagnostic mammography in the San Francisco Bay Area. J Womens Health (Larchmt). 2008 Jun; 17(5):893-9. PMID: 18537490

52. 2008    Goldman LE, Haneuse SJ, Miglioretti DL, Kerlikowske K, Buist DS, Yankaskas B, Smith-Bindman R. An assessment of the quality of mammography care at facilities treating medically vulnerable populations. Med Care. 2008 Jul; 46(7):701-8. PMID: 18580389. PMCID: PMC2674332

53. 2008    Scheuler K, Chu B, **Smith-Bindman R**. Factors Associated with Mammography Utilization: A Quantitative Meta-Analytic Review. Journal of Women's Health 2008 November 17 (9); 1477-98, 2008

Prepared: March 9, 2024

54. 2008     Smith-Bindman R, Miglioretti DL, Larson EB. Rising use of diagnostic medical imaging in a large integrated health system. Health Aff (Millwood). 2008 Nov-Dec; 27(6):1491-502. PMID: 18997204. PMCID: PMC2765780

55. 2008     **Smith-Bindman R**, Miglioretti D, Larson E. Utilization of diagnostic medical imaging in a large integrated healthcare system: modality and organ system trends. <u>Health Affairs</u> 2008 November, 2008

56. 2008     Schueler KM, Chu PW, Smith-Bindman R. Factors associated with mammography utilization: a systematic quantitative review of the literature. J Womens Health (Larchmt). 2008 Nov; 17(9):1477-98. PMID: 18954237

57. 2008     Venkatesan A, Chu P, Kerlikowske K, **Smith-Bindman R** The positive predictive value of specific mammographic findings according to reader and patient variables. <u>Radiology</u> 2008

58. 2009     Venkatesan A, Chu P, Kerlikowske K, Sickles EA, Smith-Bindman R. Positive predictive value of specific mammographic findings according to reader and patient variables. Radiology. 2009 Mar; 250(3):648-57. PMID: 19164116. PMCID: PMC2680167

59. 2009     Cho RC, Chu P, Smith-Bindman R. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Trisomy 18 based on serum screening. Prenat Diagn. 2009 Feb; 29(2):129-39. PMID: 19142904

60. 2009     Cummings SR, Tice JA, Bauer S, Browner WS, Cuzick J, Ziv E, Vogel V, Shepherd J, Vachon C, Smith-Bindman R, Kerlikowske K. Prevention of breast cancer in postmenopausal women: approaches to estimating and reducing risk. J Natl Cancer Inst. 2009 Mar 18; 101(6):384-98. PMID: 19276457. PMCID: PMC2720698

61. 2009     Smith-Bindman R, Lipson J, Marcus R, Kim KP, Mahesh M, Gould R, Berrington de González A, Miglioretti DL. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. Arch Intern Med. 2009 Dec 14; 169(22):2078-86. PMID: 20008690. PMCID: PMC4635397

62. 2010     **Smith-Bindman R**, McCulloch CE, Ding A, Quale C, chu PW. Am J Emerg Med. 2010 Jul 12. Diagnosistic imaging rates for head injury in the ED and states' medical malpractice tort reforms. PMID: 20630679 (<u>PubMed</u> as supplied by publisher)

Prepared: March 9, 2024

63. 2010    Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, DePriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, Smith-Bindman R, Society of Radiologists in Ultrasound. Management of asymptomatic ovarian and other adnexal cysts imaged at US Society of Radiologists in Ultrasound consensus conference statement. Ultrasound Q. 2010 Sep; 26(3):121-31. PMID: 20823748

64. 2010    Taplin SH, Abraham L, Geller BM, Yankaskas BC, Buist DS, Smith-Bindman R, Lehman C, Weaver D, Carney PA, Barlow WE. Effect of previous benign breast biopsy on the interpretive performance of subsequent screening mammography. J Natl Cancer Inst. 2010 Jul 21; 102(14):1040-51. PMID: 20601590. PMCID: PMC2907407

65. 2010    Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, Depriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, **Smith-Bindman R**. Management of asymptomatic ovarian and other adnexal cysts imaged at US: Society of Radiologists in Ultrasound Consensus Conference Statement. <u>Radiology</u>. 2010 Sep;256(3):943-54. Epub 2010 May 26. Review. PMID: 20505067 [<u>PubMed</u> - indexed for <u>MEDLINE</u>]

66. 2010    Stengel JW, Webb EM, Poder L, Yeh BM, **Smith-Bindman R**, Coakley FV. Acute appendicitis: clinical outcome in patients with an initial false-position CT diagnosis. <u>Radiology</u>. 2010 Jul;256(1):119-26. Epub 2010 May 26. PMID: 20505066 [<u>PubMed</u> - indexed for <u>MEDLINE</u>]

67. 2010    **Smith-Bindman R**. Is computed tomography safe? <u>N Engl J Med.</u> 2010 Jul 1;363(1):1-4. Epub 2010 Jun 23. No abstract available. PMID: 20573919 [<u>PubMed</u> - indexed for <u>MEDLINE</u>]

68. 2010    Berrington de Gonzalez A, Kim KP, **Smith-Bindman R**, McAreavey D. Myocardial perfusion scans: projected population cancer risks from current levels of use in the United States. <u>Circulation.</u> 2010 Dec 7;122(23):2403-10. Epub 2010 Nov 22. Erratum in: Circulation. 2011 Jan 18;123(2):e10. PMID: 21098448 [PubMed - indexed for MEDLINE]

69. 2011    Goldman LE, Walker R, Miglioretti DL, **Smith-Bindman R**, Kerlikowske K; Accuracy of diagnostic mammography at facilities serving vulnerable women. National Cancer Institute Breast Cancer Surveillance Consortium. <u>Med Care.</u> 2011 Jan;49(1):67-75. PMID: 20966780 [PubMed - indexed for MEDLINE]

Prepared: March 9, 2024

70. 2011    Miglioretti DL, Smith-Bindman R. Overuse of computed tomography and associated risks. Am Fam Physician. 2011 Jun 01; 83(11):1252-4. PMID: 21661705

71. 2011    Berrington de Gonzalez AB, Kim KP, Knudsen AB, Lansdorp-Vogelaar I, Rutter CM, **Smith-Bindman R**, Yee J, Kuntz KM, van Ballegooijen M, Zauber AG, Berg CD. Radiation-related cancer risks from CT colonography screening: a risk-benefit analysis. AJR Am J Roentgenol. 2011 Apr;196(4):816-23. PMID: 21427330 [PubMed - in process]

72. 2011    Westphalen AC, Koff WJ, Coakley FV, Muglia VF, Neuhaus JM, Marcus RT, Kurhanewicz J, Smith-Bindman R. Prostate cancer: prediction of biochemical failure after external-beam radiation therapy--Kattan nomogram and endorectal MR imaging estimation of tumor volume. Radiology. 2011 Nov; 261(2):477-86. PMID: 21873255. PMCID: PMC3198223

73. 2011    Mehta P, **Smith-Bindman R**. Airport Full-Body Screening: What is the Risk? Arch Intern Med. 2011 Mar 28. [Epub ahead of print] PMID: 21444831 [PubMed - as supplied by publisher]

74. 2011    Rosenberg RD, Haneuse SJ, Geller BM, Buist DS, Miglioretti DL, Brenner RJ, Smith-Bindman R, Taplin SH. Timeliness of follow-up after abnormal screening mammogram: variability of facilities. Radiology. 2011 Nov; 261(2):404-13. PMID: 21900620. PMCID: PMC3198220

75. 2011    Smith-Bindman R, Miglioretti DL. CTDIvol, DLP, and effective dose are excellent measures for use in CT quality improvement. Radiology. 2011 Dec; 261(3):999; author reply 999-1000. PMID: 22096003. PMCID: PMC6940005

76. 2012    Goldman LE, Walker R, Miglioretti DL, Smith-Bindman R, Kerlikowske AK. Facility characteristics do not explain higher false-positive rates in diagnostic mammography at facilities serving vulnerable women. Med Care. 2012 Mar; 50(3):210-6. PMID: 22186768. PMCID: PMC3422679

77. 2012    Smith-Bindman R, Miglioretti DL, Johnson E, Lee C, Feigelson HS, Flynn M, Greenlee RT, Kruger RL, Hornbrook MC, Roblin D, Solberg LI, Vanneman N, Weinmann S, Williams AE. Use of diagnostic imaging studies and associated radiation exposure for patients enrolled in large integrated health care systems, 1996-2010. JAMA. 2012 Jun 13; 307(22):2400-9. PMID: 22692172. PMCID: PMC3859870

Prepared: March 9, 2024

78. 2012        Fenton JJ, Zhu W, Balch S, Smith-Bindman R, Lindfors KK, Hubbard RA.
                External validation of Medicare claims codes for digital mammography
                and computer-aided detection. Cancer Epidemiol Biomarkers Prev. 2012
                Aug; 21(8):1344-7. PMID: 22695737. PMCID: PMC3422017

79. 2012        Bach PB, Mirkin JN, Oliver TK, Azzoli CG, Berry DA, Brawley OW, Byers
                T, Colditz GA, Gould MK, Jett JR, Sabichi AL, Smith-Bindman R, Wood
                DE, Qaseem A, Detterbeck FC. Benefits and harms of CT screening for
                lung cancer: a systematic review. JAMA. 2012 Jun 13; 307(22):2418-29.
                PMID: 22610500. PMCID: PMC3709596

80. 2012        Fenton JJ, Zhu W, Balch S, **Smith-Bindman R**, Fishman P, Hubbard
                RA. Med Care. 2012 Aug 23. Distinguished Screening from Diagnostic
                Mammograms Using Medicare Claims Data. Med Care. 2012 Aug 23.

81. 2012        Smith-Bindman R. Environmental causes of breast cancer and radiation
                from medical imaging: findings from the Institute of Medicine report. Arch
                Intern Med. 2012 Jul 09; 172(13):1023-7. PMID: 22688684. PMCID:
                PMC3936791

82. 2013        Fazel R, Curtis J, Wang Y, Einstein AJ, Smith-Bindman R, Tsai TT, Chen
                J, Shah ND, Krumholz HM, Nallamothu BK. Determinants of fluoroscopy
                time for invasive coronary angiography and percutaneous coronary
                intervention: insights from the NCDR(®). Catheter Cardiovasc Interv.
                2013 Dec 01; 82(7):1091-105. PMID: 23703793

83. 2013        Miglioretti DL, Johnson E, Williams A, Greenlee RT, Weinmann S,
                Solberg LI, Feigelson HS, Roblin D, Flynn MJ, Vanneman N, Smith-
                Bindman R. The use of computed tomography in pediatrics and the
                associated radiation exposure and estimated cancer risk. JAMA Pediatr.
                2013 Aug 01; 167(8):700-7. PMID: 23754213. PMCID: PMC3936795

84. 2013        Fenton JJ, Onega T, Zhu W, Balch S, **Smith-Bindman R**, Henderson L,
                Sprague BL, Kerlikowske K, Hubbard RA. Validation of a Medicare
                Claims-based Algorithm for Identifying Breast Cancers Detected at
                Screening Mammography. <u>Med Care</u>. 2013 Aug 6.

85. 2013        Smith-Bindman R, Lebda P, Feldstein VA, Sellami D, Goldstein RB,
                Brasic N, Jin C, Kornak J. Risk of thyroid cancer based on thyroid
                ultrasound imaging characteristics: results of a population-based study.
                JAMA Intern Med. 2013 Oct 28; 173(19):1788-96. PMID: 23978950.
                PMCID: PMC3936789

Prepared: March 9, 2024

86. 2013    **Smith-Bindman R**, Lebda P, Feldtein VA, Sellami D, Goldstein RB, Brasic N, Jin C, Kornak J. Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. <u>JAMA International Medicine</u>. 2013 Aug 26, doi:10.1001/jamaintermed.2013.9245

87. 2014    Keegan J, Miglioretti DL, Gould R, Donnely LF, **Smith-Bindman R,** Wilson ND. Radiation Dose Metrics in Computed Tomography: Assessing Dose Using the National Quality Forum CT Patient Safety Measure. <u>J Am Coll Radiol</u>. 2014 Mar;11(3):309-15.

88. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

89. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

90. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

91. 2014    Wilson N, Valencia V, Smith-Bindman R. Virtual meetings: improving impact and accessibility of CME. J Am Coll Radiol. 2014 Mar; 11(3):231-2. PMID: 24589394

92. 2014    Keegan J, Miglioretti DL, Gould R, Donnelly LF, Wilson ND, Smith-Bindman R. Radiation dose metrics in CT: assessing dose using the National Quality Forum CT patient safety measure. J Am Coll Radiol. 2014 Mar; 11(3):309-15. PMID: 24589407

93. 2014    Miglioretti DL, Zhang Y, Johnson E, Lee C, Morin RL, Vanneman N, Smith-Bindman R. Personalized technologist dose audit feedback for reducing patient radiation exposure from CT. J Am Coll Radiol. 2014 Mar; 11(3):300-8. PMID: 24589406

94. 2014    Smith-Bindman R, Boone JM. Introduction to the special issue: radiation dose optimization--improving the safety of CT. J Am Coll Radiol. 2014 Mar; 11(3):229-30. PMID: 24589393

95. 2014    **Smith-Bindman R**, Boone JM. Radiation Dose Optimization-Improving the Safety of CT. <u>J Am Coll Radiol</u>. 2014 Mar;11(3):229-30.

