# EXHIBIT 32

# TOXICOLOGICAL PROFILE FOR COBALT

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Agency for Toxic Substances and Disease Registry

April 2004

Following inhalation exposure, significant levels of cobalt are found in the lungs of exposed humans and animals (Barnes et al. 1976; Brune et al. 1980; Collier et al. 1991; Gerhardsson et al. 1984; Hewitt 1988; Hillerdal and Hartung 1983; Kreyling et al. 1986; Kyono et al. 1992; Patrick et al. 1989; Talbot and Morgan 1989; Teraoka 1981). Within the lung, physiologically insoluble cobalt particles tend to be located within macrophages within the bronchial wall or in the interstitium close to the terminal bronchioli (Brune et al. 1980).

**Excretion.** Following inhalation exposure, the rate of urinary excretion appears to correlate with the rate of translocation of cobalt from the lungs to the blood, and the rate of fecal clearance with the rate of mechanical clearance of cobalt from the lungs to the gastrointestinal tract (Andre et al. 1989; Bailey et al. 1989; Collier et al. 1989; Kerfoot 1975; Kreyling et al. 1986, 1989; Palmes et al. 1959; Patrick et al. 1989; Talbot and Morgan 1989). Likewise, the majority of absorbed cobalt following oral exposure is rapidly removed from the body by excretion in the urine, and to a lesser extent in the bile and feces, with fecal elimination being the primary method of excretion for physiologically insoluble cobalt compounds in both humans and animals (Andre et al. 1989; Bailey et al. 1989; Collier et al. 1989; Harp and Scoular 1952; Paley et al. 1958; Patrick et al. 1989; Smith et al. 1972; Sorbie et al. 1971; Talbot and Morgan 1989; Valberg et al. 1969). The primary route for excretion following dermal exposure is the urine (Lacy et al. 1996; Scansetti et al. 1994).

### 3.6.2 Mechanisms of Toxicity

*Stable Cobalt.* The exact mechanisms by which cobalt exerts its effects on cells are not completely understood. However, a number of potential mechanisms have been identified. Several studies have demonstrated that hard metal, a metal alloy with a tungsten carbide and cobalt matrix, is considerably more toxic than either cobalt or tungsten carbide alone. A mechanism by which hard metal may exert its effects has been proposed by a group of Belgian researchers (Lasfargues et al. 1995; Lison et al. 1995, 1996). In this proposed mechanism, tungsten carbide, which is a very good conductor of electrons, facilitates the oxidation of cobalt metal to ionic cobalt (presumably $Co^{2+}$) by transferring electrons from the cobalt atom to molecular oxygen adjacent to the tungsten carbide molecule. The result is an increased solubility of cobalt, relative to cobalt metal alone, and the generation of active oxygen species. The cobalt ions formed may be absorbed into the blood and transported throughout the body, where they may elicit effects by the above mechanisms. *In vitro* evidence for this mechanism includes the ability of hard

metal particles, but neither cobalt nor tungsten carbide alone, to generate substantial levels of oxidant species and cause significant lipid peroxidation (Lison et al. 1995; Zanetti and Fubini 1997). Hard metal particles have also been shown to increase the levels of inducible nitric oxide synthase (iNOS), a gene responsive to oxidant stress (Rengasamy et al. 1999).

Another potential mechanism for cobalt toxicity is through oxidant-based and free radical-based processes. Exposure to soluble cobalt increases indices of oxidative stress, including diminished levels of reduced glutathione, increased levels of oxidized glutathione, activation of the hexose monophosphate shunt, and free-radical-induced DNA damage (Hoet et al. 2002; Kasprzak et al. 1994; Lewis et al. 1991; Zhang et al. 1998a); hydrogen peroxide appears to be a necessary cofactor for cobalt-induced oxidative DNA damage (Ivancsits et al. 2002). Cobalt has been shown to generate oxygen radicals, including superoxide, both *in vitro* and *in vivo* (Kadiiska et al. 1989; Kawanishi et al. 1994; Moorhouse et al. 1985), through what may be a Fenton-type mechanism (Lloyd et al. 1997). *In vivo* exposure to cobalt in rats and guinea pigs resulted in increased lipid peroxidation in the liver (Christova et al. 2001, 2002; Sunderman and Zaharia 1988), as well as changes in reduced glutathione and hepatic levels of superoxide dismutase, catalase, heme oxygenase, and glutathione peroxidase (Christova et al. 2001, 2002). Exposure to cobalt results in accumulation in cardiac tissues, and is thought to stimulate carotid-body chemoreceptors, mimicking the action of hypoxia (Di Giulio et al. 1990, 1991; Hatori et al. 1993; Morelli et al. 1994). Cobalt administration to a neuroblastoma/glioma cell line resulted in an upregulation of opioid delta receptors, through a mechanism similar to that of hypoxia (Mayfield et al. 1994). Exposure to cobalt also elicits effects on a number of genes known to be sensitive to oxidant status, including hypoxia-inducible factor 1, erythropoietin, vascular endothelial growth factor, catalase, and monooxygenase enzymes (Bunn et al. 1998; Daghman et al. 1999; Dalvi and Robbins 1978; Di Giulio et al. 1991; Goldberg et al. 1988, 1994; Ho and Bunn 1996; Hoet et al. 2002; Ladoux and Frelin 1994; Legrum et al. 1979; Semenza et al. 1994; Yasukochi et al. 1974), and may also lead, through these genes or other pathways, to the induction of apoptosis (Zou et al. 2001).

