# EXHIBIT 35

Client: Johnson & Johnson Consumer
Job No.: 121936

## Hexavalent Chromium by EPA 3060A/7199*
### Ion Chromatography with Post-Column Derivatization-Visible Absorption**

The sample was extracted according to EPA 3060A, which is an alkaline digestion procedure for extracting hexavalent chromium from soluble, absorbed, and precipitated forms of chromium compounds in soils, sludges, sediments, and similar waste materials. The accuracy of the extraction procedure is generally assessed using spike recovery data for soluble and insoluble forms of Cr(VI). In this case, duplicate preparations and one soluble spike for each sample were extracted, along with a method blank, and duplicate blank soluble spikes. All extracted samples were analyzed according to EPA 7199 with single injections.

| Sample ID | Parts Per Billion (µg/kg) |
|---|---|
| 11952/115 A Talc Powder | 70 |
| 11952/115 A Talc Powder Duplicate | 80 |
| 11952/115 B Talc Powder | ND |
| 11952/115 B Talc Powder Duplicate | ND |
| Extraction Blank | ND |
| Detection Limit: | 20 |

Date Extracted:  04-28-10
Date Analyzed:   04-29-10

*Method not validated for this matrix at this facility
**Cr(VI) IC software has not been challenged to the requirements of 21CFR Part 11

### Calibration Summary

Sample ID:  Laboratory Control Standard (5 ppb Second Source Standard)

| Date Analyzed | Result | % Rec | % Recovery Limits |
|---|---|---|---|
| 04-29-10 | 4.99 | 100 | 90 - 110 |

Standard Curve (n=6) $r^2 > 0.999$

### Quality Control Summary

Analyte: Hexavalent Chromium

| Sample ID | Sample Result | Duplicate Result | Average Result | Sample RPD | Spike Conc | Spike Result | Spike % Rec |
|---|---|---|---|---|---|---|---|
| 11952/115 A Talc Powder (Soluble Spike) | 70 | 80 | 75 | NA* | 1000 | 1000 | 93 |
| 11952/115 B Talc Powder (Soluble Spike) | ND | ND | ND | NA | 1000 | 960 | 96 |

*RPD is not applicable when sample result is less than 20 x detection limit.

Data other than that contained in the final signed report should be considered preliminary
and may not reflect final reported values.

JNJ 000378046

Client:   Johnson & Johnson Consumer
Job No.: 121936

## Quality Control Summary

Sample ID:  Batch QC

| Analyte | Sample Result | Duplicate Result | Average Result | Sample RPD |
|---|---|---|---|---|
| Hexavalent Chromium | 210 | 200 | 205 | 5 |

RPD not applicable for results less than ten times the DL

Sample ID:  Batch QC (soluble spike)

| Analyte | Average Result | Spike Conc | Spike Result | Spike % Rec |
|---|---|---|---|---|
| Hexavalent Chromium | 205 | 40000 | 38800 | 96 |

Sample ID:  Batch QC (insoluble spike)

| Analyte | Average Result | Spike Conc | Spike Result | Spike % Rec |
|---|---|---|---|---|
| Hexavalent Chromium | 205 | 747000 | 685000 | 92 |

Sample ID:  Batch QC (post-extraction spike)

| Analyte | Sample Result | Spike Conc | Spike Result | Spike % Rec |
|---|---|---|---|---|
| Hexavalent Chromium | 205 | 404 | 630 | 105 |

Sample ID:  Method Blank

| Analyte | Sample Result | Spike Conc | Spike Result | Spike % Rec | Spike Dup Result | Spike Dup % Rec | Spike RPD |
|---|---|---|---|---|---|---|---|
| Hexavalent Chromium | ND | 400 | 390 | 98 | 400 | 100 | 2 |

Date Extracted:   04-28-10
Date Analyzed:    04-29-10

## Quality Control Guidelines

| Analyte | % Rec Limits | RPD Limit |
|---|---|---|
| Hexavalent Chromium (Soil) | 67 - 128 | 25 |
| Hexavalent Chromium (Post-extraction & Blank) | 74 - 117 | 13 |

Data other than that contained in the final signed report should be considered preliminary
and may not reflect final reported values.

JNJ 000378047

Client: Johnson & Johnson Consumer
Job No.: 121936

Hexavalent Chromium by EPA 3060/7196*
Ultraviolet/Visible Spectroscopy

The sample was extracted according to EPA 3060A, which is an alkaline digestion procedure for extracting hexavalent chromium from soluble, absorbed, and precipitated forms of chromium compounds in soils, sludges, sediments, and similar waste materials. Reacted sample solutions with diphenylcarbazide reagent and acidified to activate color development.

| Sample ID | Parts Per Billion (µg/kg) |
|---|---|
| 11952/115 A Talc Powder | ND |
| 11952/115 A Talc Powder Duplicate | ND |
| 11952/115 B Talc Powder | ND |
| 11952/115 B Talc Powder Duplicate | ND |
| Detection Limit: | 100 |

Standard Curve:   $r^2 = > 0.9999$

Date Extracted:   04-28-10
Date Analyzed:    05-05-10

* Method not validated for this matrix at this facility

Quality Control Summary

Analysis:   Hexavalent Chromium

| Sample ID | Sample Result | Duplicate Result | Average Result | Sample RPD | Spike Conc | Spike Result | Spike % Rec |
|---|---|---|---|---|---|---|---|
| 11952/115 A | ND | ND | ND | NA | 100 | 92 | 92 |
| 11952/115 B | ND | ND | ND | NA | 100 | 90 | 90 |

Data other than that contained in the final signed report should be considered preliminary
and may not reflect final reported values.