# EXHIBIT 37

Section #3

Protected Document - Subject to Protective Order                                                                                     IMERYS 469483

| HOLE NUMBER | 2001-1 | ANGLE | 45 |
|---|---|---|---|
| MINE/PROJECT | Argonaut South MacKenzie Lease | AC TST | na |
| LOGGED BY | David Marek | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | DEPTH ft | 157 |
| DRILLER | Dwight Junkins | NORTHING (Y) | 15997 |
| DRILL RIG |  | EASTING (X) | 11359 |
| START | May 24/01 | COLLAR EL (Z) | 1600.2 |
| COMPLETE | May 25/01 | BOXES |  |
| CASING ft | 7 | BOTTOM EL | 1443.2 |

| | | | | | | | | VISUAL MINERALOGY | | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | GEOLOGY | DESCRIPTION | SAMPLE NO | FROM | TO | WID | TLC | Opaques | QTZ | CHL | SUL | OX | SERP | TLC | CHL | CAL | DOL | MAG | QTZ | MT |
| ft | ft | Rock Code | | | ft | ft | ft | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| 0.00 | 9.00 | 86 | casing with grd core, serp and TC rubble | | | | | | | | | | | | | | | | | | |
| 9.00 | 13.50 | 60 | serpentinite, transition to TC | | | | | | | | | | | | | | | | | | |
| 13.50 | 23.50 | 30 | Talc Carb - carb filled frts | | | | | 55 | 0.5 | | | | | | | | | | | | |
| | | | @15.5' - 3" gouge zone | | | | | | | | | | | | | | | | | | |
| | | | @22.0' - 1.0' fracture zone | | | | | | | | | | | | | | | | | | |
| | | | | 1018 | 12.80 | 23.20 | 10.40 | | | | | | | 2.9 | 48.4 | 1.3 | | | 42.5 | | 4.9 |
| 23.50 | 28.00 | 60 | Serpentinite | | | | | | | | | | | | | | | | | | |
| | | | @28.0' - rust stained carb filled frt | | | | | | | | | | | | | | | | | | |
| 28.00 | 35.50 | 20 | Talc Carb -tan foliated 30 degrees | | | | | 60 | 0.1-0.5 | | | | | | | | | | | | |
| 35.50 | 51.00 | 20 | Talc Carb rusty, oxidized | | | | | | | | | | | | | | | | | | |
| | | | @36 - 38.0' frt zone - 6" gouge | | | | | | | | | | | | | | | | | | |
| | | | missing 2.5' core | | | | | | | | | | | | | | | | | | |
| 51.00 | 57.00 | 50 | Chorite Cinder - CA 40 missing 3.0' core | | | | | | | | | | | | | | | | | | |
| 57.00 | 60.00 | 30 | Talc Carb - carb filled frts | | | | | 60 | 0.1-0.5 | | | | | | | | | | | | |
| | | | CA 45 | | | | | | | | | | | | | | | | | | |
| 60.00 | 85.00 | 30 | Talc Carb | | | | | 65 | 0.1-0.5 | | | | | | | | | | | | |
| | | | @67.0' loss of 5.0' core | | | | | | | | | | | | | | | | | | |
| 85.00 | 108.00 | 30 | Talc Carb - carb filled frts | | | | | 60 | 0.1-0.5 | | | | | | | | | | | | |
| | | | | 1019 | 27.90 | 35.10 | 7.20 | | | | | | | 4.3 | 46.5 | 1.7 | 0.5 | 0.3 | 42.0 | | 4.8 |
| | | | | 1020 | 35.10 | 50.80 | 15.70 | | | | | | | | 65.2 | 2.9 | | 5.1 | 20.6 | | 6.2 |
| | | | | 1021 | 57.00 | 67.00 | 10.00 | | | | | | | | 53.0 | 2.9 | | 0.5 | 38.2 | | 5.4 |
| | | | | 1022 | 67.00 | 77.00 | 10.00 | | | | | | | | 48.0 | 2.3 | 0.1 | 4.4 | 40.3 | | 4.9 |
| | | | | 1023 | 77.00 | 87.00 | 10.00 | | | | | | | 0.1 | 48.1 | 2.7 | | 0.5 | 43.5 | | 5.1 |
| | | | | 1024 | 87.00 | 97.00 | 10.00 | | | | | | | | 42.2 | 2.0 | | 0.4 | 49.5 | | 5.9 |
| | | | | 1025 | 97.00 | 108.00 | 11.00 | | | | | | | | 50.4 | 2.5 | 0.1 | 3.3 | 38.8 | | 4.9 |
| | | | @77 to 97.0' intermittent fault zones with loss of 10.0' of core | | | | | | | | | | | | | | | | | | |
| 108.00 | 108.50 | 80 | Black Wall Schist CA 70 | | | | | | | | | | | | | | | | | | |
| 108.50 | 157.00 | 80 | Moretown - with garnets | | | | | | | | | | | | | | | | | | |
| | | | @119' frt CA 40 | | | | | | | | | | | | | | | | | | |
| | | | @137' frt CA 40 | | | | | | | | | | | | | | | | | | |
| 137.00 | 147.00 | | Amphobilite, oxide covered frts CA 15 | | | | | | | | | | | | | | | | | | |
| 157.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |



Protected Document - Subject to Protective Order　　IMERYS 469484

| HOLE NUMBER | 2001-2 | | ANGLE | 45 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South MacKenzie Lease | | AC TST 157' | 45 |
| LOGGED BY | David Marek | | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 157 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 15856 |
| DRILL RIG | | | EASTING (X) | 11378 |
| START | May 25/01 | | COLLAR EL (Z) | 1619.1 |
| COMPLETE | May 25/01 | | BOXES | |
| CASING ft | 22 | | BOTTOM EL | 1462.1 |

