# EXHIBIT 39

**RECON SYSTEMS INC.**
ROUTE 202N, P.O. BOX 460, THREE BRIDGES, N.J. 08887-0460
201-782-5900    FAX 201-782-0072
NEW ENGLAND 508-752-4217    PENNSYLVANIA 215-433-5511    CONNECTICUT 203-293-1212

ANALYSIS REPORT

February 7, 1990

TO:  JOHNSON & JOHNSON CONSUMER PRODUCTS INC.
199 Grandview Road
Skillman, NJ 08558

ATTN: Regina Gallagner
RECON Project No. 2780
P.O. No. 017889

Sample: Talc, received 1/19/90

| RECON Sample No. | 19217 | 19218 | 19219 | Method Blank | Detection Limit |
|---|---|---|---|---|---|
| Sample ID. | 89-1264 | *aura* 90-13 | *Hamm* 90-53 | | |
| Parameter | (mg/kg) | | | | |
| Cadmium | ND | ND | ND | ND | 1.0 |
| Chromium* | 7 | 7 | 426 | 7 | 7 |
| Cobalt | 20 | 17 | 83 | ND | 5 |
| Copper | 5 | 4 | 6 | ND | 2 |
| Iron | 4380 | 3880 | (24000) | ND | 10 |
| Lead | ND | ND | ND | ND | 10 |
| Nickel | 31 | 36 | 1940 | ND | 10 |
| Manganese | 18 | 25 | 61 | ND | 4 |

ND = none detected
mg/kg = milligrams per kilogram, as received
* = samples are not corrected for chromium detected in the method blank.

Samples for this project will be retained for sixty (60) days from the date of this report unless otherwise directed.

Submitted By: *G. Stephen Hornberger*
G. Stephen Hornberger
Manager, Inorganic Laboratory

Approved By: *Patrick J. Mulrooney*
Patrick J. Mulrooney
Laboratory Director

GSH/lej (AR#21)
AR2780

New Jersey State Certified Water Laboratory
Certification No. 10196

*Aura + Hamm Ore Bodies (Windsor)*

JNJ 000246437