# EXHIBIT 40

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &          :
JOHNSON TALCUM POWDER       :
PRODUCTS MARKETING,         :  MDL
SALES PRACTICES, AND        :  NO. 16-2738
PRODUCTS LIABILITY          :  (FLW) (LHG)
LITIGATION                  :
                            :
THIS DOCUMENT RELATES       :
TO ALL CASES                :

Volume I

- - -

June 28, 2018

- - -

        Videotaped deposition of
DONALD HICKS, taken pursuant to notice,
was held at the law offices of Drinker
Biddle & Reath, 105 College Road East,
Princeton, New Jersey, beginning at 9:31
a.m., on the above date, before Michelle
L. Gray, a Registered Professional
Reporter, Certified Shorthand Reporter,
Certified Realtime Reporter, and Notary
Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Donald Hicks

Page 78

1    correct.
2  BY MS. O'DELL:
3      Q.    And if you'll turn to the
4  next page.  The acceptable limit for
5  lead, for example, was ten parts per
6  million.  Am I reading that correctly?
7      A.    Yes, you are.
8      Q.    And what does NMT stand for?
9      A.    Not more than.
10      Q.    Not more than.  And so
11  Johnson & Johnson specified that it's
12  talc would not have more than ten parts
13  per million of lead, correct?
14      A.    That is correct.
15      Q.    And similarly Johnson &
16  Johnson dictated that its talc should not
17  have more than two parts per million of
18  aluminum?
19      A.    That is correct.
20      Q.    And the maximum amount of
21  arsenic that was allowed in its talc,
22  according to the specification, was two
23  parts per million, correct?
24      A.    Yes.

Page 79

1      Q.    The limit of chromium was .5
2  part per million, correct?
3      A.    Yes.
4      Q.    And the limit of nickel was
5  ten parts per million?
6      A.    Yes.
7      Q.    Then you'll see 2.33
8  addresses asbestos, correct?
9      A.    Yes.
10      Q.    And Johnson & Johnson
11  required that talc be tested using CTFA
12  J4-1, correct?
13      A.    You had the option of using
14  the either current USP method or CTFA
15  Method J4-1.
16      Q.    And in terms of asbestos
17  being tested by transmission electron
18  microscope, the specific method to be
19  employed -- and this was required by J&J,
20  was TM, meaning test method, 7024,
21  correct?
22      A.    Yes.
23      Q.    I'll ask you to turn to Page
24  8 of 15.  Mr. Hicks, who was responsible

Page 80

1  for -- at Johnson & Johnson for the
2  drafting of this raw materials
3  specification?
4      A.    Primary responsibility was
5  with the research and development team.
6      Q.    Did the -- strike that.
7          Who in the research and
8  development team was primarily
9  responsible for raw material
10  specifications for talc?
11      A.    Individual?
12      Q.    Yes.
13      A.    At this point in time there
14  was a scientist.  His name was Curtis
15  Lee.
16      Q.    And so Mr. Lee would have
17  had responsibility for developing this
18  raw materials specification, true?
19      A.    In collaboration with both
20  Imerys and other members within Johnson &
21  Johnson, yes.  He was the primary owner
22  of the document.
23      Q.    Were you involved in the
24  drafting of these specifications?

Page 81

1      A.    Yes.  I was part of the
2  team.
3      Q.    And what input did you have
4  in the specification?  What was your
5  responsibility?
6      A.    Alignment.  Indicating
7  that -- reviewing all the information to
8  make sure that it was correct from a
9  quality and compliance perspective,
10  looking at the sampling process, names of
11  the companies that were being used, and,
12  you know, other related information, such
13  as the approved independent testing
14  laboratory name, those kinds of topics.
15      Q.    Looking at Page 8 of 15,
16  you'll see the testing frequencies and
17  requirements.
18          Do you see that?
19      A.    Yes.
20      Q.    Let's go through this table.
21  You see Stage I is ore.  I'm assuming
22  that means that ore that's being taken
23  from the mine in China, correct?
24      A.    That's correct.

21 (Pages 78 to 81)