# EXHIBIT 47

Shawn Levy, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS

MARKETING, SALES PRACTICES,

AND PRODUCTS LIABILITY

LITIGATION

                           Case No. 16-2738

THIS DOCUMENT RELATES TO       (FLW)   (LHG)

ALL CASES

MDL Docket No. 2738

_____

Friday, January 11, 2019

- - - - -

        The video deposition of SHAWN LEVY, Ph.D.,

taken pursuant to notice, was held at the

Embassy Suites Huntsville, 850 Monroe Street

S.W., Huntsville, Alabama, commencing at

approximately 9:04 a.m., on the above date,

before Lois Anne Robinson, Registered Diplomate

Reporter, Certified Realtime Reporter, and

Notary Public for the State of Alabama.

Shawn Levy, Ph.D.

```
                                                            Page 2
   1                  A P P E A R A N C E S
   2    COUNSEL FOR PLAINTIFFS' STEERING COMMITTEE:
   3               BEASLEY ALLEN, P.C.
                   218 Commerce Street
   4               Montgomery, Alabama  36104
                   BY:  P. LEIGH O'DELL, Esquire
   5                    Leigh.odell@beasleyallen.com
                        JENNIFER K. EMMEL, ESQUIRE
   6                    Jennifer.emmel@beasleyallen.com
   7               BURNS CHAREST, LLP
                   900 Jackson Street, Suite 500
   8               Dallas, Texas  75202
                   BY:  MARTIN D. BARRIE, J.D., Ph.D.
   9                    Mbarrie@burnscharest.com
  10               NAPOLI SHKOLNIK PLLC
                   400 Broadhollow Road, Suite 305
  11               Melville, New York  11747
                   BY:  ALASTAIR J. M. FINDEIS, ESQUIRE
  12                    Afindeis@napolilaw.com
  13    FOR THE DEFENDANT, JOHNSON & JOHNSON:
  14               WEIL, GOTSHAL & MANGES, LLP
                   17 Hulfish Street, Suite 201
  15               Princeton, NJ  08542-3792
                   BY:  ALLISON M. BROWN, ESQUIRE
  16                    Allison.brown@weil.com
  17               WEIL, GOTSHAL & MANGES, LLP
                   767 Fifth Avenue
  18               New York, New York  10153-0119
                   BY:  ALEXIS KELLERT, ESQUIRE
  19                    Alexis.kellert@weil.com
  20               SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                   4 Times Square
  21               New York, New York  10036
                   BY:  Benjamin Halperin, Esquire
  22                    Benjamin.halperin@skadden.com
  23
  24
```

Shawn Levy, Ph.D.

```
                                                   Page 3
  1              A P P E A R A N C E S - (continued)
  2
     FOR THE DEFENDANT, IMERYS TALC AMERICA:
  3
                  GORDON & REES SCULLY MANSUKHANI, LLP
  4               816 Congress Avenue, Suite 1510
                  Austin, Texas  78701
  5               BY:  KENNETH J. FERGUSON, ESQUIRE
                       Kferguson@gordonrees.com
  6
  7  COUNSEL FOR PTI:
  8               TUCKER ELLIS, LLP
                  233 S. Wacker Drive, Suite 6950
  9               Chicago, Illinois  60606-9997
                  BY:  JAMES W. MIZGALA, ESQUIRE
 10                    James.mizgala@tuckerellis.com
 11
     COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:
 12
                  SEYFARTH SHAW LLP
 13               975 F Street N.W.
                  Washington, D.C. 20004-1454
 14               BY:  RENÉE B. APPEL, ESQUIRE
                       Rappel@seyfarth.com
 15
 16
 17
 18  VIDEOGRAPHER:
                  JULIE ROBINSON
 19
 20
 21
                  LOIS ANNE ROBINSON, RPR, RDR, CRR
 22               COURT REPORTER
 23
 24
```

Shawn Levy, Ph.D.

```
                                                      Page 4
 1                        I N D E X

 2     EXAMINATION                             PAGE

 3

 4     By Ms. Brown                              7

 5     By Mr. Ferguson                         307

 6     By Ms. O'Dell                           357

 7     By Ms. Brown                            372

 8     By Ms. O'Dell                           389

 9

10                        *  *  *  *  *  *

11

12     EXHIBITS

13     Deposition Exhibit Number 1              14

14        Notice of Deposition

15     Deposition Exhibit Number 2              33

16        Levy expert report

17     Deposition Exhibit Number 3              16

18        Levy invoices of 5/2/18 and 1/8/19

19     Deposition Exhibit Number 4              19

20        Government of Canada document regarding draft screening

21        assessment of talc

22     Deposition Exhibit Number 5              21

23        Government of Canada document regarding potential risk of

24        lung effects and ovarian cancer from talc
```

Shawn Levy, Ph.D.

Page 5

1                    I N D E X - (Continued)

2    Deposition Exhibit Number 6                    23

3      Draft manuscript regarding systematic review and

4      meta-analysis of the association between perineal use of talc

5      and risk of ovarian cancer

6    Deposition Exhibit Number 7                    30

7      Hamilton article

8    Deposition Exhibit Number 8                    49

9      Judith Zelikoff expert report

10   Deposition Exhibit Number 9                    59

11     Mayo Clinic website article entitled "Cancer"

12   Deposition Exhibit Number 10                   72

13     Wikipedia page

14   Deposition Exhibit Number 11                   75

15     Coussens and Werb article

16   Deposition Exhibit Number 12                   82

17     Preprint manuscript of "Molecular Basis Supporting the

18     Association of Talcum Powder Use With Increased Risk of

19     Ovarian Cancer"

20   Deposition Exhibit Number 13                   82

21     December 26 Email to Dr. Saed

22   Deposition Exhibit Number 14                  142

23     "Evaluating Biological Plausibility in Supporting Evidence

24     For Action Through Systematic Reviews in Public Health"

Shawn Levy, Ph.D.

Page 6

1                    I N D E X - (continued)

2  Deposition Exhibit Number 15              190

3    NTP study

4  Deposition Exhibit Number 16              192

5    2014 Citizens Petition to FDA

6  Deposition Exhibit Number 17              208

7    Buz'Zard study

8  Deposition Exhibit Number 18              218

9    "Perineal Talc Use and Ovarian Cancer," by Ross Penninkilampi

10  Deposition Exhibit Number 19             249

11    Heller article

12  Deposition Exhibit Number 20             270

13    Merritt paper - "Talcum Powder Chronic Pelvic Inflammation

14    and NSAIDs in Relation to the Risk of Epithelial Ovarian

15    Cancer"

16  Deposition Exhibit Number 21             326

17    Nunes article

18  Deposition Exhibit Number 22             367

19    Park article

20

21

22

23

24

Shawn Levy, Ph.D.

Page 7

1    VIDEOGRAPHER:

2              We are now on the record.  My name is

3    Julie Robinson.  I'm a videographer representing

4    Golkow Litigation Services.

5              Today's date is January 11th, 2019, and

6    the time is 9:04 a.m.

7              This video deposition is being held in

8    Huntsville, Alabama, in the matter of

9    Johnson & Johnson Talcum Power Product Marketing,

10   Sales Practices, and Products Liability

11   Litigation, MDL Docket Number 2738.

12             The deponent is Dr. Shawn Levy.

13             Counsel will be noted on the

14   stenographic record.

15             The court reporter is Lois Robinson,

16   who will now swear in the witness.

17                  SHAWN LEVY, Ph.D.,

18        the witness, after having first been

19   duly sworn to tell the truth, the whole truth,

20   and nothing but the truth, was examined and

21   testified as follows:

22                       EXAMINATION

23   BY MS. BROWN:

24   Q         Good morning, Dr. Levy.

Shawn Levy, Ph.D.

Page 8

1    A          Good morning.

2    Q          My name is Alli Brown.  I represent

3    Johnson & Johnson, and I'll start with some

4    questions for you here today.

5               Dr. Levy, have you ever been deposed

6    before?

7    A          Yes.

8    Q          And tell me, how many times?

9    A          In a setting like this, once.

10   Q          Okay.  What was the nature of that

11   deposition?

12   A          It was a patent litigation case.

13   Q          Were you serving as an expert witness

14   in that case?

15   A          I was.

16   Q          Were you hired by the plaintiffs or the

17   defendants?

18   A          The plaintiffs.

19   Q          And, just generally, what were the

20   issues in that case?

21   A          It was entirely focused on evaluation

22   of prior art in the genomic space.

23   Q          And any time --

24               And do you remember the name of that

Shawn Levy, Ph.D.

Page 9

1    case, by the way?

2    A          I don't.  It was, gosh, twelve years

3    ago or so.

4    Q          I see.

5               Did that case go to trial?

6    A          Not that I'm aware of.

7    Q          Have you ever testified at trial?

8    A          I have not.

9    Q          Okay.  And other than that one patent

10   case you just described for us, were there other

11   depositions that you've given?

12   A          No.

13   Q          And I think, when you started to answer

14   the question in the beginning, you said "in a

15   setting like this."  Is there another time, in

16   your mind, where you've given testimony under

17   oath?

18   A          No, not under oath.  That's why I

19   was --

20               So I've had a number of meetings, all

21   limited to the patent space of mainly prior art

22   discussions, where there's been representatives

23   from both sides where we were having a

24   discussion.  But it wasn't a formal deposition

Shawn Levy, Ph.D.

Page 10

1    with a court reporter, under oath, et cetera.

2    Q        Understood.

3             So this would then be the second time

4    you've been deposed in a setting like this.

5    A        Correct.

6    Q        Is that fair?

7             Okay.  So a few ground rules that you

8    may already be familiar with from your prior

9    experience.  First, we'll try not to speak over

10   each other.  Is that fair?

11   A        That's fair.

12   Q        That way, our court reporter can get

13   down all my questions and all your answers.

14   Okay?

15   A        (Nods affirmatively.)

16   Q        If you don't understand a question of

17   mine, will you let me know?

18   A        I will.

19   Q        Okay.  Try to verbalize your answers,

20   too, so our court reporter can take them down.

21   Okay?

22   A        Understood.

23   Q        Okay.  If you need a break, let me

24   know, and we'll be happy to accommodate you.

Shawn Levy, Ph.D.

Page 11

1           Do you understand you're under oath

2    here today, same as if you were in a court of

3    law?

4    A        I do.

5    Q        Okay.  I am --

6             And, before we get started, Doctor, I

7    see you have a couple of items in front of you,

8    and I want to identify what we have for the

9    record.

10            To your right is an iPad that is

11   showing the realtime of my questions and your

12   answers.  Will you be using that to assist you in

13   your testimony here today?

14   A        Yes.

15   Q        Okay.  In front of you you have a

16   laptop computer.

17   A        (Nods affirmatively.)

18   Q        Will you be using that to assist you in

19   your testimony?

20   A        Yes.

21   Q        And tell me, is this your laptop?

22   A        It is not.

23   Q        Okay.  Whose laptop is it?

24   A        The -- the attorneys I've been working

Shawn Levy, Ph.D.

Page 12

1    with.

2    Q        Okay.  In front of you is the

3    plaintiffs' lawyer's laptop.  Is that right?

4    A        That's right.

5    Q        Okay.  And what is contained on the

6    plaintiffs' lawyer's laptop?

7    MS. O'DELL:

8            I think I'd probably be better to speak

9    to it.

10   MS. BROWN:

11           No, no.  Let's get it from the witness,

12   and then if you want to make a statement for the

13   record, of course.

14   Q        Let's -- let's get your understanding

15   of what's on this laptop in front of you.

16   A        Other than what's on the USB drive that

17   I've been using, I -- I don't have any knowledge

18   of what's on it.

19   Q        Okay.  Do you know what's on the USB

20   drive?

21   A        I do.

22   Q        What's that?

23   A        It's a collection of literature cited

24   in reliance literature list that -- from

Shawn Levy, Ph.D.

Page 13

1    my -- from my report.

2    Q        Did you put together the items that are

3    contained on the USB drive that you have in front

4    of you?

5    MS. O'DELL:

6            Object to the form.

7    A        Yes.

8    MS. BROWN:

9    Q        Is that your USB drive?

10   A        No.  I put together the list.

11           As far as who moved the files and

12   organized the files on the USB, that, I don't

13   know.

14   Q        Okay.  Are all of the files on that USB

15   drive documents that you considered in connection

16   with your opinion in this case?

17   A        They are.

18   Q        Any other materials in front of you

19   that you'll be using to assist you in your

20   testimony here today?

21   A        There's a -- I have a hard copy of my

22   report.

23   Q        Did you prepare that hard copy binder?

24   A        No.

Shawn Levy, Ph.D.

Page 14

1    Q        Who -- who did?

2    A        My -- the -- the attorneys I've been

3    working with.  So I -- they -- they provided the

4    printout and the nice binder that it's in.

5    Q        Okay.  Did you, Doctor, make any notes

6    on the report that you have in front of you?

7    A        No.

8    Q        Okay.  I'm gonna hand you what we have

9    marked as Exhibit 1 to your deposition, which is

10   a notice of your deposition.

11            (DEPOSITION EXHIBIT NUMBER 1

12            WAS MARKED FOR IDENTIFICATION.)

13   MS. BROWN:

14   Q        And I'll ask, is this something that

15   you have ever seen before?

16   A        Yes.

17   Q        When did you see it?

18   A        I'd have to review my email, but it was

19   some -- sometime ago, some weeks ago.

20   Q        Okay.  Have you brought any --

21            And you understand that this Notice of

22   Deposition that we've marked as Exhibit 1

23   requests that you bring certain documents with

24   you here today?

Shawn Levy, Ph.D.

Page 15

1    A        Yes.

2    Q        Okay.

3    MS. O'DELL:

4             Let me just insert for the record,

5    we've objected to certain requests contained in

6    the notice, and objections have been served, and

7    materials have been brought to this deposition

8    consistent with those objections.

9    MS. BROWN:

10            And we are in receipt of your

11   objections.

12   Q        And your counsel for the plaintiffs

13   represented that some materials have been brought

14   to the deposition.  Do you have any materials

15   with you responsive to this notice?

16   A        Well --

17   MS. O'DELL:

18            I'll provide to you invoices that are

19   responsive to the Notice, and there are materials

20   that Dr. Levy has seen since his report was

21   served, and -- and those are copies.

22   MS. BROWN:

23            Thank you, counsel.

24   Q        So, Doctor, let's start --

Shawn Levy, Ph.D.

Page 16

1              Thank you.

2              -- by marking these, and I'll ask you

3    some questions about what we have.

4              (DEPOSITION EXHIBIT NUMBER 3

5              WAS MARKED FOR IDENTIFICATION.)

6    MS. BROWN:

7    Q         I'll mark as Exhibit 3 to your

8    deposition two invoices counsel for plaintiffs

9    just handed me, one dated May 2nd, 2018, and the

10   other dated January 8th, 2019.  And we only have

11   one copy, so let me hand it to you and ask you,

12   are these invoices that you created, Doctor?

13   A         They are.

14   Q         Okay.  And I want to take that back for

15   one second.

16             Looks like the first entry on your

17   invoice is dated May 16th, 2017.  Does that sound

18   right to you?

19   A         That sounds right.

20   Q         When were you first approached about an

21   involvement in this case?

22   A         Earlier in 2017.

23   Q         Okay.  And who approached you?

24   A         Leigh and Jennifer.  I'd have to verify

Shawn Levy, Ph.D.

Page 17

1    in my email whom I may have heard from first.

2    Q        Okay.  And Leigh and Jennifer are

3    counsel for plaintiffs in this litigation; is

4    that right?

5    A        That's right.

6    Q        And did they -- had you known them

7    prior to receiving contact early in 2017 --

8    A        No.

9    Q        -- from plaintiffs' lawyers?

10   A        I -- I did not know them.

11   Q        Did they call you at your place of

12   business?

13   A        I believe the first contact was email.

14   But, ultimately, yes.

15   Q        Okay.  And was there any connection,

16   meaning did someone refer the plaintiffs' lawyers

17   to you, or do you know?

18   A        I don't know.

19   Q        Do you have any idea how the

20   plaintiffs' lawyers found you?

21   A        I do not.

22   Q        Okay.  It looks like, Doctor, that

23   these two invoices have a total of 33 hours.

24   Does that sound right to you?

Shawn Levy, Ph.D.

Page 18

1    A       It does.

2    Q       Looks like something's blacked out on

3    the second page of the invoices.  Do you know

4    what that is?

5    MS. O'DELL:

6            I'll just say that redactions were made

7    by counsel.  They referenced the subject matter

8    of conversations between Dr. Levy and counsel,

9    and those have been redacted because of work

10   product privilege.

11   MS. BROWN:

12           Okay.

13   Q       Is it fair, Doctor, that you've spent a

14   total of 33 hours forming your opinions in this

15   case?

16   A       That's fair.

17   Q       Okay.  Do you have any additional

18   invoices that you plan to submit to the lawyers

19   for the plaintiffs?

20   A       Yes.

21   Q       Okay.  And can you ballpark for me how

22   much additional time you've spent since the last

23   entry here, which appears to be December 12th,

24   2018?

Shawn Levy, Ph.D.

Page 19

1    A         There's probably another -- not

2    including this morning -- roughly 15 hours.

3              Okay.  I'll hand you, Doctor, what we

4    have marked as Exhibit 4 to your deposition.

5    This is another document counsel for the

6    plaintiffs just handed me.

7              (DEPOSITION EXHIBIT NUMBER 4

8              WAS MARKED FOR IDENTIFICATION.)

9    MS. BROWN:

10   Q         Would you identify that for the record,

11   please.

12   A         This is a printed copy from a website

13   from the government of Canada discussing their

14   draft screening assessment of talc.

15   Q         Okay.  Is that something you've seen

16   before today?

17   A         Yes.

18   Q         When did you see it first?

19   A         Sometime in December.

20   Q         Did the lawyers for plaintiffs give it

21   to you?

22   A         They did.

23   Q         Okay.  Your report in this case --

24             Can I have that back?

Shawn Levy, Ph.D.

Page 20

1           Your report in this case was served in

2     November of 2018; correct?

3     A         Correct.

4     Q         Fair to say, then, that Exhibit 4,

5     which you saw for the first time in December of

6     2018, did not inform the opinions contained in

7     your report?

8     A         That's correct.

9     Q         Okay.  Did the -- does Exhibit 4

10    contain any information regarding chronic

11    inflammation as the proposed mechanism of ovarian

12    cancer induced by talc?

13    A         I don't believe it does.  I'd have to

14    review -- take a look at it to be sure.

15    MS. O'DELL:

16            And if you need to look at it, I'm sure

17    counsel will hand it to you.

18    MS. BROWN:

19    Q         I'm handing you, Doctor --

20    MS. O'DELL:

21            Excuse me.  If you need to look at it

22    to answer that question, you may.

23    A         To be sure I'm accurate in my answer,

24    I'd like to take a look at that.

Shawn Levy, Ph.D.

Page 21

1    MS. BROWN:

2    Q         Sure.  Sitting here --

3              Hold on.

4              Sitting here today, you're not aware if

5    Exhibit 4 contains any information regarding the

6    proposed mechanism of chronic inflammation as a

7    cause for ovarian cancer?

8    MS. O'DELL:

9              Object to the question.

10             If you need to see the document,

11   Doctor, you may ask for it.

12   A         Yeah.  I'm not -- I'm not able to

13   answer it accurately without seeing the document.

14             (DEPOSITION EXHIBIT NUMBER 5

15             WAS MARKED FOR IDENTIFICATION.)

16   MS. BROWN:

17   Q         Okay.  Handing you what we've marked as

18   Exhibit 5, would you tell me what that is,

19   Doctor?

20   A         This is another document from the

21   government -- government of Canada discussing the

22   potential risk of lung effects and ovarian cancer

23   from talc.

24   Q         Is Exhibit 5 a final document, do you

Shawn Levy, Ph.D.

Page 22

1    know?

2    MS. O'DELL:

3            Object to the form.

4    A        Yeah.  That -- I don't -- I don't have

5    the information available to answer that

6    accurately.

7    MS. BROWN:

8    Q        Have you seen Exhibit 5 prior to this

9    morning?

10   A        I have.

11   Q        When did you first see Exhibit 5?

12   A        Similar in time to the earlier report

13   or this -- yes.  Similar in time to the

14   earlier -- to the same document from Exhibit 4.

15   Q        To the best of your recollection,

16   Doctor, you first saw Exhibit 5 after completing

17   your report in this matter; is that right?

18   A        That is right.

19   Q        Fair to say, then, that Exhibit 5 did

20   not inform the opinions contained in your MDL

21   report?

22   A        That's correct.

23   Q        Handing you, Doctor, what we've marked

24   as Exhibit 6 to your deposition, another document

Shawn Levy, Ph.D.

Page 23

1    counsel provided, counsel for plaintiffs provided

2    in response to your deposition notice.

3                (DEPOSITION EXHIBIT NUMBER 6

4                WAS MARKED FOR IDENTIFICATION.)

5    MS. BROWN:

6    Q         Would you identify for the record

7    Exhibit 6?

8    A         So this is a draft manuscript or

9    preprint manuscript that's been submitted for

10   peer review discussing the systematic review and

11   meta-analysis of the association between perineal

12   use of talc and risk of ovarian cancer.

13   Q         Had you seen Exhibit 6 prior to this

14   morning?

15   A         Yes.

16   Q         When did you first see Exhibit 6?

17   A         It was in December as well.

18   Q         Exhibit 6 did not inform your opinions

19   in this matter.  Fair?

20   A         They did not inform the content of the

21   report.

22   Q         Have you reviewed and analyzed Exhibit

23   6 since December?

24   A         I have.

Shawn Levy, Ph.D.

Page 24

1    Q         Does Exhibit 6 contain any information

2    regarding the proposed mechanism of chronic

3    inflammation?

4    A         It does in reference, I believe.  I'm

5    reminding myself if -- if it shared the same

6    materials that I had referenced in my report.

7              So, yes, it does.

8    Q         Are you looking at a particular page,

9    Doctor?

10   A         I am.

11   Q         And would you identify that for the

12   record.

13   A         I'm looking at page 23, beginning at

14   line 220.

15   Q         And what information does Exhibit 6 at

16   page 23 contain regarding chronic inflammation?

17   A         It discusses inflammation of the

18   epithelial ovarian surfaces in animal models and

19   provides two different references.

20   Q         And were those references information

21   you considered in forming your opinions in this

22   case?

23   A         Let me make sure of that.

24              Yes.

Shawn Levy, Ph.D.

Page 25

1    Q          And would you state what they are for

2    the record, please?

3    A          One reference is T.C. Hamilton, et al.,

4    The British Journal of Experimental Pathology,

5    from 1984.

6              And the other reference is "The

7    Pathology of Ovarian" -- "The Pathology of

8    Ovarian Cancer Precursors," which is a review of

9    R.E. Scully in the Journal of Cellular

10   Biochemistry, and that is a supplement from 1995.

11   The latter is not referenced in my report.

12   Q          Have you reviewed the Scully paper in

13   connection with your opinions in this matter?

14   A          Not specifically, no.

15   Q          You have, however, reviewed the

16   Hamilton paper?

17   A          Yes.

18   Q          You would agree that the Hamilton paper

19   does not show inflammation leading to neoplastic

20   changes in animals?

21   MS. O'DELL:

22             Object to the form.

23   A          I'd have to see the manu- -- or the

24   manuscript to answer your specific question

Shawn Levy, Ph.D.

Page 26

1    regarding neoplasm.

2    MS. BROWN:

3    Q        Does the Hamilton paper support your

4    view that chronic inflammation is a plausible

5    mechanism for talc-induced ovarian cancer?

6    A        It supports my opinion that

7    inflammation is a component in the progression to

8    ovarian cancer.

9    Q        Is it your testimony that the Hamilton

10   paper supports your opinion that chronic

11   inflammation leads to neoplastic changes?

12   A        No, not necessarily.

13   Q        Okay.  Tell me how it is that the

14   Hamilton paper supports your opinion that chronic

15   inflammation can cause ovarian cancer.

16   A        Well, the -- so my opinion regarding --

17   that the role of inflammation in ovarian cancer

18   is not based on a single study, particularly one

19   that is now approaching or is now over 30 years

20   old.

21   Q        Okay.  Does --

22   A        So it's a -- I reviewed the -- that

23   paper as well as a large number or the totality

24   of the available evidence stretching across many

Shawn Levy, Ph.D.

Page 27

1    years to develop the opinion that's represented

2    in my report.

3    Q         Sure.

4    A         And to that opinion is -- no one study

5    or one singular piece of information is the basis

6    of that opinion.

7    Q         Okay.  But, you know, having reviewed

8    Hamilton, that what Hamilton shows is that the

9    inflammation they saw in the animals was not

10   associated with neoplastic changes.  Right?

11   MS. O'DELL:

12             Excuse me.

13             Doctor, if you'd like to -- to pull up

14   Hamilton, you may do that.

15   MS. BROWN:

16   Q         And we'll certainly give you time to do

17   that, Doctor.

18             Sitting here today, do you recall that

19   to be the conclusion of Hamilton?

20   MS. O'DELL:

21             Object to the form.

22             You don't -- if you need to see the --

23   MS. BROWN:

24             Counsel --

Shawn Levy, Ph.D.

Page 28

1    MS. O'DELL:

2              -- paper in order to answer the

3    question --

4    MS. BROWN:

5              Counsel --

6    MS. O'DELL:

7              -- you may do that.

8    MS. BROWN:

9              Counsel, he is absolutely entitled to

10   get the paper.  We're going to do that.

11   Q        Sitting here today, do you recall --

12   MS. O'DELL:

13             But he is not --

14   MS. BROWN:

15             It's a fair question.

16   MS. O'DELL:

17             Is it not a fair question.

18   MS. BROWN:

19             I'm not gonna --

20   MS. O'DELL:

21             He's asking --

22   MS. BROWN:

23             -- do this with you.

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 29

1          Yes, you are.  If he's asked to see the

2     paper, he gets to look at the paper.  Because

3     this is not a situation where you can say, "Oh,

4     I'll show it to you later," ask all these

5     questions, try to get him to answer when he said

6     I want to see the paper and review it.  That's

7     the way this works.

8     MS. BROWN:

9     Q          Dr. Levy, can you answer the question

10    without looking at the paper?

11    MS. O'DELL:

12          Would you repeat the question just to

13    make sure we've got it?

14    MS. BROWN:

15          Yes.  Would you please keep your

16    objections to form in accordance with the federal

17    rules?

18    MS. O'DELL:

19          My objections have been in accordance

20    with the federal rules.

21    MS. BROWN:

22    Q          Dr. Levy, my question to you was

23    whether the Hamilton paper, the findings of the

24    Hamilton paper show that chronic inflammation led

Shawn Levy, Ph.D.

Page 30

1    to neoplastic changes.  Do you recall that

2    question?

3    A        I do recall the question.

4    Q        Can you answer that question without

5    looking at the paper?

6    A        I would need to look at the paper to

7    accurately answer your question.

8    Q        Absolutely.  Do you have a copy on your

9    computer?

10   A        I do.

11   Q        Okay.  We'll mark it, so we're all on

12   the same page, as Exhibit 7.

13            (DEPOSITION EXHIBIT NUMBER 7

14            WAS MARKED FOR IDENTIFICATION.)

15   MS. BROWN:

16   Q        Here's a hard copy, Doctor, if that

17   assists you.

18            Doctor, looking at the Hamilton article

19   that you have in front of you, does that refresh

20   you that the authors found no association between

21   the talc-induced changes and neoplasm?

22   A        No.  Their -- their conclusions were

23   that the talc-induced changes -- specifically

24   fibrosis and the papillary changes -- did not

Shawn Levy, Ph.D.

Page 31

1    appear to be a reaction to talc, but they -- I

2    don't see the specific inclusion that you asked

3    in the question regarding neoplasm.

4    Q        I'm looking at page 103, Doctor, the

5    first full paragraph that begins "no evidence."

6             You with me?

7    A        One moment.  "No evidence of cellular,"

8    that paragraph?

9    Q        Yes.

10            And, for the record, that paragraph

11   reads, "No evidence of cellular atypia or mitotic

12   activity was seen in the nonpapillary areas of

13   the surface epithelium of the injected ovaries

14   and in no ovary was there any evidence of frank

15   neoplasia."

16            Correct?

17   A        It does read that way, yes.

18   Q        And that was a conclusion of the

19   Hamilton article.  Correct?

20   MS. O'DELL:

21            Object to the form.

22   A        That was an observation of the Hamilton

23   article.

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 32

1    Q        The Hamilton article does not support

2    the theory that chronic inflammation leads to

3    neoplastic changes in the ovary.  Fair?

4    MS. O'DELL:

5             Object to the form.

6    A        The Hamilton article looked at an

7    interval of one month, eighteen months, in a rat

8    model.  And, so, in the constraints of that

9    particular experimental design and given the

10   state of the art of the technology at the time,

11   the authors did not conclude of a significant

12   progression of ovarian cancer.  But there's

13   clearly limitations in both their experimental

14   design and time course of the study to draw wide

15   conclusions.

16   MS. BROWN:

17   Q        The conclusions of the Hamilton

18   article, Dr. Levy, do not support the hypothesis

19   that chronic inflammation from talcum powder

20   causes ovarian cancer.  Would you agree?

21   A        I would not.

22   Q        The authors did not find that the

23   inflammation seen in Hamilton led to neoplastic

24   changes.  True?

Shawn Levy, Ph.D.

Page 33

 1    A         The authors did not report observing

 2    neoplastic change over the time course of the

 3    given study.

 4    Q         Doctor, I'm handing you the report that

 5    you've served in this case, which we'll mark as

 6    Exhibit 2.

 7              (DEPOSITION EXHIBIT NUMBER 2

 8              WAS MARKED FOR IDENTIFICATION.)

 9    MS. BROWN:

10    Q         And I'd like you to -- I'd like to

11    direct you to page 14.  I'd like to direct your

12    attention to the last paragraph of -- the last

13    sentence -- excuse me -- of the second full

14    paragraph that begins "additional studies."

15              Do you see that sentence, Doctor?

16    A         What's the beginning of that paragraph

17    so I make sure I'm looking at the right one?

18    Q         Sure.  I'd like to direct you on page

19    14 of your report to the second full paragraph

20    that begins "In addition to epidemiologic

21    evidence."

22              Do you see that?

23    A         I do.

24    Q         The last paragraph, or the last

Shawn Levy, Ph.D.

Page 34

1    sentence of that paragraph in your report reads,

2    "Additional studies have also shown the effects

3    of talc on the immune response."

4                Do you see that sentence?

5    A        I do.

6    Q        And you cite the Hamilton article for

7    that proposition that we were just reviewing?

8    A        Uh-huh.

9    Q        True?

10   A        True.

11   Q        And the talc effects on the immune

12   response that were shown in Hamilton were not

13   effects that the authors observed led to

14   neoplastic changes.  Correct?

15   MS. O'DELL:

16               Object to the form.

17   A        I'm sorry.  I'm not sure I understand

18   your question.

19   MS. BROWN:

20   Q        Sure.

21   A        Are you asking, if I could clarify, are

22   you -- are you asking if Hamilton is an

23   appropriate reference for the effects of talc on

24   the immune response or are you asking if

Shawn Levy, Ph.D.

Page 35

1    Hamilton's an appropriate reference for something
2    else?
3    Q        In your report, you state that studies,
4    such as Hamilton, have shown effects of talc on
5    the immune response.  Correct?
6    A        That is correct.
7    Q        And you said Hamilton as one of the
8    articles that supports that proposition.  True?
9    A        Of the immune response, that's true.
10   Q        Okay.  The immune response that was
11   observed in Hamilton was not an immune response
12   that led to cancer.  Right?
13   A        As -- as I stated earlier, on the time
14   course of the Hamilton study, the authors did not
15   report specifically to neoplastic change in the
16   rat or conclude or make that conclusion, nor did
17   they conclude that that was not a possibility
18   either.
19   Q        And on page 14 of your report you have
20   two additional cites for that proposition;
21   correct?
22   A        Correct.
23   Q        And you know, Doctor, that neither of
24   those cites, Keskin or NTP, support the

Shawn Levy, Ph.D.

Page 36

1    hypothesis that chronic inflammation leads to

2    cancer in animals.  Right?

3    A         The --

4    MS. O'DELL:

5              Object to the form.

6    A         The -- those two references were not

7    included in the report to provide the opinion or

8    conclusions that you just described.

9    MS. BROWN:

10   Q         Because you know, Doctor, that there's

11   not a single animal study that shows that talc

12   causes changes in animals that leads to cancer;

13   right?

14   MS. O'DELL:

15             Object to the form.

16   A         Could you -- could you phrase that

17   question again?  Sorry.

18   MS. BROWN:

19   Q         There is not a single animal study,

20   Doctor, that supports the opinion that chronic

21   inflammation caused by talc causes ovarian

22   cancer.  Is that correct?

23   MS. O'DELL:

24             Object to the form.

Shawn Levy, Ph.D.

Page 37

1    A          In my review of the literature, there
2    are a number of animal studies that support the
3    opinions in the report regarding the biological
4    plausibility of talc leading to or contributing
5    to neoplastic change.
6    MS. BROWN:
7    Q          Are you aware of any animal studies,
8    Doctor, that show talc causing chronic
9    inflammation in animals that leads to neoplastic
10   or cancerous changes in the animals?
11   MS. O'DELL:
12              Object to the form.  Compound.
13   A          There is one 1971 study that I'm aware
14   of.  I would have to review to remember the
15   author.  That was an earlier seminal -- or a
16   earlier study that described the role of talcum
17   powder and the inflammatory change within the
18   ovary.
19   MS. BROWN:
20   Q          Who's the author of that study, Doctor?
21   A          I'm trying to think of where I have
22   that reference.
23   Q          Why don't we put that to the side and
24   at a break we'll see if we can find that article

Shawn Levy, Ph.D.

Page 38

1    and then we can take a look at it.  Okay?

2    A        Uh-huh.

3    Q        Okay.  Getting back, then, Doctor, to

4    what we had marked as Exhibit 6, which is the

5    Taher paper, fair to say you reviewed that paper

6    after your report was submitted in this case?

7    A        Yes.

8    Q        Okay.  And did you notice throughout

9    Taher's paper he makes reference to a number of

10   supplemental materials?

11   A        Not specifically.

12   Q        Are you in receipt from plaintiffs'

13   counsel of those supplemental materials?

14   A        I'd have to -- you'd have to give me a

15   specific example, and I would be able to answer

16   you.

17   Q        So, throughout the paper, the authors

18   make reference to a set of supplemental materials

19   that support their opinions.  Do you recall that?

20   A        I certainly recall the reference

21   materials to support their opinion.  Whether they

22   were supplemental or otherwise, that doesn't

23   stand out to me.

24   Q        Okay.  And I'm not trying to be tricky.

Shawn Levy, Ph.D.

Page 39

1    I just want to know if you have those materials,

2    and, if so, I'm gonna request production of them.

3    A          No.  I -- I -- I don't believe that I

4    have the full list of reference -- of literature

5    cited from that -- from this paper --

6    Q          Okay.

7    A          -- now --

8    Q          Now, Taher --

9    A          -- but I'd have to check.

10    Q          Sorry.

11            The Taher paper did not inform your --

12    the opinions contained in your report dated

13    November of 2018; correct?

14    A          Correct, as written.

15    Q          Okay.  Are there any additional

16    documents that either you or your counsel have

17    brought with you here today in response to

18    Exhibit 1, the Notice of Deposition?

19    A          So I'm not sure how to answer that

20    accurately, but I would say there's a -- I've

21    been provided with -- since the completion of my

22    report, I've been provided with reports from

23    other experts in the -- in the case.

24    Q          Okay.

Shawn Levy, Ph.D.

Page 40

1    A          And I have those on the -- available

2    electronically.

3    Q          Okay.  Were you provided with completed

4    versions of all the plaintiff experts in the MDL

5    proceeding?

6    A          I can't speak to whether it was all,

7    but I have been provided with several.

8    Q          Will you list for me the expert reports

9    you've been provided with?

10   A          Sure.

11   Q          Thank you.

12   A          There are four on -- on this drive,

13   three -- I'm sorry.  Two.  Crowley and Longo.

14   Q          Two reports from Dr. Crowley and two

15   reports from Dr. Longo?

16   MS. O'DELL:

17             I don't think that's what he said.

18   A          No.  I think there are two, two expert

19   reports, one from Dr. Crowley and one from

20   Dr. Longo.

21   MS. BROWN:

22   Q          Okay.  And the date of the Crowley

23   report, please?

24   A          The -- according to the file, the

Shawn Levy, Ph.D.

Page 41

1  date -- the modified date is November 28, 2018.

2  Q        And --

3  A        Whether that was the written date, I --

4  I don't know.

5  Q        And the Longo report, do you know the

6  date of that?

7  A        It is listed as August 2nd, 2017, in

8  the title.  And then there's a -- sorry.  There's

9  a second Longo report, 2018, which has a

10 November 28, 2018, date.  So my -- my apologies.

11 To correct, there are two expert reports from

12 Dr. Longo.

13 Q        Got it.

14 MS. O'DELL:

15          So when you were talking about --

16 MS. BROWN:

17          Counsel, no.  Huh-uh.  No.  We -- I'm

18 gonna ask questions, and he's gonna answer.  We

19 are not going to have you testify.  You are not

20 to testify about the expert reports.

21 MS. O'DELL:

22          I'm not gonna --

23          You asked him what the date of the

24 report was.

Shawn Levy, Ph.D.

Page 42

1    MS. BROWN:

2            He -- then he will answer, counsel.

3    You can't testify.

4    MS. O'DELL:

5            He gave you the date of the file -- the

6    file date --

7    MS. BROWN:

8            That's fine.

9    MS. O'DELL:

10           -- not the date --

11   MS. BROWN:

12           On redirect, you are welcome to clean

13   up whatever you need to.  But we're not gonna

14   have your testimony on the record about dates of

15   expert reports.

16   A        So, looking at the report itself, the

17   date of the Longo report is November 14th, 2018.

18   MS. BROWN:

19   Q        And were you provided --

20   A        The -- would you like the date of the

21   earlier report?

22   Q        That would be terrific.

23   A        It's August 2nd, 2017.

24   Q        Great.

Shawn Levy, Ph.D.

Page 43

1            Were you provided the two Longo reports

2    and the Dr. Crowley report by plaintiffs'

3    counsel?

4    A        Yes.

5    Q        Do you recall when?

6    A        Not specifically.  It was, obviously,

7    by their date, sometime after their completion.

8    So the Crowley report and the later 2018 Longo

9    report were sometime in November or December

10   2018.

11           There's -- I've also had an opportunity

12   to review a number of -- several other expert

13   reports which are not with me today.

14   Q        Do you have a listing of the additional

15   expert reports you were provided with?

16   A        I'd have to -- I could certainly -- I'd

17   have to provide it.  I don't, off the top of my

18   head, recall all of them.  There was probably

19   approximately a dozen.

20   Q        Were all of the plaintiff expert

21   reports sent to you at once?

22   MS. O'DELL:

23           Object to the form.

24   A        I'm not -- I'm not certain.

Shawn Levy, Ph.D.

Page 44

 1    MS. BROWN:

 2    Q        How did you receive them?  Was it email

 3    or hard copy?

 4    A        Neither.  They were made available

 5    through a shared storage.

 6    Q        And would you have received an email

 7    alerting you to their existence on a shared file?

 8    MS. O'DELL:

 9             Dr. Levy, communications between

10    counsel are -- are subject to the work product

11    privilege.

12             So to the degree you're asking him to

13    convey what was in a communication, then I'll

14    object to that and instruct you not to discuss

15    communications between counsel.

16    MS. BROWN:

17    Q        Which the question does not ask for,

18    Doctor.

19    MS. O'DELL:

20             I believe it does.

21    MS. BROWN:

22    Q        Here's what I want to know.  Did you

23    rely on any other expert reports in forming your

24    opinions in this case?

Shawn Levy, Ph.D.

Page 45

1   A          To -- to my -- the content of my

2   report, no.

3   Q          Did you receive the Crowley and two

4   Longo reports after you had already completed

5   your report in this case?

6   MS. O'DELL:

7              Object to the form.

8   A          No.  There was -- if I recall -- and

9   the -- at least the earlier Longo report -- and

10  I'd have to review the specifics -- at least the

11  earlier Longo report was reviewed and was

12  included in the content in the report.

13             And I would have to -- since the later

14  Longo report and then the final version of this

15  report were quite close together, I don't recall

16  if they overlapped or not.  I'd have to review

17  the -- which references I used in here, which

18  will just take a moment.

19             So, yes, the -- I did include both

20  Longo reports.

21  Q          The second Longo report was finalized

22  two days prior to your report.  Is that right?

23  A          Finalized, yes.

24  Q          Did you see a draft of Longo's 2018

Shawn Levy, Ph.D.

Page 46

1    report?

2    A          Yes.  And the --

3    Q          And did you --

4    A          And as to when I saw the draft, I

5    believe it was -- and it was sometime in the fall

6    and/or when reports were being revised and

7    expanded as more literature became available.

8    Q          Prior to Longo finalizing and signing

9    his expert report in the MDL, you had access to a

10   draft of that report; is that right?

11   MS. O'DELL:

12              Object to the form.

13   A          I can't speak to -- to that accurately.

14   MS. BROWN:

15   Q          I thought you just testified you saw a

16   version of the Longo 2018 report that was not

17   final.  Is that correct?

18   MS. O'DELL:

19              Object to the form.

20   A          I'd have to -- I'd have to review

21   my -- the -- the literature that I used for the

22   report to accurately answer your question.

23   MS. BROWN:

24   Q          Well, your report doesn't say a draft,

Shawn Levy, Ph.D.

Page 47

1    and I'm wondering if you ever saw a non-finalized

2    copy of the Longo report.

3    A          I didn't have an opportunity to compare

4    the finalized Longo report to a -- what may be a

5    draft or not to accurately answer your question

6    if I saw a draft that was substantially different

7    than what's referenced as the final.

8    Q          There were two days between Longo

9    serving his report and you serving your report.

10   Does that help orient you as to whether you saw a

11   draft or you saw the final version?

12   A          Certainly possible I saw the final

13   version.

14   Q          How many hours did you spend on your

15   report in this case, Doctor?

16   A          The initial draft of the report?  The

17   initial writing of the report?

18   Q          In total, how many hours did you spend

19   writing your report?

20   A          It was 20 hours initially, and then it

21   would be -- it would be difficult to provide an

22   accurate answer for the rest of that.  I would

23   say an additional few hours that I counted as

24   revision.

Shawn Levy, Ph.D.

Page 48

1    Q         Did you type the expert report that

2    we've marked as Exhibit 2 yourself?

3    A         I did.

4    Q         Did you write all contents of Exhibit 2

5    yourself?

6    A         I did.

7    Q         Were there parts of your report that

8    you lifted from other published articles?

9    MS. O'DELL:

10             Object to the form.

11   A         Could you describe "lifted"?

12   MS. BROWN:

13   Q         Did you take the words of other authors

14   and put them in your expert report as Exhibit 2?

15   MS. O'DELL:

16             Object to the form.

17   A         No.  My -- my -- so my report is a

18   review of the available literature at the time

19   that the report was being developed.  So, as

20   such, it describes that -- that literature.

21             As far as did I specifically copy words

22   from other reports, no.

23   MS. BROWN:

24   Q         Did you work with another plaintiff

Shawn Levy, Ph.D.

Page 49

1    expert on the report that we've marked as

2    Exhibit 2?

3    A        I did not.

4    Q        Do you know who Dr. Zelikoff is?

5    A        The name's not familiar to me.

6    Q        Did you review a draft of

7    Dr. Zelikoff's report before submitting your own?

8    A        I did not.

9    Q        Do you think that --

10   A        Not that I'm aware of.

11   Q        Do you have any explanation as to why a

12   paragraph in your report is the same as a

13   paragraph in Dr. Zelikoff's report?

14   MS. O'DELL:

15            Object to the form.

16   A        I -- without knowing -- without seeing

17   the paragraph in both reports would be -- I can't

18   comment.

19   MS. BROWN:

20   Q        Let's mark as Exhibit 8 the expert

21   report of Dr. Judith Zelikoff, Ph.D.

22            (DEPOSITION EXHIBIT NUMBER 8

23            WAS MARKED FOR IDENTIFICATION.)

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 50

1    Q        Is this something you've seen --

2             Oh, sorry.  Can I --

3             It's okay, actually.  It will flag it

4    for you?

5             Is this a report that you've seen

6    before, Doctor?

7    A         I'll have to see it before I answer.

8    Q         I'm handing you what we've marked as

9    Exhibit 8, which is the expert report of

10   Dr. Judith Zelikoff.  Is this one of the reports

11   that you reviewed prior -- you reviewed at all?

12   A         I would have -- I would actually have

13   to review my -- the literature that I reviewed

14   in -- the totality of the literature that I

15   reviewed, which I could answer that after a

16   break, if necessary.  But I don't recall,

17   specifically recall, this report under

18   Dr. Zelikoff's name.  But it is certainly

19   possible that I may have seen...

20   Q         Let's look at page 5 of your report,

21   Doctor.

22   A         Okay.

23   Q         And why don't you put that side by side

24   with page 20 of Dr. Zelikoff's report.  And the

Shawn Levy, Ph.D.

Page 51

1    paragraph in Dr. Zelikoff's report that I want to

2    direct you to is the first full paragraph on

3    page 20 that begins "Genetic mutations."

4              Do you see that?

5    A         I do.

6    Q         And the paragraph of your report I want

7    to direct you to is the paragraph on page 5 that

8    begins "Both inherited."

9              Do you see that?

10   A         I do.

11   Q         Okay.  The first sentence of that

12   paragraph in your report reads, "Both inherited

13   and acquired gene -- and acquired gene mutations

14   work together to cause cancer."

15             Do you see that?

16   A         I do.

17   Q         The third sentence of the paragraph I

18   directed you to in Dr. Zelikoff's report is

19   identical and reads, "Both inherited and acquired

20   gene mutations work together to cause cancer."

21             Do you see that?

22   A         I do.

23   Q         Those two sentences are exactly the

24   same, are they not?

Shawn Levy, Ph.D.

Page 52

1    A          They are --

2    Q          The next sentence --

3    A          Just one moment, please.  I'm just

4    making sure.  Your question was are they exactly

5    the same, and I'm just confirming if they're

6    exactly the same.

7              So, yes, I agree they're exactly the

8    same.

9    Q          You have reviewed them and satisfied

10   yourself that that -- those two sentences are

11   exactly the same; correct?

12   MS. O'DELL:

13              Object to the form.

14   A          There's a single sentence in each

15   report that is exactly the same.  But important

16   to comment that this single sentence is a -- is a

17   basic biological premise of cancer, and, so,

18   there's no surprise that two expert witnesses

19   offering opinions on the role of -- or the

20   biological plausibility or mechanisms of

21   development of cancer would introduce a

22   fundamental premise in the same manner.

23   MS. BROWN:

24   Q          No surprise that you experts would have

Shawn Levy, Ph.D.

Page 53

1   one sentence that's the same?  Is that what

2   you're saying?

3   MS. O'DELL:

4             Objection.  That's not what he said.

5   Misrepresents his testimony.

6   A         I'm saying that both would -- both

7   reports detail a fundamental aspect as they

8   would -- based on the current understanding of

9   the -- that both inherited and acquired gene

10  mutations work in concert to cause cancer.

11  MS. BROWN:

12  Q         Look at the next sentence on page 20 of

13  Dr. Zelikoff's report.  It reads as follows:

14  "Even if one has inherited a genetic mutation

15  that predisposes one to cancer," comma, "that

16  doesn't mean he or she is certain to get cancer."

17            Did I read that correctly?

18  A         You did.

19  Q         And let's go back to page 5 of your

20  report.  Skip ahead, if you would -- one, two,

21  three -- four sentences to where you were and

22  find the sentence that begins "Even."

23            Are you with me?

24  A         I am.

Page 54

1    Q         And your report at page 5 reads, "Even

2    if one has inherited a genetic mutation that

3    predisposes one to cancer," comma, "that doesn't

4    mean he or she is certain to get cancer."

5              Did I read that correctly?

6    A         You did.

7    Q         That's the exact same sentence we just

8    read in Dr. Zelikoff's report; correct?

9    A         It is.

10   Q         So now we have two sentences that are

11   exactly the same in your report and

12   Dr. Zelikoff's report.  Correct?

13   MS. O'DELL:

14             Object to the form.

15   A         You have two sentences that are written

16   the same but certainly not in precisely the same

17   context or organization in the total report.

18   MS. BROWN:

19   Q         We have two sentences that are

20   word-for-word identical in two of the plaintiffs'

21   expert reports in this litigation.  Is that fair?

22   MS. O'DELL:

23             Objection.  Asked and answered.

24   A         So reading your earlier question, you

Shawn Levy, Ph.D.

Page 55

1    asked, "Is that the same exact sentence we just

2    read in Dr. Zelikoff's report; correct?"  And my

3    answer was "It is."  And it remains the same.

4    Q        Let's keep going.

5             Next sentence, at page 20 in

6    Dr. Zelikoff's report, states as follows:

7    "Rather," comma, "one or more additional gene

8    mutations may be needed to cause cancer."

9             Did I read that correctly?

10   A        You did.

11   Q        Let's go back to page 4 -- excuse me --

12   page 5 of your report where we just were.  And

13   you write:  "Rather," comma, "one or more

14   additional gene mutations may be needed to cause

15   cancer."  Correct?

16   A        Correct.

17   Q        That is the identical sentence from

18   Dr. Zelikoff's report.  Correct?

19   A        Starting with "Rather, one or more

20   additional gene mutations may be needed to cause

21   cancer."

22            Yes, correct.

23   Q        So we now have identified three

24   sentences in Dr. Zelikoff's report that are

Shawn Levy, Ph.D.

Page 56

1    identical to your report; correct?

2    A        We have.

3    Q        Do you have any explanation for why

4    that would be?

5    A        I do.

6    Q        What's that?

7    A        That these -- each of these sentences

8    are describing basic introductory information

9    around the relationship between cancer and

10   genetic mutation.

11   Q        And each of you described it with the

12   exact same words?

13   A        Apparently so.

14   Q        Let's keep going.

15            Page 20 of Dr. Zelikoff's report,

16   picking up where we left off, Dr. Zelikoff

17   writes:  "The inherited gene mutation could

18   instead make one more likely to develop cancer

19   when exposed to certain cancer-causing

20   substances."

21            Do you see that?

22   A        I do.

23   Q        And let's go back to where we were in

24   your report, on page 5.  "The inherited gene

Shawn Levy, Ph.D.

Page 57

1    mutation could instead make one more likely to

2    develop cancer when exposed to a certain

3    cancer-causing substance."

4              Do you see that?

5    A         I do.

6    Q         And other than the tense in that last

7    sentence, they, too, are identical.  Correct?

8    A         So they're -- they're certainly similar

9    sentences, but that -- I believe the tense is an

10   important difference between them.

11             Again, as I stated, that these are

12   introductory and fundamental perspectives on

13   cancer and that, in this case, two expert

14   witnesses have summarized those things in a

15   similar fashion.

16   Q         It doesn't strike you as odd that four

17   sentences are identical from two expert reports?

18   MS. O'DELL:

19             Object to the form.

20   A         Four sentences are not identical.

21   MS. BROWN:

22   Q         There's one small change in a tense.

23   That's it.  Right, Doctor?

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 58

1              Object to the form.

2    A         There -- there are -- there are three

3    sentences which are, when considered

4    individually, they are the same words.  When you

5    consider the -- now the group of those four

6    sentences together between the two reports, they

7    are clearly different organization with

8    significantly more information between those

9    identical sentences in one or the other.

10             So the suggestion that they were -- one

11   report was copied into the other, I would say it

12   is equally interesting that they are more

13   different than they are alike, other than the

14   wording of three sentences.

15   MS. BROWN:

16   Q         Did someone other than you write the

17   sentences we've just been looking at in your

18   report?

19   A         No.

20   Q         Did you consult the Mayo Clinic's

21   website in connection with writing your report?

22   A         I don't believe so.

23   Q         Do you consider the Mayo Clinic's

24   website to be authoritative -- an authoritative

Shawn Levy, Ph.D.

Page 59

1    source, in your view?

2    MS. O'DELL:

3            Object to the form.

4    A        I have no basis for that opinion.  I --

5    I haven't reviewed the Mayo Clinic website to

6    determine that.

7            (DEPOSITION EXHIBIT NUMBER 9

8            WAS MARKED FOR IDENTIFICATION.)

9    MS. BROWN:

10   Q        Handing you, Doctor, what we've marked

11   as Exhibit 9 to your deposition, which is a

12   printout from the Mayo Clinic website entitled

13   "Cancer."

14   A        Uh-huh.

15   Q        I'll hand it to you.  And let me know

16   if this is something that you've ever seen

17   before.

18   A        Not that I recall.

19   Q        Did you take any language from the Mayo

20   Clinic website to use in your report?

21   A        No.

22   Q        Let's take a -- I want you to put the

23   Mayo Clinic, which we've marked as Exhibit 9 --

24   A        Uh-huh.

Shawn Levy, Ph.D.

Page 60

1    Q        -- next to your report, which remains

2    Exhibit 2.  And I will direct you to the second

3    page of the Mayo Clinic printout, the section

4    titled "Causes."

5            Are you with me?

6    A        Second page.

7    Q        Double-sided.  Flip it over.

8    A        Yes.

9    Q        Okay.  And I'll direct you to page 3 of

10   your report entitled "The Role of Gene Mutations

11   in the Development of Cancer."

12   A        Uh-huh.

13   Q        Starting with Exhibit 9, the Mayo

14   Clinic website, under a section entitled

15   "Causes," the Mayo Clinic writes, "Cancer is

16   caused by changes" -- parentheses --

17   "(mutations) to the DNA within cells."

18           Do you see that?

19   A        I do.

20   Q        And, looking at page 3 of your report,

21   Doctor, that same sentence or sentence fragment

22   appears in the first sentence:  "Cancer is caused

23   by changes" -- parentheses -- "(mutations) to the

24   DNA within cells."

Shawn Levy, Ph.D.

Page 61

1            Correct?

2    MS. O'DELL:

3            Object to the form.

4    A        Say your question again.  Are you

5    asking --

6    MS. BROWN:

7    Q        It's the same; right, Doctor?

8    MS. O'DELL:

9            Object to the form.

10   A        There are eight words or ten words that

11   are the same in this first sentence, again, both

12   describing some of the fundamental premise of

13   cancer and its -- in its description.

14   MS. BROWN:

15   Q        Let's go to the second sentence in the

16   Mayo Clinic website, which reads, "The DNA inside

17   a cell is packaged into a large number of

18   individual genes, each of which contains a set of

19   instructions telling the cell what functions to

20   perform," comma, "as well as how to grow and

21   divide."

22            Do you see that?

23   A        I do.

24   Q        And a nearly identical version of that

Shawn Levy, Ph.D.

Page 62

1    sentence appears in your report at page 3 where

2    you state, "The DNA that makes up our genetic

3    code is organized into a large number of

4    individual genes, each of which contains a

5    specific subset of instructions telling the cell

6    what functions to perform," comma, "as well as

7    how to grow and divide."

8              Do you see that?

9    A        I do.

10   Q        Do you notice that nearly all the words

11   are the same as the Mayo Clinic's?

12   MS. O'DELL:

13             Objection to form.

14   A        I, again -- we -- we have another

15   example of similar language describing

16   introductory and fundamental aspects surrounding

17   the basics of cancer biology.

18   MS. BROWN:

19   Q        Back to the Mayo Clinic next sentence.

20   Quote:  "Errors in the instructions can cause the

21   cell to stop its normal function and may allow a

22   cell to become cancerous."

23             Do you see that?

24   A        I do.

Shawn Levy, Ph.D.

Page 63

```
1    Q          Back to your report at page 3.  An

2    identical sentence:  "Errors in the instruction

3    can cause the cell to stop its normal function

4    and may allow a cell to become cancerous."

5               Do you see that?

6    A          I do.

7    Q          Does that strike you as strange?

8    MS. O'DELL:

9               Object to the form.

10   A          Strange in what way?

11   MS. BROWN:

12   Q          That your expert report in this

13   litigation contains identical sentences to the

14   Mayo Clinic's website.

15   MS. O'DELL:

16              Objection.  Misstates the report.

17   A          I -- I don't find it surprising in the

18   least.

19   MS. BROWN:

20   Q          Let's turn to page 4 of your report,

21   please.  And I'll direct you to the final bullet

22   on the same page of the Mayo Clinic website you

23   were just looking at.  The section of your report

24   on page 4 I'd like to direct you to is the
```

Shawn Levy, Ph.D.

Page 64

1    subparagraph titled "Loss of DNA Repair."

2              Are you with me?

3    A       Yes.

4    Q       I'm gonna read you two sentences from

5    the Mayo Clinic.  Tell me if I read them

6    correctly.

7              "DNA repair genes look for errors in a

8    cell's DNA and make corrections.  A mutation in a

9    DNA repair gene may mean that other errors aren't

10   corrected, leading cells to become cancerous."

11             Do you see those two sentences, Doctor?

12   A       I do.

13   Q       Those are two sentences written by the

14   folks who produce the Mayo Clinic's website;

15   correct?

16   A       I -- I have no knowledge of who wrote

17   that.

18   Q       The same two sentences appear in your

19   report on page 4.  Quote:  "DNA repair genes look

20   for errors in a cell's DNA and make corrections.

21   A mutation in a DNA repair gene may mean that

22   other errors aren't corrected, leading cells to

23   become cancerous."

24             Do you see that?

Shawn Levy, Ph.D.

Page 65

1    A         I do.

2    Q         Those two sentences are identical in

3    the Mayo Clinic's website and your report.  True?

4    MS. O'DELL:

5              Object to the form.

6    A         Again, we have fund- -- basic

7    information that provides an introductory

8    description of the basics of cancer which is used

9    as -- as an inform- -- informatory foundation for

10   latter opinions in the report but is not germane

11   to the -- to the opinion in my report.

12             And, again, as stated before, that

13   succinct fundamental information regarding cancer

14   biology in two sources that state things

15   succinctly and clearly in layman's language

16   are -- are similar or even identical, again, does

17   not surprise me.

18   MS. BROWN:

19   Q         We read at least four sentences that

20   are identical to the Mayo Clinic.  Would you

21   agree?

22   MS. O'DELL:

23             Objection to form.  The sentences are

24   not identical.

Shawn Levy, Ph.D.

Page 66

 1   MS. BROWN:

 2           Counsel, form.

 3   A        There are some similar -- there are

 4   some similarly stated sentences that

 5   you're -- that you've taken out of context in

 6   both cases to find them identical.  So I -- I

 7   agree that they're identical, but, again,

 8   don't -- don't necessarily am surprised since I

 9   have no knowledge of where the information from

10   the Mayo website was taken from.

11   MS. BROWN:

12   Q        You agree a number of sentences in your

13   report are identical to a number of sentences on

14   the Mayo Clinic's website.  True?

15   MS. O'DELL:

16           Object to the form.

17   A        No.  I agree that they're -- I don't

18   agree.  There are specific wordings that are the

19   same.

20   MS. BROWN:

21   Q        Doctor, do you not agree that a number

22   of the sentences we just read are identical to a

23   number of sentences that appear on the Mayo

24   Clinic's website?

Shawn Levy, Ph.D.

Page 67

 1    MS. O'DELL:

 2              Object to the form.

 3    A         I think we've -- we've specifically

 4    gone over those individually and answered those

 5    questions.

 6    MS. BROWN:

 7    Q         And you'll agree the sentences are

 8    identical?

 9    MS. O'DELL:

10              Object to the form.

11    A         Again, I -- I've answered -- I've

12    answered those when we went through them

13    individually.

14    MS. BROWN:

15    Q         Well, I want you to answer my question

16    now.

17              You'll agree we've looked at a number

18    of sentences that are identical in your report to

19    the information on the Mayo Clinic's website;

20    correct?

21    MS. O'DELL:

22              Object to the form.  Misstates his

23    testimony.

24    A         I'd have to go back to the transcript

Shawn Levy, Ph.D.

Page 68

1    from our conversation to comment on those.

2    MS. BROWN:

3    Q        You have it right in front of you.  We

4    just looked at them.

5    A        We did.

6    Q        Right?

7    A        Yes.

8    Q        You recall reading a number of

9    sentences in the Mayo Clinic website that match

10   word for word a number of sentences in your

11   report.  True?

12   MS. O'DELL:

13            Object to the form.

14   A        We've -- we've read information that

15   is -- that is similar between the two documents.

16   And, as answered, given the, again, basic

17   fundamental introduction in lay language for

18   these concepts, it is no surprise that it's the

19   same.

20   MS. BROWN:

21   Q        You're not surprised to find identical

22   sentences in your report and Dr. Zelikoff's

23   report?

24   A        I'm not surprised.

Shawn Levy, Ph.D.

Page 69

1    MS. O'DELL:

2            Object to the form.

3    MS. BROWN:

4    Q       You are not surprised to find identical

5    sentences in your report and the Mayo Clinic?

6    MS. O'DELL:

7            Objection to form.  Asked and answered.

8    A       No.  I -- I've answered that.

9    MS. BROWN:

10   Q       You need to answer it again.

11           Are you --

12   A       I'm not surprised.

13   Q       -- surprised?

14           Did you consult Wikipedia in writing

15   your expert report?

16   A       I don't recall.

17   Q       Do you think it's possible you might

18   have looked at Wikipedia when writing your expert

19   report in this litigation?

20   A       I've -- I've looked -- I've looked at a

21   large number of sources in published literature

22   and others.

23   Q       Did one of those sources include

24   Wikipedia?

Shawn Levy, Ph.D.

Page 70

1    A          I don't recall.

2    Q          Do you consider Wikipedia to be a

3    scientifically reliable source?

4    A          What do you mean by scientifically

5    reliable.

6    Q          Do you understand the concept of

7    scientific reliability when answering a

8    scientific question?

9    MS. O'DELL:

10               Object to the form.

11   A          Again, you'd have to -- that's -- you'd

12   have to explain your -- what scientific

13   reliability means in the context of your

14   question.

15   MS. BROWN:

16   Q          What does it mean to you?

17   A          Scientific reliability?  In general

18   terms, it would mean information that comes from

19   a peer-reviewed source.

20   Q          And Wikipedia is not peer-reviewed;

21   correct?

22   A          Wikipedia generally reso- -- uses

23   a -- is a summary of commonly -- at least in

24   scientific terms, a number of peer-reviewed

Shawn Levy, Ph.D.

Page 71

1    sources, but it is --

2              So from a true peer-review perspective,

3    Wikipedia actually is peer-reviewed in the sense

4    that anyone can contribute and edit the

5    information in Wikipedia.

6    Q         Including our kids; right?

7    MS. O'DELL:

8              Object to the form.

9    A         Possible.

10   MS. BROWN:

11   Q         Anyone in the world could edit a

12   Wikipedia page.  True?

13   A         I believe so.

14   Q         Is it your testimony, Doctor, that

15   information from Wikipedia is a reliable resource

16   when answering a scientific question?

17   A         No, that is not my testimony.  That is

18   not my testimony, no.

19   Q         Do you -- do you think you used

20   Wikipedia here in writing your report?

21   A         Again, I -- I -- I don't recall using

22   Wikipedia specifically.

23   Q         Okay.  Let's take a look at your report

24   at page 7, Doctor.

Shawn Levy, Ph.D.

Page 72

1            And we'll mark a Wikipedia page as

2    Exhibit 10.

3            (DEPOSITION EXHIBIT NUMBER 10

4            WAS MARKED FOR IDENTIFICATION.)

5    MS. BROWN:

6    Q        I would like to direct you, Dr. Levy,

7    to the first full paragraph in your expert report

8    at page 7.

9    A        Uh-huh.

10   Q        Do you see that?

11   A        I do.

12   Q        And I want to direct your attention to

13   the sentence in the middle of that paragraph that

14   begins "BRCA1 combined."

15            Do you see that?

16   A        Yes.

17   MS. BROWN:

18   Q        And I want to, side by side with

19   Wikipedia, direct your attention to the third

20   full paragraph that begins, as well, "BRCA1

21   combined."

22            You with me?

23   A        I am.

24   Q        Wikipedia writes, "BRCA1 combines with

Shawn Levy, Ph.D.

Page 73

1    other tumor suppressors, DNA damage sensors, and

2    single transducers to form a large multi-subunit

3    protein complex known as BRCA1-associated genome

4    surveillance complex" -- parens --

5    "BAC-" -- excuse me -- "(BASC)," end parens.

6              Do you see that?

7    A         I do.

8    Q         Turning to your report, page 7, you

9    write, "BRCA1 combines with other tumor

10   suppressors," comma, "DNA damage sensors, and

11   signal transducers to form a large multi-subunit

12   protein complex known as the BRCA1-associated

13   genome surveillance complex" -- parens --

14   (BASC)."

15             Correct?

16   A         That is correct.

17   Q         Those two sentences, Doctor, are

18   identical.

19   A         It appears so, yes.

20   Q         Okay.

21   A         Except for a -- the reference included

22   on the Wikipedia page is not included in my

23   report.

24   Q         Wikipedia has cited a reference, and

Shawn Levy, Ph.D.

Page 74

1    your sentence stands without a reference.  Is

2    that right?

3    A         That's right.

4    Q         Other than the footnote, the two

5    sentences we just read are identical.  True?

6    A         Both sentences state the same fact in

7    the same way.  So, similar to our earlier

8    discussions, we've now seen a large collection of

9    fundamental factual information with -- with

10   accurate information from now a number of sources

11   that are stated in similar ways through

12   Wikipedia, other expert reports, and websites all

13   about the fundamentals of cancer.

14   Q         The two sentences we just read, Doctor,

15   are identical.  Correct?

16   MS. O'DELL:

17             Object to the form.

18   A         We read one sentence in Wikipedia.

19   MS. BROWN:

20   Q         And it is identical.  True?

21   A         Yes.  The wording is the same.  With,

22   of course, Wikipedia, as you already stated,

23   being editable by anybody and can pull that

24   content from anywhere, and it's the -- I'd have

Shawn Levy, Ph.D.

Page 75

1  to review -- I'd have to look to see what

2  reference 16 in Wikipedia is.  But it's certainly

3  possible that I and Wikipedia summarized the same

4  information from the same source.

5  Q        Let's go to page 9 of your report.  One

6  of the articles that you relied on is an article

7  by Lisa Coussens and Zena Werb.  Do you recall

8  that?

9  A        That does sound familiar, but I'll have

10 to verify.

11 Q        Handing you what we've marked as

12 Exhibit 12 [sic] to your report, the Coussens and

13 Werb article.

14         (DEPOSITION EXHIBIT NUMBER 11

15         WAS MARKED FOR IDENTIFICATION.)

16 A        Yes, this is a -- this is a review.

17 This is an insight review article, which, similar

18 to my report, is likely consolidating information

19 from the research knowledge.

20 MS. BROWN:

21 Q        I'd like to direct you to the last two

22 sentences of Exhibit 10, the Coussens' article,

23 the last two sentences in the first paragraph.

24 A        Exhibit 10 or 12?

Page 76

1    Q          I'm sorry.  What did we mark the

2    Coussens as?  12?

3    A          Twelve.

4    Q          That should have been 11.

5               We have marked the Coussens' article

6    now correctly as Exhibit 11, and I'll direct you

7    to the last two sentences of the first full

8    paragraph.  Put that, if you would, Doctor, side

9    by side with your report at page 9, sentence that

10   begins "in contrast," both sentences that begin

11   "in contrast."

12              Are you with me?

13   A          I am.

14   Q          All right.  So, in this published

15   article, Ms. or Dr. Coussens writes, "In

16   contrast, proliferating cells that sustain

17   DNA" --

18   MS. O'DELL:

19              Excuse me, Alli.  Sorry.  Tell me, are

20   you in the second paragraph?

21   MS. BROWN:

22              I'm on the end of the first full

23   paragraph.

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 77

```
 1              Sorry.  I thought you were in the first

 2     full paragraph.

 3     MS. BROWN:

 4              Begins "In contrast."

 5     MS. O'DELL:

 6              Okay.

 7     MS. BROWN:

 8              And we have that side by side with

 9     Dr. Levy's report, page 9, the paragraph that

10     also begins "In contrast."

11     MS. O'DELL:

12              Thank you.

13     MS. BROWN:

14     Q        Dr. Coussens writes, "In contrast,

15     proliferating cells that sustain DNA damage

16     and/or mutagenic assault" -- parens -- "(for

17     example, initiated cells), continue to

18     proliferate in microenvironments rich in

19     inflammatory cells and growth/survival factors

20     that support their growth."

21              Do you see that sentence?

22     A        I do.

23     Q        The next sentence reads, "In a sense,"

24     comma, "tumors act as wounds that fail to heal."
```

Shawn Levy, Ph.D.

Page 78

1              See that?

2   A          I do.

3   Q          Directing your attention to page 9 of

4   your report, Doctor, you write, "In contrast,"

5   comma, "proliferating cells that sustain DNA

6   damage and/or mutagenic insult -- parens -- "(for

7   example," comma, "initiated cells)," end paren,

8   "continue to proliferate in microenvironments

9   rich in inflammatory cells and growth/survival

10  factors that support their growth," period.  "In

11  a sense, tumors act as wounds that fail to heal."

12              Do you see that?

13  A          I do.

14  Q          Except for one word, Doctor, those two

15  sentences, including the slashes and the

16  parentheses, are identical.  Correct?

17  MS. O'DELL:

18              Object to the form.

19  A          Those two sentences are similar.

20  MS. BROWN:

21  Q          Except for one word, those two

22  sentences are identical.  True?

23  MS. O'DELL:

24              Object to the form.  Asked and

Shawn Levy, Ph.D.

Page 79

1   answered.

2   A          Yeah.  I'd certainly appreciate the

3   similarity between the -- between the two.  But

4   that's -- again, as we've been discussing now for

5   an extensive amount of time, in the introductory

6   review content of the report --

7               In fact, I reference the Coussens and

8   Werb paper, so certainly it's not a surprise that

9   wording is similar between them and used similar

10  language to describe, again, these factual

11  aspects of fundamental cancer biology, including

12  similar references.

13  MS. O'DELL:

14              Excuse me.  My microphone is broken.

15  VIDEOGRAPHER:

16              It's still working.  You're good.  You

17  can just lay it on the table and we'll fix it at

18  a break.

19  MS. O'DELL:

20              And we've been going about an hour and

21  13 minutes.

22  MS. BROWN:

23              I'm about to finish up this section.

24  We'll take a break.

Shawn Levy, Ph.D.

Page 80

1    Q          My question, Doctor, was:  Except for

2    one word, the two sentences we just read from

3    Coussens are identical to the two sentences in

4    your report.  Is that correct?

5    MS. O'DELL:

6               Object to the form.

7    A          So, I -- as -- as stated, the two

8    sentences are similar.

9    MS. BROWN:

10   Q          Except for one word, they are

11   identical.  Is that correct?

12   MS. O'DELL:

13              Object to the form.  He's asked --

14   you've asked the question.  He's answered your

15   question.

16   A          Again, the two sentences are similar.

17   MS. BROWN:

18   Q          Do you understand "identical," what

19   "identical" means?

20   A          Yes.  Exactly the same.

21   Q          Okay.  Except for one word, those two

22   sentences are exactly the same in the Coussens

23   article and your report.  True?

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 81

1             Object to the form.  Asked and

2    answered.

3    A          And we're -- we're saying the same

4    thing in different ways, which is that the two

5    sentences are similar, stating factual

6    information about fundamental cancer biology and

7    in two similar review articles.

8    MS. BROWN:

9    Q          And the only difference is one word.

10   Correct?

11   A          Two sentences are similar.

12   Q          My question was:  The only difference

13   is one word.  True?

14   A          Let me review again to be sure that we

15   would -- before answering.

16             Taken out of context, those two

17   sentences are similar.

18   Q          My question was, Doctor, the only

19   difference is one word.  Is that correct?

20   MS. O'DELL:

21             Objection to the form.  Asked and

22   answered.

23   A          You know, I think we've -- we've

24   answered this a number of times, that the two

Shawn Levy, Ph.D.

Page 82

1    sentences are different in their context and in

2    terms of paragraph, but they are similar in

3    structure and similar in wording.

4            But, as you stated, with the exception

5    of the -- so they're not.  So in a language

6    perspective, they're not identical.  They're

7    similar.

8    MS. BROWN:

9            Let's take a break.

10   VIDEOGRAPHER:

11           Going off -- going off the record.  The

12   time is 10:15 a.m.

13                 (OFF THE RECORD.)

14   VIDEOGRAPHER:

15           We're back on the record.  The time is

16   10:25 a.m.

17   MS. BROWN:

18   Q        Doctor, I am handing you what I have

19   marked as Deposition Exhibit 12 and 13.  These

20   are additional documents your counsel identified

21   for us this morning as something you have seen

22   since your report.

23           (DEPOSITION EXHIBITS 12 AND 13

24            WERE MARKED FOR IDENTIFICATION.)

Shawn Levy, Ph.D.

Page 83

1    MS. BROWN:

2    Q        Would you tell us what those two

3    exhibits are, please.

4    A        Exhibit -- Exhibit 13 is a printed copy

5    of an email dated December 26th informing

6    Dr. Saed that a manuscript --

7             Is it helpful to identify the

8    manuscript?

9             -- titled "Molecular Basis Supporting

10   the Association of Talcum Powder Use With

11   Increased Risk of Ovarian Cancer," submitted to

12   Reproductive Sciences, has been reviewed.  The

13   comments were included in the letter.

14   Q        Have you seen --

15   A        And I'm just reading the --

16   Q        Sure.

17   A        It -- it appears that the -- so,

18   summarizing the letter, the manuscript has been

19   reviewed, the comments from the reviewers were

20   provided back, and the journal has informed

21   Dr. Saed that they'll accept a revised document

22   for potential publication.

23   Q        Have you seen Exhibit 13 prior to this

24   morning?

Shawn Levy, Ph.D.

Page 84

1    A         I have.

2    Q         Have you seen the reviewer comments

3    referenced in Exhibit 13?

4    A         I have not seen the reviewer comments.

5    Q         Okay.  Exhibit 13 does not inform the

6    opinions of your report dated November of 2018.

7    True?

8    A         Exhibit 13, being the letter, that is

9    correct.  It does not.

10   Q         Okay.  And what's Exhibit 12?

11   A         Exhibit 12 appears to be a preprint

12   version of the previously mentioned paper,

13   "Molecular Basis Supporting the Association of

14   Talcum Powder Use With Increased Risk of Ovarian

15   Cancer," with the first author, Nicole Fletcher,

16   and Dr. Saed is listed as the senior or

17   corresponding author.

18   Q         Did the lawyers provide you with this

19   manuscript, Doctor?

20   A         Yes, in a -- but that's -- yes, they

21   did.

22   Q         Do you recall when you were provided

23   with a copy of the manuscript by the plaintiffs'

24   lawyers?

Shawn Levy, Ph.D.

Page 85

1    A          It was sometime in December toward --

2    late in the year.  The exact date, I'd have to

3    review when it came in.  And I believe it was --

4    and the version you have here is a more formal

5    preprint version from the -- from Manuscript

6    Central, whereas the version I received

7    was a -- it appeared to be more of a submission

8    version.

9              So commenting whether it's

10   exact -- precisely the same content, I -- I

11   wouldn't be able to say.

12   Q          Fair to say, though, Doctor, since you

13   received the manuscript in December of 2018, the

14   contents of the manuscript did not inform the

15   expert report that you wrote in November of 2018;

16   correct?

17   A          Actually, I would say the -- the -- I

18   would not agree, from the perspective of Dr. Saed

19   has a number of similar studies, as well as a

20   number of abstracts that I had the opportunity to

21   review that did inform some of the opinions in

22   the report.  Those same information and data were

23   included in this manuscript and expanded upon

24   actually significantly.

Shawn Levy, Ph.D.

Page 86

1                     So the basis of my opinion includes

2    some of the information from this manuscript, but

3    I -- but the report does not contain the totality

4    of this.

5    Q          Right.  Because the manuscript wasn't

6    available to you until after you wrote your

7    report.  Right?

8    A          No, that's not the case.  The -- the --

9    the research, some of the research information

10   from this study was available in abstract form,

11   and -- and some -- I believe a preprint from

12   Dr. Saed.

13                    So it was -- so it was available.

14   Portions of it were available for the report.

15   Q          Other than the abstract, did you have

16   access to an earlier version of what we've marked

17   as Exhibit 12?

18   A          I can't accurately answer that without

19   comparing them.

20   Q          Where do you have stored the earlier

21   version that you're referring to?

22   A          Let's see if I -- what I have here.

23                    So, from Dr. Saed, I have a -- used a

24   book chapter which describes some of his

Shawn Levy, Ph.D.

Page 87

1    oxidative stress experiments that are also

2    consistent with the information that's in the --

3    in Exhibit 12, as well as some of his earlier

4    review articles, and that's --

5             Let me make sure I'm not missing

6    anything from Fletcher, who's been...

7             But, otherwise, the -- the experiments

8    that were expanded upon in the formal manuscript

9    were described in -- in abstract or, I should

10   say, summarized form, meaning an abstract that

11   included methods, results, and conclusions from

12   Fletcher and colleagues in Dr. Saed's group.

13   Q        At the time you wrote your report, you

14   had an abstract of the 2018 paper that we've

15   marked as Exhibit 12; correct?

16   MS. O'DELL:

17            Object to the form.  He said plural.

18   A        Yes.  I had two abstracts and then

19   possibly --

20            I'd have to review when I received this

21   preprint versus the final version of my report to

22   see if they overlapped, if they're -- if I had an

23   opportunity to review this or not.

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 88

1    Q        Okay.  And I'll ask if you'd be kind

2    enough to do that at a break.  Just let us know

3    if you had access to something other than the

4    abstract of Dr. Saed's 2018 report at the time

5    you wrote your report.  Fair enough?

6    A        I'll make a note.

7    MS. O'DELL:

8            Excuse me.  Object to the form.

9    Abstracts, not one.

10   MS. BROWN:

11   Q        Dr. Levy, you are a Ph.D.; is that

12   correct?

13   A        Correct.

14   Q        Okay.  You are not an M.D.; correct?

15   A        That's correct.

16   Q        What's your Ph.D. in, sir?

17   A        Biochemistry and genetics.

18   Q        You're not an epidemiologist.  Fair?

19   A        I am not.

20   Q        Okay.  And the focus of your work at

21   HudsonAlpha is on genome sequencing.  Is that

22   right?

23   A        No.  The -- the -- genome sequencing is

24   a tool that we apply in -- in the work of my

Shawn Levy, Ph.D.

Page 89

1    laboratory and in my responsibilities at

2    HudsonAlpha.

3    Q          HudsonAlpha has a team known as the

4    Breakthrough Breast and Ovarian Cancer Team.  Is

5    that right?

6    A          I'm not familiar with that name.

7    Q          Okay.

8    A          There is a -- a group of faculty who

9    have some funding related to breast and ovarian

10   cancer.  It's -- it's certainly possible that

11   name was used in -- in press for some title.

12   Q          Since you're not familiar with that

13   team, fair to say you're not a member of the

14   Breakthrough Breast and Ovarian Cancer Team?

15   MS. O'DELL:

16              Object to the form.

17   A          Again, I don't -- my involvement with

18   breast and ovarian cancer at HudsonAlpha is

19   specific to some projects.  And whether or not I

20   was named on that team, I -- I don't know.

21   MS. BROWN:

22   Q          There are folks at HudsonAlpha,

23   scientists and doctors at HudsonAlpha whose

24   practice is devoted to studying ovarian cancer.

Shawn Levy, Ph.D.

Page 90

1    Correct?

2    A          No, that's not correct.

3    Q          Your practice is not devoted to ovarian

4    cancer; correct?

5    MS. O'DELL:

6               Object to the form.

7    A          No.  My -- my practice is not devoted

8    to ovarian cancer.  And -- but that was

9    irrelevant to what I was asked to do in

10   this -- in this particular case for

11   the -- regarding the content of my report.

12   MS. BROWN:

13   Q          I think I saw you've published one

14   article regarding ovarian cancer over the course

15   of your career.  Is that right?

16   A          That sounds correct.

17   Q          You have not given any presentations

18   regarding ovarian cancer.  Is that true?

19   A          I would say that's accurate.

20   Q          You have not received any government

21   funding to study ovarian cancer.  True?

22   A          I received government funding to study

23   breast and ovarian cancer -- this was in 2002,

24   from the Department of Defense -- and then,

Shawn Levy, Ph.D.

Page 91

1    subsequent to that, participated in at least one

2    review for the Department of Defense in reviewing

3    ovarian cancer research grants.  So that is --

4                And then my membership in the

5    Vanderbilt Cancer Center as well as the

6    University of Alabama Birmingham Comprehensive

7    Cancer Center certainly have been involved in a

8    number of projects across a diversity of cancer

9    types, including ovarian and breast cancer.

10   Q        Prior to being hired by the plaintiffs'

11   lawyers in this litigation, you had not

12   investigated the potential mechanisms by which

13   talcum powder could cause ovarian cancer.  Is

14   that fair?

15   MS. O'DELL:

16               Object to the form.

17   A        Specific -- as in terms of a specific

18   fundamental research project?

19   MS. BROWN:

20   Q        At all.

21   MS. O'DELL:

22               Object to the form.

23   A        So my research has included the role of

24   inflammation and a number of biological processes

Shawn Levy, Ph.D.

Page 92

1    dating back to my early Ph.D. work, and those

2    include cancer.  So certainly the subject of

3    inflammatory response in -- both chronic and

4    acute, in controlling cancer has been a subject

5    of my research for some time and certainly

6    bridged into ovarian cancer as well as other

7    cancer types.

8    MS. BROWN:

9    Q        You've never published on chronic

10   inflammation as a potential mechanism by which

11   talcum powder causes ovarian cancer.  Correct?

12   A        Not specific to talcum powder, no.

13   Q        You have never given a presentation on

14   chronic inflammation as a mechanism for causing

15   ovarian cancer at all; right?

16   MS. O'DELL:

17            Object to the form.

18   A        I'm thinking through my --

19            I don't recall a specific presentation

20   with regards to talcum powder and its role in

21   ovarian cancer.  As far as my discussions or

22   presentations around the role of inflammation in

23   cancer, including ovarian, it -- it is -- it is

24   possible, but I can't think of a specific

Shawn Levy, Ph.D.

Page 93

1    presentation.

2    MS. BROWN:

3    Q        Okay.  Since you've been hired by

4    plaintiffs' lawyers, you have done some research

5    into the potential role of inflammation and

6    ovarian cancer.  Is that right?

7    MS. O'DELL:

8             Object to the form.

9    A        Since -- since my -- what was requested

10   of me from the plaintiffs' attorneys was to

11   provide a review of the biological plausibility

12   and a connection between talcum powder and

13   inflammation and then discuss the relationship

14   between inflammation and cancer.

15   MS. BROWN:

16   Q        Okay.  As I understand you, Dr. Levy,

17   you were asked by the plaintiffs' lawyers to

18   provide a review of the literature as it relates

19   to the biological plausibility of talcum powder

20   and ovarian cancer.  Is that right?

21   MS. O'DELL:

22             Object to the form.

23   A        No, that's not correct.  What I was --

24   I was asked to provide an opin- -- expert opinion

Shawn Levy, Ph.D.

Page 94

1   on the biological plausibility of the mechanism

2   that -- of the ability of exposure of talc and

3   its constituent components to cause inflammation

4   and/or cancer.

5   MS. BROWN:

6   Q        Do you see those as two different

7   things?

8   A        Yes.

9   Q        Okay.  So you were asked to provide a

10  mechanism by which talcum powder could cause

11  cancer?

12  A        No, that's not correct.

13  MS. O'DELL:

14           Objection to form.

15  MS. BROWN:

16  Q        Okay.  Explain it to me.

17  A        I -- I was asked to provide a -- an

18  opinion on the biological plausibility --

19  Q        Of talcum powder causing cancer?

20  A        -- of talcum powder leading to the

21  biological changes necessary to cause cancer.

22  Q        Okay.  As I understand what you just

23  said, you were asked to re- -- to provide an

24  opinion on the biological plausibility of talcum

Shawn Levy, Ph.D.

Page 95

1    powder leading to biologic changes that are

2    needed to cause cancer.  Is that fair?

3    MS. O'DELL:

4                    Object to the form.

5    A         So I was asked from -- by the attorneys

6    to review the available literature across the

7    spectrum of cancer and talcum powder and

8    constituent literature to develop an opinion

9    around the biological plausibility that exposure

10   of -- exposure to talcum powder is

11   biologically -- that there is a biologically

12   plausible mechanism that that can cause cancer.

13   MS. BROWN:

14   Q         Okay.  And that is not something that

15   you had done prior to being hired by the

16   plaintiffs' lawyers.  Fair?

17   A         Developing such an opinion?

18   Q         Correct.

19   A         Or -- or -- so writing such a report,

20   no, that is not something I -- I had done prior

21   to -- to this.  My research has been primarily in

22   data integration and the examination of

23   mechanistic effects in cancer, rare disease,

24   and -- and in diabetes specifically, as well as

Shawn Levy, Ph.D.

Page 96

1    some neurological diseases.

2                So this was a similar review as -- of

3    those topics when asked to examine the biological

4    plausibility of a cause and effect; in this case,

5    cause being exposure to talcum powder and effect

6    being progression to cancer.

7    Q        Prior to being hired by the plaintiffs'

8    lawyers, you had not considered the biological

9    plausibility of talcum powder causing ovarian

10   cancer.  Correct?

11   A        No.  I would say that's not true in

12   isolation.  And the reason I say that's not true

13   is I had been aware of some of the literature and

14   certainly some of the press that surrounded the

15   suspected associations between talcum powder

16   exposure and cancer.  So I was familiar with the

17   concept, but I had not at the time, until hired

18   by the plaintiffs' attorney, spent a significant

19   amount of time reviewing the literature and

20   developing a written opinion as to that

21   biological plausibility.

22   Q        You have not published your opinion

23   contained in -- your opinions contained in the

24   report that we marked as Exhibit 2.  Is that

Shawn Levy, Ph.D.

Page 97

1    correct?

2    A         That is correct.

3    Q         You have not presented the opinions

4    contained in Exhibit 2 at any medical or

5    scientific conference; correct?

6    A         That's correct.

7    Q         You have not disclosed the opinions

8    contained in Exhibit 2 to any of your colleagues;

9    correct?

10   MS. O'DELL:

11             Object to the form.

12   A         Not at this time, no.  Considering I

13   had -- I had just finalized the report a short

14   time ago, I haven't had the opportunity to

15   consider publication, presentation, or -- or

16   discussion with colleagues.

17   MS. BROWN:

18   Q         Do you plan to seek publication of the

19   information contained in your report in Exhibit

20   2?

21   A         I -- I haven't made a determination at

22   this time.  It's been a fascinating area to

23   research.  Certainly there's -- that would

24   certainly be a future possibility.

Shawn Levy, Ph.D.

Page 98

1    Q        Does HudsonAlpha --

2            First of all, what's your position at

3    HudsonAlpha, Doctor?

4    A        So I'm a faculty investigator, which

5    would be analogous to a faculty member at a

6    research institution, similar to -- or I should

7    take a step back and just --

8            To be accurate, HudsonAlpha is a

9    private nonprofit research institution, similar

10   to Broad Institute, Stowers, et cetera.  So we

11   are academic in nature, meaning that most of our

12   funding or the vast majority of our funding comes

13   from grants and contracts.  So that's why I say

14   it's analogous to faculty at a research

15   institution.

16           My other responsibilities are the

17   management and oversight of the production and

18   research laboratories, so that provides us an

19   opportunity to work with approximately 1200

20   different laboratories from around the world in

21   support of roughly 5,000 projects over the last

22   nine and a half years.  And that's -- it's

23   provided a broad spectrum of activities and

24   abilities to work in these types of projects.

Shawn Levy, Ph.D.

1             And then I also oversee the clinical

2    laboratories as well.  And adult oncology is a

3    major focus of that research.  I currently lead

4    the largest profiling effort in adult cancer in

5    the nation, which involves 15 national cancer

6    institutes.  And ovarian cancer is a component of

7    that research, although not the only cancer that

8    we research in that -- in that's -- in that

9    program.

10   Q         None of the 5,000 projects you just

11   mentioned have dealt with talc.  Is that fair?

12   A         That is fair.

13   Q         And none of the work at the clinical

14   labs that you just mentioned have dealt with

15   talc; correct?

16   MS. O'DELL:

17             Object.

18   A         I am -- I would say there's a

19   statistical probability that some of the ovarian

20   cancer samples that have been observed in the

21   clinical laboratory may very well have

22   been -- have come from patients exposed to talcum

23   powder.  But I have no direct knowledge of that,

24   nor have we performed any testing to confirm

Shawn Levy, Ph.D.

Page 100

1    or -- or -- or dispute whether or not those

2    ovarian cancer or other cancer types may have had

3    a relationship to talcum powder.  So the short

4    answer being I -- I don't have the information to

5    answer that.

6    MS. BROWN:

7    Q        HudsonAlpha has a Code of Ethics.  Are

8    you familiar with it?

9    A        Yes.

10   Q        Are you familiar with the financial

11   disclosure requirements of HudsonAlpha?

12   A        I am.

13   Q        Have you complied with those in

14   connection with your work as an expert witness

15   for plaintiffs in this case?

16   A        I have.

17   Q        And tell us what you've done to comply

18   with HudsonAlpha's Code of Ethics and financial

19   disclosure requirements.

20   A        Their Code of Ethics and financial

21   requirement is requirement to disclose any

22   relationships that have a financial component

23   over -- I don't recall the minimum amount, but it

24   is -- it is fairly modest, hundreds of dollars.

Shawn Levy, Ph.D.

Page 101

1    And that reporting requirement is the -- is -- is

2    for the previous year, and it is due in July, I

3    believe is the time frame, although I'd have to

4    make sure.  It's -- I know it's not the end of

5    the calendar year.  So on my next disclosure,

6    this, of course, activity would be disclosed.

7                In addition to that, via

8    conversation -- regular review with the president

9    of the institution, I provide a general report on

10   consulting activities; for example, these

11   activities.

12               HudsonAlpha's policy is faculty members

13   are allowed up to 20 percent of your time towards

14   consulting activities that have a relationship to

15   your research area, such as the evaluation of the

16   biologically plausible mechanism of talc in

17   ovarian cancer.  So based on both the timing of

18   the Code of Ethics with regards to the financial

19   disclosure as well as the ad hoc reporting of

20   consulting engagements with the president of the

21   institution, I'm in compliance with the current

22   policies of HudsonAlpha.

23   Q        The president of HudsonAlpha is aware

24   of your opinions in this case?

Shawn Levy, Ph.D.

Page 102

1    A         I have not discussed my opinions

2    specifically to this case with him; just the

3    general knowledge that I was asked to participate

4    as an expert witness.  He didn't ask, and I

5    didn't provide the content.

6    Q         No one at HudsonAlpha is aware of your

7    opinion that talcum powder causes chronic

8    inflammation which can cause ovarian cancer?  Is

9    that right?

10   A         I have -- I have not specifically

11   shared the contents of the report or -- or my

12   opinions widely at HudsonAlpha.

13   Q         Did you disclose last July that you had

14   already been hired and submitted invoices to the

15   plaintiffs' lawyers?

16   A         I'm sure I did.

17   Q         Do you have that documentation?

18   A         No.  It's -- it's an electronic

19   disclosure.  It's not actually done on paper.

20   Q         One of the things that HudsonAlpha does

21   is it partners with the University of Alabama in

22   a comprehensive cancer center; correct?

23   A         No, that wouldn't be correct.

24   HudsonAlpha is very specific --

Shawn Levy, Ph.D.

Page 103

1              And you may be more familiar with this

2      than I.

3              They're very specific with their use of

4      the word "partnership" and they're, in fact, very

5      specific that they do not engage in a -- anything

6      titled "a partnership."  So they -- I would not

7      characterize them as a partner of the University

8      of Alabama Cancer Center.

9              We certainly have -- there are faculty

10     members at University of Alabama Birmingham who

11     are -- have adjunct appointments at HudsonAlpha,

12     just as I have appointments at University of

13     Alabama Birmingham and I am a member of their

14     cancer center.

15     Q        Are you aware of the work that

16     HudsonAlpha does with the University of Alabama's

17     Comprehensive Cancer Center?

18     MS. O'DELL:

19              Object to the form.  Asked and

20     answered.

21     A        I'm aware of some of the work, but I --

22     certainly I -- I don't -- I don't necessarily

23     have knowledge of the full spectrum of those

24     projects, given that they involve many faculty

Shawn Levy, Ph.D.

Page 104

1    members on both institutions.

2    MS. BROWN:

3    Q       Fair to say, then, Doctor, you have not

4    participated in any work with the University of

5    Alabama's Comprehensive Cancer Center?

6    MS. O'DELL:

7            Object to the form.

8    A       No, that's not true.

9    MS. BROWN:

10   Q       Have you worked with the University of

11   Alabama's Comprehensive Cancer Center on projects

12   involving ovarian cancer?

13   MS. O'DELL:

14           Objection.  Asked and answered.

15   A       I would -- I would have to review the

16   specific projects that we've -- we've done to

17   answer that.

18           As the codirector of a core facility

19   for the University of Alabama Comprehensive

20   Cancer Center, it is likely that we've worked on

21   some projects related to ovarian cancer, but I

22   can't specifically name them.  They are -- I

23   would -- I would characterize them as infrequent.

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 105

1    Q        Have any of those projects attempted to

2    research the potential causes of ovarian cancer?

3    A        Again, I'd have -- I'd have to review

4    the projects.  They're certainly --

5    fundamentally, most of the questions regarding

6    the analysis of cancer samples are routinely to

7    investigate their cause or their treatment.  So I

8    would -- I would answer that question as highly

9    likely.

10   Q        Would you agree the cause of ovarian

11   cancer remains unknown today?

12   MS. O'DELL:

13            Object to the form.

14   A        No, I would -- I would -- I would not

15   agree that it -- I would not agree to that

16   general statement.

17   MS. BROWN:

18   Q        What are the causes of ovarian cancer

19   in your mind, Doctor?

20   A        Well, the -- the causes of -- of

21   a -- of any number of cancers, including ovarian

22   cancer, are probably more well understood now

23   than ever, and their complexities I think now are

24   just beginning to be appreciated in the sense

Shawn Levy, Ph.D.

Page 106

1   that cancer is a disease of unregulated cell

2   growth.

3          Back to our earlier con- -- earlier

4   conversation, some of the fundamental facts that

5   we had discussed and, in fact, I think well

6   replicated in a number of sources, as you pointed

7   out to me, you know, illustrate that there's a

8   milieu of genetic change leading to cellular

9   transformation, and that cellular damage, if we

10   consolidate that as cellular damage, then has to

11   work in concert with a number of other events

12   providing the right environment for a tumor to

13   grow, such as inflammation, chronic or acute.

14   And, so, the -- you know, the -- the -- you know,

15   giving a singular cause would be inappropriate.

16          But I would say the mechanistic causes

17   of cancer are reasonably well understood, but how

18   those apply to the wide diversity of cancer types

19   remains an area of active investigation.

20          I think what's interesting on cancer in

21   general is that there's no -- really no longer a

22   bucket diagnosis.  It is -- it -- lung cancer is

23   more complex than lung cancer and ovarian cancer,

24   certainly with the --

Shawn Levy, Ph.D.

Page 107

1            As I'm sure you're well aware, with the

2      molecular subtypes and other things, it's a

3      complicated disease as well.

4            So to summarize that is -- to summarize

5      all of that complexity by saying that the cause

6      is known or unknown I think would vastly

7      underestimate the -- our current state of the art

8      or knowledge of how complex cancer is as a

9      condition.

10     Q      Sure.

11            Scientists, researchers, public health

12     authorities continue to investigate the mechanism

13     by which ovarian cancer is caused.  Correct?

14     A      That's correct.

15     Q      We do not, sitting here today in 2019,

16     have a complete understanding of the etiology of

17     ovarian cancer.  Correct?

18     MS. O'DELL:

19            Object to the form.

20     A      I would say we have substantial

21     knowledge of factors and exposures that either

22     predispose or directly cause cancer in a large

23     number of -- large number of cancer areas,

24     including ovarian cancer.

Shawn Levy, Ph.D.

Page 108

1          Now, the -- whether that represents the

2    complete milieu of possibilities is -- is what is

3    currently under research.

4    MS. BROWN:

5    Q          Were you aware that the University of

6    Alabama Comprehensive Cancer Center is an NCI

7    center, National Cancer Institute?

8    A          Yes.  It's -- it's not only an

9    NCI-designated center; it's an NCI-designated

10   comprehensive cancer center, which is a slightly

11   different classification.  It's a -- there's more

12   criteria for a cancer center to meet to become

13   comprehensive.

14   Q          What does it mean to be an NCI center,

15   to you, if you know?

16   A          Stated very simply, it means you have

17   a -- your cancer center is funded by a support

18   grant directly from the National Cancer Institute

19   to provide -- that supports not only patient care

20   but also supports basic research, epidemiology

21   and -- and health outcomes research in cancer.

22          So, in a nutshell, it is a fairly

23   comprehensive grant that supports a wide variety

24   of work within a cancer center that extends

Shawn Levy, Ph.D.

Page 109

1    beyond basic -- basic care.

2    Q         The National Cancer Institute has

3    funded a number of projects that the scientists

4    at HudsonAlpha are working on.  Is that fair?

5    A         I'd have to certainly review the grant

6    portfolio.  But I'm certain that, since I myself

7    have funding from that cancer center, yes, the

8    NCI does fund some -- some number of

9    investigators at HudsonAlpha.

10   Q         And you consider the NCI to be a

11   reputable public health authority; correct?

12   A         No, not necessarily.  The NCI is really

13   not a public health authority.  The N -- the NCI

14   is a -- is a scientific administration center

15   within the National Institutes of Health.

16             Now, I'm speaking of their extramural

17   programs.  The NCI also have intramural programs,

18   where they have their own researchers and their

19   own projects.  I'm less familiar with those

20   activities.

21             But together, I would state that the

22   NCI is a -- I don't have -- I guess I have not

23   had any experience with the NCI that would lead

24   me to say that they are an authoritative public

Shawn Levy, Ph.D.

Page 110

1    health authority.

2    Q        Before forming your opinions in this

3    case, Dr. Levy, did you look to see what the NCI

4    states about whether talcum powder causes ovarian

5    cancer?

6    A        I believe I did see, from a number of

7    statements, certainly potentially from the NCI,

8    regarding the complete opinion and -- and

9    knowledge base for the role of talcum powder in

10   ovarian cancer.

11   Q        Do you recall that the NCI has

12   concluded that there's inadequate evidence that

13   talcum powder increases the risk of ovarian

14   cancer?

15   MS. O'DELL:

16            Object to the form.

17   A        Which -- what specifically are you

18   referring to?  I -- I wouldn't be able to answer

19   that accurately without knowing which specific

20   report or statement that you're referring to.

21   MS. BROWN:

22   Q        I'm wondering if, sitting here today,

23   you recall looking at information about the

24   classification of risk factors for ovarian cancer

Shawn Levy, Ph.D.

Page 111

1   as done by the NCI.

2   A        I don't recall that specifically.  I

3   don't also recall seeing any statements from the

4   NCI regarding safety of any product.

5   Q        In forming your opinions in this case,

6   Dr. Levy, did you consider the conclusions of

7   public health authorities like the FDA, the NCI,

8   NIH as it relates to talcum powder in ovarian

9   cancer?

10  A        So I certainly considered information

11  from each of those entities.  But I would make a

12  statement I don't -- I don't recall from any of

13  those entities seeing a single conclusion.

14  Q        Is it your opinion, Dr. Levy, that

15  talcum powder causes ovarian cancer?

16  A        I wasn't asked to provide an opinion if

17  talcum powder causes cancer.  I was -- I was

18  asked to develop an opinion as to the biological

19  plausibility of -- of talcum powder leading

20  to -- leading to change.

21          Now, that's what I was asked from the

22  attorneys.  If you're asking -- are you asking me

23  what my opinion is --

24  Q        Well, I want to know if, in this case,

Shawn Levy, Ph.D.

Page 112

1    you are prepared to offer the opinion that talcum

2    powder causes ovarian cancer.

3    A        I don't -- I don't think we have the

4    complete information for a sing- -- you know, to

5    have the opinion of a singular cause.  But, at

6    the same time, my opinions are that, as stated in

7    the report, there's a clear and well-evidenced

8    biologically plausible role for talcum powder

9    leading to ovarian cancer.

10   Q        On page 2 of your report, the second

11   full paragraph that begins "My report

12   consists" --

13            You with me?

14   A        Yes.

15   Q        -- you state -- you reference your

16   conclusions regarding this cause-and-effect

17   relationship.

18            Do you see that?

19   A        I do.

20   Q        Do you mean by that that you have an

21   opinion that talcum powder causes the effect of

22   ovarian cancer?

23   A        No.  That -- that wasn't the meaning of

24   that statement of cause and effect.  It was -- it

Shawn Levy, Ph.D.

Page 113

1    was a -- more of a general statement of a cause

2    being exposure to talc and effect being that

3    biologically plausible mechanism.

4    Q        You mentioned a moment ago that you

5    don't think we have the complete info on a

6    singular cause of ovarian cancer.  Is that right?

7    MS. O'DELL:

8              Objection to form.

9    A         Sorry.  Let me read your question

10   again.

11             I have -- I have not seen any evidence

12   that suggests that there is a singular cause of

13   ovarian cancer.

14   MS. BROWN:

15   Q         You have not seen sufficient evidence

16   to suggest that talcum powder could be one of the

17   causes of ovarian cancer; correct?

18   MS. O'DELL:

19             Object to the form.

20   A         I would disagree.  As -- as stated,

21   the -- I have not seen evidence that there's a

22   singular cause of ovarian cancer.  I think there

23   is ample evidence that there are a multitude of

24   mechanisms that you can get cellular damage and

Shawn Levy, Ph.D.

Page 114

1    cellular change within the ovary which then leads

2    to malignant transformation, and that, as stated

3    in the report, there's a biologically plausible

4    mechanism that exposure to talcum powder and its

5    constituents can create those necessary changes.

6    MS. BROWN:

7    Q        Do you believe, Doctor, there's

8    sufficient evidence that talcum powder, through

9    chronic inflammation, causes ovarian cancer in

10   some individuals?

11   A        No.  That -- that was not my -- not my

12   opinion or statement.  And I would say

13   specifically chronic inflammation is, again,

14   narrowing the focus in an inappropriate way, and

15   the evidence doesn't illustrate that chronic

16   inflammation is a singular sufficient detail or,

17   I should say, effect to result in ovarian cancer.

18   It's certainly a factor, as -- as well described

19   in the -- in the literature.

20            And -- and, again, I would defer to

21   other expert reports that have similar opinions

22   regarding inflammation, chronic inflammation

23   being one of them.

24            And it may be important to provide an

Shawn Levy, Ph.D.

Page 115

1  important distinction that cellular damage or

2  what we can refer to as acute inflammation can

3  cause -- certainly has been shown and is

4  well-evidenced that it causes -- can lead to

5  molecular changes that can lead to cancer.

6           Chronic inflammation is a slightly --

7  is in a slightly different biological perspective

8  in that it provides the correct environment for

9  those cancerous changes to take hold and allow

10  malignant transformation, as I mentioned.

11           So I -- I do view them as working in

12  concert but not necessarily independent.  So when

13  you ask a question that specifically narrows it

14  to chronic inflammation or even acute

15  inflammation in a singular fashion, you know, my

16  answers will largely be the same, that that's, in

17  and of itself, is too limited to describe as a

18  specific cause, singular or otherwise, of ovarian

19  cancer or of cancer in general.

20  Q        You'd agree that the research regarding

21  whether chronic inflammation can cause ovarian

22  cancer is ongoing?

23  A        Yes, I would agree it is -- it is

24  ongoing research.  But there are a large number

Shawn Levy, Ph.D.

Page 116

1    of observations and studies that

2    have -- certainly exist.  And, again, their

3    review and -- and content is what went to the

4    opinions in my report.

5    Q        And most of the studies that you cite,

6    Dr. Levy, talking about chronic inflammation

7    refer to chronic inflammation as a hypothesis of

8    one of the ways cancer might form in the ovary.

9    Correct?

10   MS. O'DELL:

11            Object to the form.

12   A        Let me -- sorry.  Let me read your

13   question.

14            No.  I would disagree.  At least,

15   certainly not most of the studies that I cite.

16   MS. BROWN:

17   Q        Do you believe chronic inflammation is

18   an established mechanism of ovarian cancer?

19   A        Yes, in the sense that chronic

20   inflammation is a well-established mechanism of

21   cancer in general, including ovarian cancer.

22   This is first observed in the 1800s and has since

23   been -- become well-established in the -- in the

24   cancer field that inflammation plays a

Shawn Levy, Ph.D.

Page 117

1    significant role in both the initiation as well

2    as progression of cancer.

3    Q        What methodology did you employ for

4    coming to the opinion that chronic inflammation

5    is a well-established cause of ovarian cancer?

6    A        Just general mechanism in terms of

7    evaluating biological plausibility.

8    Q        I understand, Dr. Levy, you have a

9    general opinion that chronic inflammation can

10   lead to some cancer.  Is that right?

11   MS. O'DELL:

12            Objection to form.  Misstates his

13   testimony.

14   A        I -- I have an opinion regarding the

15   role and importance of inflammation in the

16   initiation and progression of cancer.

17   MS. BROWN:

18   Q        And, as it relates to ovarian cancer,

19   what methodology did you employ to arrive at your

20   conclusion that chronic inflammation is an

21   established cause of ovarian cancer?

22   A        I -- I did not arrive at that specific

23   conclusion, nor was I asked to.

24   Q        You do not believe that chronic

Shawn Levy, Ph.D.

Page 118

1    inflammation has been established as a cause of

2    ovarian cancer; correct?

3    MS. O'DELL:

4              Object to the form.

5    A         No, that -- that's not what I said.

6    MS. BROWN:

7    Q         Explain it to me.

8    A         I've stated that chronic inflammation

9    or inflammation in general, including chronic and

10   acute infor -- inflammation, is a component and a

11   necessary component for the initiation and

12   progression of -- of cancer as we understand it

13   today.  And, in that, cancer, certainly ovarian

14   cancer as well as a variety of other cancer

15   types, is included.

16   Q         What methodology did you employ to

17   arrive at the conclusion that ovarian cancer is

18   one of the cancers that can be caused by chronic

19   inflammation?

20   MS. O'DELL:

21             Object to the form.  Misstates his

22   testimony.

23   A         Yeah.  Again, we're not -- I'm not

24   making a specific causal opinion with respect to

Shawn Levy, Ph.D.

Page 119

1    any -- whether -- whether inflammation, talcum

2    powder use or other exposures.  I -- my -- my

3    opinion in the report is -- is -- was not asked

4    to be a causal opinion.

5    MS. BROWN:

6    Q        You reference on page 2 of your report

7    that your opinions are based on assessing and

8    weighing the totality of the evidence, including

9    relevant literature and available documentation

10   and your experience as a geneticist and

11   scientific researcher.  Do you see that?

12   A        Yes.

13   Q        What do you mean by "the totality of

14   the evidence"?

15   A        All of the evidence available at the

16   time that I was researching this report.

17   Q        All of the evidence concerning what?

18   A        Concerning a variety of subjects

19   surrounding ovarian cancer, talcum powder use,

20   and then inflammation and related subjects as my

21   literature review and review of available

22   information progressed.

23            So there was a, I guess, a large number

24   of tangential directions that -- that I examined,

Shawn Levy, Ph.D.

Page 120

1    from animal models to in vitro studies, in vivo

2    studies, cohort studies, case-control studies.

3    There was quite a broad spectrum of information

4    across a large number of years.

5    Q        Do you believe you reviewed the

6    totality of the epidemiology on talcum powder use

7    and ovarian cancer?

8    MS. O'DELL:

9               Object to the form.

10   A        I -- I reviewed the available studies

11   that appeared to be relevant for the -- for the

12   opinions that are expressed in my report.

13   MS. BROWN:

14   Q        And when you say "available," what do

15   you mean?

16   A        Meaning that I could -- I could

17   discover in the scientific literature.

18   Q        Did you conduct your own literature

19   searches in connection with your work in this

20   case?

21   A        I did.

22   Q        How did you go about finding the

23   totality of the evidence relating to whether

24   talcum powder causes ovarian cancer?

Shawn Levy, Ph.D.

Page 121

1    A          So the -- my methodology for the

2    literature review in establishing my opinion

3    regarding the biological plausibility of talcum

4    powder exposure inflammation and its potential

5    role in ovarian cancer was based on, you know, my

6    activities and many other literature searches, so

7    using a variety of computational tools and -- and

8    web-based resources, from journals to, I would

9    say, primarily PubMed being a resource, but also

10   ISI, Web of Science, Google Scholar and a variety

11   of -- bioRxiv and I'm sure a number of other

12   sources.  But those were probably the more

13   primary resources for establishing what

14   literature was available.

15   Q          Did you ask the plaintiffs' lawyers for

16   any scientific literature that you used in

17   forming your opinions in this case?

18   A          What do you mean by "ask"?  There

19   is -- as far as did I ask for their similar

20   process, no.

21              There were some papers that I had

22   identified but was not able to access the full

23   content via the libraries that I have access to.

24   So in some of those cases, specific references

Shawn Levy, Ph.D.

Page 122

1    that I provided, those full -- that full content

2    was provided by the plaintiffs' lawyer to allow

3    me to review it.

4    Q        Did the plaintiffs' lawyers give you a

5    set of epidemiology on which you're relying on to

6    form your opinion?

7    A        No, they did not.

8    Q        If I look at your report, I see a

9    reference list and then a separate Exhibit B.  Is

10   that right?

11   A        Yes.

12   Q        So, for example, on page 18 of your

13   report, you have a list of literature cited.

14   Correct?

15   A        Yes.

16            Let me make sure I have the page

17   correct.

18            Yes, beginning on page 18.

19   Q        Is everything that appears in the

20   literature-cited list something that you found on

21   your own, Dr. Levy?

22   A        I would have to review the -- the list.

23   But there are certainly --

24            Let me --

Shawn Levy, Ph.D.

Page 123

1              I believe the Saed abstracts, as an

2     example --

3              Let me see if there are --

4              No.  I -- I believe, in the literature

5     cited, there are certainly some number of

6     examples of information that was provided during

7     the course of the development of my report from

8     the plaintiffs' attorneys in terms of literature

9     for my consideration, but that in no case -- in

10    every case it was provided as a -- as

11    information.

12             The vast majority or nearly the

13    totality of this was information that I had --

14    that I indeed discovered myself and shared with

15    the -- the attorneys, but certainly not complete.

16    Q         On page 18 you cite an article by

17    Blount.

18             Do you see that?

19    A         Yes.

20    Q         Was that given to you by the

21    plaintiffs' lawyers?

22    A         I'd have to look at my records.  I

23    don't recall.

24    Q         Off of the top of your head, are you

Shawn Levy, Ph.D.

Page 124

1    relying on information in that article to form

2    your opinions in this case?

3    A          No.  I'm not relying on any singular

4    article or source to form my opinion on the case.

5    Q          Are you relying in part on the

6    information contained in the Blount article?

7    A          Since I include it in the cited

8    literature, certainly in some -- in some part.

9    Q          What information are you relying on in

10   the Blount article?

11   A          I would have to review the article to

12   remind myself where the --

13   Q          Take a look at it.  We'll pull it right

14   now.

15              What about Paoletti on page 22?  Was

16   that something you found on your own or did the

17   lawyers give you that?

18   A          So Paoletti --

19   Q          Uh-huh.

20   A          Page 22?

21   Q          Uh-huh.

22   A          Actually, the Paoletti one is familiar.

23   That's an interesting one because it's in

24   Italian.

Shawn Levy, Ph.D.

Page 125

1    Q        Are you relying on the information in
2    the Paoletti article to form your opinions in the
3    case?
4    A        Again, the -- I wasn't relying on any
5    singular article but instead tried to present and
6    provide reference to as comprehensive a
7    collection of relevant literature in this -- in
8    this space as possible, of which Paoletti,
9    although being in Italian, there were some --
10   enough translated aspects of that that it was
11   worthy to include in the -- in that cited
12   literature as being relevant to the -- to
13   those -- to those opinions.
14   Q        Just to make sure we get on the same
15   page here, Dr. Levy, when I ask are you relying
16   on something, I don't mean by that question to
17   suggest it's the only thing you're relying on.
18   And I'll try to say "in part" to make it easy for
19   us.  Okay?
20   A        Right.  Just want to be -- make sure
21   we're clear.
22   Q        Absolutely.  So do I.
23            And I want to know are you relying in
24   part on anything in the Paoletti article to form

Shawn Levy, Ph.D.

Page 126

1    your opinions in this case?

2    A          I would say in -- in part.  As far as

3    my opinions regarding the biologically plausible

4    mechanism that was presented, no, it does not

5    rely on that specific conclusions of that paper

6    but, rather, that paper was included because of

7    its results regarding asbestos contamination in

8    industrial talc, which only support -- add

9    support to the mechanism that I presented in the

10   report.

11   Q          Is your opinion in this case, Doctor,

12   based on an assumption that baby powder contains

13   asbestos?

14   A          No, it is not.

15   MS. O'DELL:

16              Object to the form.

17   MS. BROWN:

18   Q          Is your opinion in this case based on

19   an assumption that baby powder contains

20   fragrances?

21   MS. O'DELL:

22              Objection to form.

23   A          My -- my opinion considers the totality

24   of the constituent components of baby powder,

Shawn Levy, Ph.D.

Page 127

1    Shower to Shower, you know, under -- either, as

2    we've been referring to it simply as talc or

3    talcum powder or by trade names such as

4    Johnson & Johnson or Shower to Shower, so the --

5    my opinions, as stated in the report, being

6    reasonably -- or trying to be reasonably

7    comprehensive.  Therefore, it's not, you know,

8    limited to any -- any singular component, whether

9    it be majority or minority, in the -- in the

10   talcum powder products, as I just stated.

11   MS. BROWN:

12   Q        Is your opinion in this case based on

13   an assumption that Johnson & Johnson baby powder

14   products contain heavy metals?

15   MS. O'DELL:

16           Objection to form.

17   A        Again, similar to the earlier

18   statement, the opinion is not subject to

19   any -- any singular component.  I think the

20   information regarding the -- in deferring to some

21   of the other experts regarding the knowledge of

22   constituent components, whether they be heavy

23   metals or asbestos, only helps to support the

24   biological plausibility of the mechanism I

Shawn Levy, Ph.D.

Page 128

1    presented.

2    MS. BROWN:

3    Q        Do you believe that baby talc alone can

4    cause inflammation that may lead to ovarian

5    cancer?

6    A        Based on my review of the literature,

7    there are a number of studies, both of those

8    involving human studies in terms of case

9    controls, as well as a number of animal studies

10   and then, more specifically, in vitro studies

11   that look at talcum powder and its ability to

12   produce clear markers of inflammation.

13            I am -- the -- I am not aware of any

14   specific testing that looked at platy talc

15   individually as a singular component without

16   the -- or out of the context of the products we

17   were just describing in a similar analysis.  So I

18   don't -- I don't know that answer.

19   Q        Is it your opinion that

20   Johnson & Johnson baby powder products are

21   contaminated with asbestos?

22   MS. O'DELL:

23            Object to the form.  Asked and

24   answered.

Shawn Levy, Ph.D.

Page 129

1    A          I -- I -- I have -- I have been

2    provided expert report, and some of those are

3    referenced in the -- in the report, as we were

4    describing, that describe testing of a number

5    of -- number of samples,

6    included -- Johnson & Johnson included in that,

7    that showed how they -- that the results of those

8    reports showed contamination by asbestos or --

9    or -- or asbestos-like fiber.  So, therefore,

10   I've been presented with that evidence.

11   MS. BROWN:

12   Q          Have you relied on that evidence in

13   forming your opinions in this case?

14   A          Again, no, not -- not as a singular

15   evidence.  So, as we just discussed a moment ago,

16   that is a component piece of evidence that

17   leads -- and is supportive of the biologically

18   plausible mechanism described in the report.

19          You know, certainly, it is inarguable

20   that asbestos and asbestos-like fibers cause

21   inflammation.  There's also ample evidence of the

22   inflammatory effects of talc.  And -- and talc

23   pleurodesis, for example, is -- is designed to

24   produce inflammatory response as a treatment.

Shawn Levy, Ph.D.

Page 130

1              So I think, again, similar to the

2    relationship of asbestos and inflammation, it's a

3    well-established scientific fact that talc has an

4    inflammatory role now.  Or I should say as of

5    today.

6    Q          Have you attempted to quantify, based

7    on the reports of Dr. Longo that you reviewed,

8    how much asbestos contamination is in

9    Johnson & Johnson baby powder products?

10   MS. O'DELL:

11             Objection.  Vague as to form.

12   A          I --

13   MS. O'DELL:

14             As to the volume and time contained,

15   et cetera.

16   A          My -- my answer is simply that I wasn't

17   asked to quantify that as part of my report.

18   MS. BROWN:

19   Q          Whether there is asbestos in Johnson &

20   Johnson baby powder products or not does not

21   impact your opinions in this case; is that right?

22   MS. O'DELL:

23             Object to the form.

24   A          The opinions regarding the biological

Shawn Levy, Ph.D.

Page 131

1    plausibility described in my report and its

2    relationship to asbestos are somewhat separate,

3    meaning that I have -- I was not able to discover

4    what the contamination rate or content of

5    asbestos was in any of the referenced studies

6    through the course of my report, so, therefore, I

7    can't comment on the likelihood or -- of -- of

8    how many or any -- or any or all of those samples

9    contain asbestos.

10   MS. BROWN:

11   Q       And sounds like you did some work

12   attempting to see if you could calculate a

13   contamination rate.  Is that what you were

14   describing?

15   MS. O'DELL:

16           Object -- object to the form.

17   Misstates his testimony.

18   A       No.  No, not at all.  I stated that I

19   didn't have information available to assess

20   either -- either way.

21   MS. BROWN:

22   Q       Tell me what you meant when you

23   testified that you were not able to discover what

24   the contamination rate or content of asbestos was

Shawn Levy, Ph.D.

Page 132

1    in any of the above-referenced studies.

2    MS. O'DELL:

3            Objection.  Misstates his testimony.

4    A        So reading -- reading back my

5    testimony --

6    MS. BROWN:

7    Q        So, Doctor, I see that you're looking

8    at the realtime?

9    A        Yes.

10   Q        To get clarification on the question?

11   A        No.  To -- to remem- -- to -- you asked

12   me a question about my statement.

13   Q        Correct.

14   A        And I was reviewing specifically what I

15   had stated so I could answer your question

16   accurately.

17   Q        Terrific.  So I want to know what you

18   were talking about when you said you were unable

19   to discover the contamination rate.

20   A        To clarify, I was not asked to estimate

21   or determine the contamination rate, and my

22   statement regarding that was in reference to the

23   material I reviewed and the literature that is

24   referenced in my report.  I don't recall in any

Shawn Levy, Ph.D.

Page 133

1    of those studies observing a specific statement

2    of amount of asbestos in the talcum powder

3    products that were under study.  So, therefore, I

4    am not able to form an opinion surrounding that

5    contamination rate.

6    Q       Would the same be true, Doctor, for

7    heavy metals?

8    A       Yes, that's correct.

9    Q       And when I say the same would be true,

10   that means you were not able to calculate a rate

11   of heavy metal contamination of any of the talcum

12   powder products in the studies you reviewed?

13   MS. O'DELL:

14           Objection.  Vague.

15   A       I was not asked to.

16   MS. BROWN:

17   Q       Did you attempt to quantify the amount

18   of heavy metals?

19   MS. O'DELL:

20           Objection.

21   A       I certainly reviewed the literature to

22   understand what information was available

23   regarding the products that may have been used

24   and what testing may have been done on

Shawn Levy, Ph.D.

Page 134

1    those -- on those products.

2    MS. BROWN:

3    Q        And, as it relates to fragrances, have

4    you calculated the amount of fragrances that are

5    present in Johnson & Johnson's baby powder

6    products?

7    MS. O'DELL:

8             Objection to form.

9    A        I -- I wasn't asked to -- to make those

10   calculations.  And I would defer to other expert

11   reports that I had an opportunity to review

12   recently that did perform those calculations.

13   MS. BROWN:

14   Q        Your opinions in this case are not

15   dependent on whether or not --

16   A        I think that was --

17   Q        -- there are fragrances in

18   Johnson & Johnson's baby powder; correct?

19   MS. O'DELL:

20            Objection.

21   A        Sorry.  Let me read that.

22            Sorry.  Could you rephrase your

23   question?  The question that appears on the

24   monitor is that there are fragrances in

Shawn Levy, Ph.D.

Page 135

1    Johnson & Johnson baby powder, question mark.

2    MS. BROWN:

3    Q        That's why it's tricky when you read

4    the realtime.  Just listen to my question.  It'll

5    be more helpful.

6             Your opinion in this case is not

7    dependent on whether or not there are fragrances

8    in Johnson & Johnson baby powder.  Correct?

9    MS. O'DELL:

10            Excuse me.  Objection to form.

11            You may refer to realtime any time you

12   want to, Doctor.

13            But I object to the form of the

14   question.

15   A        So my -- my -- I was -- what was

16   requested of me, again, stating for clarity, was

17   to describe a biologically plausible mechanism

18   for talc and all of its constituent components

19   having a role in inflammation and progression to

20   ovarian cancer based on -- on the information at

21   hand.

22            Certainly the fact, as we've been

23   provided later, the ex- -- the recent review of

24   some other expert reports regarding the

Shawn Levy, Ph.D.

Page 136

1    fragrances as well as asbestos, I would say my

2    opinion now is that that information continues to

3    support the biologically plausible mechanism

4    presented in my report.

5    MS. BROWN:

6    Q        Your opinion that chronic inflammation

7    is a biologically plausible mechanism by which

8    talcum powder could cause ovarian cancer is not

9    dependent on heavy metals being present in talcum

10   powder; correct?

11   MS. O'DELL:

12            Object to the form.  Asked and

13   answered.

14   A        My -- my opinions are not based on --

15   on any singular component or constituent because

16   the -- the available information did not

17   scientifically test any singular components

18   or -- or allow --

19            I'm not aware of any studies that

20   examine the inflammatory or other effects of

21   talcum powder that contained heavy metals versus

22   did not.

23   MS. BROWN:

24   Q        So, for purposes of your opinions in

Shawn Levy, Ph.D.

Page 137

1    this case, for your piece of the puzzle, so to

2    speak, it is not important to you whether or not

3    there are heavy metals in baby powder; correct?

4    MS. O'DELL:

5              Objection to form.  Asked and answered.

6    A         No, that's not correct.  I would say

7    the presence of all of the constituent components

8    is very important for -- from the -- from the

9    perspective of that biologically plausible

10   mechanism, and that includes the type of talc,

11   the structure of the talc, you know, its -- any

12   potential contaminants that are there, as well as

13   the complete spectrum of other constituent

14   components, fragrances, heavy metals.

15             And, of course, fragrances have their

16   own milieu of constituent components that, again,

17   I was not asked to comment on or describe in

18   detail but certainly are part of the overall

19   studies.

20   MS. BROWN:

21   Q         You have a conclusion in your report on

22   page 17, Doctor, conclusion number 2, that talcum

23   powder products cause chronic inflammation.

24             Do you see that?

Shawn Levy, Ph.D.

Page 138

1    A        Yes.

2             And I would -- and then my conclu- --

3    Q        Hold on.  No question yet.

4    A        Okay.

5    Q        And what I want to know, Doctor, is how

6    do you define the talcum powder products that

7    you've listed here on page 17 of your report?

8    A        Primarily the products that are -- when

9    I consider the totality of everything that I've

10   been examining, the talcum powder products,

11   including Johnson & Johnson and Shower to Shower

12   as, you know, I refer to those consumer products

13   under the term "talcum powder."

14   Q        What about other consumer talcum powder

15   products?  Are they included in your conclusions

16   here on page 17?

17   MS. O'DELL:

18             Object to the form.

19   A        So my -- my conclusions are based on

20   the -- on the literature review.  And, similar to

21   our discussions regarding contaminants and the

22   ability to quantitate those, many of the studies

23   did not specifically delineate which product or

24   the timing of that product.

Shawn Levy, Ph.D.

Page 139

1              In contrast, some of the more recent

2    information available specific to the

3    constituents did meet that definition, so I would

4    say these conclusions apply to both the specific

5    products that I mentioned, Johnson & Johnson and

6    Shower to Shower, as well as potentially other

7    products.  But quant- -- quantifying which study,

8    I would have to go through study by study to

9    answer any questions about which specific may be

10   included.

11   MS. BROWN:

12   Q        Do you include talc-containing

13   deodorizing sprays in your definition of a talcum

14   powder product?

15   A        None of the literature that -- that I

16   reviewed or can recall was limited to those

17   deodorant sprays in terms of a -- as a study

18   variable that I can -- that I can think of.

19   Q        I'm not sure what you mean by that.

20   A        So the -- the basis of this report was

21   on the talcum powder products, and I don't recall

22   any of the studies that delineated talcum powder

23   as a powder versus a talc-containing deodorant

24   spray as a -- as a variable in the study.  So I

Shawn Levy, Ph.D.

Page 140

1    don't know if any of the studies used -- used

2    that.  I'd have to, again, would have to review

3    some of that information to determine if there

4    was a -- if that was a variable in any of the

5    given studies that are the basis of the report.

6    Q        What methodology did you employ here in

7    coming to your conclusion that chronic

8    inflammation is caused by talcum powder products?

9    MS. O'DELL:

10            Objection.  Asked and answered.

11   A        Yeah.  Again, to restate, similar to

12   the earlier questions, the -- my methodology was

13   based on standard methodology for establishing

14   biological plausibility, which is a, in a

15   summary, a review of the totality of the evidence

16   and then a summary of that to establish if, based

17   on established or -- or known or factual

18   principles, is there a -- can -- can a mechanism

19   described go from cause to effect in a -- again,

20   in an evidence-supported biologically plausible

21   manner.

22            There's a few references I can provide

23   you that describe that method in a published

24   manner, if that's helpful.

Shawn Levy, Ph.D.

Page 141

1    MS. BROWN:

2    Q          That would be helpful.

3    A          They are -- these are our --

4    MS. O'DELL:

5               These are mine.

6    THE WITNESS:

7               Yeah.

8               There's a -- I can get them --

9    MS. BROWN:

10   Q          Are the published methods referenced in

11   your report, Doctor?

12   A          No, actually, those are not.

13   Q          Okay.  How would you go about finding

14   the published methods that contain a description

15   of the methodology you employed in this case?

16   A          No.  It's that I was just saying that

17   there's a published -- peer-reviewed published

18   article that is the same as the method I used, if

19   you -- if you wanted to review that.  I didn't

20   reference this specific paper in the report.

21   Q          Okay.  And you have a -- do you have a

22   copy of that in front of you right now, Doctor?

23   A          I do.

24   Q          Okay.  So let's mark that as Exhibit

Shawn Levy, Ph.D.

Page 142

1    14.

2                (DEPOSITION EXHIBIT NUMBER 14

3                WAS MARKED FOR IDENTIFICATION.)

4    MS. BROWN:

5    Q        The title of the document is

6    "Evaluating Biological Plausibility in Supporting

7    Evidence For Action Through Systematic Reviews in

8    Public Health."

9                When is the first time you reviewed

10   this document, Doctor?

11   A        In the last -- the last day or so.

12   Q        Was the document provided to you by the

13   lawyers for plaintiffs?

14   A        Yes.

15   Q        The document is not referenced in your

16   report.  True?

17   A        It is not referenced.  That's correct.

18   Q        You did not review the document prior

19   to writing your report; correct?

20   A        That's right.

21   Q        The document was something the lawyers

22   for plaintiffs gave you after you had already

23   written and authored your report; correct?

24   A        That's correct.  I provided that as an

Shawn Levy, Ph.D.

Page 143

1   example of the -- of a published example of the

2   methodology that I employed.

3   Q          You didn't endeavor to research the

4   scientific literature to find a published --

5   published example of your methodology, did you?

6   MS. O'DELL:

7               Objection to form.

8   A          I -- it wasn't -- that wasn't what I

9   was -- I wasn't asked to reference the

10  methodology in my report.  I was, again, asked to

11  provide an opinion on a biologically plausible

12  mechanism and then, since our discussion has

13  transferred to methodology, to be complete, I

14  wanted to provide an example of a published

15  version of the methodology that -- that is

16  similar to or at least describes in a summary or

17  really in that particular paper an exemplary

18  fashion of the criteria for biological

19  plausibility and the methods used therein.

20  MS. BROWN:

21  Q          Exhibit 14 is the product of research

22  the lawyers for plaintiffs conducted on a

23  published article regarding your methodology.

24  True?

Shawn Levy, Ph.D.

Page 144

1    MS. O'DELL:

2                Object to the form.

3    A          No, that's not true.

4    MS. BROWN:

5    Q          The lawyers for plaintiffs found

6    Exhibit 14 in the scientific literature; correct?

7    A          That's correct.

8    Q          In reviewing the scientific literature,

9    did you pay attention to the articles that

10   classify different types of talcum powder

11   products?

12   MS. O'DELL:

13               Object to the form.

14   A          Could you give a specific example, and

15   then I --

16               I wouldn't be able to answer without

17   knowing.

18   MS. O'DELL:

19   Q          Sure.

20               Do you understand that some of the talc

21   epidemiology separates use by type of talcum

22   powder product?

23   MS. O'DELL:

24               Objection to form.

Shawn Levy, Ph.D.

Page 145

1    A          Again, do you have a specific example

2    of one of the studies so I could -- so I'd be

3    able to accurately answer your question?

4    MS. BROWN:

5    Q          Here's what I want to know.  Did you

6    look at the studies that separated deodorizing

7    sprays from powder products from cornstarch, for

8    example?

9    A          Certainly in my review I made as

10   comprehensive a review of available literature

11   as -- as possible.  And, again, if you can name a

12   specific study or one of the references, I can

13   confirm if that was -- if that was part of

14   the -- my review of the epidemiology.

15   Q          Do you hold the opinion that talcum

16   powder-containing deodorant sprays causes

17   inflammation?

18   MS. O'DELL:

19              Objection to form.  Vague.

20   A          So if the --

21              Again, I was asked to provide an

22   opinion on the biologically plausible mechanism

23   regarding talc and talcum powder.  So,

24   presumably, any product that contains talcum

Shawn Levy, Ph.D.

Page 146

1    powder could possibly follow that same

2    biologically plausible mechanism.

3    MS. BROWN:

4    Q         Is there a certain amount of talcum

5    powder that a product must contain to cause

6    inflammation?

7    MS. O'DELL:

8              Objection to form.

9    A         That wasn't something I was asked

10   to -- to quantify, similar to the discussions we

11   had about metals, fragrances, and asbestos.

12   MS. BROWN:

13   Q         In forming your opinion that talcum

14   powder products cause inflammation, you have not

15   attempted to quantify how much talcum powder is

16   in those products; is that right?

17   MS. O'DELL:

18             Objection to form.  Asked and answered.

19   A         So my -- my review included a number of

20   studies that looked at exposure rates, and my

21   review also included the review of some studies

22   that did not include use frequency as well as use

23   duration.  And, so, both of those considerations

24   in terms of my review of the epidemiology were

Shawn Levy, Ph.D.

Page 147

1    undertaken, but I did not attempt to quantify

2    those relationships specifically.

3    MS. BROWN:

4    Q        Okay.  So there's two different issues

5    there that I want to ask you about.  One, I want

6    to talk to you about whether the talcum powder

7    products you've described on page 17 of your

8    report have a specific composition, in your mind.

9    Okay?

10            Two, I want to talk to you about what

11   you were just answering, which is is there a

12   specific amount of the product that you believe

13   causes inflammation.

14            Do you understand the difference?

15   A        I do.

16   MS. O'DELL:

17            Objection to form.

18   MS. BROWN:

19   Q        Okay.  So let's start, one, with the

20   product.  In forming the opinion that talcum

21   powder products cause inflammation, is there a

22   particular chemical composition that you are

23   relying on?

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 148

1              Objection to form.  Vague.

2    A        My -- my opinions are based on the

3    available scientific literature regarding the

4    testing performed on talcum powder and talcum

5    powder products.

6              I -- in my review of those results, I

7    did not see a specific enumeration of any one

8    particular chemical composition that was -- had a

9    greater or lesser cause or effect relationship.

10   MS. BROWN:

11   Q        Do you know how much talcum powder is

12   in the Shower to Shower product?

13   A        No.  I wasn't -- I wasn't asked to

14   quantify that, and I would defer to some of the

15   other expert reports regarding the composition of

16   those products.

17   Q        Do you include cornstarch as a talcum

18   powder product?

19   MS. O'DELL:

20              Object to the form.

21   A        Cornstarch was included in some of the

22   epidemiology studies, as you -- as you mentioned

23   a moment ago.

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 149

1    Q        Do you consider cornstarch to be a

2    talcum powder product that also causes

3    inflammation?

4    MS. O'DELL:

5             Object to the form.

6    A        My -- my review of the literature

7    doesn't -- I'm thinking through the available

8    studies, and I don't recall which studies that

9    may -- may have been a dependent variable in

10   terms of the determination.  So I -- I can't

11   answer that.  I -- I don't have the information

12   to answer that accurately.

13   MS. BROWN:

14   Q        So, sitting here today, you're not sure

15   if cornstarch would be a talcum powder product

16   that causes inflammation as you described on page

17   17?

18   MS. O'DELL:

19            Objection.

20   A        No.  So --

21   MS. O'DELL:

22            Misstates the testimony.

23            But you may answer if you understand

24   the question.

Shawn Levy, Ph.D.

Page 150

1    A         So corn -- cornstarch and -- and talcum

2    powder are -- are -- when I'm referring to talcum

3    powder and talcum powder products, cornstarch, as

4    a singular component -- or singular product, is

5    not included in that definition.

6              Now, whether products that contain talc

7    also contain cornstarch, I -- I'm not able to

8    say.

9    MS. BROWN:

10   Q         Right.  And so that's my question.

11   What about a product like Shower to Shower that

12   contains talc and cornstarch?  How have

13   you -- what methodology have you employed to

14   arrive at the conclusion that the Shower to

15   Shower product causes inflammation?

16   MS. O'DELL:

17             Object to the form.

18   A         So my -- what I was requested was to

19   write an opinion as to the, again, the

20   biologically plausible mechanism that exposure to

21   talc and its constituents can lead to

22   inflammation.

23             I wasn't asked to provide as to what

24   the minimum or maximum thresholds are of any

Shawn Levy, Ph.D.

Page 151

1    product or of any component of that product or

2    constituent.

3              The information I was provided was the

4    analysis of products like Shower to Shower and

5    Johnson & Johnson's product, to evaluate the

6    spectrum of talc and asbestos contamination in

7    some of the constituent components, and then --

8    and, therefore, develop an opinion as to

9    the -- whether or not that those products are

10   supported by the same mechanism that I developed

11   the opinion on, meaning they have the constituent

12   components to cause inflammation.

13   MS. BROWN:

14   Q        You have not made a determination of a

15   particular amount of talcum powder that is

16   required to be in a product for it to cause

17   chronic inflammation; correct?

18   MS. O'DELL:

19              Object to the form.

20   A        I wasn't asked to provide such an

21   opinion.

22   MS. BROWN:

23   Q        Your opinion that talcum powder

24   products cause chronic inflammation is not based

Shawn Levy, Ph.D.

Page 152

1    on knowledge of how much talcum powder is

2    actually in the product; correct?

3    MS. O'DELL:

4              Objection.  Misstates his testimony.

5    A         Again, not a -- it wasn't part of -- it

6    wasn't an opinion I was asked to provide.

7              The -- the only -- or, I should say,

8    a -- a study that looked at the -- summarizing

9    the epidemiology literature that I reviewed, some

10   of those studies had a duration and component as

11   far as general talcum powder and talcum powder

12   product use.

13   MS. BROWN:

14   Q         And I want to --

15   A         I don't --

16   MS. O'DELL:

17             Excuse me.  Let him finish.

18   A         I was -- I was going to say I don't

19   recall those quantitating the percentage of

20   talcum powder in a -- in a given product in the

21   study.

22   MS. BROWN:

23   Q         Right.  And, so, you're getting a

24   little into the second question, which I do want

Shawn Levy, Ph.D.

Page 153

1    to talk about, which is how much people are

2    exposed to.

3              But sticking with just what's in the

4    product, have you made a determination that there

5    is a threshold amount of talcum powder that is

6    required to be in a product before you can

7    conclude that that product will cause chronic

8    inflammation?

9    MS. O'DELL:

10             Objection to form.  Asked and answered.

11   A         I -- again, I wasn't asked to provide

12   that -- that threshold opinion.

13   MS. BROWN:

14   Q         And understanding whether or not there

15   is a threshold of how much talcum powder has to

16   be in a product to cause inflammation is not

17   necessary for you to opine that talcum powder

18   products cause chronic inflammation?

19   MS. O'DELL:

20             Objection.  Misstates his testimony.

21   A         So my -- my use of the terminology

22   "talcum powder products" includes the product and

23   all of its constituent components, which would

24   be, as we earlier discussed, talcum powder,

Shawn Levy, Ph.D.

Page 154

1    fragrances, and any contaminating substances,

2    such as asbestos or -- or heavy metals.

3              And, so, therefore, to -- to more -- to

4    answer -- to be able to answer your question

5    accurately, we would -- I think we would have to

6    have some discussions as to the type of talcum

7    powder and the level of exposure to be able to

8    answer that regarding my opinion in terms of

9    level.

10             You know, the -- to clarify, the --

11   during this research and the -- and having the

12   opportunity to review much of the literature in

13   talcum powder, it's a -- it's a fascinating field

14   because it is similar to asbestos.  It appears

15   that the diversity of products and the diversity

16   of talc sources are like having a thorn bush with

17   different size thorns, and, depending on the

18   constituent components, you know, those thorns

19   are bigger or smaller or otherwise.  And -- but

20   my opinion is based on the fact that the presence

21   of any of those thorns is sufficient to cause

22   some inflammatory response.

23   MS. BROWN:

24   Q         Does a talcum powder product with 10

Shawn Levy, Ph.D.

Page 155

1    percent talc cause chronic inflammation, in your

2    view?

3    MS. O'DELL:

4              Object to the form.  Incomplete

5    hypothetical.

6    A         I -- I don't have the information to

7    answer that.

8    MS. BROWN:

9    Q         Does a talcum powder product with

10   50 percent talc cause chronic inflammation, in

11   your view?

12   A         Again, I don't have the information to

13   answer that.

14   MS. O'DELL:

15             Object to the form.

16   MS. BROWN:

17   Q         Is it necessary for you to determine

18   the level of talc in a product before determining

19   that it can cause chronic inflammation?

20   MS. O'DELL:

21             Objection.  Asked and answered.

22   A         No.  My -- my -- so my opinion was

23   asked to answer the question of can -- is there a

24   biologically plausible mechanism from talc

Shawn Levy, Ph.D.

Page 156

1    exposure to inflammation to the initiation of

2    core progression of cancer.  And that's -- that's

3    been the focus of my opinion.

4    MS. BROWN:

5    Q          Have you attempted to quantify talc

6    exposure as it relates to individuals?

7    A          No, I have not.

8               Again, my -- my opinions are primarily

9    limited to the -- to the biological mechanism.

10   Q          Well, isn't that dependent, though, on

11   how much talc a person is exposed to?

12   MS. O'DELL:

13              Objection.

14   A          No.  Again, separating the -- so the

15   question of the mechanism is --

16              Can an exposure result in a mechanism

17   is separate from how much of an exposure is

18   required to cause that mechanism.

19   MS. BROWN:

20   Q          So you've identified two questions for

21   us.  One, can exposure result in a mechanism.

22   Correct?

23   A          (Nods affirmatively.)

24   Q          And, two, how much of an exposure do

Shawn Levy, Ph.D.

Page 157

1    you need to produce a mechanism.  Correct?

2    MS. O'DELL:

3              Objection to form.

4    A        Correct.

5    MS. BROWN:

6    Q        And, in this case, you have answered

7    question number one, can exposure to talc cause

8    chronic inflammation.  Correct?

9    A        So my -- yeah.  My -- my report details

10   the -- that opinion regarding a biologically

11   plausible mechanism.

12   Q        You have not, in this case, answered

13   question number two, which is how much exposure

14   to talc is needed to cause chronic inflammation.

15   Is that right?

16   MS. O'DELL:

17             Objection to form.

18   A        I wasn't asked to provide such a

19   mechanism or such a -- such an opinion.

20             Part of my review included some of the

21   epidemiology studies that examine that question,

22   but I certainly would defer to the -- the number

23   of -- of epidemiologists who are -- who are

24   providing testimony in this case, rather than try

Shawn Levy, Ph.D.

Page 158

1    and paraphrase or opine on their work.

2    MS. BROWN:

3    Q        Do you believe --

4    MS. O'DELL:

5             Excuse me.  We've been going about an

6    hour and 15 minutes.  I'd love to take a break in

7    the next two or three minutes and --

8    MS. BROWN:

9             It will probably take me a little

10   longer than that, but I'm mindful of the time,

11   and I'll just finish this subject and take a

12   break --

13   MS. O'DELL:

14            Well, Dr. Levy, would you like a break

15   now?

16   THE WITNESS:

17            I think we can finish this subject.

18   MS. BROWN:

19            Thank you.

20   THE WITNESS:

21            I -- I'd rather conclude it than break

22   it up.

23   MS. BROWN:

24   Q        So, Doctor, as it relates to how much

Shawn Levy, Ph.D.

Page 159

1   talc is needed to cause inflammation that can

2   cause cancer, that wasn't what you were asked to

3   figure out in this case.  Is that right?

4   MS. O'DELL:

5              Objection to form.

6   A        No.  Well, I -- I was -- I was asked to

7   provide a review of the literature in terms of

8   talc exposure and inflammation and, in that

9   review, identified a number of studies that

10  examined some relationships to dose.

11             But I -- as you -- as you see in my

12  conclusions, none of them speak to dose or

13  duration in terms of that -- of that mechanism.

14  MS. BROWN:

15  Q        You are not offering an opinion in this

16  case, Doctor, that perineal use of talcum powder

17  exposes an individual to enough talc to cause

18  chronic inflammation than can cause cancer;

19  correct?

20  MS. O'DELL:

21             Objection to form.

22  A        My review of studies that attempted to

23  answer that specific question found a -- or a

24  number of studies, both -- or a number of

Shawn Levy, Ph.D.

Page 160

1    epidemiology studies found that conclusion and,

2    as -- as reviewed in the report, you know, found

3    an increased risk with increasing -- increasing

4    exposure appears, with the current knowledge in

5    the literature, to increase risk.  But my opinion

6    was not to further quantify or further describe

7    that.

8    MS. BROWN:

9    Q        Many of the studies you looked at did

10   not show a dose response; correct?

11   MS. O'DELL:

12            Objection to form.

13   A        The limitation of several of the

14   studies I reviewed was that they did not examine

15   a dose response, so that, therefore, the study

16   was unable -- unable to make that conclusion

17   because they didn't look.

18   MS. BROWN:

19   Q        And some of the studies that did

20   attempt to look at duration and/or frequency did

21   not show a linear dose response.  Correct?

22   A        I would have to look at the specific

23   studies.  But in -- in summary, studies that did

24   look at dose response, particularly more recent

Shawn Levy, Ph.D.

Page 161

```
 1   studies with larger numbers of participants, the
 2   meta-analysis studies, found a significant
 3   relationship between duration of use as well as
 4   frequency of use in terms of their -- their risk
 5   ratios.
 6   Q        And you are not going to offer the
 7   opinion in this case that a woman using Johnson's
 8   Baby Powder products perineally is exposed to
 9   enough talcum powder to cause chronic
10   inflammation that can cause cancer.  True?
11   MS. O'DELL:
12            Object to the form.
13   A        I -- I wasn't asked to -- to provide
14   that opinion.
15   MS. BROWN:
16   Q        And so, as such, you haven't attempted
17   to quantify how much talcum powder, as used
18   perineally, might get to the ovary.  Is that
19   fair?
20   A        Again, wasn't -- wasn't asked.  I was
21   able to review some of the literature that
22   is -- appears to be long -- longstanding, well
23   established over the last greater than 40 years
24   that show a clear -- and I believe the FDA
```

Shawn Levy, Ph.D.

Page 162

1    statement is -- is describing it as inarguable --

2    that talc can migrate either from perineal

3    exposure or even from inhalation exposure and be

4    found in the ovary.

5              A quantitation of how much exposure is

6    required for that migration to occur and -- or

7    how many times of exposure that migration needs

8    to occur, I think it's been a fairly wide

9    diversity of -- of studies on that subject.

10              And, so, based on that, I'm not able to

11    offer an opinion as to a minimal or maximum dose

12    required to get there, other than -- but,

13    instead, state that there is enough evidence to

14    say factually that migration through the -- or

15    through at least two mechanisms of exposure, talc

16    can be found in the ovary.  And I would suggest

17    that -- or I'm not aware of any study that

18    quantitates that further.

19    Q        Is it essential to your opinion that

20    talc causes chronic inflammation that can lead to

21    ovarian cancer that some amount of talc be

22    present in the actual ovary?

23    MS. O'DELL:

24              Object to the form.

Shawn Levy, Ph.D.

Page 163

1    A          So my -- my -- my opinion regarding the

2    biologically plausible mechanism, again, does not

3    rely on duration of exposure or amount of

4    exposure.

5               So, therefore, I would -- I would

6    answer your question directly that it would be

7    no, it does not -- it would not necessarily

8    require talc to be present at the ovary at any

9    given time point for there to be the potential

10   that she had some inflammatory injury due to talc

11   exposure at a previous time.

12              That would, of course, be two different

13   questions, one being effect of exposure and

14   second question being is there clearance of that

15   exposure over time if use is discontinued.

16              So that's, again, two different -- two

17   very different scientific studies would be --

18   would be necessary.

19   MS. BROWN:

20   Q          And you have not undertaken either of

21   those studies.  Is that fair?

22   A          That's fair.

23   Q          And -- but essential to your theory,

24   though, Doctor, at some point, some amount of

Shawn Levy, Ph.D.

Page 164

1    talc has to reach the ovary for the chronic

2    inflammation to occur.  Is that right?

3    MS. O'DELL:

4            Objection.

5    A        Not -- specific to your question,

6    chronic inflammation, no, not necessarily.

7    MS. BROWN:

8    Q        Is it your opinion in this case,

9    Doctor, that a woman can develop ovarian cancer

10   from chronic inflammation from talc without any

11   particle of talc ever reaching the ovary?

12   MS. O'DELL:

13           Objection to form.

14   A        No, I didn't -- I -- I certainly did

15   not make that statement.  And the --

16           Again, restating the -- this summary of

17   my -- my opinion, that the biologically plausible

18   mechanism for talc exposure to inflammation to

19   cellular damage and then potentially creating the

20   correct environment is based on evidence showing

21   talc exposure in the ovary.

22   MS. BROWN:

23   Q        Okay.  So critical to your opinion,

24   then, some talc has to get to the ovary at some

Shawn Levy, Ph.D.

Page 165

1    time; right?

2    A          Well, the -- again, the -- my opinion

3    is not based on how talc migrates or -- or when

4    it can migrate.  It's simply based on the, again,

5    that biological premise, that exposure to talc.

6              So I wasn't asked to opine whether or

7    not talc exposure in a neighboring tissue could

8    cause enough of an inflammatory response to

9    affect the ovary.

10             So there is the, certainly, the

11   uninvestigated secondary effects that perhaps

12   talc did not -- is not necessary or -- and

13   required to get to the ovary to cause that

14   effect.  I'm -- I'm just not aware of any studies

15   that have made that delineation of talc exposure

16   to neighboring or surrounding organs.

17             There is limited or some suggestion

18   regarding the inflammatory response related to

19   talc exposure in the lung that suggests that any

20   talc exposure causes an inflammatory response.

21   Again, but I can't point you to evidence that

22   would take that inflammatory response and tie it

23   specifically to ovarian cancer.

24             So, again, my answer is there is not

Page 166

1    enough evidence to -- to support nor refute that

2    any talc exposure can lead to an increased risk

3    of ovarian cancer.  What I do know from my review

4    of the literature is the studies that looked at

5    that specific exposure --

6              And, to be clear, none of the

7    epidemiology studies in humans quantitated the

8    amount of talc reaching the ovary.  It was simply

9    the exposure and the -- and the perineal use of

10   talc.  So I think any discussion about how much

11   did it reach the ovary and how long was it in the

12   ovary is all hypothetical.

13   Q       Why don't we go off the record and take

14   a break.

15             Thank you, Doctor.

16   VIDEOGRAPHER:

17             Going off the record.  The time is

18   11:51 a.m.

19                     (LUNCH RECESS.)

20   VIDEOGRAPHER:

21             We're back on the record.  The time is

22   12:52 p.m.

23   MS. BROWN:

24   Q       Welcome back, Doctor.

Shawn Levy, Ph.D.

Page 167

1              You were asked in this case to assess

2    whether perineal use of talcum powder products

3    induces a biologically plausible mechanism or

4    mechanisms that result in ovarian cancer.

5    Correct?

6    A        Correct.

7    Q        And define for us, if you will,

8    "biologically plausible mechanism" as you used it

9    in that sentence.

10   A        Excuse me.  A mechanism that is

11   biologically plausible, I mean that it is

12   supported by either well-established biological

13   facts or supported by at least a single line of

14   evidence in published literature -- you know,

15   generally speaking, peer-reviewed literature but

16   certainly not limited to that -- where when you

17   take -- when you consider the totality of the

18   mechanism, that, essentially, each of the steps

19   makes sense and is -- is supported by -- through

20   either direct or indirect observations.

21   Q        Okay.  And, in this case, as it relates

22   to talcum powder, do you believe that the

23   biologically plausible mechanism of chronic

24   inflammation causing ovarian cancer is supported

Shawn Levy, Ph.D.

Page 168

1    by well-established biological facts?

2    A          I would say the -- that chronic

3    inflammation as a component of causing ovarian

4    cancer is well established by biologically

5    plausible facts.

6    Q          And what are those facts?

7    A          I think a number of studies that

8    include the, first, the -- that talc or talcum

9    powder causes inflammation.  These exist in a

10   number of forms, including very recent -- recent

11   research by Dr. Saed, as we were -- touched on a

12   little bit earlier in the -- in his paper, as

13   well as classical studies with talc pleurodesis

14   where there's -- you know, the fundamentals of

15   that treatment is the inflammatory response

16   caused by talc.

17   Q          Uh-huh.

18   A          And, so, that would be the -- some of

19   the -- two examples of where factual information

20   or at least observations that are supportive

21   of -- of that information, you know, being

22   considered as a bio- -- part of a biologically

23   plausible mechanism.

24   Q          You would agree, Doctor, that not all

Shawn Levy, Ph.D.

Page 169

1   inflammation causes cancer; correct?

2   A          I would say inflammation is not

3   singularly responsible for cancer.  However, I

4   would clarify that the progression from cellular

5   transformation to malignant cancer, at least with

6   our current understanding of cancer biology,

7   appears to have an inflammatory requirement,

8   meaning that all cases of chronic inflammation

9   don't necessarily cause cancer.  However, our

10  understanding of malignant transformation appears

11  to have, universally, an inflammatory component.

12  Q          Okay.  You would agree, though, that

13  not all types of inflammation that the body

14  experiences is inflammation that will lead to

15  cancer.  Correct?

16  MS. O'DELL:

17              Object to the form.

18  A          So I would -- taking a step back

19  and -- and -- or to orient us to some of the

20  basis of my opinions and some statements on

21  general cancer biology --

22  MS. BROWN:

23  Q          Well, let's start with just the

24  question, though, Doctor.

Shawn Levy, Ph.D.

Page 170

1    A          Okay.

2    Q          Okay.  Let's just keep it to an answer

3    to the question.  And then if you need an

4    opportunity to make another statement on the

5    record, that's fine.

6    MS. O'DELL:

7               Excuse me.  Just object to the

8    direction of the witness.

9               Dr. Levy, you can answer a question

10   however you'd like.

11   MS. BROWN:

12   Q          And, just to orient you, Doctor, what

13   I'm after, the question was:  Not all

14   inflammation that takes place in the body is

15   inflammation that leads to cancer; correct?

16   MS. O'DELL:

17               Object to the form.

18   A          So that, yeah, it's really too general

19   a question.  So you're -- you're -- what you're

20   asking is does all inflammation have the

21   potential to have -- have a relationship to

22   cancer, and the answer to that is -- is yes, it

23   does.

24               Now, does every inflammatory response

Shawn Levy, Ph.D.

Page 171

1    directly cause cancer?  And that's a question

2    that I would say would be reasonable to -- in

3    layperson's terms, in terms of general

4    inflammation, is unlikely.

5              But there -- their distinction

6    between -- is -- you know, stated simply, is

7    inflammation is a -- by our current knowledge of

8    cancer, is a necessary component of cancer

9    progression.  That does not equate to all

10   inflammation causing cancer.

11   MS. BROWN:

12   Q        Does acute inflammation cause cancer,

13   in your mind, Doctor?

14   A        It is a component of the cancer

15   progression process.  And, so, in my -- to

16   provide a simplistic distinction between them is

17   a --

18             Acute inflammation which results in

19   either an inflammatory response or direct

20   cellular insult or injury can be viewed as having

21   a -- causing cellular damage that results

22   in -- in cellular transformation.

23             Now, that is not sufficient for that --

24   for those transformed cells to then go on to

Shawn Levy, Ph.D.

Page 172

1    cause cancer.  The -- you need a contribution of

2    other factors.  And what those factors are is --

3    some are understood.  Some are areas of active

4    research.

5             In the -- in the specific case of

6    ovarian cancer, it does appear, given the

7    late- -- given the observations about latency

8    period, that some level of chronic inflammation

9    appears to be critical, but there is no

10   definition of it being required to then having

11   acute inflammation, again, in summary, causing

12   cellular damage and then chronic inflammation

13   providing a -- a supportive environment for that

14   transformation.

15            And, again, I'm -- I'm generalizing,

16   which, as we discussed earlier in the day, cancer

17   is very complex, and so we have to be cautious

18   with generalizations.

19   Q        Talc pleurodesis is a medical procedure

20   by which talc is injected into the pleura;

21   correct?

22   A        Correct.

23   Q        And it is done that purposefully to

24   elicit an inflammatory response.  Correct?

Shawn Levy, Ph.D.

Page 173

1    A        That's correct.

2    Q        And have you looked in consid- --

3    forming your opinions in this case at the body of

4    epidemiology that has followed folks who received

5    talc pleurodesis to see if they developed cancer?

6    MS. O'DELL:

7             Object.

8    A        Somewhat, yes.

9    MS. BROWN:

10    Q        And are you familiar with the findings

11    of those studies that talc, when injected

12    directly into the pleura for the purpose of

13    causing inflammation, had not caused cancer?

14    MS. O'DELL:

15             Object to the form.

16    A        I would disagree with your conclusions.

17    And, in fact, the literature I reviewed has, I

18    think, two fundamental concerns.  One is the time

19    period that these patients were followed post

20    pleurodesis, and the other that there -- there

21    have been at least one report, perhaps two -- I

22    would have to review to make sure I'm speaking

23    accurately -- where there was indeed a

24    asbestos-like response in the formation of a

Shawn Levy, Ph.D.

Page 174

1    mesothelioma-like event in the -- in the -- in

2    the pleural space following talc pleurodesis.

3              However, you know, taking a step back,

4    given the relative rarity of that as a procedure,

5    particularly today, I think drawing conclusions

6    from that as its -- as its relationship to cancer

7    would be difficult, but I -- I do think

8    fundamentally the -- my use of that as an example

9    was not necessarily to tie talc specifically to

10   cancer.  It was more to state that it's well

11   established that platy talc individually as it --

12   used in those procedures causes an inflammatory

13   response.  And so, you know -- and that is the

14   primary reason I used or reviewed that literature

15   for that purpose.

16   MS. BROWN:

17   Q         Is it your opinion, Doctor, that talc

18   pleurodesis leads to cancer?

19   MS. O'DELL:

20             Object to the form.

21   A         It is my opinion that talc pleurodesis

22   creates an environment supportive of cancer.  And

23   whether or not some number of individuals may

24   progress, could progress or have progressed to

Shawn Levy, Ph.D.

Page 175

1    cancer is -- you know, is -- is of limited

2    knowledge right now.

3    MS. BROWN:

4    Q        What scientific support do you have for

5    your opinion that talc pleurodesis creates an

6    environment supportive of cancer?

7    A        Oh, just that it causes an inflammatory

8    response.  And, as we've been discussing, there

9    is ample evidence surrounding the role of

10   inflammation in cancer.  There's a -- you know,

11   in a number of both reference studies and I think

12   generally, I would -- I would state that it's a

13   generally accepted fact in cancer biology.

14   Q        What scientific support do you have for

15   your opinion that talc pleurodesis patients later

16   can and do develop cancer?

17   MS. O'DELL:

18           Object to the form.  Misstate his

19   testimony.

20   A        I'd have to review my -- review some of

21   the literature.  And I can take a look if we want

22   to pause for a moment.

23           But there was -- I recall one study

24   involving talc pleurodesis that was maybe

Shawn Levy, Ph.D.

Page 176

1    mid-'80s to early '90s.  I'd have to, again, have

2    to review that --

3              I gave that specific example of a

4    patient or cohort of patients that were found to

5    have, again, asbestos-like effects in the lung

6    leading to, at least in a case or more than

7    perhaps more than one case, a mesothelioma-like

8    effect like we -- like I just mentioned.

9              But, again, to point you to the exact

10   reference, I'd have to review.

11   MS. BROWN:

12   Q        Are you relying on that reference in

13   forming your opinions in this case?

14   A           No.  Specifically -- again, to restate

15   the -- my description of the pleurodesis process

16   was to support the early part of the biological

17   mechanism that talc causes inflammation.  So

18   that -- and, so, in the lung as a tissue, that

19   progression to cancer is -- is -- I think is a --

20   is a -- is a supportive observation to the -- to

21   my overall principle.  But, again, it's a

22   separate -- separate exposure type, certainly a

23   very different dosing, potentially, and, again, a

24   very different patient, or the patient is a very

Shawn Levy, Ph.D.

Page 177

1    different individual in the sense that they

2    obviously have reasons for going through the talc

3    pleurodesis which are -- which are -- which are

4    potentially compounding to the overall phenotype.

5    Q        Have you endeavored to quantify the

6    difference between exposure to talc from

7    pleurodesis versus perineal use of cosmetic

8    talcum powder products?

9    MS. O'DELL:

10              Object to the form.

11   A        I have -- I have not attempted to

12   delineate those two simply from the perspective

13   that, again, to the biological mechanism, the

14   initial premise is talc causes inflammation.  And

15   when I examined literature to look for evidence

16   of that historically, talc pleurodesis is one

17   example of inflammation.  There's now others, and

18   there's, subsequent to that, there's been

19   a -- now a number of -- or, you know, probably

20   a --

21              Dr. Saed is one example of a reasonably

22   comprehensive molecular study examining specific

23   inflammatory markers tied specifically to

24   cellular exposure to, in the case of that paper,

Shawn Levy, Ph.D.

Page 178

1    specific products, you know, such as the Shower

2    to Shower and the -- and baby powder.

3    MS. BROWN:

4    Q        Do you believe the inflammation caused

5    by talc pleurodesis is chronic inflammation that

6    leads to cancer?

7    MS. O'DELL:

8              Objection to form.  Asked and answered.

9    A        Again, I believe the inflammatory

10   response to talc exposure, which would include

11   talc pleurodesis, induces an inflammatory

12   response that would be supportive of cancer

13   development and/or progression.

14   MS. BROWN:

15   Q        And what scientific literature other

16   than the one study you just referenced for us do

17   you rely on for your opinion that talc

18   pleurodesis induces an inflammatory response that

19   would be supportive of cancer development and/or

20   progression?

21   MS. O'DELL:

22             Object to the form.

23   A        All my -- my opinion is based on

24   connecting two basic concepts.  Talc exposure

Shawn Levy, Ph.D.

Page 179

1    causes inflammation.  Inflammation has a

2    significant role in cancer development.

3              And, so, as far as -- each of those is

4    supported by individual -- individual studies,

5    and -- and now -- as I mentioned, there are now

6    studies that directly tie those together in

7    observation.

8    MS. BROWN:

9    Q         What is the scientific basis for your

10   support that talc exposure causes the type of

11   inflammation that has been linked to cancer?

12   A         The most recent is the Saed publication

13   that we discussed and -- or at least has been

14   mentioned.  In that study, looking at -- there

15   was a assessment and, in some cases, a

16   quantitation of the specific molecular markers

17   for inflammation that were induced, and many

18   of -- some of those markers are shared with known

19   markers for -- for cancer progression, such as

20   CA 125, as well as others.

21   Q         Are you referring to Saed's 2018 paper,

22   Dr. Levy?

23   A         Yes.

24   Q         And you formed the opinions that talcum

Shawn Levy, Ph.D.

Page 180

1    powder products cause chronic inflammation in

2    your November 2018 report before having seen the

3    Saed paper from 2018; correct?

4    MS. O'DELL:

5              Object -- object to the form.

6    Misstates his testimony.

7    A         The -- so, as we discussed -- we

8    discussed earlier, I had seen abstract

9    information as well as earlier publication from

10   Dr. Saed's group and that the current 2018 paper,

11   while not necessary for the opinions described in

12   the report, certainly support those opinions,

13   given that it was a direct assessment of specific

14   products, specific -- in specific doses applied

15   to cellular material and then measurements for

16   inflammation made directly on that material.

17             So while that particular study was

18   not --

19             And, again, the -- the earlier studies

20   that were used to inform the 2018 paper were

21   certainly used in this report and referenced

22   the --

23             And I'm just recalling when.  Or if

24   we've refer- -- had the opportunity to reference

Shawn Levy, Ph.D.

Page 181

1    the --

2              Yeah.  So we reference primarily the

3    abstracts and then, again, as well as some of the

4    other Saed work, which is the foundation of the

5    directed studies that are described in the

6    Reproductive Sciences paper that is Exhibit 12.

7    MS. BROWN:

8    Q         Do you know that Dr. Saed is a paid

9    expert for the plaintiffs' lawyers in this

10   litigation?

11   A         I am aware.  Yes.

12   Q         Have you considered that fact in

13   evaluating Dr. Saed's work?

14   A         I did.

15   Q         Other than Dr. Saed's work from 2017

16   and 2018, what evidence are you relying on to

17   support your opinion that talcum powder produces

18   the type of inflammation that can lead to cancer?

19   A         There has been -- looking through

20   the -- there's the Buz'Zard and Lau, 2007.  We

21   were discussing the Hamilton -- Hamilton paper in

22   terms of immune response but then, more

23   specifically, the NTP reference in 1993.  And in

24   those cases, that was either looking at increases

Shawn Levy, Ph.D.

Page 182

1    in reactive oxygen species generation --

2    THE COURT REPORTER:

3            Wait a minute.  You have to slow down

4    when you read, please.

5    MS. O'DELL:

6            You may continue.

7    A        Just to -- before I left off, I think,

8    in those mentioned references, the reactive

9    oxygen species generation, increased cell

10   proliferation, and the use of -- in the specific

11   case of Buz'Zard and Lau, was looking at the

12   transformation in human ovarian cancer cells that

13   were treated with talcum powder -- sorry -- human

14   ovarian cells treated with talcum powder.

15   MS. BROWN:

16   Q        Other than Buz'Zard, Hamilton, and NTP,

17   is there anything else that you are relying on to

18   support your opinion that the inflammation caused

19   by talcum powder is the type of inflammation that

20   causes cancer?

21   A        So there's additional references

22   mentioned in the report; Gates, Belot, Harper and

23   Saed.  And then, in addition to that, there was

24   a --

Shawn Levy, Ph.D.

Page 183

1           Make sure I'm referring to the right

2     one.

3           So those were the -- those were the

4     primary references.  And then, of course, there

5     were supporting materials and other earlier-cited

6     work.

7           But for the opinion regarding the type

8     of inflammation that is caused by exposure to

9     talc and as far as its specific relationship to

10    cancer, there's -- there's -- I would point to

11    the, at least in the Saed work, the specific

12    quantitation of a very well-known tumor marker,

13    CA 125, also known as mucin-16 elevation in that

14    work, and then, in the case of Gates, some of the

15    fundamental glutathione S-transferase has been

16    associated or has been observed as a higher risk.

17          And, so, that would -- those would be

18    some examples.

19    Q     Are you aware of any animal study,

20    Dr. Levy, that shows the inflammation caused by

21    talcum powder causing precancerous changes?

22    MS. O'DELL:

23          Object to the form.

24    A     I would have to review the -- a few of

Shawn Levy, Ph.D.

Page 184

1    the details, and I -- there -- I am aware

2    of -- mentioned earlier the Woodruff or Woodford,

3    the earlier 1971 paper where I couldn't remember

4    the author, is one of the earliest studies that I

5    came across that had -- it has an animal model

6    study.

7    MS. BROWN:

8    Q        Doctor, is it your testimony that --

9             First of all, do you think it's -- that

10   in opining that there is a biologically plausible

11   mechanism by which talcum powder causes chronic

12   inflammation that can cause ovarian cancer, is it

13   necessary, in your mind, to be able to show in

14   animals that talcum powder does just that?

15   A        That talcum powder causes inflammation?

16   Q        That causes ovarian cancer.

17   A        No, I don't -- I don't think that

18   that's -- that's certainly not a requirement.

19   And the reason I -- the reason I give that answer

20   is -- is quite simple; that there is a wide

21   diversity of animal model studies that have not

22   been able to mimic specifically or correctly

23   human cancer for both -- both from a detection

24   and most often from a treatment perspective,

Shawn Levy, Ph.D.

Page 185

1  meaning that, fundamentally, humans and most --

2  or at least the animal systems used as -- in

3  scientific modeling are different.  Some of their

4  differences are due to different pathways, and

5  others of the differences are due to actually,

6  you know, fundamental immune system differences.

7  Q        The Hamilton article that you

8  identified for me, we marked earlier in the

9  deposition as Exhibit 7.  Do you recall that?

10  MS. O'DELL:

11          Counsel, would you mind just placing

12  the exhibits by the witness so he can refer to

13  them as he'd like, please.

14  A        Yes, I recall this.

15  MS. BROWN:

16  Q        And you would agree with me, Doctor,

17  that the Hamilton study that we discussed this

18  morning concluded that there were no neoplastic

19  changes in the animals that were injected with

20  talcum powder; correct?

21  MS. O'DELL:

22          Object to the form.  Asked and

23  answered.

24  A        No.  No, I -- I wouldn't agree.

Shawn Levy, Ph.D.

Page 186

1    MS. BROWN:

2    Q         What evidence in Hamilton, Doctor, are

3    you relying on to support your position that

4    Hamilton showed neoplastic changes in animals

5    injected with talc?

6    A         Well, I'm not -- I'm not stating that

7    Hamilton specifically showed that.

8              What I'm stating is that -- that there

9    is a Hamilton study as an animal model system to

10   make the conclusion that, in this animal model

11   system, that talc or talcum powder does not -- or

12   that causes or does not cause ovarian cancer is

13   not -- it's -- it is -- it has limitations.

14             And, as we discussed a bit earlier, the

15   two limitations are the very limited time points

16   of the animals.  And if we look at the relative

17   and observed time points that we know now, as far

18   as latency period, these are well short of

19   those -- of those periods, even by rat standards,

20   and then the number of treated animals is

21   relatively small at ten.  So the...

22   Q         Doctor, do you rely on the Hamilton

23   article to support your opinion that talcum

24   powder produces chronic inflammation that causes

Shawn Levy, Ph.D.

Page 187

1   ovarian cancer?

2   A         No, I don't rely -- again, I don't rely

3   on any -- there's not a reliance on any singular

4   article.

5   Q         Did not mean to suggest that, Doctor.

6             I asked you for the scientific support

7   that you have for the opinions you're giving in

8   this litigation, and one of the articles you

9   identified was the Hamilton article.  Correct?

10  A         Uh-huh.  Yes.

11  Q         And I -- and this Hamilton article, as

12  we discussed, at page 103, found no evidence of

13  neoplasm in the rats injected with talc.  Right?

14  A         They -- I -- I don't -- they did

15  not -- I don't recall seeing a description of

16  neoplasm in the Hamilton article.

17  Q         Page 103, second column, begins with

18  "No evidence."

19  A         "No evidence of cellular atypia."

20  Q         Uh-huh.  "And concludes that in no

21  ovary was there any evidence of frank neoplasia";

22  right?

23  A         Yes.  That's what's written in the

24  paper.

Shawn Levy, Ph.D.

Page 188

1    Q         So this article looked at talc that was

2    injected into animals and found no evidence of

3    changes that lead to cancer.  Correct?

4    MS. O'DELL:

5              Objection to form.

6    A         Over the time period that they -- that

7    the study was performed, they did -- they did

8    not -- they did not report, and, in fact, as you

9    said, their statements are "no evidence of

10   cellular atypia or mitotic activity."

11   MS. BROWN:

12   Q         So in opining, as you do in this case,

13   that talcum powder can biologically induce

14   chronic inflammation that causes ovarian cancer,

15   what methodology did you employ to consider the

16   findings of the Hamilton article?

17   A         Well, I considered the findings of the

18   Hamilton article, as -- as referenced in the

19   report, primarily showing that talc has an

20   inflammatory or an immune response.  And that was

21   the primary inclusion of the -- of the Hamilton

22   paper.

23   Q         Not all inflammatory or immune

24   responses lead to cancer; right?

Shawn Levy, Ph.D.

Page 189

 1    MS. O'DELL:

 2             Objection.  Asked and answered.

 3    A        As -- as we discussed, not -- not all

 4    inflammatory responses have been shown to

 5    conclusively lead to cancer.  And, so...

 6    MS. BROWN:

 7    Q        And Hamilton does not support the

 8    opinion that the type of inflammatory response

 9    that talc causes is the type that causes cancer.

10    Fair enough?

11    MS. O'DELL:

12             Object to the form.

13    A        No.  I would say that's unfair.

14    Because, again, the limitation of the Hamilton

15    study at the time it was performed was -- is a

16    very short timeline.  So there is -- it is an

17    incomplete study in the sense that there is

18    certainly the possibility that the first aspect

19    or the first event that we're -- that we've been

20    discussing in cancer biology, the cellular damage

21    to lead to transformation, could have occurred in

22    some of the rat tissues but had not progressed

23    enough or had -- or had taken hold enough to

24    cause or to have that be detected in this

Shawn Levy, Ph.D.

Page 190

 1    particular study performed in the early '80s.

 2              And, furthermore, rat -- the rat model

 3    for human cancer, since this study has been in

 4    other cases, has some limitations as it relates

 5    to how applicable it is to the human condition.

 6    MS. BROWN:

 7    Q         The NTP study that you identified as

 8    supporting your opinion, Doctor, that also does

 9    not show evidence of neoplastic changes; is that

10    right?

11    MS. O'DELL:

12              Object to the form.

13              Doctor, please feel free to refer to

14    the study if you need to.

15    A         Yeah.  I'll do that now.

16              (DEPOSITION EXHIBIT NUMBER 15

17              WAS MARKED FOR IDENTIFICATION.)

18    MS. BROWN:

19    Q         Doctor, we'll mark as Exhibit 15 to

20    your deposition the NTP study to which you were

21    referring.

22    A         Uh-huh.

23    Q         And this study, as well, does not show

24    evidence of neoplastic changes.

Shawn Levy, Ph.D.

Page 191

1    MS. O'DELL:

2              Object to the form.

3              Do you have a copy for me?

4              It's what number?

5    MS. BROWN:

6              Fifteen.

7    A         I think the -- the important

8    distinction in this particular study is this was

9    an aerosol-based -- based study.  It certainly

10   was longer than the Hamilton but was -- was not a

11   study that mimics the perineal use of talc.

12   MS. BROWN:

13   Q         And, so, as it relates to your opinion

14   in this case, Doctor, that talc induces a chronic

15   inflammation that can lead to ovarian cancer, the

16   NTP study does not support that, does it?

17   MS. O'DELL:

18             Object to the form.

19   A         I would say the study does support my

20   opinion regarding talc and its role in

21   inflammation.  And if we refer to page 6 within

22   the first -- the first paragraph, beginning with

23   "Accumulations of macrophages."

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 192

1    Q        Did you review, Doctor, the --

2             And -- and what about the findings of

3    NTP support your opinion?

4    A        Well, first, the inflammatory response,

5    given the evidence by the accumulation of

6    macrophages, and then, secondly, that in the

7    female rats, the incidences of alveolar and

8    bronchial or adenoma, carcinoma, and adenoma in

9    the 18-milligram-per-meter group were

10   significantly greater than those of controls.

11   Q        So did you consider the FDA's findings

12   as it relates to the evaluation of the NTP study?

13   MS. O'DELL:

14            Object to the form.  Vague.

15   A        Which -- which FDA?

16   MS. BROWN:

17   Q        Have you considered, in connection with

18   this case, the FDA's response to the 2014

19   citizens petition?

20   A        Yes.  That's familiar.  And if I recall

21   correctly --

22            Or do you have -- is that handy?

23   Q        We'll mark that as Exhibit 16, Doctor.

24            (DEPOSITION EXHIBIT NUMBER 16

Shawn Levy, Ph.D.

Page 193

1           WAS MARKED FOR IDENTIFICATION.)

2    MS. BROWN:

3    Q        The reason I want to talk to you about

4    this is it contains a review of the NTP study we

5    were just discussing.

6           First of all, did you consider this

7    document in connection with your opinions in this

8    case?

9    A        Yes, this document's familiar.

10   Q        Okay.  And do you recall that a cancer

11   prevention coalition wrote the FDA requesting

12   that a warning label be placed on talcum powder

13   products?

14   A        Yes.

15   Q        And do you recall, as evidenced on

16   page 1, the FDA reviewed the data as it related

17   to that question?

18   A        I -- I recall that the FDA reviewed the

19   data and determined that it was insufficient, and

20   they did not identify any new compelling

21   literature at the time.  But this was in 2014.

22   Q        And the NTP --

23   MS. O'DELL:

24           Excuse me, counsel.

Shawn Levy, Ph.D.

Page 194

1              Were you finished?  If you're finished,

2     that's fine.  I just didn't know if you completed

3     your --

4     A          I'm just reading.  There was one

5     other -- I recall --

6     MS. BROWN:

7     Q          Doctor, the NTP study that you pointed

8     us to was from 1993.  Is that right?

9     A          I believe that's correct.

10    Q          All right.  And one of the things that

11    the FDA did in this letter of 2014 is reviewed

12    that study; correct?

13    A          Yes.

14    Q          And I'll direct you to page 3 of 7.

15    And what the FDA concluded was that the study

16    lacked convincing scientific support because of

17    serious flaws in its design and conduct.

18              Do you see that?

19    MS. O'DELL:

20              Where are you reading?  Sorry.

21    MS. BROWN:

22              Page 3.  Page 3.

23    MS. O'DELL:

24              Oh.  Page 3.  Sorry.  I thought you

Shawn Levy, Ph.D.

Page 195

1    said page 2.  I'm sorry.

2    MS. BROWN:

3    Q        Do you see that, Doctor?

4    A        Starting with --

5    Q        Bottom of page 3 --

6    A        -- under toxicology findings?

7    Q        So, to orient us here, Doctor, you

8    pointed, as evidence of support of your opinions

9    in this case, to the NTP study.  Right?

10   A        Correct.

11   Q        And the folks who wrote to the FDA

12   requesting a warning on talc, they, too, pointed

13   to that study; right?

14   A        Yes.

15   Q        All right.  And, so, the FDA reviewed

16   that study and, in the letter denying the

17   citizens petition, included its critique of that

18   study; correct?

19   A        Correct.

20   Q        And one of the things the FDA concluded

21   was that the study had serious flaws.  True?

22   MS. O'DELL:

23            Objection to form.

24   A        I don't -- do you -- I don't see where

Shawn Levy, Ph.D.

Page 196

1    the FDA claimed serious flaws.

2    MS. BROWN:

3    Q        At the bottom of page 3 --

4    A        I see.

5    Q        -- the sentence that begins, "However,

6    this study lacks convincing scientific support

7    because of serious flaws in its design and

8    conduct -- and conduct."

9              Do you see that?

10   A        I do.

11   Q        And one of the things the FDA points to

12   is that the investigators used micronized talc

13   instead of consumer grade talc, resulting in the

14   experimental protocol not being reflective of

15   human exposure conditions in terms of particle

16   size.

17             Do you see that?

18   A        I do.

19   Q        Have you made a determination in this

20   case, sir, about the size of the particles in

21   talcum powder products?

22   A        I -- I've not made that distinction.

23   And --

24   Q        There's --

Shawn Levy, Ph.D.

Page 197

1    A            And, furthermore, I think the --

2    importantly, the -- the flaws that the FDA points

3    out are, you know, not in disagreement with

4    our -- with our discussions surrounding both the

5    inflammatory response and then some of the

6    results there.  I don't -- I don't see as a

7    concern --

8                 In fact, the -- it appears the FDA does

9    not disagree with the observation of the evidence

10   of carcinogenic activity in the non-asbestiform

11   talc.  I think they --

12                I share --

13   Q            Let's focus back on the question,

14   Doctor.

15   MS. O'DELL:

16                Excuse me.  Let him finish his answer.

17   He's not finished.

18   A            So, the, you know, the serious flaws

19   were the, I think, in this case, the specific

20   inclusion of nonasbestos talc and use of

21   micronized talc instead of consumer grade.  So I

22   think in that -- in that sense, it's not

23   surprising that it had a different -- perhaps a

24   different response than may be observed with

Shawn Levy, Ph.D.

Page 198

1    consumer products or talc that have -- may have

2    contaminants, whether it be asbestos or other.

3    MS. BROWN:

4    Q         Do you remember the question I asked,

5    Doctor?

6    A         Perhaps it would be helpful to restate.

7    Q         I think, probably.

8              I asked if you had made a determination

9    in this case about the size of the particles in

10   talcum powder products.

11   A         I -- so as far -- a determination, no.

12   I would -- I would say I have had an opportunity

13   to, you know, review or become more educated in

14   the diversity of talc products and the

15   interesting geographic relationship to different

16   size particles and -- in the presence or absence

17   of asbestiform particles in talc, which was a,

18   you know, fascinating area to become educated in.

19             As far as examining that in each of the

20   individual studies, I certainly was able to pay

21   attention to earlier or later studies as it

22   applied to when there was a specific description

23   of the talc, such as in the NTP study where

24   there -- that was one of the few that had a

Shawn Levy, Ph.D.

Page 199

1    specific determination.

2            But I was basing my opinions on the

3    general behavior, summarized behavior of talc

4    based on the available evidence.

5    Q        In forming your opinions in this case,

6    Doctor, have you concluded that a particular

7    route of exposure is more likely when women are

8    using talcum powder products perineally?

9    MS. O'DELL:

10           Object to the form.

11   A        Certainly it would seem logical that

12   the route of talc exposure would be related to

13   the area that the talc is used.

14   MS. BROWN:

15   Q        As such, do you believe and have you

16   assumed for purposes in your -- of your opinions

17   in this case that talc more likely migrates from

18   the perineum to the ovaries, as opposed to talc

19   being inhaled and then traveling down to the

20   ovaries?

21   A        The evidence I've seen would suggest

22   that that migration that you described from the

23   perineum through the vagina into the fallopian

24   tubes into the ovary is certainly far more likely

Shawn Levy, Ph.D.

Page 200

1    when -- when used in the perineum compared to

2    inhalation.

3              But I have not seen a study that tried

4    to distinguish that in terms of having an exposed

5    group who inhaled talc only and then looked for

6    evidence of the presence in the ovary.

7    Q         Back to the FDA document we were

8    discussing, Doctor, the FDA's critique of the NTP

9    study continues on page 4, where the FDA

10   identifies that the investigators conceded they

11   have problems with the aerosol generation system

12   and that the study did not include positive and

13   negative dust controls.

14             Did you consider those critiques in

15   evaluating the NTP study in this case?

16   MS. O'DELL:

17             Object to the form.

18   A         Well, I -- I certainly considered --

19   you know, considered them in -- as -- as I would

20   consider any -- any other evidence or opinion

21   on -- on these relevant subjects.

22   MS. BROWN:

23   Q         The FDA went on to conclude, Doctor,

24   that, in light of the shortcoming, a panel of

Shawn Levy, Ph.D.

Page 201

1   experts at the 1994 ISRTP/FDA workshop declared

2   that the 1993 NTP study has no relevance to human

3   risk.

4          Do you share that conclusion?

5   MS. O'DELL:

6          Object to the form.

7   A        I do not.  And I think, importantly,

8   you know, even there at the bottom of page 4,

9   their point number 4 saying a cogent biological

10  mechanism by which talc might lead to ovarian

11  cancer is lacking.

12  MS. BROWN:

13  Q        Uh-huh.

14  A        I believe, as we're discussing today,

15  subsequent research and subsequent studies

16  have -- and including my report, have helped

17  define that plausible biological mechanism

18  which -- by which talc may lead to ovarian

19  cancer.

20  Q        In answering my question, Doctor, you

21  pointed to a different portion of the same page

22  we were discussing; correct?

23  A        Correct.

24  Q        And what you pointed to was the FDA's

Shawn Levy, Ph.D.

Page 202

1    conclusion here in 2014 that a cogent biological

2    mechanism by which talc might lead to ovarian

3    cancer is lacking.  Correct?

4    MS. O'DELL:

5              Object to the form.

6    A         I -- I would disagree in the general

7    nature of your statement and clarify it by saying

8    the FDA found a lack of that mechanism based on

9    the submitted literature of the citizen petition.

10   MS. BROWN:

11   Q         So do you understand, Doctor, in

12   evaluating the FDA's response, that they, in

13   fact, did their own investigation in addition to

14   the literature that was provided to them at the

15   time?

16   MS. O'DELL:

17             Objection.  Misstates the record.

18   A         Well, my reading of it, it says

19   they -- that their -- that the scientific

20   literature considered was submitted in support of

21   both citizen petitions.  And...

22   MS. BROWN:

23   Q         Are you finished, Doctor?

24   A         Yes.  I was just looking to see if

                        Shawn Levy, Ph.D.

                                                        Page 203

 1   there was a notation about further --

 2   Q          I'll direct you, Doctor, to page 4, the

 3   second full paragraph that begins "In addition,

 4   the FDA stated."

 5              "In addition, we reviewed relevant

 6   toxicity literature (consisting of 15 articles

 7   from 1980 to 2008) not cited in your petition to

 8   determine if there was additional support at this

 9   point in time for your suggested warning label."

10              Do you see that?

11   A          I do.

12   Q          And, based on the FDA's review of all

13   the literature that they investigated at the

14   time, they concluded that a cogent biological

15   mechanism by which talc might lead to ovarian

16   cancer was lacking.  Right?

17   MS. O'DELL:

18              Objection to form.

19   MS. BROWN:

20   Q          That was their conclusion; correct?

21   A          Yes, as written, that was their -- that

22   was the FDA's conclusion.

23   Q          And you, Dr. Levy, disagree with that

24   conclusion; correct?

Shawn Levy, Ph.D.

Page 204

1    A        I -- I disagree with the -- or I -- I

2    have found, based on a review of the literature,

3    that there are now additional supporting studies

4    that would -- that would refute some of these

5    conclusions of -- by the FDA review.

6    Q        And explain to us, then, Doctor, what

7    methodology you employed or what research you

8    conducted to reach a conclusion different from

9    the FDA's conclusion in 2014.

10   A        I think, similar to what the FDA

11   described, my review is of the literature now,

12   you know, through 2018, examining the available

13   information regarding inflammatory response to

14   talc and then talc exposure as it relates

15   to -- to the initiation of progression of cancer.

16   Q        Dr. Leavy -- Dr. Levy, do you think

17   that the FDA, in concluding, as they did in 2014,

18   that a cogent biological mechanism by which talc

19   might lead to ovarian cancer is lacking, do you

20   think they were wrong at that time?

21   A        I would -- I -- I would say that they

22   were incomplete at that time.  And, in fact, you

23   know, one of the --

24            If we -- if we look at page 5 in the

Shawn Levy, Ph.D.

Page 205

1   one, two -- third full paragraph beginning with

2   "while there exists," where the FDA does agree

3   about the -- that it's plausible that perineal

4   talc and other particulates reach the endometrial

5   cavity and -- and associated organs and may

6   elicit a foreign-body-type reaction and

7   inflammatory response that in some exposed women

8   may progress to epithelial cancers.  What they do

9   state, "However, there has been no conclusive

10  evidence to support causality."

11           So I would suggest that this paragraph

12  is in support of the biologically plausible

13  mechanism that I included in the report and

14  that -- and, as we've been discussing, I

15  haven't -- we -- we've not been discussing a

16  causal or a formal causal evaluation.

17  Q        What information did you rely on,

18  Doctor, in reaching the conclusion that there is

19  a biological mechanism that the FDA did not?

20  MS. O'DELL:

21           Object to the form.  Misstates his

22  testimony.

23  A        I'm stating that the -- as we

24  discussed, as we've been discussing today, the --

Shawn Levy, Ph.D.

Page 206

1    the response to talc -- the response to talc

2    exposure as an inflammatory response is supported

3    by a number of studies, including the NTP study,

4    which, although the FDA had some concerns with,

5    the FDA also made statements regarding the

6    exposure to talc and other particulates having an

7    inflammatory response and that some exposed

8    women's may have progressed to epithelial

9    cancers.

10           So, again, they're -- I think

11   they -- they're in agreement there.  So even the

12   concerns with the study withstanding, there's --

13   there's -- there's -- I still -- I still think

14   the FDA report is in support of the mechanism

15   that we've been discussing.

16   MS. BROWN:

17   Q        The FDA concludes that a cogent

18   biological mechanism by which talc might lead to

19   ovarian cancer is lacking, do they not?

20   MS. O'DELL:

21           Objection to form.  Asked and answered.

22   A        But I would al- -- I would say the FDA

23   contr- -- perhaps contradicts itself later in the

24   same document, stating that there is both an

Shawn Levy, Ph.D.

Page 207

1    inflammatory response and that in some exposed

2    women they may progress to epithelial cancer.

3    MS. BROWN:

4    Q        Other than the Woodruff article,

5    Doctor, are you aware of any other study in

6    animals that shows inflammation leading to

7    cancer?

8    MS. O'DELL:

9             Objection to form.  Other than those

10   he's mentioned?

11   A        Yeah.  I -- I would have to -- that

12   would -- that would require review of the

13   literature to -- to speak generally to animal

14   studies and inflammation leading to cancer.

15   MS. BROWN:

16   Q        Let me rephrase.

17            In terms of your opinion here that talc

18   causes chronic inflammation that causes ovarian

19   cancer, you identified the Hamilton study, the

20   NTP study, and the Woodruff study as animal

21   studies that support that view.  True?

22   A        I identified those studies as

23   supportive of my -- of my opinion, yes.

24   Q        Are you aware of any additional animal

Shawn Levy, Ph.D.

Page 208

1    studies on which you're relying?

2    A          Not -- not for the contents of the

3    report.  Not that I'm aware of.  I think we've --

4    we've already discussed some of the other

5    references contained in the report

6    below and -- or at least by mention and Gates.

7                  (DEPOSITION EXHIBIT NUMBER 17

8                  WAS MARKED FOR IDENTIFICATION.)

9    MS. BROWN:

10   Q          I'm gonna mark as Exhibit 17 to your

11   deposition the Buz'Zard study that you mentioned

12   a moment ago.  Do you recall that?

13   A          Yes.

14   Q          Do you rely on the Buz'Zard study in

15   supporting your view that chronic inflammation

16   from talcum powder use can cause ovarian cancer?

17   MS. O'DELL:

18                  17?

19   MS. BROWN:

20                  Yes.

21   A          Sorry.  Can you restate your question?

22   It wasn't...

23   MS. BROWN:

24   Q          Do you rely on what we've marked as

Shawn Levy, Ph.D.

Page 209

1    Exhibit 17, the Buz'Zard study, to support your

2    view that talcum powder causes chronic

3    inflammation that leads to ovarian cancer?

4    MS. O'DELL:

5              Object to the form.

6    A         As we've discussed, not singularly, but

7    the -- as part -- as part of a complete picture

8    of talc causing reactive oxygen species

9    generation and other inflammatory responses,

10   certainly this is a study that supports that

11   opinion.

12   MS. BROWN:

13   Q         Did you consider the type of cells that

14   were evaluated in the Buz'Zard study?

15   MS. O'DELL:

16             Objection to form.  Vague.

17   A         Certainly in terms of the overall

18   experimental design.

19   MS. BROWN:

20   Q         Did those -- were those normal human

21   ovarian cells?

22   A         The -- the author has labeled them as

23   normal human ovarian cells.  But the -- you know,

24   one of the key characteristics and similar to our

Shawn Levy, Ph.D.

Page 210

1    comments on -- on animal systems is all -- all

2    in vitro or in vivo studies that are using cell

3    lines or animals have limitations.  And in this

4    case, you know, cell lines are particularly

5    notorious in research in general for

6    their -- for -- having to use care in extending

7    findings to, you know, broad mechanisms in a --

8    in a complex organism or in the human body.

9    Q         Sure.

10             What you're -- what you're saying is

11   you've got to be careful taking the findings from

12   one cell study and extrapolating that to humans.

13   Fair?

14   MS. O'DELL:

15             Object to the form.

16   A         The -- I think you have to be careful

17   in evaluating each study in using the relevant

18   components of that study and observations in that

19   study as part of an overall mechanism and whether

20   it's supportive or refutes such a mechanism.

21   So --

22   MS. BROWN:

23   Q         Did -- did you exercise that care here

24   as it relates to the Buz'Zard study?

Shawn Levy, Ph.D.

Page 211

1    A        So the Buz'Zard study, you know,

2    primarily, as -- as referenced, was to illustrate

3    a study that showed an increase in reactive

4    oxygen species generation, and that's the -- the

5    primary purpose, or I should say primary

6    observation on the -- from this.

7             Now, certainly, the study contained

8    more observations than that and certainly had

9    some -- you know, a number of other components.

10   Q        How does the Buz'Zard study support

11   your view that talcum powder causes chronic

12   inflammation that causes ovarian cancer?

13   A        So the Buz'Zard study supports the view

14   that exposure to talcum powder causes an

15   inflammatory response.

16   Q        And that inflammatory response you saw

17   in the Buz'Zard study does not increase with

18   increasing doses of talcum powder.  Correct?

19   A        I have to review.  I believe that -- I

20   believe their figures suggest --

21            You know, are you referring

22   specifically to their reaction -- reactive oxygen

23   specie generation?

24   Q        Correct.

Shawn Levy, Ph.D.

Page 212

1    MS. O'DELL:

2              Figure 3.

3    A         Figure 3?

4              The one interesting observation in

5    these two figures, both Figure 3A and Figure 3B,

6    being the percentage of reactive oxygen specie

7    generation in two different cell types, one in --

8    one in Panel A and one in Panel B, is -- what I

9    did not see included, if I --

10             And I'm reading to see if I recall

11   correctly.

12             -- was a -- the -- the cell viability

13   assay that they use for normalization has

14   a -- somewhat of a limitation in that it -- it

15   doesn't measure cell senescence.  It only

16   measures cell death.  And, so, they -- not to

17   dis- -- not that I disagree with your observation

18   that it did not show the sig- -- significant

19   increase, but there is the possibility that the

20   reason that you see an actual decrease in the RS

21   generation at the higher doses of talc is that

22   cells have gone senescent and are essentially no

23   longer responding to that increased dose.

24             So I think there's at least two

Shawn Levy, Ph.D.

Page 213

1    different ways to interpret some of these

2    results.  But I don't disagree with your

3    observations regarding Figure 3.

4    MS. BROWN:

5    Q        This study was conducted in a

6    nutritional lab, not a cancer lab.  True?

7    A        I'm -- I'm not aware of the type of

8    laboratory or even the...

9    Q        And the study was -- the purpose of the

10   study was to assess whether there was a certain

11   effect of pine bark supplement?  Is that right?

12   MS. O'DELL:

13            Objection to form.

14   A        They were looking at the -- the effect

15   of a proprietary -- as stated by the authors, a

16   proprietary mixture of water soluble

17   bioflavonoids extracted from French maritime pine

18   bark.

19   MS. BROWN:

20   Q        Uh-huh.

21            And did you investigate whether the

22   ovarian cells that they used here were

23   genetically altered?

24   A        No, I did not investigate that.

Shawn Levy, Ph.D.

Page 214

1   Q         Did you --

2             I'm sorry.  Were you done?

3   A         No.  I would say it's fair -- it's fair

4   to say that, you know, that the -- whether

5   they're genetically altered or not, the -- the --

6   you know, the same potential limitations as far

7   as extrapolation to the human system would apply

8   for any signs.

9             But, again, the purpose of the Buz'Zard

10  study, as -- as referenced in the report, was to

11  indicate that there are studies that have shown

12  an increase in reactive oxygen specie generation

13  under exposure to -- to talc.  And I think the

14  study is reasonably clear on that increase

15  relative to control.

16  Q         Except what this study showed, Doctor,

17  is the more talc you give, the decrease from

18  baseline in the reactive oxygen species.

19  Correct?

20  MS. O'DELL:

21            Object to the form.  Asked and

22  answered.  Misstates the testimony.

23  MS. BROWN:

24  Q         Take a look at Figure 3; right, Doctor?

Shawn Levy, Ph.D.

Page 215

1    A         No.  I agree.  But, as stated, and an

2    important clarification is whether that decrease

3    is significant relative to the biology is -- is

4    unknown.

5    Q         Right.

6              This study certainly does not

7    conclusively show that the more talc you give,

8    the more ROS is generated.  Correct?

9    MS. O'DELL:

10             Object to the form.

11   A         In these particular cell lines under

12   these conditions, the -- the study certainly did

13   not draw that conclusion.

14   MS. BROWN:

15   Q         In fact, what this study shows is the

16   more talc you give, the less of -- of ROS

17   generation you have.  Doesn't it?

18   MS. O'DELL:

19             Object to the form.

20   A         I think importantly in this study, the

21   time dependency for each of the doses is more

22   important at the doses rather than comparing dose

23   to dose.

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 216

1    Q        My question was, Doctor, what this

2    study shows is the more talc you give, the less

3    ROS generation there is.  True?

4    MS. O'DELL:

5             Objection to form.

6    A        Again, under -- under the conditions of

7    this particular study.

8    MS. BROWN:

9    Q        Do you think the Buz'Zard study is

10   scientifically reliable?

11   A        I have no basis to -- to suggest that

12   it's -- that it's not reliable.

13   Q        Do you think that --

14   A        But I think there -- it does -- if

15   there is a -- as we discussed earlier, an

16   importance to not overgeneralize conclusions or

17   lack of conclusions as, you know, outside of the

18   system under study.

19   Q        If -- I want you to assume that the

20   Buz'Zard study used genetically altered ovarian

21   cells that did not have the p53 protein.  Would

22   that affect your analysis of Buz'Zard?

23   MS. O'DELL:

24             Object to the form.

Shawn Levy, Ph.D.

Page 217

```
 1    A          Well, that's -- that's an impossible
 2    question.  Like you can't have --
 3               Well, you can't call a cell type a
 4    normal ovarian cell and -- absent p53 protein.
 5    You're -- it'd be -- you're fundamentally
 6    changing the biology of the cell as it relates to
 7    ovarian cancer or cancer in general.
 8    MS. BROWN:
 9    Q          Because p53 is something that you have
10    in your genes that prevents against ovarian
11    cancer.  True?
12    MS. O'DELL:
13               Objection.
14    A          So p5- -- p53 is a well-known, often
15    mutated gene in a number of human cancers.
16    MS. BROWN:
17    Q          And, so, if the ovarian cells that were
18    studied in Buz'Zard did not have p53, it will
19    call into question the study.  Fair?
20    MS. O'DELL:
21               Object to the form.
22    A          It would be difficult to answer.  From
23    the perspective of the presence or absence
24    of -- of p53 having an effect on the ability of a
```

Shawn Levy, Ph.D.

Page 218

1    cell to generate reactive oxygen species under --

2    under exposure to a substance like talcum powder

3    would need to be tested directly.

4    MS. BROWN:

5    Q        Fair to say, in your mind, a cell

6    missing p53 is not a normal human ovarian cell.

7    True?

8    A        That is true.

9             (DEPOSITION EXHIBIT NUMBER 18

10            WAS MARKED FOR IDENTIFICATION.)

11   MS. BROWN:

12   Q        Handing you what we've marked as

13   Exhibit 18 to your deposition, it's a review

14   article titled "Perineal Talc Use and Ovarian

15   Cancer," by Ross Penninkilampi.

16            Do you see that?

17   A        I do.

18   Q        This is an article that you cited in

19   your report; correct?

20   A        Correct.

21   Q        Does this article support your view

22   that there is a biolo -- in part --

23            Strike that.

24            Does this article, in part, support

Shawn Levy, Ph.D.

Page 219

1  your opinion in this case that there is a

2  biologically plausible mechanism by which talcum

3  powder can cause ovarian cancer which can

4  cause --

5          Strike that.  Gonna do it again.

6          Does this article support your view, in

7  part, that talcum powder can cause chronic

8  inflammation that can cause ovarian cancer?

9  A       This is an article I considered in

10 the -- in the overall review and, in the

11 conclusions of this article, found a -- an

12 association between perineal talc use and ovarian

13 cancer, according to the authors.

14         So it was supportive of the proposed

15 mechanism but was, again, in part.

16 Q       And, on page 13 and 14 of your report,

17 you, in fact, reference the Penninkilampi study

18 and some of its conclusions; correct?

19 A       Correct.  On the -- on the bottom of

20 page 13, yes.

21 Q       And what was the purpose of including

22 this description of Penninkilampi in your expert

23 report, Doctor?

24 A       Just to be sure to be -- to include

Shawn Levy, Ph.D.

Page 220

1    available literature and, in this case, review a

2    meta-analysis of some reasonably large-scale

3    studies to try to bring the proposed biologically

4    plausible mechanism and include the -- the

5    available epidemiological information for those,

6    such as the Penninkilampi and Eslick paper we're

7    discussing.

8    Q        What methodology did you employ in

9    terms of reviewing the Penninkilampi findings as

10   it relates to the question you addressed in your

11   report?

12   MS. O'DELL:

13            Object to the form.

14   A        I -- I used the same methodology for

15   the other studies as a review of the paper and

16   its -- and its methods and conclusions.

17   MS. BROWN:

18   Q        Do you believe this review, systematic

19   review and meta-analysis, provides evidence that

20   there's a biologically plausible mechanism by

21   which talc can cause ovarian cancer?

22   A        Yes.  It provided -- it shows an

23   association between talc use and ovarian cancer.

24   I don't -- I don't believe this particular study

Shawn Levy, Ph.D.

Page 221

1   goes on to specifically elucidate causation, but

2   it certainly shows the association.

3   Q        Well, the study specifically says that

4   causation cannot be found, based on the results.

5   Right?

6   MS. O'DELL:

7            Objection to form.

8   MS. BROWN:

9   Q        If you look at page 42, Doctor, the

10  very end of that first paragraph, "A certain

11  causal link between talc use and ovarian cancer

12  has not been established."

13           Do you see that?

14  MS. O'DELL:

15           Where are you?  Page 42.  Where are you

16  reading, please?

17  MS. BROWN:

18           Page 42, the end of the first

19  paragraph.

20  A        Yes, I see that.

21  MS. BROWN:

22  Q        Do you agree with that statement,

23  Doctor, that a causal link between talc use and

24  ovarian cancer has not yet been established?

Shawn Levy, Ph.D.

Page 222

 1    MS. O'DELL:

 2              Objection.

 3    A         No, I wouldn't.  But, again, my review

 4    of this was to tie the biologically plausible

 5    mechanism to, you know, human observation, not

 6    provide a evaluation of the -- of the causal

 7    link.

 8              And I think the -- I would suspect that

 9    the --

10              I'm also not aware of a study that has

11    been able to -- or a -- or a -- what would be

12    necessary --

13              I'm not aware of a study that has been

14    able to provide all of the recognized and

15    established methodology for causation and have

16    that applied in -- in talc.

17    MS. BROWN:

18    Q         You're not aware of any study in the

19    talc epidemiology that has concluded that talcum

20    powder causes ovarian cancer; correct?

21    MS. O'DELL:

22              Objection to form.

23    A         I'm aware of a number of studies that

24    have shown a strong correlation between the two.

Shawn Levy, Ph.D.

Page 223

1    But I would have to defer to the epidemiology

2    expert witnesses as to their opinion on

3    causation.

4    MS. BROWN:

5    Q         One of the things you told us that you

6    reviewed in connection with your opinion was the

7    talc epidemiology.  Is that right?

8    A         That's right.

9    Q         Did you conduct a review of all of the

10   available epidemiology on talcum powder use and

11   ovarian cancer?

12   A         I certainly tried to review it as

13   comprehensively as -- as possible.

14   Q         And, in connection with that review,

15   you'll agree there is not a single study that

16   concludes there is a causal association between

17   talcum powder use and ovarian cancer; correct?

18   MS. O'DELL:

19             Objection to form.

20   A         So I would -- I would -- interestingly,

21   there -- it's -- it becomes a -- as more -- as

22   more and more information has become available

23   over the last few years, that becomes a more and

24   more difficult bar to meet, simply because, to

Shawn Levy, Ph.D.

Page 224

1   examine that comprehensively, when you consider

2   the etiology of a disease and the latency periods

3   that have been observed in ovarian cancer in

4   general and the meta review by both this earlier

5   paper by Penninkilampi and then their subsequent

6   later work, you have a challenge of a -- in a

7   cohort study, a disease that is somewhat rare,

8   coupled with a exposure and latency period that's

9   been, in the -- in the limited number of studies

10  that have looked at this, appears to be quite

11  long, and then when you couple in the -- the

12  ethical concerns of actually performing a trial,

13  where it becomes a very difficult causation bar

14  to reach.

15          And, so, instead, we rely on the

16  case -- the available case-control data and then

17  systematic and meta-analysis reviews such as some

18  of the epidemiologists have performed to make

19  assessments into the likelihood that -- and the

20  strength of the association between talc use and

21  ovarian cancer.

22  Q       Are you intending to provide an opinion

23  on the strength of the association between talc

24  use and ovarian cancer as evidenced in the

Shawn Levy, Ph.D.

Page 225

1   epidemiology?

2   MS. O'DELL:

3           Object to the form.

4   A        No.  My -- my opinions are limited to

5   the biologically plausible mechanism and then

6   examining whether that biologically plausible

7   mechanism presented is supported by observations

8   in -- in available human studies.

9   MS. BROWN:

10  Q        And when you say your opinion is

11  limited to a biological plausible mechanism, are

12  you talking of the theoretical concept or are you

13  talking about in the context of women using

14  talcum powder perineally?

15  A        In the context --

16  MS. O'DELL:

17          Object to the form.

18  THE WITNESS:

19          Sorry.

20  MS. O'DELL:

21          Excuse me.

22  A        In the -- in the context of women using

23  talcum powder perineally specifically, and

24  then -- and then certainly also the -- some of

Shawn Levy, Ph.D.

Page 226

1   the fundamental aspects of that mechanism may

2   apply to other exposures as well.

3   MS. BROWN:

4   Q        Like what?

5   A        Well, the -- the other exposure we've

6   been discussing, in -- in that some of the

7   studies looked at inhalation exposure, et cetera.

8            But the primary review and the primary

9   opinion is based on the perineal use of talcum

10  powder and that exposure that, as -- as we

11  discussed earlier, has a -- certainly a strong

12  association with perineal use and an exposure --

13  exposure in the ovaries.

14  Q        Your opinion is that if a woman uses

15  talcum powder perineally, there is a biologically

16  plausible mechanism by which enough talcum powder

17  can migrate from outside of her vagina to her

18  ovary to cause chronic inflammation that can lead

19  to ovarian cancer?

20  MS. O'DELL:

21           Object to the form.

22  A        So I'd say that the first part of your

23  question is well established and included in the

24  statements from FDA and others that that

Shawn Levy, Ph.D.

Page 227

1    migration does occur.

2              And then the next step in the -- in the

3    mechanism is that that causes inflammation which,

4    again, as we've discussed, in a number of

5    studies, that the inflammation occurs and then,

6    in these human studies, in their systematic

7    review, that there is a clear association or a --

8    a observed association between perineal use of

9    talc and the detection of ovarian cancer at some

10   point in the -- in the women's lives and, in the

11   case of the Penninkilampi, with a relationship to

12   the number of lifetime applications.

13             So considering those things together,

14   yes, there is a biologically plausible mechanism

15   for perineal talc use through to ovarian cancer.

16   MS. BROWN:

17   Q        Have you -- is -- is your opinion that

18   there's a biologically plausible mechanism

19   dependent on a particular number of years of

20   perineal use?

21   MS. O'DELL:

22             Objection to form.

23   A        The -- so the -- as we just discussed,

24   there's no -- I can't point to a formal clinical

Shawn Levy, Ph.D.

Page 228

1    trial that would examine that in a well-powered

2    fashion to answer that question directly.  And,

3    certainly, as of today, there would be some

4    significant ethical concerns with that design.

5              So, instead, we rely on the cohort and

6    case-control studies that are available.  And

7    those, again, studies are supporting an

8    association between talc use and ovarian cancer.

9    MS. BROWN:

10   Q         Right.  But I'm talking about for your

11   opinion that it's biologically plausible for

12   perineal use of talc to cause ovarian cancer,

13   have you made a determination, in your mind, of

14   how long that perineal use has to take place for?

15   MS. O'DELL:

16             Object to the form.

17   A         I wasn't asked to provide -- to provide

18   that opinion on -- and it -- on that length or

19   exposure or duration.

20             Again, it was -- the focus was on the

21   biologically plausible mechanism that if you have

22   a single exposure and that -- that that single

23   exposure through to any other may be sufficient

24   to trigger that mechanism.

Shawn Levy, Ph.D.

Page 229

1    MS. BROWN:

2    Q         That's helpful, Doctor.

3              So, as I understand your opinion, your

4    piece of the puzzle here was to look at whether

5    one single application of talcum powder to the

6    perineum could lead to chronic inflammation that

7    could cause ovarian cancer.

8    MS. O'DELL:

9              Objection.

10   MS. BROWN:

11   Q         Correct?

12   A         No, no.

13   MS. O'DELL:

14             Object to the form of the question.

15   A         No.  That's not my -- my statement.

16             My statement was that, based on the

17   evidence available, that there's a biologically

18   plausible mechanism for the -- for the cellular

19   changes that -- that is independent of the

20   exposure.

21   MS. BROWN:

22   Q         You've made a determin- --

23   A         But certainly a single exposure would

24   be the physically minimum number.  And I

Shawn Levy, Ph.D.

Page 230

1    believe -- I think we --

2    Q          That's what I want to understand.  And

3    how you -- how you make this biological

4    plausibility determination is to evaluate a

5    single exposure?  Is that right?

6    MS. O'DELL:

7                Object to the form.

8    A          No.

9    MS. O'DELL:

10               Misstates his testimony.

11   A          That's -- that's not what I'm stating.

12               My -- my statement is that the -- the

13   biologically plausible mechanism is a mechanism

14   that is independent of the exposure and that, as

15   part of the description of that mechanism and the

16   evaluation of the studies supporting that

17   mechanism through an inflammatory response, the

18   question of exposure, number, and duration,

19   length of time, et cetera, would be a separate

20   evaluation.

21   MS. BROWN:

22   Q          Is your opinion that talcum powder

23   products cause chronic inflammation that cause

24   ovarian cancer limited to perineal use, or have

Shawn Levy, Ph.D.

Page 231

1    you also evaluated body use of talcum powder

2    products?

3    MS. O'DELL:

4              Object to the form.

5    A        My -- my focus was on the perineal use,

6    and that's where the majority of the studies

7    have -- have examined.  So the focus was on

8    perineal use of talcum powder.

9    MS. BROWN:

10   Q        And in conducting that evaluation, the

11   results of which are contained in your report,

12   you did not endeavor to quantify how much talcum

13   powder used perineally could possibly migrate to

14   the ovaries; is that right?

15   MS. O'DELL:

16             Object to the form.  Asked and answered

17   maybe ten times already today.

18             But you may answer the question.

19   A        Yeah.  I -- I wasn't asked to -- to

20   provide that opinion or attempt that

21   quantitation.

22   MS. BROWN:

23   Q        So when you conduct your analysis of

24   whether something can biologically cause an

Shawn Levy, Ph.D.

Page 232

1    effect, it doesn't matter at all how much of the

2    product is used?

3    MS. O'DELL:

4              Objection.

5    MS. BROWN:

6    Q         Do you see what I'm struggling with?

7    Can you help me understand?  If I'm trying to

8    figure out does X cause Y, it sounds like what

9    you're saying is it doesn't matter how much X you

10   have.

11   MS. O'DELL:

12             Objection to form.

13   A         So we're -- we're talking about

14   mech- -- so mechanistic action --

15   MS. BROWN:

16   Q         Okay.

17   A         -- which means the -- you set aside the

18   "how much."  And the question is, from -- on a

19   molecular level, can the presence of a particular

20   compound in a particular location cause a

21   biological effect.  And, so, that is the primary

22   focus of the opinion in the -- in the paper or --

23   sorry -- in my report.

24             And then extending that to how much,

Shawn Levy, Ph.D.

Page 233

1    how long, and the dur- -- and then the intensity

2    or duration of the biological effect, again, is a

3    separate -- would be a separate discussion or

4    separate study.

5              So, again, to clarify, the focus had

6    been on that -- some of the fundamental

7    mechanisms, talc -- a talcum powder exposure to

8    an inflammatory response to the inflammatory

9    response causing cancer.

10             Again, the -- I would refer to and

11   defer to the other experts in epidemiology

12   regarding their opinions on the validity of

13   the asso- -- validity and strength of the

14   associations, again, from a formal epidemiology

15   perspective.

16             My review of those studies has ind- --

17   has relied on their conclusions, and, then, in my

18   own review of their -- of their methodology

19   showing a increasing association, that is the

20   bookends of my -- of the mechanism I proposed.

21             So what this study is looking at is

22   perineal use of talc, getting cancer.

23             The -- what I've proposed is in the

24   middle.  But this, again, the epidemiology

Shawn Levy, Ph.D.

Page 234

1    studies are asking how many times, what, and

2    where, but there's been no evaluation that I'm

3    aware of that looks at exactly how the talc was

4    applied, when and where.  Instead, it was asked

5    number of lifetime applications, duration of use,

6    and examining latency period.

7              And when I examine that information

8    from the perspective of that biological

9    mechanism, I, you know, notice some parallels in

10   between latency period averaging roughly twenty

11   years, which -- which mimics somewhat what's

12   observed in the asbestos field as far as, you

13   know, lung effect latency.

14             And then that continues into the

15   constituent -- or the other constituent

16   components of some of the products, including

17   testing into asbestos and some of the -- and

18   heavy metal exposure, et cetera, that those are,

19   again, supportive and offer a potential

20   amplifying effect in that -- in that mechanism,

21   given the nature of those other components.

22   Q        What's the scientific support for the

23   amplification effect you just described?

24   A        Just that the presence of

Shawn Levy, Ph.D.

Page 235

1    more -- the --

2            So if we extend beyond the opinion that

3    talc, as a com- -- as a singular compound, causes

4    inflammation and then also, based on the reviewed

5    expert reports, find that testing of talc has

6    been shown to contain asbestos or asbestos

7    fibers, that the presence of now two potential

8    insulting --

9            I'm making a hypothesis or making a

10   statement that the -- you can have -- the more

11   biologically active compounds you have in an

12   exposure such as talc plus asbestos plus chromium

13   and then plus a milieu of chemicals that are in

14   fragrances may have an amplification effect on

15   that exposure and as part of that overall

16   biological mechanism.

17   Q        Are you relying on a particular article

18   or any published scientific support for the

19   amplification argument?

20   MS. O'DELL:

21            Object to the form.  He's answered the

22   question.

23   A        No.  I -- I don't know of a study that

24   is delineated.  The -- it would be synthesizing

Shawn Levy, Ph.D.

Page 236

1   that opinion from the observations of a couple of

2   different studies, including the recent Saed

3   paper that did look at the specific consumer

4   product every -- you know, showing a -- if we do

5   it by way of comparison, between the Buz'Zard

6   paper and the recent Saed, seemingly a larger

7   magnitude of reactive oxygen species generation.

8   But, again, that is a -- extrapolating against

9   two different studies.

10  Q       Do you --

11  MS. O'DELL:

12          Excuse me.  We've been going about an

13  hour and 20 minutes, maybe a little more.

14  MS. BROWN:

15          I think a little less.  But I'm gonna

16  finish up.  Then we'll take a quick break.

17  Q       Does that work for you, Doctor?

18          I just want to finish Penninkilampi if

19  we can.

20  MS. O'DELL:

21          How much more do you have to go?

22  MS. BROWN:

23          About five or ten minutes.

24  MS. O'DELL:

Shawn Levy, Ph.D.

Page 237

1            If you need a break, we can break now.

2    Or we can keep -- if you would like to wait five

3    or ten minutes, that's fine.  Whatever's best for

4    you, Doctor.

5    THE WITNESS:

6            Yeah, if we could break now, that would

7    be great.

8    VIDEOGRAPHER:

9            Going off the record.  The time is

10   2:10 p.m.

11                (OFF THE RECORD.)

12   VIDEOGRAPHER:

13           We're back on the record.  The time is

14   2:26 p.m.

15   MS. BROWN:

16   Q      Welcome back, Doctor.

17           Before we took a break, we were

18   discussing the Penninkilampi article.  Do you

19   remember that?

20   A      I do.

21   Q      And one of the things the authors of

22   this very recent meta-analysis discussed is the

23   potential mechanism of ovarian cancer.  Correct?

24           And I'll direct your attention to the

Shawn Levy, Ph.D.

Page 238

1    discussion that begins on page 45.  In the second

2    sentence, the authors conclude here that the

3    mechanism by which perineal talc use may increase

4    the risk of ovarian cancer is uncertain.

5              Do you see that?

6    A         I see that sentence, yes.

7    Q         And they go on to discuss the theory

8    that talc could produce a chronic inflammatory

9    response which could predispose to the

10   development of ovarian cancer.

11             Do you see that?

12   A         Yes.

13   Q         Okay.  And they go on to explain a

14   little bit more about the theory.  Do you see

15   that?

16   MS. O'DELL:

17             Object to the form.

18   A         Specifically the sentence beginning

19   with "it is argued"?

20   MS. BROWN:

21   Q         Uh-huh.  "It is argued that cellular

22   injury, oxidative stress, and local increase in

23   inflammatory mediators such as cytokines,

24   prostaglandins may be mutagenic and, hence,

Shawn Levy, Ph.D.

Page 239

1    promote carcinogenesis."

2              Do you see that?

3    A         I see that.

4    Q         This sentence refers to chronic

5    inflammation promoting cancer.  Correct?

6    MS. O'DELL:

7              Object to the form.

8    A         No.  This -- this refers to that the

9    presence of -- proposed that talc as a

10   foreign -- that the presence of a foreign body

11   would instigate a chronic inflammatory response.

12   That's the statement in the paper.

13   MS. BROWN:

14   Q         Is it your opinion that talcum powder

15   can cause chronic inflammation that initiates

16   cancer?

17   A         It's -- so it is -- it is my opinion

18   is, part of the mechanism, that talcum powder can

19   have two effects related to inflammation.  The

20   first effect is an acute effect resulting in

21   cellular damage, and that is supported by the

22   study showing increase in reactive oxygen species

23   related to talc.

24              The -- beyond that, the continued

Shawn Levy, Ph.D.

Page 240

1    presence of the talc or a continued chronic

2    immune response or chronic inflammatory response,

3    again, either directly or indirectly related to

4    the exposure, would help support a environment

5    that would allow the cancer progression to occur.

6              So that is simply delineating those --

7    those two things as it relates to inflammation

8    and talc exposure.

9    Q         So you described two potential

10   responses to talc right now.  Correct?

11   MS. O'DELL:

12             Objection to form.

13   A         At least two, yes.

14   MS. BROWN:

15   Q         Okay.  And one is an acute inflammatory

16   response; correct?

17   A         Yes.

18   Q         And for that you point to the Saed data

19   on reactive oxygen species; is that right?

20   MS. O'DELL:

21             Objection to form.

22   A         That is one example, yes.

23   MS. BROWN:

24   Q         Okay.  Are there -- is there other

Shawn Levy, Ph.D.

Page 241

1  scientific support for your opinion that talc can

2  cause acute inflammation?

3  A        So it's any of the similar studies to

4  Saed.  And I would have to double-check the

5  references, but they would have -- you know, any

6  of the --

7  MS. O'DELL:

8             Feel free to --

9  MS. BROWN:

10  Q        Buz'Zard?

11  A        So Buz'Zard would be one.  Harper and

12  Saed is -- is another.

13  Q        In your --

14  A        And so -- yeah.  Yes, Buz'Zard and Lau

15  and then -- yeah.  So that would --

16  Q        Okay.  So for your opinion that talc

17  causes an acute inflamm- -- inflammatory

18  response, you rely on the cell studies done by

19  Saed and Buz'Zard; correct?

20  MS. O'DELL:

21             Object to the form.

22  A        Yes, among others.

23  MS. BROWN:

24  Q        In your opinion, Doctor, does that

Shawn Levy, Ph.D.

Page 242

1   acute inflammatory response resolve?

2   A          I don't -- I don't have any evidence to

3   suggest it resolves or not.  The --

4              Again, getting back to the mechanism

5   that has been -- that I've described and is

6   supported by the literature we've been discussing

7   is that there is a acute response as well as

8   evidence for talc causing a more chronic

9   inflammatory response.  And so I've proposed a

10  mechanism by which both of those can contribute

11  to or enhance the development of cancer.

12  Q          Can both of those inflammatory

13  responses that you just described initiate

14  cancer?

15  MS. O'DELL:

16             Object to the form.  Asked and

17  answered.

18  A          They are certainly a component of that.

19             And so, again, to restate the

20  mechanism, the acute inflammatory response or

21  the -- the formation of reactive oxygen species

22  has been known for decades to cause cellular

23  damage, and then cellular damage can result in

24  mutation of -- of DNA.

Shawn Levy, Ph.D.

Page 243

1          And then when you also consider the

2    full constituents of the products, the potential

3    presence --

4          And this gets back to our earlier

5    discussions about amplification.

6          Components such as chromium, which have

7    a direct DNA-damaging effect, can also

8    ampli- -- again, add to the level of cellular

9    damage present.

10          And then the continued inflammatory

11    response, whether it is a -- related to the

12    initial acute response and a continuation of that

13    or is a separate chronic inflammatory response

14    would then support the environment necessary for

15    the malignant transformation or the malignancy of

16    the cancer to become what we -- what we would

17    generally refer to as ovarian cancer.

18    Q          In your opinion, the chronic

19    inflammation promotes the cancer but does not

20    initiate it?

21    MS. O'DELL:

22          Object to the form.  Asked and

23    answered.

24    A          No.  So I wouldn't -- I would say

Shawn Levy, Ph.D.

Page 244

1    they're not -- I don't have evidence to -- to

2    delineate those specifically, other than -- other

3    than the supported mechanism that an acute

4    response can cause cellular damage, and then a

5    chronic response can cause cellular damage and be

6    supportive of that continued -- that continued

7    transformation.

8            So they are -- they -- those -- those

9    two delineated immune responses can either work

10   in -- in concert with each other, but there is no

11   evidence to suggest that one is insufficient

12   relative to the other in terms of progression of

13   the disease.

14           And I think specific to the -- to the

15   supported mechanism is that there -- I'm not

16   making that distinction in the -- in the report.

17   MS. BROWN:

18   Q        Right.  In your report, you don't talk

19   about acute versus chronic inflammation.

20   Correct?

21   A        That's correct.  I don't delineate the

22   two.  Right.

23   Q        But, here today, as we discuss in more

24   detail your opinions, you're explaining that

Shawn Levy, Ph.D.

Page 245

1   you're -- in your mind, you see two potential

2   inflammatory responses from talc.  Right?

3   MS. O'DELL:

4           Object to the form.

5   A       I would disagree.  I would say that

6   I -- I -- based on the information and studies,

7   the -- the review of other expert reports, that

8   it presents a supported opinion that talc has an

9   ability to cause an acute response as well as a

10  chronic response.

11          And, so, then, today we are discussing

12  using that data in support of the -- of the

13  mechanism as to how those -- those two responses

14  can work together or separately in the

15  progression of ovarian cancer.

16  MS. BROWN:

17  Q       At the time you wrote your report in

18  November of 2018, were you of the view that talc

19  can cause both acute and chronic inflammatory

20  response?

21  A       Yes.  I mean, it was -- I was of the

22  view it causes an inflammatory response.  And

23  then, as I continued to review information

24  available, it became clear that the talc

Shawn Levy, Ph.D.

Page 246

1    response, being an inflammatory response in

2    totality, may have the ability to have

3    those -- to -- to have two independent responses

4    in tissues.

5    Q        And, in your opinion, can both the

6    acute inflammatory response and the chronic

7    inflammatory response separately cause ovarian

8    cancer?

9    A        Under the -- the mechanism I've

10   proposed, yes, that would be a -- a possibility

11   that they could separately cause, given that

12   they -- they're both inflammatory responses, they

13   both cause cellular damage.

14            And in the case -- in this case,

15   delineating the acute from chronic was more to

16   clarify the cellular damage aspect, the

17   transformative aspect of cancer from the -- the

18   necessary tumor progression aspects of cancer to

19   actually progress to disease.

20   Q        In your opinion, Doctor, does talc

21   always first cause an acute reaction and then a

22   chronic reaction?

23   MS. O'DELL:

24            Object to the form.

Shawn Levy, Ph.D.

Page 247

1    A          I -- I -- I don't have evidence

2    to -- to state that and would defer to some of

3    the other expert witnesses, like Dr. Saed, for

4    opinions on acute response versus chronic.

5    MS. BROWN:

6    Q          In your opinion, though, you have at

7    least delineated in your mind two different types

8    of inflammatory responses.  Correct?

9    MS. O'DELL:

10              Objection to form.

11   A          I've -- I have described two mechanisms

12   for inflammation that -- that both can -- are

13   both supportive of the overall mechanism that

14   we're discussing.

15   MS. BROWN:

16   Q          And is it -- is there a length of time

17   that differentiates an acute inflammatory

18   response from a chronic inflammatory response?

19   A          Certainly I would say there -- in my

20   opinion, there would -- it would be a potential

21   time dependency or a magnitude dependency to

22   delineate an acute versus chronic response.  But,

23   again, for the purpose of the biological

24   mechanism, separating them on those lines is not

Shawn Levy, Ph.D.

Page 248

1    important.

2    Q        So there is a length of time or an

3    amount of exposure that would cause a chronic

4    inflammation that is different from the length of

5    time and the magnitude of exposure that will

6    cause an acute inflammation?

7    MS. O'DELL:

8             Object to the form.  Misstates his

9    testimony.

10   A        Yeah, no.  Not -- that's not what

11   I -- that's not what I've stated.

12            I've simply stated that if we -- if we

13   look at the -- what is known about inflammation

14   and the biological response to foreign bodies,

15   you can have an initial acute response mediated

16   by the immune system and mediated by some of the

17   cellular damage that takes place, and then that

18   same response may continue in a chronic form for

19   some period of time and at some level of

20   magnitude.

21            Now, certainly there is likely a

22   dependency or, I should say, likely a

23   relationship to the amount of exposure and the

24   magnitude of that response.

Shawn Levy, Ph.D.

Page 249

1              But, again, the -- the opinions here

2    are specific to the mechanism and the initial

3    elucidation of that response and, you know,

4    not -- not on a quantitation of a -- a

5    dose-response relation -- or a dose-response

6    curve or relationship.

7    MS. BROWN:

8    Q        Do you believe that every time a talc

9    particle enters the human body, it produces a

10   inflammatory response?

11   A        All of the evidence would suggest yes.

12   Q        Have you considered Heller's 1996 study

13   on that score?

14   A        I would have to --

15            On the score of inflammatory response?

16   Q        Do you recall that Heller looked at

17   benign ovarian tissue and identified the

18   potential presence of talc?

19   A        Sounds familiar.

20   Q        I'll hand it to you.

21            (DEPOSITION EXHIBIT NUMBER 19

22            WAS MARKED FOR IDENTIFICATION.)

23   MS. BROWN:

24   Q        Handing you, Doctor, what we've marked

Shawn Levy, Ph.D.

Page 250

1    Heller's '96 article as Exhibit 19.

2              And what I want to ask you about is

3    Heller's finding as it relates to no reaction to

4    the talc particle.  Did you consider that --

5    MS. O'DELL:

6              Object to the form.

7    MS. BROWN:

8    Q         -- in forming your opinion here?

9    MS. O'DELL:

10             Excuse me.  Object to the form.

11   MS. BROWN:

12   Q         I'll direct you, Doctor.

13             On page 1508 of the Heller article,

14   right above the comments section, "The

15   investigators on this study concluded no evidence

16   or response to talc, such as foreign body giant

17   cell reactions or fibrosis in the tissue."

18             My question is whether, in your

19   opinion, every time talc is -- enters the body,

20   it necessarily produces an inflammatory response.

21   MS. O'DELL:

22             Object to the form.

23   A         No.  My opinion is that every time talc

24   enters the body, that has the potential to cause

Shawn Levy, Ph.D.

Page 251

1    an immune response.

2    MS. BROWN:

3    Q        Have you made a determination about

4    whether or not that always happens?

5    A        I'll have --

6    MS. O'DELL:

7             Object to the form.  It's vague.

8    A        I'm not aware of any --

9             There -- there -- these -- none of the

10   studies that have been reviewed have been

11   designed to answer the question of "if ever."

12   MS. BROWN:

13   Q        So, in your view, then, it's an open

14   question about whether talc can be inside the

15   body and not produce an inflammatory response.

16   MS. O'DELL:

17            Object.

18   MS. BROWN:

19   Q        Is that fair?

20   MS. O'DELL:

21            Excuse me.  Objection to form.

22   Misstates his testimony.

23   A        So my -- my -- my testimony regarding

24   the mechanism is that there is a well-supported

Shawn Levy, Ph.D.

Page 252

1    mechanism that talc causes inflammation and then

2    inflammation has a role in ovarian cancer.

3            Extending that to circumstances where

4    an exposure would not cause inflammation is -- is

5    not germane to that -- to that mechanism and, in

6    fact, again, not supported by literature to show

7    that, you know, that a single exposure or some

8    number of exposures are necessary or sufficient

9    for a particular phenotype.

10   MS. BROWN:

11   Q       So this Heller study purports to have

12   found talc in ovarian tissue without an

13   inflammatory response; right?

14   MS. O'DELL:

15           Object to the form.

16   A       In looking at their --

17           Just one moment.

18           So this was a --

19           So is your -- is your question that

20   the -- if the -- if the author showed talc being

21   present in normal ovarian tissue?

22   Q       Well, first my question is did you

23   consider this article in connection with your

24   opinions in the case?

Shawn Levy, Ph.D.

Page 253

1    A        I don't recall this article

2    specifically, and I don't believe I cited it.

3             I guess there's -- no.

4    Q        And then my second question, Doctor, is

5    is it your opinion that every time the human body

6    is exposed to particles of talc, it necessarily

7    produces an inflammatory response that can either

8    promote or initiate cancer of the ovaries?

9    MS. O'DELL:

10            Object to the form.

11   A        No.  My --

12   MS. O'DELL:

13            Vague.

14   A        My comment was that the -- that any

15   exposure to talc, particularly the perineal

16   exposure to talc, has the potential to cause an

17   inflammatory reaction.

18            I don't have any evidence that all of

19   the studies that we've been reviewing are in

20   support -- are in support of that mechanism, but

21   I don't know of a study that perhaps has been

22   able to draw a conclusion, from a similar size

23   study, to show that you can get significant talc

24   accumulation without an inflammatory response.

Shawn Levy, Ph.D.

Page 254

1    MS. BROWN:

2    Q         Do you think you need significant talc

3    accumulation in the human body to cause or

4    promote ovarian cancer?

5    MS. O'DELL:

6              Objection to form.

7    A         I wasn't asked to -- to provide --

8    provide that opinion.

9              And, again, referring to the studies

10   that have -- that were reviewed and included in

11   the report, there is a relationship between

12   lifetime exposure and an increased risk in the

13   epidemiology reports.

14             But more detail on that in this

15   discussion, I would defer to the epidemiology

16   experts.  But the -- there -- there does appear

17   to be a -- more of a response based on more talc

18   in the -- in the studies referenced.

19   MS. BROWN:

20   Q         So on --

21             Do you have any reason to dispute the

22   findings of Heller here of talc in the ovaries

23   without a foreign body reaction?

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 255

 1             Objection.

 2    A          I guess my -- I have some -- I guess I

 3    have some concerns with some of the methodology

 4    as it relates to the detection of the...

 5    MS. BROWN:

 6    Q          Do you think it's possible, Doctor, for

 7    talc to enter the body and -- and be completely

 8    inert and not cause any reaction?

 9    MS. O'DELL:

10             Object to the form.

11    A          So my -- the -- the mechanism I've

12    proposed is -- is based -- you know, based on the

13    literature, is that talc causes an inflammatory

14    response and that inflammatory response is

15    supportive of progression to ovarian cancer.

16    MS. BROWN:

17    Q          Does that happen 100 percent of the

18    time?

19    MS. O'DELL:

20             Object to the form.  In terms of

21    inflammatory response or in terms of cancer?

22    MS. BROWN:

23    Q          If you don't understand the question,

24    you'll let me know.

Shawn Levy, Ph.D.

Page 256

1    A         In -- in terms of cancer, the

2    epidemiology would suggest -- or I would say

3    the -- the evidence in the literature is -- does

4    not allow that question to be answered, and the

5    reason being is when you look at the latency of

6    the disease and the progression of the disease

7    and the challenges in detecting it, there just

8    has not been enough time with the, perhaps, rigor

9    of analysis that is undergoing now to make that

10   assessment of is it 100 percent of the time or is

11   it something less than 100 percent of the time.

12            I think, statistically speaking,

13   there -- the only data that -- that is available

14   for review is -- is what is contained in some of

15   the meta-analysis and epidemiology studies

16   showing a significant increased risk to ovarian

17   cancer based on exposure to talc.  And it

18   would -- it would only be -- I think it would be

19   inappropriate at this time to try to infer what

20   percentage of time that would be indicative of

21   for exposure.

22   Q         Have the plaintiffs' lawyers shared

23   with you expert reports from their expert

24   pathologists who have looked at ovarian tissue of

Shawn Levy, Ph.D.

Page 257

1    plaintiffs in this litigation, purported to find

2    talc with no foreign body reaction?

3    MS. O'DELL:

4                Objection.  There have been no

5    case-specific pathology reports disclosed in the

6    litigation we're here about today.  And if

7    there's something else you're talking about, you

8    should be specific.

9    A          The -- I don't recall a pathology

10   report.  I've seen expert reports from

11   epidemiologists, OB-GYN and -- and some -- and

12   other scientists.  But I don't recall a specific

13   pathology report.

14   MS. BROWN:

15   Q          If the biologically plausible mechanism

16   that you posit in your report is true, would you

17   expect that the pathology slides of women with

18   ovarian cancer who have used talc would evidence

19   talcum powder with a foreign body reaction?

20   MS. O'DELL:

21               Object to the form.  Incomplete

22   hypothetical.

23   A          That, I would have to ask how you're

24   defining a foreign body reaction.

Shawn Levy, Ph.D.

Page 258

1   MS. BROWN:

2   Q        Well, would you expect to see some

3   evidence of inflammation in the ovarian tissue of

4   women who used talcum powder products?

5   MS. O'DELL:

6            Object to the form.  Incomplete

7   hypothetical.

8   A        Overall, speaking to, as we were

9   discussing earlier, the potential for that

10  inflammatory response remains.  But given the

11  heterogeneity in individuals, their overall

12  health, their natural variation in the levels of

13  activities of antioxidants, et cetera, I -- I

14  would state that I would expect a variety of

15  magnitude of response to a foreign body like talc

16  among the individuals exposed to it.

17  MS. BROWN:

18  Q        You'd expect to see something; right?

19  MS. O'DELL:

20           Object to the form.

21  A        No, not necessarily, because it -- it

22  very much depends on the timing that's -- that is

23  observed, how -- what methodology is used to

24  detect the presence of talc or detect the

Shawn Levy, Ph.D.

Page 259

1    presence of the inflammatory response, if it's,

2    you know, done histopathologically, if it is

3    based on a reactive oxygen species assay.

4              So given the -- speaking in general

5    terms, I think it's just inappropriate to make a

6    conclusion as to that, yes, you would always

7    expect to see something.

8              I would -- again, to restate what was

9    stated earlier, any -- any exposure has the

10   potential to cause that inflammatory response,

11   and then the time, scale, and magnitude of that

12   response is going to vary by person.  Therefore,

13   I would expect there would be a variability in

14   individuals exposed to talc.

15   MS. BROWN:

16   Q         Uh-huh.  Is your opinion related to all

17   the different histologic types of epithelial

18   ovarian cancer?

19   A         My -- my opinion is not exclusive to

20   any -- any one type.  Certainly, the epithelial

21   serous being the more common and most virulent

22   type of cancers I think represents the most

23   common.

24              From a mechanistic perspective, I

Shawn Levy, Ph.D.

Page 260

1  mentioned some of the other subtypes and the

2  common gene mutations that go along with them and

3  as, again, supportive of the same mechanism.  And

4  I think, if anything, the -- the current data

5  would suggest a -- a higher prevalence of a

6  particular subtype of cancer but certainly not

7  the -- the mechanism doesn't -- is not exclusive

8  to any one type.

9  Q         In your view, all types of epithelial

10 ovarian cancer can be caused by inflammation?

11 A         No.  That's -- that's not my statement.

12 I would say all types of ovarian cancer are

13 supported by an inflammatory response but that,

14 as from a causative perspective, that's not what

15 the mechanism is provided as an opinion as to

16 cause.  It's more that the -- an inflammatory

17 response plays a role in disease initiation

18 and/or progression.

19 Q         In your view, Dr. Levy, it is

20 biologically plausible for inflammation to cause

21 all types of epithelial ovarian cancer; true?

22 A         Again, I'm not -- I've not been

23 speaking to inflammation as a causative -- as a

24 cause of ovarian cancer.  It is a factor in --

Shawn Levy, Ph.D.

Page 261

1   in -- in disease progression.

2   Q        So when you conclude, as you do in your

3   report, that talcum powder products cause chronic

4   inflammation, you do not conclude that that

5   chronic inflammation causes ovarian cancer?

6   MS. O'DELL:

7            Object to the form.

8   A        I wasn't asked to provide a causation.

9   MS. BROWN:

10  Q        Your opinion here is limited to the

11  potential for talcum powder products to produce

12  inflammation; correct?

13  MS. O'DELL:

14           Object to the form.

15  A        No.  My -- so my opinion is a -- is a

16  supported plausible biological mechanism by which

17  the exposure to talc can lead to ovarian cancer.

18  And, in my opinion, as supported in the -- in the

19  report, that is through an inflammatory response.

20  MS. BROWN:

21  Q        I must be missing you, Doctor.  So are

22  you of the opinion that inflammation can cause

23  ovarian cancer?

24  A        I'm of the opinion that inflammation is

Shawn Levy, Ph.D.

Page 262

1    a component of ovarian cancer.

2    Q         Well, I'm not sure what you mean by

3    that.  Can inflammation cause ovarian cancer?

4    MS. O'DELL:

5              Object to the form.  Asked and

6    answered.

7    A         I'm asked -- I suppose -- again, the

8    opinion here is of a mechanistic opinion, not a

9    causation.  I would defer to some of the

10   epidemiology experts to have opinions on

11   causation.

12   MS. BROWN:

13   Q         You don't have an opinion on whether or

14   not inflammation can cause ovarian cancer?

15   MS. O'DELL:

16             Different question.

17   A         Correct.  That's a --

18             As we've been discussing, my opinions

19   are that inflammation is a component of ovarian

20   cancer and can be attributed to aspects, not

21   exclusively, but contributing to aspects of its

22   initiation and aspects of its progression.  But I

23   did not say that ovarian cancer is caused by

24   inflammation.

Shawn Levy, Ph.D.

Page 263

1    MS. BROWN:

2    Q         And what scientific support do you have

3    for your opinion that inflammation is a component

4    of ovarian cancer and can be attributed to

5    aspects of ovarian cancer, including its

6    initiation?

7    A         So, again, the synthesis of the -- of

8    the papers we've been discussing, including Saed

9    and others, showing the reactive oxygen species

10   produced from talc.  And, then, as far as

11   inflammation and its role in cancer, there

12   are -- and it's a fundamentally accepted aspect

13   of cancer biology that's been around for -- for

14   quite some time.  And we mentioned earlier that

15   there's a variety of review articles, including

16   the ones we were comparing sentences to earlier

17   today, that describe that in great detail.

18   Q         It's not generally accepted, though,

19   that ovarian cancer is caused by inflammation.

20   Fair?

21   MS. O'DELL:

22             Object to the form.

23   A         I think there's a number of studies

24   that --

Shawn Levy, Ph.D.

Page 264

1              Well, first, we're -- I want to be

2       cautious with our use of the word "cause"

3       and -- because that's, as we've been discussing,

4       this is a -- it is -- it is not controversial

5       that ovarian cancer -- inflammation plays a role

6       in ovarian cancer and -- and, again, my opinion

7       is not towards causation.

8       MS. BROWN:

9       Q        Well, I mean, tumors themselves elicit

10      inflammatory responses; right?

11      A        What -- so what -- specifically, what

12      are you referring to?

13      Q        Well, you talk about tumor-activated

14      macrophages in your report; right?

15      A        Yes.

16      Q        There is an inflammatory response

17      that's produced by the tumor itself; correct?

18      A        Yes.  There are -- there -- there --

19      there are absolutely cancer progression markers

20      that are associated with continued inflammation.

21      Q        And that has nothing to do necessarily

22      with the events that cause the cancer.  Right?

23      MS. O'DELL:

24              Object to the form.

Shawn Levy, Ph.D.

Page 265

1    A        Well, so the -- we -- we would be going

2    down a slightly different road.  And if

3    we're -- so cancer as a complex disorder, you

4    know, begins with an initiating event.  But there

5    is -- there is absolutely tumor evolution from

6    that initial event through the progression of the

7    disease.

8            So to state that the -- in the initial

9    inflammatory response to the tumor is -- is not

10   causative to the continuation of the disease I

11   think would be incorrect.

12   MS. BROWN:

13   Q        The Penninkilampi authors -- to

14   conclude our discussion here -- concluded that

15   the paragraph you were looking at with the

16   sentence "The potential mechanism by which

17   genital talc is associated with an increased risk

18   of ovarian cancer, hence, remains unclear," do

19   you see that?

20   A        Yes.

21   Q        And this meta-analysis was published in

22   January of 2018; correct?

23   A        Correct.

24   Q        And it is, in fact, cited in the

Shawn Levy, Ph.D.

Page 266

1   majority of the plaintiff expert reports in this

2   litigation.  Did you see that?

3   MS. O'DELL:

4              Object to the form.  If you know that.

5   Don't speculate.

6   MS. BROWN:

7   Q          That's why I asked "Did you see that?"

8   A          So I didn't specifically look at if

9   this was referenced.  I -- I certainly referenced

10  it.  But I would also point out another important

11  part of the -- of this same reference, a -- about

12  halfway down the following paragraph, beginning

13  with "If chronic inflammation due to ascending

14  foreign bodies is indeed the mechanism by which

15  talc use is associated with ovarian cancer risks,

16  then these results fit the picture."

17             So I think the authors were both

18  describing some things that remain unclear but

19  also offering some comments that are supportive

20  of our earlier discussions today on this

21  mechanism.

22  Q          And your opinion here today, Doctor, is

23  limited to the potential mechanism; right?

24  MS. O'DELL:

Shawn Levy, Ph.D.

Page 267

1              Object to the form.

2    A          So my -- my opinion is -- is -- is

3    regarding a biologically plausible mechanism.

4    But, then -- and, in doing so, have reviewed some

5    of these studies that we're discussing now.

6    MS. BROWN:

7    Q          Good.

8              And, as it relates to that potential

9    mechanism, these Penninkilampi authors conclude

10   that the potential mechanism remains unclear.

11   Right?

12   MS. O'DELL:

13             Objection to form.

14   A          They -- the article makes a statement,

15   "The potential mechanism by which genital talc is

16   associated with an increased risk of ovarian

17   cancer, hence, remains unclear."

18             However, as we've been discussing, they

19   go on to state, "If chronic inflammation due to

20   ascending foreign body is indeed the mechanism,"

21   then there -- the results in this paper

22   are -- fit that model.

23             So I think they're making reason- --

24   making reasonable statements based on the

Shawn Levy, Ph.D.

Page 268

1   available data that there is a biologically

2   plausible mechanism surrounding and, indeed, in

3   the previous paragraph at the end of it where

4   they discuss use of -- or expression of

5   cyclooxygenase 1 and 2 as well as the action of

6   NSAIDs, again, supportive of -- somewhat

7   supportive of the inflammatory model.  But...

8   MS. BROWN:

9   Q        Well, as it relates to the NSAIDs,

10  Doctor, they point to the fact that the NSAID

11  data is inconsistent, at best, as evidence

12  supportive of their conclusions that the

13  mechanism is unclear; right?

14  A        No.  They point to it as -- they

15  actually try to clarify that the -- the seemingly

16  contradictory data regarding the NSAID use can be

17  explained by the relatively low expression of

18  cyclooxygenase 1 and cyclooxygenase 2, which are

19  the targets of most common NSAIDs.

20  Q        What they say is that the use of

21  nonsteroidal anti-inflammatory drugs, NSAIDs, is

22  not inversely associated with the incidence of

23  ovarian cancer as may be expected if the etiology

24  was related to chronic inflammation.  Right?

Shawn Levy, Ph.D.

Page 269

1    MS. O'DELL:

2              Objection to form.

3    A          Yes, that statement is made.  But,

4    importantly, it is incomplete without the next

5    sentence, again, explaining that -- that

6    apparent -- that apparent question.

7              So if the -- if NSAIDs are not

8    effective in ovarian cancer and the -- and, in

9    turn -- and if the observation is also made that

10   ovarian cancer cells don't express cyclooxygenase

11   1 and 2, then they would not -- they would be

12   nonresponsive to NSAIDs.

13   Q          You state on page 12 of your report,

14   Doctor, in the last paragraph, the second-to-last

15   sentence that begins "moreover," that the effect

16   of nonsteroidal anti-inflammatory drugs, NSAIDs,

17   to reduce the risk of ovarian cancer provides

18   additional support for what you're discussing

19   here, which is that chronic inflammation plays a

20   key role in the development of ovarian cancer.

21              Right?

22   A          Correct.

23   Q          And that is, in fact, the opposite of

24   what the authors in Penninkilampi report as

Shawn Levy, Ph.D.

Page 270

1   relates to NSAIDs; right?

2   MS. O'DELL:

3            Object to the form.

4   A        Not -- not necessarily.  So there's --

5   getting back to the -- the specific cells under

6   question and the inflammatory response being

7   examined.  And, so, if we are lowering overall

8   chronic inflammation through the use of an NSAID

9   is -- is one question.  A separate question is is

10  a -- is a ovarian cancer cell responsive to

11  NSAIDs.  So they're two separate biological

12  phenomenon.

13           And, in one case, if those cells are

14  not expressing the cyclooxygenase 1 and 2,

15  they'll be nonresponsive.

16           I would speculate that NSAID use in the

17  rest of the body would still result in the

18  expected effect due to, you know, the -- due to

19  the inhibition of cyclooxygenase 1 and 2.

20           So I don't think they're necessarily in

21  conflict with each other.

22           (DEPOSITION EXHIBIT NUMBER 20

23           WAS MARKED FOR IDENTIFICATION.)

24  MS. BROWN:

Shawn Levy, Ph.D.

Page 271

1    Q          Handing you what we've marked as

2    Defense Exhibit 20 to your deposition, this is a

3    paper by Merritt entitled "Talcum Powder Chronic

4    Pelvic Inflammation and NSAIDs in Relation to the

5    Risk of Epithelial Ovarian Cancer."

6               Do you see that?

7    A          I do.

8    Q          And, in fact, on page 12 of your

9    report, you cite this Merritt article.  Correct?

10   A          Yes.  Uh-huh.

11   Q          And you cite it for the proposition

12   that studies have found a relationship between

13   pelvic inflammatory disease and ovarian cancer

14   risk.  Correct?

15   A          Correct.

16   MS. O'DELL:

17               Object to the form.

18   MS. BROWN:

19   Q          And you point to Merritt when you

20   determine here as a finding of a relationship

21   between pelvic inflammatory disease and ovarian

22   cancer in support of your opinion that

23   inflammation can cause ovarian cancer.  True?

24   A          I'd have to double-check that

Shawn Levy, Ph.D.

Page 272

1   statement.

2           And then there was, I think,

3   importantly, the Lin 2011 paper is also relevant.

4   Q       Well, as it relates to the Merritt

5   paper, this cite is wrong; right?

6   A       I need a moment to --

7   Q       Let's look at what Merritt actually

8   found about pelvic inflammatory disease.

9           If you look --

10  MS. O'DELL:

11          If you need a moment --

12          Excuse me.  I'm sorry.  I didn't mean

13  to interrupt you.

14          If you need a moment to refresh

15  yourself, Dr. Levy, please do.

16  MS. BROWN:

17  Q       Sure.  And if you -- when you're ready,

18  Doctor, I'll direct you to the second column on

19  page 174, and I want to talk about the last

20  paragraph there that begins "if inflammation."

21  A       Page?

22  Q       And I'll read it into the record while

23  you orient yourself.  It's page 174, right-hand

24  column.  Final paragraph states, "If inflammation

Shawn Levy, Ph.D.

Page 273

1    plays a role in the etiology of ovarian cancer,

2    then it would be expected that PID would be

3    associated with increased risks of ovarian

4    cancer.  PID is not associated with elevated risk

5    of ovarian tumors in our data, confirming several

6    previous reports of no association with PID in

7    studies of all subtypes of ovarian cancer."

8              Did I read that correctly?

9    A      You did.

10   Q      All right.  So you cited this study for

11   the proposition that studies have found a

12   relationship between PID and ovarian cancer risk.

13   Right?

14   A         No.  I said -- I cited -- I said

15   studies have found a relationship, yes, between

16   PID and ovarian cancer risk.

17   Q      And, in fact, this study did not find a

18   relationship between PID and ovarian cancer risk.

19   Right?

20   A         I think this study found a -- I'm just

21   looking at the...

22              So -- I'm sorry.  Would you ask your

23   question again?  This -- this study did not

24   find your --

Shawn Levy, Ph.D.

Page 274

1          Yes, I --

2     Q          Sure.  I just -- you cited this study

3     for the proposition that it showed there was a

4     relationship between pelvic inflammatory disease

5     and ovarian cancer risk, but, in fact, the study

6     showed the opposite.  Correct?

7     A          Well, to be clear on the wording,

8     stated that the studies have found a

9     relationship.  I didn't indicate whether it was

10    positive or negative.

11              But I think, importantly, the study

12    also has an important paragraph that is probably

13    more related to its inclusion, which is on the

14    same page we were just on, 174, second full

15    paragraph in the discussion.

16    Q          One of the things on this page,

17    Doctor --

18    MS. O'DELL:

19              Are you finished, Doctor?

20    A          I think important to at least finish

21    that thought.

22              That paragraph reads, "Focusing on talc

23    use, we found that any use of perineal talc was

24    associated with a small but significantly

Shawn Levy, Ph.D.

Page 275

1    increased risk of ovarian cancer overall and

2    specifically amongst the invasive and LNP serous

3    tumors, although no clear dose response with

4    increase in duration of use was identified.  This

5    finding is consistent with results of previous

6    studies."

7              So in the case of the report and the

8    biologically plausible mechanism that's been

9    supported by these studies, these studies

10   differentiating the process of pelvic

11   inflammatory disease doesn't ex- -- doesn't

12   exclude or refute the inflammatory role or the

13   role inflammation may play in ovarian cancer.

14   Q         What this study concludes is that, on

15   balance, chronic inflammation does not play a

16   major role in the development of ovarian cancer.

17   Do you recall reviewing this in connection with

18   your opinions in this case?

19   MS. O'DELL:

20             Object to the form.  Misstates the

21   exhibit.

22   MS. BROWN:

23             Counsel, I'll direct you to the last

24   paragraph of the abstract on page 1 which reads,

Shawn Levy, Ph.D.

Page 276

1    quote, "We conclude that, on balance, chronic

2    inflammation does not play a major role in the

3    development of ovarian cancer."

4    Q        Do you see that, Doctor?

5    A        I see that.

6    Q        And what this study did was it

7    endeavored to look into factors potentially

8    associated with ovarian inflammation to see if it

9    could support the theory that chronic

10   inflammation plays a role in ovarian cancer;

11   right?

12   MS. O'DELL:

13            Object to the form.

14   A        I would need to -- this one limitation

15   of this particular paper is that it is connecting

16   inflammation as evidenced by pelvic inflammatory

17   disease and assuming that that source and type of

18   inflammation would be -- the fact that there's

19   not a direct association between -- or an

20   increased risk of ovarian cancer in the presence

21   of pelvic inflammatory disease; therefore,

22   inflammation must not play a role in ovarian

23   cancer.  So that is their conclusions.

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 277

1    Q         Well, they looked at a bunch of

2    different inflammatory conditions, didn't they?

3    That was the focus of the study.  The authors

4    endeavored to look at a number of different

5    pro-inflammatory factors and see if they

6    influenced ovarian cancer.  Do you recall

7    reviewing that?

8    A         I do.  I think -- but, more

9    importantly, when we look at the -- their

10   specific statements that are surrounding the

11   mechanism we're discussing today, which has to do

12   with talc exposure and perineal talc use, I think

13   their -- their statements in that sense, which

14   have already been read, quite stand on their own.

15             So what this may indicate is a variety

16   of types of inflammation do -- as present in

17   other diseases, those individually do not or may

18   not have a specific role in the progression of

19   ovarian cancer.

20             But it does not -- again, it does not

21   mean that ovarian inflammation at the site of

22   talc exposure in the ovary can't have a role in

23   the progression of disease where -- again, as we

24   were discussing earlier, with inflammation, we're

Shawn Levy, Ph.D.

Page 278

1  now connecting independent biological processes.

2          And I think you're -- I want to be sure

3  we're clear and not drawing the use of the word

4  "chronic inflammation" as meaning any

5  inflammation and, therefore, if it's not

6  associated with ovarian cancer, that inflammation

7  can't have a role.

8          What we're speaking about in terms of

9  this mechanism is inflammation caused by the

10  perineal use of talcum powder in the ovary and

11  the -- and the -- to explain that increased risk

12  of ovarian cancer, what is a plausible mechanism.

13  Q        The authors write, on page 74 -- 174,

14  Doctor, second column, paragraph that begins with

15  "It has been hypothesized," "It has been

16  hypothesized that talc is linked to ovarian

17  cancer development through inflammation," comma,

18  "however evidence linking an inflammatory

19  response with talc contamination of the ovaries

20  is lacking."

21          Do you see that?

22  A        I do.

23  Q        And you disagree with that statement?

24  A        I would -- I would suggest that a

Shawn Levy, Ph.D.

Page 279

1    number of studies in the literature since the

2    publication of this paper would -- would suggest

3    that these conclusions may have been premature.

4    Q        Do you think that, at the time this

5    paper was published in 2008, that Merritt was

6    accurately representing the data as it related to

7    whether chronic inflammation could play a role in

8    the development of ovarian cancer?

9    MS. O'DELL:

10            Object to the form.

11   A        I would say that Merritt has an

12   unresolved -- has a number of unresolved

13   conclusions or partial conclusions in their

14   paper, again, including the paragraph we've

15   discussed where they comment on the talc use with

16   an increased risk of ovarian cancer.

17   MS. BROWN:

18   Q        Did you see the confidence interval on

19   that finding, Doctor?

20   A        I'd have to -- in --

21            Is this in this paper or in the number

22   of the --

23   Q        You reference the finding of an

24   association between talc use and ovarian cancer a

Shawn Levy, Ph.D.

Page 280

1    couple times, and that's a 1.17 relative risk

2    that you're referring to.  Is that right?

3    A        Where is that?

4    Q        I'm looking at -- in the abstract.

5    A        Yes.

6    Q        Right.  And the confidence interval is

7    1.01 to 1.36.  Right?

8    A        Correct.

9    MS. O'DELL:

10            As to what finding?

11   MS. BROWN:

12            The one we're discussing.

13   Q        And, Doctor, you know that one -- a

14   confidence interval that begins with one is not

15   statistically significant?

16   MS. O'DELL:

17            Object to the form.

18   MS. BROWN:

19   Q        Did you know that?

20   MS. O'DELL:

21            Object to the form.

22   A        Well, I would say the authors have

23   stated in that abstract that it is statistically

24   significant.

Shawn Levy, Ph.D.

Page 281

 1    MS. BROWN:

 2    Q        Sure, because it's 1.01.  My question

 3    to you was do you know that a confidence interval

 4    that begins with one is not statistically

 5    significant?

 6             This finding, Doctor, is barely

 7    statistically significant, isn't it?

 8    MS. O'DELL:

 9             Object to the form.

10    A        Again -- again, it's a -- whether it's

11    barely or whether it's tremendously statistically

12    significant, it -- it's still a finding that I

13    would say is in support of -- has been supported

14    by other studies with similar relative risk

15    numbers in the -- in the 1.2 range and above, as

16    indicated.

17    MS. BROWN:

18    Q        Finally, Doctor, at the very -- the

19    very last sentence of this Merritt study we're

20    discussing, on page 175, concludes, "However,

21    experimental evidence that perineal talc use

22    elicits an inflammatory response in the ovaries

23    is lacking, and overall we conclude that chronic

24    inflammation does not play a major role in the

Shawn Levy, Ph.D.

Page 282

1    development of ovarian cancer."

2              And my question for you is what

3    methodology did you employ to consider the

4    findings of the Merritt paper in coming to your

5    opinions contained in your report?

6    MS. O'DELL:

7              Object to the form.

8    A         Again, as we've discussed earlier here

9    today, the -- there's been no singular paper that

10   had a specific role in -- in developing the

11   biologically plausible mechanism contained in the

12   report.  And, so, this -- this paper, among many

13   others, was -- was used.

14   MS. BROWN:

15   Q         Right.  But the findings of this paper

16   is that talcum powder doesn't produce an

17   inflammatory response that leads to cancer.

18   Right?

19   A         The -- the findings of this paper was

20   that there's not an association of pelvic

21   inflammatory disease and risk of ovar- -- of

22   epithelial ovarian cancer.

23   Q         They conclude that chronic inflammation

24   doesn't play a role in the development of ovarian

Shawn Levy, Ph.D.

Page 283

1    cancer; right?

2    A         I think they've -- they've extended

3    that observation regarding pelvic inflammatory

4    disease to that conclusion.

5              But I think the studies that have come

6    after this and other -- certainly other areas of

7    review would suggest that those specific -- the

8    wording of those specific statements may not be

9    the most appropriate representation of the -- of

10   the observations made in the -- in the Merritt

11   paper.

12   Q         So did you weight the Merritt paper

13   less than some other papers that came after it?

14   Or how did you --

15             What I'm trying to understand is your

16   methodology for considering this paper, which

17   seems to squarely conclude talc doesn't cause

18   inflammation.

19   MS. O'DELL:

20             Object to the form.

21   A         I'm not -- so I would -- I would

22   disagree that -- this paper does not make those

23   conclusions that talc does not cause

24   inflammation.  What they --

Shawn Levy, Ph.D.

Page 284

1                    Again, the observations in this paper

2      are regarding chronic inflammation and its -- and

3      its major role in the development of ovarian

4      cancer; and, again, in this -- in the specific

5      individuals that they've looked at, it's in

6      regards to pelvic inflammatory disease.

7                    And, so, as far as weighting that

8      paper, it would be similar to other papers and

9      other observations in the sense that it was --

10     that the mechanism that is supported by a wide

11     variety of work considers a history of -- history

12     of work in the talc, inflammation, and ovarian

13     cancer fields both in basic research and

14     epidemiology to come up -- to come to the

15     conclusions and mechanisms that are proposed.

16                   I don't -- I can't give you a specific

17     weighting algorithm that was used on any -- any

18     given paper.

19     MS. BROWN:

20     Q        Did you consider Merritt's finding that

21     evidence linking an inflammatory response with

22     talc of the ovaries is lacking?

23     A        I certainly considered their -- I

24     considered their statements in the -- in the

Shawn Levy, Ph.D.

Page 285

1  paper.  And I would question the dichotomy of

2  the -- of some of their statements regarding talc

3  risk to cancer.

4           And the first question that would come

5  to mind for this particular study is how they

6  assessed talc-related inflammation in --

7  specifically in the ovary.  I don't recall seeing

8  how they made that assessment.

9           It, instead, seemed to me that their

10 assessments were based on chronic inflammation as

11 it related to other biological conditions and

12 then extrapolating that to rate of ovarian

13 cancer.

14 Q        How do you think one should measure

15 talc-related inflammation in the ovary?

16 MS. O'DELL:

17          Object to the form.

18 A        Again, I wasn't asked to -- to provide

19 that opinion.  But I would reference the more

20 recent Saed paper which -- and other molecular --

21 and other molecular studies and certainly defer

22 to Dr. Saed as an expert witness to discuss

23 appropriate measurements for talc-related

24 inflammation in the -- in the ovary or ovarian

Shawn Levy, Ph.D.

Page 286

1    cells.

2    MS. BROWN:

3    Q        Have you spoken with Dr. Saed?

4    A        I have not.

5    Q        Have you requested any information from

6    Dr. Saed?

7    A        No, I have not.

8    Q        Have you -- would you hold to the same

9    opinion if you did not consider the work of

10   Dr. Saed?

11   MS. O'DELL:

12            Objection to form.  Vague.

13   A        I -- the work of Dr. Saed is -- is a

14   consideration among the wide variety of other

15   literature contained in here.  And Dr. Saed's

16   work for in vitro analysis and the quantitation

17   of specific reactive oxygen species is -- is a

18   factor in and it is in support of the mechanism

19   that I've proposed, which is that that mechanism

20   does not rely on that study or any singular study

21   for it to be valid.

22   MS. BROWN:

23   Q        The mechanism you proposed, Doctor, is

24   not yet generally accepted in the scientific

Shawn Levy, Ph.D.

Page 287

1    community.  Would you agree?

2    MS. O'DELL:

3              Object to the form.

4    A         I wouldn't have a basis for that

5    opinion.  As -- as we talked about earlier, I

6    haven't shared this mechanism to ask for that

7    opinion.

8    MS. BROWN:

9    Q         You haven't published the proposed

10   mechanism that is the subject of your report.  Is

11   that right?

12   A         That's right.

13   Q         You haven't discussed the proposed

14   mechanism that is the subject of your report with

15   any of your colleagues at HudsonAlpha; correct?

16   A         That's correct.

17   Q         So whether or not the proposed

18   mechanism that is the subject of your report

19   would be accepted by your peers in the scientific

20   community, that's not something you have yet

21   evaluated; correct?

22   MS. O'DELL:

23              Object to the form.

24   A         My -- I wasn't requested to provide a

Shawn Levy, Ph.D.

Page 288

1   biologically plausible mechanism that was also

2   peer-reviewed, and I would rely on or point you

3   to a number of other expert reports, particularly

4   in the epidemiology space from this case, where

5   you'll find a great many parallels to -- to this

6   case.

7          So I, instead, would state

8   independently myself and other respected

9   scientists have essentially developed the same

10  opinions regarding mechanism in this -- in this

11  particular space.

12  MS. BROWN:

13  Q      Is there another plaintiffs' expert

14  that you're aware of who holds the same opinion

15  as you do on biological plausibility?

16  A      Yes.

17  Q      Who's that?

18  A      Patricia Moorman, who is an

19  epidemiologist whose report I had the opportunity

20  to read yesterday.

21  Q      Is there -- and -- and even though

22  she's an epidemiologist, Dr. Moorman has a view

23  on biological plausibility?  Is that right?

24  MS. O'DELL:

Shawn Levy, Ph.D.

Page 289

1              Object to the form.

2    A        She has a view on --

3              In her report was a -- a view on

4    mechanism -- on mechanism, which included the

5    discussion of inflammatory response and its role

6    in ovarian cancer, which parallels this report.

7    MS. BROWN:

8    Q        Do you consider your proposed mechanism

9    that is the subject of your report to be a novel

10   concept in the scientific world?

11   MS. O'DELL:

12             Object to the form.

13   A        Which part?

14   MS. BROWN:

15   Q        Any part.

16   MS. O'DELL:

17             Object to the form.

18   A        Again, I -- my -- the -- what was

19   requested of me was not to develop a novel

20   concept or even to describe an untested

21   hypothesis.  What was requested of me was to

22   review the available literature and provide a

23   biologically plausible mechanism for talc

24   exposure to ovarian cancer.  And, so, that's

Shawn Levy, Ph.D.

Page 290

1    what -- that's what my report provides.

2    MS. BROWN:

3    Q        Do you think there could be other

4    biologically plausible mechanisms by which talcum

5    powder would be associated with ovarian cancer?

6    A        I haven't been asked to -- to make a

7    review related to other biological mechanisms.  I

8    was asked to develop a biologically plausible

9    mechanism.  And upon review of the totality of

10   the literature, this mechanism that -- that I've

11   presented and provided in the report is, in my

12   opinion, the correct mechanism.

13   Q        Did you have complete autonomy in your

14   task to develop a biologically plausible

15   mechanism?

16   A        Yes.

17   Q        Were there any limitations on how you

18   should go about developing this biologically

19   plausible limita- -- mechanism?

20   MS. O'DELL:

21            Object to the form of the question to

22   the degree that the question seeks --

23   MS. BROWN:

24            Form.

Shawn Levy, Ph.D.

Page 291

1    MS. O'DELL:

2              No, no.  If it goes to conversations

3    with counsel, it is not form.  It is

4    attorney-client privilege and it's protected.

5    Work product privilege is protected.

6              And, so, Dr. Levy --

7    MS. BROWN:

8              No.  Counsel --

9    MS. O'DELL:

10              Excuse me.  Excuse me.  I'm directing

11    my witness based on privilege, and I can do that.

12              To the degree that counsel is trying to

13    seek the substance of discussions you had with

14    counsel, those are protected, and I direct you

15    not to answer.

16              To the degree there's something in your

17    mind to respond that's not that, you may -- you

18    may respond.

19    MS. BROWN:

20    Q        And as -- as counsel well knows,

21    because we've had this discussion earlier this

22    week, the federal rules allow discovery of any

23    material you relied on in forming your opinions.

24              And, so, my answer here -- my question

Shawn Levy, Ph.D.

Page 292

1    for you here, Doctor, is, were -- was there any

2    limitation placed on you that you relied on in

3    trying to develop your biologically plausible

4    mechanism?

5    MS. O'DELL:

6              What's allowed -- you're well aware of

7    this, counsel, I know -- that what's discoverable

8    is are there materials considered -- you can ask

9    him that -- was there assumptions that he was

10   asked to make -- that's discoverable -- and the

11   compensation.  Those are the three things.  Not

12   conversations between counsel and Dr. Levy.

13   So --

14   MS. BROWN:

15             Counsel, you can instruct or we'll get

16   the judge.  We do not have time for your

17   speeches.  We're trying to finish up and let

18   other people -- other people ask questions.

19   MS. O'DELL:

20             That's straight from the rules.  You're

21   well aware of that.

22   MS. BROWN:

23             So here's the question.  If you want to

24   instruct, we'll take a break and get the judge.

Shawn Levy, Ph.D.

Page 293

1    Q          Did you rely on any instruction from
2    counsel regarding any limitations on how you were
3    to attempt to develop your biologically plausible
4    mechanism?
5    A          No.  I was -- I was not provided --
6    there were no --
7               I'm trying to make sure I answer to be
8    correct.  But my very simple and direct answer is
9    the requests for the report were very succinct
10   and were given without limitation.
11   Q          Did you try to develop any mechanism
12   that you rejected in connection with your report?
13   MS. O'DELL:
14               Object to the form.  Vague.
15   A          So I would best answer that by saying I
16   did not develop an initial mechanism and,
17   instead, began a literature review looking at the
18   available literature in talcum powder
19   inflammation in cancer, ovarian cancer, and then
20   in related subjects, and then, through the course
21   of that review, was able to synthesize the
22   opinion that you have, that we've been
23   discussing, in the report.
24   MS. BROWN:

Shawn Levy, Ph.D.

Page 294

1    Q        Do you consider the biologically

2    plausible mechanism that is the subject of your

3    report to be a hypothesis?

4    MS. O'DELL:

5             Object to the form.  Asked and

6    answered.

7    A        No, no.  In fact, it is not.  And

8    it's -- I think it's very fundamentally different

9    than a hypothesis.

10            Because, again, to state, the

11   activities that were undertaken was a review of

12   the literature and then, based on that review, a

13   mechanism that was biologically plausible.  It is

14   not hypothetical.

15   MS. BROWN:

16   Q        Have you tested your biologically

17   plausible mechanism?

18   MS. O'DELL:

19            Object to the form.

20   A        Tested in the sense of --

21            So I would -- I would answer that as --

22   in -- in my opinion, I would suggest that this

23   has been tested based on following the completion

24   of the report and reading other similarly derived

Shawn Levy, Ph.D.

Page 295

1    or similarly requested both literature, some of

2    the publications that we've been discussing, as

3    well as other expert reports that have, as we've

4    just discussed, some parallel aspects.

5              So, from a formal scientific process,

6    that is -- would not, I think, be considered a

7    formal test.  But from the perspective of this

8    biologically plausible mechanism, other

9    scientists undertaking similar methodology came

10   up with similar results.

11             And, so, therefore, I would say that

12   this report is -- continues to be supported by

13   independent reviews and content.

14   MS. BROWN:

15   Q        The other scientists that you just

16   referenced are also paid experts for the

17   plaintiffs; is that right?

18   MS. O'DELL:

19             Object to the form.

20   A        I don't have knowledge of that

21   specifically.

22   MS. BROWN:

23   Q        Well, when you said other experts

24   looking at the same thing came up with a similar

Shawn Levy, Ph.D.

Page 296

1    mechanism, you mean other experts in this

2    litigation?

3    MS. O'DELL:

4              Object to the form.  Misstates his

5    testimony.

6    A         Other -- other material -- the

7    materials that I was -- that I was provided.

8    MS. BROWN:

9    Q         And those materials are in the form of

10   other expert reports like yours; right?

11   MS. O'DELL:

12             Object to the form.

13   A         They are.

14   MS. BROWN:

15   Q         Are you aware of any nonlitigation

16   expert that has arrived at the same biologically

17   plausible proposed mechanism as you?

18   MS. O'DELL:

19             Object to the form.

20   A         Well, I think -- yeah, in the sense --

21   in the sense of the number of publications we've

22   been discussing and some of the more recent both

23   reviews and -- and Saed's paper, I suppose, as

24   we've been discussing, Dr. Saed has been funded

Shawn Levy, Ph.D.

Page 297

1    for some of this work, but I would counter that

2    with sponsorship of -- of studies that are

3    subsequently peer-reviewed, I think are generally

4    held to a scientific standard and rigor, and

5    would suggest that his most recent work would

6    fall under that and -- and, therefore, I would

7    not consider that in the same realm as an expert

8    report.

9    MS. BROWN:

10   Q        Are you aware that the plaintiffs'

11   lawyers funded Dr. Saed's studies?

12   A        I am.

13   Q        How do you know that?

14   MS. O'DELL:

15            Don't speculate.  If you know it,

16   testify to it.

17   A        No.  I'm thinking of --

18            That was disclosed during the

19   discussion of the -- of the paper, and the

20   question I asked and actually looked on the paper

21   was to --

22            And this -- this was getting to my own

23   opinion as to the appropriateness and the

24   potential scientific rigor of the paper, and that

Shawn Levy, Ph.D.

Page 298

1   was whether or not Dr. Saed disclosed that

2   relationship, which is, of course, ethically a

3   requirement for sponsored research.  And, indeed,

4   that sponsorship is made in the paper.

5   MS. BROWN:

6   Q        Was it important to you --

7            Did you ask Dr. Saed about the funding

8   for his paper?

9   A        I did not.  As we -- as we discussed, I

10  haven't spoken with him.

11  Q        Were you troubled by the fact that

12  Dr. Saed's disclosure does not reference which

13  side of the litigation he's working for?

14  MS. O'DELL:

15           Object to the form.

16  A        Are you asking for my opinion on if it

17  troubled me?

18  MS. BROWN:

19  Q        Yeah.

20  A        No.

21  Q        It sounds like you did a little

22  investigation and you were satisfied with the

23  disclosure.  Was that your testimony?

24  MS. O'DELL:

Shawn Levy, Ph.D.

Page 299

1                    Object to the form.  He didn't use the

2       word "investigation."

3       A          I was satisfied seeing a disclosure

4       made regarding funding, which, again, in the

5       scientific climate I would -- or I would state

6       simply I viewed the support of that study which

7       subsequently goes out to peer review functionally

8       equivalent to pharmaceutical support of a study

9       involving a drug or a condition or a treatment.

10                   The reality of the scientific space

11      is -- is -- is funding sponsorship comes from a

12      variety of cases.  And in each institution,

13      HudsonAlpha certainly, I'm positive Wayne State

14      has a conflict of interest review board which

15      Dr. Saed has to report to as far as the -- how he

16      manages that potential conflict of interest.  And

17      given that he's at a reputable institution that

18      I've actually done a fair amount of review work

19      with over the years, being Wayne State, I'm

20      reasonably -- or I would say I'm quite confident

21      that his conflict of interest has been managed

22      appropriately for the -- for the study that was

23      reviewed.

24      MS. BROWN:

Shawn Levy, Ph.D.

Page 300

1    Q        Why is it important, in your mind, to

2    disclose funding for a study?

3    A        Well, it's, you know, ethical premise

4    of -- of most scientific research or really all

5    extramurally funded research that the funding

6    sources are -- are always disclosed.  And that's

7    true for publication as well as presentation.

8            And, so, I think most -- most

9    scientists, during presentation, will present a

10   slide that shows their -- their funning support

11   and all of its sources regard- -- whether it's

12   public or private.

13           And then you'll notice in vast majority

14   of publications, if they are grant supported,

15   again, whether that grant is from a public or a

16   private institution, those things are referenced.

17   And, in fact, the U. S. Government has a

18   requirement that grants be referenced in their --

19   in any publications that were supported by that

20   money.

21   Q        Do you have any critiques of either of

22   Saed's papers?

23   A        No.  Not at this time.

24   Q        Do you have any questions or anything

Shawn Levy, Ph.D.

Page 301

1    that doesn't make sense to you, having reviewed

2    the most recent one or the 2017 one?

3    A        No.  My focus, particularly on the most

4    recent one, I actually found his molecular

5    studies to be quite comprehensive and --

6             So there was -- there was no specific

7    concerns that -- that I was able to identify.

8    And, again, the -- in the -- in the version of

9    the paper that -- that I -- that I was given.

10   Q        And did you have any opportunity to

11   check to see if you had an earlier version of

12   that paper?

13   A        Oh, I -- I'll be sure and do that at

14   the next break.

15   Q        Okay.  Why don't we go ahead and take a

16   break now.  You'll take a look, if you wouldn't

17   mind, to see if you have something other than

18   what we've marked at the deposition.

19             I'm going to renew -- review my notes.

20   I'm close to finishing, and then I'll hand it

21   over to my colleague, Mr. Ferguson, who I think

22   will have some questions for you as well.  Okay,

23   Doctor?

24   A        Uh-huh.

Shawn Levy, Ph.D.

Page 302

1    Q        Thank you, Doctor.

2    VIDEOGRAPHER:

3             Going off the record.  The time is 3:33

4    p.m.

5                  (OFF THE RECORD.)

6    VIDEOGRAPHER:

7             We're back on the record.  The time is

8    3:48 p.m.

9    MS. BROWN:

10   Q        Welcome back, Doctor.

11            Did you have an opportunity to take a

12   look if you had an earlier version of Dr. Saed's

13   manuscript?

14   A        I did.

15            I did not.

16   Q        Okay.  And, so, during this deposition,

17   you've referred from time to time to Dr. Saed's

18   2018 paper.  Is that right?

19   A        (Nods affirmatively.)

20   MS. O'DELL:

21            Object to the form.  Excuse me.

22   MS. BROWN:

23   Q        And you received that paper after you

24   authored your report in this case; right?

Shawn Levy, Ph.D.

Page 303

 1   MS. O'DELL:

 2           Object to the form.

 3   A       So I was referring --

 4           Yes.  I -- I -- the manuscript we were

 5   discussing was received after the completion of

 6   this.  But, as we discussed earlier, the

 7   materials in the paper were presented in abstract

 8   form or long abstract form, and those are

 9   referenced in the report.

10   MS. BROWN:

11   Q       And just to close the loop on one thing

12   before I hand it over to my colleague,

13   Mr. Ferguson, you had referenced an animal study

14   by Woodruff earlier in the day.  Do you remember

15   that?

16   A       Yes.

17   Q       That paper doesn't have anything to do

18   with talc; right?

19   MS. O'DELL:

20           Object to the form.

21   A       Let me --

22           Yes, I -- you're -- the Woodruff 1979

23   paper is not the one I was -- I was wrong on the

24   author.  Give me a moment to...

Shawn Levy, Ph.D.

Page 304

1    MS. BROWN:

2    Q        And if that's not the one you were

3    thinking of, Doctor, we can move on.

4    A        I was thinking Henderson 1971.

5    Q        And that's not an animal study; right?

6    A        Maybe this -- this isn't the same one,

7    then.  I can certainly find it at the end if --

8             The -- it was a 1971 study involving a

9    rat model that the major point and conclusion of

10   the study was perhaps something that we've

11   discussed that's been now well accepted that the

12   talc can migrate, after exposure, into the

13   ovarian tissue.

14   Q        Are you aware of any study, Doctor,

15   that talc on the exterior of a woman's vagina can

16   migrate up the fallopian tubes to the ovary?

17   MS. O'DELL:

18            Object to the form.

19   A        I am not aware of a study that tested

20   that specifically.

21   MS. BROWN:

22   Q        And did you consider, in connection

23   with your opinions here, IARC's finding that the

24   science regarding migration is, quote, "weak"?

Shawn Levy, Ph.D.

Page 305

1    MS. O'DELL:

2              Object to the form.

3    A         My -- my primary consideration of IARC

4    was their classification of the talc and the --

5    and the fibrous talc, and I don't recall their

6    conclusions of the migration science being weak.

7              And, in fact, it appears, as stated by

8    the FDA, that the -- the migration question is --

9    is well resolved.

10   MS. BROWN:

11   Q         Finally, Doctor, in connection with

12   your opinions in this case, did you consider

13   articles regarding whether stick lesions evidence

14   inflammation?

15   A         I'd have to review some of the

16   literature for stick lesions specifically.  But

17   that --

18             Can you -- what are you referring to by

19   stick lesions?

20   Q         So do you understand that it's now

21   believed, in terms of the -- where ovarian cancer

22   begins, that it begins in the fallopian tubes,

23   epithelial ovarian cancer?

24   A         I certainly would agree that a -- the

Shawn Levy, Ph.D.

Page 306

1    site of initiation, whether -- that it can begin

2    in the fallopian tubes, yes, that there's been

3    studies that have shown that evidence.

4    Q        And some of the early lesions that have

5    been found in the fallopian tubes are sometimes

6    referred to as stick lesions.  Are you familiar

7    with that?

8    MS. O'DELL:

9             Object to the form.

10   A        I'm not.

11   MS. BROWN:

12            So you haven't looked at any studies

13   that have looked at stick lesions that have been

14   removed from women to see if there was any

15   evidence of inflammation?

16   MS. O'DELL:

17            Object to the form.

18   A        That -- that -- I don't recall that as

19   part of the review.

20   MS. BROWN:

21   Q        Fair enough.

22            No further questions.  I'll hand it

23   over to Mr. Ferguson.

24   MR. FERGUSON:

Shawn Levy, Ph.D.

Page 307

1          Thank you.

2                    EXAMINATION

3    BY MR. FERGUSON:

4    Q          Good afternoon, Dr. Levy.  My -- my

5    name is Ken Ferguson, and I represent Imerys in

6    this matter.  Do you know who Imerys is?

7    A          Only that they're a mining company.

8    Q          Okay.  And I have some questions for

9    you.  I apologize for my voice.  I've kind of had

10   my allergies and then going into a cold, so it's

11   kind of --  kind of stuffy.  So I apologize.

12              If you have trouble hearing me or

13   understanding me, let me know.  Okay?

14   A          Okay.

15   Q          And -- and just -- I know you've been

16   at this with Miss Brown for a little while, but

17   if there's any question that you don't understand

18   that I'm asking you, just let me know, and I'll

19   restate it so I can make sure that we're

20   communicating.  Okay?

21   A          Okay.

22   Q          I want to talk to you, first of all,

23   about a little bit more about what you do at

24   HudsonAlpha Institute.  So in the what's called

Shawn Levy, Ph.D.

Page 308

1    the Genomic Services Laboratory --

2              Right?  There's one of those at

3    HudsonAlpha; right?

4    A          There is.

5    Q          Do you perform services there such as

6    running clinical samples to report results to

7    healthcare providers?  Is that the kind of things

8    you do?

9    A          To be -- to be clear and to,

10   importantly, differentiate the regulated lab

11   versus the research laboratory, the Genomic

12   Services Laboratory is a -- is a entity of

13   HudsonAlpha that is responsible for research

14   activities.

15             There is a separate wholly owned

16   subsidiary of HudsonAlpha creatively named the

17   Clinical Services Laboratory.  So that laboratory

18   is the laboratory that performs the testing.  And

19   to hopefully not provide a level of confusion,

20   but the two laboratories coexist in the same

21   space.  And what this means is I have staff and

22   equipment.  Some is dedicated to clinical, some

23   is dedicated to research, and some are shared

24   between the two.

Shawn Levy, Ph.D.

Page 309

1              So, in summary, the best way to

2      consider the laboratory is that it's a clinical

3      regulated laboratory that also performs research.

4              Any projects under that research

5      umbrella are referred to as being in the Genomic

6      Services Laboratory.  Anything clinical is

7      referred to the Clinical Services Laboratory.

8      That lab has been CLIA-licensed now for going on

9      five -- just past four years and has been

10     CAP-accredited for three and a half.

11     Q        So is it the Clinical Services

12     Laboratory, then, that would perform services

13     like running clinical samples to get results to

14     healthcare providers?

15     A        That's correct.

16     Q        And -- and among those things that the

17     Clinical Services Laboratory does, is that

18     restricted to whole genome sequencing?

19     A        Our currently -- the only publicly

20     disclosed and validated test for the Clinical

21     Services Laboratory is whole genome sequencing.

22              We have two other laboratory-developed

23     tests, or commonly referred to as LDTs, that are

24     run in a -- as a private assay for some clinical

Shawn Levy, Ph.D.

Page 310

1    trials, so they're not publicly available and to

2    date have not been publicly disclosed.  They're

3    protected under confidentiality agreement.

4          And the Clinical Services Laboratory

5    this year will launch a number of other tests

6    that we have publicly disclosed.  Those include

7    whole exome sequencing, an oncology panel known

8    as the TruSight Tumor 170, which profiles 170

9    genes with -- that have been -- that have known

10    involvement in cancer risk and progression, and

11    as well as a 500 panel of similar form.

12    Q          So let me talk to you a little bit

13    about your prior position.  You were at

14    Vanderbilt University Medical Center; correct?

15    A          Correct.

16    Q          And you were an assistant professor?

17    Is that correct?

18    A          The titles I held there was research

19    assistant professor and then assistant professor,

20    and then I was a associate professor as an

21    adjunct faculty for a number of years after

22    joining HudsonAlpha.  So I had to progress

23    through a few of the academic ranks at

24    Vanderbilt, but all of them in the professor

Shawn Levy, Ph.D.

Page 311

1    realm.

2    Q         As an assistant professor, were you

3    appointed on a tenure track?

4    A         Yes.

5    Q         And do you know generally how many

6    years after appointment as an assistant professor

7    is a tenure decision at Vanderbilt typically made

8    in that department?

9    A         It varies from probably five to nine.

10   Q         Did you ever achieve tenure at

11   Vanderbilt?

12   A         Actually, I was up for tenure the year

13   that I moved to HudsonAlpha.

14   Q         So --

15   A         So, technically, I, which will sound

16   odd, I was promoted to associate professor upon

17   leaving.

18   Q         Okay.

19   A         In an adjunct role.

20   Q         So were you turned down for tenure

21   or --

22   A         I was not.  I never -- I -- the

23   opportunity at HudsonAlpha predated the time that

24   I would have gone up for tenure.  I had a number

Shawn Levy, Ph.D.

Page 312

1    of pre-reviews for tenure.  There were no

2    concerns with that progress.  But, based on both

3    funding as well as publication records, I wasn't

4    overly concerned with that.

5              But the opportunity to be able to do --

6    and the scale of operations at HudsonAlpha was --

7    was too good to turn down, as far as remaining at

8    Vanderbilt.

9    Q       So you were neither granted tenure nor

10   denied tenure.  Is that fair to say?

11   A       That's fair to say.

12             I think the best evidence for the

13   relationship at Vanderbilt after my leaving was I

14   continued as an adjunct faculty in the same

15   department, again with change in title, for a

16   number of years after joining HudsonAlpha.  So it

17   was a -- certainly, I wouldn't characterize it as

18   a negative departure from the institution.  And I

19   still remain a collaborator with a number of

20   colleagues there.

21   Q       Do you have a copy of your report in

22   front of you?

23   A       I do.

24   Q       Okay.  What I'm gonna do is I'm gonna

Shawn Levy, Ph.D.

Page 313

1  try to go through, probably in -- in order,

2  portions of your report that I want to ask about

3  and try to make sure I don't cover things that

4  Miss Brown's already covered.

5           Can you look at page 5 of your report?

6  A        Yes.

7  Q        So there -- and I'm looking at number 2

8  on page 5, Acquired Somatic Gene Mutation.

9           Do you see that?

10 A        I do.

11 Q        And you say there that --

12          I'm skipping the sentences.  If you

13 need to go back, feel free.

14          -- "Biological and lifestyle exposures,

15 such as viruses, obesity, hormones and chronic

16 inflammation, are also known to result in

17 cancer-causing mutations."

18          Right?

19 A        I see that sentence.

20 Q        Okay.  Wouldn't you agree that the

21 association between obesity and cancer risk is

22 just that, an association and not a known

23 cause-and-effect relationship?

24 MS. O'DELL:

Shawn Levy, Ph.D.

Page 314

1          Object to the form.

2     A          I would state that it is known that

3     cancer rates increase in a number of unhealthy

4     conditions, including obesity.  But I am not

5     aware of a -- of any studies that have

6     illustrated a causal effect directly between

7     obesity and cancer.

8     MR. FERGUSON:

9     Q          And, specifically, isn't it true that

10    there is no direct in vivo experimental evidence

11    that obesity causes cancer-causing mutations?

12    A          I would have to review the literature

13    to -- before answering that question.  But the

14    relationship between obesity and cancer risk

15    is -- is quite well established.  And I think for

16    us to discuss that in more detail, we'd have to

17    start delving into some of the specifics around

18    the physiological changes related to obesity and

19    whether those specific physiological changes play

20    a role in cancer.

21    Q          And, just below that, the last sentence

22    in that paragraph, you say, "These mechanisms may

23    be direct, such as radiation directly damaging

24    DNA, as well as indirect, such as an external

Shawn Levy, Ph.D.

Page 315

1    agent causing a cellular -- cellular reaction or

2    inflammatory response that then leads to DNA

3    damage or mutation."

4            What cellular reactions are you

5    referring to that result in DNA damage or

6    mutation?

7    A        So the presence of reactive -- so a few

8    different things.  Primarily, along the

9    discussions for today, the presence of reactive

10   oxygen species which can directly -- which are a

11   cellular reaction that can then cause -- directly

12   cause DNA damage.

13           There's protein oxidation effects that

14   are similar to that, in the sense that you have a

15   chemical change and a cellular component that

16   results in a -- in a protein activity change,

17   again leading to potential DNA damage.

18           And then you can have --

19           So those are two -- two examples of

20   cellular reactions to that.

21   Q        And -- and maybe you just explained it,

22   but I wanted to make sure I'm clear.  What is the

23   mechanism by which an inflammatory response

24   results in DNA damage?

Shawn Levy, Ph.D.

Page 316

1    A           It varies.  So the -- the --

2    "inflammatory response" is a bit general.  So

3    depending on specific type of cellular

4    recruitment and cellular damage through the

5    release of cytokines, the release of oxidative

6    damaging materials from cells like granulocytes,

7    you know, or the -- even the cell's own

8    production of reaction to -- reactive oxygen

9    species, such as from the mitochondria, which is

10   the most common sync -- or most common source of

11   reactive oxygen species in the cell.

12          And, so, those are some examples of --

13   of that relationship between an inflammatory

14   response and that cellular reaction.

15   Q           Reactive oxygen species are not the

16   same thing as inflammation; correct?

17   A           I would say reactive oxygen species are

18   a hallmark of inflammation.

19   Q           But they're not the same thing.

20   MS. O'DELL:

21          Object to the form.

22   A           The -- well, they are --

23          Again, reactive oxygen species are a

24   component of inflammation.  So they're -- the

Shawn Levy, Ph.D.

Page 317

1    words are two -- two different definitions, but

2    they are a component.

3    MR. FERGUSON:

4    Q        Would you agree that reactive oxygen

5    species are a normal part of cell physiology?

6    A        Yes, absolutely.

7    Q        And the major source of reactive oxygen

8    species comes from inside the cell and is

9    produced in mitochondria?

10   A        A source, and depending on the site of

11   the physiology.  So a normal, healthy cell not

12   under stress or injury would be -- then, yes,

13   that's a true statement.

14            Under different physiological

15   conditions, that statement may not be true.

16   Q        Can you distinguish reactive oxygen

17   species produced inside a cell from reactive

18   oxygen species produced outside the cell?

19   A        What do you mean?  So by -- by

20   "distinguish," you mean --

21   Q        Can you tell the difference?

22   A        I'm just thinking if there's a way to

23   measure.

24            So you can measure the effects of

Shawn Levy, Ph.D.

Page 318

1    exogenously introduced reactive oxygen species

2    and then compare that to the measurement of

3    endogenously produced reactive oxygen species.

4            But as far as determining the

5    difference if the cellular integrity is not

6    intact, I'm not aware of a method to do that.

7    Q        Would you agree that generation of

8    reactive oxygen species is an inevitable

9    consequence of aging in aerobic organisms?

10   MS. O'DELL:

11           Object to the form.

12   A        So reactive oxygen species are a --

13   are present at all stages of life.  And aging, as

14   a biological phenomenon, is probably one of the

15   most variable phenomenon that exists.

16           And specific to reactive oxygen

17   species, the diet, lifestyle, and genetics of

18   that individual will drastically change that.

19           And a new area of research that my

20   laboratory has been undertaking for a short

21   time --

22           And, so, I don't have specific

23   publications, and it's really not -- I promise

24   it's not taking us too far afield.

Shawn Levy, Ph.D.

Page 319

1            -- but is the concept of your annual

2    age versus biological age.  And my lab has some

3    assays that are based on epigenetics as well as

4    some metabolomic markers.  And what we found --

5    now, in very, again, preliminary data -- that

6    individuals will vary by plus or minus 15 years

7    from physiological age to annual age based on,

8    again, a number of lifestyle factors not

9    important for this study.

10            But the point I'm making is the

11    discussion about level of reactive oxygen species

12    and its association with age is actually quite

13    variable based on the long -- or based on the

14    current physiological activity of that person.

15            Stated very simply, which is probably

16    something we all know, the better shape you're

17    in, the younger your physiology will appear.  And

18    you can actually modulate that quite quickly,

19    meaning that a person who's 60 and has made poor

20    lifestyle choices can actually gain back quite a

21    bit of that physiological age quite quickly.

22            And so, again, to directly answer your

23    question, a annual age-related conclusion

24    regarding production of reactive oxygen species

Shawn Levy, Ph.D.

Page 320

1    would be very difficult.

2    MR. FERGUSON:

3    Q        In your report, on this same page, you

4    discuss the fact that, even if someone has a

5    genetic mutation that predisposes them to cancer

6    doesn't mean that he or she is certain to get

7    cancer.  Correct?

8    A        That is correct.

9    Q        So there is a -- a random component to

10   the effects of known cancer-causing agents.

11   Right?

12   MS. O'DELL:

13            Objection to form.

14   A        There is a complicated relationship

15   between genetics, environment, and expose -- or

16   environment, including exposure and lifestyle,

17   and the progression of cancer.

18            Perhaps the -- a summary analogy is the

19   more predisposing mutations that an individual

20   has, it's -- it's equivalent to their body is

21   rolling the dice more often to collect a mutation

22   sufficient to cause cancer than somebody who does

23   not have the same genetic background.

24            And there's -- there's many, many lines

Shawn Levy, Ph.D.

Page 321

1   of evidence.  Probably the most prominent is

2   BRCA1 and 2 mutation and the role it plays in

3   increased risk of breast and ovarian cancer.

4   MR. FERGUSON:

5   Q        Wouldn't you agree that even the

6   inherited susceptibility cannot entirely explain

7   this random component of some people getting

8   cancer when exposed and some people not?

9   MS. O'DELL:

10          Objection to form.

11   A        DNA -- so that, it's very

12   gene-dependent.  So BRCA1 and 2 is the example

13   given.  That is correct, that if you have a BRCA1

14   and -- 1 or 2 mutation, you are not guaranteed to

15   get cancer.

16          Corollary to that is if you do not have

17   a BRCA1 and 2 mutation, your relative risk for

18   canner does not change, meaning that you're at no

19   less of a risk than somebody -- somebody else who

20   doesn't have that mutation.

21          I should state that there are other

22   genes.  P53 is a good example that was mentioned

23   earlier.  If you carry a mutation in that gene,

24   the probability that you'll get cancer, assuming

Shawn Levy, Ph.D.

Page 322

1    you don't die from something else, is almost

2    certain, meaning that it's in the mid to high 90

3    percents if you -- if you live until a late age.

4    MR. FERGUSON:

5    Q        Further down this paragraph, you

6    indicate that "An inherited gene mutation could

7    instead make one more likely to develop cancer

8    when exposed to certain cancer-causing

9    substances."

10            Correct?  That's your statement?

11   A        Yes.

12   Q        Can you provide any examples in which a

13   woman with an inherited mutation in a particular

14   gene has been demonstrated to have more

15   sensitivity to developing ovarian cancer as a

16   result of exposure to an environmental agent?

17   A        Not for ovarian cancer specifically.  I

18   would need to review --

19            There is a -- I've seen report of a

20   single gene related to ovarian cancer, which,

21   again, I would have to do a bit of searching to

22   be sure I'm naming the correct gene, but I --

23   where that has a much high- -- increased risk

24   specific to ovarian cancer, but I do not recall

Shawn Levy, Ph.D.

Page 323

1    if there was a measurement of any exogenous

2    exposure risk that amplified that effect or not.

3              But I think the -- as a general

4    premise, it is a -- well established in cancer

5    biology that any mu- -- any mutation that results

6    in a burden related to DNA repair, related to

7    cell cycle control, you are more susceptible to

8    cancer.

9              In one of our lines of research where

10   we do have some publications, in pediatric

11   cancer, I would simply point to in approximately

12   50 percent of adults who are survivors of

13   childhood cancer will develop a second cancer

14   event primarily because their -- the fact that

15   they developed a childhood cancer generally means

16   you are predisposed to that condition.

17             And -- and, as evidenced in the

18   observations we've done in the analysis of

19   thousands of patients in collaboration with

20   St. Jude and the children's oncology group, we've

21   identified now a ability to do genetic counseling

22   in those individuals and predict with very high

23   accuracy what their secondary cancer is likely to

24   be.

Shawn Levy, Ph.D.

Page 324

1              And the point of my mentioning this is

2     to illustrate that an early predisposition to --

3     or a significant predisposition to cancer that

4     results in a early cancer event, those

5     individuals show a lifetime increase in risk of

6     approximately -- they're -- they're approximately

7     six times, depending on the disease, to 13 times

8     more likely to get that -- to get a secondary

9     disease.

10             So there clearly is a relationship to

11    predisposition in -- in oncology -- or in rate of

12    cancer event.

13    Q        Okay.  And I appreciate your response.

14    But remember that my question was related to

15    ovarian cancer, and -- and we went a little

16    afield from ovarian cancer.

17             And I want to ask you another question

18    in that regard.  Can you provide any example in

19    which a woman with an inherited mutation in a

20    particular gene has been demonstrated to have

21    more sensitivity to developing ovarian cancer as

22    a result of exposure to talcum powder?

23    MS. O'DELL:

24             Object to the form.

Shawn Levy, Ph.D.

Page 325

1          Answer the question.

2    A          So the mechanism we proposed would be

3    independent of -- of that predisposition.  But I

4    would have the opinion that an individual with

5    any predisposition mutation, regardless of the

6    gene but -- and -- in ovarian cancer, that they

7    would be a more fragile individual as -- when it

8    comes to this exposure under the mechanism that

9    we've been discussing today.

10   MR. FERGUSON:

11   Q          Okay.  And what I'm looking for is some

12   example or some literature in that regard.

13   A          I would -- I would have to -- I would

14   have to look --

15   Q          Okay.

16   A          -- to see.

17   Q          So what you've told me is that's your

18   opinion, but you don't have any references for it

19   as you sit here?

20   MS. O'DELL:

21          Objection to form.

22   A          So my -- what was -- I was requested to

23   provide this biologically plausible mechanism,

24   and part of that request was not necessarily

Shawn Levy, Ph.D.

Page 326

1    include the influence on that mechanism that

2    specific gene mutations or inherited risks may

3    have within relation to ovarian cancer.

4            So I'd certainly be delighted to pause

5    for a moment and take -- you know, and -- and

6    work on that -- give you that -- see if I can

7    give you that specific example.

8    MR. FERGUSON:

9    Q        But you can't as you sit here?

10   A        I cannot.

11   Q        Okay.  So let's look at -- further down

12   on page 5, you have a section entitled "The Role

13   of Genetics in Ovarian Cancer."  Correct?

14   A        Correct.

15   Q        And I want to look at a reference that

16   you -- you have cited.  And let me mark this as

17   an exhibit, please.  I guess I can mark it.

18           (DEPOSITION EXHIBIT NUMBER 21

19           WAS MARKED FOR IDENTIFICATION.)

20   MR. FERGUSON:

21   Q        Exhibit 21 is the Nunes article.  Have

22   you seen that?

23   A        I have, yes.

24   Q        Okay.  So if we look at page 5, at top

Shawn Levy, Ph.D.

Page 327

1    of the page, you indicate that ovarian cancer is

2    the major cause of death from gynecologic disease

3    and the second most common gynecologic malignancy

4    worldwide; correct?

5    A        Correct.

6    Q        And then in your report you cite Nunes

7    and Serpa, the article we've just marked as

8    Exhibit 21, as well as Siegel and Torre; correct?

9    A        Yes.

10   Q        If we look at page 2 of the Nunes

11   article, the exact same sentence appears on -- at

12   the bottom of page 2 under the heading of

13   "Ovarian Cancer, an Overview"; correct?

14   A        Correct.

15   Q        Right.

16   A        That's correct.

17   Q        Okay.  And it's --

18   A        It's not quite the same sentence, given

19   that it's the same initial statement, not an

20   identical sentence.

21   Q        Very close to identical?

22   A        Well, they -- they both -- they both

23   introduce the same facts.

24   Q        Okay.  Then if we go down a little bit

Shawn Levy, Ph.D.

Page 328

1    further and you have a sentence that starts

2    "epithelial ovarian cancer."  Correct?

3    MS. O'DELL:

4             On page 6 there?

5    MR. FERGUSON:

6             Yeah.  I apologize.  Yeah, it is.

7    A        Yep.

8    MR. FERGUSON:

9    Q        It's on page 6.  It's the, I believe,

10   the last sentence of the partial paragraph at the

11   top of 6.  See it?

12   A        I do.

13   Q        Okay.  And you say, "Epithelial ovarian

14   cancer (EOC) includes most malignant ovarian

15   neoplasms" -- you cite Chan, 2006 -- "that can be

16   classified based on morphologic and molecular

17   genetic features into the following types:

18   Serous" -- and, in parentheses, "(OSC) low and

19   high grade); endometrioid (EC), clear cell,

20   (OCCC), and mucinous (MC) carcinomas."

21            Correct?

22   A        Correct.

23   Q        Okay.  And then if we look back at page

24   2 of Nunes, in the second sentence of the first

Shawn Levy, Ph.D.

Page 329

```
 1    paragraph under "Ovarian Cancer, an Overview,"
 2    the nearly identical sentence appears there.
 3    Correct?
 4    MS. O'DELL:
 5              Object to the form.
 6    A         The two sentences stating the same
 7    fundamental facts regarding ovarian cancer and
 8    the histological types are -- yes, I agree.
 9    MR. FERGUSON:
10    Q         With almost the same wording.
11    MS. O'DELL:
12              Object to the form.
13    A         They have similar wording.
14    MR. FERGUSON:
15    Q         Remarkably similar; correct?
16    MS. O'DELL:
17              Object to the form.
18    A         I wouldn't call it -- so they --
19              Again, we're stating fundamental basic
20    facts around histological type and following a
21    number of, again, factual observations for what
22    the state of the art for genetic knowledge
23    in -- in different genes and different proteins
24    is as it relates to our understanding of -- of
```

Shawn Levy, Ph.D.

Page 330

1    cancer with, again, appropriate reference for

2    those -- for those studies.

3    MR. FERGUSON:

4    Q         And then if we look at the following

5    paragraphs, the first full paragraph there on

6    page 6, in your report you have a sentence that

7    starts "low grade OSC cases generally have

8    genetic alterations" in a number of items you've

9    listed; correct?

10   A         Correct.

11   Q         Okay.  And that sentence ends with the

12   words or "p13/Ras/Notch/FOXM1."  Correct?

13   A         Correct.

14   Q         Okay.  And then if we go back to Nunes,

15   if you look at that same paragraph we've been

16   talking about -- and those -- there's an

17   introductory phrase that you don't have, and then

18   it starts with "low grade OSC generally

19   comprising."  Slightly different wording, but you

20   list the same types of receptors and the same

21   types of items.  Correct?

22   A         Yes.  That's providing a review of,

23   again, the known associations between specific

24   ovarian subtypes and their most commonly referred

Shawn Levy, Ph.D.

Page 331

1    genetic information or genetic predis- --

2    sorry -- mutated genes.  So I'm -- that's right.

3    Q        Okay.

4    A        They are -- they are similar in that

5    both are, again, introducing factual information

6    about the current knowledge in ovarian cancer in

7    this literature, again pointing out that

8    referencing the papers that they both came from,

9    being the Nunes as well as the appropriate

10   references.

11   Q        Okay.  And, then, the paragraph below

12   that starts endo- -- "endometrioid carcinoma,"

13   paren, "(EC)."  Correct?

14   A        Correct.

15   Q        If we look --

16            And then that goes all the way to the

17   word "mucin-coding genes" with two citations;

18   correct?

19   A        Correct.

20   Q        If we look at 2 and the top of page 3

21   in Nunes, there's a sentence that starts "EC."

22   It does not spell out endometrioid carcinoma.  Do

23   you see that four lines from the top?  I'm sorry.

24   Four lines from the bottom --

Shawn Levy, Ph.D.

Page 332

1    MS. O'DELL:

2            I'm sorry.

3    MR. FERGUSON:

4    Q        -- on page 2.

5    A        Yes.

6    MR. FERGUSON:

7            Sorry.  Leigh, it's on page -- the

8    bottom of page 2.

9    MS. O'DELL:

10           Oh, I'm there.  When you said the top,

11   I got --

12   MR. FERGUSON:

13           No worries.  That's -- my mistake.

14   Q        Okay.  It says "EC subtypes," and then

15   it goes to mucin-coding genes on the top of page

16   3.  Correct?

17   A        Correct.

18   Q        Again, that paragraph is nearly

19   identical to the one in your report.  Correct?

20   MS. O'DELL:

21           Object to the form.

22   MR. FERGUSON:

23   Q        Same word, same order, same citations;

24   correct?

Shawn Levy, Ph.D.

Page 333

1    MS. O'DELL:

2              Object to the form.

3    A        So my -- my report is similar to the

4    review article.  It -- it's listing the subtypes

5    of ovarian cancer and -- based on the Nunes

6    paper, which is a 2018 publication, so a more

7    current review.  I'm, again, providing that

8    referenced information about the -- the -- this

9    observation.

10   Q        You're citing the same references as

11   Nunes; correct?

12   A        Yes.

13   Q        You cite the -- the various gene --

14   expression of gene in the same order they do,

15   so --

16            Correct?

17   A        Yes.

18   Q        And is that just coincidental?  That's

19   just happened?  You happened to have put this

20   paragraph in the same order with the same

21   notations as -- as Nunes?

22   MS. O'DELL:

23              Object to the form.

24   A        Well, I'm listing the same information

Shawn Levy, Ph.D.

Page 334

1    that's contained in the Nunes paper.  And seeing

2    as that -- this was a review of the literature

3    with -- you know, based on the state of the art,

4    the Nunes review is exactly that.  And, again,

5    I'm -- I'm repeating the information regarding

6    the specific gene information as it relates to

7    this -- this ovarian cancer risk and -- and --

8    and, again, appropriately citing the basic

9    studies as Nunes did.

10   MR. FERGUSON:

11   Q        With virtually the same wording?

12   A        With similar wording, yes.

13   Q        Let's look at page -- page 7.

14   MS. O'DELL:

15            His report?

16   MR. FERGUSON:

17   Q        Yeah.  I apologize.  Your report.

18            We can set Nunes aside now.

19            You have a paragraph starts -- that

20   starts "individuals can inherit mutations in

21   BRCA1, BRCA2 or p53."

22            See it?

23   A        Uh-huh.

24   Q        And you say, "These defects allow

Shawn Levy, Ph.D.

Page 335

1    additional mutations to accumulate in cells and

2    lead to a higher probability of cells being

3    cancerous."

4              Correct?

5    A         Correct.

6    Q         And you've indicated earlier in your

7    report that cancer is caused by mutations.

8    Correct?

9    A         Correct.

10   Q         And you say here that mutations in

11   BRCA1, BRCA2 or p53 can result in the

12   accumulation of additional mutations in cells.

13   Correct?

14   MS. O'DELL:

15             Object to the form.

16   A         Yeah.  I made the statement that BRCA1,

17   BRCA2 and p53, they can be inherited and then, in

18   turn, positive for those gene mutations.

19   MR. FERGUSON:

20   Q         Okay.  Would you --

21   A         So I guess if you could ask the

22   question again to make sure I understand it.

23   Q         Well, let me -- doesn't this paragraph

24   mean, in your comments here, that BRCA1, BRCA2,

Shawn Levy, Ph.D.

Page 336

1  or p53 mutations can be considered causes of

2  cancer?

3  MS. O'DELL:

4            Object to the form.

5  A          No.  Not -- not specifically causal.  I

6  think the -- each of these -- as we've discussed,

7  each of these genes, BRCA1 and BRCA2, or starting

8  with BRCA1 and BRCA2, increase the probability of

9  a -- of a person -- generally women -- getting

10 breast or ovarian cancer but do not exclusively

11 mean somebody with that mutation will get cancer.

12           So, with that knowledge, I would not

13 consider BRCA1 and BRCA2 mutation alone

14 sufficient to cause cancer.  It increased the

15 risk.

16           And, as we talked about, p53 is a bit

17 more of a higher-risk gene, and the question as

18 to whether or not it is possible for someone to

19 have a -- what the rate of someone having a p53

20 mutation and not getting cancer, I believe, is

21 currently unknown.  But there, again, is a much

22 higher probability of developing -- developing

23 cancer.

24 MR. FERGUSON:

Shawn Levy, Ph.D.

Page 337

1    Q         And then the last line there of page 7,

2    you say, "The lifetime risk for ovarian cancer is

3    approximately 40 percent for BRCA1 carriers and

4    15 to 20 percent for BRCA2 carriers."

5              Correct?

6    A         Correct.  Based on -- based on the

7    study that I referenced, yes.

8    Q         Right.

9              And -- and the -- the -- if we look at

10   the increased risk of 40 percent as compared to

11   the risk of cancer in the -- of ovarian cancer in

12   the general population, that's a 25-fold increase

13   for BRCA1 and about a 7- or 8-fold increase for

14   BRCA2; correct?

15   MS. O'DELL:

16             Object to the form.

17   A         I -- I would have to -- to determine

18   that.  But I would say so.  I'm certainly

19   comfortable stating that the lifetime risk for

20   ovarian cancer is approximately 40 percent.  I'd

21   have to verify your -- your math about that

22   indicating a 25-fold increase.

23   MR. FERGUSON:

24   Q         Do you know what the rate in the

Shawn Levy, Ph.D.

Page 338

1    general population of ovarian cancer is?

2    A          It's fairly low.  If I -- thinking of

3    the cohort studies that were reviewed as part of

4    this, it was roughly a hundred to 200 cases per

5    30- to 40,000 women in those -- in those studies,

6    so relatively low.

7    Q          And if we go to the top of the next

8    page, you say -- it's page 8 -- "Therefore, the

9    presence of mutations in the BRCA genes do not

10   guarantee that carriers will get cancer.  The

11   presence of these mutations increases a person's

12   risk of developing cancer when exposed to a

13   carcinogen."

14              Correct?

15   A          Correct.

16   Q          And you cite Park, Vitonis, and Wu for

17   that.  Is that correct?

18   A          That's correct.

19   Q          Looking at Park, isn't it true that

20   Park does not supply any evidence to support your

21   claim that mutations in BRCA1, BRCA2 and/or p53

22   increase a person's risk of developing cancer

23   when exposed to a carcinogen?

24   A          I'd have to remind myself of what's in

Shawn Levy, Ph.D.

Page 339

1    Park.

2    Q          Are you going through the entirety of

3    the article?

4    A          I'm just reminding myself the content

5    to see if I could find something that was

6    specifically related to your question about the

7    presence of a BRCA1 or 2 mutation.

8    Q          Okay.  Is the BRCA1, BRCA2, p53, any of

9    those even mentioned in the article?

10           And -- and I'm not sure we'll have time

11   for you to go through each one of them in this

12   much --

13           You've got -- you cited them for these

14   propositions.  I'm trying to ask you why you

15   cited them for this proposition.

16   A          I -- I'd have to look in more detail.

17   I don't have a specific answer regarding the --

18   regarding BRCA1 --

19   Q          Okay.

20   A          -- I'm sorry -- BRCA genes.

21           I would suspect the Park reference was

22   more in the discussion of overall relative risk

23   of developing cancer and not necessarily

24   exclusive to the presence of a mutation.

Shawn Levy, Ph.D.

Page 340

1              So the -- the Park paper does discuss

2     the relationship of ovarian cancer risk relative

3     to benign gynecological conditions.

4     Q         And -- and your comment that you've

5     cited these studies for is the presence of these

6     mutations increases a person's risk of developing

7     cancer when exposed to a carcinogen.  And these

8     mutations would be what you've been talking about

9     in this paragraph, the B -- the BRCA1, BRCA2, and

10    p53; correct?

11    MS. O'DELL:

12              Object to the form.

13    A         The sentence is worded, "The presence

14    of these mutations increases a person's risk of

15    developing cancer when exposed to a carcinogen."

16    MR. FERGUSON:

17    Q         Right.  Right.

18              And, for example, in Vitonis, isn't it

19    true that BRCA1, BRCA2 and p53 were not even

20    determined in that study and, instead, Jewish

21    ethnicity was used as a surrogate for a woman's

22    risk of having a mutation in one of these genes?

23              Do you recall that --

24    A         Again, I would have --

Shawn Levy, Ph.D.

Page 341

1    Q          -- one way or the other?

2    MS. O'DELL:

3              Objection.

4    A          I would have to review the -- review

5    the paper.  Because part of the review is to

6    be -- include appropriate references with regards

7    to ovarian cancer risk, and those may -- I think

8    those publications provide some information in

9    that space.

10   MR. FERGUSON:

11   Q          All right.  But when you cite studies

12   for a statement in your report, shouldn't the

13   studies relate to that statement?

14   MS. O'DELL:

15              Object to the form.

16   A          Well, the studies relate to a person's

17   risk of developing cancer.  But I -- I think

18   it -- it doesn't change the accuracy of the

19   presence of the mutation relative to that risk.

20   But the -- I don't have a -- a good answer as far

21   as relationship of BRCA1 and 2 to the Park paper.

22   MR. FERGUSON:

23   Q          And -- and, then --

24              Well, we talked about Vitonis, too.

Shawn Levy, Ph.D.

                                                    Page 342

1    And then let's get to Wu.

2    MS. O'DELL:

3              Object to the form.  You didn't comment

4    specifically about Vitonis, if you've got an

5    issue with Vitonis.  You know, it's not fair to

6    assume that because I don't think you asked a

7    direct question.

8    MR. FERGUSON:

9              Okay.  I thought I did, but I could be

10   mistaken.

11   MS. O'DELL:

12             You mentioned it, but I don't think

13   you -- I think it was more you rather than asking

14   a question.

15   MR. FERGUSON:

16   Q        With regard to Wu, do you recall that,

17   in Wu, BRCA1, BRCA2, and p53 inherited carrier

18   mutation status were not even determined in that

19   study?  Do you recall that --

20   A        The --

21   Q        -- one way or the other?

22   MS. O'DELL:

23             Object to the form.

24   A        The Wu paper specifically discussed

Shawn Levy, Ph.D.

Page 343

1    nongenetic risk factors.

2    MR. FERGUSON:

3    Q        Let's go to the next paragraph, and

4    there you talk about single nucleotide variance,

5    SNVs; correct?

6    A        Towards the bottom of the paragraph.

7    As -- in terms of modifiers, yes.

8    Q        Yeah.  Are -- are single nucleotide

9    variants mutations?

10   A        Yes.

11   Q        Do most SNVs result in functionally

12   defective proteins?

13   A        Statistically speaking on a genome-wide

14   basis, no.

15            So a -- a single nucleotide variant is

16   a variant at any point.  And if we consider

17   statistically that about 1 percent of the genome

18   encodes proteins, again, it's statistically less

19   likely that any SNV would affect a protein.

20   Q        Okay.  Let's look at the next

21   paragraph.  There you talk about Lynch syndrome;

22   correct?

23   A        Correct.

24   Q        And you make a statement that Lynch

Shawn Levy, Ph.D.

Page 344

1    syndrome patients have an increased risk of

2    cancer when exposed to a carcinogen.  Correct?

3    A         Correct.

4    Q         What carcinogens are you referring to?

5    A         I'm not -- not referring to a specific

6    carcinogen.  I'm using the term "carcinogen" to

7    refer to an insult that would result in DNA

8    damage specifically because, similar to the BRCA

9    mutations, Lynch syndrome impairs DNA mismatch

10   repair.

11            So that defect alone is not sufficient

12   to result in a cellular transformation, so

13   something else has to occur.  And when we

14   consider that carcinogens are -- the term

15   "carcinogen" generally refers to something that

16   has the potential to damage cellular components

17   or DNA, it's putting the --

18            Inability to repair along with the

19   presence of a carcinogen is where that sentence

20   comes from.

21   Q         So -- and I want to make sure I

22   understand what you're saying.  Are you saying

23   that Lynch syndrome patients have an increased

24   risk of developing cancer after exposure to a

Shawn Levy, Ph.D.

Page 345

1    carcinogen, just like everyone else?

2    A         No.  I'm stating that Lynch syndrome --

3    MS. O'DELL:

4              Object to the form.  Excuse me.

5    A         Lynch syndrome is a hereditary

6    condition that increases the overall risk of

7    cancer to an individual, similar to BRCA1 and 2

8    mutation.

9    MR. FERGUSON:

10   Q         So you -- are you claiming that Lynch

11   syndrome patients have a greater increase in

12   relative risk when exposed to a particular

13   carcinogen than do people without Lynch syndrome?

14   MS. O'DELL:

15             Object to the form.

16   A         No, I'm not making that statement, to a

17   specific carcinogen.

18   MR. FERGUSON:

19   Q         In your next paragraph you talk of --

20   you start with "Myriad Genetics," and you say,

21   "As with all inherited traits, a positive family

22   history is the strongest indicator of the

23   presence of genetic risk alleles in an

24   individual."

Shawn Levy, Ph.D.

Page 346

1          Correct?

2     A          Correct.

3     Q          Isn't it true that many women who have

4     inherited mutations like BRCA1 or BRCA2 and genes

5     that predispose to ovarian cancer development do

6     not have a family history of breast or ovarian

7     cancer?

8     A          So the -- your -- your question is a

9     little bit different than the statement.  So

10    the -- if I could clarify the statement in the

11    report, it is more that a positive family history

12    would be a likely indicator that someone has a

13    genetic risk variant such as BRCA1 and 2.

14    Q          Isn't it true that family history is

15    not a sensitive or specific indicator of

16    whether -- of whether a particular woman has

17    inherited a mutation in a gene associated with

18    increased risk of ovarian cancer?

19    MS. O'DELL:

20              Object to the form.

21    A          I would say that family -- I would ask

22    to define "sensitive" or "specific," because in

23    genetics overall, family history remains a

24    valuable and important characteristic in terms of

Shawn Levy, Ph.D.

Page 347

1    determining the genetic component of -- of any

2    disease, cancer included.  And, so, if there's

3    something exact regarding its sensitivity or

4    specificity that I can comment on, I will if I

5    know the answer.  But...

6    MR. FERGUSON:

7    Q          In -- in the top of the page -- of

8    page 9, the next page, you indicate, "Because of

9    the large number of individuals tested and the

10   ability to trace their genetic inheritance, the

11   genes involved in cancer development are well

12   established."

13              Is that correct?

14   A          Correct.  That's what I state.  I did

15   make that statement.

16   Q          And given that they're well

17   established, can you name all of the inherited

18   genes that have been identified as being

19   associated with an increased risk of ovarian

20   cancer?

21   A          No, not -- I can't name them all off

22   the top of my head, no.  There's something in the

23   neighborhood of 500 to -- 500 genes of strong

24   association of cancer risk and progression, some

Shawn Levy, Ph.D.

Page 348

1    number higher than that if you're looking at

2    indirect or genetic complex formation.

3            You know, depends how far down the

4    cellular control and signal transduction and

5    growth and proliferation road that we go as far

6    as how many genes.  But I'm sure, as everyone

7    well appreciates, everything in biology is

8    interrelated in some form.

9            And, so, it -- but I would say this

10   statement here is that our ability to look at

11   large-scale genetic analysis in individuals of a

12   variety of cancer types, given the number of

13   individuals affected by cancer and the analysis

14   of their genetics, we've been able to identify

15   many of -- many of the fundamental or most --

16   perhaps most of the fundamental genes involved in

17   that initial disease initiation or progression.

18           It's important that it is not a

19   comprehensive list.  Hence, it is not "all," but

20   there are a large number of genes that are well

21   established.

22   Q       Okay.  Let's look at the next page, 10.

23   And you have a paragraph that starts

24   "Macrophages."

Shawn Levy, Ph.D.

Page 349

1    A          Uh-huh.

2    Q          And the last sentence says, "Generally

3    speaking, macrophages can increase inflammation

4    or decrease inflammation, depending on the

5    cytokines released."

6               Correct?

7    A          Correct.

8    Q          So, with that statement, do you agree

9    that inflammation can have both protumorigenic

10   and antitumorigenic effects, depending on

11   context, just as you state here for macrophages?

12   MS. O'DELL:

13              Object to the form.

14   A          No, I -- I would not agree with that.

15   I -- I don't know of any evidence of that, that

16   inflammation, as a physiological phenomenon, acts

17   as an antitumor effect.

18   MR. FERGUSON:

19   Q          Going to the next page, the page 11 --

20              I'm trying to get through this

21   hopefully within the next 15 minutes.

22              -- under the role of inflammation in

23   ovarian cancer --

24              Are you with me there?

Shawn Levy, Ph.D.

Page 350

1    A       I am.

2    Q       And you're obviously talking about the

3    role of inflammation there.  Isn't it true that

4    no published animal model has ever shown that

5    inducing inflammation induces the development of

6    ovarian cancer?

7    MS. O'DELL:

8            Object to the form.

9    A       We've been -- earlier today we were

10   discussing some animal models as it relates to --

11   MR. FERGUSON:

12   Q       Yeah.  You and Miss Brown talked about

13   a number of animal models.

14   A       Yeah.

15   Q       And -- and what I'm trying to ask you,

16   is there any of those animal models or any others

17   that have ever shown that inducing inflammation

18   induces the development of ovarian cancer?

19   A       I didn't -- I didn't look specifically

20   for an animal study of that type in the process

21   of developing the report.

22   Q       Later down that page, you talk about

23   two models.  "The literature reviews as well as

24   many direct studies feature the immune system as

Shawn Levy, Ph.D.

Page 351

1   being an important mediator of ovarian

2   carcinogenesis via two models, chronic

3   inflammation and incessant ovulation."

4           Correct?

5   A       Correct.

6   Q       Is it your opinion that incessant

7   ovulation is a form of chronic inflammation?

8   A       It is not.

9   Q       Isn't it true that there's no

10  pathological evidence in humans that perineal

11  talc users have ovarian inflammation?

12  MS. O'DELL:

13          Object to the form.

14  A       I'm thinking.

15          I would have to review the --

16          I'm sorry.  That's -- it's --

17  MR. FERGUSON:

18  Q       Okay.

19  A       I would -- again, I would have to look

20  more carefully for that.  I can't -- I can't name

21  a study of that type right now.

22  Q       So I think you've said previously --

23          Are you done looking?

24          I understood you couldn't give me

Shawn Levy, Ph.D.

Page 352

1    anything on that, so that's -- that's fine.

2    Let's move on.

3    A          Okay.

4    Q          I think you've stated earlier that your

5    opinion in this case is based on the totality of

6    what is included in the product, the talcum

7    powder products.  Is that correct?

8    A          Correct.

9    Q          So you're -- you cannot distinguish

10   the -- the carcinogenicity of the constituent

11   parts of the talcum powder products, correct,

12   including the fragrance?

13   MS. O'DELL:

14              Object to the form.

15   A          I -- I was -- I was not asked to -- to

16   provide that delineation.  And, so, instead,

17   subsequent to seeing some of the other expert

18   reports, we began with talcum powder as a product

19   and then have since learned more about the

20   constituent components, including asbestos,

21   fragrance, potential for heavy metals, which I

22   understand or I've observed that there's a

23   variety of testing documents that -- that show a

24   variety of results.

Shawn Levy, Ph.D.

Page 353

1           So, to answer your question, I did not

2    specifically evaluate the individual specific

3    components in any -- in any individual product as

4    it relates.  Instead, remained focused on the

5    mechanism for the complete -- complete product.

6    MR. FERGUSON:

7    Q          And you've made reference to heavy

8    metals throughout your testimony on occasion.  Do

9    you recall that?

10   A          I do.

11   Q          Do you have any opinions that any of

12   these heavy metals contribute to the inflammation

13   process that you've been talking about?

14   A          The -- to the inflammation --

15              I'm not aware of any direct evidence

16   for heavy metal contribution to the inflammation

17   process that we've been discussing.  Instead, the

18   heavy metals, particularly chromium, caught my

19   attention because of its well-established ability

20   to directly damage DNA and, therefore, you know,

21   potentially play a role in carcinogenesis.

22   Q          Do you have any knowledge or opinion

23   about how much chromium you claim is in the -- in

24   the body powder products?

Shawn Levy, Ph.D.

Page 354

1    MS. O'DELL:

2              Object to the form.

3    A         I wasn't asked to evaluate the amount

4    of chromium or whether it was sufficient for

5    damage.  It was more reviewing.  I would have to

6    defer to other experts who have done the testing

7    on the products.

8    MR. FERGUSON:

9    Q         So you have no opinion on that?

10   MS. O'DELL:

11             Object to the form.

12   A         I'm sorry.  An opinion on the amount of

13   chromium?

14   MR. FERGUSON:

15   Q         Correct.

16   A         Again, I wasn't asked to generate such

17   an opinion.

18   Q         I think -- I think I'm almost done.

19             Isn't it true that published data have

20   demonstrated that talc is not genotoxic and does

21   not cause mutations?

22   MS. O'DELL:

23             Object to the form.

24   A         I'm not aware of a study that

Shawn Levy, Ph.D.

Page 355

1  specifically looked at the genotoxicity of -- of

2  talc.  And I think it would certainly warrant

3  defining which type of talc and components

4  therein.  But I'm -- I'm not aware of a study

5  that has concluded that there are no genotoxic

6  effects of any type of talc.

7  MR. FERGUSON:

8  Q      Would you agree there's no evidence

9  that talc causes sister chromatid exchange or

10  unscheduled DNA synthesis?

11  MS. O'DELL:

12         Object to the form.

13  A      I didn't -- I didn't review the

14  literature for those two specific phenomenon.  I

15  would have to, again, specifically look or review

16  for that.

17  MR. FERGUSON:

18  Q      So, as you sit here, you have no

19  opinion as to whether talc is or is not

20  mutagenic?

21  MS. O'DELL:

22         Object to the form.

23  A      No.  We've -- so talc in general,

24  particularly in its -- in its form of fibrous

Shawn Levy, Ph.D.

Page 356

1    talc with asbestiform bodies, I think would be

2    very reasonable to state that it has mutagenic

3    properties.

4    MR. FERGUSON:

5    Q        And can you cite me any literature for

6    that?

7    A        I would simply refer to the -- much of

8    the body of asbestos literature for the -- for

9    that.

10   MR. FERGUSON:

11            I think that's all I have.  I'll turn

12   it over to someone else to ask some questions.

13   MS. BROWN:

14            Anybody with some more?

15   MS. O'DELL:

16            I'm going to take a break for a few

17   minutes.

18   VIDEOGRAPHER:

19            Going off the record.  The time is

20   4:54 p.m.

21                    (OFF THE RECORD.)

22   VIDEOGRAPHER:

23            We're back on the record.  The time is

24   5:20 p.m.

Shawn Levy, Ph.D.

Page 357

1                    EXAMINATION

2    BY MS. O'DELL:

3    Q        Dr. Levy, I have just a few follow-up

4    questions for you.

5             I'm gonna ask you to turn to page 14 of

6    your report.

7             And earlier today --

8             I'm going to ask, Doctor, if you could

9    put the exhibits in front of you, and we'll pull

10   those out.

11            But earlier today you were asked about

12   a letter from the FDA that was marked as Exhibit

13   Number 16, and if you could pull that out of your

14   stack there.  And, specifically, if you'll turn

15   to page 4 of the letter.

16            And you'll recall that this letter was

17   written in 2014.  Do you remember that?

18   A        Yes.

19   Q        And if you look, however, at page 4 of

20   the letter, it appears that the FDA's review of

21   the relevant toxicity literature stopped at the

22   year 2008.  Fair?

23   MS. BROWN:

24            Objection to the form.

Shawn Levy, Ph.D.

Page 358

1   MS. O'DELL:

2   Q        Did the FDA's review of the toxicity

3   literature stop in 2008?

4   A        Yes.

5   Q        And if you look at page 14 of -- of

6   your report, your review of the literature

7   included multiple references that were published

8   after 2008?

9   MS. BROWN:

10           Form.

11  A        That's correct.

12  MS. O'DELL:

13  Q        And, in fact, you cited Shukla that was

14  published in --

15           Was Shukla published in 2009?

16  A        Yes.  The reference is in the report to

17  2009.

18  Q        Yes.

19           And, in addition to that, did you cite

20  other references in support of your opinion that

21  talc powder causes inflammation that were dated

22  and published after 2008?

23  A        I did.

24  Q        And, so, the suggestion by counsel for

Shawn Levy, Ph.D.

Page 359

1    Johnson & Johnson that somehow the FDA had

2    reviewed the literature for toxicity up until the

3    date of this letter would have been incorrect?

4    MS. BROWN:

5              Objection to the form of the question.

6    A         As -- as we discussed, the -- the

7    letter from the FDA dated April 1st, 2014, states

8    to include literature from 1980 to 2008.

9    MS. O'DELL:

10   Q         Let me ask you --

11             You can put that aside, Dr. Levy.

12   Thank you.

13             And I want to ask you to pull out of

14   the stack the Exhibit 17, which is the Buz'Zard

15   paper.

16   A         I have it.

17   Q         And if you'll turn to page 581.

18   A         Okay.

19   Q         And just to orient our discussion,

20   counsel for Johnson & Johnson suggested that --

21   that this paper showed a decrease in reaction or

22   reactive oxygen species at the longest time

23   interval.  Do you recall that discussion?

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 360

1                    Objection to the form of the question.

2    A          Yes, we -- we had a discussion

3    regarding the results shown in Figure 3, the

4    level of exposure of talc as well as its

5    duration.  Sorry.  The talc dose as well as

6    duration.

7    MS. O'DELL:

8    Q          And in the -- if you'll look at

9    Figure 1, Doctor, explain to us, please, what

10   Figure 1 describes in terms of the viability of

11   the cells at the 72-hour mark.

12   A          So the -- so Figure 1 is a graph

13   describing percent cell viability versus the

14   different normal or variant cells at a 24-hour

15   and 72-hour time point, two different ovarian

16   cancer cell lines, as well as doses of talc from

17   zero micrograms per milliliter up to 500

18   micrograms per milliliter, and each of those is

19   applied.

20                   And at the 72-hour time point in both

21   cell lines, OSE2a and GCA1 -- GC1a shows a

22   decrease in cellular viability that is

23   dose-dependent in each of the four cell lines.

24   Q          Okay.  And --

Shawn Levy, Ph.D.

Page 361

1    A         Sorry.  Each of the two cell lines.

2    Q         And is it fair to say that the reason

3    you don't see dose response, you know, at the --

4    at the greatest magnitude is because the cells

5    essentially die?

6    MS. BROWN:

7              Objection to the form.

8    A         Well, I would say if we consider the

9    results displayed in Figure 1 in relation to the

10   results displayed in Figure 3, an ex- -- an

11   explanation for the concentrating on the 500 --

12   the highest dose, the 500 micrograms per

13   milliliter, in the talc exposure, the decrease in

14   cellular viability is an -- is an explanation --

15   could be an explanation for the decrease in

16   reactive oxygen species.

17   MS. O'DELL:

18   Q         Okay.  Thank you, Doctor.

19             And if you'll put that aside and turn

20   to Exhibit 7, which was the Hamilton paper we

21   spent quite a lot of time on earlier.

22             Do you recall the -- that discussion

23   regarding the Hamilton paper?

24   A         I do.

Shawn Levy, Ph.D.

Page 362

1    Q         And what was the purpose for which you

2    cited the Hamilton paper?

3    A         That it was one of the available animal

4    studies looking at the effects of talc on a rat

5    ovary.

6    Q         And did the paper show that there was a

7    increase in inflammation as result of talc?

8    A         Yes, in the form of foreign body

9    granulomas observed in five of the injected

10   ovaries.

11   Q         And you're looking at, I guess, that

12   last sentence on page 103 and carrying over to

13   the -- to the narrative on page 105?

14   A         Cellular foreign body?

15   Q         Yes.

16   A         Foreign body granulomas without any

17   surrounding inflammation were seen in five of the

18   injected ovaries.  And similar lesions were not

19   uncommonly noted in the supracapsular fat in the

20   connective tissue matrix of the capsule.

21   Q         And if you'll look down in the

22   discussion section, Dr. Levy, the first paragraph

23   there in your -- where -- beginning

24   "Unfortunately," does it appear that talc also

Shawn Levy, Ph.D.

Page 363

1    induced fibrosis --

2    MS. BROWN:

3              Objection to form.

4    MS. O'DELL:

5    Q         -- in the rats?

6    A         The manuscript makes the statement

7    that, "Unfortunately, bursal distention occurred

8    as an unforeseen complication" and further states

9    that this probably resulted from talc-induced

10   fibrosis and obliteration of the small channel

11   which normally allows communication between the

12   cavity where the ovary lies and the perineum.

13   Q         And though the authors concluded that

14   neoplastic changes were not seen, the authors did

15   find evidence of inflammation in their study?

16   A         That's correct.

17   Q         Prior to becoming involved in the

18   litigation, Dr. Levy, did you hold the opinion

19   that inflammation is a cause of cancer?

20   A         As -- as we've discussed earlier, I

21   certainly held the opinion that, you know,

22   inflammation is a significant and necessary

23   component of cancer progression.

24   Q         And has that been -- that general

Shawn Levy, Ph.D.

Page 364

1    principle been published in the peer-reviewed

2    literature?

3    A        It has.

4    Q        And, in regard to ovarian cancer, prior

5    to becoming involved in the litigation, did you

6    hold the opinion that inflammation was a part of

7    the development of ovarian cancer?

8    A        Yes.

9    Q        And has that been researched and that

10   research published in the peer-reviewed

11   literature?

12   A        It has.

13   Q        In the same way, has the fact that

14   talc, talcum powder, induces inflammation been

15   published in the peer-reviewed literature?

16   MS. BROWN:

17             Objection to the form.

18   A        Yes.

19   MS. O'DELL:

20   Q        And you were asked whether there was

21   evidence that talc caused inflammation in humans.

22   Do you recall that question?

23   A        I do.

24   Q        And based on your exhaustive review of

Shawn Levy, Ph.D.

Page 365

1    the literature, what evidence would you point to

2    undergirding your opinion that talc causes

3    inflammation in humans?

4    A          I think considering the molecular

5    mechanism we were discussing of the recent paper

6    by Saed, et al., again, that we discussed earlier

7    today is a fairly in-depth set of experiments to

8    examine the specific inflammatory response

9    of -- of human cells to -- to talcum powder.

10   Q          In addition to the Saed publications,

11   would you -- would you include the Shukla 2009

12   paper in your consideration of talc causing

13   inflammation in humans?

14   A          Yes.

15   MS. BROWN:

16              Form.

17   MS. O'DELL:

18   Q          You were asked about your methodology

19   numerous times today, and can -- would you

20   describe in -- in general the methodology you

21   have used in reaching your opinions in this case?

22   A          Yes.  To clarify or perhaps expand on

23   the earlier discussions, my methodology involved

24   a literature review to examine the totality of

Shawn Levy, Ph.D.

Page 366

1    the information available to the role that talcum

2    powder plays in inflammation in ovarian cancer.

3              And, so, that methodology involved,

4    first, a review of the literature and then a

5    development of a report and then a synthesis of a

6    biologically plausible mechanism where the basis

7    of that plausibility was to ask if each of the

8    different component steps that are described in

9    that mechanism was supported by peer-reviewed

10   research.  First, does talc cause inflammation?

11   Second, does inflammation cause cancer?  And

12   then, third -- or does inflammation cause ovarian

13   cancer?  And then, third, is there -- is that

14   supportive of a overall mechanism of cancer

15   progression and metastasis?

16   Q        Can that methodology be replicated?

17   A        Certainly.  I think, you know, anyone

18   with a similar -- similar background and

19   experience who -- who undertook the same

20   activities would likely -- certainly likely come

21   up with the same -- same conclusions.

22   Q        Did you rely on the IARC monograph in

23   relation to nickel, chromium, and cobalt in

24   reaching your opinions in this case?

Shawn Levy, Ph.D.

Page 367

1    MS. BROWN:

2              Objection to the form.

3    A         I -- so the -- the number of IARC

4    publications were certainly in the material that

5    was reviewed for -- for my -- for my report.

6    MS. O'DELL:

7    Q         Based on your review of the literature,

8    is it your opinion that nickel causes

9    inflammation?

10   A         Yes.  The IARC -- the -- the

11   characterization of those compounds, nickel as

12   well as chromium, among others, are -- would have

13   an inflammatory response.

14   Q         You were asked questions earlier

15   today -- actually, not so much earlier -- a few

16   minutes ago regarding the Park paper.  And you

17   cited the Park paper on page -- I think it was 8

18   of your report.

19   A         Yes.

20   Q         And let me show you what I'm marking as

21   Exhibit 22 to your deposition.

22              (DEPOSITION EXHIBIT NUMBER 22

23              WAS MARKED FOR IDENTIFICATION.)

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 368

```
 1    Q          Is this the Park paper that you
 2    referenced --
 3    MS. BROWN:
 4               Counsel, do you have a copy for us?
 5    MS. O'DELL:
 6               I don't.  I'm assuming -- I don't think
 7    Ken marked it, but I'm assuming he has a copy.
 8    Q          Is that the Park paper that you
 9    referenced in your report, Dr. Levy?
10    A          It is.
11    Q          And if you'll turn to page 8 of the
12    paper, about midway down the first column, maybe
13    a little bit less, see the paragraph starting "We
14    did find an association"?  Page 8.
15    A          I'm looking for the page number.
16    Q          Sorry.  Let me give you a page number.
17    I'm not sure it has a page number.
18    A          No, it doesn't.
19    Q          Do you see the paragraph beginning "We
20    did find associations between overall cancer and
21    history of fibroid or ovarian cysts"?  Do you see
22    that paragraph?
23    A          Well, actually -- yes, I see that
24    paragraph.
```

Shawn Levy, Ph.D.

Page 369

1    Q        If you'll look further, the sentence

2    beginning "This observation may suggest," do you

3    see that?

4    A        Yes.  Uh-huh.

5    Q        And the paper says, "This observation

6    may suggest a possible additive or synergistic

7    effect on tumor- -- tumorigenesis influenced by

8    the proinflammatory milieu from an increased

9    burden in the number of benign conditions.

10   Increased risk of serous cancer, ovarian cancer,

11   women with other proinflammatory risk factors has

12   been reported -- reported, most notably in talc

13   users."

14            Do you see that?

15   A        I do.

16   Q        Is that the section you were thinking

17   of when you cited it in your report?

18   MS. BROWN:

19            Objection to the form.

20   A        Yes, it is.

21   MS. O'DELL:

22   Q        Let me ask you to -- a couple of other

23   final questions, Dr. Levy.

24            Excuse me.  Give me one moment.

Shawn Levy, Ph.D.

Page 370

1              In regard to opinions in relation to

2    the pathology of ovarian tissue, would you defer

3    to a gynecologist or gynecologic oncologist or a

4    pathologist regarding that matter?

5    A         Yes, of course.

6    Q         You testified earlier today that you

7    relied on the Longo testing in -- in reaching

8    your opinions in this case.

9    MS. BROWN:

10             Objection to the form.

11   MS. O'DELL:

12   Q         Did you rely on Dr. Longo's testing

13   in -- in reaching your opinions in this case?

14   A         Yes.  They were -- they were one of

15   the -- among many of the manuscripts we've been

16   discussing.

17   Q         Yeah.

18             In fact, you cite Dr. Longo's report on

19   page 15 of your report.  Is that right?

20   MS. BROWN:

21             Objection to the form.

22   A         Yes.

23   MS. O'DELL:

24   Q         And -- and in terms of Dr. Longo's

Shawn Levy, Ph.D.

Page 371

1    report, his findings of 37 of 56 historical talc

2    samples being positive for asbestos and 41 of the

3    42 samples tested containing fibrous talc,

4    was -- was that information you had prior to

5    reaching your opinions and finalizing your

6    report?

7    MS. BROWN:

8              Objection to the form.

9    A         Yes.

10   MS. O'DELL:

11   Q         And in relation to Dr. Crowley's report

12   regarding the fragrance chemicals, do you defer

13   to Dr. Crowley regarding his analysis of the

14   fragrance chemicals?

15   A         Yes.

16   Q         And did you rely on the opinions he

17   reached in relation to the fragrance chemicals in

18   reaching your opinions in this case?

19   A         Yes.  My -- my review of that just, in

20   addition to deferring it, was -- just made the

21   general -- or made the statement that I was in

22   general agreement with his opinions in those

23   matters, seeing as that's not a -- not an area of

24   expertise of mine.

Shawn Levy, Ph.D.

Page 372

1    Q        And did you have the opportunity to

2    consider his report prior to finalizing your

3    report?

4    A        I did.

5    Q        I have nothing further.  Thank you.

6                        EXAMINATION

7    BY MS. BROWN:

8    Q        Dr. Levy, would you take Exhibit 16

9    out, please, the FDA's response to the citizens

10   petition?

11   A        I have it.

12   Q        Counsel asked you some questions that

13   involved questions that I asked you.  Remember

14   she asked you the lawyer for J & J didn't point

15   out the articles that were reviewed from 1980 to

16   2008 on page 4?  Do you recall those questions

17   from plaintiffs' counsel?

18   A        Yes.

19   Q        Would you look at the last page of the

20   letter, page 6 of 7?  I'd like to direct your

21   attention to the second sentence on this page

22   that begins "In consideration of your request."

23   Do you see that?

24   A        I do.

Shawn Levy, Ph.D.

Page 373

1    Q         And it states, "In consideration of

2    your request, we conducted an expanded literature

3    search dating from the filing of the petition in

4    2008 through January 2014.  The results of this

5    search failed to identify any new compelling

6    literature data or new scientific data."

7              Do you see that?

8    A         I see that.

9    Q         And putting together, then, the

10   information from page 4 and page 6, you see that

11   the FDA considered literature from 1980 to 2014.

12   Is that correct?

13   MS. O'DELL:

14             Object to the form.

15   A         Yes, that is correct.

16   MS. BROWN:

17   Q         And what the FDA concluded, contrary to

18   your opinion here, Doctor, is that a cogent

19   biological mechanism by which talc might lead to

20   ovarian cancer is lacking; correct?

21   MS. O'DELL:

22             Object to the form.

23   A         That's in this --

24   MS. BROWN:

Shawn Levy, Ph.D.

Page 374

1    Q          Directing your attention to page 4,

2    number 4, the conclusion regarding a cogent

3    biological mechanism lacking.  Do you see that?

4    MS. O'DELL:

5               Object to the form.

6    A          Yes.  I see where they -- they made the

7    statement that cogent biological mechanism by

8    which talc might lead to ovarian cancer is

9    lacking and that exposure to talc does not

10   account for all cases of ovarian cancer.

11   MS. BROWN:

12   Q          Next, Doctor, do you rely on the

13   findings of the Hamilton article in forming your

14   opinions in this case?

15   A          Similar to as we've discussed, in a

16   portion, yes.

17   Q          You, Dr. Levy, cannot point us to a

18   single paper showing an inflammatory response

19   leading to ovarian cancer in humans from talc

20   use.  True?

21   A          There is -- I do not know of a single

22   paper that -- in a controlled fashion in humans

23   provided talc exposure that then was --

24   subsequently led to cancer in humans.  That's

Shawn Levy, Ph.D.

Page 375

1    correct.

2    Q        Controlled aside, you're not aware of

3    any observational case report, any kind of study

4    that shows talcum powder use causing an

5    inflammatory response leading to cancer in

6    humans; correct?

7    MS. O'DELL:

8              Object to the form.

9    A        I would -- my review and development of

10   the biological plausibly -- plausible mechanism

11   examined literature that led to the conclusions

12   described in the report.  I'm not aware of a --

13             The human-based studies were all case

14   cohort and -- or case-controlled and cohort

15   studies that showed an association with talc

16   exposure and cancer, but I'm not aware of a

17   direct study.

18   MS. BROWN:

19   Q        There have been some reports of alleged

20   findings of talc in tissues or in other parts of

21   the body.  Are you familiar with those?

22   A        Yes.

23   Q        And you're not aware of any one of them

24   demonstrating an inflammatory response that the

Shawn Levy, Ph.D.

Page 376

1  talc was causing in the body.  True?

2  MS. O'DELL:

3           Object to the form.

4  A        I'm aware of a number of studies that

5  looked at inflammatory response in model systems

6  and cell lines, and additional studies that

7  looked at inflammation in humans I believe were

8  referenced.

9           Certainly the Penninkilampi manuscripts

10 described inflammatory observations and -- as

11 well as the Buz'Zard and Lau were on human cells.

12 Q        Dr. Levy, is it your testimony that the

13 Penninkilampi meta-analysis of prior

14 case-controlled studies demonstrated a

15 inflammatory response of -- from perineal use of

16 talc that led to ovarian cancer?

17 MS. O'DELL:

18          Object to the form.

19 A        No.  That's not my statement.  It was

20 that those -- those papers reported an

21 inflammatory observation as part of those

22 studies.

23 MS. BROWN:

24 Q        Not in the tissue from talc; right,

Shawn Levy, Ph.D.

Page 377

1    Doctor?

2    MS. O'DELL:

3              Object to the form.

4    A         It would be those studies in the meta

5    review were not examining the tissue content for

6    talc.  So they're unable to make that

7    determination.

8    MS. BROWN:

9    Q         So we must be missing.  I'm -- what I'm

10   asking you is for any study at all in the whole

11   world that shows that talcum powder in somebody's

12   body causing an inflammatory response that led to

13   ovarian cancer.  Can you name one?

14   MS. O'DELL:

15             Object to the form.

16   A         I mean, we've -- we've discussed a

17   number of studies that described the risk and

18   association of talc in ovarian cancer.  But the

19   limitation of the -- of your question or the

20   limitation of the studies relative to your

21   question is those particular studies may not have

22   also assessed the inflammatory response or an

23   inflammatory response, given the nature of the

24   studies.

Shawn Levy, Ph.D.

Page 378

1    MS. BROWN:

2    Q        Well, we got one.  We got the Heller

3    study that purported to find talc in ovarian

4    tissue; right?

5    MS. O'DELL:

6             Object to the form.  Different --

7    MS. BROWN:

8             Counsel, it's form, please.

9    MS. O'DELL:

10            Object to the form.

11   A        Yeah.  What was the -- the Heller

12   study, here it is.

13            Yes, I recall our discussion of this

14   paper.

15   MS. BROWN:

16   Q        Right.

17            And this study reported that there was

18   no inflammatory response around the talc that

19   they claimed to have found in the ovarian tissue.

20   True?

21   A        They make those statements in the

22   paper, but the -- the -- I would have some

23   concern with the histological methods, but I

24   would certainly defer to a pathologist in the

Shawn Levy, Ph.D.

Page 379

1    sense of being able to determine the both

2    presence of talc and the inflammatory response in

3    that.

4    Q        So you have some critiques of the

5    Heller study.  Is that fair?

6    MS. O'DELL:

7              Object to the form.

8    A        I would say I would need a -- I would

9    need a -- a -- I would need a further evaluation

10   of the methodology for detecting both talc as

11   well as inflammation in the same materials using

12   the methods of the Heller paper.

13   MS. BROWN:

14   Q        Are you aware of any other paper that

15   you think is methodologically superior that shows

16   the presence of talc in ovarian tissue exhibiting

17   an inflammatory response?

18   MS. O'DELL:

19              Object to the form.

20   A        Well, we've discussed the rat studies.

21   MS. BROWN:

22   Q        Human tissue.  That's my question.

23   A        Human --

24   Q        Human tissue.

Shawn Levy, Ph.D.

Page 380

1  MS. O'DELL:

2         Actually, that wasn't your question.

3  But you've clarified it, so --

4  A        The -- so you're excluding -- are you

5  excluding cell lines?

6  MS. BROWN:

7  Q        Yeah.  Human beings.  Do you know of

8  any study like Heller in human beings that

9  purports to find talc in human women ovarian

10 tissue that shows an inflammatory response?

11 MS. O'DELL:

12        Objection to form.

13 A        I'm not aware of a study showing that

14 specifically.

15 MS. BROWN:

16 Q        Counsel asked you some questions about

17 nickel causing inflammation that leads to ovarian

18 cancer.  Do you recall those?

19 MS. O'DELL:

20        Object to the form.

21 A        No.  I was asked if -- if heavy

22 metal -- or components like nickel have been

23 shown to have a potential inflammatory response.

24 MS. BROWN:

Shawn Levy, Ph.D.

Page 381

1    Q          Uh-huh.  Because you're not aware of

2    any published scientific literature that shows

3    heavy metals cause inflamma- -- inflammation that

4    leads to ovarian cancer; right?

5    A          I wasn't asked to -- to review for

6    that.  I would state that there's a number of

7    studies that show the role of metals --

8    particularly chromium -- and its -- and its

9    damaging effect on DNA, which I think by -- would

10   certainly have both an inflammatory as well as

11   carcinogenic effect.

12   Q          And we're here on an issue of ovarian

13   cancer.  And, as it relates to ovarian cancer,

14   you're not aware of any scientific support for

15   the proposition that heavy metals can lead to

16   inflammation that causes ovarian cancer.  Fair

17   enough?

18   A          Well, I was -- certainly, I was asked

19   to review the literature to develop a -- and

20   develop conclusions of that literature as it

21   related to a -- a potential or possible

22   biological mechanism.

23              In doing that, in part of that review,

24   we certainly made the observation that talc and

Shawn Levy, Ph.D.

Page 382

1    its components, as we discussed earlier, may

2    have -- there's the possibility of having

3    additional component effects, such as heavy

4    metals and their effects, asbestiforms and their

5    effects and the like; therefore, really

6    considering the complete components of the

7    product overall.

8    Q          And, as it relates to the testimony you

9    just gave, you're talking about just a

10   theoretical possibility; right?

11   MS. O'DELL:

12             Objection to form.

13   A          Sure.  And, then, from that review

14   developing a -- a conclusion of a biologically

15   plausible mechanism.

16   MS. BROWN:

17   Q          Has that conclusion been published in

18   the peer-reviewed literature, Doctor?

19   A          No, it has not.

20   Q          And, in fact, as you -- all of the

21   opinions that you gave here today, those opinions

22   have not been published in the peer review

23   literature.  True?

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 383

1              Object to the form.

2    A        Not at this time.

3    Q        Counsel asked you some questions about

4    Dr. Longo.  Do you recall that?

5    A        Yes.

6    Q        You've done nothing to validate the

7    findings that Dr. Longo writes about in his

8    reports.  Is that fair?

9    A        No, I have not done any experiments to

10   validate those findings.

11   Q        Okay.  Are you aware that some of the

12   samples that Dr. Longo tests and purports to find

13   asbestos were purchased off of eBay?

14   MS. O'DELL:

15            Misstates -- well --

16   A        My review of the report, I was -- did

17   not include the -- I guess the specific history

18   of each of the samples.

19   MS. BROWN:

20   Q        Do you understand that asbestos -- that

21   minerals like tremolite or anthophyllite, they

22   exist in both the asbestiform and nonasbestiform

23   way?

24   A        I would defer to other experts on the

Shawn Levy, Ph.D.

Page 384

1    mineralogy of talc.

2    Q          And whether what Dr. Longo is finding

3    in the samples that he tested is the asbestiform

4    or nonasbestiform variety of the minerals, you

5    would defer to others?  Is that fair?

6    A          I'd certainly defer to Dr. Longo.

7    Q          And have you looked at any other

8    testing of the samples that Dr. Longo has tested?

9    MS. O'DELL:

10             Object to the form.  Vague.

11   A          Within the literature, there's -- there

12   was a number of tables describing testing,

13   described tests from previous testimony.

14   MS. BROWN:

15   Q          Have you looked at the testing that

16   public health authorities like the FDA have done

17   on Johnson & Johnson's baby powder?

18   A          I believe some of that was provided,

19   yes.

20   Q          Are you relying on any finding of

21   asbestos from Dr. Longo in forming your opinions

22   here today?

23   A          The --

24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 385

1            Object to the form.

2    A        The inclusion of the asbestos, again,

3    as -- as -- as we've discussed a few times today,

4    the conclusion I developed from the report were

5    not dependent or independent of any one or

6    another component of -- of the talcum powder.

7            As we discussed a bit ago, the presence

8    of asbestos as a known inflammatory mediator, as

9    well as potential carcinogen, I think just helps

10   lend additional support to the biological

11   plausibility of the mechanism.  But I think that

12   biological mechanism is not dependent on the

13   presence of asbestos.

14   MS. BROWN:

15   Q        Other than plaintiffs' expert,

16   Dr. Longo, are you relying on anything else to

17   support the potential for asbestos in baby

18   powder?

19   MS. O'DELL:

20            Object to the form.

21   A        There's -- so I saw reference to

22   asbestos content in some of the other literature

23   that was reviewed during the time, and, so, there

24   were other publications that made mention of the

Shawn Levy, Ph.D.

Page 386

1    asbestos content in talc during the overall

2    review.

3    MS. BROWN:

4    Q        Sitting here today, are you aware

5    whether or not that was Johnson & Johnson's

6    cosmetic talc?

7    MS. O'DELL:

8             Object to the form.

9    A        I would have to look closely.  I'm not

10   aware of that specifically.

11   MS. BROWN:

12   Q        Counsel asked you some questions about

13   Dr. Crowley and whether or not you were relying

14   on the opinions he reached.  Do you remember

15   those questions?

16   A        I do.

17   Q        What opinions did Dr. Crowley reach on

18   which you rely?

19   A        Dr. Crowley performed an analysis of

20   the fragrance components and made assessments of

21   the individual chemical components and their

22   relationship to -- or I should say their -- their

23   inclusion on various lists for their -- their

24   chemical properties or safety.  And in most -- in

Shawn Levy, Ph.D.

Page 387

1    the majority of cases, the chemicals were not

2    listed.  In a number of cases, there were large

3    numbers of chemicals listed as either irritants

4    and, therefore, able to cause inflammation, or,

5    in a few cases, as potential carcinogens.

6              And, so, it was that review of that

7    information, similar to our discussions around

8    asbestos, that I included or agreed with his

9    opinions regarding that on the last paragraph or

10   close to the last paragraph of the report that

11   stated I was just in agreement that these -- that

12   those chemicals contribute to the inflammatory

13   properties observed.

14   Q        Do you know in what quantity the

15   chemicals Dr. Crowley identifies are present, if

16   at all, in Johnson & Johnson's products?

17   A        No.  I wasn't asked to provide that

18   review.  I would defer to Dr. Crowley's report

19   regarding any quantitative analysis of those

20   chemicals.

21   Q        And, as it relates to your opinion,

22   Dr. Levy, it makes no difference whether

23   Dr. Crowley's list has ten chemicals in

24   Quantity X or five chemicals in Quantity Y.  Your

Shawn Levy, Ph.D.

Page 388

1    opinion is independent of Dr. Crowley's findings.

2    Is that fair?

3    MS. O'DELL:

4              Objection to form.  Vague.

5    A         Well, my -- my -- my opinion, again,

6    similar to -- as we've been discussing that, it

7    considers the totality of the information

8    available, including Dr. Crowley's report, but

9    does not rely on any one specific report or

10   otherwise.

11             And, so, the -- again, restating

12   similar to the asbestos, the presence of

13   potential irritants as another component in

14   the -- in the product just provides additional

15   support for that inflammatory mechanism playing a

16   significant role.

17   MS. BROWN:

18   Q         If none of the chemicals Dr. Crowley

19   identified were present in baby powder, would you

20   hold the same opinion of biological plausibility?

21   A         I would.

22   Q         If no asbestos was present in baby

23   powder, would you hold the same opinion on

24   biological plausibility?

Shawn Levy, Ph.D.

Page 389

1    A        Yes.

2    MS. BROWN:

3              No further questions.  Thank you.

4    MS. O'DELL:

5              I have just one follow-up.

6              Or do you have anything --

7    MR. FERGUSON:

8              Nothing further.

9    MS. O'DELL:

10             Excuse me.  I'm sorry.

11                     EXAMINATION

12   BY MS. O'DELL:

13   Q        Dr. Crowley, are your opinions in this

14   case contained in your report as well as in the

15   testimony that you've given here today?

16   A        You said Dr. Crowley.

17   Q        Oh.  Excuse me.  Sorry.  I had

18   Dr. Crowley on my mind.

19             Dr. Levy --

20             It's getting late in the day.

21             Dr. Levy, are your opinions in this

22   case expressed in your report and your testimony

23   today?

24   A        Yes.

Shawn Levy, Ph.D.

Page 390

1    Q         And do you hold those opinions to a

2    reasonable degree of scientific certainty?

3    A         Yes.

4    MS. O'DELL:

5              I have nothing further.

6    MS. BROWN:

7              Thanks for your time, Doctor.

8              I think we're off the record.

9    VIDEOGRAPHER:

10             We're off the record.  The time is

11   6 p.m.

12        (Deposition concluded at 6:00 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

Shawn Levy, Ph.D.

Page 391

                    C E R T I F I C A T E

1

2

3           I do hereby certify that the above and

4    foregoing transcript of proceedings in the matter

5    aforementioned was taken down by me in machine

6    shorthand, and the questions and answers thereto

7    were reduced to writing under my personal

8    supervision, and that the foregoing represents a

9    true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11           I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

18

                        LOIS ANNE ROBINSON, RPR, RMR

19                      REGISTERED DIPLOMATE REPORTER

                        CERTIFIED REALTIME REPORTER

20

21

22

23

24

Shawn Levy, Ph.D.

Page 392

 1                E R R A T A   P A G E

 2

 3          I, SHAWN LEVY, Ph.D., the witness herein,
    have read the transcript of my testimony, and the
 4  same is true and correct, to the best of my
    knowledge, with the exceptions of the following
 5  changes noted below, if any:

 6  Page/Line  Word(s) to be changed/reason Correct Word

 7  _____  _____  _____

 8  _____  _____  _____

 9  _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21

                         _____

22                       SHAWN LEVY, Ph.D.

23

24

Shawn Levy, Ph.D.

Page 393

1                      DECLARATION OF WITNESS

2

3           I, the undersigned, declare under penalty

4    of perjury that I have read the foregoing

5    transcript, and I have made any corrections,

6    additions, or deletions that I was desirous of

7    making; that the foregoing is a true and correct

8    transcript of my testimony contained herein.

9           EXECUTED this _____ day of _____,

10   2019, at _____, _____.
                (City)                    (State)

11

12

13

14

15

                     _____

16                   SHAWN LEVY, Ph.D.

17

18

19

20

21

22

23

24