UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
|---|---|

### NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:  See Attachment A

Dated:  August 22, 2024                              Respectfully Submitted by,

/s/ *Bridget Hamill*
NJ Bar No. 042512001
Keller Postman LLC
1101 Connecticut Ave , N.W.
Suite 1100
Washington, D.C. 20036
bridget.hamill@kellerpostman.com
(ph):  202-918-1123

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, a copy of the forgoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Dated:  August 22, 2024                              Respectfully Submitted by:

                                                                                By:  /s/ *Bridget Hamill*

Attachment A:  Plaintiffs Represented

Ashley Allen 3:23-cv-18949

Sheryl Ashby 3:20-cv-08488

Elizabeth Cea 3:21-cv-10521

Catherine Patricia Cybulski 3:23-cv-19478

Andrea Foster 3:23-cv-18971

Refugia V. Gonzales 3:23-cv-19489

Anita Houghtaling 3:21-cv-14401

Brenda Lassiter 3:23-cv-19502

Karen Lesney 3:23-cv-18981

Cynthia Ming obo Debra Horton 3:23-cv-19005

Tanasha Parker 3:23-cv-19018

Monica Pleasant 3:23-cv-19953

Twana Quesada 3:23-cv-19034

Tabatha Suggs 3:23-cv-19955

Adrina Trammell 3:23-cv-19056