# Exhibit 10

Case 3:16-md-02738-MAS-RLS   Document 33122-11   Filed 08/22/24   Page 1 of 2 PageID: 239373



# risk factor

(… FAK-ter)

Something that increases the chance of developing a disease. Some examples of risk factors for cancer are age, a family history of certain cancers, use of tobacco products, being exposed to radiation or certain chemicals, infection with certain viruses or bacteria, and certain genetic changes.

## More Information

Risk Factors for Cancer

## Search NCI's Dictionary of Cancer Terms

○ Starts with    ○ Contains

[Enter keywords or phrases]    Search