96. 2014    Lee CS, Reinhardt EB, Smith-Bindman R. CTSim: an interactive computer simulation to learn the fundamentals of CT dose optimization. J Am Coll Radiol. 2014 Mar; 11(3):255-6. PMID: 24589399

Prepared: March 9, 2024

97. 2014    **Smith-Bindman R**, Aubin C, Bailitz J, Bengamin RN, Camargo, Jr. CA, Corbo J, Dean AJ, Goldstein R, Griffey RT, Jay GD, Kang TL, Kriesel DR, Ma OJ, Mallin M, Manson W, Melnikow J, Miglioretti DL, Miller SK, Mills LD, Miner JR, Moghadassi M, Noble VE, Press GM, Stoller ML, Valencia VE, Wang J, Wang RC, Cummings SR. Ultrasound versus Computed Tomography for Suspected Nephrolithiasis. <u>NEJM.</u> 2014;371:1100-10

98. 2014    Valencia V, Moghadassi M, Kriesel DR, Cummings S, Smith-Bindman R. Study of Tomography Of Nephrolithiasis Evaluation (STONE): methodology, approach and rationale. Contemp Clin Trials. 2014 May; 38(1):92-101. PMID: 24721483

99. 2014    Smith-Bindman R. Clinical decision making in patients with thyroid nodules--reply. JAMA Intern Med. 2014 Jun; 174(6):1006. PMID: 24887762

100. 2014    Fenton JJ, Zhu W, Balch S, Smith-Bindman R, Fishman P, Hubbard RA. Distinguishing screening from diagnostic mammograms using Medicare claims data. Med Care. 2014 Jul; 52(7):e44-51. PMID: 22922433. PMCID: PMC3534834

101. 2014    **Smith-Bindman, R**. CT Radiation and the Risk of Cancer. <u>Curr Radiol Rep</u>. [In Print]

102. 2014    Smith-Bindman R. Author's reply: To PMID 24589393. J Am Coll Radiol. 2014 Jul; 11(7):746-7. PMID: 24993540

103. 2014    Smith-Bindman R, Aubin C, Bailitz J, Bengiamin RN, Camargo CA, Corbo J, Dean AJ, Goldstein RB, Griffey RT, Jay GD, Kang TL, Kriesel DR, Ma OJ, Mallin M, Manson W, Melnikow J, Miglioretti DL, Miller SK, Mills LD, Miner JR, Moghadassi M, Noble VE, Press GM, Stoller ML, Valencia VE, Wang J, Wang RC, Cummings SR. Ultrasonography versus computed tomography for suspected nephrolithiasis. N Engl J Med. 2014 Sep 18; 371(12):1100-10. PMID: 25229916

104. 2014    Smith-Bindman R. Ultrasonography vs. CT for suspected nephrolithiasis. N Engl J Med. 2014 12 25; 371(26):2531. PMID: 25539110

105. 2015    Hubbard RA, Benjamin-Johnson R, Onega T, **Smith-Bindman R**, Zhu W, Fenton JJ. Classification accuracy of claims-based methods for identifying providers failing to meet performance targets. <u>Stat Med</u>. 2015 Jan 15; 34(1):93-105. PMID: 25302935. PMCID: PMC4262572

Prepared: March 9, 2024

106. 2015    Mongan J, Kline J, **Smith-Bindman R**. Age and sex-dependent trends in pulmonary embolism testing and derivation of a clinical decision rule for young patients. Emerg Med J. 2015 Nov; 32(11):840-5. PMID: 25755270

107. 2015    **Smith-Bindman R**, Moghadassi M, Wilson N, Nelson TR, Boone JM, Cagnon CH, Gould R, Hall DJ, Krishnam M, Lamba R, McNitt-Gray M, Seibert A, Miglioretti DL. Radiation Doses in Consecutive CT Examinations from Five University of California Medical Centers. Radiology. 2015 Oct; 277(1):134-41. PMID: 25988262. PMCID: PMC4613871

108. 2015    **Smith-Bindman R**, Moghadassi M, Griffey RT, Camargo CA, Bailitz J, Beland M, Miglioretti DL. Computed Tomography Radiation Dose in Patients With Suspected Urolithiasis. JAMA Intern Med. 2015 Aug; 175(8):1413-6. PMID: 26121191

109. 2015    Burke LMB, Semelka RC, **Smith-Bindman R**. Trends of CT Utilization in North America over the last decade. Current Radiology Reports, January 2015 3:78

110. 2015    Bahadori A, Miglioretti D, Kruger R, Flynn M, Weinmann S, **Smith-Bindman R**, Lee C. Calculation of Organ Doses for a Large Number of Patients Undergoing CT Examinations. AJR Am J Roentgenol. 2015 Oct; 205(4):827-33. PMID: 26397332. PMCID: PMC5384467

111. 2015    Solberg LI, Asche SE, Butler J, Carrell D, Norton CK, Jarvik JG, **Smith-Bindman R**, Tillema JO, Whitebird RR, Ziegenfuss JY. The Effect of Achieving Patient-Reported Outcome Measures on Satisfaction. J Am Board Fam Med. 2015 Nov-Dec; 28(6):785-92. PMID: 26546655

112. 2015    **Smith-Bindman R**, Miglioretti D. Cell-free DNA Analysis for Noninvasive Examination of Trisomy. N Engl J Med. 2015 Dec 24; 373(26):2581. PMID: 26699180

113. 2016    Onega T, Goldman LE, Walker RL, Miglioretti DL, Buist DS, Taplin S, Geller BM, Hill DA, **Smith-Bindman R**. Facility Mammography Volume in Relation to Breast Cancer Screening Outcomes. J Med Screen. 2016 Mar; 23(1):31-7. PMID: 26265482

114. 2016    Wang RC, Rodriguez RM, Moghadassi M, Noble V, Bailitz J, Mallin M, Corbo J, Kang TL, Chu P, Shiboski S, **Smith-Bindman R**. External Validation of the STONE Score, a Clinical Prediction Rule for Ureteral Stone: An Observational Multi-institutional Study. Ann Emerg Med. 2016 Apr; 67(4):423-432.e2. PMID: 26440490. PMCID: PMC4808407

Prepared: March 9, 2024

115. 2016     Wang RC, Bent S, Weber E, Neilson J, **Smith-Bindman R**, Fahimi J.
The Impact of Clinical Decision Rules on Computed TomographyUse
and Yield for Pulmonary Embolism: ASystematic Review and Meta-
analysis. <u>Ann Emerg Med</u>. 2016 Jun; 67(6):693-701.e3. PMID:
26747217

116. 2016     Morgan TA, **Smith-Bindman R**, Harbell J, Kornak J, Stock PG,
Feldstein VA. US Findings in Patients at Risk for Pancreas Transplant
Failure. <u>Radiology</u>. 2016 Jul; 280(1):281-9. PMID: 26807892

117. 2016     **Smith-Bindman R**, Kwan ML, Miglioretti DL. Who Gets to Decide?
<u>Radiology</u>. 2016 Feb; 278(2):635-6. PMID: 26789608

118. 2016     **Smith-Bindman R**, Bindman AB. Imaging More Wisely. <u>JAMA Intern
Med</u>. 2016 Feb; 176(2):168-70. PMID: 26720048

119. 2016     Fenton JJ, Onega T, Zhu W, Balch S, **Smith-Bindman R**, Henderson L,
Sprague BL, Kerlikowske K, Hubbard RA. Validation of a Medicare
Claims-based Algorithm for Identifying Breast Cancers Detected at
Screening Mammography. <u>Med Care</u>. 2016 Mar; 54(3):e15-22. PMID:
23929404. PMCID: PMC3865072

120. 2016     Harrison JD, Balonov M, Martin CJ, Ortiz Lopez P, Menzel HG,
Simmonds JR, **Smith-Bindman R**, Wakeford R. Use of effective dose.
<u>Ann ICRP</u>. 2016 Jun; 45(1 Suppl):215-24. PMID: 26980800

121. 2016     Melnikow J, Xing G, Cox G, Leigh P, Mills L, Miglioretti DL, Moghadassi
M, **Smith-Bindman R**. Cost Analysis of the STONE Randomized Trial:
Can Health Care Costs be Reduced One Test at a Time? <u>Med Care</u>.
2016 Apr; 54(4):337-42. PMID: 26759975

122. 2016     **Smith-Bindman R**, Bindman AB. Imaging More Wisely-Already At
Work-Reply. <u>JAMA Intern Med</u>. 2016 Jun 01; 176(6):870-1. PMID:
27273501

123. 2017     **Smith-Bindman R**, Wang Y, Yellen-Nelson TR, Moghadassi M, Wilson
N, Gould R, Seibert A, Boone JM, Krishnam M, Lamba R, Hall DJ,
Miglioretti DL. Predictors of CT Radiation Dose and Their Effect on
Patient Care: A Comprehensive Analysis Using Automated Data.
<u>Radiology</u>. 2017 Jan; 282(1):182-193. PMID: 27438166. PMCID:
PMC5207127

Prepared: March 9, 2024

124. 2017    Solberg LI, Asche SE, Butler J, Carrell D, Norton CK, Jarvik JG, Smith-Bindman R, Tillema JO, Whitebird RR, Werner AM, Ziegenfuss JY. Patient-Centered Outcomes Measurement: Does It Require Information From Patients? J Patient Cent Res Rev. 2017; 4(4):221-229. PMID: 31413986. PMCID: PMC6664353

125. 2017    Wang RC, **Smith-Bindman R**, Whitaker E, Neilson J, Allen IE, Stoller ML, Fahimi J. Effect of Tamsulosin on Stone Passage for Ureteral Stones: A Systematic Review and Meta-analysis. <u>Ann Emerg Med.</u> 2017 Mar; 69(3):353-361.e3. PMID: 27616037

126. 2017    Metzler IS, **Smith-Bindman R**, Moghadassi M, Wang RC, Stoller ML, Chi T. Emergency Department Imaging Modality Effect on Surgical Management of Nephrolithiasis: A Multicenter, Randomized Clinical Trial. <u>J Urol.</u> 2017 Mar; 197(3 Pt 1):710-714. PMID: 27773846

127. 2017    Wang RC, Rodriguez RM, Fahimi J, Hall MK, Shiboski S, Chi T, **Smith-Bindman R**. Derivation of decision rules to predict clinically important outcomes in acute flank pain patients. <u>Am J Emerg Med</u>. 2017 Apr; 35(4):554-563. PMID: 28082160. PMCID: PMC5701802

128. 2017    Wang RC, Addo N, Chi T, Moore C, Mallin M, Shiboski S, Stoller M, **Smith-Bindman R**. Medical expulsive therapy use in emergency department patients diagnosed with ureteral stones. <u>Am J Emerg Med</u>. 2017 Aug; 35(8):1069-1074. PMID: 28291706

129. 2017    Demb J, Chu P, Nelson T, Hall D, Seibert A, Lamba R, Boone J, Krishnam M, Cagnon C, Bostani M, Gould R, Miglioretti D, **Smith-Bindman R**. Optimizing Radiation Doses for Computed Tomography Across Institutions: Dose Auditing and Best Practices. <u>JAMA Intern Med.</u> 2017 Jun 01; 177(6):810-817. PMID: 28395000. PMCID: PMC5818828

130. 2018    Smith-Bindman R. Use of Advanced Imaging Tests and the Not-So-Incidental Harms of Incidental Findings. JAMA Intern Med. 2018 02 01; 178(2):227-228. PMID: 29279884

131. 2019    Smith-Bindman R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 01 01; 179(1):71-77. PMID: 30419104. PMCID: PMC6583394

Prepared: March 9, 2024

132. 2019     Nielsen ME, Averch T, Chi T, Fredricks N, Shiu-Kai Fung G, Montie J, Purysko A, Remer EM, Smith-Bindman R, Sternberg K, Venkatesh A, Wolf JS, Ziemba J, Moore C. American Urological Association, American College of Emergency Physicians and American College of Radiology Quality Improvement Summit 2017: Challenges and Opportunities for Stewardship of Urological Imaging. Urol Pract. 2019 Sep; 6(5):300-308. PMID: 37317340

133. 2019     Smith-Bindman R, Wang Y, Chu P, Chung R, Einstein AJ, Balcombe J, Cocker M, Das M, Delman BN, Flynn M, Gould R, Lee RK, Yellen-Nelson T, Schindera S, Seibert A, Starkey J, Suntharalingam S, Wetter A, Wildberger JE, Miglioretti DL. International variation in radiation dose for computed tomography examinations: prospective cohort study. BMJ. 2019 01 02; 364:k4931. PMID: 30602590. PMCID: PMC6314083

134. 2019     Smith-Bindman R, Miglioretti D. Lack of Standardized Terminology in Ultrasound Reports for Ovarian Cysts-Reply. JAMA Intern Med. 2019 Jun 01; 179(6):848-849. PMID: 31157851

135. 2019     Kwan ML, Miglioretti DL, Marlow EC, Aiello Bowles EJ, Weinmann S, Cheng SY, Deosaransingh KA, Chavan P, Moy LM, Bolch WE, Duncan JR, Greenlee RT, Kushi LH, Pole JD, Rahm AK, Stout NK, Smith-Bindman R. Trends in Medical Imaging During Pregnancy in the United States and Ontario, Canada, 1996 to 2016. JAMA Netw Open. 2019 Jul 03; 2(7):e197249. PMID: 31339541. PMCID: PMC6659354

136. 2019     Georgieva MV, Wheeler SB, Erim D, Smith-Bindman R, Loo R, Ng C, Garg T, Raynor M, Nielsen ME. Comparison of the Harms, Advantages, and Costs Associated With Alternative Guidelines for the Evaluation of Hematuria. JAMA Intern Med. 2019 Jul 29. PMID: 31355874. PMCID: PMC6664383