Soluble cobalt has also been shown to alter calcium influx into cells, functioning as a blocker of inorganic calcium channels (Henquin et al. 1983; Moger 1983; Yamatani et al. 1998). This mechanism has been linked to a reduction of steroidogenesis in isolated mouse Leydig cells (Moger 1983). Additionally, soluble cobalt has been shown to alter the inorganic calcium influx in liver cells after exposure to glucagon (Yamatani et al. 1998), and calcium influx into pancreatic β cells (Henquin et al. 1983) and

isolated rat islets (Henquin and Lambert 1975). Cobalt may also affect neuromuscular transmission though antagonism with calcium (Weakly 1973).

Another potential mechanism of cobalt toxicity is relevant to cobalt cardiomyopathy. As mentioned previously, cobalt accumulated in the heart of beer drinkers. Microscopic analysis revealed fragmentation and degeneration of myofibers and aggregates of abnormal mitochondria (Ferrans et al. 1964). These mitochondrial changes are indicative of disturbances in energy production or utilization possibly related to cobalt effects on lipoic acid. Cobalt irreversibly chelates lipoic acids under aerobic conditions (Webb 1982). Lipoic acid is a required cofactor for oxidative decarboxylation of pyruvate to acetyl CoA and of α-ketoglutarate to succinate (Lehninger 1982). In the myocadrium of rats treated with cobalt, oxidation of pyruvate or fatty acids is impaired (Wiberg 1968).

A number of investigators have reported that cobalt ions can result in increased damage to DNA when co-exposed with oxidants *in vitro*, such as UV radiation or $H_2O_2$ (De Boeck et al. 1998; Hartwig et al. 1991; Nackerdien et al. 1991). It is believed that cobalt acts by inhibition of DNA repair, particularly the incision and polymerization steps (Asmuß et al. 2000; Kasten et al. 1997), accomplishing this through interaction with zinc finger DNA repair proteins (Asmuß et al. 2000; Sarkar 1995).

Another potentially important mechanism by which cobalt may exert effects is through its effects on heme and heme-containing enzymes. Cobalt is thought to inhibit heme synthesis *in vivo* by acting upon at least two different sites in the biosynthetic pathway: synthesis of 5-aminolevulinate and conversion of 5-aminolevulinate into heme (de Matteis and Gibbs 1977). This inhibitory activity might result in the formation of cobalt protoporphyrin rather than heme (Sinclair et al. 1979). Cobalt treatment also stimulates heme oxidation in many organs, due to the induction of heme oxygenase (for review, see Sunderman 1987). Effects on heme synthesis may potentially affect a wide variety of heme-containing proteins, including monooxygenase enzymes (i.e., cytochromes P450) and catalase (Legrum et al. 1979; Yasukochi et al. 1974). Conversely, cobalt acts, through a mechanism believed to involve a heme-containing protein, to increase erythropoietin, which stimulates the production of red blood cells (Di Giulio et al. 1991; Goldberg et al. 1988; Smith and Fisher 1973). The regulatory mechanisms behind this apparent dichotomy have not been fully elucidated.

Another potential mechanism by which cobalt may exert its effects is through interactions with the immune system. Exposure of humans to cobalt by the inhalation and dermal routes have resulted in

sensitization to cobalt (Alomar et al. 1985; Bencko et al. 1983; Dooms-Goossens et al. 1980; Fischer and Rystedt 1983; Goh et al. 1986; Kanerva et al. 1988; Marcussen 1963; Shirakawa et al. 1988, 1989; Valer et al. 1967). Exposure to inhaled cobalt chloride aerosols can precipitate an asthmatic attack in sensitized individuals (Shirakawa et al. 1989), suggesting cobalt sensitization as one mechanism by which cobalt-induced asthma may be produced. IgE and IgA antibodies specific to cobalt have been reported in humans (Bencko et al. 1983; Shirakawa et al. 1988, 1989). There is evidence that cobalt sensitivity in humans may to be regulated by T-lymphocytes (Katsarou et al. 1997). A human helper T-lymphocyte cell line specific for cobalt (CoCl2) has been established (Löfström and Wigzell 1986). Cobalt may also interact directly with immunologic proteins, such as antibodies or Fc receptors, to result in immunosensitization (Cirla 1994). *In vitro*, cobalt(II) has been shown to reduce the proliferation of both B and T lymphocytes, as well as the release of the cytokines IL-2, IL-6, and IFN-Gamma (Wang et al. 1996). Interrelationships exist between nickel and cobalt sensitization (Bencko et al. 1983; Rystedt and Fisher 1983); however, the extent of any potential interactions between the two metals on immunologic end points is not well understood. In guinea pigs, nickel and cobalt sensitization appear to be interrelated and mutually enhancing (Lammintausta et al. 1985), though cross-reactivity was not reported to occur.