| | | | | | | | | VISUAL MINERALOGY | | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | GEOLOGY | DESCRIPTION | SAMPLE NO | FROM | TO | WID | TLC | Opaques | QTZ | CHL | SUL | OX | SERP | TLC | CHL | CAL | DOL | MAG | QTZ | MT |
| ft | ft | Rock Code | | | ft | ft | ft | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| 0.00 | 19.00 | 86 | casing with schist rubble | | | | | | | | | | | | | | | | | | |
| 19.00 | 38.00 | 60 | serpentinite, qtz seam 22 to 23' | | | | | | | | | | | | | | | | | | |
| | | | large mud seams | | | | | | | | | | | | | | | | | | |
| | | | @ 20 to 22 | | | | | | | | | | | | | | | | | | |
| | | | @ 23 to 24 | | | | | | | | | | | | | | | | | | |
| | | | @ 36 to 37 | | | | | | | | | | | | | | | | | | |
| | | | core recovery 22 to 37 - 27% | | | | | | | | | | | | | | | | | | |
| 38.00 | 45.00 | 30 | Talc Carb foliation 30 | | | | | 60 | 0.5 - 1.0 | | | | | | | | | | | | |
| 45.00 | 57.00 | 30 | Talc Carb stained, oxidized core, tan to brown | | | | | 60 | 0.1 - 0.5 | | | | | | | | | | | | |
| | | | carb filled frts | | | | | | | | | | | | | | | | | | |
| | | | recovery 70%. | | | | | | | | | | | | | | | | | | |
| 57.00 | 88.00 | 30 | Talc carb grey, poor foliation recovery 85 - 95% | | | | | | | | | | | | | | | | | | |
| | | | @67.0' 1" fault gouge | | | | | | | | | | | | | | | | | | |
| 88.00 | 96.00 | 30 | Talc Carb, brown to tan, > opaques | | | | | 60 | 0.5 - 1.0 | | | | | | | | | | | | |
| | | | some high grade zones | | | | | | | | | | | | | | | | | | |
| 96.00 | 113.00 | 20 | Talc Carb, grey poor foliation | | | | | | | | | | | | | | | | | | |
| 113.00 | 116.00 | 20 | TC - rusty oxidized | | | | | 55 | 0.1 - 0.5 | | | | | | | | | | | | |
| 116.00 | 132.50 | 30 | TC - high grade very flaky | | | | | 65 | 0.1 | | | | | | | | | | | | |
| | | | @ 118 to 126 - grey-green | | | | | | | | | | | | | | | | | | |
| | | | @ 117 to 127 rec 80% | | | | | | | | | | | | | | | | | | |
| | | | | 1026 | 38.00 | 45.00 | 7.00 | | | | | | | | 54.0 | 2.0 | | 1.8 | 38.1 | | 4.1 |
| | | | | 1027 | 45.00 | 57.50 | 12.50 | | | | | | | | 51.8 | 2.4 | | | 40.9 | | 4.9 |
| | | | | 1028 | 57.50 | 67.00 | 9.50 | | | | | | | | 51.1 | 2.0 | | | 42.6 | | 4.3 |
| | | | | 1029 | 67.00 | 77.00 | 10.00 | | | | | | | | 51.3 | 1.8 | | | 42.2 | | 4.7 |
| | | | | 1030 | 77.00 | 87.00 | 10.00 | | | | | | | | 51.4 | 1.8 | | 2.7 | 39.7 | | 4.4 |
| | | | | 1031 | 87.00 | 97.00 | 10.00 | | | | | | | | 49.9 | 1.6 | | | 43.6 | | 4.9 |
| | | | | 1032 | 97.00 | 107.00 | 10.00 | | | | | | | | 48.1 | 1.3 | 0.4 | | 45.3 | | 4.9 |
| | | | | 1033 | 107.00 | 116.00 | 9.00 | | | | | | | | 56.7 | 2.3 | 0.2 | | 36.1 | | 4.7 |
| | | | | 1034 | 116.00 | 127.00 | 11.00 | | | | | | | 3.3 | 48.6 | 43.5 | | | | | 4.6 |
| | | | | 1035 | 127.00 | 132.40 | 5.40 | | | | | | | 0.8 | 78.4 | 16.1 | | 1.5 | | | 3.2 |
| 132.50 | 143.00 | 50 | Chlorite Cinder foliation 30 | | | | | | | | | | | | | | | | | | |
| 143.00 | 144.00 | 30 | TC - grey green | | | | | 60 | 0.1 | | | | | | | | | | | | |
| 144.00 | 157.00 | 80 | Moretown gneiss minor garnets | | | | | | | | | | | | | | | | | | |
| 157.00 | | | End o Hole | | | | | | | | | | | | | | | | | | |





Protected Document - Subject to Protective Order    IMERYS 469485

| HOLE NUMBER | 2001-3 | | ANGLE | 45 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST 200' | 50 |
| LOGGED BY | David Marek | | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 200 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16702 |
| DRILL RIG | | | EASTING (X) | 11136 |
| START | May 26/01 | | COLLAR EL (Z) | 1531.0 |
| COMPLETE | May 26/01 | | BOXES | |
| CASING ft | 9 | | BOTTOM EL | 1331 |

| | | | | | | | | VISUAL MINERALOGY | | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | GEOLOGY | DESCRIPTION | SAMPLE NO | FROM | TO | WID | TLC | Opaques | QTZ | CHL | SUL | OX | SERP | TLC | CHL | CAL | DOL | MAG | QTZ | MT |
| ft | ft | Rock Code | | | ft | ft | ft | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| 0.00 | 8.00 | | casing | | | | | | | | | | | | | | | | | | |
| 8.00 | 10.00 | 60 | rubble with serp | | | | | | | | | | | | | | | | | | |
| 10.00 | 27.00 | 30 | Talc Carb recovery 80% | | | | | 60 | 0.5 | | | | | | | | | | | | |
| | | | @ 8 to 23' tan/brown stained carb filled frt | | | | | | | | | | | | | | | | | | |
| | | | fault gouge @ 14, 23, and 25' | | | | | | | | | | | | | | | | | | |
| 27.00 | 55.00 | 20 | Talc Carb grey, poorly foliated light coloured | | | | | 60 | 0.1 - 0.5 | | | | | | | | | | | | |
| | | | 40 to 42 brown staining rusty | | | | | | | | | | | | | | | | | | |
| | | | @47' 1' of oxidized talc | | | | | | | | | | | | | | | | | | |
| 55.00 | 73.00 | 30 | Rusty stained Talc Carb carb filled frt | | | | | 50 | 0.1 | | | | | | | | | | | | |
| | | | recovery 90%, frt with oxidized gouge | | | | | | | | | | | | | | | | | | |
| | | | | 1036 | 9.30 | 23.00 | 13.70 | | | | | | | 0.6 | 53.6 | 2.5 | | | 38.3 | | 5.0 |
| | | | | 1037 | 23.00 | 32.00 | 9.00 | | | | | | | | 49.6 | 2.2 | 0.2 | | 42.6 | | 5.4 |
| | | | | 1038 | 32.00 | 42.00 | 10.00 | | | | | | | | 50.4 | 2.0 | | 0.5 | 41.9 | | 5.2 |
| | | | | 1039 | 42.00 | 55.00 | 13.00 | | | | | | | | 56.2 | 2.8 | | 0.3 | 36.3 | | 4.5 |
| | | | | 1040 | 55.00 | 65.00 | 10.00 | | | | | | | | 53.6 | 2.1 | 0.2 | 0.4 | 38.9 | | 4.9 |
| | | | | 1041 | 65.00 | 73.00 | 8.00 | | | | | | | 0.1 | 53.8 | 1.7 | | 3.5 | 36.0 | | 4.9 |
| 73.00 | 98.00 | 75 | Massive White Quartz | | | | | | | | | | | | | | | | | | |
| 98.00 | 100.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 100.00 | 133.50 | 80 | Schist, well foliated CA 55 | | | | | | | | | | | | | | | | | | |
| | | | recovery 70% | | | | | | | | | | | | | | | | | | |
| | | | fault gouge @ 114 & 113 | | | | | | | | | | | | | | | | | | |
| 133.50 | 156.60 | 20 | Talc Carb minor foliated areas CA 50 | | | | | 65 | 0.1 | | | | | | | | | | | | |
| | | | recovery 90% | | | | | | | | | | | | | | | | | | |
| | | | | 1042 | 133.80 | 143.40 | 9.60 | | | | | | | 0.3 | 62.7 | 6.9 | | 1.2 | 24.5 | | 4.3 |
| | | | | 1043 | 143.40 | 156.50 | 13.10 | | | | | | | | 53.3 | 2.6 | | | 38.5 | | 5.6 |
| 156.60 | 161.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 161.00 | 165.00 | 20 | Talc Carb poorly foliated | | | | | 60 | 0.1 | | | | | | | | | | | | |
| 165.00 | 166.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 166.00 | 200.00 | 30 | Talc Carb grey, poorly foliated light coloured | | | | | | | | | | | | | | | | | | |
| | | | @ 173 8" carb strigner CA 75 | | | | | | | | | | | | | | | | | | |
| | | | | 1044 | 161.40 | 170.30 | 8.90 | | | | | | | | 58.7 | 5.8 | | 2.0 | 28.8 | | 4.7 |
| | | | | 1045 | 170.30 | 180.90 | 10.60 | | | | | | | | 53.2 | 1.7 | | 5.9 | 34.8 | | 4.4 |
| | | | | 1046 | 180.90 | 191.00 | 10.10 | | | | | | | | 51.0 | 1.4 | | 0.3 | 42.4 | | 4.8 |
| | | | | 1047 | 191.00 | 200.00 | 9.00 | | | | | | | | 52.9 | 1.8 | | | 40.5 | | 4.8 |
| 200.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |




Protected Document - Subject to Protective Order    IMERYS 469486

| HOLE NUMBER | 2001-4 | | ANGLE | 45 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST 220' | 55 |
| LOGGED BY | David Marek | | AZIMUTH | 270 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 220 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16702 |
| DRILL RIG | | | EASTING (X) | 11150 |
| START | May 27/01 | | COLLAR EL (Z) | 1529.9 |
| COMPLETE | May 27/01 | | BOXES | |
| CASING ft | 9 | | BOTTOM EL | 1309.9 |

| | | | | | | | | | | | VISUAL MINERALOGY | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM ft | TO ft | GEOLOGY Rock Code | DESCRIPTION | SAMPLE NO | FROM ft | TO ft | WID ft | TLC % | Opaques % | QTZ % | CHL % | SUL % | OX % | SERP % | TLC % | CHL % | CAL % | DOL % | MAG % | QTZ % | MT % |
| 0.00 | 9.00 | 86 | casing | | | | | | | | | | | | | | | | | | |
| 9.00 | 10.50 | 60 | rubble with serp pieces | | | | | | | | | | | | | | | | | | |
| 10.50 | 43.00 | 30 | Talc Carb tan to brown rusty zones | | | | | 60 | 0.5 | | | | | | | | | | | | |
| | | | oxidized/stained several rubble zones | | | | | | | | | | | | | | | | | | |
| | | | @ 33 to 34' fault gouge | | | | | | | | | | | | | | | | | | |
| 43.00 | 54.50 | 30 | TC - grey light, good foliation and colour | | | | | 65 | 0.1 | | | | | | | | | | | | |
| | | | minor frt systems | | | | | | | | | | | | | | | | | | |
| 54.50 | 56.00 | 50 | poss Chlorite Cinder check drillholes | | | | | | | | | | | | | | | | | | |
| 56.00 | 68.00 | 30 | Talc Carb brown to grey black fine grained | | | | | 60 | 0.1 | | | | | | | | | | | | |
| | | | good recovery >90% | | | | | | | | | | | | | | | | | | |
| 68.00 | 77.00 | 30 | Talc Carb stained rusty to brown tan | | | | | 65 | 0.5 | | | | | | | | | | | | |
| 77.00 | 121.00 | 20 | Talc Carb very altered, rusty, oxidized soft | | | | | 65 | 0.5 | | | | | | | | | | | | |
| | | | zones of grey to grey black and very high grade | | | | | | | | | | | | | | | | | | |
| | | | zones but stained. @ 87 to 92 | | | | | | | | | | | | | | | | | | |
| | | | @97 to 108 rusty brown recovery 85% | | | | | | | | | | | | | | | | | | |
| | | | @ 116.6 fault gouge | | | | | | | | | | | | | | | | | | |
| | | | @ 120 6" high grade talc | | | | | | | | | | | | | | | | | | |
| 121.00 | 122.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 122.00 | 175.00 | 30 | Talc Carb grey carb filled frt | | | | | 55 | 1.0 | | | | | | | | | | | | |
| | | | rusty to tan zones throughtout | | | | | | | | | | | | | | | | | | |
| | | | @ 140 to 149 rusty oxidized zone | | | | | | | | | | | | | | | | | | |
| | | | @ 169 to 171 rusty zone CA 70 on frt | | | | | | | | | | | | | | | | | | |
| | | | | 1048 | 9.90 | 20.00 | 10.10 | | | | | | | | 53.4 | 2.5 | 0.3 | | 38.5 | | 5.3 |
| | | | | 1049 | 20.00 | 32.00 | 12.00 | | | | | | | | 46.8 | 2.6 | 0.3 | | 44.4 | | 6.0 |
| | | | | 1050 | 32.00 | 43.90 | 11.90 | | | | | | | | 49.0 | 1.4 | | | 44.0 | | 5.6 |
| | | | | 1051 | 43.90 | 53.00 | 9.10 | | | | | | | | 45.9 | 2.0 | | | 45.9 | | 6.2 |
| | | | | 1052 | 53.00 | 63.00 | 10.00 | | | | | | | | 45.6 | 1.3 | 0.7 | | 46.7 | | 5.7 |
| | | | | 1053 | 63.00 | 69.30 | 6.30 | | | | | | | | 48.0 | 1.0 | 0.9 | | 45.2 | | 5.0 |
| | | | | 1054 | 69.30 | 77.00 | 7.70 | | | | | | | | 48.8 | 3.1 | 1.8 | | 39.6 | | 6.7 |
| | | | | 1055 | 77.00 | 87.00 | 10.00 | | | | | | | | 53.0 | 9.3 | 0.8 | | 30.5 | | 6.4 |
| | | | | 1056 | 87.00 | 97.00 | 10.00 | | | | | | | | 51.7 | 10.9 | 2.4 | | 29.4 | | 5.7 |
| | | | | 1057 | 97.00 | 107.00 | 10.00 | | | | | | | | 54.3 | 3.1 | 0.2 | | 36.5 | | 5.9 |
| | | | | 1058 | 107.00 | 117.00 | 10.00 | | | | | | | 0.1 | 56.7 | 3.2 | 2.2 | | 33.5 | | 4.3 |
| | | | | 1059 | 117.00 | 127.00 | 10.00 | | | | | | | | 51.5 | 2.7 | 2.9 | | 37.0 | | 5.9 |
| | | | | 1060 | 127.00 | 137.00 | 10.00 | | | | | | | | 44.4 | 2.4 | | | 46.0 | | 7.2 |
| | | | | 1061 | 137.00 | 147.00 | 10.00 | | | | | | | | 46.1 | 1.4 | 0.5 | | 45.7 | | 6.3 |
| | | | | 1062 | 147.00 | 157.00 | 10.00 | | | | | | | | 49.6 | 1.6 | 0.2 | | 43.0 | | 5.6 |
| | | | | 1063 | 157.00 | 167.00 | 10.00 | | | | | | | | 50.9 | 1.7 | | | 42.2 | | 5.2 |
| | | | | 1064 | 167.00 | 174.90 | 7.90 | | | | | | | | 49.8 | 1.0 | | | 43.9 | | 5.3 |
| 175.00 | 220.00 | 60 | Serpentinite | | | | | | | | | | | | | | | | | | |
| 220.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |




Protected Document - Subject to Protective Order     IMERYS 469487

| HOLE NUMBER | 2001-5 | | ANGLE | 45 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST 200' | 50 |
| LOGGED BY | David Marek | | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 200 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16598 |
| DRILL RIG | | | EASTING (X) | 11256 |
| START | May 28/01 | | COLLAR EL (Z) | 1520.5 |
| COMPLETE | May 28/01 | | BOXES | |
| CASING ft | 1 | | BOTTOM EL | 1320.5 |

| FROM ft | TO ft | GEOLOGY Rock Code | DESCRIPTION | SAMPLE NO | FROM ft | TO ft | WID ft | TLC % | Opaques % | QTZ % | CHL % | SUL % | OX % | SERP % | TLC % | CHL % | CAL % | DOL % | MAG % | QTZ % | MT % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 2.00 | | casing | | | | | | | | | | | | | | | | | | |
| 2.00 | 20.00 | 80 | schist CA 65, foliated, black, siliceous | | | | | | | | | | | | | | | | | | |
| 20.00 | 38.00 | 30 | Talc Carb diss. Opaques | | | | | 60 | 1.0 | | | | | | | | | | | | |
| | | | CA 65, recovery 85% | | | | | | | | | | | | | | | | | | |
| | | | @ 33 to 48' loss of 10' of core poss drift core is all rubble | | | | | | | | | | | | | | | | | | |
| | | | | 1065 | 20.50 | 30.00 | 9.50 | | | | | | | | 49.9 | 1.2 | | 4.5 | 39.9 | | 4.5 |
| | | | | 1066 | 30.00 | 38.00 | 8.00 | | | | | | | | 50.5 | 1.7 | | | 42.9 | | 5.0 |
| 38.00 | 47.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 47.00 | 50.00 | 20 | Talc Carb | | | | | 65 | 0.5 - 0.1 | | | | | | | | | | | | |
| 50.00 | 51.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 51.00 | 65.00 | 20 | Talc Carb high grade very soft green | | | | | 65 | 0.1 | | | | | | | | | | | | |
| 65.00 | 66.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 66.00 | 84.00 | 20 | Talc Carb grey green carb filled frts | | | | | 65 | 0.1 | | | | | | | | | | | | |
| 84.00 | 200.00 | 30 | Talc Carb grey | | | | | 60 | 0.1 | | | | | | | | | | | | |
| | | | @ 110 - 6" carb frt with high grade talc | | | | | | | | | | | | | | | | | | |
| | | | @ 115 4" Carb filled frt | | | | | | | | | | | | | | | | | | |
| | | | @ 126 - 6" carb filled frt | | | | | | | | | | | | | | | | | | |
| | | | recovery >95% in this area | | | | | | | | | | | | | | | | | | |
| | | | @ 136' talc becoming darker poor foliation | | | | | | | | | | | | | | | | | | |
| | | | darker talc continues to end of hole | | | | | | | | | | | | | | | | | | |
| | | | @ 161 - 3" ca frt CA 45 | | | | | | | | | | | | | | | | | | |
| | | | @ 198' - 4" high grade talc | | | | | | | | | | | | | | | | | | |
| | | | | 1067 | 47.00 | 57.00 | 10.00 | | | | | | | | 61.8 | 12.3 | | | 21.4 | | 4.5 |
| | | | | 1068 | 57.00 | 67.00 | 10.00 | | | | | | | 0.4 | 58.2 | 7.4 | | 0.5 | 28.3 | | 5.2 |
| | | | | 1069 | 67.00 | 77.00 | 10.00 | | | | | | | 0.1 | 52.3 | 1.7 | | 0.3 | 41.3 | | 4.3 |
| | | | | 1070 | 77.00 | 87.00 | 10.00 | | | | | | | | 56.4 | 4.0 | | | 35.0 | | 4.6 |
| | | | | 1071 | 87.00 | 97.00 | 10.00 | | | | | | | 0.2 | 60.4 | 4.5 | | 2.1 | 28.0 | | 4.9 |
| | | | | 1072 | 97.00 | 107.00 | 10.00 | | | | | | | | 49.6 | 2.6 | | 1.6 | 40.5 | | 5.7 |
| | | | | 1073 | 107.00 | 117.00 | 10.00 | | | | | | | 0.2 | 48.5 | 3.2 | | 0.4 | 42.4 | | 5.3 |
| | | | | 1074 | 117.00 | 127.00 | 10.00 | | | | | | | 0.1 | 52.8 | 2.7 | | 2.1 | 36.2 | | 6.1 |
| | | | | 1075 | 127.00 | 137.00 | 10.00 | | | | | | | 0.1 | 52.6 | 1.7 | | 3.5 | 37.9 | | 4.3 |
| | | | | 1076 | 137.00 | 147.00 | 10.00 | | | | | | | 0.1 | 49.1 | 1.9 | | 3.6 | 37.5 | | 7.8 |
| | | | | 1077 | 147.00 | 157.00 | 10.00 | | | | | | | | 56.6 | 4.6 | | | 33.2 | | 5.6 |
| | | | | 1078 | 157.00 | 167.00 | 10.00 | | | | | | | 0.3 | 53.7 | 6.0 | | 0.3 | 34.5 | | 5.2 |
| | | | | 1079 | 167.00 | 177.00 | 10.00 | | | | | | | 0.2 | 54.1 | 4.2 | | 2.6 | 34.5 | | 4.5 |
| | | | | 1080 | 177.00 | 187.00 | 10.00 | | | | | | | | 56.2 | 5.8 | | | 33.6 | | 4.5 |
| | | | | 1081 | 187.00 | 200.00 | 13.00 | | | | | | | | 45.0 | 6.4 | | 3.9 | 39.4 | | 5.3 |
| 200.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |




Protected Document - Subject to Protective Order        IMERYS 469488

| HOLE NUMBER | 2001-6 | | | ANGLE | 45 | |
|---|---|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | | AC TST 200' | 52 | |
| LOGGED BY | David Marek | | | AZIMUTH | 90 | |
| DRILLING CO | Kennebec/Maine Drilling/Major | | | DEPTH ft | 200 | |
| DRILLER | Dwight Junkins | | | NORTHING (Y) | 16799.6 | |
| DRILL RIG | | | | EASTING (X) | 11228.0 | |
| START | May 28/01 | | | COLLAR EL (Z) | 1537.1 | |
| COMPLETE | May 29/01 | | | BOXES | | |
| CASING ft | 5 | | | BOTTOM EL | 1337.1 | |

| | | | | | | | | | VISUAL MINERALOGY | | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | GEOLOGY | DESCRIPTION | SAMPLE NO | FROM | TO | WID | TLC | Opaques | QTZ | CHL | SUL | OX | SERP | TLC | CHL | CAL | DOL | MAG | QTZ | MT |
| ft | ft | Rock Code | | | ft | ft | ft | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| 0.00 | 5.00 | | casing | | | | | | | | | | | | | | | | | | |
| 5.00 | 44.50 | 30 | Talc Carb grey poor foliation | | | | | 60 | 1.0 | | | | | | | | | | | | |
| | | | @ 10 to 13 tan rusty zone core is in rubble | | | | | | | | | | | | | | | | | | |
| | | | recovery 90% | | | | | | | | | | | | | | | | | | |
| | | | minor fault gouge with high grade talc | | | | | | | | | | | | | | | | | | |
| | | | | 1082 | 5.00 | 15.00 | 10.00 | | | | | | | | 48.4 | 2.1 | | | 44.5 | | 5.0 |
| | | | | 1083 | 15.00 | 25.00 | 10.00 | | | | | | | | 52.1 | 2.1 | | | 41.4 | | 4.4 |
| | | | | 1084 | 25.00 | 35.00 | 10.00 | | | | | | | | 47.4 | 2.1 | | | 45.5 | | 5.0 |
| | | | | 1085 | 35.00 | 43.00 | 8.00 | | | | | | | 0.2 | 55.9 | 4.4 | | 0.8 | 33.7 | | 5.0 |
| 44.50 | 47.50 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 47.50 | 70.00 | 20 | Talc Carb frt faces with high grade | | | | | 65 | 0.5 | | | | | | | | | | | | |
| 70.00 | 72.00 | 50 | Chlorite Cinder CA 70 | | | | | | | | | | | | | | | | | | |
| 72.00 | 97.70 | 10 | Talc Carb very soft, grey/green | | | | | 65 | 0.5 | | | | | | | | | | | | |
| 97.70 | 103.00 | 50 | Chlorite Cinder CA 60 | | | | | | | | | | | | | | | | | | |
| 103.00 | 137.00 | 30 | Talc Carb grey/green poor foliation | | | | | 60 | 0.5 - 0.1 | | | | | | | | | | | | |
| 137.00 | 187.00 | 30 | Talc Carb less insols, good recovery | | | | | 55 | 0.5 | | | | | | | | | | | | |
| | | | @ 157 to 160 carb frt parallel to core | | | | | | | | | | | | | | | | | | |
| 187.00 | 200.00 | 30 | TC becoming darker | | | | | 55 | 0.5 | | | | | | | | | | | | |
| | | | possible transition to serp, poor foliation | | | | | | | | | | | | | | | | | | |
| | | | | 1086 | 47.60 | 57.00 | 9.40 | | | | | | | | 57.7 | 4.2 | 0.3 | 6.1 | 27.4 | | 4.4 |
| | | | | 1087 | 57.00 | 69.30 | 12.30 | | | | | | | | 53.9 | 4.8 | | 1.0 | 35.5 | | 4.8 |
| | | | | 1088 | 72.00 | 82.00 | 10.00 | | | | | | | | 65.5 | 9.3 | | 10.7 | 10.7 | | 3.9 |
| | | | | 1089 | 82.00 | 92.00 | 10.00 | | | | | | | 0.1 | 47.4 | 2.5 | | 5.0 | 39.3 | | 5.6 |
| | | | | 1090 | 92.00 | 97.90 | 5.90 | | | | | | | | 56.7 | 3.1 | | 1.2 | 34.0 | | 5.1 |
| | | | | 1091 | 103.00 | 112.10 | 9.10 | | | | | | | | 56.3 | 3.5 | | 6.1 | 29.1 | | 5.0 |
| | | | | 1092 | 112.10 | 122.00 | 9.90 | | | | | | | | 47.1 | 2.4 | 0.4 | | 45.1 | | 5.0 |
| | | | | 1093 | 122.00 | 132.00 | 10.00 | | | | | | | | 50.3 | 2.2 | | | 42.4 | | 5.1 |
| | | | | 1094 | 132.00 | 142.00 | 10.00 | | | | | | | | 54.0 | 2.0 | | | 39.5 | | 4.5 |
| | | | | 1095 | 142.00 | 152.30 | 10.30 | | | | | | | | 53.4 | 2.2 | | 0.2 | 39.4 | | 4.8 |
| | | | | 1096 | 152.30 | 162.00 | 9.70 | | | | | | | | 49.1 | 2.0 | | 0.6 | 42.7 | | 5.6 |
| | | | | 1097 | 162.00 | 172.00 | 10.00 | | | | | | | | 51.4 | 2.5 | | | 39.9 | | 6.2 |
| | | | | 1098 | 172.00 | 182.00 | 10.00 | | | | | | | 0.2 | 51.2 | 2.8 | | 1.9 | 38.3 | | 5.7 |
| | | | | 1099 | 182.00 | 192.00 | 10.00 | | | | | | | | 51.3 | 1.9 | | 0.9 | 39.9 | | 6.1 |
| | | | | 1100 | 192.00 | 200.00 | 8.00 | | | | | | | | 50.4 | 9.1 | 0.2 | | 32.0 | | 8.3 |
| 200.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |




Protected Document - Subject to Protective Order                                                                                                    IMERYS 469489

| HOLE NUMBER | 2001-7 | | ANGLE | 45 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST | na |
| LOGGED BY | David Marek | | AZIMUTH | 270 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 95 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16800 |
| DRILL RIG | | | EASTING (X) | 11220 |
| START | May 29/01 | | COLLAR EL (Z) | 1537.4 |
| COMPLETE | May 29/01 | | BOXES | |
| CASING ft | 7 | | BOTTOM EL | 1442.4 |

| FROM ft | TO ft | GEOLOGY Rock Code | DESCRIPTION | SAMPLE NO | FROM ft | TO ft | WID ft | VISUAL MINERALOGY ||||||| DENVER XRD MINERALOGY |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TLC % | Opaques % | QTZ % | CHL % | SUL % | OX % | SERP % | TLC % | CHL % | CAL % | DOL % | MAG % | QTZ % | MT % |
| 0.00 | 7.00 | | casing | | | | | | | | | | | | | | | | | | |
| 7.00 | 9.00 | 20 | Talc carb all rubble | | | | | | | | | | | | | | | | | | |
| 9.00 | 10.00 | 60 | Serp all rubble | | | | | | | | | | | | | | | | | | |
| 10.00 | 95.00 | 80 | schist CA 45 to 65, rusty black | | | | | | | | | | | | | | | | | | |
| | | | @ 31' - 4" rubble | | | | | | | | | | | | | | | | | | |
| | | | @ 36' - 6" rubble | | | | | | | | | | | | | | | | | | |
| | | | @ 70 cave loss 15 feet of core, hit drift in old workings | | | | | | | | | | | | | | | | | | |
| 95.00 | | | End of Hole lost core barrel | | | | | | | | | | | | | | | | | | |

 

Protected Document - Subject to Protective Order                                   IMERYS 469490

| HOLE NUMBER | 2001-8 | | ANGLE | 56 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST 200' | 61 |
| LOGGED BY | David Marek | | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 200 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16404 |
| DRILL RIG | | | EASTING (X) | 11242 |
| START | May 29/01 | | COLLAR EL (Z) | 1544.9 |
| COMPLETE | May 30/01 | | BOXES | |
| CASING ft | 3 | | BOTTOM EL | 1344.9 |

| | | | | | | | | | VISUAL MINERALOGY | | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM ft | TO ft | GEOLOGY Rock Code | DESCRIPTION | SAMPLE NO | FROM ft | TO ft | WID ft | TLC % | Opaques % | QTZ % | CHL % | SUL % | OX % | SERP % | TLC % | CHL % | CAL % | DOL % | MAG % | QTZ % | MT % |
| 0.00 | 2.00 | | casing | | | | | | | | | | | | | | | | | | |
| 2.00 | 86.00 | 60 | Serpentinite, hard dark green | | | | | | | | | | | | | | | | | | |
| | | | very frt. Good recovery >95% | | | | | | | | | | | | | | | | | | |
| | | | CA on frt 45 to 25 | | | | | | | | | | | | | | | | | | |
| 86.00 | 89.00 | 30 | Talc Carb | | | | | 55 | 0.5 | | | | | | | | | | | | |
| 89.00 | 97.00 | 30 | Talc Carb stained rusty frt @ 97' | | | | | 55 | 0.5 | | | | | | | | | | | | |
| | | | CA 40 brown stained | | | | | | | | | | | | | | | | | | |
| 97.00 | 115.00 | 20 | Talc Carb very soft highe grade @ 99' | | | | | 65 | 0.1 | | | | | | | | | | | | |
| 115.00 | 118.30 | 10 | Talc Carb svery soft altered contact with chlorite cinder CA 80 | | | | | >65 | 0.1 | | | | | | | | | | | | |
| 118.30 | 121.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 121.00 | 181.50 | 20 | Talc Carb good colour CA 50, grey green | | | | | 60 | 0.1 | | | | | | | | | | | | |
| 181.50 | 184.50 | 50 | Chlorite Cinder CA 30 | | | | | | | | | | | | | | | | | | |
| 184.50 | 200.00 | 20 | Talc Carb grey green, poor foliation | | | | | 60 | 0.1 - 0.5 | | | | | | | | | | | | |
| | | | | 1101 | 86.00 | 97.00 | 11.00 | | | | | | | | 54.5 | 3.2 | | 2.0 | 35.7 | | 4.6 |
| | | | | 1102 | 97.00 | 107.00 | 10.00 | | | | | | | | 52.6 | 2.3 | | | 40.1 | | 5.0 |
| | | | | 1103 | 107.00 | 114.40 | 7.40 | | | | | | | | 52.4 | 2.2 | | 7.5 | 31.7 | | 6.2 |
| | | | | 1104 | 114.40 | 118.40 | 4.00 | | | | | | | 1.0 | 76.2 | 16.9 | | 1.0 | | | 5.0 |
| | | | | 1105 | 121.00 | 131.40 | 10.40 | | | | | | | | 52.6 | 3.1 | 0.5 | 5.5 | 33.4 | | 4.9 |
| | | | | 1106 | 131.40 | 141.60 | 10.20 | | | | | | | | 50.6 | 3.6 | | | 40.3 | | 5.5 |
| | | | | 1107 | 141.60 | 151.40 | 9.80 | | | | | | | 0.2 | 54.8 | 4.6 | | | 35.6 | | 4.8 |
| | | | | 1108 | 151.40 | 161.00 | 9.60 | | | | | | | | 55.1 | 5.5 | | | 35.1 | | 4.4 |
| | | | | 1109 | 161.00 | 171.40 | 10.40 | | | | | | | 0.2 | 54.7 | 5.8 | | | 34.6 | | 4.7 |
| | | | | 1110 | 171.40 | 182.00 | 10.60 | | | | | | | 0.4 | 62.0 | 8.0 | | 1.9 | 23.1 | | 4.6 |
| | | | | 1111 | 184.70 | 192.00 | 7.30 | | | | | | | | 53.3 | 8.5 | | 2.5 | 31.3 | | 4.4 |
| | | | | 1112 | 192.00 | 200.00 | 8.00 | | | | | | | | 54.6 | 3.8 | | | 37.6 | | 4.0 |
| 200.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |




Protected Document - Subject to Protective Order   IMERYS 469491

| HOLE NUMBER | 2001-9 | | ANGLE | 45 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST 200' | 45 |
| LOGGED BY | David Marek | | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 200 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16609 |
| DRILL RIG | | | EASTING (X) | 11191.0 |
| START | May 30/01 | | COLLAR EL (Z) | 1520.3 |
| COMPLETE | May 31/01 | | BOXES | |
| CASING ft | 8 | | BOTTOM EL | 1320.3 |

|  |  |  |  |  |  |  | | VISUAL MINERALOGY | | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM ft | TO ft | GEOLOGY Rock Code | DESCRIPTION | SAMPLE NO | FROM ft | TO ft | WID ft | TLC % | Opaques % | QTZ % | CHL % | SUL % | OX % | SERP % | TLC % | CHL % | CAL % | DOL % | MAG % | QTZ % | MT % |
| 0.00 | 8.00 | | casing | | | | | | | | | | | | | | | | | | |
| 8.00 | 17.00 | 30 | Talc Carb heavily frt. Loss of 4' of core | | | | | 60 | 0.5 | | | | | | | | | | | | |
| 17.00 | 40.00 | 20 | Talc Carb heavily rust stained | | | | | | | | | | | | | | | | | | |
| | | | @ 37 loss of 5' core | | | | | | | | | | | | | | | | | | |
| | | | very oxidized | | | | | | | | | | | | | | | | | | |
| | | | @ 39 to 40 heavily altered almost gouge | | | | | | | | | | | | | | | | | | |
| | | | | 1113 | 8.00 | 22.00 | 14.00 | | | | | | | | 51.9 | 2.0 | | 5.0 | 36.4 | | 4.7 |
| | | | | 1114 | 22.00 | 37.00 | 15.00 | | | | | | | | 57.5 | 2.6 | | | 34.9 | | 5.0 |
| 40.00 | 52.00 | 75 | Massive white Quartz, loss of 2' of core | | | | | | | | | | | | | | | | | | |
| 52.00 | 102.00 | 80 | Schist, black well foliated CA 40 | | | | | | | | | | | | | | | | | | |
| 102.00 | 110.00 | 10 | Talc Carb soft light grey to green CA 75 | | | | | 65 | 0.5 | | | | | | | | | | | | |
| | | | good foliation | | | | | | | | | | | | | | | | | | |
| 110.00 | 111.50 | 50 | Chlorite Cinder CA 90 | | | | | | | | | | | | | | | | | | |
| 111.50 | 117.50 | 10 | Talc Carb soft light grey to green | | | | | 65 | 0.5 | | | | | | | | | | | | |
| 117.50 | 118.00 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 118.00 | 200.00 | 30 | Talc Carb harder, grey with carb filled frt. | | | | | 60 | 0.1 | | | | | | | | | | | | |
| | | | @ 140 to 149 high grade talc zones up to 2" thick | | | | | | | | | | | | | | | | | | |
| | | | recovery >95% | | | | | | | | | | | | | | | | | | |
| | | | @ 175 - 6" carb stringer | | | | | | | | | | | | | | | | | | |
| | | | @ 180 - high grade talc 2" | | | | | | | | | | | | | | | | | | |
| | | | @ 189 to 200 talc becoming darker, opaques up to 1% | | | | | 55 | 1 | | | | | | | | | | | | |
| | | | | 1115 | 103.70 | 117.70 | 14.00 | | | | | | | 0.2 | 68.7 | 3.3 | | 6.6 | 17.5 | | 3.7 |
| | | | | 1116 | 118.20 | 128.00 | 9.80 | | | | | | | 0.2 | 46.8 | 4.9 | | 1.3 | 41.4 | | 5.3 |
| | | | | 1117 | 128.00 | 138.00 | 10.00 | | | | | | | | 50.7 | 1.5 | | | 42.8 | | 5.0 |
| | | | | 1118 | 138.00 | 148.00 | 10.00 | | | | | | | 0.2 | 56.4 | 4.5 | | | 34.3 | | 4.6 |
| | | | | 1119 | 148.00 | 158.00 | 10.00 | | | | | | | | 47.1 | 3.0 | | | 44.8 | | 5.1 |
| | | | | 1120 | 158.00 | 168.00 | 10.00 | | | | | | | | 51.1 | 2.6 | | 2.6 | 38.7 | | 4.9 |
| | | | | 1121 | 168.00 | 178.00 | 10.00 | | | | | | | | 54.7 | 2.7 | | 1.9 | 36.2 | | 4.5 |
| | | | | 1122 | 178.00 | 188.00 | 10.00 | | | | | | | | 49.1 | 1.3 | 0.3 | | 43.5 | | 5.9 |
| | | | | 1123 | 188.00 | 200.00 | 12.00 | | | | | | | | 50.0 | 2.2 | 0.3 | 1.0 | 39.8 | | 6.7 |
| 200.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |




Protected Document - Subject to Protective Order    IMERYS 469492

| HOLE NUMBER | 2001-10 | | ANGLE | 58 |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST 77' | 58 |
| LOGGED BY | David Marek | | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 77 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16300 |
| DRILL RIG | | | EASTING (X) | 11316 |
| START | May 31/01 | | COLLAR EL (Z) | 1560.3 |
| COMPLETE | May 31/01 | | BOXES | |
| CASING ft | 3 | | BOTTOM EL | 1483.3 |

| | | | | | | | | | | | VISUAL MINERALOGY | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | GEOLOGY | DESCRIPTION | SAMPLE NO | FROM | TO | WID | TLC | Opaques | QTZ | CHL | SUL | OX | SERP | TLC | CHL | CAL | DOL | MAG | QTZ | MT |
| ft | ft | Rock Code | | | ft | ft | ft | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| 0.00 | 3.00 | | casing | | | | | | | | | | | | | | | | | | |
| 3.00 | 30.60 | 60 | Serpentinite green black hard | | | | | | | | | | | | | | | | | | |
| 30.60 | 62.00 | 20 | Talc Carb | | | | | 60 | 0.1 | | | | | | | | | | | | |
| | | | grey green, good colour, poor foliation | | | | | | | | | | | | | | | | | | |
| 62.00 | 63.50 | 50 | Chlorite Cinder - fault gouge on contacts | | | | | | | | | | | | | | | | | | |
| 63.50 | 68.50 | 10 | Talc Carb | | | | | 60 | 0.1 | | | | | | | | | | | | |
| | | | good colour, gouge @ 67' loss of 2' core | | | | | | | | | | | | | | | | | | |
| 68.50 | 76.50 | 50 | Chlorite Cinder -CA 50 | | | | | | | | | | | | | | | | | | |
| 76.50 | 77.00 | 20 | Talc Carb | | | | | 60 | 0.1 | | | | | | | | | | | | |
| | | | | 1124 | 30.80 | 40.20 | 9.40 | | | | | | | 0.1 | 52.3 | 1.9 | | 0.9 | 40.7 | | 4.1 |
| | | | | 1125 | 40.20 | 50.00 | 9.80 | | | | | | | | 52.8 | 1.3 | | | 41.7 | | 4.2 |
| | | | | 1126 | 50.00 | 68.20 | 18.20 | | | | | | | | 61.2 | 3.6 | | 1.4 | 29.8 | | 4.1 |
| 77.00 | | | End of Hole - intersected underground workings | | | | | | | | | | | | | | | | | | |