137. 2019     Smith-Bindman R, Kwan ML, Marlow EC, Theis MK, Bolch W, Cheng SY, Bowles EJA, Duncan JR, Greenlee RT, Kushi LH, Pole JD, Rahm AK, Stout NK, Weinmann S, Miglioretti DL. Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada, 2000-2016. JAMA. 2019 09 03; 322(9):843-856. PMID: 31479136. PMCID: PMC6724186

138. 2019     Demb J, Chu P, Yu S, Whitebird R, Solberg L, Miglioretti DL, Smith-Bindman R. Analysis of Computed Tomography Radiation Doses Used for Lung Cancer Screening Scans. JAMA Intern Med. 2019 Sep 23. PMID: 31545340. PMCID: PMC6764003

139. 2019    Levine D, Patel MD, Suh-Burgmann EJ, Andreotti RF, Benacerraf BR, Benson CB, Brewster WR, Coleman BG, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow MM, Hur HC, Marnach ML, Pavlik E, Platt LD, Puscheck E, Smith-Bindman R, Brown DL. Simple Adnexal Cysts: SRU Consensus Conference Update on Follow-up and Reporting. Radiology. 2019 Nov; 293(2):359-371. PMID: 31549945

140. 2019    Marshall EL, Rajderkar D, Brown JL, Stepusin EJ, Borrego D, Duncan J, Sammet CL, Munneke JR, Kwan ML, Miglioretti DL, Smith-Bindman R, Bolch WE. A Scalable Database of Organ Doses for Common Diagnostic Fluoroscopy Procedures of Children: Procedures of Historical Practice for Use in Radiation Epidemiology Studies. Radiat Res. 2019 Dec; 192(6):649-661. PMID: 31609677

141. 2019    Gould MK, Smith-Bindman R, Kelly K, Altman DE, Barjaktarevic I, Creekmur B, de Bie E, Dyer DS, Mortani Barbosa EJ, Mularski RA, Qi L, Vaszar LT, Yu S, Miglioretti DL. Methods for the Watch the Spot Trial. A Pragmatic Trial of More- versus Less-Intensive Strategies for Active Surveillance of Small Pulmonary Nodules. Ann Am Thorac Soc. 2019 Dec; 16(12):1567-1576. PMID: 31314549

142. 2020    Smith-Bindman, R., Chu, P., Wang, Y., Chung, R., Lopez-Solano, N., Einstein, A. J., Solberg, L. I., Cervantes, L., Yellen-Nelson, T., Boswell, W., Delman, B. N., Duong, P., Goode, A. R., Kasraie, N., Lee, R. K., Neill, R., Pahwa, A., Pike, P., Roehm, J., Schindera, S., Starkey, J., Suntharalingam, S., Jeukens, C. R. L. P. N., Miglioretti, D. L. An assessment of two interventions for reducing radiation doses for computed tomography: A multicenter international clinical trial. JAMA Internal Med. In Press.

143. 2020    Demb J, Smith-Bindman R. Effective Radiation Doses for Lung Cancer Screening Scans-Reply. JAMA Intern Med. 2020 04 01; 180(4):612. PMID: 32250402

144. 2020    Whitebird, R., Solberg, L., Bergdall, A. R., Lopez-Solano, N., Smith-Bindman, R. Barriers to CT Dose Optimization: The Challenge of Organizational Change. Academic Radiology. Acad Radiol. 2020 Apr 8:S1076-6332(20)30102-1. doi: 10.1016/j.acra.2020.02.016. Online ahead of print. PMID: 32278691

Prepared: March 9, 2024

145. 2020        Smith-Bindman R, Chu P, Wang Y, Chung R, Lopez-Solano N, Einstein
AJ, Solberg L, Cervantes LF, Yellen-Nelson T, Boswell W, Delman BN,
Duong PA, Goode AR, Kasraie N, Lee RK, Neill R, Pahwa A, Pike P,
Roehm J, Schindera S, Starkey J, Suntharalingam S, Jeukens CRLPN,
Miglioretti DL. Comparison of the Effectiveness of Single-Component
and Multicomponent Interventions for Reducing Radiation Doses in
Patients Undergoing Computed Tomography: A Randomized Clinical
Trial. JAMA Intern Med. 2020 05 01; 180(5):666-675. PMID: 32227142.
PMCID: PMC7105953

146. 2020        Solberg L, Wang Y, Whitebird R, Lopez-Solano N, Smith-Bindman R.
Organizational Factors and Quality Improvement Strategies Associated
with Lower Radiation Dose from Computed Tomography Exams. JACR.
J Am Coll Radiol. 2020 Mar 17:S1546-1440(20)30157-5. doi:
10.1016/j.jacr.2020.01.044. Online ahead of print.PMID: 32192955

147. 2020        Barocas DA, Boorjian SA, Alvarez RD, Downs TM, Gross CP, Hamilton
BD, Kobashi KC, Lipman RR, Lotan Y, Ng CK, Nielsen ME, Peterson
AC, Raman JD, Smith-Bindman R, Souter LH. Microhematuria:
AUA/SUFU Guideline. J Urol. 2020 10; 204(4):778-786. PMID:
32698717

148. 2020        Barocas DA, Boorjian SA, Alvarez RD, Downs TM, Gross CP, Hamilton
BD, Kobashi KC, Lipman RR, Lotan Y, Ng CK, Nielsen ME, Peterson
AC, Raman JD, Smith-Bindman R, Souter LH. Microhematuria:
AUA/SUFU Guideline J Urol. 2020 Jul
23:101097JU0000000000001297

149. 2020        Wang RC, Stoller ML, Smith-Bindman R. Diagnostic Imaging for Kidney
Stones. JAMA. 2020 10 13; 324(14):1464-1465. PMID: 33048146

150. 2020        Wang, R. C., Miglioretti, D. L., Marlow, E. C., Kwan, M. L., Theis, M. K.,
Bowles, E. J. A., Greenlee, R. T., Rahm, A. K., Stout, N. K., Weinmann,
S., & Smith-Bindman, R. (2020). Trends in Imaging for Suspected
Pulmonary Embolism Across US Health Care Systems, 2004 to 2016.
JAMA Network Open, 3(11), e2026930.
https://doi.org/10.1001/jamanetworkopen.2020.26930

151. 2020        Wang RC, Miglioretti DL, Marlow EC, Kwan ML, Theis MK, Bowles EJA,
Greenlee RT, Rahm AK, Stout NK, Weinmann S, Smith-Bindman R.
Trends in Imaging for Suspected Pulmonary Embolism Across US
Health Care Systems, 2004 to 2016. JAMA Netw Open. 2020 11 02;
3(11):e2026930. PMID: 33216141. PMCID: PMC7679949

Prepared: March 9, 2024

152. 2021    Jeukens, C. R. L. P. N., Boere, H., Wagemans, B. A. J. M., Nelemans, P. J., Nijssen, E. C., Smith-Bindman, R., Wildberger, J. E., & Sailer, A. M. (2021). Probability of receiving a high cumulative radiation dose and primary clinical indication of CT examinations: A 5-year observational cohort study. BMJ Open, 11(1), e041883. https://doi.org/10.1136/bmjopen-2020-041883

153. 2021    Gould MK, Altman DE, Creekmur B, Qi L, de Bie E, Golden S, Kaplan CP, Kelly K, Miglioretti DL, Mularski RA, Musigdilok VV, Smith-Bindman R, Steltz JP, Wiener RS, Aberle DR, Dyer DS, Vachani A. Guidelines for the Evaluation of Pulmonary Nodules Detected Incidentally or by Screening: A Survey of Radiologist Awareness, Agreement, and Adherence From the Watch the Spot Trial. J Am Coll Radiol. 2021 Apr; 18(4):545-553. PMID: 33212069

154. 2021    Farjah, F., Monsell, S. E., Gould, M. K., Smith-Bindman, R., Banegas, M. P., Heagerty, P. J., Keast, E. M., Ramaprasan, A., Schoen, K., Brewer, E. G., Greenlee, R. T., & Buist, D. S. M. (2021). Association of the Intensity of Diagnostic Evaluation With Outcomes in Incidentally Detected Lung Nodules. JAMA Internal Medicine, 181(4), 480  489. https://doi.org/10.1001/jamainternmed.2020.8250

155. 2021    Wang RC, Kornblith AE, Grupp-Phelan J, Smith-Bindman R, Kao LS, Fahimi J. Trends in Use of Diagnostic Imaging for Abdominal Pain in U.S. Emergency Departments. AJR Am J Roentgenol. 2021 01; 216(1):200-208. PMID: 33211574

156. 2021    Smith-Bindman, R., & Bibbins-Domingo, K. (2021). USPSTF Recommendations for Screening for Carotid Stenosis to Prevent Stroke-The Need for More Data. JAMA Network Open, 4(2), e2036218. https://doi.org/10.1001/jamanetworkopen.2020.36218

157. 2021    Jeukens CRLPN, Boere H, Wagemans BAJM, Nelemans PJ, Nijssen EC, Smith-Bindman R, Wildberger JE, Sailer AM. Probability of receiving a high cumulative radiation dose and primary clinical indication of CT examinations: a 5-year observational cohort study. BMJ Open. 2021 01 17; 11(1):e041883. PMID: 33455933. PMCID: PMC7813417

158. 2021    Harrison, John D., Balonov, M. I., Bochud, F. O., Martin, C. J., Menzel, H. G., Smith-Bindman, R., Ortiz-López, P., Simmonds, J. R., & Wakeford, R. (2021). The use of dose quantities in radiological protection: ICRP Publication 147 Ann ICRP 50(1) 2021. Journal of Radiological Protection: Official Journal of the Society for Radiological Protection. https://doi.org/10.1088/1361-6498/abe548

Prepared: March 9, 2024

159. 2021    Smith-Bindman R, Bibbins-Domingo K. USPSTF Recommendations for Screening for Carotid Stenosis to Prevent Stroke-The Need for More Data. JAMA Netw Open. 2021 02 01; 4(2):e2036218. PMID: 33528547

160. 2021    Harrison, J. D., Balonov, M., Bochud, F., Martin, C., Menzel, H.-G., Ortiz-Lopez, P., Smith-Bindman, R., Simmonds, J. R., & Wakeford, R. (2021). ICRP Publication 147: Use of Dose Quantities in Radiological Protection. Annals of the ICRP, 50(1), 9 82. https://doi.org/10.1177/0146645320911864

161. 2021    Harrison JD, Balonov M, Bochud F, Martin C, Menzel HG, Ortiz-Lopez P, Smith-Bindman R, Simmonds JR, Wakeford R. ICRP Publication 147: Use of Dose Quantities in Radiological Protection. Ann ICRP. 2021 Feb; 50(1):9-82. PMID: 33653178

162. 2021    Marlow, E. C., Ducore, J., Kwan, M. L., Cheng, S. Y., Bowles, E. J. A., Greenlee, R. T., Pole, J. D., Rahm, A. K., Stout, N. K., Weinmann, S., Smith-Bindman, R., & Miglioretti, D. L. (2021). Leukemia Risk in a Cohort of 3.9 Million Children with and without Down Syndrome. The Journal of Pediatrics. https://doi.org/10.1016/j.jpeds.2021.03.001

163. 2021    Marlow EC, Ducore J, Kwan ML, Cheng SY, Bowles EJA, Greenlee RT, Pole JD, Rahm AK, Stout NK, Weinmann S, Smith-Bindman R, Miglioretti DL. Leukemia Risk in a Cohort of 3.9 Million Children with and without Down Syndrome. J Pediatr. 2021 Jul; 234:172-180.e3. PMID: 33684394. PMCID: PMC8238875

164. 2021    Long-term medical imaging use in children with central nervous system tumors Bowles EJA , Diana L. Miglioretti DL,Kwan ML, Bartels U, Furst A, Cheng SY, Lau C, Greenlee RT, Weinmann S, Marlow EC, Rahm AK, Stout NK, Bolch, WE, Theis MK, Smith-Bindman R, Pole JD. Plos One. Published: April 21, 2021 https://doi.org/10.1371/journal.pone.0248643

165. 2021    Farjah F, Monsell SE, Gould MK, Smith-Bindman R, Banegas MP, Heagerty PJ, Keast EM, Ramaprasan A, Schoen K, Brewer EG, Greenlee RT, Buist DSM. Association of the Intensity of Diagnostic Evaluation With Outcomes in Incidentally Detected Lung Nodules. JAMA Intern Med. 2021 Apr 01; 181(4):480-489. PMID: 33464296. PMCID: PMC7816118

Prepared: March 9, 2024

166. 2021        Bowles EJA, Miglioretti DL, Kwan ML, Bartels U, Furst A, Cheng SY,
                 Lau C, Greenlee RT, Weinmann S, Marlow EC, Rahm AK, Stout NK,
                 Bolch WE, Theis MK, Smith-Bindman R, Pole JD. Long-term medical
                 imaging use in children with central nervous system tumors. PLoS One.
                 2021; 16(4):e0248643. PMID: 33882069. PMCID: PMC8059842

167. 2021        Harrison JD, Balonov M, Bochud F, Martin CJ, Menzel HG, Smith-
                 Bindman R, Ortiz-López P, Simmonds JR, Wakeford R. The use of
                 dose quantities in radiological protection: ICRP publication 147 Ann
                 ICRP 50(1) 2021. J Radiol Prot. 2021 06 01; 41(2). PMID: 33571972

168. 2021        Stewart C, Smith-Bindman R. It Is Time to Inform Patients of Medical
                 Imaging Risks. JAMA Netw Open. 2021 Oct 01; 4(10):e2129681. PMID:
                 34643723