Cobalt has been shown to have a number of effects on glucose metabolism. Treatment of animals with cobalt results in a depression of serum (Eaton and Pommer 1973; Ybarra et al. 1997) or tissue (Wiberg 1968) glucose levels. In rats made diabetic by pretreatment with streptozotocin, this depression was persistent, whereas it was transient in normal rats (Ybarra et al. 1997). Many of the effects of cobalt on glucose metabolism are thought to result from alterations in the expression of the glut family of glucose transport proteins, a family of facilitative Na+-independent transport proteins thought to mediate non-insulin-dependent transport of glucose. Exposure to soluble cobalt results in increased expression of these genes, particularly GLUT1, in cells of the liver, kidney cortex, myocardium, skeletal muscle, and cerebrum (Behrooz and Ismail-Beigi 1997; Ybarra et al. 1997). Cobalt also reduces the amount of glucose produced in liver cells following stimulation with glucagon (Eaton and Pommer 1973; Yamatani et al. 1998), as well as reducing insulin release in isolated rat islets (Henquin and Lambert 1975).

***Radioactive Cobalt.*** Due to the nature of its ionizing radiation, radioactive cobalt can present a health hazard. Highly-penetrating gamma emissions are the major source of damage to tissues and internal organs following external exposure to radioactive cobalt isotopes. If radioactive cobalt is internalized, nearby tissues are at highest risk for damage due to the release of beta particles. In either case, exposure to ionizing radiation results in an increased risk of cellular damage. Both beta and gamma radiations are

capable of producing ionization events when they hit cellular molecules, including DNA, RNA, or lipids. Ionized molecules within irradiated cells may be repaired quickly to prevent further damage. On the other hand, irreparable damage may be imposed on cellular materials, such as DNA, which might ultimately result in either cell death or the formation of cancerous tumors. Very large acute radiation doses can damage or kill enough cells to cause the disruption of organ systems, resulting in acute radiation syndrome or even death. Human and animal data indicate that sufficiently high exposures to cobalt radiation can result in adverse effects such as reduced fertility, abnormal development, genotoxicity, pulmonary fibrosis, gastrointestinal atrophy and fibrosis, hematological and lymphoreticular disorders, cancer, and death (Chang et al. 1999b; Davis et al. 1992; Dinehart et al. 1991; Hashimoto and Mitsuyasu 1967; Klener et al. 1986; Libshitz 1993; Myskowski and Safai 1981; Rauscher and Bauchinger 1983; Roschler and Woodard 1969; Roswit and White 1977; Stavem et al. 1985; Van Oort et al. 1984). For a more complete discussion of the mechanisms associated with the toxic effects of ionizing radiation, refer to Chapter 5 of the Toxicological Profile for Ionizing Radiation (Agency for Toxic Substances and Disease Registry 1999).

### 3.6.3   Animal-to-Human Extrapolations

Bailey et al. (1989) reported a wide variation across species, including man, in the retention and clearance of inhaled physiologically insoluble $^{57}$Co particles (see Table 3-8), noting that this variation illustrates the potential difficulty of extrapolating the results of animal lung retention experiments to human even qualitatively. Species differences in absorption of physiologically insoluble cobalt oxide following oral exposure do not appear to exist (Bailey et al. 1989), although humans were not examined. Absorption of soluble cobalt compounds is greater in rats (13–34%) than in dairy cows (1–2%) and guinea pigs (4–5%) following oral exposure (Ayala-Fierro et al. 1999; Barnaby et al. 1968; Hollins and McCullough 1971; Kirchgessner et al. 1994; Naylor and Harrison 1995; Schade et al. 1970; Taylor 1962; van Bruwaene et al. 1984).

### 3.7   TOXICITIES MEDIATED THROUGH THE NEUROENDOCRINE AXIS

Recently, attention has focused on the potential hazardous effects of certain chemicals on the endocrine system because of the ability of these chemicals to mimic or block endogenous hormones. Chemicals with this type of activity are most commonly referred to as endocrine disruptors. However, appropriate