Protected Document - Subject to Protective Order    IMERYS 469493

| HOLE NUMBER | 2001-11 | | ANGLE | 45° |
|---|---|---|---|---|
| MINE/PROJECT | Argonaut South | | AC TST 307' | 52 |
| LOGGED BY | David Marek | | AZIMUTH | 90 |
| DRILLING CO | Kennebec/Maine Drilling/Major | | DEPTH ft | 307 |
| DRILLER | Dwight Junkins | | NORTHING (Y) | 16198 |
| DRILL RIG | | | EASTING (X) | 11306 |
| START | Jun 1/01 | | COLLAR EL (Z) | 1587.8 |
| COMPLETE | Jun 2/01 | | BOXES | |
| CASING ft | 2 | | BOTTOM EL | 1280.8 |

| FROM | TO | GEOLOGY | DESCRIPTION | SAMPLE NO | FROM | TO | WID | VISUAL MINERALOGY | | | | | | DENVER XRD MINERALOGY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TLC | Opaques | QTZ | CHL | SUL | OX | SERP | TLC | CHL | CAL | DOL | MAG | QTZ | MT |
| ft | ft | Rock Code | | | ft | ft | ft | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| 0.00 | 2.00 | | casing | | | | | | | | | | | | | | | | | | |
| 2.00 | 27.00 | 60 | Serpentinite | | | | | | | | | | | | | | | | | | |
| | | | fractures till 17', recovery 80%, rusty oxidized to 20' | | | | | | | | | | | | | | | | | | |
| 27.00 | 32.00 | | Dyke structure - Diabase?, fine grained black | | | | | | | | | | | | | | | | | | |
| 32.00 | 80.00 | 60 | Serpentinite Continues | | | | | | | | | | | | | | | | | | |
| 80.00 | 116.00 | 30 | Talc Carb rusty stained for 3 ft., next to contact | | | | | 60 | 0.5 | | | | | | | | | | | | |
| | | | por foliation | | | | | | | | | | | | | | | | | | |
| | | | @ 98.5 to 100' high grade talc, green very soft | | | | | 75 | | | | | | | | | | | | | |
| 116.00 | 119.30 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 119.30 | 120.30 | 30 | Talc Carb | | | | | 60 | 0.5 | | | | | | | | | | | | |
| 120.30 | 124.30 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 124.30 | 176.00 | 20 | Talc Carb poor foliation grey | | | | | 60 | 0.5 | | | | | | | | | | | | |
| | | | @ 127 fault gouge | | | | | | | | | | | | | | | | | | |
| 176.00 | 178.50 | 50 | Chlorite Cinder | | | | | | | | | | | | | | | | | | |
| 178.50 | 251.00 | 10 | Talc Carb soft grey green, light coloured | | | | | 65 | 0.1 | | | | | | | | | | | | |
| | | | poor foliation good colour | | | | | | | | | | | | | | | | | | |
| | | | @ 188 talc grey to dark grey | | | | | | | | | | | | | | | | | | |
| | | | @ 192 - 1' grey hard talc | | | | | | | | | | | | | | | | | | |
| | | | @ 207 - frt core | | | | | | | | | | | | | | | | | | |
| | | | @ 210 minor foliation CA 45 | | | | | | | | | | | | | | | | | | |
| | | | @ 220 - 1' gouge with good talc | | | | | | | | | | | | | | | | | | |
| | | | good high grade from 234 to 251 | | | | | | | | | | | | | | | | | | |
| | | | @ 244 - 6" fault gouge | | | | | | | | | | | | | | | | | | |
| | | | | 1127 | 79.00 | 90.00 | 11.00 | | | | | | | | 51.5 | 2.4 | | | 41.9 | | 4.2 |
| | | | | 1128 | 90.00 | 100.00 | 10.00 | | | | | | | | 54.5 | 1.3 | | 1.0 | 39.0 | | 4.1 |
| | | | | 1129 | 100.00 | 110.00 | 10.00 | | | | | | | | 52.2 | 2.6 | | | 41.0 | | 4.2 |
| | | | | 1130 | 110.00 | 116.00 | 6.00 | | | | | | | | 52.7 | 1.9 | 0.3 | 3.4 | 37.7 | | 4.1 |
| | | | | 1131 | 124.30 | 134.00 | 9.70 | | | | | | | 0.2 | 53.5 | 4.5 | | 1.2 | 35.9 | | 4.7 |
| | | | | 1132 | 134.00 | 144.00 | 10.00 | | | | | | | | 53.1 | 1.6 | | | 40.9 | | 4.4 |
| | | | | 1133 | 144.00 | 154.00 | 10.00 | | | | | | | | 50.7 | 0.9 | | | 43.9 | | 4.5 |
| | | | | 1134 | 154.00 | 164.00 | 10.00 | | | | | | | 0.1 | 52.1 | 2.5 | | | 41.1 | | 4.2 |
| | | | | 1135 | 164.00 | 174.20 | 10.20 | | | | | | | 0.1 | 55.1 | 3.5 | | | 37.1 | | 4.2 |
| | | | | 1136 | 174.20 | 183.00 | 8.80 | | | | | | | | 62.9 | 2.6 | | 8.5 | 22.3 | | 3.7 |
| | | | | 1137 | 184.00 | 194.00 | 10.00 | | | | | | | 0.2 | 59.5 | 4.7 | | | 31.7 | | 3.9 |
| | | | | 1138 | 194.00 | 204.00 | 10.00 | | | | | | | | 53.1 | 2.9 | | 0.2 | 39.6 | | 4.2 |
| | | | | 1139 | 204.00 | 214.00 | 10.00 | | | | | | | 0.2 | 55.0 | 6.0 | | | 35.3 | | 3.5 |
| | | | | 1140 | 214.00 | 224.00 | 10.00 | | | | | | | | 47.0 | 4.0 | | 0.3 | 44.3 | | 4.4 |
| | | | | 1141 | 224.00 | 235.90 | 11.90 | | | | | | | | 59.4 | 4.0 | | 0.9 | 31.5 | | 4.2 |
| | | | | 1142 | 235.90 | 243.90 | 8.00 | | | | | | | | 61.6 | 2.1 | 0.1 | 0.3 | 31.9 | | 4.1 |
| | | | | 1143 | 243.90 | 250.00 | 6.10 | | | | | | | | 50.7 | 3.0 | 0.4 | 2.3 | 39.7 | | 3.9 |
| 251.00 | 307.00 | 80 | Hangwall schsit, minor foliation CA 40 | | | | | | | | | | | | | | | | | | |
| | | | recovery 95% | | | | | | | | | | | | | | | | | | |
| | | | @ 271 - 1" talc gouge | | | | | | | | | | | | | | | | | | |
| 307.00 | | | End of Hole | | | | | | | | | | | | | | | | | | |





Protected Document - Subject to Protective Order                                    IMERYS 469494