169. 2021        Bos D, Yu S, Luong J, Chu P, Wang Y, Einstein AJ, Starkey J, Delman
                 BN, Duong PT, Das M, Schindera S, Goode AR, MacLeod F, Wetter A,
                 Neill R, Lee RK, Roehm J, Seibert JA, Cervantes LF, Kasraie N, Pike P,
                 Pahwa A, Jeukens CRLPN, Smith-Bindman R. Diagnostic reference
                 levels and median doses for common clinical indications of CT: findings
                 from an international registry. Eur Radiol. 2021 Oct 13. PMID:
                 34642811

170. 2021        Smith-Bindman R, Yu S, Wang Y, Kohli MD, Chu P, Chung R, Luong J,
                 Bos D, Stewart C, Bista B, Alejandrez Cisneros A, Delman B, Einstein
                 AJ, Flynn M, Romano P, Seibert JA, Westphalen AC, Bindman A. An
                 Image Quality-informed Framework for CT Characterization. Radiology.
                 2021 Nov 09; 210591. PMID: 34751618. PMCID: PMC8805663

171. 2021        Weinmann S, Francisco MC, Kwan ML, Bowles EJA, Rahm AK,
                 Greenlee RT, Stout NK, Pole JD, Kushi LH, Smith-Bindman R,
                 Miglioretti DL. Positive predictive value and sensitivity of ICD-9-CM
                 codes for identifying pediatric leukemia. Pediatr Blood Cancer. 2021
                 Nov 13; e29383. PMID: 34773439

172. 2021        Chu PW, Yu S, Wang Y, Seibert JA, Cervantes LF, Kasraie N, Chu CA,
                 Smith-Bindman R. Reference phantom selection in pediatric computed
                 tomography using data from a large, multicenter registry. Pediatr
                 Radiol. 2021 Dec 06. PMID: 34866159

Prepared: March 9, 2024

173. 2022    Smith-Bindman R, Yu S, Wang Y, Kohli MD, Chu P, Chung R, Luong J, Bos D, Stewart C, Bista B, Alejandrez Cisneros A, Delman B, Einstein AJ, Flynn M, Romano P, Seibert JA, Westphalen AC, Bindman A. An Image Quality-informed Framework for CT Characterization. Radiology. 2022 Feb;302(2):380-389. doi: 10.1148/radiol.2021210591. PMID: 34751618

174. 2022    Weinmann S, Francisco MC, Kwan ML, Bowles EJA, Rahm AK, Greenlee RT, Stout NK, Pole JD, Kushi LH, Smith-Bindman R, Miglioretti DL. Positive predictive value and sensitivity of ICD-9-CM codes for identifying pediatric leukemia. Pediatr Blood Cancer. 2022 Feb;69(2):e29383. PMID: 34773439

175. 2022    Woolen SA, Lazar AA, Smith-Bindman R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis. J Gen Intern Med. 2022 Feb 2. doi: 10.1007/s11606-022-07414-7. Epub ahead of print. PMID: 35112281.

176. 2022    Kwan ML, Miglioretti DL, Bowles EJA, Weinmann S, Greenlee RT, Stout NK, Rahm AK, Alber SA, Pequeno P, Moy LM, Stewart C, Fong C, Jenkins CL, Kohnhorst D, Luce C, Mor JM, Munneke JR, Prado Y, Buth G, Cheng SY, Deosaransingh KA, Francisco M, Lakoma M, Martinez YT, Theis MK, Marlow EC, Kushi LH, Duncan JR, Bolch WE, Pole JD, Smith-Bindman R. Quantifying cancer risk from exposures to medical imaging in the Risk of Pediatric and Adolescent Cancer Associated with Medical Imaging (RIC) Study: research methods and cohort profile. Cancer Causes Control. 2022 Feb 2. doi: 10.1007/s10552-022-01556-z. Epub ahead of print. PMID: 35107724.

177. 2022    Patel MD, Levine D, Smith-Bindman R. Poor Evidence That Endometrial Thickness Underperforms in Detecting Endometrial Cancer in Black Women. AJR Am J Roentgenol. 2022 Feb 2:1. doi: 10.2214/AJR.21.27055. Epub ahead of print. PMID: 35107299.

178. 2022    Patel MD, Levine D, Smith-Bindman R. Poor Evidence That Endometrial Thickness Underperforms in Detecting Endometrial Cancer in Black Women. Patel MD, Levine D, Smith-Bindman R.AJR Am J Roentgenol. 2022 Mar;218(3):563. doi: 10.2214/AJR.21.27055. PMID: 35107299 No abstract available.

179. 2022    Whitebird RR, Solberg LI, Chu PW, Smith-Bindman R. Strategies for Dose Optimization: Views From Health Care Systems. J Am Coll Radiol. 2022 Apr;19(4):534-541. PMID: 35227651

Prepared: March 9, 2024

180. 2022    Woolen SA, Lazar AA, Smith-Bindman R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: a Systematic Review and Meta-analysis. J Gen Intern Med. 2022 Aug;37(10):2526-2532. PMID: 35112281

181. 2022    Davenport MS, Chu P, Szczykutowicz TP, Smith-Bindman R. Comparison of Strategies to Conserve Iodinated Intravascular Contrast Media for Computed Tomography During a Shortage. JAMA. 2022 Aug 2;328(5):476-478. doi: 10.1001/jama.2022.9879.PMID: 35679081

182. 2022    Wang RC, Fahimi J, Dillon D, Shyy W, Mongan J, McCulloch C, Smith-Bindman R. Effect of an ultrasound-first clinical decision tool in emergency department patients with suspected nephrolithiasis: A randomized trial. Am J Emerg Med. 2022 Oct;60:164-170.PMID: 35986979 Clinical Trial.

183. 2022    Farjah F, Monsell SE, Smith-Bindman R, Gould MK, Banegas MP, Ramaprasan A, Schoen K, Buist DSM, Greenlee R.Fleischner Society Guideline Recommendations for Incidentally Detected Pulmonary Nodules and the Probability of Lung Cancer. J Am Coll Radiol. 2022 Nov;19(11):1226-1235. doi: 10.1016/j.jacr.2022.06.018. PMID: 36049538

184. 2022    Smith-Bindman R, Nielsen ME, Wang RC. Unchanged Diagnostic Imaging for Urinary Stone Disease-Where Do We Go From Here? JAMA Intern Med. 2022 Dec 1;182(12):1246-1247. PMID: 36315160 No abstract available.

185. 2023    Farjah F, Monsell SE, Greenlee RT, Gould MK, Smith-Bindman R, Banegas MP, Schoen K, Ramaprasan A, Buist DSM. Patient and Nodule Characteristics Associated With a Lung Cancer Diagnosis Among Individuals With Incidentally Detected Lung Nodules. Chest. 2023 03; 163(3):719-730. PMID: 36191633. PMCID: PMC10154904

186. 2023    Smith-Bindman, R et al Large variation in radiation dose for Routine Abdomen CT: reasons for excess and easy tips for reduction. European Radiology, In press

187. 2023    Gould MK, Creekmur B, Qi L, Golden SE, Kaplan CP, Walter E, Mularski RA, Vaszar LT, Fennig K, Steiner J, de Bie E, Musigdilok VV, Altman DA, Dyer DS, Kelly K, Miglioretti DL, Wiener RS, Slatore CG, Smith-Bindman R. Emotional Distress, Anxiety, and General Health Status in Patients With Newly Identified Small Pulmonary Nodules: Results From the Watch the Spot Trial. Chest. 2023 Dec; 164(6):1560-1571. PMID: 37356710

Prepared: March 9, 2024

188. 2023    Mahendra M, Chu P, Amin EK, Nawaytou H, Duncan JR, Fineman JR, Smith-Bindman R. Associated radiation exposure from medical imaging and excess lifetime risk of developing cancer in pediatric patients with pulmonary hypertension. Pulm Circ. 2023 Jul; 13(3):e12282. PMID: 37614831. PMCID: PMC10442605

189. 2023    Wang Y, Chu P, Szczykutowicz TP, Stewart C, Smith-Bindman R. CT acquisition parameter selection in the real world: impacts on radiation dose and variation amongst 155 institutions. Eur Radiol. 2023 Aug 30. PMID: 37646805. PMCID: PMC10873435

190. 2023    Chu PW, Kofler C, Mahendra M, Wang Y, Chu CA, Stewart C, Delman BN, Haas B, Lee C, Bolch WE, Smith-Bindman R. Correction to: Dose length product to effective dose coefficients in children. Pediatr Radiol. 2023 Sep; 53(10):2165. PMID: 37658914. PMCID: PMC10497657

191. 2023    Marlow EC, Ducore JM, Kwan ML, Bowles EJA, Greenlee RT, Pole JD, Rahm AK, Stout NK, Weinmann S, Smith-Bindman R, Miglioretti DL. Medical imaging utilization and associated radiation exposure in children with down syndrome. PLoS One. 2023; 18(9):e0289957. PMID: 37672503. PMCID: PMC10482278

192. 2023    Smith-Bindman R, Kang T, Chu PW, Wang Y, Stewart C, Das M, Duong PA, Cervantes L, Lamba R, Lee RK, MacLeod F, Kasraie N, Neill R, Pike P, Roehm J, Schindera S, Chung R, Delman BN, Jeukens CRLPN, Starkey LJ, Szczykutowicz TP. Large variation in radiation dose for routine abdomen CT: reasons for excess and easy tips for reduction. Eur Radiol. 2023 Sep 21. PMID: 37735276

193. 2023    Dhruva SS, Smith-Bindman R, Redberg RF. The Need for Randomized Clinical Trials Demonstrating Reduction in All-Cause Mortality With Blood Tests for Cancer Screening. JAMA Intern Med. 2023 10 01; 183(10):1051-1053. PMID: 37639263

194. 2023    Chu PW, Kofler C, Haas B, Lee C, Wang Y, Chu CA, Stewart C, Mahendra M, Delman BN, Bolch WE, Smith-Bindman R. Dose length product to effective dose coefficients in adults. Eur Radiol. 2023 Oct 06. PMID: 37798408

195. 2023    Wang Y, Chu P, Szczykutowicz TP, Stewart C, Smith-Bindman R.CT acquisition parameter selection in the real world: impacts on radiation dose and variation amongst 155 institutions.Eur Radiol. 2024 Mar;34(3):1605-1613. doi: 10.1007/s00330-023-10161-w. Epub 2023 Aug 30.

Prepared: March 9, 2024

196. 2024    Smith-Bindman R, Wang Y, Stewart C, Luong J, Chu PW, Kohli M, Westphalen AC, Siegel E, Ray M, Szczykutowicz TP, Bindman AB, Romano PS. Improving the Safety of Computed Tomography Through Automated Quality Measurement: A Radiologist Reader Study of Radiation Dose, Image Noise, and Image Quality. Invest Radiol. 2024 Jan 25. PMID: 38265058

## OTHER PUBLICATIONS

1. 2014    Rita F. Redberg and Rebecca Smith-Bindman "We Are Giving Ourselves Cancer." Editorial. The New York Times 31 Jan. 2014, The New York ed.: A27. 30 Jan. 2014. Web.

## SIGNIFICANT PUBLICATIONS

1. 2020    Smith-Bindman, R., et al An assessment of two interventions for reducing radiation doses for computed tomography: A multicenter international clinical trial. JAMA Internal Med. 2020; 180:666-675.

2. 2019    Smith-Bindman R, et al Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 ; 179(1): 71-77

3. 2019    Smith-Bindman R, et al Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada JAMA  2019 322(9):843-856.

4. 2019    Smith-Bindman R, et al Trends in Use of Medical Imaging in US Health Care Systems and in Ontario, Canada, 2000-2016. JAMA. 2019 322(9):843-856

5. 2019    Smith-Bindman, et al International Variation in Radiation Dose for Computed Tomography Examinations: Prospective Cohort Study. BMJ. 2019;364:K4931

6. 2014    Smith-Bindman et al Ultrasonography versus computed tomography for suspected nephrolithiasis Nephrolithiasis  NEJM.  2014;371:1100-1110

7. 2013    Smith-Bindman R, et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. JAMA Internal Medicine. 2013;173:1788-96

8. 2013    Miglioretti DL et al. Smith-Bindman senior author. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013;167:700-707

9. 2012    Smith-Bindman R, Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, included in Breast and the Environment: A Life Course Approach. The Institute of Medicine. 2012

Prepared: March 9, 2024

10. 2009        Smith-Bindman et al. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. JAMA Internal Medicine 2009;169:2078-86

11. 2006        Smith-Bindman et al.  Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? Ann Intern Med, 2006;144;541-51

12. 2005        Smith-Bindman et al.  Physician Predictors of Mammographic Accuracy. J Natl Cancer Inst 2005:97;358-367

13. 2003        Smith-Bindman et al. Comparison of screening mammography in the United States and the United Kingdom JAMA 2003;290: 2129-2137

14. 2001        Smith-Bindman et al. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. JAMA. 2001: 285;1044-1055

15. 1999        Smith-Bindman, R, et al Endovaginal ultrasound to evaluate endometrial abnormalities. JAMA 1999;281:1693-4

## CONFERENCE ABSTRACTS

1999        Smith-Bindman R, Kerlikowske K. Is there a downside to elderly women undergoing screening mammography? J Natl Cancer Inst 1999:18;1322-3.

1999        Smith-Bindman, R, Kerlikowske, K, Feldstein, V. Endovaginal ultrasound to evaluate endometrial abnormalities JAMA 1999;281:1693-4.

2001        Smith-Bindman R. Positron emission tomography to evaluate lung lesions JAMA 2001;285:2711-2.

2001        Smith-Bindman, R, Goldberg, JD. Ultrasound markers of fetal Down syndrome. JAMA 2001;285:2858.

2001        Smith-Bindman R, Feldstein V, Goldberg JD. The Genetic Sonogram in Screening For Down Syndrome, J Ultrasound Med 2001 Nov; 20(11):1153-8.

2003        Kerlikowske K, Smith-Bindman R, Sickles EA. Short-interval follow-up mammography: are we doing the right thing? J Natl Cancer Inst 2003 Aug 6;95(15):1175-6.

2004        Smith-Bindman R, Miglioretti D, Kerlikowske K. Comparison of screening mammography in the United States and the United Kingdom. JAMA. 2004 Feb 18;291(7):824.

2009        Sellami D, Goldstein R, Feldstein V, Smith-Bindman R. Ultrasound Can Help Low-Risk Patients Avoid Invasive Thyroid Biopsy. American Roentgen Ray Society, 2009

Prepared: March 9, 2024

2009          Kamath A, Smith-Bindman R. CT radiation dose shows wide variance in
              Emergency Department, RSNA 2009

2009          Chang JH, Rand L, Smith-Bindman. Second trimester prenatal ultrasound for
              the detection of fetal structural anomalies and their associated risk for
              chromosomal abnormalities. American Journal of Obstetrics and Gynecology
              Volume 201, Issue 6, Supplement (December 2009) and poster presentation.
              Society for Maternal-Fetal Medicine: 2010 30th Annual Meeting: The
              Pregnancy Meeting Chicago, IL; February 4, 2010

2009          Rand L, Smith-Bindman R, Saadai P, Machin GA, Farmer DL, Feldstein VA.
              Monochorionic twin pregnancy outcomes: Impact of cord insertion sites.
              (IFMSS 2009, Brazil)

2009          Rand L, Smith-Bindman R, Saadai P, Machin GA, Lee H, Farmer DL,
              Feldstein VA. Monochorionic twin pregnancy outcomes: Impact of arterio-
              arterial and veno-venous anastomoses. (IFMSS 2009, Brazil)

2010          Rand L, Smith-Bindman R, Payam Saadai, Geoffrey Machin, Vickie Feldstein.
              Placental Predictors of Adverse Outcomes in Monochorionic twins. (SMFM
              2010, Chicago)

2010          Rand L, Smith-Bindman R, Saadai P, Machin GA, Feldstein VA. Natural
              History and Outcomes of Monochorionic Twin Pregnancies in a Large
              Population-Based Study. (SMFM 2010, Chicago)

2011          Lebada P, Feldstein V, Goldstein R, Sellami D, Smith-Bindman R. Risk of
              Thyroid Cancer Assocaited with Ultrasound Findings. Results from a
              population based study. Association of University Radiologists, 2011, Boston
              MA

2011
              Burger I, Miglioretti D, Johnson E, et al. Rise in Radiation Exposure from
              Diagnostic Imaging in Patients Across Several Different HMO Populations.
              Paper presented at: RSNA, December 2 20102010; Chicago, IL

2011          Burger I, Miglioretti D, Johnson E, Vanneman N, Smith-Bindman R. Radiation
              Exposure Increased Dramatically in a Large Health Plan, Particularly Among
              Cancer Patients. Paper presented at: RSNA, December 1 20102010; Chicago,
              IL

Prepared: March 9, 2024

2012            Merry, MD et al. Breast Cancer Risk from Medical Imaging Including
                Computed Tomography (CT) and Nuclear Medicine among Females Enrolled
                in a Large Integrated health Care System    manuscript in preparation.
                Presented at the Radiological Society of North America Annual Meeting,
                Chicago, IL, 2012

2012            Mongan, et al. Improving Efficiency of Pulmonary Embolism Testing in Young
                Female patients    manuscript in preparation. Presented at the Radiological
                Society of North America Annual Meeting, Chicago, IL, 2012

**OTHER CREATIVE ACTIVITIES**

1.              Radiation Safety and CT: Virtual Symposium Director - Innovative On-line
                Interactive Teaching Classes (May 2012)
                The creation of this meeting was an important educational activity for me
                during 2013. It involved a multidisciplinary meeting with over 100 lectures,
                10 live interactive sessions/chat rooms and over 500 registrants enrolled
                in the meeting during the   live days  . The meeting was new in format
                and content. The meeting essentially broke even financially, with an
                approximately $5,000 profit.

2. 2017         Know Your Dose (see http://knowyourdose.ucsf.edu/), an on line
                educational resource for patients. This provides extensive education for
                patient and includes video stories of patients sharing their experiences

3. 2023         UCSF Radiation Safety in Computed Tomography Virtual Symposium
                2023. This was a 3 day virtual meeting focused on CT. There were 41 new
                lectures with interactive Q and A for each.

Exhibit B

Rebecca Smith-Bindman
Materials Considered

1. "A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88.

2. Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

3. Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

4. ACOG. "Talc Use and Ovarian Cancer." Statements, September 11, 2017.

5. Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

6. Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47.

7. American Cancer Society. "Talcum Powder and Cancer." American Cancer Society, November 13, 2017.

8. Antoniou, A., et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

9. Amrhein, V., et al., "Retire statistical significance." *Nature*. 567 (2019): 305-307.

10. Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

11. "ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018.

12. "ATSDR - Toxicological Profile: Silica." Accessed August 16, 2018.

13. Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" Obstetrics & Gynecology 120, no. 3 (September 2012): 612–18.

14. Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" The Lancet 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

15. Barnhart, K., et al. "Baseline Dimensions of the Human Vagina." Human Reproduction Vol. 21, no. 6 (2006): 1618-22.

16. Bartrip, P. W. J. "History of Asbestos Related Disease." *Postgraduate Medical Journal* 80, no. 940 (February 1, 2004): 72–76. https://doi.org/10.1136/pmj.2003.012526.

17. Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The

Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

18. Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620.

19. Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

20. Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015).

21. Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1.

22. Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

23. Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

24. Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602.

25. Blount, A. M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

26. Bluemel, G., F. Piza, and Zischka-Konorsa W. "[Experimental animal research on the tissue reaction to starch and talc powder after their intraperitoneal use.]." *Wiener klinische Wochenschrift* 74 (January 1962): 12–13.

27. Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

28. Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

29. Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

30. Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

31. Bulbulyan, M. A., S. A. Ilychova, S. H. Zahm, S. V. Astashevsky, and D. G. Zaridze. "Cancer Mortality among Women in the Russian Printing Industry." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 166–71.

32. Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

2

Report of Sarah Kane Huffman
Materials Considered

33. Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

34. Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953.

35. Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17.

36. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, April 14, 2016. https://capitalbreastcare.georgetown.edu/health/ovarian.

37. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, July 3, 2018. https://capitalbreastcare.georgetown.edu/health/ovarian.

38. Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

39. Chang, S., and H. A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401.

40. Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." Canadian Respiratory Journal, 2017.

41. Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." BJOG: An International Journal of Obstetrics and Gynaecology 124, no. 6 (May 2017): 872–78.

42. Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018.

43. Chen, L-M, et al. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum - UpToDate," 2018.

44. Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

45. Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58.

46. Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67.

47. Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63.

48. CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

49. Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

3

50. Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.
51. Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14.
52. Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42.
53. Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.
54. Committee on the State of the Science in Ovarian Cancer Research, Board on Health Care Services, Institute of Medicine, and National Academies of Sciences, Engineering, and Medicine. *Ovarian Cancers: Evolving Paradigms in Research and Care*. Washington (DC): National Academies Press (US), 2016. http://www.ncbi.nlm.nih.gov/books/NBK367618/
55. Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.
56. Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).
57. Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.
58. Cramer, Daniel W. and Allison F. Vitonis. "Signatures of Reproductive Events on Blood Counts and Biomarkers of Inflammation: Implications for Chronic Disease Risk." *PLoS ONE* 12(2) (2017).
59. Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.
60. Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer* 81, no. 3 (May 5, 1999): 351–56.
61. Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.
62. Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.
63. Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46.
64. Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501.
65. Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.
66. Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." Nature Reviews Clinical Oncology 12 (October 2015): 584–96.

Daniel L. Clarke-Pearson
Materials Considered

67. Curtis D. Klaassen, and John Doull. Casarett and Doull's Toxicology : The Basic Science of Poisons. 8th Edition. McGraw-Hill Education, 2013.

68. "Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018).

69. "Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

70. Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70.

71. DiSaia, PJ, WT Creasman, RS Mannell, S McMeekin, and D Mutch. *Clinical Gynecologic Oncology / [Edited by] Philip J. DiSaia, William T. Creasman, Robert S. Mannell, Scott McMeekin, David G. Mutch.* 9th ed. Philadelphia, PA: Elsevier, 2018.

72. Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28.

73. Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

74. D.R. Petterson. "JNJ 000251888," April 26, 1973.

75. Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35.

76. Dydek, Thomas. "Educational Report of Thomas Dydek, Ph.D., DABT, PE, Regarding the Cancer Causing Constituents of Defendants' Talcum Powder Products, In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation MDL No. 2738," April 9, 2018.

77. Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

78. Egilman, David, Joan E. Steffan, Triet Tran, Kate Clancy, Mark Rigler and William Longo. "Health Effects of Censored Elongated Mineral Particles: A Critical Review." *STP* 1618 (2019), 192-239.

79. Egilman D, Madigan D, Yimam M, Tran T. "Evidence that cosmetic talc is a cause of ovarian cancer." Gynecol Pelvic Med 2020.

80. Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

81. Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194.

82. "Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

83. "Expert Report of Anne McTiernan, M.D., Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 16, 2018.

5

Case 3:16-md-02738-MAS-RLS    Document 33120-28    Filed 08/22/24    Page 126 of 155
PageID: 227897

Reagan Smith-Bindman
Materials Considered

84. "Expert Report of Rebecca Smith-Bindman, M.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

85. "Expert Report of Patricia G. Moorman Entitled Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," dated November 16, 2018.

86. Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81.

87. Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

88. Fathalla, M. F. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

89. FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP," April 1, 2017.

90. Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015).

91. "Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018.

92. Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

93. Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales. "The Role of the Mediators of Inflammation in Cancer Development." Pathol. Oncol. Res. (2015) 21:527–534.

94. Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

95. Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

96. Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.

97. Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

98. Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

99. Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018.

100. Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

101. Fletcher, NM, Amy K Harper, Ira Memaj, Rong Fan, Robert T. Morris and GM Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." *Reproductive Sciences* 1-10 (2019).

102. Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

103. Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89.

104. Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

105. Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

106. Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73.

107. Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3.

108. Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

109. Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

110. Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97.

111. Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

112. Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

113. Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

114. Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

115. Gondal, Mohammed A., Mohamed A. Dastageer, Akhtar A. Naqvi, Anvar A. Isab, and Yasin W. Maganda. "Detection of Toxic Metals (Lead and Chromium) in Talcum Powder Using Laser Induced Breakdown Spectroscopy." *Applied Optics* 51, no. 30 (October 20, 2012): 7395–7401.

116. Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

117. Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60.

118. Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

119. Graham, J. D. P., and M. E. Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

120. Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

121. Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

122. Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

123. Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

124. Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

125. Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

126. Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

127. Harlow, B. L., and P.A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology:* RTP 21, no. 2 (April 1995): 254-60.

128. Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

129. Harlow, B. L., and D. W. Cramer. "Self-Reported Use of Antidepressants or Benzodiazepine Tranquilizers and Risk of Epithelial Ovarian Cancer: Evidence from Two Combined Case-Control Studies (Massachusetts, United States)." *Cancer Causes & Control: CCC* 6, no. 2 (March 1995): 130–34.

130. Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

131. Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?' *Leukemia Research* 37, no. 2 (February 2013): 214-20.

Materials Considered

132. Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

133. Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39.

134. Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

135. Henderson, W. J., T. C. Hamilton, and K. Griffiths. "Talc in Normal and Malignant Ovarian Tissue." *Lancet* 1, no. 8114 (March 3, 1979): 499.

136. Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

137. Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

138. Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19.

139. Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

140. Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

141. Hollinger, M. A. "Pulmonary Toxicity of Inhaled and Intravenous Talc." *Toxicology Letters* 52, no. 2 (July 1990): 121–27; discussion 117-119.

142. Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

143. Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

144. Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29.

145. Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23.

146. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans: Man-Made Mineral Fibers and Radon, Volume 43." IARC, Lyon France, 1988.

147. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide." *World Health Organization* 86 (2006). https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-35/.

Reliance List Susan Human
Materials Considered

148. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Inorganic and Organic Lead Compounds." *World Health Organization* 87 (2006).

149. "IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Some Traditional Herbal Medicines, Some Mycotoxins, Naphathalene and Styrene" 82 (2002).

150. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

151. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. "Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1– 413.

152. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

153. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987. https://monographs.iarc.fr/wpcontent/uploads/2018/06/Suppl7.pdf.

151. IMERYS209971

152. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

153. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. *Ovarian Cancers: Evolving Paradigms in Research and Care.* The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

154. Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

155. Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." Seminars in Nuclear Medicine 11, no. 4 (October 1981): 301–14.

156. Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." Environmental Health Perspectives 105 Suppl 5 (September 1997): 1073–84.

157. Jaurand. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73

158. Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press, 1991.

159. Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018).

160. Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

161. Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

162. Johnson & Johnson. "A Message about Talc." A message about talc, May 2, 2016.

163. Jones, Richard E. *Human Reproductive Biology, Second Edition*. 2 edition. San Diego: Academic Press, 1997.

164. Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86,

10

no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

165. Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

166. Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology: JAT* 12, no. 6 (December 1992): 443–49.

167. Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75.

168. Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

169. Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

170. Keal, E. E. "Asbestosis and Abdominal Neoplasms." *Lancet* 2, no. 7162 (December 3, 1960): 1211–16.

171. Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

172. Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Biomedical Nanotechnology* 7, no. 1 (2011): 112–13.

173. Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

174. Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

175. Kunz, Beil. "The Uterine Peristaltic Pump: Normal and Impeded Sperm Transport within the Female Genital Tract." *Adv Exp Med Biol* 424 (1997): 267–77.

176. Kurman, Robert J., and Ie-Ming Shih. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

177. Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

178. Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7.

179. Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

180. Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

181. Langseth, H., B. V. Johansen, J. M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society* 17, no. 1 (February 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

182. Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

183. Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

184. Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

185. Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

186. Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15.

187. Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." The Lancet. Oncology 12, no. 9 (September 2011): 900–904.

188. Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." Free Radical Research 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

189. Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

190. Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19.

191. Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

192. Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

193. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

194. Lu, Haitian. "Inflammation, a Key Event in Cancer Development," 2006, 221–33.

195. Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94.

196. Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70.

197. Maharaj-Gentry, Aleksandra, Michelle Griffin and Usha Menon. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. In Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias (Eds.). 1st ed. Chapter 23. Accessed August 21, 2018.

198. Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018.

199. Marie Mc Cullough. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

200. Mattenklott, M. "Asbestos in Talc Powders and in Soapstone - The Present State." *Staub, Reinhaltung Der Luft* 67 (July 1, 2007): 287–92.

201. McCullough, Marie. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

202. McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50.

203. McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

204. Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

205. Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

206. Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76.

207. Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

208. Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64.

209. Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84.

210. Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

211. Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41.

212. Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606.

213. Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

214. Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control: CCC* 23, no. 11 (November 2012): 1839–52.

215. Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

216. Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

217. Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12.

218. National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018.

219. National Center for Health Research. "Does Talcum Powder Cause Ovarian Cancer?" *The Voice: For Prevention, Treatment, and Policy*, Spring/Summer 2018, 32 edition.

220. National Center for Health Research. "Talcum Powder and Ovarian Cancer." *National Center for Health Research* (blog), April 13, 2018. http://www.center4research.org/talcum-powder-ovarian-cancer/.

221. Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

222. Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67.

223. Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

224. Newhouse, M L, Berry, G., and J. C. Wagner. "Mortality of Factory Workers in East London 1933-80." *British Journal of Industrial Medicine* 42, no. 1 (January 1985): 4–11.

225. Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

226. NIOSH. "CDC – Occupational Cancer – Carcinogen List – NIOSH Safety and Health Topic," April 24, 2017. https://www.cdc.gov/niosh/topics/cancer/npotocca.html.

227. NIOSH. "DHHS (NIOSH) Publication No. 86-102," September 1981.

228. NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972.

229. NIOSH 2011 Current Intelligence Bulletin No. 62, 2011. N

230. NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6. Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

231. NIOSHTIC-2 Publications Search - 00106056 – Fiber.

232. Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90.

233. NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

234. "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

235. Nutrition, Center for Food Safety and Applied. "Potential Contaminants - FDA's Testing of Cosmetics for Arsenic, Cadmium, Chromium, Cobalt, Lead, Mercury, and Nickel Content." WebContent. Accessed August 16, 2018.

236. Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72.

237. "OSHA Factsheet: Asbestos," 2014. https://www.osha.gov/SLTC/asbestos/.

238. Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

239. Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

240. *Pathology of Asbestos-Associated Diseases*. Accessed October 14, 2014.

241. Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94.

242. Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

243. Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49.

244. Peres, Lauren C., et al. "Analgesic Medication Use and Risk of Epithelial Ovarian Cancer in African American Women." *British Journal of Cancer* no. 114 (2016): 819-25.

245. Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018..

246. Peshkin. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018.

247. Peshkin. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018.

248. Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

249. Pike, Malcom C., et al. "Hormonal Factors and the Risk of Invasive Ovarian Cancer: a Population-Based Case-Control Study." *Fertility and Sterility* vol. 82, No. 1 (2004): 186-195.

250. Pira, E., C. Pelucchi, L. Buffoni, A. Palmas, M. Turbiglio, E. Negri, P. G. Piolatto, and C. La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 14, 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

251. Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

Reliance List - Berman
Materials Considered

252. Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

253. *Product: *2017 TLVs and BEIs: ACGIH*. Accessed August 16, 2018.

254. *Product: Asbestos: TLV(R) Chemical Substances 7th Edition Documentation: ACGIH*. Accessed August 16, 2018.

255. Psooy, Karen and Jason P. Archambault. "Vaginal Entrapment of Bathwater: A Source of Extra-Urethral Incontinence." *Can Urol Assoc J* Vol. 4, no. 5 (2010): E123-26.

256. Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

257. Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

258. Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

259. Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

260. Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702.

261. Rasmussen, C. B., et al. "Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies." *Am J Epidemiol.* 185, no. 1 (2017): 8-20.

262. Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61.

263. "Reference Manual on Scientific Evidence" Third Edition (2011).

264. REHMAN, GHANA, IFTIKHAR HUSSAIN BUKHARI, MUHAMMAD RIAZ, NASIR RASOOL, UZMA SATTAR, and HAFIZA SUMAIRA MANZOOR. "DETERMINATION OF TOXIC HEAVY METALS IN DIFFERENT BRANDS OF TALCUM POWDER." *International Journal of Applied and Natural Sciences (IJANS)* 2, no. 2 (May 2013): 8.

265. Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49.

266. Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

267. Reid, Alison, Nick de Klerk, and Arthur W. (Bill) Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

16

Report of Dr. Sonal Singh
Materials Considered

268. Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

269. Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32.

270. Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

271. "Revised Draft NIOSH CURRENT INTELLIGENCE BULLETIN Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research," January 2009.

272. Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3.

273. Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

274. Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92.

275. Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

276. Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

277. Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1, 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

278. Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

279. Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42.

280. Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

281. Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

282. Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

283. Rothman, Kenneth J. "Six Persistent Research Misconceptions." *J Gen Intern Med* 29, no. 7 (2014):1060-4.

284. Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That

Reliance List Bahman
Materials Considered

Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

285. Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

286. Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75.

287. Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

288. Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

289. Seeler, Albert O. "Toxic Hazards: Talc Pneumoconiosis." *New England Journal of Medicine* 261, no. 21 (November 19, 1959): 1084–85. https://doi.org/10.1056/NEJM195911192612115.

290. SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site, April 2018.

291. Selikoff, I. J., J. Churg, and E. C. Hammond. "Asbestos Exposure and Neoplasia." *JAMA* 188 (April 6, 1964): 22–26.

292. Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

293. Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

294. Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

295. Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

296. Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

297. Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49.

298. Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64.

299. Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated

18

with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

300. Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.
301. Taher, M. K., et al. "Critical Review of the Association Between Perineal Use of Talc Powder and Risk of Ovarian Cancer." Reproductive Toxicology 90 (2019): 88-101.
302. "Talc." IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans 42 (1987): 185–224.
303. Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.
304. Taskin, Salih, et al. "Malignant Peritoneal Mesothelioma Presented as Peritoneal Adenocarcinoma or Primary Ovarian Cancer: Case Series and Review of the Clinical and Immunohistochemical Features." *Int J Clin Exp Pathol* 5, no. 5 (2012): 472-78.
305. Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.
306. Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952.
307. Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96.
308. Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019).
309. Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70.
310. Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304.
311. Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al."Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42.
312. Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84.
313. Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan

Report on Human
Materials Considered

E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901.

314. Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

315. US EPA National Center for Environmental Assessment, Immediate Office, and Reeder Sams. "IRIS Toxicological Review of Inorganic Arsenic (Cancer) (2010 External Review Draft)." Reports & Assessments, 1995. https://cfpub.epa.gov/ncea/iris_drafts/recordisplay.cfm?deid=219111.

316. US EPA, ORD. "4-Methylphenol CASRN 106-44-5 | IRIS | US EPA, ORD," 1990.

317. Vallyathan, N. V., and J. E. Craighead. "Pulmonary Pathology in Workers Exposed to Nonasbestiform Talc." *Human Pathology* 12, no. 1 (January 1981): 28–35.

318. Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

319. Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67.

320. Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

321. Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

322. Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

323. Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37.

324. Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59.

325. Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017).

326. Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

327. Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50.

328. Vosnakis, Kelly, Elizabeth Perry, Karen Madsen, and Lisa Bradley. "Background Versus Risk-Based Screening Levels - An Examination Of Arsenic Background Soil Concentrations In Seven States." *Proceedings of the Annual International Conference on Soils, Sediments, Water and Energy* 14, no. 1 (January 26, 2010).

329. Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Materials Considered

330. Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138.

331. Wehner, A.P. "Biological Effects of Cosmetic Talc." *Fd Chem. Toxic* 32, no. 12 (1994): 1173-84.

332. Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

333. Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association 24, no. 4 (April 1986): 329–38.

334. Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" Chest 111, no. 5 (May 1997): 1414–16.

335. Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98.

336. Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

337. Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77.

338. Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

339. Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

340. Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

341. Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

342. Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

343. Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15.

344. Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." Obstetrics and Gynecology 93, no. 3 (March 1999): 372–76.

21

345. Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." The Johns Hopkins Medical Journal 144, no. 4 (April 1979): 117–20.
346. Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.
347. Wright, Jason D. "What is New in Ovarian Cancer?" *Obstet Gynecol* 132 (2018): 1498-99.
348. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100.
349. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15.
350. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.
351. "You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.
352. Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.
353. Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.
354. Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65.
355. American Board of Obstetrics and Gynecology, Inc. (ABOG), "Guide to Learning in Gynecologic Oncology." Revised 4/2018.
356. AMA Analytical Services, Inc. - Certificate of Analysis - Job Name:  Task 3 - Analysis of Official Samples; Job Number: CLIN 1 - Task 3 (Oct. 11, 2019).
357. Analysis report MAS Project #14-1683 dated April 28, 2017 prepared by William Longo, Mark Rigler of the Materials Analytical Services (MAS) laboratory.
358. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, Expert Report, William Longo and Mark Rigler of the Materials Analytical Services (MAS), August 2, 2017.
359. Bureau Veritas Letter re: Johnson's Baby Powder Finished Goods Lot #22318RB (Protocol INV-106924-002) Bureau Veritas Reference: A1910246 (Preliminary Update/Results)
360. Campion, Alan, Kenneth J. Smith, Alexey V. Fedulov, David Gregory, Yuwei Fan and John J. Godleski. "Identification of Foreign Particles in Human Tissue using Raman Microscopy." Anal Chem (2018).
361. Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." American Industrial Hygiene Association Journal 29, no. 4 (August 1968): 350–54.

Report of Snezana Bozman
Materials Considered

362. Daubert Order and Opinion, MDL No. 2738.
363. Deposition of Alice M. Blount, Ph.D., April 13, 2018. Gail Lucille Ingham, et al., v. Johnson & Johnson, et al. Case No. 1522-CC10417
364. FDA Executive Summary "Preliminary Recommendations on Testing Methods for Asbestos in Talc and Consumer Products Containing Talc"
365. FDA News Release - Baby powder manufacturer voluntarily recalls products for asbestos.
366. Fletcher, N.M., Amy K. Harper, Ira Memaj, Rong Fan, Robert T. Morris, and Ghassan M. Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." Reproductive Sciences 1-10 (2019).
367. Fortner, et al. (2019) Ovarian cancer risk factors by tumor aggressiveness: an analysis from the Ovarian Cancer Cohort Consortium.
368. Gabriel, et al. (2019) Douching, talc use and risk for ovarian cancer and conditions realted to genital tract inflammation.
369. Gossett, del Carmen. Use of powder in the genital area and ovarian cancer risk: examining the evidence; JAMA, 2020;323(1):29-31.
370. Harlow, B. L., and N. S. Weiss. 1989. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130 (2): 390–94.
371. Harper, Amy K, and Ghassan Saed. "Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting." In Press 2019.
372. Harper and Saed, SGO poster presentation annual meeting 2018 (Exhibit PSC_Saed 3).
373. Harper, Fan, Majed, King, Morris and Saed. (Poster Session #297) Talcum powder induces malignant transformation of human primary normal ovarian epithelial cells but not human primary normal peritoneal fibroblasts.
374. Harrington, et al. (2019) New Guidelines for Statisical Reporting in the Journal, The New England Journal of Medicine.
375. Health Canada Poster.
376. Health Canada, "Draft Screening Assessment", Chemical Abstracts Service Registry Number 14807-96-6 (December 2018).
377. IARC Monographs on the Identification of Carcinogenic Hazards to Humans "Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020-2024".
378. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. Ovarian Cancers: Evolving Paradigms in Research and Care. The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.
379. Johnson & Johnson Consumer Inc. to Voluntarily Recall a Single Lot of Johnson's Baby Powder in the United States.
380. La Vecchia. (2017) Ovarian Cancer: Epidemiology and Risk Factors. European Journal of Cancer Prevention 2017, 26:55–62.
381. Lheureux, Gourley, Vergote, Oza. Epithelial Ovarian Cancer. *Lancet* 2019; 393: 1240–53.
382. Lloyd, Jillian, Naomi S. Crouch, Catherine L. Minto, Lih-Mei Liao, Sarah M. Creighton. "Female Genital Appearance: 'Normality' Unfolds." BJOG: an International Journal of Obstetrics and Gynaecology 112 (May 2005): 643-46.
383. Longo, William E. and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos", Supplemental Report, January 15, 2019.

23

Expert Report of Saman
Materials Considered

384. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2,000's for Amphibole Asbestos," 2nd Supplemental Report dated February 1, 2019.

385. Mandarino et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells, Environmental Research, 2020;180:108676.

386. MAS Project 14-1852, Below the Waist Application of Johnson & Johnson Baby Powder, William Longo, Mark Rigler, and William Egeland of Materials Analytical Services (MAS), September 2017.

387. McDonald et al. Five case studies with correlative light and scanning electron microscopy, Am J Clin Pathol, 2019;XX:1-18.

388. McDonald, et al. (2019) Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes.

389. McDonald, et al. (2019) Magnesium/silicon atomic weight percent ratio standards for the tissue identification of talc by scanning electron microscopy and energy dispersive X-ray analysis.

390. McDonald, et al. (2019) Migration of talc from the perineum to multiple pelvic organ sites.

391. Mossman, Brooke T. "Mechanistic in vitro studies: What They Have Told Us About Carcinogenic Properties of Elongated Mineral Particles (EMPs)." Toxicology and Applied Pharmacology 361 (2018): 62-67.

392. Mossman, Brooke T., et al. "New Insights into Understanding the Mechanisms, Pathogenesis, and Management of Malignant Mesotheliomas." The American Journal of Pathology 182, no. 4 (April 2013): 1065-77.

393. NCI - Ovarian, Fallopian Tube, and Primary Peritneal Cancer Prevention (PDQ) - Health Professional Version.

394. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer-supplementary online content.

395. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer; JAMA, 2020;323(1):49-59.

396. O'Brien et al. Genital powder use and risk of ovarian cancer: a pooled analysis - ASPO Abstracts.

397. O'Brien et al. Perineal talc use, douching, and the risk of uterine cancer. Epidemiology 2019;30: 845-852.

398. O'Brien and colleagues. Genital Powder Use and Ovarian Cancer Letters to the Editor. JAMA May 26, 2020. Vol. 323, Number 20; 2095-2097.

399. RJ Lee Letter and Report re: Analysis of Submitted talc samples RJ Lee Group Project Number TLH910472.

400. RJ Lee Letter and Report re:  Incidence Report, RJ Lee Group Project Number TLH910472.

401. RJ Lee Letter and Report re: INV-106204-003, RJ Lee Group Project Number TLH910477.

402. Rothman. Six Persistent Research Misconceptions.

403. Savant, S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer."

404. Smith-Bindman R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 Jan 01; 179(1):71-77.

405. Steffen et al. Serous Ovarian Cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders - a case series, JOEM, 2020; 62(2):e65-e77.

406. Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G.

Report of Sarah Kane Friedman
Materials Considered

Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

407. Taher, et al, Systematic Review and Meta-Analysis of the Association Between Perineal Use of Talc and Risk of Ovarian Cancer (2019).

408. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample of Amphibole Asbestos, Expert Report, William Longo and Mark Rigler of Materials Analytical Services (MAS) laboratory, February 16, 2018.

409. Testimony of Annie Awanais Yessian, M.D., Eva Echeverria, et al. v. Johnson & Johnson, et al. Case No. BC628228, July 13, 2017.

410. Testimony of Warer K. Huh, M.D., Gail Lucille Ingham, et al., v. Johnson & Johnson, et al., Cause No. 1522-CC10417-01, July 5, 2018.

411. Trabert, Britton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." JNCI: Jour Natl Cancer Inst no. 106, no. 2 (May 31, 2018).

412. Vitonis et al. (2011) Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol* 2011;117:1042–50.

413. Wright, Jason D. "What is New in Ovarian Cancer?" Obstet Gynecol 132 (2018): 1498-99.

414. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

415. Bird, Tess, et al. (2021) A Review of the Talc Industry's Influence on Federal Regulation and Scientific Standards for Asbestos in Talc. Journal of Environmental and Occupational Health Policy 0(0) 1–18.

416. Cramer, Daniel, et al. Factors Affecting the Association of Oral Contraceptives and Ovarian Cancer. *N Engl J Med.* 1982;307:1047-51.

417. Dyer, Owen. Johnson & Johnson Recalls its Baby Powder after FDA Finds Asbestos in Sample. BMJ 2019;367I6118.

418. Emi, T. Transcriptomic and Epigenomic Effects of Insoluble Particles on J774 Macrophages. *Epigenetics* 2021; Vol. 16, No. 10, 1053-1070.

419. Exponent. Toxic Talc? Anatomy of a Talc Defense powerpoint presentation presented by John DeSesso. January 18, 2018.

420. The Facts on Talcum Powder Safety. www.factsabouttalc.com

421. Fitzgerald Analysis of Johnson & Johnson Baby Powder 1 and 2. Scientific Analytical Institute laboratory.

422. Gurowitz, Margaret. The Birth of Our Baby Products. Chapter 21. April 30, 2007.

423. Health Canada Screening Assessment Talc (P1.00000272.0001. April 2021.

424. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 2," 1973. Some Inorganic and Organometallic Compounds.

425. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 14," 1977. Asbestos.

426. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 101," 2013. Some Chemicals Present in Industrial and Consumer Products, Food and Drinking-Water.

427. Manichaikul, Ani, et al. Identification of Novel Epithelial Ovarian Cancer Loci in Women of African Ancestry. *Int J Cancer.* 2020 June 01; 146(11): 2987–2998.

428. MVA Scientific Consultants Laboratory. Investigation of Italian Talc Samples for Asbestos. August 1, 2017.

429. USEPA Prioritized Chronic-Dose Response Values. 2014

430. Yachida, Nozomi, et al. How Does Endometriosis Lead to Ovarian Cancer? The Molecular Mechanism of Endometriosis-Associated Ovarian Cancer Development. *Cancers* 2021, 13, 1439.

431. Williams, Kristina, et al. "Prognostic Significance and Predictors of the Neutrophil-to-Lymphocyte Ration in Ovarian Cancer." Gynecol Oncol. 2014 March ; 132(3): 542–550.

432. Ingham SL, Warwick J, Buchan I, et al. Ovarian cancer among 8,005 women from a breast cancer family history clinic: no increased risk of invasive ovarian cancer in families testing negative for BRCA1 and BRCA2. J Med Genet 2013; 50:368.

433. King MC, Walsh T. Testing Ashkenazi Jewish Women for Mutations Predisposing to Breast Cancer in Genes Other Than BRCA1 and BRCA2-Reply. JAMA Oncol 2018; 4:1012.

434. National Comprehensive Cancer Network. NCCN Clinical Practice Guidelines in Oncology. Breast cancer screening and diagnosis. Version 1.2020. http://www.nccn.org/professionals/physician_gls/f_guidelines.asp (Accessed on November 11, 2020).

435. Nelson HD, Pappas M, Cantor A, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer in Women: Updated Evidence Report and Systematic Review for the US Preventive Services Task Force. JAMA 2019; 322:666.

436. Peshkin and Isaacs, Genetic testing and management of individuals at risk of hereditary breast and ovarian cancer syndromes, UpToDate April 2021.

437. Struewing JP, Hartge P, Wacholder S, et al. The risk of cancer associated with specific mutations of BRCA1 and BRCA2 among Ashkenazi Jews. N Engl J Med 1997; 336:1401.

438. US Preventive Services Task Force, Owens DK, Davidson KW, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer: US Preventive Services Task Force Recommendation Statement. JAMA 2019; 322:652.

439. Walsh T, Mandell JB, Norquist BM, et al. Genetic Predisposition to Breast Cancer Due to Mutations Other Than BRCA1 and BRCA2 Founder Alleles Among Ashkenazi Jewish Women. JAMA Oncol 2017; 3:1647.

440. Goodman, J., et al. A Critical Review of Talc and Ovarian Cancer. J Toxicol Environ Health, Part B 2020; 23(5):185-213.

441. Childers, CP et al. National Estimates of Genetic Testing in Women with a History of Breast or Ovarian Cancer. Journal of Clinical Oncology, 2017 Dec. 1; 35 (34)3800-3806.

442. Compton, SA et al. Ring shaped RAD51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy. The Journal of Biological Chemistry 2010; 285:13349.

443. Curia, Maria Cristina et al. MUTYH: Not just polyposis. World Journal of Clinical Oncology vol. 11,7 (2020): 428-449.

444. Davis, Colette et al. Genital powder use and risk of epithelial ovarian cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021.

445. Dominguez-Valentin, M et al. Cancer risks by gene, age, and gender in 6350 carriers of pathogenic mismatch repair variants: findings from the Prospective Lynch Syndrome Database. Genetics in Med 2020; 22:15.

446. Ewald, Ingrid et al. Genomic rearrangements in BRCA1 and BRCA2: A literature review. Genetics and Molecular Biology, 32, 3, (2009) 437-446.

447. Fanale D, Fiorino A, Incorvaia L, et al. Prevalence and Spectrum of Germline BRCA1 and BRCA2 Variants of Uncertain Significance in Breast/Ovarian Cancer: Mysterious Signals from the Genome. Front Oncol. 2021;11:682445.

448. Federici, Giulia, Variants of uncertain significance in the era of high-throughput genome sequencing: a lesson from breast and ovary cancers. Journal of Experimental & Clinical Cancer

Research 2020; 39:46.

449. Frank, TS et al. Clinical characteristics of individuals with germline mutations in BRCA1 and BRCA2. J Clin Oncol 2002; 20:1480.

450. Frey MK, Kim SH, Bassett RY, Martineau J, Dalton E, Chern JY, Blank SV. Rescreening for genetic mutations using multi-gene panel testing in patients who previously underwent non-informative genetic screening. Gynecol Oncol. 2015 Nov;139(2):211-5.

451. Garcia-de-Teresa et al. Chromosome Instability in Fanconi Anemi: Brom Breaks to Phenotypic Consequences. GENES 2020; 11:1528.

452. Gene-Disease Validity Classification Summary, MUTYH - familial ovarian cancer, Clinical Genome Resource. URL [08.22.2021]

453. George, Sophia et al. Proliferation in the Normal FTE Is a Hallmark of the Follicular Phase, Not BRCA Mutation Status. Clinical Cancer Research 2012.

454. Greaves, M. How many mutations does it take? The Darwin Cancer Blog, BMJ 10/26/2015

455. Hall JM, Lee MK, Morrow J, Newman B, Anderson LA, Huey B, King M-C. Linkage of early-onset familial breast cancer to chromosome 17q21. Science 1990; 250:1684-1689.

456. Han E, Yoo J, Chae H, Lee S, Kim DH, Kim KJ, Kim Y, Kim M. Detection of BRCA1/2 large genomic rearrangement including BRCA1 promoter-region deletions using next-generation sequencing. Clin Chim Acta. 2020 Jun;505:49-54.

457. Heather, JM and Chain, B. The sequence of sequencers: The history of sequencing DNA. Genomics 2016; 107:1.

458. Hodan et al. Prevalence of Lynch Syndrome in women with mismatch repair-deficient ovarian cancer. Cancer Med 2021; 10:1012.

459. Hutchcraft, Megan L et al. MUTYH as an Emerging Predictive Biomarker in Ovarian Cancer. Diagnostics (Basel, Switzerland) vol. 11,1 84. 6 Jan. 2021.

460. Jackson, Sarah et al. Characteristics of Individuals With Breast Cancer Rearrangements in BRCA 1 and BRCA2. Cancer 2014 May 15; 120(10): 1557-1564.

461. Knudson,AG. Mutation and cancer: a statistical study of retinoblastoma. PNAS USA 1971;98:820.

462. Konstantinopoulos PA, Norquist B, Lacchetti C, Armstrong D, Grisham RN, Goodfellow PJ, Kohn EC, Levine DA, Liu JF, Lu KH, Sparacio D, Annunziata CM. Germline and Somatic Tumor Testing in Epithelial Ovarian Cancer: ASCO Guideline. J Clin Oncol. 2020 Apr 10;38(11):1222-1245.

463. Kuchenbaecker KB, et al. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA 2017 Jun 20;317(23):2402-2416.

464. Lee, Kristy et al. Clinical Validity Assessment of Genes Frequently Tested on Hereditary Breast and Ovarian Cancer Susceptibility Sequencing Panels. Genet Med. 2019 July ; 21(7): 1497–1506.

465. Lewis, Ricki "What's a "Variant of Uncertain Significance?" A VUS?" https://dnascience.plos.org/2018/05/03/whats-a-variant-of-uncertain-significance-a-vus/

466. Lincoln, S. A Systematic Comparison of Traditional and Multigene Panel Testing for Hereditary Breast and Ovarian Cancer Genes in More Than 1000 Patients. J Mol Diagn 2015, 17: 533-544

467. Lu, KH and Daniels, MC, Endometrial and Ovarian Cancer in Women with Lynch Syndrome: Update on Screening and Prevention. Fam Cancer 2013; 12:273.

468. Martincorena, et al. Universal Patterns of Selection in Cancer and Somatic Tissues. Cell 2017;171:1029 .

469. Morjaria, S. Driver mutations in Oncogenesis. International J of Molecular and Immunooncology 2020; 6:100

470. Nielsen, F., van Overeem Hansen, T. & Sorensen, C. Hereditary breast and ovarian cancer: new

Rebecca Smith-Bindman
Materials Considered

genes in confined pathways. Nat Rev Cancer 16, 599–612 (2016).

471. Piombino et al. Secondary Prevention in Hereditary Breast and/or Ovarian Cancer Syndromes Other than BRCA. J Oncol 2020:6384190.

472. Plon, SE et al. Sequence variant classification and reporting: recommendations for improving the interpretation of cancer susceptibility genetic tests results. Hum Mutat 2008;29:1282.

473. Richards, Sue et al. Standards and guidelines for the interpretation of sequence variants: a joint consensus recommendation of the American College of Medical Genetics and Genomics and the Association for Molecular Pathology. Genetics in medicine : official journal of the American College of Medical Genetics vol. 17,5 (2015): 405-24.

474. Schorge, John O et al. SGO White Paper on ovarian cancer: etiology, screening and surveillance. Gynecologic oncology. 2010; vol. 119,1: 7-17.

475. Terdiman, Jonathan P. MYH-associated disease: attenuated adenomatous polyposis of the colon is only part of the story." Gastroenterology vol. 137,6 (2009): 1883-6.

476. Verma M, Kulshrestha S, Puri A. Genome Sequencing. Methods Mol Biol. 2017;1525:3-33.

477. Vogt, Stefanie et al. Expanded extracolonic tumor spectrum in MUTYH-associated polyposis. Gastroenterology vol. 137,6 (2009): 1976-85.e1-10.

478. Wallace, AJ. New challenges for BRCA testing: a view from the diagnostic laboratory. Eur J Hum Genet 2016; 24:S10.

479. Wentzensen, Nicolas, O'Brien, Katie M. Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence. Gynecologic Oncology 2021, ISSN0090-8258.

480. Wilson, M K et al. Fifth Ovarian Cancer Consensus Conference of the Gynecologic Cancer InterGroup: recurrent disease. Annals of oncology: official journal of the European Society for Medical Oncology 2017; vol. 28,4: 727-732.

481. Win, Aung Ko et al. Risk of extracolonic cancers for people with biallelic and monoallelic mutations in MUTYH. Int J Cancer. 2016 October 1; 139(7): 1557–1563.

482. Wooster, R et al. Identification of breast cancer susceptibility gene BRCA2. Nature 1994; 378:789.

483. Wright, Maya A et al. Douching or Perineal Talc Use and Prevalent Fibroids in Young African American Women. Journal of women's health 5 Mar. 2021.

484. Yang, X et al. Ovarian and Breast Cancer Risks Associated with Pathogenic Variants in RAD51C and RAD51D. JCNI 2020; 112.

485. Peres, Lauren, et al. Racial Differences in Population Attributable Risk for Epithelial Ovarian Cancer in the OCWAA Consortium. JCNI 2021; 113(6): djaa188.

486. Alvi, Q et al. Demographic, Lifestyle and Reproductive Factors Associated with Ovarian Cancer Among Married Women in Pakistan. Journal of Namibian Studies. 35 (2023): 2029-2041.

487. Ambarak, Mariam Farag. Discovering of Asbestos Fibers and Corn Starch in Talc Material for Baby Powder Samples from Different Markets in Benghazi City. Ad J Chem B 2023. 5(3): 261-270.

488. Amerian Cancer Society. "Talcum Powder and Cancer." Statement, December 6, 2022.

489. APHA. "Eliminating Exposure to Asbestos." Statement, November 5, 2019.

490. Borm, Paul J.A. Talc Inhalation in Rats and Humans. JOEM February 2023. 65(2): 152-159.

491. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Cancer Epidemiol Biomarkers Prev. 2022 February; 31(2): 443-452.

492. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 1 Tables. 2022.

493. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 2 Table. 2022.

28

Reserve Saul Friedman
Materials Considered

494. Ciocan, C et al. Mortality in the Cohort of Talc Miners and Millers from Val Chisone, Northern Italy: 74 Years of Follow Up. Environmental Research 203 (2022): 111865.

495. Cramer, Daniel. The Association of Talc Use and Ovarian Cancer: Biased or Causal Letter to the Editor. Gynecologic Oncology Reports 41 (2022).

496. Davis, C et al. Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021; 30: 1660-8.

497. Ding, D et al. Insights into the Role of Oxidative Stress in Ovarian Cancer. Oxidative Medicine and Cellular Longevity Vol. 2021. https://doi.org/10.1155/2021/8388258.

498. Federal Register. Asbestos; Reporting and Recordkeeping Requirements Under the Toxic Substances Control Act (TSCA). A Final Rule by the EPA on July 25, 2023.

499. Ferrante, D et al. Italian Pool of Asbestos Workers Cohorts: Mortality Trends of Asbestos-Related Neoplasms after Long Time since First Exposure. Occup Environ Med 2017; 74: 887-898.

500. Gossett, D and del Carmen, M. Use of Powder in the Genital Area and Ovarian Cancer Risk Letter to the Editor. JAMA January 7, 2020. Volume 323, Number 1.

501. Henley, S et al. Geographic Co-Occurrence of Mesothelioma and Ovarian Cancer Incidence. J Womens Health January 2020; 29(1): 111-118.

502. Huang, T et al. Estimated Number of Lifetime Ovulatory Years and Its Determinants in Relation to Levels of Circulating Inflammatory Biomarkers. Am J Epidemiol 2020; 189(7): 660-670.

503. Hurwitz, L et al. Modification of the Association Between Frequent Aspirin Use and Ovarian Cancer Risk: A Meta-Analysis Using Individual-Level Data From Two Ovarian Cancer Consortia. J Clin Oncol 2022.

504. Leung, L et al. Occupational Environment and Ovarian Cancer Risk. Occup Environ Med 2023; 0:1-9.

505. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology August 7, 2023.

506. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology. Supplemental Online Content.

507. Micha J et al. Talc Powder and Ovarian Cancer: What is the Evidence? Arch Gynecol Obstet 2022; 306: 931-933.

508. National Cancer Institute. Asbestos – Cancer-Causing Substances. March 29, 2022.

509. National Cancer Institute. Ovarian, Fallopian Tube, and Primary Peritoneal Cancers Prevention (PDQ) Health Professional Version. October 16, 2023.

510. Nowak, D et al. Asbestos Exposure and Ovarian Cancer - a Gynecological Occupational Disease. Background, Mandatory Notification, Practical Approach. Geburtshilfe Frauenheilkd 2021 May; 81(5): 555-561.

511. O'Brien, K et al. Douching and Genital Talc Use: Patterns of Use and Reliability of Self-Reported Exposure Manuscript.

512. Johnson & Johnson's Baby Powder: A Comprehensive Review (in Response to Health Canada). March 17, 2020.

513. Pal, T et al. BRCA1 and BRCA2 Mutations Account for a Large Proportion of Ovarian Carcinoma Cases. Cancer December 15, 2005; 104(12): 2807-16.

514. Permuth-Wey, J et al. Epidemiology of Ovarian Cancer: An Update. *Advances in Diagnosis and Management of Ovarian Cancer.* 2014.

515. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without Endometriosis. Fertil and Steril 2022.

516. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without

Endometriosis. Supplemental Content Online.

517. Santosh, S et al. "Oxidative Stress in the Pathogenesis of Ovarian Cancer." Handbook of Oxidative Stress in Cancer: Therapeutic Aspects. 2022. https://doi.org/10.1007/978-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-0_226

518. Schildkraut, J. Invited Commentary: Relationship Between Ovulation and Markers of Systemic Inflammation Versus Markers of Localized Inflammation. Am J Epidemiol. 2020; 189(7): 671-673.

519. Slomovitz, B et al. Asbestos and Ovarian Cancer: Examining the Historical Evidence. Int J Gynecol Cancer 2021; 31: 122-128.

520. Tanha, Kiarash et al. Investigation on Factors Associated with Ovarian Cancer: An Umbrella Review of Systematic Review and Meta-Analyses. Journal of Ovarian Research 2021; 14: 153.

521. Tran, T and Egilman, D. Response to Micha et al. (2022) Talc Powder and Ovarian Cancer: What is the Evidence? Archives of Gynecology and Obstetrics December 2022.

522. Vidican, P et al. Frequency of Asbestos Exposure and Histological Subtype of Ovarian Carcinoma. Int J Environ Res Public Health 2022; 19 (5383).

523. Walsh, T et al. Mutations in 12 Genes for Inherited Ovarian, Fallopian Tube and Peritoneal Carcinoma Identified by Massively Parallel Sequencing. PNAS November 1, 2011. 108 (44).

524. Wentzensen, N and O'Brien, K. Talc, Body Powder, and Ovarian Cancer: A summary of the Epidemiologic Evidence. Gynecologic Oncology July 2021. https://doi.org/10.1016/j.ygyno.2021.07.032

525. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: A Systematic Review and Meta-Analysis. J Gen Intern Med 2022.

526. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer. Supplemental Content Online.

527. Yin, YS and Liu, HY. The Asbestos Contamination of Body Powder and Its Effect on Ovarian Health. February 4, 2022. https://doi.org/10.21203/rs.3.rs-1237040/v1.

528. Kim S., et al. Asbestos Exposure and Ovarian Cancer: A Meta Analysis. Safety and Health at Work 2023.

529. Turati F, et al. Occupational Asbestos Exposure and Ovarian Cancer: Updated Systematic Review. Occupational Medicine 2023, XX, 1-9.

530. 2nd Amended MDL Expert Report of Anne McTiernan, MD, PhD.

531. 3rd Supplemental MDL Report William. Longo, PhD (11-17-23).

532. Amended MDL Expert Report of David A Kessler, MD, JD.

533. MDL Expert Report of Bernard Harlow, PhD & Kenneth Rothman, DrPH.

534. MDL Expert Report of George Newman, PhD.

535. MDL Exposure Calculations for Six Ovarian Cancer Victims Bellwether cases, William Longo, PhD (11-17-23).

536. Supplemental MDL Expert Report of Patricia Moorman, MSPH, PhD.

537. Supplemental MDL Expert Report of Sonal Singh, MD, MPH.

538. American Cancer Society. Cancer Facts and Figures 2024.

539. Chang C., et al. Use of Personal Care Product Mixtures and Incident Hormone-Sensitive Cancers in the Sister Study: A U.S.-Wide Prospective Cohort. Environment International 183 (2024). Includes Supplemental Content Online.

540. O'Brien KM et al. Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis. J Clin Oncol 00:1-15 (2024).

541. Sanchez-Prieto M et al. Etiopathogenesis of Ovarian Cancer. An Inflamm-aging Entity? Gyn Onc

Reports 42 (2022) 101018.
542. Harris H et al. Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk. J Clin Oncol 00:1-3 (2024).
543. Hagelund N. Study Finds Association Between Genital Talc Use and Increased Risk of Ovarian Cancer. Am Soc of Clin Onc, ASCO Perspective, May 15, 2024. https://society.asco.org/about-asco/press-center/news-releases/study-finds-association-between-genital-talc-use-and-increased

## **Company Documents**

1. IMERYS 088907
2. IMERYS 210136
3. IMERYS048311
4. IMERYS051370
5. IMERYS053387
6. IMERYS088907
7. IMERYS090653
8. IMERYS094601
9. IMERYS098115
10. IMERYS105215
11. IMERYS137677/P-594
12. IMERYS210136
13. IMERYS210729
14. IMERYS219720
15. IMERYS230366
16. IMERYS241866
17. IMERYS245144/P-659
18. IMERYS248877
19. IMERYS255101
20. IMERYS255224
21. IMERYS255384
22. IMERYS255394
23. IMERYS255395
24. IMERYS279884
25. IMERYS279968
26. IMERYS281335
27. IMERYS281776
28. IMERYS284935
29. IMERYS304036
30. IMERYS304036
31. IMERYS324700
32. IMERYS342524
33. IMERYS406170
34. IMERYS422289
35. IMERYS467511
36. IMERYS-A_0011817
37. IMERYS-A_0015663

Report of Dr. Bradman
Materials Considered

38.  IMERYS-A_0024548
39.  J&J S2s and BP Product Analysis (1972)
40.  JANSSEN-000001/P-22
41.  JANSSEN-000056/P-23
42.  JNJ 000251888
43.  JNJ000000704/P-396
44.  JNJ000011150
45.  JNJ000016645
46.  JNJ000019415
47.  JNJ000026987
48.  JNJ000030027
49.  JNJ000062359
50.  JNJ000062436
51.  JNJ000063951
52.  JNJ000064544
53.  JNJ000064762
54.  JNJ000065264
55.  JNJ000065601
56.  JNJ000087166
57.  JNJ000087710
58.  JNJ000087716
59.  JNJ000089413
60.  JNJ000231422
61.  JNJ000232996
62.  JNJ000236810
63.  JNJ000237076
64.  JNJ000238021
65.  JNJ000245002
66.  JNJ000245678
67.  JNJ000245762
68.  JNJ000246467
69.  JNJ000247375
70.  JNJ000251888
71.  JNJ000260570
72.  JNJ000260697
73.  JNJ000260709
74.  JNJ000261010
75.  JNJ000264743
76.  JNJ000265171
77.  JNJ000265536
78.  JNJ000277941
79.  JNJ000279507
80.  JNJ000314315
81.  JNJ000314406
82.  JNJ000347962
83.  JNJ000348778
84.  JNJ000381995

Report of Susan Friedman
Materials Considered

85.  JNJ000404860
86.  JNJ000460665
87.  JNJ000521616
88.  JNJ000526750
89.  JNJ000025132
90.  JNJ000046293
91.  JNJ000260700
92.  JNJAZ55_000000577
93.  JNJAZ55_000000905
94.  JNJAZ55_000004563
95.  JNJAZ55_000006341
96.  JNJAZ55_000008177
97.  JNJL61_000014431
98.  JNJMX68_000003728
99.  JNJMX68_000012858
100. JNJMX68_000013019
101. JNJMX68_000013945
102. JNJMX68_000017827
103. JNJNL61_000079334
104. LUZ013094/P-26
105. P-321
106. P-47
107. PCPC_MDL00062175
108. PCPC0075758
109. RJLEE-001497
110. WCD 002478 - Exhibit 32 Waldstreicher
111. Pltf_MISC_00000272 (JANSSEN-000001-19) 1962.
112. RA00461
113. RA00462
114. RA00469-70
115. RA00471-72
116. RA00473
117. RA00474
118. RA00475
119. RA00476
120. RA00477-78
121. JNJTALC001465273

Exhibit C

**Rebecca Smith-Bindman, MD**
**Medical Legal Testimony in last 5 years**


Date: February 7, 2019 and February 8, 2019
Johnson& Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: August 26, 2021 and August 27, 2021
Ellen Kleiner v. Johnson & Johnson, et al.
Court of Common Pleas, First Judicial District of Pennsylvania

Date: October 10, 2021
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: March 20, 2024
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738


**Hourly Rate: $1,000/hour**